## EXHIBIT A

## Case Administration (24.50 Hours; $ 11,618.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.20 | $840 | 1,008.00 |
| Bernard Bailor | 12.70 | $630 | 8,001.00 |
| Rita C. Tobin | .40 | $530 | 212.00 |
| David B. Smith | 5.70 | $235 | 1,339.50 |
| Michael C. Greene | 4.50 | $235 | 1,057.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/08 | BSB | 630.00 | 3.20 | Review pleadings |
| 11/03/08 | PVL | 840.00 | 0.10 | Review 3 miscellaneous filings and email. |
| 11/03/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 11/04/08 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/06/08 | DBS | 235.00 | 5.20 | Read and digest deposition transcript for attorney review. |
| 11/06/08 | MCG | 235.00 | 4.50 | Per ALV, cite-check and proofread portion of Brief in Response to Libby Claimants' Objections to Confirmation of the First Amended Joint Plan of Reorganization. |
| 11/11/08 | PVL | 840.00 | 0.10 | Review Hurford email and reply. |
| 11/14/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 11/17/08 | BSB | 630.00 | 5.30 | Review EPA SAB Committee materials |
| 11/19/08 | BSB | 630.00 | 4.20 | Review Lobby materials (1.3); continue review of EPA SAB materials (2.9) |
| 11/19/08 | PVL | 840.00 | 0.30 | Review 13 miscellaneous filings (.2); review agenda (.1). |
| 11/21/08 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 11/24/08 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 11/24/08 | DBS | 235.00 | 0.50 | Research expert retention agreement for response to fee auditor. |

| 11/25/08 | PVL | 840.00 | 0.30 | Review 8 miscellaneous filings; teleconference Pacheco (.2). |
| 11/25/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |

**Total Task Code .04**        **24.50**

**Claim Analysis Objection & Resolution (Asbestos) (.60 Hours; $ 504.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $840 | 504.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/15/08 | PVL | 840.00 | 0.30 | Review Buckwalter opinion re Anderson reh motion. |
| 11/19/08 | PVL | 840.00 | 0.10 | Review Anderson mem. status report. |
| 11/21/08 | PVL | 840.00 | 0.10 | Review Grace status report re Anderson memorial. |
| 11/30/08 | PVL | 840.00 | 0.10 | Review motion to void Maricopa tax sale. |

**Total Task Code .05**        **.60**

**Employment Applications, Others (.50 Hours; $ 237.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| James P. Wehner | .50 | $475 | 237.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/18/08 | JPW | 475.00 | 0.50 | LTC Docket review |

**Total Task Code .10          .50**

**<u>Hearings Fee Applications, Applicant (4.00 Hours; $ 1,470.00)</u>**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $530 | 1,060.00 |
| Eugenia Benetos | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/06/08 | EB | 205.00 | 1.00 | Work on fee application. (1) |
| 11/12/08 | RCT | 530.00 | 1.00 | Review pre-bills (1.0) |
| 11/17/08 | RCT | 530.00 | 0.80 | Review exhibits (.8) |
| 11/17/08 | EB | 205.00 | 1.00 | Work on fee application. (1) |
| 11/25/08 | RCT | 530.00 | 0.20 | Review fee app schedules for December (.2) |

**Total Task Code .12          4.00**

**<u>Hearings (2.30 Hours; $ 1,940.00)</u>**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $920 | 92.00 |
| Peter Van N. Lockwood | 2.20 | $840 | 1,848.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/14/08 | PVL | 840.00 | 2.20 | Attend DS hearing. |
| 11/26/08 | EI | 920.00 | 0.10 | Memo re: hearing memo. |

**Total Task Code .15          2.30**

**Litigation and Litigation Consulting (115.60 Hours; $ 50,649.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Walter B. Slocombe | 4.10 | $720 | 2,952.00 |
| Nathan D. Finch | 47.70 | $610 | 29,097.00 |
| Rita C. Tobin | .40 | $530 | 212.00 |
| Adam L. Vangrack | 41.10 | $320 | 13,152.00 |
| Andrew J. Sackett | 14.80 | $255 | 3,774.00 |
| Marissa A. Fanone | 7.50 | $195 | 1,462.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/08 | AJS | 255.00 | 1.50 | Legal research regarding disclosure statement objections. |
| 11/02/08 | NDF | 610.00 | 4.30 | Memo to Horkovich re cooperation agreement and documents needed for trust (1.2); draft trial plan memo for addressing Libby objections (2.9); memo to partners re case staffing needs (0.2). |
| 11/02/08 | AJS | 255.00 | 1.50 | Legal research regarding disclosure statement objections. |
| 11/03/08 | NDF | 610.00 | 6.00 | Draft outline and planning materials for confirmation hearing trial (3.0); telephone conference with Bernick and PVNL re Libby issues and confirmation schedule (0.6); telephone conference with Horkovich and ACM re cooperation agreement issues (0.7); draft insert for disclosure statement re insurance issues and primary policies (0.5); read US Gov't report re vermiculite expansion plants re Grace non-products claims not unique to Libby (1.1); email to PVNL and EI re same (0.1). |
| 11/03/08 | ALV | 320.00 | 7.20 | Case law research regarding response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |
| 11/04/08 | NDF | 610.00 | 3.40 | Telephone conference with Horkovich, Hughes, Running, and ACM re cooperation agreement issues (0.9); work on outline/trial plan for confirmation hearing (2.5). |
| 11/05/08 | NDF | 610.00 | 3.50 | Confirmation hearing outline and read government reports re vermiculite. |

| | | | | |
|---|---|---|---|---|
| 11/05/08 | ALV | 320.00 | 9.30 | Case law research regarding response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization (5.4); edit and draft response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization (3.5); confer with AJS and JAL regarding response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization (0.4). |
| 11/05/08 | AJS | 255.00 | 0.60 | Preparation of response to disclosure statement objections. |
| 11/06/08 | NDF | 610.00 | 2.90 | Read transcripts of non-products exposure cases (1.0); emails to PVNL re same (0.3); meet with JAL re legal issues raised by Libby objection (0.6); review medical literature re chrysotile mesothelioma to prepare for Libby experts' contentions (1.0). |
| 11/06/08 | ALV | 320.00 | 12.10 | Case law research regarding response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization (6.3); edit and draft response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization (5.8). |
| 11/06/08 | AJS | 255.00 | 5.60 | Preparation of response to disclosure statement objections. |
| 11/07/08 | NDF | 610.00 | 4.70 | Telephone conference with PVNL, Bernick, et al. re confirmation hearing trial prep issues (1.5); prepare for calls with Bernick and Frankel and review materials re same (1.0); draft CMO for confirmation hearing (1.2); telephone conference with Frankel re case issues (1.0). |
| 11/07/08 | ALV | 320.00 | 7.30 | Case law research regarding response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization (3.1); edit and draft response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization (4.2). |
| 11/07/08 | AJS | 255.00 | 5.60 | Preparation of response to disclosure statement objections. |
| 11/11/08 | NDF | 610.00 | 1.60 | Respond to emails about CMO (0.5); review response to Libby objections (1.1). |

| 11/13/08 | NDF | 610.00 | 2.70 | Telephone conference with Welch re Libby issues (0.5); emails to EI re Libby issues (0.5); confirmation hearing trial prep (1.2); draft memo to ACC re Welch visit to Libby (0.5). |
|----------|-----|--------|------|------|
| 11/13/08 | ALV | 320.00 | 0.50 | Case law research regarding response to Libby Claimants" Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |
| 11/14/08 | NDF | 610.00 | 2.20 | Work on outline of facts/trial plan for confirmation hearing re Libby (2.0); emails to EI re same (0.2). |
| 11/15/08 | NDF | 610.00 | 1.10 | Email correspondence to Horkovich and PVNL re communications with insurers for settlement information. |
| 11/16/08 | NDF | 610.00 | 1.50 | Emails to Horkovich and PVNL re insurance issues (0.5); work on confirmation response to Libby objections (1.0). |
| 11/17/08 | NDF | 610.00 | 1.40 | Edit legal argument response to Libby objections (0.8); telephone conference with EI re same (0.3); email to JAL re comments (0.3). |
| 11/17/08 | ALV | 320.00 | 0.40 | Excerpt cases and disclosure statement. |
| 11/18/08 | NDF | 610.00 | 2.70 | Email to Bernick re Libby issues (0.2); review EPA SAB report re chrysotile v. amphibole issues (2.5). |
| 11/18/08 | ALV | 320.00 | 2.20 | Excerpt cases and disclosure statement. |
| 11/19/08 | WBS | 720.00 | 1.00 | Begin review of Libby objections. |
| 11/19/08 | NDF | 610.00 | 1.60 | Teleconference with Heberling re Libby issues and CMO (0.5); email to Bernick et al. re call (0.3); email to Bernick re CMO issues (0.2); review draft prepared by ALV of factual arguments (0.3); review insurers proposed CMO (0.3). |
| 11/19/08 | ALV | 320.00 | 1.70 | Excerpt cases and disclosure statement. |
| 11/20/08 | WBS | 720.00 | 1.70 | Continue review of Libby objections and outline re response, preparation for fact case (1.2); conference and telephone conference with NDF and PVNL re CMO issues and approach to legal response (0.5). |
| 11/20/08 | RCT | 530.00 | 0.40 | Review Ad Hoc interrogatories to Cooney & Conway (.4) |

| 11/20/08 | NDF | 610.00 | 4.00 | Teleconference with debtor et al. re CMO (1.5); teleconference with Cohn and Heberling re Libby issues with CMO (0.5); teleconference with Cohn re discovery aimed at ACC (0.5); teleconference with Bernick re Libby issues (0.3); teleconference with PVNL and WBS re legal arguments made by Libby (0.7); confer with WBS re facts statement (0.5). |
| 11/21/08 | NDF | 610.00 | 2.20 | Teleconference with counsel re CMO (1.0); teleconference with Horkovich re insurance issues (0.4); review and revise Libby arguments (0.5); teleconference with Heberling re Welch visit to Libby (0.2); email to FCR counsel re same (0.1). |
| 11/21/08 | ALV | 320.00 | 0.40 | Draft discovery requests. |
| 11/22/08 | WBS | 720.00 | 1.40 | Research and organization re fact statement for Libby objections. |
| 11/24/08 | MAF | 195.00 | 3.50 | Search Pacer and Accutrak for Expert Report of A. Whitehouse and Affidavits of T. Spear and C. Black for attorney review. |
| 11/25/08 | NDF | 610.00 | 1.20 | Emails and correspondence re CMO (0.5); email to JAL re experts' schedule (0.7). |
| 11/25/08 | MAF | 195.00 | 4.00 | Retrieve and scan documents from offsite to D. Smith (2.0); search Pacer and Accutrak for Expert Report of A. Whitehouse and Affidavits of T. Spear and C. Black for attorney review (2.0). |
| 11/26/08 | NDF | 610.00 | 0.70 | Review documents for Libby medical issues/possible trip to Libby. |

**Total Task Code.16          115.60**

**Plan & Disclosure Statement (182.50 Hours; $ 118,452.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
| --- | --- | --- | --- |
| Elihu Inselbuch | 11.90 | $920 | 10,948.00 |
| Peter Van N. Lockwood | 60.50 | $840 | 50,820.00 |
| Ann C. McMillan | 25.70 | $580 | 14,906.00 |
| Jeffrey A. Liesemer | 84.40 | $495 | 41,778.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/08 | PVL | 840.00 | 0.60 | Review revised DS sections (.3); review AKO memo re ins coverage (.3). |
| 11/02/08 | JAL | 495.00 | 4.30 | Review and analysis of materials relating to Libby Claimants' confirmation-related objections. |
| 11/03/08 | PVL | 840.00 | 2.00 | Confer NDF (.4); review email and reply (.2); review EI memo (.1); review draft DS insert re Libby (.4); review NDF memo (.2); teleconference EI (.3); teleconference Bernick and NDF (.4). |
| 11/03/08 | EI | 920.00 | 1.80 | Memo to Committee re: IPP status (.7); memos to Cohn re: same (.3); t/c Peterson re: same (.2); t/c PVNL and t/c ACM re: amendments to TDP and Trust Agmt (.3); t/c NDF/PVNL re: trial plan (.3). |
| 11/03/08 | ACM | 580.00 | 1.30 | Exchange e-mails with M. Eskin re Cooperation Agreement (.4); teleconference NDF, B. Horkovitch re same (.6); conference NDF re same (.3). |
| 11/03/08 | JAL | 495.00 | 1.80 | Review and analysis of Grace's mark-up of Plan and voting procedures. |
| 11/03/08 | JAL | 495.00 | 0.20 | Reviewed memo from EI re: initial payment percentage and accompanying documents. |
| 11/03/08 | JAL | 495.00 | 3.30 | Drafted and revised response to confirmation-related objections raised by the Libby Claimants. |
| 11/04/08 | PVL | 840.00 | 2.60 | Review email and reply (.2); confer NDF (.1); teleconference Wyron, Wallace and Felder (.8); review TDP revs and email Wallace (.2); review revised DS and email Wyron et al (.8); review draft and revised voting notices (.2); review ATSDR summary (.1); teleconference Wyron (.2). |
| 11/04/08 | EI | 920.00 | 1.60 | Memos Cohn (.2); prep and t/c Cohn/Peterson re: IPP and Libby questions (1.0); attempt to t/c Frankel (.1); t/cs Peterson (.3). |
| 11/04/08 | ACM | 580.00 | 0.70 | Teleconference NDF, B. Horkavitch, FCR counsel and Grace representatives re Cooperation Agreement and prepare for same. |
| 11/04/08 | JAL | 495.00 | 4.30 | Further drafting and revisions to brief in response to Libby Claimants' confirmation-related objections. |

| 11/04/08 | JAL | 495.00 | 0.20 | Review of e-mails from NDF and attachments thereto relating to Libby Claimants' confirmation-related objections. |
| 11/05/08 | PVL | 840.00 | 2.50 | Review email and reply (.5); confer ACM (.1); review Wyron DS comments (.1); teleconference Wyron and email Baer re same (.3); review revised TDP and email EI re same (.3); review revised POR etc (.5); review Arrowood letter (.2); email Horkovich and Wyron (.2); review revised TA (.1); teleconference Horkovich (.2). |
| 11/05/08 | EI | 920.00 | 1.30 | T/c Frankel re: IPP status (.3); t/cs ACM re: same (.2); memo to Committee re: IP status (.7); TDP issue for PvNL (.1). |
| 11/05/08 | ACM | 580.00 | 4.90 | Revise TDP and Trust Agreement (3.6); draft memo to Committee re TDP (.5); teleconferences EI re same (.4); exchange e-mails with Committee and FCR re same (.4). |
| 11/05/08 | JAL | 495.00 | 4.60 | Further drafting and revisions to brief in response to Libby Claimants' confirmation-related objections. |
| 11/05/08 | JAL | 495.00 | 0.60 | Office conf. w/ALV re: issues relating to Libby Claimants' confirmation-related objections. |
| 11/05/08 | JAL | 495.00 | 0.10 | Reviewed memo from EI re: initial payment percentage calculations. |
| 11/05/08 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to disclosure statement issues. |
| 11/06/08 | PVL | 840.00 | 3.40 | Review email and reply (.8); confer ACM (.6); review revised POR and DS (.3); teleconference Wyron and ACM (.4); teleconference Horkovich, Wyron et al (.4); review Cohn memo and POR and email Frankel et al re same (.6); prep for 11/7 teleconference w/Bernick et al (.3). |
| 11/06/08 | ACM | 580.00 | 4.20 | Revise TDP and Trust Agreement (2.1); teleconference EI re TDP issues (.3); conferences PVNL re TDP issues (.8); teleconference PVNL, R. Wyron re TDP (.5); review brief re Edwards case (.5). |
| 11/06/08 | JAL | 495.00 | 0.30 | Office conf. w/AJS re: draft response to Libby Claimants' confirmation-related objections. |

| 11/06/08 | JAL | 495.00 | 2.10 | Revised and edited proposed order approving disclosure statement and solicitation procedures. |
| 11/06/08 | JAL | 495.00 | 0.30 | Office conf. w/NDF re: response to Libby Claimants' confirmation-related objections. |
| 11/06/08 | JAL | 495.00 | 0.20 | Review and analysis of revised draft of amended Disclosure Statement. |
| 11/06/08 | JAL | 495.00 | 0.30 | Tele. call w/ALV re: issues relating to the Libby Claimants' confirmation-related objections. |
| 11/06/08 | JAL | 495.00 | 0.20 | Office conf. w/ALV re: issues re: the Libby Claimants' confirmation-related objections. |
| 11/06/08 | JAL | 495.00 | 0.20 | Second office conf. w/ALV re: Libby Claimants' confirmation-related objections. |
| 11/06/08 | JAL | 495.00 | 0.90 | Review and analysis of materials relating to Libby Claimants' confirmation-related objections. |
| 11/07/08 | PVL | 840.00 | 2.90 | Teleconference Bernick, Freedman, Harding and NDF (1.2); teleconference Frankel, Wyron, Guy, Felder and NDF (1); review email and reply (.3); confer NDF (.2); teleconference Horkovich (.1); review draft CMO (.1). |
| 11/07/08 | ACM | 580.00 | 0.80 | Finalize TDP and Trust Agreement (.5); exchange e-mails with R. Wyron, PVNL, JAL re same (.3). |
| 11/07/08 | JAL | 495.00 | 1.00 | Tele. conf. w/PVNL, NDF, and FCR's counsel re: Libby Claimants' objections to disclosure statement and plan. |
| 11/07/08 | JAL | 495.00 | 0.40 | E-mail exchanges w/PVNL and ACM re: TDP-related issues. |
| 11/07/08 | JAL | 495.00 | 0.80 | Revised and edited draft response to Libby Claimants' confirmation-related objections. |
| 11/07/08 | JAL | 495.00 | 0.10 | Reviewed memo from D. Cohn re: objections relating to plan injunctions. |
| 11/07/08 | JAL | 495.00 | 0.50 | Reviewed materials relating to the Libby Claimants' confirmation-related objections. |

| | | | | |
|---|---|---|---|---|
| 11/08/08 | PVL | 840.00 | 2.00 | Review email and reply (.1); review AISDR report re vermiculite exfoliation sites (.9); review In re Asbestos Lit opinion (1). |
| 11/09/08 | EI | 920.00 | 2.50 | Read Disclosure Statement hearing transcript. |
| 11/10/08 | PVL | 840.00 | 6.00 | Review email and reply (.3); review POR and DS objections provisions (.4); teleconference Wyron (1.2); review drafts of POR and DS changes (.2); review PD committee and PD FCR DS objections (.1); teleconference Horkovich (.3); teleconference Frankel, Wyron, Wallace and Felder (1); teleconference Freedman, Baer, Frankel et al (.8); review Cobb email (.1); teleconference Cobb (.8); teleconference EI (.5); review Royal objections (.2); review Montana suppl. objections (.1). |
| 11/10/08 | EI | 920.00 | 0.40 | T/c PVNL re: judgments. |
| 11/10/08 | JAL | 495.00 | 0.60 | Review and analysis of changes to the plan and disclosure statement proposed by MCC, Montana, and Scotts. |
| 11/10/08 | JAL | 495.00 | 0.40 | Review and analysis of Libby Claimants' objections to scope of plan injunctions. |
| 11/10/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL re: Scotts' proposed changes to plan. |
| 11/10/08 | JAL | 495.00 | 0.30 | Reviewed disclosure statement objections filed by the PD Committee and the PD FCR. |
| 11/10/08 | JAL | 495.00 | 0.10 | Review of debtors' proposed change to section 11.7 of Plan. |
| 11/10/08 | JAL | 495.00 | 1.40 | Review and analysis of revisions to proposed Disclosure Statement and Plan. |
| 11/10/08 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: revisions to proposed Disclosure Statement and Plan. |
| 11/11/08 | PVL | 840.00 | 1.70 | Review SA comments on TA and TDP (.1); teleconference EI and ACM (.6); review email and reply (.1); teleconference Cohn (.4); review Royal objections (.5). |
| 11/11/08 | EI | 920.00 | 1.30 | T/c Portner re: TDP and bonded judgment (.3); t/c ACM re: same (.2); t/c ACM/PVNL re: same (.7); memo Rice re: open issues (.1). |

| 11/11/08 | ACM | 580.00 | 1.40 | Review Sealed Air comments on TDP and Trust Agreement (.7); teleconferences EI, PVNL re same and other TDP issues (.7). |
| 11/11/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from J. Baer re: continuance of disclosure statement hearing as to property damage issues. |
| 11/11/08 | JAL | 495.00 | 4.50 | Revisions and editing of brief responding to confirmation-related objections of Libby claimants. |
| 11/11/08 | JAL | 495.00 | 0.10 | Reviewed second e-mail from J. Baer re: issues related to scheduling of disclosure statement hearing. |
| 11/12/08 | PVL | 840.00 | 0.60 | Review email and reply (.2); prep for DS hearing (.4). |
| 11/12/08 | ACM | 580.00 | 1.10 | Review revised plan and disclosure statement (.8); teleconference M. Wallace, R. Wyron re TDP and Trust Agreement (.3). |
| 11/12/08 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to first amended plan and first amended disclosure statement. |
| 11/12/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from J. Baer re: disclosure statement objections. |
| 11/12/08 | JAL | 495.00 | 1.50 | Review and analysis of materials relating to disclosure statement and confirmation issues. |
| 11/13/08 | PVL | 840.00 | 5.00 | Review email and reply (.4); review black lined POR documents and amended DS objection chart (1.9); prep for hearing (1.5); confer Frankel and Wyron (1.2). |
| 11/13/08 | EI | 920.00 | 0.20 | T/c NDF re: Libby issue. |
| 11/13/08 | ACM | 580.00 | 0.30 | Exchange e-mails with PVNL, R. Wyron, D. Turetsky re TDP and Trust Agreement. |
| 11/13/08 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to disclosure statement issues. |
| 11/13/08 | JAL | 495.00 | 1.50 | Review and analysis of materials relating to insurance-related plan issues. |

| | | | | |
|---|---|---|---|---|
| 11/13/08 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to disclosure statement objections. |
| 11/13/08 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: disclosure statement hearing. |
| 11/14/08 | PVL | 840.00 | 4.80 | Confer Freedman, Baer, Esayian, Finke, Frankel, Wyron et al (2); confer Baer, Esayian, Cobb, Horkovich, Wyron, JAL et al (1); confer Horkovich, Wyron and JAL (.5); confer Wyron and JAL (.9); review email (.4). |
| 11/14/08 | EI | 920.00 | 0.40 | T/cs NDF re: Libby issue (.2); memo to Committee-Libby re: Libby issue (.2). |
| 11/14/08 | ACM | 580.00 | 0.70 | Review proposed language for Cooperation Agreement (.4); exchange e-mails with PVNL, D. Turetsky re TDP and Trust Agreement (.3). |
| 11/14/08 | JAL | 495.00 | 2.80 | Appearance at disclosure statement hearing. |
| 11/14/08 | JAL | 495.00 | 1.40 | Meeting w/PVNL, debtors' counsel, FCR's counsel, and Scotts' counsel re: plan issues. |
| 11/14/08 | JAL | 495.00 | 0.80 | Meeting w/PVNL, R. Horkovich, and R. Wyron re: insurance-related plan issues. |
| 11/14/08 | JAL | 495.00 | 0.30 | Review and analysis of materials pertaining to insurance-related plan issues. |
| 11/15/08 | PVL | 840.00 | 1.00 | Email Horkovich (.2); review Wisler email and respond to Baer et al (.2); review JAL draft conf brief (.6). |
| 11/16/08 | PVL | 840.00 | 0.40 | Review email and reply (.3); email Freedman (.1). |
| 11/16/08 | EI | 920.00 | 0.30 | Reviewed JAL draft. |
| 11/17/08 | PVL | 840.00 | 1.20 | Review email (.1); review revised POR (.3); review revised DS (.5); email Wyron (.1); review Cobb email and reply (.2). |
| 11/17/08 | EI | 920.00 | 0.10 | T/c NDF re: JAL draft (.1). |
| 11/17/08 | ACM | 580.00 | 1.00 | Prepare for and teleconference R. Wyron, D. Turetsky, A. Eldor re TDP and Trust Agreement. |
| 11/17/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges re: plan and disclosure statement issues. |

| 11/17/08 | JAL | 495.00 | 0.70 | Review of NDF's comments to legal discussion responding to Libby Claimants' confirmation-related objections. |
|----------|-----|--------|------|-------------|
| 11/17/08 | JAL | 495.00 | 2.20 | Review and analysis of materials re: insurance-related plan issues. |
| 11/17/08 | JAL | 495.00 | 2.10 | Review and analysis of legal research relating to confirmation issues. |
| 11/17/08 | JAL | 495.00 | 0.30 | Review and revised disclosure statement and plan. |
| 11/17/08 | JAL | 495.00 | 0.70 | Drafted and revised memo to NDF re: response to confirmation objections. |
| 11/18/08 | PVL | 840.00 | 1.10 | Teleconference Freedman (.2); teleconference Wyron (.9). |
| 11/18/08 | ACM | 580.00 | 0.30 | Conference EI re Sealed Air issues (.2); send R. Wyron an e-mail re same (.1). |
| 11/18/08 | JAL | 495.00 | 0.20 | Further drafting and revisions of memo to NDF re: response to confirmation-related objections. |
| 11/18/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between PVNL and R. Wyron re: plan issues. |
| 11/18/08 | JAL | 495.00 | 2.20 | Review and analysis of revised plan and disclosure statement. |
| 11/18/08 | JAL | 495.00 | 0.40 | Drafted and revised memo to PVNL re: comments on revised plan and disclosure statement. |
| 11/18/08 | JAL | 495.00 | 0.10 | Reviewed proposed amendment to plan of reorganization. |
| 11/18/08 | JAL | 495.00 | 0.60 | Review and analysis of draft CMO re: confirmation discovery and NDF's memo re: same. |
| 11/18/08 | JAL | 495.00 | 0.20 | Reviewed notice of agenda for 11/24 omnibus hearing. |
| 11/18/08 | JAL | 495.00 | 0.40 | Review and analysis of materials re: insurance-related plan issues. |
| 11/19/08 | PVL | 840.00 | 1.80 | Review revised POR and DS and email comments (.4); review email re same and reply (.7); teleconference EI and ACM re TDP (.7). |

| 11/19/08 | EI | 920.00 | 1.20 | T/c NDF re: Libby issue (.2); conf. ACM re: Sealed Air issues (.3); conf. ACM/PVNL re: Sealed Air issues, bonded judgments, derivative claims language (.7). |
|---|---|---|---|---|
| 11/19/08 | ACM | 580.00 | 1.70 | Teleconference R. Wyron re Sealed Air issues (.2); teleconference PVNL, EI re same (.5); teleconference R. Wyron, D. Turetsky, A. Eldor re same (.5); review Cooperation Agreement issues (.5). |
| 11/19/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges relating to proposed CMO governing confirmation discovery. |
| 11/19/08 | JAL | 495.00 | 0.20 | Reviewed memo from NDF re: draft CMO governing confirmation discovery. |
| 11/19/08 | JAL | 495.00 | 0.40 | Reviewed e-mail exchanges between J. Wisler and J. Baer re: MCC's comments to Disclosure Statement. |
| 11/19/08 | JAL | 495.00 | 0.40 | Reviewed FCR's comments to revised plan and disclosure statement. |
| 11/19/08 | JAL | 495.00 | 0.10 | Review of materials relating to draft CMO governing plan-related discovery. |
| 11/20/08 | PVL | 840.00 | 5.50 | Review email and reply (1); teleconference Wyron and ACM (1); confer JAL (.4); teleconference B of A counsel (1.2); confer ACM (.3); confer WBS and NDF (1); review draft CMO from Cohn (.1); teleconference Wyron (.5). |
| 11/20/08 | EI | 920.00 | 0.20 | Review of brief-writing issues. |
| 11/20/08 | ACM | 580.00 | 2.30 | Revise TDP (1.2); conference PVNL re same (.3); teleconference PVNL, R. Wyron re TDP and Trust Agreement (.8). |
| 11/20/08 | JAL | 495.00 | 1.30 | Review and analysis of competing CMOs proposed by insurers and Libby Claimants. |
| 11/20/08 | JAL | 495.00 | 1.50 | Tele. conf. w/counsel for other parties re: proposed CMOs for confirmation-related discovery. |
| 11/20/08 | JAL | 495.00 | 0.40 | Conf. w/PVNL re: confirmation issues. |
| 11/20/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from T. Freedman re: remaining issues relating to plan documents. |

| | | | | |
|---|---|---|---|---|
| 11/21/08 | PVL | 840.00 | 3.30 | Review email and reply (.9); review revised TDP (.1); teleconference Cobb (.6); review revised Grace CMO (.1); confer ACM (.3); teleconference Wyron (.2); teleconference Freedman, Baer, Bruens and Wyron (1.1). |
| 11/21/08 | EI | 920.00 | 0.20 | Review of Welch trip issues. |
| 11/21/08 | ACM | 580.00 | 2.80 | Revise TDP and Trust Agreement (2.1); exchange e-mails with R. Wyron, PVNL, JAL and other interested parties re same (.5); teleconference PVNL re same (.2). |
| 11/21/08 | JAL | 495.00 | 2.60 | Review and analysis of materials re: anticipated confirmation objections. |
| 11/21/08 | JAL | 495.00 | 0.30 | Review and analysis of revised draft of CMO governing confirmation discovery. |
| 11/21/08 | JAL | 495.00 | 1.20 | Teleconf. w/counsel for other parties re: draft CMO governing confirmation discovery. |
| 11/21/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges re: disclosure statement issues. |
| 11/21/08 | JAL | 495.00 | 0.30 | Drafted and revised e-mail to PVNL and NDF re: draft CMO governing confirmation discovery. |
| 11/21/08 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL re: Monday's disclosure statement hearing. |
| 11/21/08 | JAL | 495.00 | 0.30 | E-mail exchanges w/PVNL and NDF re: confirmation discovery CMO. |
| 11/21/08 | JAL | 495.00 | 0.10 | Drafted e-mail to J. Baer re: confirmation discovery CMO. |
| 11/21/08 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to disclosure statement objections. |
| 11/22/08 | PVL | 840.00 | 0.60 | Review email and reply (.4); review NDF mark-up of JAL draft brief (.2). |
| 11/23/08 | PVL | 840.00 | 3.60 | Review email (.4); prep for hearing (1.1); review revised DS, POR, TDP and other DS and solicitation exhibits (1.1); teleconference Cobb (.4); review revised def pymt docs (.6). |

| | | | | |
|---|---|---|---|---|
| 11/23/08 | JAL | 495.00 | 2.00 | Review and analysis of changes to the plan, disclosure statement, and draft confirmation CMO. |
| 11/23/08 | JAL | 495.00 | 2.90 | Review and analysis of materials relating to anticipated confirmation objections. |
| 11/23/08 | JAL | 495.00 | 0.30 | E-mail exchanges w/PVNL and NDF re: comments on draft confirmation CMO. |
| 11/23/08 | JAL | 495.00 | 0.10 | Drafted e-mail to ACM re: revised TDP. |
| 11/23/08 | JAL | 495.00 | 0.80 | Prep. of discovery relating to confirmation objections. |
| 11/24/08 | PVL | 840.00 | 6.20 | Confer Frankel, Wyron and JAL (.8); confer Bernick, Freedman, Baer, Frankel, Wyron and JAL (1.7); attend hearing re DS etc. (2.9); review email (.1); review Ifft letter (.1); confer EI (.6), |
| 11/24/08 | EI | 920.00 | 0.20 | Conf. PVNL re: status. |
| 11/24/08 | ACM | 580.00 | 0.60 | Exchange e-mails with PVNL, A. Rich re Trust Agreement. |
| 11/24/08 | JAL | 495.00 | 1.30 | Review and analysis of competing drafts of the confirmation CMO. |
| 11/24/08 | JAL | 495.00 | 1.10 | Review and analysis of materials relating to anticipated confirmation objections. |
| 11/24/08 | JAL | 495.00 | 0.60 | Discussion w/PVNL, R. Frankel, and R. Wyron re: disclosure statement issues. |
| 11/24/08 | JAL | 495.00 | 1.70 | Meeting w/PVNL, R. Frankel, R. Wyron, and Debtors' counsel re: plan issues. |
| 11/24/08 | JAL | 495.00 | 2.80 | Appearance at resumed disclosure statement hearing. |
| 11/25/08 | PVL | 840.00 | 1.50 | Review Sinclair memo (.1); review email and reply (.4); review FCR prop revs to TA (.1); teleconference Esayian, Horkovich, Wyron and JAL (.6); teleconference (.3). |
| 11/25/08 | EI | 920.00 | 0.20 | Reviewed ZAI term sheet. |
| 11/25/08 | ACM | 580.00 | 1.60 | Revise Trust Agreement (1.0); exchange e-mails with M. Wallace, R. Wyron, PVNL re TDP (.3); review Sealed Air comments on TDP (.3). |

| 11/25/08 | JAL | 495.00 | 1.00 | Review and analysis of materials relating to confirmation discovery. |
| 11/25/08 | JAL | 495.00 | 0.10 | Tele. call w/NDF re: confirmation-related discovery. |
| 11/25/08 | JAL | 495.00 | 0.20 | E-mail exchanges w/PVNL and WBS re: confirmation-related discovery. |
| 11/25/08 | JAL | 495.00 | 1.90 | Drafting and revisions to discovery requests relating to confirmation objections. |
| 11/25/08 | JAL | 495.00 | 1.80 | Review and analysis of materials re: insurance-related confirmation issues. |
| 11/25/08 | JAL | 495.00 | 0.60 | Tele. conf. w/PVNL, R. Horkovich, L. Esayian, and FCR's counsel re: insurance-related disclosure statement and confirmation issues. |
| 11/27/08 | PVL | 840.00 | 0.20 | Review ZAI term sheet. |

**Total Task Code .17          182.50**


## Travel – Non Working (22.50 Hours; $ 7,638.75)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 12.00 | $420 | 5,040.00 |
| Jeffrey A. Liesemer | 10.50 | $247.50 | 2,598.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/13/08 | PVL | 420.00 | 4.20 | Travel to Pittsburgh. |
| 11/13/08 | JAL | 247.50 | 3.50 | Travel from DC to Pittsburgh for disclosure statement hearing. |
| 11/14/08 | PVL | 420.00 | 2.60 | Return travel to DC. |
| 11/14/08 | JAL | 247.50 | 3.10 | Travel from Pittsburgh to DC, following disclosure statement hearing. |
| 11/24/08 | PVL | 420.00 | 5.20 | Travel to/from Pittsburgh for hearing. |

| 11/24/08 | JAL | 247.50 | 1.40 | Travel from DC to Pittsburgh for continued disclosure statement hearing. |
| 11/24/08 | JAL | 247.50 | 2.50 | Return travel from Pittsburgh to DC following disclosure statement hearing. |

**Total Task Code  .21**          **22.50**

## Fee Auditor Matters (14.00 Hours; $ 7,420.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 14.00 | $530 | 7,420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/07/08 | RCT | 530.00 | 1.50 | Work on Fee Auditor Response (1.5) |
| 11/13/08 | RCT | 530.00 | 1.00 | Work on fee auditor response (1.0) |
| 11/14/08 | RCT | 530.00 | 0.50 | Work on fee auditor response (.5) |
| 11/18/08 | RCT | 530.00 | 2.50 | Emails and TCs AG, review emails re response to fee auditor (2.5) |
| 11/20/08 | RCT | 530.00 | 1.50 | Work on fee auditor reply (1.5) |
| 11/20/08 | RCT | 530.00 | 0.30 | Emails to all re fee auditor response (.3) |
| 11/21/08 | RCT | 530.00 | 3.20 | Draft fee auditor response (3.0); emails to NDF re same (.2) |
| 11/24/08 | RCT | 530.00 | 1.00 | Review documents and emails re fee auditor response and edit response (1.0) |
| 11/24/08 | RCT | 530.00 | 0.50 | Work on fee auditor report; emails AWG, NDF, JPW re same (.5) |
| 11/25/08 | RCT | 530.00 | 1.00 | Work on fee auditor response; emails NDF et al. (1.0) |
| 11/26/08 | RCT | 530.00 | 1.00 | Work on fee auditor response re expenses (1.0) |

**Total Task Code .32          14.00**

<u>Other Charges</u>:

| | |
|---|---|
| Air & Train Transportation | 5,916.00 |
| Air Freight & Express Mail | 35.17 |
| Conference Meals | 237.97 |
| Database Research | 3,330.48 |
| Long Distance-Equitrac In-House | 10.00 |
| Meals Related to Travel | 117.39 |
| Research Material | 48.88 |
| Travel Expenses - Ground Transportation | 1,780.36 |
| Travel Expenses - Hotel Charges | 318.06 |
| Xeroxing | 307.60 |

**Total:**    **$12,101.91**

{D0144059.1 }