## EXHIBIT B

### Case Administration (24.50 Hours; $ 11,618.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          24.50**

### Claim Analysis Objection & Resolution (Asbestos) (.60 Hours; $ 504.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05          .60**

### Employment Applications, Others (.50 Hours; $ 237.50)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10          .50**

### Fee Applications, Applicant (4.00 Hours; $ 1,470.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          4.00**

### Hearings (2.30 Hours; $ 1,940.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          2.30**

### Litigation and Litigation Consulting (115.60 Hours; $ 50,649.50)

{D0144060.1 }
DOC#151898

- 2 -

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          115.60**


**Plan & Disclosure Statement (182.50 Hours; $ 118,452.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          182.50**


**Travel – Non Working (22.50 Hours; $ 7,638.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          22.50**


**Fee Auditor Matters (14.00 Hours; $ 7,420.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          14.00**