## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,916.00 |
| Air Freight & Express Mail | 35.17 |
| Conference Meals | 237.97 |
| Database Research | 3,330.48 |
| Long Distance-Equitrac In-House | 10.00 |
| Meals Related to Travel | 117.39 |
| Research Material | 48.88 |
| Travel Expenses - Ground Transportation | 1,780.36 |
| Travel Expenses - Hotel Charges | 318.06 |
| Xeroxing | 307.60 |

**Total:      $12,101.91**

{D0144061.1 }