| | | | | | |
|---|---|---|---|---|---|
| **Client Number: 4642** | | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter     000** | | **Disbursements** | | | 12/22/2008 |

Print Date/Time: 12/22/2008  9:44:11AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 11/30/2008

**Matter     000**
**Disbursements**

Bill Cycle:     Monthly     Style:     i1     Start:  4/16/2001   Last Billed :  11/20/2008       13,655

                              $3,181.68
Client Retainers Available            Committed to Invoices:        $0.00       Remaining:       $3,181.68

                              $3,103,103.43
                    Total Expenses Billed To Date        Billing Empl:       0120    Elihu  Inselbuch
                                                        Responsible Empl:    0120    Elihu  Inselbuch
                                                        Alternate Empl:      0120    Elihu  Inselbuch
                                                        Originating Empl:    0120    Elihu  Inselbuch

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 3,629.77 | 0.00 | 3,629.77 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 84.05 | 0.00 | 84.05 |
| 0187 | NDF | Nathan D Finch | 0.00 | 111.35 | 0.00 | 111.35 |
| 0210 | CJ | Charles  Joyner | 0.00 | 41.70 | 0.00 | 41.70 |
| 0215 | KRS | Barbara J Zarchin | 0.00 | 5.20 | 0.00 | 5.20 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 1.20 | 0.00 | 1.20 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 4.00 | 0.00 | 4.00 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 36.70 | 0.00 | 36.70 |
| 0250 | JK | Jeanne  Katz | 0.00 | 0.10 | 0.00 | 0.10 |
| 0251 | JO | Joan  O'Brien | 0.00 | 5.10 | 0.00 | 5.10 |
| 0308 | DBS | David B Smith | 0.00 | 13.00 | 0.00 | 13.00 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 4,454.16 | 0.00 | 4,454.16 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 113.10 | 0.00 | 113.10 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 102.40 | 0.00 | 102.40 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 3.10 | 0.00 | 3.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,496.98 | 0.00 | 3,496.98 |
| **Total Fees** | | | **0.00** | **12,101.91** | **0.00** | **12,101.91** |

{D0144062.1}

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 12/22/2008 |

Print Date/Time: 12/22/2008  9:44:11AM

Attn:

Invoice #

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2310076 | Photocopy | E | 11/03/2008 | 0232 | LK | | 0.00 | $1.80 | | 0.00 | $1.80 | 1.80 |
| 2303120 | Equitrac - Long Distance to 2123199240 | E | 11/03/2008 | 0999 | C&D | | 0.00 | $0.17 | | 0.00 | $0.17 | 1.97 |
| 2303127 | Equitrac - Long Distance to 2123199240 | E | 11/03/2008 | 0999 | C&D | | 0.00 | $0.21 | | 0.00 | $0.21 | 2.18 |
| 2303159 | Equitrac - Long Distance to 2124464806 | E | 11/03/2008 | 0999 | C&D | | 0.00 | $0.05 | | 0.00 | $0.05 | 2.23 |
| 2303163 | Equitrac - Long Distance to 2123199240 | E | 11/03/2008 | 0999 | C&D | | 0.00 | $0.54 | | 0.00 | $0.54 | 2.77 |
| 2304184 | Equitrac - Long Distance to 2123199240 | E | 11/04/2008 | 0999 | C&D | | 0.00 | $0.48 | | 0.00 | $0.48 | 3.25 |
| 2310143 | Photocopy | E | 11/04/2008 | 0215 | KRS | | 0.00 | $0.20 | | 0.00 | $0.20 | 3.45 |
| 2310146 | Photocopy | E | 11/04/2008 | 0215 | KRS | | 0.00 | $5.00 | | 0.00 | $5.00 | 8.45 |
| 2310213 | Photocopy | E | 11/04/2008 | 0999 | C&D | | 0.00 | $14.40 | | 0.00 | $14.40 | 22.85 |
| 2310232 | Photocopy | E | 11/05/2008 | 0363 | AJS | | 0.00 | $1.70 | | 0.00 | $1.70 | 24.55 |
| 2310256 | Photocopy | E | 11/05/2008 | 0232 | LK | | 0.00 | $0.90 | | 0.00 | $0.90 | 25.45 |
| 2310292 | Photocopy | E | 11/05/2008 | 0237 | SRB | | 0.00 | $20.10 | | 0.00 | $20.10 | 45.55 |
| 2304262 | Equitrac - Long Distance to 9174450518 | E | 11/05/2008 | 0999 | C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 45.61 |
| 2304287 | Federal Express EI Shipment to Katherine Hemming, 10/23/08 | E | 11/06/2008 | 0120 | EI | | 0.00 | $15.41 | | 0.00 | $15.41 | 61.02 |
| 2304309 | Elite Limousine Plus Inc. NDF Travel Ground | E | 11/06/2008 | 0187 | NDF | | 0.00 | $61.20 | | 0.00 | $61.20 | 122.22 |

{D0144062.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 12/22/2008 |

Print Date/Time: 12/22/2008  9:44:11AM

Attn:

Invoice #

Transportation to LGA, 10/8/08

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2310325 | Photocopy | | E | 11/06/2008 | 0308 | DBS | 0.00 | $13.00 | 0.00 | $13.00 | 135.22 |
| 2310379 | Photocopy | | E | 11/06/2008 | 0237 | SRB | 0.00 | $6.70 | 0.00 | $6.70 | 141.92 |
| 2310381 | Photocopy | | E | 11/06/2008 | 0363 | AJS | 0.00 | $3.20 | 0.00 | $3.20 | 145.12 |
| 2310383 | Photocopy | | E | 11/06/2008 | 0999 | C&D | 0.00 | $38.80 | 0.00 | $38.80 | 183.92 |
| 2304518 | Equitrac - Long Distance to 8438300710 | E | 11/06/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 183.99 |
| 2310399 | Photocopy | | E | 11/07/2008 | 0363 | AJS | 0.00 | $10.40 | 0.00 | $10.40 | 194.39 |
| 2310401 | Photocopy | | E | 11/07/2008 | 0232 | LK | 0.00 | $0.40 | 0.00 | $0.40 | 194.79 |
| 2310435 | Photocopy | | E | 11/07/2008 | 0363 | AJS | 0.00 | $1.10 | 0.00 | $1.10 | 195.89 |
| 2304777 | Equitrac - Long Distance to 2124464934 | E | 11/10/2008 | 0999 | C&D | 0.00 | $2.02 | 0.00 | $2.02 | 197.91 |
| 2304784 | Equitrac - Long Distance to 2123199240 | E | 11/10/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 197.97 |
| 2304492 | Pacer Service Center Research, 7/1/08 - 9/30/08 | E | 11/10/2008 | 0120 | EI | 0.00 | $48.88 | 0.00 | $48.88 | 246.85 |
| 2304833 | ADA Travel, Inc. PVNL Agency Fee for Coach Airfare Travel to Pittsburgh, PA, 10/26/08 - 10/27/08 | E | 11/11/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 286.85 |
| 2304908 | Equitrac - Long Distance to 2123198798 | E | 11/11/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 286.93 |
| 2304910 | Equitrac - Long Distance to 2123198823 | E | 11/11/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 286.99 |
| 2304917 | Equitrac - Long Distance to 8054993572 | E | 11/11/2008 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 287.13 |
| 2304933 | Equitrac - Long Distance to 2123199240 | E | 11/11/2008 | 0999 | C&D | 0.00 | $1.32 | 0.00 | $1.32 | 288.45 |
| 2310648 | Photocopy | | E | 11/11/2008 | 0020 | PVL | 0.00 | $2.80 | 0.00 | $2.80 | 291.25 |

SRB

{D0144062.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 12/22/2008 |

Print Date/Time: 12/22/2008  9:44:11AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2310652 | Photocopy | | E | 11/11/2008 | 0237 | | 0.00 | $9.90 | 0.00 | $9.90 | 301.15 |
| 2310654 | Photocopy | | E | 11/11/2008 | 0210 | CJ | 0.00 | $11.80 | 0.00 | $11.80 | 312.95 |
| 2310657 | Photocopy | | E | 11/11/2008 | 0210 | CJ | 0.00 | $7.40 | 0.00 | $7.40 | 320.35 |
| 2310659 | Photocopy | | E | 11/11/2008 | 0020 | PVL | 0.00 | $1.80 | 0.00 | $1.80 | 322.15 |
| 2310731 | Photocopy | | E | 11/12/2008 | 0999 | C&D | 0.00 | $38.40 | 0.00 | $38.40 | 360.55 |
| 2310771 | Photocopy | | E | 11/12/2008 | 0999 | C&D | 0.00 | $16.20 | 0.00 | $16.20 | 376.75 |
| 2310792 | Photocopy | | E | 11/12/2008 | 0210 | CJ | 0.00 | $9.00 | 0.00 | $9.00 | 385.75 |
| 2310796 | Photocopy | | E | 11/12/2008 | 0210 | CJ | 0.00 | $13.50 | 0.00 | $13.50 | 399.25 |
| 2310829 | Photocopy | | E | 11/13/2008 | 0999 | C&D | 0.00 | $8.40 | 0.00 | $8.40 | 407.65 |
| 2310839 | Photocopy | | E | 11/13/2008 | 0999 | C&D | 0.00 | $31.60 | 0.00 | $31.60 | 439.25 |
| 2305335 | Andrew J. Sackett Dinner at City Lights of China for AJS, JAL, & ALV, 11/6/08 | | E | 11/13/2008 | 0363 | AJS | 0.00 | $86.00 | 0.00 | $86.00 | 525.25 |
| 2310933 | Photocopy | | E | 11/14/2008 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 525.75 |
| 2310963 | Photocopy | | E | 11/14/2008 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 526.65 |
| 2306266 | Equitrac - Long Distance to 8054993572 | | E | 11/17/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 526.74 |
| 2306287 | Equitrac - Long Distance to 3024269910 | | E | 11/17/2008 | 0999 | C&D | 0.00 | $0.62 | 0.00 | $0.62 | 527.36 |
| 2311193 | Photocopy | | E | 11/18/2008 | 0317 | JAL | 0.00 | $16.80 | 0.00 | $16.80 | 544.16 |
| 2311199 | Photocopy | | E | 11/18/2008 | 0250 | JK | 0.00 | $0.10 | 0.00 | $0.10 | 544.26 |
| 2311280 | Photocopy | | E | 11/19/2008 | 0251 | JO | 0.00 | $5.10 | 0.00 | $5.10 | 549.36 |

{D0144062.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 12/22/2008 |

Print Date/Time: 12/22/2008  9:44:11AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2311352 | Photocopy | | E | 11/19/2008 | 0999 | C&D | 0.00 | $8.20 | 0.00 | $8.20 | 557.56 |
| 2306387 | ALV;  Breakfast expenses in Pittsburgh to attend estimation hearing on 3/30-4/1 | E | 11/19/2008 | 0327 | ALV | 0.00 | $11.28 | 0.00 | $11.28 | 568.84 |
| 2306388 | ALV;  Late night dinner on 4/1-2 with NDF and JMR | E | 11/19/2008 | 0327 | ALV | 0.00 | $101.82 | 0.00 | $101.82 | 670.66 |
| 2306403 | PVNL;  Travel expenses to Pittsburgh for hearing on 11/13-14 for room service | E | 11/19/2008 | 0020 | PVL | 0.00 | $86.11 | 0.00 | $86.11 | 756.77 |
| 2306404 | PVNL;  Travel expenses to Pittsburgh for hearing on 11/13-14 for Omni William Penn hotel | E | 11/19/2008 | 0020 | PVL | 0.00 | $318.06 | 0.00 | $318.06 | 1,074.83 |
| 2306405 | PVNL;  Travel expenses to Pittsburgh for hearing on 11/13-14 for cabs | E | 11/19/2008 | 0020 | PVL | 0.00 | $96.00 | 0.00 | $96.00 | 1,170.83 |
| 2308813 | Equitrac - Long Distance to 8054993572 | E | 11/20/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 1,171.03 |
| 2311404 | Photocopy | E | 11/20/2008 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 1,172.23 |
| 2311521 | Photocopy | E | 11/21/2008 | 0317 | JAL | 0.00 | $3.20 | 0.00 | $3.20 | 1,175.43 |
| 2308879 | BostonCoach Corporation JAL Car Svc. for travel to/from Omini William Hotel in Pittsburgh, PA, 10/26/08 - 11/13/08 | E | 11/21/2008 | 0317 | JAL | 0.00 | $1,558.16 | 0.00 | $1,558.16 | 2,733.59 |
| 2308883 | Federal Express EI Delivery to K.Hemming, 11/12/08 | E | 11/21/2008 | 0120 | EI | 0.00 | $19.76 | 0.00 | $19.76 | 2,753.35 |
| 2309077 | Equitrac - Long Distance to 6144648322 | E | 11/21/2008 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,754.25 |
| 2309085 | Equitrac - Long Distance to 2123199240 | E | 11/21/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,754.31 |
| 2309090 | Equitrac - Long Distance to 2123199240 | E | 11/21/2008 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 2,754.43 |
| 2309100 | Equitrac - Long Distance to 2124464934 | E | 11/21/2008 | 0999 | C&D | 0.00 | $2.38 | 0.00 | $2.38 | 2,756.81 |
| 2309101 | Equitrac - Long Distance to 6144648322 | E | 11/21/2008 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 2,757.13 |

{D0144062.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter     000 | | Disbursements | | | | | | | | 12/22/2008 |

Attn:

Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| 2309590 | ADA Travel, Inc. JAL Coach Roundtrip Airfare to Pittsburgh, PA, 11/13/08 - 11/14/08 | E | 11/25/2008 | 0317 | JAL | 0.00 | $804.00 | 0.00 | $804.00 | 3,561.13 |
| 2309591 | ADA Travel, Inc. JAL Agency Fee for Coach Roundtrip Airfare to Pittsburgh, PA, 11/13/08 - 11/14/08 | E | 11/25/2008 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 3,601.13 |
| 2309593 | ADA Travel, Inc. PVNL Coach One-Way Airfare from Philadelphia, PA to Pittsburgh, PA, 11/13/08 | E | 11/25/2008 | 0020 | PVL | 0.00 | $120.50 | 0.00 | $120.50 | 3,721.63 |
| 2309594 | ADA Travel, Inc. PVNL Coach One-Way Airfare from Pittsburgh, PA, to Washington, DC, 11/14/08 | E | 11/25/2008 | 0020 | PVL | 0.00 | $869.50 | 0.00 | $869.50 | 4,591.13 |
| 2309595 | ADA Travel, Inc. PVNL Agency Fee for Coach One-Way Airfare from Pittsburgh, PA, to Washington, DC, 11/14/08 | E | 11/25/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 4,631.13 |
| 2309596 | ADA Travel, Inc. PVNL Business Class Roundtrip Amtrak Train Fare to Trento, NJ, 11/12/08 - 11/13/08 | E | 11/25/2008 | 0020 | PVL | 0.00 | $151.00 | 0.00 | $151.00 | 4,782.13 |
| 2309597 | ADA Travel, Inc. PVNL Agency Fee for Business Class Roundtrip Amtrak Train Fare to Trento, NJ, 11/12/08 - 11/13/08 | E | 11/25/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 4,822.13 |
| 2309599 | ADA Travel, Inc. JAL Coach One-Way Airfare from Pittsburgh, PA to Washington, DC, 11/14/08 | E | 11/25/2008 | 0317 | JAL | 0.00 | $213.00 | 0.00 | $213.00 | 5,035.13 |
| 2309600 | ADA Travel, Inc. JAL Agency Fee for Coach One-Way Airfare from Pittsburgh, PA to Washington, DC, 11/14/08 | E | 11/25/2008 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 5,075.13 |
| 2309607 | ADA Travel, Inc. PVNL Coach Roundtrip Airfare to Pittsburgh, PA, 11/24/08 | E | 11/25/2008 | 0020 | PVL | 0.00 | $1,739.00 | 0.00 | $1,739.00 | 6,814.13 |
| 2309608 | ADA Travel, Inc. PVNL Agency Fee for Coach Roundtrip Airfare to Pittsburgh, PA, 11/24/08 | E | 11/25/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 6,854.13 |
| 2309611 | ADA Travel, Inc. JAL Coach Roundtrip Airfare to Pittsburgh, PA, 11/24/08 | E | 11/25/2008 | 0317 | JAL | 0.00 | $1,739.00 | 0.00 | $1,739.00 | 8,593.13 |
| 2309612 | ADA Travel, Inc. JAL Agency Fee for Coach | E | 11/25/2008 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 8,633.13 |

{D0144062.1 }

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | | Disbursements | | | | | | | | 12/22/2008 |

Print Date/Time: 12/22/2008  9:44:11AM

Attn:

Invoice #

Roundtrip Airfare to Pittsburgh, PA, 11/24/08

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2311788 | Photocopy | E | 11/25/2008 | 0367 | MAF | 0.00 | $3.10 | 0.00 | $3.10 | 8,636.23 |
| 2309671 | Equitrac - Long Distance to 6144648322 | E | 11/25/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 8,636.28 |
| 2309615 | Petty Cash  Cab and parking expenses for PVNL on travel to Pittsburgh for hearing on 11/24 | E | 11/26/2008 | 0020 | PVL | 0.00 | $65.00 | 0.00 | $65.00 | 8,701.28 |
| 2309616 | Petty Cash  Meal expenses for PVNL on travel to Pittsburgh for hearing on 11/24 | E | 11/26/2008 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 8,721.28 |
| 2309620 | Petty Cash  Working late dinner for NDF and JMR on 11/18   (dinner split between 7534 and 4642) | E | 11/26/2008 | 0187 | NDF | 0.00 | $50.15 | 0.00 | $50.15 | 8,771.43 |
| 2313963 | Database Research - Westlaw by DBS on 11/13 | E | 11/30/2008 | 0999 | C&D | 0.00 | $107.45 | 0.00 | $107.45 | 8,878.88 |
| 2313964 | Database Research - Westlaw by ALV on 11/3-19 | E | 11/30/2008 | 0999 | C&D | 0.00 | $1,032.40 | 0.00 | $1,032.40 | 9,911.28 |
| 2313965 | Database Research - Westlaw by NDF/MAF on 11/11 | E | 11/30/2008 | 0999 | C&D | 0.00 | $218.71 | 0.00 | $218.71 | 10,129.99 |
| 2313966 | Database Research - Westlaw by MAF on 11/11 | E | 11/30/2008 | 0999 | C&D | 0.00 | $278.33 | 0.00 | $278.33 | 10,408.32 |
| 2313967 | Database Research - Westlaw by AJS on 11/1-7 | E | 11/30/2008 | 0999 | C&D | 0.00 | $928.40 | 0.00 | $928.40 | 11,336.72 |
| 2313968 | Database Research - Westlaw by JAL on 11/5 | E | 11/30/2008 | 0999 | C&D | 0.00 | $179.18 | 0.00 | $179.18 | 11,515.90 |
| 2313969 | Database Research - Westlaw by MCG-ALV on 11/6 | E | 11/30/2008 | 0999 | C&D | 0.00 | $586.01 | 0.00 | $586.01 | 12,101.91 |

**Total Expenses**                                                                                        $12,101.91
                                                                                     0.00                                $12,101.91

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 12,101.91 | 12,101.91 |
| Matter Total | 0.00 | 12,101.91 | 0.00 | 12,101.91 |

| | | | |
|---|---|---|---|
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $12,101.91 | $12,101.91 |
| Prebill Total | 0.00 | $12,101.91 | 0.00 | $12,101.91 |

**Previous Billings**

{D0144062.1 }

```
Client Number:    4642            Grace Asbestos Personal Injury Claimants                                   Page: 1
Matter       000                  Disbursements                                                              12/22/2008

                                                                                          Print Date/Time: 12/22/2008  9:44:11AM
Attn:
                                                                                                              Invoice #


 InvoiceNo       InvoiceDate          InvoiceTotal          OpenTotal
   47,114        09/30/2004              6,171.50            1,234.30
   48,027        12/27/2004              1,419.00              283.80
   50,276        06/27/2005              8,030.50            1,606.10
   58,096        04/26/2007            333,488.50            5,124.57
   59,278        07/23/2007            287,802.00           16,984.50
   60,492        10/29/2007            472,128.75           10,377.15
   61,476        01/24/2008            678,109.50           14,038.88
   62,687        04/23/2008            773,798.25            6,479.82
   63,204        05/29/2008            334,244.75           66,848.95
   63,675        06/26/2008             58,919.50           11,783.90
   63,976        07/25/2008            120,952.25           24,190.45
   64,338        08/20/2008            157,703.00           31,540.60
   64,939        09/29/2008            112,690.00           22,538.00
   65,190        10/24/2008            135,237.93          135,237.93
   65,672        11/20/2008            170,494.31          170,494.31

                                     3,651,189.74          518,763.26
```

{D0144062.1 }