```
Date: 12/29/08              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 11/03/08  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    640.00
 #1802     Conference call with Tillinghast re: Trust liability   800.00
           estimates

 11/03/08  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    380.00
 #2001     Conference call with Tillinghast re: Trust liability   475.00
           estimates
```

{D0143862.1 }

```
Date: 12/29/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                             Page 2

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 11/04/08  Peterson  / (07) Committee, Creditors'            1.8      1440.00
 #1805     Telephone Inselbuch (.3); Inselbuch and Cohn and 800.00
           prepare for call (1.5)

 11/05/08  Peterson  / (07) Committee, Creditors'            0.2       160.00
 #1808     Review Inselbuch summary of call with Cohn       800.00
```

```
Date: 12/29/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 3
                         W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 11/04/08  Peterson  / (16) Plan and Disclosure Statement       1.2     960.00
 #1806     Review TDP                                         800.00

 11/04/08  Relles    / (16) Plan and Disclosure Statement       1.5     712.50
 #2004     Update Trust computations                          475.00

 11/05/08  Peterson  / (16) Plan and Disclosure Statement       1.1     880.00
 #1809     Review black-lined TDP                             800.00
```

{D0143862.1 }

```
Date: 12/29/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 4

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 11/03/08  Peterson   / (28) Data Analysis                       3.0  2400.00
 #1801     Review issues re: calculating payment percentage    800.00

 11/03/08  Relles     / (28) Data Analysis                       1.0   475.00
 #2002     Review materials discussed in conference call for   475.00
           follow-up discussions

 11/04/08  Peterson   / (28) Data Analysis                       3.7  2960.00
 #1803     Review Libby issues, files and analyses             800.00

 11/04/08  Peterson   / (28) Data Analysis                       0.3   240.00
 #1804     Telephone Relles re: Libby issues and analyses      800.00

 11/04/08  Relles     / (28) Data Analysis                       0.3   142.50
 #2003     Telephone Peterson re: Libby issues and analyses    475.00

 11/04/08  Relles     / (28) Data Analysis                       1.3   617.50
 #2005     Update Libby liability estimates                    475.00

 11/05/08  Peterson   / (28) Data Analysis                       2.5  2000.00
 #1807     Review ATSDR report                                 800.00

 11/06/08  Peterson   / (28) Data Analysis                       3.2  2560.00
 #1810     Review liabilities forecasts based on Cohn call     800.00

 11/07/08  Peterson   / (28) Data Analysis                       3.1  2480.00
 #1811     Review ATSDR report and claims filings by state     800.00

 11/08/08  Peterson   / (28) Data Analysis                       1.3  1040.00
 #1812     Review liability and asset assumptions for payment  800.00
           percentage

 11/18/08  Peterson   / (28) Data Analysis                       3.3  2640.00
 #1813     Review medical articles re: Libby                   800.00
-------------------------------------------------------------------------------
```

{D0143862.1 }

```
Date: 12/29/08              Legal Analysis Systems, Inc.
Time:  2:00pm                                                                Page 5

                   W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                        November 2008 - November 2008

   MONTH        ACTIVITY                                         HOURS      AMOUNT
   ------------------------------------------------------------------------------
   November  - (05) Claims Anal Objectn/Resolutn (Asbest)          1.6     1020.00
   November  - (07) Committee, Creditors'                          2.0     1600.00
   November  - (16) Plan and Disclosure Statement                  3.8     2552.50
   November  - (28) Data Analysis                                 23.0    17555.00
   November  - (99) Total                                         30.4    22727.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)          1.6     1020.00
   Total     - (07) Committee, Creditors'                          2.0     1600.00
   Total     - (16) Plan and Disclosure Statement                  3.8     2552.50
   Total     - (28) Data Analysis                                 23.0    17555.00
   Total     - (99) Total                                         30.4    22727.50

   ------------------------------------------------------------------------------
```

{D0143862.1 }

```
Date: 12/29/08              Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 6

                W. R. Grace

              Summary Of Time Charges, By Month and Person
                       November 2008 - November 2008

    MONTH        PERSON                                         HOURS      AMOUNT
    ----------------------------------------------------------------------------
    November  - Relles                                            4.9     2327.50
    November  - Peterson                                         25.5    20400.00
    November  - Total                                            30.4    22727.50

    Total     - Relles                                            4.9     2327.50
    Total     - Peterson                                         25.5    20400.00
    Total     - Total                                            30.4    22727.50

    ----------------------------------------------------------------------------
```

{D0143862.1 }

```
Date: 12/29/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 7

             W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                    November 2008 - November 2008

   MONTH      PERSON                               HOURS    RATE    AMOUNT
   ------------------------------------------------------------------------
   (05) Claims Anal Objectn/Resolutn (Asbest)

   November - Relles                                 0.8    475.    380.00
   November - Peterson                               0.8    800.    640.00

   (07) Committee, Creditors'

   November - Peterson                               2.0    800.   1600.00

   (16) Plan and Disclosure Statement

   November - Relles                                 1.5    475.    712.50
   November - Peterson                               2.3    800.   1840.00

   (28) Data Analysis

   November - Relles                                 2.6    475.   1235.00
   November - Peterson                              20.4    800.  16320.00

   ------------------------------------------------------------------------
```

{D0143862.1 }