**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 5, 2009, a true and correct copy of the *Certain Insurers' First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set for Admissions Directed to David T. Austern, Asbestos PI Future Claimants' Representative* was served on the parties listed below via e-mail.

    Richard H. Wyron (rwyron@orrick.com)
    Debra L. Felder (dfelder@orrick.com)
    John C. Phillips, Jr. (jcp@pgslaw.com)

Dated: January 6, 2009
    Wilmington, Delaware                    STEVENS & LEE, P.C.

                                        /s/ John D. Demmy.
                                        John D. Demmy (DE Bar No. 2802)
                                        1105 North Market Street, 7th Floor
                                        Wilmington, DE 19801
                                        Telephone: (302) 425-3308
                                        Telecopier: (610) 371-8515
                                        Email: jdd@stevenslee.com

                                                and

                                        Leonard P. Goldberger
                                        Marnie E. Simon
                                        (Members PA Bar)
                                        1818 Market Street, 29th Floor
                                        Philadelphia, PA 19103-1702
                                        Telephone:  (215) 751-2864/2885
                                        Telecopier:  (610) 371-7376/8505
                                        Email: lpg@stevenslee.com
                                        Email: mes@stevenslee.com

                                        ATTORNEYS FOR FIREMAN'S FUND
                                        INSURANCE COMPANY AND
                                        ALLIANZ S.p.A., f/k/a RIUNIONE
                                        ADRIATICA DI SICURTA