## **CERTIFICATE OF SERVICE**

  I certify that on this 6th day of January 2009, true and correct copies of the foregoing Notice of Service was served by electronic mail on:

   Richard H. Wyron (rwyron@orrick.com)
   Debra L. Felder (dfelder@orrick.com)
   John C. Phillips, Jr. (jcp@pgslaw.com)


               */s/ John D. Demmy.*
               John D. Demmy (DE Bar No. 2802)

SL1 894085v1/021630.00003