**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 5, 2009, a true and correct copy of the *Certain Insurers' First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set for Admissions Directed to the Official Committee of Asbestos Personal Injury Claimants* was served on the parties listed below via e-mail.

      Elihu Inselbuch (ei@capdale.com)
      Peter Van N. Lockwood (pvnl@capdale.com)
      Mark T. Hurford (mhurford@camlev.com)

Dated: January 6, 2009
      Wilmington, Delaware

                                STEVENS & LEE, P.C.

                                */s/ John D. Demmy.*
                                John D. Demmy (DE Bar No. 2802)
                                1105 North Market Street, 7th Floor
                                Wilmington, DE 19801
                                Telephone: (302) 425-3308
                                Telecopier: (610) 371-8515
                                Email: jdd@stevenslee.com

                                    and

                                Leonard P. Goldberger
                                Marnie E. Simon
                                (Members PA Bar)
                                1818 Market Street, 29th Floor
                                Philadelphia, PA 19103-1702
                                Telephone:  (215) 751-2864/2885
                                Telecopier:  (610) 371-7376/8505
                                Email: lpg@stevenslee.com
                                Email: mes@stevenslee.com

                                ATTORNEYS FOR FIREMAN'S FUND
                                INSURANCE COMPANY AND
                                ALLIANZ S.p.A., f/k/a RIUNIONE
                                ADRIATICA DI SICURTA