# **CERTIFICATE OF SERVICE**

     I certify that on this 6th day of January 2009, true and correct copies of the foregoing Notice of Service was served by electronic mail on:

     Elihu Inselbuch (ei@capdale.com)
     Peter Van N. Lockwood (pvnl@capdale.com)
     Mark T. Hurford (mhurford@camlev.com)

     */s/ John D. Demmy.*
     John D. Demmy (DE Bar No. 2802)