**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 5, 2009, a true and correct copy of the *Certain Insurers' First Set of Interrogatories, First Set of Requests for Production of Documents, and First Set for Admissions Directed to the Debtors* was served on the parties listed below via e-mail.

    Janet S. Baer (jbaer@kirkland.com)
    Lisa G. Esayian (lesayian@kirkland.com)
    Theodore L. Freedman (tfreedman@kirkland.com)

Dated: January 6, 2009
    Wilmington, Delaware        STEVENS & LEE, P.C.

                                    */s/ John D. Demmy.*
                                    John D. Demmy (DE Bar No. 2802)
                                    1105 North Market Street, 7th Floor
                                    Wilmington, DE 19801
                                    Telephone: (302) 425-3308
                                    Telecopier: (610) 371-8515
                                    Email: jdd@stevenslee.com

                                          and

                                    Leonard P. Goldberger
                                    Marnie E. Simon
                                    (Members PA Bar)
                                    1818 Market Street, 29th Floor
                                    Philadelphia, PA 19103-1702
                                    Telephone:  (215) 751-2864/2885
                                    Telecopier:  (610) 371-7376/8505
                                    Email: lpg@stevenslee.com
                                    Email: mes@stevenslee.com

                                    ATTORNEYS FOR FIREMAN'S FUND
                                    INSURANCE COMPANY AND
                                    ALLIANZ S.p.A., f/k/a RIUNIONE
                                    ADRIATICA DI SICURTA

SL1 894075v1/021630.00003