## **CERTIFICATE OF SERVICE**

      I certify that on this 6th day of January 2009, true and correct copies of the foregoing Notice of Service was served by electronic mail on:

      Janet S. Baer (jbaer@kirkland.com)
      Lisa G. Esayian (lesayian@kirkland.com)
      Theodore L. Freedman (tfreedman@kirkland.com)

                        */s/ John D. Demmy.*
                        John D. Demmy (DE Bar No. 2802)