## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Document No. 20431** |

### CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on the 5th day of January, 2009, I did caused to be served BNSF Railway Company's Objection To Plan Proponents' Designation Of Confirmation Issues [Docket No. 20431] by causing a true and correct copy thereof to be served upon the individuals on the attached service list in the manner indicated.


Dated:  January 5, 2009
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Counsel for BNSF Railway Company


Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

## EXHIBIT A

## SERVICE BY ELECTRONIC MAIL

| Firm | Name | E-mail Address |
|---|---|---|
| Stroock & Stroock & Lavan LLP | Lewis Kruger | lkruger@strook.com |
| Stroock & Stroock & Lavan LLP | Kenneth Pasquale | kpasquale@strook.com |
| Stroock & Stroock & Lavan LLP | Arlene G. Krieger | akrieger@strook.com |
| Duane Morris LLP | Michael R. Lastowski | mlastowski@duanemorris.com |
| Duane Morris LLP | Richard W. Riley | rriley@duanemorris.com |
| Bilzin Sumberg Dunn Baena Price & Axelrod, LLP | Scott L. Baena | sbaena@bilzin.com |
| Bilzin Sumberg Dunn Baena Price & Axelrod, LLP | Jay M. Sakalo | jsakalo@bilzin.com |
| Bilzin Sumberg Dunn Baena Price & Axelrod, LLP | Matthew I. Kramer | mkramer@bilzin.com |
| Ferry Joseph & Pearce, P.A. | Michael B. Joseph | mjoseph@ferryjoseph.com |
| Ferry Joseph & Pearce, P.A. | Theodore J. Tacconelli | ttacconelli@ferryjoseph.com |
| US Trustee | Roberta A. Deangelis | ustpregion03.wl.ecf@usdoj.gov |
| US Trustee | David M. Klauder | david.klauder@usdoj.gov |
| Katten Muchin Rosenman LLP | Noah Heller | noah.heller@kattenlaw.com |
| Katten Muchin Rosenman LLP | Merritt A. Pardini | merritt.pardini@kattenlaw.com |
| Katten Muchin Rosenman LLP | Jeff Friedman | jeff.friedman@kattenlaw.com |
| Richards Layton & Finger PA | Mark D. Collins | collins@rlf.com |
| Richards Layton & Finger PA | Jason M. Madron | madron@rlf.com |
| Richards Layton & Finger PA | Dana L. Reynolds | reynolds@rlf.com |
| Pepper Hamilton, LLP | David M. Fournier | fournierd@pepperlaw.com |
| Pepper Hamilton, LLP | James C. Carignan | carignanj@pepperlaw.com |
| Pepper Hamilton, LLP | Robert S. Hertzberg | hertzbergr@pepperlaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Francis A. Monaco, Jr. | fmonaco@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Kevin J. Mangan | kmangan@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Matthew P. Ward | maward@wcsr.com |
| Lowenstein Sandler PC | Michael S. Etkin | metkin@lowenstein.com |
| Lowenstein Sandler PC | Ira M. Levee | ilevee@lowenstein.com |
| Gilman & Pastor LLP | David Pastor | dpastor@Gilmanpastor.com |
| Schiffrin Barroway Topaz & Kessler LLP | Joseph H. Meltzer | jmeltzer@sbtklaw.com |
| Schiffrin Barroway Topaz & Kessler LLP | Katherine Bornstein | kbornstein@sbtklaw.com |
| Richards, Layton & Finger, P.A. | Robert J. Stearn, Jr. | stearn@rlf.com |
| Richards, Layton & Finger, P.A. | Cory D. Kandestin | kandestin@rlf.com |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman | rjsidman@vorys.com |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | tscobb@vorys.com |
| Landis Rath & Cobb LLP | Adam G. Landis | landis@lrclaw.com |
| Landis Rath & Cobb LLP | Rebecca L. Butcher | butcher@lrclaw.com |

| Firm | Name | E-mail Address |
|---|---|---|
| Landis Rath & Cobb LLP | Kerri K. Mumford | mumford@lrclaw.com |
| Landis Rath & Cobb LLP | James S. Green, Jr. | green@lrclaw.com |
| Cohn Whitesell & Goldberg LLP | Daniel C. Cohn | cohn@cwg11.com |
| Cohn Whitesell & Goldberg LLP | Christopher M. Candon | candon@cwg11.com |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | kmiller@skfdelaware.com |
| Smith, Katzenstein & Furlow LLP | Etta R. Wolfe | ewolfe@skfdelaware.com |
| Fulbright & Jaworkski L.L.P. | Steve A. Peirce | speirce@fulbright.com |
| Connolly Bove Lodge & Hutz LLP | Jeffrey Wisler | jwisler@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Marc J. Phillips | mphillips@cblh.com |
| Eckert Seamans Cherin & Mellott, LLC | Edward J. Longosz, II | elongosz@eckertseamans.com |
| Eckert Seamans Cherin & Mellott, LLC | Laura G. Stover | lstover@eckertseamans.com |
| Rosenthal, Monhait, & Goddess | Edward B. Rosenthal | erosenthal@rmgglaw.com |
| Goodwin Procter LLP | Daniel M. Glosband | dglosband@goodwinprocter.com |
| Goodwin Procter LLP | Brian H. Makherjee | bmukherjee@goodwinprocter.com |
| Goodwin Procter LLP | Michael S. Giannotto | mgiannotto@goodwinprocter.com |
| Ford Marrin Esposito Witmeyer & Gleser, LLP | Elizabeth DeCristofaro | emdecristofaro@fmew.com |
| Ford Marrin Esposito Witmeyer & Gleser, LLP | Shayne W. Spencer | swspencer@fmew.com |
| Wiley Rein LLP | Richard A. Ifft | rifft@wileyrein.com |
| White and Williams LLP | Marc S. Casarino | casarinom@whiteandwilliams.com |
| White and Williams LLP | Joseph Gibbons | gibbonsj@whiteandwilliams.com |
| White and Williams LLP | Gregory T. LoCasale | locasaleg@whiteandwilliams.com |
| Drinker Biddle and Reath LLP | Warren T. Oratt | Michael.brown@dbr.com |
| Drinker Biddle and Reath LLP | David P. Primack | David.primack@dbr.com |
| Stevens & Lee, P. C. | John D. Demmy | jdd@stevenslee.com |
| Stevens & Lee, P. C. | Leonard P. Goldberger | lpg@stevenslee.com |
| Stevens & Lee, P. C. | Marnie E. Simon | mes@stevenslee.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephan J. Shimshak | sshimshak@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg | arosenberg@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Margaret A. Phillips | mphillips@paulweiss.com |
| Simpson Thacher & Bartlett LLP | Peter V. Pantaleo | ppantaleo@stblaw.com |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr. | wrussell@stblaw.com |
| Simpson Thacher & Bartlett LLP | Marissa A. Piropato | mpiropato@stblaw.com |
| Simpson Thacher & Bartlett LLP | Elisa Alcabes | ealcabes@stblaw.com |
| Cozen O'Connor | Jeffrey R. Waxman | jwaxman@cozen.com |
| Cozen O'Connor | William P. Shelley | wshelley@cozen.com |
| Cozen O'Connor | Jacob C. Cohn | jcohn@cozen.com |
| Bifferato Gentilotti, LLC | Garvan F. McDaniel | gmcdaniel@bglawde.com |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Carl J. Pernicone | Carl.pernicone@wilsonelser.com |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Catherine Chen | Catherine.chen@wilsonelser.com |
| Alan Rich Law | Alan B. Rich | arich@alanrichlaw.com |

| Firm | Name | E-mail Address |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | David Turetsky | David.turetsky@skadden.com |
| Kramer Levin Naftalis & Frankel LP | Philip Bentley | pbentley@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LP | Douglas Mannal | dmannal@kramerlevin.com |
| Steptoe & Johnson LLP | George R. Calhoun, V | gcalhoun@steptoe.com |
| Cuyler Burk P.C. | Andrew K. Craig | acraig@cuyler.com |
| Zeichner Ellman & Krause LLP | Michael S. Davis | mdavis@zeklaw.com |
| Orrick, Herrington & Sutcliffe LLP | Debra L. Felder | dfelder@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Roger Frankel | rfrankel@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Mary A. Wallace | mwallace@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyon | rwyron@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Jonathan Guy | jguy@orrick.com |
| W. R. Grace Company | Richard Finke | Richard.finke@grace.com |
| W. R. Grace Company | Mark Shelnitz | Mark.shelnitz@grace.com |
| W. R. Grace Company | John McFarland | John.mcfarland@grace.com |
| U. S. Department of Justice | James Freeman | James.freeman2@usdoj.gov |
| Caplan & Drysdale | Jeffrey A. Liesemer | jal@capdale.com |
| Caplan & Drysdale | Peter Van N. Lockwood | pvnl@capdale.com |
| Caplan & Drysdale | Nathan Finch | ndf@capdale.com |
| Crowell & Moring | Leslie Epley Davis | lepley@crowell.com |
| WilmerHale | Nancy L. Manzer | Nancy.manzer@wilmer.com |
| Environmental Protection Agency | Andrea Madigan | Madigan.andrea@epa.gov |
| Hogan & Hartson | James P. Ruggeri | jpruggeri@hhlaw.com |
| McDermott Will & Emery | David S. Rosenbloom | drosenbloom@mwe.com |
| Campbell & Levine, LLC | Mark T. Hurford | mhurford@camlev.com |
| O'Melveny & Myers LLP | Brad Elias | belias@omm.com |
| O'Melveny & Myers LLP | Tancred Schiavoni | tschiavoni@omm.com |
| O'Melveny & Myers LLP | Gary Svirsky | gsvirsky@omm.com |
| Kirkland & Ellis | Jan Baer | jbaer@kirkland.com |
| Kirkland & Ellis | David Bernick | dbernick@kirkland.com |
| Kirkland & Ellis | Lisa G. Esayian | lesayian@kirkland.com |
| Kirkland & Ellis | K. Love | klove@kirkland.com |
| Kirkland & Ellis | Christopher T. Greco | cgreco@kirkland.com |
| Kirkland & Ellis | Craig Bruens | cbruens@kirkland.com |
| Kirkland & Ellis | Theodore L. Freedman | tfreedman@kirkland.com |
| Pachulski Stang Ziehl & Jones LLP | James E. O'Neill | joneill@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Timothy P. Cairns | tcairns@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Patricia Cuniff | pcuniff@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Lynzy Oberholzer | loberholzer@pszjlaw.com |

#10407576 v1

**EXHIBIT B**

**Service By First Class Mail**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 N. Market Street
17th Floor
PO Box 8705
Wilmington, DE  19899-8705
(Debtors Counsel)

David Klauder, Esquire
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE  19801

Parcels, Inc.
Vito I. DiMaio
230 N. Market Street
PO Box 27
Wilmington, De  19899

DIP Lender
c/o Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE  19899

Asbestos PI Committee
c/o Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE  19801

Scoots Company LLC
c/o Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The Chase Manhattan Bank
c/o Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE  19899

Maryland Casualty
c/o Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz, LLP
1220 Market Street
10th Floor
Wilmington, DE  19899

Ingersoll-Rand Fluid Products and State of Montana
c/o Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice, LLC
222 Delaware Avenue
15th Floor
Wilmington, DE  19801

Asbestos PD Committee
c/o Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry- & Joseph, PA
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE  19899

Mark S. Chehi, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street
Suite 700
Wilmington, DE  19801-1270

Official Committee of Unsecured Creditors
c/o Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801-1246

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
6th Floor
PO Box 951
Wilmington, DE  19899

General Electric Corporation
c/o Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

Reaud Morgan & Quinn, Inc. and
Environmental Litigation Group, PC
c/o Kathleen Miller, Esquire
Smith Katzenstein & Furlow, LLP
800 Delaware Avenue
7th Floor
PO Box 410
Wilmington, DE  19899

Century Indemnity Company
c/o Curtis Crowther, Esquire
White & Williams, LLP
824 N. Market Street
Suite 902
PO Box 709
Wilmington, DE  19801

First Union Leasing
c/o John D. Demmy, Esquire
Stevens & Lee, PC
1105 N. Market Street
Suite 700
Wilmington, DE  19801-1270

Mark Hankin and HanMar Associates,
Fireman's Fund Insurance Co.
c/o Thomas G. Whalen, Esquire
Stevens & Lee, PC
1105 N. Market Street
7th Floor
Wilmington, DE  19801

Equity Committee
c/o Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
PO Box 1397
Wilmington, DE  19899-1397

Union Tank Car Company
c/o Rachel B. Mersky, Esquire
Monzack & Monaco, PA
1201 N. Orange Street
Suite 400
Wilmington, DE  19801

Royal Insurance
c/o Megan N. Harper, Esquire
Bifferato Bifferato & Gentilotti
1308 Delaware Avenue
PO Box 2165
Wilmington, DE  19899

The Delaware Division of Revenue
c/o Allison E. Reardon
820 N. French Street
8th Floor
Wilmington, DE  19801

Libby Mine Claimants
c/o Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street
Suite 1000
Wilmington, De  19801

L. A. Unified School District
c/o William F. Taylor, Jr., Esquire
McCarter 7 English, LLP
Mellon Bank Center
919 Market Street
Suite 1800
Wilmington, DE  19899

Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street
FL 12
Wilmington, DE  19801

David T. Austern
c/o John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE  19806

Libby Claimants
c/o Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb, LLP
919 Market Street
Suite 1600
Wilmington, DE  19801

Brayton Purcell, LLP
c/o Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Allstate Insurance Company
c/o James S. Yoder, Esquire
White & Williams, LLP
824 Market Street
Suite 902
Wilmington, DE  19899-0709

Everest Reinsurance Company and
Mt. McKinley Insurance Company
c/o Brian L. Kasprzak, Esquire
Marks O'Neill O'Brien & Courtney, PC
913 N. Market Street
Suite 800
Wilmington, DE  19801

American Employers Insurance Co., Employers Commercial
Union n/k/a One Beacon America Insurance co. and Unigard
Insurance Co.
c/o David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Suite  1000
Wilmington, DE  19801-1254

U. S. Fire Insurance Company
c/o Ian Connor Bifferato, Esquire
Bifferato Gentilotti & Biden
1308 Delaware Avenue
PO Box 2165
Wilmington, DE  19899

Anderson Memorial Hospital
c/o Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Building
1225 King Street
Suite 800
Wilmington, DE  19801

PacifiCorp
c/o Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb, LLP
919 Market Street
Suite 600
Wilmington, DE  19801

CNA Financial Corporation
Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, PA
919 Market  Street
Suite 1401
PO Box 1070
Wilmington, DE  19899-1070

State of California, Dept. of General Service
c/o Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Zonolite Attic Litigation Plaintiffs and
Gamma Holding, NV
c/o William D. Sullivan, Esquire
Buchanan Ingersoll PC
PO Box 8791
Wilmington, DE  19899-8791

PPG Industries, Inc.
c/o William M. Aukamp, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P. O. Box 1271
Wilmington, DE  19899

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Derrick C. Tay, Esquire
Ogilvy Renault, LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario, Canada  M5J  2Z4

Canadian ZAI Claimants
c/o Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger, Inc.
286 rue St.-Paul Ouest
Bureau 100
Montreal (Quebec)  H2Y  2A3
Canada

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street Wet 3400
C.P.3 6
Toronto, Ontario M5X 1K6

Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario  M9C  5K1
Canada

David B. Bernick, P. C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60601
Counsel to Debtor

W. R. Grace & Co.
c/o Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044

Asbestos PI Committee
c/o Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY  10152-3500

Official Committee of Unsecured Creditors
c/o Lewis Kruger, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Official Committee of Property Damage Claimants
c/o Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
First Union Financial Center
200 S. Biscayne Boulevard
Suite 2500
Miami, FL  33131

Equity Committee
c/o Philip Bentley, Esquire
Kramer Levein Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Sealed Air Corporation
c/o D. J. Baker, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY   1 0036

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N. E.
Atlanta, GA  30326-1232

Internal Revenue Service
Attn:  Solvency
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Michael A. Berman, Esquire
Securities & Exchange Commission
450 Fifth Street, N. W.
(Mail Stop 6-6)
Washington, DC  20549

Secretary of State
Division of Corporations
Franchise Tax
PO Box 7040
Dover, DE  19903

James D. Freeman, Esquire
U. S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945 – North Tower
Denver, CO  80802

Jon L. Heberling, Esquire
McGarvey Heberling Sullivan & McGarvey,, PC
745 S. Main Street
Kalispel, MT  59901

DIP Lender
c/o David S. Heller, Esquire
Latham & Watkins
Sears Tower
Suite 5800
233 S. Wacker Drive
Chicago, IL  60606

Charles E. Boulbol, Esquire
26 Broadway
17th Floor
New York, NY  10004

Ira S. Greene, Esquire
Hogan & Hartson, LLP
875 Third Avenue
New York, NY  10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34
#C1
Manasquan, NJ  08736-1500

Steven J. Johnson, Esquire
Gibson Dunn & Crutcher, LLP
518 San Julian Street
Los Angeles, CA  90013-1871

Charlotte Klenke, Esquire
Schneider National, Inc.
PO Box 2545
3101 S. Packerland
Green Bay, WI  54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott Will & Emery
227 W. Monroe Street
Chicago, IL  60606-5096

Charles L. Finke
Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N. W.
Washington, DEC  20005-4026

Pamela Zilly
Richard Schinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154

Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller Draper Hayden Patrick & Horn, LLC
650 Poydras Street
Suite 2500
New Orleans, LA  70130-6103

Asbestos Claimants
c/o Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Avenue
Suite 400
Dallas, TX 75219-6403

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Jonathan W. Young
Wildman Harrolld Allen & Dixon
225 W. Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, PC
3102 Oak Lawn Avenue
PO Box 8705
Dallas, TX  75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan Hyden Womble & Culbreth, PC
500 N. Shoreline Boulevard
Suite 900
Corpus Christi, TX  78471

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN 46204-3435

T. Kellan Grant
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Cindy Schultz
Ingersoll Rand Fluid Products
One Aro Center
PO Box 151
Bryan, OH  43506

John P. Dillman, Esquire
Linebarger Heard Goggan Blair Graham
    Pena & Sampson, LLP
P. O. Box 3064
Houston, TX  77253-3064

The Gibson Law Firm, PLLC
P. O. Box 6005
Ridgeland, MS  39158-6005

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA  30309

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd
Elmwood Park, NJ 07407-1033

Katherine White
Sealed Air Corporation
200 Riverfront Blvd
Elmwood Park, NJ 07407-1033

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
   & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

Elizabeth S. Kardos, Esq.
Gibbons, P.C.
One Gateway Center
 Newark, NJ 07102-5310

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

(Counsel to Public Service Electric and Gas
   Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P. O. Box 570
Newark, NJ  07101

(Counsel to Official Committee of Unsecured
   Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

(Tennessee Department of Environment and
   Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankruptcy Unit
P. O. Box 20207
Nashville, TN  37202-0207

(Counsel to numerous asbestos claimants)
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Boulevard, Suite 200
Arlington, TX  76011

(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Bardelli Shaw & Cavin, LLP
2000 Crow Canyon Place
Suite 330
San Ramon, CA  94583

Anton Volovsek
191 Battle Ridge Road
Kooskia, ID  83539-5072

(Counsel to Weatherford U.S. Inc., and
    Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23th Floor
Columbus, OH  43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1728 Bass Road
P. O. Box 13708
Macon, GA  31208-3708

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P. O. Box 539
Westmont, NJ  08108

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD 21043

Danice Sims
P. O. Box 66658
Baton Rouge, LA  70896

M. Diane Jasinski, Esquire
Michael D. Hess, Esquire
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004-1109

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P. O. Box 1070
Forked River, NJ  08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD  20737-1385

Colin D. Moore
Provost & Umphrey Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P. O. Box 2570
Cherry Hill, NJ  08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Bart Hartman
Treasurer – Tax Collector
Attn:  Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham
    Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Robert Cimino, Esquire
Suffolk County Attorney
Attn:  Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P. O. Box 6100
Hauppauge, NY  11788-0099

(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P. O. Box 617
Odessa, DE  19730

(Counsel to Dow Chemical Company, Hampshire
    Chemical Corporation and Union Carbide Corp.)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

(Counsel to General Electric Capital Corp.)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

Attn:  Diane Stewart
Peoples First Community Bank
P. O. Box 59950
Panama City, FL  32412-0950

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Attn:  Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
    Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112-1033

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

(Counsel to Wells Fargo Bank Minnesota,
    National Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

(Counsel to Wells Fargo Bank Minnesota,
    National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Divisions
P. O. Box 30754
Lansing, MI  48909

(Counsel to Asbestos Claimants)
Deidre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P. O. Box 10
Woodbridge, NJ  07095

(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX  77002-6418

(Counsel to The Texas Comptroller of Public
Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX  78711-2548

(Counsel to Fireman's Fund Insurance Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

(Comptroller of Public Accounts of the State of
Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX  78711-2548

(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P. O. Box 685
Hampton, SC  29924

General Motors Acceptance Corporation
P. O. Box 5055
Troy, MI  48007-5055

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

(Counsel to Potash Corp.)
David M. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

(Counsel for Reaud, Morgan & Quinn, Inc. and
Environmental Litigation Group, PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman, Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, IL  60610

Edward H. Tillinghast, III
Sheppard Mullin Richter & Hampton LLP
Twenty Fourth Floor, 30 Rockefeller Plaza
New York, NY 10112

(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue – Suite 583
Spokane, WA  99201

(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
P. O. Box 475
Jefferson City, MO  65105-0475

(Peters, Smith & Company)
Mr. Charles C. Trascher, III, Esquire
Snellings, Breard, Sartor, Inabnett &
    Trasher, LLP
P. O. 2055
Monroe, LA  71207

(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


(Attorney General of PA)
(Commonwealth of PA Dept. Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I. D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
 Philadelphia, PA  19107-3603)

Denise A. Kuhr
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603


(Snack, Inc.)
Gibson, Dunn & Crutch LLP
200 Park Avenue
 New York, NY  10166

(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367


(W. C. Baker, E. E. Jaques, B. H. Miller,
M. R. Fisher, S. R. Ormsbee, M. Rea and the
Fisher Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

Barry D. Kleban, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd floor
Philadelphia, PA 19102


Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S. W.
Atlanta, GA  30334

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LIP
725 Twelfth Street NW
Washington, DC  20005

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

(Counsel to County of Dallas)
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

(Counsel to Travelers Casaulty and Surety
Company)
c/o Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

(Counsel to Kaneb Pipe Line Operating Partnership
LP and Support Terminal Services, Inc.)
c/o Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

(Counsel to Novak Landfill RD/RA Group)
c/o Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

DACA V, LLC
Attn:  Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA  92108-3419

(Counsel to Lawson Electric Co.)
c/o Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

(Counsel to County of San Diego)
c/o Martha B. Romero, Esquire
6516 Bright Avenue
Whittier, CA  90601-4503

(Counsel to National Union Fire Insurance Co.
of Pittsburgh, PA)
c/o Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

(Counsel to The Burlington Northern and
Santa Fe Railway Company)
c/o Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA  19462

(Counsel to the City of Knoxvill)
c/o Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

(Counsel to Westcor)
c/o Don C. Fletcher, Esquire
The Cavanagh Firm, PA.
1850 North Central Avenue
Suite 2400
Phoenix, AZ  85004

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 B. Main Street
Rochester, NY  14604

(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219


(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

(Counsel to Certain Underwrters at
Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LIP
750 Seventh Avenue
New York, NY  10019-6829


Jerel L. Ellington, Esquire
U.S. Department of Justice
Environment and Natural Resource Division
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO  80294

(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127


(Counsel to Union Tank Car Company)
Deborah L. Thome, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165


Xerox Capital Services, LLC
PO Box 660502
Dallas, TX  75266-0502

Carl Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

(Counsel to James Grau, Anaa Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

(Counsel to the Libby Mine Claimant)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

(Counsel to Town of Acton, MA)
Thomas O. Bean
McDermott, Will & Emery
28 State Street
34th Floor
Boston, MA  02109-1706

(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA  92108-3419

Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

John Preefer
128 Willow St Apt 6B
Brooklyn, NY  11201

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18 Street
Philadelphia, PA  19103

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LIP
Columbia Center
1152 15th, N.W.
Washington, DC  20005-1706

Lauren Holzman
Claims Processor
Euler Hermes ACJ
800 Red Brook Boulevard
Owings Mills, MD  21117

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandier PC
65 Livingston Avenue
Roseland, NJ  07068

(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

(Counsel to Ancel Abadic and 410 additional
claimants)
Julie A. Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA  70062-4032

(Counsel to Allstate Insurance Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LISP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

(Counsel to Citigroup Del_lease Inc. d/b/a Citicorp
Dealer Finance)
Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mount Laurel, NJ  08054-2595

(Counsel to Everest Reinsurnace Company and Mt.
McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

(Counsel to the Van Cott, Bagley Cornwall and
McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

Frederick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC  29465

Michael F. Brown, Esquire
Drinker Biddle & Reath LIP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

(Counsel to US Insurance Company)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

DK Acquisition Partners
65 East 55th Street 19th Floor
New York, NY  10022

Fred Glass
Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY  10001

M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL  33146

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT  84111

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

(Counsel to the Ad Hoc Committee of Equity
Security Holders)
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Jeffrey S. Hebrank, Esquire
Carl P. McNulty, U, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LIP
103 West Vandalla Street, Suite 300
P.O. Box 510
Edwardsville, IL  62025-0510

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LIP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ  07962-1981

(Counsel to State of California, Department
of General Services)
Steven J. Mandelsberg, Esq.
Christina J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York,, NY 1002

(Counsel to Dies & Hile LLP)
Richard Levy, Jr., Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022-4441

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106


(Counsel for Personal Injury Claimants)
Hal Pitko, Esq.
The Falls at Lambertville
315 South Main Street
Lambertville, NJ  08530

Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770


#9731091 v1

Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd – Bldg A
Mount Pleasant, SC 29464


Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys Sater Seynour and Pease LLP
52 East Gay Street
PO. Box 1008
Columbus, OH 43215

Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036