IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-THIRD MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | October 12, 2008 |
| RE: | Litigation and litigation consulting | INVOICE: 864575 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending November 30, 2008

| | |
|---|---:|
| FEES | $16,982.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 229.14 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $17,211.14 |

Canadian Funds



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group. Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                     01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 3.1 | $2,945.00 |
| T. Reyes | 1.5 | $1,125.00 |
| O. Pasparakis | 8.6 | $5,805.00 |
| J. Stam | 7.3 | $3,650.00 |
| M. Kotrly | 9.8 | $2,352.00 |
| P. Adams | 6.5 | $1,105.00 |
| Total | 36.80 | $16,982.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/11/08 | Tony Reyes | Attending for appointment with Justice Morawetz regarding interim order for stay period (1.4); conversation with J. Stam (0.1). | 1.50 | $1,125.00 |
| 3/11/08 | Jennifer Stam | Revising Finke affidavit. | 0.80 | $400.00 |
| 3/11/08 | Orestes Pasparakis | Reviewing and revising affidavit for recognition motion. | 1.20 | $810.00 |
| 3/11/08 | Michael Kotrly | Review of Finke affidavit, notice of motion and draft order for recognition of U.S. Bar Date Order. | 1.50 | $360.00 |
| 4/11/08 | Jennifer Stam | Reviewing motion materials for Canadian ZAI property damage Bar Date recognition motion. | 0.80 | $400.00 |
| 4/11/08 | Michael Kotrly | Further review of Finke affidavit, notice of motion and draft order for recognition of U.S. Bar Date Order. | 2.50 | $600.00 |
| 5/11/08 | Penny Adams | Dealing with issues relating to the September 30 motion. | 0.50 | $85.00 |
| 5/11/08 | Jennifer Stam | Revising court materials for Canadian ZAI property damage Bar Date recognition motion (0.4); correspondence regarding same (0.2). | 0.60 | $300.00 |
| 5/11/08 | Michael Kotrly | Further review of Finke affidavit, notice of motion and draft order for recognition of U.S. Bar Date Order. | 1.30 | $312.00 |
| 6/11/08 | Michael Kotrly | Arranging exhibits for Finke affidavit (0.4); reviewing motion materials (0.5). | 0.90 | $216.00 |

INVOICE: 864575



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                             01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/11/08 | Michael Kotrly | Serving and arranging for filing of motion materials. | 0.80 | $192.00 |
| 7/11/08 | Jennifer Stam | Reviewing motion record. | 0.30 | $150.00 |
| 7/11/08 | Orestes Pasparakis | Addressing concerns raised by Crown counsel (0.4); addressing motion issues (0.4). | 0.80 | $540.00 |
| 11/11/08 | Penny Adams | Discussions regarding the next Information Officer's Report (0.2); drafting 28th Information Officer's Report (1.3). | 1.50 | $255.00 |
| 13/11/08 | Jennifer Stam | Preparing for Canadian ZAI property damage Bar Date recognition motion (0.8); attending court for same (1.5). | 2.30 | $1,150.00 |
| 13/11/08 | Michael Kotrly | Attendance at court. | 1.70 | $408.00 |
| 13/11/08 | Orestes Pasparakis | Follow-up on court attendance and numerous emails. | 0.30 | $202.50 |
| 13/11/08 | Penny Adams | Reviewing and revising 28th Information Officer's Report. | 0.80 | $136.00 |
| 14/11/08 | Derrick C. Tay | Dealing with questions regarding entities to be noticed in Canadian programme (0.3); dealing with Canadian recognition order (0.2). | 0.50 | $475.00 |
| 14/11/08 | Penny Adams | Reviewing and revising 28th Information Officer's Report. | 1.00 | $170.00 |
| 14/11/08 | Orestes Pasparakis | Follow-up on emails from representative and U.S. counsel. | 0.40 | $270.00 |
| 17/11/08 | Orestes Pasparakis | Follow-up regarding issues of noticing in Canada (0.3); reviewing court materials (0.3); providing advice to client (0.2). | 0.80 | $540.00 |
| 17/11/08 | Jennifer Stam | Reviewing correspondence on claims process (0.2); correspondence regarding noticing in Canada (0.3). | 0.50 | $250.00 |
| 19/11/08 | Penny Adams | Reviewing and revising 28th Information Officer's Report. | 0.50 | $85.00 |
| 19/11/08 | Jennifer Stam | Reviewing draft 28th Information Officer's Report (0.6); correspondence regarding same (0.2). | 0.80 | $400.00 |

INVOICE: 864575



**OGILVY RENAULT**
LLP / S.EN.C.R.L., s.r.l.

W.R. GRACE & CO.                                                            01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 20/11/08 | Michael Kotrly | Discussions with P. Adams regarding Information Officer's Report and forwarding same to U.S. counsel. | 0.10 | $24.00 |
| 20/11/08 | Penny Adams | Reviewing and revising 28th Information Officer's Report (1.0); discussions with J. Stam, O. Pasparakis and M. Kotrly regarding same (0.4); dealing with issues relating to same (0.3). | 1.70 | $289.00 |
| 20/11/08 | Orestes Pasparakis | Revising 28th Information Officer's Report. | 1.80 | $1,215.00 |
| 20/11/08 | Jennifer Stam | Reviewing 28th Information Officer's Report. | 0.30 | $150.00 |
| 21/11/08 | Penny Adams | Dealing with issues relating to 28th Information Officer's Report. | 0.50 | $85.00 |
| 24/11/08 | Jennifer Stam | Revising 28th Information Officer's Report. | 0.20 | $100.00 |
| 24/11/08 | Derrick C. Tay | Reviewing material from Delaware counsel (0.6); reviewing draft of 28th Information Officer's Report to be filed in Canada (0.5). | 1.10 | $1,045.00 |
| 24/11/08 | Michael Kotrly | Modification of 28th Information Officer's Report (0.7); forwarding revised report to U.S. counsel (0.1). | 0.80 | $192.00 |
| 26/11/08 | Michael Kotrly | Update of 28th Information Officer's Report. | 0.20 | $48.00 |
| 26/11/08 | Jennifer Stam | Conversations regarding U.S. ZAI settlement (0.3); reviewing revised 28th Information Officer's Report (0.4). | 0.70 | $350.00 |
| 26/11/08 | Derrick C. Tay | Reviewing comments from Grace regarding Information Officer's Report (0.7); dealing with representative counsel issues regarding U.S. settlement (0.8). | 1.50 | $1,425.00 |
| 26/11/08 | Orestes Pasparakis | Reviewing and considering U.S. deal (1.3); reviewing and considering Canadian deal (0.5); reviewing expiry terms (0.2); discussions with R. Finke (0.3); follow-up regarding strategy dealing with representative plaintiffs (0.3); email to representative counsel and Crown (0.3); responding to email from Crown (0.2). | 3.10 | $2,092.50 |
| 27/11/08 | Orestes Pasparakis | Follow-up regarding development. | 0.20 | $135.00 |
| | | **TOTAL FEES** | | **$16,982.00** |

INVOICE: 864575



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                          01016442-0006

RE:  Litigation and litigation consulting
_____

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 53.30 |
| Long distance calls | 6.15 |
| Process server fee | 35.00 |
| Taxis | 7.69 |
| Filing notice of motion | 0.00 |
| Court filing fee | 127.00 |
| | **$229.14** |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 3/11/08 | Muriel Ing | Copies | 0.60 |
| 3/11/08 | Orestes Pasparakis | Long distance calls 19055231333 | 0.48 |
| 3/11/08 | Muriel Ing | Copies | 0.10 |
| 3/11/08 | Muriel Ing | Copies | 0.60 |
| 3/11/08 | Muriel Ing | Copies | 0.20 |
| 3/11/08 | Muriel Ing | Copies | 0.60 |
| 3/11/08 | Muriel Ing | Copies | 0.90 |
| 3/11/08 | Jennifer Stam | Copies | 0.50 |
| 3/11/08 | Michael Kotrly | Copies | 0.40 |
| 3/11/08 | Muriel Ing | Copies | 0.90 |
| 6/11/08 | Muriel Ing | Copies | 0.10 |
| 6/11/08 | Muriel Ing | Copies | 0.10 |
| 6/11/08 | Muriel Ing | Copies | 0.30 |
| 6/11/08 | Michael Kotrly | Copies | 38.80 |
| 6/11/08 | Muriel Ing | Copies | 0.10 |
| 6/11/08 | Muriel Ing | Copies | 0.10 |
| 6/11/08 | Muriel Ing | Copies | 0.30 |
| 6/11/08 | Michael Kotrly | Copies | 0.40 |
| 7/11/08 | Michael Kotrly | Process server fee - KAP LITIGATION SERVICES | 35.00 |
| 7/11/08 | Michael Kotrly | Copies | 0.20 |
| 7/11/08 | Muriel Ing | Copies | 0.10 |
| 7/11/08 | Muriel Ing | Copies | 0.30 |
| 7/11/08 | Michael Kotrly | Copies | 1.50 |
| 7/11/08 | Muriel Ing | Copies | 0.20 |
| 7/11/08 | Michael Kotrly | Copies | 0.60 |
| 7/11/08 | Muriel Ing | Copies | 0.30 |

INVOICE: 864575



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 7/11/08 | Michael Kotrly | Court filing fee - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 10/11/08 | Jennifer Stam | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 10/11/08 | Jennifer Stam | Reversal from Void Check Number: 101133 Bank ID: BT1 Voucher ID: 649573 Vendor: MINISTER OF FINANCE (ONTARIO) | (127.00) |
| 12/11/08 | Michael Kotrly | Copies | 0.20 |
| 13/11/08 | Penny Adams | Copies | 1.60 |
| 13/11/08 | Muriel Ing | Copies | 1.20 |
| 13/11/08 | Michael Kotrly | Taxis - MICHAEL KOTRLY | 7.69 |
| 20/11/08 | Penny Adams | Copies | 1.00 |
| 20/11/08 | Jennifer Stam | Copies | 1.10 |
| 26/11/08 | Orestes Pasparakis | Long distance calls 15613621533 | 5.67 |
| | | TOTAL | $229.14 |

INVOICE: 864575



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | December 10, 2008 |
| RE: | Fee Applications, Applicant | INVOICE: 863546 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending November 30, 2008

| | |
|---|---:|
| FEES | $1,159.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 64.44 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,223.44 |

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.      01016442-0008

RE: Fee Applications, Applicant

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.8 | $428.00 |
| P. Adams | 4.3 | $731.00 |
| Total | 5.10 | $1,159.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/11/08 | Penny Adams | Reviewing October accounts (0.2); drafting 22nd monthly fee application (0.5). | 0.70 | $119.00 |
| 11/11/08 | Penny Adams | Reviewing and revising 22nd monthly fee application. | 1.30 | $221.00 |
| 12/11/08 | Penny Adams | Correspondence with T. Walsh and R. Finke regarding 22nd monthly fee application. | 0.20 | $34.00 |
| 13/11/08 | Penny Adams | Correspondence with fee auditor's office regarding Ogilvy Renault's response to report concerning 29th interim period. | 0.20 | $34.00 |
| 17/11/08 | Penny Adams | Drafting follow-up response to fee auditor's report (0.5); reviewing and revising same (0.2); discussions with T. Walsh regarding same (0.2); correspondence with fee auditor's office regarding same (0.1). | 1.00 | $170.00 |
| 17/11/08 | Teresa Walsh | Review and revisions to follow-up response to fee auditor's initial report regarding Ogilvy Renault's application for 29th interim period (0.3); review and revisions to Ogilvy Renault's application for 22nd monthly fee application (0.3); verifying same (0.1). | 0.70 | $374.50 |
| 18/11/08 | Penny Adams | Finalizing 22nd monthly fee application (0.2); arranging for same to be filed (0.1); correspondence with L. Oberholzer and fee auditor regarding same (0.3). | 0.60 | $102.00 |
| 20/11/08 | Penny Adams | Dealing with issues relating to fee affidavits. | 0.30 | $51.00 |
| 20/11/08 | Teresa Walsh | Review of fee auditor's final report regarding Ogilvy Renault's 29th interim period fee application. | 0.10 | $53.50 |
| | | **TOTAL FEES** | | **$1,159.00** |

INVOICE: 863546



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                                 01016442-0008

RE:   Fee Applications, Applicant

| DISBURSEMENTS - NON TAXABLE | |
|---|---|
| Copies | 0.30 |
| Courier service | 64.14 |
| | $64.44 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 31/10/08 | Derrick C. Tay | Courier service FedEx shipment #689588775971 FROM TORONTO, ON, CA. To: WARREN H SMITH,WARREN H. SMITH & ASSOCIATES, DALLAS, TX, US. ON 31-10-2008, GST: 0.00, QST: 0.00 | 32.07 |
| 31/10/08 | Derrick C. Tay | Courier service FedEx shipment #689588775960 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG & ZIEHL & JONE, WILMINGTON, DE, US. ON 31-10-2008, GST: 0.00, QST: 0.00 | 32.07 |
| 17/11/08 | Teresa Walsh | Copies | 0.20 |
| 17/11/08 | Penny Adams | Copies | 0.10 |
| | | TOTAL | $64.44 |

INVOICE: 863546