IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered)  RE: 20201 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached Certification, counsel moves the admission pro hac vice of Jeffrey M. Boerger, Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, PA 19103 to represent Government Employees Insurance Co., Columbia Insurance Company f/k/a Republic Insurance Company, OneBeacon America Insurance Company and Seaton Insurance Company or any other party retaining Drinker Biddle & Reath LLP in connection with this and/or any related proceedings.

**DRINKER BIDDLE & REATH LLP**

/s/ David P. Primack
David P. Primack (DE #4449)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: January 7, 2009

/s/ Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE
SAS

WM01/ 7721742.1

## COUNSEL'S CERTIFICATION TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the States of Illinois and New Jersey, and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 3, 2008

Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
jeffrey.boerger@dbr.com

WM01/ 7721742. 1