## CERTIFICATE OF SERVICE

I, Robert J. Stearn, do hereby certify that on January 7, 2009, I caused a copy of the foregoing *Notice of Service The Scotts Company LLC's First Set of Interrogatories, Requests for Admission and Requests for Production of Documents Directed to W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders* to be served upon the following via first class mail:

James E. O'Neill
Pachulski Stand Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Peter Lockwood
Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Robert Horkovich
Robert Chung
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY 10020

Marla Rosoff Eskin
Mark Hurford
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801

John C. Phillips
Phillips, Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Phillip Bentley
Kramer Levin Naftalis & Frankell LLP
1177 Avenue of the Americas
New York, NY 10036

Richard Forsten
Buchanan Ingersoll & Rooney PC
100 West Street 1410
Wilmington, DE 19801

Teresa K.D. Currier
Buchanan Ingersoll & Rooney PC
The Brandywine Bldg
1000 West Street, Suite 1410
Wilmington, DE 19801

Lisa G. Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Richard H. Wryon
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

_____
Robert J. Stearn, Jr. (No. 2915)