IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |

### CERTIFICATE OF SERVICE

I, Daniel K Hogan, hereby certify that, on January 7, 2009, a true and correct copy of the ***Opposition of Various Law Firms Representing Asbestos Personal Injury Claimants to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories*** was served via first-class mail, postage prepaid, upon all parties listed on the 2002 Service List.

        */s/ Daniel K. Hogan*
        Daniel K. Hogan (DE #2814)