IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Daniel K Hogan, hereby certify that, on January 7, 2009, a true and correct copy of the *OPPOSITION OF VARIOUS LAW FIRMS REPRESENTING ASBESTOS PERSONAL INJURY CLAIMANTS TO LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS TO RESPOND TO LIBBY CLAIMANTS' DOCUMENT REQUEST* was served via first-class mail, postage prepaid, upon all parties listed on the 2002 Service List.

                                                                    */s/ Daniel K. Hogan*
                                                                Daniel K. Hogan (DE #2814)