# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| W.R. Grace & Co., *et al.*, | : Case No. 01-01139-JKF |
| Debtors. | : Jointly Administered |
| | : Related Docket No. 20378 |

## JOINDER OF THE COONEY & CONWAY CLAIMANTS IN THE RESPONSE AND OBJECTIONS FILED BY KAZAN MCCLAIN AND VARIOUS LAW FIRMS[1] TO LIBBY CLAIMANTS' MOTION TO COMPEL

NOW COME the plaintiffs represented by the law firm of Cooney & Conway, and hereby join the Responses and Objections of Kazan McClain, et al. and the 'Various Law Firms', to the Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories. Cooney & Conway Plaintiffs incorporate herein as though fully set forth all factual recitations and legal arguments and authorities set forth in the motions of Kazan McClain and the 'Various Law Firms'.

On December 23, 2008, the Libby Claimants served a set of Second Interrogatories upon the Asbestos PI Committee. On December 29, 2008, the Libby Claimants followed up with a motion to compel. The interrogatories seek numerous broad categories of information within the "knowledge" of the Committee, including the 'knowledge' of committee members' counsel. For the reasons stated in Kazan McClain and the 'Various Law Firm's' responses, plaintiffs

---

1. Baron & Budd; Weitz & Luxenberg; Foster & Sear; Hissy, Kientz & Herron; Law Offices of Peter Angelos; David Lipman; Provost & Umphrey; Wilentz, Goldman & Spitzer; and Williams, Kherkher, filed on this date.

represented by Cooney & Conway also object, and, therefore, join in Kazan McClain and the 'Various Law Firm's' motion.

WHEREFORE, Cooney & Conway respectfully requests that the Court enter an Order denying the Libby Claimants' Motion in full with prejudice.

Dated: January 7, 2009

COONEY & CONWAY

By: _____
Kathy Byrne
Cooney & Conway
120 N. LaSalle St., Suite 3000
(312) 236-6166
(312) 236-3029

## CERTIFICATE OF SERVICE

I, undersigned, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing with the Clerk of the court using the ECF system which sent notification of this filing to all counsel of record.

Dated this January 7, 2009.

/s/ Kathy Byrne
Filed electronically

2