**Exhibit 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## STIPULATION

WHEREAS Counsel for ZAI Claimants and for the Hon. Alexander M. Sanders, Jr., in his capacity as Legal Representative for future asbestos-related property damage claimants and holders of demands (the "PD FCR") entered into a Term Sheet for Resolution of U.S. Zonolite Attic Insulation Claims (the "ZAI Term Sheet") with the Debtor and its Equity Committee on November 21, 2008 that provided for resolution of all U.S. ZAI Claims through negotiated financial terms and administration by a Section 524(g) trust;

WHEREAS Counsel for the ZAI Claimants subsequently negotiated a class settlement agreement, incorporating the terms of the ZAI Term Sheet, to resolve all U.S. ZAI Claims filed by the October 31, 2008 ZAI Bar Date;

WHEREAS the class defined in the class settlement agreement is "All holders of U.S. ZAI Claims that were filed with the Bankruptcy Court on or before the U.S. ZAI Bar Date";

WHEREAS the United States filed U.S. ZAI Claims for certain Forest Service facilities by the ZAI Bar Date which would be included in the current class definition;

WHEREAS, pursuant to 28 U.S.C. § 516, claims of the United States or its agencies can only be litigated by the Justice Department and not as part of a class represented by private counsel;

WHEREAS the United States filed its "Objection of the United States to ZAI Claimant's Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class" on January 2, 2009 (The "United States' Objection"), in which it stated that United States agencies can only be represented by the Justice Department and requested that the class definition be amended to exclude the United States, and further stated that if the United States is excluded as a class member, it would withdraw its objection to the Motion for Preliminary Approval and Class Certification;

WHEREAS the parties are agreeable to addressing this situation by amending the class definition to exclude the U.S. ZAI Claims filed by the United States.

NOW THEREFORE, the parties hereby stipulate that:

(1)  the class definition for the proposed ZAI class as contained in ZAI Claimants' Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class, filed on December 15, 2008, shall be amended to read:

> All holders of U.S. ZAI Claims that were filed with the Bankruptcy Court on or before the U.S. ZAI Bar Date, except the United States for its ZAI claims filed on behalf of the United States Forest Service.

(2)  the U.S. ZAI Claims filed by the United States on behalf of the Forest Service shall be represented by the Justice Department;

(3)  the United States' Objection shall be and is hereby withdrawn.

W.R. GRACE, et al
DEBTORS AND DEBTORS IN
POSSESSION, By Their
Counsel:

_____
David Bernick, Esq.
Kirkland & Ellis, LLP

THE ZONOLITE ATTIC INSULATION
PROPOSED CLASS, By Their Counsel:

*/s/ Edward J. Westbrook*
Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook & Brickman

WHEREAS the United States filed its "Objection of the United States to ZAI Claimant's Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class" on January 2, 2009 (The "United States' Objection"), in which it stated that United States agencies can only be represented by the Justice Department and requested that the class definition be amended to exclude the United States, and further stated that if the United States is excluded as a class member, it would withdraw its objection to the Motion for Preliminary Approval and Class Certification;

WHEREAS the parties are agreeable to addressing this situation by amending the class definition to exclude the U.S. ZAI Claims filed by the United States.

NOW THEREFORE, the parties hereby stipulate that:

(1) the class definition for the proposed ZAI class as contained in ZAI Claimants' Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class, filed on December 15, 2008, shall be amended to read:

> All holders of U.S. ZAI Claims that were filed with the Bankruptcy Court on or before the U.S. ZAI Bar Date, except the United States for its ZAI claims filed on behalf of the United States Forest Service.

(2) the U.S. ZAI Claims filed by the United States on behalf of the Forest Service shall be represented by the Justice Department;

(3) the United States' Objection shall be and is hereby withdrawn.

| | |
|---|---|
| W.R. GRACE, et al DEBTORS AND DEBTORS IN POSSESSION, By Their Counsel: | THE ZONOLITE ATTIC INSULATION PROPOSED CLASS, By Their Counsel: |
| David Bernick, Esq. Kirkland & Ellis, LLP | Edward J. Westbrook, Esq. Richardson, Patrick, Westbrook & Brickman |

200 E. Randolph Drive  
Chicago, IL 60601  
Phone: (312) 861-2000

1037 Chuck Dawley Blvd., Building A  
Mount Pleasant, SC 29464  
Phone: (843) 727-6513

THE UNITED STATES  
Of America, By Its Counsel:

/s/ Beth E. Cook
_____  
J. Christopher Kohn, Esq.  
Tracy J. Whitaker, Esq.  
Beth E. Cook, Esq.  
Attorneys, Civil Division  
United States Department of Justice  
P. O. Box 875  
Ben Franklin Station  
Washington, DC 20044-0874  
Phone: (202) 616-2265

January 6, 2009

THE PD FCR,  
By His Counsel:

_____  
Alan B. Rich, Esq.  
Attorney and Counselor  
One Main Place  
1201 Main Street, Suite 1910  
LB 201  
Dallas, TX 75202-3909  
Phone: (214) 532-4437