**Exhibit 4**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## STIPULATION AND WITHDRAWAL OF OBJECTION

WHEREAS Counsel for ZAI Claimants and the Property Damage Futures Representative entered into a Term Sheet for Resolution of U.S. Zonolite Attic Insulation Claims (the "ZAI Term Sheet") with the Debtors and its Equity Committee on November 21, 2008 providing for resolution of all U.S. ZAI Claims through negotiated financial terms and administration by a Section 524(g) trust;

WHEREAS Counsel for the ZAI Claimants subsequently negotiated a class settlement agreement, incorporating the terms of the ZAI Term Sheet, to resolve all U.S. ZAI Claims filed by the October 31, 2008 ZAI Bar Date;

WHEREAS the settlement agreement provides that Class Counsel may seek an award of common fund attorneys fees and costs from the Court if the class settlement is approved, but no such application has yet been filed;

WHEREAS Class Counsel have filed "ZAI Claimant's Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class" to effectuate the class settlement agreement (the "ZAI Motion");

WHEREAS on December 30, 2008, Lukins & Annis filed a limited objection to the ZAI Motion to preserve the interest it may have in any attorneys fees that may be awarded by the Court in connection with the ZAI class settlement, and to ensure that the Court's order on the

ZAI Motion would contain no provision ruling on the entitlement to fees and costs for legal work which benefited the ZAI class of claimants;

WHEREAS Class Counsel agree that any ruling in connection with the ZAI Motion concerning class action fees or costs would be premature;

NOW THEREFORE, the parties hereby stipulate that:

1. The ZAI Motion does not seek any ruling from the Court on the entitlement to fees and costs resulting from legal work which benefitted the ZAI class of claimants;

2. Class Counsel will present no order to the Court in connection with the ZAI Motion containing any provision ruling on the entitlement to fees and costs resulting from legal work that benefitted the ZAI class of claimants;

3. Subject to the terms hereof, Lukins & Annis withdraws its limited objection;

4. All parties reserve all rights they may have concerning attorneys' fees and costs resulting from legal work that benefitted the ZAI class of claimants.

Dated: January 6, 2009

| W.R. GRACE, et al DEBTORS AND DEBTORS IN POSSESSION, By Their Counsel: | THE ZONOLITE ATTIC INSULATION PROPOSED CLASS, By Their Counsel: |
|---|---|
| David Bernick, Esq.<br>Kirkland & Ellis, LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601<br>Phone: (312) 861-2000 | Edward J. Westbrook, Esq.<br>Richardson, Patrick, Westbrook & Brickman<br>1037 Chuck Dawley Blvd., Building A<br>Mount Pleasant, SC 29464<br>Phone: (843) 727-6513 |

ZAI Motion would contain no provision ruling on the entitlement to fees and costs for legal work which benefited the ZAI class of claimants;

WHEREAS Class Counsel agree that any ruling in connection with the ZAI Motion concerning class action fees or costs would be premature;

NOW THEREFORE, the parties hereby stipulate that:

1. The ZAI Motion does not seek any ruling from the Court on the entitlement to fees and costs resulting from legal work which benefitted the ZAI class of claimants;

2. Class Counsel will present no order to the Court in connection with the ZAI Motion containing any provision ruling on the entitlement to fees and costs resulting from legal work that benefitted the ZAI class of claimants;

3. Subject to the terms hereof, Lukins & Annis withdraws its limited objection;

4. All parties reserve all rights they may have concerning attorneys' fees and costs resulting from legal work that benefitted the ZAI class of claimants.

Dated: January 6, 2009

W.R. GRACE, et al
DEBTORS AND DEBTORS IN
POSSESSION, By Their
Counsel:

_____
David Bernick, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
Phone: (312) 861-2000

THE ZONOLITE ATTIC INSULATION
PROPOSED CLASS, By Their Counsel:

_____
Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513

ZAI Motion would contain no provision ruling on the entitlement to fees and costs for legal work which benefited the ZAI class of claimants;

WHEREAS Class Counsel agree that any ruling in connection with the ZAI Motion concerning class action fees or costs would be premature;

NOW THEREFORE, the parties hereby stipulate that:

1. The ZAI Motion does not seek any ruling from the Court on the entitlement to fees and costs resulting from legal work which benefitted the ZAI class of claimants;

2. Class Counsel will present no order to the Court in connection with the ZAI Motion containing any provision ruling on the entitlement to fees and costs resulting from legal work that benefitted the ZAI class of claimants;

3. Subject to the terms hereof, Lukins & Annis withdraws its limited objection;

4. All parties reserve all rights they may have concerning attorneys' fees and costs resulting from legal work that benefitted the ZAI class of claimants.

Dated: January 6, 2009

W.R. GRACE, et al, DEBTORS AND DEBTORS IN POSSESSION, By Their Counsel:

THE ZONOLITE ATTIC INSULATION PROPOSED CLASS, By Their Counsel:

David Bernick, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
Phone: (312) 861-2000

Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513

LUKINS & ANNIS,
By Its Counsel:

_____
David L. Finger (DE Bar ID #2556)
Finger, Slanina & Liebesman, LLC
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801-1186
Phone: (302) 573-2525
dfinger@delawgroup.com