IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | In Proceedings for a Reorganization under Chapter 11<br><br>Case No. 01-01149-JKF<br><br>Re: docket no. 20378 |

## AFFIDAVIT OF PETER A. KRAUS

STATE OF TEXAS     )
                               )  ss.
COUNTY OF DALLAS )

I, Peter A. Kraus, being duly subscribed and sworn, hereby depose and state as follows:

1. I am a partner with the law firm of Waters & Kraus, LLP ("Waters & Kraus").

2. Waters & Kraus is one of the "MMWR Firms" for purposes of the Response and Objection of MMWR Firms to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request.

3. Waters & Kraus represents numerous asbestos personal injury claimants in the above captioned bankruptcy case (the "Claimants").

4. On the Claimants' behalves, Waters & Kraus has submitted to the Debtors the information requested on the Debtors' Asbestos Personal Injury Questionnaires (the "Information").

5. Waters & Kraus in conjunction with the other MMWR Firms, engaged in hard fought and difficult litigation that resulted in this Court entering a number of protective orders

2383555v2

and bench orders, and in agreements being stated on the record at hearings, that imposed confidentiality and other restrictions upon the Debtors, including, but not limited to, a restriction that the Information may be used for no purpose other than estimation, and a limitation on access to the Information to certain specifically identified individuals.

6. Waters & Kraus produced the Information to the Debtor in full and complete reliance on these protections. If not for these protections, Waters & Kraus would have exhausted all possible avenues of review before producing the Information provided to the Debtor.

7. The various confidentiality, use, and other protections and restrictions ordered and endorsed by this Court relating to the Information were the prerequisite to the Debtor's obtaining the information that was provided in response to its Questionnaire.

Dated: 1/7/09, 2009

/s/ Peter A. Kraus

SUBSCRIBED AND SWORN to before me this 7th day of Jan, 2009



2383555v2