THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket Nos.: 19581 and 19620**

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on January 7, 2009 a true and correct copy of the *Response to Certain Objectors' First Request for Production of Documents* was served on the individuals on the attached lists in the manner indicated therein.

Date: January 7, 2009

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

- and -

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession


**Insurer Overnight Service List**
Case No. 01-1139 (JKF)
Document Number: 143728
07 – Hand Delivery
18 – Overnight Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Federal Insurance Company)
Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Royal & SunAlliance)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire,
Bifferato & Gentiloltti, LLC
800 King Street, First Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Zurich Insurance Company and Zurich International Limited)
Jeffrey C. Wisler, Esquire
Marc J. Phillips, Equire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
P.O. Box 2207
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Government Employees Insurance Company and Columbia Insurance Company f/k/a Republic Insurance Company)
Warren T. Pratt, Esquire
David P. Primack, Esquire
Drinker, Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243

*Hand Delivery*
(Counsel for the State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*Overnight Delivery*
(Counsel for Federal Insurance Company)
William P. Shelley, Esquire
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

***Overnight Delivery***
(Counsel for Royal & SunAlliance)
Carl J. Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
150 East 42nd St.
New York, NY 10017-5639

***Overnight Delivery***
(Counsel for Zurich Insurance Company and
Zurich International Limited)
Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006

***Overnight Delivery***
(Counsel for Allstate Insurance Company)
Stefano V. Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

***Overnight Delivery***
(Counsel for Continental Casualty Co. and
Continental Insurance Co.)
Elizabeth M. DeCristofaro, Esquire
Ford Marrin Esposito Whitmeyer & Gleser
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

***Overnight Delivery***
(Counsel for Continental Casualty Co. and
Continental Insurance Co.)
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

***Overnight Delivery***
(Counsel for Arrowood Indemnity
Company, f/k/a Royal Indemnity Company)
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
O'Melveny & Myers LLP
7 Times Square
New York, NY

***Overnight Delivery***
(Counsel for Fireman's Fund Insurance
Company and Allianz S.p.A., f/k/a Riunione
Adriactica Di Sicurta)
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

***Overnight Delivery***
(Counsel for Zurich Insurance Company and
Zurich International Limited)
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Eckert Seamans Cherrin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006

***Overnight Delivery***
(Counsel for Government Employees
Insurance Company and Columbia
Insurance Company f/k/a Republic
Insurance Company)
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

***Overnight Delivery|***
(Counsel for the Debtors)
David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

***Overnight Delivery***
(Counsel for the Plan Proponents)
Peter Lockwood, Esquire
Ronald Reinsel, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

***Overnight Delivery***
(Counsel to the Plan Proponents)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

***Overnight Delivery***
(Counsel to the Asbestos PI Future Claimants' Representative)
Roger Frankel, Esquire
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

***Overnight Delivery***
(Counsel to the Official Committee of Equity Security Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

***Overnight Delivery***
(Counsel to Certain PI Law Firms)
Sandy Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

***Overnight Delivery***
)
Natalie Ramsey, Esquire
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street, Suite 2538
Philadelphia, PA 19109

***Overnight Delivery***
)
John Herrick, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29465