IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
|  | Jointly Administered |
| Debtors. | Related to Docket Nos. 20378, 20380, 20482, 20483 |
|  | Hearing Date: January 14, 2009 |
|  | Objection Deadline: January 7, 2009 |

**JOINDER OF MOTLEY RICE LLC IN THE RESPONSE AND OBJECTION OF MMWR FIRMS TO LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS TO RESPOND TO LIBBY CLAIMANTS' DOCUMENT REQUEST AND JOINDER IN THE RESPONSE AND OBJECTION OF KAZAN, MCCLAIN, ABRAMS, FERNANDEZ, LYONS, FARRISE & GREENWOOD, A PROFESSIONAL LAW CORPORATION TO LIBBY CLAIMANTS' MOTION TO COMPEL ASBESTOS PI COMMITTEE TO <u>RESPOND TO LIBBY CLAIMANTS' INTERROGATORIES</u>**

COMES NOW, claimants represented by Motley Rice LLC, (hereinafter "Motley Rice") a law firm representing various asbestos personal injury claimants, and hereby files this Joinder in the Response and Objection of MMWR Firms to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request and Joinder in the Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, a Professional Law Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories. In support of its Joinder, Motley Rice states as follows:

Motley Rice hereby and herewith joins in, adopts and incorporates by reference the Response and Objections of the MMWR Firms to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request and the Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, a Professional Law Corporation to

1

Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories of filed on January 7, 2009. Motley Rice submits that, as discussed in these Responses and Objections, Motley Rice only provided the confidential information to the Debtor in the estimation proceeding because the Court entered several protective orders that ensured that Motley Rice's confidential and protected information would be and would remain protected. Had the Court not entered the protective orders, Motley Rice claimants would not have provided the information sought by the Debtor and would instead have pursued review of any decision requiring disclosure exhaustively. *See* Affidavit of John E. Herrick, attached hereto as Exhibit "A" and incorporated herein by reference. Also, as argued in the MMWR Firms' Response and Objection, the personal and medical information sought by the Libby Claimants is irrelevant to their objections to the Debtors' Plan. The Libby Claimants have not demonstrated that they are entitled to have the Court's previously entered protective orders modified.

Moreover, Motley Rice does not and will not authorize any parties or entities, other than those whom the Court has previously granted limited access for the sole purpose of the estimation proceeding, access to the medical, financial and other personal information of claimants it represents. Motley Rice claimants have not been served with discovery by or on behalf of the Libby Claimants. The Asbestos Personal Injury Committee is without authority to bind Motley Rice claimants by responding to discovery served by the Libby Claimants upon the Committee. As stated in Kazan McClain's Response and Objection, even had discovery been served upon Motley Rice claimants, the questions are overbroad and unduly burdensome and the information sought is irrelevant and protected by the attorney-client privilege or work product doctrine.

WHEREFORE, for the reasons stated herein and the reasons stated in the Response and Objection of MMWR Firms to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request and the Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, a Professional Law Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories, Motley Rice prays that this Honorable Court enter an Order denying in full with prejudice the Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Requests and Libby Claimants' Motion to Compel the Asbestos PI Committee to respond to the Second Set of Interrogatories propounded by Libby Claimants and that Motley Rice be granted such other necessary relief as this Court deems proper.

This 8th day of January, 2009.

                                              RESPECTFULLY SUBMITTED,

                                              __/s/ John Herrick_____
                                              JOHN E. HERRICK
                                              MOTLEY RICE LLC
                                              28 Bridgeside Blvd.
                                              P.O. Box 1792
                                              Mount Pleasant, SC 29465
                                              Tel. (843) 216-9000
                                              Fac. (843) 216-9450
                                              Email:  jherrick@motleyrice.com

                                              COUNSEL FOR VARIOUS
                                              ASBESTOS PERSONAL INJURY
                                              CLAIMANTS