# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01149-JKF<br>Jointly Administered |
| Debtors. | Docket no. 20378<br>Hrg. Date: January 14, 2009 |

## AFFIDAVIT OF JOHN E. HERRICK

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

I, John E. Herrick, being duly subscribed and sworn, hereby depose and state as follows:

1. I am a member of the law firm Motley Rice LLC ("Motley Rice").

2. Motley Rice represents numerous asbestos personal injury claimants in the above captioned bankruptcy case.

3. On its claimants' behalves, Motley Rice submitted to the Debtors information requested by the Debtors' Asbestos Personal Injury Questionnaires.

4. I, on behalf of Motley Rice claimants and together with other plaintiff firms, actively litigated and contested responding to the Debtors' Questionnaires. As a result of this litigation, this Court entered several protective orders and bench orders that, together with agreements stated on the record during hearings, imposed several restrictions on the procurement and use of the information, including that the information could only be used by the Debtors for the purpose of the estimation proceeding, and limited access to the information to a discreet number of identified individuals.

1

5. Motley Rice only produced the information to the Debtors because it relied on the protections afforded by the protective orders. If not for the entry of these protective orders and agreements, Motley Rice would have exhausted all possible avenues of review before producing the information provided to the Debtors.

6. The various confidentiality, use and other protections and restrictions enshrined in the multiple protective orders and endorsed repeatedly by this Court relating to the claimant information were, at least with respect to Motley Rice, a prerequisite to the Debtors' obtaining the information that was provided in response to its Questionnaires.

Further the Affiant sayeth not.

January 8, 2009

_____
JOHN E. HERRICK

SWORN TO AND SUBSCRIBED BEFORE ME this the 8th day of January, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

7.26.2014

(SEAL)