IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                      )
IN RE:                                            )
                                                      )     Chapter 11
W.R. GRACE & CO., et al.,           )
                                                      )     Case No. 01-01139 (JKF)
Debtors.                                        )     Jointly Administered
                                                      )
                                                      )
                                                      )
_____)

CERTIFICATE OF SERVICE

     I, Susan E. Kaufman, Esquire hereby certify that I caused a true and correct copy of the within **JOINDER OF MOTLEY RICE LLC IN THE RESPONSE AND OBJECTION OF MMWR FIRMS TO LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS TO RESPOND TO LIBBY CLAIMANTS' DOCUMENT REQUEST AND JOINDER IN THE RESPONSE AND OBJECTION OF KAZAN, MCCLAIN, ABRAMS, FERNANDEZ, LYONS, FARRISE & GREENWOOD, A PROFESSIONAL LAW CORPORATION TO LIBBY CLAIMANTS' MOTION TO COMPEL ASBESTOS PI COMMITTEE TO RESPOND TO LIBBY CLAIMANTS' INTERROGATORIES** to be sent on January 8, 2009 to those on the attached list as indicated.

                                                 COOCH AND TAYLOR, P.A.

                                                 */s/ Susan E. Kaufman*
                                                 Susan E. Kaufman (DSB # 3381)
                                                 1000 West St, 10th Floor
                                                 P.O. Box 1680
                                                 Wilmington, DE 19899-1680
                                                 Wilmington, DE 19801
                                                 (302)984-3820
                                                 (302)984-3939 (fax)
                                                 skaufman@coochtaylor.com

**Via Facsimile**
Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Via Facsimile 302-652-4400

Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Via Facsimile 302-552-4295

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Via Facsimile 302-657-4901

David Klauder, Esq.
Office of the United States Trustee
844 King St., Suite 2311
Wilmington, DE 19801
Via Facsimile 302-573-6497

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801
Via Facsimile 302-575-1714

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 N. King Street, Suite 300
Wilmington DE 19801
Via Facsimile 302-426-9947

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Via Facsimile: (312) 861-2200

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
Via Facsimile 410-531-4367

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Via Facsimile 305-374-7593

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
Via Facsimile 202-429-3301

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Via Facsimile 212-644-6755

Lewis Kruger, Esquire
Robert Raskin, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Via Facsimile 212-806-6606

Philip Bentley, Esq.
Gary M. Becker, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Via Facsimile 212-715-8000

Barbara Harding, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
Via Facsimile 202-879-5200

Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, D.C. 20007-5135
Via Facsimile 202-339-8500

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Via Facsimile 302-655-4210

Garvan F. McDaniel, Esquire
Bifferato Gentilotti, LLC
800 King Street
First Floor
Wilmington, DE 19801
Via Facsimile 302-429-8600