# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.,* | : | Case No. 01-01139-JKF |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Related Docket Nos. 20482 and 20483 |

## CERTIFICATE OF SERVICE

I, Laurie A. Krepto, certify that on January 7, 2009 I caused copies of the Response and Objection of MMWR Firms to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request, and of the Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, a Professional Law Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories to be served on the parties listed on the attached Service List by first class United States mail, postage prepaid.

Dated: January 8, 2009

/s/ Laurie A. Krepto
Laurie A. Krepto, Esquire (4109)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 (facsimile)

2385279v1