IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 14, 2009, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA AND NOTICE OF CANCELLATION OF HEARING ON JANUARY 13, 2008 AT 9:00 A.M.**

**ALL MATTERS WILL GO FORWARD ON JANUARY 14, 2009 AT 9:00 A.M. THE HEARING ON JANUARY 13, 2009 IS CANCELLED.**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JANUARY 8, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**MATTERS GOING FORWARD:**

1.  ZAI Claimants' Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class [Filed: 12/15/08] (Docket No. 20275)

    Related Documents:

    a.  [Proposed] Order Granting ZAI Claimants' Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class [Filed: 12/15/08] (Docket No. 20275)

    b.  Declaration of Edward J. Westbrook, Esquire [Filed: 12/15/08] (Docket No. 20277)

    c.  **Certificate of Counsel Re Stipulations Withdrawing Objections to motion for Preliminary Approval of ZAI Class Settlement and Amendments to the Notice, Class Settlement Agreement and Proposed Order [Filed: 1/7/09] (Docket No. 20481)**

        **(i)    [Proposed] Order [Filed: 1/7/09] (Docket no. 20481, Exhibit 5)**

    Response Deadline: January 2, 2009 at 4:00 p.m.

    Responses Received:

    a.  Limited Objection of Lukins & Annis, P.S. to Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class [Filed: 12/30/08] (Docket No. 20383)

    b.  Objection of the United States to ZAI Claimant's Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class [Filed: 1/2/09] (Docket No. 20404)

    **Status:** **The two objections to this Motion have been withdrawn and this matter will proceed unopposed. A certification of counsel with a revised form of proposed order have been filed and the parties request entry of the order**

2.  Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19581)

    Related Documents:

    a.  Joint Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official

        Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19579)

        (i)    Notice of Filing of Amendment to Disclosure Statement Objection Chart, Blackline of Plan of Reorganization and Blackline of Disclosure Statement [Filed: 11/10/08] (Docket No. 19988)

        (ii)    Certification of Counsel Regarding Further Amendments to Disclosure Statement, Plan of Reorganization, Solicitation Materials and Certain Exhibits [Filed: 11/21/08] (Docket No. 20121)

b.    Exhibit Book [Filed: 9/19/08] (Docket No. 19580)

        (i)    Notice of Filing of Revised and New Exhibits to Disclosure Statement Exhibit Book [Filed: 11/10/08] (Docket No. 19989)

        (ii)    Exhibit 5 Exhibit Book Revised Schedule of Settlement Asbestos Insurance Companies [Filed: 11/13/08] (Docket No. 20026)

c.    Exhibit 5 to Exhibit Book Asbestos Insurance Policy Schedule [Filed: 10/23/08] (Docket No. 19849)

d.    Exhibit 6 to Exhibit Book Asbestos Insurance Transfer Agreement [Filed: 10/24/08] (Docket No. 19866)

e.    Certification of Counsel Regarding Further Amendments to the Disclosure Statement and Plan of Reorganization, and the Filing of the Cooperation Agreement (Exhibit 10) and the Property Damage Case Management Order (Exhibit 25) [Filed: 12/19/08] (Docket No. 20304)

f.    Initial Case Management Order Related to the First Amended Joint Plan of Reorganization [Entered: 12/5/08] (Docket No. 20204)

        (i)    Objection of Certain Insurers to Debtors' Proposed Case Management Order [Filed: 12/4/08] (Docket No. 20188)

g.    Certificate of Counsel Re Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 12/23/08] (Docket No. 20339)

<u>Response Deadline:</u> October 17, 2008, at 4:00 p.m.

**<u>Status:</u>  The matter regarding proposed new revisions to the Confirmation Case Management Order will go forward. All other matters will be continued to January 26, 2009.**

3.    Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket No. 19620)

<u>Related Documents:</u>

a.    Notice of Filing Amendments to Proposed Confirmation and Solicitation Procedures [Filed: 11/10/08] (Docket No. 19990)

b.  Certification of Counsel Regarding Further Amendments to Disclosure Statement, Plan of Reorganization, Solicitation Materials and Certain Exhibits [Filed: 11/21/08] (Docket No. 20121)

Response Deadline: October 17, 2008, at 4:00 p.m.

**Status: This matter will be continued to January 26, 2009.**

4.  Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request [Filed: 12/29/08] (Docket No. 20378)

Related Documents:

a.  [Proposed] Order Granting Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request [Filed: 12/29/08] (Docket No. 20378)

b.  Debtor's Response to Libby Claimants' First Request for Production of Documents By Debtors in Conjunction with Plan Confirmation [Served: 12/30/08]

Response Deadline: January 7, 2009 at 4:00 p.m.

Responses Received:

a.  **Response of the Official Committee of Asbestos Personal Injury Claimants to Libby Claimants' Motion to Compel Debtors to Respond to Document Requests [Filed: 1/7/09] (Docket No. 20475)**

b.  **Opposition of Various Law Firms Representing Asbestos Personal Injury Claimants to the Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request [Filed: 1/7/09] (Docket No. 20478)**

c.  **Joinder of the Cooney & Conway Claimants in the Response and Objections Filed By Kazan McClain and Various Law Firms to Libby Claimants' Motion to Compel [Filed: 1/7/09] (Docket No. 20479)**

d.  **Joinder of the Cooney & Conway Claimants in the Response and Objection of the MMWR Firms to Claimants' Motion to Compel and to Libby Claimants' Document Request [Filed: 1/7/09] (Docket No. 20480)**

e.  **Response and Objection of MMWR Firms to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request [Filed: 1/7/09] (Docket No. 20483)**

f.  **Debtors' Response to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimant's Document Requests [Filed: 1/7/09] (Docket No. 20484)**

    g.    Joinder of Motley Rice LLC in the Response and Objection of MMWR Firms to Libby claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request and Joinder in the Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, a Professional Law Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories [Filed: 1/8/09] (Docket No. 20488)

Status: This matter will go forward.

5.    Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories [Filed: 12/29/08] (Docket No. 20380)

Related Documents:

    a.    [Proposed] Order Granting Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories [Filed: 12/29/08] (Docket No. 20380)

Response Deadline: January 7, 2009 at 4:00 p.m.

**Responses Received:**

    a.    **Opposition of the Official Committee of Asbestos Personal Injury Claimants to the Libby Claimants' Motion to Compel Answers to Interrogatories [Filed: 1/7/09] (Docket No. 20476)**

    b.    **Opposition of Various Law Firms Representing Asbestos Personal Injury Claimants to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories [Filed: 1/7/09] (Docket No. 20477)**

    c.    Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, A Professional Law Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories [Filed: 1/7/09] (Docket No. 20482)

    d.    Joinder of Motley Rice LLC in the Response and Objection of MMWR Firms to Libby claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request and Joinder in the Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, a Professional Law Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories [Filed: 1/8/09] (Docket No. 20488)

Status: This matter will go forward.

Dated: January 8, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession