THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: 1/29/09 @ 4:00 pm

SEVENTIETH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2008 through September 30, 2008 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00 | (Holdback @ 20%) ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,491.74 |

This is a  x  monthly  __ interim    ___ final application

2588628.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2588628.DOC

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | 0.00 | 997.55 | | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 120,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 100,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 140,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | -- | -- | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | -- | -- | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | -- | -- | -- | -- |

2588628.DOC

# Blackstone Advisory Services L.P.

January 8, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of September 1, 2008 through September 30, 2008: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through September 30, 2008:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 1,852.50 | |
| Ground Transportation | | 1,995.23 | |
| Communications | | 6.82 | |
| Meals | | 1,302.32 | |
| Lodging | | 2,080.24 | |
| Document Production | | 103.60 | |
| Research | | 96.20 | |
| Publishing Services | | 54.83 | 7,491.74 |
| **Total Amount Due** | | $ | **147,491.74** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 27535

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through September 30, 2008
Invoice No. 27535

|  | GL Detail Sep-08 | Total Expenses |
|---|---:|---:|
| Airfare | $ 1,852.50 | $ 1,852.50 |
| Ground Transportation - Car Service - Elite | 570.29 | 570.29 |
| Ground Transportation - Local Travel | 74.28 | 74.28 |
| Ground Transportation - Out-of-Town Travel | 1,001.66 | 1,001.66 |
| Ground Transportation - Railroad | 349.00 | 349.00 |
| Communications - Federal Express | 6.82 | 6.82 |
| Employee Meals | 1,302.32 | 1,302.32 |
| Lodging | 2,080.24 | 2,080.24 |
| Document Production | 103.60 | 103.60 |
| Internal Research | 86.25 | 86.25 |
| External Research - Online Database | 9.95 | 9.95 |
| Publishing Services | 54.83 | 54.83 |
| **Total Expenses** | $ 7,491.74 | $ 7,491.74 |

| | |
|---|---:|
| **Airfare** | $ 1,852.50 |
| **Ground Transportation** | 1,995.23 |
| **Communications** | 6.82 |
| **Meals** | 1,302.32 |
| **Lodging** | 2,080.24 |
| **Document Production** | 103.60 |
| **Research** | 96.20 |
| **Publishing Services** | 54.83 |
| **Total Expenses** | $ 7,491.74 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2008
Invoice No. 27535

### Airfare

| Description | Date | Amount |
|---|---|---|
| Bonanno (travel agency fee for booking of one-way flight to Baltimore, MD from Newark, NJ on 07/21/08) | 07/17/08 | 20.00 |
| Bonanno (one-way coach class flight to Baltimore, MD from Newark, NJ) | 07/21/08 | 359.50 |
| Bresnahan (travel agency fee for booking of one-way flight to Baltimore, MD from Queens, NY on 07/14/08) | 07/11/08 | 20.00 |
| Bresnahan (travel agency fee for booking of one-way flight to Newark, NJ from Baltimore, MD on 07/15/08) | 07/11/08 | 20.00 |
| Bresnahan (one-way coach class flight to Baltimore, MD from Queens, NY) | 07/14/08 | 344.50 |
| Bresnahan (one-way coach class flight to Newark, NJ from Baltimore, MD) | 07/15/08 | 359.50 |
| O'Connell (travel agency fee for booking of round trip flight to/from Baltimore, MD from/to Queens, NY on 08/25 & 08/27/08) | 08/22/08 | 40.00 |
| O'Connell (round trip coach class flight to/from Baltimore, MD from/to Queens, NY) | 08/25/08 & 08/27/08 | 689.00 |
| **Subtotal - Airfare** | | **$ 1,852.50** |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount |
|---|---|---|
| Bonanno (car to LaGuardia Airport in Queens, NY from Blackstone) | 07/14/08 | 56.81 |
| Bonanno (car to Blackstone from Newark Airport in Newark, NJ) | 07/15/08 | 117.20 |
| Bonanno (car to Newark Airport in Newark, NJ from home) | 07/21/08 | 90.53 |
| Bresnahan (car to Newark Airport in Newark, NJ from Blackstone) | 07/21/08 | 87.21 |
| O'Connell (car home from Blackstone after working late) | 07/08/08 | 92.62 |
| O'Connell (car home from Blackstone after working late) | 07/09/08 | 92.62 |
| Zilly (car to New York Pennsylvania Railroad Station in New York, NY from Blackstone) | 07/22/08 | 33.30 |
| **Subtotal - Ground Transportation - Car Service - Elite** | | **570.29** |

### Ground Transportation - Local Travel

| Description | Date | Amount |
|---|---|---|
| Bonanno (weeknight taxi home from Blackstone after working late) | 07/17/08 | 8.76 |
| Bonanno (weeknight taxi home from Blackstone after working late) | 07/18/08 | 15.50 |
| Bonanno (early morning taxi to Blackstone from home prior to flight to Baltimore, MD) | 07/21/08 | 9.62 |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 06/23/08 | 7.75 |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/08/08 | 9.40 |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/09/08 | 8.25 |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/10/08 | 7.25 |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/11/08 | 7.75 |
| **Subtotal - Ground Transportation - Local Travel** | | **74.28** |

### Ground Transportation - Out-of-Town Travel

| Description | Date | Amount |
|---|---|---|
| Bonanno (Avis car rental during 1day stay in Baltimore, MD) | 07/14/08 - 07/15/08 | 145.42 |
| Bonanno (Avis car rental during 2 day stay in Baltimore, MD) | 07/24/08 | 585.18 |
| O'Connell (Avis car rental during 1day stay in Columbia, MD) | 08/25/08 - 08/26/08 | 175.06 |
| Zilly (taxi to client meeting in Columbia, MD from BWI Train Station in Baltimore, MD) | 07/22/08 | 48.00 |
| Zilly (taxi to BWI Train Station in Baltimore, MD from client offices in Columbia, MD) | 07/23/08 | 48.00 |
| **Subtotal - Ground Transportation - Out-of-Town Trave** | | **1,001.66** |

### Ground Transportation - Railroad

| Description | Date | Amount |
|---|---|---|
| Zilly (travel agency fee for booking of round trip travel to/from Baltimore, MD from/to New York, NY on 07/22 & 07/23/08) | 07/18/08 | 40.00 |
| Zilly (round trip train travel to/from Baltimore, MD from/to New York, NY) | 07/22/08 & 07/23/08 | 309.00 |
| **Subtotal - Ground Transportation - Railroad** | | **349.00** |

### Communications - Federal Express

| Description | Date | Amount |
|---|---|---|
| Lysle | 08/20/08 | 6.82 |
| **Subtotal - Communications - Federal Express** | | **6.82** |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Bonanno (working dinner meal while in Baltimore, MD) | 06/17/08 | 43.80 |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/07/08 | 25.00 |
| Bonanno (meal @ LaGuardia Airport in Queens, NY) | 07/14/08 | 50.89 |
| Bonanno (working meal while in Columbia, MD) | 07/15/08 | 6.52 |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/15/08 | 25.00 |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/16/08 | 25.00 |
| Bonanno (working meal while in Baltimore, MD) | 07/21/08 | 43.81 |
| Bonanno (working meal while in Baltimore, MD) | 07/21/08 | 29.38 |
| Bonanno (working meal while in Baltimore, MD) | 07/22/08 | 52.60 |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 08/04/08 | 25.00 |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 08/05/08 | 25.00 |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 08/14/08 | 25.00 |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 08/27/08 | 25.00 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 06/18/08 | 25.00 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 06/19/08 | 25.00 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 06/30/08 | 25.00 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 07/01/08 | 25.00 |
| Bresnahan (working meal while in Baltimore, MD) | 07/14/08 | 50.00 |
| Bresnahan (working meal while in Baltimore, MD) | 07/21/08 | 43.80 |
| Bresnahan (working meal while in Baltimore, MD) | 07/22/08 | 52.61 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/04/08 | 25.00 |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/13/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 06/17/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 06/18/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 06/19/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 06/24/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 06/28/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 06/30/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 07/01/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 07/14/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 07/15/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 07/16/08 | 25.00 |
| Daftary (weeknight working dinner meal @ Blackstone while working late) | 08/04/08 | 25.00 |
| O'Connell (working meal while in Baltimore, MD) | 06/17/08 | 43.80 |
| O'Connell (working meal while in Baltimore, MD) | 06/19/08 | 12.75 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 07/01/08 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 07/14/08 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 07/16/08 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/05/08 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/08/08 | 14.25 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/14/08 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/21/08 | 23.20 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/25/08 | 25.00 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2008
Invoice No. 27535

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (working meal while in Columbia, MD) | 08/25/08 | 5.75 | |
| O'Connell (meal @ hotel in Columbia, MD) | 08/26/08 | 24.73 | |
| O'Connell (meal @ hotel in Columbia, MD) | 08/26/08 | 24.36 | |
| O'Connell (working meal while in Columbia, MD) | 08/26/08 | 15.07 | |
| O'Connell (working meal while in Columbia, MD) | 08/27/08 | 15.00 | |
| **Subtotal - Employee Meals** | | | 1,302.32 |
| | | | |
| **Lodging** | | | |
| Bonanno (1 day hotel stay in Baltimore, MD) | 07/14/08 - 07/15/08 | 386.39 | |
| Bonanno (2 day hotel stay in Baltimore, MD) | 07/21/08 - 07/23/08 | 736.74 | |
| Bresnahan (1 day hotel stay in Baltimore, MD) | 07/14/08 - 07/15/08 | 356.39 | |
| O'Connell (1 day hotel stay in Columbia, MD) | 08/25/08 - 08/26/08 | 223.64 | |
| O'Connell (1 day hotel stay in Linthicum, MD) | 08/26/08 - 08/27/08 | 161.74 | |
| Zilly (1 day hotel stay in Columbia, MD) | 07/22/08 - 07/23/08 | 215.34 | |
| **Subtotal - Lodging** | | | 2,080.24 |
| | | | |
| **Document Production** | | | |
| Bonanno | 09/22/08 | 103.60 | |
| **Subtotal - Document Production** | | | 103.60 |
| | | | |
| **Internal Research** | | | |
| Bresnahan (online data research) | 09/15/08 | 86.25 | |
| **Subtotal - Internal Research** | | | 86.25 |
| | | | |
| **External Research - Online Database** | | | |
| Bresnahan (Wireless Internet Charge While Traveling) | 07/14/08 | 9.95 | |
| **Subtotal - External Research - Online Database** | | | 9.95 |
| | | | |
| **Publishing Services** | | | |
| Bresnahan | 08/25/08 | 54.83 | |
| **Subtotal - Publishing Services** | | | 54.83 |
| | | | |
| **Total Expenses** | | | $ 7,491.74 |

## BLACKSTONE ADVISORY SERVICES L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 78.4 |
| Jamie O'Connell | Vice President | 63.9 |
| Matthew Bonnano | Associate | 39.9 |
| Brian Bresnahan | Analyst | 70.2 |
| | Total | **252.4** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/03/08 | 0.1 | Business Analysis | Correspondence to J. McFarland regarding Project Red Sox |
| Jamie O'Connell | 09/04/08 | 0.1 | Business Analysis | Call with J. McFarland regarding Project Red Sox |
| Jamie O'Connell | 09/05/08 | 0.1 | Business Analysis | Call with J. McFarland regarding Project Red Sox |
| Matt Bonanno | 09/08/08 | 0.3 | Business Analysis | Call with L. Shapiro re: Red Sox |
| Matt Bonanno | 09/09/08 | 0.6 | Business Analysis | Project Red Sox call |
| | | **1.2** | | |

Page 2 of 13

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/03/08 | 0.1 | Committee | Call with J. Radecki regarding Project Red Sox |
| Jamie O'Connell | 09/03/08 | 0.2 | Committee | Correspondence to J. Radecki regarding Project Red Sox |
| Jamie O'Connell | 09/04/08 | 0.1 | Committee | Correspondence to J. Radecki regarding Project Red Sox |
| Matt Bonanno | 09/08/08 | 0.2 | Committee | Correspondence with J. Dolan re: Red Sox |
| Matt Bonanno | 09/08/08 | 0.4 | Committee | Call with GUC financial advisors |
| Matt Bonanno | 09/16/08 | 0.4 | Committee | Research Capstone information request |
| Matt Bonanno | 09/17/08 | 0.2 | Committee | Correspondence with financial advisors |
| Matt Bonanno | 09/22/08 | 0.3 | Committee | Manage committee information request |
| Matt Bonanno | 09/22/08 | 0.2 | Committee | Correspondence with D. Grebow re: committee information requests |
| Matt Bonanno | 09/24/08 | 0.5 | Committee | Manage committee information request |
| Jamie O'Connell | 09/25/08 | 0.2 | Committee | Call with M. Shelnitz regarding committee information request |
| Matt Bonanno | 09/25/08 | 0.2 | Committee | Correspondence with D. Grebow re: committee information requests |
| Matt Bonanno | 09/25/08 | 0.1 | Committee | Correspondence with J. Dolan re: information request |
| Jamie O'Connell | 09/26/08 | 0.2 | Committee | Correspondence to P. Zilly regarding committee information request |
| Jamie O'Connell | 09/26/08 | 0.7 | Committee | Call with R. Frezza and J. Dolan of Capstone regarding disclosure statement and projections |
| Jamie O'Connell | 09/29/08 | 0.4 | Committee | Call with Capstone and B. Bresnahan regarding disclosure statement and projections |
| Brian Bresnahan | 09/29/08 | 0.4 | Committee | Call with Capstone and J. O'Connell regarding disclosure statement and projections |
| | | **4.8** | | |

Page 3 of 13

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/04/08 | 0.1 | Corporate Finance | Call with J. Posner and B. Bresnahan regarding COLI |
| Brian Bresnahan | 09/04/08 | 0.1 | Corporate Finance | Call with J. Posner and J. O'Connell regarding COLI |
| Brian Bresnahan | 09/09/08 | 0.3 | Corporate Finance | Calls with B. Harsh regarding leverage loan spreads |
| Brian Bresnahan | 09/09/08 | 0.3 | Corporate Finance | Leverage loan spread analysis |
| Brian Bresnahan | 09/16/08 | 0.9 | Corporate Finance | Leverage loan analysis |
| Brian Bresnahan | 09/17/08 | 0.4 | Corporate Finance | Leverage loan analysis |
| Jamie O'Connell | 09/25/08 | 0.1 | Corporate Finance | Review credit market presentation |
| | | **2.2** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 09/10/08 | 3.0 | Financing | Exit facility analysis |
| Brian Bresnahan | 09/11/08 | 1.0 | Financing | Exit facility analysis |
| Brian Bresnahan | 09/11/08 | 1.0 | Financing | Exit facility analysis |
| Jamie O'Connell | 09/22/08 | 0.3 | Financing | Call with M. Bonanno and financial institution representative regarding exit financing |
| Jamie O'Connell | 09/25/08 | 0.1 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 09/30/08 | 1.5 | Financing | Drafting of exit financing presentation structure |
| Brian Bresnahan | 09/30/08 | 1.0 | Financing | Drafting of exit financing presentation structure |
|  |  | 7.9 |  |  |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/29/08 | 1.0 | Hearings | Attend Hearing telephonically |
| Jamie O'Connell | 09/29/08 | 0.7 | Hearings | Listen to court hearing regarding default interest matter |
| | | 1.7 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 09/09/08 | 0.5 | Other | Call with investor regarding default interest and valuation issues |
| Pamela Zilly | 09/19/08 | 0.3 | Other | Correspondence re: investor calls |
| Pamela Zilly | 09/22/08 | 0.5 | Other | Correspondence with S. Smith, La Force re: creditors questions |
| Matt Bonanno | 09/22/08 | 0.4 | Other | Call with Grace investors |
| Pamela Zilly | 09/23/08 | 1.0 | Other | Call with management re: investor questions |
| Pamela Zilly | 09/24/08 | 0.5 | Other | Correspondence with S. Smith re: investor questions |
| Pamela Zilly | 09/24/08 | 0.1 | Other | Meeting with M. Bonanno re: investor questions |
| Matt Bonanno | 09/24/08 | 0.1 | Other | Analysis review with P. Zilly |
| Pamela Zilly | 09/25/08 | 0.6 | Other | Edits to answer to investor questions |
| Matt Bonanno | 09/25/08 | 0.4 | Other | Call S. Smith re: Disclosure Statement valuation analysis |
| Matt Bonanno | 09/26/08 | 0.6 | Other | Call with Grace investors |
| | | 5.0 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/01/08 | 2.0 | Plan and Disclosure Statement | Call with J. O'Connell, best interest test analysis |
| Jamie O'Connell | 09/01/08 | 0.5 | Plan and Disclosure Statement | Review disclosure statement |
| Jamie O'Connell | 09/01/08 | 0.7 | Plan and Disclosure Statement | Call with P. Zilly regarding disclosure statement |
| Pamela Zilly | 09/02/08 | 3.0 | Plan and Disclosure Statement | Review best interests analysis, correspondence re: same |
| Pamela Zilly | 09/02/08 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR status, Court hearings |
| Pamela Zilly | 09/02/08 | 1.5 | Plan and Disclosure Statement | Call with management, counsel re: best interest test analysis; follow-up call with Blackstone team |
| Jamie O'Connell | 09/02/08 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/02/08 | 0.3 | Plan and Disclosure Statement | Meeting with M. Bonanno and B. Bresnahan regarding various matters |
| Jamie O'Connell | 09/02/08 | 5.0 | Plan and Disclosure Statement | Analyses related to disclosure statement |
| Jamie O'Connell | 09/02/08 | 1.0 | Plan and Disclosure Statement | Call with counsel and internal team regarding liquidation analysis |
| Jamie O'Connell | 09/02/08 | 0.5 | Plan and Disclosure Statement | Follow-up call with internal team |
| Matt Bonanno | 09/02/08 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 09/02/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell and B. Bresnahan regarding various matters |
| Matt Bonanno | 09/02/08 | 1.0 | Plan and Disclosure Statement | Call with counsel and internal team regarding liquidation analysis |
| Matt Bonanno | 09/02/08 | 0.5 | Plan and Disclosure Statement | Follow-up call with internal team |
| Brian Bresnahan | 09/02/08 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 09/02/08 | 0.3 | Plan and Disclosure Statement | Meeting with M. Bonanno and J. O'Connell regarding various matters |
| Brian Bresnahan | 09/02/08 | 1.0 | Plan and Disclosure Statement | Call with counsel and internal team regarding liquidation analysis |
| Brian Bresnahan | 09/02/08 | 0.5 | Plan and Disclosure Statement | Follow-up call with internal team |
| Brian Bresnahan | 09/02/08 | 0.8 | Plan and Disclosure Statement | Update liquidation analysis |
| Brian Bresnahan | 09/02/08 | 2.0 | Plan and Disclosure Statement | Analysis related to the disclosure statement |
| Pamela Zilly | 09/03/08 | 1.0 | Plan and Disclosure Statement | Claims and accrued interest review |
| Pamela Zilly | 09/03/08 | 3.0 | Plan and Disclosure Statement | Review and markup best interest test analyses |
| Pamela Zilly | 09/03/08 | 0.5 | Plan and Disclosure Statement | Call with J. O'Connell, B. Bresnahan re: disclosure statement |
| Jamie O'Connell | 09/03/08 | 5.0 | Plan and Disclosure Statement | Analyses related to disclosure statement |
| Jamie O'Connell | 09/03/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly and B. Bresnahan regarding disclosure statement analyses |
| Brian Bresnahan | 09/03/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly and J. O'Connell regarding disclosure statement analyses |
| Brian Bresnahan | 09/03/08 | 2.2 | Plan and Disclosure Statement | Edits to disclosure statement |
| Brian Bresnahan | 09/03/08 | 1.2 | Plan and Disclosure Statement | Financial analysis - equity value bridge |
| Brian Bresnahan | 09/03/08 | 1.5 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 09/04/08 | 1.0 | Plan and Disclosure Statement | Review revised liquidation analysis, open items, equity bridge |
| Pamela Zilly | 09/04/08 | 0.2 | Plan and Disclosure Statement | Correspondence re: treatment of Claims |
| Pamela Zilly | 09/04/08 | 0.5 | Plan and Disclosure Statement | Call with J. O'Connell, B. Bresnahan re: disclosure statement analyses |
| Pamela Zilly | 09/04/08 | 2.0 | Plan and Disclosure Statement | Review revised liquidation analysis, open items, equity bridge |
| Jamie O'Connell | 09/04/08 | 0.6 | Plan and Disclosure Statement | Call with B. Dockman and B. Bresnahan regarding claims |
| Jamie O'Connell | 09/04/08 | 0.3 | Plan and Disclosure Statement | Meeting with B. Bresnahan regarding disclosure statement analyses |
| Jamie O'Connell | 09/04/08 | 0.6 | Plan and Disclosure Statement | Conference call with various parties regarding plan issues |
| Jamie O'Connell | 09/04/08 | 2.0 | Plan and Disclosure Statement | Analyses related to disclosure statement |
| Jamie O'Connell | 09/04/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly and B. Bresnahan regarding disclosure statement analyses |
| Jamie O'Connell | 09/04/08 | 0.1 | Plan and Disclosure Statement | Correspondence to H. LaForce regarding prior correspondence |
| Brian Bresnahan | 09/04/08 | 0.6 | Plan and Disclosure Statement | Call with B. Dockman and J. O'Connell regarding claims |
| Brian Bresnahan | 09/04/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding disclosure statement analyses |
| Brian Bresnahan | 09/04/08 | 0.6 | Plan and Disclosure Statement | Conference call with various parties regarding plan issues |
| Brian Bresnahan | 09/04/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly and J. O'Connell regarding disclosure statement analyses |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 09/04/08 | 0.7 | Plan and Disclosure Statement | Update liquidation analysis |
| Brian Bresnahan | 09/04/08 | 0.1 | Plan and Disclosure Statement | Correspondence with J. Baer regarding accrued interest on claims |
| Brian Bresnahan | 09/04/08 | 0.2 | Plan and Disclosure Statement | Correspondence with P. Zilly regarding open items |
| Brian Bresnahan | 09/04/08 | 0.5 | Plan and Disclosure Statement | Update claims analysis |
| Brian Bresnahan | 09/04/08 | 0.5 | Plan and Disclosure Statement | Review disclosure statement edits |
| Pamela Zilly | 09/04/08 | 1.0 | Plan and Disclosure Statement | Review projections |
| Pamela Zilly | 09/05/08 | 1.0 | Plan and Disclosure Statement | Review accrued interest calculations |
| Pamela Zilly | 09/05/08 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell, M. Bonanno, B. Bresnahan re: status of various items |
| Jamie O'Connell | 09/05/08 | 0.8 | Plan and Disclosure Statement | Calls with B. Dockman, R. Lapidario and B. Bresnahan regarding financial projections |
| Jamie O'Connell | 09/05/08 | 0.3 | Plan and Disclosure Statement | Meeting with B. Bresnahan regarding disclosure statement analyses |
| Jamie O'Connell | 09/05/08 | 1.5 | Plan and Disclosure Statement | Analyses related to disclosure statement |
| Jamie O'Connell | 09/05/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno and B. Bresnahan regarding various matters |
| Matt Bonanno | 09/05/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and B. Bresnahan regarding various matters |
| Brian Bresnahan | 09/05/08 | 0.8 | Plan and Disclosure Statement | Calls with B. Dockman, R. Lapidario and J. O'Connell regarding financial projections |
| Brian Bresnahan | 09/05/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding disclosure statement analyses |
| Brian Bresnahan | 09/05/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and M. Bonanno regarding various matters |
| Brian Bresnahan | 09/05/08 | 3.0 | Plan and Disclosure Statement | Analyses related to disclosure statement |
| Matt Bonanno | 09/07/08 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 09/08/08 | 1.0 | Plan and Disclosure Statement | Review best interest test analysis and write-up |
| Pamela Zilly | 09/08/08 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell re: disclosure statement language |
| Pamela Zilly | 09/08/08 | 0.2 | Plan and Disclosure Statement | Read correspondence from J. O'Connell re: Plan issues |
| Jamie O'Connell | 09/08/08 | 0.9 | Plan and Disclosure Statement | Call with lawyers regarding plan issues |
| Jamie O'Connell | 09/08/08 | 0.2 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding plan issues |
| Jamie O'Connell | 09/08/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly regarding disclosure statement |
| Matt Bonanno | 09/08/08 | 1.1 | Plan and Disclosure Statement | Financial analysis |
| Matt Bonanno | 09/08/08 | 0.9 | Plan and Disclosure Statement | Call with lawyers regarding plan issues |
| Brian Bresnahan | 09/08/08 | 0.2 | Plan and Disclosure Statement | Call with D. Grebow regarding pro formas and projections |
| Brian Bresnahan | 09/08/08 | 0.9 | Plan and Disclosure Statement | Call with lawyers regarding plan issues |
| Pamela Zilly | 09/09/08 | 0.5 | Plan and Disclosure Statement | Correspondence re: pre-petition debt holders |
| Pamela Zilly | 09/09/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 09/09/08 | 0.4 | Plan and Disclosure Statement | Call with Blackstone team re: open items for disclosure statement |
| Pamela Zilly | 09/09/08 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell, T. Freedman re: disclosure statement items |
| Pamela Zilly | 09/09/08 | 0.8 | Plan and Disclosure Statement | Review disclosure statement edits |
| Pamela Zilly | 09/09/08 | 0.5 | Plan and Disclosure Statement | Review accrued interest schedules |
| Pamela Zilly | 09/09/08 | 0.8 | Plan and Disclosure Statement | Review revised projections |
| Jamie O'Connell | 09/09/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/09/08 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding default interest matter |
| Jamie O'Connell | 09/09/08 | 0.4 | Plan and Disclosure Statement | Call with P. Zilly and meeting with internal team |
| Jamie O'Connell | 09/09/08 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman / P. Zilly & meeting with internal team regarding bank debt and DS items |
| Jamie O'Connell | 09/09/08 | 1.1 | Plan and Disclosure Statement | Review disclosure statement edits with B. Bresnahan |
| Matt Bonanno | 09/09/08 | 0.4 | Plan and Disclosure Statement | Review financial analysis |
| Matt Bonanno | 09/09/08 | 0.3 | Plan and Disclosure Statement | Review liquidation analysis |
| Matt Bonanno | 09/09/08 | 0.4 | Plan and Disclosure Statement | Call with P. Zilly and meeting with internal team |
| Matt Bonanno | 09/09/08 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman / P. Zilly & meeting with internal team regarding bank debt and DS items |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 09/09/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 09/09/08 | 0.8 | Plan and Disclosure Statement | Liquidation and valuation analysis |
| Brian Bresnahan | 09/09/08 | 0.4 | Plan and Disclosure Statement | Call with P. Zilly and meeting with internal team |
| Brian Bresnahan | 09/09/08 | 0.5 | Plan and Disclosure Statement | Liquidation and valuation analysis |
| Brian Bresnahan | 09/09/08 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman / P. Zilly & meeting with internal team regarding bank debt and DS items |
| Brian Bresnahan | 09/09/08 | 0.3 | Plan and Disclosure Statement | Correspondence with J. Baer regarding valuation narrative |
| Brian Bresnahan | 09/09/08 | 1.1 | Plan and Disclosure Statement | Review disclosure statement edits with J. O'Connell |
| Pamela Zilly | 09/10/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, B. Dockman re: pro formas and financial projections |
| Jamie O'Connell | 09/10/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and Bill Dockman regarding pro formas and projections |
| Jamie O'Connell | 09/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with internal team regarding various matters |
| Jamie O'Connell | 09/10/08 | 1.0 | Plan and Disclosure Statement | Financial analysis with B. Bresnahan regarding default interest matter |
| Jamie O'Connell | 09/10/08 | 0.2 | Plan and Disclosure Statement | Call with E. Filon regarding default interest matter |
| Matt Bonanno | 09/10/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and Bill Dockman regarding pro formas and projections |
| Matt Bonanno | 09/10/08 | 0.7 | Plan and Disclosure Statement | Financial analysis regarding default interest matter |
| Brian Bresnahan | 09/10/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and Bill Dockman regarding pro formas and projections |
| Brian Bresnahan | 09/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with internal team regarding various matters |
| Brian Bresnahan | 09/10/08 | 1.0 | Plan and Disclosure Statement | Financial analysis with J. O'Connell regarding default interest matter |
| Pamela Zilly | 09/11/08 | 1.2 | Plan and Disclosure Statement | Call with H. LaForce, E. Filon, Blackstone team re: pre-petition bank debt treatment |
| Jamie O'Connell | 09/11/08 | 2.0 | Plan and Disclosure Statement | Financial analysis with B. Bresnahan regarding default interest matter |
| Jamie O'Connell | 09/11/08 | 1.2 | Plan and Disclosure Statement | Calls with E. Filon and B. Bresnahan regarding default interest matter |
| Jamie O'Connell | 09/11/08 | 0.5 | Plan and Disclosure Statement | Financial analysis regarding default interest matter |
| Jamie O'Connell | 09/11/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and internal team regarding default interest matter |
| Jamie O'Connell | 09/11/08 | 0.2 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding status update |
| Matt Bonanno | 09/11/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and internal team regarding default interest matter |
| Brian Bresnahan | 09/11/08 | 2.0 | Plan and Disclosure Statement | Financial analysis with J. O'Connell regarding default interest matter |
| Brian Bresnahan | 09/11/08 | 1.2 | Plan and Disclosure Statement | Calls with E. Filon and J. O'Connell regarding default interest matter |
| Brian Bresnahan | 09/11/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and internal team regarding default interest matter |
| Pamela Zilly | 09/12/08 | 0.7 | Plan and Disclosure Statement | Review analysis re: pre-petition bank debt treatment |
| Pamela Zilly | 09/12/08 | 2.0 | Plan and Disclosure Statement | Read disclosure statement |
| Pamela Zilly | 09/12/08 | 1.2 | Plan and Disclosure Statement | Review claim and accrued interest amounts and classification |
| Pamela Zilly | 09/12/08 | 0.8 | Plan and Disclosure Statement | Review valuation, best interests test |
| Pamela Zilly | 09/12/08 | 0.5 | Plan and Disclosure Statement | Correspondence with B. Dockman re: claim treatment |
| Pamela Zilly | 09/12/08 | 0.4 | Plan and Disclosure Statement | Correspondence with T. Freedman, E. Filon re: PI trust funding, projections |
| Jamie O'Connell | 09/12/08 | 1.2 | Plan and Disclosure Statement | Call with H. LaForce, B. Dockman, E. Filon and internal team regarding projections and bank debt |
| Matt Bonanno | 09/12/08 | 0.4 | Plan and Disclosure Statement | Review liquidation analysis |
| Matt Bonanno | 09/12/08 | 0.7 | Plan and Disclosure Statement | Review financial analysis |
| Matt Bonanno | 09/12/08 | 1.2 | Plan and Disclosure Statement | Call with H. LaForce, B. Dockman, E. Filon and internal team regarding projections and bank debt |
| Brian Bresnahan | 09/12/08 | 1.2 | Plan and Disclosure Statement | Call with H. LaForce, B. Dockman, E. Filon and internal team regarding projections and bank debt |
| Pamela Zilly | 09/15/08 | 1.5 | Plan and Disclosure Statement | Read revised draft of Plan |
| Pamela Zilly | 09/15/08 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 09/15/08 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 09/16/08 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell re: open items |
| Pamela Zilly | 09/16/08 | 5.0 | Plan and Disclosure Statement | All hands POR, related documents meeting |
| Pamela Zilly | 09/16/08 | 1.0 | Plan and Disclosure Statement | Review revised projections |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/16/08 | 0.8 | Plan and Disclosure Statement | Review revised best interest test write-up |
| Pamela Zilly | 09/16/08 | 0.5 | Plan and Disclosure Statement | Review claims calculations |
| Pamela Zilly | 09/16/08 | 0.6 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 09/16/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/16/08 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Jamie O'Connell | 09/16/08 | 0.2 | Plan and Disclosure Statement | Correspondence to management regarding financial projections |
| Jamie O'Connell | 09/16/08 | 0.3 | Plan and Disclosure Statement | Correspondence and meetings regarding various matters |
| Jamie O'Connell | 09/16/08 | 0.6 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 09/16/08 | 1.0 | Plan and Disclosure Statement | Internal team meeting regarding various disclosure statement issues |
| Jamie O'Connell | 09/16/08 | 0.5 | Plan and Disclosure Statement | Review liquidation analysis |
| Matt Bonanno | 09/16/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 09/16/08 | 1.0 | Plan and Disclosure Statement | Internal team meeting regarding various disclosure statement issues |
| Brian Bresnahan | 09/16/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 09/16/08 | 1.0 | Plan and Disclosure Statement | Internal team meeting regarding various disclosure statement issues |
| Brian Bresnahan | 09/16/08 | 2.0 | Plan and Disclosure Statement | Claims analysis |
| Brian Bresnahan | 09/16/08 | 1.3 | Plan and Disclosure Statement | Liquidation analysis |
| Pamela Zilly | 09/17/08 | 1.0 | Plan and Disclosure Statement | Review disclosure statement edits |
| Pamela Zilly | 09/17/08 | 1.0 | Plan and Disclosure Statement | Calls with E. Filon re: financial projections |
| Pamela Zilly | 09/17/08 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 09/17/08 | 1.0 | Plan and Disclosure Statement | Call with management re: financial projections, claims |
| Pamela Zilly | 09/17/08 | 3.0 | Plan and Disclosure Statement | Review Plan documents |
| Pamela Zilly | 09/17/08 | 1.5 | Plan and Disclosure Statement | Call with H. La Force, E. Filon, B. Dockman re: projections |
| Pamela Zilly | 09/17/08 | 2.0 | Plan and Disclosure Statement | Follow-up calls, correspondence on Plan issues |
| Jamie O'Connell | 09/17/08 | 0.2 | Plan and Disclosure Statement | Call with E. Filon and M. Bonanno |
| Jamie O'Connell | 09/17/08 | 1.5 | Plan and Disclosure Statement | Call with management regarding financial projections and internal team meeting |
| Jamie O'Connell | 09/17/08 | 1.3 | Plan and Disclosure Statement | Follow-up call with management regarding financial projections and internal team meeting |
| Matt Bonanno | 09/17/08 | 0.2 | Plan and Disclosure Statement | Call with E. Filon and J. O'Connell |
| Matt Bonanno | 09/17/08 | 1.5 | Plan and Disclosure Statement | Call with management regarding financial projections and internal team meeting |
| Matt Bonanno | 09/17/08 | 1.0 | Plan and Disclosure Statement | Review financial analysis |
| Brian Bresnahan | 09/17/08 | 1.5 | Plan and Disclosure Statement | Call with management regarding financial projections and internal team meeting |
| Brian Bresnahan | 09/17/08 | 1.2 | Plan and Disclosure Statement | Liquidation analysis |
| Brian Bresnahan | 09/17/08 | 1.3 | Plan and Disclosure Statement | Follow-up call with management regarding financial projections and internal team meeting |
| Pamela Zilly | 09/18/08 | 6.0 | Plan and Disclosure Statement | Plan, disclosure statement, related documents review, analyses thereto, calls with management, counsel |
| Jamie O'Connell | 09/18/08 | 7.0 | Plan and Disclosure Statement | Plan and disclosure statement analyses and internal team meetings related thereto |
| Matt Bonanno | 09/18/08 | 10.0 | Plan and Disclosure Statement | Plan and disclosure statement analyses and internal team meetings related thereto |
| Brian Bresnahan | 09/18/08 | 10.0 | Plan and Disclosure Statement | Plan and disclosure statement analyses and internal team meetings related thereto |
| Pamela Zilly | 09/19/08 | 1.0 | Plan and Disclosure Statement | Call with counsel and management re: final Plan documents |
| Pamela Zilly | 09/19/08 | 6.0 | Plan and Disclosure Statement | Read final drafts of Plan documents, analyses thereto, calls with counsel and movement |
| Jamie O'Connell | 09/19/08 | 6.5 | Plan and Disclosure Statement | Plan and disclosure statement analyses and internal team meetings related thereto |
| Matt Bonanno | 09/19/08 | 6.5 | Plan and Disclosure Statement | Plan and disclosure statement analyses and internal team meetings related thereto |
| Brian Bresnahan | 09/19/08 | 7.5 | Plan and Disclosure Statement | Plan and disclosure statement analyses and internal team meetings related thereto |
| Pamela Zilly | 09/22/08 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell |
| Jamie O'Connell | 09/22/08 | 0.2 | Plan and Disclosure Statement | Status meeting with M. Bonanno |
| Jamie O'Connell | 09/22/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly regarding various matters |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 09/22/08 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell and financial institution representative regarding exit financing |
| Matt Bonanno | 09/22/08 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 09/23/08 | 1.5 | Plan and Disclosure Statement | Read filed Plan and Disclosure Statement |
| Pamela Zilly | 09/23/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Jamie O'Connell | 09/23/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/23/08 | 1.1 | Plan and Disclosure Statement | Conference call with management regarding financial projections |
| Jamie O'Connell | 09/23/08 | 0.1 | Plan and Disclosure Statement | Review financial analysis with M. Bonanno |
| Matt Bonanno | 09/23/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 09/23/08 | 0.5 | Plan and Disclosure Statement | Conference call with management regarding financial projections (did not attend entire call) |
| Matt Bonanno | 09/23/08 | 0.4 | Plan and Disclosure Statement | Financial analysis |
| Matt Bonanno | 09/23/08 | 0.1 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell |
| Pamela Zilly | 09/24/08 | 0.3 | Plan and Disclosure Statement | Correspondence with E. Filon re: timeline |
| Pamela Zilly | 09/24/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 09/25/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, B. Dockman |
| Jamie O'Connell | 09/25/08 | 0.1 | Plan and Disclosure Statement | Status meeting with M. Bonanno |
| Matt Bonanno | 09/25/08 | 0.1 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 09/29/08 | 0.4 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 09/29/08 | 0.3 | Plan and Disclosure Statement | Call with H. LaForce |
| Pamela Zilly | 09/29/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell |
| Jamie O'Connell | 09/29/08 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 09/29/08 | 0.2 | Plan and Disclosure Statement | Review correspondence regarding exit financing |
| Pamela Zilly | 09/30/08 | 0.8 | Plan and Disclosure Statement | Read Motions re: Plan filing, PD Claims, Acquisition, Unsecured Creditors |
| Pamela Zilly | 09/30/08 | 1.5 | Plan and Disclosure Statement | Call with E. Filon, T. Freedman re: timeline |
| Pamela Zilly | 09/30/08 | 0.5 | Plan and Disclosure Statement | Follow-up call with E. Filon re: timeline |
| Pamela Zilly | 09/30/08 | 0.4 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Bresnahan re: various matters |
| Jamie O'Connell | 09/30/08 | 1.5 | Plan and Disclosure Statement | Conference call with counsel and management regarding exit financing |
| Jamie O'Connell | 09/30/08 | 0.4 | Plan and Disclosure Statement | Follow-up meeting with P. Zilly and B. Bresnahan regarding various matters |
| Brian Bresnahan | 09/30/08 | 1.5 | Plan and Disclosure Statement | Conference call with counsel and management regarding timing, exit financing |
| Brian Bresnahan | 09/30/08 | 0.4 | Plan and Disclosure Statement | Follow-up meeting with P. Zilly and J. O'Connell regarding various matters |
| | | **224.5** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/05/08 | 0.1 | Tax Issues | Correspondence to E. Filon regarding tax analysis |
| Pamela Zilly | 09/09/08 | 0.5 | Tax Issues | Review tax claims calculations |
| Pamela Zilly | 09/08/08 | 1.0 | Valuation | Review valuation metrics |
| Brian Bresnahan | 09/08/08 | 0.5 | Valuation | Update valuation analysis |
| Jamie O'Connell | 09/09/08 | 0.4 | Valuation | Review draft valuation narrative for disclosure statement |
| Matt Bonanno | 09/09/08 | 0.4 | Valuation | Review valuation text analysis |
| Pamela Zilly | 09/16/08 | 1.0 | Valuation | Review valuation metrics |
| Jamie O'Connell | 09/25/08 | 0.2 | Valuation | Correspondence regarding valuation |
| Brian Bresnahan | 09/29/08 | 0.5 | Valuation | Valuation analysis |
| Brian Bresnahan | 09/29/08 | 0.5 | Valuation | Valuation analysis |
| | | **5.1** | | |