IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>        Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware   :
                        : ss
New Castle County  :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

      1.      I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

      2.      I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

      3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

                                                  /s/ JCP
                                        JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                        Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 7 DAY OF JANUARY 2009.

                                          /s/ Tanya L. Birdsell
                                          Notary Public
                                          My commission expires: 1-10-10

                                            TANYA L. BIRDSELL
                                            NOTARY PUBLIC
                                            STATE OF DELAWARE
                                       My Commission Expires Jan. 10, 2010