# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# NOVEMBER 1, 2008 THROUGH
# NOVEMBER 30, 2008

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

December 23, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   81733

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 11/30/08      $9,633.00
       Subtotal for COSTS only: 11/30/08         $98.53
                                             ------------
CURRENT PERIOD FEES AND COSTS: 11/30/08       $9,731.53
                                             ------------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page  2

December 23, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   81733

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 12.8 | 5,120.00 |
| FEE/EMPLOYMENT APPLICATIONS | 9.2 | 1,705.00 |
| CASE ADMINISTRATION | 1.4 | 208.00 |
| PLAN AND DISCLOSURE STATEMENT | 6.5 | 2,600.00 |
| Subtotal for FEES only: 11/30/08 | 29.9 | $9,633.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 20.60 | 20.60 | 8,240.00 | 0.00 | 0.00 |
| 150.00 | CAH | 9.20 | 9.20 | 1,380.00 | 0.00 | 0.00 |
| 130.00 | TLB | 0.10 | 0.10 | 13.00 | 0.00 | 0.00 |
| Totals | | 29.90 | 29.90 | 9,633.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/23/08  Page 2

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | 11/04/08 | Obtain pleadings requested by Orrick; e-mail to D. Fullem. | 0.30 | 45.00 | Ca |
| WRG CASE ADMINISTRATION | CAH | 11/11/08 | Update docket to system; review same for pertinent pleadings. | 0.20 | 30.00 | |
| WRG CASE ADMINISTRATION | CAH | 11/13/08 | Phone conference with D. Fullem; download and e-mail pertinent dockets to her - problems with Court system (very slow). | 0.50 | 75.00 | |
| WRG CASE ADMINISTRATION | CAH | 11/20/08 | E-mail to and e-mail from D. Fullem re: need to send original signatures. | 0.10 | 15.00 | |
| WRG CASE ADMINISTRATION | CAH | 11/25/08 | Update docket to system; send D. Fullem new Court dates; forward to Tanya L. Birdsell to calendar. | 0.20 | 30.00 | |
| | | | | 1.30 | 195.00 | |
| WRG CASE ADMINISTRATION | TLB | 11/06/08 | Fax to Courtcall re: John C. Phillips, Jr.'s telepohonic appearance at 11/13/08 and 11/14/08 hearings. | 0.10 | 13.00 | |
| | | | | 0.10 | 13.00 | |
| | | | | 1.40 | 208.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/23/08  Page 3

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 11/03/08 | Review of September 2008 Monthly Operating Report (.2); review of miscellaneous pleadings (.3); review of U.S.Zonolite Claimants' Motion for Class Certification (.2). | 0.70 | 280.00 | Li |
| WRG LITIGATION | JCP | 11/05/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG LITIGATION | JCP | 11/07/08 | Review of Debtors' Designation of Additional Items to be Included in Record on Appeal; review of Agenda for 11/13 and 11/14/08 Hearings; e-mail to paralegal re: arraigning telephonic appearance. | 0.30 | 120.00 | |
| WRG LITIGATION | JCP | 11/11/08 | Review of Certification of Counsel re: 2009 Omnibus Hearing Dates (.1); review of Protective Objection of Maryland Casualty Company to Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization (.2); review of Notice of Debtors' Motion for Order Authorizing Sale of Colowyo Coal Interest (.1); review of Motion for Order Approving Stipulation Resolving Claim 12789 (.1); review of Debtors' Motion for Order Authorizing Sale of Charlestown Real Property (.1). | 0.60 | 240.00 | |
| WRG LITIGATION | JCP | 11/15/08 | Review of Notice of Filing of 10/27/08 Transcript and Deadlines for Seeking Redaction (.1); review of revised Certification of Counsel re: 2009 Omnibus Hearing Dates (.1); memo to file re: same (.1); calendar same (.1); review of Judge Buckwalter's 11/13/08 Memorandum Opinion Denying Anderson Memorial Hospital's Motion to Reconsider Denial of Motion for Leave to Appeal Order Denying Class Certification (1.1). | 1.50 | 600.00 | |
| WRG LITIGATION | JCP | 11/17/08 | Review of Order Denying Anderson Memorial's Motion for Reconsideration re: leave to Appeal and Memorandum Opinion re: same. | 0.80 | 320.00 | |
| WRG LITIGATION | JCP | 11/18/08 | Review of Agenda for 11/24/08 Hearing; e-mail to paralegal re: telephonic participation in same; review of registration to do so; review of miscellaneous pleadings. | 0.30 | 120.00 | |
| WRG LITIGATION | JCP | 11/20/08 | Review of Notice of Docketing of California's Appeal. | 0.10 | 40.00 | |
| WRG LITIGATION | JCP | 11/22/08 | Review of Debtors' Status Report re: Anderson Memorial's Proof of Claim with Exhibits and proposed Order. | 0.20 | 80.00 | |
| WRG LITIGATION | JCP | 11/24/08 | Review of Certificate of Counsel re: revised Order authorizing sale of assets to Alco Iron with enclosure; review of revised Order with attached Purchase and Sale Agreement; review of Certificate of Counsel re: further amendments to Disclosure Statement with enclosure ; review of blacklined 11/21/08 draft Disclosure Statement (voluminous) (.5); review of blacklined First Amended Joint Plan (voluminous) (.5); review of revised blacklined 11/21/08 draft Exhibit and blacklined revised proposed Order approving Disclosure Statement (1.8); review of | 7.10 | 2,840.00 | |

WRG-AUS                                                    LEGALMASTER MIRC For Transactions                                      12/23/08  Page 4
                                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 11/25/08 | Amended Agenda for 11/24/08 Hearing; phone conference with Judge Fitzgerald and all counsel (5.3). | 0.80 | 320.00 | |
| | JCP | 11/25/08 | Review of Order Granting Relief Sought in Debtors' Amended 25th Omnibus Objection to Claims (.1); review of revised Order Authorizing Sale of Certain Assets to ALCO Iron with exhibits (.1); review of Debtors' Motion for Order Declaring Void All Actions Taken by Maricopa County, Arizona with Respect to Debtors' Maricopa Property with proposed Order, Affidavit and numerous exhibits (voluminous) (.4); review of Debtors' Motion to Shorten Notice Period re: Motion Declaring Void with proposed Order (.1); review of Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue (.1). | | | |
| WRG LITIGATION | JCP | 11/26/08 | Review of California Department of General Services' Appeal from 10/10/08 Order granting Debtors' Summary Judgment with attachments; review of California's Designation of Items to Be Included in the Record on Appeal. | 0.30 | 120.00 | |
| | | | | 12.80 | 5,120.00 | |
| | | | | 12.80 | 5,120.00 | |

WRG-AUS                                                          LEGALMASTER MIRC For Transactions                                                  12/23/08  Page 5
                                                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/04/08 | Reconcile payment to Fee Applications to be filed. | 0.20 | 30.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/04/08 | Code September prebill to comply with local rules. | 0.20 | 30.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/04/08 | Download and file Certificate of No Objection for Orrick's and Piper's August Fee Applications. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/05/08 | Draft August and September Fee Application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. to execute. | 1.20 | 180.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/05/08 | Review of and revise Phillips, Goldman & Spence August and September Fee Applications. | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/06/08 | Download and file August and September Fee Application for Tre Angeli and Towers August Fee Applications. | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/06/08 | Download and file August and September Fee Application for D. Austern; file same. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/06/08 | E-mail to D. Fullem (4x) re: Fee Applications and timely filing of October Fee Application on 11/28/08 by Parcels. | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/13/08 | Review of and revise Fee Applications; forward to John C. Phillips, Jr. | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/17/08 | Review of and revise August and September Fee Applications (.3); scan file and serve same (.3). | 0.60 | 90.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/17/08 | Begin 18th Quarterly Fee Application. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/18/08 | Download, print and file 3 Certificates of No Objection for September Fee Application of Orrick, Towers Perrin and Tre Angeli. | 0.50 | 75.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/19/08 | Code prebill to comply with local rules. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/20/08 | Download, print and file Certificate of No Objection for Piper's September Fee Application. | 0.20 | 30.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/25/08 | Download and file Quarterly Fee Application for Orrick Herrington, Piper Jaffray and Tre Angeli after correction by D. Fullem for Court date. | 0.60 | 90.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/25/08 | Complete Phillips, Goldman & Spence 18th Quarterly Fee Application and forward to John C. Phillips, Jr. for review. | 0.70 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/26/08 | Scan, file and serve Phillips, Goldman & Spence 18th Quarterly Fee Application. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/26/08 | Download and rename documents related to Certificate of No Objection for Orrick for August and September Fee | 0.50 | 75.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                         12/23/08  Page 6
                                                        -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/05/08 | Review of, revise and execute Phillips, Goldman & Spence August bill and Phillips, Goldman & Spence September bill; conference with Celeste A. Hartman re: same. | 0.50 | 200.00 | WRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/10/08 | Review of miscellaneous fee examiner reports. | 0.10 | 40.00 | WRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/15/08 | Review of and revise (downward) Phillips, Goldman & Spence October prebill; review of and revise Fee Application. | 0.30 | 120.00 | WRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/24/08 | E-mail from Fee Examiner re: change of address; e-mail to Celeste A. Hartman re: same. | 0.10 | 40.00 | WRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/25/08 | Review, revise and execute Notice of Filing of PG&S' 18th Quarterly Fee Application; review, revise and execute PG&S' 18th Quarterly Fee Application. | 1.30 | 520.00 | WRG |

Application and October Fee Applications for Orrick and Tre Angeli; e-mail all documents and instructions to Parcels fro Friday filing and service.

                                                                                     7.90    1,185.00

                                                                                     9.20    1,705.00

WRG-AUS                                    LEGALMASTER MIRC For Transactions                              12/23/08  Page 7
                                                           -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 11/10/08 | Review of Property Damage Committee's Supplemental Limited Objection to Disclosure Statement. | 0.10 | 40.00 | ps |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 11/12/08 | Review of Alexander Saunders' (property damage future claims representative) Objection to Disclosure Statement (.1); review of Supplemental Objection of Bank of America to Disclosure Statement (.1); review of Montana's Supplemental Objection to Disclosure Statement (.1); review of 10/27/08 Hearing Transcript (.1); review of Maryland Casualty's Protective Objection to First Amended Joint Plan Disclosure Statement (.1); review of Debtors' Notice of Motion, Motion to Approve Stipulation Resolving Tyco Healthcare Claim with enclosure (.1); review of Stipulation and Proposed Order (.1); review of Debtors' Motion to Sell Certain Real Property in Charleston, S.C.(.1); review of Debtors' Motion to Sell Limited Partnership Interest in Colowyo Coal Company with Exhibits (.1); review of Anderson Memorial Hospital's Status Report re: two proofs of claim (.1); review of Royal's Objection to Disclosure Statement with Exhibits (voluminous) (1.5). | 2.50 | 1,000.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 11/12/08 | Preliminary review of Amendments to Proposed Confirmation and Solicitation Procedures (.4), Disclosure Statement Objection Chart and Revised and New Exhibits to Disclosure Statement Exhibit Book (.4). | 0.80 | 320.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 11/13/08 | Review of Amended Agenda for 11/13 and 11/14/05 Hearings; review of Anderson Memorial's Status Report (voluminous); review of Maryland Casualty's Protective Objection to Disclosure Statement to 1st Amended Plan; review of Bank of America's Supplemental Objection to same. | 0.50 | 200.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 11/14/08 | Phone conference with Judge Fitzgerald and all counsel re: Disclosure Statement (2.3); review of Certification of Counsel re: Debtors' Motion to Authorize Settlement of University of California's Property Damage Claims (.1); review of Certification of Counsel re: Debtors' Motion to Authorize Settlement of Children's Hospital's Property Damage Claim (.1); review of Revised Exhibit 5 to Exhibit Notebook (Settled Insurance Carriers)(.1). | 2.60 | 1,040.00 | |

                                                                                                  ----------    ----------
                                                                                                       6.50      2,600.00
                                                                                                  ----------    ----------
                                                                                                       6.50      2,600.00
                                                                                                  ----------    ----------
                                                                                                      29.90      9,633.00
                                                                                                  ==========    ==========

47 records printed.