EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
NOVEMBER 1, 2008 THROUGH
NOVEMBER 30, 2008

Phillips, Goldman & Spence, P.A.

December 23, 2008

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  81733

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/01/08 | Long distance phone charges | 11.40 |
| 11/04/08 | Photocopies | 81.60 |
| 11/17/08 | Postage | 3.53 |
| 11/18/08 | Facsimile | 2.00 |
| | Subtotal for COSTS only: 11/30/08 | $98.53 |