**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: 2/2/09 @ 4:00 pm |

**SEVENTY-FIRST APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008**

| | | |
|---|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | October 1, 2008 through October 31, 2008 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$150,000.00 | (Holdback @ 20%)<br>($30,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,166.54 | |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | 0.00 | 997.55 | | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 120,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 100,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 140,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | -- | -- | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | -- | -- | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | -- | -- | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

January 9, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of October 1, 2008 through October 31, 2008: | | $ | 150,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (30,000.00) |
| Out-of-pocket expenses processed for the period through October 31, 2008:[1] | | | |
| Airfare | $ 759.00 | | |
| Ground Transportation | 763.84 | | |
| Communications | 109.50 | | |
| Meals | 323.15 | | |
| Lodging | 1,018.11 | | |
| Document Production | 162.00 | | |
| Research | 30.94 | | 3,166.54 |
| **Total Amount Due** | | **$** | **123,166.54** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 28179

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through October 31, 2008**
**Invoice No. 28179**

| | GL Detail Oct-08 | Total Expenses |
|---|---|---|
| Airfare | $ 759.00 | $ **759.00** |
| Ground Transportation - Car Service - Elite | 632.22 | **632.22** |
| Ground Transportation - Local Travel | 129.62 | **129.62** |
| Ground Transportation - Railroad | 2.00 | **2.00** |
| Communications - Teleconferencing | 109.50 | **109.50** |
| Employee Meals | 323.15 | **323.15** |
| Lodging | 1,018.11 | **1,018.11** |
| Document Production | 162.00 | **162.00** |
| External Research - Online Database | 29.85 | **29.85** |
| External Research - Reuters | 1.09 | **1.09** |
| **Total Expenses** | **$ 3,166.54** | **$ 3,166.54** |

| | |
|---|---|
| **Airfare** | $ 759.00 |
| **Ground Transportation** | 763.84 |
| **Communications** | 109.50 |
| **Meals** | 323.15 |
| **Lodging** | 1,018.11 |
| **Document Production** | 162.00 |
| **Research** | 30.94 |
| **Total Expenses** | $ 3,166.54 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2008**
**Invoice No. 28179**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| **Airfare** | | | |
| Bresnahan (travel agency fee for booking of round trip flight to from Baltimore, MD from/to Newark, NJ on 07/21 & 07/24/08) | 07/18/08 | 40.00 | |
| Bresnahan (round trip coach class flight to/from Baltimore, MD from to Newark, NJ) | 07/21/08 & 07/24/08 | 719.00 | |
| | **Subtotal - Airfare** | | $ 759.00 |
| **Ground Transportation - Car Service - Elite** | | | |
| O'Connell (car home from Blackstone after working late) | 08/14/08 | 92.62 | |
| O'Connell (car home from Blackstone after working late) | 08/18/08 | 92.62 | |
| O'Connell (car home from Blackstone after working late) | 08/19/08 | 92.62 | |
| O'Connell (car home from Blackstone after working late) | 08/20/08 | 92.62 | |
| O'Connell (car home from Blackstone after working late) | 08/21/08 | 92.62 | |
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 08/25/08 | 133.67 | |
| Zilly (car home from Blackstone after working late) | 07/24/08 | 35.45 | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | 632.22 |
| **Ground Transportation - Local Travel** | | | |
| Bresnahan (weekend taxi home from Blackstone) | 07/20/08 | 8.10 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/21/08 | 7.92 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/24/08 | 7.40 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/30/08 | 7.25 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 07/31/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 08/01/08 | 8.60 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 08/12/08 | 8.20 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 08/13/08 | 8.20 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 08/14/08 | 8.20 | |
| O'Connell (taxi to Blackstone from New York Pennsylvania Station) | 06/19/08 | 13.00 | |
| O'Connell (taxi to Blackstone from LaGuardia Airport in Queens, NY) | 08/27/08 | 45.00 | |
| | **Subtotal - Ground Transportation - Local Travel** | | 129.62 |
| **Ground Transportation - Railroad** | | | |
| Bresnahan (New York Subway to Blackstone from home) | 08/15/08 | 2.00 | |
| | **Subtotal - Ground Transportation - Railroad** | | 2.00 |
| **Communications - Teleconferencing** | | | |
| O'Connell (fee for attending Court hearing telephonically) | 09/29/08 | 109.50 | |
| | **Subtotal - Communications - Teleconferencing** | | 109.50 |
| **Employee Meals** | | | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 08/26/08 | 25.00 | |
| Bresnahan (weekend working meal @ Blackstone0 | 07/20/08 | 7.75 | |
| Bresnahan (weekend working meal @ Blackstone0 | 07/20/08 | 5.36 | |
| Bresnahan (meal @ hotel in Baltimore, MD) | 07/22/08 | 14.82 | |
| Bresnahan (meal @ hotel in Baltimore, MD) | 07/22/08 | 3.29 | |
| Bresnahan (meal @ hotel in Baltimore, MD) | 07/22/08 | 2.74 | |
| Bresnahan (meal @ hotel in Baltimore, MD) | 07/23/08 | 9.57 | |
| Bresnahan (meal @ hotel in Baltimore, MD) | 07/24/08 | 7.08 | |
| Bresnahan (meal @ BWI Station in Baltimore, MD) | 07/24/08 | 9.60 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 07/29/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 07/30/08 | 24.55 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 07/31/08 | 7.21 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/01/08 | 6.18 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/18/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/19/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/25/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/26/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/04/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/11/08 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/19/08 | 25.00 | |
| | **Subtotal - Employee Meals** | | 323.15 |
| **Lodging** | | | |
| Bresnahan (3 day hotel stay in Baltimore, MD) | 07/21/08 - 07/24/08 | 1,018.11 | |
| | **Subtotal - Lodging** | | 1,018.11 |
| **Document Production** | | | |
| Lysle (450 color photocopies calculated @ a rate of $0.36 per page) | 10/06/08 | 162.00 | |
| | **Subtotal - Document Production** | | 162.00 |
| **External Research - Online Database** | | | |
| Bresnahan (fee for in-room internet access during hotel stay in Baltimore, MD re: online data research) | 07/21/08 | 9.95 | |
| Bresnahan (fee for in-room internet access during hotel stay in Baltimore, MD re: online data research) | 07/22/08 | 9.95 | |
| Bresnahan (fee for in-room internet access during hotel stay in Baltimore, MD re: online data research) | 07/23/08 | 9.95 | |
| | **Subtotal - External Research - Online Database** | | 29.85 |
| **External Research - Reuters** | | | |
| Bresnahan (online data research) | 10/12/08 - 10/18/08 | 1.09 | |
| | **Subtotal - External Research - Reuters** | | 1.09 |
| | **Total Expenses** | | $ 3,166.54 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 48.1 |
| Jamie O'Connell | Vice President | 35.0 |
| Matthew Bonnano | Associate | 36.9 |
| Brian Bresnahan | Analyst | 67.1 |
| | **Total** | **187.1** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/15/08 | 3.0 | Business Analysis | Attended telephonically (part-time) GCP earning call |
| Matt Bonanno | 10/15/08 | 2.5 | Business Analysis | GCP earnings review call (did not attend entire call) |
| Pamela Zilly | 10/16/08 | 0.5 | Business Analysis | Call with P. Hanlon, M. Dugan |
| Jamie O'Connell | 10/16/08 | 6.0 | Business Analysis | Conference call regarding Project EON |
| Brian Bresnahan | 10/16/08 | 6.0 | Business Analysis | Attend meeting in Columbia, MD regarding Project EON |
| Pamela Zilly | 10/20/08 | 0.2 | Business Analysis | Correspondence with E. Filon re: Project Eddy |
| | | 18.2 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/08 | 1.0 | Committee | Meeting with J. Radecki, J. O'Connell, B. Bresnahan re: Disclosure Statement |
| Jamie O'Connell | 10/01/08 | 0.2 | Committee | Call with Capstone and B. Bresnahan regarding financial projections |
| Jamie O'Connell | 10/01/08 | 1.0 | Committee | Meeting with P. Zilly, B. Bresnahan and J. Radecki regarding financial due diligence |
| Brian Bresnahan | 10/01/08 | 0.2 | Committee | Call with Capstone and J. O'Connell regarding financial projections |
| Brian Bresnahan | 10/01/08 | 1.0 | Committee | Meeting with P. Zilly, J. O'Connell and J. Radecki regarding financial due diligence |
| Matt Bonanno | 10/07/08 | 0.2 | Committee | Correspondence with committee advisors |
| Pamela Zilly | 10/08/08 | 0.2 | Committee | Call with J. Radecki |
| Pamela Zilly | 10/13/08 | 1.0 | Committee | Meeting with Capstone re: creditor interest matter |
| Jamie O'Connell | 10/13/08 | 1.0 | Committee | Meeting with Capstone re: bank debt accrued interest |
| Matt Bonanno | 10/13/08 | 1.0 | Committee | Meeting with Capstone re: bank debt accrued interest |
| Brian Bresnahan | 10/13/08 | 1.0 | Committee | Meeting with Capstone re: bank debt accrued interest |
| Pamela Zilly | 10/14/08 | 1.0 | Committee | Call with management, K&E on PD counsel questions re: Plan and Disclosure Statement |
| Pamela Zilly | 10/14/08 | 0.3 | Committee | Call with J. Madigan |
| Pamela Zilly | 10/15/08 | 1.5 | Committee | Call with S. Baena, D. Bernick, other K&E re: Plan and Disclosure Statement |
| Jamie O'Connell | 10/15/08 | 1.0 | Committee | Call with debtor counsel and PD committee counsel regarding plan and disclosure statement (did not attend entire call) |
| Matt Bonanno | 10/15/08 | 1.5 | Committee | Call with K&E and PD committee counsel regarding plan and disclosure statement |
| Jamie O'Connell | 10/24/08 | 0.1 | Committee | Call with J. Radecki regarding information request |
| | | 13.2 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/08 | 0.3 | Financing | Correspondence with F. Filon, T. Freedman re: Lender fees |
| Pamela Zilly | 10/01/08 | 0.5 | Financing | Review draft presentation re: exit financing |
| Jamie O'Connell | 10/01/08 | 0.2 | Financing | Review correspondence regarding exit financing |
| Jamie O'Connell | 10/01/08 | 0.2 | Financing | Correspondence to E. Filon and S. Smith regarding bank presentation |
| Pamela Zilly | 10/02/08 | 1.5 | Financing | Meeting with H. LaForce, E. Filon, financial institution |
| Pamela Zilly | 10/02/08 | 1.8 | Financing | Meeting with H. LaForce, E. Filon, financial institution |
| Pamela Zilly | 10/02/08 | 2.0 | Financing | Meeting with H. LaForce, E. Filon, financial institution |
| Matt Bonanno | 10/07/08 | 0.3 | Financing | Review exit financing materials |
| Jamie O'Connell | 10/08/08 | 0.1 | Financing | Call with S. Arnold regarding exit financing process |
| Pamela Zilly | 10/09/08 | 0.5 | Financing | Review data room index |
| Pamela Zilly | 10/09/08 | 0.8 | Financing | Call with E. Filon, B. Dockman, J. McFarland re: exit financing |
| Jamie O'Connell | 10/09/08 | 0.5 | Financing | Call with management re: exit financing (did not attend entire call) |
| Matt Bonanno | 10/09/08 | 0.8 | Financing | Call with management re: exit financing |
| Brian Bresnahan | 10/09/08 | 0.8 | Financing | Call with management re: exit financing |
| Matt Bonanno | 10/14/08 | 0.6 | Financing | Correspondence with third party data room providers |
| Matt Bonanno | 10/14/08 | 0.3 | Financing | Correspondence with E. Filon and M. Brown re: data room presentations |
| Matt Bonanno | 10/15/08 | 0.4 | Financing | Correspondence with third party data room providers |
| Matt Bonanno | 10/15/08 | 0.2 | Financing | Correspondence with E. Filon and M. Brown re: data room presentations |
| Matt Bonanno | 10/17/08 | 0.2 | Financing | Correspondence with third party data room providers |
| Matt Bonanno | 10/22/08 | 6.0 | Financing | Meetings in Columbia Maryland with management and data room providers |
| Brian Bresnahan | 10/22/08 | 6.0 | Financing | Meetings in Columbia Maryland with management and data room providers |
| Matt Bonanno | 10/24/08 | 0.4 | Financing | Correspondence with E. Filon and B. Dockman regarding exit financing presentation |
| Jamie O'Connell | 10/27/08 | 0.7 | Financing | Commentary on draft data room index |
| Matt Bonanno | 10/27/08 | 1.2 | Financing | Exit financing presentation |
| Pamela Zilly | 10/28/08 | 0.6 | Financing | Review draft financing data room index |
| Matt Bonanno | 10/29/08 | 0.6 | Financing | Exit financing presentation |
| Matt Bonanno | 10/30/08 | 1.0 | Financing | Exit financing presentation |
| | | 28.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**



| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/20/08 | 1.0 | Hearings | Attend telephonically Grace hearing |
| Jamie O'Connell | 10/20/08 | 1.0 | Hearings | Listen to October 20, 2008 court hearing |
| Brian Bresnahan | 10/20/08 | 1.0 | Hearings | Listen to October 20, 2008 court hearing |
| | | 3.0 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 10/15/08 | 4.0 | Non-Working Travel Time | Travel to Columbia Maryland for meetings with management |
| Brian Bresnahan | 10/16/08 | 4.0 | Non-Working Travel Time | Travel from Columbia Maryland to New York City |
| Matt Bonanno | 10/21/08 | 3.0 | Non-Working Travel Time | Travel to Columbia Maryland for meetings with management |
| Brian Bresnahan | 10/21/08 | 3.0 | Non-Working Travel Time | Travel to Columbia Maryland for meetings with management |
| Matt Bonanno | 10/22/08 | 3.0 | Non-Working Travel Time | Travel from Columbia Maryland to New York City |
| Brian Bresnahan | 10/22/08 | 3.0 | Non-Working Travel Time | Travel from Columbia Maryland to New York City |
| | | **20.0** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 10/02/08 | 0.3 | Other | Correspondence with S. Smith |
| Pamela Zilly | 10/06/08 | 0.4 | Other | Call with S. Smith re: investor relations |
| Jamie O'Connell | 10/08/08 | 0.3 | Other | Call with investor regarding various information requests |
| Brian Bresnahan | 10/14/08 | 0.4 | Other | Call with S. Smith re: disclosure statement questions |
| Jamie O'Connell | 10/15/08 | 1.0 | Other | Call with equity holder re: POR and other items |
| Brian Bresnahan | 10/15/08 | 1.0 | Other | Call with equity holder re: POR and other items |
| | | 3.4 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/08 | 1.0 | Plan and Disclosure Statement | Revise Chapter 11 timeline |
| Jamie O'Connell | 10/01/08 | 0.2 | Plan and Disclosure Statement | Meeting with B. Bresnahan regarding various matters |
| Jamie O'Connell | 10/01/08 | 0.4 | Plan and Disclosure Statement | Review direct cash flow analysis with B. Bresnahan |
| Brian Bresnahan | 10/01/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding various matters |
| Brian Bresnahan | 10/01/08 | 0.4 | Plan and Disclosure Statement | Review direct cash flow analysis with J. O'Connell |
| Pamela Zilly | 10/02/08 | 1.0 | Plan and Disclosure Statement | Meeting with H. LaForce. E. Filon/call with M. Shelnitz |
| Matt Bonanno | 10/03/08 | 0.5 | Plan and Disclosure Statement | Update with H. LaForce, S. Smith and B. Corcoran |
| Pamela Zilly | 10/07/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 10/07/08 | 0.2 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 10/07/08 | 0.2 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Pamela Zilly | 10/07/08 | 0.8 | Plan and Disclosure Statement | Call with M. Shelnitz, H. LaForce, E. Filon, D. Bernick re: 10/14 meeting |
| Pamela Zilly | 10/07/08 | 0.2 | Plan and Disclosure Statement | Call with M. Bonanno, B. Bresnahan re: follow-up |
| Jamie O'Connell | 10/07/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 10/07/08 | 0.3 | Plan and Disclosure Statement | Review analyses related to interest matter |
| Jamie O'Connell | 10/07/08 | 0.4 | Plan and Disclosure Statement | Call with Grace management and K&E to discuss creditor interest issue (did not attend entire call) |
| Matt Bonanno | 10/07/08 | 0.2 | Plan and Disclosure Statement | Review financial analysis |
| Matt Bonanno | 10/07/08 | 0.8 | Plan and Disclosure Statement | Call with Grace management and K&E to discuss creditor interest issue |
| Matt Bonanno | 10/07/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and B. Bresnahan |
| Brian Bresnahan | 10/07/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 10/07/08 | 0.8 | Plan and Disclosure Statement | Call with Grace management and K&E to discuss interest issue |
| Brian Bresnahan | 10/07/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and M. Bonanno |
| Pamela Zilly | 10/08/08 | 0.5 | Plan and Disclosure Statement | Review analysis re: creditor interest issue |
| Pamela Zilly | 10/08/08 | 0.9 | Plan and Disclosure Statement | Call with E. Filon, J. O'Connell, B. Bresnahan re: creditor interest issue |
| Jamie O'Connell | 10/08/08 | 0.9 | Plan and Disclosure Statement | Call with E. Filon, P. Zilly and B. Bresnahan regarding interest analyses |
| Jamie O'Connell | 10/08/08 | 0.5 | Plan and Disclosure Statement | Meeting with M. Bonanno and B. Bresnahan regarding interest analyses |
| Jamie O'Connell | 10/08/08 | 0.2 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Jamie O'Connell | 10/08/08 | 2.0 | Plan and Disclosure Statement | Analyses related to interest matter |
| Matt Bonanno | 10/08/08 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell and B. Bresnahan regarding interest analyses |
| Brian Bresnahan | 10/08/08 | 0.9 | Plan and Disclosure Statement | Call with E. Filon, P. Zilly and J. O'Connell regarding interest analyses |
| Brian Bresnahan | 10/08/08 | 0.5 | Plan and Disclosure Statement | Meeting with M. Bonanno and J. O'Connell regarding interest analyses |
| Pamela Zilly | 10/09/08 | 0.5 | Plan and Disclosure Statement | Review analysis re: creditor interest issue |
| Pamela Zilly | 10/09/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, Blackstone team re: creditor interest issue |
| Pamela Zilly | 10/09/08 | 0.5 | Plan and Disclosure Statement | Review revised analysis re: creditor interest issue |
| Jamie O'Connell | 10/09/08 | 0.2 | Plan and Disclosure Statement | Meeting with B. Bresnahan regarding interest analyses |
| Jamie O'Connell | 10/09/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno, B,. Bresnahan and E. Filon |
| Jamie O'Connell | 10/09/08 | 0.1 | Plan and Disclosure Statement | Correspondence with P. Zilly regarding info request from counsel |
| Matt Bonanno | 10/09/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell, B. Bresnahan and E. Filon |
| Matt Bonanno | 10/09/08 | 0.2 | Plan and Disclosure Statement | Review financial analysis |
| Brian Bresnahan | 10/09/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno, J. O'Connell and E. Filon |
| Pamela Zilly | 10/10/08 | 0.4 | Plan and Disclosure Statement | Correspondence with M. Shelnitz re: debt holdings |
| Pamela Zilly | 10/10/08 | 0.3 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 10/10/08 | 1.0 | Plan and Disclosure Statement | Review analysis re: creditor interest issue |
| Jamie O'Connell | 10/10/08 | 0.1 | Plan and Disclosure Statement | Review correspondence from B. Bresnahan regarding pre-petition bank debt claims |
| Jamie O'Connell | 10/10/08 | 0.2 | Plan and Disclosure Statement | Correspondence to M. Shelnitz regarding pre-petition bank debt claims |
| Jamie O'Connell | 10/10/08 | 0.4 | Plan and Disclosure Statement | Correspondence to team members regarding various matters |
| Jamie O'Connell | 10/10/08 | 0.5 | Plan and Disclosure Statement | Call with B. Dockman, D. Grebow and B. Bresnahan regarding financial model and claims |
| Brian Bresnahan | 10/10/08 | 0.5 | Plan and Disclosure Statement | Call with B. Dockman, D. Grebow and J. O'Connell regarding financial model and claims |
| Brian Bresnahan | 10/12/08 | 2.0 | Plan and Disclosure Statement | Bank debt accrued interest analysis |
| Pamela Zilly | 10/13/08 | 1.0 | Plan and Disclosure Statement | Review analysis for 10/14 meeting |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/13/08 | 0.4 | Plan and Disclosure Statement | Research and correspondence re: environmental claim |
| Jamie O'Connell | 10/13/08 | 1.0 | Plan and Disclosure Statement | Internal team status meeting |
| Matt Bonanno | 10/13/08 | 1.0 | Plan and Disclosure Statement | Internal team status meeting |
| Matt Bonanno | 10/13/08 | 0.3 | Plan and Disclosure Statement | Review financial analysis |
| Brian Bresnahan | 10/13/08 | 1.0 | Plan and Disclosure Statement | Internal team status meeting |
| Brian Bresnahan | 10/13/08 | 3.2 | Plan and Disclosure Statement | Bank debt interest analysis |
| Pamela Zilly | 10/14/08 | 2.5 | Plan and Disclosure Statement | Meeting with ad hoc committee of unsecured creditors |
| Pamela Zilly | 10/14/08 | 0.2 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 10/14/08 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Jamie O'Connell | 10/14/08 | 1.1 | Plan and Disclosure Statement | Meeting with holders of pre-petition bank debt claims (attended telephonically) |
| Matt Bonanno | 10/14/08 | 2.5 | Plan and Disclosure Statement | Meeting with creditors, K&E re: post-petition interest matter |
| Brian Bresnahan | 10/14/08 | 2.5 | Plan and Disclosure Statement | Meeting with creditors, management, K&E re: interest matter |
| Brian Bresnahan | 10/14/08 | 0.9 | Plan and Disclosure Statement | Bank debt interest analysis |
| Pamela Zilly | 10/15/08 | 1.0 | Plan and Disclosure Statement | Prepare interest schedule |
| Pamela Zilly | 10/15/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Pamela Zilly | 10/15/08 | 0.2 | Plan and Disclosure Statement | Correspondence with C. Bruens, J. O'Connell re interest on claims |
| Jamie O'Connell | 10/15/08 | 0.5 | Plan and Disclosure Statement | Call with R. Finke, F. Zaremby and B. Bresnahan regarding claims |
| Jamie O'Connell | 10/15/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Brian Bresnahan | 10/15/08 | 0.5 | Plan and Disclosure Statement | Call with R. Finke, F. Zaremby and J. O'Connell regarding claims |
| Brian Bresnahan | 10/15/08 | 1.3 | Plan and Disclosure Statement | Bank debt interest analysis |
| Pamela Zilly | 10/16/08 | 0.6 | Plan and Disclosure Statement | Review and provide comments on interest schedule |
| Pamela Zilly | 10/16/08 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell, B. Bresnahan re: interest analysis |
| Jamie O'Connell | 10/16/08 | 0.3 | Plan and Disclosure Statement | Call with B. Bresnahan regarding various work streams |
| Jamie O'Connell | 10/16/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and B. Bresnahan regarding interest analysis |
| Brian Bresnahan | 10/16/08 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell regarding various work streams |
| Brian Bresnahan | 10/16/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and J. O'Connell regarding interest analysis |
| Pamela Zilly | 10/17/08 | 0.5 | Plan and Disclosure Statement | Review and provide comments on interest schedule |
| Jamie O'Connell | 10/17/08 | 0.3 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 10/17/08 | 0.3 | Plan and Disclosure Statement | Call with C. Bruens, M. Bonanno and B. Bresnahan regarding claims |
| Matt Bonanno | 10/17/08 | 0.3 | Plan and Disclosure Statement | Call with C. Bruens, J. O'Connell and B. Bresnahan regarding claims |
| Brian Bresnahan | 10/17/08 | 0.3 | Plan and Disclosure Statement | Call with C. Bruens, M. Bonanno and J. O'Connell regarding claims |
| Pamela Zilly | 10/20/08 | 2.5 | Plan and Disclosure Statement | Read revised corporate documents |
| Pamela Zilly | 10/21/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Jamie O'Connell | 10/21/08 | 0.8 | Plan and Disclosure Statement | Reorg call with management and counsel |
| Matt Bonanno | 10/21/08 | 0.8 | Plan and Disclosure Statement | Reorg call with management and counsel |
| Brian Bresnahan | 10/21/08 | 0.8 | Plan and Disclosure Statement | Reorg call with management and counsel |
| Pamela Zilly | 10/22/08 | 1.0 | Plan and Disclosure Statement | Read Objections to Disclosure Statement schedules |
| Jamie O'Connell | 10/23/08 | 0.6 | Plan and Disclosure Statement | Meeting with internal team regarding work streams |
| Jamie O'Connell | 10/23/08 | 2.5 | Plan and Disclosure Statement | Call with counsel regarding objections to disclosure statement |
| Matt Bonanno | 10/23/08 | 0.6 | Plan and Disclosure Statement | Meeting with internal team regarding work streams |
| Brian Bresnahan | 10/23/08 | 0.6 | Plan and Disclosure Statement | Meeting with internal team regarding work streams |
| Brian Bresnahan | 10/23/08 | 2.5 | Plan and Disclosure Statement | Call with counsel regarding objections to disclosure statement |
| Jamie O'Connell | 10/24/08 | 1.0 | Plan and Disclosure Statement | Call with management regarding financial model |
| Jamie O'Connell | 10/24/08 | 0.7 | Plan and Disclosure Statement | Follow-up meeting with B. Bresnahan |
| Brian Bresnahan | 10/24/08 | 1.0 | Plan and Disclosure Statement | Call with management regarding financial model |
| Brian Bresnahan | 10/24/08 | 0.7 | Plan and Disclosure Statement | Follow-up meeting with J. O'Connell |
| Brian Bresnahan | 10/26/08 | 1.8 | Plan and Disclosure Statement | Financial model |
| Pamela Zilly | 10/27/08 | 1.0 | Plan and Disclosure Statement | Review financial model |
| Pamela Zilly | 10/27/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, J. O'Connell, Bresnahan re: model |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/27/08 | 0.5 | Plan and Disclosure Statement | Meeting with J O'Connell, B. Bresnahan re: financial model |
| Jamie O'Connell | 10/27/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon regarding financial model |
| Jamie O'Connell | 10/27/08 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly, B. Bresnahan regarding financial model |
| Matt Bonanno | 10/27/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon regarding financial model |
| Brian Bresnahan | 10/27/08 | 0.3 | Plan and Disclosure Statement | Prepare financial model outline |
| Brian Bresnahan | 10/27/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon regarding financial model |
| Brian Bresnahan | 10/27/08 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly regarding financial model |
| Pamela Zilly | 10/28/08 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and Court hearings |
| Pamela Zilly | 10/28/08 | 0.6 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 10/28/08 | 0.6 | Plan and Disclosure Statement | Call/meeting with J. O'Connell, M. Bonanno, B. Bresnahan re: LaForce email |
| Pamela Zilly | 10/28/08 | 1.0 | Plan and Disclosure Statement | Various calls with E. Filon, T. Freedman |
| Pamela Zilly | 10/28/08 | 0.5 | Plan and Disclosure Statement | Correspondence with H. LaForce re: financial issues |
| Jamie O'Connell | 10/28/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 10/28/08 | 0.6 | Plan and Disclosure Statement | Call with internal team to discuss valuation and projections |
| Matt Bonanno | 10/28/08 | 0.6 | Plan and Disclosure Statement | Call with internal team to discuss valuation and projections |
| Brian Bresnahan | 10/28/08 | 0.6 | Plan and Disclosure Statement | Call with internal team to discuss valuation and projections |
| Brian Bresnahan | 10/28/08 | 1.1 | Plan and Disclosure Statement | Calls with P. Zilly, T. Freedman, and E. Filon to discuss DS projections |
| Brian Bresnahan | 10/28/08 | 2.1 | Plan and Disclosure Statement | Valuation analysis |
| Pamela Zilly | 10/29/08 | 1.0 | Plan and Disclosure Statement | Review scenarios |
| Pamela Zilly | 10/30/08 | 1.6 | Plan and Disclosure Statement | Call with management working group re: financial issues |
| Jamie O'Connell | 10/30/08 | 1.6 | Plan and Disclosure Statement | Call with Grace team to discuss financial aspects of reorganization |
| Matt Bonanno | 10/30/08 | 1.6 | Plan and Disclosure Statement | Call with Grace team to discuss financial aspects of reorganization |
| Brian Bresnahan | 10/30/08 | 1.6 | Plan and Disclosure Statement | Call with Grace team to discuss financial aspects of reorganization |
| Pamela Zilly | 10/31/08 | 1.0 | Plan and Disclosure Statement | Review unsecured creditor objections to disclosure statement |
| Pamela Zilly | 10/31/08 | 0.3 | Plan and Disclosure Statement | Discussion with Blackstone team re: disclosure statement edits |
| Jamie O'Connell | 10/31/08 | 0.3 | Plan and Disclosure Statement | Disclosure statement amendment discussion with P. Zilly, M. Bonanno and B. Bresnahan |
| Matt Bonanno | 10/31/08 | 0.5 | Plan and Disclosure Statement | Call with B. Dockman to discuss financial model |
| Matt Bonanno | 10/31/08 | 0.3 | Plan and Disclosure Statement | Disclosure statement amendment discussion with P. Zilly, J. O'Connell and B. Bresnahan |
| Matt Bonanno | 10/31/08 | 1.5 | Plan and Disclosure Statement | Amend disclosure statement |
| Brian Bresnahan | 10/31/08 | 2.2 | Plan and Disclosure Statement | Financial model |
| Brian Bresnahan | 10/31/08 | 0.4 | Plan and Disclosure Statement | Call with D. Grebow regarding financial model |
| Brian Bresnahan | 10/31/08 | 0.5 | Plan and Disclosure Statement | Call with B. Dockman to discuss financial model |
| Brian Bresnahan | 10/31/08 | 0.3 | Plan and Disclosure Statement | Disclosure statement amendment discussion with P. Zilly, J O'Connell and M. Bonanno |
| Brian Bresnahan | 10/31/08 | 1.5 | Plan and Disclosure Statement | Amend disclosure statement |
| | | **100.0** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBE 1, 2008 THROUGH OCTOBER 31, 2008**



| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/08 | 0.5 | Valuation | Review valuation materials |
| Jamie O'Connell | 10/01/08 | 0.3 | Valuation | Review valuation materials |
| | | **0.8** | | |