IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM JULY 1, 2008 THROUGH JULY 31, 2008, FOR THE QUARTER OF JULY 2008 – SEPTEMBER 2008**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **July 1, 2008 – July 31, 2008** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$1,236.00 for the period** |

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT
A

Amount of expense reimbursement sought as
Actual, reasonable, and necessary: **$.90 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately **(1.6)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately **$ (228.00).**

Prior fee applications:

| | | **Requested** | | **Approved** | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, | April 1, 2002 – June | $60,393.50 | $701.74 | $55,739.00 | $701.74 |

| | | | | | |
|---|---|---|---|---|---|
| 2002 | 30, 2002 | | | | |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |

| | | | | | |
|---|---|---|---|---|---|
| | March 31, 2004 | | | | |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |
| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – | $7,582.50 | $26.28 | $6,066.00 | $26.28 |

| | | | | | |
|---|---|---|---|---|---|
| | December 31, 2005 | | | | |
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |
| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | $2,377.00 | $38.10 |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | $2,608.00 | $54.65 |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| March 23, 2007 | February 1, 2007 – February 28, 2007 | $2,977.50 | $1,858.98 | $2,382.00 | $1,858.98 |
| April 24, 2007 | March 1, 2007 – March 31, 2007 | $3,069.00 | $941.40 | $2,455.20 | $941.40 |
| May 14, 2007 | January 1, 2007 – March 31, 2007 | $9,306.50 | $2,855.03 | $9306.50 | $2855.03 |
| May 25, 2007 | April 1, 2007 – April 30, 2007 | $430.00 | $92.00 | $344.00 | $92.00 |
| June 20, 2007 | May 1, 2007 – May 31, 2007 | $863.50 | $22.11 | $690.80 | $22.11 |
| July 11,2007 | June 1, 2007 – June 30, 2007 | $663.00 | $12.38 | $530.40 | $12.38 |
| July 23, 2007 | April 1, 2007 – June 30, 2007 | $1956.50 | $126.49 | $1956.50 | $126.49 |
| August 23, 2007 | July 1, 2007 – July 31, 2007 | $786.50 | $26.41 | $629.20 | $26.41 |
| September 24, 2007 | August 1, 2007- August 31, 2007 | $423.00 | $14.10 | $338.40 | $14.10 |

| | | | | | |
|---|---|---|---|---|---|
| January 2, 2008 | September 1, 2007 – September 30, 2007 | $396.00 | $12.94 | $316.80 | $12.94 |
| January 2, 2008 | November 1, 2007 – November 30. 2007 | $176.00 | $44.60 | $140.80 | $44.60 |
| January 9, 2008 | July 1, 2007 – September 30, 2007 | $1,605.50 | $53.45 | $1284.40 | $53.45 |
| January 22, 2008 | December 1, 2007 – December 31, 2007 | $742.00 | $0.00 | $593.60 | $0.00 |
| February 22, 2008 | January 1, 2008 – January 31, 2008 | $1,607.00 | $0.00 | $1,285.60 | $0.00 |
| March 25, 2008 | February 1, 2008- February 29, 2008 | $8,386.00 | $14.25 | $6,708.80 | $14.25 |
| April 29,2008 | March 1, 2008 – March 31, 2008 | $1,865.00 | $2.75 | $1,492.00 | $2.75 |
| May 28, 2008 | October 1, 2007 – December 31, 2007 | $918.00 | $44.60 | Pending | Pending |
| June 20, 2008 | April 1, 2008 – April 30, 2008 | $3,760.00 | $.55 | $3,008.00 | $.55 |
| July 22, 2008 | May 1, 2008 – May 31, 2008 | $5,263.50 | $73.15 | $4,210.80 | $73.15 |
| July 24, 2008 | June 1, 2008 – June 30, 2008 | $1,716.00 | $15.81 | $1,372.80 | $15.81 |
| July 24, 2008 | January 1, 2008 – March 31, 2008 | $11,858.00 | $17.00 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| **Name of Professional Person** | **Position with the applicant** | **Number of years as an attorney** | **Department** | **Hourly billing rate** | **Total billed hours** | **Total compensation** |
|---|---|---|---|---|---|---|
| B.J. Burn | Associate | 7 years | Bankruptcy | $240.00 | 1.20 | $288.00 |
| R.T. Carlisle | Of Counsel | 24 years | Environmental | $280.00 | 1.00 | $280.00 |
| D.B Rustin | Associate | 3 years | Corporate | $220.00 | .20 | $44.00 |

Grand Total for Fees: $612.00
Blended Rate: $255.00

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| | | | | | | |
|---|---|---|---|---|---|---|
| B. Wright | Project Assistant | 10 months | Bankruptcy | $120.00 | 5.2 | $624.00 |

Grand Total for Fees: $624.00
Blended Rate: $120.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06091 | Fee Applications | 6.40 | $912.00 |
| 02399/06000 | General | .20 | $44.00 |
| 02399/06003 | Beaco Road Site | 1.00 | $280.00 |
| **TOTAL** | | **7.60** | **$1236.00** |

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $.90 |
| **TOTAL** | **$0.90** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me this 25 day of August, 2008

_______________ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

Ruth L. Johnson
Notary Public of South Carolina
My Commission Expires: 9/3/09

**Nelson Mullins**

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 8, 2008
Invoice 886871 Page 1

Our Matter # 02399/06000
WR Grace # 063-KL-721490-01-501251
Name of Matter: General

For Services Through 07/31/08

07/15/08 Send follow up e-mail to Mitch Obradovic regarding security at facility in Travelers Rest, SC.
D.B. RUSTIN 0.20 hrs. 220.00/hr $44.00

**Total Fees for Legal Services .......... $44.00**

**BILLING SUMMARY**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.B. RUSTIN | 0.20 | 220.00 | 44.00 |
| TOTAL | 0.20 | $220.00 | $44.00 |

**Net current billing for this invoice .......... $44.00**

**GRAND TOTAL .......... $44.00**

W. R. Grace & Co.

August 8, 2008
Invoice 886871 Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/31/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | | |
|---|---|---|
| Fees for Professional Services | $44.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** | | **$44.00** |
| **GRAND TOTAL** | | **$44.00** |

**Terms of Payment: Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 8, 2008
Invoice 886872 Page 1

Our Matter # 02399/06003
WR Grace # 063-KL-721490-01-501270
Name of Matter: Beaco Road Site

For Services Through 07/31/08

| | | | | |
|---|---|---|---|---|
| 07/28/08 | Confer with client regarding claim.<br>R.T. CARLISLE | 0.20 hrs. | 280.00/hr | $56.00 |
| 07/29/08 | Review file pertaining to claim and transmit to client latest versions of relevant documents (0.2); confer with client regarding terms in dispute (0.4); revise draft settlement (0.1); detailed voice mail message to attorney for claimant regarding settlement (0.1).<br>R.T. CARLISLE | 0.80 hrs. | 280.00/hr | $224.00 |

**Total Fees for Legal Services ............ $280.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.00 | 280.00 | 280.00 |
| TOTAL | 1.00 | $280.00 | $280.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

07/29/2008 Telephone 1-410-531-4210 0.90

**Total Charges for Other Services Provided/Expenses Incurred ............ $0.90**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.90 |
| TOTAL | $0.90 |

**Net current billing for this invoice ............ $280.90**

**GRAND TOTAL ............ $280.90**

W. R. Grace & Co.

August 8, 2008
Invoice 886872 Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/31/08

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

---

| | | |
|---|---|---|
| Fees for Professional Services | $280.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.90 | |
| **Net current billing for this invoice** ........ | | **$280.90** |
| **GRAND TOTAL** ........ | | **$280.90** |

**Terms of Payment: Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 12, 2008
Invoice 886873 Page 1

Our Matter # 02399/06091
Name of Matter: Fee Applications

For Services Through 07/31/08

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/08 | Revise May 2008 fee application.<br>B.A. WRIGHT | 0.20 hrs. | 120.00/hr | $24.00 |
| 07/01/08 | Draft and revise 28th quarterly fee application and fee application summary for review.<br>B.A. WRIGHT | 1.10 hrs. | 120.00/hr | $132.00 |
| 07/03/08 | Review and approve May fee application.<br>B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 07/07/08 | Revise fee application for May 2008.<br>B.A. WRIGHT | 0.30 hrs. | 120.00/hr | $36.00 |
| 07/16/08 | Review, edit and approve June fee application.<br>B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 07/16/08 | Edit, review and approve the 28th quarterly fee application.<br>B.J. BURN | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/16/08 | Review and edit monthly fee application (May 2008).<br>B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 07/16/08 | Revise May 2008 fee application, quarterly fee application and draft June 2008 fee application.<br>B.A. WRIGHT | 2.30 hrs. | 120.00/hr | $276.00 |
| 07/25/08 | Update fee application chart with current status of all fee applications with objection deadlines dates and certificate of no objection filings.<br>B.A. WRIGHT | 1.30 hrs. | 120.00/hr | $156.00 |

**Total Fees for Legal Services ........................................ $912.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.20 | 240.00 | 288.00 |
| B.A. WRIGHT | 5.20 | 120.00 | 624.00 |
| TOTAL | 6.40 | 142.50 | 912.00 |

W. R. Grace & Co.

August 12, 2008
Invoice 886873 Page 2

| | |
|---|---|
| **Net current billing for this invoice** ........................................ | **$912.00** |
| **GRAND TOTAL** ........................................ | **$912.00** |

W. R. Grace & Co.

August 12, 2008
Invoice 886873 Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $912.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** | | **$912.00** |
| **GRAND TOTAL** | | **$912.00** |

**Terms of Payment: Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701