IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                               ) SS
NEW CASTLE COUNTY )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Bank Lender Group in the above-referenced cases, and on the 13th day of January, 2009, she caused a copy of the following

**OBJECTION OF BANK LENDER GROUP TO PLAN PROPONENTS' PROPOSED AMENDMENTS TO CASE MANAGEMENT ORDER**

to be served upon the parties on the attached list via email and first class mail or in the manner as indicated.

*/s/ Cathy A. Adams*
Cathy A. Adams

      SWORN TO AND SUBSCRIBED before me this 13th day of January, 2009.

*/s/ Cassandra D. Lewicki*
Notary Public

**CASSANDRA D. LEWICKI**
**Notary Public - State of Delaware**
**My commission expires Dec. 1, 2012**

672.001-23911.DOC

*Hand Delivery*
(Counsel to Debtors)
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com
       joneill@pszjlaw.com

(Counsel to Debtors)
David M. Bernick
Janet S. Baer
Lisa Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com
       jbaer@kirkland.com
       lesayian@kirkland.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Email: ei@capdale.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Peter Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Email: pvnl@capdale.com
       ndf@capdale.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Robert Horkovich
Robert Chung
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Email: rhorkovich@andersonkill.com
       rchung@andersonkill.com

*Hand Delivery*
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
Email: meskin@camlev.com
       mhurford@camlev.com

(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Email: jcp@pgslaw.com

(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel
Richard H. Wyron
Deborah Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Email: rfrankel@orrick.com
       rwyron@orrick.com
       dfelder@orrick.com

(Counsel to Official Committee of Equity Security Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: pbentley@kramerlevin.com

*Hand Delivery*
(Counsel to Official Committee of Equity Security Holders)
Richard A. Forsten
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Email: richard.forsten@bipc.com

(Counsel to Official Committee of PD Claimants)
Scott L. Baena
Jay Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: sbaena@bilzin.com
          jsakalo@bilzin.com

(Counsel to Asbestos PD Future Claimants' Representative)
Alan B. Rich
One Main Place
1201 Main Street, Suite 1910
LB 201
Dallas, TX 75202
Email: arich@alanrichlaw.com

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Email: wskatchen@duanemorris.com

*Hand Delivery*
(Counsel to Official Committee of PD Claimants)
Theodore Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Email: ttacconelli@ferryjoseph.com

(Counsel to Official Committee of Unsecured Creditors)
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Email: kpasquale@stroock.com
          akrieger@stroock.com

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Email: mlastowski@duanemorris.com