# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 14, 2009

In Reference To:         Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #         11303

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2008 | CR | Update database with E-Detail of  Ferry 9.08, Ogilvy 7/1/08-9/30/08 (30th Interim) Ogilvy 29th Int Initial report response, 9.08 invoices for Piper, Towers, Tre Angeli and Orrick | 0.50 | 22.50 |
|  | CR | Update database with Steptoe 4/1/08-6/30/08 (29th interim) Fragomen 5.08, Ogilvy 9.08, Fragomen 9.08, 8.08; Conway 7/1/07-6/30/08,Foley 9.08, BMC 4.08, 5.08, 6.08, Pitney 9.08, Holme 28th Int 1/1/08-3/31/08, Buchanan 9.08, Kramer 9.08, Tre Angeli 9.08, Towers 9.08, Orrick 9.08, Neslon 9.08, Austern 7.08 and Orrick 7.08 | 1.00 | 45.00 |
|  | CR | Update database with E-Detail of Ogilvy 9.08, Holme 1/1/08-3/31/08 (28th Interim App), Kramer 9.08, Buchanan 9.08, Reed 9.08 | 0.40 | 18.00 |
|  | JAW | detailed review of Kirkland & Ellis' August 2008 monthly invoice (9.3) | 9.30 | 1,395.00 |
| 11/4/2008 | BSR | detailed review of the Scott Law Group's April - June 2008 monthly fee applications | 0.10 | 26.00 |
|  | JAW | detailed review of Kirkland & Ellis' August 2008 monthly invoice (6.4) | 6.40 | 960.00 |
|  | BSR | draft initial report re Blackstone Advisory Services for the 29th interim period | 0.30 | 78.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/4/2008 | BSR | detailed review of PwC (Darex Audit) fee application | 0.50 | 130.00 |
| | BSR | draft initial report re PwC (Darex) | 0.30 | 78.00 |
| | CR | Update database with Capstone 9.08, Ogilvy 29th Int Initial Report rsp, Fragoman 29th Int 4/1/08-6/30/08, Steptoe 7.08, Stroock 7.08, Pachulski 7.08, Protiviti 7.08, CHarter Oak 7.08 | 0.50 | 22.50 |
| | BSR | detailed review of Blackstone's 29th interim fee application and monthly fee applications | 0.40 | 104.00 |
| | CR | Update database with Caplin 7.08, Steptoe 8.08, Ferry 8.08, Campbell 8.,08, Charter Oak 8.08, AKO 8.08, Caplin 8.08, Buchanan 8.08, Nelson 8.08, Ogilvy 8.08, Casner 8.08, Protiviti 8.08, LAS 8.08, PwC 8.08, Tre Angeli 8.08, Pitney 8,08, Foley 8.08, Kramer 8.08, Stroock 8.08. Fragomen 30th Interim 7/1/08-9/30/08, Casner 9.08, | 1.00 | 45.00 |
| | CR | draft Project Category Summary Data Spreadsheet 29th Interim | 3.00 | 375.00 |
| | CR | draft project category summary data spreadsheet for 29th interim | 2.00 | 250.00 |
| | CR | Update database with Capstone 9.08, Steptoe 7.08, Stroock 7.08, Pachulski 7.08, Protiviti 7.08, Charter Oak 7.08 Ogilvy 29th Int Initial report response and Fragoman 29th Int app | 0.50 | 22.50 |
| | CR | Update database with e-detail of  29th Int Time Tracking for PricewaterhouseCoopers LLP Darex and BMC 29th Int App, PricewaterhouseCoopers LLP 9.08 and Casner 9.08 | 0.40 | 18.00 |
| 11/5/2008 | BSR | draft final report re Campbell & Levine for the 29th interim period | 0.30 | 78.00 |
| | BSR | detailed review of Beveridge & Diamond's 29th interim fee application | 0.10 | 26.00 |
| | BSR | receive and review Campbell & Levine's response to initial report (29th) | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                     Page      3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/5/2008 | BSR | research server for responses to initial reports (29th) | 0.20 | 52.00 |
| | BSR | receive and review response of Anderson Kill & Olick to initial report for the 29th interim period | 0.10 | 26.00 |
| | BSR | draft final report re Anderson Kill & Olick for the 29th interim period | 0.60 | 156.00 |
| | BSR | draft final report re Buchanan Ingersoll & Rooney for the 29th interim period | 0.60 | 156.00 |
| | CR | Prepare and serve 29th interim Initial Reports for Blackstone and PwC-Darex | 0.30 | 13.50 |
| | CR | draft e-mail to WHSmith re: 29th interim Final Report for Campbell | 0.10 | 4.50 |
| | DTW | Review and revise 29th initial report for PwC and Blackstone (.2). | 0.20 | 33.00 |
| | CR | draft e-mail to J. Wehrmann re: K&E fee app for 8.08 | 0.10 | 4.50 |
| | CR | Update database with e-detail of PwC Darex 29th Supplemental Interim app | 0.20 | 9.00 |
| | BSR | detailed review of Fragomen's monthly fee applications for April - June 2008 (.3); draft email to Scott Bettridge re same (.1) | 0.40 | 104.00 |
| | BSR | draft e-mail to Bill Sullivan re Scott Law Group quarterly fee application and expense detail | 0.10 | 26.00 |
| | JAW | detailed review of Kirkland & Ellis' August 2008 monthly invoice (7.8) | 7.80 | 1,170.00 |
| | DTW | Review and revise 29th initial report for PwC and Blackstone (.2). | 0.20 | 33.00 |
| 11/6/2008 | WHS | receive, review, and respond to e-mail from Janet Baer | 0.20 | 59.00 |

W.R. Grace & Co.                                                                                          Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/6/2008 | WHS | detailed review of Final Report re 29th Buchanan Ingersoll & Rooney | 0.30 | 88.50 |
| | WHS | detailed review of 29th - Final Report re Anderson Kill & Olick | 0.40 | 118.00 |
| | CR | draft e-mail to WHSmith re: AKO 29th interim Final Report | 0.10 | 4.50 |
| | CR | Update database with e-detail Stroock 9.08 | 0.20 | 9.00 |
| | CR | draft Project category summary detail spreadsheet for 29th interim | 3.50 | 437.50 |
| | CR | Update database with Austern 8.08 and 9.08 | 0.20 | 9.00 |
| | CR | Draft email to WHSmith re: Buchanan 29th interim Final Report | 0.10 | 4.50 |
| | BSR | draft final report re Buchanan Ingersoll & Rooney for the 29th interim period | 1.00 | 260.00 |
| | BSR | draft final report re Reed Smith for the 29th interim period | 0.60 | 156.00 |
| | BSR | draft initial report re Hilsoft for the 29th interim period | 0.40 | 104.00 |
| | BSR | draft e-mails to various applicants concerning initial reports for the 29th interim period | 0.10 | 26.00 |
| | BSR | receive and review response of Kramer Levin to initial report (29th) | 0.10 | 26.00 |
| | BSR | receive and review Reed Smith's response to initial report (29th) | 0.10 | 26.00 |
| | BSR | receive and review Hilsoft's response to initial report (29th) | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                    Page     5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/7/2008 | JAW | draft summary of Kirkland & Ellis' August 2008 monthly invoice (2.9) | 2.90 | 435.00 |
| | WHS | detailed review of FR Campbell 29Q 4-6.08 | 0.30 | 88.50 |
| | WHS | receive and review agenda | 0.10 | 29.50 |
| | WHS | detailed review of 29th - Final Report re Hilsoft Notifications | 0.30 | 88.50 |
| | WHS | detailed review of 29th - Final Report re Reed Smith | 0.30 | 88.50 |
| | CR | Update database with e-detail 29th Interim Initial Report responses of Kramer, Reed Smith and Hillsoft | 0.40 | 18.00 |
| | CR | Update database with Stroock 9.08 and Austern 8.08 and 9.08 | 0.30 | 13.50 |
| | CR | Draft email to WHSmith re: 29th Interim Final Report for Hilsoft | 0.10 | 4.50 |
| | CR | Draft email to WHSmith re: 29th Interim Final Report for Reed | 0.10 | 4.50 |
| 11/10/2008 | DL | Draft of WHS monthly application 10.08 | 0.20 | 25.00 |
| | BSR | draft emails to various applicants concerning final reports (29th) | 0.30 | 78.00 |
| | CR | Electronic filing with court of Buchanan 29th interim Final Report | 0.40 | 18.00 |
| | CR | draft e-mail to WHSmith re: Campbell 29th Interim final report | 0.10 | 4.50 |
| | DL | e-filing for WHS monthly application 10.08 | 0.10 | 12.50 |

W.R. Grace & Co.                                                                            Page      6

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/10/2008 | BSR | receive and review response to initial report re Bilzin (29th) | 0.10 | 26.00 |
| | BSR | receive and review response to initial report for the Property Damage Committee (29th) | 0.10 | 26.00 |
| | BSR | draft e-mails to various applicants concerning responses to initial reports (29th) | 0.30 | 78.00 |
| 11/11/2008 | WHS | receive and review response of WRG | 0.10 | 29.50 |
| 11/12/2008 | CR | Update database with Woodcock 9.08, Steptoe 9.08 and K&E 29th Interim Initial Report response | 0.40 | 18.00 |
| | CR | Update database with e-detail of K&E 29th Interim Initial Report response | 0.30 | 13.50 |
| | CR | Electronic Filing of the court of Buchanan 29th interim Final Report | 0.30 | 13.50 |
| | CR | Update database with Bilzin 9.08, Official committee of Property Damage 29th Interim response | 0.40 | 18.00 |
| | CR | Update database with e-detail of Duane Morris 9.08 and Buchanan 30th Interim 7/1/08-9/30/08 | 0.30 | 13.50 |
| | WHS | receive and review agenda | 0.10 | 29.50 |
| | BSR | detailed review of BMC's 29th quarterly fee application (including monthly invoices) | 0.80 | 208.00 |
| | BSR | draft initial report re BMC Group for the 29th interim period | 0.40 | 104.00 |
| | BSR | draft final report re Bilzin Sumberg for the 29th interim period | 2.40 | 624.00 |
| 11/13/2008 | BSR | draft initial report re K&E for the 29th interim period | 2.10 | 546.00 |

W.R. Grace & Co.                                                                                          Page      7

|            |     |                                                                                                                                                                                             | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/13/2008 | CR  | Update database with PwC 9.08, Reed 9.08, Ferry 9.08, Charter 9.08,Caplin 9.08, Campbell 9.08, and e-detail of Capstone 8.08                                                                 | 0.50  | 22.50  |
|            | CR  | Update database with e-detail of 30th Inteirm app 7/08-9/08 for Foley and update BMC 7.08, D.Morris 9.08, Pitney 7/1/08-9/30/08 30th interim app, BCM 29th interim app, Casner 30th interim app, Deloitte Tax 10/1/07-6/30/08 (27th, 28th and 29th interim apps) | 0.60  | 27.00  |
|            | CR  | Prepare and serve BMC 29th interim Initial Report                                                                                                                                           | 0.30  | 13.50  |
|            | CR  | draft e-mail to WHSmith re: Bilzin 19th interim Final Report                                                                                                                                 | 0.10  | 4.50   |
|            | BSR | receive and review response of Ogilvy Renault to initial report (29th) (.2); draft email to Teresa Walsh re same (.2)                                                                        | 0.40  | 104.00 |
|            | BSR | receive and review response of Kirkland & Ellis to initial report (29th)                                                                                                                    | 0.50  | 130.00 |
|            | BSR | draft final report re Ogilvy Renault for the 29th interim period                                                                                                                            | 0.40  | 104.00 |
|            | DTW | review and revise 29th interim bmc Initial report (.1); Telephone call with B. Ruhlander regarding car service issue (.1).                                                                   | 0.20  | 33.00  |
|            | DTW | review and revise 29TH INTERIM bmc Initial report (.1); Telephone call with B. Ruhlander regarding car service issue (.1).                                                                   | 0.20  | 33.00  |
| 11/14/2008 | CR  | Update database with e-detail of 30th interim app for Ferry and PwC and update Bilzin 9.08                                                                                                   | 0.50  | 22.50  |
|            | CR  | Update database with Sullivan 4.08, 5.08, 6.08, 7.08, 8.08, 9.08 and Pachulski 8.08                                                                                                          | 0.50  | 22.50  |
|            | CR  | Update database with Buchanan 30th Interim                                                                                                                                                   | 0.20  | 9.00   |
|            | CR  | Update database with Buchanan 30th Interim                                                                                                                                                   | 0.20  | 9.00   |
|            | BSR | draft final report re Bilzin for the 29th interim period                                                                                                                                    | 0.20  | 52.00  |

W.R. Grace & Co.                                                                                     Page     8

|            |     |                                                                                                                      | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/14/2008 | BSR | draft final report re K&E for the 29th interim period                                                                | 1.10  | 286.00   |
|            | BSR | receive and review K&E's response to initial report (29th) (1.0); draft email to Janet Baer re same (.5)              | 1.50  | 390.00   |
| 11/15/2008 | BSR | draft initial report re Scott for the 29th interim period                                                            | 0.30  | 78.00    |
|            | CR  | Draft Project category summary detail spreadsheet for 29th interim                                                   | 2.00  | 250.00   |
|            | CR  | Draft charts and check calculations for 28th interim                                                                 | 2.50  | 312.50   |
|            | BSR | draft final report re Orrick for the 29th interim period                                                             | 0.50  | 130.00   |
|            | BSR | receive and review Orrick's response to initial report (29th)                                                        | 1.20  | 312.00   |
|            | BSR | detailed review of Scott quarterly fee application for the 29th interim period                                       | 0.20  | 52.00    |
|            | BSR | detailed review of Fragomen quarterly fee application for the 29th interim period                                    | 0.20  | 52.00    |
|            | BSR | detailed review of Holme fee application for the 28th interim period                                                 | 0.20  | 52.00    |
|            | BSR | draft omnibus final report for the 29th interim period                                                               | 3.90  | 1,014.00 |
| 11/17/2008 | BSR | receive and review supplemental response from Ogilvy Renault to initial report (29th)                                | 0.10  | 26.00    |
|            | BSR | draft final report re Ogilvy Renault for the 29th interim period                                                     | 0.60  | 156.00   |
|            | BSR | research regarding car service charges incurred in prior periods pursuant to discussion with Warren Smith (1.8); draft email to Warren Smith re same (.2) | 2.00  | 520.00   |

W.R. Grace & Co.                                                                                    Page        9

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/17/2008 | BSR | draft omnibus final report for the 29th interim period | 1.10 | 286.00 |
| | BSR | draft e-mail to Warren Smith re issue of car service charges | 0.50 | 130.00 |
| | BSR | telephone conference with Warren Smith re car service charges | 0.10 | 26.00 |
| | DTW | Review and revise Scott 28th initial report (.1). | 0.10 | 16.50 |
| | CR | Update database withCapstone 8.08 and Beveridge 9.08 and 8.08 | 0.20 | 9.00 |
| | CR | Update database with 29th interim Initial Report responses of Orrick and Ogilvy | 0.50 | 22.50 |
| | CR | Prepare and Serve 29th interim Initial Report for Scott Law | 0.20 | 9.00 |
| | CR | draft e-mail to WHSmith re: 29th Interim Final Report for Ogilvy | 0.10 | 4.50 |
| | DTW | Review and revise Scott 28th initial report (.1). | 0.10 | 16.50 |
| | CR | Electronic filing with court of Hilsoft and Reeds final reports | 0.40 | 18.00 |
| | WHS | telephone conference with Bobbi Ruhlander re K&E car service charges | 0.20 | 59.00 |
| | WHS | receive and review agenda | 0.20 | 59.00 |
| 11/18/2008 | BSR | draft final report re Kirkland & Ellis for the 29th interim period | 1.30 | 338.00 |
| | WHS | telephone conference with Bobbi Ruhlander re K&E | 0.30 | 88.50 |

W.R. Grace & Co.                                                                                Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/18/2008 | WHS | receive, review, and respond to e-mails from Bobbi Ruhlander re K&E | 0.30 | 88.50 |
|  | WHS | detailed review of FR Ogilvy 29Q 4-6.08. | 0.40 | 118.00 |
|  | BSR | draft fee and expense chart for the 29th interim period | 3.50 | 910.00 |
|  | BSR | draft final report re Orrick for the 29th interim period | 0.20 | 52.00 |
|  | BSR | research (additional) concerning car service charges in 28th interim period | 1.30 | 338.00 |
|  | BSR | telephone conference with Warren Smith re car service charge issue | 0.10 | 26.00 |
|  | BSR | receive and review response of Scott Law Firm to initial report (29th) | 0.10 | 26.00 |
|  | BSR | draft revision to omnibus final report for the 29th interim period | 0.10 | 26.00 |
|  | BSR | draft final report re Duane Morris for the 29th interim period | 0.40 | 104.00 |
| 11/19/2008 | BSR | draft fee and expense chart for the 29th interim period | 3.80 | 988.00 |
|  | WHS | detailed review of FR Orrick 29Q 4-6.08 | 0.40 | 118.00 |
|  | WHS | detailed review of FR Duane Morris 29Q 4-6.08. | 0.30 | 88.50 |
|  | WHS | detailed review of FR Bilzin 29Q 4-6.08 | 0.40 | 118.00 |
|  | CR | Electronic filing with court of Ogilvy 29th Interim Final Report | 0.50 | 22.50 |

W.R. Grace & Co.                                                                           Page    11

|            |     |                                                                                             | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------|-------|--------|
| 11/19/2008 | CR  | Update database with e-detail of Phillips 8.09 and 9.08                                      | 0.40  | 18.00  |
|            | CR  | draft e-mail to WHSmith re: 29th Interim Final Reports for Bilzin, DMorris, K&E and Orrick   | 0.10  | 4.50   |
| 11/20/2008 | CR  | Electronic filing with court of Final Reports for 29th Interim for Orrick, D.Morris and Bilzin | 1.00 | 45.00 |
|            | CR  | draft e-mail to WHSmith re: Final Report for 29th interim for Pachulski                      | 0.10  | 4.50   |
|            | CR  | Electronic filing with court of Final Reports for 29th interim for Pachulski and K&E with exhibits A, B and C | 0.50 | 22.50 |
|            | CR  | Update database with e-detail of 29th Interim responses from K&E and 30th Interim application from K&E | 0.50 | 22.50 |
|            | DL  | e-filing of WHS September '08 CNO                                                            | 0.20  | 25.00  |
|            | WHS | detailed review of, and revisions to, FR KE 29Q 4-6.08.                                      | 0.60  | 177.00 |
|            | WHS | detailed review of, and revisions to, FR Pachulski 29Q 4-6.08                                | 0.40  | 118.00 |
|            | CR  | Update database with Kramer 30th Interim 7/1/08-9/30/08, K&E 8.08 received from J.Wehrman, updated database and forwarded to B. Ruhlander | 0.50 | 22.50 |
|            | BSR | draft e-mails to various applicants concerning initial and final reports (29th)              | 1.00  | 260.00 |
|            | BSR | draft final report re Pachulski for the 29th interim period                                  | 0.50  | 130.00 |
|            | BSR | detailed review of Sullivan's April, May and June 2008 monthly fee applications             | 0.30  | 78.00  |
|            | BSR | draft fee and expense chart with recommendations (29th)                                      | 0.50  | 130.00 |

W.R. Grace & Co.                                                                                                Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/21/2008 | WHS | receive, review, and respond to e-mail from Alan Rich re airfare | 0.20 | 59.00 |
|  | CR | Electronic filing with court of re-filing final reports for Pachulski and K&E for 29th interim | 0.80 | 36.00 |
| 11/22/2008 | WHS | receive and review amended agenda | 0.20 | 59.00 |
| 11/24/2008 | BSR | draft e-mails to applicants re final reports and responses for the 29th interim period, as well as address change | 0.30 | 78.00 |
|  | BSR | draft exhibit to fee and expense chart (29th) | 0.10 | 26.00 |
|  | BSR | detailed review of Casner's July 2008 monthly fee application | 0.30 | 78.00 |
|  | BSR | draft omnibus final report for the 29th interim period | 0.20 | 52.00 |
|  | BSR | draft final report re BMC Group for the 29th interim period | 0.40 | 104.00 |
|  | BSR | receive, review, and respond to email from Martha Araki of BMC re firm's fee application preparation fees (.2); review BMC's response to initial report (29th) (.1); draft email to Martha Araki re same (.1) | 0.40 | 104.00 |
|  | BSR | detailed review of Tre Angeli's July 2008 monthly fee application | 0.10 | 26.00 |
|  | BSR | detailed review of Ferry Joseph's July 2008 monthly fee application | 0.20 | 52.00 |
|  | BSR | detailed review of Duane Morris' August 2008 monthly fee application | 0.30 | 78.00 |
| 11/25/2008 | CR | draft e-mail to WHSmith re: 29th interim Final Report for BMC | 0.10 | 4.50 |
|  | CR | draft e-mail to WHSmith re: 29th Omnibus Final Report | 0.10 | 4.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/25/2008 | WHS | detailed review of, and revisions to, FR BMC 29Q 4-6.08 | 0.40 | 118.00 |
| | WHS | detailed review of 29th - Omnibus Final Report | 0.60 | 177.00 |
| | DL | Research and draft of 29th interim application | 4.10 | 512.50 |
| | BSR | receive, review, and respond to email from L. Oberholzer re items to be filed for next hearing; email Cherie Rogers re project category spreadsheet | 0.10 | 26.00 |
| | BSR | detailed review of Ogilvy's July 2008 monthly fee application | 0.20 | 52.00 |
| | BSR | detailed review of Foley Hoag's July 2008 monthly fee application | 0.20 | 52.00 |
| | BSR | receive and review response of Morrison & Foerster to initial report (29th) (.1); telephone conference with Irwin Slomka re same (.1) | 0.20 | 52.00 |
| | BSR | draft omnibus final report for the 29th interim period | 1.00 | 260.00 |
| | BSR | draft final report re BMC for the 29th interim period | 0.20 | 52.00 |
| | BSR | detailed review of Sullivan's 29th interim fee application | 0.20 | 52.00 |
| | BSR | draft exhibit with fee and expense recommendations | 0.60 | 156.00 |
| | BSR | telephone conference with Irwin Slomka of Morrison & Foerster re format for response to initial report (29th) | 0.10 | 26.00 |
| | DL | e-filing of 29th interim application | 0.30 | 37.50 |
| 11/26/2008 | CR | Electronic filing with court of 29th Omnibus Final Report | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                    Page    14

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| 11/28/2008 JAW | detailed review of Kirkland and Ellis' September 2008 monthly invoice (5.6) | 5.60 | 840.00 |
| 11/29/2008 CR | Update database with 30th interim apps for Hamilton, Bilzin, Reed, Caplin, Campbell, LAS, AKO, Charter Oak, PwC, K&E, Piper, Tre Angeli, Foley and Ferry | 1.00 | 45.00 |
| CR | Update database with Sullivan 29th Interim, Capston 9.08, Holme 5.08, Phillips 8.08, D. Morris 10.08, Ogilvy 10.08, BMC 7.08, Holme 4.08, Latham 29th Interim app, Orrick 30th Interim app, Protiviti 10.08, 1st & Final Canadian ZAI 6/22/06-8/31/08 app, Scott Law and Ferry 7.08 | 1.50 | 67.50 |
| 11/30/2008 CR | draft project category summary data worksheet for 29th interim | 4.00 | 500.00 |
| JAW | detailed review of Kirkland and Ellis' September 2008 monthly invoice (6.0) | 6.00 | 900.00 |

**For professional services rendered**                                    **134.70 $23,606.50**

Additional Charges :

|  | **Price** |  |
|---|---|---|
| Pacer Charges for November 2008 | 36.80 | 36.80 |
| Third party copies & document prep/setup. 11/08 | 431.62 | 431.62 |

**Total costs**                                                                                    **$468.42**

**Total amount of this bill**                                                          **$24,074.92**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 46.20 | 260.00 | $12,012.00 |
| Cherie Rogers | 17.00 | 125.00 | $2,125.00 |

W.R. Grace & Co.                                                          Page    15

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Cherie Rogers | 20.60 | 45.00 | $927.00 |
| Debbie Lucas | 4.90 | 125.00 | $612.50 |
| Doreen Williams | 1.00 | 165.00 | $165.00 |
| James A. Wehrmann | 38.00 | 150.00 | $5,700.00 |
| Warren H Smith | 7.00 | 295.00 | $2,065.00 |