# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 3, 2009 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## EIGHTY-EIGHTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 11/24/08 18 | Attention to drafting October 2008 fee application. K. Piper | 2.2 | 737.00 |
| 11/25/08 18 | Review and revise DP's October, 2008 fee application. S. Zuber | 0.3 | 144.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 480.00 | 144.00 |
| K. Piper | 18 | 2.2 | 335.00 | 737.00 |
| TOTAL | | 2.5 | | 881.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 11/05/08 14 | Follow up regarding mediation attendees and handling of same. A. Marchetta | 0.5 | 310.00 |
| 11/05/08 3 | Preparation for second mediation session with Third Circuit Judge Cowen; work with A. Marchetta and S. Parker re same. B. Moffitt | 2.3 | 920.00 |
| 11/05/08 3 | Review ATSDR report. B. Moffitt | 0.6 | 240.00 |
| 11/05/08 14 | Compilation and organization of materials needed by A. Marchetta in preparation for upcoming court appearance. S. Parker | 0.9 | 135.00 |
| 11/06/08 14 | Prepare information regarding mediation. A. Marchetta | 0.7 | 434.00 |
| 11/10/08 | Telephone call with client; telephone calls with B. Moffitt and follow up |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | | | |
|---|---|---|---|
| 14 | regarding preparation for mediation; arrangements regarding same.<br>A. Marchetta | 1.5 | 930.00 |
| 11/10/08<br><br>3 | Review ATSDR report and prepare summary re same; telephone call with A. Marchetta re same.<br>B. Moffitt | 0.7 | 280.00 |
| 11/11/08<br><br>14 | Telephone calls with co-counsel and B. Moffitt regarding information to mediator; prepare information for mediation.<br>A. Marchetta | 1.3 | 806.00 |
| 11/11/08<br><br>3 | Continued preparation for Third Circuit mediation session; work with A. Marchetta re: same.<br>B. Moffitt | 0.2 | 80.00 |
| 11/12/08<br><br>3 | Confer with A. Marchetta and B. Moffitt regarding indemnification; follow up with A. Marchetta regarding same.<br>S. Zuber | 0.6 | 288.00 |
| 11/12/08<br><br>14 | Continued preparation for mediation and attend mediation; meeting with client regarding same and strategy for same.<br>A. Marchetta | 7.0 | 4,340.00 |
| 11/12/08<br><br>14 | Prepare for mediation and conference with B. Moffitt regarding information for mediation.<br>A. Marchetta | 1.0 | 620.00 |
| 11/12/08<br><br>3 | Telephone calls with A. Marchetta and S. Zuber re responding to inquiries by Third Circuit Judge Cowen at mediation session and follow up re same.<br>B. Moffitt | 0.6 | 240.00 |
| 11/13/08<br><br>14 | Telephone call from court and follow up regarding requested letter; telephone call with R. Gilson; telephone call with client and follow up with B. Moffitt regarding same; draft statement as part of settlement.<br>A. Marchetta | 1.7 | 1,054.00 |
| 11/13/08<br><br>3 | Telephone call from Judge Bongiovanni's clerk re submitting status letter and work with A. Marchetta re: drafting same.<br>B. Moffitt | 0.4 | 160.00 |
| 11/13/08<br><br>3 | Telephone conference with Assistant Attorney General Gilson re settlement and draft requested statement re same; review file re same and work with A. Marchetta Re: same<br>B. Moffitt | 0.9 | 360.00 |
| 11/14/08 | Telephone calls and work on statement to accompany settlement; | | |

conference with B. Moffitt regarding same and forward to client and co-counsel.

| 14 | A. Marchetta | 1.5 | 930.00 |

11/14/08
Continued preparation of statement in follow up to call with Assistant Attorney General Gilson; review file re same and work with A. Marchetta Re: same.

| 3 | B. Moffitt | 1.2 | 480.00 |

11/14/08
Preparation of e-mail to D.A.G. Dickinson re letter update to court and telephone call with D.A.G. Dickinson re same; finalize and submit letter.

| 3 | B. Moffitt | 0.2 | 80.00 |

11/15/08
Follow up on information for client and to co-counsel.

| 14 | A. Marchetta | 0.5 | 310.00 |

11/17/08
E-mails and follow up with attorneys and client regarding statement and changes to same.

| 14 | A. Marchetta | 1.5 | 930.00 |

11/17/08
Review e-mails re proposed statement.

| 3 | B. Moffitt | 0.1 | 40.00 |

11/17/08
Searched regarding compilation of information on current status of investigation.

| 14 | S. Parker | 0.3 | 45.00 |

11/19/08
Follow up regarding email to Gilson on settlement and letter to Judge Bongiovanni.

| 14 | A. Marchetta | 0.8 | 496.00 |

11/19/08
Review notice re new deadline to provide status update to Judge Bongiovanni and forward same to co-defendants' counsel.

| 3 | B. Moffitt | 0.2 | 80.00 |

11/20/08
Telephone calls and emails regarding settlement.

| 14 | A. Marchetta | 0.4 | 248.00 |

11/21/08
Telephone client and follow-up emails regarding settlement negotiations.

| 14 | A. Marchetta | 0.8 | 496.00 |

11/21/08
Draft e-mail to Assistant Attorney General Gilson; work with A. Marchetta re same.

| 3 | B. Moffitt | 0.3 | 120.00 |

11/24/08
Fax to Judge Cowen and follow-up regarding response from State.

4

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |

11/24/08    Preparation of facsimile cover sheet to Third Judge Cowen forwarding settlement negotiations update.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 19.5 | 620.00 | 12,090.00 |
| S. Zuber | 3 | 0.6 | 480.00 | 288.00 |
| B. Moffitt | 3 | 7.9 | 400.00 | 3,160.00 |
| S. Parker | 14 | 1.2 | 150.00 | 180.00 |
| TOTAL | | 29.2 | | 15,718.00 |

5

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

Engagement Costs – NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 10/08/08 | UPS SERVICES | 18.43 |
| 11/12/08 | TRAVEL EXPENSES[3] | 99.73 |
| | Photocopying | 8.20 |
| | Matter Total Engagement Cost | 126.36 |

---

[3] See American Express Expenses of A.J. Marchetta for October 2008 and Expense Reimbursement Form for Anthony J. Marchetta dated 11/13/08 attached hereto as Exhibit 1.

6

# EXHIBIT 1

# AMERICAN EXPRESS EXPENSES

## A.J. MARCHETTA

### OCTOBER 2008

10/10/08    AT&T
            482910.114715 NJDEP - $22.00


RECEIVED

**DAY PITNEY LLP**

Bar Code Label

Vendor Number - A/P Use Only

ROSE2853
Invoice Number

# EXPENSE REIMBURSEMENT FORM

*** ALL EXPENSE REQUESTS ARE REIMBURSED THROUGH PAYROLL *** (Check Mark Partner, Associate, or Employee)

Full Name: **ANTHONY J. MARCHETTA**

| Emp ID# | Office: | Partner | AttyCounsel | Employee | Employee's Department | | Week Ending Date (Saturday) |
|---|---|---|---|---|---|---|---|
| 4153 | Florham Park | ☒ | ☐ | ☐ | | | 11/15/2008 |

NOTE: SUPPORTING DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Prior to 7/1/2008 Miles x .505 | Miles x .585 and after 7/1/2008 Amount | Parking, Tolls Train, Bus, Cab, Subway, Airplane | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or GL Acct Number |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/2008 | Travel to Trenton, NJ | $5.00 | $49.73 | $10.00 | | | $18.00 | $77.73 | 482910.114715 |
| | | | $0.00 | | | | | $0.00 | WRGN-IDEP |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| | | | $0.00 | | | | | $0.00 | |
| **GRAND TOTAL** | | | $49.73 | $10.00 | $0.00 | $0.00 | $18.00 | $77.73 | |

Less Cash Advance (if applicable) GL#15150; DU#13007   $0.00

**TOTAL DUE**   $77.73

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 11/13/08
Approval _____ Date _____
Prepared By _____ Extension _____

For A/P Use Only
Session #

Session Date: _____
Processor's Initials _____

**For Accounting Use Only:**

| *Dep Codes | Code Description |
|---|---|
| 18 | Fax - Outside Vendor |
| 36 | Photocopies |
| 43 | Other |
| 45 | Meals |
| 46 | Hotel |
| 57 | Parking |
| 73 | Auto Mileage |
| 74 | Air Fare |
| 75 | Bus |
| 76 | Limo |
| 77 | Taxi |
| 78 | Train |
| 97 | Tolls |
| 100 | Auto Rental |
| 119 | Phone |
| 151 | Event Attendance |
| 152 | Seminar Attendance |
| 153 | Business Meetings |
| 154 | Membership Dues |

*** E-mail form and receipts via PDF to Expense, Forms in Outlook Address Book and keep the originals for your records. ***

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 3, 2009 |
| | : | Hearing Date: TBD, if necessary |

### VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.   I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: January 14, 2009

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950