## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. Grace & Co., et al.,

Debtor.

:
:
:
:
:
:
:

CHAPTER 11

Case No. 01-1139-(JKF)

## REQUEST FOR REMOVAL FROM MAILING LIST

Matthew W. Grimshaw of Rutan & Tucker, LLP hereby respectfully requests that the Court remove Matthew W. Grimshaw, Rutan & Tucker, LLP, from the Court's mailing list in this matter.

Dated: January 6, 2009

RUTAN & TUCKER, LLP

By: _____

Matthew W. Grimshaw
RUTAN & TUCKER, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, California 92626-1998
Telephone: (714) 641-5100
Facsimile: (714) 546-9035

1

## **PROOF OF SERVICE BY MAIL**

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

4      I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is
5   611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

6      On January 9, 2009, I served on the interested parties in said action the within:

7      REQUEST FOR REMOVAL FROM MAILING LIST

8   by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached mailing list.

9
      In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand
10  personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that
11  practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day
12  in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am
13  confident that they were, such envelope(s) were posted and placed in the United States mail at Costa Mesa, California, that same date. I am aware that on motion of party served, service is
14  presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15
      Executed on January 9, 2009, at Costa Mesa, California.
16
      I declare under penalty of perjury under the laws of the State of California that the
17  foregoing is true and correct.

18

19   _____              _____
          Amie Tancas                            (Signature)
20      (Type or print name)

21

22

23

24

25

26

27

28

2492/099999-2040
982060.01 a01/08/09

SERVICE LIST

1

2  Jeffrey C. Wisler, Esquire
   Marc J. Phillips, Esquire
3  Connolly Bove Lodge & Hutz LLP
   The Nemours Building
4  1007 N. Orange Street
   P.O. Box 2207
5  Wilmington, DE 19899

6  jwisler@cblh.com
   mphillips@chlh.com
7  Counsel for Maryland Casualty Co.
   Zurich Insurance Company and Zurich
8  International (Bermuda) Ltd

9  Edward B. Rosenthal, Esquire
   Rosenthal, Monhait & Goddess PA
   919 North Market Street, Suite 1401
10 Wilmington, DE 19801

11
   erosenthal@rmgglaw.com
12 Counsel for Continental Casualty Co.,
   Transportation Insurance Co., and their
13 American Insurance Affiliates

14 Elizabeth DeCristofaro, Esquire
   Ford Marrin Esposito Witmeyer & Gleser LLP
15 Wall Street Plaza, 23 rd Floor
   New York, NY 10005-1875
16
   emdecristofaro@fmew.com
17 Counsel for Continental Casualty Co.,
   Transportation Insurance Co., and their
18 American Insurance Affiliates

19

20

21 Michael F. Brown, Esquire
   Drinker Biddle & Reath LLP
22 One Logan Square
   18th & Cherry Streets
23 Philadelphia, PA 19103-6996

24 Michael.Brown @dbr.com
   Counsel for Seaton Insurance Company and
25 OneBeacon America Insurance, Government
   Employees Insurance Company and Columbia
26 Insurance Company f/k/a Republic Insurance
   Company

27 Leonard P. Goldberger, Esquire
   Marnie E. Simon, Esquire
28 Stevens & Lee PC
   1818 Market Street, 29 th Floor

Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006

elongosz@eckertseamans.com
lstover@eckertseamans.com
Counsel for Maryland Casualty Co.


Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

ciglosband goodwinprocter.com
bmukherjee@goodwinprocter.com
Counsel for Continental Casualty Co.,
Transportation Insurance Co., and their
American Insurance Affiliates

Warren T. Pratt, Esquire
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

David.primack@dbr.com
Wan-en.pratt@dbr.com
Counsel for Seaton Insurance Company and
OneBeacon America Insurance, Government
Employees Insurance Company and Columbia
Insurance Company f/k/a Republic Insurance
Company

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7 th Floor
Wilmington, DE 19801

jddevstevenslee.com
Counsel to Fireman's Fund Insurance Company
and Riunione Adriatica Di Sicorta


Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709

| | |
|---|---|
| 1 | Philadelphia, PA 19103-1702 |
| 2 | lpg@stevenslee.com |
| | mcs@stevenslee.com |
| 3 | Counsel to Fireman's Fund Insurance Company |
| | and Riunione Adriatica Di Sicorta |
| 4 | Joseph G. Gibbons, Esquire |
| | White and Williams LLP |
| 5 | 1800 One Liberty Place |
| | Philadelphia, PA 19103-7395 |
| 6 | |
| 7 | gibbonsj@whiteandwilliams.com |
| | Counsel for Century Indemnity Company, et al. |
| 8 | |
| 9 | |
| | Robert Horkovich, Esquire |
| 10 | Robert Chung, Esquire |
| | Anderson Kill & Olick |
| 11 | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| 12 | |
| | Rhorkovich@andersonkill.com |
| 13 | Rchung@andersonkill.com |
| | Counsel to the Official Committee of Asbestos |
| 14 | Personal Injury Claimants |
| 15 | Jeffrey R. Waxman, Esquire |
| | Cozen O'Connor |
| 16 | 1201 N. Market Street, Suite 1400 |
| | Wilmington, DE 19801 |
| 17 | |
| | jwaxman@cozen.com |
| 18 | Counsel for Federal Insurance Company |
| 19 | |
| 20 | Ian Conner Bifferato, Esquire |
| | Garvan F. McDaniel, Esquire |
| | Bifferato Gentilotti, LLC |
| 21 | 800 King Street, First Floor |
| | Wilmington, DE 19801 |
| 22 | |
| 23 | cbifferato@bglawde.com |
| | gmcdaniel@bglawde.com |
| | Counsel to Royal Indemnity Company, |
| 24 | Arrowood Indemnity Company |
| 25 | Paul R. Koepff, Esquire |
| | Tancred V. Schiavoni, Esquire |
| 26 | Gary Svirsky, Esquire |
| | O'Melveny & Myers, LLP |
| 27 | Times Square Tower |
| | 7 Times Square |
| 28 | New York, NY 10036 |

Wilmington, DE 19899-0709

casarinom@whiteandwilliams.com
Counsel for Century Indemnity Company, et al.

Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Eckert Seamans Cherin & Mellott LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

elongosz@eckertseamans.com
lstover@eckertseamans.com
Counsel to Zurich Insurance Company and
Zurich International (Bermuda) Ltd.

Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

rifft@wileyrein.com
kmorell@wileyrein.com
Counsel to Zurich Insurance Company and
Zurich International (Bermuda) Ltd.

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

wshelley@cozen.com
jcohn@cozen.com
Counsel to Federal Insurance Company

Carl J. Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
LLP
150 East 42nd Street
New York, NY 10017-5639

Carl.pernicone@wilsonelser.com
Counsel to Royal Indemnity Company,
Arrowood Indemnity Company

David M. Bernick, Esquire
Janet S. Baer, Esquire
Lisa Esayian, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

dbernick@kirkland.com
ibaer@kirkland.com

1   pkocpff@omm.com
    tschiavoni cvornm.com
2   gsvirsky@omni.com
    Counsel to Royal Indemnity Company,
3   Arrowood Indemnity Company

4   James O'Neill, Esquire
    Pachulski, Stang, Ziehl & Jones
5   919 N. Market Street, 17 th Floor
    Wilmington, DE 19801

6
    joncill@pszjlaw.com
7   Counsel to Debtor

    Andrew K. Craig, Esquire
8   Cuyler Burk, P.C.
    Parsippany Corporate Center
9   Four Century Drive
    Parsippany, NJ 07054
10
    acrau@cuy!er.com
11  Counsel to Allstate Insurance Company

12

13

14  Theodore Tacconelli, Esquire
    Ferry & Joseph, P.A.
15  824 Market Street, Suite 904
    PO Box 1351
16  Wilmington, DE 19899

17  ltacconelli @ferrvjoseph.com
    Counsel to the Official Committee of PD
18  Damage Claimants

19  Michael R. Lastowski, Esquire
    Duane Morris & Heckscher LLP
20  1100 N. Market Street, Suite 1200
    Newark, NJ 07102-3889
21

22  mlastowski@duanemorris.com
    Counsel to Official Committee of Unsecured
    Creditors
23
    Phillip Bentley, Esquire
24  Kramer Levin Naftalis & Frankel LLP
    1177 Avenue of the Americas
25  New York, NY 10036

26  pbentley@kramerlevin.com
    Counsel to the Official Committee of Equity
27  Holders

28  Roger Frankel, Esquire
    Richard H. Wyron. Esquire

lesayian@kirkland.com
Counsel to Debtor


James S. Yoder, Esquire
White and Williams, LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE 19899

yoded@whiteandwilliams.com
Counsel to Allstate Insurance Company

Scott Baena, Esquire
Jay Sakalo, Esquire
Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

sbaena@bilzin.com
jsakalo@bilzin.com
Counsel to the Official Committee of PD
Damage Claimants

Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Strock & Strock & Lavan
180 Maiden Lane
New York, NY 10038-4982

kpasquale@stroock.com
akrieaer@ stroock com
Counsel to the Official Committee of
Unsecured Creditors

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

WSKatchen@duanemorris.com
Counsel to Official Committee of Unsecured
Creditors

Richard A. Forsten, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
PO Box 1397
Wilmington, DE 19801

Richard.forsten@bipc.com
Counsel to the Official Committee of Equity
Holders

John C. Phillips, Esquire

| | | |
|---|---|---|
| 1 | Deborah Felder, Esquire | Phillips, Goldman & Spence, P.A. |
| | Orrick, Herrington & Sutcliffe LLP | 1200 North Broom Street |
| 2 | Washington Harbour | Wilmington, DE 19806 |
| | 3050 K Street, NW | |
| 3 | Washington, DC 20007-5135 | jcp @pgslaw.com |
| | | Counsel to Asbestos PI Future Claimants |
| 4 | rfrankel@onick.com | Representative |
| | rwyron@orrick.com | |
| 5 | dfelder@orrick.com | |
| | Counsel to Asbestos PI Future Claimants | |
| 6 | Representative | |
| | | Daniel C. Cohn, Esquire |
| 7 | Alan B. Rich, Esquire | Christopher M. Candon, Esquire |
| | One Main Place | Cohn Whitesell & Goldberg LLP |
| 8 | 1201 Main Street, Suite 1910 | 101 Arch Street |
| | LB 201 | Boston, MA 02110 |
| 9 | Dallas, TX 75202 | |
| | | cohn@cwg11.com |
| 10 | arich@alanrichlaw.com | candon@cwg11.com |
| | Counsel to Asbestos PD Future Claimants' | Counsel to the Libby Claimants |
| 11 | Representative | |
| | Jon L. Heberling, Esquire | Tom L. Lewis, Esquire |
| 12 | McGarvey, Heberling, Sullivan & McGarvey, | Lewis, Slovak & Kovacich, P.C. |
| | P.C. | 725 Third Avenue North |
| 13 | 745 South Main | P.O. Box 2325 |
| | Kalispell, MT 59901 | Great Falls, Montana 5940 |
| 14 | | |
| | iheberling@mcgarveylaw.com | tom@lsklaw.net |
| 15 | Counsel to the Libby Claimants | Counsel to the Libby Claimants |
| 16 | Adam G. Landis, Esquire | Elihu Inselbuch, Esquire |
| | Kern K. Mumford7Esquire | Caplin & Drysdale, Chartered |
| 17 | Landis Rath & Cobb LLP | 375 Park Avenue, 35 th Floor |
| | 919 Market Street, Suite 1800 | New York, NY 10152 |
| 18 | P.O. Box 2087 | |
| | Wilmington, DE 19801 | ei@capdale.com |
| 19 | | Counsel to the Official Committee of Asbestos |
| | landis@lrclaw.com | Personal Injury Claimants |
| 20 | mumford@lrclaw.com | |
| | Counsel to the Libby Claimants | |
| 21 | Peter Lockwood, Esquire | Francis A. Monaco, Jr., Esquire |
| | Nathan D. Finch, Esquire | Kevin J. Mangan, Esquire |
| 22 | Caplin & Drysdale, Chartered | Womble Carlyle Sandridge & Rice |
| | One Thomas Circle, NW, Suite 1100 | 222 Delaware Avenue, Suite 1501 |
| 23 | Washington, DC 20005 | Wilmington, DE 19801 |
| 24 | Pvnl@capdale.com | fmonaco@wcsr.com |
| | ndf@capdale.com | kmangan@wcsr.com |
| 25 | Counsel to the Official Committee of Asbestos | Counsel for the State of Montana |
| | Personal Injury Claimants | |
| 26 | Robert J. Stearn, Jr., Esquire | Robert J. Sidman, Esquire |
| | Cory D. Kandestin, Esquire | Tiffany Strelow Cobb |
| 27 | Richards, Layton & Finger, P.A. | Vorys, Sater, Seymour and Pease LLP |
| | One Rodney Square | 52 East Gay Street |
| 28 | 920 North King Street | P.O. Box 1008 |
| | | Columbus, OH 43215 |

1 | Wilmington, DE 19801

rjsidman@vorvs.com
Counsel to the Scotts Company LLC, successor
by merger to The Scotts Company, and certain
of its related entities

2 | stearn@rlf.con)
kandestin@rlf.com

3 | Counsel to the Scotts Company LLC, successor
by merger to The Scotts Company, and certain

4 | of its related entities

5 | Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP

6 | Hercules Plaza, Suite 5100
1313 North Market Street

7 | P.O. Box 1709
Wilmington, DE 19899-1709

8 | Meltzere@pepperlaw.com

9 | Counsel to BNSF Railway Company and its
predecessors, the Great Northern Railway

10 | Company, the Burlington Northern Railroad
Company, and The Burlington Northern &

11 | Santa Fe Railway Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2123/099999-2040
981708.01 a01/08/09

SERVICE LIST

| | |
|---|---|
| Mark D. Collins, Esquire<br>Deborah E. Spivak, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19899 | Laura Davis Jones, Esquire<br>James O'Neill, Esquire.<br>Pachulski, Stang, Ziehl, & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 |
| Kathryn Sallie, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, le Floor<br>Wilmington, DE 19899 |
| Mark S. Chehi, Esquire<br>Kevin Brady, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801 | Joseph Grey, Esquire<br>Stevens & Lee<br>1105 N. Market St. — Ste 700<br>Wilmington, DE 19801-1270 |
| Theresa K.D. Currier, Esquire<br>Buchanan Ingersoll & Rooney, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Robert Jacobs, Esquire<br>Jacobs & Crumplar, PA<br>Two East 7th Street<br>Wilmington, DE 19801 |
| Michael R. Lastowski, Esquire<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | David KJauder, Esquire<br>Office of the United States Trustee<br>844 King St., Floor<br>Wilmington, DE 19801 |
| D. J. Baker, Esquire<br>Sheila Birnbaum, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 N. Market Street, Suite 904<br>Wilmington, DE 19801 |
| District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 | Nancy Worth Davis, Esquire<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Securities & Exchange Commission<br>Atlanta Regional Office Branch/Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326-1232 |
| James D. Freeman, Esquire<br>Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294 | William H. Sudell, Jr., Esquire<br>Eric D. Schwartz, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| Carmella Keener, Esquire<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19899 | Francis A. Monaco, Jr., Esquire<br>Womble Carlyle<br>222 Delaware Avenue, 15th Floor<br>Wilmington, DE 19801 |
| Kathleen M. Miller, Esquire | William D. Sullivan, Esquire |

| | |
|---|---|
| 1 | Smith, Katzenstein & Furlow LLP<br>The Corporate Plaza<br>800 Delaware Ave., 7 5 Floor<br>Wilmington. DE 19899 |
| 2 | |
| 3 | J. Douglas Bacon, Esquire<br>David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| 4 | |
| 5 | |
| 6 | Carmella Keener, Esquire<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19899 |
| 7 | |
| 8 | Kathleen M. Miller, Esquire<br>Smith, Katzenstein & Furlow LLP<br>The Corporate Plaza<br>800 Delaware Ave., 7th Floor<br>Wilmington. DE 19899 |
| 9 | |
| 10 | |
| 11 | J. Douglas Bacon, Esquire<br>David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| 12 | |
| 13 | |
| 14 | Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |
| 15 | |
| 16 | |
| 17 | David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| 18 | |
| 19 | |
| 20 | Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| 21 | |
| 22 | |
| 23 | |
| 24 | Attn.: Meridee Moore & Kirsten Lynch<br><br>Charles E. Boulbol, Esquire<br>26 Broadway, 17 th Floor<br>New York, NY 10004 |
| 25 | |
| 26 | |
| 27 | Margery N. Reed, Esquire<br>Duane Morris LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 |
| 28 | |

Sullivan Hazeltine Allinson
4 East 8th Street, Suite 400
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington. DE 19899

Francis A. Monaco, Jr., Esquire
Womble Carlyle
222 Delaware Avenue, 15th Floor
Wilmington. DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson
4 East 8th Street, Suite 400
Wilmington, DE 19801

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020
Secretary of Treasurer
P.O. Box 7040
Dover. DE 19903

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

James A. Sylvester, Esquire
Interest, Inc.
P.O. Box 412
Sea Girt, NJ 08750

| | |
|---|---|
| 1 | Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 |
| 2 | |
| 3 | |
| 4 | Elio Battista, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226 |
| 5 | |
| 6 | John M. Klamann, Esquire<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 |
| 7 | |
| 8 | |
| 9 | |
| 10 | Elizabeth S. Kardos, Esquire<br>Gibbons, Del Deo, Dolan, Griffinger<br>& Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 |
| 11 | |
| 12 | Russell W. Budd, Esquire<br>Alan B. Rich, Esquire<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 |
| 13 | |
| 14 | |
| 15 | |
| 16 | Joseph F. Rice, Esquire<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant. SC 29465 |
| 17 | |
| 18 | Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5 ft' Floor, LLP<br>Dallas, TX 75204 |
| 19 | |
| 20 | |
| 21 | Thomas J. Noonan, Jr.<br>c/o R & S Liquidation Company<br>Five Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| 22 | |
| 23 | Jonathan W. Young, Esquire<br>T. Kellan Grant, Esquire<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| 24 | |
| 25 | |
| 26 | Joseph T. Kremer, Esquire<br>Lipsiptz, Green, Fahringer, Roll, Salisbury<br>& Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 |
| 27 | |
| 28 | |

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington. D.C. 20005-4026

Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans. LA 70130-6103

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29'" Floor
1835 Market Street
Philadelphia. PA 19103

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington. DE 19801

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi. TX 78471

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

| | |
|---|---|
| 1 | David Bernick, Esquire |
| | Janet S. Baer, Esquire |
| 2 | Kirkland & Ellis |
| | 200 East Randolph Drive |
| 3 | Chicago, IL 60601 |

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North le Street
Philadelphia, PA 19103

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH 43506

Charles E. Gibson, III, Esquire
Gibson Law Firm
447 Northpark Drive
Ridgeland, MS 39157-5109

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176-0001

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can, Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

Todd Meyer, Esquire
Kilpatrick Stockton

Michael J. Urbis, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

Paul M. Matheny, Esquire
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 3Q5
San Francisco, CA 94111

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Edward W. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Richardson, Patrick, Westbrook & Brickman

| | |
|---|---|
| 1 | 1100 Peachtree Street<br>Atlanta, GA 30309 |
| 2 | Alan Kolod, Esquire<br>Moses & Singer LLP |
| 3 | The Chrysler Building<br>405 Lexington Avenue |
| 4 | NY, NY 10174-1299 |
| 5 | Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire |
| 6 | Williams Kherkher Hart & Boundas, LLP<br>8441 Gulf Freeway, Suite #600 |
| 7 | Houston, TX 77017 |
| 8 | Paul M. Baisier, Esquire<br>SEYFARTH SHAW |
| 9 | 1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 |
| 10 | Todd C. Meyers, Esquire<br>Kilpatrick Stockton, LLP |
| 11 | 1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 |
| 12 | William E. Frese, Esquire |
| 13 | 80 Park Plaza, T5D<br>P.O. Box 570 |
| 14 | Newark, NJ 07101 |
| 15 | Attn: Sheree L. Kelly, Esquire |
| 16 | Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, NY 10019-0602 |
| 17 | Steven T. Hoort, Esquire |
| 18 | Ropes & Gray<br>One International Place |
| 19 | Boston, MA 02110-2624 |
| 20 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson |
| 21 | 1009 W. Green Avenue<br>Orange, TX 77630 |
| 22 | C. Randall Bupp, Esquire<br>Plastiras & Terrizzi |
| 23 | 24 Professional Center Parkway<br>Suite 150 |
| 24 | San Rafael, CA 94903 |
| 25 | Dorine Vork, Esquire<br>Stibbe, P.C. |
| 26 | 350 Park Avenue<br>New York, New York 10022 |
| 27 | General Counsel<br>Enron Energy Services |
| 28 | 1400 Smith Street<br>EB 0889 |

174 East Bay Street
Charleston, SC 29401

Peter A. Chapman, Esquire
572 Fernwood Lane
Fairless Hills, PA 19030

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Lewis Kruger, Esquire
Robert Raskin, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

William S. Katchen, Esquire
Duane, Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15 th Floor
New York, NY 10017

Damon I. Chargois, Esquire
Emerg Soft
524 E. Lamar Blvd., Ste 200
Arlington, TX 76011

Randall A. Rios, Esquire
Floyd Isgur Rios & Wahrlich, P.D.
700 Louisiana, Suite 4600
Houston, TX 77002

Patrick J. Reilly, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

| | |
|---|---|
| 1 | Houston, TX 77002 |
| 2 | Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka |
| 3 | 2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 |
| 4 | Brad N. Friedman, Esquire<br>Rachel S. Fleishman, Esquire |
| 5 | Milberg Weiss Bershad Hynes & Learch<br>One Pennsylvania Plaza |
| 6 | New York, NY 10019 |
| 7 | Rosa Dominy<br>Bankruptcy Administration |
| 8 | IOS Capital, Inc.<br>1738 Bass Road |
| 9 | P.O. Box 13708<br>Macon, GA 31208-3708 |
| 10 | Harry Lee, Esquire<br>Steptoe & Johnson LLP |
| 11 | 1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| 12 | Thomas O. Bean, Esquire |
| 13 | Eric P. Magnuson, Esquire<br>Nutter, McClennen & Fish, LLP |
| 14 | World Trade Center West<br>155 Seaport Blvd. |
| 15 | Boston, MA 02210 |
| 16 | Jacob C. Cohn, Esquire<br>Cozen O'Connor |
| 17 | 1900 Market Street<br>Philadelphia, PA 19103 |
| 18 | Neil Berger, Esquire<br>Togut Segal & Segal LLP |
| 19 | One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| 20 | |
| 21 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000 |
| 22 | Washington, DC 20036-5802 |
| 23 | Thomas M., Esquire<br>Hagens Berman Sobol Shapiro LLP |
| 24 | One Main Street<br>45 Floor |
| 25 | Cambridge, MA 02142 |
| 26 | Mr. Mark Hankin<br>HanMar Associates, M.L.P. |
| 27 | P.O. Box 26767<br>Elkins Park, PA 19027 |
| 28 | Mark Minuti, Esquire<br>Saul Ewing LLP |

Tara L. Lattomus, Esquire
Eckert Seamans Cherin & Mellon, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation
c/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000

Anton Volovsek
Rt 2 - Box 200 #42
Kamiah, Idah 83536-9229

Deirdre Woulfe Pacheo, Esquire
Wilentz Goldman & Spitzer
P.O. Box 10
Woodbridge Center Drive
Woodbridge, NJ 07095

Richard S. Lewis, Esquire
Cohen Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Philip Bentley, Esquire
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Darrell W. Scott, Esquire
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE 19899

Robert J. Dehney, Esquire
Morris Nicholas Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Peninsula Capital, L.P.
404B East Main Street, 2nd Floor

222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Attn: Ted Weschler

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman & Pastor LLP
225 Franklin Street, 16th Floor
Boston. MA 02110

Jordan N. Malz, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Janet M. Weiss, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York. NY 10166

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
1 Speedwell Avenue
Morristown. NJ 07962

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ 07095

John G. Stoia, Jr., Esquire
Timothy G. Blood, Esquire
Lerach Coughlin Stoia Geller Rudman
& Robbins LLP
655 West Broadway, Suite 1900
San Diego. CA 92101

Marsha A. Penn, Esquire
P.O. Box 3725
Houston, TX 77253

Daniel C. Cohn, Esquire
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston. MA 02110

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley
& Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur. TX 77642

Charlottesville, VA 22902

Thomas G. Whalen, Esquire
Stevens & Lee
1105 North Market Street, 7 th Floor
Wilmington, DE 19801

Richard D. Trenk, Esquire
Henry M. Karkowski, Esquire
Trenk, DiPasquale, Webster, Della Fera
& Sodono P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052-3317

Vahe Melkonian, Pres.
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills. CA 91367

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3'd Floor
Philadelphia, PA 19107

Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
McGarvey Heberling Sullivan & McGarvey
745 South Main
Kalispell. MT 59901

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf Lamb Greene & MacRae LLP
1000 Kearns Building
Salt Lake City, UT 84101

Charles L. Finke, Assistant Attorney General
Brad Rogers, Attorney
Pension Benefit Guarantee Corporation
Office of the General Counsel
1200 K Street, NW
Washington. DC 20005-4026

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

Kirk A. Patrick 111, Esquire
Donohue Patrick
1500 Bank One Centre-North Tower
PO Box 1629
Baton Rouge, LA 70821-1629

1    Mr. Eugene Paul Sullivan
     29-B Plaza Delas Flores
2    Freehold, NJ 07728

3

4    Robert J. Sidman, Esquire
     Tiffany Strelow Cobb, Esquire
5    Vorys, Sater, Seymour and Pease LLP
     52 East Gay Street
6    P.O. Box 1008
     Columbus, OH 43215

7    Steven K. Kortanek, Esquire
     Joanne B. Wills, Esquire
8    Klehr, Harrison, Harvey, Branzburg & Ellers
     919 Market Street, Suite 1000
9    Wilmington, DE 19801

10   Marc Abrams, Esquire
     Willkie, Farr & Gallagher
11   787 Seventh Avenue
     New York, NY 10019-6099
12
     Todd C. Schiltz, Esquire
13   Wolf, Block, Schorr and Solis-Cohen LLP
     Wilmington Trust Center
14   1100 N. Market Street, Suite 1001
     Wilmington, DE 19801

15   Justin Shrader, Esquire
     Shrader & Associates, L.L.P.
16   1021 Main Street, Ste. 1450
     Houston, TX 77002
17
     William P. Bowden, Esquire
18   Amanda M. Winfree, Esquire
     Ashby & Geddes, P.A.
19   500 Delaware Avenue, 8 th Floor
     Wilmington, DE 19899

20   Citadel Investment Group, L.L.C.
     131 South Dearborn Street, 36 th Floor
21   Chicago, IL 60603

22   Attn: S. Jay Novatnev

23   Bruce D. Levin, Esquire
     Peter B. McGlynn, Esquire
24   Bernkopf Goodman LLP
     125 Summer Street, Suite 1300
25   Boston, MA 02110

     Sean Allen
26   BMC Group
     720 Third Avenue, 23"I Floor
27   Seattle, WA 98104

28   Gerald F. George, Esquire

Frederick P. Furth, Esquire
Michael P. Lehmann, Esquire
Christopher L. Lebsock, Esquire
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Richard A. O'Halloran, Esquire
BURNS, WHITE & HICKTON, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street, Suite 700
Wilmington, DE 19801

Anne McGinness Kearse, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

W. Wallace Finlator, Jr.
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Thomas Tew, Esquire
Tew Cardenas L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407

Roger W. Hammond
Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, NW, Ste 200
Washington, DC 20007

M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Thomas A. Spratt, Jr., Esquire

| | |
|---|---|
| 1 | Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 |
| 2 | |
| 3 | Steven T.Davis<br>Obermayer Rebmann Maxwell & Hippel LLP<br>3 Mill Road, Suite 306A<br>Wilmington, DE 19806 |
| 4 | |
| 5 | |
| 6 | Steven J. McCardell, Esquire<br>Jared Inouye, Esquire<br>Duham Jones & Pinegar<br>111 E. Broadway, Suite 900<br>Salt Lake City, UT 84111 |
| 7 | |
| 8 | |
| 9 | David A. Hickerson, Esquire<br>M. Jarrad Wright, Esquire<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street NW., Suite 900<br>Washington, D.C. 20005 |
| 10 | |
| 11 | Jacqueline Dais-Visca, Esquire<br>Business Law Section<br>Ontario Regional Office<br>Suite 2400, Box 34<br>The Exchange Tower<br>130 King Street West<br>Toronto, Ontario M5X 1K6 |
| 12 | |
| 13 | |
| 14 | |
| 15 | Yves Lauzon<br>Michel Belanger<br>Lauzon Belanger, Inc.<br>286, rue St-Paul Quest, Bureau 100<br>Montreal Quebec<br>CANADA |
| 16 | |
| 17 | |
| 18 | Ralph I. Miller, Esquire<br>Weil, Gotshal & Manges, LLP<br>200 Cresent Court, Suite 300<br>Dallas, TX 75201 |
| 19 | |
| 20 | |
| 21 | John Kevin Welch, Esquire<br>Office of Legal Services<br>Fifth Floor, Capital Plaza Tower<br>Frankfort, KY 40601 |
| 22 | |
| 23 | |
| 24 | Neil B. Glassman, Esquire<br>Steven M. Yoder, Esquire<br>Kathryn D. Sallie, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Ste 900<br>Wilmington, DE 19801 |
| 25 | |
| 26 | |
| 27 | Katherine White, Esquire<br>Sealed Air Corporation<br>20 Riverfront Boulevard<br>Elmwood Park, NJ 07407 |
| 28 | |

Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19 th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Garvan F. McDaniel, Esquire
Bifferato Gentilotti & Balick, L.L.C.
800 King Street, 1st Floor
Box 2165
Wilmington, DE 19801

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12' Floor
Wilmington, DE 19801

Peter D. Keisler, Esquire
Assistant Attorney General
Department of Justice, Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Pryor Cashman LLP
410 Park Avenue
New York, NY 10022-4441

Attn: Richard Levy, Jr., Esquire

John F. Dickinson, Jr., Esquire
Deputy Attorney General
Department of Law & Public Safety
Division of Law
Richard J. Hughes Justice Complex

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P.O. Box 093
Trenton, NY 08625-0093