**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: March 13, 2009 at 4:00 p.m. |
| | ) | Hearing: April 1, 2009 at 10:30 a.m. |

**COVER SHEET TO EIGHTEENTH QUARTERLY INTERIM FEE APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD <u>JULY 1, 2008 THROUGH SEPTEMBER 30, 2008</u>**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | July 1, 2008 – September 30, 2008 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $16,750.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 2,203.00 |

This is a    ___ monthly        _x_ interim        ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Eighteenth Quarterly time period: Forty-Fifth Monthly Fee Application for the period July 1-31, 2008 in the amount of $4,160.00 (80% of $5,200.00) in fees and expenses in the amount of $32.00; Forty-Sixth Monthly Fee Application for the period August 1-31, 2008 in the amount of $2,160.00 (80% of $2,700.00) in fees and no expenses; and Forty-Seventh Monthly Fee Application for the period September 1-30, 2008 in the amount of $7,080.00 ($8,850.00) in fees and $2,171.00[1] in expenses.

## COMPENSATION DURING THE TIME PERIOD
## JULY 1, 2008 – SEPTEMBER 30, 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 33.50 | $16,750.00 |
| **Total** | | | | **$16,750.00** |

        **Total Fees:**    $ 16,750.00
        **Total Hours:**        33.50
        **Blended Rate:**    $    500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 4.10 | $2,050.00 |
| Non-Working Travel | 4.00 | $2,000.00[2] |
| Trust Distribution Procedures | 25.40 | $12,700.00 |
| **TOTAL** | **33.50** | **$16,750.00** |

---

[1] Please note that there was a minor mathematical error in the total expense amount requested in the Forty-Seventh Monthly Fee Application for September 1-30, 2008. An $11.00 parking charge was inadvertently not included therein, thus, the total expense amount is $2,171.00 not $2,160.00.

[2] This amount reflects a one-half reduction in hours and fees relating to non-working travel.

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**JULY 1, 2008 – SEPTEMBER 30, 2008**

| Expense Category | Total |
|---|---|
| Air | $2,025.00 |
| Parking | $74.00 |
| Taxi | $104.00 |
| **TOTAL** | **$2,203.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern, Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: January 12, 2009