IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| W.R. GRACE & CO., et al., | * | Case No. 01-1139 (JKF) |
| Debtor. | * | Jointly Administered |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeffrey Chang, Esquire of Wildman, Harrold, Allen & Dixon LLP, to represent Continental Casualty Company in this action.

Dated: January 9, 2009

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/
Edward B. Rosenthal (Bar No. 3131)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
Email: erosenthal@rmgglaw.com

*Attorneys for Continental Casualty Company*

Dkt. No. 20494
Filed 1-9-09

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court and Bankruptcy Court for the Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Jeffrey Chang, Esquire
WILDMAN, HARROLD, ALLEN &
DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: (312) 201-2662
Facsimile: (312) 416-4524

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: January 15, 2009

_Judith K. Fitzgerald_
United States Bankruptcy Judge

2