**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**November 2008**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended November 30, 2008**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 12.4 | $ 8,661.40 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 8.0 | $ 4,704.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 7.6 | $ 4,922.52 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 2.0 | $ 1,981.20 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 14.5 | $ 10,128.25 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 3.0 | $ 2,095.50 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 7.3 | $ 6,133.31 |
| Thomas Barbieri | Audit Partner | 19 | Integrated Audit | $927.10 | 1.0 | $ 927.10 |
| Michael Urban | Managing Director | 24 | Integrated Audit | $619.50 | 2.0 | $ 1,239.00 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 1.0 | $ 698.50 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $624.84 | 14.0 | $ 8,747.76 |
| Rafael Garcia | Director | 15 | Integrated Audit | $414.75 | 9.0 | $ 3,732.75 |
| Sheri Wyatt | Director | 10 | Integrated Audit | $624.84 | 4.0 | $ 2,499.36 |
| Timothy Dreyer | Director | 35 | Integrated Audit | $556.50 | 8.0 | $ 4,452.00 |
| Tania Devilliers | Audit Senior Manager | 15+ | Integrated Audit | $717.55 | 1.5 | $ 1,076.33 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 17.0 | $ 6,973.57 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.55 | 3.5 | $ 2,511.43 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 39.5 | $ 11,738.61 |

{02411}

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 60.6 | $ 24,858.73 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 11.8 | $ 5,057.95 |
| Stephen Mikesell | Tax Manager | 4 | Integrated Audit | $420.00 | 1.5 | $ 630.00 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.25 | 8.8 | $ 3,073.40 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 12.7 | $ 2,533.65 |
| Molly McCall | Audit Associate | 1 | Integrated Audit | $175.26 | 27.6 | $ 4,837.18 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 62.2 | $ 14,139.93 |
| Barry Berkowitz | Audit Senior Associate | 3 | Integrated Audit | $351.12 | 18.5 | $ 6,495.72 |
| Benjamin Miller | Audit Senior Associate | 7 | Integrated Audit | $210.82 | 46.0 | $ 9,697.72 |
| Thomas Duncan | Tax Associate | 1 | Integrated Audit | $273.06 | 0.5 | $ 136.53 |
| Julia Bashyrov | Audit Associate | 2 | Integrated Audit | $175.26 | 4.7 | $ 823.72 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 37.2 | $ 6,519.67 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 85.6 | $ 17,937.48 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 122.6 | $ 19,151.35 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 92.0 | $ 14,371.32 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 108.2 | $ 16,901.92 |
| Jonathan Grant | Audit Associate | <1 | Integrated Audit | $124.26 | 9.5 | $ 1,180.47 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 105.5 | $ 12,996.55 |
| Pailin Chaiprasertsiti | Audit Associate | <1 | Integrated Audit | $153.67 | 2.3 | $ 353.44 |
| | | | TOTAL | | 973.1 | $ 244,919.32 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 33.8 | | $4,774.19 |
|---|---|---|---|

{02411}

**Summary of PwC's Fees By Project Category:
November 2008**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **33.8** | **$4,774.19** |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |

{02411}

|  |  |  |
|---|---|---|
| **24-Other** |  |  |
| **25-Accounting/Auditing** | **973.1** | **$244,919.32** |
| **26-Business Analysis** |  |  |
| **27-Corporate Finance** |  |  |
| **28-Data Analysis** |  |  |
| **TOTAL:** | **1,006.9** | **$249,693.51** |

## Expense Summary
## November 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $7,500.04 |
| **Lodging** | N/A | $4,198.81 |
| **Sundry** | N/A | $94.95 |
| **Business Meals** | N/A | $1,199.34 |
| **TOTAL:** |  | $12,993.14 |

{02411}