# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended November 30, 2008**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 11/6/08 | | | $ 18.00 | | Parking near Hay Adams Hotel for audit committee meeting |
| Justin Bray | Integrated Audit | 11/3/08 | $ 22.82 | | | | Mileage to Grace from office (less 9 mile one-way normal commute)(39 miles * $0.585) |
| | Integrated Audit | 11/4/08 | $ 22.82 | | | | Mileage to Grace from office (less 9 mile one-way normal commute)(39 miles * $0.585) |
| | Integrated Audit | 11/5/08 | $ 22.82 | | | | Mileage to Grace from office (less 9 mile one-way normal commute)(39 miles * $0.585) |
| | Integrated Audit | 11/6/08 | $ 52.65 | | | | Mileage to DC (Hay Adams for AC meeting), then to Grace, then home (less normal commute)(90 miles * $0.585) |
| | Integrated Audit | 11/6/08 | $ 22.82 | | | | Mileage to DC (Hay Adams for AC meeting) |
| | Integrated Audit | 11/11/08 | $ 22.82 | | | | Mileage to Grace from office (less 9 mile one-way normal commute)(39 miles * $0.585) |
| | Integrated Audit | 11/13/08 | $ 22.82 | | | | Mileage to Grace from office (less 9 mile one-way normal commute)(39 miles * $0.585) |
| | Integrated Audit | 11/17/08 | $ 18.72 | | | | Mileage to Grace from office (less 18 mile normal commute)(32 miles * $0.585) |
| | Integrated Audit | 11/17/08 | $ 567.00 | $ 132.69 | | | One night hotel - Boca Raton Florida for meeting with tax department (room $119 and taxes $13.69) |
| | Integrated Audit | 11/17/08 | $ 40.00 | | | | Mileage to airport - roundtrip (less 18 mile normal commute)(39 miles * $0.585) |
| | Integrated Audit | 11/17/08 | $ 176.40 | | | | flight from DC to Fort Lauderdale for meeting with tax department |
| | Integrated Audit | 11/17/08 | | | | | parking at airport |
| | Integrated Audit | 11/17/08 | | | | $ 100.00 | Out of town dinner w/ L. Keorlet (PwC); 2 people |
| | Integrated Audit | 11/17/08 | | | | | ground transportation to / from Fort Lauderdale Airport and Boca Raton, FL Grace office |
| | Integrated Audit | 11/17/08 | | | | $ 9.24 | Individual travel meals - breakfast - 1 person |
| | Integrated Audit | 11/19/08 | $ 22.82 | | | | Mileage to Grace from office (less 9 mile one-way normal commute)(39 miles * $0.585) |
| | Integrated Audit | 11/24/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less 18 mile normal commute)(36 miles * $0.585) |
| Pavel Katsiak | Integrated Audit | 11/3/08 | $ 30.89 | | | | Mileage in excess over regular commute of (26.4 miles *$0.585 per mile) from Arlington, VA to Columbia, MD; roundtrip |
| | Integrated Audit | 11/4/08 | $ 30.89 | | | | Mileage in excess over regular commute of (26.4 miles *$0.585 per mile) from Arlington, VA to Columbia, MD; roundtrip |
| | Integrated Audit | 11/5/08 | $ 30.89 | | | | Mileage in excess over regular commute of (26.4 miles *$0.585 per mile) from Arlington, VA to Columbia, MD; roundtrip |
| | Integrated Audit | 11/5/08 | $ 587.98 | | | | Flight from DC to Chicago, IL for Physical Inventory Observation; roundtrip |
| | Integrated Audit | 11/7/08 | $ 30.89 | | | | Mileage in excess over regular commute of (26.4 miles *$0.585 per mile) from Arlington, VA to Columbia, MD; roundtrip |
| | Integrated Audit | 11/7/08 | $ 20.95 | | | | Taxi to Reagan Airport to travel to Chicago for Physical Inventory Observation |
| | Integrated Audit | 11/10/08 | | | | $ 15.57 | Lunch while travelling to Chicago for Physical Inventory Observation; 1 person |
| | Integrated Audit | 11/10/08 | | | | $ 66.02 | Group dinner while on inventory observation (present: S. Rahmani, P. Katsiak - both PwC); 2 people |
| | Integrated Audit | 11/10/08 | | | | $ 90.00 | Group dinner while in Chicago on inventory observation (present: S. Rahmani, P. Katsiak - both PwC); 2 people |
| | Integrated Audit | 11/11/08 | | | | $ 40.39 | Group lunch while in Chicago on inventory observation (present: S. Rahmani, P. Katsiak - both PwC); 2 people |
| | Integrated Audit | 11/12/08 | | | | $ 6.42 | Breakfast while in Chicago for Inventory Observation |
| | Integrated Audit | 11/14/08 | $ 31.05 | | | | Gas for rental car while in Chicago for Inventory Observation |
| | Integrated Audit | 11/14/08 | | | | $ 13.70 | Breakfast while in Chicago for inventory count; 1 person |
| | Integrated Audit | 11/14/08 | | | | $ 15.09 | Lunch while on inventory count in Chicago; 1 person |
| | Integrated Audit | 11/14/08 | $ 396.12 | | | | Rental car while in Chicago on inventory count (rental car for Monday - Friday); 5 days |
| | Integrated Audit | 11/15/08 | | $ 1,450.38 | | | Hotel while in Chicago for inventory count (4 nights @ $267/nightly rate, $31.77/state tax, $9.35/city tax, $48/parking, 2 days @ $12.95/internet service) |
| | Integrated Audit | 11/15/08 | | | | $ 48.51 | Dinner while in Chicago for inventory count; 1 person |
| | Integrated Audit | 11/15/08 | $ 20.38 | | | | Taxi when returning from inventory count in Chicago |
| | Integrated Audit | 11/17/08 | $ 30.89 | | | | Mileage in excess over regular commute of (26.4 miles *$0.585 per mile) from Arlington, VA to Columbia, MD; roundtrip |
| | Integrated Audit | 11/17/08 | $ 763.39 | | | | Airfare from DC to Houston, TX; roundtrip |
| | Integrated Audit | 11/23/08 | | | | $ 3.86 | Dinner while travelling to Houston TX for inventory observation; 1 person |
| | Integrated Audit | 11/24/08 | | | | $ 13.07 | Dinner while travelling from Houston TX during inventory observation; 1 person |
| | Integrated Audit | 11/24/08 | | | | $ 81.36 | Group lunch with the client (present: S. Rahmani (PwC), P. Katsiak (PwC), W. Diaz (Grace), W. Wilker (Grace)); 4 people |
| | Integrated Audit | 11/24/08 | $ 93.82 | | | | Rental car while in Houston on inventory count |
| | Integrated Audit | 11/24/08 | $ 34.00 | | | | Parking at Dulles airport while on inventory in Houston, TX |
| | Integrated Audit | 11/24/08 | | $ 180.18 | | | Hotel while in Chicago for inventory count (1 night @ $154/nightly rate, $6.16/county tax, $10.78/city tax, $9.24/occupancy tax) |
| Rafael Garcia | Integrated Audit | 11/14/08 | $ 58.50 | | | | Round trip mileage from Miami Office to WR Grace for meetings with client |
| | Integrated Audit | 11/17/08 | $ 58.50 | | | | Round trip mileage from Miami Office to WR Grace for meetings with client |
| Erica Margolius | Integrated Audit | 11/3/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/14/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/5/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/6/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |

| Name | Project | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 11/7/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/10/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/11/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/12/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/13/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/14/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/18/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/19/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/20/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/21/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/24/2008 | $ 18.14 | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| Adam Lueck | Integrated Audit | 11/4/08 | $ 528.00 | Round trip airfare, economy class, from Baltimore, MD to Los Angeles, CA. |
| | Integrated Audit | 11/12/08 | 28.60 | Group travel lunch, 2 people, Nicole Johnson, PwC & myself. |
| | Integrated Audit | 11/13/08 | 68.95 | Group travel lunch, 2 people, Nicole Johnson, PwC & myself. |
| | Integrated Audit | 11/13/08 | $ 3.23 | Individual travel breakfast. |
| | Integrated Audit | 11/14/08 | $ 147.00 | Crown Plaza hotel - one night stay room fees 11/13/08, Santa Ana, CA. |
| | Integrated Audit | 11/14/08 | 14.70 | Crown Plaza hotel - room tax |
| | Integrated Audit | 11/14/08 | 0.10 | Crown Plaza hotel - tourism tax |
| | Integrated Audit | 11/14/08 | $ 12.00 | Crown Plaza hotel parking fee - one night |
| | Integrated Audit | 11/14/08 | $ 60.00 | Three days parking fees at Baltimore's BWI Airport |
| | Integrated Audit | 11/15/08 | 160.55 | Crown Plaza hotel - one night stay room fees 11/14/08, Los Angeles, CA |
| | Integrated Audit | 11/15/08 | 22.48 | Crown Plaza hotel - room tax |
| | Integrated Audit | 11/15/08 | 0.16 | Crown Plaza hotel - tourism tax |
| | Integrated Audit | 11/15/08 | 4.95 | Crown Plaza hotel - high speed internet access |
| | Integrated Audit | 11/15/08 | 9.64 | Crown Plaza hotel - Group travel breakfast, two people, Nicole Johnson, PwC & myself. |
| | Integrated Audit | 11/15/08 | $ 16.00 | Crown Plaza hotel parking fee - one night |
| | Integrated Audit | 11/15/08 | 26.92 | Excess mileage less normal commute (90-44 miles = 46 miles * $.585 per mile) |
| Jacqueline Calvo | Integrated Audit | 10/13/08 | $ 90.90 | mileage in excess of normal office commute: 10/13 - 70 miles each way = 140 miles * .585 & 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 10/16/08 | $ 67.50 | mileage in excess of normal commute: 10/16 - 70 miles each way less 20 miles x 2 = 100 miles * .585 per mile & 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 10/17/08 | $ 90.90 | mileage in excess of normal office commute: 10/13 - 70 miles each way = 140 miles * .585 & 4.50 tolls each way x 2 = 9.00 |
| Lynda Keorlet | Integrated Audit | 11/17/2008 | $ 498.00 | Roundtrip coach airfare from BWI (Baltimore) to FLL (Fort Lauderdale) for 404 tax trip |
| | Integrated Audit | 11/17/2008 | 40.06 | Individual meal for L.Keorlet, dinner on 11/17 (travelling to Fort Lauderdale |
| | Integrated Audit | 11/18/2008 | 4.26 | Individual meal for L.Keorlet, breakfast on 11/18 (in Fort Lauderdale for tax 404 trip |
| | Integrated Audit | 11/18/2008 | 13.24 | Individual meal for L.Keorlet, lunch on 11/18 (in Fort Lauderdale for tax 404 trip) |
| | Integrated Audit | 11/19/2008 | 4.26 | Individual meal for L.Keorlet, breakfast on 11/19 (in Fort Lauderdale for tax 404 trip) |
| | Integrated Audit | 11/19/2008 | 21.65 | Individual meal for L.Keorlet, dinner on 11/19 (travelling home from Fort Lauderdale for tax 404 trip) |
| | Integrated Audit | 11/19/2008 | $ 265.38 | Hotel stay in Fort Lauderdale for 2 nights at room rate $119 per night (11/17 & 11/18) taxes were 13.69 per night ($27.38) |
| | Integrated Audit | 11/19/2008 | $ 122.20 | Rental car usage while in Fort Lauderdale (11/17 - 11/19) |
| Shahin Rahmani | Integrated Audit | 11/3/08 | $ 323.00 | Flight: BWI to Chicago coach for inventory observation (round trip) |
| | Integrated Audit | 11/3/08 | $ 5.86 | 5 excess miles in normal commute to office * $.585 = $2.925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/4/08 | $ 5.86 | 5 excess miles in normal commute to office * $.585 = $2.925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/5/08 | $ 5.86 | 5 excess miles in normal commute to office * $.585 = $2.925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/6/08 | $ 5.86 | 5 excess miles in normal commute to office * $.585 = $2.925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/7/08 | $ 5.86 | 5 excess miles in normal commute to office * $.585 = $2.925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/10/08 | 9.42 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/10/08 | 3.80 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/10/08 | $ 2.93 | 5 excess miles in normal commute to office * $.585 = $2.925 (trip to Columbia Grace Headquarters) |
| | Integrated Audit | 11/11/08 | $ 14.86 | Parking fee in Chicago |
| | Integrated Audit | 11/11/08 | 14.00 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/12/08 | 93.59 | Group Meal during physical inventory. Pavel Katsiak and Shahin Rahmani of PwC in attendance (2 people, Dinner) |
| | Integrated Audit | 11/13/08 | 66.10 | Group Meal during physical inventory. Pavel Katsiak and Shahin Rahmani of PwC in attendance (2 people, Dinner) |
| | Integrated Audit | 11/12/08 | 12.52 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/13/08 | 14.37 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/14/08 | $ 40.00 | Airport Parking fee at BWI to go to physical inventory |
| | Integrated Audit | 11/14/08 | $ 54.00 | Airline fee for flight change for Houston inventory observation |

| Name | Project | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 11/14/08 | | | | 9.01 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/14/08 | 15.80 | | | | Miles from Home to Tyson's is 20 miles; Home to BWI Airport is 47 miles (27 excess miles * $.585 = $15.80) |
| | Integrated Audit | 11/15/08 | | 1,285.43 | | | Hotel Fee while in Chicago to perform a physical inventory. 4 nights @ $267/night ($1,068); State Tax = $127.08; City Tax = $37.40; Room Service = $40.00; Internet Service = $11.36; Telephone Tax = $1.59 |
| | Integrated Audit | 11/17/08 | 622.50 | | | | Flight: BWI to Houston coach for inventory observation (roundtrip) |
| | Integrated Audit | 11/18/08 | 5.86 | | | | 5 excess miles in normal commute to office * $.585 = $2,925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/19/08 | 5.86 | | | | 5 excess miles in normal commute to office * $.585 = $2,925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/20/08 | 5.86 | | | | 5 excess miles in normal commute to office * $.585 = $2,925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/21/08 | 5.86 | | | | 5 excess miles in normal commute to office * $.585 = $2,925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/23/08 | 27.50 | | | | Miles from Home to Baltimore (BWI) is 47 miles, as it is weekend travel, it will all be excess mileage (47 excess miles * $.585 = $27.50) |
| | Integrated Audit | 11/23/08 | | | | 5.83 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/23/08 | | | | 56.37 | Group Meal during physical inventory. Nicole Johnson and Shahin Rahmani of PwC in attendance (2 people, dinner) |
| | Integrated Audit | 11/24/08 | 40.00 | | | | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/24/08 | | | | 10.11 | Airport Parking fee at BWI to go to physical inventory. |
| | Integrated Audit | 11/23/08 | 39.19 | | | | Miles from Home to Tyson's is 20 miles; Home to BWI Airport is 47 miles (27 excess miles * $.585 = $15.80) |
| | Integrated Audit | 11/24/08 | 50.32 | | | | Taxi from Grace plant to the airport in Houston |
| | Integrated Audit | 11/24/08 | | | | 4.11 | Taxi from the airport to hotel in Houston |
| | Integrated Audit | 11/24/08 | | | | 4.86 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/24/08 | 5.86 | | | | 5 excess miles in normal commute to office * $.585 = $2,925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| | Integrated Audit | 11/25/08 | 5.86 | | | 4.20 | Individual Meal during inventory- Breakfast |
| | Integrated Audit | 11/25/08 | | 180.18 | | | Hotel Fee while in Houston to perform a physical inventory - 1 night @ $145.46; State/local tax of $24.73; Internet charge of $9.99. |
| | Integrated Audit | 11/26/08 | 5.86 | | | | 5 excess miles in normal commute to office * $.585 = $2,925 (trip to Columbia Grace Headquarters) * 2 (roundtrip)= 5.86 |
| Kristina Johnson | Integrated Audit | 11/3/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/4/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/5/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/6/08 | 39.20 | | | | 85 miles to and from client (starting at Tysons office) - 18 miles normal commute to the office = 67 miles every day excess * .585=39.20. |
| | Integrated Audit | 11/10/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/11/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/12-11/14/08 | 47.39 | | | | 99 miles to and from client, then airport, then home - 18 miles normal commute to the office =81 miles every day excess * .585=47.39. |
| | Integrated Audit | 11/18/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/19/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/20/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/24/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/25/08 | 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 11/14/08 | 528.00 | | | | Airfare for Baltimore to Los Angeles, CA and return flight to Baltimore for 11/12-11/14/08. |
| | Integrated Audit | 11/14/08 | | | | 1.99 | Snack at airport for myself |
| | Integrated Audit | 11/14/08 | | | | 25.84 | Breakfast at the airport with A. Lueck (PwC) (2 people) |
| | Integrated Audit | 11/13/08 | | | 0.10 | | 4 hour Internet access at the hotel |
| | Integrated Audit | 11/13/08 | | 14.70 | | | Tourism tax for Hotel stay in Irvine, CA (1 night) |
| | Integrated Audit | 11/13/08 | | 147.00 | | | Hotel stay in Irvine, CA (1 night) |
| | Integrated Audit | 11/12/08 | | | | 14.82 | Breakfast with A. Lueck (PwC) at hotel (2 people) |
| | Integrated Audit | 11/12/08 | | | | 139.56 | Dinner with A. Lueck (PwC) while in Los Angeles, California (2 people) |
| | Integrated Audit | 11/12/08 | | | | 2.00 | Snack at the airport |
| | Integrated Audit | 11/14/08 | | | | 4.95 | Breakfast at the airport with A. Lueck (PwC) (2 people) |
| | Integrated Audit | 11/14/08 | | 160.55 | | | Hotel stay in Los Angeles, CA (1 night) |
| | Integrated Audit | 11/14/08 | | 22.48 | | | Occupancy tax for Hotel stay in Los Angeles, CA (1 night) |
| | Integrated Audit | 11/14/08 | | 0.16 | | | Tourism tax for Hotel stay in Los Angeles, CA (1 night) |
| | Integrated Audit | 11/14/08 | | | 12.00 | | Various parking and valet tips while in CA |
| | Integrated Audit | 11/14/08 | | | | 11.97 | Snacks at airport for A. Lueck (PwC) and I (2 people) |
| | Integrated Audit | 11/14/08 | 203.28 | | | | Rental car for 2 days (11/12-11/14) for A. Lueck (PwC) and I |
| | Integrated Audit | 11/14/08 | | | | 4.35 | Dinner at airport for myself (unexpected layover) |
| | Integrated Audit | 11/14/08 | | | 60.00 | | Parking at Baltimore airport while on trip |
| Summary | | Total | 7,500.04 | 4,198.81 | 94.95 | 1,199.34 | $12,993.14 |