**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                        |   |                       |
|------------------------|---|-----------------------|
| In re:                 | ) | Chapter 11            |
|                        | ) |                       |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
|                        | ) | Jointly Administered  |
| Debtors.               | ) |                       |
|                        | ) | Re: Docket No. 20275  |

**CERTIFICATE OF COUNSEL RE REVISED ORDER AND NOTICE**
**RELATING TO ZAI MOTION FOR PRELIMINARY APPROVAL OF**
**ZAI CLASS SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**

     1.     On January 14, 2009, the Court held a hearing on the ZAI Claimants' Motion for Order of Preliminary Approval of Class Settlement Agreement and Certification of the U.S. ZAI Class (Dkt. No. 20275). Accompanying the Motion was a Proposed Notice to All Holders of U.S. ZAI Claims and a Proposed Order.

     2.     At the hearing, the Court ordered the parties: (a) to confer concerning the time it would take to serve the Notice following entry of the Order; (b) to insert the agreed-upon time for service in the Proposed Order; (c) to allow forty-five (45) days for Class Members to respond to the Notice and opt-out; and (d) to set the Motion for Final Approval for the next Omnibus following the response date.

     3.     The parties have conferred and determined that will take twenty (20) days to effectuate first-class mail service to the over 16,000 ZAI Claimants. They have inserted that time in the attached Proposed Order and have inserted a hearing date of April 1, 2009, which is the first Omnibus Hearing following the forty-five (45) day opt-out period ending March 23, 2009.

     4.     The attached revised Order and Notice incorporate this timing. In addition, the Proposed Order corrects two typographical errors in the previous Order (changing "determine" to "determination" on Page 2, and "Representative" to "Representatives" on Page 4). The revised Notice also requires class members to serve any comments on the Settlement by March 13, 2009 in accordance with the deadlines in this Court's regular Administrative Order.

*[Remainder of page intentionally left blank]*

1

5. As directed by the Court, the ZAI Claimants are submitting the revised Proposed Order and revised Notice as Attachments 1 and 2 to this Certificate of Counsel.

Date: January 15, 2009
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

--and--

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201
Telephone: 509/455-3966

--and--

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
Telphone: 843/727-6500

*Special Counsel for ZAI Claimants*