IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 20529** |
| | ) | |

## DECLARATION OF SERVICE

I, Kathleen M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3. On the 15th of January, 2009 under my direction and supervision, service of the *Certificate of Counsel re Revised Order and Notice Relating to ZAI Motion for Preliminary Approval of ZAI Class Settlement and Provisional Class Certification* was served upon the parties listed on the attached Service List ("Exhibit A") in the manner indicated.

I declare under penalty of perjury that the foregoing is true and correct.


Date:  January 15, 2009                          By:  *Kathleen Davis*
       Wilmington, Delaware                           Kathleen M. Davis