**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 15, 2009

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      11335

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 12/1/2008 | JAW | detailed review of Kirkland and Ellis' September 2008 monthly invoice (9.1) | 9.10 | 1,365.00 |
|  | CR | Update database with Tre Angeli monthly invoice for 10.08 and Orrick 10.08 and Phillips 30th interim app 7/1/08-9/30/08. | 0.40 | 18.00 |
|  | CR | draft e-mail to B. Ruhlander re: Project Summary Data Worksheet for 29th Interim | 0.10 | 4.50 |
|  | CR | Update database with 30th interim apps for Hamilton, Bilzin, Reed, Caplin, Campbell, LAS, AKO, Charter Oak, PwC, K&E, Piper, Tre Angeli, and monthly invoices for PwC 9/30/08, Capstone 9.08, Holme 5.08, Phillips 8.08, D.Morris 10.08, Ogilvy 10.08, BMC 7.08, Holme 4.08 and Protiviti 10.08 | 1.00 | 45.00 |
|  | BSR | draft final report re Caplin & Drysdale for the 29th interim period | 0.50 | 130.00 |
|  | BSR | receive and review Caplin & Drysdale's response to initial report (29th) | 0.30 | 78.00 |
|  | BSR | draft exhibit with fee and expense recommendations (29th) | 0.80 | 208.00 |
|  | BSR | draft e-mail to Myrtle John re BMC final report (29th) | 0.10 | 26.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 2 |
| 12/1/2008 | BSR | research docket and database for status of final reports | 0.20 | 52.00 |
| | CR | Electronic filing with court of BMC 29th Interim Final Report | 0.30 | 13.50 |
| | CR | Update database with e-detail response Caplin 29th interim | 0.20 | 9.00 |
| 12/2/2008 | WHS | detailed review of FR Caplin 29Q 4-6.08 | 0.40 | 118.00 |
| | CR | Update database with e-detail Reed 10.08 | 0.20 | 9.00 |
| | CR | draft Project Summary Data Summary Worksheet 29th Interim | 2.50 | 312.50 |
| | BSR | draft fee and expense charge with recommendations (29th) | 0.10 | 26.00 |
| | BSR | draft e-mail to Cherie Rogers re additional information needed for project category spreadsheet | 0.30 | 78.00 |
| | BSR | draft final report re Caplin & Drysdale for the 29th interim period | 2.20 | 572.00 |
| | JAW | detailed review of Kirkland and Ellis' September 2008 monthly invoice (7.0) | 7.00 | 1,050.00 |
| | CR | draft e-mail to W.H. Smith re: 29th Final Report for Caplin | 0.10 | 4.50 |
| 12/3/2008 | JAW | draft summary of Kirkland & Ellis' September 2008 fee application (9.4) | 9.40 | 1,410.00 |
| | CR | draft Project Category Summary Data Spreadsheet for 29th Interim | 4.00 | 500.00 |
| | CR | Electronic filing with court of Caokun 29th Interim Final Report | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                                   Page     3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/3/2008 | BSR | research server for applications missing from file for the 30th interim period | 1.00 | 260.00 |
| 12/4/2008 | JAW | detailed review of Anderson Kill's September 2008 fee application (1.5); draft summary of same (0.1) | 1.60 | 240.00 |
|  | JAW | detailed review of Bilzin, Sumberg's July 1, 2008 - September 30 2008 interim fee application (1.4); draft summary of same (0.7) | 2.10 | 315.00 |
|  | CR | draft Project Category Summary Data Spreadsheet for 29th interim | 5.00 | 625.00 |
|  | BSR | research server for applications (30th interim and monthlies) | 1.40 | 364.00 |
|  | CR | Update database with Foley 30th Interim | 0.20 | 9.00 |
| 12/5/2008 | BSR | receive and review project category spreadsheet for the 29th interim period | 0.40 | 104.00 |
|  | BSR | research docket for information needed to complete project category spreadsheet for the 29th interim period | 1.60 | 416.00 |
|  | CR | draft Project Category Summary Data Spreadsheet | 3.00 | 375.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill inquiring as to any objections to our final reports (29th); research docket for any objections | 0.20 | 52.00 |
| 12/7/2008 | BSR | draft project category spreadsheet (specifically compiling missing information needed to complete the spreadsheet) | 1.50 | 390.00 |
|  | BSR | telephone conferences with Jeff Allgood and Lisa Hamm re completion of project category spreadsheet (29th); forward pertinent information to Lisa Hamm | 0.30 | 78.00 |
|  | LMH | telephone conference with B. Ruhlander re: updating spreadsheet for 29th interim period for debtors' counsel. | 0.10 | 15.00 |
| 12/8/2008 | JBA | telephone conference with B. Ruhlander re: Project Category Spreadsheet for 29th Interim | 0.20 | 9.00 |

| W.R. Grace & Co. | | | | Page | 4 |
|---|---|---|---:|---:|---|
| | | | **Hours** | **Amount** | |
| 12/8/2008 | BSR | receive and review various versions of the project category spreadsheet and make revisions to same (3.0); multiple telephone conferences and email exchanges with Cherie Rogers re same (1.0) | 4.00 | 1,040.00 | |
| | CR | Update database with 30th Project Summary Data Worksheet | 0.50 | 62.50 | |
| | LMH | telephone conference with B. Ruhlander re: updating 29th interim period spreadsheet for debtors' counsel. | 0.10 | 15.00 | |
| | CR | Update database with Phillips 9.08 | 0.20 | 9.00 | |
| 12/9/2008 | BSR | detailed review of Reed Smith 30th interim fee application | 0.10 | 26.00 | |
| | BSR | detailed review of Towers Perrin Tillinghast's monthly fee applications for July-Sept 2008 | 0.30 | 78.00 | |
| | BSR | detailed review of Woodock Washburn's monthly fee applications for July - Sept. 2008 | 0.20 | 52.00 | |
| | BSR | receive and review project category spreadsheet (29th) and make corrections/revisions to same; multiple telephone conferences and emails with Cherie Rogers re same | 2.90 | 754.00 | |
| | BSR | detailed review of Steptoe and Johnsons July, August and Sept. 2008 monthly fee applications | 0.60 | 156.00 | |
| | BSR | detailed review of Strook monthly fee applications for July - Sept. 2008 | 0.10 | 26.00 | |
| | BSR | detailed review of Sullivan's July - Sept. 2008 monthly fee applications | 0.30 | 78.00 | |
| | BSR | draft initial report re Towers Perrin Tillinghast for the 30th interim period | 0.30 | 78.00 | |
| | BSR | detailed review of Tre Angeli's 30th interim fee application and monthly applications for same | 0.20 | 52.00 | |
| | BSR | draft initial report re Tre Angeli for the 30th interim period | 0.20 | 52.00 | |

W.R. Grace & Co. Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/9/2008 | BSR | draft initial report re Woodcock Washburn for the 30th interim period | 0.20 | 52.00 |
| 12/10/2008 | LMH | telephone conference with J. Allgood re: court-required spreadsheet for quarterly fee applications. | 0.10 | 15.00 |
| | DTW | Review and revise 30th initial reports for Woodcock, Tre Angeli and Towers (.2). | 0.20 | 33.00 |
| | CR | Update database with e-detail BMC 29th response | 0.30 | 13.50 |
| | CR | Update database with e-detail Morrison 29th response | 0.30 | 13.50 |
| | DTW | Review and revise 30th initial reports for Woodcock, Tre Angeli and Towers (.2). | 0.20 | 33.00 |
| | BSR | detailed review of Ogilvy's August and Sept. 2008 monthly fee applications and 30th interim fee application | 0.70 | 182.00 |
| | BSR | draft initial report re Ogilvy Renault for the 30th interim period | 0.30 | 78.00 |
| | BSR | detailed review of Piper Jaffray's 30th interim fee application and monthly invoices | 0.20 | 52.00 |
| | CR | Update database with e-detail, Kramer 10.08, Buchanan 10.08 | 0.40 | 18.00 |
| | CR | Update database with e-detail Bilzin 10.08 | 0.20 | 9.00 |
| | CR | Update database with E-Detail Stroock 10.08, Piper 10.08, Austern 10.08, Towers 10.08 | 0.40 | 18.00 |
| | CR | Update database with e-detail,Stroock 30th Interim 7/1/08-9/30/08, Capstone 10.8 and 30th Interim and Hamilton 10.08 | 0.50 | 22.50 |
| 12/11/2008 | BSR | detailed review of PwC's July 2008 monthly fee application | 0.60 | 156.00 |

W.R. Grace & Co.                                                                                                    Page      6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/11/2008 | JAW | detailed review of Orrick Herrington's October 2008 fee application (3.2) | 3.20 | 480.00 |
|  | DTW | Review and revise 30th initial report Ogilvy (.1). | 0.10 | 16.50 |
|  | DTW | Review and revise 30th initial report Ogilvy (.1). | 0.10 | 16.50 |
| 12/12/2008 | BSR | detailed review of PwC's July monthly fee application; draft email to PwC's counsel inquiring as to fee detail for August 2008 monthly fee application | 1.20 | 312.00 |
|  | BSR | draft e-mail to Jeff Allgood and Warren Smith re 2009 hearing dates | 0.20 | 52.00 |
|  | JAW | detailed review of Orrick Herrington's October 2008 fee application (1.0); draft summary of same (0.6) | 1.60 | 240.00 |
|  | WHS | receive and review amended agenda | 0.10 | 29.50 |
|  | BSR | research docket for any objections to our final reports | 0.30 | 78.00 |
| 12/15/2008 | BSR | draft initial report re PwC for the 30th interim period | 0.40 | 104.00 |
|  | BSR | detailed review of PwC's August 2008 fee detail | 0.30 | 78.00 |
|  | BSR | research server and docket for fee detail to Sept. 2008 Protiviti fee application; draft email to Marie Hendrixson inquiring as to same | 0.30 | 78.00 |
|  | BSR | detailed review of Protiviti's July and August 2008 monthly fee applications | 0.40 | 104.00 |
|  | BSR | detailed review of Pachulski's July and August 2008 monthly fee applications | 0.50 | 130.00 |
|  | BSR | telephone conference with Jeff Allgood and Warren Smith re items on hearing agenda | 0.10 | 26.00 |

| W.R. Grace & Co. | | | Page | 7 |
|---|---|---|---|---|
| | | | **Hours** | **Amount** |
| 12/15/2008 WHS | prepare for and appear by telephone at fee app hearing | | 0.40 | 118.00 |
| BSR | detailed review of Phillips Goldman & Spence's July, Aug. and Sept. 2008 monthly fee applications | | 0.60 | 156.00 |
| 12/16/2008 DTW | Review and revise PwC 30th initial report (.1). | | 0.10 | 16.50 |
| 12/17/2008 BSR | detailed review of Anderson Kill & Olick's 30th interim fee application (including monthly invoices) | | 1.00 | 260.00 |
| BSR | draft initial report re Anderson Kill & Olick's 30th interim fee application | | 0.60 | 156.00 |
| LMH | telephone conference with B. Ruhlander re: hearing spreadsheet, and draft e-mail to J. Allgood re: same. | | 0.10 | 15.00 |
| 12/18/2008 CR | Update database with 30th Interim app for Bilzin 7/1/08-9/30/08 and monthly invoices for Holme 5.08 and 4.08 | | 0.20 | 9.00 |
| CR | Update database with E-Detail for PwC 10.08, PwC 8.08, Protiviti 11.08, Phillips 10.08, Reed 10.08 , Austern 7/1/08-9/30/08, Capstone 9.08, Kramer 7/1/08-9/30/08, Duane Morris 10.08, Ogilvy 10.08, 30th Interim apps for Orrick, Piper and Tre Angeli | | 1.00 | 45.00 |
| CR | Update database with Summaries received from J. Wehrmann: K&E 9.08, Anderson 9.08, Bilzin 7/1/08-9/30/08 | | 0.40 | 18.00 |
| CR | Prepare and serve 30th Interim Initial Report for AKO | | 0.50 | 22.50 |
| DTW | Review and revise Anderson Kill 30th initial report (.1). | | 0.10 | 16.50 |
| 12/19/2008 BSR | detailed review of Campbell & Levine's July 2008 monthly fee application | | 0.20 | 52.00 |
| CR | Update database with interim apps for Stroock 7/1/08-9/30/08 and Capstone 7/1/08-9/30/08 | | 0.30 | 13.50 |
| BSR | detailed review of David Austern's July, Aug. and Sept. 2008 monthly fee applications | | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                      Page    8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | | **Hours** | **Amount** |
| 12/19/2008 | BSR | detailed review of Beveridge & Diamond's July, Aug. and Sept. 2008 monthly fee applications | 0.50 | 130.00 |
| | BSR | detailed review of Bilzin Sumberg's monthly fee applications for Aug. and Sept. 2008 | 0.60 | 156.00 |
| | BSR | detailed review of BMC's July 2008 monthly fee application | 0.30 | 78.00 |
| | BSR | detailed review of Buchanan Ingersoll & Rooney's August and Sept. 2008 monthly fee applications | 0.40 | 104.00 |
| 12/22/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (9.1) | 9.10 | 1,365.00 |
| 12/23/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (4.6) | 4.60 | 690.00 |
| | CR | Update database with monthly invoices for Campbell 10.08, Bilzin 10.08, Woodcock 7/1/08-9/30/08, Committee of Asbestos PI 7/1/08-9/30/08, Reed Smith 10.08, Ferry 10.08, Hamilton 10.08, LAS 10.08, Charter Oak 10.08, Caplin 10.08, AKO 10.08, Pachulski 9.08, Nelson 10.08,Protiviti 11.08, Woodcock 10.08, Holme 6.08, Casner 10.08 | 1.20 | 54.00 |
| 12/24/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (8.1) | 8.10 | 1,215.00 |
| | CR | Update database with Towers 7/1/08-9/30/08 30th interim app, Capstone 10.08, Holme 4/1/08-6/30/08 29th Interim App, Caplin response to 29th Interim Initial Report, Piper 10.08, Auster 10.08, Bilizin, Phillips 10.08, Stroock 10.08, Tre Angeli 10.08, Orrick 10.08, Pitney 10.08, Buchanan 10.08, Foley 10.08, Kramer 108.08 | 1.00 | 45.00 |
| 12/26/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (7.8) | 7.80 | 1,170.00 |
| 12/27/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (2.1); draft summary of same (4.8) | 6.90 | 1,035.00 |
| 12/29/2008 | BSR | detailed review of Caplin & Drysdale's 30th interim fee application and monthly fee applications | 1.40 | 364.00 |

W.R. Grace & Co.            Page    9

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/29/2008 | BSR | detailed review of Campbell & Levine's 30th interim fee application and August and Sept. 2008 monthly fee applications | 0.50 | 130.00 |
|  | JAW | draft summary of Kirkland & Ellis' October 2008 fee application (3.0) | 3.00 | 450.00 |
|  | CR | draft Project Category Summary Data Worksheet for 30th Interim | 2.50 | 312.50 |
| 12/30/2008 | CR | update database with Foley 30th Interim app, Ferry 30th Interim App, Scott Law 4/1/08-4/30/08, Foley 7.08-9.08, Ferry 7.08 | 0.30 | 13.50 |
| 12/31/2008 | CR | draft Project Category Summary Data Spreadsheet 30th Interim | 3.00 | 375.00 |

**For professional services rendered**      **138.40 $22,850.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| Pacer Charges for December 2008 | 64.32 | 64.32 |

**Total costs**      **$64.32**

**Total amount of this bill**      **$22,914.32**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 32.10 | 260.00 | $8,346.00 |
| Cherie Rogers | 20.50 | 125.00 | $2,562.50 |
| Cherie Rogers | 10.00 | 45.00 | $450.00 |
| Doreen Williams | 0.80 | 165.00 | $132.00 |
| James A. Wehrmann | 73.50 | 150.00 | $11,025.00 |
| Jeff B. Allgood | 0.20 | 45.00 | $9.00 |
| Lisa M Hamm | 0.40 | 150.00 | $60.00 |
| Warren H Smith | 0.90 | 295.00 | $265.50 |