IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 2/4/09 @ 4:00 pm |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2008, THROUGH NOVEMBER 30, 2008**

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 11/03/2008 | JEM | Review and execute information disclosure statement (IDS) citing art to the United States Patent and Trademark Office. | 0.20 |
|---|---|---|---|
| 11/04/2008 | NG | Attendance to filing of the Information Disclosure Statement with the United States Patent and Trademark Office on November 4, 2008. | 1.00 |

SERVICES $ 282.00

| | JEM | JOHN E. MCGLYNN | 0.20 | hours @ | $435.00 |
|---|---|---|---|---|---|
| | NG | NOREEN GARONSKI | 1.0 | hours @ | $195.00 |

**INVOICE TOTAL** $ 282.00

## WRG-0089
## STUDY OF THIRD-PARTY PATENT RELATED
## TO OLEFIN POLYMERIZATION CATALYST

| 11/10/2008 | GHL | Further drafting of opinion of invalidity of third-party patent; | 2.50 |
|---|---|---|---|
| 11/16/2008 | DBH | Review prosecution history of third-party patent, and draft summary of the prosecution; | 5.50 |
| 11/17/2008 | DBH | Continued drafting of prosecution history composition; | 1.60 |
| 11/17/2008 | GHL | Further work on opinion of invalidity of third-party patent on catalyst component; | 1.20 |
| 11/18/2008 | GHL | Further work on opinion of invalidity; | 0.60 |
| 11/21/2008 | GHL | Further work on invalidity opinion, including finalizing claim chart of disclosures of primary reference versus all limitations of the dependent claims of the subject third-party patent; | 1.70 |
| 11/24/2008 | GHL | Further work on invalidity opinion; | 1.60 |
| 11/26/2008 | GHL | Further work on invalidity opinion. | 1.30 |

                              SERVICES                  $    7,167.50

|  | GHL | GARY H. LEVIN | 8.90 | hours @ | $570.00 |
|---|---|---|---|---|---|
|  | DBH | DAVID B. HOFFMAN | 7.10 | hours @ | $295.00 |

**INVOICE TOTAL**                            $    7,167.50

## WRG-0090
## CATALYST ON SILICA-CLAD ALUMINA SUPPORT

| | | | |
|---|---|---|---|
| 11/04/2008 | GHL | Preparation of patent application on this disclosure, including review of invention disclosure material and background materials as received from Mr. Maggio; review of related, pending Grace patent application, initial review of prior art references identified in search report on the subject matter of the invention disclosure; and discussion with associate assigned to drafting the application (John Harrelson); | 1.10 |
| 11/14/2009 | JAH | Reviewing the disclosure material, conference call with Gary Levin concerning same; | 1.30 |
| 11/17/2009 | JAH | Review and analysis of the disclosure material; | 0.80 |
| 11/18/2009 | JAH | Review and analysis of disclosure material and art; | 1.00 |
| 11/20/2009 | JAH | Review and analysis of the disclosure material, conference call with inventor Steve Schmidt and Gary Levin; | 1.50 |
| 11/21/2008 | GHL | Further review of invention disclosure materials and participation in telephone conference with inventor Steve Schmidt to obtain further information regarding the inventions; | 0.80 |
| 11/24/2008 | JAH | Drafting working set of claims for the invention; | 1.80 |
| 11/25/2008 | GHL | Review and revision to set of draft claims, and office conference with Mr. Harrelson regarding scope; | 0/50 |
| 11/25/2008 | JAH | Drafting and editing claims, consulting with Gary Levin concerning same; | 4.00 |
| 11/26/2008 | JAH | Further revisions to draft claims, consulting with Gary Levin concerning same. | 1.80 |

SERVICES $ 5,638.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 2.40 | hours @ | $570.00 |
| | JAH | JOHN A. HARRELSON | 12.20 | hours @ | $350.00 |

**DISBURSEMENTS:**
POSTAGE & DELIVERY                                          $    14.12

DISBURSEMENT TOTAL                                          $    14.12
SERVICE TOTAL                                               $ 5,638.00

**INVOICE TOTAL**                                           $ 5,652.12

# WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| 11/26/2008 | GHL | Preliminary review of materials, as received from Mr. Cross, relating to third-party patents and applications on particulate conveyancing systems, including review of previous agreement between Grace and third party on conveyancing equipment, review of Mr. Cross's summary of current issues, and preliminary review of patents/applications involved. | 1.40 |
|---|---|---|---|

SERVICES $ 5,638.00

| | GHL | GARY H. LEVIN | 2.40 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **5,638.00**

## WRG-GENERAL

| 11/06/2008 | GHL | Review of proposed warranty to be given to third-party regarding accuracy of technical information generated by Grace, including telephone conference with Mr. Maggio on November 6 to receive background information on the issue; review of confidentiality agreement and correspondence between Grace and the third-party, as received from Mr. Maggio, review of the proposed warranty language in context of same; | 0.50 |
|---|---|---|---|
| 11/07/2008 | GHL | Prepare revisions to proposed release letter, and telephone conference and email communication with Mr. Maggio regarding same; | 0.50 |
| 11/14/2008 | GHL | Preparation of Quarterly Summary for fee applications. | 0.40 |

SERVICES $ 798.00

| | GHL | GARY H. LEVIN | 1.40 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ 798.00