IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Related to Docket No. 15421, 20335, 15209, 15210 |

## ORDER DENYING MOTION TO ALTER OR AMEND AS MOOT
## [re: COURT'S ORDER AND MEMORANDUM OPINION DISALLOWING AND EXPUNGING 71 CLAIMS ENTERED ON APRIL 17, 2007]

AND NOW, this 16th day of January, 2008, it is ORDERED, ADJUDGED and DECREED that the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Docket No. 15421], filed by Speights & Runyan on April 27, 2007, is hereby denied as moot.

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald    hmab
United States Bankruptcy Judge