IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket Nos. 17685, 17807, 19984, 20210 20332 20290 |
| | ) 12/15/08 Agenda Item No. 10 |

## ORDER DISMISSING MOTION OF CITY OF CHARLESTON, SOUTH CAROLINA FOR RELIEF FROM THE AUTOMATIC STAY

This matter having come before the Court on the City of Charleston, South Carolina ("Charleston") *Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay* (Dkt. No. 17685) (the "Stay Motion") and the *Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay* (Dkt. No. 17807) (the "Objection"), the Court having reviewed the Stay Motion, the Debtors' Objection, and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the December 15, 2008 hearing, the Stay Motion and the Objection are dismissed as moot due to the approval of the Sale Motion.

Dated: ~~December ___, 2008~~

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
rmab

DOCS_DE:143328.1