IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | Chapter 11 |
| W. R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| Debtors. | : | (Jointly Administered) |
| | : | Objection Deadline: February 6, 2009 at 4:00 p.m. |
| | x | Hearing Date: February 23, 2009 at 10:30 a.m. |

## NOTICE OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.'S MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on January 16, 2009, Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. filed a Motion for an Order Modifying the Automatic Stay (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order approving the Motion must file a response or an objection to the Motion with the Court **ON OR BEFORE February 6, 2009 at 4:00 p.m. (EST)**. At that same time, you must also serve a copy of the response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **February 23, 2009 AT 10:30 A.M.** (EST) BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND TO THE OBJECTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

January 16, 2009

                SMITH, KATZENSTEIN & FURLOW LLP

                */s/ Kathleen M. Miller*

                Kathleen M. Miller (I.D. No. 2898)
                Etta R. Wolfe (I.D. No. 4164)
                The Corporate Plaza
                800 Delaware Avenue, 10th Floor
                P.O. Box 410 (Courier 19801)
                Wilmington, De 19899
                Telephone: (302) 652-8400
                Facsimile: (302) 652-8405
                Email: kmiller@skfdelaware.com

                Steve A. Peirce, Bar No. 15731200
                FULBRIGHT & JAWORSKI L.L.P.
                300 Convent Street, Suite 2200
                San Antonio, TX 78205-3792
                Telephone: (210) 224-5575
                Facsimile: (210) 270-7205
                Email: speirce@fulbright.com