## SUMMARY OF EXHIBITS

| EXHIBIT NO. | SUMMARY |
|---|---|
| K1 | Plaintiff's Third Amended Original Petition |
| K2 | Defendants' Seventh Amended Original Answer, Verified Denials, Affirmative Defenses, and Counterclaims |
| K3 | Amended Final Judgment |
| K4 | Notice of Appeal of Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services |
| K5 | Plaintiff's Notice of Appeal |
| K6 | Abatement Order |
| K7 | Merger Agreement (w/out attachments) |
| K8 | Letter from Dept. of Justice (w/out attachments) |
| K9 | List of Policies |
| K10 | Relevant pages from Continental Casualty CCP 902-36-70 (6/30/73-6/30/76) |
| K11 | Relevant pages from Continental Casualty CCP 248-3440 (6/30/76-6/30/83) |
| K12 | Relevant pages from Continental Casualty CCP 248-3440 (6/30/83-6/30/88) |
| K13 | Relevant pages from American Employers' EY-8220-005 (6/30/71-6/30/74) |
| K14 | Relevant pages from The Home HEC 9 91 99 45 (6/30/71-6/30/74) |
| K15 | Relevant pages from INA XCP 37 45 (6/30/71-6/30/74) |
| K16 | Relevant pages from Continental Casualty RDX 893-68-33 (8/9/73-6/30/74) |
| K17 | Relevant pages from Unigard 1-2517 (6/30/74-6/30/75) |
| K18 | Relevant pages from Continental Casualty RDX 033 915 66 45 |
| K19 | Relevant pages from Northbrook 63-001-170 (6/30/75-6/30/76) |
| K20 | Relevant pages from Northbrook 63-001-171 (6/30/75-6/30/76) |
| K21 | Relevant pages from New Hampshire 5175-0444 (6/30/75-6/30/76) |
| K22 | Relevant pages from Central National CNU 12-33-83 (6/30/75-6/30/76) |
| K23 | Relevant pages from Admiral Insurance Company 75 DD 0164 (SCX 0369) (6/30/75-6/30/76) |
| K24 | Relevant pages from Northbrook 63-001-172 (6/30/75-6/30/76) |
| K25 | Relevant pages from New Hampshire 5175-0445 (6/30/75-6/30/76) |
| K26 | Relevant pages from First State 922099 (6/30/75-6/30/76) |
| K27 | Relevant pages from California Union ZCX 0001391 (Cover Sheet 34078) (6/30/75-6/30/76) |
| K28 | Relevant pages from Lloyd's 76 DD 1594C (6/30/76-6/30/79) |
| K29 | Relevant pages from Northbrook 63-002-048 (6/30/76-6/30/79) |
| K30 | Relevant pages from Lloyd's 76 DD 1595C (6/30/76-6/30/79) |
| K31 | Relevant pages from Prudential DXC 901145 (6/30/76-6/30/77) |
| K32 | Relevant pages from Prudential DXC DX 0250 (6/30/77-6/30/78) |
| K33 | Relevant pages from Lloyd's 77 DD 1631C (6/30/77-6/30/78) |
| K34 | Relevant pages from Lexington 550-63-39 (6/30/77-6/30/78) |
| K35 | Relevant pages from Prudential DXC DX 0251 (6/30/77-6/30/78) |
| K36 | Relevant pages from Lloyd's 78 DD 1417C (6/30/78-6/30/79) |

| EXHIBIT NO. | SUMMARY |
|---|---|
| K37 | Relevant pages from Lexington 5510442 (6/30/78-6/30/79) |
| K38 | Relevant pages from Granite State 6178-0491 (6/30/78-6/30/79) |
| K39 | Relevant pages from Gerling-Konzern 01/49/99/6282 (6/30/78-6/30/79) |
| K40 | Relevant pages from Lloyd's 79 DD 1633C (6/30/79-6/30/82) |
| K41 | Relevant pages from Northbrook 63-005-793 (6/30/79-6/30/82) |
| K42 | Relevant pages from Lloyd's 79 DD 1634C (6/30/79-6/30/80) |
| K43 | Relevant pages from Lexington 5514585 (6/30/79-6/30/80) |
| K44 | Relevant pages from Granite State 6179-1383 (6/30/79-6/30/80) |
| K45 | Relevant pages from Northbrook 63-005-794 (6/30/79-6/30/80) |
| K46 | Relevant pages from Lloyd's 80 DD 1643C (6/30/80-6/30/82) |
| K47 | Relevant pages from Lexington 5540469 (6/30/80-6/30/82) |
| K48 | Relevant pages from Granite State 6480-5013 (6/30/80-6/30/81) |
| K49 | Relevant pages from Northbrook 63-006-854 (6/30/80-6/30/81) |
| K50 | Relevant pages from Transit SCU 955-565 (6/30/80-6/30/81) |
| K51 | Relevant pages from Granite State 6481-5220 (6/30/81-6/30/82) |
| K52 | Relevant pages from Northbrook 63-008-153 (6/30/81-6/30/82) |
| K53 | Relevant pages from Transit SCU 955-978 (6/30/81-6/30/82) |
| K54 | Relevant pages from Lloyd's KYO 17582 (6/30/82-6/30/85) |
| K55 | Relevant pages from Transit UMB 950-239 (6/30/82-6/30/85) |
| K56 | Relevant pages from Lloyd's KYO 17782 (6/30/82-6/30/85) |
| K57 | Relevant pages from Transit SCU 956-259 (6/30/82-6/30/83) |
| K58 | Relevant pages from Granite State 6482-5442 (6/30/82-6/30/83) |
| K59 | Relevant pages from Transit SCU 956-535 (6/30/83-6/30/84) |
| K60 | Relevant pages from Granite State 6483-5666 (6/30/83-6/30/84) |
| K61 | Relevant pages from Pacific XMO 01 72 04 (6/30/84-6/30/85) |
| K62 | Relevant pages from Granite State 6484-5867 (6/30/84-6/30/85) |
| K63 | Relevant pages from Pacific XCC 01 22 83 (6/30/84-6/30/85) |
| K64 | Relevant pages from Transit SCU 956-881 (6/30/84-6/30/85) |
| K65 | Relevant pages from Continental Casualty RDX 178-45-29 (6/30/84-6/30/85) |
| K66 | Relevant pages from Pacific XMO 017211 (6/30/85-6/30/86) |
| K67 | Relevant pages from Pacific XCC 012315 (6/30/85-6/30/86) |