IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | X | Chapter 11 |
| W. R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| Debtors. | : | (Jointly Administered) |
| | : | Objection Deadline: February 6, 2009 at 4:00 p.m. |
| | X | Hearing Date: February 23, 2009 at 10:30 a.m. |

### ORDER GRANTING KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.'S MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY

On this day came on to be considered the Motion for an Order Modifying the Automatic Stay ("Motion") filed by Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. The Court, having considered the Motion and the pleadings on file, is of the opinion and finds that the Motion should be and hereby is in all things **GRANTED**. It is therefore,

ORDERED, that the automatic stay of 11 U.S.C § 362(a) be and hereby is modified to allow all parties, courts, and court personnel to take all actions necessary or convenient to litigate causes of actions and defenses, to otherwise prosecute and defend and to administer Appeal No. 05-00-01592-CV, in the Fifth District Court of Appeals, Dallas, Texas, including the filing of briefs, motions, argument, entering of opinions, orders, judgments, and mandates, and the prosecution of any post appellate proceedings, including proceedings before the Texas Supreme Court and any trial court proceedings on remand. It is further,

ORDERED that the automatic stay of 11 U.S.C § 362(a) be and hereby is modified to allow all parties, courts, and court personnel to take all actions necessary or convenient to litigate causes of actions and defenses, to otherwise prosecute and defend and to administer any claims by Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. under the

{08008{60164874.1

Policies (as defined in the Motion) for insurance coverage relating to the Otis Pipeline release.

Dated this ___ day of _____, 2009.

HONORABLE JUDITH K. FITZGERALD<br>
UNITED STATES BANKRUPTCY JUDGE