# EXHIBIT K4

Notice of Appeal of Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services

NO. 97-05135-J

| | | |
|---|---|---|
| GRACE ENERGY CORP. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | |
| KANEB PIPE LINE OPERATING PART-<br>NERSHIP, L.P.; SUPPORT TERMINAL<br>SERVICES, INC.; AND SUPPORT TER-<br>MINALS OPERATING PARTNERSHIP,<br>L.P. | §<br>§<br>§<br>§<br>§ | OF DALLAS COUNTY, TEXAS<br><br><br><br>191ST JUDICIAL DISTRICT |

## NOTICE OF APPEAL OF
## KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND
## SUPPORT TERMINAL SERVICES, INC.

Defendants Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. desire to appeal from the Amended Final Judgment signed on August 30, 2000 by the 191st District Court, Dallas County, Texas, in Cause No. 97-05135-J, styled *Grace Energy Corp. v. Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.* This appeal is taken to the Fifth Court of Appeals sitting at Dallas, Texas.

MILLS ★ PRESBY & ASSOCIATES

By: _____
Ellen A. Presby
State Bar No. 16249600
5910 North Central Expressway
Dallas, TX 75206-5142
Telephone:   (214) 265-9265
Telecopier:   (214) 363-3167

NOTICE OF APPEAL OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT
TERMINAL SERVICES, INC.
Page 1
noa.gra

006492

008493

FULBRIGHT & JAWORSKI L.L.P.
Joy M. Soloway
State Bar No. 18838700
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

Attorneys for KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. and SUPPORT TERMINAL SERVICES, INC.

NOTICE OF APPEAL OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.
Page 2
noa.gra

008493

## CERTIFICATE OF SERVICE

In compliance with TEX. R. APP. P. 9.5 and 25.1(e), and the Texas Rules of Civil Procedure, I served a copy of the above and foregoing Notice of Appeal on the following parties on the 2nd day of October, 2000:

Mr. John M. Pease
COWLES & THOMPSON, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202
Attorneys for Plaintiff,
GRACE ENERGY CORP.
**Via Certified Mail,
Return Receipt Requested**

Mr. Ross Spence
Crady, Jewett & McCulley L.L.P.
909 Fannin, Suite 1400
Houston, TX 77010-1006
Attorneys for Plaintiff,
GRACE ENERGY CORP.
**Via Certified Mail,
Return Receipt Requested**

Ms. Lisa Matz, Clerk
FIFTH COURT OF APPEALS
2nd Floor, George L. Allen Sr. Building
600 Commerce Street
Dallas, TX 75204
**Via Hand Delivery**

Ellen A. Presby

NOTICE OF APPEAL OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.
Page 3
noa.gra