# EXHIBIT K6

Abatement Order

Order issued May  7  , 2001



In The
## Court of Appeals
### Fifth District of Texas at Dallas

No. 05-00-01592-CV

**KANEB PIPE LINE OPERATING PARTNERSHIP, L.P.
AND SUPPORT TERMINAL SERVICES, INC., Appellants/Cross-Appellees**

V.

**GRACE ENERGY CORPORATION, Appellee/Cross-Appellant**

V.

**SUPPORT TERMINALS OPERATING PARTNERSHIP, L.P., Appellee**

## ORDER

The Court has been notified that appellee/cross-appellant Grace Energy Corporation is currently the subject of a proceeding under Chapter 11 of the United States Bankruptcy Code, Case No. 01-1166, pending in the United States Bankruptcy Court for the District of Delaware. Pursuant to Texas Rule of Appellate Procedure 8.2, appellee/cross-appellant's bankruptcy suspends the appeal until the appellate court reinstates or severs the appeal in accordance with federal law.

Accordingly, for administrative purposes, we **ABATE** this appeal and will treat the case as closed. If permitted by federal law or the bankruptcy court, the appeal may be reinstated on prompt

motion by any party showing that the appeal is not subject to a stay and specifying what further action, if any, is required from this Court.

In the event the appeal is not reinstated, the parties are **ORDERED** to file with the Court, upon completion of appellee/cross-appellant's bankruptcy proceeding, either a motion to dismiss or a letter informing the Court of the completion of the bankruptcy proceeding.

MARK WHITTINGTON
JUSTICE