# EXHIBIT K9

## THE GEC POLICIES
### June 30, 1971 – June 30, 1988

## PRIMARY LIABILITY POLICIES

**Continental Casualty Company (CNA)**
CCP 902-36-70 (6/30/73-6/30/76): Tab 1 (Bates Nos. GEC 029630 - GEC 029746)
CCP 248-3440 (6/30/76-6/30/83): Tab 2 (Bates Nos. GEC 029747 - GEC 030020)
CCP 248-3440 (6/30/83-6/30/88): Tab 3 (Bates Nos. GEC 030188 - GEC 030301)

## EXCESS/UMBRELLA LIABILITY POLICIES

**Admiral Insurance Company**
75 DD 0164 (SCX 0369) (6/30/75-6/30/76): Tab 10D (Bates Nos. GEC 025038 - GEC 025045)

**American Employers' Insurance Company**
EY-8220-005 (6/30/71-6/30/74): Tab 4 (Bates Nos. GEC 024585 - GEC 024629)

**California Union Insurance Company**
ZCX 0001391 (Cover Sheet 34078) (6/30/75-6/30/76): Tab 11D (Bates Nos. GEC 025070 - GEC 025071)

**Central National Insurance Company of Omaha**
CNU 12-33-83 (6/30/75-6/30/76): Tab 10C (Bates Nos. GEC 025032 - GEC 025037)

**Continental Casualty Company (CNA)**
RDX 893-68-33 (8/9/73-6/30/74): Tab 6B (Bates Nos. GEC 024648 - GEC 024649)
RDX 033 915 66 45 (6/30/74-6/30/77): Tabs 8, 12 and 15 (Bates Nos. GEC 024736 - GEC 024742, GEC 025072 – GEC 025078, and GEC 025408 – GEC 025414)
RDX 178-45-29 (6/30/84-6/30/85): Tab 29D (Bates Nos. GEC 028842 - GEC 028852)

**First State Insurance Company**
922099 (6/30/75-6/30/76): Tab 11C (Bates Nos. GEC 025063 - GEC 025069)

**Gerling-Konzern**
01/49/99/6282 (6/30/78-6/30/79): Tab 19D (Bates No. GEC 026197)

**Granite State Insurance Company**
6178-0491 (6/30/78-6/30/79): Tab 19C (Bates Nos. GEC 026189 - GEC 026196)
6179-1383 (6/30/79-6/30/80): Tab 21C (Bates Nos. GEC 026615 - GEC 026622)
6480-5013 (6/30/80-6/30/81): Tab 22C (Bates Nos. GEC 027050 - GEC 027058)
6481-5220 (6/30/81-6/30/82): Tab 23A (Bates Nos. GEC 027464 - GEC 027472)
6482-5442 (6/30/82-6/30/83): Tab 25C (Bates Nos. GEC 028005 - GEC 028015)

6483-5666 (6/30/83-6/30/84): Tab 27B (Bates Nos. GEC 028402 - GEC 028411)
6484-5867 (6/30/84-6/30/85): Tab 29A (Bates Nos. GEC 028819 - GEC 028824)

**Home Insurance Company**
HEC 9 91 99 45 (6/30/71-6/30/74): Tab 5 (Bates Nos. GEC 024630 - GEC 024638)

**Insurance Company of North America (INA)**
XCP 37 45 (6/30/71-6/30/74): Tab 6A (Bates Nos. GEC 024639 - GEC 024647)

**Lexington Insurance Company**
550-63-39 (6/30/77-6/30/78): Tab 18B (Bates Nos. GEC 025776 - GEC 025784)
5510442 (6/30/78-6/30/79): Tab 19B (Bates Nos. GEC 026179 - GEC 026188)
5514585 (6/30/79-6/30/80): Tab 21B (Bates Nos. GEC 026604 - GEC 026614)
5540469 (6/30/80-6/30/82): Tab 22B (Bates Nos. GEC 027042 - GEC 027049)

**Lloyd's**
76 DD 1594C (6/30/76-6/30/79): Tab 13A (Bates Nos. GEC 026053 - GEC 026098)
76 DD 1595C (6/30/76-6/30/79): Tabs 14A1 and 14A2 (Bates Nos. GEC 025379 - GEC 025400, and GEC 026115 - GEC 026136)
77 DD 1631C (6/30/77-6/30/78): Tab 18A (Bates Nos. GEC 025740 - GEC 025775)
78 DD 1417C (6/30/78-6/30/79): Tab 19A (Bates Nos. GEC 026137 - GEC 026178)
79 DD 1633C (6/30/79-6/30/82): Tab 20A (Bates Nos. GEC 026497 - GEC 026549)
79 DD 1634C (6/30/79-6/30/80): Tab 21A (Bates Nos. GEC 026554 - GEC 026603)
80 DD 1643C (6/30/80-6/30/82): Tab 22A (Bates Nos. GEC 027017 - GEC 027041)
KYO 17582 (6/30/82-6/30/85): Tab 24A (Bates Nos. GEC 028307 - GEC 028360)
KYO 17782 (6/30/82-6/30/85): Tabs 25A1, 25A2 and 25A3 (Bates Nos. GEC 027963 - GEC 027995, GEC 028373 - GEC 028391, and GEC 028794 - GEC 028818)

**New Hampshire Insurance Company**
5175-0444 (6/30/75-6/30/76): Tab 10B (Bates Nos. GEC 025025 - GEC 025031)
5175-0445 (6/30/75-6/30/76): Tab 11B (Bates Nos. GEC 025056 - GEC 025062)

**Northbrook Excess and Surplus Insurance Company**
63-001-170 (6/30/75-6/30/76): Tab 9 (Bates Nos. GEC 024988 - GEC 025014)
63-001-171 (6/30/75-6/30/76): Tab 10A (Bates Nos. GEC 025015 - GEC 025024)
63-001-172 (6/30/75-6/30/76): Tab 11A (Bates Nos. GEC 025046 - GEC 025055)
63-002-048 (6/30/76-6/30/79): Tabs 13B1, 13B2 and 13B3  (Bates Nos. GEC 025356 - GEC 025378, GEC 025715 - GEC 025730, and GEC 026099 - GEC 026114)
63-005-793 (6/30/79-6/30/82): Tabs 20B1 and 20B2 (Bates Nos. GEC 026550 - GEC 026553, and GEC 027007 - GEC 027016)
63-005-794 (6/30/79-6/30/80): Tab 21D (Bates Nos. GEC 026623 - GEC 026629)
63-006-854 (6/30/80-6/30/81): Tab 22D (Bates Nos. GEC 027059 - GEC 027063)
63-008-153 (6/30/81-6/30/82): Tab 23B (Bates Nos. GEC 027473 - GEC 027483)

**Pacific Employers Group**
XMO 01 72 04 (6/30/84-6/30/85): Tab 28 (Bates Nos. GEC 028785 - GEC 028793)

XCC 01 22 83 (6/30/84-6/30/85): Tab 29B (Bates Nos. GEC 028825 - GEC 028831)
XMO 017211 (6/30/85-6/30/86): Tab 30 (Bates Nos. GEC 029337 - GEC 029344)
XCC 012315 (6/30/85-6/30/86): Tab 31 (Bates Nos. GEC 029358 - GEC 029360)

**Prudential Reinsurance Company**
DXC 901145 (6/30/76-6/30/77): Tab 14B (Bates Nos. GEC 025401 - GEC 025407)
DXC DX 0250 (6/30/77-6/30/78): Tab 17 (Bates Nos. GEC 025731 - GEC 025739)
DXC DX 0251 (6/30/77-6/30/78): Tab 18C (Bates Nos. GEC 025785 - GEC 025794)

**Transit Casualty Company**
SCU 955-565 (6/30/80-6/30/81): Tab 22E (Bates Nos. GEC 027064 - GEC 027069)
SCU 955-978 (6/30/81-6/30/82): Tab 23C (Bates Nos. GEC 027484 - GEC 027492)
UMB 950-239 (6/30/82-6/30/85): Tabs 24B and 26 (Bates Nos. GEC 027951 - GEC 027962, and GEC 028361 - GEC 028372)
SCU 956-259 (6/30/82-6/30/83): Tab 25B (Bates Nos. GEC 027996 - GEC 028004)
SCU 956-535 (6/30/83-6/30/84): Tab 27A (Bates Nos. GEC 028392 - GEC 028401)
SCU 956-881 (6/30/84-6/30/85): Tab 29C (Bates Nos. GEC 028832 - GEC 028841)

**Unigard Mutual Insurance Company**
1-2517 (6/30/74-6/30/75): Tab 7 (Bates Nos. GEC 024722 - GEC 024735)

**THE GEC POLICIES**
**CHRONOLOGICALLY, BY LAYER**
**June 30, 1971 – June 30, 1988**

| Primary Layer | Disk, Tab # | Primary Policies |
|---|---|---|
| 6/30/73 – 6/30/76 | Tab 1 | Continental Casualty CCP 902-36-70 (GEC 029630 – GEC 029746) |
| 6/30/76 – 6/30/83 | Tab 2 | Continental Casualty CCP 248-3440 (GEC 029747 – GEC 030020) |
| 6/30/83 – 6/30/88 | Tab 3 | Continental Casualty CCP 248-3440 (GEC 030188 – GEC 030301) |

| Excess Layers | Disk, Tab # | Excess Policies |
|---|---|---|
| | | **6/30/71-6/30/74** |
| First Layer Excess | Tab 4 | American Employers  EY-8220-005 (5M) (GEC 024585 – GEC 024629) |
| Second Layer Excess | Tab 5 | Home Insurance  HEC 9 91 99 45 (5M) (GEC 024630 – GEC 024638) |
| Third Layer Excess | Tab 6A Tab 6B | INA  XCP 37 45 (10M) (GEC 024639 – GEC 024647) Continental Casualty  RDX 893-68-33 (10M) (8/9/73-6/30/74) (GEC 024648 – GEC 024649) |
| | | **6/30/74 – 6/30/75** |
| First Layer Excess | Tab 7 | Unigard Mutual Insurance Company  1-2517  (10M) (GEC 024722 – GEC 024735) |
| Second Layer Excess | Tab 8 | Continental Casualty RDX 033 915 66 45  (10M) (GEC 024736 – GEC 024742) |
| | | **6/30/75-6/30/76** |
| First Layer Excess | Tab 9 | Northbrook  63-001-170  (1M) (GEC 024988 – GEC 025014) |

| Excess Layers | Disk, Tab # | Excess Policies |
|---|---|---|
| Second Layer Excess | Tab 10A | Northbrook 63-001-171 (1.5M) (GEC 025015 – GEC 025024) |
| | Tab 10B | New Hampshire 5175-0444 (1M) (GEC 025025 – GEC 025031) |
| | Tab 10C | Central National CNU 12-33-83 (1M) (GEC 025032 – GEC 025037) |
| | Tab 10D | Admiral 75 DD 0164 (SCX 039) (0.5M) (GEC 025038 – GEC 025045) |
| Third Layer Excess | Tab 11A | Northbrook 63 001 172 (3.5M) (GEC 025046 – GEC 025055) |
| | Tab 11B | New Hampshire 5175-0445 (0.625M) (GEC 025056 – GEC 025062) |
| | Tab 11C | First State 922099 (0.625M) (GEC 025063 – GEC 025069) |
| | Tab 11D | California Union ZCX 0001391 (0.25M) (Bowring Cover Note 34078) (GEC 025070 – GEC 025071) |
| Fourth Layer Excess | Tab 12 | Continental Casualty RDX 033 915 66 45 (10M) (GEC 025072 – GEC 025078) |
| **6/30/76-6/30/77** | | |
| First Layer Excess | Tab 13A | Lloyd's 76 DD 1594C (4M) (GEC 026053 – GEC 026098) |
| | Tab 13B1 | Northbrook 63-002-048 (1M) (GEC 025356 – GEC 025378) |
| Second Layer Excess | Tab 14A1 | Lloyd's 76 DD 1595C (4M) (GEC 025379 – GEC 025400) |
| | Tab 14B | Prudential Re DXC 901145 (1M) (GEC 025401 – GEC 025407) |
| Third Layer Excess | Tab 15 | Continental Casualty RDX 033 915 66 45 (10M) (GEC 025408 – GEC 025414) |
| **6/30/77-6/30/78** | | |
| First Layer Excess | Tab 13A | Lloyd's 76 DD 1594C (4M) (GEC 026053 – GEC 026098) |
| | Tab 13B2 | Northbrook 63-002-048 (1M) (GEC 025715 – GEC 025730) |
| Second Layer Excess | Tab 14A1 | Lloyd's 76 DD 1595C (5M) (GEC 025379 – GEC 025400) |
| Third Layer Excess | Tab 17 | Prudential Re DXC DX 0250 (5M) (GEC 025731 – GEC 025739) |

| Excess Layers | Disk, Tab # | Excess Policies |
|---|---|---|
| Fourth Layer Excess | Tab 18A | Lloyd's 77 DD 1631C (8M)<br>(GEC 025740 – GEC 025775) |
| | Tab 18B | *Lexington 550-63-39 (914mm as specified in Lloyd's 77 DD 1631C)<br>(GEC 025776 – GEC 025784) |
| | Tab 18C | Prudential Re  DXC DX 0251  (2M)<br>(GEC 025785 – GEC 025794) |
| **6/30/78-6/30/79** | | |
| First Layer Excess | Tab 13A | Lloyd's  76 DD 1594C (4M)<br>(GEC 026053 – GEC 026098) |
| | Tab 13B3 | Northbrook  63-002-048  (1M)<br>(GEC 026099 – GEC 026114) |
| Second Layer Excess | Tab 14A2 | Lloyd's  76 DD 1595C  (5M)<br>(GEC 026115 – GEC 026136) |
| Third Layer Excess | Tab 19A | Lloyd's  78 DD 1417C (9M)<br>(GEC 026137 – GEC 026178) |
| | Tab 19B | *Lexington  5510442 (773,100 as specified in Lloyd's 78 DD 1417C)<br>(GEC 026179 – GEC 026188) |
| | Tab 19C | Granite State  6178-0491  (5M)<br>(GEC 026189 – GEC 026196) |
| | Tab 19D | Gerling Konzern  01/49/99/6282  (1M)<br>(GEC 026197) |
| **6/30/79-6/30/80** | | |
| First Layer Excess | Tab 20A | Lloyd's  79 DD 1633C  (4M)<br>(GEC 026497 – GEC 026549) |
| | Tab 20B1 | Northbrook  63-005-793  (1M)<br>(GEC 026550 – GEC 026553) |
| Second Layer Excess | Tab 21A | Lloyd's 79 DD 1634C  (7.5M)<br>(GEC 026554 – GEC 026603) |
| | Tab 21B | *Lexington 5514585 (803,250 as specified in Lloyd's 79 DD 1634C)<br>(GEC 026604 – GEC 026614) |
| | Tab 21C | Granite State  6179-1383  (3.75M)<br>(GEC 026615 – GEC 026622) |
| | Tab 21D | Northbrook  63-005-794  (3.75M)<br>(GEC 026623 – GEC 026629) |
| **6/30/80-6/30/81** | | |
| First Layer Excess | Tab 20A | Lloyd's  79 DD 1633C  (4M)<br>(GEC 026497 – GEC 026549) |
| | Tab 20B2 | Northbrook  63-005-793  (1M)<br>(GEC 027007 – GEC 027016) |

3

| Excess Layers | Disk, Tab # | Excess Policies |
|---|---|---|
| Second Layer Excess | Tab 22A | Lloyd's  80 DD 1643C  (11.25M) (GEC 027017 – GEC 027041) |
| | Tab 22B | *Lexington  5540469  (1,201,500 as specified by Lloyd's 80 DD1643C) (GEC 027042 – GEC 027049) |
| | Tab 22C | Granite State  6480-5013  (4M) (GEC 027050 – GEC 027058) |
| | Tab 22D | Northbrook  63-006-854  (3.75M) (GEC 027059 – GEC 027063) |
| | Tab 22E | Transit  SCU 955-565  (1M) (GEC 027064 – GEC 027069) |
| | | **6/30/81-6/30/82** |
| First Layer Excess | Tab 20A | Lloyd's 79 DD 1633C  (4M) (GEC 026497 – GEC 026549) |
| | Tab 20B2 | Northbrook  63 005 793  (1M) (GEC 027007 – GEC 027016) |
| Second Layer Excess | Tab 22A | Lloyd's  80 DD 1643C  (11.25M) (GEC 027017 – GEC 027041) |
| | Tab 22B | *Lexington  5540469 (1,201,500 as specified by Lloyd's 80 DD 1643C) (GEC 027042 – GEC 027049) |
| | Tab 23A | Granite State  6481-5220  (4M) (GEC 027464 – GEC 027472) |
| | Tab 23B | Northbrook  63 008 153  (3.75M) (GEC 027473 – GEC 027483) |
| | Tab 23C | Transit  SCU 955-978  (1M) (GEC 027484 – GEC 027492) |
| | | **6/30/82-6/30/83** |
| First Layer Excess | Tab 24A | Lloyd's  KYO 17582  (4M) (GEC 028307 – GEC 028360) |
| | Tab 24B | Transit  UMB 950-239  (1M) (GEC 027951 – GEC 027962) |
| Second Layer Excess | Tab 25A1 | Lloyd's  KYO 17782  (11.25M) (GEC 027963 – GEC 027995) |
| | Tab 25B | Transit  SCU 956-259  (4.75M) (GEC 027996 – GEC 028004) |
| | Tab 25C | Granite State  6482-5442  (4M) (GEC 028005 – GEC 028015) |

| Excess Layers | Disk, Tab # | Excess Policies |
|---|---|---|
| **6/30/83-6/30/84** | | |
| First Layer Excess | Tab 24A | Lloyd's  KYO 17582  (4M) (GEC 028307 – GEC 028360) |
| | Tab 26 | Transit UMB 950-239  (1M) (GEC 028361 – GEC 028372) |
| Second Layer Excess | Tab 25A2 | Lloyd's KYO 17782 (11.25M) (GEC 028373 – GEC 028391) |
| | Tab 27A | Transit SCU  956-535  (4.75M) (GEC 028392 – GEC 028401) |
| | Tab 27B | Granite State  6483-5666  (4M) (GEC 028402 – GEC 028411) |
| **6/30/84-6/30/85** | | |
| First Layer Excess | Tab 24A | Lloyd's  KYO 17582  (4M) GEC 028307 – GEC 028360 |
| | Tab 26 | Transit  UMB 950-239  (0.75M) (GEC 028361 – GEC 028372) |
| | Tab 28 | Pacific  XMO 01 72 04  (0.25M) (GEC 028785 – GEC 028793) |
| Second Layer Excess | Tab 25A3 | Lloyd's  KYO 17782  (11.25M) (GEC 028794 – GEC 028818) |
| | Tab 29A | Granite State  6484-5867  (4.75) (GEC 028819 – GEC 028824) |
| | Tab 29B | Pacific  XCC 01 22 83  (1.75M) (GEC 028825 – GEC 028831) |
| | Tab 29C | Transit  SCU 956-881  (1.25M) (GEC 028832 – GEC 028841) |
| | Tab 29D | Continental Casualty RDX 178-45-29  (1M) (GEC 028842 – GEC 028852) |
| **6/30/85 – 6/30/86** | | |
| First Layer Excess | Tab 30 | Pacific  XMO 017211  (1M) (GEC 029337 – GEC 029344) |
| Second Layer Excess | Tab 31 | Pacific  XCC 012315  (1M) (GEC 029358 – GEC 029360) |

5