# EXHIBIT K10

h & M... nan, Inc.    640    10/8/73 ...

# COMMERCIAL CASUALTY POLICY

## DECLARATIONS

**CNA/insurance**

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company) —
Continental Center / 310 S. Michigan Ave / Chicago, IL 60604

| PRM (ERNO) | BRANCH | PREFIX | POLICY NUMBER |
|---|---|---|---|
| 35975 | 030 | CCP | 902-36-70 |

☒ CONTINENTAL CASUALTY COMPANY
☐ NATIONAL FIRE INSURANCE COMPANY of Hartford
☐ AMERICAN CASUALTY COMPANY of Reading, Pa.
☐ TRANSPORTATION INSURANCE COMPANY
☐ TRANSCONTINENTAL INSURANCE COMPANY
☐ VALLEY FORGE INSURANCE COMPANY
☐ CNA CASUALTY OF CALIFORNIA

**NAMED INSURED & ADDRESS:** (Number & Street, Town, County & State)
W.R. Grace & Co. and/or any Subsidiary
Organization, Company, including
Subsidiaries of a Subsidiary Company,
owned, controlled or coming under the
active management of W.R. Grace & Co.
1114 Avenue of the Americas
New York, New York
**BUSINESS OF INSURED:** Chemical Manufacturing

☐ INDIVIDUAL   ☐ PARTNERSHIP   ☒ CORPORATION
☐ JOINT VENTURE   ☐ OTHER

The premium for this policy is
subject to Retrospective Adjustment
in accordance with the rating plan
endorsed hereon.

2. **Policy Period:**  6-30-73  To 6-30-76
12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED AS STATED HEREIN.

**THIS DECLARATIONS PAGE IS ISSUED IN CONJUNCTION WITH AND FORMS A PART OF THE COMMERCIAL CASUALTY POLICY**

3. Audit Period: Annual, unless otherwise stated.

4. The insurance afforded is only with respect to the following Coverage Part(s) indicated by specific premium charge(s).

| ADVANCE PREMIUMS | COVERAGE PART(S) | ADVANCE PREMIUMS | COVERAGE PART(S) |
|---|---|---|---|
| S 531,539 NS 206,079 | Comprehensive General Liability Insurance | $ | Completed Operations and Products Liability Insurance |
| S 371,000 NS 50,400 | Comprehensive Automobile Liability Insurance | $ | Comprehensive Personal Insurance |
| $included | Automobile Medical Payments Insurance | $ | Farmer's Comprehensive Personal Insurance |
| $included | Protection Against Uninsured Motorists Insurance | $ | Garage Insurance |
| $included | Automobile Physical Damage Insurance | $ | Owners' and Contractors' Protective Liability Insurance |
| $ | Contractual Liability Insurance | $ | Premises Medical Payments Insurance |
| $ | Manufacturers' and Contractors' Liability Insurance | $ | Protection Against Uninsured Motorists Insurance |
| $ | Owners', Landlords' and Tenants' Liability Insurance | $ | Schedule Automobile Liability Insurance |
| $included | Personal Injury Liability Insurance | $ | Automobile Medical Payments Insurance |
| $ | | $ | Protection Against Uninsured Motorists Insurance |
| $ | | | |
| $ | Form numbers of endorsements attached at issuance include: | | |
| S 902,539 NS 256,479 | Total Advance Premium for this policy | | |

5. If Policy Period more than one year:

| | Gross Premium | Discount | $ | Net Premium |
|---|---|---|---|---|
| Premium is payable: | $ | | | |
| | On effective date of Policy | $ | 1st Anniversary | 2nd Anniversary |

This declarations page is issued in conjunction with... indicated above by an advance premium and if any... declarations, schedule(s) and endorsement(s) disc...
stated herein.

...a part of an insurance policy which is complete with the addition of the coverage part(s) and declarations, schedule(s), and endorsement(s). Such Coverage Part(s), and if any, additional ...ds insured hereunder known by... at the effective date of this policy, unless otherwise...

During the past three years no insurer has canceled insurance issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein.

*ABSENCE OF AN ENTRY MEANS "NO EXCEPTION".

G-31995-A

Countersigned by _____ Authorized Agent

WRG  0198

## POLICY NO.
### CCP 9023670

**Named Insured:**

W. R. Grace & Co. and/or any Subsidiary, Organization, Company, including Subsidiaries of a Subsidiary Company, owned, controlled or coming under the active management of W. R. Grace & Co.

**Address:** 1114 Avenue of The Americas, New York, New York

**Policy Period:** From June 30, 1973 to June 30, 1976 12:01 A.M. standard time at the address of the Named Insured as stated herein.

**Limits of Liability:** Personal Injury: $1,000,000 each occurrence
2,000,000 aggregate products

Property Damage: 1,000,000 each occurrence
2,000,000 aggregate products

## CONTINENTAL CASUALTY COMPANY
### A Stock Insurance Company Herein Called the Company

In consideration of the payment of the premium, and subject to all of the terms of this policy, agrees with the Named Insured as follows:

1. Coverage A - Personal Injury Liability, Automobile

   Coverage B - Property Damage Liability, Automobile

   Coverage C - Personal Injury Liability, other than Automobile

   Coverage D - Property Damage Liability, other than Automobile

- 1 -

WRG    0199

GEC 029631

The Company will pay on behalf of the Insured all Sums
which the Insured shall become legally obligated to pay
as damages including liability assumed under contract
because of:

> Personal Injury or ✓
>
> Property Damage or ✓
>
> Advertising Offense ✓

to which this insurance applies, caused by an occurrence
and arising out of all operations of the Insured, including
but not limited to those operations as stated in the
schedules attached hereto. As respects the insurance
afforded by this policy, the Company shall have the right
and duty to defend any suit against the Insured seeking
damages on account of such Personal Injury or Property
Damage, even if any of the allegations of the suit are
groundless, false or fraudulent and may make such
investigation and settlement of any claim or suit as it
deems expedient.

## Exclusions

This insurance does not apply:

(A) Except with respect to operations performed by
    independent contractors and except with respect to
    liability assumed by the Insured under a contract as
    defined herein, to Personal injury or Property Damage
    arising out of the ownership, maintenance, operation,
    use, loading or unloading of any aircraft owned or
    operated by or rented or loaned to the Named Insured:

- 2

WRG   0200

In any case in which the Company elects not to investigate, settle or defend, the Insured, under the supervision of the Company, shall make or cause to be made such investigation and defense as are reasonably necessary and, subject to prior authorization by the Company, will effect to the extent possible such settlement or settlements as the Company and the Insured deem prudent.  The Company shall reimburse the Insured for the reasonable costs of such investigation, settlement of defense.

### Supplementary Payments

The Company will pay in addition to the applicable limit of liability:

(A) All expenses incurred by the Company, all costs taxed against the Insured in any suit defended by the Company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the Company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the Company's liability thereon;

(B) Premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the Insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the Company shall have no obligation to apply for or furnish any such bonds;

- 11 -

WRG    0209

GEC 029638

(B) If the claim is made or suit is brought against the
    insured, the insured shall as soon as practicable
    forward to the Company every demand, notice, summons
    or other process received by him or his representative.

(C) The insured shall cooperate with the Company and upon
    the Company's request, assist in making settlements,
    in the conduct of suits and in endorsing any right of
    contribution or indemnity against any person or
    organization who may be liable to the insured because
    of injury or damage with respect to which insurance
    is afforded under this policy; and the insured shall
    attend hearings and trials and assist in securing
    and giving evidence and obtaining the attendance of
    witnesses.  The insured shall not, except at his own
    cost, voluntarily make payment, assume any obligation
    or incur any expense other than for such immediate
    medical and surgical relief to others at the time of
    the accident.

5.  Action Against the Company

    No action shall lie against the Company unless, as a
    condition precedent thereto, there would have been full
    compliance with all of the terms of this policy, nor
    until the amount of the insured's obligation to pay shall
    have been finally determined either by judgment against the
    insured after actual trial or by written agreement of the
    insured, the claimant and the Company.

- 18 -

WHB    0216

GEC 029644

Any person or organization or the legal representative
thereof who has secured such judgment or written
agreement shall thereafter be entitled to recover under
this policy to the extent of the insurance afforded by
this policy. No person or organization shall have any
right under this policy to join the Company as a party to
any action against the insured to determine the insured's
liability. Bankruptcy or insolvency of the insured or of
the insured's estate shall not relieve the Company of any
of its obligations hereunder.

6. <u>Other Insurance</u>

The insurance afforded by this policy is primary insurance,
except when stated to apply in excess or contingent upon
the absence of other insurance. When this insurance is
primary and the insured has other insurance which is stated
to be applicable to the loss on an excess or contingent
basis, the amount of the Company's liability under this
policy shall not be reduced by the existence of such
other insurance. With respect to a hired automobile or
non-owned automobile, this insurance shall be excess
insurance over any other valid and collectible insurance
available to the insured.

When both this insurance and other insurance apply to
the loss on the same basis, whether primary, excess or
contingent, the Company shall not be liable under this
policy for a greater proportion of the loss than stated
in the applicable contribution provisions

- 19 -

0217

GEC 029645

# EXHIBIT K11

# CNA

CNA Plaza
Chicago, Illinois 60685

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

- ☑ Continental Casualty Company
- ☐ National Fire Insurance Company of Hartford
- ☐ American Casualty Company of Reading, Pa.
- ☐ Transportation Insurance Company
- ☐ Transcontinental Insurance Company
- ☐ Valley Forge Insurance Company

## COMMERCIAL CASUALTY POLICY

DECLARATIONS

POLICY NO. CCP 2483440

ITEM 1.    NAMED INSURED:    W. R. GRACE & CO. AND/OR ANY SUBSIDIARY, ORGANIZATION, OR COMPANY, INCLUDING SUBSIDIARIES OF A SUBSIDIARY COMPANY, OWNED, CONTROLLED OR COMING UNDER THE ACTIVE MANAGEMENT OF W. R. GRACE & CO.

ADDRESS:    1114 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK

BUSINESS OF THE NAMED INSURED:    CHEMICALLY BASED PRODUCTS & SERVICES

THE NAMED INSURED IS:    CORPORATION

ITEM 2.    POLICY PERIOD: JUNE 30, 1976 TO JUNE 30, 1979    *See amdt 44*
12:01 A.M. STANDARD TIME AT THE ADDRESS
OF THE NAMED INSURED AS STATED HEREIN.

ITEM 3.    THE LIMIT OF THE COMPANY'S LIABILITY AGAINST EACH SUCH COVERAGE SHALL BE AS STATED HEREIN, SUBJECT TO ALL THE TERMS OF THE POLICY HAVING REFERENCE THERETO.

| COVERAGES | LIMITS OF LIABILITY | ADVANCE PREMIUM |
|---|---|---|
| A. PERSONAL INJURY LIABILITY OTHER THAN AUTOMOBILE | $1,000,000. EACH OCCURRENCE<br>$2,000,000. AGGREGATE PRODUCTS | INCLUDED |
| B. PROPERTY DAMAGE LIABILITY OTHER THAN AUTOMOBILE | $1,000,000. EACH OCCURRENCE<br>$2,000,000. AGGREGATE PRODUCTS | INCLUDED |
| C. PERSONAL INJURY LIABILITY AUTOMOBILE | $1,000,000. EACH OCCURRENCE | INCLUDED |
| D. PROPERTY DAMAGE LIABILITY AUTOMOBILE | $1,000,000. EACH OCCURRENCE | INCLUDED |
| | TOTAL ADVANCE PREMIUM | 2,238,972. |

ITEM 4.    AUDIT PERIOD: ANNUAL

*Amended to 4000,000 C/S/L aggregate*    COUNTERSIGNED BY
*eff: 6/2/87*
258-A (1)    *ju see endt #59*    LICENSED RESIDENT AGENT

## CONTINENTAL CASUALTY COMPANY
### A STOCK INSURANCE COMPANY, HEREIN CALLED THE COMPANY)
### HOME OFFICE – CHICAGO, ILLINOIS

AGREES WITH W. R. GRACE & CO., IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM,
IN RELIANCE UPON THE STATEMENTS IN THE DECLARATIONS MADE A PART HEREOF AND SUBJECT
TO ALL THE TERMS OF THE POLICY:

### INSURING AGREEMENT

I.  COVERAGE A –   PERSONAL INJURY LIABILITY, OTHER THAN AUTOMOBILE
    COVERAGE B –   PROPERTY DAMAGE LIABILITY, OTHER THAN AUTOMOBILE
    COVERAGE C –   PERSONAL INJURY LIABILITY, AUTOMOBILE
    COVERAGE D –   PROPERTY DAMAGE LIABILITY, AUTOMOBILE

-2-

25538-A (2)

WRG    0320

GEC 029748

THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS
WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY
AS DAMAGES INCLUDING LIABILITY ASSUMED UNDER CONTRACT
BECAUSE OF:

PERSONAL INJURY OR
PROPERTY DAMAGE OR
ADVERTISING OFFENSE

TO WHICH THIS INSURANCE APPLIES, CAUSED BY AN OCCURRENCE
AND ARISING OUT OF ALL OPERATIONS OF THE INSURED, INCLUDING
BUT NOT LIMITED TO THOSE OPERATIONS AS STATED IN THE
SCHEDULES ATTACHED HERETO.  AS RESPECTS THE INSURANCE
AFFORDED BY THIS POLICY, THE COMPANY SHALL HAVE THE RIGHT
AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING
DAMAGES ON ACCOUNT OF SUCH PERSONAL INJURY OR PROPERTY
DAMAGE, EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE
GROUNDLESS, FALSE OR FRAUDULENT AND MAY MAKE SUCH INVESTI-
GATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS
EXPEDIENT.

### EXCLUSIONS

THIS INSURANCE DOES NOT APPLY:

(A)  EXCEPT WITH RESPECT TO OPERATIONS PERFORMED BY
     INDEPENDENT CONTRACTORS AND EXCEPT WITH RESPECT TO
     LIABILITY ASSUMED BY THE INSURED UNDER A CONTRACT AS
     DEFINED HEREIN, TO PERSONAL INJURY OR PROPERTY DAMAGE
     ARISING OUT OF THE OWNERSHIP, MAINTENANCE, OPERATION,
     USE, LOADING OR UNLOADING OF ANY AIRCRAFT OWNED OR
     OPERATED BY OR RENTED OR LOANED TO THE NAMED INSURED;

(B)  TO ANY OBLIGATION TO WHICH THE INSURED OR ANY CARRIER
     AS HIS INSURER MAY BE HELD LIABLE UNDER ANY WORKMEN'S
     COMPENSATION, UNEMPLOYMENT COMPENSATION OR DISABILITY
     BENEFITS LAW, OR UNDER ANY SIMILAR LAW;

(C)  UNDER COVERAGE A AND C TO BODILY INJURY TO ANY EMPLOYEE
     OF THE INSURED ARISING OUT OF AND IN THE COURSE OF HIS
     EMPLOYMENT BY THE INSURED; BUT THIS EXCLUSION DOES NOT
     APPLY TO LIABILITY OF OTHERS ASSUMED BY THE INSURED
     UNDER CONTRACT;

-3-

WRG   0321

GEC 029749

      (IV) PRODUCTS WHICH AFTER DISTRIBUTION.OR SALE BY THE
NAMED INSURED HAVE BEEN LABELED OR.RELABELED OR USED
AS A CONTAINER, PART OR INGREDIENT OF ANY OTHER THING
OR SUBSTANCE BY OR FOR THE VENDOR.

   (2) THE INSURANCE DOES NOT APPLY TO ANY PERSON OR ORGANIZATION, AS
INSURED, FROM WHOM THE NAMED INSURED HAS ACQUIRED SUCH PRODUCTS
OR ANY INGREDIENT, PART OR CONTAINER, ENTERING INTO, ACCOMPANY-
ING OR CONTAINING SUCH PRODUCTS.

 (F) EMPLOYEE ORGANIZATIONS OF THE NAMED INSURED'S EMPLOYEES OTHER THAN
LABOR UNIONS BUT THIS INSURANCE WILL BE EXCESS OVER AND WILL.NOT
CONTRIBUTE IF ANY OTHER VALID AND COLLECTIBLE INSURANCE IS·AVAILABLE
TO SUCH ORGANIZATIONS.

## IV.  LIMITS OF LIABILITY

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS
OR ORGANIZATIONS WHO SUSTAIN PERSONAL INJURY OR PROPERTY DAMAGE, (3)
CLAIMS MADE OR SUITS BROUGHT ON ACCOUNT OF PERSONAL INJURY OR PROPERTY
DAMAGE, OR (4) AUTOMOBILES TO WHICH THIS POLICY APPLIES, THE COMPANY'S
LIABILITY IS LIMITED AS FOLLOWS:

    THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES INCLUDING FOR
CARE AND LOSS OF SERVICES BECAUSE OF PERSONAL INJURY SUSTAINED BY
ONE OR MORE PERSONS AS THE RESULT OF ANY ONE OCCURRENCE SHALL NOT
EXCEED THE LIMIT OF PERSONAL INJURY LIABILITY STATED IN THE DECLARA-
TIONS AS APPLICABLE TO "EACH OCCURRENCE".

    THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF·ALL
PROPERTY DAMAGE SUSTAINED BY ONE OR MORE PERSONS OR ORGANIZATIONS
AS THE RESULT OF ANY ONE OCCURRENCE SHALL NOT EXCEED THE LIMIT OF
PROPERTY DAMAGE LIABILITY STATED IN THE DECLARATIONS AS APPLICABLE
TO "EACH OCCURRENCE".

    SUBJECT TO THE ABOVE PROVISIONS RESPECTING "EACH OCCURRENCE", THE
LIMITS OF PERSONAL INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY
STATED IN THE DECLARATIONS AS "AGGREGATE" ARE RESPECTIVELY THE
TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF PERSONAL
INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE COMPLETED OPERATIONS
AND THE PRODUCTS HAZARDS.

FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY, ALL
PERSONAL INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR REPEATED
EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL BE CONSIDERED AS
ARISING OUT OF ONE OCCURRENCE.

IT IS FURTHER UNDERSTOOD AND AGREED THAT THE COMPANY'S LIMITS OF LIABILITY
NOTWITHSTANDING THE LIMIT OF LIABILITY STATED ON THE DECLARATIONS PAGE ARE:

-7-

G-35838-A (2)

WRG   0325

(1)   ADVERTISING OFFENSE - $250,000 EACH OCCURRENCE,

(2)   UNDER COVERAGE B - $200,000 EACH CLAIM AND $200,000 AGGREGATE FOR
      INJURY TO OR DESTRUCTION OF PROPERTY ARISING FROM GRADUAL POLLUTION
      OR CONTINUOUS DISCHARGE, LEAKAGE, OR OVERFLOW OF SMOKE, FUMES, WASTE
      OR OTHER MATERIALS.

(3)   UNDER COVERAGE B - $200,000 EACH OCCURRENCE AND $200,000 AGGREGATE
      ARISING FROM INJURY TO OR DESTRUCTION OF PROPERTY IN THE CARE,
      CUSTODY OR CONTROL OF THE INSURED OR PROPERTY AS TO WHICH THE INSURED
      FOR ANY PURPOSE IS EXERCISING PHYSICAL CONTROL.

INASMUCH AS THIS POLICY IS WRITTEN TO COVER MORE THAN ONE INSURED, IT IS
UNDERSTOOD AND AGREED THAT ALL OF THE TERMS AND CONDITIONS, INSURING
AGREEMENTS AND ENDORSEMENTS WITH THE EXCEPTION OF LIMITS OF LIABILITY
SHALL OPERATE IN THE SAME MANNER AS IF THERE WERE A SEPARATE POLICY OF
INSURANCE COVERING EACH INSURED.

V.   POLICY TERRITORY:

THIS INSURANCE APPLIES TO PERSONAL INJURY OR PROPERTY DAMAGE WHICH OCCURS
DURING THE POLICY PERIOD FOR CLAIMS MADE, OR OPERATIONS, OR PRODUCTS
ORIGINATING WITHIN THE U.S.A., ITS TERRITORIES OR POSSESSIONS, THE PANAMA
CANAL ZONE, THE REPUBLIC OF PANAMA OR CANADA.

IF CLAIM IS MADE OR SUIT IS BROUGHT ELSEWHERE THAN WITHIN THE UNITED
STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS OR CANADA, THE COMPANY
SHALL HAVE THE RIGHT BUT NOT THE DUTY TO INVESTIGATE AND SETTLE SUCH
CLAIMS AND DEFEND SUCH SUITS.

IN ANY CASE IN WHICH THE COMPANY ELECTS NOT TO INVESTIGATE, SETTLE OR
DEFEND, THE INSURED, UNDER THE SUPERVISION OF THE COMPANY, SHALL MAKE
OR CAUSE TO BE MADE SUCH INVESTIGATION AND DEFENSE AS ARE REASONABLY
NECESSARY AND, SUBJECT TO PRIOR AUTHORIZATION BY THE COMPANY, WILL EFFECT
TO THE EXTENT POSSIBLE SUCH SETTLEMENT OR SETTLEMENTS AS THE COMPANY AND
THE INSURED DEEM PRUDENT.  THE COMPANY SHALL REIMBURSE THE INSURED FOR THE
REASONABLE COSTS OF SUCH INVESTIGATION, SETTLEMENT OR DEFENSE.

### SUPPLEMENTARY PAYMENTS

THE COMPANY WILL PAY IN ADDITION TO THE APPLICABLE LIMIT OF LIABILITY:

(A)   ALL EXPENSES INCURRED BY THE COMPANY, ALL COSTS TAXED AGAINST THE
      INSURED IN ANY SUIT DEFENDED BY THE COMPANY AND ALL INTEREST ON THE
      ENTIRE AMOUNT OF ANY JUDGMENT THEREIN WHICH ACCRUES AFTER ENTRY OF
      THE JUDGMENT AND BEFORE THE COMPANY HAS PAID OR TENDERED OR DEPOSITED
      IN COURT THAT PART OF THE JUDGMENT WHICH DOES NOT EXCEED THE LIMIT
      OF THE COMPANY'S LIABILITY THEREON;

-8-

G-35838-A (2)

GEC 029754

WRG    0326

(B) PREMIUMS ON APPEAL BONDS REQUIRED IN ANY SUCH SUIT, PREMIUMS ON BONDS TO RELEASE ATTACHMENTS IN ANY SUCH SUIT FOR AN AMOUNT NOT IN EXCESS OF THE APPLICABLE LIMIT OF LIABILITY OF THIS POLICY, AND THE COST OF BAIL BONDS REQUIRED OF THE INSURED BECAUSE OF ACCIDENT OR TRAFFIC LAW VIOLATION ARISING OUT OF THE USE OF ANY VEHICLE TO WHICH THIS POLICY APPLIES, NOT TO EXCEED $250 PER BAIL BOND, BUT THE COMPANY SHALL HAVE NO OBLIGATION TO APPLY FOR OR FURNISH ANY SUCH BONDS;

(C) REASONABLE EXPENSE INCURRED BY THE INSURED, IN CONNECTION WITH BODILY INJURY TO WHICH THIS INSURANCE APPLIES, FOR SUCH IMMEDIATE MEDICAL AND SURGICAL RELIEF TO OTHERS AS SHALL BE IMPERATIVE AT THE TIME OF THE OCCURRENCE;

(D) REASONABLE EXPENSES INCURRED BY THE INSURED AT THE COMPANY'S REQUEST, INCLUDING ACTUAL LOSS OF EARNINGS OR SALARY NOT TO EXCEED $50 PER DAY IN ASSISTING THE COMPANY IN THE INVESTIGATION OR DEFENSE OF ANY CLAIM OR SUIT.

## DEFINITIONS

WHEN USED IN THIS POLICY (INCLUDING ENDORSEMENTS FORMING A PART HEREOF):

ADVERTISING OFFENSE - INCLUDES LIBEL, SLANDER, DEFAMATION, INFRINGEMENT OF COPYRIGHT, TITLE OR SLOGAN, PIRACY, UNFAIR COMPETITION, IDEA MISAPPROPRIATION OR INVASION OF RIGHTS OF PRIVACY, ARISING OUT OF THE NAMED INSURED'S ADVERTISING ACTIVITIES, ANY ADVERTISEMENT, PUBLICITY ARTICLES, BROADCAST OR SIMILAR ACTIVITY;

AUTOMOBILE - "AUTOMOBILE" MEANS A LAND MOTOR VEHICLE, TRAILER OR SEMI-TRAILER DESIGNED FOR TRAVEL ON PUBLIC ROADS (INCLUDING ANY MACHINERY OR APPARATUS ATTACHED THERETO), BUT DOES NOT INCLUDE MOBILE EQUIPMENT;

CONTRACT - MEANS ANY CONTRACT ENTERED INTO BY THE NAMED INSURED;

MOBILE EQUIPMENT - MEANS A LAND VEHICLE (INCLUDING ANY MACHINERY OR APPARATUS ATTACHED THERETO), WHETHER OR NOT SELF-PROPELLED, (1) NOT SUBJECT TO MOTOR VEHICLE REGISTRATION, OR (2) MAINTAINED FOR USE EXCLUSIVELY ON PREMISES OWNED BY OR RENTED TO THE NAMED INSURED, INCLUDING THE WAYS IMMEDIATELY ADJOINING OR (3) DESIGNED FOR USE PRINCIPALLY OFF PUBLIC ROADS, OR (4) DESIGNED OR MAINTAINED FOR THE SOLE PURPOSE OF AFFORDING MOBILITY TO EQUIPMENT OF THE FOLLOWING TYPES FORMING AN INTEGRAL PART OF OR PERMANENTLY ATTACHED TO SUCH VEHICLE: POWER CRANES, SHOVELS, LOADERS, DIGGERS AND DRILLS; CONCRETE MIXERS (OTHER THAN THE MIX-IN-TRANSIT TYPE); GRADERS, SCRAPERS, ROLLERS AND OTHER ROAD CONSTRUCTION OR REPAIR EQUIPMENT, AIR COMPRESSORS, PUMPS AND GENERATORS, INCLUDING SPRAYING, WELDING AND BUILDING CLEANING EQUIPMENT; AND GEOPHYSICAL EXPLORATION AND WELL SERVICING EQUIPMENT;

OCCURRENCE - WITH RESPECT TO COVERAGE B, "OCCURRENCE" MEANS EITHER AN ACCIDENT, EVENT OR CONTINUOUS OR REPEATED EXPOSURE TO CONDITIONS WHICH UNINTENTIONALLY CAUSES INJURY TO OR DESTRUCTION OF PROPERTY;

-9-

GEC 029755

WRG    0327

5. **ACTION AGAINST THE COMPANY**

NO ACTION SHALL LIE AGAINST THE COMPANY UNLESS, AS A CONDITION PRECEDENT THERETO, THERE WOULD HAVE BEEN FULL COMPLIANCE WITH ALL OF THE TERMS OF THIS POLICY, NOR UNTIL THE AMOUNT OF THE INSURED'S OBLIGATION TO PAY SHALL HAVE BEEN FINALLY DETERMINED EITHER BY JUDGMENT AGAINST THE INSURED AFTER ACTUAL TRIAL OR BY WRITTEN AGREEMENT OF THE INSURED, THE CLAIMANT AND THE COMPANY.

ANY PERSON OR ORGANIZATION OR THE LEGAL REPRESENTATIVE THEREOF WHO HAS SECURED SUCH JUDGMENT OR WRITTEN AGREEMENT SHALL THEREAFTER BE ENTITLED TO RECOVER UNDER THIS POLICY TO THE EXTENT OF THE INSURANCE AFFORDED BY THIS POLICY. NO PERSON OR ORGANIZATION SHALL HAVE ANY RIGHT UNDER THIS POLICY TO JOIN THE COMPANY AS A PARTY TO ANY ACTION AGAINST THE INSURED TO DETERMINE THE INSURED'S LIABILITY. BANKRUPTCY OR INSOLVENCY OF THE INSURED OR OF THE INSURED'S ESTATE SHALL NOT RELIEVE THE COMPANY OF ANY OF ITS OBLIGATIONS HEREUNDER.

6. **OTHER INSURANCE**

THE INSURANCE AFFORDED BY THIS POLICY IS PRIMARY INSURANCE, EXCEPT WHEN STATED TO APPLY IN EXCESS OR CONTINGENT UPON THE ABSENCE OF OTHER IN-SURANCE. WHEN THIS INSURANCE IS PRIMARY AND THE INSURED HAS OTHER INSURANCE WHICH IS STATED TO BE APPLICABLE TO THE LOSS ON AN EXCESS OR-CONTINGENT BASIS, THE AMOUNT OF THE COMPANY'S LIABILITY UNDER THIS POLICY SHALL NOT BE REDUCED BY THE EXISTENCE OF SUCH OTHER INSURANCE. WITH RESPECT TO A HIRED AUTOMOBILE OR NON-OWNED AUTOMOBILE, THIS INSURANCE SHALL BE EXCESS INSURANCE OVER ANY OTHER VALID AND COLLECTIBLE INSURANCE AVAILABLE TO THE INSURED.

WHEN BOTH THIS INSURANCE AND OTHER INSURANCE APPLY TO THE LOSS ON THE SAME BASIS, WHETHER PRIMARY, EXCESS OR CONTINGENT, THE COMPANY SHALL NOT BE LIABLE UNDER THIS POLICY FOR A GREATER PROPORTION OF THE LOSS THAN STATED IN THE APPLICABLE CONTRIBUTION PROVISIONS BELOW:

(A) CONTRIBUTION BY EQUAL SHARES. IF ALL OF SUCH OTHER VALID AND COLLECTIBLE INSURANCE PROVIDES FOR CONTRIBUTION BY EQUAL SHARES, THE COMPANY SHALL NOT BE LIABLE FOR A GREATER PORTION OF SUCH LOSS THAN WOULD BE PAYABLE IF EACH INSURER CONTRIBUTES AN EQUAL SHARE UNTIL THE SHARE OF EACH INSURER EQUALS THE LOWEST APPLICABLE LIMIT OF LIABILITY UNDER ANY ONE POLICY OR THE FULL AMOUNT OF THE LOSS IS PAID, AND WITH RESPECT OF ANY AMOUNT OF LOSS NOT SO PAID THE REMAINING INSURERS THEN CONTINUE TO CONTRIBUTE EQUAL SHARES OF THE REMAINING AMOUNT OF THE LOSS UNTIL EACH INSURER HAS PAID ITS LIMITS IN FULL OR THE FULL AMOUNT OF THE LOSS IS PAID.

(B) CONTRIBUTION BY LIMITS. IF ANY SUCH OTHER INSURANCE DOES NOT PRO-VIDE FOR CONTRIBUTION BY EQUAL SHARES, THE COMPANY SHALL NOT BE-LIABLE FOR A GREATER PORTION OF SUCH LOSS THAN THE APPLICABLE LIMIT OF LIABILITY UNDER THIS POLICY FOR SUCH LOSS BEARS TO THE TOTAL APPLICABLE LIMIT OF LIABILITY OF ALL VALID AND COLLECTIBLE INSURANCE AGAINST SUCH LOSS.

-13-

GEC 029759

WRG    0331

IN CONSIDERATION OF THE PREMIUM CHARGED, IT IS AGREED THAT ITEM #3
OF THE DECLARATION PAGE IS AMENDED TO READ:

PERSONAL INJURY LIABILITY                 $1,000,000. EACH OCCURRENCE ✓
OTHER THAN AUTOMOBILE

PROPERTY DAMAGE LIABILITY                 $1,000,000. EACH OCCURRENCE ✓
OTHER THAN AUTOMOBILE

PRODUCTS AGGREGATE                        $4,000,000. COMBINED PERSONAL INJURY & ✓
                                          PROPERTY DAMAGE

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 59 | CCP 2483440 | W. R. GRACE & CO. | 6/30/82 |

  INSURANCE FROM  CNA    9/20/82

Countersigned by _____
                              Authorized Representative

~ 39543-A

WRG    0449