# EXHIBIT K24

# Northbrook Insurance Company
## Northbrook, Illinois

00735 021



## Declarations – Special Cover Policy – Casualty

Renewal of No. __63 000 533__                                   __63 001 172__
                                                                Policy Number

Item 1. Named Insured:      W. R. Grace
                            (See Endorsement No. 2)

Item 2. Address:            1114 Avenue of the Americas
                            New York, New York

Item 3. Policy Period:      From: June 30, 1975   To: June 30, 1978
                            12:01 A.M. Standard Time at the address of the Named Insured as stated herein

Item 4. Coverage:           Follow Form Excess Umbrella Liability

Item 5. Limits of Liability: $3,500,000 any one occurrence and in the aggregate part of
                             $5,000,000 any one occurrence and in the aggregate excess of
                             $5,000,000 any one occurrence and in the aggregate.

Item 6. Premium:            Advance: $28,700.          Annual Minimum:  $28,700.
                            Rate: .012 per $1,000 Gross Receipts on U. S. and Canadian Sales

If the Policy Period is more than one year and the premium is to be paid in installments, Premium is payable on:

__June 30, 1975__           __To Be Determined__        __To Be Determined__
Effective Date              1st Anniversary             2nd Anniversary

In the event of cancellation by the Named Insured, the Company shall receive and retain not less than                         as the policy minimum premium.

Item 7. Schedule of Underlying Insurance:
        See RU13 Attached

Agency at   Northbrook, Illinois

Countersignature Date   December 11, 19 75                                    Agent

                                              GEC 025046        WRG Policies
                                                                03504

# Northbrook Insurance Company

00736 

A Stock Insurance Company, Herein Called the Company

## Excess Umbrella Coverage – Insuring Agreements

### 1. Coverage

The Company hereby agrees, subject to the limitations, terms and conditions hereinafter mentioned, to indemnify the Insured for all sums which the Insured shall be obliged to pay by reason of the liability imposed upon the Insured by law, or assumed under contract or agreement by the Insured for damages, direct or consequential and expenses on account of:

(a) Personal Injuries, including death at any time resulting therefrom,
(b) Property Damage,
c) Advertising Liability,

caused by or arising out of each occurrence happening anywhere in the world, and arising out of the hazards covered by and as defined in the Underlying Umbrella Policies stated below and issued by the "Underlying Umbrella Insurers".

UNDERLYING UMBRELLA INSURERS AND POLICY NUMBER:

| | |
|---|---|
| Northbrook Insurance Company Policy No. 63 001 171 | $1,500,000 |
| Admiral TBA | $500,000 |
| C.V. Starr TBA | $1,000,000 |
| Central National TBA | $1,000,000 |

### 2. Limit of Liability — Underlying Limits

It is expressly agreed that liability shall attach to the Company only after the Underlying Umbrella Insurers have paid or have been held liable to pay the full amount of their respective ultimate net loss liability as follows:

(a) $ 4,000,000    ultimate net loss in respect of each occurrence, but

GEC 025047

(b) $ See Endorsement No. 1    in the aggregate for each annual period during the currency of this Policy separately in respect of Products Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employes of the Insured

and the Company shall then be liable to pay only the excess thereof up to a further

WRG Policies 03505

) $ 3,500,000 part of $5,000,000    ultimate net loss in all in respect of each occurrence — subject to a limit of

(d) $ See Endorsement No. 1    in the aggregate for each annual period during the currency of this policy, separately in respect of Product Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employes of the insured.

00738

# Northbrook 
# Insurance Company
# Northbrook, Illinois

## Endorsement

| | |
|---|---|
| Named Insured: W. R. Grace, etal. | Policy No.: 63 001 172 |
| | Endorsement No.: 1 |

In consideration of the premium charged it is understood and agreed that "Insuring Agreement"

2. "Limit of Liability - Underlying Limits" sub paragraph (b) and (d) are deleted in their entirety and replaced by the following.

(b) $4,000,000 In the aggregate for each annual period during the currency of this Policy.

(d) $3,500,000 In the aggregate for each annual period during the currency part of    of this Policy.
   $5,000,000

It is further understood and agreed that "DEFINITIONS" 1 "Named Insured:" and 2 "Insured:" are deleted in their entirety and replaced by the following.

1. Named Insured
   The words "Named Insured" shall be as stated in Item 1 of the Declarations.

2. Insured:
   The words "Insured" includes any additional insured (not being the "Named Insured" under this Policy) included in the Underlying Insurances but not for broader coverage than is available to such additional insured under any Underlying Insurance as set out under "INSURING AGREEMENT" 1 "Underlying Umbrella Insurers And Policy Number"

In the event of additional insureds being added to the Coverage under the Underlying Insurances during the currency of this Policy, prompt notice shall be given to the Company who shall be entitled to charge an appropriate additional premium.

GEC 025049

WRG Policies
03507

This endorsement to take effect on the 30th day of June 19 75. All other terms and conditions remain unchanged.

Countersigned: December 11, 1975

Authorized Representative

# EXHIBIT K25

00745

RENEWS  
NEW

NUMBER  
5175-0445

# NEW HAMPSHIRE  INSURANCE COMPANY
MANCHESTER  NEW HAMPSHIRE

## C. V. STARR & CO.
UNDERWRITING MANAGERS

SAN FRANCISCO    SEATTLE    LOS ANGELES    PORTLAND

THE INSURANCE CO. OF THE STATE OF NEW HAMPSHIRE, A STOCK COMPANY, (HEREINAFTER CALLED THE COMPANY) IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM AND OF THE STATEMENTS CONTAINED IN THE DECLARATIONS AND SUBJECT TO THE LIMITS OF LIABILITY, EXCLUSIONS, CONDITIONS AND OTHER TERMS OF THIS POLICY: DOES HEREBY INSURE

| AMOUNT | RATE | PREMIUM |
|---|---|---|
| 5,000. PART | | $ 5,125.00 |
| $5,000,000. EXCESS | | $ |
| $5,000,000. EXCESS | | $ |
| X UNDERLYING | | $ |
| | | |
| | | |
| Total | | $ 5,125.00 |

Assured: W. R. GRACE & CO., ET AL

Address: GRACE PLAZA, 1114 AVENUE OF THE AMERICAS  
NEW YORK, NEW YORK 10036

Policy Period from JUNE 30, 1975 TO JUNE 30, 1976  
both days at 12:01 A.M.   (Standard Time) at the location(s) of the risk(s) insured and in accord with the terms and conditions of the form(s) attached.

Amount: $ 625,000. PART OF  
$5,000,000. EXCESS OF  
$5,000,000. EXCESS OF UNDERLYING  
Coverage: EXCESS UMBRELLA LIABILITY

GEC 025056

Assignment of this Policy shall not be valid except with the written consent of this Company

This Policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of his Policy, together with such other provisions, stipulations, and agreements as may be added hereto, as provided in this Policy.

Unless otherwise provided herein, this Policy may be cancelled on the customary short rate basis by the Assured at any time by written notice or y surrender of this Policy to the Company. This policy may also be cancelled, with or without the return or tender of the unearned premium, by the company, or by the Underwriting Managers in its behalf, by delivering to the Assured or by sending to the Assured by regular mail, at the Assured's ddress as shown herein, not less than 10 days' written notice stating when the cancellation shall be effective, and in such case Insurers shall refund the aid premium less the earned portion thereof on demand, subject always to the retention by Insurers hereon of any minimum premium stipulated herein or proportion thereof previously agreed upon) in the event of cancellation either by Insurers or Assured.

Not withstanding anything to the contrary contained herein and in consideration of the premium for which this insurance is written, it is understood and agreed that whenever an additional or return premium of $2.00 or less becomes due from or to the Assured on account of the adjustment of posit premium, or of an alteration in coverage or rate during the term or for any other reason, the collection of such premium from the Assured be waived or the return of such premium to the Assured will not be made, as the case may be.

Witness Whereof, the Company has caused this Policy to be executed and attested, but this Policy shall not be valid unless countersigned by a thorized representative of the Company.

*Ellis S. Perrigo*  
Secretary

WRG Policies  
03514

*Lawrence C Hall*  
President

00746

# EXCESS UMBRELLA POLICY

GEC 025057

Assured: As stated in Item 1 of the Declarations forming a part hereof and/or subsidiary, associated, affiliated companies or owned and controlled companies as now or hereafter constituted and of which prompt notice has been given to the Company.

## DECLARATIONS

| ITEM 1. | NAMED ASSURED | W. R. GRACE & CO., ET AL |
| --- | --- | --- |
| ITEM 2. | Underlying Umbrella Policies: | VARIOUS DOMESTIC COMPANIES |
| ITEM 3. | Underlying Umbrella limits (Insuring Agreement II): | $5,000,000. |
| ITEM 4. | Underlying Umbrella Aggregate Limits (Insuring Agreement II): | $5,000,000. |
| ITEM 5. | Limit of Liability (Insuring Agreement II): | $ 625,000. PART OF $5,000,000. |
| ITEM 6. | Aggregate Limit of Liability (Insuring Agreement II): | $ 625,000. PART OF $5,000,000. |
| ITEM 7. | Notice of Occurrence (Conditions 4) to:- | C. V. STARR & CO. 206 SANSOME STREET, SAN FRANCISCO, CA. 94104 |

## INSURING AGREEMENTS

### I. COVERAGE

The Company hereby agrees, subject to the limitations, terms and conditions hereinafter mentioned, to indemnify the Assured for all sums which the Assured shall be obligated to pay by reason of the liability.

(a) imposed upon the Assured by law,
or
(b) assumed under contract or agreement by the Named Assured and/or any officer, director, stockholder, partner or employee of the Named Assured and/or any officer, director, stockholder, partner or employee of the Named Assured, while acting in his capacity as such,

for damages, direct or consequential and expenses on account of:-
  (i) Personal injuries, including death at any time resulting therefrom,
  (ii) Property Damage
  (iii) Advertising liability,

caused by or arising out of each occurrence happening anywhere in the World, and arising out of the hazards covered by and as defined in the Underlying Umbrella Policies stated in Item 2 of the Declarations and issued by Underwriters at Lloyd's, London, and certain Insurance Companies (hereinafter called the "Underlying Umbrella Insurers").

### II. LIMIT OF LIABILITY - UNDERLYING LIMITS

It is expressly agreed that liability shall attach to the Company only after the Underlying Umbrella Insurers have paid or have been held liable to pay the full amount of their respective ultimate net loss liability as follows:-

$ (as stated in Item 3 of the Declarations)   ultimate net loss in respect of each occurrence, but

$ (as stated in Item 4 of the Declarations)   in the aggregate for each annual period during the currency of this Policy separately in respect of Products Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured.

and the Company shall then be liable to pay only the excess thereof up to a further

$ (as stated in Item 5 of the Declarations)   ultimate net loss in all in respect of each occurrence - subject to a limit of

$ (as stated in Item 6 of the Declarations)   in the aggregate for each annual period during the currency of this Policy separately in respect of Products Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured.

Attached to and forming part of Policy No. 5175-0445

Issued to: W. R. GRACE & CO., ET AL

Dated: DECEMBER 1, 1975

NEW HAMPSHIRE INSURANCE COMPANY
~~THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA~~

C. V. STARR & COMPANY

WRG Policies 03515

Underwriting Managers

**EXHIBIT K26**

No. 922099

00752

( )

**DECLARATIONS — SPECIAL COVERAGE POLICY**

STOCK COMPANY

DAILY

Renewal of No.
NEW

# FIRST STATE
### INSURANCE COMPANY
WILMINGTON, DELAWARE

Administrative Offices: 60 Batterymarch Street, Boston, Massachusetts 02110

_ : 633

**Named Insured and Mailing Address**

W.R. GRACE & CO.
Grace Plaza
1114 Avenue of the Amercias
New York City, New York 10036

Item 1. Policy Period:  From June 30, 1975   To June 30, 1976

12:01 A.M., Standard Time at the address of the named Insured as stated herein.

Item 2. Premium:  Advance Premium: $5125.
Rate:

Minimum Premium: $5125.

If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:

| Effective Date | 1st Anniversary | 2nd Anniversary |
| --- | --- | --- |
| $ ----- | $ ----- | $ ----- |

Item 3. Coverage:  Excess Umbrella Liability

Item 4: Limits of Liability:  The limit of the Company's liability shall be as stated herein, subject to all the terms of this policy having reference thereto.

$625,000. p/o $5,000,000. each occurrence and in the aggregate excess of $5,000,000. which in turn is excess of Primary Insurance.

Item 5. During the past three years no insurer has cancelled insurance issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein.

Countersigned by: _____

Date of Issue  October 1, 1975 (eoc)

GEC 025063

WRG Policies
03521

00753

## FIRST STATE INSURANCE COMPANY
(A Stock Insurance Company, Herein Called the Company)

### EXCESS UMBRELLA POLICY
### INSURING AGREEMENTS

1. **COVERAGE**

The Company hereby agrees, subject to the limitations, terms and conditions hereinafter mentioned, to indemnify the Insured for all sums which the Insured shall be obliged to pay by reason of the liability imposed upon the Insured by law, or assumed under contract or agreement by the Named Insured for damages, direct or consequential and expenses on account of:

(a) Personal Injuries, including death at any time resulting therefrom,

(b) Property Damage,

(c) Advertising Liability,

caused by or arising out of each occurrence happening anywhere in the world, and arising out of the hazards covered by and as defined in the Underlying Umbrella Policies stated below and issued by the "Underlying Umbrella Insurers".

UNDERLYING UMBRELLA INSURERS AND POLICY NUMBER:
Northbrook Insurance Company
Policy Number: To Be Advised

2. **LIMIT OF LIABILITY - UNDERLYING LIMITS**

It is expressly agreed that liability shall attach to the Company only after the Underlying Umbrella Insurers have paid or have been held liable to pay the full amount of their respective ultimate net loss liability as follows:

(a) $ 5,000,000.           ultimate net loss in respect of each occurrence, but

(b) $ 5,000,000.           in the aggregate for each annual period during the currency of this Policy separately in respect of Products Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured

and the Company shall then be liable to pay only the excess thereof up to a further

(c) $ 625,000. p/o         ultimate net loss in all in respect of each occurrence -
    $5,000,000.            subject to a limit of

(d) $ 625,000. p/o         in the aggregate for each annual period during the
    $5,000,000.            currency of this policy, separately in respect of Product Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured.

GEC 025064

WRG Policies
03522

00758

ENDORSEMENT #4

It is hereby understood and agreed that the Named Insured, as shown on the Declarations, is amended to read as follows:

W.R. Grace & Co., and/or Subsidiary, Associated Affiliated Companies and/or Organizations, Owned, Controlled and/or Managed Companies as Now or Hereinafter Constituted.

This endorsement to take effect on the 30th day of June, 1975. All other items and conditions remain unchanged.

Attached to and forming part of Policy No. 922099 of FIRST STATE INSURANCE COMPANY.

Issued to: W.R. GRACE & CO., ET AL

GEC 025069

WRG Policies
03527

# EXHIBIT K27

Form AD.1037  
No. 34078  
Telegraphic Address:  
Bowinsur, London, Telex 888321  
Telephone: 01-283 3100

## COVER NOTE
### C. T. BOWRING & CO. (INSURANCE) LTD.
P.O. Box 145, The Bowring Building, Tower Place, London, EC3P 3BE

VII, 9

This is to certify that we have effected Coverage as follows:—    10th November 19 75.

EXCESS UMBRELLA LIABILITY.

WORDING AS UNDERLYING AS FAR AS APPLICABLE AMENDMENTS IF ANY TO BE AGREED BY LEADING UNDERWRITER.

| | |
|---|---|
| ASSURED | W.R. GRACE AND COMPANY ET AL and/or as underlying. |
| PERIOD | 36 months at 30th June, 1975. |
| INTEREST | Umbrella Liability as underlying including Products Recall and Architects Errors and Omissions. |
| SUM INSURED | 5% of<br>$5,000,000 Combined Single Limit Personal Injury and Property Damage each and every occurrence<br>excess of<br>$5,000,000 Combined Single Limit Personal Injury and Property Damage each and every occurrence<br>which in turn excess of Primary Insurance<br>or A) $100,000 in respect losses not covered by primary in respect U.S.A/Canadian operations<br>or B) Foreign operations excess $250,000 self insured retention or primary insurances whichever the greater. |
| SITUATION | Worldwide. |
| CONDITIONS | Aggregates as Underlying.<br>4% Tax Clause (if applicable) - Service of Suit Clause (U.S.A).<br>Accidental Seepage and Pollution Clause as underlying. |
| PREMIUM | 5% of $123,000 three years (payable 1/3rd per annum) adjustable annually at .017% Gross Sales for U.S.A. and Canada only. |
| INFORMATION | See Annual Report.<br>Coverage excludes Products Recall and Architects Errors and Omissions. |
| Hereon | 100% CALIFORNIA UNION INSURANCE COMPANY. |

WRG Policies  
03528

Messrs. Marsh & McLennan, Inc.,  
1221 Avenue of Americas,  
New York,  
N.Y. 10020,  
U.S.A.

GEC 025070

C. T. BOWRING & CO. (INSURANCE) LTD.

DEPARTMENTAL MANAGER

N.B.-Please examine the above carefully, and if incorrect or if you do not accept the security please advise us immediately.

# EXHIBIT K28

VOL X  TAB 1



GEC 026053

WRG Policies
04542

UMBRELLA POLICY (LONDON 1971)

Named Assured: As stated in Item 1 of the Declarations forming part hereof ~~and/or subsidiary, associated, affiliated companies or owned and controlled companies, as now or hereafter constituted~~ and of which prompt notice has been given to Underwriters (hereinafter called the "Named Assured").

### INSURING AGREEMENTS:

S53

00763

**I. COVERAGE –**

Underwriters hereby agree, subject to the limitations, terms and conditions hereinafter mentioned, to indemnify the Assured for all sums which the Assured shall be obligated to pay by reason of the liability:–

    (a)  Imposed upon the Assured by law,

or  (b)  assumed under contract or agreement by the Named Assured and/or any officer, director, stockholder, partner or employee of the Named Assured, while acting in his capacity as such,

for damages on account of:–

    (i)  Personal Injuries

    (ii)  Property Damage

    (iii)  Advertising Liability,

caused by or arising out of each occurrence happening anywhere in the world.

**II. LIMIT OF LIABILITY –**

Underwriters hereon shall be only liable for the ultimate net loss the excess of either:–

    (a)  the limits of the underlying insurances as set out in the attached schedule in respect of each occurrence covered by said underlying insurances,

or  (b)  $ 100,000.00 ultimate net loss in respect of each occurrence not covered by said underlying insurances,

(hereinafter called the "underlying limits"):

and then only up to a further sum as stated in Item 2(a) of the Declarations in all in respect of each occurrence – subject to a limit as stated in Item 2(b) of the Declarations in the aggregate for each annual period during the currency of this Policy, separately in respect of Products Liability and in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured.

In the event of reduction or exhaustion of the aggregate limits of liability under said underlying insurance by reason of losses paid thereunder, this Policy subject to all the terms, conditions and definitions hereof shall:–

    (1)  in the event of reduction pay the excess of the reduced underlying limit

    (2)  in the event of exhaustion continue in force as underlying insurance.

The inclusion or addition hereunder of more than one Assured shall not operate to increase Underwriters' limits of liability beyond those set forth in the Declarations.

L P O 54B (R/7A)                  GEC 026055            WRG Policies
04544

00769

Liability under this policy with respect to any occurrence shall not attach unless and until the Assured, or the Assured's underlying insurers, shall have paid the amount of the underlying limits on account of such occurrence. The Assured shall make a definite claim for any loss for which the Underwriters may be liable under this policy within twelve (12) months after the Assured shall have paid an amount of ultimate net loss in excess of the amount borne by the Assured or after the Assured's liability shall have been fixed and rendered certain either by final judgment against the Assured after actual trial or by written agreement of the Assured, the claimant, and Underwriters. If any subsequent payments shall be made by the Assured on account of the same occurrence, additional claims shall be made similarly from time to time. Such losses shall be due and payable within thirty (30) days after they are respectively claimed and proven in conformity with this policy.

K. **BANKRUPTCY AND INSOLVENCY -**

In the event of the bankruptcy or insolvency of the Assured or any entity comprising the Assured, the Underwriters shall not be relieved thereby of the payment of any claims hereunder because of such bankruptcy or insolvency.

L. **OTHER INSURANCE -**

If other valid and collectible insurance with any other insurer is available to the Assured covering a loss also covered by this policy, other than insurance that is specifically stated to be excess of this policy, the insurance afforded by this policy shall be in excess of and shall not contribute with such other insurance. Nothing herein shall be construed to make this policy subject to the terms, conditions and limitations of other insurance.

M. **SUBROGATION -**

Inasmuch as this policy is "Excess Coverage", the Assured's right of recovery against any person or other entity cannot be exclusively subrogated to the Underwriters. It is, therefore, understood and agreed that in case of any payment hereunder, the Underwriters will act in concert with all other interests (including the Assured) concerned, in the exercise of such rights of recovery. The apportioning of any amounts which may be so recovered shall follow the principle that any interests (including the Assured) that shall have paid an amount over and above any payment hereunder, shall first be reimbursed up to the amount paid by them; the Underwriters are then to be reimbursed out of any balance then remaining up to the amount paid hereunder; lastly, the interests (including the Assured) of whom this coverage is in excess are entitled to claim the residue, if any. Expenses necessary to the recovery of any such amounts shall be apportioned between the interests (including the Assured) concerned, in the ratio of their respective recoveries as finally settled.

N. **CHANGES -**

Notice to or knowledge possessed by any person shall not effect a waiver or change in any part of this policy or estop Underwriters from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part hereof, signed by Underwriters.

O. **ASSIGNMENT -**

Assignment of interest under this policy shall not bind Underwriters unless and until their consent is endorsed hereon.

GEC 026061

WRG Policies
04550   57

00772

ATTACHING TO AND FORMING PART OF POLICY No. 76DD1594C

## DECLARATIONS:

ITEM 1.  (a)  Named Assured:- W.R.GRACE & CO. AND/OR SUBSIDIARY, ASSOCIATED AFFILIATED COMPANIES AND/OR ORGANISATIONS, OWNED CONTROLLED AND/OR MANAGED COMPANIES AS NOW OR HEREINAFTER CONSTITUTED

(b)  Address of Named Assured:-

1114 Avenue of the Americas,
New York, New York 10038

ITEM 2.  Limit of Liability - as Insuring Agreement 11 :-

(a)  Limit in all in respect of each occurrence    $ 5,000,000.00

(b)  Limit in the aggregate for each annual
period where applicable              $ 5,000,000.00

ITEM 3.  Policy Period:-   30th June, 1976 to 30th June, 1979
both days 12.01 a.m. local standard time

ITEM 4.  Notice of Occurrence (Condition G) to:-

National Agencies Inc.,
1221 Avenue of the Americas, New York, New York 10020,
ITEM 5.  Currency (Condition Q):-                                U.S.A.
U.S.$

ITEM 6.  Payment of Premium (Condition Q) to:-

National Agencies Inc.,
1221 Avenue of the Americas, New York, New York 10020,
ITEM 7.  Service of Process (Condition S) upon:-                 U.S.A.

Mendes and Mount,
27 William Street,
New York, New York 10005, U.S.A.

E.P.O.354B (8/76)                                                Page 11 of 11

GEC 026064

WRG Policies
04553

Form A...
N. ....35446...                    COVER NOTE                                    09788
Tel...  Address:                                                                    76
Bowring London. Telex 888321    C. T. BOWRING & CO. (INSURANCE) LTD.
Phone.no 01-283 7100            P.O. Box 145, The Bowring Building, Tower Place, London, EC3P 3BE

This is to certify that we have effected Coverage as follows:-      5th August, 19 76

UMBRELLA LIABILITY.

Wording as agreed by Underwriters (Joint Venture Exclusion deleted)
and including Employee Benefit following scheduled underlying only,
but excluding claims resulting from E.R.I.S.A. (1974).

ASSURED         W.R. GRACE & COMPANY ET AL AND/OR SUBSIDIARY, ASSOCIATED, AFFILIATED
                COMPANIES ~~OWNED CONTROLLED AND/OR MANAGED COMPANIES AS NOW HEREINAFTER
                CONSTITUTED~~, AND/OR ORGANIZATIONS, OWNED CONTROLLED AND/OR M...
                COMPANIES AS NOW OR HEREINAFTER CONSTITUTED.

PERIOD          36 months at 30th June, 1976.

INTEREST        Coverage in respect of Assureds Operations.

SUM INSURED     80% of $5,000,000 each occurrence (Aggregate Products and Occupational Disease)
                excess of
                (A) The Amount Covered under Underlying Insurances as attached, or
                (B) $100,000 each occurrence in respect of losses not covered by said
                    Underlying Insurances (U.S.A. and Canada) but $250,000 in respect of
                    foreign subsidiaries or insured primaries whichever the greater.

SITUATION       Worldwide.

CONDITIONS      N.M.A. 1687 (JOINT VENTURE COVERAGE— W.R. GRACE ...)
                N.M.A. 1685, except in respect of Oil and Gas operations which subject to
                N.M.A. 1683 other than operations on, over, or under water which subject to
                N.M.A. 1684.
                Service of Suit Clause (U.S.A.).
                60 Days Cancellation Clause.

PREMIUM         80% of Minimum and Deposit $1,230,000 (Payable 1/3rd annually) adjustable
£ 80% of        annually at 0.1107 per thousand dollars gross sales.
                Plus Additional Premium $50,000 annual in respect of Part II Exclusions
                (A) (B) (C).

                Less 4% Federal Excise Tax.

INFORMATION     As over.


Hereon          COMPANIES (as attached) 100.00%


                Brokerage                                                   GEC 026080
                National Agencies Inc.,
                1221 Avenue of the Americas,
                New York,
                N.Y. 10020
                U.S.A.

                                                        C. T. BOWRING & CO. (INSURANCE) LTD

                                                                    WRG Policies
                                                                         04569
                                                        DEPARTMENTAL MANAGER
N.B.- Please examine the above carefully, and if incorrect or if you do not accept
the security please advise us immediately.                          WRG    0656

FORM AD.125   No. 25446

CONTINUATION SHEET

00793

W. R. GRACE & CO.

SCHEDULE OF UNDERLYING INSURANCE

| COVERAGE | LIMIT | CARRIER |
|---|---|---|
| 1. | | |
| a) General/Products Liability (including watercraft) | B.I. $1,000,000 each occ. $2,000,000 Aggregate Products only. | C.N.A. |
| | P.D. $1,000,000 each occ. $2,000,000 Aggregate Products only. | C.N.A. |
| b) Employee Benefits | $ 250,000 each Claim $ 750,000 Annual Aggregate | C.N.A. |
| c) Care Custody & Control | $1,000,000 each Occurrence | Self Insured with C.N.A. Handling claims in first $200,000 |
| Advertisers Liability | $ 250,000 each Occurrence | C.N.A. |
| Automobile Liability | B.I. $1,000,000 each Occurrence | C.N.A. |
| | P.D. $1,000,000 each Occurrence | C.N.A. |

GEC 026085

WRG Policies
04574