# EXHIBIT K39

- ×Tab))

01266

UMBRELLA EXCESS LIABILITY POLICY

ISSUED BY

*Insurance Stock Company Col.*

GERLING KONZERN, VERSICHERUNGS-AKTIENGESELLSCHAFT, KOELN

HEREINAFTER REFERRED TO AS "UNDERWRITERS"

POLICY NUMBER     01/49/99/6282

DECLARATIONS

ITEM 1.  NAME OF INSURED:    W.R. GRACE & COMPANY

ITEM 2.  ADDRESS:            1114 Avenue of the Americas
                             USA - New York, N.Y. 10038

ITEM 3.  POLICY PERIOD:      COMMENCING ON: June 30, 1978
                             AT 12:01 A.M. STANDARD TIME

                             ENDING ON:     June 30, 1979
                             AT 12:01 A.M. STANDARD TIME

ITEM 4.  COVERAGE:           PER FORM AND ENDORSEMENTS ATTACHED/
                             SUBMITTED

ITEM 5.  PREMIUM:            $ __24'266 m+d__ adjustable at .082 per
                                           $ 1000 sales

ITEM 6.  LIMIT OF
         LIABILITY           UNDERWRITERS SHALL BE LIABLE TO PAY
                             FOR ONLY THE EXCESS OF LOSS OVER
                             $ __10'000'000.-__    IN ANY ONE LOSS
                             OR SERIES OF LOSSES ARISING OUT OF
                             ONE OCCURENCE AND THEN NOT MORE THAN
                             $ __1'000'000.-__    PART OF
                             $ __15'000'000.-__   ULTIMATE NET LOSS
                             IN RESPECT OF ANY ONE LOSS OR SERIES
                             OF LOSSES ARISING OUT OF ONE OCCURENCE.

                             GERLING-KONZERN
                             GEMEINE VERSICHERUNGS-AKTIENGES
                             DIREKTION FÜR DIE SCHWEIZ

Zurich,

DATE:  19. Juni 1978

GEC 026197                                        WRG Policies
                                                  04685

**EXHIBIT K40**

VOL IX, TAB 1

01539

No. 7NR163K

**Whereas** W.R. GRACE AND COMPANY (as more fully described in item 1(a) of the declarations herein) of 1114 Avenue of the Americas, New York, N.Y. 10036 hereinafter called the Assured, have paid U.S.$464,600.00 Premium or Consideration to Us, the undersigned Assurers to indemnify the Assured in respect of UMBRELLA LIABILITY as per wording attached hereto.

100% of 80% of the limits stated herein

during the period commencing at Thirtieth day of June, 19 79, and ending at Thirtieth day of June, 19 82. Both days at 12.01 a.m. Local Standard Time.

**Now know ye** that we the undersigned Assurers do hereby bind ourselves each Company for itself only and not the one for the other, to pay or make good to the Assured or the Assured's Executors, Administrators and Assigns, all such loss as above stated, not exceeding ONE HUNDRED PER CENT of EIGHTY PER CENT of the limits stated herein,

in all, that the Assured may sustain during the said period, within Seven Days after such loss is proved and that in proportion to the several sums by each of us subscribed against our respective names not exceeding the several sums aforesaid.

If the Assured shall make any claim knowing the same to be false or fraudulent as regards amount or otherwise, this Policy shall become void and all claim thereunder shall be forfeited.

**In witness whereof** I being a representative of the Leading Office which is duly authorized by the Assurers have hereunto subscribed my name on their behalf this 25d day of November 1980

88/10

DIRECTOR
H. S. WEAVERS (UNDERWRITING) AGENCIES LTD

GEC 026497

WRG Policies
04159
5

01546

ATTACHING TO AND FORMING PART OF POLICY No. 79DD1633C

DECLARATIONS:

ITEM 1.   (a)   Named Assured:-   W.R. GRACE & CO. and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter constituted

    (b)   Address of Named Assured:-

        1114 Avenue of the Americas,
        New York, N.Y. 10036

ITEM 2.   Limit of Liability - as Insuring Agreement II :-

    (a)   Limit in all in respect of each occurrence     U.S.$ 5,000,000

    (b)   Limit in the aggregate for each annual
        period where applicable     U.S.$ 5,000,000

ITEM 3.   Policy Period:-   30th June, 1979 to 30th June, 1982
        (both days at 12.01 a.m. Local Standard Time)

ITEM 4.   Notice of Occurrence (Condition G) to:-
        Marsh & McLennan, Incorporated,
        1221 Avenue of the Americas, New York, N.Y. 10020.

ITEM 5.   Currency (Condition Q):-
        United States Dollars

ITEM 6.   Payment of Premium (Condition Q) to:-
        Marsh & McLennan, Incorporated,
        1221 Avenue of the Americas, New York, N.Y. 10020.

ITEM 7.   Service of Process (Condition S) upon:-
        Messrs. Mendes and Mount,
        3, Park Avenue, New York,
        N.Y. 10016, U.S.A.

L.P.O.3548 (8/76)         Page 11 of 11

GEC 026504

WRG Policies
04166

01547

Attaching to and forming part of Policy No. 7UD016330
Issued to      W.R.GRACE & CO.

SCHEDULE OF UNDERLYING INSURANCES:

| COVERAGE | LIMIT | CARRIER |
|---|---|---|

I. DOMESTIC GENERAL LIABILITY AND AUTOMOBILE LIABILITY.

* A) General Liability Products Liability

| | | |
|---|---|---|
| Bodily Injury | $1,000,000 Each Occurrence | C.N.A. of Illinois. |
| | $2,000,000 Aggregate Products Liability only | |
| Property Damage | $1,000,000 Each Occurrence | |
| | $2,000,000 Aggregate Products Liability only | |

| | | |
|---|---|---|
| D.) Employee Benefits | $500,000 Each Claim | C.N.A. of Illinois. |
| | $750,000 Annual Aggregate | |
| C.) Care Custody and Control | $1,000,000 Each Occurrence | C.N.A. of Illinois. |
| D.) Advertisers Liability | $500,000 Each Occurrence | C.N.A. of Illinois. |
| E.) Automobile Liability Bodily Injury | $1,000,000 Each Occurrence | C.N.A. of Illinois. |
| Property Damage | $1,000,000 Each Occurrence | C.N.A. of Illinois. |

* W.R.Grace & Co. assumes the first $500,000 of each loss within the framework of a retrospective rating plan. The premiums indicated are for insurance excess of $500,000, up to policy limits. The combination of the $500,000 Loss Assumption and pure insurance is equal to the limits shown above.

II  EMPLOYERS LIABILITY:

A) Employers' Liability Including Employers Liability as respects Occupational Disease

| | | |
|---|---|---|
| | $ 500,000 each Employee | C.N.A. of Illinois. |
| | $ 500,000 each Accident | |

B) Amendment of Coverage B Maritime (Jones Act)

| | | |
|---|---|---|
| | Bodily Injury by Accident | C.N.A. of Illinois. |
| | $ 500,000 Each Employee | |
| | $ 500,000 Each Accident | |
| | Bodily Injury by Disease | |
| | $ 500,000 Each Employee | |
| | $ 500,000 Aggregate Disease | |
| | (Per State) | |

GEC 026505

WRG Policies
04167

**C.T. BOWRING & CO. (INSURANCE) LTD.**
Lloyd's Brokers
AMERICAN NON-MARINE DIVISION

Please examine this document carefully and advise us immediately if it is incorrect or does not meet your requirements.

P.O. BOX 145,    TELEPHONE: 01-283 3100
THE BOWRING BUILDING,    TELEGRAMS: BOWINSUR LONDON EC3
TOWER PLACE,
LONDON, EC3P 3BE    TELEX: 882131
(Registered Office)    Registered No. 78170 London

Please always quote this No.    PYI07779

Date    2nd August, 1979

VAT No. 244 2817 78

Renewing No. 35446
In accordance with your instructions we have arranged cover as follows:

| | |
|---|---|
| **TYPE** | UMBRELLA LIABILITY INCLUDING EMPLOYEE BENEFIT LIABILITY BUT EXCLUDING CLAIMS ARISING FROM E.R.I.S.A. (1974). EXCLUSIONS AS ATTACHED. |
| **FORM** | WORDING AS EXPIRING AS FAR AS APPLICABLE TO BE AGREED BY UNDERWRITERS. |
| **ASSURED** | W.R. GRACE & CO. et al and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter consituted plus joint ventures as expiring. |
| **PERIOD** | 36 months at 30th June, 1979. |
| **INTEREST** | Coverage in respect of all the insureds operations. |
| **SUM INSURED** | 50% of $5,000,000 each occurrence (Aggregates Products and Occupational Disease)<br>Excess of<br>(A) The amount covered under underlying insurances as per schedule<br>(B) $100,000 each occurrence in respect of losses not covered by said underlying insurances. |
| **SITUATION** | Worldwide. |

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

C.T. BOWRING (INSURANCE) LTD.

Director

GEC 026525

WRG Policies
04187

7

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

## W.R. GRACE & CO.
### SCHEDULE OF UNDERLYING INSURANCE

01573

| COVERAGE | LIMIT | | CARRIER |
|---|---|---|---|
| I. DOMESTIC GL AND AL: | | | |
| * A.) General/Products Liability | B.I. $1,000,000 | Each Occurrence | C.N.A. |
| | $2,000,000 | Aggregate Products Only | |
| | P.D. $1,000,000 | Each Occurrence | C.N.A. |
| | $2,000,000 | Aggregate Products Only | |
| B.) Employee Benefits | $ 500,000 | Each Claim | C.N.A. |
| | $ 750,000 | Annual Aggregate | |
| C.) Care, Custody and Control | $1,000,000 | Each Occurrence | C.N.A. |
| D.) Advertisers Liability | $ 500,000 | Each Occurrence | C.N.A. |
| E.) Automobile Liability | B.I. $1,000,000 | Each Occurrence | C.N.A. |
| | P.D. $1,000,000 | Each Occurrence | C.N.A. |

* W.R. Grace & Co. assumes the first $500,000 of each loss within the framework of a retrospective rating plan. The premiums indicated are for insurance excess of $500,000 up to policy limits. The combination of the $500,000 Loss Assumption and pure insurance is equal to the limits shown above.

II. EMPLOYERS LIABILITY:

| A) Employers' Liability including Occupational Disease | $ 500,000 Each Employee | C.N.A. |
|---|---|---|
| | $ 500,000 Each Accident | |

For the attention of Tom Clarke/Frank Masella,
Marsh & McLennan, Inc.
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

**CONTINUATION SHEET**   No. PT107779   01586

7

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

**W.R. GRACE & CO.**
**SCHEDULE OF UNDERLYING INSURANCE**

| COVERAGE | LIMIT | CARRIER |
|---|---|---|
| I. DOMESTIC GL AND AL: | | |
| * A.) General/Products Liability | B.I. $1,000,000 Each Occurrence<br>$2,000,000 Aggregate Products Only<br>P.D. $1,000,000 Each Occurrence<br>$2,000,000 Aggregate Products Only | C.N.A.<br><br>C.N.A. |
| B.) Employee Benefits | $ 500,000 Each Claim<br>$ 750,000 Annual Aggregate | C.N.A. |
| C.) Care, Custody and Control | $1,000,000 Each Occurrence | C.N.A. |
| D.) Advertisers Liability | $ 500,000 Each Occurrence | C.N.A. |
| E.) Automobile Liability | B.I. $1,000,000 Each Occurrence<br>P.D. $1,000,000 Each Occurrence | C.N.A.<br>C.N.A. |

* W.R. Grace & Co. assumes the first $500,000 of each loss within the framework of a retrospective rating plan. The premiums indicated are for insurance excess of $500,000 up to policy limits. The combination of the $500,000 Loss Assumption and pure insurance is equal to the limits shown above.

II. EMPLOYERS LIABILITY:

| | | |
|---|---|---|
| A) Employers' Liability including Occupational Disease | $ 500,000 Each Employee<br>$ 500,000 Each Accident | C.N.A. |

For the ...cion of Tom Clarke/Frank Masella,
Marsh & M...man, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

GEC 026544

WRG Policies
04206

**EXHIBIT K41**

VOL XI, Tab 2



Northbrook Excess and Surplus Insurance Company
3 Allstate Commercial Plaza
51 West Higgins Road
South Barrington, Illinois 60010
(312) 551-2000   Telex: 28-3513, 25-3177

22593

## ENDORSEMENT

| NAME OF INSURED: W.R. Grace and Company | POLICY NO. 63-005793 |
|---|---|
| | ENDORSEMENT NO. 11 |

In consideration of the premium charged, it is agreed that with respect to the leases dated March 30, 1982 between Grace Natural Resources Corp. and LBI Leasing Limited and between TRG Drilling Corp. and LBI Leasing Limited, this policy is amended to include the following:

(1) Owner as Joint Insured:
    LBI Leasing Limited
    40-66 Queen Victoria St.
    London EC4P 4EL, England

(2) Thirty days prior notice of cancellation or a material change in coverage will be provided to LBI Leasing Limited.

This endorsement to take effect on the 30th day of March, 1982.
All other terms and conditions remain unchanged.

af

Countersignature Date:   November 23, 1982

Ronald Cosentino
Authorized Representative

RU 7-1                              GEC 026550                              WRG Policies
                                                                            05034

RG1-5



**Excess and Surplus Insurance Company**
Northbrook, Illinois
(A Stock Insurance Company)

01592

**Casualty Cover Note**   Renewal of 63 ___NEW___   Policy No. 63 ___005 793___

| | | | |
|---|---|---|---|
| PRODUCER | National Brokerage Agencies<br>85 John Street<br>New York, New York 10038 | NAMED INSURED | W.R. Grace and Company<br>1114 Avenue of the Americas<br>New York, New York 10036 |

Northbrook Excess and Surplus Insurance Company, hereinafter referred to as NORTHBROOK, agrees with the Named Insured, in consideration of the premium to be paid and subject to all of the terms of this Cover Note, to bind coverage per the Terms, Conditions and limitations of the Policy of insurance in current use by NORTHBROOK.

**Item 1 - Coverage:** Primary Umbrella Liability

**Item 2 - Effective   From:** June 30, 1979   **To:** June 30, 1982
12:01 A.M. Standard Time at the address of the Named Insured as stated herein.

**Item 3 - Premium:**   Annual Deposit: $110,000   Annual Minimum: $110,000
Rate: $0.0185 per $1,000 sales

**Item 4 - Limits of Liability:** $1,000,000 any one occurrence and in the aggregate part of $5,000,000 any one occurrence and in the aggregate (where applicable) excess of primary or $25,000 SIR.

**Item 5 - Underlying Policy(ies) and Limit(s):** Per application on file with the Company.

**Item 6 - Conditions:** Follow form terms and conditions London Policies

**CANCELLATION**
Cancellation of this Cover Note shall be in accordance with the provisions of the applicable Policy, except that if the premium is not p... NORTHBROOK by August 24, 1979 this Cover Note may be cancelled by NORTHBROOK by mailing written notice of cancell... when, not less than ten (10) days thereafter, such cancellation shall be effective. These cancellation provisions supersede policy condi... conflict.

This Cover Note shall be terminated as of its inception by the issuance of the Policy by NORTHBROOK and the premium shall be credited thereon.

IN WITNESS WHEREOF, NORTHBROOK has caused this Cover Note to be signed by its President and Secretary and countersigned by a authorized representative of NORTHBROOK.

Countersignature Date: __July 27, 1979__   By: _____ Authorized Representative

jtg   _Myron J. Resnick_ Secretary

_____ President

GEC 026551

WRG Policies
05035

# Northbrook Insurance Company
## Northbrook, Illinois

01593



# Declarations – Umbrella Liability Policy

**Item 1. Named Insured:** W. R. Grace and Company

**Address:** 1114 Avenue of the Americas
New York, New York 10036

**Policy Number:** 63 005 793

**Item 2. Limits of Liability - as insuring agreement II:**

(a) $ 1,000,000    each occurrence part of $5,000,000 each occurrence

(b) $ 1,000,000    in the aggregate for each annual period where applicable part of $5,000,000 in the aggregate for each annual period where applicable

(c) $ 25,000    retained limit each occurrence

**Item 3. Policy Period:** From: June 30, 1979    To: June 30, 1982
(Beginning and ending at 12:01 A.M. Standard Time at the address of the Named Insured as stated herein)

**Item 4. Computation of Premium:** $0.0185 per $1,000 sales subject to annual review

Annual Minimum Premium: $110,000.00    Deposit Premium: $110,000.00

**Item 5. Audit Reporting Period:**
If the Policy Period is more than one year and the premium is to be paid in installments, Premium is payable on:

~~$110,000.00~~ Effective Date June 30, 1979    ~~$110,000.00~~ 1st Anniversary June 30, 1980    ~~$110,000.00~~ 2nd Anniversary June 30, 1981

In the event of cancellation by the Named Insured, the Company shall receive and retain not less than _____ as the policy minimum premium.

**Item 6. Endorsements:**
This Policy is subject to the following endorsements:

1) Special
2) M/B 121
3) RU 122
4) Special

**Item 7.** Schedule of Underlying Insurance: See attached schedule.

Countersignature Date October 23, 19 79

Authorized Representative

GEC 026552

WRG Policies
05036