# EXHIBIT K42

*VOL. XI , TAB 3*
*79 DD 1634C*



# Lloyd's Policy

**Whereas** the Assured named in the Schedule herein has paid the premium specified in the Schedule to the Underwriting Members of Lloyd's who have hereunto subscribed their Names (hereinafter called 'the Underwriters'),

**Now We the Underwriters** hereby agree to insure against loss, damage or liability to the extent and in the manner hereinafter provided.

If the Assured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this Policy shall become void and all claim hereunder shall be forfeited.

**Now know Ye** that We the Underwriters, Members of the Syndicates whose definitive numbers in the after-mentioned List of Underwriting Members of Lloyd's are set out in the attached Table, hereby bind ourselves each for his own part and not one for another, our Heirs, Executors and Administrators and in respect of his due proportion only, to pay or make good to the Assured or to the Assured's Executors or Administrators or to indemnify him or them against all such loss, damage or liability as herein provided, after such loss, damage or liability is proved and the due proportion for which each of Us, the Underwriters, is liable shall be ascertained by reference to his share, as shown in the said List, of the Amount, Percentage or Proportion of the total sum insured hereunder which is in the Table set opposite the definitive number of the Syndicate of which such Underwriter is a Member AND FURTHER THAT the List of Underwriting Members of Lloyd's referred to above shows their respective Syndicates and Shares therein, is deemed to be incorporated in and to form part of this Policy, bears the number specified in the attached Table and is available for inspection at Lloyd's Policy Signing Office by the Assured or his or their representatives and a true copy of the material parts of the said List certified by the General Manager of Lloyd's Policy Signing Office will be furnished to the Assured on application.

**In Witness** whereof the General Manager of Lloyd's Policy Signing Office has subscribed his Name on behalf of each of Us.

*[signature]*

LLOYD'S POLICY SIGNING OFFICE.
*General Manager*

*LLOYD'S POLICY SIGNING OFFICE EMBOSSMENT APPEARS HERE ON ORIGINAL DOCUMENT*

T/ A \ NMA 2002 (11.4.74)

GEC 026554

WRG Policies
05038

and the Underwriters shall then be liable to pay or the excess thereof up to a further

| | |
|---|---|
| $ (as stated in Item 5 of the Declarations) | ultimate net loss in all in respect of each occurrence – subject to a limit of |
| $ (as stated in Item 6 of the Declarations) | in the aggregate for each annual period during the currency of this Policy, separately in respect of Products Liability and in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured and in respect of any other hazard subject to an aggregate limit in the Underlying Umbrella Policies. |

CONDITIONS:

WRG Policies
05045

1. PRIOR INSURANCE AND NON CUMULATION OF LIABILITY –

It is agreed that if any loss covered hereunder is also covered in whole or in part under any other excess policy issued to the Assured prior to the inception date hereof the limit of liability hereon as stated in Items 5 and 6 of the Declarations shall be reduced by an amounts due to the Assured on account of such loss under such prior insurance.

2. MAINTENANCE OF UNDERLYING UMBRELLA INSURANCE –

This Policy is subject to the same terms, definitions, exclusions and conditions (except as regards the premium, the amount and limits of liability and except as otherwise provided herein) as are contained in or as may be added to the Underlying Umbrella Policies stated in Item 2 of the Declarations prior to the happening of an occurrence for which claim is made hereunder. Should, however, any alteration be made in the premium for the Underlying Umbrella Policies during the currency of this Policy Underwriters reserve the right to adjust the premium hereon accordingly.

It is a condition of this Policy that the Underlying Umbrella Policies shall be maintaine in full effect during the Policy period without reduction of coverage or limits except for any reduction of the aggregate limits contained therein solely by payment of claims in respect of accidents and/or occurrences occurring during the period of this Policy or by the operation of Condition C. of the Underlying Umbrella Policies.

GEC 026561

3. CANCELLATION –

This Policy may be cancelled by the Named Assured or by the Underwriters or their representatives by sending by registered mail notice to the other party stating when, no less than sixty(60) days thereafter, cancellation shall be effective. The mailing of notice as aforesaid by Underwriters or their representatives to the Named Assured at the address shown in this Policy shall be sufficient proof of notice, and the insurance under this Policy shall end on the effective date and hour of cancellation stated in the notice Delivery of such written notice either by the Named Assured or by the Underwriters or their representatives shall be equivalent to mailing.

If this Policy shall be cancelled by the Named Assured the Underwriters shall retain the customary short rate proporti of the premium for the period this Policy has been

A-2318

## DECLARATIONS:

| | | | |
|---|---|---|---|
| ITEM 1. | (a) | Named Assured:- | W.R. GRACE AND COMPANY and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter constituted |
| | (b) | Address of Named Assured:- | 1114, Avenue of the Americas, New York, N.Y. 10038. |

| | | | |
|---|---|---|---|
| ITEM 2. | (a) | Underlying Umbrella Policies:- | 79DD1633C |
| | (b) | Underlying Umbrella Insurers:- | CERTAIN INSURANCE COMPANIES |

| | | |
|---|---|---|
| ITEM 3. | Underlying Umbrella Limits (Insuring Agreement II):- | U.S.  $ 5,000,000 |
| ITEM 4. | Underlying Umbrella Aggregate Limits (Insuring Agreement II):- | U.S.  $ 5,000,000 |
| ITEM 5. | Limit of Liability (Insuring Agreement II):- | U.S.  $ 15,000,000 |
| ITEM 6. | Aggregate Limit of Liability (Insuring Agreement II):- | U.S.  $ 15,000,000 |

| | | |
|---|---|---|
| ITEM 7. | Policy Period:- | 30th June, 1979 to 30th June, 1982 both days at 12.01 a.m. Local Standard Time |
| ITEM 8. | Notice of Occurrence (Condition 4) to:- | Marsh & McLennan Inc., 1221, Avenue of the Americas, New York, N.Y. 10020. |
| ITEM 9: | Service of Process (Condition 6) upon:- | Messrs. Mendes and Mount, 3, Park Avenue, New York, N.Y. 10016, U.S.A. |

GEC 026563

WRG Policies
05047

LEXINGTON INSURANCE COMPA.
Wilmington, Delaware

(A Stock Insurance Company)

Administrative Offices: 100 Summer Street, Boston, Massachusetts

Incorporated in the U.S.A. in 1965

Liability of Shareholders Limited

Named Insured:    W.R. Grace and Company · and ·as        Policy No. : _____5514585_____
                  per endorsement no. 1

Address:          1114 Avenue of the Americas            Renewal of No.: _5503493 & 5510442_
                  New York
                  New York 10038

## DECLARATIONS — FOLLOWING FORM EXCESS LIABILITY POLICY

### SECTION I — EXCESS INSURANCE

(a)  Policy Period:  From:   30th June 1979        To:   30th June 1982
     (at 12.01 a.m.                          at the address of the Insured stated herein)

(b)  Coverage:      Excess Umbrella Liability including Employee Benefit Liability
                    but excluding claims arising from Employees Retirement Income
                    Security Act (1974)

(c)  Limits of Liability:   $803,250 being 10.71% of 50% of $15,000,000 each occurr
                            and in the aggregate wherein the underlying

(d)  Deposit and Minimum         EXPOSURE TYPE:        Gross Sales
     Premium:    As per annual premium   ADJUSTMENT RATE:   10.71% of 50% of
                 payment endorsement                        $0.083 per $1000

                                  AUDIT PERIOD:        Annually

### SECTION II — UNDERLYING INSURANCE

(a)  Underlying Policy No:    To be Advised

     Issued By:     Underwriters at Lloyds London and various Insurance Companies
                    Umbrella Liability including Employee Benefit Liability but
     Covering:      excluding claims arising from Employees Retirement Income
                    Security Act (1974)

     Limits of Liability:     $5,000,000

     Period:        30th June 1979 to 30th June 1982

(b)  Total limits of all underlying insurance including the underlying policy in excess of which
     this policy applies:     $5,000,000 each occurrence and in the aggregate where
     applicable which in turn excess of various primaries or $100,000 self
     insured retention where no concurrent insurance.

Endorsements Made Part of this Policy:    No. 1

GEC 026589                                              WRG Policies
                                                       05073

**C. T. BOWRING & CO. (INSURANCE) LTD.**
Lloyd's Brokers
AMERICAN NON-MARINE DIVISION

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

| | |
|---|---|
| P.O. BOX 145. | TELEPHONE: 01-283 3100 |
| THE BOWRING BUILDING. | TELEGRAMS: BOWINSUR |
| TOWER PLACE. | LONDON EC3 |
| LONDON. EC3P 3BE | TELEX: 882191 |
| (Registered Office) | Registered No. 76170 London |

Please always
quote this No.  PY107879

Date  2nd August, 1979

VAT No. 244 2517 79

Renewing No. 35447
In accordance with your instructions we have arranged cover as follows:

| | |
|---|---|
| TYPE | EXCESS UMBRELLA LIABILITY INCLUDING EMPLOYEE BENEFIT LIABILITY BUT EXCLUDING CLAIMS ARISING FROM E.R.I.S.A. (1974). |
| FORM | SHORT EXCESS FORM TO BE AGREED BY UNDERWRITERS. |
| ASSURED | W.R. GRACE & CO. et al and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter consituted plus joint ventures as expiring. |
| PERIOD | 36 months at 30th June, 1979. |
| INTEREST | Coverage in respect of assureds operations. |
| SUM INSURED | 50% of<br>$15,000,000    each occurrence (Aggregate Products and Occupational Disease)<br>Excess of<br>$ 5,000,000    each occurrence (Aggregate Products and Occupational Disease)<br><br>which in turn Excess of scheduled primaries or $100,000 Self Insured Retention where no concurrent insurance. |
| SITUATION | Worldwide. |
| CONDITIONS | N.M.A. 1256/1477.<br>60 Days Cancellation Clause.<br>4% Tax Clause (if applicable).<br>Service of Suit Clause (U.S.A.).<br>Seepage and Pollution Clauses as underlying<br>ALL AS UNDERLYING in respect of Conditions, Warranties, Clauses and Exclusions. |

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

C. T. BOWRING & CO. (INSURANCE) LTD.

Direct

Commission to you 10%

GEC 026595

WRG Policies
05079

**C. T. BOWRING & CO. (INSURANCE) LTD.**
Lloyd's Brokers
**AMERICAN NON-MARINE DIVISION**

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

| | |
|---|---|
| P.O. BOX 145. | TELEPHONE: 01-283 3100 |
| THE BOWRING BUILDING. | TELEGRAMS: BOWINSUR |
| TOWER PLACE. | LONDON EC3 |
| LONDON. EC3P 3BE | TELEX: 882191 |
| (Registered Office) | Registered No. 76170 London |

Please always
quote this No. _PY107379_

Date _2nd August, 1979_

VAT No. 244 2517 79

Renewing No. 35447

In accordance with your instructions we have arranged cover as follows:

| | |
|---|---|
| <u>TYPE</u> | EXCESS UMBRELLA LIABILITY INCLUDING EMPLOYEE BENEFIT LIABILITY BUT EXCLUDING CLAIMS ARISING FROM E.R.I.S.A. (1974). |
| <u>FORM</u> | SHORT EXCESS FORM TO BE AGREED BY UNDERWRITERS. |
| <u>ASSURED</u> | W.R. GRACE & CO. et al and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter consituted plus joint ventures as expiring. |
| <u>PERIOD</u> | 36 months at 30th June, 1979. |
| <u>INTEREST</u> | Coverage in respect of assureds operations. |
| <u>SUM INSURED</u> | 50% of<br>$15,000,000    each occurrence (Aggregate Products and Occupational Disease)<br>Excess of<br>$ 5,000,000    each occurrence (Aggregate Products and Occupational Disease)<br><br>which in turn Excess of scheduled primaries or $100,000 Self Insured Retention where no concurrent insurance. |
| <u>SITUATION</u> | Worldwide. |
| <u>CONDITIONS</u> | N.M.A. 1256/1477.<br>60 Days Cancellation Clause.<br>4% Tax Clause (if applicable).<br>Service of Suit Clause (U.S.A.).<br>Seepage and Pollution Clauses as underlying<br><u>ALL AS UNDERLYING</u> in respect of Conditions, Warranties, Clauses and Exclusions. |

For the attention of Tom Clarke/Frank Masella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

C. T. BOWRING & CO. (INSURANCE) LTD.

Direct

GEC 026598

WRG Policies
05082

# EXHIBIT K43

X1, 4                              .01635

## LEXINGTON INSURANCE COMPA
Wilmington, Delaware
(A Stock Insurance Company)
Administrative Offices: 100 Summer Street, Boston, Massachusetts
Incorporated in the U.S.A. in 1965
Liability of Shareholders Limited

| | | | |
|---|---|---|---|
| Named Insured: | W.R. Grace and Company and as per endorsement no. 1 | Policy No. : | 5514585 |
| Address: | 1114 Avenue of the Americas New York New York 10038 | Renewal of No.: | 5503493 & 5510442 |

### DECLARATIONS — FOLLOWING FORM EXCESS LIABILITY POLICY

---

#### SECTION I — EXCESS INSURANCE

(a) Policy Period: From:   30th June 1979   To:   30th June 1982
   (at  12.01 a.m.                        at the address of the Insured stated herein)

(b). Coverage:   Excess Umbrella Liability including Employee Benefit Liability but excluding claims arising from Employees Retirement Income Security Act (1974)

(c) Limits of Liability:   $803,250 being 10.71% of 50% of $15,000,000 each occurr and in the aggregate wherein the underlying

(d) Deposit and Minimum Premium:   As per annual premium payment endorsement

EXPOSURE TYPE:   Gross Sales
ADJUSTMENT RATE:   10.71% of 50% of $0.083 per $1000
AUDIT PERIOD:   Annually

---

#### SECTION II — UNDERLYING INSURANCE

(a) Underlying Policy No:   To be Advised

Issued By:   Underwriters at Lloyds London and various Insurance Companies
Covering:   Umbrella Liability including Employee Benefit Liability but excluding claims arising from Employees Retirement Income Security Act (1974)
Limits of Liability:   $5,000,000
Period:   30th June 1979 to 30th June 1982

(b) Total limits of all underlying insurance including the underlying policy in excess of which this policy applies:   $5,000,000 each occurrence and in the aggregate where applicable which in turn excess of various primaries or $100,000 self insured retention where no concurrent insurance.

---

Endorsements Made Part of this Policy:   No. 1

GEC 026604

WRG Policies
05088

# EXHIBIT K44

1221 AVE. OF THE AMERICAS, NEW YORK, N. Y.   10020

01646

NUMBER
6179-1383

RENEWS
NEW

# ☒ GRANITE STATE INSURANCE COMPANY
# ☐ NEW HAMPSHIRE INSURANCE COMPANY
## MANCHESTER, NEW HAMPSHIRE
# C. V. STARR & CO.
### UNDERWRITING MANAGERS

SAN FRANCISCO     SEATTLE     LOS ANGELES     PORTLAND     CHICAGO

## DECLARATIONS

1. **Assured:**  W. R. GRACE & CO., ET AL
   AS MORE FULLY DESCRIBED IN UNDERLYING POLICY/IES

   **Address:**  1114 AVENUE OF THE AMERICAS
   NEW YORK, NEW YORK   10038

2. **Policy Period: From**  JUNE 30, 1979  TO  JUNE 30, 1980
   both days at 12:01 A.M.   (Standard Time) at the location(s) of the risk(s) insured and in accord with the terms and con-
   ditions of the form(s) attached.

3. **Amount:**  $3,750,000. PART OF $15,000,000. EXCESS OF $5,000,000. EXCESS OF UNDERLYING

4. **Coverage:**  EXCESS UMBRELLA LIABILITY

5. **Premium:** A) Provisional or deposit premium   $ 115,000.00

   B) Minimum Premium   $ 115,000.00

   C) Basis of Adjustment (Rate)   PRO-RATA OF $0.083 PER $1,000. GROSS REVENUES

   D) Audit Period   ANNUAL

Assignment of this Policy shall not be valid except with the written consent of this Company.

This Policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are here-
by made a part of this Policy, together with such other provisions, stipulations, and agreements as may be added hereto, as provided in
this Policy.

Unless otherwise provided herein, this Policy may be cancelled on the customary short rate basis by the Assured at any time by
written notice or by surrender of this Policy to the Company. This Policy may also be cancelled, with or without the return or tender
of the unearned premium, by the Company or by the Underwriting Managers in its behalf, by delivering to the Assured or by sending
to the Assured by regular mail, at the Assured's address as shown herein, not less than 30 days written notice stating when the cancel-
lation shall be effective, and in such case Insurers shall refund the paid premium less the earned portion thereof on demand, subject
always to the retention by Insurers hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon)
in the event of cancellation either by Insurers or Assured.

Not withstanding anything to the contrary contained herein and in consideration of the premium for which this insurance is
written, it is understood and agreed that whenever an additional or return premium of $10.00 or less becomes due from or to the
Assured on account of the adjustment of a deposit premium, or of an alteration in coverage or rate during the term or for any other
reason, the collection of such premium from the Assured will be waived or the return of such premium to the Assured will not be
made, as the case may be.

In Witness Whereof, the Company has caused this Policy to be executed and attested, but this Policy shall not be valid unless
countersigned by a duly authorized representative of the Company.

*Secretary*

C. V. STARR & CO.
UNDERWRITING MANAGERS

*President*

Countersigned   JULY 23, 1979  DW/MC/yn

By _____

CVS 1114

BROKER'S COPY

GEC 026615

WRG Policies
05099

## EXCESS UMBRELLA POLICY

01647

Named Assured: As stated in Item 1 of the Declarations forming a part hereof

and/or subsidiary, associated, affiliated companies or owned and controlled companies as now or hereafter constituted and of which prompt notice has been given to the Company.

### SCHEDULE

| | | |
|---|---|---|
| ITEM 1. | NAMED ASSURED | W. R. GRACE & CO., ET AL |
| ITEM 2. | Underlying Umbrella Policies: | BRITISH COMPANIES AND NORTHBROOK INSURANCE COMPANY |
| ITEM 3. | Underlying Umbrella limits (Insuring Agreement III): | $5,000,000. |
| ITEM 4. | Underlying Umbrella Aggregate Limits (Insuring Agreement II): | $5,000,000. |
| ITEM 5. | Limit of Liability (Insuring Agreement II): | $3,750,000. PART OF $15,000,000. |
| ITEM 6. | Aggregate Limit of Liability (Insuring Agreement II): | $3,750,000. PART OF $15,000,000. |
| 7. | Notice of Occurrence (Conditions 4) to: C.V. Starr & Co. | THREE EMBARCADERO CENTER, SAN FRANCISCO, CA 94111 |

### INSURING AGREEMENTS

**I. COVERAGE**

The Company hereby agrees, subject to the limitations, terms and conditions hereinafter mentioned, to indemnify the Assured for all sums which the Assured shall be obligated to pay by reason of the liability

(a) imposed upon the Assured by law,

(b) assumed under contract or agreement by the Named Assured and/or any officer, director, stockholder, partner or employee of the Named Assured while acting in his capacity as such.

for damages, direct or consequential and expenses on account of:

(i) Personal injuries, including death at any time resulting therefrom,

(ii) Property damage,

(iii) Advertising liability.

caused by or arising out of each occurrence happening anywhere in the World, and arising out of the hazards covered by and as defined in the Underlying Umbrella Policies stated in Item 2 of the Declarations, (hereinafter called the "Underlying Umbrella Insurers").

**II. LIMIT OF LIABILITY - UNDERLYING LIMITS**

It is expressly agreed that liability shall attach to the Company only after the Underlying Umbrella Insurers have paid or have been held liable to pay the full amount of their respective ultimate net loss liability as follows:-

| | |
|---|---|
| $ (as stated in Item 3 of the Declarations) | Ultimate net loss in respect of each occurrence, but |
| $ (as stated in Item 4 of the Declarations) | in the aggregate for each annual period during the currency of this Policy separately in respect of Products Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured. |

and the Company shall then be liable to pay only the excess thereof up to a further

| | |
|---|---|
| $ (as stated in Item 5 of the Declarations) | ultimate net loss in all in respect of each occurrence subject to a limit of |
| $ (as stated in Item 6 of the Declarations) | in the aggregate for each annual period during the currency of this Policy separately, in respect of Products Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured. |

Attached to and forming part of Policy No.   6179-1383

Issued to:   W. R. GRACE & CO., ET AL

Dated:    JULY 23, 1979

22310  Rev. 1-78

☒ GRANITE STATE INSURANCE COMPANY

☐ NEW HAMPSHIRE INSURANCE COMPANY

**C.V. STARR & COMPANY**
**Underwriting Managers**

By................................................................

WRG Policies
05100