# EXHIBIT K62

VOL. XVI, TAB 5, _____

6484- 5867

☒ GRANITE STATE INSURANCE COMPANY
☐ NEW HAMPSHIRE INSURANCE COMPANY

## PACIFIC STARR of NEW YORK, INC.
### UNDERWRITING MANAGERS
### NEW YORK

### DECLARATIONS

1. Assured: W. R. GRACE & CO., ET AL

   Address: 1114 AVENUE OF THE AMERICAS
   NEW YORK, NEW YORK 10038

2. Policy Period: From **JUNE 30, 1984 TO JUNE 30, 1985**
   both days at 12:01 A.M. (Standard Time) at the location(s) of the risk(s) insured and in accord with the terms and conditions of the form(s) attached.

3. Amount: $ 4,750,000. PART OF
   $20,000,000. EXCESS OF
   $ 5,000,000.

4. Coverage: EXCESS LIABILITY

5. Premium: A) Provisional or deposit premium    $77,188.00

   B) Minimum Premium                             $77,188.00

   C) Basis of Adjustment (Rate)                  FLAT

   D) Audit Period                                NONE
   E) Currency: U.S. Dollars

Assignment of this Policy shall not be valid except with the written consent of this Company.

This Policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this Policy, together with such other provisions, stipulations, and agreements as may be added hereto, as provided in this Policy.

Unless otherwise provided herein, this Policy may be cancelled on the customary short rate basis by the Assured at any time by written notice or by surrender of this Policy to the Company. This Policy may also be cancelled, with or without the return or tender of the unearned premium, by the Company or by the Underwriting Managers in its behalf, by delivering to the Assured or by sending to the Assured by regular mail, at the Assured's address as shown herein, not less than 30 days written notice stating when the cancellation shall be effective, and in such case Insurers shall refund the paid premium less the earned portion thereof on demand, subject however to the retention by Insurers hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon) in the event of cancellation either by Insurers or Assured.

Notwithstanding anything to the contrary contained herein and in consideration of the premium for which this insurance is written, it is understood and agreed that whenever an additional or return premium of $10.00 or less becomes due from or to the Assured on account of the adjustment of a deposit premium; or of an alteration in coverage or rate during the term or for any other reason, the collection of such premium from the Assured will be waived or the return of such premium to the Assured will not be made as the case may be.

In Witness Whereof, the Company has caused this Policy to be executed and attested, but this Policy shall not be valid unless countersigned by a duly authorized representative of the Company.

*[signature]* Secretary
JULY 20, 1984 MB/ft

*[signature]* President

PACIFIC STARR OF NEW YORK, INC.
UNDERWRITING MANAGERS

By *[signature]*

ORIGINAL

GEC 028819

WRG Policies
07262

## EXCESS UMBRELLA POLICY

Named Assured: As stated in Item 1 of the Declarations forming a part hereof

and/or subsidiary, associated, affiliated companies or owned and controlled companies as now or hereafter constituted and which prompt notice has been given to the Company.

### SCHEDULE

| | | |
|---|---|---|
| ITEM 1. | NAMED ASSURED | W. R. GRACE & CO., ET AL |
| ITEM 2. | Underlying Umbrella Policies: | LONDON |
| ITEM 3. | Underlying Umbrella limits (Insuring Agreement II): | $5,000,000. |
| ITEM 4. | Underlying Umbrella Aggregate Limits (Insuring Agreement II): | $5,000,000. |
| ITEM 5. | Limit of Liability (Insuring Agreement III): | $4,750,000. PART OF $20,000,000. |
| ITEM 6. | Aggregate Limit of Liability (Insuring Agreement II): | $4,750,000. PART OF $20,000,000. |

ITEM 7.  Notice of Occurrence (Conditions 4) to: Pacific Starr of New York, Inc.
99 JOHN STREET
NEW YORK, NEW YORK   10038

### INSURING AGREEMENTS

**COVERAGE**

The Company hereby agrees, subject to the limitations, terms and conditions hereinafter mentioned, to indemnify the Assured for all sums which the Assured shall be obligated to pay by reason of the liability

(a) imposed upon the Assured by law,

or

(b) assumed under contract or agreement by the Named Assured and/or any officer, director, stockholder, partner or employee of the Named Assured while acting in his capacity as such.

for damages, direct or consequential and expenses on account

(i) Personal injuries, including death at any time resul therefrom,

(ii) Property damage.

(iii) Advertising liability.

caused by or arising out of each occurrence happening anywhe the World, and arising out of the hazards covered by and as def in the Underlying Umbrella Policies stated in Item 2 of the Sc ule, (hereinafter called the "Underlying Umbrella Insurers").

Attached to and forming part of Policy No.   6484-5867

Issued to:   W. R. GRACE & CO., ET AL

Dated:   JULY 20, 1984

GEC 028820

P-431-PSNY

☒ GRANITE STATE INSURANCE COMPANY

☐ NEW HAMPSHIRE INSURANCE COMPANY

PACIFIC STARR OF NEW YORK INC.
Underwriting Managers

By ..................

WRG Policies
07262

## II. LIMIT OF LIABILITY - UNDERLYING LIMITS

It is expressly agreed that liability shall attach to the Company only after the Underlying Umbrella Insurers have paid or have ·en held liable to pay the full amount of their respective ultimate net loss liability as follows:-

| | |
|---|---|
| $ (as stated in Item 3 of the Declarations) | Ultimate net loss in respect of each occurrence, but |
| $ (as stated in Item 4 of the Declarations) | in the aggregate for each annual period during the currency of this Policy separately in respect of Products Liability and separately in respect of Personal Injury (fatal or non-fatal) by Occupational Disease sustained by any employees of the Assured. |

and the Company shall then be liable to pay only the excess there of up to a further

| | |
|---|---|
| $ (as stated in Item 5 of the Declarations) | ultimate net loss in all in respect c each occurrence-subject to a limit c |
| $ (as stated in Item 6 of the Declarations) | in the aggregate for each annual pe iod during the currency of this Pol cy separately, in respect of Proc ucts Liability and separately in r spect of Personal Injury (fatal c non-fatal) by Occupational Diseas sustained by any employees of th Assured. |

## CONDITIONS

### 1. PRIOR INSURANCE AND NON CUMULATION OF LIABILITY-

It is agreed that if any loss covered hereunder is also covered in whole or in part under any other excess policy issued to the Assured prior to the inception date hereof the limit of liability hereon as stated in Items 5 and 6 of the Schedule shall be reduced by any amounts due to the Assured on account of such loss under ьch prior insurance.

Subject to the foregoing paragraph, and to all the other terms and conditions of of this Policy, in the event that Personal Injury or Property Damage arising out of an occurrence covered hereunder is continuing at the time of termination of this Policy the Company will continue to protect the Assured for liability in respect to such Personal Injury or Property Damage without payment of additional premium.

### 2. MAINTENANCE OF UNDERLYING UMBRELLA INSURANCE-

This Policy is subject to the same terms, definitions, exclusions and conditions (except as regards the premium, the amount and limits, of liability and except as otherwise provided herein) as are contained in or as may be added to the Underlying Umbrella Policies stated in Item 2 of the Schedule prior to the happening of an occurrence for which claim is made hereunder.

It is a condition of this Policy that the Underlying Umbrella Policies shall be maintained in full effect during the currency hereof, except for any reduction of the aggregate limits contained therein solely by payment of claims in respect of accidents and/or occurrences occurring during the period of this Policy or by the operation of the Prior Insurance and Non Cumulation of Liability Condition of the Underlying Umbrella Policies.

### 3. CANCELLATION-

This Policy may be cancelled by the Named Assured or by the Company or their representative by mailing written notice to the other party stating when, not less than thirty (30) days (ten [1( days for non-payment of premium) thereafter, cancellation shall t effective. The mailing of notice as aforesaid by the Company ( their representative to the Named Assured at the address show in this Policy shall be sufficient proof of notice and the Insuranc under this Policy shall end on the effective date and hour ( cancellation stated in the notice. Delivery of such written notic either by the Named Assured or by the Company or their repr sentative shall be equivalent to mailing.

If this Policy shall be cancelled by the Named Assured the Cor pany shall retain the customary short rate proportion of the pr mium for the period this Policy has been in force. If this Polic shall be cancelled by the Company the Company shall retain tl pro rata proportion of the premium for the period this Policy h been in force. Notice of cancellation by the Company shall ! effective even though the Company makes no payment or tend of return premium.

### 4. NOTICE OF OCCURRENCE-

Whenever the Assured has information from which they m. reasonably conclude that an occurrence covered hereunder i volves injuries or damage which in the event that the Assur shall be held liable, is likely to involve this Policy, notice shall i sent as stated in Item 7 of the Schedule as soon as practicab provided however, that failure to give notice of any occurren which at the time of its happening did not appear to involve tl Policy, but which, at a later date, would appear to give rise claims hereunder, shall not prejudice such claim.

### 5. OTHER INSURANCE-

If other valid and collectible insurance with any other Insui is available to the Assured covering a loss also covered by tl Policy, other than Insurance that is in excess of the Insurance forded by this Policy, the Insurance afforded by this Policy shall in excess of and shall not contribute with such other insurance.

GEC 028821

WRG Policies
07264

# EXHIBIT K63

## INA PACIFIC EMPLOYERS INSURANCE COMPANY, LOS ANGELES, CALIFORNIA

| CERTIFICATE OF EXCESS INSURANCE | DECLARATIONS |
|---|---|

**Item 1. Name of Insured —** W.R. GRACE & CO., ETAL AND/OR SUBSIDIARY, ASSOCIATED, AFFILIATED COMPANIES AND/OR ORGANIZATIONS OWNED, CONTROLLED AND/OR MANAGED COMPANIES AS NOW OR HEREINAFTER CONSTITUTED PLUS JOINT VENTURES AS EXPIRING

XCC 01 22 83

**Item 2. Address —** GRACE PLAZA, 1114 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036

**Item 3. Certificate Term —** From: 6/29/84  To: 6/29/85
12:01 A.M., standard time at the address of the insured as stated in Item 2 above.

**Item 4. Primary Insurance —**

| Primary Carriers | Policy Numbers | Policy Periods |
|---|---|---|
| LONDON TRANSIT PEIC | AS PER FILE | 6/30/84 TO 6/30/85 |

**Item 5. Description of Primary Insurance —** AS PER FILE

UMBRELLA LIABILITY INCLUDING WC, AND EMPLOYEE BENEFIT LIABILITY BUT EXCLUDING ERISA

**Item 6. Description of Excess Insurance —**

$1,750,000 PART OF $20,000,000 EXCESS OF $5,000,000 UMBRELLA EXCESS OF PRIMARY AS PER FILE

**Item 7. Premium —** $28,348. - SUBJECT TO RATE OF .0350 PER THOUSAND OF SALES FOR $20,000,000. LAYER.

**Item 8. attached hereto and made a part hereof:**
LD6B97   ENDT. #1

8/1/84

LD-6B98 PTD. IN U.S.A.

GEC 028825

WRG Policies 07268