# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Hearing Date: 1/26/09 |
| | § | Objection Deadline: 1/9/09 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 20224

The undersigned certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the "Application Pursuant to Sections 105, 327, 524(g) and 1109 of the Bankruptcy Code for Order Authorizing Retention *Nunc Pro Tunc* of Karl Hill, Esq. As Local Counsel to Hon. Alexander M. Sanders, Jr., Proposed Legal Representative for Future Asbestos Related Property Damage Claimants and Holders of Demands" (the "Application"). The undersigned further certifies that he reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Court's October 20, 2008 Order (Doc. #19819), objections to the Application were to be filed and served no later than January 9, 2009.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

ATTORNEY FOR HON. ALEXANDER
M. SANDERS, JR., FUTURE PROPERTY
DAMAGE CLAIMS REPRESENTATIVE

## **CERTIFICATE OF SERVICE**

      I certify that on the 16th of January, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____