# EXHIBIT 2

**BMC GROUP**  
600 1st Ave., Suite 300  
Seattle, WA 98104  
206/516-3300

**Expense Reimbursement**  
**WR Grace**  
**Invoice #: 21_080831**

| Period Ending | 8/31/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $601.75 |
| | | Postage/Shipping | $39.32 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $364.72 |
| | | **Total** | **$2,455.79** |

EXHIBIT 2

BMC GROUP  WR GRACE - EXPENSE DETAIL  AUGUST 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080831 | WR Grace | BMC10, BMC | BMC | $350.00 | 8/31/08 | B-linx User Fee | B-linx User Fee |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $850.00 | 8/31/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $250.00 | 8/31/08 | Website Hosting | Website Hosting |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $601.75 | 8/31/08 | Document Storage | 415 boxes |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $364.72 | 8/31/08 | Website Storage/Traffic | 175 docs |
| 21_080831 | WR Grace | BMC10, BMC | DHL | $10.37 | 8/22/08 | Postage/Shipping | Shipment to Kirkland & Ellis Tracking no.28497174355 dtd. 8/7/08 |
| 21_080831 | WR Grace | BMC10, BMC | FedEx | $28.95 | 8/13/08 | Postage/Shipping | Shipment to Martha Araki Tracking no.797031576000 dtd. 7/24/08 |
|  |  |  |  | $2,455.79 |  |  |  |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**
INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20080822-1 | 8/22/2008 | $31.48 |
| Invoice # | 021-20080822-2 | 8/22/2008 | $2,859.58 |
| Invoice # | 021-20080826-1 | 8/26/2008 | $341.31 |
| Invoice # | 021-20080826-2 | 8/26/2008 | $36.61 |
| Invoice # | 021-20080827-1 | 8/27/2008 | $65.00 |
| | | Total | $3,333.98 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 8/22/2008
Invoice #: 021-20080822-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BDN/POC Attorneys (suppl) | 12 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.59 each | $1.77 |
| | | | Production | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | | Printed Impressions | 36 Pieces @ $.12 each | $4.32 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $31.48

EXHIBIT 2
*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 8/22/2008
Invoice #: 021-20080822-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BDN/POC Individuals (suppl) | 10 / 1,191 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1191 Pieces @ $1.00 each | $1,191.00 |
| | | | Production | Printed Impressions | 11910 Pieces @ $.12 each | $1,429.20 |
| | | | | Stuff and Mail | 1191 Pieces @ $.05 each | $59.55 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1191 Pieces @ $.13 each | $154.83 |

**Total Due:** $2,859.58

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 8/26/2008
Invoice #: 021-20080826-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 19378 -25th Omni Obj | 42 / 47 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 47 Pieces @ $1.51 each | $70.97 |
| | | | Production | Printed Impressions | 1974 Pieces @ $.12 each | $236.88 |
| | | | | Stuff and Mail | 47 Pieces @ $.05 each | $2.35 |
| | | | Supplies | Inkjet and Envelope - Catalog | 47 Pieces @ $.13 each | $6.11 |

Total Due: $341.31

EXHIBIT 2
*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 8/26/2008
Invoice #: 021-20080826-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 19370 - 26th Omni Obj | 21 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $1.17 each | $3.51 |
| | | | Production | Printed Impressions | 63 Pieces @ $.12 each | $7.56 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:** $36.61

EXHIBIT 2
*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 8/27/2008
Invoice #: 021-20080827-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | ZAI Bar Date Package - Individual | 10 / 41 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Production | eNoticing | 1 Batch @ $40.00 each | $40.00 |

Total Due: $65.00

EXHIBIT 2
*Invoice Due Upon Receipt*