IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,* | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | Re: Docket Nos. 20378, 20475, 20478, 20479, |
| | ) | 20480, 20483, 20484, 20488 |
| | | 1/14/09 Agenda Item No. 4 |

### CERTIFICATION OF COUNSEL REGARDING LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS TO RESPOND TO LIBBY CLAIMANTS' DOCUMENT REQUEST

1. On January 14, 2009, the Court heard the Libby Claimant's Motion to Compel Debtors to Respond to Libby Claimants' Document Request (the "Motion") (Docket No.20378).

2. Due and proper notice of the Motion was given and an objection was filed by the Debtors (the "Debtors' Objection") (Docket No. 20484). Multiple other parties-in-interest also filed responses objecting to the Motion (the "Responses").

3. The Court reviewed the Motion, the Debtors' Objection, and the Responses and considered the arguments of counsel at the hearing.

4. The attached order denying the Motion reflects the ruling of the Court as stated on the record at the January 14, 2009 hearing and was circulated to counsel for the Libby Claimants prior to filing this certification.

5. The Debtors request entry of the attached order.

K&E 14087077.2

Dated: January 20, 2009

KIRKLAND & ELLIS
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for Debtors and Debtors in Possession

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket Nos. 20378, 20475, 20478, 20479, |
| ) | 20480, 20483, 20484, 20488 |
| | 1/14/09 Agenda Item No. 4 |

### ORDER DENYING LIBBY CLAIMANTS' MOTION
### TO COMPEL DEBTORS TO RESPOND
### TO LIBBY CLAIMANTS' DOCUMENT REQUEST

This matter having come before the Court on the Libby Claimant's Motion to Compel Debtors to Respond to Libby Claimants' Document Request (the "Motion") (Docket No.20378) the Court having reviewed the Motion, the Debtors' Objection, the Responses and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the January 14, 2009 hearing, the Motion is denied.

Dated: _____, 2009

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge