January 9, 2009

United States Bankruptcy Court for the District of Delaware

Re: Case Number: 01-1139-JFK

I am writing to respectfully ask the court for a hearing to obtain permission to file a late claim against the W.R.Grace Co. in the Zonolite insulation matter, case number 01-1139-JFK.

On October 1, 2008, I purchased my first home at 136 Llewellyn Street, Lowell, MA 01850. Prior to purchasing the house, the home inspection report showed the presence of "vermiculite" insulation in the attic and were told that at some point we would have to have more added or to have it replaced. We were told that it was a common type of insulation used at the time our house was built approx 1930.

On January 7th, 2009, as part of an energy audit with our local gas company, a contractor inspected our attic and was able to remove an old bag that was previously hidden "stuffed down into the walls" that bore the name Zonolite. He told us that we would need to get it tested to see if it contained asbestos and if so, it would need to be abated as it was considered a hazardous material.

That night, I researched the product and found out that Zonolite is indeed a dangerous material and found information that the company had filed for bankruptcy. I also discovered that the bar date for filing claims had already expired. It was disheartening to learn that the bar date for filing claims against W.R.Grace Co.- October 31, 2008 - had past the very month we moved into our home.

Please accept my request of the court for an exception to be made for us given that the purchase date for our home was so close to the bar date, and am requesting permission to file a late claim in this case. I look forward to your response.

Thank you for your time and consideration,

*Wendy MacLean*

Wendy MacLean