IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) Re: Docket No. 20204 |
| | ) January 26, 2009 Agenda Item # 5 |
| | ) |

**CERTIFICATE OF COUNSEL RE FURTHER REVISED**
**SECOND AMENDED CASE MANAGEMENT ORDER RELATED**
**TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

1.      On December 5, 2008, the Court entered the Initial Case Management

Order Related to the First Amended Joint Plan of Reorganization (Docket No. 20204) (the

"Initial CMO") which addressed the deadlines and hearings with respect to confirmation of the

First Amended Joint Plan of Reorganization, as amended (the "Plan"), jointly submitted by the

Debtors together with the Official Committee of Asbestos Personal Injury Claimants, the Official

Committee of Equity Security Holders, and the Asbestos PI Future Claimants' Representative

(collectively the "Plan Proponents").

2.      Certain of the Debtors' Insurers filed objections to the Initial CMO

(Docket No. 20188) and the Court heard arguments of counsel with respect to the Initial CMO at

the December 15, 2008 Omnibus Hearing and at a further telephonic hearing on December 17,

2008.

3.      As a result of those objections and the arguments of counsel at the

hearings, a First Amended CMO was prepared and submitted on a Certificate of Counsel on

December 23, 2008 (Docket No. 20339).  The Court did not enter the First Amended CMO.

4.      On January 13, 2009, the Debtors filed a Certification of Counsel with a

draft Second Amended CMO (Docket No. 20513).  This Second Amended CMO pushed out the

dates on many deadlines set forth in the Original CMO and the First Amended CMO as a result of the Plan Proponents and PD Constituencies' conclusions that the final Disclosure Statement and Plan could not be completed and finalized for solicitation of votes in time to proceed with confirmation starting in April.

5.      On January 14, 2009, the Court heard the arguments of various counsel with respect to the proposed Second Amended CMO.  At that time, among other things, the Court ordered deadlines for the filing of the final Disclosure Statement, Plan and final objections, set a final Disclosure Statement hearing and set new Confirmation hearing dates for the Plan.

6.      Attached hereto as Exhibit A  is a further revised Second Amended CMO that reflects the dates set by the Court on January 14, 2009 and various changes to the CMO requested by various parties at the hearing and thereafter.  This draft CMO has been circulated to all interested parties and no parties have any further objections to the revised Second Amended CMO other than the Libby Claimants as outlined herein.  For the Court's convenience, the Debtors also attach as Exhibit B a blackline of the revised Second Amended CMO which compares it to the version filed with the Court on January 13, 2009 ( Docket No.20513)

7.      The Libby Claimants have objected to two changes in the revised CMO.[1] Those changes are the newly added Phase II Rebuttal Expert Report deadline of May 15, 2009 and the revised date for commencement of Phase II Expert Depositions of February 16, 2009.

8.      The Plan Proponents and the Libby Claimants have agreed that their issues with respect to the revised CMO should be addressed with the Court at the telephonic Omnibus Hearing in this case to take place on Monday, January 26, 2009 at 10:30 am.

---

[1]    The Libby Claimants have advised Grace that they reserve their rights concerning their objection to the 1/23/09 deadline for written discovery but, having been overruled by the Court at the 1/14/09 hearing, will not reargue the issue.

91100-001\DOCS_DE:144140.1

9.      The Debtors will request entry of the attached revised Second Amended

CMO as drafted at the hearing on January 26, 2009.


Dated: January ___ , 2009          KIRKLAND & ELLIS LLP
                                    David M. Bernick P.C.
                                    Janet S. Baer
                                    200 East Randolph Drive
                                    Chicago, Illinois 60601
                                    Telephone:    (312) 861-2000
                                    Facsimile:    (312) 861-2200

                                    and

                                    PACHULSKI STANG ZIEHL & JONES LLP


                                    _____
                                    Laura Davis Jones (Bar No. 2436)
                                    James E. O'Neill (Bar No. 4042)
                                    Kathleen P. Makowski (Bar No. 3648)
                                    Timothy P. Cairns (Bar No. 4228)
                                    919 North Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, Delaware 19899-8705
                                    Telephone:    (302) 652-4100
                                    Facsimile:    (302) 652-4400

                                    Co-Counsel to Debtors and Debtors-in-Possession

91100-001\DOCS_DE:144140.1