# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 12, 2009 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2008 THROUGH
SEPTEMBER 30, 2008**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v:ODMA/PCDOCS/HRODEN/1383810/1

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total Comp |
|------|----------|-------------|-----------|------------|
| Flaagan, Elizabeth K. | Partner | $ 400.00 | 0.4 | $ 160.00 |
| Sherman, Joan | Paralegal | $ 185.00 | 20.5 | $ 3,792.50 |
| Latuda, Carla | Paralegal | $ 175.00 | 1.0 | $ 175.00 |
| | | | | |
| Total | | | 21.90 | $ 4,127.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $         - |
| Facsimiles | $         - |
| Long Distance Telephone | $       1.60 |
| Federal Express | $   4,100.12 |
| Outside Courier | $      13.97 |
| Lexis | $         - |
| Consulting Fee | $         - |
| Postage | $         - |
| Research Services | $         - |
| Professional Services | $   1,204.40 |
| Total | $   5,320.09 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

Page         9
Invoice No.:    821851
Client  No.:    04339
Matter  No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 09/09/08 | JLS | Research ZAI sales in certain states. | 2.10 | $ | 388.50 |
| 09/11/08 | JLS | Research ZAI sales in certain states. | 1.30 | | 240.50 |
| 09/15/08 | EKF | Review August 2008 prebills/invoices for compliance with US Trustee Guidelines (.4). | 0.40 | | 160.00 |
| 09/15/08 | JLS | Research ZAI sales in certain states. | 1.80 | | 333.00 |
| 09/16/08 | JLS | Research ZAI sales in certain states. | 2.90 | | 536.50 |
| 09/17/08 | JLS | Research ZAI sales in certain states. | 2.90 | | 536.50 |
| 09/18/08 | MCL | Research ZAI sales in certain states. | 1.00 | | 175.00 |
| 09/18/08 | JLS | Research ZAI sales in certain states. | 3.20 | | 592.00 |
| 09/22/08 | JLS | Research re ZAI sales in certain states. | 1.60 | | 296.00 |
| 09/23/08 | JLS | Research ZAI sales in certain states. | 3.10 | | 573.50 |
| 09/24/08 | JLS | Research re ZAI sales in certain states. | 1.60 | | 296.00 |

**Total Fees Through September 30, 2008:    21.90  $    4,127.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.40 | $ | 160.00 |
| JLS | Joan L. Sherman | Paralegal | 185.00 | 20.50 | | 3,792.50 |
| MCL | Carla M. Latuda | Paralegal | 175.00 | 1.00 | | 175.00 |

**Total Fees:    21.90  $    4,127.50**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 08/28/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 290118570 DATE: 9/3/2008 \|Tracking #: 790567819480 Shipment Date: 20080828 Ship to: , Kirkland , 200 E Randolph St Fl 54, CHICAGO, IL 60601 | $ | 12.43 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

Page        10
Invoice No.:   821851
Client  No.:   04339
Matter No.:    00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/28/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 290118570 DATE: 9/3/2008 \|Tracking #: 798002822843 Shipment Date: 20080828 Ship to: , Kirkland , 777 S Figueroa St, LOS ANGELES, CA 90017 | 12.43 |
| 08/28/08 | | Outside Courier: VENDOR:  Mazon Associatess, Inc.; INVOICE#: 30311; DATE: 08/29/08  Denver Courier Charges From 08/25/08 to 08/29/08  -  From HRO to eTrial Communications,Inc 08/28/2008 | 13.97 |
| 09/10/08 | | Long Distance Telephone:  6174265900, 4 Mins., TranTime:14:26 | 0.40 |
| 09/12/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 292259813 DATE: 9/17/2008 \|Tracking #: 798510323366 Shipment Date: 20080912 Ship to: , Kirkland , 200 E Randolph St Fl 54, CHICAGO, IL 60601 | 15.53 |
| 09/15/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 318426; DATE: 9/15/2008  -  Professional Services through August 31, 2008 | 1,204.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085890500 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 75.91 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085895432 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 64.74 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578014873 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 109.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578022286 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 75.91 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

Page        11
Invoice No.:   821851
Client  No.:   04339
Matter  No.:   00390

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138408973 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 51.35 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013005710 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 89.30 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013017151 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 40.21 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085880808 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 55.14 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085893565 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 72.79 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085901020 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 97.05 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085905139 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 30.88 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085909318 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 86.02 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

Page          12
Invoice No.:   821851
Client  No.:   04339
Matter No.:   00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085910333 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 94.84 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085915221 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 33.08 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085919856 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 88.23 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578000579 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 48.52 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578005927 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 88.23 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578024679 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 99.26 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578028230 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578031074 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 81.61 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578035952 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 46.32 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

Page         13
Invoice No.:   821851
Client  No.:   04339
Matter  No.:   00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578042050 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 83.82 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578047176 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578047290 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 77.20 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578048437 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 94.84 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578050080 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 74.99 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138399346 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 55.14 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138421352 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138423642 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 94.84 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138427924 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

Page        14
Invoice No.:   821851
Client  No.:   04339
Matter  No.:   00390

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138428482 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 68.37 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013002230 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 59.55 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013020927 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 99.26 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013020982 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 99.26 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013024050 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 105.87 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013024955 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 66.17 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013027987 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 81.61 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013028641 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 74.99 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013030858 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 77.37 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 790087238708 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 92.73 |
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 798014342959 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 38.63 |
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 798014344929 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 43.33 |
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 798014346314 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 102.16 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580476026 Shipment Date: 20080918 Ship to: , Casner , 303 Congress St Fl 2, BOSTON, MA 02210 | 13.10 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790088460790 Shipment Date: 20080918 Ship to: , Casners , 10 Winthrop Sq, BOSTON, MA 02110 | 70.73 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580571520 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 59.33 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580572950 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 61.61 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580583156 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 84.43 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 821851 |
| Client  No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791140997122 Shipment Date: 20080918 Ship to: , Casner, 10 Winthrop Sq, BOSTON, MA 02110 | 98.11 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015564484 Shipment Date: 20080918 Ship to: , Casners , 10 Winthrop Sq, BOSTON, MA 02110 | 68.45 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015567483 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 66.16 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015568608 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 102.68 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015571876 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 38.78 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015574213 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 66.16 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015583869 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 93.67 |
| 09/22/08 | | Long Distance Telephone: 6175423025, 1 Mins., TranTime:10:17 | 0.10 |
| 09/22/08 | | Long Distance Telephone: 6174265900, 1 Mins., TranTime:10:24 | 0.10 |
| 09/22/08 | | Long Distance Telephone: 6178031632, 5 Mins., TranTime:10:25 | 0.50 |
| 09/23/08 | | Long Distance Telephone: 8572411329, 1 Mins., TranTime:14:23 | 0.10 |
| 09/24/08 | | Long Distance Telephone: 8572411329, 2 Mins., TranTime:08:40 | 0.20 |
| 09/24/08 | | Long Distance Telephone: 6178031632, 1 Mins., TranTime:08:43 | 0.10 |
| 09/24/08 | | Long Distance Telephone: 8572411329, 1 Mins., TranTime:13:20 | 0.10 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 821851 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| | | **Total Disbursements:** | $ | **5,320.09** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,204.40 |
| Long Distance Telephone | | 1.60 |
| Outside Courier | | 13.97 |
| Federal Express | | 4,100.12 |
| **Total Disbursements:** | $ | **5,320.09** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 777735 | 08/22/07 | Bill | | 842.85 |
| | 08/13/08 | Cash Receipt | | -8.44 |
| | *Outstanding Balance on Invoice 777735:* | | $ | *834.41* |
| 781878 | 09/19/07 | Bill | | 966.40 |
| | *Outstanding Balance on Invoice 781878:* | | $ | *966.40* |
| 784722 | 10/10/07 | Bill | | 919.43 |
| | *Outstanding Balance on Invoice 784722:* | | $ | *919.43* |
| 786376 | 11/07/07 | Bill | | 815.55 |
| | 09/26/08 | Cash Receipt | | -715.55 |
| | *Outstanding Balance on Invoice 786376:* | | $ | *100.00* |
| 790204 | 12/12/07 | Bill | | 1,591.36 |
| | 09/26/08 | Cash Receipt | | -1,476.16 |
| | *Outstanding Balance on Invoice 790204:* | | $ | *115.20* |
| 792782 | 01/10/08 | Bill | | 1,268.68 |