IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | **Re: Docket No. 20537** |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JANUARY 26, 2009, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

*PLEASE NOTE THIS HEARING IS ALL TELEPHONIC*

**ALL PARTIES WISHING TO PARTICIPATE AT THE HEARING MUST PARTICIPATE TELEPHONICALLY AND MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JANUARY 22, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## CONTINUED MATTERS

1.   Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

Related Documents:

a.   [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue. [Entered: 1/7/09] (Docket No. 20472)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.   Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to February 23, 2009, at 10:30 a.m.

2.   Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.   [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 1/7/09] (Docket No. 20473)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.   Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.   Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.   Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.   Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.   Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.   Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of

Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to February 23, 2009, at 10:30 a.m.

## UNCONTESTED MATTERS

3.      Application Pursuant to Sections 105, 327, 524(g) and 1109 of the Bankruptcy Code for
        Order Authorizing Retention Nunc Pro Tunc of R. Karl Hill, Esq. as Local Counsel to
        Hon. Alexander M. Sanders, Jr., Proposed Legal Representative for Future Asbestos –
        Related Property Damage Claimants and Holders of Demands [Filed: 12/9/08] (Docket
        No. 20224)

        Related Documents:

        a.      Declaration of R. Karl Hill and Disclosure Statement Submitted Pursuant to
                Bankruptcy Code Section 327(a) and Federal Rules of Bankruptcy Procedure
                2014(3) and 2016 [Filed: 12/9/08] (Docket No. 20224)

        **b.      Certificate of No Objection Regarding Docket No. 20224 [Filed: 1/16/09]
                (Docket No. 20539)**

        [Proposed] Response Deadline:  January 9, 2009, at 4;00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        **Status: No parties have objected to the relief requested in the Application.
        Accordingly, the PD FCR has filed a certificate of no objection and respectfully
        requests the entry of the order attached to the Application.**

## CONTESTED MATTERS

4.      Motion of Debtors for Entry of an Order Declaring as Void *Ab Initio* Any and All
        Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa
        County Superior Court with Respect to Debtors' Real Property in Maricopa County
        [Filed: 11/24/08] (Docket No. 20127)

        Related Documents:

        a.      [Proposed] Order Declaring as Void *Ab Initio* Any and All Actions Taken by
                Maricopa County, Arizona, First Liberty National Bank and Maricopa County
                Superior Court with Respect to Debtors' Real Property in Maricopa County
                [Filed: 11/24/08] (Docket No. 20127)

        b.      [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on
                Debtors' Motion for Entry of an Order Declaring as Void *Ab Initio* Any and All
                Actions Taken by Maricopa County, Arizona, First Liberty National bank and
                Maricopa County Superior Court with Respect to Debtors' Real Property in
                Maricopa County [Filed: 12/5/08] (Docket No. 20206)

        c.      Certificate of Counsel Regarding Stipulation Continuing Debtors' Motion to
                Declare Void Actions Taken with Respect to Debtors' Property in Maricopa
                County and Agreement Not to Disturb Debtors' Use and Enjoyment of the

Property [Filed: 12/8/08] (Docket No. 20220)

d.    **Certification of Counsel Regarding Order Dismissing Motion of Debtors for Entry of an Order Declaring as Void *Ab Initio* Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtors' Property in Maricopa County [Filed: TBD] (Docket No. TBD)**

Response Deadline: December 5, 2008, at 4:00 p.m.

Responses Received:

a.    Corrected Maricopa County's Response to Motion for Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken By Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtors' Real Property in Maricopa County [Filed: 12/19/08] (Docket No. 20298)

b.    First Liberty Bank's Joinder in Corrected Maricopa County's Response to Motion for Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken By Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtors' Real Property in Maricopa County [Filed: 1/6/09] (Docket No. 20451)

**Status: The parties have reached an agreement on this matter and expect to file the Certification of Counsel referred to in d above on January 22, 2009. Upon filing the Certification of Counsel the Debtors will request entry of the Order dismissing this matter.**

## DISCLOSURE STATEMENT AND SOLICITATION (CONTINUED FROM 11/14/08)[2]

5.    Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19581)

Related Documents:

a.    Joint Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19579)

(i)    Notice of Filing of Amendment to Disclosure Statement Objection Chart, Blackline of Plan of Reorganization and Blackline of Disclosure Statement [Filed: 11/10/08] (Docket No. 19988)

---

[2] Pleadings filed 11/7/2008-11/10/2008 were provided to the Court in the Supplement Binder. Pleadings filed 11/21/2008 were provided to the Court in the Second Supplemental Binder.

        (ii)    Certification of Counsel Regarding Further Amendments to Disclosure Statement, Plan of Reorganization, Solicitation Materials and Certain Exhibits [Filed: 11/21/08] (Docket No. 20121)

b.    Exhibit Book [Filed: 9/19/08] (Docket No. 19580)

        (i)    Notice of Filing of Revised and New Exhibits to Disclosure Statement Exhibit Book [Filed: 11/10/08] (Docket No. 19989)

        (ii)    Exhibit 5 Exhibit Book Revised Schedule of Settlement Asbestos Insurance Companies [Filed: 11/13/08] (Docket No. 20026)

c.    Exhibit 5 to Exhibit Book Asbestos Insurance Policy Schedule [Filed: 10/23/08] (Docket No. 19849)

d.    Exhibit 6 to Exhibit Book Asbestos Insurance Transfer Agreement [Filed: 10/24/08] (Docket No. 19866)

e.    Certification of Counsel Regarding Further Amendments to the Disclosure Statement and Plan of Reorganization, and the Filing of the Cooperation Agreement (Exhibit 10) and the Property Damage Case Management Order (Exhibit 25) [Filed: 12/19/08] (Docket No. 20304)

f.    Initial Case Management Order Related to the First Amended Joint Plan of Reorganization [Entered: 12/5/08] (Docket No. 20204)

        (i)    Objection of Certain Insurers to Debtors' Proposed Case Management Order [Filed: 12/4/08] (Docket No. 20188)

g.    Certificate of Counsel Re Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 12/23/08] (Docket No. 20339)

h.    Certification of Counsel Re Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 1/13/09] (Docket No. 20513)

        (i)    Objection to Plan Proponents' Proposed Amendments to Case Management Order [Filed: 1/13/09] (Docket No. 20514)

**i.    Certificate of Counsel Re Further Revised Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 1/21/09] (Docket No. 20551)**

Response Deadline: October 17, 2008, at 4:00 p.m.

**Status:  This matter will go forward on the remaining issues raised by the Libby Claimants as outlined in the certification of counsel.  This matter will not go forward on any Disclosure Statement issues.  A final hearing on the Disclosure Statement has been scheduled for March 9 and 10, 2009 at 9:00 a.m. in Pittsburgh, PA.**

6.    Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket No. 19620)

Related Documents:

a.    Notice of Filing Amendments to Proposed Confirmation and Solicitation
      Procedures [Filed: 11/10/08] (Docket No. 19990)

b.    Certification of Counsel Regarding Further Amendments to Disclosure Statement,
      Plan of Reorganization, Solicitation Materials and Certain Exhibits [Filed:
      11/21/08] (Docket No. 20121)

Response Deadline: October 17, 2008, at 4:00 p.m.

**Status:  This matter will not proceed.  A final hearing on this matter has been
scheduled for March 9 and 10, 2009 at 9:00 a.m. in Pittsburgh, PA.**

## ADDITIONAL MATTERS GOING FORWARD:

7.    Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby
      Claimants' Interrogatories [Filed: 12/29/08] (Docket No. 20380)

Related Documents:

a.    [Proposed] Order Granting Libby Claimants' Motion to Compel Asbestos PI
      Committee to Respond to Libby Claimants' Interrogatories [Filed: 12/29/08]
      (Docket No. 20380)

Response Deadline:  January 7, 2009 at 4:00 p.m.

Responses Received:

a.    Opposition of the Official Committee of Asbestos Personal Injury Claimants to
      the Libby Claimants' Motion to Compel Answers to Interrogatories [Filed:
      1/7/09] (Docket No. 20476)

b.    Opposition of Various Law Firms Representing Asbestos Personal Injury
      Claimants to Libby Claimants' Motion to Compel Asbestos PI Committee to
      Respond to Libby Claimants' Interrogatories [Filed: 1/7/09] (Docket No. 20477)

c.    Response and Objection of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise
      & Greenwood, A Professional Law Corporation to Libby Claimants' Motion to
      Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories
      [Filed: 1/7/09] (Docket No. 20482)

d.    Joinder of Motley Rice LLC in the Response and Objection of MMWR Firms to
      Libby claimants' Motion to Compel Debtors to Respond to Libby Claimants'
      Document Request and Joinder in the Response and Objection of Kazan,
      McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, a Professional Law
      Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to
      Respond to Libby Claimants' Interrogatories [Filed: 1/8/09] (Docket No. 20488)

Status: At the January 14, 2009 hearing the parties informed that Court that they would confer on possible resolution of this matter and report back to the Court. This matter will go forward as a status conference.


Dated: January 21, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession