# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

David L. Finger, a member of the bar of this Court, pursuant to Local Rules 83.5 and 9010-1(b) and the attached certification, moves the admission *pro hac vice* of Michael A. Maurer of the law firm Lukens & Annis, P.S. to represent Lukens & Annis, P.S. in this action.  Mr. Maurer is admitted, practicing, and in good standing in the jurisdictions indicated on the attached certification.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger, Slanina & Liebesman, LLC
One Commerce Center
1201 N. Orange Street, 7th floor
Wilmington, DE 19801-1186
Ph: (302) 573-2525
Fax: (302) 573-2524
E-mail: dfinger@delawgroup.com

Dated: January 21, 2009

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is **GRANTED.**

_____
J.

Dated: _____, 2009

## **CERTIFICATE OF SERVICE**

  I, David L. Finger, hereby certify that the foregoing has been served electronically upon all counsel receiving notice via CM/ECF on this 21st day of January, 2009

               /s/ David L. Finger
               David L. Finger (DE Bar ID #2556)
               Finger, Slanina & Liebesman, LLC
               One Commerce Center
               1201 N. Orange Street, 7th floor
               Wilmington, DE 19801-1186
               Ph: (302) 573-2525
               Fax: (302) 573-2524
               E-mail: dfinger@delawgroup.com