## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and Idaho and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the U.S. District Court for the District of Delaware.

*/s/ Michael A. Maurer*
Michael A. Maurer
Lukins & Annis, P.S.
717 W. Sprague Ave., Suite 1600
Spokane, Washington 98102
Telephone No. 509/455-9555