IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 20378, 20475, 20478, 20479, |
| | ) | 20480, 20483, 20484, 20488 ~~ 20545 |
| | | 1/14/09 Agenda Item No. 4 |

### ORDER DENYING LIBBY CLAIMANTS' MOTION
### TO COMPEL DEBTORS TO RESPOND
### TO LIBBY CLAIMANTS' DOCUMENT REQUEST

This matter having come before the Court on the Libby Claimant's Motion to Compel Debtors to Respond to Libby Claimants' Document Request (the "Motion") (Docket No.20378) the Court having reviewed the Motion, the Debtors' Objection, the Responses and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the January 14, 2009 hearing, the Motion is denied.

Dated: January 22, 2009

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge