IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Ref. No. 20321 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of January 2009, true and correct copies of the Bank Claimants' Response to Debtors' Phase 1 Requests for Production of Documents were caused to be served upon the following in the manner indicated:

*Via Email & Hand Delivery*
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com

*Via Email & First Class Mail*
David M. Bernick, P.C.
Janet S. Baer
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com
       jbaer@kirkland.com

**LANDIS RATH & COBB LLP**

/s/ Richard S. Cobb
_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

*Counsel to the Bank Claimants*

672.001-24082.DOC