IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on January 22, 2009, a copy of the **Objections and Responses of the Official Committee of Unsecured Creditors to Debtors' Phase I Requests for Production to Certain Objecting Parties** was served on the individuals identified on the Certificate of Service attached hereto as Exhibit "A" in the manner indicated therein.

Dated: January 22, 2009
      Wilmington, Delaware

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400

and

**DUANE MORRIS LLP**

_/s/ Michael R. Lastowski_
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Tel: (302) 657-4942

Counsel to the Official Committee
of Unsecured Creditors

DM3\905525.1