IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowksi, certify that I am not less than 18 years of age, and that service of a copy of the **Objections and Responses of the Official Committee of Unsecured Creditors to Debtors' Phase I Requests for Production to Certain Objecting Parties** was made on January 22, 2009 upon the individuals identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: January 22, 2009
Wilmington, Delaware

**DUANE MORRIS LLP**

_/s/ Michael Lastowski_

Michael R. Lastowski (DE 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4928
Facsimile:    (302) 657-4901
E-mail:        mlastowksi@duanemorris.com

Counsel to the Official Committee
of Unsecured Creditors

2

DM3\905525.1

**W. R. Grace 1/22/09**

*Via Email Delivery and First Class Mail*
(Counsel to the Debtors
and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Kathleen P. Makowski, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com
tcairns@pszjlaw.com

*Via Email Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Richard A. Forsten, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
teresa.currier@bipc.com

*Via Email Delivery and First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
Arlene Krieger, Esquire
Lewis Kruger, Esquire
Ken Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NJ  10038-4982
akrieger@stroock.com
lkruger@stroock.com
kpasquale@stroock.com

*Via Email Delivery and First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Property Damages Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg, Dunn, Baena,
Price & Axelrod
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340
sbaena@bilzin.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Property Damages Claimants)
Michael B. Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry & Joseph
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
mjoseph@ferryjoseph.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale
375 Park Avenue
New York, NY 10152
ei@capdale.com

DM3\905525.1

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Personal Injury Claimants)
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
meskin@camlev.com

*Via Email Delivery and First Class Mail*
(Counsel to David T. Austern,
Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

*Via Email Delivery and First Class Mail*
(Counsel to David T. Austern,
Future Claimant's Representative)
Debra L. Felder, Esquire
Orrick Harrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
dfelder@orrick.com

*Via Email Delivery and First Class Mail*
(Counsel to Official Committee of Asbestos
Personal Injury Claimants)
Robert Horkovich, Esquire
Robert Chung, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
rhorkovich@andersonkill.com
rchung@andersonkill.com

*Via Email Delivery and First Class Mail*
(Counsel to Debtors)
David M. Bernick, Esquire
Janet S. Baer, Esquire
Lisa Esayian, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com
jbaer@kirkland.com
lesayian@kirkland.com

*Via Email Delivery and First Class Mail*
(Counsel to Official Committee of Asbestos
Personal Injury Claimants)
Peter Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
pvn@capdale.com
ndf@capdale.com

*Via Email Delivery and First Class Mail*
(Counsel to Asbestos PD Future Claimants'
Representative)
Alan B. Rich, Esquire
One Main Place
1201 Main Street, Suite 1910
LB 201
Dallas, TX 75202
arich@alanrichlaw.com

DM3\905525.1