IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | | Re: Docket Nos. 20127, 20206, 20220, 20298, 20451 |
| | | 1/26/2009 Agenda Item No. 4 |

**CERTIFICATE OF COUNSEL REGARDING ORDER DISMISSING
MOTION OF DEBTORS FOR ENTRY OF AN ORDER DECLARING AS VOID
*AB INITIO* ANY AND ALL ACTIONS TAKEN BY MARICOPA COUNTY, ARIZONA,
FIRST LIBERTY NATIONAL BANK AND MARICOPA COUNTY SUPERIOR COURT
WITH RESPECT TO DEBTORS' PROPERTY IN MARICOPA COUNTY**

1. On November 24, 2008, the Debtors filed their *Motion of Debtors For Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken By Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court With Respect to Debtors' Real*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Property In Maricopa County* (Dkt. No. 20127) (the "Motion"). The objection deadline was December 5, 2008.

2. On or about December 3, 2008, the Debtors' counsel received a request via e-mail from Barbara Caldwell, counsel for Maricopa County, requesting that the Debtors agree to continue the Motion to the Court's next omnibus hearing on January 26, 2009 at 10:30 a.m. in Wilmington, Delaware.

3. As a result of this request, on December 8, 2008 the Debtors agreed to continue the Motion to be heard at the January 26, 2009 omnibus hearing, subject to the terms and conditions set forth in a stipulation reflecting the continuance of the Motion and an agreement by Maricopa County and First Liberty National Bank to take no action with respect to the Debtors' property in Maricopa County until the Bankruptcy Court adjudicated the matter (the "Continuance Stipulation") (Dkt. No. 20220).

4. On January 19, 2009, the Debtors, Maricopa County and First Liberty National Bank (collectively, the "Parties") entered into a stipulation agreeing to set aside and undo any and all actions taken with respect to the Debtors' property in Maricopa County, Arizona (the "Final Stipulation"). The Final Stipulation includes an agreement by the Parties to set aside the default judgment that was entered by the Maricopa County Superior Court with respect to the property and restore title to the property to the Debtors. The Final Stipulation also includes an agreement that the Parties will not seek their costs, attorneys' fees, or damages from any other party in the matter. A copy of the Final Stipulation is attached hereto as Exhibit B.

5. Pursuant to the Final Stipulation, the Parties submitted to the Maricopa County Superior Court a proposed order setting aside the default judgment and determining as void the

deeds that were issued by the Maricopa County Treasurer to First Liberty National Bank (the "Proposed Arizona Order"). A copy of the Proposed Arizona Order is attached hereto as <u>Exhibit C</u>.

6.  Because the Parties have entered into the Final Stipulation and expect that the Proposed Arizona Order will be entered promptly, the Debtors respectfully request that the Court enter the proposed order, substantially in the form attached hereto as <u>Exhibit A</u>, dismissing the Motion.

Dated: January 22, 2009

>Respectfully submitted,
>
>KIRKLAND & ELLIS LLP
>David M. Bernick, P.C.
>Janet S. Baer
>200 East Randolph Drive
>Chicago, Illinois 60601
>(312) 861-2000
>
>and
>
>PACHULSKI STANG ZIEHL & JONES LLP
>
>_/s/ James E. O'Neill_
>Laura Davis Jones (Bar No. 2436)
>James E. O'Neill (Bar No. 4240)
>Kathleen P. Makowski (Bar No. 3648)
>Timothy P. Cairns (Bar No. 4228)
>919 North Market Street, 17th Floor
>P. O. Box 8705
>Wilmington, Delaware 19899-8705
>(302) 652-4100
>
>Co-Counsel for the Debtors and Debtors in Possession