## EXHIBIT A

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Re: Docket Nos. 20127, 20206, 20220, 20298, 20451
1/26/09 Agenda Item No. 4

## ORDER DISMISSING MOTION OF DEBTORS FOR ENTRY OF AN ORDER DECLARING AS VOID *AB INITIO* ANY AND ALL ACTIONS TAKEN BY MARICOPA COUNTY, ARIZONA, FIRST LIBERTY NATIONAL BANK AND MARICOPA COUNTY SUPERIOR COURT WITH RESPECT TO DEBTORS' PROPERTY IN MARICOPA COUNTY

This matter having come before the Court on the *Motion of Debtors For Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken By Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court With Respect to Debtors' Real Property In Maricopa County* (Dkt. No. 20127) (the "Motion"), the Court having reviewed the Motion, the Certification of Counsel, Final Stipulation and the Proposed Arizona Order; it is hereby

ORDERED that, for the reasons stated in the Certification of Counsel and in the Final Stipulation, the Motion is dismissed.

Dated: _____, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

DOCS_DE:144178.1