# EXHIBIT B

## FINAL STIPULATION

DOCS_DE:144179.1

AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: blc@ashrlaw.com

Barbara Lee Caldwell – SBN 003246
Attorneys for Maricopa County Treasurer

## SUPERIOR COURT OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| FIRST LIBERTY NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>ARI-ZONOLITE CO., an Illinois corporation, W.R. GRACE & CO.-CONN., Real Party In Interest,<br><br>Defendant. | Case No. CV2008-006088<br><br>**STIPUATION TO SET ASIDE DEFAULT JUDGMENT**<br><br>(Assigned to the Honorable Barbara Hamner) |

The parties by and through their undersigned attorneys, stipulate and agree as follow:

1.  The Court will set aside the Default Judgment that was entered in this matter on January 14, 2008 because the Default Judgment violated the Automatic Stay in the matter of *In Re W.R. Grace & Co.*, case number 01-1139 (JKF), then pending in the United States Bankruptcy Court for the District of Delaware.

2.  The Default Judgment shall be of no effect.

3.  The Treasurer's Deed issued to First Liberty National Bank, and any subsequent deed from First Liberty National Bank to Munitax Fund, LLC., or to any other entity as a result of the Default Judgment is void because it violated the Automatic Stay.

4.  The parties will undertake such actions so as to effectuate the intent of this stipulation, which is to set aside the Default Judgment and restore title to the property that was subject to this quite title action to W.R. Grace & Co.—Conn., which is the successor-in-interest to Ari-Zonolite Co., the title holder of record. Such actions may include the

execution of a confirmatory or other deed, if deemed necessary or appropriate to restore title.

5. The parties shall not seek their costs, attorneys' fees, or damages from any other party in this case. This shall not be interpreted so as to preclude the Maricopa County Treasurer from refunding the taxes paid by First Liberty National Bank.

6. Except for the rights and obligations set forth in this stipulation, this case is dismissed with prejudice.

7. W.R. Grace & Co.—Conn. will obtain an Order from the Bankruptcy Court in the matter of *In Re W.R. Grace & Co.*, case number 01-1139 (JKF), dismissing the Motion for Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to the Debtors' Real Property in Maricopa County (Docket No. 20127) because this stipulation addresses the relief sought by that Motion. None of the parties will seek damages or their costs or attorneys' fees with respect to the matters therein.

8. The Court can enter the attached Order as a result of this Stipulation.

DATED this ___ day of January, 2009.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By _____
Barbara Lee Caldwell
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Attorneys for Maricopa County Treasurer

LEWIS AND ROCA LLP

By _____
D. Douglas Metcalf
One S. Church Avenue, Suite 700
Tucson, AZ 85701-1611
Attorneys for W.R. Grace & Co.-Conn.

BAUMANN, KELLY, DOYLE, PAYTAS & BERNSTEIN, P.A.

By _____
Michael J. Doyle
2929 N. 44th Street, Suite 120
Phoenix, AZ 85018
Attorney for Plaintiff

2