## EXHIBIT C

### PROPOSED ARIZONA ORDER

DOCS_DE:144179.1

1  **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
   **4742 North 24th Street, Suite 100**
2  **Phoenix, Arizona 85016-4859**
   **Telephone: (602) 248-8203**
3  **Facsimile: (602) 248-8840**
   **E-Mail: blc@ashrlaw.com**
4
   **Barbara Lee Caldwell – SBN 003246**
5  Attorneys for Maricopa County Treasurer

6                    **SUPERIOR COURT OF ARIZONA**
7
                     **COUNTY OF MARICOPA**
8

9  FIRST LIBERTY NATIONAL BANK,
                                              Case No. CV2008-006088
10               Plaintiff,
                                              **ORDER SETTING ASIDE DEFAULT**
11 v.                                         **JUDGMENT AND DETERMINATION**
                                              **OF VOID DEEDS RESULTING FROM**
12 ARI-ZONOLITE CO., an Illinois             **DEFAULT JUDGMENT**
   corporation, W.R. GRACE & CO.-CONN.,
13 Real Party In Interest,

14               Defendant.

15

16      The Court having read the Stipulation submitted by the parties in this action, and

17 being fully advised in the premises and good cause appearing;

18      IT IS HEREBY ORDERED that the Default Judgment entered herein on August 14,

19 2008 and docketed August 19, 2008, is hereby set aside because the property at issue was

20 under the jurisdiction of the U. S. Bankruptcy Court in Delaware.

21      IT IS HEREBY FURTHER ORDERED that the Default Judgment and subsequent

22 deeds issued by the Maricopa County Treasurer to First Liberty National Bank and

23 subsequently deeded to Munitax Funds LLC., a part of First Liberty National Bank, are void

24 due to the automatic stay in the W. R. Grace bankruptcy in Delaware in existence at the time

25 of the tax lien sale.

26

27 . . . .

28 . . . .

1    IT IS HEREBY FURTHER ORDERED that the parties shall undertake such actions

2  as necessary to carry out this Order and that each party shall bears its own costs and

3  attorneys' fees.

4    DATED this _____ day of _____, 2009.

5

6    _____

7    HONORABLE BARBARA HAMNER
     Commissioner of the Superior Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28