IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| W.R. GRACE & CO., et., al ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| | RE: DOCKET # 20550, Letter Request of Wendy MacLean, Pro Se, for Permission to File Late Claim re ZAI |

### ORDER SETTING FOR HEARING REQUEST OF WENDY MACLEAN FOR PERMISSION TO FILE LATE CLAIM RE: ZAI

AND NOW, to-wit, this 23rd day of **January, 2009**, IT IS HEREBY ORDERED that on or before **February 6, 2009, at 4:00 p.m. Eastern**, objections/responses to the request for permission to file late proof of claim shall be filed and served.

IT IS FURTHER ORDERED that a hearing on the motion shall be held on **February 23, 2009 at 10:30 a.m.**, in the Bankruptcy Court for the District of Delaware.

IT IS FURTHER ORDERED that counsel for ZAI Claimants shall contact movant and shall arrange for movant to participate by telephone via CourtCall if movant outside the Wilmington, Delaware, area.

The Clerk shall serve this order on movant by first class U.S. mail.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
U.S. Bankruptcy Judge
SAJ