IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### NOTICE OF SERVICE OF CNA COMPANIES' SECOND SET OF REQUESTS FOR DOCUMENTS DIRECTED TO THE DEBTORS, THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND THE FUTURE CLAIMANTS REPRESENTATIVE

PLEASE TAKE NOTICE that on January 23, 2009, copies of *CNA Companies' Second Set of Requests for Documents Directed to The Debtors, The Official Committee of Asbestos Personal Injury Claimants, and The Future Claimants Representative* were served in the manner indicated upon the following:

**VIA E-MAIL and FEDERAL EXPRESS**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005
e-mail: pvnl@capdale.com
e-mail: jal@capdale.com
e-mail: rr@capdale.com

**VIA E-MAIL and FEDERAL EXPRESS**
Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue
New York, NY 10152
e-mail: ei@capdale.com

**VIA E-MAIL and HAND DELIVERY**
Campbell & Levine, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801
e-mail: meskin@camlev.com
e-mail: mhurford@camlev.com

**VIA E-MAIL and HAND DELIVERY**
Phillips Goldman & Spence, P.A.
Attn: John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806
e-mail: jcp@pgslaw.com

**VIA E-MAIL and FEDERAL EXPRESS**
David M. Bernick, P.C.
Janet S. Baer
Kirland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
e-mail: dbernick@kirkland.com
e-mail: jbaer@kirkland.com

**VIA E-MAIL and FEDERAL EXPRESS**
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022
e-mail: tfreedman@kirkland.com
e-mail: dboll@kirkland.com
e-mail: cbruens@kirkland.com

**VIA E-MAIL and FEDERAL EXPRESS**
Orrick Herrington & Sutcliffe LLP
Attn: Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005
e-mail: rfrankel@orrick.com
e-mail: rwyron@orrick.com
e-mail: dfelder@orrick.com

**VIA E-MAIL and HAND DELIVERY**
Laura Davis Jones
James E. O'Neill
Timothy Cairns
Kathleen P. Makowski
Pachulski Stang Ziehl & Jones, LL:
919 Market Street, 16th Floor
Wilmington, DE 19801
e-mail: ljones@pszjlaw.com
e-mail: joneill@pszjlaw.com
e-mail: tcairns@pszjlaw.com
e-mail: kmakowski@pszjlaw.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567
*Counsel for Continental Casualty Company,*
*Transportation Insurance Company*
*and their American Insurance Affiliates*

- AND -

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

- AND -

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Telephone (212) 269-4900
Facsimile (212) 344-4294

*Counsel for Continental Casualty Company,
Transportation Insurance Company
and their American Insurance Affiliates*