**CERTIFICATE OF SERVICE**

I, Edward B. Rosenthal, hereby certify that on this 23rd day of January, 2009, that an electronic copy of the foregoing *Notice of Service of C N A Companies Second Set of Requests for Documents Directed to the Debtors, The Official Committee of Asbestos Personal Injury Claimants, and the Future Claimants Representative* ('Notice') was served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all parties registered with this case and delivered in the manner indicated to the individuals listed on the Notice.

Edward B. Rosenthal (Bar No. 3131)