IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Re: Docket Nos.: 20380, 20476, 20477, 20479, 20482, 20488<br><br>January 14, 2009 Agenda Item No. 7 |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING LIBBY CLAIMANTS' MOTION TO COMPEL ASBESTOS PI COMMITTEE TO ANSWER THEIR INTERROGATORIES**

1. On December 29, 2008, the Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories [D.I. No. 20380] (the "Motion") was filed. Various parties objected to the relief requested in the Motion.

2. On January 14, 2009, this Court held a hearing on the Motion. Near the conclusion of the argument on the Motion, and following statements by the Court relating thereto, the Court continued the hearing on the Motion to January 26, 2009 in order to provide counsel to the Official Committee of Asbestos Personal Injury Claimants (the "ACC") and to the Libby Claimants with an opportunity to see if the matter could be consensually resolved.

3. Despite good faith efforts to consensually resolve the issue, counsel to the ACC and the Libby Claimants were unable to do so.

4. In connection with those efforts, it was agreed that counsel to the ACC will respond to the discovery at issue in a manner consistent with this Court's statements during the January 14, 2009 hearing, subject to the Libby Claimant's reservation of the right to seek additional discovery and to compel answers to the Libby Claimants' Interrogatories upon review of the responses.

{D0145251.1 }

5. Counsel to the ACC circulated the attached proposed Order to counsel to the Libby Claimants, the Debtors, the Asbestos PI FCR, and all parties that completed filings in opposition to the Motion. No parties have objected to the proposed Order attached hereto.

6. Counsel to the Libby Claimants has informed the ACC that the Libby Claimants consent to the form of the proposed Order attached hereto, although they reserve all appeal rights that they may have with respect to it.

7. Accordingly, the ACC respectfully requests that the Court enter the proposed order attached hereto at the Court's convenience.

Dated: January 23, 2009                             CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (DE ID No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*