## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE & CO., *et al.*, | : Case No. 01-1139 (JKF) |
| | : Jointly Administered |
| Debtors. | : Re: Docket Nos.: 20380, 20476, 20477, |
| | 20479, 20482, 20488 |
| | January 14, 2009 Agenda Item No. 7 |

## ORDER DENYING LIBBY CLAIMANTS' MOTION TO COMPEL ASBESTOS PI COMMITTEE TO RESPOND TO THEIR SECOND INTERROGATORIES

Before the Court is the "Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories" [D.I. 20380] ("**Motion**"), which was filed by the Libby Claimants on December 29, 2008. The Court has considered the Motion, the oppositions thereto, and the arguments of counsel at the hearing held on January 14, 2009. For the reasons stated on the record at that hearing, IT IS

**ORDERED** that the Motion be, and hereby is, DENIED.

_____
JUDITH K. FITZGERALD
United States Bankruptcy Judge

Dated: _____