# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on January 23, 2009, true and correct copies of BNSF Railway Company's Second And Supplemental Request For Production Of Documents and Requests for Admission directed to Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd. were served upon the attached service list by United States first class mail, postage pre-paid.

Dated: January 23, 2009
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

-1-

#10488458 v1

-2-

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Marc J. Phillips, Esquire
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Ecket Seamans Cherin & Mellot LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

#10488458 v1