# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on January 23, 2009, true and correct copies of BNSF Railway Company's Second And Supplemental Request For Production Of Documents and First Requests for Admission directed to Arrowood Indemnity Company f/k/a Royal Indemnity Company were served upon the attached service list by United States first class mail, postage pre-paid.

Dated: January 23, 2009
      Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

-1-

#10488606 v1

-2-

Arrowood Indemnity Company f/k/a
Royal Indemnity Company
c/o Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

Arrowood Indemnity Company f/k/a
Royal Indemnity Company
c/o Tancred V. Schiavoni, Esquire
Gary Svirsky, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Arrowood Indemnity Company f/k/a
Royal Indemnity Company
c/o Carl J. Pericone, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639