**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on January 23, 2009, true and correct copies of BNSF Railway Company's Second And Supplemental Request For Production Of Documents and Requests for Admission directed to Continental Casualty Company were served upon the attached service list by United States first class mail, postage pre-paid.

Dated:  January 23, 2009
      Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

#10482451 v1

Continental Casualty Company
c/o Edward B. Rosenthal, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Continental Casualty Company
c/o Daniel M. Glosband, Esquire
Brian H. Mukharjee, Esquire
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

Continental Casualty Company
c/o Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser LLP
Wall Street Plaza, 23rd floor
New York, NY 10005