# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on January 23, 2009, true and correct copies of BNSF Railway Company's Interrogatories, Requests For Admission And Requests For Production Of Documents Directed To The Debtors, The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders were served upon the attached service list by United States first class mail, postage pre-paid.

Dated: January 23, 2009
      Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

-1-

#10483607 v1

| | |
|---|---|
| Debtors<br>c/o David M. Bernick, Esquire<br>Janet S. Baer, Esquire<br>Kirkland & Ellis<br>200 E. Randolph Drive<br>Chicago, IL  60601 | Debtors<br>c/o Theodore L. Freedman, Esquire<br>Deanna D. Boll, Esquire<br>Craig A. Bruens, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center, 153 E. 53rd Street<br>New York, NY 10022 |
| Debtors<br>c/o Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Timothy Cairns, Esquire<br>Pachulski Ziehl Stang Ziehl Young Jones<br>919 N. Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 | Official Committee of Asbestos Personal<br>Injury Claimants<br>c/o Mark T. Hurford, Esquire<br>Marla R. Eskin, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 |
| Official Committee of Asbestos Personal<br>Injury Claimants<br>c/o Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | Official Committee of Asbestos Personal<br>Injury Claimants<br>c/o Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Jeffrey A. Liesemer, Esquire<br>Caplin & Drysdale<br>One Thomas Circle, NW<br>Washington, DC 20005 |
| Asbestos PI Future Claimants' Representative<br>c/o Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Orrick, Herrington & Sutcliffe LIP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC  20005-1706 | Asbestos PI Future Claimants' Representative<br>c/o John C. Phillips, Jr., Esquire<br>Phillips Goldman & Spence, PA<br>1200 N. Broom Street<br>Wilmington, DE  19806 |
| Official Committee of Equity Holders<br>c/o Philip Bentley, Esquire<br>Thomas Moers Mayer, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY  10022 | Official Committee of Equity Holders<br>c/o Teresa K. D. Currier, Esquire<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |