IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Re: Docket Nos. 20127, 20206, 20220, 20298, 20451
1/26/09 Agenda Item No. 4

**ORDER DISMISSING MOTION OF DEBTORS FOR ENTRY OF
AN ORDER DECLARING AS VOID *AB INITIO* ANY AND ALL ACTIONS
TAKEN BY MARICOPA COUNTY, ARIZONA, FIRST LIBERTY
NATIONAL BANK AND MARICOPA COUNTY SUPERIOR COURT
WITH RESPECT TO DEBTORS' PROPERTY IN MARICOPA COUNTY**

This matter having come before the Court on the *Motion of Debtors For Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken By Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court With Respect to Debtors' Real Property In Maricopa County* (Dkt. No. 20127) (the "Motion"), the Court having reviewed the Motion, the Certification of Counsel, Final Stipulation and the Proposed Arizona Order; it is hereby

ORDERED that, for the reasons stated in the Certification of Counsel and in the Final Stipulation, the Motion is dismissed.

Dated: January 26, 2009

                                                    Honorable Judith K. Fitzgerald
                                                    United States Bankruptcy Judge