## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re ) Chapter 11
)
W. R. GRACE & CO., *et al.*, ) Case No. 01-01139 (JKF)
)
Debtors. ) Jointly Administered
)

## CNA COMPANIES' JOINDER TO ONEBEACON AMERICA INSURANCE COMPANY'S AND SEATON INSURANCE COMPANY'S REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION

PLEASE TAKE NOTICE that, pursuant to Rules 9014 and 7034 of the Federal Rules of Bankruptcy Procedure, Continental Casualty Company and Continental Insurance Company, on their behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively "CNA"), hereby joins in OneBeacon America Insurance Company's and Seaton Insurance Company's Requests for Production of Documents Directed to Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc., and OneBeacon America Insurance Company's and Seaton Insurance Company's Requests for Production of Documents Directed to the Debtors (Set No. 2). CNA requests that Kaneb Pipe Line Operating Partnership, L.P., Support Terminal Services, Inc., and Debtors also produce the documents for inspection and copying at the offices of Ford Marrin Esposito Witmeyer & Gleser, LLP, Wall Street Plaza, New York, New York 10005, within thirty days, or at such other time or place as may be ordered by the Court or agreed to by counsel.

PLEASE TAKE FURTHER NOTICE that CNA also hereby requests it be served with the responses to OneBeacon America Insurance Company's and Seaton Insurance Company's Requests for Admission Directed to the Debtors (Set No. 2).

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: _____

Edward B. Rosenthal (*Bar No. 3131*)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

-AND-

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

-AND-

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

*Counsel for Continental Casualty Company,*
*Transportation Insurance Company*
*and their American insurance affiliates*

Dated: January 26, 2009

2

## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify on this 26th day of January, 2009, that I caused a copy of

the foregoing *CNA Companies' Joinder to OneBeacon America Insurance Company's and Seaton*

*Insurance Company's Requests for the Production of Documents and Requests for Admissions* to be

served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all

parties registered with this case, and on the following counsel of record by the method of delivery as

indicated.

**VIA HAND DELIVERY**
Kathleen Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 Market Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Steve A. Peirce
Fulbright & Jaworski, LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205

**VIA FEDERAL EXPRESS**
Toby L. Gerber
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

**VIA FEDERAL EXPRESS**
Shayne W. Spencer
Ford Marin Esposito Witmeyer & Gleser
Wall Street Plaza, 23rd Floor
New York, NY 10005

**VIA FEDERAL EXPRESS**
Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Edward B. Rosenthal (Bar No. 3131)