<u>**NO ORDER REQUIRED**</u>

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 1/23/09 |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 20407
### (4th MONTHLY FEE APPLICATION FOR COUNSEL FOR PD FCR)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Interim Monthly Fee Application of Alan B. Rich, counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative (the "Applicant") for the period December 1-31, 2008 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 23, 2009.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant $18,510.00 (80% of the total fees of $22,367.50) plus $1,482.39 (100% of the expenses) requested in the Application for the period; a total of **$19,992.39**.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 26th day of January, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____