**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>                    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 23, 2009, the State of Montana, by and through its undersigned counsel, caused a copy of the **(1) The State of Montana's Phase II Requests for Production of Documents to the Plan Proponents and (2) The State of Montana's Phase II Interrogatories to the Plan Proponents** to be served upon the following individual(s) via electronic mail and hand delivery:

> MARLA R. ESKIN
> MARK T. HURFORD
> CAMPBELL & LEVINE, LLC
> 800 N. KING STREET, SUITE 300
> WILMINGTON, DE 19801
> meskin@camlev.com
> mhurford@camlev.com
>
> ELIHU INSELBUCH
> CAPLIN & DRYSDALE, CHARTERED
> 375 PARK AVENUE, 35TH FLOOR
> NEW YORK, NY 10152-3500
> ei@capdale.com
>
> PETER VAN N. LOCKWOOD
> NATHAN D. FINCH
> JEFFREY A. LIESEMER
> RONALD REINSEL
> CAPLIN & DRYSDALE, CHARTERED
> ONE THOMAS CIRCLE, N.W.
> WASHINGTON, DC 20005
> pvnl@capdale.com
> ndf@capdale.com
> jal@capdale.com
> rr@capdale.com

JOHN C. PHILLIPS, JR.
PHILLIPS GOLDMAN & SPENCE, P.A.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806
jcp@pgslaw.com

ROGER FRANKEL
RICHARD H. WYRON
DEBRA L. FELDER
ORRICK HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, DC 20005
rfrankel@orrick.com
rwyron@orrick.com
dfelder@orrick.com

TERESA K. D. CURRIER
BUCHANAN INGERSOLL & ROONEY PC
THE BRANDYWINE BUILDING
1000 WEST STREET, SUITE 1410
WILMINGTON, DE 19801
Teresa.currier@bipc.com

PHILIP BENTLEY
DOUGLAS H. MANNAL
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
pbentley@kramerlevin.com
dmannal@kramerlevin.com

LAURA DAVIS JONES
JAMES E. O'NEILL
TIMOTHY CAIRNS
KATHLEEN P. MAKOWSKI
PACHULSKI STANG ZIEHL & JONES, LLC
919 MARKET STREET, 16TH FLOOR
WILMINGTON, DE 19801
ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com

| |
|---|
| DAVID M. BERNICK, P.C.<br>JANET S. BAER<br>KIRKLAND & ELLIS LLP<br>200 EAST RANDOLPH DRIVE<br>CHICAGO, IL 60601<br>dbernick@kirkland.com<br>jbaer@kirkland.com<br><br>THEODORE L. FREEDMAN<br>DEANNA D. BOLL<br>CRAIG A. BRUENS<br>KIRKLAND & ELLIS LLP<br>153 EAST 53RD STREET<br>NEW YORK, NY 10022<br>tfreedman@kirkland.com<br>dboll@kirkland.com<br>cbruens@kirland.com |

Dated:  January 26, 2009         **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

    __/s/ Kevin J. Mangan_____
Francis A. Monaco, Jr. (No. 2078)
Kevin J. Mangan (No. 3933)
Matthew P. Ward (No. 4471)
222 Delaware Ave., Ste. 1501
Wilmington, DE 19801
Telephone: 302-252-4320


ATTORNEYS FOR THE STATE OF MONTANA