# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: February 16, 2009 |
| | | Hearing Deadline: to be scheduled, if necessary |

## FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-THIRD MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1612124\1



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | January 19, 2009 |
| RE: | Litigation and litigation consulting | INVOICE: 873103 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2008

| | |
|---|---|
| FEES | $4,656.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 100.51 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $4,756.51 |

Canadian Funds

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP/S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE: Litigation and litigation consulting
_____

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 1.4 | $1,330.00 |
| O. Pasparakis | 3.4 | $2,295.00 |
| J. Stam | 0.6 | $300.00 |
| P. Adams | 4.3 | $731.00 |
| Total | 9.70 | $4,656.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/08 | Jennifer Stam | Reviewing US materials (0.30). | 0.30 | $150.00 |
| 2/12/08 | Penny Adams | Correspondence with Jan Baer with respect to the 28th Report (0.30). | 0.30 | $51.00 |
| 4/12/08 | Derrick C. Tay | Dealing with request from representative counsel regarding payment of fees. | 0.30 | $285.00 |
| 4/12/08 | Penny Adams | Receiving comments from Jan Baer on the 28th report (0.20); reviewing and revising the same (0.80). | 1.00 | $170.00 |
| 4/12/08 | Orestes Pasparakis | Follow-up on request for funds from representative counsel (0.4); reviewing terms of minutes (0.2). | 0.60 | $405.00 |
| 5/12/08 | Penny Adams | Reviewing and revising the 28th Report (0.50); discussions and correspondence with J. Stam, O. Pasparakis and R. Finke with respect to the same (0.50). | 1.00 | $170.00 |
| 5/12/08 | Orestes Pasparakis | Final review and revisions regarding court report. | 0.40 | $270.00 |
| 5/12/08 | Jennifer Stam | Reviewing revised report (0.03). | 0.30 | $150.00 |
| 8/12/08 | Penny Adams | Receiving and reviewing the 28th Report (0.30); discussions with J. Stam regarding same (0.30); serving and filing the same (1.40). | 2.00 | $340.00 |
| 8/12/08 | Orestes Pasparakis | Finalizing 28th Report (0.6); emails with client regarding ZAI settlements (0.3). | 0.90 | $607.50 |
| 8/12/08 | Derrick C. Tay | Conference with R. Finke (0.1); dealing with representative counsel enquiry (0.2). | 0.30 | $285.00 |

INVOICE: 873103



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/12/08 | Orestes Pasparakis | Discussions with client regarding payment issues and status of case regarding ZAI Claims (0.3); considering strategy and effect of same (0.3); follow-up on issues relating to confirmation (0.3). | 0.90 | $607.50 |
| 9/12/08 | Derrick C. Tay | Reviewing material from Delaware counsel. | 0.20 | $190.00 |
| 10/12/08 | Derrick C. Tay | Dealing with question from representative counsel. | 0.30 | $285.00 |
| 10/12/08 | Orestes Pasparakis | Follow-up with U.S. counsel. | 0.20 | $135.00 |
| 15/12/08 | Orestes Pasparakis | Considering and follow-up with questions from Kirkland & Ellis. | 0.40 | $270.00 |
| 15/12/08 | Derrick C. Tay | Reviewing materials from Delaware counsel. | 0.30 | $285.00 |
| | | **TOTAL FEES** | | **$4,656.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 9.00 |
| Miscellaneous | 1.58 |
| Telephone conference | 19.69 |
| Meals with clients | 28.00 |
| Agent's filing fee | 40.00 |
| Provincial Sales Tax / Taxe de vente pr | 2.24 |
| | $100.51 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 30/9/08 | Penny Adams | Provincial Sales Tax / Taxe de vente provinciale - CATERING BY DESIGN | 2.24 |
| 30/9/08 | Penny Adams | Meals with clients - CATERING BY DESIGN | 28.00 |
| 9/10/08 | Orestes Pasparakis | Telephone conference | 19.69 |
| 9/10/08 | Orestes Pasparakis | PST Telephone conference | 1.58 |
| 8/12/08 | Julie Packer | Copies | 2.60 |

INVOICE: 873103



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 8/12/08 | Penny Adams | Copies | 0.10 |
| 8/12/08 | Julie Packer | Copies | 6.30 |
| 12/12/08 | Penny Adams | Agent's filing fee - KAP LITIGATION SERVICES | 40.00 |
| | | TOTAL | $100.51 |

INVOICE: 873103



**OGILVY RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | January 19, 2009 |
| RE: | Fee Applications, Applicant | INVOICE: 873107 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2008

| | |
|---|---|
| FEES | $566.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.80 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $566.80 |

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

Payable upon receipt



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                              01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.2 | $107.00 |
| P. Adams | 2.7 | $459.00 |
| Total | 2.90 | $566.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 16/12/08 | Teresa Walsh | Review of Fee Auditor's Initial Report on 30th Interim Period; forwarding Report to team members. | 0.20 | $107.00 |
| 17/12/08 | Penny Adams | Drafting 23rd monthly fee application (0.80); reviewing and revising the same (0.40). | 1.20 | $204.00 |
| 22/12/08 | Penny Adams | Reviewing and revising the 23rd Monthly Fee Application (0.40); correspondence with Richard Finke with respect to the same (0.20). | 0.60 | $102.00 |
| 23/12/08 | Penny Adams | Dealing with issues relating to the 23rd Monthly Fee Application. | 0.40 | $68.00 |
| 29/12/08 | Penny Adams | Dealing with various issues relating to the 23rd Monthly Fee Application. | 0.50 | $85.00 |
|  |  | **TOTAL FEES** |  | **$566.00** |

DISBURSEMENTS - NON TAXABLE

| Copies | 0.80 |
|---|---|
|  | $0.80 |

DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 17/12/08 | Deborah Rankin | Copies | 0.80 |
|  |  | TOTAL | $0.80 |

INVOICE: 873107