

January 9, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   150774

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH January 1, 2009

## CLIENT SUMMARY

**BALANCE AS OF- 01/01/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $0.00 | $14,584.29 | $14,584.29 |
| 02 - Debtors' Business Operations - .15538 | $339.00 | $0.00 | $339.00 |
| 07 - Applicant's Fee Application - .15543 | $832.50 | $0.00 | $832.50 |
| 08 - Hearings - .15544 | $8,314.50 | $0.00 | $8,314.50 |
| 10 - Travel - .15546 | $2,226.25 | $0.00 | $2,226.25 |
| 18 - Plan & Disclosure Statement - .15554 | $16,302.00 | $0.00 | $16,302.00 |
| 28 - Relief from Stay - .15564 | $333.00 | $0.00 | $333.00 |
| 38 - ZAI Science Trial - .17905 | $2,294.00 | $0.00 | $2,294.00 |
| *Client Total* | *$30,641.25* | *$14,584.29* | *$45,225.54* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340   Tel 305.374.7580   Fax 305.374.7593          www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 19.90 | $608.86 | $12,116.25 |
| Flores, Luisa M | 2.70 | $200.00 | $540.00 |
| Sakalo, Jay M | 37.50 | $430.73 | $16,152.50 |
| Polit, Wendy | 2.90 | $225.00 | $652.50 |
| Snyder, Jeffrey I | 1.60 | $275.00 | $440.00 |
| Slanker, Jeffrey | 4.00 | $185.00 | $740.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$30,641.25** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $6,817.00 |
| Photocopies - Outside Service | $11.80 |
| Fares, Mileage, Parking | $209.00 |
| Long Distance Telephone | $118.15 |
| Long Distance Telephone-Outside Services | $1,994.59 |
| Lodging | $193.44 |
| Meals | $227.53 |
| Miscellaneous Costs | $4,515.00 |
| Parking | $45.00 |
| Searches-Title/Name/Corporate | $69.37 |
| Travel Expenses | $175.00 |
| Westlaw-Online Legal Research | $28.61 |
| Copies | $179.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$14,584.29** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$45,225.54** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

**PROFESSIONAL SERVICES**       **$0.00**

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/24/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01773143; DATE: 9/30/2008  - Account# 306300 | 3.94 |
| 09/29/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01773143; DATE: 9/30/2008  - Account# 306300 | 20.04 |
| 10/30/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 194.00 |
| 10/30/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 194.00 |
| 10/30/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 213.50 |
| 10/30/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 213.50 |
| 10/30/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 220.00 |
| 10/30/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 220.00 |
| 11/03/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817236845; DATE: 12/1/2008  -  Account# 5306-2200-2539-5504 | 16.04 |
| 11/03/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817236845; DATE: 12/1/2008  -  Account# 5306-2200-2539-5504 | 3.77 |
| 11/04/08 | Searches-Title/Name/Corporate VENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: 817230714; DATE: 12/1/2008  -  Account# 1003382864 | 69.37 |
| 11/05/08 | Airfare Travel to South Carolina - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/06/08; DATE: 12/12/2008  -  Client - 15537 | 1,243.50 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 11/05/08 | Meals Travel to South Carolina - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/06/08; DATE: 11/6/2008  -  Client - 15537 | 67.40 |
| 11/05/08 | Parking Airport parking - travel to South Carolina - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/06/08; DATE: 11/6/2008  - Client - 15537 | 30.00 |
| 11/05/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817236845; DATE: 12/1/2008  -  Account# 5306-2200-2539-5504 | 8.80 |
| 11/05/08 | Airfare Travel to Charleston - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 1,000.50 |
| 11/06/08 | Lodging Travel to South Carolina - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/06/08; DATE: 11/6/2008  -  Client - 15537 | 193.44 |
| 11/06/08 | Meals Travel to South Carolina - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/06/08; DATE: 11/6/2008  -  Client - 15537 | 119.00 |
| 11/06/08 | Travel Expenses Agency fee - Travel to South Carolina - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/06/08; DATE: 11/6/2008  -  Client - 15537 | 35.00 |
| 11/06/08 | Fares, Mileage, Parking Taxi fares - travel to South Carolina - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/06/08; DATE: 11/6/2008  -  Client - 15537 | 60.00 |
| 11/06/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01914891; DATE: 11/30/2008  -  Account# 306300 | 45.43 |
| 11/06/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01914891; DATE: 11/30/2008  -  Account# 306300 | 10.31 |
| 11/06/08 | Airfare Travel from Charleston - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 278.00 |
| 11/12/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01914891; DATE: 11/30/2008  -  Account# 306300 | 9.06 |
| 11/14/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 31.50 |
| 11/20/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01914891; DATE: 11/30/2008  -  Account# 306300 | 17.31 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 57.50 |

| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 64.00 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 64.00 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 64.00 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 70.50 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 70.50 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 70.50 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 70.50 |
| 11/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 10/28/08-11/26/08; DATE: 11/26/2008  -  Acct. #5306220025395504 | 70.50 |
| 11/24/08 | Airfare Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 1,903.00 |
| 11/24/08 | Travel Expenses Agency fee - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008 - Client - 15537 | 35.00 |
| 11/24/08 | Fares, Mileage, Parking Taxi fares - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 87.00 |
| 11/24/08 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 5.50 |
| 11/24/08 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 18.85 |
| 11/24/08 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 6.20 |
| 11/24/08 | Photocopies - Outside Service Lodging fax - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 11.80 |
| 11/24/08 | Parking Airport parking - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 15.00 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 11/24/08 | Travel Expenses Agency fee - trip cancelled - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/24/08; DATE: 11/24/2008  -  Client - 15537 | 35.00 |
| 12/01/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.39 |
| 12/01/08 | Long Distance Telephone 1(972)425-7133; 2 Mins. | 4.17 |
| 12/02/08 | Long Distance Telephone 1(972)425-7133; 12 Mins. | 16.68 |
| 12/02/08 | Long Distance Telephone 1(972)425-7133; 1 Mins. | 1.39 |
| 12/02/08 | Long Distance Telephone 1(972)425-7133; 5 Mins. | 8.34 |
| 12/02/08 | Long Distance Telephone 1(972)425-7133; 7 Mins. | 9.73 |
| 12/03/08 | Airfare Travel to Atlanta - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-12/03/08; DATE: 12/3/2008  -  Client - 15537 | 1,196.00 |
| 12/03/08 | Travel Expenses Agency fee - Travel to Atlanta - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-12/03/08; DATE: 12/3/2008 -  Client - 15537 | 35.00 |
| 12/03/08 | Miscellaneous Costs Conference Room Reservation - American Airlines terminal - Travel to Atlanta - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-12/03/08; DATE: 12/3/2008  -  Client - 15537 | 400.00 |
| 12/03/08 | Airfare Travel to Atlanta - VENDOR: JAY M. SAKALO; INVOICE#: JMS-12/03/08; DATE: 12/3/2008  -  Client - 15537 | 1,196.00 |
| 12/03/08 | Travel Expenses Agency fee - airfare to Atlanta - VENDOR: JAY M. SAKALO; INVOICE#: JMS-12/03/08; DATE: 12/3/2008  -  Client - 15537 | 35.00 |
| 12/03/08 | Meals Airfare to Atlanta - VENDOR: JAY M. SAKALO; INVOICE#: JMS-12/03/08; DATE: 12/3/2008  -  Client - 15537 | 10.58 |
| 12/03/08 | Fares, Mileage, Parking Taxi fare from Home to Airport - travel to Atlanta - VENDOR: JAY M. SAKALO; INVOICE#: JMS-12/03/08; DATE: 12/3/2008  -  Client - 15537 | 62.00 |
| 12/04/08 | Miscellaneous Costs Conference Room Reservation - Delta Crown Room - Travel to Atlanta - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-12/03/08; DATE: 12/3/2008  -  Client - 15537 | 280.00 |
| 12/08/08 | Long Distance Telephone 1(843)987-0794; 7 Mins. | 9.73 |
| 12/11/08 | Long Distance Telephone 1(843)727-6651; 1 Mins. | 1.39 |
| 12/11/08 | Long Distance Telephone 1(843)727-6510; 2 Mins. | 2.78 |
| 12/11/08 | Long Distance Telephone 1(843)727-6510; 1 Mins. | 1.39 |
| 12/17/08 | Long Distance Telephone 1(214)532-4437; 1 Mins. | 2.78 |
| 12/17/08 | Long Distance Telephone 1(803)943-4444; 12 Mins. | 16.68 |
| 12/18/08 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 4.17 |
| 12/31/08 | Long Distance Telephone 1(843)987-0794; 21 Mins. | 30.58 |
| 12/31/08 | Long Distance Telephone 1(302)428-8191; 4 Mins. | 6.95 |
| 12/31/08 | Miscellaneous Costs Professional/Expert Fees to PD Estimation for December 2008 $ 3,835.00. | 3,835.00 |
| 12/09/08 | Copies 189 pgs @ 0.10/pg | 18.90 |
| 12/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 12/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/22/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/22/08 | Copies 205 pgs @ 0.10/pg | 20.50 |
| 12/22/08 | Copies 205 pgs @ 0.10/pg | 20.50 |
| 12/22/08 | Copies 205 pgs @ 0.10/pg | 20.50 |
| 12/22/08 | Copies 205 pgs @ 0.10/pg | 20.50 |
| 12/22/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/22/08 | Copies 205 pgs @ 0.10/pg | 20.50 |
| 12/22/08 | Copies 205 pgs @ 0.10/pg | 20.50 |
| 12/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/17/08 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 12/17/08 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 12/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/19/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/19/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/01/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/01/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/02/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/02/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/02/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/03/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/04/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/08/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/09/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 12/09/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/10/08 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 12/12/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/12/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/12/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/12/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/12/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/12/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/12/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/12/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 12/12/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 12/12/08 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 12/12/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/12/08 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 12/12/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 12/12/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/12/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/12/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

| 12/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/08 | Copies 23 pgs @ 0.10/pg | 2.30 |

**TOTAL COSTS ADVANCED** $14,584.29

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $6,817.00 |
| Photocopies - Outside Service | $11.80 |
| Fares, Mileage, Parking | $209.00 |
| Long Distance Telephone | $118.15 |
| Long Distance Telephone-Outside Services | $1,994.59 |
| Lodging | $193.44 |
| Meals | $227.53 |
| Miscellaneous Costs | $4,515.00 |
| Parking | $45.00 |
| Searches-Title/Name/Corporate | $69.37 |
| Travel Expenses | $175.00 |
| Westlaw-Online Legal Research | $28.61 |
| Copies | $179.80 |
| *TOTAL* | *$14,584.29* |

**CURRENT BALANCE DUE THIS MATTER** $14,584.29

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE:  02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 12/11/08 | SLB | 0.30 | 202.50 | Conference with J. Sakalo regarding retention program. |
| 12/11/08 | JMS | 0.30 | 136.50 | Conference with S. Baena regarding employee retention program. |

**PROFESSIONAL SERVICES**  $339.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 0.30 | $455.00 | $136.50 |
| *TOTAL* | *0.60* | | *$339.00* |

**CURRENT BALANCE DUE THIS MATTER**  $339.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 12/04/08 | LMF | 0.80 | 160.00 | Preliminary review of prebill for November. |
| 12/04/08 | JIS | 1.50 | 412.50 | Review and revise November prebill. |
| 12/26/08 | LMF | 0.50 | 100.00 | Draft notice and summary for Bilzin's November fees. |
| 12/30/08 | LMF | 0.80 | 160.00 | Prepare notice and summary for November fees and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                                    **$832.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.50 | $275.00 | $412.50 |
| Flores, Luisa M | 2.10 | $200.00 | $420.00 |
| *TOTAL* | *3.60* | | *$832.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    **$832.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| 12/09/08 | LMF | 0.20 | 40.00 | Review agenda for omnibus hearing. |
|---|---|---|---|---|
| 12/09/08 | JMS | 0.30 | 136.50 | E-mail to Committee regarding 12/15 agenda. |
| 12/10/08 | JS | 0.20 | 37.00 | Set up committee members to appear telephonically at 9/15 hearing. |
| 12/11/08 | LMF | 0.20 | 40.00 | Confirm set up for all court call appearances. |
| 12/11/08 | JMS | 0.80 | 364.00 | Telephone conference with K. Camarda regarding transcripts (.3); conference with J. Slanker regarding same (.3); follow up telephone conference with K. Camarda (.2). |
| 12/11/08 | JS | 0.10 | 18.50 | Email agenda for 12/15 hearing to R. Levy. |
| 12/11/08 | JS | 0.70 | 129.50 | Email court call confirmations to committee members. |
| 12/12/08 | JMS | 0.80 | 364.00 | Conference with J. Slanker regarding notebook and review same. |
| 12/12/08 | JMS | 0.70 | 318.50 | Follow up e-mails with K. Camarda regarding transcript matters. |
| 12/12/08 | JS | 1.00 | 185.00 | Prepare notebooks for 12/15 omnibus hearing for S. Baena and J. Sakalo. |
| 12/15/08 | SLB | 2.50 | 1,687.50 | Participate in omnibus hearing via telephone (2.5). |
| 12/15/08 | JMS | 3.60 | 1,638.00 | Attend omnibus hearing by telephone. |
| 12/15/08 | WP | 1.80 | 405.00 | Pretrial participation on telephonic hearing regarding protective order and Libby claimants. |
| 12/15/08 | JIS | 0.10 | 27.50 | Attention to dialing in and appearance for omnibus hearing. |
| 12/15/08 | JS | 0.20 | 37.00 | Set up J. Sakalo for telephonic appearance at 12/17 hearing. |
| 12/16/08 | LMF | 0.20 | 40.00 | Office conference with professional regarding attendance at hearing. |
| 12/17/08 | SLB | 2.30 | 1,552.50 | Attend hearing telephonically (2.3). |
| 12/17/08 | JMS | 2.30 | 1,046.50 | Attend omnibus hearing. |
| 12/17/08 | WP | 1.10 | 247.50 | Telephonic hearing regarding discovery issues and protective order. |

**PROFESSIONAL SERVICES**      **$8,314.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 4.80 | $675.00 | $3,240.00 |
| Sakalo, Jay M | 8.50 | $455.00 | $3,867.50 |
| Polit, Wendy | 2.90 | $225.00 | $652.50 |
| Snyder, Jeffrey I | 0.10 | $275.00 | $27.50 |
| Flores, Luisa M | 0.60 | $200.00 | $120.00 |
| Slanker, Jeffrey | 2.20 | $185.00 | $407.00 |
| *TOTAL* | *19.10* | | *$8,314.50* |

**CURRENT BALANCE DUE THIS MATTER**      **$8,314.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 12/03/08 | SLB | 3.90 | 1,316.25 | Travel to and from Atlanta for meeting with debtor (3.9). |
| 12/03/08 | JMS | 4.00 | 910.00 | Travel to/from Atlanta for meeting. |

**PROFESSIONAL SERVICES** **$2,226.25**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.90 | $337.50 | $1,316.25 |
| Sakalo, Jay M | 4.00 | $227.50 | $910.00 |
| *TOTAL* | *7.90* | | *$2,226.25* |

**CURRENT BALANCE DUE THIS MATTER** **$2,226.25**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| 12/01/08 | JMS | 0.60 | 273.00 | E-mail with D. Bernick regarding Atlanta meeting (.1); review revised plan-related CMO and e-mail traffic thereon (.5). |
|---|---|---|---|---|
| 12/02/08 | JMS | 0.80 | 364.00 | E-mails to D. Bernick, A. Rich et al. regarding meeting (.3); prepare for same (.5). |
| 12/03/08 | SLB | 2.80 | 1,890.00 | Meeting with members of committee and A. Rich and with debtor (2.8). |
| 12/03/08 | JMS | 4.20 | 1,911.00 | Prepare for and attend plan meeting with Debtors, A. Rich, et al. and conference with A. Rich, S. Baena thereafter. |
| 12/04/08 | JMS | 0.40 | 182.00 | Review e-mail exchanges regarding plan related CMO. |
| 12/05/08 | JMS | 0.30 | 136.50 | E-mail to Committee regarding plan CMO and transcript. |
| 12/12/08 | SLB | 3.00 | 2,025.00 | Conference with D. Speights and A. Runyan regarding plan issues (3.0). |
| 12/12/08 | JMS | 3.10 | 1,410.50 | Prepare for and attend conference with D. Speights, S. Baena regarding plan issues. |
| 12/15/08 | JMS | 1.20 | 546.00 | Review latest revision to plan and disclosure statement. |
| 12/16/08 | JMS | 0.40 | 182.00 | Review e-mails regarding protective order on Libby. |
| 12/17/08 | SLB | 1.00 | 675.00 | Letter from T. Freedman and interoffice conference with J. Sakalo regarding same and strategies (1.0). |
| 12/17/08 | JMS | 1.80 | 819.00 | Review revised Plan and Disclosure Statement (.8); review letter from T. Freedman and conference with S. Baena thereon (1.0). |
| 12/18/08 | SLB | 0.50 | 337.50 | Emails from and to A. Rich regarding PD CMO (.2); telephone conference with D. Speights regarding same (.3). |
| 12/18/08 | JMS | 0.80 | 364.00 | E-mails from A. Rich regarding Grace CMO (.3); telephone conference with S. Baena, D. Speights regarding same (.3); e-mails with M. Dies thereon (.2). |
| 12/20/08 | SLB | 1.30 | 877.50 | Attention to filed revisions and PD exhibits, emails from and to committee members and J. Sakalo (1.3). |
| 12/22/08 | SLB | 0.80 | 540.00 | Telephone conference with D. Speights and A. Runyan regarding plan issues (.6); email to A. Rich regarding disclosure statement filings by Grace (.2). |
| 12/22/08 | JMS | 2.90 | 1,319.50 | Review preliminary plan objections (1.2); telephone conference with S. Baena, D. Speights regarding CMO filing (.6); review latest plan-related filings (.7); review discovery directed at Libby claimants (.4). |
| 12/23/08 | SLB | 1.00 | 675.00 | Attention to plan proponents' discovery requests (.9); review UST's objections to plan (.1). |
| 12/29/08 | JMS | 1.70 | 773.50 | Review preliminary objections and discovery. |
| 12/30/08 | JMS | 1.30 | 591.50 | Review plan-related discovery (1.3). |
| 12/31/08 | JMS | 0.90 | 409.50 | Telephone conference with S. Baena regarding ZAI motion to approve class settlement (.3); e-mail to Committee regarding same (.3); telephone conference from D. Speights regarding question on settlement (.5); e-mails and telephone conference with with B. Sullivan regarding service of motion (.4); review L. Welch expert report (.5). |

**PROFESSIONAL SERVICES**                                              **$16,302.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 10.40 | $675.00 | $7,020.00 |
| Sakalo, Jay M | 20.40 | $455.00 | $9,282.00 |
| *TOTAL* | *30.80* | | *$16,302.00* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER**                                                         **$16,302.00**

**Atty – SLB**
**Client No.: 74817/15564**

**RE:  28 - Relief from Stay**

| | | | | |
|---|---|---|---|---|
| 12/11/08 | JS | 1.00 | 185.00 | Review docket and internal systems for information regarding hearing date and transcript for hearing on Libby Claimants motion for relief from stay. |
| 12/12/08 | JS | 0.50 | 92.50 | Review docket and email transcripts and agenda of matters for hearing on the Libby Claimants motion for relief from stay. |
| 12/15/08 | JS | 0.30 | 55.50 | Further assist Ed Westbrook's paralegal with research into result of Libby claimants' motion for relief from stay. |

**PROFESSIONAL SERVICES**                                                                 **$333.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Slanker, Jeffrey | 1.80 | $185.00 | $333.00 |
| *TOTAL* | *1.80* | | *$333.00* |

**CURRENT BALANCE DUE THIS MATTER**                                             **$333.00**

**Atty – SLB**
**Client No.: 74817/17905**

**RE: 38 - ZAI Science Trial**

| | | | | |
|---|---|---|---|---|
| 12/17/08 | JMS | 1.50 | 682.50 | Review and analysis of motion to approve conditional certification of US ZAI claims. |
| 12/18/08 | JMS | 1.30 | 591.50 | E-mail to Committee regarding ZAI class certification motion. |
| 12/23/08 | SLB | 0.50 | 337.50 | Review ZAI settlement summary and provide comments to J. Sakalo (.5). |
| 12/30/08 | JMS | 0.40 | 182.00 | Telephone conference from D. Speights regarding ZAI settlement questions (.4). |
| 12/31/08 | JMS | 1.10 | 500.50 | E-mail to Committee regarding same (.3); telephone conference from D. Speights regarding question on settlement (.5). |

**PROFESSIONAL SERVICES**                                        **$2,294.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.50 | $675.00 | $337.50 |
| Sakalo, Jay M | 4.30 | $455.00 | $1,956.50 |
| *TOTAL* | *4.80* | | *$2,294.00* |

**CURRENT BALANCE DUE THIS MATTER**                              **$2,294.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP