# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                          December 1, 2008 to December 31, 2008

Invoice No. 29645

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 25.80 | 5,472.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.00 | 277.50 |
| B18 | Fee Applications, Others - | 6.50 | 753.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 6.20 | 1,736.00 |
| B25 | Fee Applications, Applicant - | 5.90 | 852.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.20 | 56.00 |
| B36 | Plan and Disclosure Statement - | 40.40 | 11,312.00 |
| B37 | Hearings - | 11.30 | 3,164.00 |
| B40 | Employment Applications, Others - | 0.20 | 56.00 |
|  | **Total** | **97.50** | **$23,679.00** |
|  | **Grand Total** | **97.50** | **$23,679.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 215.00 | 2.50 | 537.50 |
| Rick S. Miller | 275.00 | 0.50 | 137.50 |
| Steven G. Weiler | 190.00 | 3.40 | 646.00 |
| Theodore J. Tacconelli | 280.00 | 73.60 | 20,608.00 |
| Legal Assistant - MH | 100.00 | 13.70 | 1,370.00 |
| Legal Assistant - NMC | 100.00 | 0.40 | 40.00 |
| Law Clerk | 100.00 | 3.40 | 340.00 |
| **Total** |  | **97.50** | **$23,679.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                     **$2,943.36**

**Invoice No. 29645**                          Page 2 of 16                          **January 28, 2009**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-08 | *Case Administration* - Review Fee Auditor's Final Report applications without issues and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review order re omnibus hearing dates and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Obtain omnibus hearing dates order and forward to co-counsel | 0.20 | SGW |
| | *Case Administration* - 11/24/08 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review W. Smith & Assoc. 29th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re order re omnibus hearing dates | 0.10 | TJT |
| | *Case Administration* - Review order scheduling omnibus hearing dates and various deadlines for 2009 and calendar deadlines | 0.60 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order vacating Tersigni examiner order and review proposed order | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 11/24/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review correspondence from committee member re 11/24/08 hearing transcript | 0.10 | TJT |
| | *Hearings* - Prepare for 12/15/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re revised plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from various counsel re comments on current version of plan CMO | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review revised plan CMO | 0.60 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Oct. Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Oct. Fee Application | 0.50 | MH |
| Dec-02-08 | *Fee Applications, Others* - Confer with M. Hedden re status of Bilzin Certificate of No Objection | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Sept. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden re status of certain professional Fee Applications | 0.10 | LLC |
| | *Case Administration* - 11/24/08 hearing follow-up | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter from clerk of 3rd circuit re Mission Towers appeal | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Memo to paralegal re BNSF appeal in district court | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Oct. Fee Application | 0.10 | TJT |

| Invoice No. 29645 | | Page 3 of 16 | | January 28, 2009 |
|---|---|---|---|---|
| | *Plan and Disclosure Statement* - Review 11/24/08 hearing transcript re plan issues | | 0.90 | TJT |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Sept. 08 Fee Application | | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Sept. 08 Fee Application | | 0.30 | MH |
| Dec-03-08 | *Fee Applications, Others* - Review HRA Oct. 2008 Fee Application for filing | | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Oct. 2008 Fee Application for filing | | 0.10 | LLC |
| | *Case Administration* - Review Foley Hoag Oct. Fee Application | | 0.10 | TJT |
| | *Case Administration* - Review Stroock Oct. Fee Application | | 0.10 | TJT |
| | *Case Administration* - Review Scott Law 24th Quarterly Fee Application | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from Libby Claimants' counsel re comments on proposed plan CMO | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from debtors' counsel and counsel for insurers re issues concerning proposed plan CMO and Certificate of Counsel and related issues | | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review revised plan CMO | | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review draft of proposed Certificate of Counsel to present revised CMO to court | | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Oct. Fee Application and related documents, prepare Certificate of Service re same | | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Oct. Fee Application | | 0.40 | MH |
| | *Fee Applications, Applicant* - edit Oct. prebill | | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Oct. 08 invoice; prepare Notice, Fee Application and Certificate of Service re same | | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Oct. 08 Fee Application | | 0.50 | MH |
| Dec-04-08 | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | | 0.10 | TJT |
| | *Case Administration* - Review D. Austern, Piper Jaffery and TPT Oct. Fee Applications | | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo (x2) re committee meeting | | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re proposed plan CMO and review same | | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review objection by certain insurers to debtors' proposed plan CMO with attachment | | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from certain insurers to Judge Fitzgerald re objection to debtors' proposed plan CMO | | 0.10 | TJT |
| Dec-05-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of docketing appeal in district court re Macerich | | 0.10 | TJT |
| | *Case Administration* - Review Capstone 19th Quarterly Fee Application | | 0.10 | TJT |

| Invoice No. 29645 | Page 4 of 16 | | January 28, 2009 |
|---|---|---|---|
| | *Case Administration* - Review case status memos for weeks ending 11/21 and 11/28 | 0.10 | TJT |
| | *Case Administration* - Review limited objection by Bank of New York to debtors' motion to approve Colowyo Coal sale | 0.20 | TJT |
| | *Hearings* - e-mail from S. Weiler re revised hearing transcript for 11/24/08 hearing | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re revised hearing transcript for 11/24/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of joinder by Zurich and certain objectors' first request for production to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - e-mail to S. Baena re initial plan CMO | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re initial plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review initial plan CMO and calendar deadlines and hearing dates | 1.20 | TJT |
| | *Case Administration* - Review docket re status for weeks ending 11/21 and 11/28; memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 30th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 30th Quarterly Fee Application | 0.30 | MH |
| Dec-06-08 | *Case Administration* - Review Anderson Kill Oct. Fee Application | 0.10 | TJT |
| | *Hearings* - Review revised 11/24/08 hearing transcript by reviewing revision list obtained from transcriber | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Arrowood to Judge Fitzgerald re motion for entry of confidentiality order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion to shorten notice re motion for approval of confidentiality order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Seaton and OneBeacon supplemental objection to | 1.20 | TJT |
| Dec-07-08 | *Case Administration* - Review notice of equity transfers filed by Citadel Equity Fund | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Memo to S. Weiler re Macerich appeal in district court | 0.10 | TJT |
| | *Case Administration* - Review order granting debtors' motion to shorten notice re Maricopa County motion | 0.10 | TJT |
| | *Case Administration* - Review affidavit filed by Foley Mansfield | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Seaton and OneBeacon supplemental objection to disclosure statement with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer to counsel for Arrowood re motion by Arrowood for entry of confidentiality order | 0.10 | TJT |
| Dec-08-08 | *Case Administration* - 11/24/08 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review K&E Oct. Fee Application | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Fee Auditor's Final Report re BMC Group 29th interim period | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.30 | TJT |
| | *Case Administration* - Review 2nd amended entry of appearance by BNSF and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re debtors' Maricopa County motion and review proposed order | 0.20 | TJT |
| | *Hearings* - Teleconference with committee member re 11/24/08 hearing re PD issues | 0.20 | TJT |
| | *Hearings* - Review agenda for 12/15/08 hearing | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re debtors' response to certain insurers' request for confidentiality order | 0.10 | TJT |
| Dec-09-08 | *Case Administration* - Review 12/15/08 hearing agenda | 0.10 | LLC |
| | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 29th interim period | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/15/08 hearing coverage | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Royal's motion for entry of confidentiality order with attachments | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Research re WR Grace stock depreciation | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review limited joinder by CCC in Royal's motion for entry of confidentiality order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Firemen's Fund in Royal's motion for entry of confidentiality order | 0.10 | TJT |
| | *Case Administration* - various updates to 2002 lists and labels documents | 0.30 | MH |
| Dec-10-08 | *Case Administration* - Review case status memos for weeks ending 11/21/08 and 11/28/08 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 12/5/08 | 0.10 | LLC |
| | *Case Administration* - Review Stroock 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review notice of filing claims register by Rust Consulting | 0.10 | TJT |
| | *Case Administration* - Review affidavit by A. Rodriguez | 0.10 | TJT |
| | *Employment Applications, Others* - Review PD/FCR's motion to retain local counsel with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Fund joinder in Royal's motion to shorten notice re Royal's motion for entry of confidentiality order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting Royal's motion to shorten notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - e-mail to S. Baena re order granting Royal's motion to shorten notice re confidentiality order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review limited objection by various PI | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | law firms to Royal's motion for entry of confidentiality order | | |
| | *Plan and Disclosure Statement* - Review objection by MMWR firms to Royal's motion for entry of confidentiality order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Allstate in certain insurers' request for production to plan proponents | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 12/5/08; memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Dec-11-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order allowing claim no. 12789 with conditions | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 12/5/08 | 0.10 | TJT |
| | *Case Administration* - Review affidavit of J. Williams | 0.10 | TJT |
| | *Case Administration* - Review order vacating Tersigni examiner order | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed PI Committee | 0.10 | TJT |
| | *Case Administration* - Review A. Rich Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock and Washburn Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Oct. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Allstate in Royal's motion for entry of confidentiality order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by CCC in Seaton and OneBeacon supplemental objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re confidentiality agreement proposed by Libby Claimants | 0.10 | TJT |
| Dec-12-08 | *Fee Applications, Others* - Review Certificate of No Objection re HRA's 25th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin's 30th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review Certificate of Counsel re proposed 29th interim period category summary of fees and expenses and review same and confer with paralegal re same | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 12/15/08 hearing | 2.40 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' proposed confidentiality order | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by State of Montana in motion by Royal for confidentiality order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Motley Rice in objections to Royal's motion for confidentiality order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re changes to disclosure statement | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service of same re Bilzin's 30th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service of same re HRA's 25th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 30th Quarterly Fee | 0.30 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Application | | |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA 25th Quarterly Fee Application | 0.30 | MH |
| Dec-13-08 | *Case Administration* - Review Certificate of Counsel re proposed order re 29th interim period and review same | 0.20 | TJT |
| | *Case Administration* - Review LAS Oct. Fee Application | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 12/15/08 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review disclosure statement materials for 12/15/08 hearing | 1.60 | TJT |
| Dec-14-08 | *Case Administration* - Review Certificate of Counsel re revised order with attachment re sale of Colowyo Coal Co. | 0.30 | TJT |
| | *Case Administration* - Review preliminary plan objection by State of Michigan | 0.20 | TJT |
| | *Case Administration* - Review Capstone Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of sale of asbestos and lead abatement business with attachments | 0.40 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re amended agenda for 12/15/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised indirect PI trust claim language for disclosure statement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re additional to disclosure statement re Libby and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 11/24/08 hearing transcript re disclosure statement issues and plan issues | 0.50 | TJT |
| Dec-15-08 | *Committee, Creditors', Noteholders' or* -confer with TJT re: agenda for 12/15/08 hearing | 0.20 | RSM |
| | *Case Administration* - 12/15/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Anderson Memorial Hospital in 3rd circuit re class certification denial | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with W. Sullivan re ZAI class motion | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 3.70 | TJT |
| | *Hearings* -e-mail from S. Weiler re 12/15/08 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review documents re Insurers' objection to plan CMO to be addressed today | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review documents re entry of confidentiality orders re Insurers and Libby Claimants | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer to Judge Fitzgerald re changes to disclosure statement | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Dec-16-08 | *Case Administration* - 12/17/08 hearing follow-up | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI claimants' motion to approve settlement and approve class | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum in support of ZAI claimants' motion to approve settlement and approve class certification | 1.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion of State of | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | California to bypass mediation and appeal | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of California's motion to take judicial notice of briefs in appeal and start reviewing briefs | 0.80 | TJT |
| | *Case Administration* - Review 2019 statement by C. Anderson | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review PWC Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of declaration filed by E. Westbrook | 0.10 | TJT |
| | *Hearings* - 12/15/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Correspond with S. Weiler re 12/17/08 continued disclosure statement hearing | 0.10 | TJT |
| Dec-17-08 | *Case Administration* - Review Fee Application order and forward same to M. Hedden | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli re: ZAI settlement | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review appendix to ZAI claimants' motion to approve settlement and class certification | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review declaration of E. Westbrook in support of ZAI claimants' motion to approve settlement and class certification | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing exhibit A to State of California's motion for judicial notice of briefs filed in Supreme Court | 0.80 | TJT |
| | *Hearings* - Correspond with S. Weiler re continued disclosure statement hearing today | 0.10 | TJT |
| | *Hearings* - Review correspondence from counsel for Libby Claimants re proposed revised Libby confidentiality order | 0.10 | TJT |
| | *Hearings* - Prepare for hearing today | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' blackline proposed confidentiality order | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re status of disclosure statement and plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from debtors' counsel to Judge Fitzgerald re confidentiality order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Boll re revised disclosure statement in indirect PI claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby confidentiality order submitted by debtors' counsel to Judge Fitzgerald and review against blackline version provided earlier today | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review revised PI indirect claim language for disclosure statement | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 12/12/08; memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| Dec-18-08 | *Case Administration* - Review case status memo re week ending 12/12/08 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Bilzin memo re ZAI motion to approve settlement and certified class | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Cascino Vaughn | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review order approving 29th interim period Quarterly Fee Applications with attachment | 0.20 | TJT |
| | *Case Administration* - Review order approving sale of Colowyo Coal Company with attachment | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 12/12/08 | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Confer with law clerk re providing memo re status of pending 3rd circuit, district court and adversary proceedings | 0.30 | TJT |
| | *Case Administration* - Review order authorizing sale of Charleston, SC property with attachment | 0.30 | TJT |
| | *Case Administration* - Review W. Sullivan's 8th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - 12/17/08 hearing follow-up with S. Weiler | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review confidentiality order re insurers and State of Montana as entered by court | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review confidentiality order re Libby Claimants as entered by court | 0.40 | TJT |
| Dec-19-08 | *Case Administration* - Review Campbell Levine Oct. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with J. Sakalo re disclosure statement hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review preliminary plan objection by Lloyds | 0.10 | TJT |
| Dec-20-08 | *Case Administration* - Review response and correct response by Maricopa County re debtors' motion for sanctions with attachments | 0.60 | TJT |
| | *Case Administration* - Memo to S. Weiler re new appeal in 3rd circuit by Anderson Memorial Hospital | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Scott & Scott | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Sept. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Libby Claimants re request for production to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - e-mail to J. Sakalo re disclosure statement hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re revised disclosure statement and start reviewing revised disclosure statement | 1.20 | TJT |
| Dec-21-08 | *Plan and Disclosure Statement* - Review correspondence from S. Baena re Certificate of Counsel filed by debtors re revised disclosure statement plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised disclosure statement | 2.30 | TJT |
| Dec-22-08 | *Case Administration* - Confer with law clerk re preparation of case management memos and obtain docket information for same (1.0); advise T. Tacconelli re same (.1) | 1.10 | SGW |
| | *Case Administration* - 12/17/08 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review Holme Roberts 29th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review e-mail from J. Baer re second revised CMO | 0.10 | TJT |
|  | *Case Administration* - download 12/15/08 hearing transcript | 0.10 | MH |
|  | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 2.30 | LC |
| Dec-23-08 | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review additional entry of appearance and forward to M. Hedden | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Oct. 08 Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re HRA Oct. 08 Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re Oct. 08 Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Confer with M. Hedden re Fee Application status | 0.10 | LLC |
|  | *Case Administration* - 12/15/08 hearing follow-up | 0.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from J. Sakalo re ZAI settlement motion | 0.10 | TJT |
|  | *Case Administration* - Review letter from Kaufman and Logan re removal from 2002 list and confer with paralegal re same | 0.20 | TJT |
|  | *Case Administration* - Review entry of appearance by London Market Ins. Companies and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review entry of appearance by USDOJ and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement by LR&C | 0.10 | TJT |
|  | *Hearings* - Prepare for 11/13 and 11/14 hearings | 0.20 | TJT |
|  | *Hearings* - Review 12/15 hearing transcript re plan issues | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review preliminary objection by State of Montana to plan | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review Scott's Company's preliminary objection to plan | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Knabe Pipeline preliminary objection to plan | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review unsecured creditor committee's preliminary objection to plan | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review 1st amended plan CMO | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service of discovery by plan proponents to Scott's Company | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Notice of Service of discovery by plan proponents to Libby Claimants | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review BNSF preliminary objection to plan | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review ERISA plaintiffs preliminary objection to plan | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from debtors' counsel re Certificate of Counsel re 1st amended plan CMO | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service of discovery | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | by Libby Claimants to plan proponents | | |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service of same re Bilzin's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Oct. Fee Application | 0.30 | MH |
| Dec-24-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Bilzin re ZAI settlement motion | 0.30 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by FCR | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order re City of Charleston motion for relief from stay | 0.10 | TJT |
| | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of motion by Scotts | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson 17th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 1st amended 2019 statement by Paul Weiss | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by plan proponents to insurers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UST preliminary objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants preliminary objection to plan | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender group preliminary objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Owens Illinois preliminary objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of 1st set of discovery to plan proponents by Owens Illinois | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' phase 1 request for production on certain objecting parties | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Longacre preliminary objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Dow Chemical preliminary objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's 1st interrogatories to Libby Claimants | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's 1st request for production to Libby Claimants | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Boyd re PI Committee discovery to Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re 1st amended plan CMO | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to Arrowood | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to Century | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | interrogatories to MMC | | |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service of same re HRA's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service of same re Ferry, Joseph & Pearce's Oct. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Oct. 08 Fee Application | 0.30 | MH |
| Dec-26-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re S&R motion to alter or amend judgment | 0.10 | TJT |
| | *Hearings* - e-mail to S. Weiler re 12/17/08 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - attention to new plan deadlines set by 1st amended plan CMO | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Libby Claimants of 2nd set of discovery to PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Libby Claimants of 1st amended set of discovery to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to BNSF | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to CNA | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to Federal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to Firemen's Fund | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to Seaton | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to Zurich | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response and objections to Royal's 1st request for admissions | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st request for production to Scotts Company | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st interrogatories to Scotts Company | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' 1st request for production to BNSF | 0.40 | TJT |
| Dec-27-08 | *Case Administration* - Review PSZY&J 30th Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses and objections to Royal's request for admissions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to Arrowood | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to BNSF | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to CNA | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to Century | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to Federal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to Zurich | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to Firemen's Fund | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to MCC | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' request for production to Seaton | 0.20 | TJT |
| | *Plan and Disclosure Statement* - continue review of 12/15 hearing transcript re plan issues | 0.40 | TJT |
| Dec-28-08 | *Hearings* - e-mail from S. Weiler re 12/17/08 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' phase 1 request for production to certain objecting parties | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants interrogatories to plan proponents | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants amended 1st interrogatories to plan proponents | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants 2nd interrogatories to PI Committee | 0.50 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing disclosure statement as revised | 0.60 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.10 | LC |
| Dec-29-08 | *Case Administration* - 12/17/08 hearing follow-up | 0.30 | SGW |
| | *Case Administration* - Confer with law clerk re status memos for 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick Nov. Fee Application | 0.10 | TJT |
| | *Hearings* - Review 12/17 transcript re plan issues | 0.80 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Nov. prebill | 1.00 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's prebill and confer with paralegal re filing and service | 0.20 | TJT |
| | *Case Administration* - determine allocation of 12/18/08 payment by debtor, update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.20 | MH |
| Dec-30-08 | *Fee Applications, Others* - Review Bilzin Nov. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Nov. 08 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - 12/17/08 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's motion to stay pending appeal filed in 3rd circuit appeal | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order excusing California Dept. of General Services appeal from mediation in district court | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review limited objection to ZAI settlement motion | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Piper Jaffery Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Tri Angeli Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by AXA Belgium and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Nov. Fee Application | 0.10 | TJT |
| | *Hearings* - e-mail from paralegal re revised 12/15/08 hearing transcript and confer with paralegal re same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' designation of confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Libby Claimants' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to compel debtors to respond to request for production with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by debtors of response to Libby Claimants' first request for production | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Nov. 08 Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Nov. 08 Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Nov. prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Nov. 08 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Nov. 08 Fee Application | 0.50 | MH |
| Dec-31-08 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review second entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review Stroock Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in Montana criminal action since June 2008 and review debtors' status report and evidence memorandum filed by debtors in case | 0.90 | TJT |
| | *Case Administration* - Review entry of appearance by U.S. Dept. of Agriculture and forward to paralegal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re ZAI settlement motion | 0.10 | TJT |
| | *Hearings* - Review revised 12/15/08 hearing transcript correction sheet | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to compel PI Committee respond to 2nd interrogatories with attachments | 0.40 | TJT |

|  |  |  |
|---|---:|---|
| *Plan and Disclosure Statement* - Review correspondence from C. Adams re Libby Claimants' motions to compel | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of Travelers' 1st request for admissions to debtors | 0.10 | TJT |
| *Plan and Disclosure Statement* - continue review of revised disclosure statement and plan | 3.30 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from J. Baer re revised disclosure statement | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PI expert reports | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Travelers' preliminary objection to plan with attachment | 0.40 | TJT |
| *Case Administration* - Review docket re case status for week ending 12/19/08; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| *Case Administration* - various updates to 2002 lists and labels documents | 0.30 | MH |
| Totals | 97.50 |  |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Dec-02-08 | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 0.50 |
|  | West Law - Legal Research (Oct 08) Acct #1000634693; Inv # 817080899 | 50.66 |
| Dec-03-08 | Photocopy Cost | 9.00 |
|  | Photocopy Cost | 1.10 |
|  | Blue Marble - copies 4.50; service 11.60 (Inv # 28939) | 16.10 |
| Dec-04-08 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 1.00 |
| Dec-05-08 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.50 |
|  | Blue Marble - hand deliveries (Inv # 10658) | 253.30 |
|  | Blue Marble - hand deliveries (Inv # 10581) | 196.00 |
| Dec-07-08 | Photocopy Cost | 0.60 |
| Dec-08-08 | Tri-State Courier - hand deliveries | 13.00 |
| Dec-09-08 | J&J Court Transcribers | 363.75 |
| Dec-10-08 | Blue Marble - copies 4.00; service 11.60 (Inv # 29434) | 15.60 |
| Dec-11-08 | West Law - Legal Research (Sept 08) Acct #1000634693; Inv # 816901535 | 19.30 |
|  | J&J Court Transcribers 11/24/08 transcript | 979.70 |
|  | Blue Marble - copies 224.80; service 320.98 (Inv # 29436) | 545.78 |
|  | Tristate Courier & Carriage - delivery charges (Inv # 28585) | 13.00 |
|  | Blue Marble - copies 84.30; service 320.57 (Inv # 29424) | 404.87 |
| Dec-12-08 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.80 |
|  | Photocopy Cost | 0.50 |
| Dec-15-08 | Photocopy Cost | 0.70 |
| Dec-17-08 | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 2.10 |

**Invoice No. 29645** **Page 16 of 16** **January 28, 2009**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 1.40 |
| Dec-18-08 | Photocopy Cost | 1.90 |
|  | Photocopy Cost | 1.40 |
| Dec-20-08 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 4.00 |
|  | Photocopy Cost | 4.00 |
| Dec-23-08 | Photocopy Cost | 2.60 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.80 |
| Dec-24-08 | Photocopy Cost | 0.50 |
| Dec-26-08 | Photocopy Cost | 1.30 |
| Dec-28-08 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 0.90 |
| Dec-29-08 | Photocopy Cost | 1.40 |
| Dec-30-08 | Photocopy Cost | 15.00 |
|  | Photocopy Cost | 2.30 |
|  | Photocopy Cost | 2.30 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 0.50 |
|  | Totals | $2,943.36 |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$26,622.36** |
| **Balance Due Now** | **$26,622.36** |