**Exhibit A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

January 28, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 511052
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $10,508.50 |
| DISBURSEMENTS | 175.83 |
| MATTER TOTAL | $10,684.33 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 20.00 |
| MATTER TOTAL | $20.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $4,693.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,693.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $3,938.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,938.00 |

---

Amounts due may be remitted by wire transfer.

To:  Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of: Invoice No. 511052
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2241826.2

**056772-00015/PLAN AND DISCLOSURE STATEMENT**

| | |
|---|---:|
| FEES | $10,058.00 |
| DISBURSEMENTS | 154.40 |
| MATTER TOTAL | $10,212.40 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $3,118.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,118.50 |

**056772-00022/TAX ISSUES**

| | |
|---|---:|
| FEES | $3,736.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,736.50 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---:|
| FEES | $2,675.00 |
| DISBURSEMENTS | 309.25 |
| MATTER TOTAL | $2,984.25 |
| CLIENT GRAND TOTAL | $39,386.98 |

KL4 2241826.2

Kramer Levin Naftalis & Frankel LLP                                        Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                 January 28, 2009
056772-00001                                                      Invoice No. 511052

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/08 | BLABEY, DAVID E | Call with D Mannal re case status (.1); review recent filings and update calendar to reflect deadlines therein (1.5). | 1.60 | 856.00 |
| 12/02/08 | BLABEY, DAVID E | Email and call local counsel to discuss issues on deck for Dec 15 (.1); review docket entries for past two weeks (.6); review local rules (.3) and draft motion for admission pro hac vice (.2); review status reports re Anderson Mem Hosp (.8) and email to D. Mannal re same (.2); review debtors motion re actions of Maricopa County, Arizona (.3); review fee applications filed between Nov 26 and Dec 2 (.3); update case calendar to reflect new dates and deadlines (.5); review recent settlements with PD claimants (.5). | 3.80 | 2,033.00 |
| 12/03/08 | BLABEY, DAVID E | Review new docket entries (.1); update master list of outstanding issues to reflect developments from November hearings (.4); review for background ZAI claimants brief in support of class cert (.4), bankruptcy and district ct decisions on Anderson Mem Hosp class cert (1), AMHs and Debtors status reports re class proofs of claim (.3) and case law on class claims relevant to AMH issues (.9). | 3.10 | 1,658.50 |
| 12/09/08 | BLABEY, DAVID E | Call to J. Baer to discuss matters on deck for upcoming hearing (.1). | 0.10 | 53.50 |
| 12/10/08 | BLABEY, DAVID E | Call with J. Baer to discuss issues for upcoming hearing (.1); review recent filings from Dec 5 to 10 (.3); compose email to client re CMO (.3). | 0.70 | 374.50 |
| 12/11/08 | BLABEY, DAVID E | Review and familiarize with matters scheduled for hearing on Dec 15 (.8) and email to client informing of issues likely to arise (.4). | 1.20 | 642.00 |
| 12/15/08 | BLABEY, DAVID E | Call to client to discuss events at hearing (.2); email to P. Bentley discussing events at hearing (.2). Meeting with D. Mannal to discuss Dec. 15 hearing (.2) | 0.60 | 321.00 |

KL4 2241826.2

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                        January 28, 2009
056772-00001                                                                             Invoice No. 511052

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/16/08 | MAYER, THOMAS MOERS | Call with John Gino of Brencourt, equity holder and bank creditor, describe organization of committee and refer to Ted Wechsler. | 0.20 | 175.00 |
| 12/16/08 | BLABEY, DAVID E | Review ZAI Claimants motion for class certification (.3); draft and revise memo to client re Dec 15 hearing and case status (2.2). | 2.50 | 1,337.50 |
| 12/17/08 | BLABEY, DAVID E | Draft email to P. Bentley and D. Mannal re matters discussed at telephonic hearing. | 0.50 | 267.50 |
| 12/22/08 | WIERMAN, LAUREN E | Created plan binder for D Blabey | 2.50 | 650.00 |
| 12/23/08 | BLABEY, DAVID E | Review further amendments to disclosure statement and plan (.6) and review preliminary objections to plan (.7). | 1.30 | 695.50 |
| 12/24/08 | BLABEY, DAVID E | Review preliminary objections to Plan (1.2) and review discovery requests (.5) and email to P. Bentley and D. Mannal re both topics (.3). | 2.00 | 1,070.00 |
| 12/29/08 | BLABEY, DAVID E | Review docket entries relating to PPI dispute to answer question from client re status (.5) and discuss same with D. Mannal (.1); exchange emails with debtor's counsel re proposed confirmation schedule (.1). | 0.70 | 374.50 |

**TOTAL HOURS AND FEES**                                                                 **20.80**  **$10,508.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 41.19 |
| CAB FARES | 134.64 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                                **$175.83**

**TOTAL FOR THIS MATTER**                                                                **$10,791.33**

KL4 2241826.2

Kramer Levin Naftalis & Frankel LLP                                                     Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                              January 28, 2009
056772-00002                                                                    Invoice No. 511052

## CREDITOR COMMITTEE

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 20.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$20.00** |
| **TOTAL FOR THIS MATTER** | **$20.00** |

Kramer Levin Naftalis & Frankel LLP                                      Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                        January 28, 2009
056772-00007                                                             Invoice No. 511052

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/08 | BENTLEY, PHILIP | Review emails re plan issues | 0.20 | 145.00 |
| 12/03/08 | BENTLEY, PHILIP | Review emails | 0.10 | 72.50 |
| 12/03/08 | MANNAL, DOUGLAS | review memo re PD claims (.5); email w/DB re same (.3) | 0.80 | 484.00 |
| 12/04/08 | BENTLEY, PHILIP | Review emails | 0.10 | 72.50 |
| 12/04/08 | MANNAL, DOUGLAS | attn to numeric obj re amended CMO (.4); email w/D Blabey re same (.2) | 0.60 | 363.00 |
| 12/05/08 | MANNAL, DOUGLAS | attn to revised corp docs (.2); email with D Blabey and P Kolevzon re same (.3) | 0.50 | 302.50 |
| 12/08/08 | MANNAL, DOUGLAS | attn to Grace protective order (.3); o/c w/D Blabey re same (.2) | 0.50 | 302.50 |
| 12/09/08 | BENTLEY, PHILIP | Trade emails | 0.10 | 72.50 |
| 12/10/08 | BENTLEY, PHILIP | Discs Doug Mannal and trade emails re plan issues. | 0.20 | 145.00 |
| 12/11/08 | BENTLEY, PHILIP | Trade emails re Monday's hearing | 0.20 | 145.00 |
| 12/12/08 | BENTLEY, PHILIP | Discs Ted Weschler and DB re Monday's hearing; review emails re plan issues | 0.40 | 290.00 |
| 12/12/08 | MANNAL, DOUGLAS | attn to plan modifications (.5); tel/email w/D Blabey re same (.2) | 0.70 | 423.50 |
| 12/15/08 | MANNAL, DOUGLAS | tel/email w/D Blabey re hearing on disclosure statement | 0.20 | 121.00 |
| 12/22/08 | MANNAL, DOUGLAS | o/c w/D Blabey re plan/disclosure statement objections (.2); review corp docs and TDP for property claimants (1.2); attn to disclosure statement trial calendar (.2) | 1.60 | 968.00 |
| 12/28/08 | BENTLEY, PHILIP | Trade emails | 0.20 | 145.00 |
| 12/29/08 | BENTLEY, PHILIP | Trade emails | 0.30 | 217.50 |
| 12/29/08 | MANNAL, DOUGLAS | tel/email w/equity holder re exit and PPI litigation | 0.70 | 423.50 |

**TOTAL HOURS AND FEES**                                                 **7.40**  **$4,693.00**

**TOTAL FOR THIS MATTER**                              **$4,693.00**

Kramer Levin Naftalis & Frankel LLP                                        Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                          January 28, 2009
056772-00008                                                               Invoice No. 511052

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/08 | BLABEY, DAVID E | Review fee auditor report and fee applications referenced therein (.7) and exchange emails with D Mannal re same (.1). | 0.80 | 428.00 |
| 12/01/08 | MANNAL, DOUGLAS | attn KL fee application and fee auditor report (.5); email w/Blabey re same (.1) | 0.60 | 363.00 |
| 12/02/08 | BLABEY, DAVID E | Exchange emails with accounting to discuss status of fee applications (.1); review of past years fee applications, examiner reports, approval orders and bills (.6). | 0.70 | 374.50 |
| 12/08/08 | MANNAL, DOUGLAS | Attn to fee chart and review fee app. | 0.30 | 181.50 |
| 12/21/08 | BLABEY, DAVID E | Review November invoices for fee app. | 0.80 | 428.00 |
| 12/30/08 | BLABEY, DAVID E | Exhange emails with accounting re fee app (.1); draft and edit fee application (2.7). | 2.80 | 1,498.00 |
| 12/31/08 | BLABEY, DAVID E | Edit fee app and prepare for filing. | 1.00 | 535.00 |
| 12/31/08 | MAKINDE, MICHAEL A | Fed-EX' d application for D. Blabey. | 0.50 | 130.00 |
| **TOTAL HOURS AND FEES** | | | **7.50** | **$3,938.00** |

**TOTAL FOR THIS MATTER**                                      $3,938.00

KL4 2241826.2

## PLAN AND DISCLOSURE STATEMENT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/08 | BLABEY, DAVID E | Review revised disclosure statement (5.6); review proposed change to insurance coverage provisions (.1) and email D Mannal re same (.1); review ZAI settelement term sheet (.4); review case law on post-petition interest (.4). | 6.60 | 3,531.00 |
| 12/02/08 | BLABEY, DAVID E | Email with Debtors counsel re proposed change to section 2.10.2.2 of Disc Statement (.1); call with A. Krieger at Stroock to discuss issues discussed at November 24 hearing (.1); review trust distribution procedures (.5). | 0.70 | 374.50 |
| 12/03/08 | BLABEY, DAVID E | Review draft CMO related to first amended joint plan (.2); call with A. Krieger re PD issues discussed at Nov 24 hearing (.2) and email D. Mannal re same (.2); review draft trust distribution procedures for PI claims (1.7). | 2.30 | 1,230.50 |
| 12/04/08 | BLABEY, DAVID E | Review Debtors revised CMO of Dec 3 and Insurers' objection thereto (.4) and exchange emails with D. Mannal re same (.2); review proposed order approving disc st, solicitation, and confirmation procedures and proposed voting procedures (.8); review proposed voting instructions, ballots, and notice to parties to exec contracts (.2). | 1.60 | 856.00 |
| 12/05/08 | BLABEY, DAVID E | Review proposed modification to definition of Settled Asbestos Insurance Co (.6) and email D. Mannal re same (.2). | 0.80 | 428.00 |
| 12/08/08 | BLABEY, DAVID E | Review trust distribution procedures and deferred payment agreement (1.8) and email and call with D. Mannal and P. Kolevzon re same (.2). | 2.00 | 1,070.00 |
| 12/12/08 | BLABEY, DAVID E | Review objections to disclosure statement by certain insurers (.4) and email P. Bentley re same (.1). | 0.50 | 267.50 |
| 12/22/08 | BLABEY, DAVID E | Review modified plan and disclosure statement (.3) and discuss with D. Mannal (.2). | 0.50 | 267.50 |

Kramer Levin Naftalis & Frankel LLP                                               Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                       January 28, 2009
056772-00015                                                            Invoice No. 511052

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/29/08 | BLABEY, DAVID E | Review interrogatories propounded by Libby Claimants (1.7); draft summary of preliminary objections for client (1.5) | 3.20 | 1,712.00 |
| 12/30/08 | BLABEY, DAVID E | Exchange emails with client re preliminary objections and designation of confirmation issues (.4); compose email to P. Bentley re Libby discovery requests (.2). | 0.60 | 321.00 |

**TOTAL HOURS AND FEES**                                                **18.80**   **$10,058.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 15.00 |
| TABS | 14.00 |
| PHOTOCOPYING | 125.40 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                               **$154.40**

**TOTAL FOR THIS MATTER**                                               **$10,212.40**

KL4 2241826.2

Kramer Levin Naftalis & Frankel LLP

Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

January 28, 2009
Invoice No. 511052

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/15/08 | BLABEY, DAVID E | Attendance at hearing. | 3.80 | 2,033.00 |
| 12/16/08 | WIERMAN, LAUREN E | Corresponded with CourtCall to set up attorneys on telephonic hearings. | 1.00 | 260.00 |
| 12/17/08 | BLABEY, DAVID E | Prepare for and attend telephonic hearing. | 1.30 | 695.50 |
| 12/18/08 | WIERMAN, LAUREN E | E-mailed court call appearance confirmations to D Blabey for future hearings. | 0.50 | 130.00 |

**TOTAL HOURS AND FEES**            **6.60**    **$3,118.50**

**TOTAL FOR THIS MATTER**            **$3,118.50**

KL4 2241826.2

Kramer Levin Naftalis & Frankel LLP

Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00022

January 28, 2009
Invoice No. 511052

## TAX ISSUES

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/08/08 | KOLEVZON, PETER S. | Telephone conversation with D. Mannal (.1); review revised Deferred Purchase Agreement (PI) DPA (PD) and Share Issuance Agreement (1.8). | 1.90 | 1,510.50 |
| 12/09/08 | KOLEVZON, PETER S. | Complete review of DPA(ZAI) and Parent Guaranties (PD) and (ZAI) (2.2); tele conv w/D. Mannal (.1); tel conv w/Kirkland & Ellis re questions and issues (.5). | 2.80 | 2,226.00 |

**TOTAL HOURS AND FEES**  **4.70**  **$3,736.50**

**TOTAL FOR THIS MATTER**  **$3,736.50**

KL4 2241826.2

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE                                                    January 28, 2009
056772-00028                                                                                     Invoice No. 511052

## TRAVEL\NON-WORKING

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/15/08 | BLABEY, DAVID E | Travel to and from December 15 hearing. | 10.00 | 2,675.00 |
| **TOTAL HOURS AND FEES** | | | **10.00** | **$2,675.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 309.25 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$309.25** |
| **TOTAL FOR THIS MATTER** | **$2,984.25** |

KL4 2241826.2