# Exhibit B

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00001                           Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
              -----------------------------------------------------------------------------------------------------------
                     UNBILLED TIME FROM:                               TO:
                     UNBILLED DISB FROM:    12/03/2008                 TO:     12/29/2008
              -----------------------------------------------------------------------------------------------------------
                                              FEES                              COSTS
                                              ------                            -----------
                 GROSS BILLABLE AMOUNT:               0.00                           175.83
                 AMOUNT WRITTEN DOWN:
                            · PREMIUM:
                    ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
                       AMOUNT BILLED:
                          THRU DATE:                                           12/29/2008
         CLOSE MATTER/FINAL BILLING?   YES   OR   NO
           EXPECTED DATE OF COLLECTION:

             BILLING PARTNER APPROVAL:
                                       BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                   BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                       ---------------------------                   --------------
                        FEES:                          0.00
                DISBURSEMENTS:                        175.83
                 FEE RETAINER:                          0.00    UNIDENTIFIED RECEIPTS:        0.00
                DISB RETAINER:                          0.00        PAID FEE RETAINER:        0.00
            TOTAL OUTSTANDING:                        175.83       PAID DISB RETAINER:        0.00
                                                               TOTAL AVAILABLE FUNDS:        0.00
                                                                        TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
             DATE OF LAST BILL:        12/30/08        LAST PAYMENT DATE:       01/28/09
             LAST BILL NUMBER:          509451 ACTUAL FEES BILLED TO DATE:    316,373.50
                                               ON ACCOUNT FEES BILLED TO DATE:       0.00
                                               TOTAL FEES BILLED TO DATE:     316,373.50
          LAST BILL THRU DATE:        11/30/08   FEES WRITTEN OFF TO DATE:     81,887.50
                                               COSTS WRITTEN OFF TO DATE:      20,329.74
FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:
                                      ---------------------------
              (1) Exceeded Fixed Fee     (4) Excessive Legal Time     (7) Fixed Fee
              (2) Late Time & Costs Posted (5) Business Development    (8) Premium
              (3) Pre-arranged Discount  (6) Summer Associate         (9) Rounding        (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by: _____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15


Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:      2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code Description                        Oldest       Latest          Total
                                        Entry        Entry           Amount
---- ----------------------------      ------       ------       -----------
0917  WESTLAW ON-LINE RESEARCH          12/03/08     12/29/08         41.19
0940  CAB FARES                         12/05/08     12/05/08        134.64

         Total                                                       175.83


U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee          Date          Amount       Index# Batch No Batch Date
-----------------------------------       --------          ------        -----------  ------- -------- ----------

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                  BLABEY, D E       12/03/08        18.54       8568180  665917   01/05/09
    WESTLAW ON-LINE RESE                  BLABEY, D E       12/04/08        18.53       8568181  665917   01/05/09
CAB FARES 0940
    CAB FARES                             MANNAL, D M       12/05/08       134.64       8559180  660750   12/22/08
    CAB FARES - ODYSSEY
WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                  BLABEY, D E       12/29/08         4.12       8568182  665917   01/05/09


         Costs Total :                                                    175.83
```

alp_132r: Matter Detail

Run Date & Time: 01/28/2009 10:52:15

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2691711
Bill Frequency: M

Status      : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0917 WESTLAW ON-LINE RESEARCH | 41.19 | | | | |
| 0940 CAB FARES | 134.64 | | | | |
| Costs Total -: | 175.83 | | | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:   12/30/2008                 TO:     12/30/2008
-----------------------------------------------------------------------------------------------------------------------
                                        FEES                            COSTS
                                        ------                          -----------
          GROSS BILLABLE AMOUNT:                  0.00                          20.00
           AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:                                            12/30/2008
      CLOSE MATTER/FINAL BILLING?   YES  OR  NO
     EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:



-----------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                    ---------------------------                       ---------------
                     FEES:                      0.00
            DISBURSEMENTS:                      20.00
              FEE RETAINER:                      0.00     UNIDENTIFIED RECEIPTS:           0.00
             DISB RETAINER:                      0.00          PAID FEE RETAINER:          0.00
        TOTAL OUTSTANDING:                      20.00          PAID DISB RETAINER:         0.00
                                                         TOTAL AVAILABLE FUNDS:           0.00
                                                               TRUST BALANCE:
                                                BILLING HISTORY
                                                ----------------
         DATE OF LAST BILL:                   12/30/08        LAST PAYMENT DATE:       12/29/08
         LAST BILL NUMBER:                     509451 ACTUAL FEES BILLED TO DATE:    364,384.00
                                                    ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                       TOTAL FEES BILLED TO DATE:   364,384.00
        LAST BILL THRU DATE:                  11/30/08  FEES WRITTEN OFF TO DATE:     22,515.50
                                                       COSTS WRITTEN OFF TO DATE:     1,724.60
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    -----------------------------
               (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
               (2) Late Time & Costs Posted (5) Business Development     (8) Premium
               (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding           (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTER                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                        Oldest      Latest          Total
                                         Entry       Entry           Amount
----  ------------------------------     ------      ------      -----------
0950  OUT-OF-TOWN TRAVEL                  12/30/08    12/30/08          20.00

        Total                                                          20.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee        Date          Amount        Index#  Batch No  Batch Date
---------------------------------------     --------        ------        -----------   ------- --------- ----------

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN                MANNAL, D M     12/30/08        20.00        8565258  663692   12/30/08
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB 11/24/2008 NYP TO WIL TO
    NYP


        Costs Total :                                                      20.00

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00002                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount            Bill        W/o / W/u        Transfer  To    Clnt/Mtr      Carry Forward
----------------------  -------------------  -----------  --------------  -----------------------------  -----------------

0950 OUT-OF-TOWN TRAVEL         20.00         _____  _____  _____  _____


            Costs Total :       20.00         _____  _____  _____  _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00015                                 Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                         Status    : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                              TO:
            UNBILLED DISB FROM:     12/22/2008              TO:     12/22/2008
------------------------------------------------------------------------------------------------------------------------------
                                       FEES                              COSTS
                                       ------                            -----------
        GROSS BILLABLE AMOUNT:                    0.00                         154.40
        AMOUNT WRITTEN DOWN:
                  PREMIUM:
        ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:                                             12/22/2008
  CLOSE MATTER/FINAL BILLING?     YES   OR   NO
  EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
        BILLING COMMENTS:


------------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                  -------------------------                          --------------
            FEES:                                 0.00
    DISBURSEMENTS:                               154.40        UNIDENTIFIED RECEIPTS:        0.00
    FEE RETAINER:                                 0.00            PAID FEE RETAINER:         0.00
   DISB RETAINER:                                 0.00           PAID DISB RETAINER:         0.00
  TOTAL OUTSTANDING:                             154.40      TOTAL AVAILABLE FUNDS:          0.00
                                                                    TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
      DATE OF LAST BILL:                    12/30/08        LAST PAYMENT DATE:      01/28/09
      LAST BILL NUMBER:                     509451  ACTUAL FEES BILLED TO DATE:   102,835.50
                                               ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                   TOTAL FEES BILLED TO DATE:   102,835.50
      LAST BILL THRU DATE:                  11/30/08  FEES WRITTEN OFF TO DATE:     1,517.50
                                                     COSTS WRITTEN OFF TO DATE:      639.99
FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   ---------------------------
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding              (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANXEL LLP                                              PAGE    8
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00015                                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                 Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                       Oldest     Latest        Total
                                        Entry      Entry         Amount
----  ----------------------------      ------     ------     -----------
0816  VELOBINDINGS                      12/22/08   12/22/08         15.00
0817  TABS                              12/22/08   12/22/08         14.00
0820  PHOTOCOPYING                      12/22/08   12/22/08        125.40

          Total                                                   154.40


U N B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee         Date       Amount       Index#  Batch No  Batch Date
-------------------------------------------    --------         ------     -----------  ------- --------- ----------

VELOBINDINGS 0816
    VELOBINDINGS                               WIERMAN, L E     12/22/08      15.00      8562320  661829    12/24/08
    WIERMAN  LAUREN E   17062   BINDING
TABS 0817
    TABS                                       WIERMAN, L E     12/22/08      14.00      8562309  661827    12/24/08
    WIERMAN  LAUREN E   17062   TABS
PHOTOCOPYING 0820
    PHOTOCOPYING                               WIERMAN, L E     12/22/08     125.40      8561825  661818    12/24/08
    WIERMAN  LAUREN E


          Costs Total :                                                    154.40
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00015                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                             Status     : ACTIVE

BILLING  INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description            Amount       Bill      W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward
----------------------- ------------- -----------  -------------- -------------------------------- -----------------

0816 VELOBINDINGS               15.00

0817 TABS                       14.00

0820 PHOTOCOPYING              125.40


       Costs Total :          154.40

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   10
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00028                               Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                       Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
-------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                             TO:
              UNBILLED DISB FROM:   12/30/2008                TO:     12/30/2008
-------------------------------------------------------------------------------------------------------------------------
                                     FEES                        COSTS
                                     ------                      -----------
       GROSS BILLABLE AMOUNT:                  0.00                        309.25
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
          ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                THRU DATE:                                              12/30/2008
  CLOSE MATTER/FINAL BILLING?    YES   OR   NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
       BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                 -------------------------               --------------
                   FEES:                 0.00
           DISBURSEMENTS:               309.25       UNIDENTIFIED RECEIPTS:      0.00
             FEE RETAINER:                0.00            PAID FEE RETAINER:      0.00
            DISB RETAINER:                0.00           PAID DISB RETAINER:      0.00
         TOTAL OUTSTANDING:             309.25       TOTAL AVAILABLE FUNDS:      0.00
                                                            TRUST BALANCE:
                                             BILLING HISTORY
                                             ----------------
        DATE OF LAST BILL:       12/30/08        LAST PAYMENT DATE:    12/29/08
         LAST BILL NUMBER:       509451 ACTUAL FEES BILLED TO DATE:   129,940.50
                                     ON ACCOUNT FEES BILLED TO DATE:        0.00
                                        TOTAL FEES BILLED TO DATE:   129,940.50
      LAST BILL THRU DATE:       11/30/08  FEES WRITTEN OFF TO DATE:   26,306.18
                                            COSTS WRITTEN OFF TO DATE:      22.50
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 ---------------------------
       (1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development      (8) Premium
       (3) Pre-arranged Discount   (6) Summer Associate          (9) Rounding            (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   11
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:15

Matter No: 056772-00028                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                     Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                     Oldest      Latest         Total
                                      Entry       Entry          Amount
----  ----------------------------   ------      ------      -----------
0950  OUT-OF-TOWN TRAVEL             12/30/08    12/30/08        309.25

          Total                                                 309.25


U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee       Date        Amount      Index#  Batch No  Batch Date
------------------------------------------ --------      ------      -----------  ------  --------- ----------

OUT-OF-TOWN TRAVEL 0950
   DINERS CLUB CITICORP DIN               BLABEY, D E    12/30/08      309.25     8565262  663692    12/30/08
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB 12/15/2008 LGA TO PIT TO
   LGA



        Costs Total :                                            309.25
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2009 10:52:16

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2691711
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status      : ACTIVE

BILLING  INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description            Amount       Bill       W/o / W/u      Transfer  To   Clnt/Mtr   Carry Forward
----------------------- -------------- ----------- --------------- ------------------------------ ----------------

0950 OUT-OF-TOWN TRAVEL         309.25


        Costs Total :           309.25
```