# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 14, 2009
MATTER :   0066609-000002
INVOICE :   10175570

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

RE:   ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/02/08 | TC | Reviewed REVISED Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co | .10 |
| 12/08/08 | TC | Reviewed Limited Objection to Motion Authorizing Sale of Debtors' Partnership Interest in Colowyo Coal Co. LLP Filed by Bank of New York Mellon, in its Capacity As Trustee under Trust Indenture | .30 |
| 12/11/08 | TC | Reviewed Order Vacating Order Granting Motion of United States Trustee for the Appointment of an Examiner Related to the Conduct of L. Tersigni Consulting, P.C. | .20 |
| 12/11/08 | TC | Reviewed Order Approving Stipulation Resolving Proof of Claim No. 12789 | .10 |
| 12/15/08 | TC | Reviewed Notice of Proposed Sale of Certain Assets of Debtors' Asbestos and Lead Abatement Business Pursuant to Order Establishing Procedures for the Sale of De Minimis Assets, attachment and affidavit; communication with debtor's counsel re defective notice provision | .50 |
| 12/17/08 | TC | Reviewed REVISED Order Authorizing the Sale of Debtors' Limited Partnership Interests in Colowyo Coal Company L.P | .20 |
| 12/18/08 | TC | Reviewed Order Authorizing the Sale of Certain Real Property to the City of Charleston, South Carolina | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                             MATTER :   0066609-000002
                                             INVOICE : 10175570

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

      RE:   ASSET DISPOSITION


12/19/08 TC    Reviewed Maricopa County's Response to Motion          .30
               for Entry of an Order Declaring As Void Ab
               Initio Any and All Actions Taken by Maricopa
               County, Arizona, First Liberty National Bank
               and Mariocpa County Superior Court With Respect
               to Debtor's Real Property in Maricopa County
               Filed by Maricopa County, AZ

12/30/08 TC    Reviewed Limited Objection OF LUKINS & ANNIS,          .10
               P.S. TO MOTION FOR ORDER OF PRELIMINARY
               APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION
               OF THE U.S. ZIA CLASS


                      T I M E   S U M M A R Y
                      -----------------------

                            RATE      HOURS          TOTALS
                            ----      -----          ------

   T. Currier              515.00     2.20          1133.00
                  TOTALS              2.20          1133.00


                  TOTAL FEES :                          1,133.00


                  TOTAL DUE  :                          1,133.00

TAX ID 25-1381032 .:. INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                              MATTER :  0066609-000003
                                              INVOICE : 10175571


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

     RE:  BUSINESS OPERATIONS
```

```
DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                       HOURS
----   ----   --------------------------------                       -----

12/04/08 TC   Reviewed Debtor-In-Possession Monthly Operating          .60
              Report for Filing Period October 2008 Filed by
              W.R. Grace & Co., et al..

12/31/08 TC   ReviewedDebtor-In-Possession Monthly Operating           .80
              Report for Filing Period November 2008 Filed by
              W.R. Grace & Co., et al
```

```
              T I M E   S U M M A R Y
              -----------------------

                       RATE    HOURS          TOTALS
                       ----    -----          ------

T. Currier            515.00    1.40          721.00
              TOTALS            1.40          721.00


              TOTAL FEES :                          721.00


              TOTAL DUE  :                          721.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                              MATTER :  0066609-000004
                                              INVOICE : 10175572
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/08 | TC | Reviewed all incoming and accumulated ecf filings and distributed to appropriate team members, counsel, paralegals | .80 |
| 12/01/08 | TC | Call with david blabey about the case | .20 |
| 12/01/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 12/01/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/02/08 | TC | Handled david blabey's pro hac vice admission | .40 |
| 12/02/08 | TC | Reviewed all incoming ecf filings and forwarded appropriate pleadings to team counsel and paralegals | .50 |
| 12/02/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/03/08 | TC | Reviewed al ecf filings and distributed to team counsel and paralegals | .50 |
| 12/03/08 | TC | Followed up on david blabey's pro hac filing | .30 |
| 12/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 14, 2009
MATTER :  0066609-000004
INVOICE : 10175572

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 12/04/08 TC | Reviewed Objection of Certain Insurers to Debtors' Proposed Case Management Order | .60 |
| 12/04/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 12/04/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/05/08 TC | Reviewed all ecf filings; forwarded same to team counsel and paralegals | .60 |
| 12/05/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/08/08 TC | Reviewed Order (Initial) (MODIFIED by Court) Case Management Order Related to the First Amended Joint Plan of Reorganization. | .20 |
| 12/08/08 TC | Reviewed all ecf filings and forwarded appropriate ones to team counsel and paralegals | .70 |
| 12/08/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/09/08 TC | Reviewed all ecf filings and distributed appropriate pleadings to counsel and paralegals. | .60 |

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚕ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                              MATTER :  0066609-000004
                                              INVOICE : 10175572
```

```
      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

      RE:   CASE ADMINISTRATION
```

| | | |
|---|---|---|
| 12/09/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/10/08 TC | Reviewed all ecf filings and distributed appropriate pleadings to counsel and paralegals. | .60 |
| 12/10/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/11/08 TC | Reviewed all ecf filings and forwarded to team counsel and paralegals | .70 |
| 12/11/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/11/08 MNF | Docketing litigation events in computerized docketing system | .50 |
| 12/12/08 TC | Reviewed all ecf filings and forwarded to team counsel and paralegals | .60 |
| 12/12/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/15/08 TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                              MATTER :  0066609-000004
                                              INVOICE : 10175572


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

     RE:   CASE ADMINISTRATION
```

| | | |
|---|---|---|
| 12/15/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/16/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 12/16/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/17/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .50 |
| 12/17/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/18/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .70 |
| 12/18/08 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/19/08 TC | Reviewed all ecf filiings and forwarded appropriate pleadings to team counsel and paralegals | .60 |
| 12/22/08 TC | Reviewed all incoming ecf filings and distributed to appropriate team counsel and paralegals | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JANUARY 14, 2009
                                            MATTER :  0066609-000004
                                            INVOICE : 10175572

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

       RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 12/22/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 12/23/08 TC | Reviewed all ecf filings and service of discovery and distributed to team counsel and paralegals | | .80 |
| 12/23/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 12/24/08 TC | Reviewed Certification of Counsel Regarding First Amended Case Management Order Related to the First Amended Joint Plan of Reorganization Filed by W.R. Grace & Co., et al.. | | .20 |
| 12/24/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | | .70 |
| 12/29/08 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | | .70 |
| 12/30/08 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | | .80 |
| 12/31/08 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | | .60 |

**Buchanan Ingersoll ⚥ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 14, 2009
MATTER : 0066609-000004
INVOICE : 10175572

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

RE:  CASE ADMINISTRATION

T I M E   S U M M A R Y
- - - - - - - - - - - - - - - - - - - - - -

|              | RATE   | HOURS | TOTALS   |
| ------------ | ------ | ----- | -------- |
| T. Currier   | 515.00 | 15.30 | 7879.50  |
| M. Flores    | 175.00 | 9.00  | 1575.00  |
| TOTALS       |        | 24.30 | 9454.50  |

TOTAL FEES :                    9,454.50

TOTAL DUE  :                    9,454.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                              MATTER :  0066609-000005
                                              INVOICE : 10175573
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

```
  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                        HOURS
  ----  ----   -------------------------------                         -----

12/02/08 TC    Reviewed Order Granting Relief Sought in                  .10
               Debtors' Amended Twenty-Fifth Omnibus Objection
               to Claims and continuing certain objections to
               December 15, 2008

12/16/08 TC    Reviewed Motion to Approve Class Settlement and          1.10
               Certification of the U.S. ZAI Class Filed by
               ZAI Claimants, Memorandum of Law in support
               thereof, and other materials
```

```
                  T I M E   S U M M A R Y
                  -----------------------

                        RATE    HOURS          TOTALS
                        ----    -----          ------

  T. Currier            515.00   1.20          618.00
                 TOTALS          1.20          618.00


                  TOTAL FEES :                         618.00


                  TOTAL DUE  :                         618.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     JANUARY 14, 2009
                                              MATTER :   0066609-000011
                                              INVOICE :  10175574
```

```
FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:   FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/08 | MNF | E-file and serve 84th monthly fee app of BIR for October 2008 (.8); Scan and send same to fee auditor (4) | 1.20 |
| 12/04/08 | MNF | Draft CNO re: 30th quarterly fee request of BIR (.4); e-file and serve CNO (.6) | 1.00 |
| 12/16/08 | MNF | Review/make edits to prebills re: November 2008; review fee auditors report and discuss same with TKDC | 1.50 |
| 12/16/08 | MNF | Draft/work on 85th monthly fee app of BIR for November 2008 | 1.50 |
| 12/17/08 | MNF | Discuss signed order for Quarterly fees of BIR with TKDC | .20 |
| 12/23/08 | MNF | Review docket re: objections to 84th monthly fee app of BIR (.1)Draft CNO re: 84th monthly fee app of BIR (.4); E-file and serve same (.8) | 1.30 |

```
                  T I M E   S U M M A R Y
                  -----------------------

                     RATE    HOURS           TOTALS
                     ----    -----           ------

  M. Flores         175.00    6.70          1172.50
            TOTALS            6.70          1172.50


              TOTAL FEES :                    1,172.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   : JANUARY 14, 2009
MATTER : 0066609-000011
INVOICE : 10175574

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

RE:   FEE APPLICATIONS, APPLICANT

TOTAL DUE   :                    1,172.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JANUARY 14, 2009
                                              MATTER : 0066609-000012
                                              INVOICE : 10175575
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

    RE:  FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/08 | TC | Communications with kramer levin about fee auditor issues | .20 |
| 12/01/08 | TC | Reviewed fee examiner reports on other counsel to learn fee examiner's preferences and positions in this case | .50 |
| 12/01/08 | TC | Confs with paralegal re issues with filing kramer levin fee apps; resolved same | .40 |
| 12/01/08 | MNF | E-file and serve 86th monthly fee app of Kramer Levin | .80 |
| 12/02/08 | TC | Call with david blabey about fee examiner report on kramer levin fee apps and timing of fee hearing and fee payments | .30 |
| 12/03/08 | TC | Reviewed examiner's reports on others' fee apps to learn what fee examiner wants in this case | .50 |
| 12/09/08 | TC | Reviewed fee auditor's schedue of fees to be approved at next fee hearing | .50 |
| 12/10/08 | TC | Reviewed kramer levin cno prior to filing; reviewed docket | .40 |
| 12/10/08 | TC | Reviewed caplan drysdale issues with fee auditor | .30 |
| 12/10/08 | MNF | Review docket re: objections to 26th quarterly fee Request of Kramer Levin (.1);Draft CNO re: 26th quarterly fee Request of Kramer Levin(.4); E-file and serve CNO (.8) | 1.30 |

# Buchanan Ingersoll ⚬ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JANUARY 14, 2009
                                            MATTER : 0066609-000012
                                            INVOICE : 10175575


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

    RE:  FEE APPLICATIONS, OTHERS


12/15/08 TC    Reviewed Certification of Counsel Regarding          .30
               Order Approving Quarterly Fee Applications for
               the Twenty-Ninth Period Filed by W.R. Grace &
               Co., et al.., re quarterly professional fee
               approvals

12/17/08 TC    Reviewed quarterly fee order for all                 .40
               professionals, as approved by the court

12/23/08 TC    Reviewed kramer levin cno for fee app                .30

12/23/08 MNF   Review docket re: objections to 86th monthly        1.30
               fee app of Kramer Levin (.1)Draft CNo re: 86th
               monthly fee app of Kramer Levin (.4)E-file and
               serve same (.8)



                    T I M E   S U M M A R Y
                    ------------------------

                         RATE      HOURS         TOTALS
                         ----      -----         ------

    T. Currier          515.00      4.10         2111.50
    M. Flores           175.00      3.40          595.00
                TOTALS              7.50         2706.50


            TOTAL FEES :                        2,706.50


            TOTAL DUE  :                        2,706.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 14, 2009
MATTER : 0066609-000014
INVOICE : 10175576

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:   HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 12/01/08 | TC | Reviewed Order Setting Omnibus Hearing Dates; calendared all dates and entered into litigation docketing system | .50 |
| 12/02/08 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald | .50 |
| 12/09/08 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al | .50 |
| 12/15/08 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al. | .30 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
| --- | --- | --- | --- | --- |
| T. Currier | | 515.00 | 1.80 | 927.00 |
| | TOTALS | | 1.80 | 927.00 |

TOTAL FEES :                927.00

TOTAL DUE  :                927.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 14, 2009
MATTER :  0066609-000015
INVOICE : 10175577

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/02/08 | TC | Reviewed Motion of Debtors for Entry of an Order Declaring as Void AB Initio Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court With Respect to Debtors Real Property in Maricopa County Filed by W.R. Grace & Co., et al. | .80 |
| 12/02/08 | TC | Reviewed Transmittal of Record on Appeal to District Court BAP #08-66 | .10 |
| 12/02/08 | MNF | E-file Pro Hac vice of David Blabey; coordinate payment of same | 1.00 |
| 12/08/08 | TC | Reviewed Motion for Entry of Confidentiality Order Filed by Arrowood Indemnity Company | .50 |
| 12/09/08 | TC | Reviewed Debtors' Response to Insurers' Motion for Entry of Confidentiality Order and Debtors' Revised Order Filed by W.R. Grace & Co., et al. | .40 |
| 12/09/08 | TC | Reviewed Certification of Counsel Regarding Stipulation Continuing Debtors' Motion to Declare Void Actions Taken with Respect to Debtors' Property in Maricopa County and Agreement Not to Disturb Debtors' Use and Enjoyment of the Property Filed by W.R. Grace & Co., et al.. | .30 |
| 12/10/08 | TC | Reviewed Objection of MMWR Firms | .20 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                             MATTER :  0066609-000015
                                             INVOICE : 10175577

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

     RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/10/08 TC | Reviewed Limited Objection of Various Law Firms Representing Asbestos Personal Injury Claimants to Insurers' Motion for Entry of Confidentiality Order | .20 |
| 12/10/08 TC | Reviewed various joinders in motion for confidentiality stip | .30 |
| 12/16/08 TC | Reviewed joint notice of appeal to the US Court of Appeals for the Third Circuit | .30 |
| 12/17/08 TC | Reviewed declaration of ed westbrook re zai claimants and their motion for settlement | .20 |
| 12/18/08 TC | Reviewed Protective Order Regarding Confidential Information (Certain Insurers). | .10 |
| 12/18/08 TC | Reviewed Protective Order Regarding Confidential Information (Libby Claimants) | .20 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 3.60 | 1854.00 |
| M. Flores | 175.00 | 1.00 | 175.00 |
| TOTALS | | 4.60 | 2029.00 |

TOTAL FEES :                    2,029.00

TOTAL DUE  :                    2,029.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 14, 2009
MATTER :  0066609-000016
INVOICE : 10175578

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/08 | TC | Reviewed Certification of Counsel Regarding Further Amendments to Disclosure Statement, Plan of Reorganization, Solicitation Materials and Certain Exhibits | .50 |
| 12/04/08 | TC | Reviewed Certification of Counsel Regarding Case Management Order Related to the First Amended Joint Plan of Reorganization | .40 |
| 12/08/08 | TC | Reviewed Supplemental Objection to the Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors Proposed Disclosure Statement Filed by OneBeacon America Insurance Company, Seaton Insurance Company | .40 |
| 12/12/08 | TC | Reviewed Objection of the Michigan Department of Treasury to the First Amended Joint Plan of Reorganization for W.R. Grace & Co, and its Affiliates Under Chapter 11 of the Bankjruptcy Code | .20 |
| 12/22/08 | TC | Reviewed Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Preliminary Objection to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Filed by Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 14, 2009
MATTER :  0066609-000016
INVOICE : 10175578

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:    PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 12/22/08 TC | Reviewed Preliminary Objections of The Scotts Company LLC to Confirmation of the First Amended Joint Plan of Reorganization, as Amended | .20 |
| 12/22/08 TC | Reviewed Preliminary Objection to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Filed by State of Montana | .50 |
| 12/22/08 TC | Reviewed Preliminary Objection of Lloyd's Underwriters | .50 |
| 12/22/08 TC | Reviewed Certification of Counsel Regarding Further Amendments to the Disclosure Statement and Plan of Reorganization, and the Filing of the Cooperation Agreement and the Property Damage Case Management Order | .40 |
| 12/22/08 TC | Reviewed Notice of Service of Discovery - Libby Claimants' First Request for Production of Documents by Debtors in Conjunction with Plan Confirmation | .40 |
| 12/23/08 TC | Reviewed Objection to First Amended Joint Chapter 11 Plan Filed by Libby Claimants | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 14, 2009
MATTER : 0066609-000016
INVOICE : 10175578

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 12/23/08 TC | Reviewed Erisa Plaintiffs' Preliminary Objection to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., Inc., et al, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders | .40 |
| 12/23/08 TC | Reviewed Objection of The Dow Chemical Company and Affiliates to the First Amended Joint Plan of Reorganization | .40 |
| 12/23/08 TC | Reviewed Acting United States Trustee's Preliminary Objection to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace and Company, et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Pi Future Claimants Representative and the Official Committee of Equity Security Holders | .20 |
| 12/23/08 TC | Reviewed Objection (Preliminary) to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Filed by Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special (Attachments | .30 |
| 12/23/08 TC | Reviewed Owens-Illinois, Inc.'s Preliminary Objection to the Joint Plan of Reorganization Under Chapter 11 | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JANUARY 14, 2009
MATTER :   0066609-000016
INVOICE :   10175578

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 12/23/08 TC | Objection to Confirmation of Plan Filed by BNSF Railway Company | | .30 |
| 12/23/08 TC | Reviewed Preliminary Objection of the Official Committee of Unsecured Creditors to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders, Dated November 10, 20 | | .30 |
| 12/24/08 TC | Reviewed discovery:  Official Committee of Asbestos Personal Injury Claimants' First Set of Requests for the Production of Documents and the First Set of Interrogatories directed to the Libby Claimants | | .30 |
| 12/24/08 TC | Reviewed discovery by plan proponents directed to BNSF | | .50 |
| 12/24/08 TC | Reviewed Preliminary Objection of Longacre Master Fund, Ltd. to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated November 10, 2008 | | .10 |
| 12/24/08 TC | Reviewed Discovery Regarding Debtors' Phase 1 Requests for Production of Documents to Certain Objecting Parties Filed by W.R. Grace & Co., et al.. | | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 14, 2009
                                              MATTER :  0066609-000016
                                              INVOICE : 10175578
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

    RE:   PLAN AND DISCLOSURE STATEMENT
```

| | | | |
|---|---|---|---|
| 12/24/08 TC | Reviewed Discovery Regarding Debtors' Responses and Objections to Royal's First Set of Requests for Admission Filed by W.R. Grace & Co., et al | | .30 |
| 12/24/08 TC | Reviewed Debtors' Asbestos PI Future Claimants' Representative's and Official Committee of Asbestos Personal Injury Claimants' First Request to The Scotts Company, LLC for the Production of Documents and Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to The Scotts Company LLC | | .40 |
| 12/24/08 TC | Reviewed Owen-Illinois, Incs First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents Filed by Owen-Illinois, Inc | | .30 |
| 12/29/08 TC | Reviewed Motion to Compel Debtors to Respond to Libby Claimants' Document Request | | .40 |
| 12/29/08 TC | Reviewed Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Inerrogatories | | .40 |
| 12/29/08 TC | Reviewed actual libby interrogatories and requests for production | | .50 |
| 12/29/08 TC | Reviewed Notice of Service of Discovery - Libby Claimants' Amended First Interrogatories Propounded Upon Plan Proponents | | .20 |
| 12/29/08 TC | Reviewed Notice of Designation /Plan Proponents' Designation of Confirmation Issues | | .10 |
| 12/29/08 TC | Reviewed discovery directed to seaton, century, zurich and federal | | 1.10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JANUARY 14, 2009
                                            MATTER :  0066609-000016
                                            INVOICE : 10175578


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08    6548

    RE:   PLAN AND DISCLOSURE STATEMENT




                    T I M E   S U M M A R Y
                    -----------------------

                            RATE    HOURS         TOTALS
                            ----    -----         ------

T. Currier                  515.00  11.20         5768.00
                    TOTALS          11.20         5768.00


                    TOTAL FEES :                           5,768.00


                    TOTAL DUE  :                           5,768.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 14, 2009
MATTER : 0066609-001000
INVOICE : 10175579

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/08   6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 12/01/08 Photocopies M. Flores | 17.60 |
| 12/02/08 Photocopies M. Flores | 3.90 |
| 12/03/08 Photocopies M. Flores | 3.00 |
| 12/03/08 Messenger/Delivery Service - Parcels #143314 | 15.00 |
| 12/04/08 Messenger/Delivery Service - Parcels #143707 | 7.50 |
| 12/10/08 Messenger/Delivery Service - Parcels #144995 | 7.50 |
| 12/12/08 Photocopies M. Flores | 0.60 |
| 12/16/08 Photocopies M. Flores | 23.40 |
| 12/22/08 Photocopies M. Flores | 5.00 |

TOTAL EXPENSE ADVANCES :              83.50

TOTAL DUE   :              83.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA