**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., <u>et al.</u>,<br><br>           Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION TO THE EIGHTY-SEVENTH MONTHLY
APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008 [RE: DOCKET NO. 20409]</u>**

The undersigned hereby certifies that as of the date hereof, she has received no

formal answer, objection or any other responsive pleading to the Eighty-seventh Monthly

Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP,

counsel to the Official Committee of Equity Holders, filed on January 5, 2009 [Docket No.

20409].  The undersigned further certifies that she has reviewed the Court's docket in this case

and no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on

January 26, 2009.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Krls/Wilm 57817v1

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $58,189.20 which represents 80% of the fees ($72,736.50) and $5,015.70 which represents 100% of the expenses, for an aggregate amount of $63,204.90 requested in the Application for the period November 1, 2008 through November 30, 2008, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

**BUCHANAN INGERSOLL & ROONEY PC**

By:      /s Teresa K.D. Currier
     Teresa K. D. Currier (No. 3080)
     1000 West Street, Suite 1410
     Wilmington, DE  19801
     (302) 552-4200

       -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee of Equity Holders

Dated: January 29, 2009

WLM WIL1_GENERAL-#1014515-V1-WR_GRACE-CNO_RE__87TH_MONTHLY_FEE_APP_OF_KRAMER_LEVIN

#1014515-v1