**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: February 18, 2009 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-NINTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | November 1, 2008 through November 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,880.00 |
| 80% of fees to be paid: | $2,350.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total Fees @ 80% and 100% Expenses: | $2,350.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:    \_\_    interim    \_X\_    monthly    \_\_    final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## NOVEMBER 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 4.70 | $2,350.00 |
| **Grand Total:** | | | **4.70** | **$2,350.00** |
| **Blended Rate: $500.00** | | | | |

        **Total Fees:**      $ 2,350.00
        **Total Hours:**          4.70
        **Blended Rate:**    $   500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 4.70 | $2,350.00 |
| **TOTAL** | **4.70** | **$2,350.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| **TOTAL** | **$0.00** |

Respectfully submitted,

Dated: January 23, 2009

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835