## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for November, 2008**

| Date | Services | Hours |
|------|----------|-------|
| 11/3 | Meeting with Orrick bankruptcy group | 2.5 |
| 11/5 | Review of Orrick memorandum re: Deal Documents (.4); telephone conference with R. Frankel and R. Wyron re: same (.3) | .7 |
| 11/10 | Telephone conference with R. Frankel re: negotiation | .3 |
| 11/17 | Telephone conference with J. Redecki re: financials (.3); telephone conference with R. Frankel re: same (.1) | .4 |
| 11/25 | Review of TDP changes (.5); telephone conference with R. Frankel and R. Wyron re: same (.3) | .8 |

**Total Hours:** 4.7
**Total Fees ($500.00 per hour)** **$2,350.00**

**Expenses:** There are no expenses.