## EXHIBIT A

**David Austern, Asbestos PI Futures Representative for W.R. Grace**
**Billing Statement for December, 2008**

| Date | Services | Hours |
|---|---|---|
| 12/1 | Meeting with R. Frankel, R. Wyron, D. Felder and J. Redecki re: status, discovery and financials | 3.5 |
| 12/8 | Telephone conference with Aldock re insurance | .4 |
| 12/11 | Telephone conference R. Frankel and R. Wyron re: status | .8 |
| **Total Hours:** | | **4.7** |
| **Total Fees ($500.00 per hour)** | | **$2,350.00** |

**Expenses:**   There are no expenses.