# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**December-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 12/1/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/1/2008 | 0.1 | Case Administration | Review order setting omnibus hearing dates |
| Jason Solganick | 12/1/2008 | 0.1 | Case Administration | Review order setting omnibus hearing dates |
| Bryan Cloncs | 12/2/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/2/2008 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 12/2/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Bryan Cloncs | 12/3/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Bryan Cloncs | 12/3/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/3/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/3/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/3/2008 | 0.8 | Business Operations | Review of monthly operating report |
| Pei Huang | 12/3/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Pei Huang | 12/3/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/4/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/5/2008 | 1.0 | Business Operations | Review of objection to asset sale |
| Desiree Davis | 12/5/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/5/2008 | 0.3 | Case Administration | Review of case management order |
| Jason Solganick | 12/5/2008 | 1.0 | Business Operations | Review of objection to asset sale |
| Jason Solganick | 12/5/2008 | 0.3 | Case Administration | Review of case management order |
| Desiree Davis | 12/8/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/8/2008 | 0.2 | Hearings | Review hearing agenda |
| Jason Solganick | 12/8/2008 | 0.2 | Hearings | Review hearing agenda |
| Desiree Davis | 12/9/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/10/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/11/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 12/12/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/12/2008 | 0.1 | Business Operations | Review of plan objection |
| Desiree Davis | 12/12/2008 | 0.5 | Business Operations | Review of notice of proposed asset sale |
| Desiree Davis | 12/12/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/12/2008 | 0.2 | Financial Analysis | Review 8-K for comparable company |
| Jason Solganick | 12/12/2008 | 0.1 | Business Operations | Review of plan objection |
| Jason Solganick | 12/12/2008 | 0.5 | Business Operations | Review of notice of proposed asset sale |
| Pei Huang | 12/12/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/15/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 12/16/2008 | 0.5 | Financial Analysis | Review 8-Ks for comparable company |
| Desiree Davis | 12/16/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/16/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Pei Huang | 12/16/2008 | 0.5 | Financial Analysis | Review 8-Ks for comparable company |
| Bryan Cloncs | 12/17/2008 | 0.5 | Financial Analysis | Review 8-Ks for comparable company |
| Desiree Davis | 12/17/2008 | 0.5 | Business Operations | Review of revised order re: Colowyo sale |
| Desiree Davis | 12/17/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/17/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Jason Solganick | 12/17/2008 | 0.5 | Business Operations | Review of revised order re: Colowyo sale |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**December-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Pei Huang | 12/17/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Bryan Cloncs | 12/18/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/18/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/18/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 12/18/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 12/19/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 12/19/2008 | 4.0 | Financial Analysis | Review of extraordinary items |
| Bryan Cloncs | 12/19/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/19/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/19/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/19/2008 | 3.5 | Financial Analysis | Review of extraordinary items |
| Pei Huang | 12/19/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 12/19/2008 | 4.0 | Financial Analysis | Review of extraordinary items |
| Pei Huang | 12/19/2008 | 4.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/22/2008 | 2.0 | Business Operations | Review of plan documents and amendments |
| Bryan Cloncs | 12/23/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/23/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/23/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 12/23/2008 | 1.5 | Business Operations | Review of plan objections |
| Pei Huang | 12/23/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 12/24/2008 | 5.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 12/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/24/2008 | 1.5 | Business Operations | Review of presentation for client and other related analyses |
| Pei Huang | 12/24/2008 | 5.5 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Cloncs | 12/26/2008 | 3.0 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 12/26/2008 | 2.0 | Business Operations | Review of presentation for client and other related analyses |
| Desiree Davis | 12/29/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/30/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 12/31/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/31/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/31/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/31/2008 | 0.8 | Business Operations | Review of monthly operating report |
| Pei Huang | 12/31/2008 | 1.0 | Business Operations | Review of monthly operating report |