# EXHIBIT B

**W.R. Grace**
**Detail of expenses (December 1, 2008 – December 31, 2008)**

**TOTAL EXPENSES:**                                                                 **$0.00**