# EXHIBIT A

**WR Grace**
**December 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Travel: Wash DC and return | 7.5 |
| | Meeting, presentation to FCR | 2.0 |
| Tue 2 | Review/analyze potential DPA changes | 2.3 |
| | Comm w/Orrick (RS) re DPA covenant changes | 1.4 |
| | Review dockets | 0.8 |
| | Comm w/Orrick (DS) re dockets | 0.3 |
| | Prep covenant changes | 2.0 |
| Wed 3 | Prep covenant changes | 2.1 |
| | Comm w/Orrick (RS) re DPA covenant changes | 0.5 |
| | Comm w/Orrick (RW) re DPA | 0.5 |
| | Review RH merger effect on multiples | 0.7 |
| | Review docket | 0.4 |
| Thu 4 | Review comps | 2.0 |
| | Review docket | 0.7 |
| Fri 5 | Review docket | 0.8 |
| | Review market activity | 1.3 |
| Mon 8 | Comm w/Orrick (RW) re DPA | 1.0 |
| | Review revised DPA | 2.5 |
| | Review BONY/Mellon obj to Colowyo sale | 0.4 |
| | Review docket | 0.3 |
| Tue 9 | Comm w/Orrick (all) re DPA (2) | 2.2 |
| | Comm w/Blackstone (PZ) re DPA (2) | 1.1 |
| | Rev/analyze leverage/int cov ratios app to DPA | 3.0 |
| | Review docket | 1.0 |
| Wed 10 | F/U comm w/Orrick (RW) re Debtor FA position | 0.6 |
| Sat 13 | Comm w/Orrick (RF) re new DPA draft | 0.3 |
| Tue 16 | Comm w/Orrick (all) re Debtor revised DPA | 1.0 |
| | Comm w/Orrick (Dfe) re continued hearing | 0.2 |
| Wed 17 | Review debtor revised DPA | 1.4 |
| | Comm w/Orrick (RW) re EBITDA def | 0.7 |
| | Comm w/Orrick (all) re negotiation | 0.9 |
| | Review dockets | 1.5 |
| Thu 18 | Comm w/Orrick (all) re DPA, K&E meeting | 0.4 |
| | Review APB 30 for DPA applicability | 2.5 |
| | Review dockets | 2.1 |
| Fri 19 | Comm w/Orrick (RW,RF) re meetings, DPA response | 0.7 |
| | Review Lead abatement business sale | 1.2 |
| | Review ZAI class act sett/revise models | 2.2 |
| | Review docket | 0.7 |
| Mon 22 | Comm w/Orrick (RW) re DPA | 0.4 |
| | Comm w/Blackstone (PZ) re Grace internal mtg | 0.3 |
| | Analyze valuation components | 2.3 |
| | Review docket | 0.7 |
| Tue 23 | Comm w/Blackstone (PZ) re DPA counter-proposal | 0.8 |
| | Comm w/Orrick (RW) re counterproposal | 0.8 |
| | Review obj to Plan, Montana, Libby Claim | 1.5 |
| | Review docket | 1.0 |
| Wed 24 | Comm w/Orrick (RW,RF) re counterproposal | 1.0 |
| | Review cp DPA w/PJC | 1.0 |
| | Design study for PJC re cp analysis | 1.2 |
| | Review docket | 0.7 |
| Fri 26 | Review/revise PJC analysis | 2.5 |
| | Route analysis | 0.3 |
| | Review docket | 0.5 |
| Mon 30 | Present analysis to Orrick | 1.5 |
| | Review MOP/comp cos | 3.1 |
| | Review docket | 0.8 |
| Tue 31 | Review docket | 0.6 |
| | TOTAL TIME (hrs) | 74.2 |