# EXHIBIT B

**W.R. Grace**
**Detail of expenses (December 1, 2008 – December 31, 2008)**

Communication
Telephone                                         $ 168.44
Express Mail                                      $   79.50
    **Total Communication:**                     **$   247.94**

Meals                                             $   16.40
    **Total Meals:**                              **$    16.40**

Transportation:
  Flight                                          $  749.00
  Taxis                                           $    53.00
  Airport Shuttle                                 $  139.00
  Parking                                         $    23.70
    **Total Transportation:**                    **$   964.70**

**TOTAL EXPENSES:**                                   **$1,229.04**