**EXHIBIT A**

**Dec-08**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 12/3/2009 | 2.00 | $650 | $1,300.00 | Teleconference with Orrick and follow-up |
| Jenni Biggs | 12/5/2009 | 1.80 | $650 | $1,170.00 | Libby information and confidentiality stipulation |
| Jenni Biggs | 12/8/2009 | 0.90 | $650 | $585.00 | Billing and protective order |
| Jenni Biggs | 12/10/2009 | 0.40 | $650 | $260.00 | Discussions regarding distribution of reports to insurers |
| Jenni Biggs | 12/12/2009 | 0.20 | $650 | $130.00 | Billing |
| Jenni Biggs | 12/16/2009 | 0.30 | $650 | $195.00 | Billing |
| Jenni Biggs | 12/21/2009 | 0.40 | $650 | $260.00 | Distribution of reports and protective order |
| | | 6.00 | | $3,900.00 | |
| Julianne Calllaway | 12/4/2009 | 0.90 | $325 | $292.50 | Identify CMS Law firms for Libby claimants |
| | | 0.90 | | $292.50 | |
| Bryan Gillespie | 12/5/2009 | 1.20 | $410 | $492.00 | Review of ATSDR paper |
| | | 1.20 | | $492.00 | |
| Jeff Kimble | 12/3/2009 | 1.00 | $400 | $400.00 | Teleconference with Orrick |
| Jeff Kimble | 12/5/2009 | 0.50 | $400 | $200.00 | Review Libby information |
| Jeff Kimble | 12/8/2009 | 0.50 | $400 | $200.00 | Teleconference with Orrick |
| | | 2.00 | | $800.00 | |
| | | **10.10** | | **$5,484.50** | |