# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES[1] FOR TIME PERIOD <u>DECEMBER 1-31, 2008</u>

---

[1] Please note that certain material has been redacted for confidential information.



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

January 16, 2009
Client No. 17367
Invoice No. 1169215

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2008 in connection with the matters described on the attached pages: | $ | 392,218.75 |
| DISBURSEMENTS as per attached pages: | | 21,928.91 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **414,147.66** |

Matter(s): 17367/11, 12, 13, 14, 15, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,060,563.63
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367 Invoice: 1169215
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642

**ELECTRONIC FUNDS TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367 Invoice: 1169215
E.I.N. 94-2952627

**ELECTRONIC FUNDS TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367 Invoice: 1169215
E.I.N. 94-2952627



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

January 16, 2009
Client No. 17367
Invoice No. 1169215

Orrick Contact: Roger Frankel

For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter:  2 - Case Administration**

| | | | |
|---|---|---|---|
| 12/09/08 | D. Fullem | Review and respond to e-mail from D. Spicuzza regarding updates to master service list. | 0.20 |
| 12/24/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.50 |

Total Hours        0.70
Total For Services                 $139.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 245.00 | 49.00 |
| Risa L. Mulligan | 0.50 | 180.00 | 90.00 |
| Total All Timekeepers | 0.70 | $198.57 | $139.00 |

Disbursements
    Express Delivery                       11.32
                        Total Disbursements            $11.32

**Total For This Matter**            **$150.32**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

January 16, 2009
Invoice No. 1169215

For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 12/01/08 | K. Suomela | Review expert reports (.5); review discount rates in expert reports (.4); office conference regarding expert reports and insurance allocation with R. Wyron, P. Mahaley and D. Felder (2.0). | 2.90 |
| 12/01/08 | P. Mahaley | Confer with R. Wyron, D. Felder and K. Suomela re ACC and FCR future asbestos claims estimates (2.0); analyze total limits available under Grace insurance policies not fully paid and settled and remaining limits (3.2); prepare analysis of insurance company limits remaining (2.0). | 7.20 |
| 12/02/08 | S. Cruzado | Analyze settlement status of Grace insurance policies (1.0); prepare graphic summary for use in settlement negotiations with insurers (1.2); conference regarding same (.3). | 2.50 |
| 12/02/08 | P. Mahaley | Prepare summary analysis of past insurance settlements and remaining available insurance coverage and graphic depiction of same (5.3); prepare questions for allocation experts (1.3). | 6.60 |
| 12/02/08 | R. Wyron | Call with CNA counsel and follow-up (.8); review CNA issues (1.3). | 2.10 |
| 12/03/08 | S. Cruzado | Analyze settlement status of Grace insurance policies (2.0); prepare graphic summary for use in settlement negotiations with insurers (2.3); conference regarding same (.2). | 4.50 |
| 12/03/08 | P. Mahaley | Analyze data provided by debtors re insurance policy exhaustion. | 4.70 |
| 12/03/08 | R. Wyron | Review settlement analysis and follow-up questions for P. Mahaley. | 0.60 |
| 12/04/08 | P. Mahaley | Analyze insurance company settlement demand calculations and prepare summary re same. | 6.00 |
| 12/04/08 | R. Wyron | Review insurance analysis and follow-up with P. Mahaley (.3); review e-mails from R. Horkovich on settlement proposals and follow-up (.6); review remaining insurance summary (.4). | 1.30 |
| 12/05/08 | K. Suomela | Review allocation memos and compare to policy database (5.0); review letters to insurers focusing on allocation results and demands (2.0). | 7.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     January 16, 2009
17367                                                                    Invoice No. 1169215
page 3

| 12/05/08 | P. Mahaley | Prepare questions for meeting with M. Garbowski on December 8, 2008 re insurance settlement allocation procedures and assumptions (1.9); revise graphical depiction of insurance settlements and remaining limits (1.2); confer with K. Suomela re insurance settlement allocation methodology (1.8); confer with counsel for Debtors and ACC re response to objecting insurers' proposed confidentiality stipulation and discovery requests (1.0); participate in conference call with objecting insurers' counsel re proposed confidentiality stipulation and discovery requests (1.0). | 6.90 |
| 12/05/08 | R. Wyron | Review status and issues re potential settlements. | 0.60 |
| 12/06/08 | K. Suomela | Review allocation memos. | 1.60 |
| 12/07/08 | K. Suomela | Analyze allocation methodologies. | 2.20 |
| 12/08/08 | K. Suomela | Review documents in prepartion for meeting (4.0); conference with P. Mahaley, M. Garbowski, H. Gershman and I. Gelberger regarding allocation of nominal results supplied by J. Posner (2.0); review results of the meeting with P. Mahaley (3.0). | 9.00 |
| 12/08/08 | P. Mahaley | Prepare for conference with M. Garbowski and ACC allocation team re development of settlement demands for insurance companies (2.6); confer with M. Garbowski, counsel for ACC, and his allocation team re data inputs, assumptions and methodology (2.0). | 4.60 |
| 12/09/08 | K. Suomela | Office conference with P. Mahaley regarding meeting at Anderson Kill and related memo. | 1.50 |
| 12/09/08 | P. Mahaley | Draft memorandum analyzing allocation approach. | 7.30 |
| 12/09/08 | R. Wyron | Review e-mails on London inquiry and follow-up (.3); review issues outline on CIP carriers and follow-up (.8). | 1.10 |
| 12/10/08 | K. Suomela | Revise memo on meeting discussions with Anderson Kill. | 1.40 |
| 12/10/08 | P. Mahaley | Finalize memorandum analyzing allocation methodology and assumptions used to prepare insurance settlement demands (.8); confer with M. Plumer re principal conclusions drawn from analysis of allocation methodology and assumptions used to prepare insurance settlement demands (.7); review information re proposed mediation at request of one insurance company (.3); analyze objections to disclosure statement raised by one insurance company (.3). | 2.10 |



ORRICK

| | | | |
|---|---|---|---|
| 12/11/08 | P. Mahaley | Confer with R. Wyron re strategy for settlement ████ ██████████████████ ██████████████████ (2.0); update summary analysis of remaining limits for all insurers (.8); analyze release and indemnity provisions ████ ██████████████ (1.8). | 4.60 |
| 12/11/08 | R. Wyron | Confer with P. Mahaley on insurance strategy and follow-up (1.1); review latest analysis of unsettled and CIP coverage (.4); review Scotts issues (.3); review information from Royal (.3). | 2.10 |
| 12/12/08 | R. Wyron | Review updated insurance analysis from P. Mahaley and notes re same. | 0.60 |
| 12/15/08 | P. Mahaley | Analyze confidentiality agreement between FCR and ACC re upcoming meetings (.3); draft questions re settlement demand development methodology and insurance settlement strategy for discussion with R. Horkovich (5.4). | 5.70 |
| 12/15/08 | M. Plumer | Review legal memoranda in anticipation of meeting with R. Horkovich and R. Chung (2.5); review coverage-related information in anticipation of meeting with R. Horkovich and R. Chung (2.5). | 5.00 |
| 12/16/08 | P. Mahaley | Prepare for meeting with R. Horkovich and R. Chung (2.0); review case law re allocation methodologies (2.1); analyze facts re alleged liabilities re Scotts (1.1); meet with R. Horkovich and R. Chung re insurance settlement demands (2.9). | 8.10 |
| 12/16/08 | R. Wyron | Review insurance issues outline and provide comments (.8); call to M. Plumer and P. Mahaley on open issues for meeting with R. Horkovich and follow-up (.6); review update for insurance coverage meeting (.4). | 1.80 |
| 12/16/08 | M. Plumer | Prepare for meeting with R. Horkovich and R. Chung to discuss insurance recovery, including review of background memoranda, insurance policies and prior settlement agreements (3.5); attend meeting with R. Horkovich and R. Chung (2.9); summarize meeting (.5). | 6.90 |
| 12/18/08 | R. Frankel | Review Excel spreadsheets, e-mail sent by J. Baer re remaining limits. | 0.70 |
| 12/19/08 | R. Wyron | Review insurance settlement issues and strategy re same. | 0.30 |
| 12/19/08 | R. Frankel | Confer with R. Wyron re open insurance issues, related plan treatment. | 0.60 |
| 12/22/08 | P. Mahaley | Draft communication to R. Horkovich and R. Chung re insurance settlement demands (.5); draft analysis of data obtained from R. Horkovich and R. Chung re settlement demands (3.8). | 4.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

January 16, 2009
Invoice No. 1169215

| 12/24/08 | P. Mahaley | Analyze communication with counsel for London Market Companies and communicate with R. Wyron re same (.2); analyze communication from counsel for Royal re Grace responses to requests for admissions and communicate with L. Esayian re FCR's position re same (.4). | 0.60 |
| 12/29/08 | R. Wyron | Review correspondence from London Market insurers and follow-up. | 0.60 |

Total Hours 125.60
Total For Services $67,283.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 7.00 | 220.00 | 1,540.00 |
| Roger Frankel | 1.30 | 875.00 | 1,137.50 |
| Peri N. Mahaley | 68.70 | 575.00 | 39,502.50 |
| Mark J. Plumer | 11.90 | 795.00 | 9,460.50 |
| Kirt D. Suomela | 25.60 | 275.00 | 7,040.00 |
| Richard H. Wyron | 11.10 | 775.00 | 8,602.50 |
| Total All Timekeepers | 125.60 | $535.69 | $67,283.00 |

Disbursements

| | |
|---|---|
| Color Document Reproduction | 2.50 |
| Document Reproduction | 21.90 |
| Local Taxi Expense | 137.75 |
| Out of Town Business Meals | 72.80 |
| Parking Expense | 58.00 |
| Travel Expense, Local | 796.00 |
| Westlaw Research | 510.80 |

Total Disbursements $1,599.75

**Total For This Matter** $68,882.75



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -            January 16, 2009
17367                                                                          Invoice No. 1169215
page 6


For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 12/01/08 | D. Felder | Review revised case management order for confirmation hearing and e-mail correspondence regarding same. | 0.20 |
| 12/01/08 | D. Felder | Conference with D. Austern, J. Radecki and Orrick team regarding next steps and strategy (3.0); attention to follow-up issues regarding same (1.0); review expert reports regarding confidentiality issues and in preparation for meeting with insurance team (1.7). | 5.70 |
| 12/01/08 | D. Felder | Conference with R. Wyron, P. Mahaley and K. Suomela regarding settlement issues and next steps. | 2.00 |
| 12/01/08 | J. Guy | Conference with D. Austern, J. Radecki and Orrick counsel regarding strategy, plan issues and discovery. | 3.00 |
| 12/01/08 | R. Wyron | Review issues on expert reports and discovery (.4); follow-up meeting re same (.8); review draft CMO (.2). | 1.40 |
| 12/01/08 | R. Frankel | Prepare agenda, notes for meeting with D. Austern. | 0.80 |
| 12/01/08 | R. Frankel | Confer with D. Austern, J. Guy, R. Wyron, D. Felder re confirmation, discovery. | 2.10 |
| 12/01/08 | R. Frankel | Review, consider revised Case Management Order from Kirkland. | 0.80 |
| 12/02/08 | A. Thorp | Meet with A. Hamilton, D. Felder and W. Curtis re document collection and review (.8); communicate and correspond with T. Harris re hearing planning and set-up scheduling (.7). | 1.50 |
| 12/02/08 | W. Curtis | Conference to discuss eDiscovery considerations. | 0.60 |
| 12/02/08 | D. Felder | Prepare for conference with Orrick eDiscovery team (.5); conference with Orrick e-discovery team regarding discovery issues (1.1); attention to discovery issues (1.8). | 3.40 |
| 12/02/08 | R. Wyron | Review confidentiality issues on Tillinghast reports and follow-up (.8); review discovery request for documents and outline issues (.4); work on confidentiality stipulation (.4). | 1.60 |
| 12/02/08 | R. Frankel | Review series of e-mails re discovery issues. | 0.60 |
| 12/02/08 | R. Frankel | Review e-mails re Libby issues, experts. | 0.50 |
| 12/03/08 | D. Felder | Review and revise confidentiality stipulation regarding discovery issues for confirmation (2.5); telephone conference with R. Wyron and J. Biggs regarding same (1.3); follow-up regarding same (1.0); conference with R. Wyron regarding same (.1). | 4.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

January 16, 2009
Invoice No. 1169215

| 12/03/08 | P. Mahaley | Analyze and revise draft cooperation agreement between asbestos trust and debtors (1.3); analyze and revise draft confidentiality stipulation to govern confidential documents produced to objecting insurance companies (.7). | 2.00 |
|---|---|---|---|
| 12/03/08 | J. Guy | Conference with R. Wyron, D. Felder and J. Biggs regarding discovery issues. | 1.00 |
| 12/03/08 | R. Wyron | Review and revise draft confidentiality order (.6); confer (several times) with J. Guy and D. Felder on confidentiality, Tillinghast reports and CMO, and follow-up (.7); review Tillinghast reports (.6); call with Tillinghast re discovery (1.3); review e-mails re discovery issue and follow-up (.6); review e-mail search protocol and provide comments (.3); review discovery request (.6). | 4.70 |
| 12/03/08 | R. Frankel | Review series of e-mails re CMO; review issues re discovery for confirmation hearing. | 0.80 |
| 12/04/08 | D. Fullem | Review e-mail from D. Felder regarding discovery search; coordinate list to be prepared by GOC; review/e-mail to D. Felder. | 0.40 |
| 12/04/08 | D. Felder | E-mail correspondence regarding confidentiality stipulation and review proposed draft from Debtors and insurers (2.1); review insurers' objection to CMO (.2); conference with R. Wyron and P. Mahaley regarding discovery, confidentiality issues and cooperation agreement (.3); telephone conference with Caplin and Orrick teams regarding same (1.5); telephone conference with W. Curtis regarding discovery issues (.3); conference with J. Guy regarding confidentiality stipulation (.1); review and revise same (3.0); e-mail correspondence with Tillinghast regarding same (.1). | 7.60 |
| 12/04/08 | P. Mahaley | Confer with R. Horkovich, P. Lockwood, N. Finch, R. Wyron and D. Felder re insurer discovery requests and proposed responses, and re draft confidentiality order and draft cooperation agreement. | 1.80 |
| 12/04/08 | J. Guy | Attention to confirmation issues. | 1.00 |
| 12/04/08 | J. Guy | Telephone call with ACC, R. Wyron and D. Felder regarding insurance discovery. | 1.50 |
| 12/04/08 | J. Guy | Attention to insurer discovery. | 1.00 |
| 12/04/08 | R. Wyron | Participate in call with ACC on confidentiality issues, strategy, discovery and plan issues (2.1); follow-up notes and e-mails (.3); prepare outline of issues (.3); review and revise draft protective order (.8). | 3.50 |
| 12/04/08 | R. Frankel | Review draft CMO (revised), series of e-mails re same. | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -       January 16, 2009
17367                                                                    Invoice No. 1169215
page 8

| | | | |
|---|---|---|---|
| 12/05/08 | D. Felder | Review Debtors' draft confidentiality agreement (.4); telephone conference with Debtors and ACC regarding discovery and confidentiality issues (1.0); telephone conference with Debtors, ACC and insurers regarding same (.9); follow-up e-mail correspondence with Orrick team and experts regarding same and attention to draft confidentiality agreement (2.1). | 4.40 |
| 12/05/08 | J. Guy | Telephone call with Debtors and ACC regarding discovery and confidentiality. | 1.00 |
| 12/05/08 | J. Guy | Telephone call with insurers and plan proponents regarding discovery and confidentiality. | 0.70 |
| 12/05/08 | J. Guy | Attention to insurer discovery and related issues. | 0.70 |
| 12/05/08 | R. Wyron | Call with Debtors and ACC counsel on confidentiality agreement and insurer discovery (1.0); meet and confer call with insurer counsel on discovery, and e-mails re same (1.2); review discovery requests (.3); review drafts of the confidentiality order and provide comments (.8). | 3.30 |
| 12/06/08 | R. Frankel | Review CMO entered by Court, e-mails re same. | 0.60 |
| 12/06/08 | R. Frankel | Review insurers' motion for entry of confidentiality order and proposed stipulation (1.2); consider confidentiality issues re FCR reports (.4). | 1.60 |
| 12/07/08 | D. Felder | E-mail correspondence to and from Debtors and Orrick team regarding confidentiality stipulation. | 0.20 |
| 12/07/08 | R. Wyron | Review Supplemental Objection from Seaton/One Beacon. | 0.40 |
| 12/07/08 | R. Frankel | Exchange of e-mails, consider issues re CMO, confidentiality of FCR reports from experts. | 0.80 |
| 12/07/08 | R. Frankel | Review omnibus hearing agenda, notes re same. | 0.30 |
| 12/07/08 | R. Frankel | Review Tower Perrin letter, notes re same, supplemental expert report. | 0.80 |
| 12/08/08 | D. Felder | Review insurers' motion for confidentiality agreement and related e-mail correspondence regarding same (1.2); e-mail correspondence with Orrick team regarding plan proponents' proposed confidentiality agreement (.5); review and revise multiple drafts regarding same (3.0); e-mail correspondence with J. Baer regarding same (.4); conferences with R. Wyron and J. Guy regarding same (.2); e-mail correspondence with experts, ACC and Debtors regarding same (1.2). | 6.50 |
| 12/08/08 | J. Guy | Attention to confidentiality stipulation. | 0.60 |
| 12/08/08 | J. Guy | Attention to confirmation Discovery. | 0.70 |
| 12/08/08 | R. Wyron | Call with Tillinghast on confidentiality issues and follow-up (.6); review revised confidentiality order and provide comments (.7); follow-up e-mails on confidentiality order (.3). | 1.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     January 16, 2009
17367                                                                                                Invoice No. 1169215
page 9

| 12/08/08 | R. Frankel | Review Unigard, OneBeacon Supplemental Objection to Disclosure with chart (.9); notes re same, indirect claim issue (.2). | 1.10 |
|----------|------------|---|------|
| 12/08/08 | R. Frankel | Review e-mails, attachments in connection with production of expert reports, stipulation with insurers. | 0.80 |
| 12/09/08 | D. Felder | Review Debtors' response regarding the insurers' motion for entry of confidentiality agreement (.4); review agenda for December 15 omnibus hearing and e-mail correspondence regarding same (.2); telephone conference with M. Hurford regarding update (.1); review confidentiality stipulation with Libby Claimants and e-mail correspondence regarding same (.8). | 1.40 |
| 12/09/08 | R. Wyron | Review discovery issues and e-mails re same (.4); review information on Tillinghast report and draft e-mail re same (.8); organize notes for omnibus hearing (.3). | 1.50 |
| 12/10/08 | D. Felder | Review recently filed pleadings for December and January omnibus hearings (1.3); review Libby Claimants' confidentiality stipulation and e-mail correspondence with Debtors regarding same (.5); review objections to confidentiality stipulation filed by plaintiffs' law firms and e-mail correspondence to Orrick team regarding same (.3); e-mail correspondence to and from J. Biggs and R. Wyron regarding discovery issues (.3). | 2.40 |
| 12/10/08 | R. Wyron | E-mails and calls on confidentiality stipulations, including calls with Tillinghast and OHS team (.8); consider outbound discovery issues and e-mails re same (.9). | 1.70 |
| 12/11/08 | D. Fullem | Review e-mail from R. Frankel regarding recent 13G filing; research same. | 0.50 |
| 12/11/08 | D. Fullem | Review items on agenda for December 15 hearing. | 0.20 |
| 12/11/08 | D. Fullem | Review updated calendar of hearings and deadlines. | 0.20 |
| 12/11/08 | D. Felder | E-mail correspondence with Debtors regarding confidentiality stipulation and review drafts regarding same (.6); telephone conference with Debtors, insurers and ACC regarding same (.8); follow-up telephone conference with J. Baer regarding same (.1); e-mail correspondence with Orrick team regarding same (.3); review Libby confidentiality stipulation and e-mail update to Orrick team regarding same (.6). | 2.40 |
| 12/11/08 | J. Guy | Attention to insurer discovery and CMO issues. | 0.70 |
| 12/11/08 | R. Wyron | Continue work on confidentiality stipulation with insurers and calls with Debtors re same (1.2); review draft Libby confidentiality stipulation (.6). | 1.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

January 16, 2009
Invoice No. 1169215

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/12/08 | D. Felder | Review bar date materials and e-mail to R. Wyron regarding same (.6); prepare for December 15 omnibus hearing regarding confidentiality stipulations and review and revise same (2.4). | 3.00 |
| 12/12/08 | R. Wyron | Continue review of issues and analysis on confidentiality agreement and follow-up e-mails (.8); review insurer filings and revise notes (.6). | 1.40 |
| 12/14/08 | D. Felder | Review revised draft confidentiality stipulation from Debtors and e-mail correspondence regarding same. | 0.20 |
| 12/14/08 | R. Wyron | Review e-mail on confidentiality stipulation and order (.4); review revised draft protective order and analyze changes (.7); prepare notes for hearing (.2); review amended agenda (.2); review insurer pleadings on protective order (.4); review e-mails re Libby stipulation (.3). | 2.20 |
| 12/15/08 | D. Felder | Attention to e-mail correspondence regarding discovery issues and review revised drafts regarding same (1.6); telephonic participation in omnibus hearing (3.7). | 5.30 |
| 12/15/08 | J. Guy | Telephone participation in Court hearing regarding CMO and related issues. | 0.70 |
| 12/15/08 | J. Guy | Attention to discovery issues and insurer requests. | 0.50 |
| 12/15/08 | R. Wyron | Review draft discovery outline (.4); review pleadings for confirmation objection (1.1); organize notes on potential objection (.6). | 2.10 |
| 12/15/08 | R. Frankel | Review Michigan objection to plan, CDC Report from D. Austern. | 1.20 |
| 12/15/08 | R. Frankel | Review issues re confidentiality raised by plaintiff's law firms. | 0.90 |
| 12/15/08 | R. Frankel | Attend omnibus hearing in Pittsburgh. | 4.50 |
| 12/16/08 | D. Felder | E-mail correspondence regarding Travelers' asbestos-related appeal and attention to issues regarding same (.5); telephone conference with A. Thorp regarding discovery issues (.1); conference with J. Guy regarding same (.1); attention to discovery and confirmation issues (2.4); review confidentiality agreements for insurers and Libby (1.0); telephone conference with M. Hurford regarding update (.1). | 4.20 |
| 12/16/08 | R. Wyron | Review proposed revisions to confidentiality orders and provide comments. | 0.60 |
| 12/16/08 | R. Frankel | Review Libby Protective Order from D. Cohn. | 1.20 |
| 12/17/08 | A. Thorp | Communications and correspondence with T. Turner re e-mail collection and processing. | 0.70 |



O R R I C K

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

January 16, 2009
Invoice No. 1169215

| | | | |
|---|---|---|---|
| 12/17/08 | D. Felder | Review insurers' comments to protective order (.2); review revised Libby protective order and e-mail correspondence regarding same (.3); review materials regarding Scotts' asbestos claims (.5); review expert reports regarding confidentiality issues (.2); draft discovery requests to Scotts (3.7); e-mail correspondence and telephone conferences with J. Baer regarding confidentiality stipulations, expert report issues and discovery and attention to same (2.0); conference with R. Wyron regarding same (.2); e-mail correspondence with Orrick team regarding same (.2); telephonic participation in continued hearing regarding confidentiality stipulations (1.0); follow-up regarding same (.9); conference with R. Wyron regarding update (.2); attention to confirmation issues (.5); conference with P. Mahaley regarding discovery to Scotts (1.3). | 11.20 |
| 12/17/08 | P. Mahaley | Confer with D. Felder re written discovery to Scotts (1.7); review materials as foundation for preparing discovery for Scotts (3.1); assist in drafting written discovery to Scotts (2.9). | 7.70 |
| 12/17/08 | J. Guy | Attention to insurer discovery. | 0.50 |
| 12/17/08 | R. Wyron | Review and revise draft protective order and follow-up (1.3); participate in telephonic hearing on protective order (1.4); follow-up e-mails on documents to be protected (.6); review e-mails on data room issues and respond (.4). | 3.70 |
| 12/17/08 | R. Frankel | Review Libby Protective Order submitted by J. Baer to Court. | 0.80 |
| 12/17/08 | R. Frankel | Attend telephonic hearing re discovery, CMO, protective orders (1.1); notes re same (.3). | 1.40 |
| 12/17/08 | R. Frankel | Review redlined Protective Order regarding confidentiality issues with Insurers, PI Firms. | 0.70 |
| 12/18/08 | D. Fullem | Review e-mail from D. Felder regarding Travelers appeal to Supreme Court re Manville issue. | 0.20 |
| 12/18/08 | D. Felder | Draft discovery requests to Scotts (2.1); e-mail correspondence regarding discovery issues (.5); review Scotts' adversary proceeding and related pleadings (1.0). | 3.60 |
| 12/18/08 | P. Mahaley | Revise draft document requests to be propounded to Scotts. | 1.40 |
| 12/18/08 | R. Wyron | Review draft interrogatories to Scotts and follow-up with D. Felder and P. Mahaley (.9); review CMO and organize dates (.3); review documents to be produced (.4). | 1.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

January 16, 2009
Invoice No. 1169215

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/19/08 | D. Felder | Attention to discovery requests and e-mail correspondence with plan proponents regarding same (1.0); telephone conferences with P. Mahaley regarding same (.2); review estimation expert reports regarding confidentiality issues and e-mail correspondence regarding same (2.3); telephone conference with Debtors and ACC regarding Scotts discovery (.8); attention to discovery issues (1.0). | 5.30 |
| 12/19/08 | P. Mahaley | Revise draft interrogatories to Scotts re plan objections (1.3); prepare for and participate in telephone conference with L. Esayian, P. Lockwood, R. Horkovich and D. Felder re proposed discovery against Scotts and insurers (1.6); analyze data re Scotts claims to develop discovery requests (.2); analyze draft discovery against Scotts, insurers, and others proposed by counsel for Grace (.2). | 3.30 |
| 12/19/08 | R. Wyron | Review draft discovery and follow-up (1.3); continue review of expert reports issues and confidentiality order (.9); review CMO issues and calls re same (.6). | 2.80 |
| 12/19/08 | R. Frankel | Review draft discovery requests to Scotts, form of acknowledgment during travel to DC. | 1.10 |
| 12/22/08 | D. Fullem | Review Travelers Supreme Court case; download petition for certiorari, all briefs filed in the case. | 0.80 |
| 12/22/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding research on Travelers Supreme Court case. | 0.20 |
| 12/22/08 | D. Felder | Telephone conference with P. Mahaley and R. Wyron regarding discovery issues and follow-up regarding same (.5); finalize discovery requests to Scotts and review plan proponents' discovery to BNSF and other objectors (5.0); e-mail correspondence with plan proponents regarding same (.6); review estimation reports for confidentiality issues and e-mail correspondence with J. Baer regarding same (.5); telephone conference with Tillinghast regarding same (.1); review revised CMO and e-mail correspondence with J. Baer regarding same (.2); attention to discovery issues and telephone conferences with R. Chung and M. Hurford regarding same (3.0). | 9.90 |
| 12/22/08 | P. Mahaley | Review and revise draft discovery against Scotts and Grace insurers. | 1.80 |
| 12/22/08 | R. Wyron | Review draft discovery and provide comments (.7); confer with D. Felder on discovery and follow-up e-mails re same (.6); organize notes on open issues (.4); review draft CMO and provide comments (.3). | 2.00 |
| 12/22/08 | R. Frankel | Review preliminary objections. | 0.50 |
| 12/22/08 | R. Frankel | Review issues re discovery. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

January 16, 2009
Invoice No. 1169215

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/23/08 | D. Felder | Review discovery and preliminary plan objections and note issues regarding same (2.0); review Daubert pleadings and exhibits regarding confidentiality issues (.6); e-mail correspondence with J. Baer regarding same (.1); prepare chart of preliminary objections to plan and attention to confirmation issues (3.0); conference with R. Wyron, J. Guy and J. Burke regarding strategy and next steps (2.1); telephone conference with P. Mahaley regarding same (.1). | 7.90 |
| 12/23/08 | J. Guy | Attention to discovery requests and plan objections. | 1.70 |
| 12/23/08 | R. Wyron | Review discovery served by objectors (.9); organize notes on discovery issues (.3). | 1.20 |
| 12/23/08 | R. Frankel | Review revised case management order. | 0.60 |
| 12/23/08 | R. Frankel | Confer with R. Wyron re case management, discovery issues. | 0.70 |
| 12/24/08 | D. Felder | E-mail correspondence with J. Baer regarding discovery issues (.2); review discovery from Libby Claimants (.7); attention to discovery deadlines, case management order and related issues and prepare strategy chart, timeline and next steps regarding same (4.0). | 4.90 |
| 12/24/08 | R. Wyron | Review e-mails on discovery issues and respond (.4); call with P. Mahaley re discovery (.1). | 0.50 |
| 12/24/08 | R. Frankel | Review Libby discovery to ACC. | 0.90 |
| 12/25/08 | R. Frankel | Review Libby discovery to plan proponents. | 1.10 |
| 12/25/08 | R. Frankel | Review Owens Illinois discovery to plan proponents (1.3); review other discovery generally (.6). | 1.90 |
| 12/26/08 | R. Frankel | Review first amended CMO. | 0.40 |
| 12/26/08 | R. Frankel | Consider phased confirmation issues. | 0.60 |
| 12/29/08 | D. Felder | E-mail correspondence with Debtors regarding confidentiality issues and discovery (.7); attention to discovery served on plan proponents (.5); prepare agenda and open issues list for team strategy meeting (.5); review 2019 statements from Libby Claimants (.4); review ACC's draft expert report (1.1); telephone conference with Orrick team regarding strategy and next steps (.8). | 4.00 |
| 12/29/08 | J. Guy | Attention to expert reports. | 0.70 |
| 12/29/08 | J. Guy | Attention to discovery and plan objections. | 1.50 |
| 12/29/08 | R. Wyron | Review Royal discovery (.6); review e-mails on Royal RFAs and responses (.4); review Phase I designations and e-mails re same (.6); review open issues list (.2); call with OHS team re strategy (.9); follow-up on Phase I designation and related issues (1.1). | 3.80 |
| 12/29/08 | R. Frankel | Telephone conference with R. Wyron, D. Felder, J. Guy re discovery, Phase I and Phase II issues; notes re same. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

| | | | |
|---|---|---|---|
| 12/30/08 | D. Felder | Telephone conference with Debtors and ACC regarding expert reports (.4); follow-up e-mail to Orrick team regarding same (.1). | 0.50 |
| 12/30/08 | R. Frankel | Review debtors' response to Libby request for production. | 0.70 |
| 12/31/08 | D. Felder | Review recently filed pleadings for January hearings (2.8); e-mail correspondence with plan proponents regarding discovery issues (.2); e-mail correspondence with M. Hurford regarding same (.1). | 3.10 |

Total Hours      221.60

Total For Services      $145,331.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Wendy B. Curtis | 0.60 | 450.00 | 270.00 |
| Debra Felder | 104.20 | 560.00 | 58,352.00 |
| Roger Frankel | 33.20 | 875.00 | 29,050.00 |
| Debra O. Fullem | 2.50 | 245.00 | 612.50 |
| Jonathan P. Guy | 17.50 | 720.00 | 12,600.00 |
| Aurora M. Hamilton | 1.00 | 220.00 | 220.00 |
| Peri N. Mahaley | 18.00 | 575.00 | 10,350.00 |
| Aaron R. Thorp | 2.20 | 210.00 | 462.00 |
| Richard H. Wyron | 43.40 | 775.00 | 33,635.00 |
| Total All Timekeepers | 222.60 | $653.87 | $145,551.50 |

Disbursements

| | |
|---|---|
| Document Reproduction | 53.30 |
| Local Taxi Expense | 97.04 |
| Out of Town Business Meals | 53.81 |
| Outside Services | 750.50 |
| Parking Expense | 36.00 |
| Telephone | 3.15 |
| Travel Expense, Air Fare | 3,454.00 |
| Travel Expense, Local | 146.00 |
| Westlaw Research | 595.00 |
| Total Disbursements | $5,188.80 |

**Total For This Matter**      $150,740.30



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

January 16, 2009
Invoice No. 1169215

For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 12/01/08 | R. Smith | Telephone conference with R. Wyron regarding deferred payment. | 0.20 |
| 12/01/08 | R. Wyron | Meet with D. Austern on plan issues, deal documents, insurance issues, Grace financial condition and strategy (2.9); organize outline of open issues and follow-up (.8); call to T. Freedman re status and deal document issues (.6); review plan language issues (.9). | 5.20 |
| 12/01/08 | R. Frankel | Confer with D. Austern, J. Radecki, D. Felder, R. Wyron and J. Guy re plan; notes re same. | 2.40 |
| 12/01/08 | R. Frankel | Review commercial plan documents; consider covenant issues. | 2.30 |
| 12/02/08 | D. Felder | Attention to cooperation agreement, documents to be provided to the PI Trust, confidentiality issues regarding discovery and telephone conference with A. Thorp regarding same. | 2.60 |
| 12/02/08 | Z. Finley | Review and mark-up revised Deferred Payment Documents (4.3); telephone conference with J. Radecki and R. Smith regarding same (.2). | 4.50 |
| 12/02/08 | R. Smith | Attention to e-mail messages (.2); call with J. Radecki and Z. Finley regarding DPA (.3); review revised draft documents (1.0); conference with R. Frankel and Z. Finley regarding transaction issues (.7); further conference with Z. Finley regarding same (.2). | 2.40 |
| 12/02/08 | R. Wyron | Review revised deal documents and intercreditor issues. | 1.20 |
| 12/02/08 | R. Frankel | Review open issues in preparation for meeting with R. Smith, Z. Finley. | 0.70 |
| 12/02/08 | R. Frankel | Confer with R. Smith, Z. Finley re open deal document issues (2.0); notes re same (.2). | 2.20 |
| 12/03/08 | D. Felder | Review and revise Cooperation Agreement and list of documents for PI Trust and comments from R. Wyron and P. Mahaley (2.7); attention to e-mail correspondence and attached documents regarding same (2.3). | 5.00 |
| 12/03/08 | R. Smith | Telephone conference with J. Radecki (.2); review J. Radecki comments (.2). | 0.40 |
| 12/03/08 | R. Wyron | Review open items on deal documents and timing; and e-mails re same. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

January 16, 2009
Invoice No. 1169215

| 12/04/08 | D. Felder | Review and revise Cooperation Agreement and list of documents for PI Trust and e-mail correspondence with Caplin regarding same. | 1.50 |
|---|---|---|---|
| 12/04/08 | Z. Finley | Review and mark-up latest draft of Deferred Payment Agreement. | 2.30 |
| 12/04/08 | R. Smith | Attention to e-mail messages. | 0.10 |
| 12/04/08 | R. Wyron | Review and provide comments on draft Cooperation Agreement, and follow-up with ACC counsel (.7); review plan language issue and e-mails re same (.6). | 1.30 |
| 12/05/08 | J. Burke | Case law research regarding plan confirmation issues. | 1.60 |
| 12/05/08 | D. Felder | Telephone conference with ACC and Debtors regarding Cooperation Agreement (.8); follow-up e-mail to Orrick team regarding same (.4). | 1.20 |
| 12/05/08 | Z. Finley | Prepare for conference call to discuss Deferred Payment Agreement (.2); conference call with R. Frankel, R. Wyron and R. Smith regarding Deferred Payment Agreement (1.0); revise mark-up of Deferred Payment Agreement (.8). | 1.80 |
| 12/05/08 | R. Smith | Telephone conference with R. Frankel, R. Wyron and Z. Finley regarding DPA (.7); prepare for same (1.0); call with Z. Finley (.1); review and revise documents (2.2). | 3.00 |
| 12/05/08 | R. Wyron | Review deal document issues list and prepare to discuss (.6); call with R. Frankel, R. Smith and Z. Finley re deal document revisions and suggested changes, and follow-up (1.0); review indemnity and insurer issues and draft language (.8); work on plan changes (.6). | 3.00 |
| 12/05/08 | R. Frankel | Review revised commercial documents from R. Smith and Z. Finley (DPA, Guarantee, Reg. Rights) (2.1); prepare notes, questions re same (.6). | 2.70 |
| 12/05/08 | R. Frankel | Telephone conference with R. Smith, Z. Finley, R. Wyron re DPA, document issues (.9); notes re same (.2). | 1.10 |
| 12/06/08 | R. Frankel | Review revised DPA sent to Kirkland (.8); study open issues, compare to K&E version (1.0). | 1.80 |
| 12/07/08 | D. Felder | Review revised Cooperation Agreement from A. McMillian. | 0.30 |
| 12/07/08 | R. Wyron | Review e-mail re Libby claims and follow-up (.2); begin review of revised deal documents (.4). | 0.60 |
| 12/08/08 | D. Felder | Telephone conference with R. Wyron, J. Biggs and J. Kimble regarding Libby issues and discovery issues (.4); review draft Cooperation Agreement from ACC and note issues regarding same (1.1); telephone conference with Debtors and ACC regarding same (.4); follow-up e-mail correspondence with A. McMillian and N. Finch regarding same (.4). | 2.30 |



ORRICK

| | | | |
|---|---|---|---|
| 12/08/08 | M. Wallace | Review correspondence and respond to same regarding Sealed Air comments. | 0.20 |
| 12/08/08 | R. Smith | Attention to e-mail messages. | 0.20 |
| 12/08/08 | R. Wyron | Review issues with R. Frankel and e-mail re same (.6); review plan changes from T. Freedman (.4); confer with P. Lockwood on plan and strategy issues and follow-up (1.1); call with P. Lockwood and T. Freedman on Libby, plan changes and open issues (1.0); review deal documents and follow-up e-mails to J. Radecki and R. Smith (1.4); review pleadings on indemnity issues (.6); call with Tillinghast on Libby issues (.4); review and provide comments on Cooperation Agreement, and follow-up with D. Felder re same (.8). | 6.30 |
| 12/08/08 | R. Frankel | Review revised DPA re open issues. | 0.60 |
| 12/08/08 | R. Frankel | Review PD-DPA Agreement, PD (ZAI) - DPA Agreement, Blackline PI-DPA Agreement, PD SIA Agreement. | 2.20 |
| 12/08/08 | R. Frankel | Telephone conference with R. Wyron re status of Plan document, CMO, expert reports. | 0.40 |
| 12/09/08 | D. Felder | Review supplemental disclosure statement objection of Seaton and OneBeacon (.2); attention to plan confirmation issues and memorandum regarding same (3.2). | 3.40 |
| 12/09/08 | Z. Finley | Draft Intercreditor Agreement among PI Trust, PD Trust and ZAI Trust re Section 524(g) Shares (3.1); telephone conference with R. Frankel, R. Wyron and R. Smith (.2); telephone conference with Debtors' counsel and R. Smith (.5); telephone conference with J. Radecki, R. Wyron and R. Smith (.2); telephone conference with J. Radecki, R. Frankel, R. Wyron and R. Smith (.7). | 4.70 |
| 12/09/08 | R. Smith | Telephone conference with R. Frankel, R. Wyron, Z. Finley and J. Radecki (1.3); telephone conference with T. Christopher and Z. Finley (.5); prepare for same (.2); call with R. Wyron regarding same (.3). | 2.30 |
| 12/09/08 | R. Wyron | Continue work on deal document issues (.6); calls with R. Smith, Z. Finley and J. Radecki regarding negative covenant and events of default, and review e-mails re same (1.1); update analysis and follow-up calls on deal documents after discussions with Debtors' counsel and financial advisors (1.3); call with P. Lockwood on injunction issues (1.4); follow-up call with R. Frankel on injunction issues and e-mails re same (.6); review plan language on injunction issues and outline re same (.4). | 5.40 |
| 12/09/08 | R. Frankel | Telephone conference with J. Radecki re status (.3); telephone conference with R. Wyron, J. Radecki, R. Smith re plan document issues (.5); notes re same (.3). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

January 16, 2009
Invoice No. 1169215

| Date | Person | Description | Hours |
|---|---|---|---|
| 12/09/08 | R. Frankel | Telephone conference with J. Radecki, R. Smith, R. Wyron, Z. Finley re status of Plan documents. | 0.60 |
| 12/09/08 | R. Frankel | Telephone conference with R. Wyron re call with P. Lockwood, issue of Indirect Asbestos Claims; notes re same. | 0.70 |
| 12/10/08 | D. Felder | Review disclosure statement objection regarding confirmation issues and continue work on memorandum regarding same. | 2.00 |
| 12/10/08 | R. Wyron | Continue review of indirect claims issues (1.7); call to J. Radecki on call with P. Zilly (.3); review revisions to Trust Agreement and provide comments (.6); calls with ACC counsel regarding indirect trust claims issues and follow-up notes (1.3). | 3.90 |
| 12/10/08 | R. Frankel | Review plan language, issues re Indirect Asbestos Claims (1.4); telephone conference with R. Wyron and P. Lockwood re disclosure plan issues (1.0). | 2.40 |
| 12/11/08 | J. Burke | Case law research regarding plan confirmation issues (2.2); meet with D. Felder to discuss plan disclosure objections (.4); review plan disclosure objections (.9); treatise research on plan confirmation issues (1.4). | 4.90 |
| 12/11/08 | D. Felder | Conference with J. Burke regarding research and memorandum regarding confirmation issues (.4); e-mail correspondence to and from A. McMillian regarding Cooperation Agreement (.2); review same (.5). | 1.10 |
| 12/11/08 | R. Wyron | Call with D. Austern on pending issues and follow-up (.8); begin review further of revised plan language on ZAI deal (1.3); various calls regarding indirect claims with R. Frankel, P. Lockwood and others (.8). | 2.90 |
| 12/11/08 | R. Frankel | Prepare notes for call with D. Austern (.6); telephone conference with D. Austern, R. Wyron re status of plan (1.0). | 1.60 |
| 12/11/08 | R. Frankel | Confer with E. Inselbuch re plan issues, plan related documents (1.5); notes re same (.4). | 1.90 |
| 12/11/08 | R. Frankel | Telephone conference with J. Guy, R. Wyron re ACC issues, status; notes re same. | 0.50 |
| 12/11/08 | R. Frankel | Review series of e-mails, attachments re revised documents, CMO in preparation for hearing. | 0.90 |
| 12/12/08 | D. Felder | Review Michigan Department of Treasury preliminary plan objection and e-mail regarding same (.2); attention to confirmation issues (1.4). | 1.60 |
| 12/12/08 | Z. Finley | Draft Intercreditor Agreement for Section 524(g) Shares. | 1.50 |
| 12/12/08 | R. Smith | Attention to e-mail messages. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

January 16, 2009
Invoice No. 1169215

| 12/12/08 | R. Wyron | Call with Debtors and ACC counsel on plan issues re indirect trust claims and follow-up notes (1.4); review revised plan language, and several calls with P. Lockwood and T. Freedman regarding changes (1.7); call with P. Lockwood on plan issues, Scotts, 105 injunction and related issues, and follow-up notes (1.1). | 4.20 |
|---|---|---|---|
| 12/12/08 | R. Frankel | Review series of e-mails re plan issues (.8); telephone conference with R. Wyron re status, agreement on plan, disclosure language (.4). | 1.20 |
| 12/13/08 | R. Smith | Attention to e-mail messages. | 0.10 |
| 12/13/08 | R. Frankel | Review revised DPA from Kirkland (1.4); prepare notes re same (.4). | 1.80 |
| 12/13/08 | R. Frankel | Review revised plan and disclosure language from Kirkland. | 1.10 |
| 12/14/08 | Z. Finley | Draft Intercreditor Agreement for Section 524(g) Shares (4.6); review term sheet for disposition of US ZAI claims (.4). | 5.00 |
| 12/14/08 | R. Smith | Attention to e-mail messages. | 0.20 |
| 12/14/08 | R. Wyron | Review e-mails on plan and disclosure changes for 12/15 hearing (.4); continue review of revised plan draft (.8). | 1.20 |
| 12/15/08 | J. Burke | Case law research regarding plan confirmation issues. | 2.40 |
| 12/15/08 | D. Felder | Telephone conference with J. Burke regarding research on confirmation issues (.1); review Debtors' comments to cooperation agreement and e-mail correspondence regarding same (.5). | 0.60 |
| 12/15/08 | Z. Finley | Revise Intercreditor Agreement (1.0); review revised Plan (.5); review ZAI Deferred Payment Agreement (.3); conference with R. Smith regarding Deferred Payment Documents (1.1). | 2.90 |
| 12/15/08 | R. Smith | Review documents (.5); conference with Z. Finley regarding same (1.0); attention to e-mail messages (.1). | 1.60 |
| 12/15/08 | R. Wyron | Confer with ACC counsel on Scotts issues and discovery (.3); participate in Omnibus hearing on confidentiality issues and disclosure objections (3.6); confer with insurers' counsel on plan issues and indirect claims (.4); confer with ACC counsel on open issues (.3); review information on Scotts claims (.3); review revised draft of ZAI plan (.6); review revised DPA draft (.7). | 6.20 |
| 12/15/08 | R. Frankel | Review plan related documents during travel (1.3); notes re same (.3). | 1.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/16/08 | J. Burke | Discuss research findings with D. Felder (.4); case law research regarding plan confirmation issues (3.3); review plan disclosure statement (.6); discuss plan disclosure statement with D. Felder (1.5); discuss plan disclosure statement with D. Felder and R. Wyron (.5). | 6.30 |
| 12/16/08 | D. Felder | Attention to confirmation issues and review disclosure statement objections regarding same (3.5); various conferences with R. Wyron and J. Burke regarding same (1.0). | 4.50 |
| 12/16/08 | Z. Finley | Telephone conference with R. Frankel, R. Wyron and R. Smith regarding Deferred Payment Agreement (.9); conference with R. Smith regarding same (.1); telephone conference with A. Benjamin regarding remedies under Deferred Payment Agreement (.3); e-mail regarding same (.2). | 1.50 |
| 12/16/08 | A. Benjamin | Telephone call with Z. Finley re deferred payment agreement issues. | 1.00 |
| 12/16/08 | R. Smith | Telephone conference with R. Frankel, R. Wyron, Z. Finley and J. Radecki (1.0); prepare for same (.3); attention to e-mail messages (.3); call with Z. Finley (.3). | 1.80 |
| 12/16/08 | R. Wyron | Review DPA comments (.3); follow-up call with OHS team to prepare for Grace call, and e-mails re same (1.1); confer with R. Frankel and follow-up e-mails (.3). | 1.70 |
| 12/16/08 | R. Frankel | Review deal documents in preparation for internal conference call. | 0.80 |
| 12/16/08 | R. Frankel | Telephone conference with R. Smith, R. Wyron, Z. Finley re deal documents (.7); prepare for call with Grace (.2); notes (.2). | 1.10 |
| 12/17/08 | J. Burke | Case law research regarding plan confirmation issues (6.1); discuss plan confirmation issues with D. Felder (.2). | 6.30 |
| 12/17/08 | Z. Finley | E-mail regarding EBITDA calculation (.4); conference call with Debtors' counsel, R. Frankel, R. Wyron and R. Smith regarding Deferred Payment Agreement (.8). | 1.20 |
| 12/17/08 | R. Smith | Telephone conference with K&E, R. Frankel, R. Wyron and Z. Finley (1.0); prepare for same (.3); attention to e-mail messages (.1). | 1.40 |
| 12/17/08 | R. Wyron | Review open issues on deal documents (.3); follow-up with Debtors on deal documents (1.2). | 1.50 |
| 12/17/08 | R. Frankel | Review notes in preparation for conference call with Grace (K&E). | 0.60 |
| 12/17/08 | R. Frankel | Telephone conference with R. Smith, R. Wyron, K&E re plan documents (1.0); notes re same (.3). | 1.30 |
| 12/17/08 | R. Frankel | Review e-mail attachments of changes to plan and disclosure statement. | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

January 16, 2009
Invoice No. 1169215

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/17/08 | R. Frankel | Review ZAI Claimants' motion and memorandum for Class certification and Westbrook Declaration. | 1.30 |
| 12/18/08 | J. Burke | Case law research regarding plan confirmation issues (6.4); discuss plan confirmation issues with R. Wyron (.3). | 6.70 |
| 12/18/08 | D. Felder | Telephone conference with A. Running and A. McMillian regarding Cooperation Agreement (.2); review revised draft regarding same (.2). | 0.40 |
| 12/18/08 | Z. Finley | Conference call with R. Frankel, R. Wyron, R. Smith and J. Radecki regarding open issues in Deferred Payment Agreement. | 0.70 |
| 12/18/08 | R. Smith | Work on DPA issues (1.1); call with R. Frankel, R. Wyron and Z. Finley (.3); attention to e-mail messages (.1). | 1.50 |
| 12/18/08 | R. Wyron | Call to J. Radecki on EBITDA issues and follow-up (.4); call with OHS team on deal documents and follow-up notes (1.1); review R. Smith e-mail and documents (.4); review revised draft plan and organize comments (.8). | 2.70 |
| 12/18/08 | R. Frankel | Review series of e-mails, compromise issues re plan documents; consider DPA issues. | 1.40 |
| 12/18/08 | R. Frankel | Telephone conference with J. Radecki, R. Wyron, R. Smith, Z. Finley re plan documents, compromise issues; notes re same. | 0.90 |
| 12/19/08 | J. Burke | Case law research regarding plan confirmation issues (6.3); discuss plan confirmation issues with D. Felder (1.0). | 7.30 |
| 12/19/08 | D. Felder | Conferences with J. Burke regarding confirmation issues and research regarding same. | 1.00 |
| 12/19/08 | Z. Finley | Telephone conference with R. Wyron. | 0.20 |
| 12/19/08 | R. Smith | Attention to e-mail messages. | 0.10 |
| 12/19/08 | R. Wyron | Call re Scotts issues and follow-up e-mails (.7); review revised plan language and follow-up with Debtors' counsel (1.6). | 2.30 |
| 12/19/08 | R. Frankel | Review documents, confer with R. Wyron re status of open issues with plan documents. | 0.90 |
| 12/20/08 | R. Frankel | Organize plan, plan documents and notes re same. | 0.60 |
| 12/22/08 | J. Burke | Case law research regarding plan confirmation issues. | 4.50 |
| 12/22/08 | R. Smith | Attention to e-mail messages. | 0.10 |
| 12/22/08 | R. Wyron | Review Scotts issues in preparation for call with P. Lockwood (.6); call with P. Lockwood re Scotts, objectors' discovery and 524(g) issues, and follow-up notes (2.1); begin review of objections (.9). | 3.60 |
| 12/22/08 | R. Frankel | Review open issues re plan documentation, e-mails re same. | 0.70 |
| 12/23/08 | J. Burke | Case law research on plan confirmation issues (5.1); confer with R. Wyron, J. Guy and D. Felder regarding case status and plan confirmation issues (2.0). | 7.10 |
| 12/23/08 | R. Smith | Attention to e-mail messages. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/23/08 | R. Wyron | Review objections (.9); confer with D. Felder and J. Burke, and follow-up notes (1.4); organize notes and outline objections (.8); call with J. Radecki re deal terms (.2); follow-up with R. Frankel and D. Felder on strategy and open issues, and e-mails re same (.8). | 4.10 |
| 12/24/08 | J. Burke | Case law research on plan confirmation issues. | 2.30 |
| 12/24/08 | R. Smith | Attention to e-mail messages. | 0.10 |
| 12/24/08 | R. Frankel | Review with R. Wyron, D. Felder plan issues; notes re same. | 0.60 |
| 12/24/08 | R. Frankel | Read and prepare notes re preliminary objections to confirmation. | 2.80 |
| 12/25/08 | R. Frankel | Review detailed timeline chart from D. Felder re CMO dates (.6); review, consider description of plan issues from J. Baer (.6). | 1.20 |
| 12/26/08 | R. Frankel | Review GAAP opinion issues (1.0); review e-mails re Phase I and Phase II issues (.4). | 1.40 |
| 12/29/08 | J. Burke | Case law research regarding plan confirmation issues (5.8); confer with R. Frankel, J. Guy, R. Wyron and D. Felder regarding case status (.6). | 6.40 |
| 12/29/08 | D. Felder | Conferences with J. Burke regarding confirmation research issues (.5); attention to memorandum regarding same (1.3); e-mail correspondence with J. Liesemer regarding plan issues and review same (.3). | 2.10 |
| 12/29/08 | Z. Finley | Telephone conference with R. Frankel, R. Wyron, R. Smith and J. Radecki regarding Deferred Payment Agreement (.5); conference with R. Smith (.5); prepare mark-up of Deferred Payment Agreement (.5). | 1.50 |
| 12/29/08 | R. Smith | Telephone conference with R. Frankel, R. Wyron, J. Radecki and Z. Finley regarding DPA (.5); prepare for same (.3); conference with Z. Finley regarding DPA (.5). | 1.30 |
| 12/29/08 | R. Wyron | Call with R. Smith and Z. Finley on deal documents and new proposal from Grace (.6 ); review J. Radecki analysis (.3); review plan language on neutrality in latest draft (.9) | 1.80 |
| 12/29/08 | R. Frankel | Review drafts of confirmation issues, memorandum. | 0.60 |
| 12/29/08 | R. Frankel | Review J. Radecki report re default threshold measurement (1.2); consider default issues (.4). | 1.60 |
| 12/29/08 | R. Frankel | Telephone conference with J. Radecki, R. Smith, Z. Finley, R. Wyron re threshold measurement variables, DPA issues. | 0.90 |
| 12/30/08 | J. Burke | Case law research regarding plan confirmation issues. | 6.40 |
| 12/30/08 | Z. Finley | Mark-up Deferred Payment Agreement (2.8); internal e-mails regarding same (.5). | 3.30 |
| 12/30/08 | R. Smith | Attention to e-mail messages. | 0.20 |
| 12/30/08 | R. Frankel | Review outline for confirmation memo. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

January 16, 2009
Invoice No. 1169215

| | | | |
|---|---|---|---|
| 12/31/08 | J. Burke | Case law research regarding plan confirmation issues (3.1); confer with D. Felder regarding plan confirmation issues (.8). | 3.90 |
| 12/31/08 | D. Felder | Conference with J. Burke regarding confirmation issues (.8); review Travelers' preliminary plan objection (.1). | 0.90 |
| 12/31/08 | Z. Finley | Draft Intercreditor Agreement. | 2.00 |
| 12/31/08 | R. Frankel | Consider DPA default issues. | 0.80 |

Total Hours      260.50

Total For Services      $161,389.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Alan G. Benjamin | 1.00 | 750.00 | 750.00 |
| James W. Burke | 66.10 | 285.00 | 18,838.50 |
| Debra Felder | 30.50 | 560.00 | 17,080.00 |
| Zachary S. Finley | 33.10 | 570.00 | 18,867.00 |
| Roger Frankel | 52.90 | 875.00 | 46,287.50 |
| Richard V. Smith | 17.20 | 775.00 | 13,330.00 |
| Mary A. Wallace | 0.20 | 620.00 | 124.00 |
| Richard H. Wyron | 59.50 | 775.00 | 46,112.50 |
| Total All Timekeepers | 260.50 | $619.54 | $161,389.50 |

Disbursements

| | |
|---|---|
| Document Reproduction | 9.60 |
| Lexis Research | 1,131.00 |
| Local Taxi Expense | 231.78 |
| Online Database | 9.00 |
| Other Business Meals | 22.50 |
| Out of Town Business Meals | 316.49 |
| Parking Expense | 150.00 |
| Telephone | 17.01 |
| Travel Expense, Air Fare | 6,139.50 |
| Travel Expense, Local | 16.86 |
| Travel Expense, Out of Town | 783.36 |
| Westlaw Research | 5,761.75 |

Total Disbursements      $14,588.85

**Total For This Matter**      $175,978.35



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

January 16, 2009
Invoice No. 1169215

For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 12/01/08 | D. Fullem | Meet with D. Austern re quarterly for Jul-Sept 08 and monthly for October; finalize notices and filing/service of same; e-mail to D. Austern. | 0.60 |
| 12/01/08 | D. Fullem | Prepare notices for filings of Austern, Piper and Tillinghast October fee applications; e-mail to D. Felder regarding same. | 0.80 |
| 12/01/08 | D. Felder | Review notices of fee applications for Tillinghast and Austern. | 0.10 |
| 12/02/08 | D. Fullem | Coordinate filings/services of Austern, Piper and Tillinghast October monthly fee applications. | 0.90 |
| 12/08/08 | D. Fullem | Review and respond to e-mails from C. LaRuffa for Tre Angeli re timing/filing of November monthly fee application. | 0.20 |
| 12/09/08 | D. Fullem | Review e-mail from R. Wyron and exhibit to proposed order approving Apr-Jun 08 quarterly fee applications to confirm FCR and professionals' amounts listed corrected; prepare response e-mail to R. Wyron regarding same. | 0.80 |
| 12/11/08 | D. Fullem | Review e-mail from K. Boeger at Tillinghast regarding November monthly fee application; review same; e-mail to K. Boeger regarding same; review and respond to e-mail from K. Boeger regarding timing, filing, objection deadline and preparation of quarterly for period Jul-Sep 08. | 0.50 |
| 12/16/08 | D. Fullem | Review and respond to e-mails from K. Boeger and J. Biggs regarding Tillinghast quarterly for period July-September; prepare notice of same; coordinate review/signature. | 0.80 |
| 12/23/08 | D. Fullem | Prepare CNOs for Austern, Piper, Tillinghast October fee applications (.8); provide to D. Felder for review/signature (.1); coordinate service and filing of same (.3). | 1.20 |
| 12/23/08 | D. Fullem | Prepare Notices for Tre Angeli, Tillinghast, Piper November fee applications (.9); provide to D. Felder for review/signature (.1) | 1.00 |
| 12/23/08 | D. Felder | Review CNOs and fee applications for Tre Angeli, D. Austern and Tillinghast. | 0.20 |
| 12/29/08 | D. Fullem | Coordinate filing and prepare service of Piper, Tillinghast and Tre Angeli November fee applications. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

January 16, 2009
Invoice No. 1169215

| 12/29/08 | D. Fullem | Follow up e-mails to D. Spicuzza regarding service of Piper, Tillinghast and Tre Angeli November fee applications. | 0.10 |
|---|---|---|---|

Total Hours    8.00
Total For Services    $2,054.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.30 | 560.00 | 168.00 |
| Debra O. Fullem | 7.70 | 245.00 | 1,886.50 |
| Total All Timekeepers | 8.00 | $256.81 | $2,054.50 |

Disbursements
| Document Reproduction | 139.30 | |
| Express Delivery | 38.66 | |
| Postage | 259.05 | |
| Total Disbursements | | $437.01 |

**Total For This Matter**    **$2,491.51**



ORRICK

January 16, 2009
Invoice No. 1169215

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

|  |  |  |  | 0.80 |
|---|---|---|---|---|
| 12/04/08 | D. Fullem | Review November prebill. | | |
| | | Total Hours | 0.80 | |
| | | Total For Services | | $196.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.80 | 245.00 | 196.00 |
| Total All Timekeepers | 0.80 | $245.00 | $196.00 |

**Total For This Matter**                                    $196.00



ORRICK

January 16, 2009
Invoice No. 1169215

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 12/02/08 | D. Fullem | Confer with R. Wyron regarding e-mail to send to W. Sparks regarding current status of fees/expenses and payments. | 0.10 |
| 12/02/08 | R. Wyron | Review amounts due and e-mail re same. | 0.20 |
| 12/03/08 | D. Fullem | Review new revised chart of fees/expenses prepared by R. Wyron; e-mail to R. Wyron regarding same. | 0.30 |
| 12/03/08 | D. Fullem | Review e-mail from D. Felder regarding professionals who have billed in Grace to date; forward to L. Blackhurst. | 0.20 |
| 12/04/08 | D. Fullem | Review e-mail from R. Wyron regarding recent payment; prepare e-mail to R. Wyron regarding payment for August; update fee/expense charts and circulate same. | 0.70 |
| 12/04/08 | D. Fullem | Review November prebill. | 1.00 |
| 12/05/08 | D. Felder | Review November prebill. | 1.40 |
| 12/05/08 | R. Wyron | Call from Grace re amounts outstanding and follow-up. | 0.30 |
| 12/07/08 | R. Wyron | Review November prebill. | 0.70 |
| 12/15/08 | D. Fullem | Review timing/filing of November fee application with D. Spicuzza; e-mail to R. Wyron and D. Felder regarding same. | 0.20 |
| 12/18/08 | D. Fullem | Review Z. Finley expense reports for hotels and meals; e-mail to Z. Finley regarding same. | 0.50 |
| 12/19/08 | D. Fullem | Finish review of draft November fee application; e-mail to R. Wyron and D. Felder regarding same. | 0.60 |
| 12/19/08 | D. Fullem | Prepare updated chart of fees and expense; confer with V. Crossley regarding same; prepare mail to R. Wyron and R. Frankel regarding same. | 0.60 |
| 12/19/08 | R. Wyron | Review status of pending fee applications and follow-up. | 0.20 |
| 12/21/08 | D. Felder | Review draft November fee application. | 0.30 |
| 12/22/08 | D. Fullem | Confer with R. Wyron regarding reconciling of account (.1); review prior fee adjustments (.7); telephone with V. Crossley (.1); prepare e-mail to V. Crossley regarding same (.1). | 1.00 |
| 12/22/08 | D. Fullem | Prepare e-mail/review/respond to C. Hartman regarding timing/filing of November fee applications. | 0.20 |
| 12/22/08 | R. Wyron | Review draft November fee application. | 0.30 |
| 12/23/08 | D. Fullem | Review proposed final November fee application. | 0.60 |
| 12/23/08 | D. Fullem | Review and update fee/expense charts; e-mail to R. Wyron, R. Frankel, V. Crossley. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/23/08 | D. Fullem | Review recent payment and related information; compare to amount owed for holdback for April-June 2008; prepare e-mail to R. Wyron regarding same. | 0.30 |
| 12/23/08 | D. Fullem | Review e-mail from V. Crossley regarding reconciling account. | 0.20 |
| 12/29/08 | D. Fullem | Coordinate filing and prepare service of Orrick's November fee application. | 0.40 |
| 12/29/08 | D. Fullem | Follow up e-mails regarding service of Orrick November fee application. | 0.10 |

Total Hours 10.70
Total For Services $4,058.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.70 | 560.00 | 952.00 |
| Debra O. Fullem | 7.30 | 245.00 | 1,788.50 |
| Richard H. Wyron | 1.70 | 775.00 | 1,317.50 |
| Total All Timekeepers | 10.70 | $379.25 | $4,058.00 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | | 2.80 |
| Express Delivery | | 100.38 |
| | Total Disbursements | $103.18 |

**Total For This Matter** $4,161.18



ORRICK

January 16, 2009
Invoice No. 1169215

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

For Legal Services Rendered Through December 31, 2008 in Connection With:

## Matter: 14 - Trust Distribution Procedures

| | | | |
|---|---|---|---|
| 12/02/08 | R. Wyron | Review e-mail from ACC and follow-up (.3); review language on open issues (.2). | 0.50 |
| 12/04/08 | M. Wallace | Correspond with A. McMillan regarding Sealed Air comments. | 0.10 |
| 12/07/08 | M. Wallace | Review correspondence regarding additional Sealed Air comments to trust agreement. | 0.10 |
| 12/08/08 | M. Wallace | Review Sealed Air additional comments to trust agreement. | 0.30 |
| 12/09/08 | M. Wallace | Review correspondence regarding finalizing trust agreement. | 0.10 |
| 12/10/08 | M. Wallace | Review revised trust agreement and respond to R. Wyron's inquiry regarding same. | 0.20 |

Total Hours     1.30

Total For Services     $883.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Mary A. Wallace | 0.80 | 620.00 | 496.00 |
| Richard H. Wyron | 0.50 | 775.00 | 387.50 |
| Total All Timekeepers | 1.30 | $679.62 | $883.50 |

**Total For This Matter**     $883.50



ORRICK

David Austern, Futures Claims Representative for W. R. Grace & Co. -
17367
page 30

January 16, 2009
Invoice No. 1169215

For Legal Services Rendered Through December 31, 2008 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/08/08 | P. Mahaley | Travel to NY to attend meeting with M. Garbowski. | 3.00 |
| 12/09/08 | R. Frankel | Travel to NY. | 1.80 |
| 12/15/08 | R. Wyron | Travel to and from Pittsburgh for Disclosure Statement hearing. | 2.80 |
| 12/15/08 | R. Frankel | Non-working travel to/from Pittsburgh. | 4.50 |
| 12/16/08 | P. Mahaley | Travel to NY and return. | 3.50 |
| 12/16/08 | M. Plumer | Travel to NY and return. | 3.00 |
| 12/19/08 | R. Frankel | Travel to DC. | 1.60 |

Total Hours     20.20

Total For Services     $10,663.75

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 7.90 | 437.50 | 3,456.25 |
| Peri N. Mahaley | 6.50 | 575.00 | 3,737.50 |
| Mark J. Plumer | 3.00 | 795.00 | 2,385.00 |
| Richard H. Wyron | 2.80 | 387.50 | 1,085.00 |
| Total All Timekeepers | 20.20 | $527.91 | $10,663.75 |

**Total For This Matter**     **$10,663.75**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 650.40 | |
| Total Fees, all Matters | | $392,218.75 |
| Total Disbursements, all Matters | | $21,928.91 |
| Total Amount Due | | $414,147.66 |