# EXHIBIT C

## Twenty-Fourth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #20608 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1611998\1