# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 18, 2009 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## EIGHTY-NINTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 30, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 12/01/08 18 | Revise fee application for October 2008 and attention to filing same. K. Piper | 0.5 | 167.50 |
|---|---|---|---|
| 12/08/08 18 | Attention to fee auditor's report regarding 29th interim period. K. Piper | 0.3 | 100.50 |
| 12/22/08 18 | Draft November 2008 fee application. K. Piper | 2.0 | 670.00 |
| 12/23/08 18 | Attention to fee total for November 2008 fee application. K. Piper | 0.4 | 134.00 |
| 12/29/08 14 | Review regarding information for audit letter. A. Marchetta | 0.5 | 310.00 |
| 12/30/08 14 | Work on audit request letter; Request workload report re same. D. Florence | 0.2 | 28.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.5 | 620.00 | 310.00 |
| K. Piper | 18 | 3.2 | 335.00 | 1,072.00 |
| D. Florence | 14 | 0.2 | 140.00 | 28.00 |
| TOTAL | | 3.9 | | 1,410.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 11/04/08 14 | Letters to defense counsel with filed copies of stipulation of dismissal W. Hatfield | 0.4 | 160.00 |
|---|---|---|---|

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

83136476A01012109

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 0.4 | 400.00 | 160.00 |
| TOTAL | | 0.4 | | 160.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 12/01/08 14 | Follow up regarding call to R. Gilson. A. Marchetta | 0.4 | 248.00 |
|---|---|---|---|

| 12/03/08 14 | Follow up regarding language. A. Marchetta | 0.4 | 248.00 |
|---|---|---|---|

| 12/04/08 14 | Telephone call with R. Gilson. A. Marchetta | 0.5 | 310.00 |
|---|---|---|---|

| 12/05/08 14 | Telephone call with Deputy Attorney General and follow up with mediator; work with B. Moffitt regarding same. A. Marchetta | 0.8 | 496.00 |
|---|---|---|---|

| 12/05/08 3 | Telephone call with A. Marchetta re inquiry from Third Circuit Mediator J. Torregrossa, prepare response to Court and review e-mail re communications with Assistant Attorney General Gilson. B. Moffitt | 0.6 | 240.00 |
|---|---|---|---|

| 12/06/08 14 | E-mails regarding negotiations. A. Marchetta | 0.4 | 248.00 |
|---|---|---|---|

| 12/08/08 14 | Telephone calls regarding information request from client. A. Marchetta | 0.3 | 186.00 |
|---|---|---|---|

| 12/10/08 14 | Follow up regarding dismissal notice from court. A. Marchetta | 0.4 | 248.00 |
|---|---|---|---|

| 12/10/08 3 | Review notice of dismissal of district court case pending outcome of appeals and mediation. B. Moffitt | 0.1 | 40.00 |
|---|---|---|---|

| 12/11/08 14 | E-mails and telephone calls regarding follow up to dismissal order by Judge Cooper. A. Marchetta | 0.5 | 310.00 |
|---|---|---|---|

| 12/11/08 | Review Order dismissing New Jersey action and prepare e-mails to A. Marchetta, client and co-defendants' counsel re same and telephone call |
|---|---|

3

|  | with A. Marchetta re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 160.00 |
| 12/18/08 | E-mails and follow up regarding requested information for client; e-mail regarding same. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 12/18/08 | Review research and prepare summary as requested by client; work with A. Marchetta and S. Parker re same. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 12/18/08 | Searched regarding compilation of information as requested by B. Moffitt. | | |
| 14 | S. Parker | 1.6 | 240.00 |
| 12/18/08 | Research request from A. Marchetta. | | |
| 14 | J. von Schrader | 0.6 | 63.00 |
| 12/30/08 | Follow up regarding mediation. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.7 | 620.00 | 2,914.00 |
| B. Moffitt | 3 | 1.9 | 400.00 | 760.00 |
| S. Parker | 14 | 1.6 | 150.00 | 240.00 |
| J. von Schrader | 14 | 0.6 | 105.00 | 63.00 |
| TOTAL | | 8.8 | | 3,977.00 |

4

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**DECEMBER 1, 2008 THROUGH DECEMBER 30, 2008**

Engagement Costs – Chapter 11 Administration

|  |  |
|---|---|
| Computer Legal Research | 92.55 |
| Matter Total Engagement Cost | 92.55 |

Engagement Costs – Weja, Inc.

| 10/13/08 | UPS EXPENSES | 29.90 |
|---|---|---|
|  | Matter Total Engagement Cost | 29.90 |

5

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 18, 2009 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: January 29, 2009

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

83136477A01012909

2