# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

lzweifach@gibsondunn.com

January 26, 2009

Direct Dial
(212) 351-2625

Fax No.
(212) 351-6225

Client No.
G 99999-00008

Office of the Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street – 3rd Floor
Wilmington, DE 19801

Re:   *Change of Address for Rocco & Zweifach – Interested party*
       *In re: W.R. Grace & Co. and W.R. Grace & Co., et al.* ***01-01139-JKF***

Dear Sir or Madam:

    Rocco & Zweifach is an *Interested Party* in the above reference case and has moved. My former contact information was as follows:

> Lawrence J. Zweifach
> Rocco & Zweifach
> c/o Heller Ehrman LLP
> 7 Times Square
> New York, New York  10036-6524
> Telephone:  (212) 832-8300
> Facsimile:  (212) 763-7600
> Email:  lawrence.zweifach@hellerehrman.com

    My new contact information is as follows:

> Lawrence J. Zweifach
> Rocco & Zweifach c/o
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue
> New York, New York 10166-0193
> Main Telephone:  (212) 351-4000

**GIBSON, DUNN & CRUTCHER LLP**

Office of the Clerk of the Court
United States Bankruptcy Court
District of Delaware
January 26, 2009
Page 2

        Direct Telephone: (212) 351-2625
        Main Facsimile:   (212) 351-4035
        Direct Facsimile: (212) 351-6225
        Email:  lzweifach@gibsondunn.com

       Please update your records accordingly, including your ECF records. I hope this will suffice for your purposes. Please contact me if you have any questions. Thank you for your assistance in this matter.

        Very truly yours,

        Lawrence J. Zweifach

LJZ/ms

100591713_1.DOC