# EXHIBIT A

## EXHIBIT A

### W. R. Grace & Co., et al.
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on *De Minimis* Asset Sales October 1, 2008 through December 31, 2008

**Part I – Sales in excess of $25,000, but less than $250,000**

NONE

**Part II – Sales equal to or less than $25,000**

NONE