# EXHIBIT A

# EXHIBIT A

## W. R. Grace & Co., et al.,
## District of Delaware, Bankruptcy Case No. 01-1139
## Report on Settlements of Certain Claims and Causes of Action
## October 1, 2008 through December 31, 2008

| Claimant | Debtor | Description of Claim |
|---|---|---|
| Nancy Tersigni<br>125 South Brook Drive<br>Stamford, CT 06903 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about October 16, 2008, W.R. Grace entered into a settlement agreement (the "Settlement") with Nancy Tersigni, in both her individual capacity and in her capacity as Executrix of the Estate of Loreto T. Tersigni (the "Tersigni Probate Estate"), pending in the State of Connecticut Court of Probate, District of Stamford, District No. 135, Elizabeth Tersigni, in her individual capacity, and L.Tersigni Consulting CPA, P.C. (collectively, the "Tersigni Parties"). L. Tersigni Consulting CPA, P.C. ("LTC") is a chapter 11 debtor in Case No. 07-50702 (AHWS), currently pending in the U.S. Bankruptcy Court for the District of Connecticut, Bridgeport Division (the "LTC Bankruptcy").<br><br>The Settlement resolved the claims (the "Claims") of W.R. Grace made against the Tersigni Probate Estate and LTC in the LTC Bankruptcy. The Settlement was filed as part of the Seventeenth Claim Settlement Notice at Docket No. 19921.<br><br>Pursuant to the Settlement, the Debtors received a payment $365,531.56 in full settlement of any and all claims of W.R. Grace made against LTC and the Tersigni Probate Estate. Additionally, LTC waived payment on its claim in the amount of $195,144.90 which it had asserted against W.R. Grace. |
| State of North Carolina,<br>Dept. of Revenue<br>501 N. Wilmington St<br>Raleigh, NC 27604 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | In or about October 2008, the Debtors settled claims filed by the State of North Carolina for unpaid corporate franchise taxes totaling $101,865 plus interest accrued of $43,184 (calculated through April 2, 2001) covering the 1992-1994, 1996 and 1997 tax years. The taxes were paid on October 28, 2008, pursuant to the Bankruptcy Court's first day order authorizing the Debtors to pay prepetition state franchise taxes. |

4

| Claimant | Debtor | Description of Claim |
|---|---|---|
| United Distillers Manufacturing, Inc. c/o W. Patrick Stallard Stites & Harbison, PLLC 400 West Market Street Suite 1800 Louisville, KY 40202 | W. R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | On or about March 31, 2003, the Claimant filed Claim No. 14887 asserting a claim against the Debtors in the amount of $3,841.21 arising from environmental response costs with respect to the Green River Site located in Maceo, Kentucky.<br><br>On October 23, 2008, the parties entered into a stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 14887 as an unsecured, prepetition, non-priority claim in the amount of $3,841.21. |
| Operating Industries, Inc. Steering Committee c/o Allan H. Ickowitz Nossaman LLP 445 S. Figueroa Street 31st Floor Los Angeles, CA 90071 | W. R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | On or about September 9, 2002, the Claimant filed proofs of claim nos. 1958 and 1981 against the Debtors asserting claims in the range of $825,801 to $959,894 arising from environmental costs with respect to the Operating Industries Site located in Monterey Park, California. The Claimant also sought to recover $6,350 alleging the Debtors' contractual share of the Steering Committee' expenses.<br><br>On November 18, 2008, the parties entered into a stipulation resolving the claims. The Debtors settled the claims by allowing Claim No. 1958 as an unsecured, prepetition, non-priority claim in the amount of $6,350 with all other amounts asserted in Claim Nos. 1958 and 1981 to be disallowed and expunged. |
| Commonwealth Aluminum Concast, Inc. c/o Richard L. Ferrell, Esq. Taft Stettinius & Hillister L.L.P. 425 Walnut Street, Suite 1800 Cincinnati, OH 45202 | W. R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | On or about March 31, 2003, the Claimant filed Claim No. 13941 against the Debtors asserting a claim in the amount of $3,556 arising from environmental response costs with respect to the Green River Site located in Maceo, Kentucky.<br><br>On December 19, 2008, the parties entered into a stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 13941 as an unsecured, prepetition, non-priority claim in the amount of $3,556. |
| Willamette Industries, now known as Weyerhaeuser c/o Kurtis B. Reeg Reeg & Nowogrocki, L.L.C. 120 S. Central Avenue Suite 750 St. Louis, MO 63105 | W. R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | On or about March 31, 2003, the Claimant filed Claim No. 14776 against the Debtors asserting a claim in the amount of $9,877.62 arising from environmental response costs with respect to the Green River Site located in Maceo, Kentucky.<br><br>On October 13, 2008, the parties entered into a stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 14776 as an unsecured, prepetition, non-priority claim in the amount of $9,877.62. |

| Claimant | Debtor | Description of Claim |
|---|---|---|
| Central Puget Sound Regional Transit Authority<br>c/o Rachel B. Mersky<br>Monzack Mersky McLaughlin and Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about March 28, 2003, the Claimant filed Claim No. 9123 against the Debtors asserting a claim in the amount of $87,960.00 arising from environmental remediation with respect to real property located at 102-220 C Street SW, Auburn Washington.<br><br>On November 24, 2008, the parties entered into a stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 9123 as an unsecured, prepetition, non-priority claim in the amount of $27,000.00. |