IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2009, a copy of the **Official Committee of Unsecured Creditors' First Request for Production of Documents to Debtors Regarding Certain Confirmation Issues** was served on the individuals identified on the Certificate of Service attached hereto, in the manner indicated therein.

Dated: January 30, 2009
Wilmington, Delaware

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400

and

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Tel: (302) 657-4942

Counsel to the Official Committee
of Unsecured Creditors

DM3\905525.1