REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1809578 |
| One Town Center Road | Invoice Date | 01/28/09 |
| Boca Raton, FL   33486 | Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 3,033.00 |
| Expenses | 0.00 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$3,033.00** |

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1809578 |
| One Town Center Road | Invoice Date    01/28/09 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/02/08 | Ament | E-mails re: 11/24/08 hearing (.10); circulate 2009 omnibus hearing dates to team and client (.10). | .20 |
| 12/03/08 | Ament | E-mails re: 12/15/08 hearing. | .10 |
| 12/04/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation relating to 12/15/08 hearing. | .90 |
| 12/08/08 | Ament | E-mails re: 12/15/08 hearing. | .10 |
| 12/09/08 | Ament | Various e-mails and meetings re: 12/15/08 hearing to assist K&E with logistics for hearing preparation (.30); meet with D. Cameron re: administrative matters (.10). | .40 |
| 12/10/08 | Ament | Various e-mails and meetings to assist K&E with logistics for 12/15/08 hearing. | .30 |
| 12/11/08 | Ament | Various e-mails, telephone calls and meetings to assist K&E with logistics for hearing preparation relating to 12/15/08 hearing. | 1.20 |

```
172573 W. R. Grace & Co.                      Invoice Number  1809578
60026  Litigation and Litigation Consulting   Page    2
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/12/08 | Ament | Various e-mails, meetings and telephone calls re: logistics for hearing preparation relating to 12/15/08 hearing. | .80 |
| 12/15/08 | Ament | Various e-mails, telephone calls and meetings to assist K&E with hearing preparation (1.0); accompany K&E to Chambers and assist with Courtroom setup (.60); circulate amended agenda to team for said hearing (.10). | 1.70 |
| 12/15/08 | Cameron | Meeting with J. Restivo and emails re:  hearing issues. | .80 |
| 12/16/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation relating to Jan. 12 - 14, 2009. | .80 |
| 12/17/08 | Ament | E-mails re: Jan. 2009 hearings (.10); continue coordinating logistics for K&E for hearing preparation re: said hearings (.20); various e-mails and meetings re: same (.20). | .50 |
| 12/18/08 | Ament | Review e-mails re: District Court motions for pro hac vice. | .10 |
| 12/23/08 | Ament | Telephone call re: Dec. hearing. | .10 |
| 12/30/08 | Cameron | Review materials from J. Baer. | 1.00 |
| 12/31/08 | Cameron | Review materials regarding document production issues with insurers. | 1.20 |

```
                                              ------
                              TOTAL HOURS     10.20
```

```
TIME SUMMARY             Hours        Rate        Value
----------------------   ----------------------   -------
Douglas E. Cameron       3.00  at  $  615.00  =   1,845.00
Sharon A. Ament          7.20  at  $  165.00  =   1,188.00

                         CURRENT FEES                       3,033.00
```

172573 W. R. Grace & Co.                    Invoice Number   1809578
60026  Litigation and Litigation Consulting   Page    3
       January 28, 2009

```
                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $3,033.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      1809579
5400 Broken Sound Blvd., N.W.         Invoice Date       01/28/09
Boca Raton, FL 33487                  Client Number       172573

==========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          3,905.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $3,905.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number     1809579 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      01/28/09 |
| Boca Raton, FL 33487 | Client Number       172573 |
| | Matter Number        60029 |

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/08 | Ament | Complete service of Oct. monthly fee application (.10); e-mails re: same (.10). | .20 |
| 12/02/08 | Ament | E-mails with D. Cameron re: Aug. monthly fee application (.10); attend to billing matters relating to consultant fee (.20). | .30 |
| 12/03/08 | Ament | E-mails re: Nov. monthly fee application. | .10 |
| 12/07/08 | Cameron | Attention to Fee Applications. | 1.00 |
| 12/07/08 | Muha | Review and revise fee and expense billing entries for November 2008 monthly fee application. | 1.30 |
| 12/08/08 | Ament | Attend to billing matters relating to.Nov. monthly fee application (.20); various e-mails, meetings and telephone calls re: same (.20); e-mails relating to consultant fee (.10). | .50 |
| 12/08/08 | Muha | Multiple emails to T. Klapper, D. Cameron, S. Ament re: additional detail for fee and expense invoices for Nov. 2008 monthly application, and inquiry re: consultant charges for Nov. 2008. | .30 |

172573  W. R. Grace & Co.                    Invoice Number   1809579
60029   Fee Applications-Applicant           Page    2
        January 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/11/08 | Ament | E-mails re: Nov. monthly fee application (.10); e-mails re: consultant fee (.10). | .20 |
| 12/12/08 | Ament | Begin drafting Nov. monthly fee application (.40); begin preparation of spreadsheet relating to same (.20); e-mails and meet with A. Muha re: same (.10); e-mails with J. Lord and L. Lankford re: Nov. monthly fee application (.10). | .80 |
| 12/12/08 | Lord | Communicate with L. Lankford and S. Ament re: November monthly. | .10 |
| 12/15/08 | Ament | E-mails re: Nov. consultant fee. | .10 |
| 12/15/08 | Muha | Resume review and revisions to Nov. 2008 monthly fee and expense details, including research related to various entries to provide additional detail, and emails to consultant re: invoice for Nov. 2008. | 1.60 |
| 12/16/08 | Ament | Attend to billing matters (.10); meet with D. Cameron re: same (.10). | .20 |
| 12/16/08 | Muha | Make additional changes to grand jury investigation matter invoice per T. Klapper comments. | .20 |
| 12/17/08 | Ament | E-mails re: Nov. monthly fee application (.10); e-mails re: 29th quarterly fee application (.10); attend to billing matters relating to consultant fee (.10). | .30 |
| 12/17/08 | Muha | Multiple emails re: addition of consultant fees to Nov. 2008 fee application, and preparation of same for filing. | .30 |
| 12/18/08 | Ament | Attend to billing matters relating to consultant fee (.20); various e-mails, meetings and telephone calls re: same (.10); respond to e-mail from J. Lord re: Nov. monthly fee application (.10); | .90 |

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       January 28, 2009

Invoice Number  1809579
Page   3

| Date | Name | | Hours |
|------|------|---|-------|
| | | review invoices relating to Nov. monthly fee application and begin calculating fees and expenses re: same (.50). | |
| 12/18/08 | Lord | Communicate with S. Ament re: Reed Smith November monthly fee application | .10 |
| 12/19/08 | Ament | Continue calculating fees and expenses for Nov. monthly fee application (.60); prepare spreadsheet re: same (.50); continue drafting 89th monthly fee application (.40); e-mails with A. Muha re: said fee application (.10). | 1.60 |
| 12/22/08 | Lord | Research docket and draft CNO for Reed Smith October monthly fee applications. | .40 |
| 12/23/08 | Ament | Various e-mails and meetings re: Nov. monthly fee application (.20); finalize 89th monthly fee application (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 12/23/08 | Lord | Communicate with S. Ament re: fee issues (.2); revise Reed Smith CNO to October monthly fee application (.1); review and revise Reed Smith November monthly fee application (.6). | .90 |
| 12/23/08 | Muha | Make final revisions to November 2008 monthly fee application and make arrangements for filing of same. | .70 |
| 12/24/08 | Lord | Continue to prepare Reed Smith November monthly fee application for e-filing and service (.7). | .70 |
| 12/29/08 | Lankford | E-file and perfect service of CNO re:  RS's 88th Monthly Fee Application (.4); fax same to R. Finke (.1); e-file and perfect service of RS's 89th Monthly Fee Application (.7). | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809579
60029  Fee Applications-Applicant           Page    4
       January 28, 2009
```

```
                                              ------
                                  TOTAL HOURS   14.50
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | 1.00 | at | $ | 615.00 | = | 615.00 |
| Andrew J. Muha | 4.40 | at | $ | 385.00 | = | 1,694.00 |
| John B. Lord | 2.20 | at | $ | 230.00 | = | 506.00 |
| Sharon A. Ament | 5.70 | at | $ | 165.00 | = | 940.50 |
| Lisa Lankford | 1.20 | at | $ | 125.00 | = | 150.00 |

```
                        CURRENT FEES                       3,905.50

                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $3,905.50
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1809580
One Town Center Road                    Invoice Date       01/28/09
Boca Raton, FL   33486                  Client Number       172573

===========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                          24,452.50
     Expenses                           0.00

               TOTAL BALANCE DUE UPON RECEIPT        $24,452.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1809580 |
| Invoice Date | 01/28/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

======================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/26/08 | Restivo | Post re-argument emails and correspondence. | .50 |
| 12/01/08 | Ament | Assist team with various issues relating to PD claims (.70); e-mails and meet with T. Rea re: same (.10); various e-mails with A. Suffern re: POC relating to State of CA (.30). | 1.10 |
| 12/01/08 | Aten | Searched files for information re DGS claims and brief re summary judgment. | .60 |
| 12/01/08 | Rea | Revisions to and circulation of Certification of Counsel re: Motion to Amend or Alter. | .30 |
| 12/02/08 | Ament | Assist team with various issues relating to PD claims (.50); various e-mails, telephone calls and meetings re: same (.30). | .70 |
| 12/02/08 | Cameron | Attention to PD claims (.60); meeting with T. Rea re:  same (.50); review settlement materials (.80). | 2.10 |
| 12/02/08 | Nero | Attempted to obtain claim number from clerks office-SDNY Bankruptcy | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number   1809580
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       January 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/02/08 | Rea | E-mails re: Canadian summary judgment issues (0.6); review of transcript on issue (1.1). | 1.70 |
| 12/02/08 | Restivo | Transcript review (.8); Manitoba claim review (.1); telephone calls and emails with D. Speights (.3). | 1.20 |
| 12/03/08 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails, meetings and telephone calls re: same (.30). | .70 |
| 12/03/08 | Cameron | Further attention to PD claims. | .70 |
| 12/03/08 | Nero | Research and obtain claim numbers for claims filed by the State of California and obtain archives information from SDNY Bankruptcy. | 3.40 |
| 12/03/08 | Restivo | Correspondence and emails re: Canadian claims. | .50 |
| 12/04/08 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails and meetings re: same (.20). | .60 |
| 12/04/08 | Rea | Draft of property damage settlement agreements. | 2.80 |
| 12/04/08 | Restivo | Canada discussions with D. Speights. | .70 |
| 12/05/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/05/08 | Rea | Draft of property damage settlement agreements. | 1.40 |
| 12/08/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/08/08 | Cameron | Attention to document review issues (.50) review expert witness materials for trial (1.80). | 2.30 |
| 12/08/08 | Rea | E-mails re: property damage claims. | .30 |

```
172573 W. R. Grace & Co.                      Invoice Number  1809580
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/08/08 | Restivo | Emails and telephone calls with R.Finke, D. Cameron, T. Rea and D. Speights. | .60 |
| 12/09/08 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails re: same (.10); meet with D. Cameron re: same (.10). | .50 |
| 12/09/08 | Cameron | Attention to outstanding claims (.50); telephone call with R. Finke re:  same (.20); meeting with J. Restivo re:  same (.20). | .90 |
| 12/09/08 | Restivo | Telephone calls and emails with R. Finke, D. Cameron and D. Speights. | .50 |
| 12/10/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/11/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mails and meet with T. Rea re: same (.10). | .40 |
| 12/11/08 | Aten | Reviewed D. Delaware dockets re: appeals by DGS and Macerich. | .40 |
| 12/11/08 | Aten | Conducted case law research re: judicial notice and amending the record. | 3.90 |
| 12/11/08 | Rea | E-mails re: settlements. | .10 |
| 12/12/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/12/08 | Aten | Continue to conduct case law research re: judicial notice and amending the record. | 5.40 |
| 12/12/08 | Cameron | Attention to materials for hearing. | .50 |
| 12/12/08 | Rea | E-mail re: omnibus hearing. | .10 |
| 12/12/08 | Restivo | Negotiations with D. Speights and telephone conference with T. Rea. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1809580
60033  Claim Analysis Objection Resolution & EstimationPage   4
       (Asbestos)
       January 28, 2009


   Date   Name                                                     Hours
   -------- -----------                                            -----

12/15/08 Ament          Assist team with various issues              .30
                        relating to PD claims (.20);
                        e-mail to team re: same (.10).

12/15/08 Aten           Proofread draft response to DGS'             .60
                        brief.

12/15/08 Aten           Continue to conduct case law                1.20
                        research re: argument waiver.

12/15/08 Cameron        Meeting with T. Rea and review               .90
                        appeal materials.

12/15/08 Restivo        Meeting with J. Baer (.2); prepare          1.80
                        for Omnibus (.5); attend to issues
                        at Omnibus Hearing re: property
                        damage claims (1.0);
                        correspondence re: Macerich claim
                        (.1).

12/16/08 Ament          Assist team with various issues              .40
                        relating to PD claims (.30);
                        e-mail to team re: same (.10).

12/16/08 Aten           Additional research re: cases               4.20
                        cited in response to DGS' brief.

12/16/08 Rea            E-mail re: motion to alter/amend.            .10

12/16/08 Restivo        Correspondence re:  Macerich and             .50
                        California DGS.

12/17/08 Ament          Assist team with various issues              .30
                        relating to PD claims (.20).
                        e-mail to team re: same (.10).

12/17/08 Aten           Continue work on revisions to               2.90
                        brief.

12/17/08 Cameron        Review appeal materials and                  .90
                        telephone calls and emails re:
                        same.

12/17/08 Rawls          Reviewing documents for pleading             .10
                        preparation and bankruptcy
                        proceeding.

12/17/08 Restivo        Review Grace's responsive brief to           .70
                        California DGS appeal.

172573 W. R. Grace & Co.                          Invoice Number  1809580
60033  Claim Analysis Objection Resolution & EstimationPage    5
       (Asbestos)
       January 28, 2009


| Date | Name | | Hours |
|------|------|------|-------|
| 12/18/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/18/08 | Aten | Finalized brief and forwarded for filing. | 1.40 |
| 12/18/08 | Aten | Revised pro hac vice motions. | .40 |
| 12/19/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/19/08 | Cameron | Attention to appeal issues. | .70 |
| 12/19/08 | Rea | Revisions to Property Damage CMO. | 1.20 |
| 12/22/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/22/08 | Rea | Calls re: COC. | .30 |
| 12/22/08 | Restivo | Review California DGS new pleadings; (.3); review Macerich correspondence (.1); telephone call with R. Beber (.6). | 1.00 |
| 12/23/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/23/08 | Rea | Filing of COC re: motion to alter/amend. | .30 |
| 12/26/08 | Cameron | Attention to appeal and remaining claim issues. | .80 |
| 12/30/08 | Restivo | Email to E. Westbrook re:  Solow case. | .40 |

                                         ------
                           TOTAL HOURS    59.60

172573 W. R. Grace & Co.                          Invoice Number  1809580
60033  Claim Analysis Objection Resolution & EstimationPage    6
       (Asbestos)
       January 28, 2009


| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 9.80 | at $ | 615.00 | = | 6,027.00 |
| James J. Restivo Jr. | 8.90 | at $ | 675.00 | = | 6,007.50 |
| Traci Sands Rea | 8.60 | at $ | 435.00 | = | 3,741.00 |
| Rebecca E. Aten | 21.00 | at $ | 335.00 | = | 7,035.00 |
| Danielle D. Rawls | 0.10 | at $ | 240.00 | = | 24.00 |
| Sharon A. Ament | 6.60 | at $ | 165.00 | = | 1,089.00 |
| Kacey Nero | 4.60 | at $ | 115.00 | = | 529.00 |


                    CURRENT FEES                        24,452.50


                                                    ------------
             TOTAL BALANCE DUE UPON RECEIPT           $24,452.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1809581
One Town Center Road                          Invoice Date      01/28/09
Boca Raton, FL   33486                        Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                          248,028.50
    Expenses                           0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $248,028.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1809581
One Town Center Road                    Invoice Date        01/28/09
Boca Raton, FL   33486                  Client Number         172573
                                        Matter Number          60035

=============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/08 | Cameron | Attention to expert reports and publications. | 2.80 |
| 12/01/08 | Denniston | Research of EPA TSCA disclosure rules, per request of T. Klapper. | .50 |
| 12/01/08 | Denniston | Research of CPSC regulations, per request of T. Klapper. | .40 |
| 12/01/08 | Klapper | Continue work on cross examination outlines. | 7.20 |
| 12/01/08 | Rutkowski | Work on cross-examination of experts project (7.0); emails with Mr. Klapper re: status of project (.2). | 7.20 |
| 12/01/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 12/02/08 | Ament | Various e-mails and meetings re: deposition of former Grace executive 2/26/03 (.40); review said transcript (.10). | .50 |
| 12/02/08 | Cameron | Attention to expert report materials. | 3.20 |
| 12/02/08 | Klapper | Prepare for toxicology meeting with P. King (4.8); meet with P. King and do follow-up (1.8). | 6.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation             Page    2
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|------|
| 12/02/08 | Rutkowski | Work on cross-examination for experts(12.6); emails with Mr. Klapper re: status on new information on experts(.1). | 12.70 |
| 12/03/08 | Ament | Meet with D. Cameron and A. Muha re: project to review documents produced by government. | .10 |
| 12/03/08 | Cameron | Review materials relating to document review project (1.30); review materials relating to expert work (1.90). | 3.20 |
| 12/03/08 | Klapper | Meet with consultants and outside counsel re expert and trial prep issues. | 5.80 |
| 12/03/08 | Rutkowski | Work on expert cross-examinations (7.7); emails with Mr. Klapper re: new documents(.1). | 7.80 |
| 12/04/08 | Ament | Research per D. Cameron request re: document review project (2.20); various e-mails and meetings with D. Cameron re: same (.30). | 2.50 |
| 12/04/08 | Cameron | Attention to document production and expert witness issues. | 2.60 |
| 12/04/08 | Klapper | Meet with expert and consultants to prepare for trial. | 7.80 |
| 12/04/08 | Rutkowski | Work on cross-examination of experts project (4.8); emails with Mr. Klapper re: cross-examination project (.1); emails with Mr. Klapper re: document review project (.2); emails with Kirkland and Ellis attorneys regarding document review project (.2). | 5.30 |
| 12/05/08 | Ament | Various e-mails and telephone calls re: document review. | .50 |
| 12/05/08 | Ash | Review supplemental documents produced by government. | 5.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation            Page    3
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 12/05/08 | Aten | Review materials in preparation for document review (1.8); conference call with S. McMillan re goals/procedure for document review (.7). | 2.50 |
| 12/05/08 | Cameron | Attention to document review project (1.40); multiple e-mails re: same (.90); multiple e-mails re: expert reports and additional work and review same (2.10). | 4.40 |
| 12/05/08 | Klapper | Continue work on cross examination outlines. | 6.80 |
| 12/05/08 | Rawls | Attending to document review. | 1.00 |
| 12/05/08 | Rawls | Document review conference call with Kirkland Ellis (.7); email correspondence with IRIS/webex staff (.3); preliminary review of initial documents (1.0). | 2.00 |
| 12/05/08 | Rea | Review of material and training for document review. | 3.40 |
| 12/05/08 | Rutkowski | Emails with Kirkland/Ellis attorneys on document review project (.3); training on document review project (.9); emails with Reed Smith team on document review project (.3); review materials from Kirkland/Ellis on document review project (2.1). | 3.60 |
| 12/05/08 | Samuel | Attend training call re document review. | .50 |
| 12/05/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .10 |
| 12/06/08 | Cameron | Review materials from experts re: revised reports and additional analytical work. | 1.50 |
| 12/06/08 | Klapper | Continue work on cross examination outlines. | 3.10 |
| 12/07/08 | Cameron | Review Blake and Lee report materials. | 1.20 |

172573 W. R. Grace & Co.                        Invoice Number   1809581
60035  Grand Jury Investigation                 Page    4
       January 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/07/08 | Klapper | Continue work on cross examination outlines. | 2.50 |
| 12/07/08 | Samuel | Review memo re Libby investigation/advocacy in preparation for document review. | .50 |
| 12/08/08 | Ament | E-mails re: document review (.20); meet with R. Aten re: project to review documents produced by government (.30); begin review of documents received re: same (.50); conference call with RS team re: said project (.40); e-mails and meet with T. Rea re: same (.30). | 1.70 |
| 12/08/08 | Aten | Began reviewing documents produced by government (2.3); conference with S. Ament regarding review process (.3). | 2.60 |
| 12/08/08 | Klapper | Continue work on cross examination outlines. | 2.20 |
| 12/08/08 | Rawls | Email correspondence with A. Karan re: documents review procedure (.2); telecon with RS review team to organize RS review approach (.5); email correspondence with M.Nasca re: connectivity issues (.2); indepth review of background documents re: EPA Libby Clean Up and criminal investigation history (1.1); review of issues pertaining naturally occurring asbestos (1.1); reviewing documents in preparation for production (1.4). | 4.50 |
| 12/08/08 | Rea | Review supplemental documents produced by government. | 6.60 |
| 12/08/08 | Rutkowski | Multiple emails and conference calls RS team and Kirkland on beginning document review for newly produced documents by government (.7); review background materials from Kirkland for document review project (4.5); Work on document review project (2.8). | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation             Page    5
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/08/08 | Samuel | Call re document review procedure (0.3); further review of background material (0.4). | .70 |
| 12/08/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .20 |
| 12/09/08 | Ament | Various e-mails re: documents produced by government. | .30 |
| 12/09/08 | Aten | Continue to review documents produced by government. | 6.90 |
| 12/09/08 | Cameron | Attention to expert reports and analysis (1.80); telephone call with R. Finke re:  same (.40); attention to document review issues (.90). | 3.10 |
| 12/09/08 | Klapper | Continue work on cross examination outlines of government experts. | 3.20 |
| 12/09/08 | Rawls | Review of documents produced to W.R. Grace (3.2); telecon with T. Rea re: document review responsiveness issues (.2); email correspondence with M.Nasca (.1); reading memorandum re: background of EPA Libby clean up and CERCLA investigation (.4); telecon with A. Samuel re: same (.1). | 4.00 |
| 12/09/08 | Rea | Review supplemental documents produced by government. | 8.10 |
| 12/09/08 | Rutkowski | Work on review of government documents (10.7); emails with RS team on document review issues (.2). | 10.90 |
| 12/09/08 | Samuel | Review documents produced by the government. | 6.10 |
| 12/10/08 | Ament | Meet with T. Rea and R. Aten re: search relating to government documents (.20); research re: government documents (.50). | .70 |
| 12/10/08 | Ash | Review supplemental documents produced by government. | 5.50 |

172573 W. R. Grace & Co.                          Invoice Number  1809581
60035  Grand Jury Investigation                   Page    6
       January 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 12/10/08 | Aten | Continue to review documents produced by government. | 5.40 |
| 12/10/08 | Cameron | Attention to materials and issues re:  document production (.80); review publications from experts (1.40); review revised reports (1.70). | 3.90 |
| 12/10/08 | Klapper | Continue work on cross examination outlines of government experts. | 5.40 |
| 12/10/08 | Rawls | Review of documents pertaining to all relevant issues in preparation for trial. | 4.00 |
| 12/10/08 | Rea | Review of supplemental documents produced by the government. | 7.80 |
| 12/10/08 | Rutkowski | Work on document review of government produced documents (2.1); emails with Iris regarding coding issues (.2). | 2.30 |
| 12/10/08 | Samuel | Review documents produced by the government. | 5.90 |
| 12/10/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.70 |
| 12/11/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/11/08 | Aten | Continue to review documents produced by government. | 3.10 |
| 12/11/08 | Cameron | Attention to materials from K&E regarding produced documents (1.3); review materials from R. Finke (1.1); review materials from R. J. Lee (1.0). | 3.40 |
| 12/11/08 | Klapper | Continue work on cross examination outlines of government experts. | 3.20 |
| 12/11/08 | Rawls | Review of documents pertaining to all relevant issues in preparation for trial. | 6.00 |

172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation            Page    7
       January 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|

| 12/11/08 | Rea | Review supplemental documents produced by government. | 2.60 |
| 12/11/08 | Rutkowski | Work on review of government produced documents for criminal trial for Grace (5.4); discussions with Mr. Ash regarding document review (.4). | 5.80 |
| 12/11/08 | Samuel | Review documents produced by the government. | 1.20 |
| 12/11/08 | Samuel | Continue to review documents produced by government. | 4.60 |
| 12/11/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .60 |
| 12/12/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/12/08 | Cameron | Review materials from R. Finke (0.8); expert report analysis (1.0). | 1.80 |
| 12/12/08 | Klapper | Continue work on cross examination outlines of government experts. | 7.30 |
| 12/12/08 | Rawls | Continue work on document review. | 1.80 |
| 12/12/08 | Rutkowski | Review documents produced by the government. | 2.50 |
| 12/12/08 | Samuel | Continue to review documents produced by government. | 4.20 |
| 12/12/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.40 |
| 12/13/08 | Klapper | Continue work on cross examination outlines of government experts. | 2.20 |
| 12/14/08 | Cameron | Attention to materials from expert witnesses and document production materials. | 1.80 |
| 12/14/08 | Klapper | Continue work on cross examination outlines of government experts. | 3.10 |

```
172573 W. R. Grace & Co.                      Invoice Number  1809581
60035  Grand Jury Investigation               Page    8
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 12/15/08 | Ament | Meet with T. Rea re: document review (.10); conference call with A. Karan of K&E re: same (.30); review documents produced by government (3.0); various e-mails with team re: document review (.20). | 3.60 |
| 12/15/08 | Ash | Review supplemental documents produced by government. | 6.50 |
| 12/15/08 | Aten | Continue to review documents produced by government (2.20); call with A. Karan and RS review team re: review process (0.2). | 2.40 |
| 12/15/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.30 |
| 12/15/08 | Rawls | Quality review of documents in preparation for exhibition at trial. | 4.00 |
| 12/15/08 | Rea | Review supplemental documents produced by government. | 2.20 |
| 12/15/08 | Rutkowski | Emails and telephone conferences with Reed Smith review team and Mr. Karan of Kirkland/Ellis regarding information for document review (.6); telephone conversation with Mr. Klapper and Mr. Ash regarding document review project (.2); review materials (.2). | 1.00 |
| 12/15/08 | Samuel | Continue to review documents produced by government. | 5.20 |
| 12/16/08 | Ament | Continue review of documents produced by government | 1.20 |
| 12/16/08 | Ash | Review supplemental documents produced by government. | 5.50 |
| 12/16/08 | Aten | Continue to review documents produced by government | 2.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation            Page    9
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/16/08 | Cameron | Attention to document review issues and expert materials for trial preparation. | 1.90 |
| 12/16/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 3.20 |
| 12/16/08 | Rawls | Review of documents in preparation for exhibition at trial. | 5.00 |
| 12/16/08 | Rea | Review supplemental documents produced by government. | 5.20 |
| 12/16/08 | Rutkowski | Review and analyze documents from Government production. | 5.70 |
| 12/16/08 | Samuel | Continue to review documents produced by government. | 4.10 |
| 12/17/08 | Ament | Continue reviewing documents produced by government. | 1.50 |
| 12/17/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/17/08 | Aten | Continue to review documents produced by government | 3.00 |
| 12/17/08 | Klapper | Continue work on cross examination outlines for key governmental experts (3.3); meet with consultant regarding regulatory issues (4.5); prepare for meeting with consultant regarding regulatory issues (1.3). | 9.10 |
| 12/17/08 | Rawls | Review of documents in preparation for exhibition at trial. | 4.30 |
| 12/17/08 | Rea | Review supplemental documents produced by government. | 7.90 |
| 12/17/08 | Samuel | Continue to review documents produced by government. | 2.10 |
| 12/17/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |

```
172573 W. R. Grace & Co.                      Invoice Number  1809581
60035  Grand Jury Investigation               Page  10
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|------|------|
| 12/18/08 | Ament | Various e-mails relating to review of documents produced by government (.20); continue review of documents produced by government (.70). | .90 |
| 12/18/08 | Aten | Continue to review documents produced by government (2.4); team conference call re: review process (0.2). | 3.60 |
| 12/18/08 | Cameron | Review EPA documents and expert witness work. | 1.90 |
| 12/18/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.70 |
| 12/18/08 | Rawls | Review of documents in preparation for exhibition at trial. | 5.00 |
| 12/18/08 | Rea | Review supplemental documents produced by government. | .60 |
| 12/18/08 | Rutkowski | Emails with A. Karan at K&E regarding document review (.1); extended conference call with K&E on document review (.3). | .40 |
| 12/18/08 | Samuel | Continue to review documents produced by government. | 2.90 |
| 12/18/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 4.90 |
| 12/19/08 | Ash | Review supplemental documents produced by government. | 4.50 |
| 12/19/08 | Aten | Continue to review documents produced by government | 4.10 |
| 12/19/08 | Cameron | Attention to documents produced by EPA. | 1.30 |
| 12/19/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation             Page  11
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/19/08 | Rawls | Continue review of documents in preparation for exhibition at trial. | 2.50 |
| 12/19/08 | Rutkowski | Work on review of documents for WRG trial matters. | 4.60 |
| 12/19/08 | Samuel | Continue to review documents produced by government. | 1.10 |
| 12/20/08 | Cameron | Attention to criminal case expert work and EPA documents. | 1.40 |
| 12/20/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 3.30 |
| 12/20/08 | Rutkowski | Review documents produced by government in document production. | 3.00 |
| 12/21/08 | Cameron | Review materials for document review (1.10); review expert materials (.80). | 1.90 |
| 12/21/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 4.70 |
| 12/21/08 | Rawls | Review of documents in preparation for exhibition at trial. | 4.00 |
| 12/22/08 | Ash | Review supplemental documents produced by government. | 4.50 |
| 12/22/08 | Cameron | Attention to materials from K&E regarding trial prep issues. | 1.50 |
| 12/22/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 4.20 |
| 12/22/08 | Rawls | Review of documents in preparation for exhibition at trial. | 4.60 |
| 12/22/08 | Rea | Review supplemental documents produced by government. | 1.30 |

172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation            Page  12
       January 28, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/22/08 | Rutkowski | Work on review of government documents (3.5); extensive discussions in person and via email with Mr. Klapper and Ms. Taylor-Payne re: transfer of binder re: asbestos research to Mr. Klapper (.3). | 3.80 |
| 12/22/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 5.30 |
| 12/23/08 | Ash | Review supplemental documents produced by government. | 5.50 |
| 12/23/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.60 |
| 12/23/08 | Rawls | Review of documents in preparation for exhibition at trial. | 1.00 |
| 12/23/08 | Rea | Review supplemental documents produced by government. | 1.10 |
| 12/23/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 5.80 |
| 12/24/08 | Ash | Review supplemental documents produced by government. | 5.50 |
| 12/24/08 | Cameron | Review materials from R. Finke, experts and K&E. | 1.70 |
| 12/24/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.90 |
| 12/24/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 12/25/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 3.20 |
| 12/26/08 | Ash | Review supplemental documents produced by government. | 6.50 |
| 12/26/08 | Cameron | Review Blake, Lee, Pooley and Addison materials. | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation            Page  13
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 12/26/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.70 |
| 12/26/08 | Rawls | Review of documents in preparation for exhibition at trial. | 2.00 |
| 12/27/08 | Cameron | Continued review of expert work for Blake, Lee and Addison. | 1.20 |
| 12/27/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 5.20 |
| 12/27/08 | Rawls | Review of documents in preparation for exhibition at trial. | 1.00 |
| 12/28/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.70 |
| 12/29/08 | Cameron | Attention to document review issues (0.8); review materials from experts (0.9). | 1.70 |
| 12/29/08 | Klapper | Continue work on cross examination outlines for key governmental experts | 3.20 |
| 12/29/08 | Masal | Research of federal regulations per request of T. Klapper. | .30 |
| 12/29/08 | Rawls | Review of documents in preparation for exhibition at trial. | 4.00 |
| 12/29/08 | Rutkowski | Review Government produced documents. | 1.60 |
| 12/29/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.90 |
| 12/30/08 | Cameron | E-mails regarding document review issues (0.4); review R.J. Lee materials (0.8). | 1.20 |
| 12/30/08 | Klapper | Continue work on cross examination outlines for key governmental experts | 3.10 |

```
172573  W. R. Grace & Co.                    Invoice Number  1809581
60035   Grand Jury Investigation            Page   14
        January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/30/08 | Rea | Review supplemental documents produced by government. | 2.50 |
| 12/30/08 | Rutkowski | Multiple emails re: issues presented in document review project. | .40 |
| 12/30/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.00 |
| 12/31/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/31/08 | Cameron | Review document review issues (0.4); e-mails regarding expert work (0.3). | .70 |
| 12/31/08 | Rawls | Review of documents in preparation for exhibition at trial. | 2.00 |
| 12/31/08 | Rutkowski | Review government produced docuements. | 1.90 |

```
                                                        ------
                                    TOTAL HOURS      583.20
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| Douglas E. Cameron | 50.80 | at | $ | 615.00 | = | 31,242.00 |
| Traci Sands Rea | 49.30 | at | $ | 435.00 | = | 21,445.50 |
| Antony B. Klapper | 155.70 | at | $ | 575.00 | = | 89,527.50 |
| Jesse J. Ash | 59.50 | at | $ | 425.00 | = | 25,287.50 |
| Margaret Rutkowski | 88.50 | at | $ | 400.00 | = | 35,400.00 |
| Rebecca E. Aten | 36.30 | at | $ | 335.00 | = | 12,160.50 |
| Danielle D. Rawls | 62.70 | at | $ | 240.00 | = | 15,048.00 |
| Alexandria C. Samuel | 39.10 | at | $ | 260.00 | = | 10,166.00 |
| Sharon A. Ament | 13.50 | at | $ | 165.00 | = | 2,227.50 |
| Jennifer L. Taylor-Payne | 26.60 | at | $ | 200.00 | = | 5,320.00 |
| Amy E. Denniston | 0.90 | at | $ | 170.00 | = | 153.00 |
| Julie K. Masal | 0.30 | at | $ | 170.00 | = | 51.00 |

```
                    CURRENT FEES                      248,028.50


                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT           $248,028.50
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1809582
One Town Center Road                      Invoice Date      01/28/09
Boca Raton, FL   33486                    Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

        Fees                          16,621.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $16,621.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1809582 |
| Invoice Date | 01/28/09 |
| Client Number | 172573 |
| Matter Number | 60038 |

========================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/01/08 | Rea | Review of materials for property damage appeals. | 5.20 |
| 12/03/08 | Rea | E-mails re: appeal issues. | .20 |
| 12/04/08 | Rea | Review of appeal information. | .30 |
| 12/08/08 | Rea | Review of e-mail and docket re: appeals. | .80 |
| 12/10/08 | Rea | Call re: appeal. | .10 |
| 12/11/08 | Rea | Review of DGS motions (1.1); draft of response to DGS motions (4.8). | 5.90 |
| 12/12/08 | Kunvatanagarn | Research circuit court cases re Federal Rule of Appellate Procedure 10E. | .70 |
| 12/12/08 | Kunvatanagarn | Office conference with T. Rea re cases in support of Fed Rule of Appellate Procedure 10E. | .30 |
| 12/12/08 | Rea | Continue work response to DGS motion to supplement the record. | 8.20 |
| 12/13/08 | Rea | Draft of response to DGS motion. | 3.80 |
| 12/15/08 | Rea | Continue work on opposition to DGS motion. | 5.90 |

```
172573 W. R. Grace & Co.                      Invoice Number  1809582
60038  Property Damage Claim Appeals          Page    2
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/16/08 | Kunvatanagarn | Research circuit court cases re Federal Rule of Appellate Procedure 10E. | 3.70 |
| 12/16/08 | Rea | Revisions to response to DGS motion. | 1.50 |
| 12/17/08 | Rea | Work to finalize Grace opposition to DGS motion. | .60 |
| 12/18/08 | Rea | Finalization of Grace Opposition. | 2.10 |
| 12/19/08 | Rea | E-mails re: appeals. | .50 |
| 12/23/08 | Rea | Review of order re: appeal. | .10 |
| 12/30/08 | Rea | Review of proposed briefing schedule and rules; e-mail re: same. | .20 |

```
                                              ------
                             TOTAL HOURS       40.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Traci Sands Rea | 35.40 | at | $ 435.00 | = | 15,399.00 |
| Chananya Kunvatanagarn | 4.70 | at | $ 260.00 | = | 1,222.00 |

```
                 CURRENT FEES                      16,621.00

                                               ------------
         TOTAL BALANCE DUE UPON RECEIPT         $16,621.00
                                               ============
```