REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1809614
One Town Center Road                      Invoice Date        01/28/09
Boca Raton, FL   33486                    Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                        0.00
    Expenses                3,064.69

                TOTAL BALANCE DUE UPON RECEIPT        $3,064.69
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1809614
One Town Center Road                      Invoice Date      01/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    IKON Copy Services                      925.31
    PACER                                     0.96
    Duplicating/Printing/Scanning           307.50
    Postage Expense                          31.70
    Courier Service - Outside             1,551.07
    Mileage Expense                          15.09
    Meal Expense                            233.06

                CURRENT EXPENSES                      3,064.69
                                                     -------------

                TOTAL BALANCE DUE UPON RECEIPT       $3,064.69
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      1809614
One Town Center Road                  Invoice Date       01/28/09
Boca Raton, FL   33486                Client Number        172573
                                      Matter Number         60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/14/08 | Courier Service - UPS - Shipped from Teresa Martin Reed Smith LLP - Pittsburgh to Kim Love Kirkland & Ellis LLP (CHICAGO IL 60601). | 276.36 |
| 11/14/08 | Courier Service -UPS - Shipped from Teresa Martin Reed Smith LLP - Pittsburgh to Janet Baer Kirkland & Ellis LLP (CHICAGO IL 60601). | 122.59 |
| 11/14/08 | Courier Service - UPS - Shipped from Teresa Martin Reed Smith LLP - Pittsburgh to Theodore Freedman Kirkland & Ellis LLP (NEW YORK NY 10022). | 49.06 |
| 11/14/08 | Courier Service - UPS - Shipped from  REED SMITH LLP to Janet Baer Kirkland & Ellis LLP (CHICAGO IL 60601). | 18.31 |
| 11/14/08 | Courier Service - UPS - Shipped from  REED SMITH LLP to Theodore Freedman Kirkland & Ellis LLP (NEW YORK NY 10022). | 18.98 |
| 11/24/08 | Courier Service - UPS - Shipped from REED SMITH LLP  to KIM  LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 51.98 |
| 11/24/08 | Courier Service - UPS - Shipped from REED SMITH LLP  to KIM LOVE KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 992.50 |
| 11/25/08 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James O'Neill, Pachulski Stang Ziehl & Jones (WILMINGTON DE 19801). | 21.29 |
| 11/26/08 | Postage Expense | 2.70 |

172573 W. R. Grace & Co.                        Invoice Number   1809614
60026  Litigation and Litigation Consulting     Page    2
       January 28, 2009


11/26/08    Postage Expense                                        5.40

11/29/08    Postage Expense                                        9.20

11/30/08    PACER                                                   .96

12/01/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/01/08    Duplicating/Printing/Scanning                           .30
            ATTY # 4810; 3 COPIES

12/02/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/02/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/02/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/02/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/02/08    Duplicating/Printing/Scanning                           .30
            ATTY # 4810; 3 COPIES

12/02/08    Duplicating/Printing/Scanning                           .20
            ATTY # 4810; 2 COPIES

12/04/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                           .30
            ATTY # 000559: 3 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting        Page    3
       January 28, 2009


12/04/08   Duplicating/Printing/Scanning                        .30
           ATTY # 000559: 3 COPIES

12/04/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/04/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/08/08   Mileage Expense - - VENDOR: DEBBIE E.             15.09
           STEINMEYER (25.79 MILES) ROUND TRIP MILEAGE
           EXPENSE - W. R. GRACE & CO. / LITIGATION:
           SECRETARIAL ASSISTANCE TO K&E FOR HEARING PREP
           RE: DS HEARING

12/08/08   Duplicating/Printing/Scanning                        .20
           ATTY # 4810; 2 COPIES

12/09/08   Duplicating/Printing/Scanning                       1.50
           ATTY # 4810; 15 COPIES

12/09/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/09/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/12/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

```
172573 W. R. Grace & Co.                      Invoice Number  1809614
60026  Litigation and Litigation Consulting   Page   4
       January 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 12/13/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - -Copying/postage charges for<br>service of fee application materials on service<br>list. | 471.35 |
| 12/13/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - -  Copying/postage charges<br>for service of fee application materials on<br>service list. | 420.66 |
| 12/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 12/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 192 COPIES | 19.20 |
| 12/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 307 COPIES | 30.70 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 56 COPIES | 5.60 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 8101; 8 COPIES | .80 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 236 COPIES | 23.60 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 8101; 90 COPIES | 9.00 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1079 COPIES | 107.90 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 346 COPIES | 34.60 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573  W. R. Grace & Co.                          Invoice Number   1809614
60026   Litigation and Litigation Consulting      Page    5
        January 28, 2009


| | | |
|---|---|---:|
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/17/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - COPYING - - Charges re:<br>service of CNO for monthly application. | 33.30 |
| 12/17/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting       Page   6
       January 28, 2009


12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/23/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/23/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/23/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting       Page    7
       January 28, 2009

| Date | Description | Amount |
|---|---|---|
| 12/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/29/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - Lunch for 12 (9 Kirkland<br>attorneys, 1 Kirkland paralegal and 2 Reed<br>Smtih attorneys) during preparation for<br>12/15/08 hearing. | 149.32 |
| 12/29/08 | Meal Expense - - VENDOR: THE CITY DELI &<br>CATERING CO - Breakfast for 8 (7 Kirkland<br>attorneys and 1 paralegal) during preparation<br>for 12/15/08 hearing. | 75.74 |
| 12/29/08 | Postage Expense-PLEADINGS | 14.40 |
| 12/29/08 | Duplicating/Printing/Scanning<br>ATTY # 3984; 85 COPIES | 8.50 |
| 12/29/08 | Duplicating/Printing/Scanning<br>ATTY # 3984; 382 COPIES | 38.20 |
| 12/31/08 | Meal Expense - - VENDOR: REED SMITH TRANSFERS -<br>Soda and bottled water for 12/15/08 hearing<br>preparation during lunch for 12. | 8.00 |

                              CURRENT EXPENSES                  3,064.69
                                                           ------------
                              TOTAL BALANCE DUE UPON RECEIPT   $3,064.69
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1809615
One Town Center Road                      Invoice Date       01/28/09
Boca Raton, FL    33486                   Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                            0.00
     Expenses                    1,510.83

                    TOTAL BALANCE DUE UPON RECEIPT        $1,510.83
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number       1809615
One Town Center Road                    Invoice Date        01/28/09
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60033

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        2.05
    PACER                                   17.68
    Duplicating/Printing/Scanning           35.50
    Westlaw                              1,444.20
    Postage Expense                          1.00
    General Expense                         10.40

                    CURRENT EXPENSES                    1,510.83

                                                   -------------
                    TOTAL BALANCE DUE UPON RECEIPT     $1,510.83
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1809615
One Town Center Road                      Invoice Date    01/28/09
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number      60033

==========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/30/08    PACER                                           17.68

12/01/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/02/08    Duplicating/Printing/Scanning                     .60
            ATTY # 4810; 6 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/04/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1809615
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       January 28, 2009


12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                    .40
            ATTY # 0559; 4 COPIES

12/05/08    Duplicating/Printing/Scanning                    .50
            ATTY # 0559; 5 COPIES

12/08/08    Duplicating/Printing/Scanning                   1.00
            ATTY # 0559; 10 COPIES

12/09/08    Duplicating/Printing/Scanning                    .80
            ATTY # 0559; 8 COPIES

12/09/08    Telephone Expense                                .65
            410-531-4355/COLUMBIA, MD/13

12/10/08    Duplicating/Printing/Scanning                   1.20
            ATTY # 0559; 12 COPIES

12/10/08    Duplicating/Printing/Scanning                   1.20
            ATTY # 0559; 12 COPIES

12/10/08    Duplicating/Printing/Scanning                   1.20
            ATTY # 0059; 12 COPIES

172573 W. R. Grace & Co.                              Invoice Number  1809615
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       January 28, 2009


12/11/08    Duplicating/Printing/Scanning                      1.40
            ATTY # 0559; 14 COPIES

12/11/08    Duplicating/Printing/Scanning                       .60
            ATTY # 0559; 6 COPIES

12/11/08    Duplicating/Printing/Scanning                      7.40
            ATTY # 4810; 74 COPIES

12/11/08    Duplicating/Printing/Scanning                       .80
            ATTY # 0559; 8 COPIES

12/11/08    Westlaw  - - Legal research re: appeal by DGS     427.97
            and Macerich.

12/12/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

12/12/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

12/12/08    Duplicating/Printing/Scanning                       .20
            ATTY # 0559; 2 COPIES

12/12/08    Duplicating/Printing/Scanning                       .20
            ATTY # 0559; 2 COPIES

12/12/08    Duplicating/Printing/Scanning                       .20
            ATTY # 0059; 2 COPIES

12/12/08    Westlaw - - Legal research re: appeal by DGS       699.95
            and Macerich.

12/13/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

12/13/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

12/13/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

12/13/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

12/13/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

12/13/08    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                                    Invoice Number  1809615
60033  Claim Analysis Objection Resolution & EstimationPage    4
       (Asbestos)
       January 28, 2009


| Date | Description | Amount |
|---|---|---|
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/15/08 | Westlaw - - Legal research re: appeal by DGS<br>and Macerich. | 316.28 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 15 COPIES | 1.50 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 69 COPIES | 6.90 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/17/08 | Telephone Expense<br>302-652-4100/WILMINGTON, DE/2 | .10 |
| 12/17/08 | Telephone Expense<br>302-652-4100/WILMINGTON, DE/7 | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1809615
60033  Claim Analysis Objection Resolution & EstimationPage   5
       (Asbestos)
       January 28, 2009


12/17/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/17/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Telephone Expense                                    .20
           302-652-4100/WILMINGTON, DE/4

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/18/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                              Invoice Number  1809615
60033  Claim Analysis Objection Resolution & EstimationPage   6
       (Asbestos)
       January 28, 2009


| Date | Description | Amount |
|------|-------------|-------:|
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 3 COPIES | .30 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 13 COPIES | 1.30 |
| 12/18/08 | Postage Expense<br>Postage Expense: ATTY # 003928 User: Lebo, Dan | 1.00 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/16 | .80 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 2 COPIES | .20 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 1 COPIES | .10 |
| 12/22/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 12/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 12/29/08 | General Expense - -  Charges for accessing<br>materials from SDNY Bankruptcy Court. | 6.40 |
| 12/29/08 | General Expense - -  Charges for accessing<br>materials from SDNY Bankruptcy Court. | 4.00 |
| 12/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 4 COPIES | .40 |

                        CURRENT EXPENSES                    1,510.83
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $1,510.83
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1809616
One Town Center Road                      Invoice Date      01/28/09
Boca Raton, FL    33486                   Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                              0.00
    Expenses                     56,387.61

                    TOTAL BALANCE DUE UPON RECEIPT      $56,387.61
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1809616
One Town Center Road                    Invoice Date      01/28/09
Boca Raton, FL    33486                 Client Number       172573
                                        Matter Number        60035

===============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Documentation Charge             1,240.90
        Duplicating/Printing/Scanning        8.30
        Lexis                               17.46
        Postage Expense                      0.42
        Express Mail Service               161.33
        Consulting Fees                 53,318.01
        Courier Service - Outside           11.51
        Outside Duplicating              1,629.68

              CURRENT EXPENSES                         56,387.61
                                                      -------------

              TOTAL BALANCE DUE UPON RECEIPT          $56,387.61
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      1809616
One Town Center Road                          Invoice Date      01/28/09
Boca Raton, FL   33486                        Client Number       172573
                                              Matter Number        60035

===========================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/20/08 | Express Mail Service | 11.75 |
| 10/20/08 | Express Mail Service | 7.40 |
| 11/04/08 | Express Mail Service | 7.40 |
| 11/04/08 | Express Mail Service | 58.43 |
| 11/07/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 30.00 |
| 11/07/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 60.00 |
| 11/11/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 31.50 |
| 11/11/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 31.50 |
| 11/12/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 48.00 |
| 11/14/08 | Courier Service - UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Scott A. McMillin, Kirkland & Ellis, LLP (CHICAGO IL 60601). | 11.51 |
| 11/25/08 | Express Mail Service | 20.73 |
| 11/25/08 | Express Mail Service | 47.69 |
| 12/01/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809616
60035  Grand Jury Investigation             Page   2
       January 28, 2009
```

| | | |
|---|---|---|
| 12/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/01/08 | Duplicating/Printing/Scanning<br>ATTY # 9283; 5 COPIES | .50 |
| 12/01/08 | Lexis - - Legal research relating to work<br>dealing with criminal trial issues (per T.<br>Klapper request.) | 4.85 |
| 12/01/08 | Lexis  - -  Legal research relating to work<br>dealing with criminal trial issues (per T.<br>Klapper request.) | 12.61 |
| 12/01/08 | Postage Expense<br>Postage Expense: ATTY # 005254 User: Equitrac By | .42 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 44 COPIES | 4.40 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809616
60035  Grand Jury Investigation            Page    3
       January 28, 2009
```

| Date | Description | Amount |
|---|---|---|
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/09/08 | Documentation  - Charges for obtaining<br>medical/scientific issues article. | 12.00 |
| 12/10/08 | Documents  - Charges for obtaining<br>medical/scientific issues article. | 399.40 |
| 12/15/08 | Express Mail Service | 7.93 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                          Invoice Number  1809616
60035  Grand Jury Investigation                    Page    4
        January 28, 2009


| Date | Description | Amount |
|---|---|---|
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/17/08 | Outside Duplicating - - VENDOR: SUPERIOR<br>DOCUMENT SERVICES**  COPIES OF EXPERT WITNESS<br>MATERIALS FOR TONY KLAPPER** | 1629.68 |
| 12/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX**SEARCH<br>FOR EXPERT WITNESS MATERIALS. | 139.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX** SEARCH<br>FOR EXPERT WITNESS MATERIALS | 104.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 90.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 70.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 90.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 67.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 63.50 |
| 12/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/31/08 | Documentation Charge - - VENDOR: SECRETARY OF<br>LABOR - Charge for research of DOL materials. | 5.00 |
| 01/21/09 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - CONSULTANT FEES FOR WORK ON GRAND<br>JURY/CRIMINAL MATTER IN DECEMBER 2008,<br>INCLUDING ANALYSIS AND EVALUATION OF STATUTES<br>AND REGULATIONS APPLICABLE TO GRACE OPERATIONS. | 53318.01 |

172573 W. R. Grace & Co.                          Invoice Number  1809616
60035  Grand Jury Investigation                   Page    5
       January 28, 2009

                        CURRENT EXPENSES                    56,387.61
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $56,387.61
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1809617
One Town Center Road                      Invoice Date      01/28/09
Boca Raton, FL    33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

    Fees                          0.00
    Expenses                    152.19

              TOTAL BALANCE DUE UPON RECEIPT          $152.19
                                                   =============

```
                        REED SMITH LLP
                       PO Box 360074M
                  Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630


  W.R. Grace & Co.                    Invoice Number      1809617
  One Town Center Road                Invoice Date       01/28/09
  Boca Raton, FL   33486              Client Number        172573
                                      Matter Number         60038

=============================================================================

Re: Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Telephone Expense                    0.10
      Westlaw                            152.09

                         CURRENT EXPENSES                152.19
                                                     -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $152.19
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1809617
One Town Center Road                    Invoice Date      01/28/09
Boca Raton, FL    33486                 Client Number       172573
                                        Matter Number        60038


===============================================================================

Re: (60038)  Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/11/08    Westlaw  - - Legal research re: response to DGS        23.09
            motion.

12/12/08    Westlaw - - Legal research re: response to DGS        121.50
            motion.

12/16/08    Westlaw - - Legal research re: response to DGS          7.50
            motion.

12/18/08    Telephone Expense                                        .10
            415-983-1056/SNFC CNTRL, CA/2

                        CURRENT EXPENSES                           152.19
                                                              ------------
                        TOTAL BALANCE DUE UPON RECEIPT           $152.19
                                                              ============