**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.

## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 11/1/08 through 11/30/08

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| E. Ordway | Member | $650 | 14.10 | $9,165.00 |
| S. Cunningham | Member | $650 | 22.90 | $14,885.00 |
| R. Frezza | Consultant | $550 | 31.00 | $17,050.00 |
| J. Dolan | Consultant | $395 | 73.90 | $29,190.50 |
| M. Desalvio | Research | $165 | 3.00 | $495.00 |
| L. Hirschman | Paraprofessional | $110 | 0.30 | $33.00 |
| N. Backer | Paraprofessional | $110 | 6.50 | $715.00 |
| **For the Period 11/1/08 through 11/30/08** | | | **151.70** | **$71,533.50** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 11/1/08 through 11/30/08**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motion regarding asset sales related to South Carolina property sales, Colowyo, LP Interest sale and ALCO asset sale. Additionally, the applicant performed various analyses and prepared related reports to the Committee thereon. | 90.60 | $45,990.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, prepared accrued interest scenarios in relation to the POR and Disclosure Statement and analyzed ZAI Term sheet and its impact. | 10.00 | $5,976.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding property damage settlements. | 2.50 | $1,064.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant Prepared the August, September and October fee statements, as well as prepared the 19th Quarterly Fee Application. | 15.10 | $4,128.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the September monthly and 3rd quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. | 16.00 | $6,837.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the revised POR and Disclosure Statement and prepared analyses regarding claims. | 9.30 | $4,988.00 |
| 21. Research | During the Fee Application period, the Applicant researched pricing for sales analysis and peer results for multiple analyses. | 3.00 | $495.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor and advisors to discuss sales transactions and 3rd Qtr. Results. | 5.20 | $2,054.00 |
| **For the Period 11/1/08 through 11/30/08** | | **151.70** | **$71,533.50** |

**Capstone Advisory Group, LLC**
**Invoice for the November 2008 Fee Application**

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
**Detailed Time Description by Task Code**
**For the Period 11/1/08 through 11/30/08**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 11/3/2008 | J. Dolan | 1.40 | Read and analyzed motion and related docs related to ALCO sale and performed various analyses. |
| 11/3/2008 | S. Cunningham | 2.30 | Read and analyzed Alco sale motion and related Exhibits. |
| 11/3/2008 | R. Frezza | 1.10 | Finalized review of Alco purchase and related motions, reviewed questions from attorneys and Capstone in prep for call with Company. |
| 11/3/2008 | E. Ordway | 0.80 | Analyzed documents pertaining to proposed ALCO sale and listed items for staff to analyze. |
| 11/4/2008 | S. Cunningham | 2.00 | Read and analyzed Alco data and reviewed analysis prepared by staff. |
| 11/4/2008 | J. Dolan | 2.20 | Preparation of report to the Committee regarding ALCO sale. |
| 11/4/2008 | R. Frezza | 2.40 | Prepared for and participated in call with Company and counsel on Alco sale due diligence Q&A session. Began preparing report on matter for the Committee. |
| 11/5/2008 | J. Dolan | 2.60 | Prepared report to the Committee regarding ALCO asset sale. |
| 11/5/2008 | S. Cunningham | 3.30 | Read and analyzed analysis and report to the Committee regarding Colowyo LP Interest sale motion and prepared additional questions for Debtors. |
| 11/6/2008 | J. Dolan | 2.40 | Continued analyses and review of documents regarding ALCO sale. |
| 11/7/2008 | J. Dolan | 2.70 | Report to Committee regarding asset sale to ALCO and related observations and recommendation. |
| 11/9/2008 | J. Dolan | 3.40 | Prepared report to Committee regarding ALCO sale and distributed to counsel for review. |
| 11/10/2008 | E. Ordway | 0.80 | Read and analyzed Counsel's memo regarding sale of land and certain other assets to ALCO. |
| 11/10/2008 | R. Frezza | 2.70 | Finalize report to committee re: Alco sale; discussions with counsel and responded to committee member questions. |
| 11/10/2008 | S. Cunningham | 2.30 | Read and analyzed various analyses related to the Colowyo LP Interest sale motion. |
| 11/11/2008 | R. Frezza | 2.20 | Call with Debtors regarding changes to Alco sale and follow up with counsel; read and analyzed Colowyo and other motions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/11/2008 | J. Dolan | 1.00 | Read and analyzed filed documents related to Colowyo LP Interest sale. |
| 11/11/2008 | S. Cunningham | 2.10 | Read and analyzed various analyses regarding the sale of LP Interests in Colowyo. |
| 11/12/2008 | R. Frezza | 2.70 | Further review and analysis of Alco issue and impact on report to the Committee; reviewed Colowyo motion and Exhibits. |
| 11/12/2008 | J. Dolan | 1.10 | Read and analyzed Colowyo motion and related exhibits. |
| 11/12/2008 | S. Cunningham | 2.10 | Read and analyzed Colowyo LP Interest sale motion and related Exhibits. |
| 11/13/2008 | R. Frezza | 1.90 | Prepared for and participated in call with Grace counsel regarding intricacies of Colowyo LP Interest sale issue. |
| 11/13/2008 | E. Ordway | 1.60 | Read and analyzed Colowyo motion and other data and directed staff in analyzing same. |
| 11/14/2008 | R. Frezza | 0.50 | Follow up discussions with counsel on Alco sale and Colowyo LP Interest sale. |
| 11/16/2008 | E. Ordway | 0.70 | Read and analyzed data related to Charleston SC sale. |
| 11/17/2008 | J. Dolan | 1.80 | Read and analyzed motion related to Charleston, SC property sale. |
| 11/17/2008 | R. Frezza | 0.70 | Follow up discussion with counsel on Colowyo LP Interest sale. |
| 11/18/2008 | J. Dolan | 3.10 | Read and analyzed motion and related exhibits regarding Colowyo motion and prepared additional request for information from Debtors. |
| 11/18/2008 | R. Frezza | 1.10 | Prepared report to the Committee and related analysis regarding Colowyo LP Interest sale. |
| 11/18/2008 | J. Dolan | 1.70 | Read and analyzed motion related to Charleston, SC property sale and requested additional information. |
| 11/18/2008 | S. Cunningham | 3.10 | Read and analyzed motion and related exhibits regarding Colowyo LP Interest sale motion and prepared additional questions for Debtors and team. |
| 11/19/2008 | J. Dolan | 3.10 | Preparation of report to the Committee regarding Colowyo LP Interest sale including observations and recommendation. |
| 11/19/2008 | R. Frezza | 2.30 | Read and analyzed 2nd amendment to Alco sale agreement; prepped for and participated in call with Debtors on final aspects of Colowyo motion. |
| 11/19/2008 | J. Dolan | 3.00 | Prepared various analyses regarding the sale of LP Interests in Colowyo. |
| 11/20/2008 | E. Ordway | 1.50 | Prepared/edited report to the Committee re: Colowyo. |
| 11/20/2008 | R. Frezza | 1.40 | Reviewed final Alco sale report to the Committee; followed up on other sale matters (Charleston Property, other). |

**Capstone Advisory Group, LLC**                                                                                                           **Page 2 of 6**
**Invoice for the November 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/20/2008 | J. Dolan | 2.60 | Prepared report to the Committee regarding the Colowyo LP Interest sale. |
| 11/20/2008 | J. Dolan | 1.80 | Read and analyzed sale of Charleston property motion and prepared related analyses. |
| 11/21/2008 | R. Frezza | 2.20 | Reviewed Colowyo LP Interest sale Report to the Committee; Coordinated with Counsel revisions on Colowyo LP Interest sale report; Alco; and Charleston/other issues. |
| 11/21/2008 | J. Dolan | 1.10 | Prepared for and participated in call with Debtors tax dept regarding the tax impact of Colowyo LP Interests sale. |
| 11/21/2008 | J. Dolan | 0.80 | Review of appraisal related to Charleston SC property sale received from Debtors. |
| 11/21/2008 | J. Dolan | 1.10 | Final revisions to report to the Committee regarding Colowyo LP interest sale and distributed to team for review. |
| 11/22/2008 | R. Frezza | 0.90 | Finalized review of Colowyo LP Interest sale report to the Committeee. |
| 11/24/2008 | J. Dolan | 1.20 | Revisions to report regarding Colowyo sale and distributed to counsel for review. |
| 11/24/2008 | R. Frezza | 2.60 | Finalized Colowyo LP Interest sale report to the Committee; sent questions on Charleston sale to Company; responded to counsel questions related to other sale issues. |
| 11/24/2008 | S. Cunningham | 2.40 | Read and analyzed motion related to Charleston, SC property sale. |
| 11/25/2008 | J. Dolan | 2.40 | Continued preparation of report to the Committee regarding sale of LP Interests incorporating counsel and team comments. |
| 11/26/2008 | J. Dolan | 0.40 | Finalization and distribution of report to the Committee regarding sale of Colowyo LP Interests. |
| Subtotal | | 90.60 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/5/2008 | E. Ordway | 0.30 | Read counsel's memo regarding damage claim settlement proposal; listed items for staff to investigate. |
| 11/11/2008 | R. Frezza | 1.10 | Discussed with counsel Lender responses on interest scenarios. |
| 11/17/2008 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding property damage settlements. |
| 11/18/2008 | E. Ordway | 0.40 | Read counsel's memo regarding procedures for settling claims and litigation. |
| 11/21/2008 | E. Ordway | 0.30 | Call with Bank lien holder to disucuss valuation issues. |
| 11/25/2008 | E. Ordway | 0.20 | Directed staff in analyzing ZAI term sheet. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/25/2008 | E. Ordway | 1.10 | Read and analyzed ZAI term sheet. |
| 11/25/2008 | S. Cunningham | 3.30 | Read and analyzed ZAI term sheet. |
| 11/25/2008 | R. Frezza | 0.50 | Discussed ZAI Term sheet with counsel. |
| 11/26/2008 | E. Ordway | 0.40 | Read counsel's memo regarding ZAI proposed plan. |
| 11/26/2008 | R. Frezza | 1.60 | Prepared ZAI Term sheet analysis. |
| Subtotal | | 10.00 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/3/2008 | E. Ordway | 0.30 | Read Counsel's memorandum regarding October 28th court hearing. |
| 11/3/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 11/17/2008 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 11/17/2008 | J. Dolan | 0.50 | Update with counsel regarding case status. |
| Subtotal | | 2.50 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/3/2008 | J. Dolan | 1.10 | Prepared September fee application. |
| 11/5/2008 | J. Dolan | 0.70 | Prepared September fee application. |
| 11/5/2008 | E. Ordway | 0.20 | Prepared fee application. |
| 11/11/2008 | J. Dolan | 0.80 | Prepared August fee application. |
| 11/19/2008 | N. Backer | 4.60 | August, September and October 2008 fee statement preparation. |
| 11/20/2008 | J. Dolan | 1.30 | Prepared October fee application. |
| 11/20/2008 | N. Backer | 1.50 | Preparation of the 19th Quarterly fee application. |
| 11/21/2008 | E. Ordway | 0.20 | Prepared fee application. |
| 11/21/2008 | J. Dolan | 0.50 | Finalized and filed September fee application. |
| 11/21/2008 | J. Dolan | 1.30 | Prepared October fee application. |
| 11/23/2008 | N. Backer | 0.40 | Preparation of the 19th Quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/24/2008 | L. Hirschman | 0.30 | Prepared October fee statement. |
| 11/24/2008 | J. Dolan | 0.90 | Prepared and finalized October fee application. |
| 11/26/2008 | J. Dolan | 1.30 | Prepared 19th Quarterly fee application. |
| Subtotal | | 15.10 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/5/2008 | E. Ordway | 0.70 | Read and analyzed most current monthly operating report and prepared list of items for staff to investigate. |
| 11/7/2008 | J. Dolan | 2.30 | Read and analyzed September operating reports. |
| 11/20/2008 | R. Frezza | 1.20 | Prepared for and participated in Q3 08 financial update call with company. |
| 11/24/2008 | J. Dolan | 3.90 | Prepared analyses related to 3rd quarter results including comparisons to prior year and Plan. |
| 11/24/2008 | E. Ordway | 0.60 | Directed staff in analyzing 3Q results. |
| 11/25/2008 | J. Dolan | 4.20 | Preparation of 3rd quarter analysis including EBITDA and gross margin analyses including actual, prior year and Plan results. |
| 11/26/2008 | J. Dolan | 1.20 | Prepared report to the Committee on Grace's 3Q08 results. |
| 11/28/2008 | J. Dolan | 1.90 | Prepared commentary on 3Q08 results for report to Committee. |
| Subtotal | | 16.00 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/7/2008 | E. Ordway | 1.30 | Read and analyzed disclosure statement and listed items for staff to review. |
| 11/7/2008 | R. Frezza | 1.90 | Assisted counsel with revised disclosure statement analyses. |
| 11/14/2008 | J. Dolan | 3.40 | Read and analyzed Debtors revised disclosure statement. |
| 11/16/2008 | E. Ordway | 0.40 | Call with a committee member to answer questions regarding Disclosure Statement. |
| 11/18/2008 | E. Ordway | 0.30 | Read counsel's memo re: results of November 19th court hearing regarding disclosure statement adequacy. |
| 11/20/2008 | E. Ordway | 0.80 | Analyzed impact of damage claims settlements on cash and POR. |
| 11/21/2008 | E. Ordway | 1.20 | Continued to read and analyze disclosure statement. |
| | Subtotal | | 9.30 |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **21. Research** | | | |
| 11/17/2008 | M. Desalvio | 0.30 | Searched docket for sale related motions. |
| 11/19/2008 | M. Desalvio | 1.50 | Researched coal pricing for Colowyo LP Interest sale analysis. |
| 11/21/2008 | M. Desalvio | 0.50 | Peer group updates for 3Q08 report to the Committee. |
| 11/25/2008 | M. Desalvio | 0.70 | Prepared 3Q08 peer group analysis for multiple analysis included in report to the Committee. |
| Subtotal | | 3.00 | |
| **26. Meetings with Debtors/Advisors** | | | |
| 11/4/2008 | J. Dolan | 1.30 | Prepared for and participated in call with Debtors and Advisors related to ALCO asset sale. |
| 11/13/2008 | J. Dolan | 1.70 | Prepared for and participated in call with Debtors and Advisors regarding Colowyo sale. |
| 11/19/2008 | J. Dolan | 1.20 | Prepared for and participated in call with Debtors related to Colowyo LP Interest sale. |
| 11/20/2008 | J. Dolan | 1.00 | Prepared for and participated in call with Debtors regarding 3Q results. |
| Subtotal | | 5.20 | |
| **Total Hours** | | **151.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11/1/08 through 11/30/08

| Date | Professional | Detail | Amount |
|---|---|---|---|
| | | | |
| Capstone Expense | | | |
| 11/5/2008 | Research | Bloomberg subscription | $111.00 |
| 11/6/2008 | Scans | Nov Scans - 3 @ 1.00 ea | $3.00 |
| 11/19/2008 | Telecom | Nov Telecom - Saddle Brook office | $196.00 |
| Subtotal - Capstone Expense | | | $310.00 |
| **For the Period 11/1/08 through 11/30/08** | | | $310.00 |