# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**DECEMBER 1, 2008 - DECEMBER 31, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.4 | $      260.00 |
| 0008 | Asset Analysis and Recovery | 2.9 | 1,885.00 |
| 0014 | Case Administration | 59.2 | 12,632.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 23.3 | 16,151.50 |
| 0018 | Fee Application, Applicant | 33.2 | 11,794.00 |
| 0019 | Creditor Inquiries | 1.6 | 1,313.50 |
| 0020 | Fee Application, Others | 6.0 | 2,000.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 4.4 | 2,860.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 1.4 | 910.00 |
| 0035 | Travel - Non Working | 9.0 | 6,975.00 |
| 0036 | Plan and Disclosure Statement | 67.5 | 40,477.00 |
| 0037 | Hearings | 12.6 | 8,877.50 |
| | | | |
| | **Sub Total** | **221.5** | **$  106,136.00** |
| | **Less 50% Travel** | **(4.5)** | **(3,487.50)** |
| | **Total** | **217.0** | **$  102,648.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 20, 2009 |
| INVOICE NO. | 464456 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2008, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/15/2008 | Attend to asbestos claims related articles. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 650 | $ 260.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 260.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 260.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1

# STROOCK

| RE | Asset Analysis and Recovery |
|----|------------------------------|
|    | 699843  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/08/2008 | Attend to Bank of New York Mellon's limited objection to Colowyo sale motion. | Krieger, A. | 0.2 |
| 12/12/2008 | Attend to amendments to Colowyo limited partnership interest, purchase and sale agreement, revised order and assumption and assignment agreement and exchanged memoranda with Capstone re same (1.1); memorandum to and from J. Baer re remaining indemnity (.2); t/c J. Baer re same (.1). | Krieger, A. | 1.4 |
| 12/15/2008 | Attend to notice of proposed sale of de minimis assets from asbestos and lead abatement business (.4); memoranda to R. Frezza re same (.2). | Krieger, A. | 0.6 |
| 12/17/2008 | Memorandum to R. Frezza re: information on sale of abatement property. | Krieger, A. | 0.1 |
| 12/23/2008 | Exchanged memoranda with R. Frezza re additional information obtained on proposed sale of asbestos and lead abatement assets and memorandum for the Committee discussing same (.3); attend to revised Committee memorandum re lead abatement asset sale (.3). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.9 | $ 650 | $ 1,885.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,885.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,885.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 12/01/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2); prepare documents for attorney review (.8). | Mohamed, D. | 2.4 |
| 12/02/2008 | O/c EH re pending fee application and o/c DM re same. | Krieger, A. | 0.2 |
| 12/02/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); obtain certain pleadings for attorney review (.6). | Mohamed, D. | 1.8 |
| 12/04/2008 | O/c and memorandum DM re schedules for 30th Quarterly application (.2); memorandum to LK re omnibus and other hearing schedules for 2009 and attend to related scheduling matters (.7). | Krieger, A. | 0.9 |
| 12/04/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.9); prepare certain documents for attorney review (.5). | Mohamed, D. | 1.6 |
| 12/05/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.1); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2); attention to retrieval of certain documents for attorney review (.5). | Mohamed, D. | 2.5 |
| 12/08/2008 | Reviewed Legal Docket to update status (1.4); t/c Court Call to arrange for AGK to attend | Holzberg, E. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | hearing on 12/15, telephonically (.2). | | |
| 12/08/2008 | Memorandum to EH re court call arrangements for 12/15/08 hearing (.1); attend to Citidal's notice re disposition of equity (.1). | Krieger, A. | 0.2 |
| 12/08/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adv. pro. case no. 01-771 (.2); review case file documents (1.1); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.6 |
| 12/09/2008 | Exchanged memoranda re conference call with Grace representatives. | Krieger, A. | 0.2 |
| 12/09/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.3); prepare certain client documents for attorney review (.8). | Mohamed, D. | 2.4 |
| 12/10/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.4); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2); obtain various documents for attorney review (.3). | Mohamed, D. | 2.7 |
| 12/11/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); prepare documents for attorney review (.7). | Mohamed, D. | 1.8 |
| 12/12/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 12/12/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.0); review adv. pro. case docket no. 01-771 (.2); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2); obtain documents for review (.4). | Mohamed, D. | 2.3 |
| 12/15/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.1 |
| 12/15/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | | |
| 12/16/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); attention to research and retrieval of various documents for attorney review (1.7); review case file documents (1.2). | Mohamed, D. | 4.1 |
| 12/17/2008 | T/cs Court call and Judge Fitzgerald's chambers re: 12/17/08 hearing. | Krieger, A. | 0.5 |
| 12/17/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket no. 01-771 (.2); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2); obtain various client documents for review (.6). | Mohamed, D. | 2.2 |
| 12/18/2008 | Review and update case docket no. 01-1139 (.4); obtain and circulate pleadings in main case (.8); attention to preparation of documents for attorney review (1.2). | Mohamed, D. | 2.4 |
| 12/19/2008 | Exchanged memoranda with DM re: pending of fee applications, CNOs (.3); memoranda to LK re: pending fee applications (.4). | Krieger, A. | 0.7 |
| 12/19/2008 | Review memo re pending fee application. | Kruger, L. | 0.2 |
| 12/19/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2); prepare documents for attorney review (.7). | Mohamed, D. | 2.5 |
| 12/22/2008 | Reviewed Legal  Docket to update status. | Holzberg, E. | 1.1 |
| 12/22/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.8); review adv. pro. case no. 01-771 (.2); review district court case | Mohamed, D. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | no. 08-250 (.2); review court of appeals case no. 08-2069 (.2); attention to retrieval of certain documents for attorney review (.5). | | |
| 12/23/2008 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently filed pleadings in main case (1.2); obtain certain documents for review (.8). | Mohamed, D. | 2.5 |
| 12/24/2008 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); prepare documents for attorney review (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2); research re CNO's for SSL fee applications (.6). | Mohamed, D. | 3.2 |
| 12/29/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review case file documents (1.6); review adv. pro. case docket no. 01-771 (.2); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 3.1 |
| 12/30/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 12/30/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1); prepare documents for review (.6). | Mohamed, D. | 2.1 |
| 12/31/2008 | Attend to fee applications, CNOs. | Krieger, A. | 0.2 |
| 12/31/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 7.8 | $ 270 | $ 2,106.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.9 | 650 | 1,885.00 |
| Kruger, Lewis | 0.2 | 945 | 189.00 |
| Mohamed, David | 48.3 | 175 | 8,452.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,632.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,632.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/01/2008 | Exchanged further memoranda with M. Berg re memorandum to the Committee (.2); memorandum to the Committee re City of Charleston and Tyco Healthcare motion (.3). | Krieger, A. | 0.5 |
| 12/02/2008 | Memorandum to the Committee re Tyco motion. | Krieger, A. | 0.3 |
| 12/10/2008 | O/c LK and then call with J. Baer and other Grace representatives re 12/15/08 hearing and follow-up conf call LK, KP re: same. | Krieger, A. | 0.7 |
| 12/10/2008 | O/c with AK and t/c Jan Baer and other Grace representatives; conference call with AK and KP re results (.7); review DH memo (.2); review various motions for conference call and responses (.5). | Kruger, L. | 1.4 |
| 12/10/2008 | Conference call with debtors, professionals re: status. | Pasquale, K. | 0.5 |
| 12/16/2008 | Exchanged memoranda with R. Frezza re revised POR analysis for the Committee (.1); memorandum to LK, KP re same (.1); review analysis (.7). | Krieger, A. | 0.9 |
| 12/16/2008 | Review Committee's draft objection to confirmation (.3); review memo re revised POR analysis (.3). | Kruger, L. | 0.6 |
| 12/17/2008 | Attend to Capstone analysis of revised POR. | Krieger, A. | 0.7 |
| 12/18/2008 | Conf call R. Frezza, J. Dolan re revised POR analysis (.8); exchanged memoranda with M. Lastowski re 12/22/08 filing of Committee's preliminary objection to the Plan (.2); exchanged memoranda with KP re preliminary objection (.2); attend to preliminary objection (1.2); memoranda to LK re preliminary | Krieger, A. | 3.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | objection (.1); memorandum to the Committee re preliminary objection (.6); exchanged memoranda with W. Katchen and KP re same (.4). | | |
| 12/19/2008 | Office conference re: preliminary objection (.1); exchanged memoranda with KP re: same (.1); finalize preliminary objection and memorandum to M. Lastowski re: same (.4). | Krieger, A. | 0.6 |
| 12/22/2008 | Attend to Capstone's draft memorandum to the Committee re: the sale of asbestos and lead abatement business (.8); exchanged memoranda with M. Lastowski re: preliminary objection and service list inquiry (.4); memorandum for the Committee re: plan update (1.2); exchanged memoranda with R. Frezza re: lead abatement asset sale (.2). | Krieger, A. | 2.6 |
| 12/22/2008 | Review memo for Committee re plan update (.3); review Capstone memo to Committee re sale of asbestos and lead abatement business (.5). | Kruger, L. | 0.8 |
| 12/23/2008 | Attend to memorandum to the Committee re Joint Plan and US ZAI related matters (.3); exchanged memoranda with J. Dolan re Capstone's updated plan recovery analysis (.2); memorandum to LK, KP re memorandum for the Committee on Capstone's revised plan analysis (.2); o/c LK re Capstone analysis (.1); attend to further revised Capstone analysis and attend to memorandum for the Committee re same (.6). | Krieger, A. | 1.4 |
| 12/30/2008 | O/c KP re Debtors' designation of confirmation issues and points for response thereto (.4); preparation of Committee's response to the Designation (5.6). | Krieger, A. | 6.0 |
| 12/30/2008 | Review Committee response to Designation of Confirmation issues. | Kruger, L. | 0.4 |
| 12/31/2008 | Prepare revised Committee response to Plan Proponents' designation (1.0); and attend to KP comments thereon (.3); memorandum to the Committee re response to the Designation (.5); attend to memorandum from Committee | Krieger, A. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | member re plan issues (.1); memorandum to M. Lastowski re 1/5/09 filing of Response (.1); review notes from prior hearings re designation and responses thereto (.4). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 19.6 | $ 650 | $ 12,740.00 |
| Kruger, Lewis | 3.2 | 945 | 3,024.00 |
| Pasquale, Kenneth | 0.5 | 775 | 387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,151.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 16,151.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2008 | Worked on 91st Monthly Fee Application for the month of October and prepare for filing. | Holzberg, E. | 1.9 |
| 12/01/2008 | O/c EH re finalizing October 2007 fee statement (.1); attend to 30th quarterly (4.3). | Krieger, A. | 4.4 |
| 12/02/2008 | Worked on Quarterly Fee Application. | Holzberg, E. | 0.6 |
| 12/02/2008 | Attend to 30th Quarterly fee application. | Krieger, A. | 1.4 |
| 12/02/2008 | Review Stroock's 91st monthly fee statement in preparation for filing (.5); prepare affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.8 |
| 12/03/2008 | Review SSL draft fee application. | Pasquale, K. | 0.6 |
| 12/05/2008 | Completed 30th Quarterly Fee Application. | Holzberg, E. | 2.0 |
| 12/05/2008 | Memorandum to DM, EH re filing of 30th Quarterly fee application. | Krieger, A. | 0.1 |
| 12/05/2008 | Review Stroock's thirtieth quarterly fee application in preparation for filing (.8); prepare affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.7). | Mohamed, D. | 2.1 |
| 12/08/2008 | Started work on 92nd Monthly Application for the month of November. | Holzberg, E. | 1.4 |
| 12/09/2008 | Worked on 92nd Monthly Fee Application. | Holzberg, E. | 1.0 |
| 12/10/2008 | Attend to November 2008 fee statement. | Krieger, A. | 1.4 |
| 12/11/2008 | Attend to November 2008 fee statement. | Krieger, A. | 0.4 |
| 12/12/2008 | Worked on 92nd Fee Application. | Holzberg, E. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/15/2008 | Reviewed disbursements and worked on 92nd Fee Application for Month of November. | Holzberg, E. | 2.1 |
| 12/16/2008 | Worked on 92nd Monthly Fee Application and Disbursements for Month of November. | Holzberg, E. | 2.4 |
| 12/22/2008 | Worked on 92nd Monthly Fee Application and chart for November 2008. | Holzberg, E. | 2.4 |
| 12/22/2008 | Office conference with EH re: November 2008 fee statement (.1); exchanged memoranda with C. Paolini re: inquiry on expenses (.5). | Krieger, A. | 0.6 |
| 12/22/2008 | Review fee auditors project category summary for the twenty-ninth interim period. | Mohamed, D. | 0.6 |
| 12/23/2008 | Worked on 92nd Monthly Fee Application. | Holzberg, E. | 1.2 |
| 12/29/2008 | Completed 92nd Monthly Fee Application and prepared for filings. | Holzberg, E. | 1.8 |
| 12/30/2008 | Review Stroock's ninety-second monthly fee statement in preparation for filing (.8); prepare affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 17.7 | $ 270 | $ 4,779.00 |
| Krieger, Arlene G. | 8.3 | 650 | 5,395.00 |
| Mohamed, David | 6.6 | 175 | 1,155.00 |
| Pasquale, Kenneth | 0.6 | 775 | 465.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,794.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,794.00 |
|-----------------------|-------------|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2008 | T/c bank debt holder. | Kruger, L. | 0.2 |
| 12/05/2008 | Telephone conference creditor re bank interest litigation and POR. | Pasquale, K. | 0.3 |
| 12/08/2008 | T/c bank debt holder re: status and ideas. | Kruger, L. | 0.2 |
| 12/09/2008 | T/c creditor re confirmation process and Class 9 treatment and o/c LK re same (.3); memorandum to KP re same (.2). | Krieger, A. | 0.5 |
| 12/09/2008 | O/c with AK and t/c with trade and bank debt holder re exit financing and current status. | Kruger, L. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 650 | $ 325.00 |
| Kruger, Lewis | 0.8 | 945 | 756.00 |
| Pasquale, Kenneth | 0.3 | 775 | 232.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,313.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,313.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others 699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2008 | Attend to other professionals fee applications. | Krieger, A. | 0.3 |
| 12/02/2008 | Attend to other professional's fee application. | Krieger, A. | 0.4 |
| 12/04/2008 | Review Capstone's 19th quarterly fee application and Capstone's 57th monthly fee statement in preparation for filing (1.1); prepare notices and affidavits of service re same and forward to local counsel for filing (1.3); prepare and effectuate service re fee applications (1.2). | Mohamed, D. | 3.6 |
| 12/08/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 12/15/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.2 |
| 12/18/2008 | Attend to other professionals fee applications. | Krieger, A. | 0.4 |
| 12/29/2008 | Research re CNO's pertaining to Capstone's fee applications. | Mohamed, D. | 0.4 |
| 12/31/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.0 | $ 650 | $ 1,300.00 |
| Mohamed, David | 4.0 | 175 | 700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,000.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,000.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2008 | Conference call with Company and A. Krieger to resolve questions on Tyco settlement (.7); telephone call with A. Krieger (.3); review supplement to memo sent to Committee (.2). | Berg, M. | 1.2 |
| 12/02/2008 | Prepare for and participate in conf call with J. Baer, L. Duff, MB, other re: environmental related issues on and terms of agreement (1.4); follow-up o/c M. Berg re same (.3); attend to supplemental memorandum for the Committee re Tyco matter (1.3); exchanged memoranda with MB re supplemental memo for the Committee (.2). | Krieger, A. | 3.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 1.2 | $ 650 | $ 780.00 |
| Krieger, Arlene G. | 3.2 | 650 | 2,080.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,860.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,860.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 122.25 |
| Local Transportation | 75.00 |
| Long Distance Telephone | 291.63 |
| Duplicating Costs-in House | 2.80 |
| O/S Information Services | 14.63 |
| Travel Expenses - Transportation | 1141.68 |
| Travel Expenses - Lodging | 293.81 |
| Travel Expenses - Meals | 66.05 |
| Westlaw | 2009.95 |

| TOTAL DISBURSEMENTS/CHARGES | $ 4,017.80 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,017.80 |
|---|---|

# STROOCK

| RE | Litigation (Non-Bankruptcy/General) 699843  0032 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/04/2008 | Attend to Debtors' motion to void actions taken by Maricopa County, Arizona and others. | Krieger, A. | 0.2 |
| 12/08/2008 | Attend to Debtors' motion to void actions taken with regard to property in Maricopa, Arizona. | Krieger, A. | 0.9 |
| 12/09/2008 | Attend to COC re stipulation continuing Debtors' motion to declare void actions by Maricopa. | Krieger, A. | 0.1 |
| 12/19/2008 | Attend to Maricopa County's response to Debtor's motion voiding all actions re: real property. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 650 | $ 910.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 910.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 910.00 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/14/2008 | Travel to Pittsburgh for omnibus court hearing. | Pasquale, K. | 4.5 |
| 12/15/2008 | Return travel from Pittsburgh omnibus court hearing. | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 9.0 | $ 775 | $ 6,975.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,975.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,975.00 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Plan and Disclosure Statement<br>699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2008 | Attend to draft revised CMO re confirmation (.5); memorandum to J. Baer, comment to same (.1); attend to memoranda re other parties' comments to CMO (.1). | Krieger, A. | 0.7 |
| 12/01/2008 | Review e-mails re CMO. | Kruger, L. | 0.4 |
| 12/01/2008 | Reviewed debtors' revised draft CMO. | Pasquale, K. | 0.3 |
| 12/03/2008 | Research and meeting with A. Krieger re: plan issue. | Harris, D. | 3.5 |
| 12/03/2008 | O/c D. Harris re: plan related research and status and plan materials (.5); attend to memoranda re: Debtors' confirmation/CMO and insurers' objections thereto (.2). | Krieger, A. | 0.7 |
| 12/03/2008 | Review debtor COC re: confirmation CMO. | Kruger, L. | 0.2 |
| 12/03/2008 | Review emails re confirmation CMO and debtors' COC re same. | Pasquale, K. | 0.3 |
| 12/04/2008 | Attend to Insurers' objection to the confirmation CMO (.1); attend to plan materials (2.1); attend to ZAI Term Sheet (.8). | Krieger, A. | 3.0 |
| 12/04/2008 | Attention to insurer's objection to debtors CMO. | Pasquale, K. | 0.3 |
| 12/05/2008 | Research re: plan issue for A. Krieger. | Harris, D. | 1.4 |
| 12/05/2008 | Attend to D. Harris memo on plan issue and memoranda to DH re same. | Krieger, A. | 0.2 |
| 12/08/2008 | Attend to court's modified initial confirmation CMO (.1); attend to Seaton & One Beacon Insurance Companies' supplemental disclosure statement objection (.2); attend to Royal Indemnity Company's motion re confidentiality | Krieger, A. | 6.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | order (.9); attend to case law re plan issues (4.5); attend to article re solvency (.3). | | |
| 12/08/2008 | O/c with KP re: ext financing. | Kruger, L. | 0.2 |
| 12/08/2008 | Review CMO-related filings. | Pasquale, K. | 0.4 |
| 12/09/2008 | Meeting with A. Krieger re: plan issues research (.6); research re: plan issues for A. Krieger (4.3). | Harris, D. | 4.9 |
| 12/09/2008 | O/c DH re plan issues (.5); review Plan provisions and exhibits (4.3); attend to Debtors' response to insurers' motion for entry of confidentiality order (.6); attend to plan treatment materials and issues and t/c Capstone re same (.8). | Krieger, A. | 6.2 |
| 12/10/2008 | Research issues for plan objections for A. Krieger. | Harris, D. | 1.8 |
| 12/10/2008 | Attend to DH memo and request for further case law review (.5); attend to plan issues case law (2.6); exchanged memoranda with DH re plan issues (.3); attend to objections filed by asbestos personal injury plaintiffs' counsel to insurers motion for access to confidential materials (.2). | Krieger, A. | 3.6 |
| 12/10/2008 | Attention to insurers' motion for confidentiality order and responses to same. | Pasquale, K. | 0.8 |
| 12/11/2008 | Attend to confirmation-related issues. | Krieger, A. | 2.3 |
| 12/12/2008 | Meeting with A. Krieger (.3) and drafted preliminary objections to joint plan of reorganization (2.3). | Harris, D. | 2.6 |
| 12/12/2008 | O/cs D. Harris re preparation of preliminary objection (.5); t/c R. Frezza, J. Dolan re plan status and revised analysis (.3); attend to revised plan and disclosure statement materials (.4). | Krieger, A. | 1.2 |
| 12/15/2008 | Drafted preliminary objections to plan for K. Pasquale. | Harris, D. | 1.1 |
| 12/15/2008 | Attend to Sealed Air article (.1); exchanged | Krieger, A. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memoranda with DH re Preliminary Objection (.2). | | |
| 12/16/2008 | Prepare revised preliminary objection to the First Amended Plan and exchanged memoranda with KP re: same (2.9); memoranda to W. Katchen re: State of Montana's joinder (.4). | Krieger, A. | 3.3 |
| 12/16/2008 | Revised draft of preliminary objections to confirmation. | Pasquale, K. | 1.3 |
| 12/17/2008 | Attend to Libby claimants' counsel proposed form of confidentiality agreement and J. Baer memorandum to the Court re same (.3); attend to plan, disclosure statement changes circulated by D. Ball (.2). | Krieger, A. | 0.5 |
| 12/17/2008 | Review revised POR and DS (.2); review Capstone analysis of POR (.5); review memo to court and proposed Libby Confidentiality Agreement (.2). | Kruger, L. | 0.9 |
| 12/17/2008 | Review further revised POR and DS (.2); review Libby protective order (.2). | Pasquale, K. | 0.4 |
| 12/18/2008 | T/c and memorandum M. Phillips re: preliminary objection to Plan. | Krieger, A. | 0.3 |
| 12/18/2008 | Review preliminary confirmation objections. | Kruger, L. | 0.2 |
| 12/18/2008 | Attention to preliminary confirmation objection issues and emails re: same. | Pasquale, K. | 0.3 |
| 12/19/2008 | Attend to preliminary objection filed by Lloyd's Underwriters (.1); attend to Debtors' revised plan filings (.1); attend to plan-related materials (.7). | Krieger, A. | 0.9 |
| 12/21/2008 | Attend to further revised plan, disclosure statement and new exhibits 10 (Cooperation Agreement) (1.7); attend to amendment to preliminary objection and memorandum to M. Lastowski re same (.2). | Krieger, A. | 1.9 |
| 12/22/2008 | Office conference and memorandum to KP re: recently filed revised plan documents (.3); | Krieger, A. | 4.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exchanged memoranda with R. Frezza re: Capstone POR analysis (.1); attend to ZAI claimants' motion for approval of class settlement and of class certification (2.9); telephone conference with W. Katchen re: inquiry from creditor's counsel regarding CMO and deadlines to file objections to the plan (.2); attend to ACC's first requests for production and interrogatories from the Libby Claimants (.6); attend to article re: criminal trial (.1); attend to various preliminary objections filed to the Joint Plan (.3). | | |
| 12/22/2008 | Review revised plan documents. | Kruger, L. | 0.6 |
| 12/22/2008 | Review revised draft confirmation CMO (.2); review filed preliminary objections and discovery demands filed on docket (.6). | Pasquale, K. | 0.8 |
| 12/23/2008 | Exchanged memoranda with KP re call to discuss Debtors' discovery demands (.1); attend to preliminary objections filed by various parties to the Joint Plan (.4); attend to Debtors' discovery request to the Committee and certain other objectors (.2); attend to revised CMO circulated 12/22/08 (.1); memorandum to LK, KP re comments to revised CMO (.2); o/c KP and then conf call KP, A. Rosenberg, R. Cobb re confirmation and issues (.8). | Krieger, A. | 1.8 |
| 12/23/2008 | Review preliminary objections to POR (.3); review debtor's demand for discovery to UCC (.2). | Kruger, L. | 0.5 |
| 12/23/2008 | Review various parties' preliminary objections to POR (.5); review Debtors' discovery demand to UCC (.3); telephone conference R. Cobb, A. Rosenberg re same (.3); confer A. Krieger re same (.2). | Pasquale, K. | 1.3 |
| 12/26/2008 | Attend to J. Baer e-mail re production of Chambers' expert report and memoranda to KP re same. | Krieger, A. | 0.2 |
| 12/29/2008 | Attend to Debtors' designation of confirmation issues and review of plan related documents and responses. | Krieger, A. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/29/2008 | Review debtors description of confirmation issues and review of POR. | Kruger, L. | 0.8 |
| 12/30/2008 | Attend to discovery related pleadings, responses filed by parties-in interest. | Krieger, A. | 0.6 |
| 12/30/2008 | Attention to debtors' designation of confirmation issues (.2); confer A. Krieger re same (.3). | Pasquale, K. | 0.5 |
| 12/31/2008 | Memorandum to A. Rosenberg, R. Cobb re draft designation and response (.1); attend to discovery from ACC, Libby Claimants (1.1); attend to J. Baer memorandum re disclosure statement (.1). | Krieger, A. | 1.3 |
| 12/31/2008 | Review and revised draft response to debtors' designation of confirmation issues. | Pasquale, K. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 15.3 | $ 295 | $ 4,513.50 |
| Krieger, Arlene G. | 41.1 | 650 | 26,715.00 |
| Kruger, Lewis | 3.8 | 945 | 3,591.00 |
| Pasquale, Kenneth | 7.3 | 775 | 5,657.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 40,477.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 40,477.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2008 | T/c D. Blabey (Kramer) re: Anderson Memorial arguments. | Krieger, A. | 0.2 |
| 12/09/2008 | Attend to agenda for 12/15/08 hearing. | Krieger, A. | 0.1 |
| 12/15/2008 | Attend to amended agenda notice for 12/15/08 hearings and exchanged memo with KP re same (.2); preparation for and attendance (telephonically) at 12/15/08 hearing (4.4); attend to State of Montana's joinder and related pleadings (.7). | Krieger, A. | 5.3 |
| 12/15/2008 | Prep for and participated in omnibus court hearing. | Pasquale, K. | 5.5 |
| 12/17/2008 | Attend (telephonically) continued hearing from 12/15/08 (1.1); memorandum to KP re continued hearing (.4). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.1 | $ 650 | $ 4,615.00 |
| Pasquale, Kenneth | 5.5 | 775 | 4,262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,877.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,877.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 106,136.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 4,017.80 |
| TOTAL BILL | $ 110,153.80 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71950857v1