# EXHIBIT B

NY 71950857v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**DECEMBER 1, 2008 - DECEMBER 31, 2008**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 8.0 | $945 | $ 7,560.00 |
| Pasquale, Kenneth | 23.2 | 775 | 17,980.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 1.2 | 650 | 780.00 |
| Harris, Daniel J. | 15.3 | 295 | 4,513.50 |
| Krieger, Arlene G. | 89.4 | 650 | 58,110.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 25.5 | 270 | 6,885.00 |
| Mohamed, David | 58.9 | 175 | 10,307.50 |
| | | | |
| **Sub Total** | **221.5** | | **$ 106,136.00** |
| **Less 50% Travel** | **(4.5)** | | **(3,487.50)** |
| **Total** | **217.0** | | **$ 102,648.50** |

NY 71950857v1