# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**DECEMBER 1, 2008 - DECEMBER 31, 2008**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 122.25 |
| Local Transportation | | 75.00 |
| Long Distance Telephone | | 291.63 |
| Duplicating Costs-in House | | 2.80 |
| O/S Information Services | | 14.63 |
| Travel Expenses - Transportation | | 1,141.68 |
| Travel Expenses - Lodging | | 293.81 |
| Travel Expenses - Meals | | 66.05 |
| Westlaw | | 2,009.95 |
| | | |
| TOTAL | **$** | **4,017.80** |

# STROOCK

## Disbursement Register

| DATE | January 20, 2009 |
|------|------------------|
| INVOICE NO. | 464456 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 12/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827488; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190679379 on 11/25/2008 | 7.51 |
| 12/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827488; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194329365 on 11/25/2008 | 10.65 |
| 12/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827488; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194375743 on 11/25/2008 | 7.51 |
| 12/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827488; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194436150 on 11/25/2008 | 7.51 |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197506659 on 12/02/2008 | 9.53 |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David | 6.72 |

NY 71950857v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197906664 on 12/02/2008 | |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198764431 on 12/02/2008 | 6.72 |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199631242 on 12/02/2008 | 6.72 |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195159065 on 12/04/2008 | 6.72 |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196924888 on 12/04/2008 | 9.53 |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198855057 on 12/04/2008 | 6.72 |
| 12/08/2008 | VENDOR: UPS; INVOICE#: 0000010X827498; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199703674 on 12/04/2008 | 6.72 |
| 12/16/2008 | VENDOR: UPS; INVOICE#: 0000010X827508; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195702771 on 12/05/2008 | 9.53 |
| 12/16/2008 | VENDOR: UPS; INVOICE#: 0000010X827508; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197842152 on 12/05/2008 | 6.72 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16/2008 | VENDOR: UPS; INVOICE#: 0000010X827508; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198372168 on 12/05/2008 | 6.72 |
| 12/16/2008 | VENDOR: UPS; INVOICE#: 0000010X827508; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199636747 on 12/05/2008 | 6.72 |
| | **Outside Messenger Service Total** | **122.25** |

**Local Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03/2008 | VENDOR: NYC Taxi; Invoice#: 848259; Invoice Date: 11/21/2008; Voucher #: 100136; Arlene Krieger 11/11/2008 15:00 from 180 MAIDEN LANE MANHATTAN NY to 110 E 80 ST MANHATTAN NY | 37.50 |
| 12/04/2008 | VENDOR: NYC Taxi; Invoice#: 848886; Invoice Date: 11/28/2008; Voucher #: 196737; Arlene Krieger 11/13/2008 08:45 from 10 EAST END AVE MANHATTAN NY to 180 MAIDEN LA MANHATTAN NY | 37.50 |
| | **Local Transportation Total** | **75.00** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02/2008 | "EXTN.795544, TEL.4435358439, S.T.11:00, DUR.00:50:25" | 28.36 |
| 12/04/2008 | "EXTN.795475, TEL.3026574900, S.T.12:42, DUR.00:10:37" | 6.12 |
| 12/04/2008 | "EXTN.795475, TEL.3026574900, S.T.14:30, DUR.00:02:42" | 1.67 |
| 12/05/2008 | "EXTN.795475, TEL.3026574900, S.T.16:40, DUR.00:01:22" | 1.11 |
| 12/12/2008 | "EXTN.795544, TEL.3128612162, S.T.14:04, DUR.00:07:55" | 4.45 |
| 12/12/2008 | "EXTN.795562, TEL.9734678282, S.T.10:07, DUR.00:01:45" | 1.11 |
| 12/15/2008 | VENDOR: Chase Card Services; INVOICE#: 120208; DATE: 12/2/2008  -  visa charge 11/20/08 Court Call LLC | 64.00 |
| 12/16/2008 | "EXTN.795562, TEL.2029732400, S.T.16:18, DUR.00:17:29" | 10.01 |
| 12/17/2008 | "EXTN.795544, TEL.4126443541, S.T.14:32, DUR.00:07:51" | 4.45 |
| 12/19/2008 | Chase Card Services Inv. # 110208 date 11/2/08 visa charge 10/24/08 Court Call LLC | 44.50 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19/2008 | Chase Card Services Inv. # 110208 date 11/2/08 visa charge 10/30/08 Court Call LLC | 122.50 |
| 12/23/2008 | "EXTN.795475, TEL.3026574955, S.T.11:48, DUR.00:00:49" | 0.56 |
| 12/23/2008 | "EXTN.795475, TEL.3026574900, S.T.11:50, DUR.00:02:39" | 1.67 |
| 12/23/2008 | "EXTN.795475, TEL.3026574955, S.T.15:37, DUR.00:00:03" | 0.56 |
| 12/23/2008 | "EXTN.795475, TEL.3026574900, S.T.15:38, DUR.00:00:40" | 0.56 |
| | **Long Distance Telephone Total** | **291.63** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 12/12/2008 | | 2.80 |
| | **Duplicating Costs-in House Total** | **2.80** |

**O/S Information Services**

| | | |
|---|---|---|
| 12/08/2008 | VENDOR: Reed Elsevier Inc.; INVOICE#: EA-346463; DATE: 11/1/2008  -  CourtLink Product Usage for July 2008 | 14.63 |
| | **O/S Information Services Total** | **14.63** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 12/03/2008 | VENDOR: NYC Taxi; Invoice#: 848259; Invoice Date: 11/21/2008; Voucher #: 229454; Arlene Krieger 11/13/2008 14:15 from 180 MAIDEN LA MANHATTAN NY to LaGuardia Airport Flushing NY | 66.57 |
| 12/04/2008 | VENDOR: AMEX; KRIEGER/ARLENE PIT LGA on 10/24/2008 | -314.50 |
| 12/04/2008 | VENDOR: AMEX; KRIEGER/ARLENE on 11/06/2008. | 32.25 |
| 12/04/2008 | VENDOR: AMEX; KRIEGER/ARLENE PIT LGA on 11/06/2008 | 149.50 |
| 12/04/2008 | VENDOR: AMEX; KRIEGER/ARLENE LGA PIT on 11/12/2008. | 171.50 |
| 12/04/2008 | VENDOR: AMEX; KRIEGER/ARLENE PIT EWR on 11/14/2008. | 190.00 |
| 12/04/2008 | VENDOR: AMEX; KRIEGER/ARLENE LGA PIT LGA on 11/18/2008. | 239.00 |
| 12/04/2008 | VENDOR: AMEX; KRIEGER/ARLENE on 11/18/2008. | 32.25 |
| 12/04/2008 | VENDOR: AMEX; PASQUALE/KENNETH PIT EWR on 10/24/2008 | -404.50 |
| 12/04/2008 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on | 175.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 11/06/2008. | |
| 12/04/2008 | VENDOR: AMEX; PASQUALE/KENNETH on 11/06/2008. | 32.25 |
| 12/04/2008 | VENDOR: AMEX; PASQUALE/KENNETH LGA PIT on 11/12/2008. | 171.50 |
| 12/09/2008 | VENDOR(EE): AKRIEGER: Taxi fare from LaGuardia airport to home $20.90 fare + $0.50 surcharge + $4.15 toll + 5.45 tip - 11/24/08 | 31.00 |
| 12/09/2008 | VENDOR(EE): AKRIEGER: Taxi fare from Pittsburgh airport to courthouse $38.75 + $6.25 tip - 11/24/08. | 45.00 |
| 12/12/2008 | VENDOR: NYC Taxi; Invoice#: 849643; Invoice Date: 12/05/2008; Voucher #: 241730; Arlene Krieger 11/24/2008 07:40 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY | 55.86 |
| 12/19/2008 | Chase Card Services Inv. # 110208 date 11/2/08 visa charge 10/16/08 L. Kruger 10/20/08 Penn Station NY to Wilmington, DE | 268.00 |
| 12/22/2008 | VENDOR(EE): KPASQUALE: 12/14/08 - 12/15/08; Taxis/car service for court hearing in Pittsburgh, PA | 201.00 |
| | **Travel Expenses - Transportation Total** | **1,141.68** |
| **Travel Expenses - Lodging** | | |
| 12/22/2008 | VENDOR(EE): KPASQUALE: Court hearing in Pittsburgh PA on December 15, 2008, Westin Hotel. | 293.81 |
| | **Travel Expenses - Lodging Total** | **293.81** |
| **Travel Expenses - Meals** | | |
| 12/09/2008 | VENDOR(EE): AKRIEGER: Dinner at airport $10.69 + $2.31 tip - 11/24/08 | 13.00 |
| 12/22/2008 | VENDOR(EE): KPASQUALE: Court hearing in Pittsburgh PA on December 15, 2008 - meals  (1 Dinner, 1 Breakfast) | 53.05 |
| | **Travel Expenses - Meals Total** | **66.05** |
| **Westlaw** | | |
| 12/03/2008 | Transactional Search by Harris, Daniel J. | 443.20 |
| 12/05/2008 | Transactional Search by Harris, Daniel J. | 456.21 |
| 12/08/2008 | Transactional Search by Krieger, Arlene G. | 317.46 |
| 12/09/2008 | Transactional Search by Krieger, Arlene G. | 69.86 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/09/2008 | Transactional Search by Harris, Daniel J. | 539.26 |
| 12/10/2008 | Transactional Search by Harris, Daniel J. | 183.96 |
| **Westlaw Total** | | **2,009.95** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 122.25 |
| Local Transportation | 75.00 |
| Long Distance Telephone | 291.63 |
| Duplicating Costs-in House | 2.80 |
| O/S Information Services | 14.63 |
| Travel Expenses - Transportation | 1141.68 |
| Travel Expenses - Lodging | 293.81 |
| Travel Expenses - Meals | 66.05 |
| Westlaw | 2009.95 |

| TOTAL DISBURSEMENTS/CHARGES | $ 4,017.80 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.