# Exhibit A

DM3\897057.1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

January 9, 2009

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1446273                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 17.70 | hrs. at | $645.00 | /hr. = | $11,416.50 |
| RW RILEY | PARTNER | 5.00 | hrs. at | $520.00 | /hr. = | $2,600.00 |
| WS KATCHEN | OF COUNSEL | 22.70 | hrs. at | $705.00 | /hr. = | $16,003.50 |
| SL ROSS | ASSOCIATE | 1.20 | hrs. at | $315.00 | /hr. = | $378.00 |
| BA GRUPPO | PARALEGAL | 0.90 | hrs. at | $250.00 | /hr. = | $225.00 |
| EM O'BYRNE | PARALEGAL | 9.60 | hrs. at | $195.00 | /hr. = | $1,872.00 |
| CM DOOLEY | PARALEGAL | 0.20 | hrs. at | $225.00 | /hr. = | $45.00 |
| SE WALLACE | PARALEGAL | 0.20 | hrs. at | $225.00 | /hr. = | $45.00 |
| ST TATE | LEGAL ASSISTANT | 2.30 | hrs. at | $150.00 | /hr. = | $345.00 |
| | | | | | | $32,930.00 |

DISBURSEMENTS
| | |
|---|---|
| MESSENGER SERVICE | 5.00 |
| OVERNIGHT MAIL | 49.52 |
| POSTAGE | 105.48 |
| PRINTING & DUPLICATING | 160.80 |
| PRINTING & DUPLICATING - EXTERNAL | 458.98 |
| TRAVEL AWAY FROM HOME | 45.90 |
| TOTAL DISBURSEMENTS | $825.68 |

BALANCE DUE THIS INVOICE                                    $33,755.68

PREVIOUS BALANCE                                                $70,557.80

TOTAL BALANCE DUE                                            $104,313.48

Duane Morris
January 9, 2009
Page 2

File# K0248-00001                                    INVOICE# 1446273

Duane Morris
January 9, 2009
Page 3

File # K0248-00001                                          INVOICE #  1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/11/2008 | 002 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO SELL PROPERTY IN CHARLESTON, SOUTH CAROLINA | 0.20 | $129.00 |
| 11/11/2008 | 002 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO SELL INTERESTS IN COLOWYO COAL COMPANY L.P. | 0.20 | $129.00 |
| | | | Code Total | 0.40 | $258.00 |

File # K0248-00001
     W.R. GRACE & CO.

INVOICE # 1446273

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 12/2/2008 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/2/2008 004 | ST TATE | PREPARE CERTIFICATE OF NO OBJECTION RELATING TO DOCKET NO. 19949. EFILE CERTIFICATE OF NO OBJECTION AND NINETY-FIRST MONTHLY FEE APPLICATION OF STROOCK & STOOCK & LAVAN. | 0.50 | $75.00 |
| 12/3/2008 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/4/2008 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/4/2008 004 | ST TATE | SCAN, FILE AND SERVE NINETEENTH QUARTERLY APPLICATION OF CAPSTONE ADVISORY GROUP. | 0.50 | $75.00 |
| 12/4/2008 004 | ST TATE | SCAN AND EFILE CAPSTONE MONTHLY FEE APPLICATION. | 0.30 | $45.00 |
| 12/5/2008 004 | ST TATE | SCAN, FILE AND SERVE STROOCK STROOCK & LAVAN LLP'S QUARTERLY FEE APPLICATION. | 0.50 | $75.00 |
| 12/9/2008 004 | EM O'BYRNE | DOWNLOAD DOCKET AND SEVERAL DOCUMENTS WHICH WERE REQUESTED; FORWARD TO W KATCHEN | 0.40 | $78.00 |
| 12/10/2008 004 | EM O'BYRNE | DOWNLOAD BANKRUPTCY COURT DOCKET AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 12/11/2008 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/11/2008 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 12/11/2008 004 | MR LASTOWSKI | REVIEW INITIAL CASE MANAGEMENT ORDER | 0.30 | $193.50 |

Duane Morris
January 9, 2009
Page 5

File # K0248-00001                                      INVOICE #  1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/12/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 12/12/2008 | 004 | RW RILEY | REVIEWING AGENDA AND MATTERS SCHEDULED FOR 12/15 HEARING | 1.10 | $572.00 |
| 12/15/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/15/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 12/15/2008 | 004 | RW RILEY | TELEPHONIC ATTENDANCE AT OMNIBUS HEARING | 3.40 | $1,768.00 |
| 12/15/2008 | 004 | ST TATE | PREPARE CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS EIGHTY-FIRST MONTHLY FEE APPLICATION. SCAN AND EFILE OF SAME. | 0.50 | $75.00 |
| 12/16/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/16/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN; RETRIEVE REQUESTED DOCKET AND FORWARD SAME | 0.40 | $78.00 |
| 12/17/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 12/18/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND REQUESTED DOCUMENT AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 12/19/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 12/22/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 12/22/2008 | 004 | EM O'BYRNE | DOWNLOAD VARIOUS DOCUMENTS AT THE REQUEST OF W KATCHEN AND FORWARD SAME; TELEPHONE CALL TO COUNSEL FOR LIBBY CLAIMANTS TO OBTAIN REQUEST FOR DOCUMENTS RE PRODUCTION; FORWARD TO W KATCHEN | 0.60 | $117.00 |

File # K0248-00001                                              INVOICE # 1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 12/23/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/23/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET AND VARIOUS DOCUMENTS; FORWARD TO W KATCHEN | 0.50 | $97.50 |
| 12/24/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 12/29/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 12/30/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/30/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 12/30/2008 | 004 | EM O'BYRNE | DOWNLOAD FOUR REQUESTED DOCUMENTS FROM THE BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 12/31/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 12/31/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| | | | Code Total | 12.70 | $4,020.00 |

File # K0248-00001                                        INVOICE #  1446273
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/5/2008 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MOTION FOR CLASS CERTIFICATION | 0.50 | $322.50 |
| 11/17/2008 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S STATUS REPORT RE: PROOFS OF CLAIM | 0.10 | $64.50 |
| 12/12/2008 | 005 | MR LASTOWSKI | REVIEW MOTIONS FOR CONFIDENTIALITY ORDER AND JOINDERS AND OBJECTIONS THERETO | 1.20 | $774.00 |
| 12/17/2008 | 005 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF ZAI SETTLEMENT | 0.80 | $516.00 |
| 12/31/2008 | 005 | MR LASTOWSKI | REVIEW WELCH REPORT | 1.20 | $774.00 |
| 12/31/2008 | 005 | MR LASTOWSKI | REVIEW WELCH REPORT | 1.10 | $709.50 |
| | | | Code Total | 4.90 | $3,160.50 |

Duane Morris
January 9, 2009
Page 8

File # K0248-00001                                    INVOICE # 1446273
          W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 12/1/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.30 | $211.50 |
| 12/9/2008 | 007 | WS KATCHEN | PREPARE MEETING WITH COMMITTEE MEMBER. | 0.70 | $493.50 |
| 12/23/2008 | 007 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $70.50 |
| 12/23/2008 | 007 | WS KATCHEN | REVIEW PI COMMITTEE REQUEST FOR PRODUCTION OF DOCUMENTS BY LIBBY CLAIMANTS RE: DISCLOSURE. | 0.20 | $141.00 |
| | | | Code Total | 1.30 | $916.50 |

Duane Morris
January 9, 2009
Page 9

File # K0248-00001                                          INVOICE #  1446273
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|-------------------------------|-------|--------|
| 12/24/2008 | 012 | EM O'BYRNE | PREPARE CNO FOR DUANE MORRIS' TWENTY-NINTH QUARTERLY FEE APPLICATION (.2); SCAN AND EFILE SAME (.2) | 0.40 | $78.00 |
| 12/30/2008 | 012 | EM O'BYRNE | PREPARE DUANE MORRIS' EIGHTY SECOND MONTHLY FEE APPLICATION (1.0); EFILE WITH COURT (.2); COPY AND SERVE (.3) | 1.50 | $292.50 |
| 12/30/2008 | 012 | RW RILEY | REVIEWING AND EXECUTING MONTHLY APPLICATION FOR DUANE MORRIS | 0.10 | $52.00 |
| | | | Code Total | 2.00 | $422.50 |

File # K0248-00001                                              INVOICE #  1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/4/2008 | 013 | RW RILEY | REVIEWING AND RECRUITING CAPSTONE FEE APPLICATION | 0.10 | $52.00 |
| 12/23/2008 | 013 | EM O'BYRNE | PREPARE CNO'S FOR STROOCK'S TWENTY-SIXTH, TWENTY-SEVENTH, TWENTY-EIGHTH AND TWENTY-NINTH QUARTERLY FEE APPLICATIONS (.6); SCAN AND EFILE (.4) | 1.00 | $195.00 |
| 12/24/2008 | 013 | EM O'BYRNE | PREPARE CNO'S FOR CAPSTONE'S EIGHTEENTH QUARTERLY, FIFTY-FIFTH MONTHLY AND FIFTY-SIXTH MONTHLY (.6); SCAN AND EFILE WITH COURT (.4) | 1.00 | $195.00 |
| 12/29/2008 | 013 | EM O'BYRNE | PREPARE CNO FOR STROOCK'S NINETY-FIRST MONTHLY FEE APPLICATION (.2); EFILE WITH COURT (.1) | 0.30 | $58.50 |
| | | | Code Total | 2.40 | $500.50 |

File # K0248-00001                                          INVOICE #  1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/23/2008 | 015 | MR LASTOWSKI | REVIEW 11/24/08 AGENDA AND ITEMS IDENTIFIED THEREON | 3.40 | $2,193.00 |
| 12/15/2008 | 015 | SL ROSS | ATTENDED THE 12/15 OMNIBUS HEARING TELEPHONICALLY. | 1.20 | $378.00 |
| | | | Code Total | 4.60 | $2,571.00 |

Duane Morris
January 9, 2009
Page 12

File # K0248-00001                                    INVOICE #  1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/11/2008 | 017 | MR LASTOWSKI | REVIEW ROYAL'S DISCLOSURE STATEMENT OBJECTION | 0.60 | $387.00 |
| 11/11/2008 | 017 | MR LASTOWSKI | REVIEW DISCLOSURE STATEMENT AMENDMENTS AND RELATED OBJECTIONS | 2.60 | $1,677.00 |
| 11/12/2008 | 017 | MR LASTOWSKI | REVIEW OBJECTION OF BANK OF AMERICA AND MORGAN STANLEY TO THE DISCLOSURE STATEMENT | 0.20 | $129.00 |
| 11/12/2008 | 017 | MR LASTOWSKI | REVIEW NOTICE OF AMENDMENTS TO DISCLOSURE STATEMENT | 1.20 | $774.00 |
| 11/29/2008 | 017 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: DISCLOSURE STATEMENT AMENDMENTS | 2.60 | $1,677.00 |
| 12/19/2008 | 017 | RW RILEY | REVIEWING CERTIFICATION OF COUNSEL REGARDING FURTHER AMENDMENTS TO THE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, AND THE FILING OF THE COOPERATION AGREEMENT AND THE PROPERTY DAMAGE CASE MANAGEMENT ORDER | 0.30 | $156.00 |
| 12/22/2008 | 017 | EM O'BYRNE | PREPARE CERTIFICATE OF SERVICE AND LABELS RE PRELIMINARY OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (.5); EFILE OBJECTION AND CERTIFICATE OF SERVICE (.2) | 0.70 | $136.50 |
| 12/22/2008 | 017 | MR LASTOWSKI | REVIEW AND SIGN PRELIMINARY PLAN OBJECTION | 0.50 | $322.50 |
| 12/24/2008 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTIONS TO PLAN CONFIRMATION | 0.50 | $322.50 |
| | | | Code Total | 9.20 | $5,581.50 |

File # K0248-00001                                    INVOICE #  1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/26/2008 | 018 | MR LASTOWSKI | REVIEW AND ANALYZE DEBTORS' MOTION TO HAVE ACTIONS DECLARED VOID AND IN VIOLATION OF THE STAY (MARICOPA COUNTY) | 0.40 | $258.00 |
| | | | Code Total | 0.40 | $258.00 |

Duane Morris
January 9, 2009
Page 14

File # K0248-00001                                              INVOICE # 1446273
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 12/1/2008 025 | WS KATCHEN | REVIEW MOTION OF DEBTOR RE: MARICOPA COUNTY TAX SALE. | 0.30 | $211.50 |
| 12/3/2008 025 | WS KATCHEN | UPDATE SEC FILING RE: ZAI SETTLEMENT. | 0.10 | $70.50 |
| 12/4/2008 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING WRGRACE SEC FILING RE: CLASS ACTION FOR WKATCHEN | 0.20 | $45.00 |
| 12/8/2008 025 | WS KATCHEN | REVIEW INSURER'S MOTION (ARROWOOD INDEMNITY) FOR ENTRY OF CONFIDENTIALITY ORDER & PROPOSED STIP. & ORDER. | 0.30 | $211.50 |
| 12/8/2008 025 | WS KATCHEN | REVIEW PROPOSED CMO. | 0.20 | $141.00 |
| 12/8/2008 025 | WS KATCHEN | DOCKET UPDATE. | 0.20 | $141.00 |
| 12/9/2008 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE ON CONFIDENTIALITY ORDER AND REVISE ORDER. | 0.20 | $141.00 |
| 12/9/2008 025 | WS KATCHEN | REVIEW COUNSEL'S CERTIFICATE ON STIPULATION - MARICOPA COUNTY. | 0.10 | $70.50 |
| 12/9/2008 025 | WS KATCHEN | UPDATE DOCKET. | 0.10 | $70.50 |
| 12/9/2008 025 | WS KATCHEN | CONFERENCE WITH STROOCK. | 0.10 | $70.50 |
| 12/11/2008 025 | WS KATCHEN | REVIEW CERTIFICATION ON CMO. | 0.20 | $141.00 |
| 12/11/2008 025 | WS KATCHEN | UPDATE MEETING ON CASE. | 0.80 | $564.00 |
| 12/12/2008 025 | WS KATCHEN | REVIEW LIMITED OBJECTION PI CLAIMANTS RE: CONFIDENTIALITY ORDER. | 0.10 | $70.50 |
| 12/12/2008 025 | WS KATCHEN | DOCKET UPDATE | 0.10 | $70.50 |
| 12/15/2008 025 | SE WALLACE | LEGAL RESEARCH CONCERNING DOCKET AND BRIEFS FOR SUPREME COURT CASES:  TRAVELERS INDEMNITY V BAILEY (08-295) AND COMMON LAW SETTLEMENT V BAILEY (08-307). (M.HOFFMAN) | 0.20 | $45.00 |
| 12/15/2008 025 | WS KATCHEN | PREPARE FOR CONFERENCE WITH STROOCK (K. PASQUALE). | 0.60 | $423.00 |
| 12/15/2008 025 | WS KATCHEN | REVIEW STATE OF MONTANA JOINDER. | 0.10 | $70.50 |
| 12/15/2008 025 | WS KATCHEN | EMAIL K. PASQUALE RE: STATE OF MONTANA JOINDER (SECTION 1141(D)(6)). | 0.30 | $211.50 |
| 12/15/2008 025 | WS KATCHEN | REVIEW UPDATED AGENDA. | 0.20 | $141.00 |
| 12/15/2008 025 | WS KATCHEN | REVIEW NOTICE OF PROPOSED SALE - ASBESTOS & LEAD ABATEMENT BUSINESS. | 0.10 | $70.50 |
| 12/15/2008 025 | WS KATCHEN | REVIEW MICHIGAN OBJECTION. | 0.10 | $70.50 |
| 12/15/2008 025 | WS KATCHEN | REVIEW CMO AS MODIFIED. | 0.20 | $141.00 |
| 12/16/2008 025 | WS KATCHEN | RESEARCH FOR PLAN ISSUE AND PREPARE FOR CONFERENCE WITH K. PASQUALE. | 2.70 | $1,903.50 |

File # K0248-00001                                          INVOICE # 1446273
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/16/2008 | 025 | WS KATCHEN | EMAILS TO STROOCK RE: STATE OF MONTANA. | 0.20 | $141.00 |
| 12/17/2008 | 025 | WS KATCHEN | CONFERENCE WITH K. PASQUALE - CASE STRATEGY. | 0.40 | $282.00 |
| 12/17/2008 | 025 | WS KATCHEN | ADDITIONAL ATTENTION TO PLAN ISSUE LIBBY CLAIMS - SECTION 1141(D) AND FINALITY. | 1.80 | $1,269.00 |
| 12/18/2008 | 025 | WS KATCHEN | REVIEW ZAI CLAIMANTS MOTION TO APPROVE CLASS A/C SETTLEMENT AGREEMENT. | 0.40 | $282.00 |
| 12/18/2008 | 025 | WS KATCHEN | REVIEW PRELIMINARY OBJECTION TO PLAN (.3) | 0.30 | $211.50 |
| 12/18/2008 | 025 | WS KATCHEN | EMAIL COMMENT TO STROOCK. | 0.20 | $141.00 |
| 12/18/2008 | 025 | WS KATCHEN | REPLY FROM STROOCK. | 0.10 | $70.50 |
| 12/19/2008 | 025 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES. | 1.30 | $916.50 |
| 12/22/2008 | 025 | WS KATCHEN | DOCKET REVIEW. | 0.20 | $141.00 |
| 12/22/2008 | 025 | WS KATCHEN | REVIEW MARICOPA COUNTY'S RESPONSE (.2) | 0.20 | $141.00 |
| 12/22/2008 | 025 | WS KATCHEN | REVIEW CORRECTED MARICOPA COUNTY'S RESPONSE. | 0.10 | $70.50 |
| 12/22/2008 | 025 | WS KATCHEN | REVIEW PRELIMINARY OBJECTION OF LLOYD'S UNDERWRITERS. | 0.10 | $70.50 |
| 12/22/2008 | 025 | WS KATCHEN | REVIEW ACC DISCOVERY MATERIALS ISSUED TO LIBBY CLAIMANTS; REVIEW ACC ROGS. | 0.30 | $211.50 |
| 12/22/2008 | 025 | WS KATCHEN | 2 TELEPHONE CONFERENCES WITH S. FREEDMAN - ATTY. FOR DOW CHEMICAL. | 0.20 | $141.00 |
| 12/22/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER. | 0.10 | $70.50 |
| 12/22/2008 | 025 | WS KATCHEN | REVIEW CASE MANAGEMENT ORDER. | 0.10 | $70.50 |
| 12/22/2008 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S REQUEST FOR PRODUCTION OF DOCUMENTS. | 0.10 | $70.50 |
| 12/22/2008 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' DISCOVERY MATERIALS AND ROGS ISSUED TO SCOTTS & CLASSIFICATION ISSUE (SCOTTS). | 0.40 | $282.00 |
| 12/23/2008 | 025 | WS KATCHEN | STATEMENT OF OBJECTION, REVIEW LIBBY CLAIMANTS' ROGS ISSUED TO PLAN PROPONENTS. | 0.20 | $141.00 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS. | 0.90 | $634.50 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW DEBTORS' ROGS TO BNSF. | 0.10 | $70.50 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW PLAN ISSUES | 1.60 | $1,128.00 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW OBJECTION BY STATE OF MONTANA TO JOINT PLAN. | 0.20 | $141.00 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW OBJECTION BY SCOTT. | 0.10 | $70.50 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW KANEB PIPE LINE OBJECTION. | 0.20 | $141.00 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW OBJECTION BANK LENDER GROUP. | 0.20 | $141.00 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' OBJECTION. | 0.20 | $141.00 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW OWENS-ILLINOIS OBJECTION. | 0.10 | $70.50 |

File # K0248-00001                                                    INVOICE # 1446273
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/23/2008 | 025 | WS KATCHEN | REVIEW BNSF'S OBJECTION TO PLAN. | 0.20 | $141.00 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW LONGACRE MERCER FUND OBJECTION. | 0.10 | $70.50 |
| 12/23/2008 | 025 | WS KATCHEN | REVIEW REQUEST TO BNSF FOR PRODUCTION OF DOCUMENTS. | 0.20 | $141.00 |
| 12/23/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH - PLAN ISSUES 524(G) STATE OF MONTANA. | 0.70 | $493.50 |
| 12/27/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO ON FIBERLOCK TRANSACTION. | 0.20 | $141.00 |
| 12/27/2008 | 025 | WS KATCHEN | REVIEW FURTHER AMENDMENTS TO DISCLOSURE STATEMENT AND PLAN (CLAIMS - IMPAIRMENT). | 0.80 | $564.00 |
| 12/31/2008 | 025 | WS KATCHEN | REVIEW RESPONSE OF COMMITTEE TO DESIGNATION OF CONFIRMATION ISSUES, ATTENTION TO LITIGATION STRATEGY. | 0.30 | $211.50 |
| 12/31/2008 | 025 | WS KATCHEN | REVIEW L. WELCH EXPERT REPORT AND EXHIBITS. | 0.70 | $493.50 |
| 12/31/2008 | 025 | WS KATCHEN | REVIEW W. LONGO EXPERT REPORT AND EXHIBITS. | 0.50 | $352.50 |
| | | | Code Total | 21.50 | $14,965.50 |

File # K0248-00001                                                    INVOICE #  1446273
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/15/2008 | 026 | WS KATCHEN | REVIEW REVISED ORDER/AGREEMENT ON SALE COLOWYO COAL CO., LLP. | 0.30 | $211.50 |
| | | | Code Total | 0.30 | $211.50 |

Duane Morris
January 9, 2009
Page 18

File # K0248-00001                                            INVOICE #  1446273
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 11/3/2008 | 027 | MR LASTOWSKI | REVIEW SEPTEMBER MOR | 0.10 | $64.50 |
| | | | Code Total | 0.10 | $64.50 |

Duane Morris
January 9, 2009
Page 19

File # K0248-00001                                    INVOICE #  1446273
    W.R. GRACE & CO.


                              TOTAL SERVICES         59.80    $32,930.00

Duane Morris
January 9, 2009
Page 20

File # K0248-00001                                  INVOICE #  1446273
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 12/31/2008 | PRINTING & DUPLICATING - EXTERNAL | | 458.98 |
| | | Total: | $458.98 |
| | | | |
| 12/31/2008 | POSTAGE | | 105.48 |
| | | Total: | $105.48 |
| | | | |
| 12/31/2008 | TRAVEL AWAY FROM HOME | | 45.90 |
| | | Total: | $45.90 |
| | | | |
| 11/12/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791184945330) | | 13.20 |
| 11/12/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDSIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791184944643) | | 10.89 |
| 11/18/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791186568480) | | 14.54 |
| 11/18/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDSIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790625752520) | | 10.89 |
| | | Total: | $49.52 |
| | | | |
| 12/31/2008 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| | | | |
| 12/31/2008 | PRINTING & DUPLICATING | | 160.80 |
| | | Total: | $160.80 |

TOTAL DISBURSEMENTS                                      $825.68

Duane Morris
January 9, 2009
Page 21

File # K0248-00001                                    INVOICE # 1446273
    W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 17.70 | 645.00 | 11,416.50 |
| 02585 | RW RILEY | PARTNER | 5.00 | 520.00 | 2,600.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 22.70 | 705.00 | 16,003.50 |
| 03163 | SL ROSS | ASSOCIATE | 1.20 | 315.00 | 378.00 |
| 02279 | BA GRUPPO | PARALEGAL | 0.90 | 250.00 | 225.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 9.60 | 195.00 | 1,872.00 |
| 00815 | CM DOOLEY | PARALEGAL | 0.20 | 225.00 | 45.00 |
| 03168 | SE WALLACE | PARALEGAL | 0.20 | 225.00 | 45.00 |
| 05176 | ST TATE | LEGAL ASSISTANT | 2.30 | 150.00 | 345.00 |
| | | | 59.80 | | $32,930.00 |