UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that, effective February 15, 2009, FOSTER & SEAR, L.L.P., counsel for number asbestos creditors, will relocate their offices to the address listed below:

Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX 75050
PH:(817) 633-3305
FAX:(817) 633-5507
swert@fostersear.com

The undersigned counsel hereby requests that the Rule 2002 Service List be updated, any and all notices, orders, notices of applications, motions, petitions, pleadings, requests, complaints or demands, etc. be served upon the aforementioned address.

Dated: 2/3/09

FOSTER & SEAR, L.L.P.

_Scott W. Wert_
Scott W. Wert, Esq.
TX State Bar No. 00794835
Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX 75050
PH:   (817) 633-3305
FAX:  (817) 633-5507
swert@fostersear.com

NOTICE OF ADDRESS CHANGE - 1

## CERTIFICATE OF SERVICE

I, Scott W. Wert, do hereby certify that on this ___3rd___ day of February, 2009, I caused a true and correct copy of the foregoing Notice of Address Change to be served on the parties designated on the Rule 2002 Service List.

_____
Scott W. Wert

NOTICE OF ADDRESS CHANGE -                                                                                          2