## EXHIBIT A

## Case Administration (111.10 Hours; $ 67,665.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.20 | $840 | 1,008.00 |
| Bernard Bailor | 102.90 | $630 | 64,827.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |
| Michael C. Greene | 4.50 | $235 | 1,057.50 |
| Eugenia Benetos | 1.70 | $205 | 348.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/08 | BSB | 630.00 | 7.30 | Begin review of Libby materials |
| 12/01/08 | PVL | 840.00 | 0.20 | Review 12 miscellaneous filings (.1); review draft CMO and email Hurford (.1). |
| 12/01/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 12/02/08 | BSB | 630.00 | 7.80 | Conference with NDF, JAL, and PVNL regarding strategy (2.5); Whitehouse deposition (5.3) |
| 12/03/08 | BSB | 630.00 | 7.40 | Telephone conference with Bill Lango (0.2); review of Frank's trial testimony (5.9); research (1.3) |
| 12/04/08 | BSB | 630.00 | 6.50 | Meeting with NDF and Barbara Harding at K&E (2.3); review of materials from K&E (1.0); work on Lobby issue (3.2) |
| 12/05/08 | BSB | 630.00 | 5.90 | Draft subpoena; draft document request; research; work on Libby matters |
| 12/05/08 | PVL | 840.00 | 0.10 | Review prelim agenda. |
| 12/08/08 | BSB | 630.00 | 7.60 | Meeting with Brian Stansberry and NDF (2.5); work on Libby medical issues (5.1). |
| 12/08/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 12/09/08 | PVL | 840.00 | 0.20 | Review 7 miscellaneous filings (.1); review agenda (.1). |
| 12/09/08 | MCG | 235.00 | 3.00 | Per JAL, review Case Management Order and create a chronological timeline of key dates and deadlines for attorney reference. |

| 12/09/08 | EB | 205.00 | 0.50 | Perform review of court documents to identify relevant documents re: hearing notice. (.5) |
| 12/10/08 | MCG | 235.00 | 1.50 | Per NDF and JAL, make necessary updates and revisions to chronological timeline of key dates and deadlines. |
| 12/11/08 | BSB | 630.00 | 0.50 | Review Whitehouse med article |
| 12/12/08 | BSB | 630.00 | 4.10 | Libby medical issues research |
| 12/15/08 | BSB | 630.00 | 5.60 | Work on Libby medical issues; new medical articles |
| 12/16/08 | BSB | 630.00 | 6.40 | Work on backup materials to Whitehouse report (6.1); conference with NDF (0.3); email to Hammer |
| 12/16/08 | PVL | 840.00 | 0.20 | Review 24 miscellaneous filings. |
| 12/16/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 12/17/08 | BSB | 630.00 | 7.30 | Continue work on Libby medical issues - backup to Whitehouse and Frank report |
| 12/18/08 | BSB | 630.00 | 6.10 | Continue work on Libby issues (5.7); review various emails (0.4) |
| 12/19/08 | BSB | 630.00 | 5.20 | Libby - Work on medical literature |
| 12/19/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 12/19/08 | EB | 205.00 | 0.70 | O/C with counsel's assistant re: committee member expenses; email APB re: same. |
| 12/21/08 | BSB | 630.00 | 2.40 | Review Welch Report |
| 12/22/08 | BSB | 630.00 | 4.60 | Work on expert report (Welch) (3.4); read Longo (1.2) |
| 12/23/08 | BSB | 630.00 | 4.10 | Work on expert reports regarding estimation |
| 12/23/08 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 12/23/08 | EB | 205.00 | 0.50 | Finalized memo re: committee member expenses to co -counsel's assistant; emailed APB re: same. (.5) |

| 12/24/08 | BSB | 630.00 | 5.30 | Estimation issues - expert report (Welch) and Whitehead critique |
| 12/29/08 | BSB | 630.00 | 3.70 | Review Whitehouse and Frank Depositions |
| 12/29/08 | PVL | 840.00 | 0.30 | Review 37 miscellaneous filings. |
| 12/30/08 | BSB | 630.00 | 5.10 | Review Marias deposition (3.1); emails regarding discovery (0.9); Whitehouse examination (1.1) |
| 12/30/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |

**Total Task Code .04**        **111.10**

## Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 252.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $840 | 252.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/08 | PVL | 840.00 | 0.10 | Review CDN ZAI bar date notice and POC. |
| 12/23/08 | PVL | 840.00 | 0.20 | Review opposition to CA motion to suppl appeal. |

**Total Task Code .05**        **.30**

## Fee Applications, Applicant (4.70 Hours; $ 2,003.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.20 | $530 | 1,696.00 |
| Eugenia Benetos | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 12/01/08 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 12/02/08 | RCT | 530.00 | 0.30 | Address issues re fee hearing (.3) |
| 12/11/08 | RCT | 530.00 | 0.50 | Review pre-bills (.5) |
| 12/15/08 | RCT | 530.00 | 0.50 | Review pre-bills (.5) |
| 12/15/08 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 12/19/08 | RCT | 530.00 | 0.20 | Review fee app schedules January (.2) |
| 12/22/08 | RCT | 530.00 | 1.00 | Review interim fee application (1.0) |
| 12/22/08 | RCT | 530.00 | 0.20 | Review fee application schedules 2009 (.2) |
| 12/22/08 | EB | 205.00 | 1.00 | Work on monthly fee application. (1) |

**Total Task Code .12**        **4.70**

### Hearings (.50 Hours; $ 265.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Rita C. Tobin | .50 | $530 | 265.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 12/17/08 | RCT | 530.00 | 0.50 | Review reply voting procedures motion (.5) |

**Total Task Code .15**        **.50**

### Litigation and Litigation Consulting (271.20 Hours; $ 137,091.50)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 2.10 | $920 | 1,932.00 |
| Peter Van N. Lockwood | 3.60 | $840 | 3,024.00 |
| Walter B. Slocombe | 42.50 | $720 | 30,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| Nathan D. Finch | | 117.20 | | $610 | 71,492.00 |
| Jeffrey A. Liesemer | | .10 | | $495 | 49.50 |
| James P. Wehner | | 2.40 | | $475 | 1,140.00 |
| Adam L. Vangrack | | 45.30 | | $320 | 14,496.00 |
| Andrew J. Sackett | | 45.40 | | $255 | 11,577.00 |
| David B. Smith | | 8.10 | | $235 | 1,903.50 |
| Marissa A. Fanone | | 4.50 | | $195 | 877.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/08 | NDF | 610.00 | 4.80 | Teleconference with Longo re report (0.2); teleconference with Welch re report (0.5); teleconference with Peterson re Libby issues (0.6); review prior reports from experts for possible use in confirmation hearing (1.7); memo to C&D team re experts (0.6); review cooperation agreement insert (0.2); draft email re Libby claimants' discovery (0.5); draft outline of insurance expert testimony (0.5). |
| 12/01/08 | DBS | 235.00 | 1.00 | Compile expert reports and deposition transcripts for attorney review. |
| 12/02/08 | EI | 920.00 | 0.10 | T/c NDF re: status. |
| 12/02/08 | NDF | 610.00 | 5.80 | Confer with PVNL, BSB and JAL re confirmation hearing experts and discovery issues (3.0); review Longo, Frank and Welch reports in preparation for teleconference with Longo tomorrow (2.3); emails to/from Horkovich re case issues and insurance (0.5). |
| 12/03/08 | EI | 920.00 | 0.10 | Status inquiry. |
| 12/03/08 | NDF | 610.00 | 8.00 | Read Whitehouse reports, deposition transcript, etc. to prepare for confirmation hearing case (7.5); teleconference with Longo re reports (0.5). |
| 12/03/08 | DBS | 235.00 | 1.30 | Compile expert reports and deposition transcripts for attorney review. |
| 12/03/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: issue relevant to confirmation. |
| 12/04/08 | NDF | 610.00 | 6.70 | Meet with Harding re Libby issues (1.9); work on trial prep for confirmation hearing (4.8). |
| 12/04/08 | MAF | 195.00 | 2.50 | Search for the Affidavit of C. Brad Black on Pacer, Westlaw and LexisNexis. |

| 12/05/08 | WBS | 720.00 | 3.10 | Conference with PVNL, NDF, JAL re brief and legal issues (1.6); conference with NDF re fact section (0.3); review source materials for fact section (1.2). |
|---|---|---|---|---|
| 12/05/08 | NDF | 610.00 | 5.70 | Teleconference with debtor and plan proponents counsel re insurer discovery (1.0); teleconference with insurer counsel re same (0.7); review various versions of CMO confidentiality order (0.5); work on Welch, Longo and Peterson reports (3.5). |
| 12/05/08 | AJS | 255.00 | 0.20 | Meeting with JAL and review of research agenda. |
| 12/05/08 | MAF | 195.00 | 1.00 | Search for the Affidavit of C. Brad Black in boxes brought back from offsite. |
| 12/07/08 | NDF | 610.00 | 1.40 | Review and comments on confidentiality order circulated by debtor (0.3); prepare for meeting with Stansbury re Libby issues (1.1). |
| 12/08/08 | WBS | 720.00 | 1.10 | Review TDP and other documents for Libby reply. |
| 12/08/08 | NDF | 610.00 | 8.80 | Review and comment on confidentiality orders for insurers and debtors discovery (0.6); meet with Grace lawyer re Libby medical issues (2.0); review draft expert report (L. Welch) and medical articles backing up same (3.5); review draft discovery to Libby and comments re same (1.0); teleconference with Harding re case issues (0.3); teleconference with EI re case issues (0.4); confer with BSB re medical issues (0.5); teleconference with L. Welch re draft report (0.5). |
| 12/09/08 | NDF | 610.00 | 4.10 | Teleconference with Bernick, et al., re confirmation hearing trial materials needed from the company (1.0); teleconference with Ramsay and Parsons re objection to confidentiality order (0.5); teleconference with Peterson re witness preparation (0.5); memo to Grace team re same (0.6); confer with JAL re discovery to Libby (0.5); review insurer plan objections in preparation for meeting with Horkovich (0.3); work on confirmation hearing discovery issues (0.7). |
| 12/09/08 | AJS | 255.00 | 0.20 | Preparation of and review of emails regarding scheduling. |
| 12/10/08 | WBS | 720.00 | 2.10 | Drafting facts section of brief on Libby objections. |

| 12/10/08 | NDF | 610.00 | 4.60 | Work on confirmation hearing expert reports (2.1); read medical articles re chrysotile v. amphiboles (1.5); read insurer objections to plan preparation for Horkovich meeting tomorrow (1.0). |
|----------|-----|--------|------|---|
| 12/10/08 | ALV | 320.00 | 10.10 | Meeting with JAL regarding drafting interrogatories and document requests to the Libby claimants (0.4); draft and edit interrogatories and document requests to the Libby claimants (8.8); review documents related to interrogatories and document requests to the Libby claimants (0.9). |
| 12/11/08 | WBS | 720.00 | 3.60 | Research and drafting on facts issues re response to Libby objections. |
| 12/11/08 | NDF | 610.00 | 2.60 | Teleconference with Horkovich and debtor's counsel re insurer discovery issues (1.0); meet with Horkovich re insurer issues (1.1); edit discovery directed to Libby (0.5). |
| 12/11/08 | ALV | 320.00 | 1.80 | Review reports and articles related to plan confirmation. |
| 12/11/08 | AJS | 255.00 | 2.50 | Legal research regarding plan objections. |
| 12/12/08 | WBS | 720.00 | 3.90 | Research on medical claims, exfoliation practices, other issues and continue drafting of facts insert. |
| 12/12/08 | NDF | 610.00 | 5.40 | Work on Welch report (2.0); teleconference with Esserman, Ramsay, Cohn and Baer re discovery issues and confidentiality (3.1); work on verdict chart analysis (0.3). |
| 12/12/08 | AJS | 255.00 | 7.90 | Legal research regarding plan objections. |
| 12/12/08 | MAF | 195.00 | 1.00 | Create witness file for D. Prouty and convert contents to pdf files. |
| 12/13/08 | WBS | 720.00 | 0.80 | Research on claims of Libby disease. |
| 12/14/08 | WBS | 720.00 | 3.00 | Review materials on facts issues, especially non-uniqueness of Libby exposures/effect (1.2); drafting of facts section (1.8). |
| 12/14/08 | NDF | 610.00 | 0.60 | Prepare for 12/15 hearing re Libby discovery. |
| 12/15/08 | NDF | 610.00 | 6.30 | Meet with K&E lawyers re case issues (2.0); attend 12/15/08 omnibus hearing - argument re Libby |

| | | | | |
|---|---|---|---|---|
| | | | | discovery (3.8); confer with PVNL and Horkovich re insurer discovery (0.5). |
| 12/15/08 | ALV | 320.00 | 1.20 | Prepare for expert report submission. |
| 12/15/08 | AJS | 255.00 | 7.30 | Legal research regarding plan objections; preparation of memorandum regarding plan objection research. |
| 12/16/08 | WBS | 720.00 | 3.00 | Continue drafting and research on facts statement for Libby response. |
| 12/16/08 | EI | 920.00 | 0.10 | Review of ZAI motion. |
| 12/16/08 | NDF | 610.00 | 5.60 | Review and edit expert report and review medical articles re same (3.6); review proposed confidentiality order by Libby (0.5); review and revise memo to ACC (0.5); review cert petition and related filings in Manville relevant to channeling injunction issue re MCC in Grace (1.0). |
| 12/16/08 | DBS | 235.00 | 0.50 | Compile expert reports for attorney and expert review. |
| 12/16/08 | ALV | 320.00 | 5.90 | Redact confidential material for potential production (2.4); prepare and cite-check discovery for Libby Claimants (1.9); coordinate expert report and material production (1.6). |
| 12/16/08 | AJS | 255.00 | 8.60 | Legal research regarding plan confirmation issues and preparation of memo regarding same. |
| 12/17/08 | WBS | 720.00 | 3.80 | Work on facts draft, TDP issues. |
| 12/17/08 | EI | 920.00 | 0.20 | Reviewing memos. |
| 12/17/08 | NDF | 610.00 | 6.50 | Telephone hearing re discovery issues (1.8); emails to Baer re documents to be produced to insurer and redactions re same (0.9); review expert reports and various depositions for confidential information (1.3); draft memo to plaintiffs' law firms re 12/17 hearing and Libby discovery (1.0); confer with BSB re Whitehouse cross (0.3); emails to Grace lawyers re various case issues (0.5); email to Horkovich re discovery to insurers (0.2); emails to WBS re trial brief (0.2); review and comment on memo to ACC (0.3). |
| 12/17/08 | ALV | 320.00 | 4.30 | Discussion with NDF regarding production material reactions (0.2); prepare and edit discovery for Libby |

| | | | | Claimants (2.1); redact confidential material for potential production (2.0). |
|---|---|---|---|---|
| 12/17/08 | AJS | 255.00 | 4.80 | Legal research regarding punitive damages. |
| 12/18/08 | WBS | 720.00 | 1.20 | Final tweaks to draft (0.9); conference with NDF re revisions (0.3). |
| 12/18/08 | NDF | 610.00 | 7.20 | Read and edit facts section to brief in response to Libby (1.0); confer with WBS re same (0.5); review and edit Welch report and medical articles references review (2.0); teleconference with Hurford re case issue (0.1); teleconference with EI re case issues (0.2); emails to Long re report (0.2); email to Horkovich re insurance issue (0.2); teleconference with Tiffany (lawyer for Scotts Co.) (0.5); review discovery to Libby and edit same (0.5); email JAL re brief (0.5); read Art Frank (Libby expert) trial testimony (1.2); emails to Welch et al. re review of xrays of Libby claimants (0.3). |
| 12/18/08 | DBS | 235.00 | 1.00 | Cite check document request and interrogatories. |
| 12/18/08 | ALV | 320.00 | 2.40 | Prepare and edit discovery for Libby Claimants. |
| 12/18/08 | AJS | 255.00 | 8.60 | Legal research regarding punitive damages and preparation of memo regarding same. |
| 12/19/08 | NDF | 610.00 | 4.20 | Review discovery to Libby and edit same (0.5); review and edit Welch report and review medical literature references (2.1); teleconference with Welch (0.2); teleconference with Longo re report (0.2); emails to debtor re case issues (0.7); email to Horkovich re Lloyd's issue (0.5). |
| 12/19/08 | ALV | 320.00 | 4.50 | Prepare, edit, and coordinate discovery for Libby Claimants (2.7); coordinate and edit expert report and material production (1.8). |
| 12/21/08 | WBS | 720.00 | 1.20 | Revise draft. |
| 12/21/08 | NDF | 610.00 | 2.50 | Work on Welch and Longo reports. |
| 12/22/08 | WBS | 720.00 | 4.90 | Continue revisions of draft, note to DBS re information/documents needed (1.2); review draft legal analysis section and provide comments (1.5); draft insurance fact insert (0.5); e-mails to NDF and JAL re drafts, documents needed (0.4); additional |

| | | | | work on drafts of facts, insurance and law sections (1.3). |
|---|---|---|---|---|
| 12/22/08 | NDF | 610.00 | 5.90 | Edits to discovery to Libby (0.5); review and edit Longo report (1.5); final review of Welch report (0.9); emails to Horkovich and others re insurer discovery (0.5); edits to brief in response to Libby claimants (1.0); emails to Baer re case issues (0.5); edits to brief in response to Libby claimants - legal argument ( 1. ). |
| 12/22/08 | DBS | 235.00 | 0.50 | Compile documents for attorney review. |
| 12/22/08 | ALV | 320.00 | 10.00 | Prepare and redact ACC documents for discovery demands of Libby Claimants (6.6); coordinate filing and serving of discovery requests for Libby (3.4). |
| 12/22/08 | JPW | 475.00 | 1.20 | Review Daubert briefs re confidentiality issues |
| 12/23/08 | WBS | 720.00 | 2.00 | Research on jury issues (1.0): review draft on Libby issues, conference JAL (1.0). |
| 12/23/08 | EI | 920.00 | 0.60 | T/c Austern re: Travelers case (.2); t/c PVNL re: same (.2); memo Frankel re: Edwards judgment (.2). |
| 12/23/08 | NDF | 610.00 | 5.10 | Review Libby discovery to ACC (0.5); draft response to Cohn (0.5); review and edit Libby brief (0.9); confer with Kathy Byrne re non-products exposures (0.6); review and edit next version of Libby brief (0.8); review Daubert briefs for confidential material (0.7); teleconference with Peterson re report (0.1); review Longo revised draft and comment on same (1.0). |
| 12/23/08 | ALV | 320.00 | 5.10 | Prepare and redact ACC documents for discovery demands of Libby Claimants. |
| 12/23/08 | JPW | 475.00 | 1.20 | Confidentiality review (.9); meet with ALV (.3) |
| 12/24/08 | PVL | 840.00 | 3.60 | Teleconference NDF (.1); review Baer email and reply (.1); review email and reply (.1); review LMC letter and email Esayian et al (.1); review Libby cls rogs to ACC and email NDF et al (.4); review revised POR and DS (.8); review Libby cls rogs to Plan Props and email NDF et al (.3); work on draft brief re Libby cls (1.7). |
| 12/24/08 | EI | 920.00 | 0.30 | Read discovery materials. |

| 12/24/08 | NDF | 610.00 | 2.10 | Teleconference with PVNL re response to Libby (0.2); review Libby discovery and begin responses (0.8); emails to Cohn re discovery issues (0.3); emails to PVNL and Horkovich re non-products insurance issues (0.8). |
|---|---|---|---|---|
| 12/25/08 | WBS | 720.00 | 0.80 | E-mail exchanges with NDF, Horkovitch, PVNL re insurance issues. |
| 12/25/08 | NDF | 610.00 | 1.10 | Review and send emails to PVNL, WBS and Horkovich re non-products insurance issues. |
| 12/29/08 | WBS | 720.00 | 5.30 | Conference call with Grace insurance officials re past practices (0.5); review discovery requests (0.3); re-write brief, including insurance sections and associated telephone conferences with NDF and JAL (4.3); e-mails re response to Libby Claimants motion to compel ACC (0.2). |
| 12/29/08 | EI | 920.00 | 0.70 | Memo Portner re: Edwards judgment (.2); t/c ACM re: O-I issues (.2); memos NDF and t/c NDF re: status (.3). |
| 12/29/08 | NDF | 610.00 | 5.50 | Final review of Longo and Welch reports - backup materials ( 2.8); revise and edit conference hearing brief and road map (1.2); teleconference with Horkovich and Posner re non-products issues  (0.5); emails re same (0.5); review Libby motions to compel and outline responses re same (1.0). |
| 12/30/08 | WBS | 720.00 | 2.20 | Memo re issues re Libby disease and settlement values (1.2); revise premises section of fact statement and e-mails re same (0.8); review filings on discovery/Motions to compel (0.2). |
| 12/30/08 | NDF | 610.00 | 3.40 | Teleconference with Bernick re conf hearing issues (0.6); emails re same (0.5); review of Whitehouse reports and backup materials from estimation case (1.5); edits to draft trial brief (0.8). |
| 12/30/08 | DBS | 235.00 | 3.20 | Compile backup materials to expert reports. |
| 12/30/08 | AJS | 255.00 | 0.30 | Review of e-mail from JAL regarding Libby claimants; review of motion to compel. |
| 12/31/08 | WBS | 720.00 | 0.50 | Review New York Appellate Division case on operations coverage (0.5). |

| | | | | |
|---|---|---|---|---|
| 12/31/08 | NDF | 610.00 | 3.30 | Finalize pleading for reports (0.3); conf PVNL and JAL re Libby interrogatories and motions to compel (1.7); read discovery served by insurers (0.3); outline answers to Libby discovery (0.5); teleconference with Peterson re Grace testimony (0.5). |
| 12/31/08 | DBS | 235.00 | 0.60 | Compile expert reports for attorney review (.3); serve backup materials for expert reports (.3). |
| 12/31/08 | AJS | 255.00 | 5.00 | Review of interrogatories (1.8); legal research regarding creditors' committees;(1.2); meeting with NDF, JAL and PVNL regarding motion to compel and interrogatories (2.0). |

**Total Task Code.16**        **271.20**

**Plan & Disclosure Statement (250.50 Hours; $ 149,548.50)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 4.70 | $920 | 4,324.00 |
| Peter Van N. Lockwood | 61.20 | $840 | 51,408.00 |
| Ann C. McMillan | 28.70 | $580 | 16,646.00 |
| Jeffrey A. Liesemer | 155.90 | $495 | 77,170.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/08 | PVL | 840.00 | 0.20 | Review email. |
| 12/01/08 | EI | 920.00 | 0.40 | T/c NDF re: Welch issues and memo (.3); status inquiry (.1). |
| 12/01/08 | ACM | 580.00 | 0.30 | Exchange e-mails with PVNL, R. Wyron re TDP. |
| 12/01/08 | JAL | 495.00 | 0.60 | Review and analysis of revised confirmation CMO. |
| 12/01/08 | JAL | 495.00 | 0.20 | Review and analysis of Sealed Air latest comments on the TDP. |
| 12/01/08 | JAL | 495.00 | 0.10 | Reviewed memo from NDF re: agenda for tomorrow's meeting on confirmation-related discovery. |
| 12/01/08 | JAL | 495.00 | 0.20 | Reviewed memo from M. Hurford re: disclosure statement hearing. |

| 12/01/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between debtors' and insurers' counsel re: revised confirmation CMO. |
| 12/01/08 | JAL | 495.00 | 0.10 | Reviewed Court's order scheduling 2009 omnibus hearings. |
| 12/01/08 | JAL | 495.00 | 0.30 | Review and analysis of memo from NDF re: confirmation-related discovery. |
| 12/02/08 | PVL | 840.00 | 3.60 | Confer NDF, BSB and JAL re con hearing (2.7); review email and reply (.2); teleconference Cobb (.5); confer NDF (.1); review draft stip and reply (.1). |
| 12/02/08 | ACM | 580.00 | 1.60 | Review Cooperation Agreement issues (1.0); teleconference R. Horkovitch re same (.3); exchange e-mails with D. Felder re same (.3). |
| 12/02/08 | JAL | 495.00 | 2.50 | Review and analysis of materials relating to anticipated confirmation objections and discovery. |
| 12/02/08 | JAL | 495.00 | 3.00 | Meeting w/PVNL, NDF and BSB re: anticipated confirmation objections and discovery. |
| 12/02/08 | JAL | 495.00 | 0.30 | Drafted and revised e-mail to M. Hurford re: confirmation-related issues. |
| 12/02/08 | JAL | 495.00 | 0.40 | Drafted and revised memo to NDF re: confirmation-related discovery issue. |
| 12/03/08 | PVL | 840.00 | 1.50 | Review email and reply (.4); review insurer doc request (.1); review Royal RFAs (.1); confer NDF (.4); review CA3 opinion in In re ACE (.4); review revised CMO (.1). |
| 12/03/08 | ACM | 580.00 | 0.50 | Exchange e-mails with A. Running, D. Feldman, R. Horkovich re Cooperation Agreement. |
| 12/03/08 | JAL | 495.00 | 1.80 | Review and analysis of materials in connection w/prep. of brief in response to anticipated confirmation objections. |
| 12/03/08 | JAL | 495.00 | 0.10 | Reviewed memo from NDF re: confirmation-related discovery. |
| 12/03/08 | JAL | 495.00 | 0.10 | E-mail exchange w/NDF re: confirmation-related discovery. |
| 12/03/08 | JAL | 495.00 | 3.60 | Drafted and revised written discovery relating to anticipated confirmation objections. |

| | | | | |
|---|---|---|---|---|
| 12/03/08 | JAL | 495.00 | 0.10 | Reviewed certificate of counsel submitting proposed CMO to court for entry. |
| 12/04/08 | PVL | 840.00 | 2.90 | Review email and reply (.2); review insurer CMO objections (.1); review Baer email and ins. prop confid stip (.2); confer NDF (.1); teleconference Horkovich, Wyron, Guy, Felder, NDF et al (1.6); teleconference Wyron (.6); prep for 12/5 meeting (.1). |
| 12/04/08 | EI | 920.00 | 0.30 | T/c Bernick re: status (.2); t/c NDF re: same (.1). |
| 12/04/08 | ACM | 580.00 | 1.00 | Teleconference M. Eskin re Cooperation Agreement (.3); exchange e-mails with D. Fedler re same (.2); review proposed changes to Cooperation Agreement (.5). |
| 12/04/08 | JAL | 495.00 | 0.20 | Review of J. Baer's e-mail re: confirmation discovery issues. |
| 12/04/08 | JAL | 495.00 | 0.20 | Reviewed insurers' objection to proposed CMO. |
| 12/04/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: confirmation discovery issues. |
| 12/04/08 | JAL | 495.00 | 5.60 | Review and analysis of materials relating to prep. of confirmation brief. |
| 12/05/08 | PVL | 840.00 | 2.80 | Review draft brief re Libby objs (1); teleconference WBS, NDF and JAL re same (1.4); review email and reply (.1); review FCR revs. to draft coop agreement and confi stop (.2); review JAL draft disc requests (.1). |
| 12/05/08 | ACM | 580.00 | 2.90 | Teleconference M. Eskin, D. Felding, A. Running, J. Hughes re Cooperation Agreement (.8); revise Cooperation Agreement (1.1); revise Trust Agreement (1.0). |
| 12/05/08 | JAL | 495.00 | 0.30 | Review and analysis of materials in prep. for conf. call on plan objections. |
| 12/05/08 | JAL | 495.00 | 1.50 | Conf. call w/PVNL, NDF and WBS re: plan objections. |
| 12/05/08 | JAL | 495.00 | 2.00 | Further drafting and revisions to written discovery to be propounded in connection with confirmation. |

| 12/05/08 | JAL | 495.00 | 2.10 | Drafted and revised memo to AJS re: legal issues related to confirmation objections. |
| 12/05/08 | JAL | 495.00 | 0.60 | Legal research and analysis of re: confirmation issues. |
| 12/07/08 | ACM | 580.00 | 3.50 | Revise Cooperation Agreement. |
| 12/08/08 | PVL | 840.00 | 3.60 | Email comments re draft confid order (.2); review email and reply (.3); confer NDF (.2); review revised PD draft docs (.3); review Seaton suppl DS obj and email Bernick et al re same (.2); review FCR revs to draft coop agmt (.1); review Grace rev'd coop agmt (.1); teleconference Wyron (1.3); teleconference Freedman and Wyron (.6); review insurer motion for confid order (.1); review Turetsky revs to TA and email ACM re same (.2). |
| 12/08/08 | EI | 920.00 | 0.40 | Memos and t/c NDF re: Welch/Whitehorse meeting (.3); TDP inquiry (.1). |
| 12/08/08 | ACM | 580.00 | 2.80 | Revise Cooperation Agreement (.9); teleconference M. Eskin, D. Felder, A. Running, J. Hughes, B. Horkavitch re Cooperation Agreement (.4); exchange e-mails with PVNL, EI re TDP issues (.2); review proposed changes to Trust Agreement (1.0); exchange e-mails with NDF, D. Felder re Cooperation Agreement (.3). |
| 12/08/08 | JAL | 495.00 | 0.60 | Review and analysis of revised confidentiality stipulation and protective order. |
| 12/08/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: revised confidentiality stipulation and protective order. |
| 12/08/08 | JAL | 495.00 | 0.20 | Brief review of FCR's redraft of plan-related transactional documents. |
| 12/08/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between FCR and Debtors' counsel re: proposed confidentiality stipulation and protective order. |
| 12/08/08 | JAL | 495.00 | 0.40 | Review and analysis of recent submissions re: disclosure statement objections. |
| 12/09/08 | PVL | 840.00 | 6.20 | Teleconference Bernick, Freedman, Baer, JAL et al. (2.8); confer NDF, ACM, JAL et al (.3); review email and reply (.5); teleconference EI (.1); confer ACM (.5); confer JAL (.1); review prop confid order |

| | | | | |
|---|---|---|---|---|
| | | | | and email Baer (.3); email Wyron and Horkovich re LM inquiry (.2); teleconference Wyron and JAL (1.4). |
| 12/09/08 | EI | 920.00 | 0.50 | T/c PVNL re: Frankel matters (.2); memo to Frankel (.1); read memos (.2). |
| 12/09/08 | ACM | 580.00 | 5.70 | Revise TDP (.9); revise Trust Agreement (2.2); exchange e-mails with R. Wyron, PVNL re Trust Agreement (.2); conference PVNL re Edwards verdict (.5); review binders re same (1.9). |
| 12/09/08 | JAL | 495.00 | 0.20 | Reviewed e-mails from NDF re: confirmation-related discovery and next steps. |
| 12/09/08 | JAL | 495.00 | 0.10 | E-mail exchanges w/NDF re: confirmation-related discovery. |
| 12/09/08 | JAL | 495.00 | 2.90 | Tele. conf. w/PVNL and Debtors' counsel re: plan and disclosure statement issues. |
| 12/09/08 | JAL | 495.00 | 0.40 | Meeting w/PVNL and NDF re: plan and disclosure statement issues. |
| 12/09/08 | JAL | 495.00 | 0.10 | Office conf. w/AJS re: confirmation-related discovery and briefing. |
| 12/09/08 | JAL | 495.00 | 0.20 | Brief review of draft confidentiality stipulation and protective order as to Libby Claimants' objections. |
| 12/09/08 | JAL | 495.00 | 1.60 | Review and analysis of materials relating to plan issues. |
| 12/09/08 | JAL | 495.00 | 0.20 | Tele. conf. w/PVNL re: plan issues. |
| 12/09/08 | JAL | 495.00 | 0.10 | Reviewed memo from NDF re: discovery issues related to confirmation. |
| 12/09/08 | JAL | 495.00 | 0.30 | Office conf. w/NDF re: confirmation-related discovery. |
| 12/09/08 | JAL | 495.00 | 0.20 | Reviewed draft relating to confirmation-related discovery and pre-trial briefing. |
| 12/09/08 | JAL | 495.00 | 1.40 | Tele. conf. w/PVNL and R. Wyron re: plan and disclosure statement issues. |
| 12/09/08 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: plan issues. |

| 12/09/08 | JAL | 495.00 | 0.80 | Drafted and revised memo to PVNL re: plan issue. |
| 12/10/08 | PVL | 840.00 | 5.30 | Review email and reply (.3); review draft Libby confid order (.1); review AKO memo re CIP indemnities (.2); review revised TA (.1); review revised POR and email Wyron and JAL re same (1.6); review revised TDP and email ACM (.2); review law firms' obj to confid order (.1); teleconference Frankel, Wyron and JAL (1.1); teleconference EI and ACM (.6); review revised PI corp docs (.2); review draft PD and ZAI corp docs (.5); review FCR revs to PI corp docs (.2); confer NDF (.1). |
| 12/10/08 | EI | 920.00 | 0.80 | Reviewed materials (.5); t/c ACM/PVNL re: same (.3). |
| 12/10/08 | ACM | 580.00 | 2.90 | Revise Trust Agreement (1.8); exchange e-mails with PVNL, R. Wyron re same (.2); send e-mail to EI re TDP issue (.2); teleconference EI, PVNL re Edwards verdict (.3); research re same (.4). |
| 12/10/08 | JAL | 495.00 | 0.20 | Reviewed memo from R. Wyron re: plan issue. |
| 12/10/08 | JAL | 495.00 | 1.10 | Revised and edited draft discovery requests in connection with confirmation issues. |
| 12/10/08 | JAL | 495.00 | 0.30 | Office conf. w/ALV re: drafting of written discovery requests in connection with confirmation objections. |
| 12/10/08 | JAL | 495.00 | 1.10 | Reviewed and edited draft chart prepared by MG re: confirmation discovery. |
| 12/10/08 | JAL | 495.00 | 0.10 | Office conf. w/MCG on draft chart re: confirmation discovery. |
| 12/10/08 | JAL | 495.00 | 0.10 | Drafted e-mail to library re: obtaining certain asbestos-related literature. |
| 12/10/08 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to plan and disclosure statement issues. |
| 12/10/08 | JAL | 495.00 | 1.00 | Conf. call w/PVNL, R. Wyron, and R. Frankel re: plan and disclosure statement issues. |
| 12/10/08 | JAL | 495.00 | 0.10 | Office conf. w/ALV re: draft of written discovery related to confirmation proceeding. |

| | | | | |
|---|---|---|---|---|
| 12/10/08 | JAL | 495.00 | 3.00 | Reviewed and edited drafts of written discovery related to confirmation proceeding. |
| 12/10/08 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to confirmation objections. |
| 12/11/08 | PVL | 840.00 | 3.50 | Review revised draft POR (.6); review email and reply (.4); teleconference Cobb (1.2); teleconference EI (.2); review JAL memo re CMO time line (.1); teleconference Wyron (1). |
| 12/11/08 | EI | 920.00 | 2.10 | T/c PVNL re: status (.5); conf. Frankel re: TDP and status (1.0); t/c NDF re: status (.1); prep for meeting with Frankel (.5). |
| 12/11/08 | ACM | 580.00 | 0.80 | Teleconference PEM re Edwards verdict (.3); exchange e-mails with D. Felder, A. Running, B. Horkovitch re Cooperation Agreement (.3); exchange e-mails with P. Milch re Edwards verdict (.2). |
| 12/11/08 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to confirmation discovery. |
| 12/12/08 | PVL | 840.00 | 4.30 | Teleconference Bernick, Freedman, Esayian, Wyron et al (.9); teleconference Freedman and Wyron (1.2); confer JAL (.1); review email and reply (.4); review revised drafts of POR and email Baer and Wyron (.6); teleconference Cobb (.8); email Baer et al re DS (.1); review Montana joinder (.1); teleconference Wyron (.1). |
| 12/12/08 | JAL | 495.00 | 0.90 | Review and analysis of revised draft of plan. |
| 12/12/08 | JAL | 495.00 | 0.20 | Reviewed recent submissions to the court re: disclosure statement and confirmation objections. |
| 12/12/08 | JAL | 495.00 | 0.20 | Tele. call w/PVNL re: plan issues. |
| 12/12/08 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to plan issues. |
| 12/12/08 | JAL | 495.00 | 4.70 | Drafted and revised response to confirmation objections. |
| 12/12/08 | JAL | 495.00 | 0.10 | Reviewed memo from PVNL re:  plan developments. |
| 12/12/08 | JAL | 495.00 | 0.20 | Review and analysis of revised plan changes circulated by J. Baer. |

| 12/12/08 | JAL | 495.00 | 0.10 | E-mail exchanges w/M. Hurford re: plan issue. |
| 12/13/08 | JAL | 495.00 | 7.20 | Drafting and revisions of brief in response to anticipated confirmation objections. |
| 12/14/08 | PVL | 840.00 | 0.60 | Review email (.1); review revised prop. prot. order (.1); review Libby complaints vs MCC (.1); prep for DS hearing (.3). |
| 12/14/08 | JAL | 495.00 | 4.30 | Further drafting and revisions of brief in response to anticipated confirmation objections. |
| 12/15/08 | PVL | 840.00 | 6.10 | Confer Wyron and NDF (.4); confer Bernick, Freedman, Baer et al (2); attend hearing (3.2); confer Horkovich (.5). |
| 12/15/08 | ACM | 580.00 | 1.60 | Review proposed changes to Cooperation Agreement (.5); meeting with JAL re Libby issues (.3); review files re same (.8). |
| 12/15/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from M. Hurford re: plan issue. |
| 12/15/08 | JAL | 495.00 | 0.70 | Further drafting and revisions of brief in response to anticipated confirmation objections. |
| 12/15/08 | JAL | 495.00 | 4.00 | Telephonic appearance at disclosure statement hearing. |
| 12/15/08 | JAL | 495.00 | 1.80 | Review and analysis of materials relating to plan confirmation issues. |
| 12/15/08 | JAL | 495.00 | 0.20 | Office conf. w/ACM re: plan and TDP issues. |
| 12/16/08 | PVL | 840.00 | 0.50 | Review email and reply (.3); teleconference Horkovich (.2). |
| 12/16/08 | ACM | 580.00 | 0.70 | Exchange e-mails with NDF, M. Eskin re Cooperation Agreement (.2); review files re Libby issues and send e-mail to JAL re same (.5). |
| 12/16/08 | JAL | 495.00 | 0.10 | Office conference with AJS re: legal research on plan issues. |
| 12/16/08 | JAL | 495.00 | 5.60 | Further drafting and revisions to brief in response to anticipated confirmation objections. |
| 12/16/08 | JAL | 495.00 | 0.60 | Review and analysis of materials relating to plan confirmation issues. |

| 12/17/08 | PVL | 840.00 | 1.30 | Review ZAI class cert motion (.4); review email and reply (.5); review draft RFA responses to Royal (.2); review Boll revised POR and DS language (.1); teleconference E (.1). |
| 12/17/08 | JAL | 495.00 | 3.10 | Review and analysis of materials relating to plan confirmation issues. |
| 12/17/08 | JAL | 495.00 | 3.40 | Further drafting and revisions to brief in response to anticipated confirmation objections. |
| 12/17/08 | JAL | 495.00 | 0.10 | Reviewed memo from NDF re: confirmation-related discovery issues. |
| 12/18/08 | PVL | 840.00 | 0.70 | Teleconference Cobb (.3); review email and reply (.1); review Baer ins data for Grace (.3). |
| 12/18/08 | ACM | 580.00 | 0.90 | Teleconference D. Felder, A. Running re Cooperation Agreement (.4); exchange e-mails with NDF, D. Felder, A. Running, M. Eskin re same (.5). |
| 12/18/08 | JAL | 495.00 | 0.30 | Reviewed comments on draft brief in response to anticipated confirmation objections. |
| 12/18/08 | JAL | 495.00 | 4.00 | Further drafting and revisions to draft brief in response to anticipated confirmation objections. |
| 12/18/08 | JAL | 495.00 | 2.60 | Drafting and revisions to discovery requests to Libby claimants. |
| 12/19/08 | PVL | 840.00 | 2.40 | Review email and reply (.3); review Wyron POR revs and reply (.1); review AKO draft disc requests (.2); review FCR draft disc requests (.3); teleconference Esayian, Horkovich, Chung, Haley, Felder et al (.8); review 4 miscellaneous filings (.2); review revised DS and POR filing (.5). |
| 12/19/08 | ACM | 580.00 | 0.60 | Review revised Cooperation Agreement and send e-mail to A. Running re same (.3); exchange e-mails with T. Cobb, PVNL re TDP (.3). |
| 12/19/08 | JAL | 495.00 | 8.80 | Further drafting and revisions to brief in response to anticipated confirmation objections. |
| 12/20/08 | JAL | 495.00 | 8.50 | Further drafting and revisions to brief in response to anticipated confirmation objections. |
| 12/21/08 | PVL | 840.00 | 0.60 | Review Lockey et al and Rohs et al articles. |

| 12/21/08 | JAL | 495.00 | 12.50 | Further drafting and revisions to brief in response to anticipated confirmation objection. |
|---|---|---|---|---|
| 12/21/08 | JAL | 495.00 | 0.30 | Drafted and revised memo to PVNL, NDF, and WBS re: draft brief in response to anticipated confirmation objections. |
| 12/22/08 | PVL | 840.00 | 2.80 | Teleconference Wyron (1.8); review email and reply (.3); reviewed drafts of Scotts disc requests (.4); review prelim POR objs (.3). |
| 12/22/08 | ACM | 580.00 | 0.70 | Review TDP re allowance issue (.5); exchange e-mails with PVNL re same (.2). |
| 12/22/08 | JAL | 495.00 | 1.70 | Drafted and revised memo to NDF re: plan confirmation issues. |
| 12/22/08 | JAL | 495.00 | 0.40 | Reviewd e-mail exchanges between counsel re: confirmation-related discovery requests. |
| 12/22/08 | JAL | 495.00 | 0.40 | Reviewed comments on draft brief in response to anticipated confirmation objections. |
| 12/22/08 | JAL | 495.00 | 4.20 | Revisions and editing to draft brief in response to anticipated confirmation objections. |
| 12/22/08 | JAL | 495.00 | 0.10 | Telephone call with WBS re: draft brief in response to anticipated confirmation objections. |
| 12/22/08 | JAL | 495.00 | 0.20 | Review and analysis of preliminary plan objections. |
| 12/22/08 | JAL | 495.00 | 0.10 | Review and analysis of materials relating to plan confirmation issues. |
| 12/23/08 | PVL | 840.00 | 0.90 | Review e-mail and reply (.4); review Libby cls. prelim objs (.1); review 11 prelim objs to conf (.4). |
| 12/23/08 | JAL | 495.00 | 7.00 | Further editing and revisions to brief in response to confirmation objections. |
| 12/23/08 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to confirmation discovery. |
| 12/23/08 | JAL | 495.00 | 0.20 | Office conference with WBS re: confirmation issues. |
| 12/25/08 | PVL | 840.00 | 3.30 | Work on brief re Libby claims and objs (2.6); review email and reply (.2); review Arrowood RFAs and rogs to Grace (.5). |

| 12/26/08 | PVL | 840.00 | 0.20 | Review email and reply. |
| 12/27/08 | JAL | 495.00 | 0.50 | Reviewed e-mail exchanges between PVNL, NDF and WBS re: plan-related insurance issues. |
| 12/29/08 | PVL | 840.00 | 1.30 | Teleconference JAL (.7); review email and reply (.4); review drafts of designation of conf issues and email re same (.2). |
| 12/29/08 | ACM | 580.00 | 1.60 | Review OI Discovery requests and prepare draft responses. |
| 12/29/08 | JAL | 495.00 | 5.90 | Further revisions and editing to brief in response to confirmation objections. |
| 12/29/08 | JAL | 495.00 | 0.40 | Telephone conference with Debtors' counsel re: designation of issues for Phases I and II. |
| 12/29/08 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to plan confirmation. |
| 12/29/08 | JAL | 495.00 | 0.60 | Telephone conference with PVNL re: designation of issues for Phases I and II. |
| 12/29/08 | JAL | 495.00 | 0.40 | Telephone call with D. Boll re: designation of issues for Phases I and II. |
| 12/29/08 | JAL | 495.00 | 0.20 | Telephone call with WBS re: brief in response to confirmation objections. |
| 12/29/08 | JAL | 495.00 | 0.40 | Reviewed WBS's comments to fact section of confirmation response brief. |
| 12/29/08 | JAL | 495.00 | 0.20 | Second telephone calal with PVNL re: designation of issue for Phase I and II. |
| 12/29/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to D. Boll re: designation of issues for Phases I and II. |
| 12/29/08 | JAL | 495.00 | 0.40 | Drafted and revised e-mail to R. Wyron re: designation of issues for Phases I and II. |
| 12/30/08 | PVL | 840.00 | 3.60 | Review email (.2); confer ACM (.3); review Libby cls disc requests and NDF and WBS email re same (.4); review Cobb email and draft TDP revs and email Wyron and ACM re same (.5); review draft brief re Libby cls (2.1); review BNSF disc requests (.1). |

| 12/30/08 | ACM | 580.00 | 0.60 | Conference PVNL re indirect claims (.3); review proposed change to TDP re same (.3). |
|----------|-----|--------|------|-------------------------------------------------------------------------------------|
| 12/30/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges re: Libby Claimants' motion to compel discovery from Committee. |
| 12/30/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: Libby Claimants' motion to compel discovery from debtors. |
| 12/30/08 | JAL | 495.00 | 0.20 | Reviewed NDF's comments to brief in response to plan objections. |
| 12/30/08 | JAL | 495.00 | 0.80 | Revisions and editing to brief in response to confirmation objections. |
| 12/30/08 | JAL | 495.00 | 0.10 | Drafted response e-mail to ACM re: confirmation-related discovery. |
| 12/30/08 | JAL | 495.00 | 2.00 | Review and analysis of materials relating to Libby Claimants' motions to comple discovery. |
| 12/30/08 | JAL | 495.00 | 0.60 | Reviewed e-mails from NDF and WBS re: draft brief in response to confirmation objections. |
| 12/30/08 | JAL | 495.00 | 2.50 | Review and analysis of materials relating to Libby Claimants' discovery requests. |
| 12/30/08 | JAL | 495.00 | 0.30 | Office confernce with NDF re: Libby Claimants' discovery requests. |
| 12/30/08 | JAL | 495.00 | 0.30 | Reviewed inserts from AJS to proposed findings and conclusions. |
| 12/31/08 | PVL | 840.00 | 3.00 | Review email and reply (.5); confer NDF, JAL, AJS (2.1); review draft brief (.1); review Arrowood RFA to ACC (.3). |
| 12/31/08 | EI  | 920.00 | 0.20 | Review of int. issues. |
| 12/31/08 | JAL | 495.00 | 0.50 | Review and analysis of materials re: confirmationi-related insurance issues. |
| 12/31/08 | JAL | 495.00 | 0.10 | Drafted and revised e-mails to AJS re: preparation of answers to confirmation-related discovery. |
| 12/31/08 | JAL | 495.00 | 0.10 | Office conference with AJS re: preparation of answers to discovery. |

| 12/31/08 | JAL | 495.00 | 1.50 | Further revisions and editing to brief in response to confirmation objections. |
| 12/31/08 | JAL | 495.00 | 2.30 | Office conference with PVNL, NDF, and AJS re: preparation of answers to confirmation-related discovery. |
| 12/31/08 | JAL | 495.00 | 0.50 | Drafted and revised memo to EI re: confirmation objections. |

**Total Task Code .17        250.50**

### Travel – Non Working (19.90 Hours; $ 6,690.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.40 | $420 | 2,268.00 |
| Nathan D. Finch | 14.50 | $305 | 4,422.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/04/08 | NDF | 305.00 | 2.50 | Travel to Pittsburgh. |
| 12/11/08 | NDF | 305.00 | 5.00 | Travel to NYC for meeting with Horkovich (2.5); travel back to DC (2.5). |
| 12/15/08 | PVL | 420.00 | 5.40 | Travel to/from Pittsburgh. |
| 12/15/08 | NDF | 305.00 | 7.00 | Travel to Pittsburgh for Court hearing (2.5); return to DC (4.5). |

**Total Task Code  .21        19.90**

### Fee Auditor Matters (2.50 Hours; $ 1,387.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |
| Rita C. Tobin | 2.30 | $530 | 1,219.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/08 | PVL | 840.00 | 0.20 | Review draft response to Smith and email RCT. |
| 12/01/08 | RCT | 530.00 | 0.50 | Revise reply to fee auditor (.5) |
| 12/03/08 | RCT | 530.00 | 0.50 | Address fee auditor issues (.5) |
| 12/04/08 | RCT | 530.00 | 0.50 | Review fee auditor final report, 29th Fee Application (.5) |
| 12/22/08 | RCT | 530.00 | 0.80 | Review fee auditor issues (.8) |

**Total Task Code .32**        **2.50**

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 3,950.00 |
| Air Freight & Express Mail | 9.88 |
| Charge of Cell and/or Home Phone Useage | 37.48 |
| Conference Meals | 49.73 |
| Database Research | 5,353.06 |
| Local Transportation - DC | 23.00 |
| Long Distance-Equitrac In-House | 8.65 |
| Meals Related to Travel | 313.64 |
| Miscellaneous: Client Advances | 1,599.46 |
| NYO Long Distance Telephone | 288.26 |
| Professional Fees & Expert Witness Fees | 1,200.00 |
| Travel Expenses - Ground Transportation | 235.00 |
| Travel Expenses - Hotel Charges | 955.33 |
| Travel Expenses - LD Calls on Hotel Bill | 16.95 |
| Travel Expenses - Miscellaneous | 8.00 |
| Xeroxing | 434.40 |

**Total:     $ 14,482.84**