**EXHIBIT B**

**Case Administration (111.10 Hours; $ 67,665.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**     **111.10**

**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 252.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**     **.30**

**Fee Applications, Applicant (4.70 Hours; $ 2,003.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**     **4.70**

**Hearings (.50 Hours; $ 265.00)**

   Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**     **.50**

**Litigation and Litigation Consulting (271.20 Hours; $ 137,091.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**     **271.20**

**Plan & Disclosure Statement (250.50 Hours; $ 149,548.50)**

{D0145873.1 }
DOC#151898

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        250.50**

**Travel – Non Working (19.90 Hours; $ 6,690.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        19.90**

**Fee Auditor Matters (2.50 Hours; $ 1,387.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        2.50**

{D0145873.1 }