## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 3,950.00 |
| Air Freight & Express Mail | 9.88 |
| Charge of Cell and/or Home Phone Useage | 37.48 |
| Conference Meals | 49.73 |
| Database Research | 5,353.06 |
| Local Transportation - DC | 23.00 |
| Long Distance-Equitrac In-House | 8.65 |
| Meals Related to Travel | 313.64 |
| Miscellaneous: Client Advances | 1,599.46 |
| NYO Long Distance Telephone | 288.26 |
| Professional Fees & Expert Witness Fees | 1,200.00 |
| Travel Expenses - Ground Transportation | 235.00 |
| Travel Expenses - Hotel Charges | 955.33 |
| Travel Expenses - LD Calls on Hotel Bill | 16.95 |
| Travel Expenses - Miscellaneous | 8.00 |
| Xeroxing | 434.40 |
| **Total:** | **$ 14,482.84** |