| | | | | | |
|---|---|---|---|---|---|
| **Client Number:    4642** | | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter     000** | | **Disbursements** | | | 1/17/2009 |

Print Date/Time: 01/17/2009  1:02:15PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 12/31/2008

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 12/18/2008 | 13,655 |
|---|---|---|---|---|---|---|---|---|

Client Retainers Available         $4,759.14         Committed to Invoices:         $0.00         Remaining:         $4,759.14

Total Expenses Billed To Date         $3,115,205.34

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary    by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 23.00 | 0.00 | 23.00 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,849.60 | 0.00 | 1,849.60 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 9.88 | 0.00 | 9.88 |
| 0187 | NDF | Nathan D Finch | 0.00 | 3,864.09 | 0.00 | 3,684.09 |
| 0204 | AWG | Ann W Geier | 0.00 | 0.80 | 0.00 | 0.80 |
| 0210 | CJ | Charles  Joyner | 0.00 | 3.70 | 0.00 | 3.70 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 92.30 | 0.00 | 92.30 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 0.20 | 0.00 | 0.20 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 14.60 | 0.00 | 14.60 |
| 0243 | IH | Iris  Houston | 0.00 | 3.30 | 0.00 | 3.30 |
| 0308 | DBS | David B Smith | 0.00 | 49.40 | 0.00 | 49.40 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 1,309.84 | 0.00 | 1,309.84 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 99.80 | 0.00 | 99.80 |
| 0380 | EB | Eugenia  Benetos | 0.00 | 0.20 | 0.00 | 0.20 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 7,342.13 | 0.00 | 7,342.13 |
| **Total Fees** | | | **0.00** | **14,662.84** | **0.00** | **14,482.84** |

{D0145875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 1/17/2009 |

Print Date/Time: 01/17/2009  1:02:15PM

Attn:

Invoice #

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2320017 | Photocopy | E | 12/01/2008 | 0999 | C&D | | 0.00 | $1.00 | | 0.00 | $1.00 | 1.00 |
| 2320066 | Photocopy | E | 12/01/2008 | 0237 | SRB | | 0.00 | $6.60 | | 0.00 | $6.60 | 7.60 |
| 2320094 | Photocopy | E | 12/01/2008 | 0999 | C&D | | 0.00 | $2.60 | | 0.00 | $2.60 | 10.20 |
| 2320113 | Photocopy | E | 12/01/2008 | 0317 | JAL | | 0.00 | $2.70 | | 0.00 | $2.70 | 12.90 |
| 2314898 | Equitrac - Long Distance to 2122781322 | E | 12/02/2008 | 0999 | C&D | | 0.00 | $0.09 | | 0.00 | $0.09 | 12.99 |
| 2314918 | Equitrac - Long Distance to 6144648322 | E | 12/02/2008 | 0999 | C&D | | 0.00 | $1.13 | | 0.00 | $1.13 | 14.12 |
| 2314931 | Equitrac - Long Distance to 7708663202 | E | 12/03/2008 | 0999 | C&D | | 0.00 | $0.13 | | 0.00 | $0.13 | 14.25 |
| 2314934 | Equitrac - Long Distance to 7708663202 | E | 12/03/2008 | 0999 | C&D | | 0.00 | $0.29 | | 0.00 | $0.29 | 14.54 |
| 2313937 | Xeroxing | E | 12/03/2008 | 0999 | C&D | | 0.00 | $2.40 | | 0.00 | $2.40 | 16.94 |
| 2320252 | Photocopy | E | 12/03/2008 | 0220 | SKL | | 0.00 | $1.60 | | 0.00 | $1.60 | 18.54 |
| 2320253 | Photocopy | E | 12/03/2008 | 0220 | SKL | | 0.00 | $12.50 | | 0.00 | $12.50 | 31.04 |
| 2320277 | Photocopy | E | 12/03/2008 | 0999 | C&D | | 0.00 | $37.40 | | 0.00 | $37.40 | 68.44 |
| 2320292 | Photocopy | E | 12/03/2008 | 0220 | SKL | | 0.00 | $1.00 | | 0.00 | $1.00 | 69.44 |
| 2320331 | Photocopy | E | 12/03/2008 | 0187 | NDF | | 0.00 | $0.60 | | 0.00 | $0.60 | 70.04 |
| 2320378 | Photocopy | E | 12/04/2008 | 0317 | JAL | | 0.00 | $24.00 | | 0.00 | $24.00 | 94.04 |
| 2320382 | Photocopy | E | 12/04/2008 | 0220 | SKL | | 0.00 | $2.80 | | 0.00 | $2.80 | 96.84 |

{D0145875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 1/17/2009 |

Print Date/Time: 01/17/2009  1:02:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2320411 | Photocopy | | E | 12/04/2008 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 97.24 |
| 2320412 | Photocopy | | E | 12/04/2008 | 0220 | SKL | 0.00 | $3.20 | 0.00 | $3.20 | 100.44 |
| 2320420 | Photocopy | | E | 12/04/2008 | 0237 | SRB | 0.00 | $1.90 | 0.00 | $1.90 | 102.34 |
| 2315012 | Equitrac - Long Distance to 3024260166 | | E | 12/04/2008 | 0999 | C&D | 0.00 | $0.49 | 0.00 | $0.49 | 102.83 |
| 2315053 | Equitrac - Long Distance to 8054993572 | | E | 12/05/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 102.90 |
| 2315072 | Equitrac - Long Distance to 4068621532 | | E | 12/05/2008 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 103.12 |
| 2320470 | Photocopy | | E | 12/05/2008 | 0020 | PVL | 0.00 | $2.60 | 0.00 | $2.60 | 105.72 |
| 2320483 | Photocopy | | E | 12/05/2008 | 0232 | LK | 0.00 | $0.20 | 0.00 | $0.20 | 105.92 |
| 2320489 | Photocopy | | E | 12/08/2008 | 0220 | SKL | 0.00 | $6.30 | 0.00 | $6.30 | 112.22 |
| 2320490 | Photocopy | | E | 12/08/2008 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 113.52 |
| 2320498 | Photocopy | | E | 12/08/2008 | 0308 | DBS | 0.00 | $1.10 | 0.00 | $1.10 | 114.62 |
| 2315335 | Equitrac - Long Distance to 2123199240 | | E | 12/08/2008 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 115.04 |
| 2315336 | Equitrac - Long Distance to 2123199240 | | E | 12/08/2008 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 115.44 |
| 2315525 | Federal Express -EI Delivery to K.Hemming, 11/19/08  (Split between clients 5334 & 4642) | | E | 12/09/2008 | 0120 | EI | 0.00 | $9.88 | 0.00 | $9.88 | 125.32 |
| 2315544 | Business Card -JR Bank Of America Credit Card Statement, re: Cadmus Article Works, 11/3/08 | | E | 12/09/2008 | 0999 | C&D | 0.00 | $22.00 | 0.00 | $22.00 | 147.32 |
| 2315609 | Equitrac - Long Distance to 8054993572 | | E | 12/09/2008 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 148.08 |
| 2320622 | Photocopy | | E | 12/09/2008 | 0220 | SKL | 0.00 | $4.50 | 0.00 | $4.50 | 152.58 |
| 2320630 | Photocopy | | E | 12/09/2008 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 152.68 |

{D0145875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 1/17/2009 |

Print Date/Time: 01/17/2009  1:02:15PM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2320668 | Photocopy | | E | 12/09/2008 | 0220 | SKL | 0.00 | $8.10 | 0.00 | $8.10 | 160.78 |
| 2320693 | Photocopy | | E | 12/10/2008 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 160.88 |
| 2320719 | Photocopy | | E | 12/10/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 161.08 |
| 2315723 | Equitrac - Long Distance to 8432169100 | | E | 12/10/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 161.15 |
| 2315728 | Equitrac - Long Distance to 3122366166 | | E | 12/10/2008 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 161.43 |
| 2315729 | Equitrac - Long Distance to 4124713980 | | E | 12/10/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 161.48 |
| 2315750 | Equitrac - Long Distance to 2123199240 | | E | 12/10/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 161.53 |
| 2315896 | Equitrac - Long Distance to 6144648322 | | E | 12/11/2008 | 0999 | C&D | 0.00 | $2.66 | 0.00 | $2.66 | 164.19 |
| 2320824 | Photocopy | | E | 12/11/2008 | 0363 | AJS | 0.00 | $10.80 | 0.00 | $10.80 | 174.99 |
| 2320887 | Photocopy | | E | 12/12/2008 | 0363 | AJS | 0.00 | $13.30 | 0.00 | $13.30 | 188.29 |
| 2320889 | Photocopy | | E | 12/12/2008 | 0363 | AJS | 0.00 | $0.40 | 0.00 | $0.40 | 188.69 |
| 2320923 | Photocopy | | E | 12/12/2008 | 0363 | AJS | 0.00 | $12.00 | 0.00 | $12.00 | 200.69 |
| 2320926 | Photocopy | | E | 12/12/2008 | 0363 | AJS | 0.00 | $2.90 | 0.00 | $2.90 | 203.59 |
| 2320929 | Photocopy | | E | 12/12/2008 | 0363 | AJS | 0.00 | $7.70 | 0.00 | $7.70 | 211.29 |
| 2320938 | Photocopy | | E | 12/12/2008 | 0317 | JAL | 0.00 | $10.50 | 0.00 | $10.50 | 221.79 |
| 2316078 | Equitrac - Long Distance to 6144648322 | | E | 12/12/2008 | 0999 | C&D | 0.00 | $1.48 | 0.00 | $1.48 | 223.27 |
| 2316086 | Equitrac - Long Distance to 8054993572 | | E | 12/12/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 223.33 |
| 2320954 | Photocopy | | E | 12/14/2008 | 0187 | NDF | 0.00 | $1.60 | 0.00 | $1.60 | 224.93 |
| 2320957 | Photocopy | | E | 12/15/2008 | 0363 | AJS | 0.00 | $6.10 | 0.00 | $6.10 | 231.03 |

{D0145875.1 }

| Client Number: 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | | Disbursements | | | | | | | 1/17/2009 |

Print Date/Time: 01/17/2009 1:02:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2321009 | Photocopy | | E | 12/15/2008 | 0317 | JAL | 0.00 | $8.00 | 0.00 | $8.00 | 239.03 |
| 2321032 | Photocopy | | E | 12/15/2008 | 0999 | C&D | 0.00 | $4.60 | 0.00 | $4.60 | 243.63 |
| 2321033 | Photocopy | | E | 12/15/2008 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 244.53 |
| 2321035 | Photocopy | | E | 12/15/2008 | 0999 | C&D | 0.00 | $3.20 | 0.00 | $3.20 | 247.73 |
| 2321040 | Photocopy | | E | 12/15/2008 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 252.53 |
| 2321047 | Photocopy | | E | 12/15/2008 | 0204 | AWG | 0.00 | $0.80 | 0.00 | $0.80 | 253.33 |
| 2321072 | Photocopy | | E | 12/15/2008 | 0363 | AJS | 0.00 | $3.10 | 0.00 | $3.10 | 256.43 |
| 2316119 | Nathan D. Finch -Working Lunch at the Iron Grill w/ TEP, LMK, & JMR, 12/12/08 (Split between clients 7534,3872, & 4642) | | E | 12/15/2008 | 0187 | NDF | 0.00 | $49.73 | 0.00 | $49.73 | 306.16 |
| 2316120 | Nathan D. Finch Meals while on travel to NYC, re: Mtg. w/ Anderson Kill counsel, 12/11/08 | | E | 12/15/2008 | 0187 | NDF | 0.00 | $28.45 | 0.00 | $28.45 | 334.61 |
| 2316121 | Nathan D. Finch Parking at DC Union Station & Can Fares while on travel to NYC, re: Mtg. w/ Anderson Kill counsel, 12/11/08 | | E | 12/15/2008 | 0187 | NDF | 0.00 | $39.00 | 0.00 | $39.00 | 373.61 |
| 2316531 | Petty Cash -Cab Fare to Kirland & Ellis Mtg. w/ NDF, 12/8/08 (BSB) | | E | 12/16/2008 | 0001 | BSB | 0.00 | $23.00 | 0.00 | $23.00 | 396.61 |
| 2321092 | Photocopy | | E | 12/16/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 396.81 |
| 2321100 | Photocopy | | E | 12/16/2008 | 0308 | DBS | 0.00 | $14.00 | 0.00 | $14.00 | 410.81 |
| 2321104 | Photocopy | | E | 12/16/2008 | 0363 | AJS | 0.00 | $3.90 | 0.00 | $3.90 | 414.71 |
| 2321110 | Photocopy | | E | 12/16/2008 | 0363 | AJS | 0.00 | $7.80 | 0.00 | $7.80 | 422.51 |
| 2321138 | Photocopy | | E | 12/16/2008 | 0220 | SKL | 0.00 | $5.20 | 0.00 | $5.20 | 427.71 |
| | | | | | | C&D | | | | | |

{D0145875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 1/17/2009 |

Print Date/Time: 01/17/2009 1:02:15PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2321141 | Photocopy | | E | 12/16/2008 | 0999 | | 0.00 | $26.60 | 0.00 | $26.60 | 454.31 |
| 2321145 | Photocopy | | E | 12/16/2008 | 0210 | CJ | 0.00 | $3.70 | 0.00 | $3.70 | 458.01 |
| 2321153 | Photocopy | | E | 12/16/2008 | 0363 | AJS | 0.00 | $7.70 | 0.00 | $7.70 | 465.71 |
| 2321194 | Photocopy | | E | 12/17/2008 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 466.81 |
| 2321196 | Photocopy | | E | 12/17/2008 | 0220 | SKL | 0.00 | $5.70 | 0.00 | $5.70 | 472.51 |
| 2321198 | Photocopy | | E | 12/17/2008 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 473.01 |
| 2321199 | Photocopy | | E | 12/17/2008 | 0220 | SKL | 0.00 | $6.20 | 0.00 | $6.20 | 479.21 |
| 2321203 | Photocopy | | E | 12/17/2008 | 0363 | AJS | 0.00 | $2.10 | 0.00 | $2.10 | 481.31 |
| 2321226 | Photocopy | | E | 12/17/2008 | 0363 | AJS | 0.00 | $9.00 | 0.00 | $9.00 | 490.31 |
| 2321235 | Photocopy | | E | 12/17/2008 | 0363 | AJS | 0.00 | $5.10 | 0.00 | $5.10 | 495.41 |
| 2321261 | Photocopy | | E | 12/17/2008 | 0363 | AJS | 0.00 | $2.40 | 0.00 | $2.40 | 497.81 |
| 2316682 | Nathan D. Finch meals while on travel to Pittsburgh, PA, re: Attend Court Hearing, 12/15/08 | | E | 12/17/2008 | 0187 | NDF | 0.00 | $75.23 | 0.00 | $75.23 | 573.04 |
| 2316683 | Nathan D. Finch cab fares while on travel to Pittsburgh, PA, re: Attend Court Hearing, 12/15/08 | | E | 12/17/2008 | 0187 | NDF | 0.00 | $81.00 | 0.00 | $81.00 | 654.04 |
| 2316699 | ADA Travel, Inc. (Coach fare $352) Roundtrip Amtrak train fare to New York, NY, 12/11/08 (NDF) | | E | 12/17/2008 | 0187 | NDF | 0.00 | $532.00 | 0.00 | $352.00 | 1,006.04 |
| 2316701 | ADA Travel, Inc. roundtrip Coach Airfare to Pittsburgh, PA, 12/15/08 (PVNL) | | E | 12/17/2008 | 0020 | PVL | 0.00 | $1,739.00 | 0.00 | $1,739.00 | 2,745.04 |
| 2325695 | ADA Travel, Inc. Agency Fee - Roundtrip Amtrak train fare to New York, NY, 12/11/08 (NDF) | | E | 12/17/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 2,785.04 |
| | | | | | | PVL | | | | | |

{D0145875.1 }

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client Number: 4642** | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| **Matter   000** | | Disbursements | | | | | | | | 1/17/2009 |
| | | | | | | | | | Print Date/Time: 01/17/2009 | 1:02:15PM |
| Attn: | | | | | | | | | | Invoice # |
| 2325696 | ADA Travel, Inc. Agency Fee - Roundtrip airfare to Pittsburgh, PA, 12/15/08 (PVNL) | | E | 12/17/2008 | 0020 | | 0.00 | $40.00 | 0.00 | $40.00 | 2,825.04 |
| 2319353 | Petty Cash -Meals while on travel to Pittsburgh, PA, re: Hearing, 12/15/08 (PVNL) | | E | 12/18/2008 | 0020 | PVL | 0.00 | $6.00 | 0.00 | $6.00 | 2,831.04 |
| 2319354 | Petty Cash -Cab Fares & Parking at DCA Airport while on travel to Pittsburgh, PA, re: Hearing, 12/15/08 (PVNL) | | E | 12/18/2008 | 0020 | PVL | 0.00 | $62.00 | 0.00 | $62.00 | 2,893.04 |
| 2321277 | Photocopy | | E | 12/18/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 2,893.24 |
| 2321377 | Photocopy | | E | 12/19/2008 | 0380 | EB | 0.00 | $0.20 | 0.00 | $0.20 | 2,893.44 |
| 2321382 | Photocopy | | E | 12/19/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 2,893.64 |
| 2321468 | NYO Long Distance Telephone-Conf. conf. call EI, Coh, Peterson, et al. on 11/4 | | E | 12/19/2008 | 0999 | C&D | 0.00 | $101.20 | 0.00 | $101.20 | 2,994.84 |
| 2321472 | NYO Long Distance Telephone-Conf. call with ACM, Wyron, Turetsky re: Sealed Air 11/17 | | E | 12/19/2008 | 0999 | C&D | 0.00 | $168.36 | 0.00 | $168.36 | 3,163.20 |
| 2321474 | NYO Long Distance Telephone-Conf. call  11/17 | | E | 12/19/2008 | 0999 | C&D | 0.00 | $18.70 | 0.00 | $18.70 | 3,181.90 |
| 2319554 | Premiere Global Services -Conference Calls, 11/7/08 (NDF) | | E | 12/22/2008 | 0187 | NDF | 0.00 | $37.48 | 0.00 | $37.48 | 3,219.38 |
| 2319963 | Motley Rice LLC -Refund Committee Member (APB) | | E | 12/22/2008 | 0999 | C&D | 0.00 | $1,577.46 | 0.00 | $1,577.46 | 4,796.84 |
| 2322431 | Photocopy | | E | 12/22/2008 | 0999 | C&D | 0.00 | $8.80 | 0.00 | $8.80 | 4,805.64 |
| 2322458 | Photocopy | | E | 12/22/2008 | 0308 | DBS | 0.00 | $17.10 | 0.00 | $17.10 | 4,822.74 |
| 2322466 | Photocopy | | E | 12/22/2008 | 0308 | DBS | 0.00 | $7.60 | 0.00 | $7.60 | 4,830.34 |
| 2322470 | Photocopy | | E | 12/22/2008 | 0220 | SKL | 0.00 | $3.60 | 0.00 | $3.60 | 4,833.94 |
| 2322477 | Photocopy | | E | 12/22/2008 | 0220 | SKL | 0.00 | $12.60 | 0.00 | $12.60 | 4,846.54 |
| 2322558 | Photocopy | | E | 12/23/2008 | 0237 | SRB | 0.00 | $2.90 | 0.00 | $2.90 | 4,849.44 |

{D0145875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 1/17/2009 |

Print Date/Time: 01/17/2009 1:02:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2322644 | Photocopy | | E | 12/24/2008 | 0237 | SRB | 0.00 | $2.90 | 0.00 | $2.90 | 4,852.34 |
| 2322648 | Photocopy | | E | 12/24/2008 | 0220 | SKL | 0.00 | $2.00 | 0.00 | $2.00 | 4,854.34 |
| 2322649 | Photocopy | | E | 12/24/2008 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 4,855.04 |
| 2321546 | Jeffrey A. Liesemer Meals while on travel to NYC, re: Plan Mtgs., 9/15/08 - 9/16/08 | | E | 12/24/2008 | 0317 | JAL | 0.00 | $117.22 | 0.00 | $117.22 | 4,972.26 |
| 2321547 | Jeffrey A. Liesemer NY Marriott 1-Night Lodging Expense for travel to NYC, re: Plan Mtgs., 9/15/08 - 9/16/08 | | E | 12/24/2008 | 0317 | JAL | 0.00 | $637.27 | 0.00 | $637.27 | 5,609.53 |
| 2321548 | Jeffrey A. Liesemer Cab Fares while on travel to NYC, re: Plan Mtgs., 9/15/08 - 9/16/08 | | E | 12/24/2008 | 0317 | JAL | 0.00 | $35.00 | 0.00 | $35.00 | 5,644.53 |
| 2321549 | Jeffrey A. Liesemer Telecommunications while on travel to NYC, re: Plan Mtgs., 9/15/08 - 9/16/08 | | E | 12/24/2008 | 0317 | JAL | 0.00 | $16.95 | 0.00 | $16.95 | 5,661.48 |
| 2321550 | Jeffrey A. Liesemer Gratuity/Tips while on travel to NYC, re: Plan Mtgs., 9/15/08 - 9/16/08 | | E | 12/24/2008 | 0317 | JAL | 0.00 | $8.00 | 0.00 | $8.00 | 5,669.48 |
| 2321552 | ADA Travel, Inc. -Roundtrip Coach Airfare travel to Pittsburgh, PA, 12/15/08 (NDF) | | E | 12/24/2008 | 0187 | NDF | 0.00 | $1,739.00 | 0.00 | $1,739.00 | 7,408.48 |
| 2321553 | ADA Travel, Inc. -Agency Fee, re: Coach Roundtrip Airfare travel to Pittsburgh, PA, 12/15/08 (NDF) | | E | 12/24/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 7,448.48 |
| 2322759 | Photocopy | | E | 12/30/2008 | 0220 | SKL | 0.00 | $8.30 | 0.00 | $8.30 | 7,456.78 |
| 2322765 | Photocopy | | E | 12/30/2008 | 0220 | SKL | 0.00 | $2.30 | 0.00 | $2.30 | 7,459.08 |
| 2322776 | Photocopy | | E | 12/30/2008 | 0363 | AJS | 0.00 | $2.90 | 0.00 | $2.90 | 7,461.98 |
| 2322820 | Photocopy | | E | 12/30/2008 | 0237 | SRB | 0.00 | $0.30 | 0.00 | $0.30 | 7,462.28 |
| 2322843 | Photocopy | | E | 12/31/2008 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 7,463.98 |
| 2322845 | Photocopy | | E | 12/31/2008 | 0243 | IH | 0.00 | $3.30 | 0.00 | $3.30 | 7,467.28 |

{D0145875.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | | 1/17/2009 |

Print Date/Time: 01/17/2009 1:02:15PM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2322869 | Photocopy | E | 12/31/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 7,467.48 |
| 2322886 | Photocopy | E | 12/31/2008 | 0317 | JAL | 0.00 | $24.40 | 0.00 | $24.40 | 7,491.88 |
| 2322904 | Photocopy | E | 12/31/2008 | 0363 | AJS | 0.00 | $2.60 | 0.00 | $2.60 | 7,494.48 |
| 2322907 | Photocopy | E | 12/31/2008 | 0317 | JAL | 0.00 | $3.00 | 0.00 | $3.00 | 7,497.48 |
| 2322913 | Photocopy | E | 12/31/2008 | 0308 | DBS | 0.00 | $9.50 | 0.00 | $9.50 | 7,506.98 |
| 2323215 | Database Research - Westlaw by BSB on 12/5 | E | 12/31/2008 | 0999 | C&D | 0.00 | $74.22 | 0.00 | $74.22 | 7,581.20 |
| 2323216 | Database Research - Westlaw by NDF on 12/16 | E | 12/31/2008 | 0999 | C&D | 0.00 | $234.43 | 0.00 | $234.43 | 7,815.63 |
| 2323217 | Database Research - Westlaw by MAF on 12/5 | E | 12/31/2008 | 0999 | C&D | 0.00 | $84.32 | 0.00 | $84.32 | 7,899.95 |
| 2323218 | Database Research - Westlaw by AJS on 12/11-31 | E | 12/31/2008 | 0999 | C&D | 0.00 | $3,056.05 | 0.00 | $3,056.05 | 10,956.00 |
| 2323219 | Database Research - Westlaw by JAL on 12/2-29 | E | 12/31/2008 | 0999 | C&D | 0.00 | $1,709.04 | 0.00 | $1,709.04 | 12,665.04 |
| 2323220 | Database Research - Westlaw by MAF on 12/5 | E | 12/31/2008 | 0999 | C&D | 0.00 | $195.00 | 0.00 | $195.00 | 12,860.04 |
| 2322299 | Jeffrey A. Liesemer Meals while on travel to Pittsburgh, PA, re: Grace Hearing, 11/13/08 - 11/14/08 | E | 12/31/2008 | 0317 | JAL | 0.00 | $86.74 | 0.00 | $86.74 | 12,946.78 |
| 2322300 | Jeffrey A. Liesemer Omni William Penn Hotel 1-Night Lodging Expense for travel to Pittsburgh, PA, re: Grace Hearing, 11/13/08 - 11/14/08 | E | 12/31/2008 | 0317 | JAL | 0.00 | $318.06 | 0.00 | $318.06 | 13,264.84 |
| 2322301 | Jeffrey A. Liesemer Cab Fare to DCA Airport for travel to Pittsburgh, PA, re: Grace Hearing, 11/13/08 - 11/14/08 | E | 12/31/2008 | 0317 | JAL | 0.00 | $18.00 | 0.00 | $18.00 | 13,282.84 |
| 2322303 | MAS, LLC -Expert Report, re: Dr. William Longo, 12/29/08 (NDF) | E | 12/31/2008 | 0187 | NDF | 0.00 | $1,200.00 | 0.00 | $1,200.00 | 14,482.84 |
| **Total Expenses** | | | | | | | $14,662.84 | | | |
| | | | | | | 0.00 | | 0.00 | $14,482.84 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |

{D0145875.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | 1/17/2009 |

Print Date/Time: 01/17/2009  1:02:15PM

Attn:

Invoice #

| | | | | |
|---|---|---|---|---|
| Matter Total Expenses | | 14,662.84 | | 14,482.84 |
| Matter Total | 0.00 | 14,662.84 | 0.00 | 14,482.84 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $14,662.84 | | $14,482.84 |
| Prebill Total | 0.00 | $14,662.84 | 0.00 | $14,482.84 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 64,338 | 08/20/2008 | 157,703.00 | 31,540.60 |
| 64,939 | 09/29/2008 | 112,690.00 | 22,538.00 |
| 65,190 | 10/24/2008 | 132,869.00 | 26,573.80 |
| 65,672 | 11/20/2008 | 170,494.31 | 170,494.31 |
| 66,049 | 12/18/2008 | 212,031.66 | 212,031.66 |
| | | 2,572,937.72 | 512,827.67 |

{D0145875.1 }