# EXHIBIT A

**Libby, Montana Asbestos Litigation - 00300**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 219.76 | $ 222.51 | $ - | $ 442.27 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
|  |  |  |  | $ - |
| TOTAL | $ 219.76 | $ 222.51 | $ - | $ 442.27 |

Holme Roberts & Owen LLP

August 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 814574 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/20/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: MB81359; Monthly Storage | $ | 219.76 |
| | | **Total Disbursements:** | $ | **219.76** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 219.76 |
| **Total Disbursements:** | $ | **219.76** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$*    *219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$*    *70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | *$*    *271.48* |
| 777735 | 08/22/07 | Bill | 463.24 |

Holme Roberts & Owen LLP

September 18, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 819094 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/04/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: MK50533; Monthly Storage | $ | 222.51 |
| | | **Total Disbursements:** | $ | 222.51 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 222.51 |
| **Total Disbursements:** | $ | **222.51** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | | *Outstanding Balance on Invoice 679369:* | *$ 70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | | *Outstanding Balance on Invoice 684108:* | *$ 271.48* |
| 777735 | 08/22/07 | Bill | 463.24 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | July | August | September | Total Comp. |
|---|---|---|---|---|---|---|
| | | | | TOTAL HOURS BILLED | | |
| Flaagan, Elizabeth | Partner | $ 400.00 | 0.6 | 0.8 | 0.4 | $ 720.00 |
| Haag, Susan | Paralegal | $ 175.00 | 1.5 | 1.1 | 0 | $ 455.00 |
| Sherman, Joan | Paralegal | $ 185.00 | 36.1 | 0 | 20.5 | $ 10,471.00 |
| Latuda, Carla | Paralegal | $ 175.00 | 0 | 0 | 1 | $ 175.00 |
| | | | | | | |
| TOTAL | | | 38.2 | 1.9 | 21.9 | $ 11,821.00 |

### Bankruptcy Matters - 00390

| Description | July | | August | | September | | Total | |
|---|---|---|---|---|---|---|---|---|
| Photocopies | $ | - | $ | 2.55 | $ | - | $ | 2.55 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | 2.60 | $ | 0.20 | $ | 1.60 | $ | 4.40 |
| Outside Courier | $ | - | $ | - | $ | 13.97 | $ | 13.97 |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | - | $ | - | $ | 4,100.12 | $ | 4,100.12 |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | 33.00 | $ | 855.70 | $ | 1,204.40 | $ | 2,093.10 |
| Postage | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | 35.60 | $ | 858.45 | $ | 5,320.09 | $ | 6,214.14 |

Holme Roberts & Owen LLP

August 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 814574 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/08/08 | JLS | Telephone conferences with MMurphy re ZAI sales in certain states and research re same. | 1.30 | $ | 240.50 |
| 07/09/08 | JLS | Telephone conferences with MMurphy re ZAI sales in certain states. | 3.20 | | 592.00 |
| 07/10/08 | SH | Draft October 2007 monthly fee application (.50); draft November 2007 monthly fee application (.50); draft December 2007 monthly fee application (.50). | 1.50 | | 262.50 |
| 07/10/08 | JLS | Research re ZAI sales in certain states. | 3.60 | | 666.00 |
| 07/11/08 | EKF | Review monthly fee application for October, November and December 2007 (.6). | 0.60 | | 240.00 |
| 07/11/08 | JLS | Research re ZAI sales in certain states. | 5.40 | | 999.00 |
| 07/14/08 | JLS | Research re ZAI sales in certain states. | 2.40 | | 444.00 |
| 07/15/08 | JLS | Research re ZAI sales in certain states. | 3.40 | | 629.00 |
| 07/16/08 | JLS | Research re ZAI sales in certain states. | 2.90 | | 536.50 |
| 07/17/08 | JLS | Research re ZAI sales in certain states. | 6.90 | | 1,276.50 |
| 07/18/08 | JLS | Research re ZAI sales in certain states. | 4.90 | | 906.50 |
| 07/20/08 | JLS | Research re ZAI sales in certain states. | 2.10 | | 388.50 |

**Total Fees Through July 31, 2008:**     38.20    $    7,181.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.60 | $ | 240.00 |
| JLS | Joan L. Sherman | Paralegal | 185.00 | 36.10 | | 6,678.50 |
| SH | Susan Haag | Paralegal | 175.00 | 1.50 | | 262.50 |

**Total Fees:**     38.20    $    7,181.00

Holme Roberts & Owen LLP

August 12, 2008

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 814574 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/08/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 316297; DATE: 7/8/2008  -  Professional Services through June 30, 2008 | $ | 33.00 |
| 07/09/08 | | Long Distance Telephone: ranTime:16:46 | | 0.10 |
| 07/09/08 | | Long Distance Telephone: ranTime:16:47 | | 0.20 |
| 07/11/08 | | Long Distance Telephone: ranTime:09:56 | | 0.40 |
| 07/15/08 | | Long Distance Telephone: TranTime:13:55 | | 1.90 |
| | | **Total Disbursements:** | $ | **35.60** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 33.00 |
| Long Distance Telephone | | 2.60 |
| **Total Disbursements:** | $ | **35.60** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount | |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 | |
| | 05/24/04 | Cash Receipt | -366.31 | |
| | 10/19/04 | Cash Receipt | -92.89 | |
| | *Outstanding Balance on Invoice 658429:* | | $ | *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 | |
| | 05/24/04 | Cash Receipt | -2,131.18 | |
| | 10/19/04 | Cash Receipt | -382.44 | |
| | *Outstanding Balance on Invoice 661254:* | | $ | *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 | |
| | 01/04/05 | Cash Receipt | -1,526.52 | |

Holme Roberts & Owen LLP

September 18, 2008

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 819094 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/06/08 | SH | Draft 27th interim fee application. | 1.10 | $  192.50 |
| 08/07/08 | EKF | Review and finalize Twenty-Seventh Quarterly Fee Application. | 0.40 | 160.00 |
| 08/11/08 | EKF | Review and revise July 2008 prebills/invoices for compliance with US Trustee Guidelines (.4). | 0.40 | 160.00 |
| | | **Total Fees Through August 31, 2008:** | **1.90** | **$  512.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.80 | $  320.00 |
| SH | Susan Haag | Paralegal | 175.00 | 1.10 | 192.50 |
| | | **Total Fees:** | | **1.90** | **$  512.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/01/08 | | Long Distance Telephone: 2028795000, 1 Mins., TranTime:08:00 $ | 0.10 |
| 08/01/08 | | Long Distance Telephone: 3128612000, 2 Mins., TranTime:08:02 | 0.10 |
| 08/06/08 | 17 | Document Reproduction | 2.55 |
| 08/13/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 317509; DATE: 8/13/2008  -  Professional Services through July 31, 2008 | 855.70 |
| | | **Total Disbursements:** $ | **858.45** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 855.70 |
| Document Reproduction | | 2.55 |
| Long Distance Telephone | | 0.20 |
| **Total Disbursements:** | **$** | **858.45** |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | August | Total Comp |
|------|----------|------------|--------|-----------|
| Flaagan, Elizabeth K. | Partner | $ 400.00 | 0.8 | $ 320.00 |
| Haag, Susan | Paralegal | $ 175.00 | 1.1 | $ 192.50 |
| | | | | |
| **Total** | | | **1.90** | **$ 512.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $        2.55 |
| Facsimiles | $          - |
| Long Distance Telephone | $        0.20 |
| Federal Express | $          - |
| Outside Courier | $          - |
| Lexis | $          - |
| Consulting Fee | $          - |
| Postage | $          - |
| Research Services | $          - |
| Professional Services | $      855.70 |
| Total | $      858.45 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 09/09/08 | JLS | Research ZAI sales in certain states. | 2.10 | $ | 388.50 |
| 09/11/08 | JLS | Research ZAI sales in certain states. | 1.30 | | 240.50 |
| 09/15/08 | EKF | Review August 2008 prebills/invoices for compliance with US Trustee Guidelines (.4). | 0.40 | | 160.00 |
| 09/15/08 | JLS | Research ZAI sales in certain states. | 1.80 | | 333.00 |
| 09/16/08 | JLS | Research ZAI sales in certain states. | 2.90 | | 536.50 |
| 09/17/08 | JLS | Research ZAI sales in certain states. | 2.90 | | 536.50 |
| 09/18/08 | MCL | Research ZAI sales in certain states. | 1.00 | | 175.00 |
| 09/18/08 | JLS | Research ZAI sales in certain states. | 3.20 | | 592.00 |
| 09/22/08 | JLS | Research re ZAI sales in certain states. | 1.60 | | 296.00 |
| 09/23/08 | JLS | Research ZAI sales in certain states. | 3.10 | | 573.50 |
| 09/24/08 | JLS | Research re ZAI sales in certain states. | 1.60 | | 296.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through September 30, 2008:** | **21.90** | **$** | **4,127.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.40 | $ | 160.00 |
| JLS | Joan L. Sherman | Paralegal | 185.00 | 20.50 | | 3,792.50 |
| MCL | Carla M. Latuda | Paralegal | 175.00 | 1.00 | | 175.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees:** | **21.90** | **$** | **4,127.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 08/28/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 290118570 DATE: 9/3/2008 |Tracking #: 790567819480 Shipment Date: 20080828 Ship to: , Kirkland , 200 E Randolph St Fl 54, CHICAGO, IL 60601 | $ | 12.43 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/28/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 290118570 DATE: 9/3/2008 \|Tracking #: 798002822843 Shipment Date: 20080828 Ship to: , Kirkland , 777 S Figueroa St, LOS ANGELES, CA 90017 | 12.43 |
| 08/28/08 | | Outside Courier: VENDOR: Mazon Associatess, Inc.; INVOICE#: 30311; DATE: 08/29/08  Denver Courier Charges From 08/25/08 to 08/29/08  -   From HRO to eTrial Communications,Inc 08/28/2008 | 13.97 |
| 09/10/08 | | Long Distance Telephone: 6174265900, 4 Mins., TranTime:14:26 | 0.40 |
| 09/12/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 292259813 DATE: 9/17/2008 \|Tracking #: 798510323366 Shipment Date: 20080912 Ship to: , Kirkland , 200 E Randolph St Fl 54, CHICAGO, IL 60601 | 15.53 |
| 09/15/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 318426; DATE: 9/15/2008  -  Professional Services through August 31, 2008 | 1,204.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085890500 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 75.91 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085895432 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 64.74 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578014873 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 109.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578022286 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 75.91 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138408973 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 51.35 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013005710 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 89.30 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013017151 Shipment Date: 20080916 Ship to: , INFORMATION NOT SUPPLIED, 10 Winthrop Sq, BOSTON, MA 02110 | 40.21 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085880808 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 55.14 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085893565 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 72.79 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085901020 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 97.05 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085905139 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 30.88 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085909318 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 86.02 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085910333 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 94.84 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085915221 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 33.08 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790085919856 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 88.23 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578000579 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 48.52 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578005927 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 88.23 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578024679 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 99.26 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578028230 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578031074 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 81.61 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578035952 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 46.32 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

Page      13
Invoice No.:   821851
Client  No.:   04339
Matter No.:   00390

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578042050 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 83.82 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578047176 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578047290 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 77.20 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578048437 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 94.84 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790578050080 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 74.99 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138399346 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 55.14 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138421352 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138423642 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 94.84 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138427924 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 79.40 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791138428482 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 68.37 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013002230 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 59.55 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013020927 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 99.26 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013020982 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 99.26 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013024050 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 105.87 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013024955 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 66.17 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013027987 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 81.61 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013028641 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 74.99 |
| 09/16/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798013030858 Shipment Date: 20080916 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 77.37 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 790087238708 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 92.73 |
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 798014342959 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 38.63 |
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 798014344929 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 43.33 |
| 09/17/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293126031 DATE: 9/24/2008 \|Tracking #: 798014346314 Shipment Date: 20080917 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 102.16 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580476026 Shipment Date: 20080918 Ship to: , Casner , 303 Congress St Fl 2, BOSTON, MA 02210 | 13.10 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790088460790 Shipment Date: 20080918 Ship to: , Casners , 10 Winthrop Sq, BOSTON, MA 02110 | 70.73 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580571520 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 59.33 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580572950 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 61.61 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 790580583156 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 84.43 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 791140997122 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 98.11 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015564484 Shipment Date: 20080918 Ship to: , Casners , 10 Winthrop Sq, BOSTON, MA 02110 | 68.45 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015567483 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 66.16 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015568608 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 102.68 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015571876 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 38.78 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015574213 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 66.16 |
| 09/18/08 | | Federal Express: VENDOR: Federal Express Corporation INVOICE#: 293129404 DATE: 9/24/2008 \|Tracking #: 798015583869 Shipment Date: 20080918 Ship to: , Casner , 10 Winthrop Sq, BOSTON, MA 02110 | 93.67 |
| 09/22/08 | | Long Distance Telephone: 6175423025, 1 Mins., TranTime:10:17 | 0.10 |
| 09/22/08 | | Long Distance Telephone: 6174265900, 1 Mins., TranTime:10:24 | 0.10 |
| 09/22/08 | | Long Distance Telephone: 6178031632, 5 Mins., TranTime:10:25 | 0.50 |
| 09/23/08 | | Long Distance Telephone: 8572411329, 1 Mins., TranTime:14:23 | 0.10 |
| 09/24/08 | | Long Distance Telephone: 8572411329, 2 Mins., TranTime:08:40 | 0.20 |
| 09/24/08 | | Long Distance Telephone: 6178031632, 1 Mins., TranTime:08:43 | 0.10 |
| 09/24/08 | | Long Distance Telephone: 8572411329, 1 Mins., TranTime:13:20 | 0.10 |

Holme Roberts & Owen LLP

October 15, 2008

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 821851 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| | | Total Disbursements: | $ | 5,320.09 |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,204.40 |
| Long Distance Telephone | | 1.60 |
| Outside Courier | | 13.97 |
| Federal Express | | 4,100.12 |
| **Total Disbursements:** | $ | **5,320.09** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 777735 | 08/22/07 | Bill | 842.85 |
| | 08/13/08 | Cash Receipt | -8.44 |
| | | *Outstanding Balance on Invoice 777735:* | $ *834.41* |
| 781878 | 09/19/07 | Bill | 966.40 |
| | | *Outstanding Balance on Invoice 781878:* | $ *966.40* |
| 784722 | 10/10/07 | Bill | 919.43 |
| | | *Outstanding Balance on Invoice 784722:* | $ *919.43* |
| 786376 | 11/07/07 | Bill | 815.55 |
| | 09/26/08 | Cash Receipt | -715.55 |
| | | *Outstanding Balance on Invoice 786376:* | $ *100.00* |
| 790204 | 12/12/07 | Bill | 1,591.36 |
| | 09/26/08 | Cash Receipt | -1,476.16 |
| | | *Outstanding Balance on Invoice 790204:* | $ *115.20* |
| 792782 | 01/10/08 | Bill | 1,268.68 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $400.00 | 1.8 | $720.00 |
| Susan Haag | Paralegal | Bankruptcy | $175.00 | 2.6 | $455.00 |
| Joan Sherman | Paralegal | Environmental | $185.00 | 56.6 | $10,471.00 |
| Carla Latuda | Paralegal | Environmental | $175.00 | 1.0 | $175.00 |
| **TOTAL** | | | | **62** | **$11,821.00** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $2.55 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $4.40 |
| Other Expenses | $442.27 |
| Outside Courier | $13.97 |
| Lexis | $0.00 |
| Federal Express | $4,100.12 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,093.10 |
| Velo Binding | $0.00 |
| **TOTALS** | **$6,656.41** |