**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | |
| | ) | |
| | ) | |

**EXHIBIT 5 TO EXHIBIT BOOK
SCHEDULE OF SETTLED ASBESTOS INSURERS
ENTITLED TO 524 (g) PROTECTION**

**EXHIBIT 5**

Attached.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit 5

# Schedule of Settled Asbestos Insurance Companies

Note:  Exhibit 5 is referenced in the definition of Settled Asbestos Insurance Company in the Plan.  Exhibit 5 identifies those policies (or portions thereof) as to which the Plan Proponents intend to ask the Court to grant 524(g) protection, as set forth in the Plan's definition of Settled Asbestos Insurance Company.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Admiral Insurance Company | 08/01/95 | Only the "Products" coverage portion of the following policy:<br> 06/30/75 – 06/30/76     75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite. |
| Allstate Insurance Company | 06/07/94 | Only the "Products" coverage portion of the following policies:<br> 06/30/75 – 06/30/76     63001170<br> 06/30/75 – 06/30/76     63001171<br> 06/30/75 – 06/30/76     63001172<br> 06/30/76 – 06/30/77     63002048<br> 06/30/77 – 06/30/78     63002048<br> 06/30/78 – 06/30/79     63002048<br> 06/30/79 – 06/30/80     63005793<br> 06/30/80 – 06/30/81     63005793<br> 06/30/81 – 06/30/82     63005793<br> 06/30/79 – 06/30/80     63005794<br> 06/30/80 – 06/30/81     63006854<br> 06/30/81 – 06/30/82     63008153 |
| American Centennial (n/k/a OneBeacon) | 05/26/95 | 06/30/78 – 06/30/79     CC000304<br> 06/30/78 – 06/30/79     CC000305<br> 06/30/78 – 06/30/79     CC000306<br> 06/30/81 – 06/30/82     CC002418<br> 06/30/81 – 06/30/82     CC002419<br> 06/30/82 – 06/30/83     CC005317<br> 06/30/83 – 06/30/84     CC015780<br> 06/30/83 – 06/30/84     CC015815 |
| American Re-Insurance Company | 10/01/95 | Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.): |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 01/27/65 – 10/20/65 | M-6672-0001 |
| | | 05/17/66 – 10/20/66 | M-6672-0002 |
| | | 10/20/66 – 10/20/67 | M-6672-0002 |
| | | 10/20/67 – 10/20/68 | M-6672-0002 |
| | | 10/20/68 – 10/20/69 | M0085374 |
| | | 10/20/69 – 10/20/70 | M0085374 |
| | | 10/20/70 – 10/20/71 | M0085374 |
| | | 10/20/71 – 10/20/72 | M0085374 |
| | | 10/20/72 – 10/20/73 | M0085374 |
| Bermuda Fire & Marine Insurance Company LTD | 11/17/95 | 06/30/76 – 06/30/77 | 76DD1594C |
| | | 06/30/77 – 06/30/78 | 76DD1594C |
| | | 06/30/78 – 06/30/79 | 76DD1594C |
| | | 06/30/76 – 06/30/77 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 76DD1595C |
| | | 06/30/78 – 06/30/79 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 77DD1631C |
| | | 06/30/77 – 06/30/78 | 77DD1632C |
| | | 06/30/78 – 06/30/79 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| | | 06/30/79 – 06/30/80 | 79DD1633C |
| | | 06/30/80 – 06/30/81 | 79DD1633C |
| | | 06/30/81 – 06/30/82 | 79DD1633C |
| | | 06/30/79 – 06/30/80 | 79DD1634C |
| | | 06/30/79 – 06/30/80 | 79DD1635C |
| | | 06/30/79 – 06/30/80 | 79DD1636C |
| | | 06/30/80 – 06/30/81 | 80DD1643C |
| | | 06/30/81 – 06/30/82 | 80DD1643C |
| | | 06/30/80 – 06/30/81 | 80DD1644C |
| | | 06/30/80 – 06/30/81 | 80DD1645C |
| | | 06/30/79 – 06/30/80 | DM025 A/B |
| | | 06/30/79 – 06/30/80 | DM025 A/B |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/82 – 06/30/83 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY017582 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/84 – 06/30/85 | KY017582 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017782 |
| | | 06/30/82 – 06/30/83 | KY017882 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| CIGNA (PEIC/INA) (nka Century Indemnity) | 03/04/94 | 06/30/75 – 06/30/76 | ZCX001391/75DD1065 |
| | | 06/30/83 – 06/30/84 | CIZ426249 |
| | | 10/20/65 – 10/20/66 | XBC1834 |
| | | 10/20/66 – 10/20/67 | XBC1834 |
| | | 10/20/67 – 10/20/68 | XBC1834 |
| | | 10/20/68 – 10/20/69 | XBC1834 |
| | | 10/20/69 – 10/20/70 | XBC1834 |
| | | 10/20/70 – 06/30/71 | XBC1834 |
| | | 06/30/77 – 06/30/78 | XCP12378 |
| | | 06/30/78 – 06/30/79 | XCP14341 |
| | | 06/30/83 – 06/30/84 | XCP145667 |
| | | 06/30/71 – 06/30/72 | XCP3745 |
| | | 06/30/72 – 06/30/73 | XCP3745 |
| | | 06/30/73 – 08/09/73 | XCP3745 |
| | | 06/30/75 – 06/30/76 | CNU 12-33-83 |
| | | 06/30/84 – 06/30/85 | XCC012283 |
| | | 06/30/84 – 06/30/85 | XM0017204 |
| | | UNKNOWN | ZCV 006025 |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 05/14/93 | 10/20/62 – 10/20/63 | A-15-2127-51 |
| | | 10/20/63 – 10/20/64 | A-15-2127-51 |
| | | 10/20/64 – 10/20/65 | A-15-2127-51 |
| | | 01/27/65 – 10/20/65 | A-15-8138-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-001 |
| | | 10/20/66 – 10/20/67 | A-16-8220-001 |
| | | 10/20/67 – 10/20/68 | A-16-8220-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-002 |
| | | 10/20/66 – 10/20/67 | A-16-8220-002 |
| | | 10/20/67 – 10/20/68 | A-16-8220-002 |
| | | 10/20/68 – 10/20/69 | A-16-8220-003 |
| | | 10/20/69 – 10/20/70 | A-16-8220-003 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 10/20/70 – 06/30/71   A-16-8220-003<br>10/20/68 – 10/20/69   A-16-8220-004<br>10/20/69 – 10/20/70   A-16-8220-004<br>10/20/70 – 06/30/71   A-16-8220-004<br>06/30/71 – 06/30/72   EY8220005<br>06/30/72 – 06/30/73   EY8220005<br>06/30/73 – 06/30/74   EY8220005<br>06/30/71 – 06/30/72   EY8220006<br>06/30/72 – 06/30/73   EY8220006<br>06/30/73 – 06/30/74   EY8220006 |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 10/07/98 | 10/20/62 – 10/20/63   A-15-2127-51<br>10/20/63 – 10/20/64   A-15-2127-51<br>10/20/64 – 10/20/65   A-15-2127-51<br>01/27/65 – 10/20/65   A-15-8138-001<br>10/20/65 – 10/20/66   A-16-8220-001<br>10/20/66 – 10/20/67   A-16-8220-001<br>10/20/67 – 10/20/68   A-16-8220-001<br>10/20/65 – 10/20/66   A-16-8220-002<br>10/20/66 – 10/20/67   A-16-8220-002<br>10/20/67 – 10/20/68   A-16-8220-002<br>10/20/68 – 10/20/69   A-16-8220-003<br>10/20/69 – 10/20/70   A-16-8220-003<br>10/20/70 – 06/30/71   A-16-8220-003<br>10/20/68 – 10/20/69   A-16-8220-004<br>10/20/69 – 10/20/70   A-16-8220-004<br>10/20/70 – 06/30/71   A-16-8220-004<br>06/30/71 – 06/30/72   EY8220005<br>06/30/72 – 06/30/73   EY8220005<br>06/30/73 – 06/30/74   EY8220005<br>06/30/71 – 06/30/72   EY8220006<br>06/30/72 – 06/30/73   EY8220006<br>06/30/73 – 06/30/74   EY8220006 |
| Continental Casualty Company | 08/01/90 | Only the "Products" coverage portion of the following policies:<br>06/30/76 – 06/30/83   CCP2483440<br>06/30/83 – 06/30/85   CCP2483440<br>06/30/73 – 06/30/76   CCP9023670 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Federal Insurance Company | 11/18/97 | Only the portion of the following policy in a policy amount of $500,000, part of $50 million, excess of $25 million:<br> 06/30/84 – 06/30/85    7928-26-20 |
| Fireman's Fund Insurance Company | 09/21/95 | Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.):<br> 01/27/65 – 10/20/65    XL76937<br> 05/17/66 – 10/20/66    XL91085<br> 10/20/66 – 10/20/67    XL91085<br> 10/20/67 – 10/20/68    XL91085 |
| Fireman's Fund Insurance Company | 12/26/96 | 01/27/65 – 10/20/65    XL76937<br> 05/17/66 – 10/20/66    XL91085<br> 10/20/66 – 10/20/67    XL91085<br> 10/20/67 – 10/20/68    XL91085<br> 10/20/68 – 10/20/69    XLX1026877<br> 10/20/69 – 10/20/70    XLX1026877<br> 10/20/70 – 06/30/71    XLX1026877 |
| General Insurance Company of America | 03/03/94 | Only the "Products" coverage portion of the following policies:<br> 06/01/61 – 06/01/62    BLP186027<br> 06/01/62 – 06/01/63    BLP205359<br> 06/01/63 – 06/01/64    BLP221289<br> 06/01/64 – 06/01/65    BLP245115<br> 06/01/65 – 06/01/66    BLP260071<br> 06/01/66 – 06/01/67    BLP270815<br> and all known and unknown "disputed" primary policies generally described in the settlement. |
| Gibraltar Casualty Co./Prudential Reinsurance Co. (n/k/a Mt. McKinley/Everest) | 10/08/93 | **Gibraltar Casualty:**<br> 06/30/80 – 06/30/81    GMX00656<br> 06/30/81 – 11/01/81    GMX01275<br> 11/01/81 – 06/30/82    GMX01407<br> 06/30/82 – 06/30/83    GMX01784<br> 06/30/83 – 06/30/84    GMX02269<br> 06/30/84 – 06/30/85    GMX02683<br> **Prudential Re. Co.:**<br> 06/30/76 – 06/30/77    DXC901145<br> 06/30/76 – 06/30/77    DXC901146 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/76 – 06/30/77 | DXC901147 |
| | | 06/30/77 – 06/30/78 | DXCDX0250 |
| | | 06/30/77 – 06/30/78 | DXCDX0251 |
| | | 06/30/77 – 06/30/78 | DXCDX0252 |
| Guarantee Insurance Company | 06/03/98 | 06/30/82 – 06/30/83 | SL0950030 |
| | | 06/30/82 – 06/30/83 | SL0950031 |
| Home Insurance Company (INSOLVENT) | 09/24/93 | 10/20/68 – 10/20/69 | HEC9304605 |
| | | 10/20/69 – 10/20/70 | HEC9304605 |
| | | 10/20/70 – 06/30/71 | HEC9304605 |
| | | 10/20/62 – 10/20/63 | HEC9543206 |
| | | 10/20/63 – 10/20/64 | HEC9543206 |
| | | 10/20/64 – 10/20/65 | HEC9543206 |
| | | 10/20/65 – 10/20/66 | HEC9544498 |
| | | 10/20/66 – 10/20/67 | HEC9544498 |
| | | 10/20/67 – 10/20/68 | HEC9544498 |
| | | 06/30/71 – 06/30/72 | HEC9919945 |
| | | 06/30/72 – 06/30/73 | HEC9919945 |
| | | 06/30/73 – 06/30/74 | HEC9919945 |
| Home Insurance Company (INSOLVENT) | 11/14/97 | Only the "Products" coverage portion of the following policy: | |
| | | 02/27/73 – 06/30/73 | HEC4356740 |
| KWELM | 08/2004 (Approved 09/27/04) | 06/30/74 – 06/30/75 | 74DD662C |
| | | 06/30/75 – 06/30/76 | 74DD662C |
| | | 06/30/76 – 06/30/77 | 74DD662C |
| | | 07/17/74 – 06/30/75 | 74DD663C |
| | | 06/30/75 – 06/30/76 | 74DD663C |
| | | 06/30/76 – 06/30/77 | 76DD1594C |
| | | 06/30/77 – 06/30/78 | 76DD1594C |
| | | 06/30/78 – 06/30/79 | 76DD1594C |
| | | 06/30/76 – 06/30/77 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 76DD1595C |
| | | 06/30/78 – 06/30/79 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 77DD1631C |
| | | 06/30/77 – 06/30/78 | 77DD1632C |
| | | 06/30/78 – 06/30/79 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| | | 06/30/79 – 06/30/80 | 79DD1633C |
| | | 06/30/80 – 06/30/81 | 79DD1633C |
| | | 06/30/81 – 06/30/82 | 79DD1633C |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/79 – 06/30/80   79DD1634C<br>06/30/79 – 06/30/80   79DD1635C<br>06/30/79 – 06/30/80   79DD1636C<br>06/30/80 – 06/30/81   80DD1643C<br>06/30/81 – 06/30/82   80DD1643C<br>06/30/80 – 06/30/81   80DD1644C<br>06/30/80 – 06/30/81   80DD1645C<br>06/30/82 – 06/30/83   KY017582<br>06/30/83 – 06/30/84   KY017582<br>06/30/84 – 06/30/85   KY017582<br>06/30/82 – 06/30/83   KY017782<br>06/30/83 – 06/30/84   KY017782<br>06/30/84 – 06/30/85   KY017782<br>06/30/82 – 06/30/83   KY017882<br>06/30/83 – 06/30/84   KY048183<br>06/30/84 – 06/30/85   KY048183<br>06/30/81 – 06/30/82   PY030181<br>06/30/81 – 06/30/82   PY030281 |
| Lloyd's Underwriters[*] | 11/20/06 | 05/17/66 – 10/20/66   66/180390<br>10/20/66 – 10/20/67   66/180390<br>10/20/67 – 10/20/68   66/180390<br>06/30/74 – 06/30/75   74DD662C<br>06/30/75 – 06/30/76   74DD662C<br>06/30/76 – 06/30/77   74DD662C<br>07/17/74 – 06/30/75   74DD663C<br>06/30/75 – 06/30/76   74DD663C<br>06/30/76 – 06/30/77   74DD663C<br>06/30/76 – 06/30/77   76DD1595C<br>06/30/77 – 06/30/78   76DD1595C<br>06/30/78 – 06/30/79   76DD1595C<br>06/30/77 – 06/30/78   77DD1631C<br>06/30/77 – 06/30/78   77DD1632C<br>06/30/77 – 06/30/78   77DD1826C<br>06/30/78 – 06/30/79   78DD1417C<br>06/30/78 – 06/30/79   78DD1418C<br>06/30/78 – 06/30/79   78DD1419C |

---

[*] Void if Lloyd's exercises the termination clause in its settlement agreement.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/78 – 06/30/79 | 78DD1420C |
| | | 06/30/79 – 06/30/80 | 79DD1634C |
| | | 06/30/79 – 06/30/80 | 79DD1635C |
| | | 06/30/79 – 06/30/80 | 79DD1636C |
| | | 06/30/79 – 06/30/80 | 79DD1637C |
| | | 06/30/79 – 06/30/80 | 79DD1638C |
| | | 06/30/80 – 06/30/81 | 80DD1643C |
| | | 06/30/81 – 06/30/82 | 80DD1643C |
| | | 06/30/80 – 06/30/81 | 80DD1644C |
| | | 06/30/80 – 06/30/81 | 80DD1645C |
| | | 06/30/80 – 06/30/81 | 80DD1646C |
| | | 06/30/80 – 06/30/81 | 80DD1647C |
| | | 11/14/69 – 10/20/70 | 914/1/4116 |
| | | 10/20/70 – 06/30/71 | 914/1/4116 |
| | | 10/20/68 – 10/20/69 | 914-102502 |
| | | 10/20/69 – 10/20/70 | 914-102502 |
| | | 10/20/70 – 06/30/71 | 914-102502 |
| | | 06/30/71 – 06/30/72 | 914105953 |
| | | 06/30/72 – 06/30/73 | 914105953 |
| | | 06/30/73 – 06/30/74 | 914105953 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017782 |
| | | 06/30/82 – 06/30/83 | KY017882 |
| | | 06/30/82 – 06/30/83 | KY017982 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/83 – 06/30/84 | KY048283 |
| | | 06/30/84 – 06/30/85 | KY048283 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| | | 06/30/81 – 06/30/82 | PY030381 |
| | | and all known or unknown policies subscribed to by Certain Underwriters' at Lloyd's London up to incepting before 01/01/98 issued to W.R. Grace. | |
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68 | 31-278301 |
| | | 06/30/68 – 06/30/69 | 31-278301 |
| | | 06/30/69 – 06/30/70 | 31-278301 |
| | | 06/30/70 – 06/30/71 | 31-R-911051 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/71 – 06/30/72   31-R-911051<br>06/30/72 – 06/30/73   31-R-911051<br>06/30/62 – 06/30/63   96-205800<br>06/30/63 – 06/30/64   96-224900<br>06/30/64 – 06/30/65   96-243400<br>06/30/65 – 06/30/66   96-257400<br>06/30/66 – 06/30/67   96-269500<br>and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973. |
| Maryland Casualty Company | 03/18/96 | 10/20/68 – 10/20/69   WRG-1<br>10/20/69 – 10/20/70   WRG-1<br>10/20/70 – 06/30/71   WRG-1<br>06/30/71 – 06/30/72   WRG-2<br>06/30/72 – 06/30/73   WRG-2<br>06/30/73 – 06/30/74   WRG-2<br>and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace. |
| Royal Indemnity Company | 01/05/95 | Pursuant to the 01/05/95 Settlement Agreement and only as to the following policies:<br>04/01/60 – 04/01/61   RLG021620<br>04/01/61 – 04/01/62   RLG021621<br>04/01/62 – 04/01/63   RLG021622<br>04/01/59 – 04/01/60   RLG021629<br>04/01/55 – 04/01/56   RLG035805<br>04/01/56 – 04/01/57   RLG045762<br>04/01/57 – 04/01/58   RLG045836<br>04/01/58 – 04/01/59   RLG053959<br>03/31/53 – 03/31/54   RLG27635<br>03/31/54 – 04/01/55   RLG31840 |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policy:<br>06/30/74 – 06/30/75   1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | Pursuant to the 5/15/95 Settlement Agreement and only as to the following policy: |

K&E 13664511.5

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 02/27/73 – 06/30/73    1-0589<br>06/30/73 – 06/30/74    1-0589<br>06/30/74 – 06/30/75    1-0589 |
| U.S. Fire Insurance Company | 09/11/95 | Only the "Products" coverage portion of the following policies:<br>10/20/68 – 10/20/69    XS2108<br>10/20/69 – 10/20/70    XS2108<br>10/20/70 – 06/30/71    XS2108 |