IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date(s): March 9 and 10, 2009 at 9:00 a.m. (EST)** |
| | ) | **Re: Docket Nos. 19620, 19990, 20121 and 20662** |

## CERTIFICATION OF COUNSEL REGARDING BLACKLINES OF PROPOSED CONFIRMATION AND SOLICITATION PROCEDURES FOR FIRST AMENDED JOINT PLAN OF REORGANIZATION

The Debtors hereby file the attached documents which represent comparisons of the

exhibits to the Confirmation Procedures Motion filed under the *Notice of Filing of Proposed*

*Confirmation and Solicitation Procedures for First Amended Joint Plan of Reorganization* dated

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

February 3, 2009 (Docket No. 20662) with the last versions of such exhibits that were filed with this Court, to the extent applicable.

Accordingly, attached hereto are the following blackline comparisons:

| | |
|---|---|
| <u>Exhibit A</u>: | Confirmation Procedures Order Blackline |
| <u>Exhibit B</u>: | Intentionally omitted.  No changes have been made. |
| <u>Exhibit C</u>: | Voting Procedures Blackline |
| <u>Exhibit D</u>: | Forms of Ballots and Master Ballots Blacklines |
| <u>Exhibit E</u>: | Form of Notice of Non-Voting Class Status Blackline |
| <u>Exhibit F</u>: | Form of Confirmation Hearing Notice Blackline |
| <u>Exhibit G</u>: | Form of Non-Voting Claim Notice Blackline |
| <u>Exhibit H</u>: | Form of Publication Notice Blackline |
| <u>Exhibit I</u>: | Form of Notice to Counterparties to Executory Contracts and Unexpired Leases Blackline |
| <u>Exhibit J</u>: | Form of Notice of Procedures Relating to Payment of Post-Petition Interest on General Unsecured Claims Blackline |

[The remainder of this page is left blank intentionally]

Dated: February 4, 2009
Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*[signature]*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Craig A. Bruens
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:144611.1