## Exhibit B

**Intentionally omitted.  No changes have been made**