**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W.   R.   GRACE   &   CO.,**   ***et al.***,[1] ) | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | |

**EXHIBIT BOOK TO FIRST AMENDED JOINT PLAN
OF REORGANIZATION AND DISCLOSURE STATEMENT**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this exhibit book (the "Exhibit Book") in conjunction with the filing of the ***First Amended*** *Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee Of Equity Security Holders Dated as of* ~~September 19, 2008~~***February 3, 2009*** (as it may be amended or supplemented, the "Plan") and accompanying disclosure statement (as it may be amended or supplemented, the "Disclosure Statement"). The Exhibit Book contains the following documents:

| Document Title | Exhibit/~~Tab~~ No. |
|---|---|
| **First Amended** Joint Plan of Reorganization | 1 |
| Asbestos PI Trust Agreement | 2 |

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company ), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B I1 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G I1 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal 11, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Asbestos PD Trust Agreement [To follow] ............................................................. 3

**Asbestos PI** Trust Distribution Procedures (TDP) ............................................... 4

Asbestos Insurance Policy Schedule [To follow]**Schedule of Settled Asbestos Insurers Entitled to 524(g) Protection** ............................................................................................. 5

Asbestos Insurance Transfer Agreement [To follow] ........................................... 6

Asbestos PD Note [To follow] ............................................................................... 7

**[Intentionally Left Blank]** ................................................................................ **7**

Best Interests Analysis ........................................................................................... 8

CDN ZAI Minutes of Settlement ........................................................................... 9

Cooperation Agreement ........................................................................................ 10

**Asbestos PI** Deferred Payment Agreement [To follow] ...................................... 11

Financial Information ........................................................................................... 12

Fresenius Settlement Agreement .......................................................................... 13

Fresenius Settlement Order .................................................................................. 14

Grace **PI** Guaranty [To follow] ......................................................................... 15

Non-Debtor Affiliate Schedule ............................................................................ 16

Plan Registration Rights Agreement [To follow] ................................................ 17

Rejected Executory Contracts and Unexpired Leases Schedule .......................... 18

Retained Causes of Action Schedule [To follow] ................................................ 19

Share Issuance Agreement [To follow] ................................................................ 20

Unresolved Asbestos PD Claims Schedule .......................................................... 21

Sealed Air Settlement Agreement ........................................................................ 22

Sealed Air Settlement Order ................................................................................ 23

Warrant Agreement [To follow] ........................................................................... 24

Case Management Order for **Class 7A** Asbestos Property Damage**PD** Claims ........ 25

**Asbestos PI/PD Inter-Creditor Agreement** ................................................................................................ **26**

**Deferred Payment Agreement (Class 7A PD)** ................................................................................................ **27**

**Deferred Payment Agreement (Class 7B ZAI)** ................................................................................................ **28**

**W. R. Grace & Co. Guarantee Agreement (Class 7A PD)** ................................................................................................ **29**

**W. R. Grace & Co. Guarantee Agreement (Class 7B ZAI)** ................................................................................................ **30**

**Stock Incentive Plan** ................................................................................................ **31**

**Stock Trading Restrictions Term Sheet** ................................................................................................ **32**

**ZAI Trust Distribution Procedures** ................................................................................................ **33**

Document comparison done by Workshare DeltaView on Wednesday, February 04, 2009 12:34:20 PM

| Input: | |
|---|---|
| Document 1 | file://C:/data/W.R. Grace/2.3.09 Filings/Plan, DS and Exhibit Book Blacklines/Exhibit Book ToC_(12.19).DOC |
| Document 2 | interwovenSite://NYDMS/LEGAL/13182429/16 |
| Rendering set | Basic K&E |

| Legend: | |
|---|---|
| **Insertion** | |
| Deletion | |
| *Moved from* | |
| *Moved to* | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| **No.** | **Change** | **Text** |
| 1 | Insertion | EXHIBIT BOOK TO FIRST...AND DISCLOSURE STATEMENT |
| 2 | Change | "conjunction with the...of Reorganization under" changed to "conjunction with the...of Reorganization under" |
| 3-4 | Change | "Equity Security Holders...amended or supplemented," changed to "Equity Security Holders...amended or supplemented," |
| 5 | Deletion | Exhibit/<br>Tab |
| 6 | Change | "Joint Plan of Reorganization 1" changed to "First Amended Joint Plan of Reorganization        1" |
| 7 | Change | "Asbestos PD Trust Agreement [To follow]  3" changed to "Asbestos PD Trust Agreement 3" |
| 8 | Change | "Trust Distribution Procedures" changed to "Asbestos PI Trust Distribution Procedures" |

| 9 | Change | "Trust Distribution Procedures (TDP)    4" changed to "Trust Distribution Procedures  4" |
|---|---|---|
| 10-11 | Change | "Asbestos Insurance Policy Schedule [To follow]5" changed to "Schedule of Settled...to 524(g) Protection    5" |
| 12 | Change | "Asbestos Insurance...Agreement [To follow]6" changed to "Asbestos Insurance Transfer Agreement   6" |
| 13 | Deletion | Asbestos PD Note [To follow]    7 |
| 14 | Insertion | [Intentionally Left Blank]    7 |
| 15 | Change | "Deferred Payment Agreement" changed to "Asbestos PI Deferred Payment Agreement" |
| 16 | Change | "Deferred Payment Agreement [To follow]   11" changed to "Deferred Payment Agreement  11" |
| 17 | Change | "Grace Guaranty" changed to "Grace PI Guaranty" |
| 18 | Change | "Guaranty [To follow]15" changed to "Guaranty     15" |
| 19 | Change | "Plan Registration Rights Agreement [To follow]17" changed to "Plan Registration Rights Agreement    17" |
| 20 | Change | "Retained Causes of Action Schedule [To follow]19" changed to "Retained Causes of Action Schedule     19" |
| 21 | Change | "Share Issuance Agreement [To follow]    20" changed to "Share Issuance Agreement    20" |
| 22 | Change | "Warrant Agreement [To follow]    24" changed to "Warrant Agreement     24" |
| 23 | Change | "Case Management Order for Asbestos" changed to "Case Management Order for Class 7A Asbestos" |
| 24-25 | Change | "Asbestos Property Damage Claims   25" changed to "Asbestos PD Claims    25" |
| 26 | Insertion | Asbestos PI/PD Inter-Creditor Agreement    26 |
| 27 | Insertion | Deferred Payment Agreement (Class 7A PD)    27 |
| 28 | Insertion | Deferred Payment Agreement (Class 7B ZAI)    28 |

| 29 | Insertion | W. R. Grace & Co....(Class 7A PD)   29 |
|----|-----------|------------------------------------------|
| 30 | Insertion | W. R. Grace & Co....(Class 7B ZAI) 30 |
| 31 | Insertion | Stock Incentive Plan   31 |
| 32 | Insertion | Stock Trading Restrictions Term Sheet        32 |
| 33 | Insertion | ZAI Trust Distribution Procedures     33 |

| Statistics: | | 
|---|---|
|  | Count |
| Insertions | 19 |
| Deletions | 14 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 33 |