# Exhibit 5

# Schedule of Settled Asbestos Insurance Companies

**Note: Exhibit 5 is referenced in the definition of Settled Asbestos Insurance Company in the Plan. Exhibit 5 identifies those policies (or portions thereof) as to which the Plan Proponents intend to ask the Court to grant 524(g) protection, as set forth in the Plan's definition of Settled Asbestos Insurance Company.**

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Admiral Insurance Company | 08/01/95 | Only the "Products" coverage portion of the following policy:<br>06/30/75 – 06/30/76     75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite. |
| Allstate Insurance Company | 06/07/94 | Only the "Products" coverage portion of the following policies:<br>06/30/75 – 06/30/76     63001170<br>06/30/75 – 06/30/76     63001171<br>06/30/75 – 06/30/76     63001172<br>06/30/76 – 06/30/77     63002048<br>06/30/77 – 06/30/78     63002048<br>06/30/78 – 06/30/79     63002048<br>06/30/79 – 06/30/80     63005793<br>06/30/80 – 06/30/81     63005793<br>06/30/81 – 06/30/82     63005793<br>06/30/79 – 06/30/80     63005794<br>06/30/80 – 06/30/81     63006854<br>06/30/81 – 06/30/82     63008153 |
| American Centennial (n/k/a OneBeacon) | 05/26/95 | 06/30/78 – 06/30/79     CC000304<br>06/30/78 – 06/30/79     CC000305<br>06/30/78 – 06/30/79     CC000306<br>06/30/81 – 06/30/82     CC002418<br>06/30/81 – 06/30/82     CC002419<br>06/30/82 – 06/30/83     CC005317<br>06/30/83 – 06/30/84     CC015780<br>06/30/83 – 06/30/84     CC015815 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| American Re-Insurance Company | 10/01/95 | Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.):<br><br>01/27/65 – 10/20/65　　M-6672-0001<br>05/17/66 – 10/20/66　　M-6672-0002<br>10/20/66 – 10/20/67　　M-6672-0002<br>10/20/67 – 10/20/68　　M-6672-0002<br>10/20/68 – 10/20/69　　M0085374<br>10/20/69 – 10/20/70　　M0085374<br>10/20/70 – 10/20/71　　M0085374<br>10/20/71 – 10/20/72　　M0085374<br>10/20/72 – 10/20/73　　M0085374 |
| Bermuda Fire & Marine Insurance Company LTD | 11/17/95 | 06/30/76 – 06/30/77　　76DD1594C<br>06/30/77 – 06/30/78　　76DD1594C<br>06/30/78 – 06/30/79　　76DD1594C<br>06/30/76 – 06/30/77　　76DD1595C<br>06/30/77 – 06/30/78　　76DD1595C<br>06/30/78 – 06/30/79　　76DD1595C<br>06/30/77 – 06/30/78　　77DD1631C<br>06/30/77 – 06/30/78　　77DD1632C<br>06/30/78 – 06/30/79　　78DD1417C<br>06/30/78 – 06/30/79　　78DD1418C<br>06/30/79 – 06/30/80　　79DD1633C<br>06/30/80 – 06/30/81　　79DD1633C<br>06/30/81 – 06/30/82　　79DD1633C<br>06/30/79 – 06/30/80　　79DD1634C<br>06/30/79 – 06/30/80　　79DD1635C<br>06/30/79 – 06/30/80　　79DD1636C<br>06/30/80 – 06/30/81　　80DD1643C<br>06/30/81 – 06/30/82　　80DD1643C<br>06/30/80 – 06/30/81　　80DD1644C<br>06/30/80 – 06/30/81　　80DD1645C<br>06/30/79 – 06/30/80　　DM025 A/B<br>06/30/79 – 06/30/80　　DM025 A/B<br>06/30/80 – 06/30/81　　KJ10029<br>06/30/80 – 06/30/81　　KJ10029<br>06/30/80 – 06/30/81　　KJ10029<br>06/30/81 – 06/30/82　　KJ10040 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/82 – 06/30/83 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY017582 |
| | | 06/30/84 – 06/30/85 | KY017582 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017782 |
| | | 06/30/82 – 06/30/83 | KY017882 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| CIGNA (PEIC/INA) (nka Century Indemnity) | 03/04/94 | 06/30/75 – 06/30/76 | ZCX001391/75DD1065 |
| | | 06/30/83 – 06/30/84 | CIZ426249 |
| | | 10/20/65 – 10/20/66 | XBC1834 |
| | | 10/20/66 – 10/20/67 | XBC1834 |
| | | 10/20/67 – 10/20/68 | XBC1834 |
| | | 10/20/68 – 10/20/69 | XBC1834 |
| | | 10/20/69 – 10/20/70 | XBC1834 |
| | | 10/20/70 – 06/30/71 | XBC1834 |
| | | 06/30/77 – 06/30/78 | XCP12378 |
| | | 06/30/78 – 06/30/79 | XCP14341 |
| | | 06/30/83 – 06/30/84 | XCP145667 |
| | | 06/30/71 – 06/30/72 | XCP3745 |
| | | 06/30/72 – 06/30/73 | XCP3745 |
| | | 06/30/73 – 08/09/73 | XCP3745 |
| | | 06/30/75 – 06/30/76 | CNU 12-33-83 |
| | | 06/30/84 – 06/30/85 | XCC012283 |
| | | 06/30/84 – 06/30/85 | XM0017204 |
| | | UNKNOWN | ZCV 006025 |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 05/14/93 | 10/20/62 – 10/20/63 | A-15-2127-51 |
| | | 10/20/63 – 10/20/64 | A-15-2127-51 |
| | | 10/20/64 – 10/20/65 | A-15-2127-51 |
| | | 01/27/65 – 10/20/65 | A-15-8138-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-001 |
| | | 10/20/66 – 10/20/67 | A-16-8220-001 |
| | | 10/20/67 – 10/20/68 | A-16-8220-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-002 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 10/20/66 – 10/20/67   A-16-8220-002<br>10/20/67 – 10/20/68   A-16-8220-002<br>10/20/68 – 10/20/69   A-16-8220-003<br>10/20/69 – 10/20/70   A-16-8220-003<br>10/20/70 – 06/30/71   A-16-8220-003<br>10/20/68 – 10/20/69   A-16-8220-004<br>10/20/69 – 10/20/70   A-16-8220-004<br>10/20/70 – 06/30/71   A-16-8220-004<br>06/30/71 – 06/30/72   EY8220005<br>06/30/72 – 06/30/73   EY8220005<br>06/30/73 – 06/30/74   EY8220005<br>06/30/71 – 06/30/72   EY8220006<br>06/30/72 – 06/30/73   EY8220006<br>06/30/73 – 06/30/74   EY8220006 |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 10/07/98 | 10/20/62 – 10/20/63   A-15-2127-51<br>10/20/63 – 10/20/64   A-15-2127-51<br>10/20/64 – 10/20/65   A-15-2127-51<br>01/27/65 – 10/20/65   A-15-8138-001<br>10/20/65 – 10/20/66   A-16-8220-001<br>10/20/66 – 10/20/67   A-16-8220-001<br>10/20/67 – 10/20/68   A-16-8220-001<br>10/20/65 – 10/20/66   A-16-8220-002<br>10/20/66 – 10/20/67   A-16-8220-002<br>10/20/67 – 10/20/68   A-16-8220-002<br>10/20/68 – 10/20/69   A-16-8220-003<br>10/20/69 – 10/20/70   A-16-8220-003<br>10/20/70 – 06/30/71   A-16-8220-003<br>10/20/68 – 10/20/69   A-16-8220-004<br>10/20/69 – 10/20/70   A-16-8220-004<br>10/20/70 – 06/30/71   A-16-8220-004<br>06/30/71 – 06/30/72   EY8220005<br>06/30/72 – 06/30/73   EY8220005<br>06/30/73 – 06/30/74   EY8220005<br>06/30/71 – 06/30/72   EY8220006<br>06/30/72 – 06/30/73   EY8220006<br>06/30/73 – 06/30/74   EY8220006 |
| Continental Casualty Company | 08/01/90 | Only the "Products" coverage portion of the following policies: |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/76 – 06/30/83   CCP2483440<br>06/30/83 – 06/30/85   CCP2483440<br>06/30/73 – 06/30/76   CCP9023670 |
| Federal Insurance Company | 11/18/97 | Only the portion of the following policy in a policy amount of $500,000, part of $50 million, excess of $25 million:<br>06/30/84 – 06/30/85   7928-26-20 |
| Fireman's Fund Insurance Company | 09/21/95 | Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.):<br>01/27/65 – 10/20/65   XL76937<br>05/17/66 – 10/20/66   XL91085<br>10/20/66 – 10/20/67   XL91085<br>10/20/67 – 10/20/68   XL91085 |
| Fireman's Fund Insurance Company | 12/26/96 | 01/27/65 – 10/20/65   XL76937<br>05/17/66 – 10/20/66   XL91085<br>10/20/66 – 10/20/67   XL91085<br>10/20/67 – 10/20/68   XL91085<br>10/20/68 – 10/20/69   XLX1026877<br>10/20/69 – 10/20/70   XLX1026877<br>10/20/70 – 06/30/71   XLX1026877 |
| General Insurance Company of America | 03/03/94 | Only the "Products" coverage portion of the following policies:<br>06/01/61 – 06/01/62   BLP186027<br>06/01/62 – 06/01/63   BLP205359<br>06/01/63 – 06/01/64   BLP221289<br>06/01/64 – 06/01/65   BLP245115<br>06/01/65 – 06/01/66   BLP260071<br>06/01/66 – 06/01/67   BLP270815<br>and all known and unknown "disputed" primary policies generally described in the settlement. |
| Gibraltar Casualty Co./Prudential Reinsurance Co. (n/k/a Mt. McKinley/Everest) | 10/08/93 | **Gibraltar Casualty:**<br>06/30/80 – 06/30/81   GMX00656<br>06/30/81 – 11/01/81   GMX01275<br>11/01/81 – 06/30/82   GMX01407<br>06/30/82 – 06/30/83   GMX01784<br>06/30/83 – 06/30/84   GMX02269<br>06/30/84 – 06/30/85   GMX02683 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | **Prudential Re. Co.:**<br>06/30/76 – 06/30/77   DXC901145<br>06/30/76 – 06/30/77   DXC901146<br>06/30/76 – 06/30/77   DXC901147<br>06/30/77 – 06/30/78   DXCDX0250<br>06/30/77 – 06/30/78   DXCDX0251<br>06/30/77 – 06/30/78   DXCDX0252 |
| Guarantee Insurance Company | 06/03/98 | 06/30/82 – 06/30/83   SL0950030<br>06/30/82 – 06/30/83   SL0950031 |
| Home Insurance Company (INSOLVENT) | 09/24/93 | 10/20/68 – 10/20/69   HEC9304605<br>10/20/69 – 10/20/70   HEC9304605<br>10/20/70 – 06/30/71   HEC9304605<br>10/20/62 – 10/20/63   HEC9543206<br>10/20/63 – 10/20/64   HEC9543206<br>10/20/64 – 10/20/65   HEC9543206<br>10/20/65 – 10/20/66   HEC9544498<br>10/20/66 – 10/20/67   HEC9544498<br>10/20/67 – 10/20/68   HEC9544498<br>06/30/71 – 06/30/72   HEC9919945<br>06/30/72 – 06/30/73   HEC9919945<br>06/30/73 – 06/30/74   HEC9919945 |
| Home Insurance Company (INSOLVENT) | 11/14/97 | Only the "Products" coverage portion of the following policy:<br>02/27/73 – 06/30/73   HEC4356740 |
| KWELM | 08/2004<br>(Approved 09/27/04) | 06/30/74 – 06/30/75   74DD662C<br>06/30/75 – 06/30/76   74DD662C<br>06/30/76 – 06/30/77   74DD662C<br>07/17/74 – 06/30/75   74DD663C<br>06/30/75 – 06/30/76   74DD663C<br>06/30/76 – 06/30/77   76DD1594C<br>06/30/77 – 06/30/78   76DD1594C<br>06/30/78 – 06/30/79   76DD1594C<br>06/30/76 – 06/30/77   76DD1595C<br>06/30/77 – 06/30/78   76DD1595C<br>06/30/78 – 06/30/79   76DD1595C<br>06/30/77 – 06/30/78   77DD1631C<br>06/30/77 – 06/30/78   77DD1632C<br>06/30/78 – 06/30/79   78DD1417C<br>06/30/78 – 06/30/79   78DD1418C |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
|  |  | 06/30/79 – 06/30/80    79DD1633C<br>06/30/80 – 06/30/81    79DD1633C<br>06/30/81 – 06/30/82    79DD1633C<br>06/30/79 – 06/30/80    79DD1634C<br>06/30/79 – 06/30/80    79DD1635C<br>06/30/79 – 06/30/80    79DD1636C<br>06/30/80 – 06/30/81    80DD1643C<br>06/30/81 – 06/30/82    80DD1643C<br>06/30/80 – 06/30/81    80DD1644C<br>06/30/80 – 06/30/81    80DD1645C<br>06/30/82 – 06/30/83    KY017582<br>06/30/83 – 06/30/84    KY017582<br>06/30/84 – 06/30/85    KY017582<br>06/30/82 – 06/30/83    KY017782<br>06/30/83 – 06/30/84    KY017782<br>06/30/84 – 06/30/85    KY017782<br>06/30/82 – 06/30/83    KY017882<br>06/30/83 – 06/30/84    KY048183<br>06/30/84 – 06/30/85    KY048183<br>06/30/81 – 06/30/82    PY030181<br>06/30/81 – 06/30/82    PY030281 |
| Lloyd's Underwriters[*] | 11/20/06 | 05/17/66 – 10/20/66    66/180390<br>10/20/66 – 10/20/67    66/180390<br>10/20/67 – 10/20/68    66/180390<br>06/30/74 – 06/30/75    74DD662C<br>06/30/75 – 06/30/76    74DD662C<br>06/30/76 – 06/30/77    74DD662C<br>07/17/74 – 06/30/75    74DD663C<br>06/30/75 – 06/30/76    74DD663C<br>06/30/76 – 06/30/77    74DD663C<br>06/30/76 – 06/30/77    76DD1595C<br>06/30/77 – 06/30/78    76DD1595C<br>06/30/78 – 06/30/79    76DD1595C<br>06/30/77 – 06/30/78    77DD1631C<br>06/30/77 – 06/30/78    77DD1632C<br>06/30/77 – 06/30/78    77DD1826C |

---

[*] Void if Lloyd's exercises the termination clause in its settlement agreement.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/78 – 06/30/79 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| | | 06/30/78 – 06/30/79 | 78DD1419C |
| | | 06/30/78 – 06/30/79 | 78DD1420C |
| | | 06/30/79 – 06/30/80 | 79DD1634C |
| | | 06/30/79 – 06/30/80 | 79DD1635C |
| | | 06/30/79 – 06/30/80 | 79DD1636C |
| | | 06/30/79 – 06/30/80 | 79DD1637C |
| | | 06/30/79 – 06/30/80 | 79DD1638C |
| | | 06/30/80 – 06/30/81 | 80DD1643C |
| | | 06/30/81 – 06/30/82 | 80DD1643C |
| | | 06/30/80 – 06/30/81 | 80DD1644C |
| | | 06/30/80 – 06/30/81 | 80DD1645C |
| | | 06/30/80 – 06/30/81 | 80DD1646C |
| | | 06/30/80 – 06/30/81 | 80DD1647C |
| | | 11/14/69 – 10/20/70 | 914/1/4116 |
| | | 10/20/70 – 06/30/71 | 914/1/4116 |
| | | 10/20/68 – 10/20/69 | 914-102502 |
| | | 10/20/69 – 10/20/70 | 914-102502 |
| | | 10/20/70 – 06/30/71 | 914-102502 |
| | | 06/30/71 – 06/30/72 | 914105953 |
| | | 06/30/72 – 06/30/73 | 914105953 |
| | | 06/30/73 – 06/30/74 | 914105953 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017782 |
| | | 06/30/82 – 06/30/83 | KY017882 |
| | | 06/30/82 – 06/30/83 | KY017982 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/83 – 06/30/84 | KY048283 |
| | | 06/30/84 – 06/30/85 | KY048283 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| | | 06/30/81 – 06/30/82 | PY030381 |
| | | and all known or unknown policies subscribed to by Certain Underwriters' at Lloyd's London up to incepting before 01/01/98 issued to W.R. Grace. | |
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68 | 31-278301 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/68 – 06/30/69   31-278301<br>06/30/69 – 06/30/70   31-278301<br>06/30/70 – 06/30/71   31-R-911051<br>06/30/71 – 06/30/72   31-R-911051<br>06/30/72 – 06/30/73   31-R-911051<br>06/30/62 – 06/30/63   96-205800<br>06/30/63 – 06/30/64   96-224900<br>06/30/64 – 06/30/65   96-243400<br>06/30/65 – 06/30/66   96-257400<br>06/30/66 – 06/30/67   96-269500<br>and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973. |
| Maryland Casualty Company | 03/18/96 | 10/20/68 – 10/20/69   WRG-1<br>10/20/69 – 10/20/70   WRG-1<br>10/20/70 – 06/30/71   WRG-1<br>06/30/71 – 06/30/72   WRG-2<br>06/30/72 – 06/30/73   WRG-2<br>06/30/73 – 06/30/74   WRG-2<br>and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace. |
| Royal Indemnity Company | 01/05/95 | Pursuant to the 01/05/95 Settlement Agreement and only as to the following policies:<br>04/01/60 – 04/01/61   RLG021620<br>04/01/61 – 04/01/62   RLG021621<br>04/01/62 – 04/01/63   RLG021622<br>04/01/59 – 04/01/60   RLG021629<br>04/01/55 – 04/01/56   RLG035805<br>04/01/56 – 04/01/57   RLG045762<br>04/01/57 – 04/01/58   RLG045836<br>04/01/58 – 04/01/59   RLG053959<br>03/31/53 – 03/31/54   RLG27635<br>03/31/54 – 04/01/55   RLG31840 |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policy:<br>06/30/74 – 06/30/75   1-2517 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | ~~All asbestos related claims portions of~~**Coverage for Asbestos-Related Claims (as defined in the 5/15/95 Settlement Agreement) under** the following policies:<br>02/27/73 – 06/30/73    1-0589<br>06/30/73 – 06/30/74    1-0589<br>06/30/74 – 06/30/75    1-0589 |
| U.S. Fire Insurance Company | 09/11/95 | Only the "Products" coverage portion of the following policies:<br>10/20/68 – 10/20/69    XS2108<br>10/20/69 – 10/20/70    XS2108<br>10/20/70 – 06/30/71    XS2108 |

comparison done by Workshare DeltaView on Friday, January 30, 2009 5:26:03 PM

| | |
|---|---|
| 1 | interwovenSite://KEDMS/LEGAL/13664511/2 |
| 2 | interwovenSite://KEDMS/LEGAL/13664511/4 |
| set | Basic K&E |

| |
|---|
| |
| |
| *n* |
| |
| ge |
| nge |
| ~~tion~~ |
| ell |
| ell |
| l |
| ed cell |
| ell |

**Summary:**

| Change | Text |
|---|---|
| Change | "NYDOCS1-901999.4" changed to "" |
| Change | "2    As of November 13, 2008" changed to "2    As of January 30, 2009" |
| Insertion | K&E 13664511.4 |
| Insertion | Note: Exhibit 5 is...Insurance Company. |
| Change | "NYDOCS1-901999.4" changed to "" |
| Change | "1         As of November 13, 2008" changed to "1         As of January 30, |

| | |
|---|---|
| | 2009" |
| Insertion | K&E 13664511.4 |
| Change | "All asbestos related...the following policies:" changed to "Coverage for...the following policies:" |

| : | |
|---|---|
| | Count |
| | 6 |
| | 5 |
| m | 0 |
| | 0 |
| ge | 0 |
| anged | 0 |
| ges | 11 |