**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**CASE MANAGEMENT ORDER FOR**
**CLASS 7A ASBESTOS ~~PROPERTY DAMAGE~~PD CLAIMS**

This Case Management Order provides procedures for the resolution of all **Class 7A**

Asbestos PD Claims~~.~~ **other than Class 7A Asbestos PD Claims that have been Allowed**

**pursuant to PD Settlement Agreements.[1]**

I.      The procedures with respect to **Class 7A** Asbestos PD Claims filed prior to the **March**

**2003** Bar Date shall be as follows:

      A.      **Unresolved** Asbestos PD Claims ~~which were filed as of the Bar Date and which are unresolved~~ as of the Effective Date will be adjudicated in accordance with the Amended Order Setting Deadlines Regarding Objections to Asbestos Property Damages Claims, entered by the Bankruptcy Court on _____, ~~2008~~**2009** (Dkt. No. ____) ("<u>Amended Order</u>") and attached hereto as Exhibit A.

      B.      With respect to any and all **Class 7A** Asbestos PD Claims which were filed as of the **March 2003** Bar Date and have been disallowed and expunged by the Bankruptcy Court and for which the claimants have filed appeals, which appeals are pending as of the Effective Date:

            2.      The appeals shall proceed to completion.

---

[1]      **Capitalized terms used in this Case Management Order and not otherwise defined shall have the meanings assigned to them in the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February __, 2009.**

3.      The Anderson Memorial class claims (Nos. 09911 and 09914) shall remain inactive unless and until there is a final, appealable order with respect to the Anderson Memorial individual claim (No. 011008).

4.      Claims for which appeals are successful, resulting in reversal of the Bankruptcy Court order(s) disallowing and expunging the claims, shall be subject to the procedures set forth in Section II.C through II.E below.

II.     The procedures with respect to **Class 7A** Asbestos PD Claims filed after the Effective

Date shall be as follows:

**A.      Proof of Claim:**

1.      A claimant will file a claim with the Asbestos PD Trust on a ~~PD~~ proof of claim form that requests the same information requested on the court-approved Asbestos PD Proof of Claim form used in connection with the March ~~31,~~ 2003 Bar Date and also requests the following information:

(A)     Did the claimant own the property on the **March 2003** Bar Date? If not, who owned the property on the **March 2003** Bar Date?

(B)     Provide an estimate of the total square footage of Grace asbestos-containing product installed in the building.

(C)     When did the claimant first learn of W. R. Grace's bankruptcy ~~proceeding~~**cases**?

(D)     Identify all newspapers and magazines to which the claimant has subscribed.

(E)     Has the claimant ~~has~~ ever been in contact with an attorney regarding W. R. Grace asbestos claims?  If so, when?

(F)     What is the dollar amount of the claimant's claim

2.      The ~~claims~~**proof of claim** forms shall be maintained by a claims processing agent **and shall be promptly provided to Reorganized Grace**.

3.      Class action claims shall not be permitted.

**B.      Discharge and Authority:**

1.      Within 60 days of receipt of ~~the~~**a** proof of claim, **Reorganized** Grace will request any additional information it believes is necessary to evaluate (a) whether the claim has been discharged because it is a claim that should have been filed by the **March 2003** Bar Date and/or (b) if the proof of

claim was filed by an attorney, not an individual claimant, whether the attorney had authority to file the claim.

2. Within 60 days of receiving such request(s) from **Reorganized** Grace, the claimants shall provide to **Reorganized** Grace the requested information.

3. Within 120 days of receipt of such information from the claimant, **Reorganized** Grace shall file in the Bankruptcy Court any motion to expunge the claim based on discharge of the claim and/or lack of authority.  The motion shall be heard and decided under the appropriate governing Bankruptcy Court rules and procedures.

C. **Pre-Trial Litigation:**  Any claims that have not been discharged and for which authority has been determined shall be referred to the Bankruptcy Court for pre-trial proceedings under the appropriate Federal Rules of Civil Procedure.

1. Within 30 days of the Bankruptcy Court's determination that the claim has not been discharged and has been authorized (if authority was litigated), the claimant shall file a complaint in the District Court and shall attach the proof of claim as an exhibit.

2. Within 30 days, **Reorganized** Grace shall file a responsive pleading.

3. The Bankruptcy Court shall then adjudicate a summary judgment phase under the applicable Federal Rules.  **Reorganized** Grace and the claimant may seek discovery under the Federal Rules and file summary judgment motions.  The Bankruptcy Court shall have full ability to employ Rules 16 and 42 and *Daubert* proceedings.

4. At the conclusion of the pre-trial phase, absent agreement of the parties, the Bankruptcy Court shall certify that the pre-trial proceedings have been concluded.

D. **Settlement and ADR:**

1. Nothing in this Case Management Order shall prevent the parties from engaging in settlement discussions at any time.

2. Following the conclusion of the pre-trial proceedings, there shall be a specific time period for settlement and alternative dispute resolution. Absent other agreement between **Reorganized** Grace and the claimant, this period shall be six months.

3. **Reorganized** Grace and the claimant may request information that would assist in resolving the claim through settlement or ADR.

**E.**     **Trial:**

1.     For claims that are not resolved through settlement or ADR, the reference to the Bankruptcy Court is withdrawn and the claims shall proceed to trial in the District Court.

2.     All appropriate Federal Rules of Civil Procedure shall apply.

**ORDERED this ____ day of _____, 2009**

_____
**Honorable Judith K. Fitzgerald**
**United States Bankruptcy Judge**

Document comparison done by Workshare DeltaView on Wednesday, February 04, 2009 1:31:21 PM

| Input: | |
|---|---|
| Document 1 | file://C:/data/Grace Clean Exhibits/Exhibit 25.DOC |
| Document 2 | file://C:/data/Grace 2-3 Clean Exhibits/Exhibit 25.DOC |
| Rendering set | Basic K&E |

| Legend: | |
|---|---|
| **<u>Insertion</u>** | |
| ~~Deletion~~ | |
| *~~Moved from~~* | |
| *<u>Moved to</u>* | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| **No.** | **Change** | **Text** |
| 1 | Change | "ASBESTOS" changed to "CLASS 7A ASBESTOS" |
| 2-3 | Change | "ASBESTOS PROPERTY DAMAGE CLAIMS" changed to "ASBESTOS PD CLAIMS" |
| 4 | Change | "procedures for the...all Asbestos PD Claims" changed to "procedures for the...7A Asbestos PD Claims" |
| 5-6 | Change | "Asbestos PD Claims." changed to "Asbestos PD Claims other...Settlement Agreements.[1]" |
| 7 | Insertion | [1]    Capitalized terms used...as of February __, 2009. |
| 8 | Change | "I.    The procedures with...PD Claims filed prior to" changed to "I.    The procedures with...PD Claims filed prior to" |
| 9 | Change | "Asbestos PD Claims filed...shall be as follows:" changed to "Asbestos PD Claims filed...shall be as follows:" |

| 10 | Change | "A.       Asbestos PD Claims" changed to "A. Unresolved Asbestos PD Claims" |
|---|---|---|
| 11 | Change | "Asbestos PD Claims which...Effective Date will be" changed to "Asbestos PD Claims as of...Effective Date will be" |
| 12-13 | Change | "the Bankruptcy Court on...____) ("Amended Order")" changed to "the Bankruptcy Court on...____) ("Amended Order")" |
| 14 | Change | "B.       With respect to any...Claims which were filed" changed to "B. With respect to any...Claims which were filed" |
| 15 | Change | "Claims which were filed...and have been disallowed" changed to "Claims which were filed...and have been disallowed" |
| 16 | Change | "II.       The procedures with...PD Claims filed after" changed to "II. The procedures with...PD Claims filed after" |
| 17 | Change | "with the Asbestos PD...claim form that requests" changed to "with the Asbestos PD...claim form that requests" |
| 18 | Change | "used in connection with...Date and also requests" changed to "used in connection with...Date and also requests" |
| 19 | Change | "claimant own the property... If not, who owned the" changed to "claimant own the property... If not, who owned the" |
| 20 | Change | "not, who owned the property on the Bar Date?" changed to "not, who owned the...the March 2003 Bar Date?" |
| 21-22 | Change | "s bankruptcy proceeding?" changed to "s bankruptcy cases?" |
| 23 | Change | "(E)       Has the claimant has...contact with an attorney" changed to "(E)       Has the claimant ever...contact with an attorney" |
| 24-25 | Change | "2.       The claims forms shall be maintained by a" changed to "2.       The proof of claim...shall be maintained by a" |
| 26 | Change | "maintained by a claims processing agent." changed to "maintained by a claims...to |

| | | |
|---|---|---|
| | | Reorganized Grace." |
| 27-28 | Change | "1.      Within 60 days of...of the proof of claim," changed to "1.       Within 60 days of receipt of a proof of claim," |
| 29 | Change | "proof of claim, Grace will request any additional" changed to "proof of claim,...request any additional" |
| 30 | Change | "that should have been...and/or (b) if the proof" changed to "that should have been...and/or (b) if the proof" |
| 31 | Change | "receiving such request(s)...claimants shall provide" changed to "receiving such request(s)...claimants shall provide" |
| 32 | Change | "Grace, the claimants...requested information." changed to "Grace, the claimants...requested information." |
| 33 | Change | "information from the...file in the Bankruptcy" changed to "information from the...file in the Bankruptcy" |
| 34 | Change | "2.      Within 30 days, Grace...a responsive pleading." changed to "2.      Within 30 days,...a responsive pleading." |
| 35 | Change | "the applicable Federal...the claimant may seek" changed to "the applicable Federal...the claimant may seek" |
| 36 | Change | "Absent other agreement...claimant, this period" changed to "Absent other agreement...claimant, this period" |
| 37 | Change | "3.      Grace and the claimant may request" changed to "3.      Reorganized Grace and the claimant may request" |
| 38 | Insertion | ORDERED this ___ day of _____, 2009 |
| 39 | Insertion | _____...States Bankruptcy Judge |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 29 |
| Deletions | 10 |
| Moved from | 0 |

| | |
|---|---:|
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 39 |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |
| | ) | |

**AMENDED ORDER SETTING VARIOUS DEADLINES REGARDING <u>ASBESTOS PROPERTY DAMAGE CLAIMS</u>**

On October 13, 2006, the Court entered a revised Scheduling Order (Docket No. 13406) to adjudicate Debtors' 15th Omnibus Objections (Substantive) to the nearly 4000 Asbestos Property Damage Claims that had been filed against Debtors in these proceedings.  Most of those Asbestos Property Damage Claims have since been resolved.  Of the nearly 4000 Asbestos Property Damage Claims initially filed, there remain 37 Asbestos Property Damage Claims that, as of this date, have not been resolved.  A list of the unresolved Asbestos Property Damage Claims is attached to this Order as Exhibit A.  With respect to these Asbestos Property Damage Claims, the Court hereby enters this revised Scheduling Order.

WHEREFORE, IT IS HEREBY ORDERED THAT:

1.      On or about February 16, 2007, Debtors filed Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims (Docket No. 14597) which covers what now amount to 35 of the Asbestos Property Damage claims listed on Exhibit A for properties located in Canada.

2.      If the Court grants Debtors' pending summary judgment motion, the 35 Canadian claims will be disallowed and expunged and no further proceedings with respect to those claims will be necessary before this Court.

3.      Any of the 35 Canadian claims that are not disallowed and expunged as a result of the Court's rulings on Debtors' pending summary judgment motion shall be scheduled for trial on Debtors' limitation period objections on **[INSERT] commencing at 9:00 a.m. Eastern Time each day, in Pittsburgh, Pennsylvania, or as soon thereafter as possible.**

4.      Any claims that are not disallowed or expunged as a result of the foregoing limitations period trial shall be set for trial on Debtors' lack of hazard objection **on ~~April 22, 23, and 24,~~_____, 2009, commencing at 9:00 a.m. Eastern time, in Pittsburgh, Pennsylvania, or as soon thereafter as possible**.  Debtors' lack of hazard objection to the individual claim filed by Anderson Memorial Hospital (Claim No. 11008) shall also be tried at that time.  The pretrial schedule for the lack of hazard trial is set forth on Exhibit B to this Order.

5.      Motions for summary judgment or to dismiss regarding lack of hazard may be filed by any party at any time **prior to 4:00 p.m., Eastern time, on ~~February 20,~~_____, 2009**.  Responses must be filed **no later than 4:00 p.m., Eastern time, on ~~March 18,~~_____, 2009**.  Replies must be filed **no later than 4:00 p.m. Eastern time, on ~~March 25,~~_____, 2009.**  Any summary judgment motions or motions to dismiss that are filed shall be heard by the Court **at the Omnibus Hearing on ~~April 1,~~_____, 2009, or as soon thereafter as possible.**

6.      Any of the foregoing claims that have not been disallowed or expunged after the Court rules on Debtors' lack of hazard objections shall be set for a trial on damages **on ~~July 6, 7 and 8,~~_____, 2009, commencing at 9:00 a.m. Eastern time, in Pittsburgh, Pennsylvania, or as soon thereafter as possible.**  The pretrial schedule for the damages trial is set forth on Exhibit B to this Order.

7.      With respect to the claim filed on behalf of Mr. Sheldon H. Solow (Claim No. 7020), the Court hereby lifts the stay so that the parties may proceed with the pre-petition appeal that was filed in the New York Supreme Court, Appellate Division—First Department.

8.      This Order supersedes any and all other scheduling orders previously entered by this Court regarding Asbestos Property Damage Claims.

9.      Except with respect to the Solow claim, as discussed in Paragraph 7 above, the Court shall retain jurisdiction over the Asbestos Property Damage Claims listed on Exhibit A of this Order to adjudicate the merits of Debtors' objections to those claims and damages, if any, resulting from those claims after confirmation of a Plan of Reorganization in these proceedings.

10.      Within ten (10) days of entry of this Order, the Debtors will serve this Amended Order on counsel for all claimants listed on Exhibit A to this Order.

Dated: _____, ~~2008~~**2009**

                                             Honorable Judith K. Fitzgerald
                                             United States Bankruptcy Judge

**EXHIBIT A TO AMENDED ORDER SETTING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS**

| Claimant | Claim No. | Counsel | Firm Name | Building Address | State/Province |
|---|---|---|---|---|---|
| Sheldon H Solow, Solow Development Corp., et al. | 007020 | Edward J Westbrook | Richardson Patrick Westbrook & Brickman LLC | 9 West 57th Street New York, NY 10019 | NY |
| Anderson Memorial Hospital | 011008 | Daniel A Speights | Speights & Runyan | 800 North Fant Anderson, SC  29261 | SC |
| 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | 011620 | Daniel A Speights | Speights & Runyan | 287 Broadway Winnipeg, MB R3c0r9 | MB (Canada) |
| School District 68 Nanaimo-Ladysmith | 011632 | Daniel A Speights | Speights & Runyan | 1270 Strathmore Street Nanaimo, BC V9s2i9 | BC (Canada) |
| Edmonton Public Schools | 012377 | Daniel A Speights | Speights & Runyan | 12126 89 Street Edmonton, AB T5b3w4 | AB (Canada) |
| Edmonton Public Schools | 012388 | Daniel A Speights | Speights & Runyan | - 6415 106 Street Edmonton, AB T6h2v5 | AB (Canada) |
| Edmonton Public Schools | 012394 | Daniel A Speights | Speights & Runyan | 8205 90 Avenue Edmonton, AB T6c1n8 | AB (Canada) |
| Calgary Board Of Education | 012410 | Daniel A Speights | Speights & Runyan | 1233 21st Street Nw Calgary, AB  T2n2l8 | AB (Canada) |
| Calgary Board Of Education | 012412 | Daniel A Speights | Speights & Runyan | 640 Northmount Dr Nw Calgary, AB T2k3j5 | AB (Canada) |
| Oxford Properties Group | 012421 | Daniel A Speights | Speights & Runyan | 10025-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) |
| Oxford Properties Group | 012422 | Daniel A Speights | Speights & Runyan | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 | AB (Canada) |

| Oxford Properties Group | 012423 | Daniel A Speights | Speights & Runyan | 10088-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) |
|---|---|---|---|---|---|
| Calgary Board Of Education | 012438 | Daniel A Speights | Speights & Runyan | 939 45th St Sw Calgary, AB  T3c2b9 | AB (Canada) |
| Calgary Board Of Education | 012439 | Daniel A Speights | Speights & Runyan | 2519 Richmond Road Sw Calgary, AB  T3e4m2 | AB (Canada) |
| Calgary Board Of Education | 012442 | Daniel A Speights | Speights & Runyan | 120 45th Street Sw Calgary, AB  T3c2b3 | AB (Canada) |
| Calgary Board Of Education | 012443 | Daniel A Speights | Speights & Runyan | 3009 Morley Trail Nw Calgary, AB  T2m4g9 | AB (Canada) |
| Calgary Board Of Education | 012454 | Daniel A Speights | Speights & Runyan | 4004-4th St. Nw Calgary, AB T2k1a1 | AB (Canada) |
| Calgary Board Of Education | 012457 | Daniel A Speights | Speights & Runyan | 7430 5th Street Sw Calgary, AB  T2v1b1 | AB (Canada) |
| City Of Edmonton | 012489 | Daniel A Speights | Speights & Runyan | 9803 102a Avenue Edmonton, AB T5j3a3 | AB (Canada) |
| Edmonton Public Schools | 012496 | Daniel A Speights | Speights & Runyan | 11515 113 Avenue Edmonton, AB T5g0j3 | AB (Canada) |
| Edmonton Public Schools | 012498 | Daniel A Speights | Speights & Runyan | 7730 106 Street Edmonton, AB T6g0x4 | AB (Canada) |
| Edmonton Public Schools | 012500 | Daniel A Speights | Speights & Runyan | 9750 74 Avenue Edmonton, AB T6j1t4 | AB (Canada) |
| Edmonton Public Schools | 012501 | Daniel A Speights | Speights & Runyan | 13546 111 Avenue Edmonton, AB T5m2p2 | AB (Canada) |
| Edmonton Public Schools | 012503 | Daniel A Speights | Speights & Runyan | 12245 131 Street Edmonton, AB T5l1m8 | AB (Canada) |
| Edmonton Public Schools | 012537 | Daniel A Speights | Speights & Runyan | 14313 92 Street Edmonton, AB T5r3b3 | AB (Canada) |
| Edmonton Public Schools | 012541 | Daniel A Speights | Speights & Runyan | 5523 122 Avenue Edmonton, AB T5w1s3 | AB (Canada) |

| | | | | | |
|---|---|---|---|---|---|
| Edmonton Public Schools | 012542 | Daniel A Speights | Speights & Runyan | 6920 128 Avenue Edmonton, AB T5c1s7 | AB (Canada) |
| Edmonton Public Schools | 012546 | Daniel A Speights | Speights & Runyan | 10450 72 Avenue Edmonton, AB T6e0z6 | AB (Canada) |
| Edmonton Public Schools | 012548 | Daniel A Speights | Speights & Runyan | 10210 108 Avenue Edmonton, AB T5h1a8 | AB (Canada) |
| Edmonton Public Schools | 012549 | Daniel A Speights | Speights & Runyan | 13160 127 Street Edmonton, AB T5l1b2 | AB (Canada) |
| Edmonton Public Schools | 012554 | Daniel A Speights | Speights & Runyan | 13750 Woodcroft Avenue Edmonton, AB  T5t5x9 | AB (Canada) |
| Edmonton Public Schools | 012557 | Daniel A Speights | Speights & Runyan | 11430 68 Street Edmonton, AB T5b1p1 | AB (Canada) |
| Calgary Board Of Education | 012570 | Daniel A Speights | Speights & Runyan | 220 16th Avenue Calgary, AB  T2m0h4 | AB (Canada) |
| Edmonton Public Schools | 012576 | Daniel A Speights | Speights & Runyan | 15004 76 Street Edmonton, AB T6c1c2 | AB (Canada) |
| Calgary Board Of Education | 012590 | Daniel A Speights | Speights & Runyan | 728 32nd Street NW Calgary, AB  T2n2v9 | AB (Canada) |
| Calgary Board Of Education | 012591 | Daniel A Speights | Speights & Runyan | 512 18th Street NW Calgary, AB  T2n2g5 | AB (Canada) |
| Calgary Board Of Education | 014885 | Daniel A Speights | Speights & Runyan | 4506 16th Street SW Calgary, AB T2t4h9 | AB (Canada) |

**EXHIBIT B TO AMENDED ORDER SETTING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS**

| **I.  Schedule for Limitations Period Hearing** | **Dates** |
|---|---|
| A.  Non-expert discovery may commence upon the entry of this Order. | |
| B.  Last day for depositions of witnesses. | ~~INSERT~~ |
| C.  Final witness lists due. | ~~INSERT~~ |
| D.  Pre-trial conference | ~~TBD~~ |
| E.  Trial briefs and trial exhibits due. | ~~INSERT~~ |
| F.  Limitations period Hearing | ~~INSERT, 2009 commencing at 9:00 a.m. Eastern Time each day, in Pittsburgh, Pennsylvania or as soon thereafter as possible~~ |

| **II.  Schedule for Lack of Hazard Hearing** | **Dates** |
|---|---|
| A.  Non-expert discovery may commence upon the entry of this Order. | |
| B.  Designation of fact and expert witnesses and submission of expert reports addressing the lack of hazard issues by parties who did not previously submit expert reports on lack of hazard any any party who has obtained leave of court to file any such report. | ~~2/3/09~~ |
| C.  Debtors' additional rebuttal expert reports on the lack of hazard issue and identification of rebuttal fact witness testimony with respect to any new matters raised by the additional experts and reports filed as outlined in II.B above. | ~~2/17/09~~ |
| D.  Depositions of any expert witnesses who submits an expert report per II.B above. | ~~2/18/09~~ |
| E.  Last day to file Motions for Summary Judgment on lack of hazard issue. | ~~February 20, 2009 (4:00 p.m. EST)~~ |
| F.  Conclusion of all discovery on lack of hazard issue. | ~~3/17/09~~ |
| G.  Responses to Summary Judgment Motions due. | ~~March 18, 2009 (4:00 p.m. EST)~~ |
| H.  Final fact witness/expert witness list due, including identification of expert witnesses by issues on which experts | ~~3/19/09~~ |

| | |
|---|---|
| shall opine, exhibit lists, and deposition designations | |
| I.  Preliminary pre-trial conference | ~~TBD~~ |
| J.  Replies to Motions for Summary Judgment due. | ~~March 25, 2009 (4:00 p.m. EST)~~ |
| K.  Pre-trial motions, including motions in limine | |
| 1.    Opening papers due | ~~3/26/09~~ |
| 2.    Response papers due | ~~4/10/09~~ |
| 3.    Replies due | ~~4/17/09~~ |
| 4.   Hearing on Pre-trial motions (if any) | ~~TBD~~ |
| L.  Hearing on Motions for Summary Judgment | ~~Omnibus Hearing April 1, 2009, or as soon thereafter as possible~~ |
| M.  Trial briefs and trial exhibits due. | ~~4/15/09~~ |
| N.  Final pre-trial conference. | ~~TBD~~ |
| O.  Trial on lack of hazard issue. | ~~April 22, 23, and 24, 2009 commencing at 9:00 a.m. Eastern time, in Pittsburgh, Pennsylvania, or as soon thereafter as possible~~ |
| **III.  Schedule for Damages Hearing** | **Dates** |
| A.  Non-expert discovery may commence upon the entry of this Order. | |
| B.  Preliminary designation of fact witnesses and subject matter on which such witnesses are expected to testify or types of experts who are expected to testify and the nature of their expertise. | ~~2/3/09~~ |
| C.  Supplemental identification of additional witnesses based on the disclosures outlined in III.B above | ~~2/17/09~~ |
| D.  All parties to submit any expert reports on damages | ~~3/17/09~~ |
| E.  Parties to submit rebuttal expert reports on damages | ~~4/7/09~~ |
| F.  Depositions of expert and non-expert witnesses related to damages may begin. | ~~4/9/09~~ |

| | |
|---|---|
| G. Preliminary pre-trial conference on damages. | ~~TBD~~ |
| H. Conclusion of all discovery on damages | ~~5/13/09~~ |
| I. Final fact witness/expert witness lists due, including identification of expert witnesses by issues on which expert shall opine, exhibit lists, and deposition designations. | ~~5/18/09~~ |
| J. Pretrial motions, including motions in limine | |
|     1. Opening papers due | ~~5/26/09~~ |
|     2. Response papers due | ~~6/8/09~~ |
|     3. Replies due | ~~6/15/09~~ |
|     4. Hearing on Pre-trial motions (if any) | ~~TBD~~ |
| K. Trial briefs and trial exhibits due. | ~~6/22/09~~ |
| L. Final pre-trial conference | ~~TBD~~ |
| M. Trial on Damages | ~~July 6, 7, and 8, 2009, commencing at 9:00 a.m. Eastern time, in Pittsburgh, Pennsylvania, or as soon thereafter as possible.~~ |

Document comparison done by Workshare DeltaView on Wednesday, February 04, 2009 1:33:05 PM

| Input: | |
|---|---|
| Document 1 | file://C:/data/Grace Clean Exhibits/Exhibit 25 A.DOC |
| Document 2 | file://C:/data/Grace 2-3 Clean Exhibits/Exhibit 25 Exh A.DOC |
| Rendering set | Basic K&E |

| Legend: | |
|---|---|
| **<u>Insertion</u>** | |
| ~~Deletion~~ | |
| *~~Moved from~~* | |
| *<u>Moved to</u>* | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| **No.** | **Change** | **Text** |
| 1-2 | Change | "US_ACTIVE-2375294.4-TSREA 2/4/09 1:32 PM" changed to "US_ACTIVE-2375294.4-TSREA 2/4/09 1:33 PM" |
| 3-4 | Change | "lack of hazard objection...at 9:00 a.m. Eastern" changed to "lack of hazard objection...at 9:00 a.m. Eastern" |
| 5-6 | Change | "to 4:00 p.m., Eastern... Responses must be filed" changed to "to 4:00 p.m., Eastern... Responses must be filed" |
| 7-8 | Change | "than 4:00 p.m., Eastern...Replies must be filed no" changed to "than 4:00 p.m., Eastern...Replies must be filed no" |
| 9-10 | Change | "than 4:00 p.m. Eastern...summary judgment motions" changed to "than 4:00 p.m. Eastern...summary judgment motions" |
| 11-12 | Change | "Court at the Omnibus...or as soon thereafter as" changed to "Court at the Omnibus...or as soon thereafter as" |

| 13-14 | Change | "be set for a trial on...at 9:00 a.m. Eastern" changed to "be set for a trial on...at 9:00 a.m. Eastern" |
|---|---|---|
| 15-16 | Change | "Dated:            , 2008" changed to "Dated: , 2009" |
| 17 | Deletion | INSERT |
| 18 | Deletion | INSERT |
| 19 | Deletion | TBD |
| 20 | Deletion | INSERT |
| 21 | Deletion | INSERT, 2009 commencing...thereafter as possible |
| 22 | Deletion | 2/3/09 |
| 23 | Deletion | 2/17/09 |
| 24 | Deletion | 2/18/09 |
| 25 | Deletion | February 20, 2009 (4:00 p.m. EST) |
| 26 | Deletion | 3/17/09 |
| 27 | Deletion | March 18, 2009 (4:00 p.m. EST) |
| 28 | Deletion | 3/19/09 |
| 29 | Deletion | TBD |
| 30 | Deletion | March 25, 2009 (4:00 p.m. EST) |
| 31 | Deletion | 3/26/09 |
| 32 | Deletion | 4/10/09 |
| 33 | Deletion | 4/17/09 |
| 34 | Deletion | TBD |
| 35 | Deletion | Omnibus Hearing April 1,...thereafter as possible |
| 36 | Deletion | 4/15/09 |
| 37 | Deletion | TBD |
| 38 | Deletion | April 22, 23, and 24,...thereafter as possible |
| 39 | Deletion | 2/3/09 |
| 40 | Deletion | 2/17/09 |
| 41 | Deletion | 3/17/09 |
| 42 | Deletion | 4/7/09 |
| 43 | Deletion | 4/9/09 |

| 44 | Deletion | TBD |
|----|----------|-----|
| 45 | Deletion | 5/13/09 |
| 46 | Deletion | 5/18/09 |
| 47 | Deletion | 5/26/09 |
| 48 | Deletion | 6/8/09 |
| 49 | Deletion | 6/15/09 |
| 50 | Deletion | TBD |
| 51 | Deletion | 6/22/09 |
| 52 | Deletion | TBD |
| 53 | Deletion | July 6, 7, and 8, 2009,...thereafter as possible. |

| Statistics: | |
|-------------|------|
| | Count |
| Insertions | 8 |
| Deletions | 45 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 53 |