## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ZAI Claimants' Response to Letter Request of Wendy MacLean, Pro Se,
for Permission to File Late Claim Re ZAI (Dkt. No. 20550)**

Pursuant to this Court's January 23, 2009 Order, ZAI Counsel contacted Ms. MacLean by Federal Express on January 23, 2009 asking that she contact ZAI Counsel concerning her motion and to explain the status of the ZAI situation, including the negotiations leading to the formation of the ZAI Section 524(g) facility. Attach. A. When ZAI Counsel did not receive a response, ZAI Counsel attempted to contact Ms. MacLean by certified mail on January 30, 2009, including another copy their January 23, 2009 letter and asking Mrs. MacLean to contact ZAI Counsel. Attach. B.

On February 4, 2009, Ms. MacLean telephoned ZAI Counsel. As reflected in the attached email, Ms. MacLean has determined not to pursue her motion. Attach. C.

Date:  February 5, 2009
       Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

_/s/ William D. Sullivan_
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, Washington 99201
Telephone: (509) 455-3966

-- and --

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina 29464
Telephone: (843) 727-6500

*Counsel for ZAI Claimants*