# ATTACHMENT B



# RPWB RICHARDSON, PATRICK WESTBROOK & BRICKMAN, LLC

EDWARD J. WESTBROOK
843.727.6513 Direct
843.727.6688 Fax
ewestbrook@rpwb.com

Daniel M. Bradley
James C. Bradley
Michael J. Brickman
Elizabeth Middleton Burke
J. David Butler
Aaron R. Dias
Jerry Hudson Evans
Nina H. Fields
Thomas P. Gressette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Matthew D. Hamrick
David Hendricks
Gregory A. Lofstead
Christiaan A. Marcum
Katie McElveen
Christopher J. Moore
Daniel O. Myers
Karl E. Novak
Kimberly Keevers Palmer
Charles W. Patrick, Jr.
Gordon C. Rhea (CA, DC & USVI only)
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Matthew J. Thiesing
T. Christopher Tuck
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
James H. Rion, Jr.
Howard Siegel (DC & MD only)
David L. Suggs (MN & NY only)
Robert M. Turkewitz

January 30, 2009

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Ms. Wendy MacLean
136 Llewellyn Street
Lowell, MA 01850

Re:   Zonolite Attic Insulation Claim

Dear Ms. MacLean:

On the chance that my January 23, 2009 letter (enclosed) was not delivered to you, I am writing you once again concerning your request for permission to file a late claim in the Zonolite Attic Insulation matter. As my enclosed letter explains, you may wish to consider whether pressing your motion is necessary in light of the proposed settlement and creation of a ZAI claims facility as part of the bankruptcy reorganization. I will be glad to talk with you further and answer any questions you may have about any aspect of the situation.

As the Order attached to my previous letter reflects, the Court has set your motion for a hearing on February 23, 2009 at 10:30 a.m. in the Bankruptcy Court for the District of Delaware. Because you live outside of Delaware, the Court will permit you to participate by telephone if you desire. In order to arrange for you to participate by telephone, I will need you to contact me so we can set up the call-in arrangement. You can reach me at (843) 727-6513 or email me at ewestbrook@rpwb.com.

It is important that you respond to the Court Order concerning your motion and take some action concerning your motion or make arrangements to participate at the hearing by telephone.

I will be glad to assist you in any way in this matter, but do need you to contact me to make arrangements for you concerning the hearing. Of course, if you prefer to retain your own counsel, they can enter an appearance for you and proceed on your behalf. If you have such counsel, I will be glad to coordinate with him or her on this matter. I look forward to hearing from you.

Sincerely,

Edward J. Westbrook

EJW/kaj
Enclosures

1037 CHUCK DAWLEY BLVD, BLDG-A, MT. PLEASANT SC 29464   P.O. BOX 1007, MT. PLEASANT SC 29465   PH: 843.727.6500   FAX: 843.216.6509   WWW.RPWB.COM
Offices in Barnwell, SC, Charleston, SC & Mt. Pleasant, SC    ATTORNEYS ALSO LICENSED IN: CA, DC, FL, GA, KS, MD, MI, MN, MO, NC, NY, TX, US-VI & WI

cc:  Darrell Scott, Esq.
     Alan Rich, Esq.
     Elizabeth Cabraser, Esq.
     Janet Baer, Esq. (Counsel to W.R. Grace & Co.)