# ATTACHMENT C

## Edward Westbrook

**From:** Edward Westbrook
**Sent:** Wednesday, February 04, 2009 12:28 PM
**To:** 'janepassage@yahoo.com'
**Subject:** RE: court hearing

Dear Ms. MacLean,

Thank you for your e-mail. I will so inform the Court and be glad to answer any questions you may have as you go forward.

Sincerely,

Ed Westbrook

> -----Original Message-----
> **From:** jane passage [mailto:janepassage@yahoo.com]
> **Sent:** Wednesday, February 04, 2009 12:11 PM
> **To:** Edward Westbrook
> **Subject:** court hearing
>
> Mr. Westbrook,
>
> It was great speaking with you today. Thank you for your letter regarding my request for a hearing to file a late claim in the Zonolite Attic Insulation matter.
>
> The court had scheduled a date of Feb 23rd 2009 for this hearing. As we discussed, I no longer see a need to file a late claim as I anticipate being allowed to join with the other claimants who have discovered Zonolite in their homes past the bar date in seeking partial reimbursement for abatement of this insulation. I would appreciate your offer to notify the court of this on my behalf.
>
> I wish you all the best in your efforts and look forward to learning of your success in the this matter.
>
> Sincerely,
>
> Wendy MacLean
>
> 136 Llewellyn Street
> Lowell, MA 01850
> tel. 978-656-8191

2/4/2009