IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

## FIFTH INTERIM APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM APRIL 1, 2008 THROUGH JUNE 30, 2008, AND FOR THE PRIOR MONTHLY PERIODS OF JULY 1, 2004 AND JULY 31, 2004, AND AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP ("Deloitte & Touche") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | February 4, 2003 |
| Interim Period for which Compensation and Reimbursement is Sought: | April 1, 2008 through June 30, 2008 |
| Prior Monthly Periods for which Compensation and Reimbursement is Sought:* | July 1, 2004 through July 31, 2004, and |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

|  | August 1, 2004 through August 31, 2004 |
|---|---|
| Compensation Sought as Reasonable and Necessary for the Interim Period: | $29,655.00 |
| Expense Reimbursement Sought as Reasonable and Necessary for the Interim Period: | $    787.19** |
| Compensation Sought as Reasonable and Necessary for the Prior Monthly Periods: | $34,843.00 |
| Expense Reimbursement Sought as Reasonable and Necessary for the Prior Monthly Periods: | $ 7,519.00 |
| Total Compensation Sought: | $64,498.00 |
| Total Expense Reimbursement Sought: | $ 8,306.19 |
| **Total Compensation and Expense Reimbursement Sought:** | **$72,804.19** |

This is a _ monthly _ quarterly X interim _ final _ fee application

*As explained in greater detail herein, Deloitte & Touche provided certain services to the Debtors during the monthly periods of July 1, 2004 through July 31, 2004, and August 1, 2004 through August 31, 2004 which were reflected in the Eighteenth and Nineteenth Monthly Applications of Deloitte & Touche, but were not included in any previously filed interim applications of Deloitte & Touche.

**As explained in greater detail herein, this amount reflects a reduction of $281.81 in expense reimbursement sought for the Interim Period.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |

## FIFTH INTERIM APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM APRIL 1, 2008 THROUGH JUNE 30, 2008, AND FOR THE PRIOR MONTHLY PERIODS OF JULY, 1 2004 AND JULY 31, 2004, AND AUGUST 1, 2004 THROUGH AUGUST 31, 2004

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, amending the Court's 'Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals', entered May 3, 2001 (together, the "Administrative Order"), the firm of Deloitte Touche LLP ("Deloitte & Touche") hereby files this Fifth Interim Application of Deloitte & Touche LLP for Compensation for Services Rendered and for Reimbursement of Expenses for the Period from April 1, 2008 through June 30, 2008, and for the Prior Monthly Periods of July 1, 2004 through July 31, 2004, and August 1, 2004 through August 31, 2004 (the "Fifth Interim Application"). Attached hereto as Appendix A is the Verification of Edmond Landry of Deloitte & Touche. In support of this Fifth Interim Application, Deloitte & Touche respectfully represents as follows:

## COMPENSATION AND EXPENSE REIMBURSEMENT SOUGHT HEREUNDER

1. By this Fifth Interim Application, Deloitte & Touche seeks the (a) interim (i) allowance of compensation in the amount of $29,655.00, and (ii) payment of reimbursement of reasonable and necessary expenses in the amount of $787.19 for a total compensation and expense reimbursement amount of $30,442.19 for the period April 1, 2008 through June 30, 2008 (the "Interim Period"); and (b) interim (i) allowance of compensation in the amount of $34,843.00, and (ii) reimbursement of reasonable and necessary expenses in the amount of $7,519.00 for a total compensation and expense reimbursement amount of $42,362.00 for the prior monthly periods of July 1, 2004 through July 31, 2004, and for August 1, 2004 through August 31, 2004 (the "Prior Monthly Periods"). The fees and expenses reflected on the monthly applications pertaining to the Prior Monthly Periods have not been included in any prior interim fee applications filed by Deloitte & Touche or any of its affiliates. Because discrepancies in time and expense reporting do occur, Deloitte & Touche may need to revise or correct the fees and

expenses set forth herein, and the amounts sought hereunder, in future interim or final fee applications filed with the Court in these Chapter 11 cases.

2. The fees and expenses sought hereunder for the Interim Period were incurred in connection with Deloitte & Touche's provision of certain Enterprise Risk Management Services and as more fully described below. The fees and expenses sought hereunder for the Prior Monthly Periods were incurred in connection with Deloitte & Touche's provision of certain Customs Procedures Review Services and Tax Advisory Services (each as more fully described below, and collectively hereinafter referred to as the "Customs and Advisory Services").

## BACKGROUND

3. On April 2, 2001 (the "Petition Date"), each of the debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession. No trustee has been appointed in the Debtors' chapter 11 cases.

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

5. On April 2, 2001, the Court entered its order that the Debtors' chapter 11 cases be consolidated for procedural purposes only and administered jointly.

6. The initial Deloitte & Touche Retention Application seeking authority to employ and retain Deloitte & Touche as customs services providers and tax and compensation advisors to the Debtors and authorizing the provision of the Customs and Advisory Services *nunc pro tunc* to February 4, 2003 was filed by the Debtors on April 25, 2003. The order initially approving the Deloitte & Touche Retention Application was signed by the Court on June 17,

2003 (the "Initial Retention Order"). A copy of the Initial Retention Order is attached hereto as Appendix B. On January 24, 2008, the Court entered a supplemental order authorizing the provision of the Expanded Scope Services (the "Expanded Scope Order"), which included the Enterprise Risk Management Services, and certain Crisis Management Services as more fully described below. A copy of the Expanded Scope Order is attached to hereto as Appendix C.

7. Following the initial retention of Deloitte & Touche in these Chapter 11 cases, Deloitte & Touche implemented a reorganization of some of its business units. Pursuant to this reorganization, certain affiliates of Deloitte & Touche sought and obtained approval to provide services to the Debtors in these Chapter 11 cases as described below.

- Deloitte Consulting LLP ("Deloitte Consulting") sought to be retained as compensation advisors and to provide certain lease consulting services to the Debtors in these Chapter 11 cases. On September 27, 2004 the Court entered an order approving the retention of Deloitte Consulting *nunc pro tunc* to July 1, 2004.

- Deloitte Tax LLP ("Deloitte Tax") sought to be retained as tax services providers to the Debtors in these Chapter 11 cases. On December 21, 2004, the Court entered and order approving the retention of Deloitte Tax *nunc pro tunc* to August 22, 2004.

- Deloitte Financial Advisory Services LLP ("Deloitte FAS") sought to be retained to provide certain due diligence services to the Debtors. On November 26, 2007 the court entered an order approving the retention of Deloitte FAS *nunc pro tunc* to October 1, 2007.

Deloitte Consulting, Deloitte Tax and Deloitte FAS have filed and will continue to file separate monthly applications, along with separate interim and final fee applications seeking compensation and expense reimbursement in these Chapter 11 cases.

8. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, the

applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of interim and final fee applications of the professional. The monthly requests for the compensation and expense reimbursement sought pursuant to this Fifth Interim Fee Application have been previously filed with the Court as described further below.

## DESCRIPTION OF THE EXPANDED SCOPE SERVICES

9. The Enterprise Risk Management Services consist of assisting the Debtors in supporting their enterprise risk management implementation initiative, including assisting the Debtors in (a) developing and launching its risk management approach, (b) completing a self assessment of the Debtors' key risks and developing an overall organizational risk profile, and (c) prioritizing the Debtors' risks and identifying enterprise risk management capability improvement opportunities.

10. The Crisis Management Planning Services consist of assisting the Debtors in (a) identifying and validating the organizational components of the Debtors' crisis management plan, (b) assisting with the Debtors' existing crisis management process, and (c) identifying, validating, and developing the components of the Debtors' crisis management plan.

11. Deloitte & Touche's records indicate that it provided no Crisis Management Planning Services to the Debtors during the Interim Period, and that it provided no Enterprise Risk Management Services during the monthly period of June 1, 2008 through June 30, 2008. Accordingly, the Expanded Scope Services for which Deloitte & Touche seeks compensation and expense reimbursement hereunder consist solely of Enterprise Risk Management Services,

provided during the monthly periods of April 1 2008 through April 30, 2008, and May 1, 2008 through May 31, 2008.

## FEE DETAIL, MONTHLY FEE APPLICATIONS PERTAINING TO THE INTERIM PERIOD

**Fee Detail**

12. Because the Expanded Scope Services involve the performance of tasks that may readily be grouped into discrete categories, the Debtors requested that Deloitte & Touche be relieved from the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and any applicable orders of this Court, requiring that Deloitte & Touche provide daily activity descriptions of its personnel providing the Expanded Scope Services as part of its monthly fee applications, or interim or final fee applications in these Chapter 11 cases. Such relief was granted under the Expanded Scope Order.

13. Consistent with the Expanded Scope Order, attached to each of the monthly applications covered by this Interim Period, and listed below, are Exhibits which contain spreadsheets listing the discrete categories of services comprising the Enterprise Risk Management Services, and indicating the number of hours devoted to each such category by the Deloitte & Touche personnel providing such services on daily basis, along the total number of hours devoted to providing services under each such category. Copies of these previously filed monthly fee applications and the accompanying Exhibits will be provided upon request.

14. Attached hereto are the following Exhibits summarizing the fees incurred by Deloitte & Touche personnel providing the Enterprise Risk Management Services during the Interim Fee Period:

- Exhibit A, setting forth each professional providing the Enterprise Risk Management Services, their level, total hours worked, and total fees; along the overall total hours worked, fees incurred and blended hourly rate for all such professionals and all such services for each month of the Interim Period; and

- Exhibit B, setting forth the discrete categories under which services where provided for the Enterprise Risk Management Services, and the total number of hours devoted to providing such services under such categories for each month of the Interim Period.

### Monthly Fee Applications Pertaining to the Interim Period

15. On or about August 14, 2008, Deloitte & Touche filed the Thirtieth Monthly Application of Deloitte & Touche for Compensation for Services Rendered and Reimbursement of Expenses to the Debtors for the Period from April 1, 2008 through April 30, 2008, Docket No. 19308, requesting $22,955.00 in fees and $1,042.00 in expenses.

16. On or about August 14, 2008, Deloitte & Touche filed the Thirty-First Monthly Application of Deloitte & Touche for Compensation for Services Rendered and Reimbursement of Expenses to the Debtors for the Period from May 1, 2008 through May 31, 2008, Docket No. 19309, requesting $6,660.00 in fees and $27.00 in expenses.

### EXPENSE DETAIL AND EXPENSE ADJUSTMENT PERTAINING TO THE INTERIM PERIOD

### Expense Detail

17. Deloitte & Touche incurred certain expenses providing the Enterprise Risk Management Services and, as set forth in the monthly applications of Deloitte & Touche pertaining to Interim Period, Deloitte Touche is herein seeking approval and payment of such expenses. Detailed information supporting the expenses incurred is set forth on Exhibit C hereto, which sets forth each Deloitte & Touche professional incurring expenses in connection with the provision of the Enterprise Risk Management Services during Interim Period, the expense date,

the expense amount, the expense type, along with addition information regarding travel and hotel expenses as may be applicable.

**Expense Adjustment**

18. As set forth on Exhibit C, Deloitte & Touche incurred expenses in the total amount of $787.19 in connection with the provision of Enterprise Risk Managment Services to the Debtors during the Interim Period. The monthly fee applications of Deloitte & Touche listed above pertaining to the Interim Period initially requested expense reimbursement in the total amount of $1,069.00. Deloitte & Touche hereby agrees to reduce this initial expense reimbursement amount by $281.81 and, accordingly, is herein requesting payment of expenses incurred during the Interim Period in the total amount of $787.19 as set forth on Exhibit C.

## DESCRIPTION OF THE CUSTOMS AND ADVISORY SERVICES

19. The Customs and Advisory Services, included, without limitation, assisting the Debtors with (a) a Focused Assessment Conducted by the United States Customs Service, and (b) consulting on various corporate and sales tax issues, an analyzing the implications of various inter-company transactions.

## FEE AND EXPENSE DETAIL, AND MONTHLY FEE APPLICATIONS PERTAINING TO THE PRIOR MONTHLY PERIODS

**Fee and Expense Detail**

20. Included as part of the monthly applications covered by the Prior Monthly Periods (copies of which are attached hereto as Exhibits D and E as noted below) are (a) tables setting forth the name of each professional providing Customs and Advisory Services, their position and service line, their hourly billing rate, total hours billed, and total compensation sought; (b) charts summarizing the fees sought by Deloitte & Touche by project category and expenses incurred by

project category; and (c) tables setting reflecting daily records of each professional providing the Customs and Advisory Services, the applicable project category, the number of hours expended, the hourly rates, fee expended, and expenses incurred, along with details supporting such expenses.

### Monthly Fee Applications pertaining to the Prior Monthly Periods

22.     On or about March 23, 2005, Deloitte & Touche filed the Eighteenth Monthly Application of Deloitte & Touche for Compensation for Services Rendered and Reimbursement of Expenses to the Debtors for the Period from July 1, 2004 through July 31, 2008, Docket No. 8096, requesting $20,735.00 in fees and $6,797.00 in expenses, a copy of which is attached hereto as Exhibit D.

22.     On or about March 23, 2005, Deloitte & Touche filed the Nineteenth Monthly Application of Deloitte & Touche for Compensation for Services Rendered and Reimbursement of Expenses to the Debtors for the Period from August 1, 2004 through August 31, 2008, Docket No. 8097, requesting $14,108.00 in fees and $722.00 in expenses, a copy of which is attached hereto as Exhibit E.

### PRIOR INTERIM FEE APPLICATIONS

23.     On or about June 7, 2004, Deloitte &Touche filed the Combined First Interim Application of Deloitte & Touche LLP for Compensation and for Reimbursement of Expenses for February 4, 2003 through December 31, 2003, Docket No. 5729, seeking interim approval of compensation in the amount of $651,908.00 and expense reimbursement in the amount of $21,761.00.

24. On or about September 1, 2004, Deloitte & Touche filed the Second Interim Application of Deloitte & Touche LLP for Compensation and for Reimbursement of Expenses for January 1, 2004 through March 31, 2004, Docket No. 6308, seeking interim approval of compensation in the amount of $151,981.00 and expense reimbursement in the amount of $50.00.

25. On or about November 4, 2004, Deloitte & Touche filed the Third Interim Application of Deloitte & Touche LLP for Compensation and for Reimbursement of Expenses for April 1, 2004 through June 30, 2004, Docket No. 6832, (the "Third Interim Application of Deloitte & Touche") seeking interim approval of compensation in the amount of $543,118.04 and expense reimbursement in the amount of $1,760.00.

26. Following the period covered by the Third Interim Application of Deloitte & Touche, certain of the professional services rendered to the Debtors by Deloitte & Touche, which had previously been rendered by Deloitte & Touche, where subsequently performed primarily by its affiliates, Deloitte Tax, Deloitte Consulting, and Deloitte FAS as described above. Accordingly, Deloitte & Touche had not filed interim fee applications since its filing of the Third Interim Application of Deloitte & Touche until on or about September 19, 2008, at which time Deloitte & Touche filed the Fourth Interim Application of Deloitte & Touche LLP for Compensation and for Reimbursement of Expenses for Services Rendered and Reimbursement of Expenses for the Period from June 1, 2007 through March 31, 2008.

## DISINTERESTEDNESS, NECESSITY OF SERVICES

27. At all relevant times, Deloitte & Touche has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of Debtors.

28. All services for which compensation is requested by Deloitte & Touche were performed for or on behalf of Debtors and not on behalf of any committee, creditor, or other person.

29. During the Interim Period, Deloitte & Touche has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with Debtors' cases. Deloitte & Touche has no agreement with any non-affiliated entity to share any compensation earned in these chapter 11 cases.

30. The professional services and related expenses for which Deloitte & Touche requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with Deloitte & Touche's provision of Expanded Scope Services for Debtors in these chapter 11 cases. Deloitte & Touche's services have been necessary and beneficial to Debtors and their estates, and other parties in interest.

## **REQUESTED RELIEF**

31. By this Fifth Interim Application, Deloitte & Touche respectfully requests that the Court enter an order providing that, (i) for the Interim Period of April 1, 2008 through June 30, 2008, and for the Prior Monthly Periods of July 1, 2004 through July 31, 2004 and August 1, 2004 through August 31, 2004, an allowance be made to Deloitte & Touche in the sum of $64,498.00 as compensation for reasonable and necessary professional services rendered to

Debtors and in the sum of $8,306.19 for reimbursement of reasonable and necessary costs and expenses incurred, for a total of $72,804.19 in fees and expenses for the Interim Period; and (ii) Debtors be authorized and directed to pay to Deloitte & Touche the outstanding amount of such sums; and for such other and further relief as this Court deems proper.

DELOITTE & TOUCHE LLP

_____
Edmond Landry, Partner

Enterprise Risk Management Services and
Crisis Risk Management Services
providers to the Debtors during the
Interim period of June 1, 2007 through March 31, 2008,
and Customs and Advisory Services
providers to the Debtors during the Monthly Periods
of July 1, 2004 through July 31, 2004,
and August 1, 2004 through August 31, 2004