## EXHIBIT A

### Summary April - May, 2008

### Summary April, 2008

| Name | Level | Hours | Rate | Total Fees |
|---|---|---|---|---|
| ROBERT LANE | Manager | 45.0 | $ 300.00 | $ 13,500.00 |
| STURISKY, DERRICK LARRY | Senior Manager | 25.0 | $ 330.00 | $ 8,250.00 |
| LANDRY, EDMOND J | Partner | 3.0 | $ 415.00 | $ 1,245.00 |
| TOTALS | | 73.0 | | $ 22,995.00 |

### Summary May, 2008

| Name | Level | Hours | Rate | Total Fees |
|---|---|---|---|---|
| KIMBROUGH, ROBERT LANE | Manager | 9.0 | $ 300.00 | $ 2,700.00 |
| STURISKY, DERRICK LARRY | Senior Manager | 12.0 | $ 330.00 | $ 3,960.00 |
| TOTALS | | 21.0 | | $ 6,660.00 |

| Total for Entire Interim Compensation Period | | Total Hours | | Total Fees |
|---|---|---|---|---|
| | | 94.0 | | $ 29,655.00 |

**Overall Blended Hourly Rate:**    $315.00 / hour