# EXHIBIT B

**WR Grace**
**Enterpise Risk Management Serivces**
**April - 2008**
**Hours By Project Category**

|  | Total Hrs |
|---|---|
| **WORK STREAM 1: GOVERNANCE** | |
| 1. Design & planning of ERM organization | 2.0 |
| 2. Transitioning of ERM Steering Committee to Risk Committee | 4.0 |
| 3. ERM Vision and Charter | 0.0 |
| 4. Executive Risk Owner roles and responsibilities | 0.0 |
| 5. Alignment of risk management governance across functions geographies, and business units | 0.0 |
| 6. Regional ERM support establishment and maintenance | 0.0 |
| 7. Risk Appetite Framework | 0.0 |
| 8. Governance process for global external compliance | 0.0 |
|  | 0.0 |
| **WORK STREAM 2: ERM PROCESS** | |
| 1. Risk identification and assessment process development | 11.0 |
| 2. Assistance conducting risk prioritization and assessments | 4.0 |
| 3. Integration with strategic and operations planning processes | 0.0 |
| 4. Facilitation of 2 - 3 risk assessment workshops | 0.0 |
|  | 0.0 |
| **WORK STREAM 3: RISK INTELLIGENCE** | |
| 1. Risk awareness and training plans | 0.0 |
| 2. Requirements for ERM intranet site | 0.0 |
| 3. Process for gathering and disseminating emerging risk trends, external threats and future opportunities | 0.0 |
| 4. Customized risk reporting | 0.0 |
| 5. Risk monitoring and escalation processes | 0.0 |
|  | |
| **WORK STREAM 4: PROJECT AND CAPABILITY SUPPORT** | |
| 1. ERM office project management and progress reporting | 8.0 |
| 2. Alignment of ERM with corporate initiatives | 0.0 |
| 3. Development of internal ERM capabilities | 2.0 |
| 4. Participation in risk meetings, risk assessments and presentations | 24.0 |
| 5. Discussion of ERM enabling technology requirements | 0.0 |
|  | 0.0 |
| **ADMINISTRATIVE ACTIVITIES** | |
| General Project admin | 13.0 |
| Bankruptcy admin | 5.0 |
| Status reporting | 0.0 |
| **TOTAL HOURS:** | **73.0** |

# EXHIBIT B

**WR Grace**
**Enterprise Risk Management Services**
**May - 2008**
**Hours By Project Category**

|  | Total Hrs |
|---|---|
| **WORK STREAM 1: GOVERNANCE** | |
| 1. Design & planning of ERM organization | 0.0 |
| 2. Transitioning of ERM Steering Committee to Risk Committee | 0.0 |
| 3. ERM Vision and Charter | 0.0 |
| 4. Executive Risk Owner roles and responsibilities | 0.0 |
| 5. Alignment of risk management governance across functions geographies, and business units | 0.0 |
| 6. Regional ERM support establishment and maintenance | 0.0 |
| 7. Risk Appetite Framework | 0.0 |
| 8. Governance process for global external compliance | 0.0 |
|  | 0.0 |
| **WORK STREAM 2: ERM PROCESS** | |
| 1. Risk identification and assessment process development | 5.0 |
| 2. Assistance conducting risk prioritization and assessments | 0.0 |
| 3. Integration with strategic and operations planning processes | 0.0 |
| 4. Facilitation of 2 - 3 risk assessment workshops | 0.0 |
|  | 0.0 |
| **WORK STREAM 3: RISK INTELLIGENCE** | |
| 1. Risk awareness and training plans | 0.0 |
| 2. Requirements for ERM intranet site | 0.0 |
| 3. Process for gathering and disseminating emerging risk trends, external threats and future opportunities | 0.0 |
| 4. Customized risk reporting | 0.0 |
| 5. Risk monitoring and escalation processes | 0.0 |
|  |  |
| **WORK STREAM 4: PROJECT AND CAPABILITY SUPPORT** | |
| 1. ERM office project management and progress reporting | 7.0 |
| 2. Alignment of ERM with corporate initiatives | 0.0 |
| 3. Development of internal ERM capabilities | 1.0 |
| 4. Participation in risk meetings, risk assessments and presentations | 1.0 |
| 5. Discussion of ERM enabling technology requirements | 0.0 |
|  | 0.0 |
| **ADMINISTRATIVE ACTIVITIES** | |
| General Project admin | 5.0 |
| Bankruptcy admin | 2.0 |
| Status reporting | 0.0 |
| **TOTAL HOURS:** | **21** |