**EXHIBIT C**

Expense Detail - April, 2008 and May, 2008

|  |  |  |  | Additional Detail | |
| --- | --- | --- | --- | --- | --- |
| Employee Name | Date Incurred | Expense Incurred | Expense Type | If Travel: City to and From | If Hotel: Indicate City and State |
| KIMBROUGH, ROBERT LANE | 04/01/2008 | 179.00 | Hotel or Other Lodging |  | Columbia, MD |
|  | 04/01/2008 | 19.69 | Hotel: Tax |  | Columbia, MD |
|  | 04/01/2008 | 15.38 | Meals: Travel (Yours) |  |  |
|  | 04/02/2008 | 18.00 | Auto Parking: Travel |  |  |
|  | 04/02/2008 | 136.62 | Auto Rental |  |  |
|  | 04/02/2008 | 40.97 | Meals: Travel (Yours) |  |  |
|  | 04/04/2008 | 4.58 | Telephone: Conference |  |  |
|  | 04/22/2008 | 0.33 | Telephone: Conference |  |  |
|  | 04/23/2008 | 9.14 | Telephone: Conference |  |  |
| KIMBROUGH, ROBERT LANE Total |  | 423.71 |  |  |  |
| STURISKY, DERRICK LARRY | 04/01/2008 | 179.00 | Hotel or Other Lodging |  |  |
|  | 04/01/2008 | 19.69 | Hotel: Tax |  | Columbia, MD |
|  | 04/01/2008 | 18.00 | Meals: Travel (Yours) |  | Columbia, MD |
|  | 04/01/2008 | 38.00 | Taxi (Not Car Service |  |  |
|  | 04/02/2008 | 28.00 | Auto Parking: Travel |  |  |
|  | 04/02/2008 | 52.79 | Meals: Travel (Yours) |  |  |
|  | 04/02/2008 | 4.00 | Tips: Other than Meals |  |  |
|  | 04/11/2008 | 5.74 | Telephone: Conference |  |  |
|  | 04/17/2008 | 3.61 | Telephone: Conference |  |  |
|  | 04/18/2008 | 2.92 | Telephone: Conference |  |  |
|  | 04/25/2008 | 0.28 | Telephone: Conference |  |  |
|  | 04/28/2008 | 3.20 | Telephone: Conference |  |  |
|  | 05/05/2008 | 0.80 | Telephone: Conference |  |  |
|  | 05/06/2008 | 3.64 | Telephone: Conference |  |  |
|  | 05/09/2008 | 3.81 | Telephone: Conference |  |  |
| STURISKY, DERRICK LARRY Total |  | 363.48 |  |  |  |
| Grand Total |  | 787.19 |  |  |  |