**EXHIBIT D**

**EIGHTEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: _____, 2005, at \_\_\_\_ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**EIGHTEENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004**

This eighteenth monthly application (this "Application") of Deloitte & Touche LLP ("Deloitte & Touche") is for fees for services rendered in connection with Deloitte & Touche's provision of customs procedures review services and tax advisory services to the Debtors during the period from July 1, 2004 through July 31, 2004. Attached hereto as Exhibit A is the Verification of Larry D. Ishol.

## BACKGROUND

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors <u>Nunc Pro Tunc</u> to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003.

The Order Pursuant to U.S.C. 327(a) and 328(a) and Fed.R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Consulting LLP ("Deloitte Consulting") as Compensation Advisors to the Debtors <u>Nunc Pro Tunc</u> to July 1, 2004 was entered by this Court on September 27, 2004. Prior to the entry of this order, compensation advisory services were provided to the Debtors by Deloitte & Touche. Deloitte Consulting and Deloitte & Touche are separate legal entities and, accordingly, Deloitte Consulting will file separate fee applications in this matter for compensation advisory services rendered to the Debtors as of July 1, 2004.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of fees sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total fees sought; (b) tables containing a summary of fees sought for customs procedures review services, tax advisory services, and the preparation of monthly statements and fee applications broken into project categories; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules

91100-001\DOCS_DE:79005.1

-4-

reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### Summary of Fees Sought by Professional

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michelle McGuire | Principal - Customs & International Tax | $660 | 5.5 | $3,630 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 8.5 | $3,740 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $440 | 15.0 | $6,600 |
| Robin Raley | Associate- Customs & International Tax | $230 | 4.0 | $920 |
| Guillermo Del Negal | Associate- Customs & International Tax | $230 | 17.5 | $4,025 |
| Deb Chmielewski | Administrative Assistant | $65 | 0.3 | $20 |
| Bryan Collins | Partner- National Tax | $600 | 3.0 | $1,800 |

Total Fees:     $20,735
Total Hours:    53.8
Blended Rate:   $385.40

### Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit | 47.8 | $18,245 |
| TOTAL | 47.8 | $18,245 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 3.0 | $1,800 |
| TOTAL | 3.0 | $1,800 |

### Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 3.0 | $690 |

91100-001\DOCS_DE:79005.1

| | | |
|---|---|---|
| TOTAL | 3.0 | $690 |

## Expense Summary

| Expense Category | | Total Expenses |
|---|---|---|
| IRS Filing Fee for Ruling Request | | $6,000 |
| Rental Car | | $95 |
| Hotel | | $99 |
| Hotel Tax | | $15 |
| Airfare | | $537 |
| Parking | | $51 |
| TOTAL | | $6,797 |

Dated: 3/14, 2005

                DELOITTE & TOUCHE LLP

                */s/ [signature]*

                Larry D. Ishol
                1750 Tysons Blvd., Suite 800
                McLean, VA 22102
                Telephone: (703) 251-1860
                Facsimile: (703) 332-7532

                Customs services providers and tax advisors for Debtors
                and Debtors in Possession

## EXHIBIT A

## VERIFICATION

MC LEAN                                    :
                                           :
COMMONWEALTH OF VIRGINIA :

Larry D. Ishol, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte & Touche LLP's retention as customs services providers and tax advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Larry D. Ishol
Partner

SWORN AND SUBSCRIBED
before me this 14th day of March, 2005.
City of Fairfax, Commonwealth of Virginia

_____
Notary Public
My Commission Expires: March 31, 2008

91100-001\DOCS_DE:79005.1

-8-

**W.R. Grace**
**Hours Spent by Each Person**
July 1 through July 31, 2004 (D&T LLP)

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 5.5 | $660 | $3,630 | $785 |
| Melissa Stephanou | 8.5 | $440 | $3,740 | $0 |
| Matthew Frank | 15.0 | $440 | $6,600 | $12 |
| Robin Raley | 1.0 | $230 | $230 | $0 |
| Guillermo Del Nogal | 17.5 | $230 | $4,025 | $0 |
| Deb Chmielewski | 0.3 | $65 | $20 | $0 |
| **Total Customs & International Trade Services Fees** | 47.8 | | $18,245 | $797 |
| Bryan Collins | 3.0 | $600 | $1,800 | $6,000 |
| **Total National Tax Services Fees** | 3.0 | | $1,800 | $0 |
| Robin Raley | 3.0 | $230 | $690 | $0 |
| **Total Monthly Statement & Fee Application Fees** | | | | |
| **Total D&T Fees for July** | 53.8 | | $20,735 | $6,797 |
| | | Blended Rat | $385.40 | |

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/4/2004 | BC | Ruling Request | Filing fee for ruling request filed with the IRS. | 0.0 | $600 | $0 | $6,000 |
| 7/7/2004 | MM | Customs Audit | Reviewed respons to cf 28 | 2.0 | $660 | $1,320 | $0 |
| 7/7/2004 | MS | Customs Audit | CF28 response meeting with Deloitte team | 1.5 | $440 | $660 | $0 |
| 7/7/2004 | MS | Customs Audit | Discussion with M. Mcguire re: facts of CF 28 | 2.0 | $440 | $880 | $0 |
| 7/7/2004 | GD | Customs Audit | Review docs for NAFTA CF-28 response | 3.0 | $230 | $690 | $0 |
| 7/8/2004 | MM | Customs Audit | Call with client re: FA | 1.0 | $660 | $660 | $0 |
| 7/8/2004 | MS | Customs Audit | Discussion with G. Del Nogal re: CF28 | 1.5 | $440 | $660 | $0 |
| 7/8/2004 | GD | Customs Audit | Discussion with M. McGuire, M. Stephanou,, | 0.5 | $230 | $115 | $0 |
| 7/8/2004 | GD | Customs Audit | Reviewed documents for NAFTA CF28 response | 1.0 | $230 | $230 | $0 |
| 7/8/2004 | GD | Customs Audit | Sent email to client requesting classifications and origin | 0.5 | $230 | $115 | $0 |
| 7/9/2004 | MS | Customs Audit | Discussion re CF28 with client | 1.0 | $440 | $440 | $0 |

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/10/2004 | BC | Ruling Request | Telephone call with IRS personnel regarding the ruling request filed with them regarding the lonely parent exception to the SRLY rules. | 1.0 | $600 | $600 | |
| 7/12/2004 | DC | Admin | PHONE CALL | 0.3 | $65 | $20 | $0 |
| 7/13/2004 | MM | Customs Audit | Prepared for web cast | 1.5 | $660 | $990 | $0 |
| 7/13/2004 | MM | Customs Audit | Web cast | 1.0 | $660 | $660 | $0 |
| 7/14/2004 | RR | Fee Application/Billing | Prepared billing summary for June | 2.0 | $230 | $460 | $0 |
| 7/14/2004 | GD | Customs Audit | Reviewed materials provided re: CF-28 | 0.5 | $230 | $115 | $0 |
| 7/14/2004 | GD | Customs Audit | Discussed materials provided re: CF-28 with Melissa | 0.5 | $230 | $115 | $0 |
| 7/14/2004 | BC | Ruling Request | Telephone call with IRS personnel regarding the ruling request filed with them regarding the lonely parent exception to the SRLY rules. | 1.0 | $600 | $600 | |
| 7/15/2004 | BC | Ruling Request | Telephone call with Elyse Filon regarding update from IRS on ruling request filed with the IRS regarding the lonely parent exception to the SRLY | 1.0 | $600 | $600 | |
| 7/16/2004 | GD | Customs Audit | Review status with Matt and Melissa, set up meeting for Monday | 0.5 | $230 | $115 | $0 |
| 7/19/2004 | MS | Customs Audit | Meeting re CF28 with G. Del Nogal and M. Frank | 1.5 | $440 | $660 | $0 |

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/19/2004 | MF | Customs Audit | Review of CF28 issues and responses; | 1.0 | $440 | $440 | $0 |
| 7/19/2004 | MF | Customs Audit | Review of FA follow-up issues | 1.0 | $440 | $440 | $0 |
| 7/19/2004 | GD | Customs Audit | Meeting with M. Frank and M. Stephanou re: discuss status and trying to coordinate with TP group to arrange meeting to discuss financials | 1.0 | $230 | $230 | $0 |
| 7/20/2004 | MF | Customs Audit | Weekly status call with N. Phillips and FA team | 1.0 | $440 | $440 | $0 |
| 7/20/2004 | MF | Customs Audit | Review of client timeline and documentation. | 0.5 | $440 | $220 | $0 |
| 7/20/2004 | MF | Customs Audit | Provided information on how to void importer identification numbers. | 1.0 | $440 | $440 | $0 |
| 7/20/2004 | GD | Customs Audit | Drafting response to CF-28, revisions, and formatting deliverables | 4.0 | $230 | $920 | $0 |
| 7/21/2004 | MS | Customs Audit | Follow up on CF28 status | 0.5 | $440 | $220 | $0 |
| 7/21/2004 | MF | Customs Audit | Telephone calls with Nasos Phillips re: FA | 0.5 | $440 | $220 | $0 |
| 7/21/2004 | MF | Customs Audit | Review of implementation plan and client documents | 0.5 | $440 | $220 | $0 |
| 7/21/2004 | GD | Customs Audit | Preperation of response to CF-28, draft response, create and revise supporting exhibit spreadsheets | 3.0 | $230 | $690 | $0 |

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/22/2004 | MS | Customs Audit | Follow up on CF28 status | 0.5 | $440 | $220 | $0 |
| 7/22/2004 | MF | Customs Audit | Parking downtown after client visit to Darex with Nasos Phillips | 0.0 | $440 | $0 | $12 |
| 7/22/2004 | MF | Customs Audit | On-site meeting with Nasos Phillips at Darex; | 3.0 | $440 | $1,320 | $0 |
| 7/22/2004 | MF | Customs Audit | Review/edit of CF28 response | 1.0 | $440 | $440 | $0 |
| 7/22/2004 | GD | Customs Audit | Preperation of response to CF-28, draft response, create and revise supporting exhibit spreadsheets | 2.0 | $230 | $460 | $0 |
| 7/23/2004 | MF | Customs Audit | Determination of post-entry audit samples size; | 0.5 | $440 | $220 | $0 |
| 7/23/2004 | MF | Customs Audit | Review of implementation plan | 0.5 | $440 | $220 | $0 |
| 7/23/2004 | MF | Customs Audit | Draft of response to CBP findings letter | 1.0 | $440 | $440 | $0 |
| 7/23/2004 | RR | Customs Audit | Redacted info from CIP | 1.0 | $230 | $230 | $0 |
| 7/23/2004 | RR | Fee Application/Billing | Revisions of Grace June Billing | 1.0 | $230 | $230 | $0 |
| 7/25/2004 | MM | Customs Audit | Expenses - rental car | 0.0 | $660 | $0 | $95 |

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/25/2004 | MM | Customs Audit | Expenses - hotel | 0.0 | $660 | $0 | $99 |
| 7/25/2004 | MM | Customs Audit | Expenses - airfare | 0.0 | $660 | $0 | $537 |
| 7/25/2004 | MM | Customs Audit | Expenses - parking | 0.0 | $660 | $0 | $39 |
| 7/25/2004 | MM | Customs Audit | Expenses - hotel tax | 0.0 | $660 | $0 | $15 |
| 7/26/2004 | GD | Customs Audit | Call with Debbie Fearn-Wright regarding follow-up questions on CF-28 response. | 0.5 | $230 | $115 | $0 |
| 7/26/2004 | GD | Customs Audit | Drafted update re: CF-28 to M. Stephanou | 0.5 | $230 | $115 | $0 |
| 7/27/2004 | MF | Customs Audit | Review of CF28 response and data | 1.0 | $440 | $440 | $0 |
| 7/28/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | $440 | $440 | $0 |
| 7/28/2004 | MF | Customs Audit | Review of implementation plan and documentation | 0.5 | $440 | $220 | $0 |
| 7/29/2004 | MF | Customs Audit | Draft of summary of our FOIA data analysis process for the FA Team; | 0.5 | $440 | $220 | $0 |
| 7/29/2004 | MF | Customs Audit | Review of implementation plan | 0.5 | $440 | $220 | $0 |
| | | | **Totals** | 53.8 | | $20,735 | $6,797 |