**EXHIBIT E**

**NINETEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: _____, 2005, at ____ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### NINETEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

Name of Applicant:    Deloitte & Touche LLP ("Deloitte & Touche").

Authorized to Provide Professional Services to: The above-captioned debtors and debtors-in-possession.

Date of Retention:    February 4, 2003.

Period for which Compensation and Reimbursement is Sought: August 1, 2004 through August 31, 2004.[2]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-1-

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $14,108.00 |
| Less 20% Holdback for Hourly Rate Services: | ($2,821.60) |
| Amount of Payment Sought Hereunder: | $11,286.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $722 |

This is a:     xx monthly          _ interim          _ final application.

---

[2] As described herein, as of August 22, 2004, customs procedures review services and tax advisory services are provided by Deloitte Tax LLP ("Deloitte Tax"). From August 22, 2004 forward, Deloitte Tax will file separate fee applications seeking compensation and expense reimbursement with respect to such services. Accordingly, although the period covered by this monthly application runs from August 1, 2004 through August 31, 2004, Deloitte & Touche is seeking compensation and expense reimbursement for the provision of customs procedures review services and tax advisory services through August 21, 2004 only.

91100-001\DOCS_DE:79005.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: _____, 2005, at \_\_\_\_ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## NINETEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

This nineteenth monthly application (this "Application") of Deloitte & Touche LLP ("Deloitte & Touche") is for compensation for services rendered in connection with Deloitte & Touche's provision of customs procedures review services to the Debtors from August 1, 2004 through August 31, 2004. Attached hereto as Exhibit A is the Verification of Larry D. Ishol of Deloitte & Touche.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-3-

## BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors <u>Nunc Pro Tunc</u> to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003.

The Order Pursuant to U.S.C. 327(a) and 328(a) and Fed.R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Consulting LLP ("Deloitte Consulting") as Compensation Advisors to the Debtors <u>Nunc Pro Tunc</u> to July 1, 2004 was entered by this Court on September 27, 2004. With the entry of this order, compensation advisory services are provided to the Debtors by Deloitte Consulting as of July 1, 2004. Deloitte Consulting will file separate fee applications in this matter for compensation advisory services rendered to the Debtors from July 1, 2004 forward.

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP ("Deloitte Tax") as Tax Service Providers to the Debtors <u>Nunc Pro Tunc</u> to August 22, 2004 was entered by this Court on December 21, 2004. With the entry of this order, customs procedures review services and tax advisory services are provided to the Debtors by Deloitte Tax as of August 22, 2004. Deloitte Tax will file separate fee applications in this matter for customs procedures review services and tax advisory services rendered to the Debtors from August 22, 2004 forward.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought

91100-001\DOCS_DE:79005.1

by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought for the provision of customs procedures review services and tax advisory services; (b) tables containing a summary of compensation sought for customs procedures review services, tax advisory services and the preparation of monthly statements and fee applications, broken into project categories; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

**Summary of Fees Sought by Professional**

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michelle McGuire | Principal - Customs & International Tax | $660 | 9.0 | $5,940 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $440 | 18.0 | $7,920 |
| Fred Levitan | Sr. Consultant - Customs & International Tax | $310 | 0.8 | $248 |

Total Fees:    $14,108
Total Hours:   27.8
Blended Rate:  $507.48

91100-001\DOCS_DE:79005.1

-3-

## Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit | 27.8 | $14,108 |
| TOTAL | 27.8 | $14,108 |

## Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Flight to and from W.R. Grace | | $574 |
| Hotel Room Expenses | | $99 |
| Hotel Tax Expenses | | $10 |
| Airport Parking | | $39 |
| TOTAL | | $722 |

Dated: 3/14, 2005

DELOITTE & TOUCHE LLP

_____

Larry D. Ishol, Partner
1750 Tysons Blvd., Suite 800
McLean, VA  22102
Telephone:  (703) 251-1860
Facsimile:   (703) 332-7532

Customs services providers and tax advisors for Debtors and Debtors in Possession

**EXHIBIT A**

VERIFICATION

MC LEAN                                :

COMMONWEALTH OF VIRGINIA  :

  Larry D. Ishol, after being duly sworn according to law, deposes and says:

  a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

  b) I have personal knowledge of Deloitte & Touche LLP's retention as customs services providers and tax advisors to the Debtors in these chapter 11 cases.

  c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                _____
                Larry D. Ishol
                Partner

SWORN AND SUBSCRIBED
before me this 14th day of March, 2005.
City of Fairfax, Commonwealth of Virginia

_____
Notary Public
My Commission Expires: March 31, 2008

91100-001\DOCS_DE:79005.1

-6-

**W.R. Grace**
**Hours Spent by Each Person**
August 1 through August 21, 2004 (Deloitte & Touche LLP)

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 9.0 | $660 | $5,940 | $0 |
| Matthew Frank | 18.0 | $440 | $7,920 | $722 |
| Fred Levitan | 0.8 | $310 | $248 | $0 |
| Guillermo Del Nogal | 0.0 | $230 | $0 | $0 |
| **Total Customs & International Trade Services Fees** | 27.8 | | $14,108 | $722 |
| N/A | 0.0 | 0 | $0 | $0 |
| **Total National Tax Services Fees 8/1/2004 to 8/21/2004** | 0.0 | | $0 | $0 |
| N/A | 0.0 | 0 | $0 | $0 |
| **Total Monthly Statement & Fee Application Fees** | | | | |
| **Total D&T Fees for August** | 27.8 | | $14,108 | $722 |
| | | Blended Rate | $507.48 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/2/2004 | MF | Customs Audit | Phone call with Nasos Phillips to discuss upcoming meeting and implementation plan | 0.5 | 440 | $ 220.00 | 0 |
| 8/2/2004 | MF | Customs Audit | Review implementation plan and client issues | 0.5 | 440 | $ 220.00 | 0 |
| 8/2/2004 | MM | Customs Audit | Discussions with Matt regarding implementation plan and draft procedures | 1.0 | 660 | $ 660.00 | 0 |
| 8/4/2004 | MF | Customs Audit | Flight to and from Grace in Massachusetts | 0.0 | 440 | $ - | 574 |
| 8/4/2004 | MF | Customs Audit | Hotel Room expenses | 0.0 | 440 | $ - | 99 |
| 8/4/2004 | MF | Customs Audit | Hotel Tax expenses | 0.0 | 440 | $ - | 10 |
| 8/4/2004 | MF | Customs Audit | Parking at airport during trip to Grace | 0.0 | 440 | $ - | 39 |
| 8/5/2004 | MF | Customs Audit | Onsite meeting at Grace to discuss implemenation plan and action steps | 8.0 | 440 | $ 3,520.00 | 0 |
| 8/5/2004 | MM | Customs Audit | Onsite meeting at Grace for implementation plan | 8.0 | 660 | $ 5,280.00 | 0 |
| 8/10/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/13/2004 | MF | Customs Audit | Telephone calls with Nasos Phillips and Norm McIntosh regarding response to findings letter | 0.5 | 440 | $ 220.00 | 0 |
| 8/16/2004 | MF | Customs Audit | Analysis of HTS9801 information in FOIA | 0.5 | 440 | $ 220.00 | 0 |
| 8/16/2004 | MF | Customs Audit | Draft letter in response to 9801 findings | 0.5 | 440 | $ 220.00 | 0 |
| 8/17/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/19/2004 | MF | Customs Audit | Review and edit response to CBP findings letter | 1.5 | 440 | $ 660.00 | 0 |
| 8/20/2004 | MF | Customs Audit | Conference call to finalize response to findings letter | 2.0 | 440 | $ 880.00 | 0 |
| 8/20/2004 | MF | Customs Audit | Research follow-up issues | 2.0 | 440 | $ 880.00 | 0 |
| 8/20/2004 | FL | Customs Audit | Analyzed HTS9801 documentation requirements and discussed it with Matt | 0.8 | 310 | $ 248.00 | 0 |
| | | | **Total** | **27.8** | | **$ 14,108.00** | **$ 722.00** |