## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the law firms of Kozyak Tropin & Throckmorton, P.A., and Stichter Riedel Blain & Prosser, P.A., hereby enter their appearance as co-counsel for Anderson Memorial Hospital, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure, and respectfully request that they receive copies of all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be addressed to the undersigned attorneys at the following address:

John W. Kozyak, Esq. (jk@kttlaw.com)
Charles W. Throckmorton, Esq. (cwt@kttlaw.com)
David L. Rosendorf, Esq. (dlr@kttlaw.com)
Corali Lopez-Castro, Esq. (clc@kttlaw.com)
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508

Harley E. Riedel, Esq.
STICHTER RIEDEL BLAIN & PROSSER, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602
Telephone:   (813) 229-0144
Facsimile:   (813) 229-1811
Email: hriedel@srbp.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above-captioned bankruptcy case.

DATED:  February 6, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email: loizides@loizides.com

- and -

Daniel A. Speights
Marion C. Fairey, Jr.
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Anderson Memorial Hospital*