## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on February 6, 2009, I did cause to be served copies of the foregoing **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** on the parties listed and in the manner indicated on the attached service list.

DATED: February 6, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

090205162807.DOC

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

David M. Bernick, Esquire
Janet S. Baer, Esquire
Lisa Esayian, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
CAMPBELL & LEVINE LLC
800 No. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 No. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, III, Esquire
Office of the United States Trustee
844 No. King Street, Room 2207
Wilmington, DE 19801

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
The Washington Harbour
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 No. Broom Street
Wilmington, DE 19806

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Wachovia Financial Center
200 So. Biscayne Bl., Suite 2500
Miami FL 33131

Theodore J. Tacconelli, Esquire
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

David B. Siegel
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044