**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 2/26/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FIFTH MONTHLY INTERIM
PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

Name of Applicant:                                     Alan B. Rich, Esq.

Authorized to Provide Services To:        Hon. Alexander M. Sanders, Jr.,
                                                                 Legal Representative for Future Asbestos-
                                                                 Related Property Damage Claimants
                                                                 and Holders of Demands

Date of Retention:                                      September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:             January 1, 2009 through January 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                    $31,740.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:       $2,717.34

This is a(n):     ☒Monthly        ☐Interim        ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 69.0 hours[2], for a total amount billed of $39,675.00, of which 80% is

---

[1] At 80% of the total incurred.

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

currently sought, in the amount of $31,740.00.

As stated above, this is the Fifth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 56.3 | $32,372.50 |
| Travel | 22 | $6,325.00 |
| Fee Applications | 1.7 | $977.50 |
| TOTAL | 80 | $39,675.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $2,717.34 |
| TOTAL | $2,717.34 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 6th day of February, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

EXHIBIT A

## ALAN B. RICH

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (January, 2009)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 1/2/2009 | Prepare December Fee Application | 1.5 |
| 1/2/2009 | Email from J. Baer re status of disclosure statement | 0.1 |
| 1/3/2009 | Review revisions to Plan incorporating PD and ZAI related changes | 1.3 |
| 1/3/2009 | Review Libby claimants' expert reports | 1.5 |
| 1/3/2009 | Email to and from Debtors' counsel re amendments to plan | 0.1 |
| 1/5/2009 | Attention to DOJ objection to ZAI class motion, including Telephone call from E. Westbrook, review of DOJ objection and review of stipulation to resolve DOJ objection | 0.5 |
| 1/5/2009 | Review and analysis of PD and PI deferred payment and guaranty documents | 3.1 |

| | | |
|---|---|---|
| 1/5/2009 | Review Objections to Plan of CAN, Zurich, AXA, FFIC, Seaton, Columbia and Allstate; Objection of BNSF to phase I designation | 1.2 |
| 1/5/2009 | Emails to and from client re status | 0.1 |
| 1/5/2009 | Review emails to and from Debtors' counsel and ZAI counsel re plan documents | 0.1 |
| 1/6/2009 | Email from David Bernick re ZAI USDOJ issues | 0.1 |
| 1/6/2009 | Emails to and from PI FCR re plan documents | 0.1 |
| 1/6/2009 | Emails to and from T. Freedman re Sealed Air agreement amendment for ZAI purposes | 0.2 |
| 1/6/2009 | Conference call with Plan Proponents and ZAI counsel re status of ZAI issues | 0.8 |
| 1/6/2009 | Review Objections to Plan of London Market, Royal and Federal Insurance | 0.3 |
| 1/6/2009 | Review January 13 and 14 hearing agenda | 0.2 |
| 1/6/2009 | Review of and attention to review and signing revised stipulation with the United States re the ZAI class action | 0.2 |
| 1/6/2009 | Review Revisions to ZAI Settlement and Class Notice | 0.2 |
| 1/6/2009 | Conference with client re status | 0.1 |
| 1/6/2009 | Review case law from ZAI counsel re voting issues | 0.4 |
| 1/7/2009 | Review Order re Canadian ZAI administrative fees and expenses | 0.1 |
| 1/7/2009 | Review Revised Orders re class certification and emails to and from debtors' counsel and ZAI counsel re same | 0.3 |
| 1/7/2009 | Review Revised drafts of COC re ZAI motion for class certification | 0.3 |
| 1/7/2009 | Conference call with plan proponents, ZAI counsel and others re PD schedule | 0.5 |
| 1/7/2009 | Review responses to Libby claimants' motion to compel and interrogatories | 0.5 |

| | | |
|---|---|---|
| 1/7/2009 | Email correspondence to and from PI FCR's counsel re meeting | 0.1 |
| 1/8/2009 | Review Debtors' response to Libby motion to compel | 0.1 |
| 1/8/2009 | Email from Debtors' counsel regarding hearing schedule for January 13 | 0.1 |
| 1/8/2009 | Review Motley Rice response to Libby Motion | 0.1 |
| 1/8/2009 | Review Revised Hearing Agenda for January 14 | 0.1 |
| 1/8/2009 | Review proposed Second Amended CMO | 0.2 |
| 1/9/2009 | Preparation for, and Conference with counsel to PI FCR re plan issues at Orrick in Washington, DC | 3.5 |
| 1/9/2009 | Travel (non-productive) to and from Washington, DC for meeting with counsel to the PI FCR (11 hours @ 50%) | 5.5 |
| 1/12/2009 | Review Second Revised CMO | 0.2 |
| 1/12/2009 | Conference call with many counsel regarding the Second Amended CMO | 0.7 |
| 1/12/2009 | Emails to and from PD committee counsel and others re amending paragraph 12 to CMO | 0.1 |
| 1/12/2009 | Review subsequent revision to the Second Amended CMO | 0.1 |
| 1/13/2009 | Emails to and from opposing counsel re meeting request; emails to client re same and re status | 0.2 |
| 1/13/2009 | Travel (non-productive) to Pittsburgh for continued disclosure statement hearing (5 hours % 50%) | 2.5 |
| 1/13/2009 | Emails to and from PD counsel and Debtors regarding status of documents | 0.2 |
| 1/13/2009 | Emails to and from PD counsel regarding second amended CMO | 0.1 |
| 1/13/2009 | Review COC re Second Amended CMO and Objection thereto by Bank Lender Group | 0.2 |
| 1/14/2009 | Attend continued disclosure statement hearing and post-hearing conference with counsel for PI Committee | 6.3 |
| 1/14/2009 | Travel from Pittsburgh to Dallas (non-productive) (6 hours @ 50%) | 3 |

| 1/15/2009 | Emails to and from client re status and strategy | 0.3 |
|---|---|---|
| 1/15/2009 | Emails to and from ZAI counsel re TDP status | 0.2 |
| 1/15/2009 | Telephone call with Ted Freedman re status | 0.2 |
| 1/15/2009 | Email from debtors' counsel regarding outstanding documentation issues | 0.1 |
| 1/15/2009 | Emails to and from PD Committee counsel re meeting | 0.1 |
| 1/15/2009 | Review of emails from PI FCR counsel re documentation | 0.1 |
| 1/15/2009 | Review COC re ZAI class certification | 0.2 |
| 1/16/2009 | Emails to and from Debtors' counsel re PD Trust agreement | 0.1 |
| 1/16/2009 | Email to S. Baena re meeting | 0.1 |
| 1/16/2009 | Review January Omnibus hearing agenda | 0.1 |
| 1/16/2009 | Prepare Certificate of No Objection re Hill retention and attention to filing of same | 0.4 |
| 1/16/2009 | Review signed order re ZAI settlement and provisional class certification | 0.1 |
| 1/16/2009 | Review and analysis of PD Trust Agreement | 1.2 |
| 1/17/2009 | Review draft of second amended CMO and email to J. Baer re same | 0.2 |
| 1/19/2009 | Review revisions to second amended CMO | 0.1 |
| 1/20/2009 | Review further revisions by Debtor to second amended CMO; emails to and from debtors' counsel and PD committee Counsel | 0.2 |
| 1/20/2009 | Emails to and from ZAI counsel re TDP status | 0.1 |
| 1/21/2009 | Email from debtors' counsel re PD Trust Agreement | 0.1 |
| 1/21/2009 | Emails to and from ZAI counsel re ZAI TDP and conference with ZAI counsel re same | 0.2 |
| 1/21/2009 | Email from Debtors' counsel regarding January 26 Omnibus Hearing | 0.1 |

| | | |
|---|---|---|
| 1/21/2009 | Emails to and from Debtors' counsel and ZAI<br>counsel re class action notice issues | 0.1 |
| 1/21/2009 | Review of and revisions to draft ZAI TDP | 1.2 |
| 1/21/2009 | Review pro se motion to file late ZAI claim | 0.1 |
| 1/21/2009 | Review COC re Second Amended CMO and attached orders | 0.2 |
| 1/22/2009 | Draft and file proposed order regarding local counsel retention | 0.4 |
| 1/22/2009 | Review Amended Hearing Agenda for 1-26-09 Omnibus hearing | 0.1 |
| 1/22/2009 | Email to and from Debtors' counsel re status of documentation | 0.1 |
| 1/22/2009 | Review ZAI documents and Trust agreement<br>comments sent by ZAI counsel to Debtor | 0.5 |
| 1/22/2009 | Conference with client re status | 0.2 |
| 1/22/2009 | Review status of all ancillary plan documents | 0.5 |
| 1/22/2009 | Email correspondence to and from PI FCR's<br>counsel re intercreditor agreement | 0.1 |
| 1/22/2009 | Review and analysis of latest drafts of Plan and Disclosure Statement | 3.5 |
| 1/23/2009 | Email correspondence to and from client re intercreditor agreement issues | 0.2 |
| 1/23/2009 | Review order of retention of Karl Hill | 0.1 |
| 1/23/2009 | Conference call with ZAI counsel re status | 0.5 |
| 1/23/2009 | Review memo from PI FCR re intercreditor agreement<br>and conference with PI FCR re intercreditor agreement | 1.0 |
| 1/23/2009 | Review correspondence to ZAI claimant from ZAI counsel | 0.1 |
| 1/23/2009 | Memos and emails from Ed Westbrook and Darrell Scott<br>re ZTAC issue and PD Deferred Payment Agreement issue | 0.2 |
| 1/23/2009 | Emails to and from PD Committee counsel re meeting | 0.1 |
| 1/24/2009 | Emails from ZAI counsel re PD Trust Agreement issue | 0.1 |

| | | |
|---|---|---|
| 1/26/2009 | Attend telephonic Omnibus hearing | 1.0 |
| 1/26/2009 | Review of Discovery including that served by various Libby Claimants on plan proponents and insurers; Review UCC response to Arrowood RFAs; Review Debtors' discovery to Libby and UCC and insurers | 1.0 |
| 1/26/2009 | Review final revisions to confirmation CMO | 0.2 |
| 1/26/2009 | Prepare Certification of Counsel re Order on Hill retention Application | 0.2 |
| 1/26/2009 | Prepare Certificate of No Objection re Fourth Interim Fee Application | 0.2 |
| 1/27/2009 | Review and analysis of latest drafts of PD agreements | 3.3 |
| 1/27/2009 | Review of debtors' proposed revisions to ZAI TDP, telephone and email conferences with ZAI counsel re revisions to ZAI TDP and review of ZAI counsel's memo to debtors re revisions to ZAI TDP | 1.3 |
| 1/28/2009 | Telephone call from T. Freedman re status | 0.1 |
| 1/28/2009 | Emails to and from ZAI counsel and telephone conference with ZAI counsel re outstanding ZAI TDP and voting issues | 0.5 |
| 1/28/2009 | Review and revisions to memos from ZAI counsel re debtors' counsel regarding requested changes to ZAI TDP | 0.3 |
| 1/28/2009 | Review of revised ZAI TDP | 0.3 |
| 1/28/2009 | Continued review and analysis of latest drafts of PD Agreements | 1.0 |
| 1/28/2009 | Telephone conference with PD Committee counsel and claimants' counsel regarding PD agreements | 1.5 |
| 1/28/2009 | Review Debtors' revisions to PD CMO | 0.2 |
| 1/29/2009 | Telephone conference with ZAI counsel re document issues | 0.3 |
| 1/29/2009 | Telephone conference with client | 0.2 |
| 1/29/2009 | Review debtors' corrected revisions to PD CMO | 0.1 |
| 1/29/2009 | Telephone Conference with PD Committee counsel regarding PD agreements | 0.3 |

| | | |
|---|---|---|
| 1/29/2009 | Review of January 29 Revisions to Ancillary Plan documents received from Debtor | 1.5 |
| 1/29/2009 | Email to T. Freedman re ZAI issues | 0.1 |
| 1/30/2009 | Telephone Conference with Ted Freedman, Richard Finke and Andreas Mena regarding deferred payment agreement issues | 0.5 |
| 1/30/2009 | Review UCC discovery to Debtor | 0.1 |
| 1/30/2009 | Teleconference with ZAI counsel | 0.2 |
| 1/30/2009 | Review of emails to and from ZAI counsel and Debtor re status of plan documents | 0.1 |
| 1/30/2009 | Review of memo from ZAI counsel and teleconference re trustee issue | 0.2 |
| 1/30/2009 | Revisions to and analysis of latest draft of PD CMO | 0.5 |
| 1/30/2009 | Conference call with Dan Speights, Alan Runyan, John Kozyak and David Rosendorf re PD CMO issues | 0.5 |
| 1/30/2009 | Review of January 30 Revisions to Ancillary Plan documents received from Debtor | 1.5 |
| 1/30/2009 | Telephone conference with D. Speights re PD CMO | 0.1 |
| 1/30/2009 | Email to client re status | 0.1 |
| 1/30/2009 | Revisions to the ZAI TDP | 0.5 |
| 1/30/2009 | Emails to and from ZAI counsel re funding issues | 0.1 |
| 1/31/2009 | Telephone conferences with client and with Dan Speights re PD CMO | 0.2 |
| 1/31/2009 | Review email from Debtor re ZAI TDP | 0.1 |
| 1/31/2009 | Email to Debtor re PD CMO | 0.1 |

Total: 69.0 hours @ $575.00/hour = $39,675.00

Expenses:   Travel Expenses (Detail on Exhibit 1)  $2,717.34

**Total Fees and Expenses Due:**        **$42,392.34**

EXPENSES FOR JANUARY, 2009                                                      EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 1/9/2009 | RT Coach Airfare to Washington, DC for meeting | 1341.2 |
| 1/9/2009 | Airport Parking at DFW | 10 |
| 1/9/2009 | Taxis to and from DCA | 30 |
| 1/9/2009 | Dinner | 8.68 |
| | | |
| 1/12/2009 | RT Coach Airfare to Pittsburgh for hearing | 655.2 |
| 1/12/2009 | Omni Hotel in Pittsburgh | 306.66 |
| 1/12/2009 | Dinner | 55 |
| 1/12/2009 | Taxi from Airport and to dinner | 52 |
| 1/13/2009 | Dinner | 27.6 |
| 1/13/2009 | Taxi to Airport | 45 |
| 1/13/2009 | Airport Parking at DFW | 36 |
| | | |
| 1/25/2009 | Airline cancellation penalty re change to telephonic Omnibus hearing | 150 |
| | | |
| | TOTAL EXPENSES | 2717.34 |