IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE & CO., *et al.*, | : Case No. 01-1139 (JKF) |
| | : (Jointly Administered) |
| | : |
| Debtors. | : |
| | : |
| | : |

## NOTICE OF SERVICE OF LONGACRE MASTER FUND, LTD.'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEBTORS REGARDING CERTAIN CONFIRMATION ISSUES

PLEASE TAKE NOTICE that the undersigned counsel to Longacre Master Fund, Ltd. ("Longacre"), hereby certifies that, on February 6, 2009, he caused to be served Longacre's First Set Of Interrogatories And First Request For Production Of Documents To Debtors Regarding Certain Confirmation Issues, upon the following entities via electronic mail and regular, first-class mail.

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com
tcairns@pszjlaw.com

David M. Bernick, Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com
jbaer@kirkland.com
lesayian@kirkland.com

#10542697 v1

| | |
|---|---|
| Dated: February 6, 2009<br>Wilmington, DE | PEPPER HAMILTON LLP<br><br>/s/ James C. Carignan<br>David M. Fournier (No. 2812)<br>James C. Carignan (No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>(302) 777-6500<br><br>- and –<br><br>PEPPER HAMILTON LLP<br>Robert S. Hertzberg, Esq.<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110<br><br>*Counsel to Longacre Master Fund, Ltd.* |