IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

November 30, 2008
Client/Matter #  01246-011548
Invoice # 126158
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/06/08 | P. Marks | 1.00 | Monitor status; drafting e-mail correspondence and multiple draft reports. |
| 10/13/08 | P. Marks | 0.50 | Review multiple emails re remediation related questions; email exchanges re same. |
| 10/17/08 | P. Marks | 0.20 | Receive Hazen contract and instruct staff re same. |
| 10/20/08 | P. Marks | 1.00 | Telephone conference with P. Bucens re review of USACR disposal strategy document; review and evaluate same. |

Total Hours :    2.70

Total Fees :    $1,080.00

BEVERIDGE & DIAMOND, P.C.                                        INVOICE #   126158
                                                                 November 30, 2008
                                                                 PAGE   2

**Disbursements:**

    Long Distance Telephone                               1.00
    Information Service - VENDOR: LEXISNEXIS COURT       11.37
    LINK-Invoice #EA336561 dated 9/1/08 for
    database research

                             **Total Disbursements :**                       $12.37


**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 2.70         | $400.00         | $1,080.00   |

                             Total Fees :                   $1,080.00

                    Total Disbursements :                   $12.37

                            **TOTAL DUE :**                  **$1,092.37**

# EXHIBIT B

**(Somerville)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                          November 30, 2008
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-013520
7500 Grace Drive                                  Invoice # 126160
Columbia, MD  21044                               Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

Somerville

Disbursements:

| | |
|---|---:|
| Express Delivery | 53.23 |
| Travel Expenses | 78.35 |
| Air/Train Fare | 135.90 |
| Client Meeting Meals | 23.79 |
| **Total Disbursements :** | **$291.27** |
| **TOTAL DUE :** | **$291.27** |

# EXHIBIT C

**(Bankruptcy Fee Application)**

45812v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                             November 30, 2008
Attn: Lydia B. Duff, Esq.                            Client/Matter #   01246-012629
7500 Grace Drive                                     Invoice # 126159
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

10/17/08      P. Marks              0.70       Review reports, bills, and auditor inquiry and
                                               address same.

                                               Total Hours :                    0.70

                                               Total Fees :                 $280.00

BEVERIDGE & DIAMOND, P.C.                         INVOICE #   126159
                                                  November 30, 2008
                                                  PAGE    2

**Disbursements:**

    Postage                                              5.74
    Duplicating                                         56.40

                                      **Total Disbursements :**                     $62.14

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| P. Marks     | 0.70         | $400.00         | $280.00     |

                                      **Total Fees :**                              $280.00

                                 **Total Disbursements :**                     $62.14

                                      **TOTAL DUE :**                               **$342.14**