IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

| | |
|---|---|
| W. R. Grace & Co. - Conn<br>Attn: Lydia B. Duff, Esq.<br>7500 Grace Drive<br>Columbia, MD 21044 | December 17, 2008<br>Client/Matter # 01246-011548<br>Invoice # 126423<br>Federal ID# 52-1247549 |

For Legal Services Rendered Through 11/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/05/08 | P. Marks | 0.50 | Evaluate permitting notice and email client re same. |
| 11/10/08 | P. Marks | 0.80 | Review and email exchanges and attachments from client and USACE re waste characterization; communicate with client re same. |
| 11/17/08 | P. Marks | 1.00 | Review emails and site status. |

Total Hours :    2.30

Total Fees :    $920.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #   126423
                                                                   December 17, 2008
                                                                   PAGE   2

**Disbursements:**

    Express Delivery                                                  15.20
    Information Service - VENDOR: LEXISNEXIS COURT                    11.37
    LINK-Invoice #EA344244 dated 11/1/08 for
    database research
    Information Service - VENDOR: LEXISNEXIS COURT                    11.37
    LINK-Invoice #EA340423 dated 10/1/08 for
    database research

                                                        **Total Disbursements :**                    $37.94

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 2.30         | $400.00         | $920.00     |

                                                        **Total Fees :**                    $920.00

                                       **Total Disbursements :**              $37.94

                                                      **TOTAL DUE :**                     $957.94

# EXHIBIT B

# (Somerville)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn          December 17, 2008
Attn: Lydia B. Duff, Esq.         Client/Matter #  01246-013520
7500 Grace Drive                  Invoice # 126425
Columbia, MD  21044               Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
                                SUITE 700
                                1350 I STREET, N.W.
                                WASHINGTON, D.C. 20005-3311

<u>Somerville</u>


<u>Disbursements:</u>

| | |
|---|---|
| Consulting Service - VENDOR: SAGE SOLUTIONS GROUP-Invoice #11921 dated 9/5/08 for professional services | 269.66 |
| Consulting Service - VENDOR: SAGE SOLUTIONS GROUP-Invoice #12103 dated 10/7/08 for services through September 30, 2008 | 200.93 |

                                                  **Total Disbursements :**      $470.59

                                                         **TOTAL DUE :**         $470.59

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 17, 2008
Client/Matter #  01246-012629
Invoice # 126424
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---:|
| Postage | 3.02 |
| Duplicating | 13.20 |
| **Total Disbursements :** | **$16.22** |
| **TOTAL DUE :** | **$16.22** |