IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 26, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTY-SEVENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/454330

# EXHIBIT A
**(Fee Detail)**

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)     $16,678.00 <br> • non-asbestos matters (2725.40)     $ 1,270.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $17,948.00 |
| **FEE APPLICATION – APPLICANT** | $704.00 |
| **TOTAL FEES** | $18,652.00 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 3, 2009
Bill Number 105597
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH DECEMBER 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/01/08 | RAM | Conference with MTM re: status of finding earliest date information for criminal case (.2). Read selected documents filed in bankruptcy court (.1). | 0.30 Hrs | 96.00 |
| 12/01/08 | MTM | Message from in-house counsel re: Montana depletion tax (.1); telephone call to in-house counsel re: same (.2); email to Holme Roberts re: same (.3); telephone call from Holme Roberts paralegal re: same (.2); locate and review Libby inventory re: same (3.3). Conference with RAM re: earliest date project (.2). | 4.30 Hrs | 1,182.50 |
| 12/02/08 | RAM | Conference with MTM re: status of ZAI issues. | 0.10 Hrs | 32.00 |
| 12/02/08 | MTM | Email from Holme Roberts paralegal re: document search for Montana depletion tax (.2); review box contents re: same (.8). Conference with RAM re: ZAI issues (.1). | 1.10 Hrs | 302.50 |
| 12/03/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/03/08 | MTM | Work on earliest date project. | 0.70 Hrs | 192.50 |
| 12/05/08 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 96.00 |
| 12/05/08 | MTM | Prepare for document production to criminal defense counsel next week. | 0.80 Hrs | 220.00 |
| 12/08/08 | MTM | Telephone call to ARA re: document production on Wednesday (.3); email to criminal defense counsel re: same (.2); receipt and review of draft cooperation agreement re: bankruptcy matter (1.0); email to in-house counsel re: same (.5); telephone call from in-house counsel re: same (.2); email from in-house counsel re: same (.3). | 2.50 Hrs | 687.50 |
| 12/08/08 | ARA | Document control (3.5). Inspect One Winthrop Square prior to document production (.5); telephone call from MTM re: documents requested for review by criminal defense attorney (.3). | 4.30 Hrs | 516.00 |
| 12/09/08 | RAM | Read and comment on draft cooperation agreement (.4); conference with MTM re: same (.1). Telephone conference with in-house counsel re: criminal case (.1). | 0.60 Hrs | 192.00 |
| 12/09/08 | MTM | Receipt and review of list of boxes to be reviewed by criminal defense counsel (.4); review Winthrop Square inventories re: same (1.0); meeting with ARA re: returning ledger boxes to Holme Roberts in Denver (.5); conference with ARA re: document production tomorrow (.3); receipt and review of email from paralegal re: tomorrow's document production (.2); prepare Winthrop Square for production tomorrow (.7); telephone call to Holme Roberts paralegal re: return of ledger boxes (.2); email to in-house counsel re: Libby personnel files (.1). | 3.40 Hrs | 935.00 |
| 12/09/08 | ARA | Review documents to be returned to original locations (2.3). Prepare documents to be produced to criminal defense attorney at the repository (4.4). Receipt of email from MTM; search for and locate Libby personnel file; arrange to have it copied by Merrill Corp. (.6). | 7.30 Hrs | 876.00 |

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2008

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/10/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |
| 12/10/08 | MTM | Receipt and review of email from K&E counsel re: earliest date project (.2); work on same (1.4). | 1.60 Hrs | 440.00 |
| 12/10/08 | ARA | At WRG Cambridge; locate, inventory and prepare boxes of documents for pick-up and delivery to the repository for production to criminal defense attorney (8.7). Receipt of Libby personnel file from copy service and quality control same (.3). | 9.00 Hrs | 1,080.00 |
| 12/11/08 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | 256.00 |
| 12/11/08 | MTM | Receipt and review of Libby personnel file (.1); letter to in-house counsel re: same (.1). Conference with ARA re: production to criminal defense counsel (.3); telephone call to in-house counsel re: same (.2); conference with Mayer Brown paralegal re: same (.5); report to K&E counsel re: earliest date project (.9); conference with ARA re: document production (.3). | 2.40 Hrs | 660.00 |
| 12/11/08 | ARA | Oversee and assist with production of documents to criminal defense counsel. | 8.00 Hrs | 960.00 |
| 12/12/08 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 160.00 |
| 12/12/08 | MTM | Conference with ARA and review documents identified by criminal defense counsel during document production (.3); email to Holme Roberts paralegal re: Montana tax issue (.1). | 0.40 Hrs | 110.00 |
| 12/12/08 | ARA | Organize and quality control documents tagged for scanning for criminal defense counsel (5.3); remove work product (.9); prepare boxes of documents to be picked-up by Merrill Corp. (.5). | 6.70 Hrs | 804.00 |
| 12/15/08 | MTM | Conference with ARA re: return of certain documents from 10 to One Winthrop Square. | 2.20 Hrs | 605.00 |

Page 3

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/15/08 | ARA | Prepare documents to be returned to Denver after review of documents for product information (5.0). Prepare memo re: return of documents to the repository (.5). Produce documents from former employee's depositions to MTM (.4) and discuss criminal trial production with MTM (1.8). | 7.70 Hrs | 924.00 |
| 12/16/08 | MTM | Conference with ARA re: Winthrop Square move and return of Denver ledger boxes. | 0.50 Hrs | 137.50 |
| 12/16/08 | ARA | Continue to prepare documents to return to Denver (3.3); conference with MTM re: same (.5). | 3.80 Hrs | 456.00 |
| 12/17/08 | RAM | Read updated docket entries to select documents to read (.1). Conference with MTM re: documents and notes criminal defense attorney wants to copy (.1). | 0.20 Hrs | 64.00 |
| 12/17/08 | MTM | Continue to work on earliest date project -- track down local counsel, etc. (.7). Telephone call from in-house counsel re: medical person (.2); telephone call to Holme Roberts paralegal re: same (.2). Conference with ARA re: Winthrop Square move (.6) | 1.70 Hrs | 467.50 |
| 12/17/08 | ARA | Inventory Denver boxes and oversee their pick-up by Fed Ex after review documents for product information (4.0); oversee pick-up of Recordkeeper boxes re: same (1.0). Prepare for and oversee move of the repository (6.9); conference with MTM re: same (.6). Telephone call from MTM and to Merrill re: Libby boxes can be scanned re: criminal trial (.2). | 12.70 Hrs | 1,524.00 |
| 12/18/08 | MTM | Receipt and review of information from Holme Roberts paralegal re: medical person (.7); conference with ARA re: Winthrop Square move (1.4); conference with ARA re: recent document production to criminal defense counsel (.6). | 2.70 Hrs | 742.50 |

Page 4

<div style="text-align:center">**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062</div>

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/18/08 | ARA | Discussion with Merrill re: scanning documents for criminal trial (.3); email paralegal at Mayer Brown re: same (.3); remove work product from personnel files prior to scanning (2.8); oversee pick-up of personnel files by copy service for scanning (.5). Conference with MTM re: production (.6). Memo to MTM (.7) and conference with him (.7) re: organization of the repository. | 5.90 Hrs | 708.00 |
| 12/19/08 | MTM | Work on Winthrop Square move. | 1.50 Hrs | 412.50 |
| 12/19/08 | ARA | Meeting with MTM to review organization of documents in the repository (.6). Arrange for medical records to be scanned by Merrill Corp. (.2). Document control (1.8). | 2.60 Hrs | 312.00 |
| 12/22/08 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 96.00 |
| 12/22/08 | MTM | Telephone call from in-house counsel re: former employee's records. | 0.20 Hrs | 55.00 |
| 12/31/08 | ARA | Telephone call to and from Merrill Corp. to discuss scanning project for criminal defense project (.2); remove work product and prepare documents for scanning (2.4). | 2.60 Hrs | 312.00 |

TOTAL LEGAL SERVICES     $16,678.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 3.30 | 320.00 | 1,056.00 |
| Matthew T. Murphy | 26.00 | 275.00 | 7,150.00 |
| Angela R. Anderson | 70.60 | 120.00 | 8,472.00 |
| | 99.90 | | $16,678.00 |

TOTAL THIS BILL     $16,678.00

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 3, 2009
Bill Number 105596
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

**FOR PROFESSIONAL SERVICES**

Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH DECEMBER 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/01/08 | MLL | Receipt and review of plaintiff's document responses (.2) and draft memo of itemization of documents (.9). | 1.10 Hrs | 275.00 |
| 12/02/08 | RAM | Read plaintiff's responses to Gleeson's requests for production of documents. Read emails re: renoticed deposition of Buchman. | 0.20 Hrs | 64.00 |
| 12/02/08 | MLL | Receipt and review of notice of depo; and correspondence from lawyer re: discovery disputes. | 0.20 Hrs | 50.00 |
| 12/03/08 | RAM | Review photos of alleged water intrusion. | 0.10 Hrs | 32.00 |
| 12/03/08 | MLL | Receipt/review of photographs re: damage. | 0.10 Hrs | 25.00 |
| 12/04/08 | RAM | Read Gleeson Powers' responses to plaintiff's discovery requests. | 0.20 Hrs | 64.00 |
| 12/04/08 | MLL | Receipt and review of Gleeson's motion to vacate (.2) and answers to interrogatories and document responses (1.3). Receipt and review of e-mails between counsel re: discovery matters and disputes (.3). | 1.80 Hrs | 450.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

THROUGH DECEMBER 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/08/08 | RAM | No charge - Read emails re: discovery disputes between plaintiff and co-defendant. | 0.10 Hrs | No Charge |
| 12/11/08 | MLL | Receipt of re-notice of deposition. | 0.10 Hrs | 25.00 |
| 12/12/08 | RAM | Read re-notice of Buchman's deposition. | 0.10 Hrs | 32.00 |
| 12/22/08 | RAM | Read plaintiff's answers to Gleeson's interrogatories. | 0.20 Hrs | 64.00 |
| 12/22/08 | MLL | Receipt and review of plaintiff's answers to interrogatories and attachments. | 0.50 Hrs | 125.00 |
| 12/23/08 | RAM | Emails to/from J. Hughes re: status of answering supplemental interrogatories. | 0.10 Hrs | No Charge |
| 12/29/08 | RAM | Read Notice of 30(b)(6) deposition of Gleeson Powers. | 0.10 Hrs | 32.00 |
| 12/30/08 | RAM | Telephone conference with J. Hughes re: supplemental discovery response. | 0.10 Hrs | 32.00 |

|   |   |   | TOTAL LEGAL SERVICES | $1,270.00 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.00 | 320.00 | 320.00 |
| Matthew L. Lunenfeld | 3.80 | 250.00 | 950.00 |
| Robert A. Murphy | 0.20 | 320.00 | No Charge |
|  | 5.00 |  | $1,270.00 |

|   |   | TOTAL THIS BILL | $1,270.00 |
|---|---|---|---|

Page 2



**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 3, 2009
Bill Number 105598
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH DECEMBER 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/09/08 | RAM | Work on November fee application. | 0.50 Hrs | 160.00 |
| 12/11/08 | RAM | Emails to/from in-house counsel that October fee application may be filed. | 0.10 Hrs | No Charge |
| 12/12/08 | RAM | Finalize October fee application (.2) and send it to Delaware counsel to file (.1). | 0.30 Hrs | 96.00 |
| 12/22/08 | RAM | Work on November fee application. | 0.50 Hrs | 160.00 |
| 12/23/08 | RAM | Send "as filed" October fee application to Fee Auditor. | 0.10 Hrs | 32.00 |
| 12/28/08 | RAM | Work on November fee application. | 0.60 Hrs | 192.00 |
| 12/29/08 | RAM | Work on November fee application (.1); send it to in-house counsel to review (.1). | 0.20 Hrs | 64.00 |

TOTAL LEGAL SERVICES    $704.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 2.20 | 320.00 | 704.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |
| | 2.30 | | $704.00 |

TOTAL THIS BILL             $704.00

# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| **LITIGATION AND LITIGATION CONSULTING**<br>• asbestos matters (52000.43)    $13,260.97<br>• non-asbestos matters (2725.40)    $  0.00<br>**TOTAL LITIGATION AND LITIGATION CONSULTING** | —<br><br><br>$13,260.97 |
|---|---|
| **FEE APPLICATION – APPLICANT** | $0.00 |
| **TOTAL EXPENSES** | $13,260.97 |

Case 01-01139-AMC    Doc 20691-1    Filed 02/06/09    Page 15 of 16



# CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 3, 2009
Bill Number 105599
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting


## LEGAL SERVICES


### COSTS

THROUGH DECEMBER 31, 2008

**EXCESS POSTAGE**
| | | |
|---|---|---|
| 12/31/08 | EXCESS POSTAGE | 5.20 |
| | | $5.20 |

**OUTSIDE PHOTOCOPYING**
| | | |
|---|---|---|
| 12/10/08 | MERRILL COMMUNICATIONS, LLC: Copies of documents re: earliest date project 10/31/08. | 302.56 |
| | | $302.56 |

**PHOTOCOPYING**
| | | |
|---|---|---|
| 12/15/08 | 24 copies at $.10 per copy | 2.40 |
| | | $2.40 |

**RENT REIMBURSEMENT**
| | | |
|---|---|---|
| 12/01/08 | Rent and utilities for document repository at One Winthrop Square-December 2008. | 12,281.52 |
| | | $12,281.52 |

**MISCELLANEOUS**
| | | |
|---|---|---|
| 12/10/08 | RECORDKEEPER ARCHIVE CENTERS,: Storage December 1, 2008 through December 31, 2008. | 477.70 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH DECEMBER 31, 2008

| Date | Description | Amount | |
|---|---|---|---|
| 12/10/08 | WEST PUBLISHING CORPORATION: 2008-2009 Cumulative Supplement to L. Cetrulo's Toxic Torts Litigation Guide for in-house counsel. | 159.61 | |
| 12/31/08 | PETTY CASH - Supplies that were used during production of documents to criminal defense attorney | 31.98 | |
| | | | $669.29 |
| | TOTAL COSTS | | $13,260.97 |
| | TOTAL THIS BILL | | $13,260.97 |