IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2008, THROUGH DECEMBER 31, 2008**

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 12/03/2008 | GHL | Preliminary review of office action in this application, review of previous response to office action of October 23, 2007, and communication with Mr. Cross regarding same; | 0.40 |
|---|---|---|---|
| 12/05/2008 | GHL | Further review of the office action and the allowed claims, and consideration of the scope of those claims and adequacy of coverage of Grace product line; telephone conference with Mr. Cross regarding same; further review of the allowed claims and prosecution history of same, and consideration of assertable claim scope. | 1.10 |

SERVICES                                          $     855.00

|  | GHL | GARY H. LEVIN | 1.50 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                    $     855.00

## WRG-0089
## STUDY OF THIRD-PARTY PATENT RELATED
## TO OLEFIN POLYMERIZATION CATALYST

| 12/01/2008 | GHL | Further drafting of invalidity opinion on third-party catalyst patents; | 4.20 |
|---|---|---|---|
| 12/02/2008 | DHL | Further work on invalidity opinion. | 4.50 |

|  | SERVICES |  | $ | 4,959.00 |
|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 8.70 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                    $    **4,959.00**

## WRG-0090
## CATALYST ON SILICA-CLAD ALUMINA SUPPORT

| 12/01/2008 | GHL | Review of Dr. Schmidt's comments and suggested revisions to draft claims, and preparation of email communication to Dr. Schmidt regarding claim scope. | 0.40 |
| --- | --- | --- | --- |
| 12/01/2008 | JAH | Review and analysis of Dr. Schmidt's comments on the claims and editing same; | 0/70 |
| 12/02/2008 | GHL | Communications with Dr. Schmidt on scope of claims of proposed application. | 0.30 |
| 12/02/2008 | JAH | Drafting the specification and claims. | 2.80 |
| 12/04/2008 | JAH | Drafting/editing specification and claims. | 1.30 |
| 12/08/2008 | JAH | Drafting the specification. | 2.00 |
| 12/09/2008 | JAG | Drafting the specification. | 3.80 |
| 12/10/2008 | JAH | Drafting/editing the application. | 3.20 |
| 12/15/2008 | GHL | Review of the invention disclosure W-9798 and background materials as previously received from Mr. Maggio, and review and revision to draft of the application on this disclosure. | 3.50 |
| 12/16/2008 | GHL | Further work on revision to draft application, and communication to Mr. Harrelson regarding further revisions to be made to the application. | 0.40 |
| 12/19/2008 | JAH | Review and analysis of Steve Schmidt's comments, international conference with Gary Levin concerning same, communication with Dr. Schmidt concerning same. | 1.00 |
| 12/22/2008 | JAH | Review and analysis of Dr. Schmidt's comments on the application draft. | 0.60 |

SERVICES                $   7,627.00

|  | GHL | GARY H. LEVIN | 4.60 | hours @ | $570.00 |
| --- | --- | --- | --- | --- | --- |
|  | JAH | JOHN A. HARRELSON | 15.40 | hours @ | $325.00 |

**DISBURSEMENTS:**
PATENT COPIES                                                        $      9.00

DISBURSEMENT TOTAL                                          $      9.00
SERVICE TOTAL                                                       $  7,627.00

                 **INVOICE TOTAL**                          $  7,636.00

## WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS
## RELATING TO PARTICULATE CONVEYANCING

| 12/01/2008 | GHL | Further review of issued third-party patents and published applications relating to particulate conveyance systems, and comparison against Grace applications on systems. | 0.80 |
|---|---|---|---|
| 12/03/2008 | GHL | Further review of third-party patent properties on particulate conveyance systems and consideration of issues of support for pending claims and scope of the claims; | 1.50 |
| 12/04/2008 | GHL | Continued study of specifications of third-party patent properties, consideration of issue of support for the pending claims and enforceable scope of claims; consideration of possible applicability of the claims to Grace systems; | 3.30 |
| 12/05/2008 | GHL | Continued review of issues of infringement and validity of third-party patents, including review and annotation of disclosure in specifications of all applications in lineage of each for support for currently presented claims; telephone conference with Messrs. Maggio and Cross regarding the issues and possible strategies for pursuing the analysis; outline of issues of invalidity and infringement in preparation for further scheduled call with Grace representatives; | 4.50 |
| 12/08/2008 | GHL | Consolidation of notes in preparation for scheduled telephone conference, and participation by telephone in meeting with Grace representatives regarding issues relating to interplay of patents and applications of Grace and third party relating to particulate conveyancing, strategies for addressing same; | 2.30 |
| 12/08/2008 | GHL | Further analysis of these issues, including review of prosecution histories of third-party patents and applications, annotation of prosecution histories and consider issues of support for current claims, consider claim scope in view of the prosecution history and prior art; analyze validity of issued and pending claims; analyze assertable scope of issued and pending claims for infringement analysis; | 3.50 |
| 12/09/2008 | GHL | Continued analysis of third-party patents; further telephone conference with Mr. Cross regarding points to be addressed in the analyses of the patent properties and their potential relevance to Grace systems; | 2.00 |
| 12/10/2008 | GHL | Further analysis of third-party patents and applications; review of recent case authorities on legal principles applicable to the analysis; | 1.30 |

| 12/11/2008 | GHL | Consideration of issue of possible unenforceability of third-party patent, and initiation of legal research on particular underlying issue; | 0.80 |
| 12/12/2008 | GHL | Further evaluation of enforceability issues, and telephone conference with Mr. Cross regarding same; | 0.70 |
| 12/16/2008 | GHL | Further telephone conference with Mr. Cross regarding invalidity third-party patents; further analysis of the patents and applications, development of claim construction and consideration of enforceable scope and infringement issues; | 1.60 |
| 12/17/2008 | GHL | Preparation of outline of issues for scheduled discussion with Messrs. Maggio and Cross and Grace representatives; | 2.40 |
| 12/18/2008 | GHL | Further preparation of outline of points on validity and infringement issues, and participation in telephone conference with Messrs. Maggio and Cross and Grace representatives regarding same; | 3.50 |
| 12/22/2008 | GHL | Consolidation of notes from previous telephone conference, and further analysis of enforceable claim scope of patent properties; | 0.60 |
| 12/23/2008 | GHL | Telephone conference with Mr. Cross regarding proposed search for prior art versus the patent properties; further analysis of claim enforceability in view of comments from Grace representatives at previous telephone conference; | 0.80 |
| 12/29/208 | GHL | Review of results of further research on issue of inequitable conduct third-party patents, and email communication to Mr. Cross regarding same. | 0.40 |

SERVICES                       $   17,100.00

| | GHL | GARY H. LEVIN | 30.00 | hours @ | $570.00 |

**INVOICE TOTAL**                       $   **17,100.00**