## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/2/09 |
| | § | Hearing Date: 4/1/2009 |

### FIRST QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE QUARTERLY PERIOD FROM OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009[1]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr. LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of $104,133.00 for the reasonable and necessary legal services he has rendered to

---

[1] For administrative ease, this First Quarterly Application will also seek compensation for the last two days of September, 2008, which is the beginning of the period of retention.

the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary

expenses that he has incurred in the amount of $10,007.86, for a total of $114,140.86 or one

hundred percent (100%) of all compensation and expense reimbursement requested, for the

period September 29, 2008 through December 31, 2008 (the "First Quarterly Fee Application"),

and in support of this First Quarterly Fee Application, would respectfully show as follows:

SUMMARY

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 29, 2008 through December 31, 2008 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $104,133.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $10,007.86 |

This is a(n):   ☐Monthly   ☒Quarterly   ☐Interim  ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[2] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |

---

[2] At 80% of the total incurred.

| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | CNO Filed | CNO Filed |
| 2/6/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Objections due 2/26/09 | Objections due 2/26/09 |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this First Quarterly

Application period Mr. Rich billed 181.1 hours,[3] for a total amount billed of $104,133.00, of

which 80% ($83,306.00) has already been paid or has payment pending, leaving the amount not

yet approved or paid of $20,826.50.

The time for preparation of this First Quarterly Application is approximately 2.5 hours,

for which $1,437.50 will be requested in a future application.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 131.8 | $75,785.50 |
| Travel | 92.6   (at 100%) | $26,622.50   (at 50%) |
| Fee Applications | 3.0 | $1,725.00 |
| TOTAL | 227.4  (with travel at 100%) | $104,133.00 |

---

[3] Non-Productive travel time is included in this figure, but at 50% of the actual time.

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Pro Hac Vice Fee | $9,982.86<br>$25.00 |
| TOTAL | $10,007.86 |

## APPLICATION

1.       On April 2, 2001 , (the "Petition Date") each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy Code.

2.       On May 3, 2001 , the Court entered an Interim Compensation Order, as amended by the Amended Interim Compensation Order, establishing procedures for monthly compensation and reimbursement of expenses of professionals (each such application, a "Monthly Fee Application"), and whereby any notice party listed in the Amended Interim Compensation Order may object to such Monthly Fee Application.  If no notice party objects to professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's First Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the fee period of September 29, 2008 through December 31, 2008 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for

interim compensation during the Fee Period:

(a)      Application of Alan B. Rich, Esq. For Compensation for Services and
Reimbursement of Expenses as Counsel to the Legal Representative for Future
Asbestos-related Property Damage Claimants And Holders of Demands for the
First Monthly Interim Period from September 29, 2008 Through September 30,
2008, seeking $5,796.00 in fees (80% of $7,245.00) and $693.50 in expenses;

(b)      Application of Alan B. Rich, Esq. For Compensation for Services and
Reimbursement of Expenses as Counsel to the Legal Representative for Future
Asbestos-related Property Damage Claimants And Holders of Demands for the
Second Monthly Interim Period from October 1, 2008 Through October 31, 2008,
seeking $24,380.00 in fees (80% of $30,475.00) and $3,821.18 in expenses;

(c)      Application of Alan B. Rich, Esq. For Compensation for Services and
Reimbursement of Expenses as Counsel to the Legal Representative for Future
Asbestos-related Property Damage Claimants And Holders of Demands for the
Third Monthly Interim Period from November 1, 2008 Through November 30,
2008, seeking $35,326.00 in fees (80% of $44,045.00) and $4,010.79 in expenses;

(d)      Application of Alan B. Rich, Esq. For Compensation for Services and
Reimbursement of Expenses as Counsel to the Legal Representative for Future
Asbestos-related Property Damage Claimants And Holders of Demands for the
Fourth Monthly Interim Period from December 1, 2008 Through December 31,
2008, seeking $18,510.00 in fees (80% of $22,367.50) and $1,482.39 in expenses.

7.      The monthly fee applications covered by this First Quarterly Fee

Application contain detailed daily time logs describing the actual and necessary services

provided by Rich during the Fee Period, as well as other detailed information required to be

included in fee applications.  The First, Second, Third and Fourth monthly applications

(collectively, the "Applications") are attached hereto as Exhibits "A," "B," "C" and "D"

respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to

the First, Second, Third and Fourth Monthly have each passed without any objections being filed,

whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested, with the exception of the Fourth Monthly, for which payment has not yet been received from the Debtor.

9.      Rich has not previously filed a Quarterly Fee Application.

10.      By this First Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from September 29, 2008 through December 31, 2008, less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.      Rich reserves his right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee application.

12.      At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13.      All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this First Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from September 29, 2008 through December 31, 2008, an administrative allowance be made to Rich in the sum of $104,133.00 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $10,007.86 for reimbursement of actual and necessary costs and expenses incurred, for a total of $114,140.86; (b) that the Debtors be authorized and directed to pay to Rich the outstanding

amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee

Applications and the procedures set forth in the Amended Interim Compensation Order and (c)

this Court grant such other and further relief to which Rich is justly entitled.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## DECLARATION

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar
with the legal services which I rendered to the PD FCR.  I have reviewed the foregoing
Application and the facts set forth therein are true and correct to the best of my knowledge,
information and belief.  I believe that this Application substantially complies with Local
Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2009.

_____

## CERTIFICATE OF SERVICE

I certify that on the 7th day of February, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/3/08 |
| | § | Hearing Date: TBD if Needed |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIRST MONTHLY INTERIM PERIOD FROM SEPTEMBER 29, 2008 THROUGH SEPTEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 29, 2008 through September 30, 2008 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $7,245.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $693.50 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

-1-

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 12.6 hours, for a total amount billed of $7,245.00, of which 80% is currently sought, in the amount of $5,796.00

As stated above, this is the First application for monthly fees and expenses.  The time for preparation of this Application is approximately 1 hour, for which $575 will be requested in a future application.

-2-

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 10 | $5,750 |
| Travel | 5.2 | $1,495 |
| Fee Applications | | |
| TOTAL | 15.2 | $7,245 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $693.50 |
| TOTAL | $7,938.50 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 15th day of November, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2008)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 9/29/2008 | Review documents supplied by ZAI counsel regarding ZAI issues | 4.5 |
| 9/29/2008 | Conference with counsel for ZAI claimants | 3.0 |
| 9/29/2008 | Travel to and from Charleston, SC (non-productive) [5.2 @ 50%] | 2.6 |
| 9/30/2008 | Review pleadings and orders received today regarding disclosure statement hearing and PD FCR appointment motion | 1.0 |
| 9/30/2008 | Drafting of Retention Application, Declaration and Order | 1.1 |
| 9/30/2008 | Correspondence to Client | 0.4 |

Total: 12.6 hours @ $575.00/hour = $7,245.00

Expenses:    Travel Expenses (Detail on Exhibit 1) – $693.50

**Total Fees and Expeses Due:  $7,938.50**

EXPENSES FOR SEPTEMBER, 2008                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 9/29/2008 | RT Coach Airfare for Meeting in Charleston | 618.5 |
| 9/29/2008 | Parking | 17 |
| 9/29/2008 | Airport Transportation | 58 |
| | TOTAL | 693.5 |

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/3/08 |
| | § | Hearing Date: TBD if Needed |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SECOND MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

Name of Applicant: Alan B. Rich, Esq.

Authorized to Provide Services To: Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention: September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought: October 1, 2008 through October 31, 2008

Amount of Fees Sought as Actual
Reasonable and Necessary: $30,475.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary: $3,821.18

This is a(n): ☒Monthly ☐Interim ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $7,245.00 | $693.50 | Objections not Yet Due | Objections not Yet Due |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 53 hours, for a total amount billed of $30,475.00, of which 80% is currently sought, in the amount of $24,380.00.

-2-

As stated above, this is the Second application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 38.6 | $22,195 |
| Travel | 28.8 | $8,280 |
| Fee Applications | | |
| TOTAL | 67.4 | $30,475 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Pro Hac Vice Fee<br>Travel | $25.00<br>$3796.18 |
| TOTAL | $3821.18 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS


## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 15th day of November, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (October, 2008)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 10/1/2008 | Revision and finalization of Retention Application, Declaration and Order | 1.5 |
| 10/2/2008 | Conference with counsel for the Debtors | 1.0 |
| 10/2/2008 | Attention to pleadings filed and received via ECF | 0.1 |
| 10/3/2008 | Review documents received from counsel for the Debtors regarding ZAI isssues including Review and analysis of Plan and Disclosure Statement | 5.0 |
| 10/4/2008 | Email from Debtors' counsel regarding additional documents for review; attention to pleadings filed and received via ECF | 0.1 |
| 10/4/2008 | Revisions to retention declaration | 0.4 |

| | | |
|---|---|---|
| 10/7/2008 | Attention to pleadings filed and received via ECF;<br>Review Libby Claimants' motion to reconsider,<br>notice of motion, and Motion to shorten notice | 0.2 |
| 10/9/2008 | Emails to and from client regarding status | 0.2 |
| 10/10/2008 | Review Orders denying Libby motions re disclosure statement hearing | 0.1 |
| 10/11/2008 | Review Memorandum opinion regardling California PD claims | 0.4 |
| 10/13/2008 | Conference with Judge Sanders and correspondence from same | 0.2 |
| 10/13/2008 | Revise Application for Employment, Declaration and Order | 0.8 |
| 10/13/2008 | Draft Pro Hac Vice application | 0.2 |
| 10/13/2008 | Draft Motion to Shorten Notice and Order | 1.0 |
| 10/14/2008 | Review Agenda for September 20 Hearing | 0.2 |
| 10/14/2008 | Review PD Settlements CNOs | 0.1 |
| 10/14/2008 | Attend to filing of Retention Application; Motion to Shorten Time<br>and Pro Hac Vice Motion and conference with Debtors' counsel re same | 0.6 |
| 10/14/2008 | Correspondence with Client | 0.2 |
| 10/15/2008 | Review property damage settlements and memorandum opinion re<br>property damage claims; Review notices from Court re Omnibus<br>hearing time changes and amended Agenda | 0.7 |
| 10/15/2008 | Review Amended Certification of Counsel re Judge Sanders' application | 0.1 |
| 10/16/2008 | Conferences with ZAI counsel and with client in Charleston, SC | 2.5 |
| 10/16/2008 | Review and analyze Exhibits to Disclosure Statement | 2.5 |
| 10/16/2008 | Review additional documents received from counsel for ZAI claimants | 0.2 |
| 10/16/2008 | Travel to and from Charleston, SC (non-productive) [7.8 @ 50%] | 3.9 |
| 10/16/2008 | Review email correspondence from Debtors'<br>counsel re 10-20 hearing agenda | 0.1 |
| 10/17/2008 | Review disclosure statement objections | 0.3 |

| | | |
|---|---|---|
| 10/17/2008 | Review Amended Agenda for 10-20 hearing | 0.1 |
| 10/19/2008 | Continued review of objections to disclosure statement | 0.5 |
| 10/19/2008 | Travel to Wilmington, DE (non-productive)  [5.0 @ 50%] | 2.5 |
| 10/20/2008 | Proof and attend to filing of pro hac vice motion | 0.2 |
| 10/20/2008 | Attend Omnibus Hearing in Wilmington, DE | 1.2 |
| 10/20/2008 | Email to and from counsel for the US Trustee regarding retention application | 0.3 |
| 10/20/2008 | Travel from Wilmington, DE (non-productive) [5.0 @ 50%] | 2.5 |
| 10/21/2008 | Review Orders setting hearings on ABR retention application; Review Order appointing Judge Sanders; Review Canadian ZAI order; Review 10-27 Hearing Agenda | 0.5 |
| 10/22/2008 | Review Amended Agenda for 10-27 hearing | 0.1 |
| 10/22/2008 | Continued Review of the Objections to the Disclosure Statement | 2.6 |
| 10/22/2008 | Email correspondence with the office of the UST re engagement | 0.1 |
| 10/23/2008 | Continued Review of the Objections to the Disclosure Statement and reply to objections | 1.9 |
| 10/23/2008 | Email correspondence with the office of the UST re engagement | 0.1 |
| 10/25/2008 | Review Exhibits 5 and 6 to disclosure statement | 0.6 |
| 10/26/2008 | Travel to Pittsburgh PA (non-productive) [5.0 @ 50%] | 2.5 |
| 10/27/2008 | Attend hearing regardling disclosure statement objections and property damage POC issues | 8.0 |
| 10/27/2008 | Travel from Pittsburgh PA (non-productive) [6.0 @ 50%] | 3.0 |
| 10/28/2008 | Telephone conference with counsel for the PD Committee | 0.3 |
| 10/29/2008 | Telephone conferences with client | 0.3 |

| | | |
|---|---|---|
| 10/29/2008 | Telephone conferences with PD Committee Counsel and with ZAI class counsel | 0.2 |
| 10/30/2008 | Telephone conference regarding ZAI claims and preparation for call including review of memo from ZAI class counsel | 1.3 |
| 10/30/2008 | Email from Debtors' counsel regarding voting issues | 0.1 |
| 10/31/2008 | Telephone conference with counsel for the PD Committee | 0.3 |
| 10/31/2008 | Preparation of Meeting Memo for client | 0.5 |
| 10/31/2008 | Emails to and from client and from ZAI counsel regarding status | 0.4 |
| 10/31/2008 | Prepare Certificate of No Objection regarding retention application, including review of docket | 0.3 |

Total: 53 hours @ $575.00/hour = $30,475.00

Expenses:   Pro Hac Vice application fee                    $25.00
            Travel Expenses (Detail on Exhibit 1)          $3,796.18

            Total Expenses           $3,821.18

**Total Fees and Expeses Due:  $34,296.18**

EXPENSES FOR OCTOBER, 2008                                              EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 10/16/2008 | RT Coach Airfare for Meeting in Charlestton | 1016.5 |
| 10/16/2008 | Airport Transportation (Dallas and Charleston) | 206.84 |
| | | |
| 10/19/2008 | RT Coach Airfare for Hearing in Wilmington | 903 |
| 10/19/2008 | Airport Transportation (Dallas) | 148 |
| 10/20/2008 | Hotel in Wilmington | 163.9 |
| 10/20/2008 | Parking | 16 |
| 10/20/2008 | Rental Car | 72.29 |
| 10/20/2008 | Gas | 11.08 |
| 10/20/2008 | Food | 12.98 |
| | | |
| 10/26/2008 | RT Coach Airfare for Hearing in Pittsburgh | 724.5 |
| 10/26/2008 | Food (Dinner) | 52.99 |
| 10/27/2008 | Hotel | 318.06 |
| 10/27/2008 | Airport Parking | 42 |
| 10/27/2008 | Food (Lunch) | 19.04 |
| 10/27/2008 | Airport Transportation (Pittsburgh) | 89 |
| | | |
| | TOTAL | 3796.18 |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 12/30/08** |
| | § | **Hearing Date: 1/14/2009 (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRD MONTHLY INTERIM
PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 31, 2008**

Name of Applicant:                                       Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                                     Legal Representative for Future Asbestos-
                                                                     Related Property Damage Claimants
                                                                     and Holders of Demands

Date of Retention:                                       September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                 November 1, 2008 through November 30, 2008

Amount of Fees Sought as Actual
Reasonable and Necessary:                       $35,326.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:          $4,010.79

This is a(n):      ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | CNO Filed | CNO Filed |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | No Objections Received | No Objections Received |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

    Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 76.6 hours[2], for a total amount billed of $44,045.00, of which 80% is currently sought, in the amount of $35,326.00.

---

[1] At 80% of the total incurred.

[2] Non-Productive travel time is including in this figure, but at 50% of the actual time.

-2-

As stated above, this is the Third application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 56 | $32,200.00 |
| Travel | 38.2 | $10,982.50 |
| Fee Applications | 1.5 | $862.50 |
| TOTAL | 95.7 | $44,045.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $4010.79 |
| TOTAL | $4010.79 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

-3-

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 11th day of December, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

# EXHIBIT A

## ALAN B. RICH

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (November, 2008)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 11/2/2008 | Prepare Memo to FCR re ZAI issues | 1.5 |
| 11/2/2008 | Review and analysis of Debtors' disclosure statement exhibits pertaining to PD issues | 0.8 |
| 11/3/2008 | Meeting with the PD FCR, Debtors and with ZAI class counsel regarding ZAI issues | 4.0 |
| 11/3/2008 | Travel to and from Charleston, SC (non-productive) (9.0 hrs @ 50%) | 4.5 |
| 11/4/2008 | Email correspondence to and from client regarding ZAI issues, and to PD Committee counsel re status | 0.3 |
| 11/5/2008 | Email correspondence to and from client regarding ZAI issues | 0.2 |
| 11/5/2008 | Review documents received from counsel for the PD Committee | 1.5 |

| | | |
|---|---|---|
| 11/5/2008 | Travel to Charleston, SC (non-productive) (3.2 hrs. @ 50%) | 1.6 |
| 11/6/2008 | Conference with client and PD Committee re status and strategy | 6.0 |
| 11/6/2008 | Review ZAI Term Sheet from Debtors and conferences with client and ZAI counsel re same | 0.6 |
| 11/6/2008 | Travel from Charleston to DFW (non-productive) (5.4 hrs @ 50%) | 2.7 |
| 11/7/2008 | Conference with PD committee counsel re PD related plan issues | 0.3 |
| 11/7/2008 | Conference call with Debtor re ZAI issues | 1.3 |
| 11/7/2008 | Conference call with ZAI counsel re ZAI issues | 0.3 |
| 11/7/2008 | Review of emails from PD Committee Counsel to Debtor regarding comments to PD CMO | 0.1 |
| 11/7/2008 | Email correspondence with Debtors' counsel re PD CMO | 0.1 |
| 11/8/2008 | Review Supplemental Limited Objection of the PD Committee | 0.2 |
| 11/8/2008 | Review Amended Disclosure Statement | 1.5 |
| 11/8/2008 | Draft objections to the Disclosure Statement | 0.5 |
| 11/9/2008 | Continued Review of Amended Disclosure Statement, Amended Plan and Ameded Voting Procedures | 2.0 |
| 11/9/2008 | Drafting and revising objections to Disclosure Statement | 1.5 |
| 11/9/2008 | Review Sealed Air comments to confidential PD CMO | 0.2 |
| 11/9/2008 | Emails to and PD Committee Counsel, ZAI counsel and client re potential Disclosure Statement Objections | 0.4 |
| 11/9/2008 | Review material re potential PD Trust provisions | 0.3 |
| 11/10/2008 | Conferences with client and PD Committee re revisions to Disclosure statement objections and strategy | 0.4 |
| 11/10/2008 | Revise and attend to filing of PD FCR's preliminary objections to disclosure statement | 0.3 |

| | | |
|---|---|---|
| 11/10/2008 | Review and analysis of ZAI document and email correspondence to and from client and ZAI counsel re same | 0.4 |
| 11/10/2008 | Conference and emails with ZAI counsel re ZAI testing issues | 0.4 |
| 11/10/2008 | Conference with Debtors and Debtors' and ZAI counsels re ZAI issues | 1.3 |
| 11/10/2008 | Emails to and from Debtors and other counsel re Section 11.17 of the Plan | 0.2 |
| 11/10/2008 | Revise Draft of proposed traditional PD Plan provision | 0.3 |
| 11/11/2008 | Email correspondence to and from counsel for PD committee re PD plan proposal | 0.3 |
| 11/11/2008 | Revise Draft of proposed traditional PD Plan provision | 0.2 |
| 11/11/2008 | Email Correspondence from Debtor re November 13 hearing date and re PD issues | 0.2 |
| 11/11/2008 | Review proposed revisions by ZAI counsel re documents re ZAI issues | 0.4 |
| 11/11/2008 | Teleconference with PD Claimants' counsel re traditional PD plan proposal | 0.3 |
| 11/11/2008 | Review Amended Disclosure Statement Exhibits and procedures motion and exhibits and supplemental objections by various parties in interest | 2.0 |
| 11/11/2008 | Conference call with Debtors' counsel and ZAI counsel re ZAI issues | 0.8 |
| 11/12/2008 | Email from Debtors' counsel re Nov. 13 and 14 hearings and review of agenda re hearings | 0.2 |
| 11/13/2008 | Travel to Pittsburgh (non-productive) (5.0 hrs @ 50%) | 2.5 |
| 11/13/2008 | Conference with R. Frankel re Trust agreement issue | 0.2 |
| 11/13/2008 | Conference with client re status | 0.2 |
| 11/13/2008 | Conferences with ZAI counsel re status; Review of ZAI counsel revisions to documents | 0.6 |
| 11/13/2008 | Conference call with Debtors' counsel and ZAI counsel re ZAI issues | 1.2 |
| 11/13/2008 | Review Omnibus hearing agenda | 0.1 |
| 11/13/2008 | Preparation of first and second monthly fee applications | 2.5 |

| | | |
|---|---|---|
| 11/14/2008 | Attend continuation of Disclosure Statement hearing and discussion with Debtors' counsel re status | 3.0 |
| 11/14/2008 | Review and revise revised ZAI documents received from ZAI counsel | 0.5 |
| 11/14/2008 | Review District Court Anderson Memorial Opinion on Motion for Reconsideration | 0.5 |
| 11/14/2008 | Travel to Dallas (non-productive) (5.6 hrs. @ 50%) | 2.8 |
| 11/17/2008 | Draft and file certification of counsel regarding monthly fee applications | 0.2 |
| 11/17/2008 | Review proposed ZAI Term Sheet, Revisions to proposed Term Sheet and conferences with client and ZAI counsel re same | 1.0 |
| 11/17/2008 | Review 11-24 Agenda | 0.2 |
| 11/18/2008 | Review changes to ZAI term Sheet and email from Debtors' counsel re same | 0.3 |
| 11/18/2008 | Review Order of Retention and correspondence to client re same | 0.2 |
| 11/18/2001 | Review Order approving a PD settlements with Children's Hospital and Univ of California | 0.1 |
| 11/18/2001 | Email correspondence with Debtors' counsel re PD issues | 0.1 |
| 11/18/2008 | Review latest amendments to Plan and Disclosure Statement | 1.2 |
| 11/19/2008 | Email from Debtors' counsel re confirmation CMO | 0.1 |
| 11/19/2008 | Review proposed changes to CMO from insurance group | 0.1 |
| 11/19/2008 | Email to and from PD committee counsel re status of proposal | 0.1 |
| 11/19/2008 | Review latest revisions to proposal re ZAI and make PD FCR's revisions to proposal and email to ZAI counsel re same | 0.5 |
| 11/20/2008 | Conferences with ZAI counsel and Debtors' counsel re revisions to ZAI proposal and further revisions by FCR | 1.3 |
| 11/20/2008 | Conference call with various counsel (20+) regarding proposed confirmation CMO | 1.5 |
| 11/20/2008 | Review PD Committee Revisions to potential proposal re PD claims | 0.3 |

| | | |
|---|---|---|
| 11/20/2008 | Review Debtors' Anderson Memorial Status Report | 0.2 |
| 11/21/2008 | Review final revisions to ZAI Term Sheet;<br>conferences with ZAI counsel re ZAI Term Sheet | 1.0 |
| 11/21/2008 | Review of revision to proposed CMO and Conference call with<br>various counsel (20+) regarding proposed confirmation CMO | 1.2 |
| 11/21/2008 | Email correspondence with PD Committee Counsel re PD issues | 0.2 |
| 11/23/2008 | Email correspondence from PD Committee Counsel re CMO issues | 0.1 |
| 11/23/2008 | Travel to Pittsburgh (non-productive) (5.0 hrs. @ 50%) | 2.5 |
| 11/23/2008 | Review materials for November Omnibus (Agenda; Revised CMOs;<br>revisions and inserts and COC re Disclosure Statement) | 2.5 |
| 11/24/2008 | Attend November Omnibus Hearing | 4.2 |
| 11/24/2008 | Travel to DFW (non-productive) (5.0 hrs. @ 50%) | 2.5 |
| 11/25/2008 | Email correspondence to and from co-consel and to and from opposing<br>counsel re property damage meeting, ZAI issues and PIQ protective orders | 0.5 |
| 11/25/2008 | Email from R. Finke re ZAI Term Sheet | 0.1 |
| 11/26/2008 | Emails to and from co-counsel and debtors' counsel re PD meeting | 0.1 |
| 11/30/2008 | Email from co-counsel regarding PD meeting | 0.1 |

Total: 76.6 hours @ $575.00/hour = $44,045.00

Expenses:   Travel Expenses (Detail on Exhibit 1)  $4010.79

**Total Fees and Expenses Due**:        **$48,055.79**

EXPENSES FOR NOVEMBER, 2008                                              EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 11/3/2008 | RT Coach Airfare (DFW-Charleston, SC) (ZAI Mtg) | 446.5 |
| 11/3/2008 | Airport Transportation (Charleston) | 58 |
| 11/3/2008 | Airport Parking (DFW) | 17 |
| | | |
| 11/5/2008 | RT Coach Airfare (DFW-Charleston, SC) (ZAI Mtg) | 446.5 |
| 11/5/2008 | Charleston Resort & Marina Hotel | 249.19 |
| 11/5/2008 | Airport Transportation (Charleston) | 54 |
| 11/5/2008 | Dinner | 37 |
| 11/6/2008 | Airport Parking (DFW) | 19 |
| | | |
| 11/13/2008 | RT Coach Airfare (DFW-PIT) (Disclosure Statement) | 805 |
| 11/13/2008 | Renaissance Hotel | 340.86 |
| 11/13/2008 | Dinner | 43.67 |
| 11/13/2008 | Water | 2.99 |
| 11/13/2008 | Copies | 3.24 |
| 11/14/2008 | Taxis (Pittsburgh) | 61 |
| 11/14/2008 | Lunch | 11.91 |
| 11/14/2008 | Airport Parking (DFW) | 38 |
| | | |
| 11/23/2008 | RT Coach Airfare (Pittsburgh Omnibus) | 726 |
| 11/23/2008 | Renaissance Hotel | 340.86 |
| 11/23/2008 | Dinner | 49.73 |
| 11/24/2008 | Taxi Transportation in Pittsburgh | 95 |
| 11/24/2008 | Lunch | 8.83 |
| 11/24/2008 | Dinner | 8.51 |
| 11/23/2008 | DFW Airport Transportation | 148 |
| | | |
| | TOTAL EXPENSES | 4010.79 |

# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 1/23/08 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FOURTH MONTHLY INTERIM
PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

Name of Applicant:  Alan B. Rich, Esq.

Authorized to Provide Services To:  Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention:  September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:  December 1, 2008 through December 31, 2008

Amount of Fees Sought as Actual
Reasonable and Necessary:  $18,510.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:  $1,482.39

This is a(n):  ☒Monthly  ☐Interim  ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | CNO Filed | CNO Filed |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | CNO Filed | CNO Filed |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 38.9 hours[2], for a total amount billed of $22,367.50, of which 80% is

---

[1] At 80% of the total incurred.

[2] Non-Productive travel time is including in this figure, but at 50% of the actual time.

currently sought, in the amount of $18,510.00.

As stated above, this is the Fourth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 27.2 | $15,640.00 |
| Travel | 20.4 | $5,865.00 |
| Fee Applications | 1.5 | $862.50 |
| TOTAL | 49.1 | $22,367.50 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,482.39 |
| TOTAL | $1,482.39 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

-3-

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of January, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

-4-

# EXHIBIT A

## ALAN B. RICH

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2008)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 12/1/2008 | Review Order setting 2009 Omnibus hearing dates | 0.2 |
| 12/1/2008 | Correspondence to local counsel regarding engagement letter | 0.2 |
| 12/1/2008 | Review email correspondence among counsel re confirmation CMO | 0.2 |
| 12/2/2008 | Telephone conference with Ted Freedman re status | 0.3 |
| 12/2/2008 | Emails from Richard Finke (Grace) and ZAI counsel re documentation | 0.1 |
| 12/2/2008 | Emails to and from various counsel regarding CMO | 0.2 |
| 12/3/2008 | Meeting with Debtors and Debtors' counsel and PD Committee regarding PD issues and preparation of internal memorandum re meeting issues | 3.5 |

| | | |
|---|---|---|
| 12/3/2008 | Emails to and from local counsel and review of retention agreement and declaration | 0.3 |
| 12/3/2008 | Travel to and from Atlanta for meeting with Debtors and PD committee regarding PD CMO issues (8.6 hrs. non-productive) | 4.3 |
| 12/4/2008 | Review emails to and from various counsel re CMO; conference with client re local counsel retention | 0.2 |
| 12/5/2008 | Review objections to CMO filed by insurers | 0.3 |
| 12/5/2008 | Review ZAI draft class action settlement papers | 0.5 |
| 12/5/2008 | Review Interim CMO entered by Court | 0.1 |
| 12/5/2008 | Draft and file CNO for 1st Monthly Fee Application | 0.1 |
| 12/5/2008 | Draft Application to retain local counsel | 0.5 |
| 12/5/2008 | Review Insurers Motion re confidentiality of documents | 0.2 |
| 12/7/2008 | Email from Debtors' counsel re ZAI Class Settlement | 0.1 |
| 12/8/2008 | Emails to and from Debtors' counsel re meeting re ZAI documentation | 0.1 |
| 12/8/2008 | Conference with ZAI counsel re status | 0.1 |
| 12/9/2008 | Conference with client regarding status of PD issues | 0.2 |
| 12/9/2008 | Review Agenda for 12-15 Omnibus | 0.1 |
| 12/9/2008 | Review Insurers Proposed confidentiality stipulation and Motion thereon and Grace's response thereto | 0.5 |
| 12/9/2008 | Review executed retention agreement of Local Counsel and revision of and filing of application to retain local counsel | 0.3 |
| 12/9/2008 | Conference with Debtors' counsel and ZAI counsel re procedures | 0.8 |
| 12/9/2008 | Prepare Memorandum to client regarding PD proposal | 1.5 |
| 12/9/2008 | Telephone conference with Ted Freedman re status of ZAI related documents | 0.1 |
| 12/9/2008 | Prepare third monthly fee applicaton | 1.5 |

| | | |
|---|---|---|
| 12/10/2008 | Review objections to Insurers motion re confidential doucments | 0.2 |
| 12/10/2008 | Telephone conference with Dan Speights regarding status of PD issues | 0.4 |
| 12/11/2008 | Review Libby revisions to confidentiality order and email from Debtors' counsel re same | 0.2 |
| 12/11/2008 | Telephone conference with Ted Freedman re status | 0.1 |
| 12/12/2008 | Review ZAI new draft class action settlement papers | 1.0 |
| 12/13/2008 | Revise Memorandum to Judge Sanders re PD issues | 0.5 |
| 12/14/2008 | Review Grace's changes to draft class action settlement papers | 0.5 |
| 12/14/2008 | Travel to Pittsburgh for Omnibus hearing (5.0 hrs, non-productive) | 2.5 |
| 12/15/2008 | Review revisions to disclosure statement and plan | 1.0 |
| 12/15/2008 | Attend Omnibus hearing in Pittsburgh | 4.0 |
| 12/15/2008 | Travel to Dallas from Pittsburgh Omnibus hearing (6.8 hrs, non-productive) | 3.4 |
| 12/16/2008 | Review Signatures circulated re ZAI class settlement | 0.1 |
| 12/16/2008 | Email to local counsel re status | 0.1 |
| 12/16/2008 | Review comparison drafts of Libby and Insurer protective orders | 0.2 |
| 12/17/2008 | Correspondence from Ted Freedman re status and Telephone conference with S. Baena re same | 0.2 |
| 12/17/2008 | Review Protective Order re insurers and draft protective order re Libby claimants | 0.3 |
| 12/17/2008 | Review revisions to disclosure statement and plan re indirect PI claims | 0.2 |
| 12/18/2008 | Emails to and from Ted Freedman re PD issues | 0.1 |
| 12/18/2008 | Emails to and from S. Baena re PD issues | 0.1 |
| 12/18/2008 | Conference with client regarding status of PD issues | 0.2 |
| 12/22/2008 | Email from S. Baena re status | 0.1 |

| | | |
|---|---|---|
| 12/22/2008 | Review preliminary plan objections of Montana, BNSF, Scotts Co., ERISA plaintiffs, Lloyds, Libby, UST, Longacre, OI, Bank Lenders, Kaneb | 1.0 |
| 12/23/2008 | Review Certification of Counsel re revisions to plan including PD CMO | 2.0 |
| 12/23/2008 | Review Revised confirmation CMO | 0.2 |
| 12/24/2008 | Review Disclosure Statement and Phase I discovery of the Plan Proponents to Libby claimants, Scotts, Montana, FFIC, Arrowood, CNA, Seaton, Federal, BNSF, Zurich, MCC, Century | 1.5 |
| 12/27/2008 | Correspondence to client re status | 0.1 |
| 12/27/2008 | Review Libby discovery and amended discovery to Plan Proponents | 0.4 |
| 12/28/2008 | Prepare and file CNO for Doc. 20046 | 0.2 |
| 12/29/2008 | Review Motion to Compel re Libby | 0.1 |
| 12/30/2008 | Emails to and from Debtors' counsel re status of PD issues | 0.1 |
| 12/30/2008 | Review Plan Proponents designation of confirmation issues | 0.1 |
| 12/30/2008 | Review objection to ZAI preliminary class certification | 0.1 |
| 12/30/2008 | Review COC regarding S&R PD claims | 0.1 |
| 12/31/2008 | Review Travelers Objections to Plan | 0.1 |
| 12/31/2008 | Review Expert reports of Longo and Welch | 1.0 |

Total: 38.9 hours @ $575.00/hour = $22,367.50

Expenses:  Travel Expenses (Detail on Exhibit 1)  $1,482.39

**Total Fees and Expenses Due:**        **$23,849.89**

EXPENSES FOR NOVEMBER, 2008                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|----------------------|--------|
| 12/3/2008 | Lunch | 16.56 |
| 12/3/2008 | Airport Parking | 21 |
| 12/3/2008 | RT Coach Airfare (Atlanta) | 309 |
| 12/14/2008 | RT Coach Airfare (Pittsburgh) | 770.5 |
| 12/14/2008 | Dinner | 14.53 |
| 12/14/2008 | Taxi | 44 |
| 12/15/2008 | Lunch | 23.14 |
| 12/15/2008 | Parking DFW | 34 |
| 12/15/2008 | Omni Hotel (Pittsburgh) for Omnibus hearing | 249.66 |
|  | TOTAL EXPENSES | 1482.39 |