**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
December 2008

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended December 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 30+ | Integrated Audit | $698.50 | 8.7 | $ 6,076.95 |
| Chad Soares | Audit Partner | 15 | Integrated Audit | $935.99 | 4.0 | $ 3,743.96 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 2.0 | $ 1,176.00 |
| John Bishop | Audit Partner | 21 | Integrated Audit | $935.99 | 4.8 | $ 4,492.75 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 4.1 | $ 2,655.57 |
| Theodore Baran | Audit Partner | 24 | Integrated Audit | $990.60 | 2.4 | $ 2,377.44 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 5.0 | $ 3,492.50 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 1.0 | $ 698.50 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 2.5 | $ 2,100.45 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 12.0 | $ 8,382.00 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $624.84 | 4.5 | $ 2,811.78 |
| Rafael Garcia | Director | 15 | Integrated Audit | $414.75 | 5.0 | $ 2,073.75 |
| Sheri Wyatt | Director | 10 | Integrated Audit | $624.84 | 12.3 | $ 7,685.53 |
| Rachel Klein | Audit Senior Manager | 10 | Integrated Audit | $644.10 | 0.5 | $ 322.05 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 7.0 | $ 2,871.47 |
| Stephanie Dambaugh | Audit Senior Manager | 10 | Integrated Audit | $644.10 | 3.0 | $ 1,932.30 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 12.0 | $ 3,566.16 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | $444.50 | 3.0 | $ 1,333.50 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 74.6 | $ 30,601.67 |

| Name | Title | Hours | Rate | Total Hours | Amount |
|---|---|---|---|---|---|
| Adriana Yepes | Audit Manager | 11 | $428.64 | 4.0 | $1,714.56 |
| Amelia John | Tax Manager | 5 | $283.50 | 2.0 | $567.00 |
| Craig Chu | Tax Senior Associate | 3 | $349.25 | 7.3 | $2,549.53 |
| Jacqueline Calvo | Tax Senior Associate | 3 | $199.50 | 15.2 | $3,032.40 |
| Andrew Ralston | Audit Senior Associate | 3 | $330.20 | 4.0 | $1,320.80 |
| Erica Margolius | Audit Senior Associate | 4 | $227.33 | 81.3 | $18,481.93 |
| Barry Berkowitz | Audit Senior Associate | 3 | $351.12 | 16.0 | $5,617.92 |
| Benjamin Miller | Audit Senior Associate | 7 | $210.82 | 7.5 | $1,581.15 |
| Jordan Comacchio | Audit Senior Associate | 5 | $292.10 | 3.0 | $876.30 |
| Karen Geung | Audit Senior Associate | 3 | $223.52 | 13.1 | $2,928.11 |
| Stanislaus Gomes | Audit Senior Associate | 4 | $330.20 | 6.0 | $1,981.20 |
| Thomas Duncan | Tax Associate | 1 | $273.05 | 8.1 | $2,211.71 |
| Phillip Crosby | Audit Associate | 3 | $175.26 | 12.9 | $2,260.85 |
| Lynda Keorlet | Audit Senior Associate | 3 | $209.55 | 91.4 | $19,152.87 |
| Shahin Rahmani | Audit Associate | 1 | $156.21 | 113.3 | $17,698.59 |
| Pavel Katsiak | Audit Associate | 2 | $156.21 | 120.2 | $18,776.44 |
| Adam Lueck | Audit Associate | 2 | $156.21 | 82.0 | $12,809.22 |
| Janet Kang | Audit Associate | 4 | $227.33 | 15.5 | $3,523.62 |
| Evan McLaughlin | Auidt Associate | 1 | $156.21 | 13.1 | $2,046.35 |
| Kristen Stamper | Audit Associate | 1 | $170.18 | 0.4 | $68.07 |
| Eugene Hwang | Audit Associate | <1 | $260.35 | 23.5 | $6,118.23 |
| Jonathan Grant | Audit Associate | <1 | $124.26 | 6.6 | $820.12 |
| Kristina Johnson | Audit Associate | <1 | $123.19 | 135.0 | $16,630.65 |
| TOTAL | | | | 949.8 | $231,161.95 |

All entries in column 2 after Title: Integrated Audit

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals     27.3     $3,981.07

## Summary of PwC's Fees By Project Category: December 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 27.3 | $3,981.07 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |

| | | |
|---|---|---|
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 949.8 | $231,161.95 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 977.1 | $235,143.02 |

Expense Summary
December 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,044.34 |
| Lodging | N/A | $449.40 |
| Sundry | N/A | $133.83 |
| Business Meals | N/A | $108.57 |
| TOTAL: | | $2,736.14 |