# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended December 31, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment |
|---|---|---|---|---|---|---|
| **Justin Bray** | | | | | | |
| | Integrated Audit | 12/2/08 | $ 24.58 | | | |
| | Integrated Audit | 12/3/08 | $ 24.58 | | | |
| | Integrated Audit | 12/9/08 | $ 24.58 | | | |
| | Integrated Audit | 12/10/08 | $ 24.58 | | | |
| | Integrated Audit | 12/12/08 | $ 24.58 | | | |
| | Integrated Audit | 12/16/08 | $ 24.58 | | | |
| | Integrated Audit | 12/16/08 | $ 24.58 | | | |
| **Pavel Katsiak** | | | | | | |
| | Integrated Audit | 11/18/08 | $ 30.92 | | | |
| | Integrated Audit | 11/19/08 | $ 30.92 | | | |
| | Integrated Audit | 11/20/08 | $ 30.92 | | | |
| | Integrated Audit | 11/21/08 | $ 30.92 | | | |
| | Integrated Audit | 11/26/08 | $ 31.59 | | | |
| | Integrated Audit | 12/1/08 | $ 30.92 | | | |
| | Integrated Audit | 12/2/08 | $ 30.92 | | | |
| | Integrated Audit | 12/3/08 | $ 30.92 | | | |
| | Integrated Audit | 12/4/08 | $ 30.92 | | | |
| | Integrated Audit | 12/5/08 | $ 30.92 | | | |
| | Integrated Audit | 12/15/08 | $ 30.92 | | | |
| | Integrated Audit | 12/16/08 | $ 30.92 | | | |
| | Integrated Audit | 12/17/08 | $ 30.92 | | | |

| Name | Description | Date | | | |
|---|---|---|---|---|---|
| **Jacqueline Calvo** | Integrated Audit | 12/18/08 | $ 30.92 | | |
| | Integrated Audit | 12/19/08 | $ 30.92 | | |
| **Lynda Keorlet** | Integrated Audit | 11/14/08 | $ 81.90 | | |
| | Integrated Audit | 11/14/08 | $ 9.00 | | |
| | Integrated Audit | 12/4/2008 | $ 6.00 | | |
| **Shahin Rahmani** | Integrated Audit | 12/4/08 | $ 2.93 | | |
| | Integrated Audit | 12/4/08 | $ 279.00 | | |
| | Integrated Audit | 12/4/08 | | | $ 53.03 |
| | Integrated Audit | 12/4/08 | $ 15.80 | | |
| | Integrated Audit | 12/5/08 | | $ 242.20 | |
| | Integrated Audit | 12/5/08 | $ 38.00 | | |
| | Integrated Audit | 12/5/08 | $ 91.75 | | $ 11.41 |
| | Integrated Audit | 12/5/08 | | | $ 5.25 |
| | Integrated Audit | 12/8/08 | $ 5.86 | | |
| | Integrated Audit | 12/9/08 | $ 5.86 | | |
| | Integrated Audit | 12/10/08 | $ 5.86 | | |
| | Integrated Audit | 12/12/08 | $ 5.86 | | |
| | Integrated Audit | 12/15/08 | $ 5.86 | | |
| | Integrated Audit | 12/16/08 | $ 5.86 | | |
| | Integrated Audit | 12/17/08 | $ 5.86 | | |
| | Integrated Audit | 12/18/08 | $ 5.86 | | |
| | Integrated Audit | 12/19/08 | $ 5.86 | | |
| | Integrated Audit | 12/22/08 | $ 5.86 | | |
| | Integrated Audit | 12/23/08 | $ 5.86 | | |

|  | Date | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| Integrated Audit | 12/24/08 | $ 5.86 |  | $ 70.81 |  |
| Integrated Audit | 12/24/08 |  |  |  | 34.60 |
| **Kristina Johnson** |  |  |  |  |  |
| Integrated Audit | 12/1/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/2/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/3/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/4/08 |  | $ 179.55 |  |  |
| Integrated Audit | 12/4/08 |  | $ 21.37 |  |  |
| Integrated Audit | 12/4/08 |  | $ 6.28 |  |  |
| Integrated Audit | 12/5/08 |  |  | $ 38.00 |  |
| Integrated Audit | 12/5/08 |  |  |  | $ 4.28 |
| Integrated Audit | 12/4-5/08 | $ 279.00 |  |  |  |
| Integrated Audit | 12/4-5/08 | $ 47.39 |  |  |  |
| Integrated Audit | 12/8/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/9/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/10/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/15/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/16/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/17/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/18/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/22/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/23/08 | $ 37.44 |  |  |  |
| Integrated Audit | 12/24/08 | $ 37.44 |  |  |  |
| **Melissa Noel** |  |  |  |  |  |
| Integrated Audit | 12/1/08 |  |  | $ 25.02 |  |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
|  | $ 2,736.14 | $ 2,044.34 | $ 449.40 | $ 133.83 | $ 108.57 |

| Description |
| --- |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 27 miles one way, roundtrip (*2) at .585 per mile, from Arlington, VA to Dulles International Airport |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |

Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD

11/14 - 70 miles each way  = 140 miles* .585 per mile= $81.90 (returned back to office so didn't deduct office miles)
$4.50 tolls each way x 2 = 9.00

Car parking charges while dropping off Grace documents to Baltimore, MD PwC office

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Roundtrip Airline ticket (BWI to Chicago) for inventory observation
Group Meal during physical inventory. Nicole Johnson and Shahin Rahmani of PwC in attendance. - Dinner, 2 people
Hotel Fee while in Chicago to perform a physical inventory. 1night @ $199.89/night; State Tax = $24.97; City Tax = $7.35; Internet Service = $9.99
Miles from Home to Tyson's is 20 miles; Home to BWI Airport is 47 miles (27 excess miles * $.585 = $15.80)
Group Meal during physical inventory. Nicole Johnson and Shahin Rahmani of PwC in attendance. - Breakfast, 2 people
Airport Parking fee at BWI to go to physical inventory in Chicago.
Car Rental while in Chicago.
Individual Meal during inventory - Lunch, 1 person
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5,008 excess miles * $.585 = $2,929) Round trip cost = $5,858

Cost of postage to mail out all WR Grace audit confirmations (Accounts receivable, cash, pension & Mellon confirmations).

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
1 night Hotel stay in Chicago, IL; Room Rate
State tax for 1 night stay in hotel in Chicago.
City tax for 1 night stay in hotel in Chicago.
Lunch at the airport for 2 people (Shahin Rahmani/PwC and I).
Parking at Baltimore airport while in Chicago.
Snack at airport for 1 person (myself).
Round trip flight from Baltimore airport to Chicago, IL airport and back (Coach class).
99 miles to client, then airport, then home - 18 miles normal commute to the office =81 miles every day excess * .585=47.39
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44

charge to overnight monthly package and mail check

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended December 31, 2008**

| Personnel | Date | Title | Expense |
|---|---|---|---|
| Justin Bray | 12/2/08 | Audit Senior Manager | $ 24.58 |
| | 12/3/08 | Audit Senior Manager | $ 24.58 |
| | 12/9/08 | Audit Senior Manager | $ 24.58 |
| | 12/10/08 | Audit Senior Manager | $ 24.58 |
| | 12/12/08 | Audit Senior Manager | $ 24.58 |
| | 12/16/08 | Audit Senior Manager | $ 24.58 |
| | 12/16/08 | Audit Senior Manager | $ 24.58 |
| | | | $ 172.06 |
| Pavel Katsiak | 11/18/08 | Audit Associate | $ 30.92 |
| | 11/19/08 | Audit Associate | $ 30.92 |
| | 11/20/08 | Audit Associate | $ 30.92 |
| | 11/21/08 | Audit Associate | $ 30.92 |
| | 11/26/08 | Audit Associate | $ 31.59 |
| | 12/1/08 | Audit Associate | $ 30.92 |
| | 12/2/08 | Audit Associate | $ 30.92 |
| | 12/3/08 | Audit Associate | $ 30.92 |
| | 12/4/08 | Audit Associate | $ 30.92 |
| | 12/5/08 | Audit Associate | $ 30.92 |
| | 12/15/08 | Audit Associate | $ 30.92 |
| | 12/16/08 | Audit Associate | $ 30.92 |

| Name | Date | Role | Amount |
|---|---|---|---|
| | 12/17/08 | Audit Associate | $ 30.92 |
| | 12/18/08 | Audit Associate | $ 30.92 |
| | 12/19/08 | Audit Associate | $ 30.92 |
| | | | $ 464.47 |
| Jacqueline Calvo | 11/14/08 | Senior Associate | $ 81.90 |
| | 11/14/08 | Senior Associate | $ 9.00 |
| | | | $ 90.90 |
| Lynda Keorlet | 12/4/2008 | Senior Associate | $ 6.00 |
| | | | $ 6.00 |
| Shahin Rahmani | 12/4/08 | Audit Associate | $ 2.93 |
| | 12/4/08 | Audit Associate | $ 279.00 |
| | 12/4/08 | Audit Associate | $ 53.03 |
| | 12/4/08 | Audit Associate | $ 242.20 |
| | 12/5/08 | Audit Associate | $ 15.80 |
| | 12/5/08 | Audit Associate | $ 11.41 |
| | 12/5/08 | Audit Associate | $ 38.00 |
| | 12/5/08 | Audit Associate | $ 91.75 |
| | 12/5/08 | Audit Associate | $ 5.25 |
| | 12/8/08 | Audit Associate | $ 5.86 |
| | 12/9/08 | Audit Associate | $ 5.86 |
| | 12/10/08 | Audit Associate | $ 5.86 |
| | 12/12/08 | Audit Associate | $ 5.86 |
| | 12/15/08 | Audit Associate | $ 5.86 |
| | 12/16/08 | Audit Associate | $ 5.86 |
| | 12/17/08 | Audit Associate | $ 5.86 |

**Kristina Johnson**

| Date | Role | | Amount |
|---|---|---|---|
| 12/18/08 | Audit Associate | $ | 5.86 |
| 12/19/08 | Audit Associate | $ | 5.86 |
| 12/22/08 | Audit Associate | $ | 5.86 |
| 12/23/08 | Audit Associate | $ | 5.86 |
| 12/24/08 | Audit Associate | $ | 5.86 |
| 12/24/08 | Audit Associate | $ | 70.81 |
| | | $ | 880.50 |
| 12/1/08 | Audit Associate | $ | 37.44 |
| 12/2/08 | Audit Associate | $ | 37.44 |
| 12/3/08 | Audit Associate | $ | 37.44 |
| 12/4/08 | Audit Associate | $ | 179.55 |
| 12/4/08 | Audit Associate | $ | 21.37 |
| 12/4/08 | Audit Associate | $ | 6.28 |
| 12/4/08 | Audit Associate | $ | 34.60 |
| 12/5/08 | Audit Associate | $ | 38.00 |
| 12/5/08 | Audit Associate | $ | 4.28 |
| 12/4–5/08 | Audit Associate | $ | 279.00 |
| 12/4–5/08 | Audit Associate | $ | 47.39 |
| 12/8/08 | Audit Associate | $ | 37.44 |
| 12/9/08 | Audit Associate | $ | 37.44 |
| 12/10/08 | Audit Associate | $ | 37.44 |
| 12/15/08 | Audit Associate | $ | 37.44 |
| 12/16/08 | Audit Associate | $ | 37.44 |
| 12/17/08 | Audit Associate | $ | 37.44 |
| 12/18/08 | Audit Associate | $ | 37.44 |
| 12/22/08 | Audit Associate | $ | 37.44 |
| 12/23/08 | Audit Associate | $ | 37.44 |
| 12/24/08 | Audit Associate | $ | 37.44 |
| | | $ | 1,097.19 |

**Melissa Noel**

| Date | Role | | Amount |
|---|---|---|---|
| 12/1/08 | Project Team Specialist | $ | 25.02 |



$ 25.02

$ 2,736.14

| **Description** |
| --- |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage to Grace roundtrip (round trip excess mileage of normal commute to Grace (42.017 miles * $0.585) |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 27 miles one way, roundtrip (*2) at .585 per mile, from Arlington, VA to Dulles International Airport |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |
| Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD |

Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.427 miles one way, round trip (*2) at .585 per mile from Arlington, VA to Columbia, MD

11/14 - 70 miles each way  = 140 miles* .585 per mile= $81.90 (returned back to office so didn't deduct office miles)
$4.50 tolls each way x 2 = 9.00

Car parking charges while dropping off Grace documents to Baltimore, MD PwC office

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Roundtrip Airline ticket (BWI to Chicago) for inventory observation
Group Meal during physical inventory. Nicole Johnson and Shahin Rahmani of PwC in attendance.- Dinner, 2 people
Hotel Fee while in Chicago to perform a physical inventory. 1night @ $199.89/night; State Tax = $24.97; City Tax = $7.35;
Internet Service = $9.99
Miles from Home to Tyson's is 20 miles; Home to BWI Airport is 47 miles (27 excess miles * $.585 = $15.80)
Group Meal during physical inventory.  Nicole Johnson and Shahin Rahmani of PwC in attendance. - Breakfast, 2 people
Airport Parking fee at BWI to go to physical inventory in Chicago.
Car Rental while in Chicago.
Individual Meal during inventory - Lunch, 1 person
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 =
$2.929)  Round trip cost = $5.858

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 = $2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 = $2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 = $2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 = $2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 = $2.929)  Round trip cost = $5.858
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5.008 excess miles * $.585 = $2.929)  Round trip cost = $5.858

Cost of postage to mail out all WR Grace audit confirmations (Accounts receivable, cash, pension & Mellon confirmations).

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
1 night Hotel stay in Chicago, IL; Room Rate
State tax for 1 night stay in hotel in Chicago.
City tax for 1 night stay in hotel in Chicago.
Lunch at the airport for 2 people (Shahin Rahmani/PwC and I).
Parking at Baltimore airport while in Chicago.
Snack at airport for 1 person (myself).
Round trip flight from Baltimore airport to Chicago, IL airport and back (Coach class).
99 miles to client, then airport, then home - 18 miles normal commute to the office =81 miles every day excess *  585=47.39
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess *  585=37.44

charge to overnight monthly package and mail check