IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) Related Dkt. Nos. 12022, 12379, 12896, 13019, 13421, |
| | ) 13509, 15690, 18883, 19223, 19526, 19608, and 19808 |

**ELEVENTH SUPPLEMENTAL DECLARATION UNDER
FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF APPLICATION
FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
ORRICK, HERRINGTON & SUTCLIFFE LLP AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN AS ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**

I, Roger Frankel, state:

  1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), and maintain an office for the practice of law at 1152 15th Street, N.W., Washington, D.C. 20005. I am admitted to practice law before the Bars of the District of Columbia and the State of Maryland, and am authorized to execute this Eleventh Supplemental Declaration on behalf of Orrick. Orrick is bankruptcy counsel to David T. Austern, the Asbestos PI Future Claimants' Representative appointed by the Court in the above-captioned cases (the "FCR"), pursuant to an Order entered on May 8, 2006, which authorizes Orrick's employment effective as of February 6, 2006.

  2. On March 9, 2006, I submitted my declaration pursuant to Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Rules") in support of the Application of the FCR seeking the entry of an Order authorizing the retention and employment of Orrick as his bankruptcy counsel (the "Application") (Dkt. No. 12022). Supplemental declarations were submitted in support of the Application on August 1, 2006 (Dkt. No. 12896), August 21, 2006 (Dkt. No. 13019), October 18, 2006 (Dkt. No. 13421), October 27, 2006 (Dkt. No. 13509), May

18, 2007 (Dkt. No. 15690), June 9, 2008 (Dkt. No. 18883), August 4, 2008 (Dkt. No. 19223), September 11, 2008 (Dkt. No. 19526), September 25, 2008 (Dkt. No. 19608), and October 20, 2008 (Dkt. No. 19808).

3.   Except as is otherwise provided below, the facts set forth in this declaration are based upon my personal knowledge, upon records maintained by Orrick in the ordinary course of its business which have been reviewed by me and/or by other partners or employees of Orrick at my direction, or upon information known by other partners or employees of Orrick and conveyed to me.

4.   I make this Eleventh Supplemental Declaration out of an abundance of caution, and not because I believe the matters set forth herein are within the scope of Rules 2014 or 5002.

5.   Orrick was retained to represent World Holdings, LLC ("World Holdings"), the holder of certain bonds representing obligations of the Federal Republic of Germany, in the litigation styled World Holdings, LLC v. The Federal Republic of Germany, now pending in the United States District Court for the Southern District of Florida (the "World Holdings Litigation").  Orrick recently merged with a German law firm, Hölters & Elsing, and as a result developed a potential conflict of interest in connection with the World Holdings Litigation.  Orrick and World Holdings have agreed upon the terms of Orrick's withdrawal as World Holdings' counsel, and World Holdings has retained Motley Rice LLC as replacement counsel.  Attached, as Exhibit A, are copies of the Motion to Withdraw and For Substitution of Counsel, filed in the World Holdings Litigation on February 6, 2009, and the Court's order granting that motion, also dated February 6, 2009.

6.   As part of the transition of the World Holdings' representation to replacement counsel, Orrick and World Holdings agreed that Orrick would make payment for certain

transition expenses and would retain an interest in World Holdings' recovery, if any, in the litigation. Orrick's agreement with World Holdings and the terms thereof are confidential, and therefore are not disclosed herein and a copy of such agreement is not attached hereto.

7. The World Holdings Litigation, and Orrick's representation of World Holdings, are completely unrelated to these Chapter 11 Cases.

\* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*/S/ ROGER FRANKEL*
Roger Frankel

Executed on February 9, 2009