# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20198-CIV-ALTONAGA

WORLD HOLDINGS, LLC,                )
                                    )
                                    )
        Plaintiff,                  )
                                    )
                                    )
v.                                  )
                                    )
THE FEDERAL REPUBLIC                )
OF GERMANY,                         )
                                    )
        Defendant.                  )
_____)

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

The undersigned hereby moves this Court for a withdrawal of counsel, Orrick, Herrington & Sutcliffe LLP, and all its attorneys of record, in the above-styled action, pursuant to Local Rules 7.1A.1(f), 7.1A.2, 7.1A.3, and 11.1D.3, and moves to substitute as counsel the law firm of Motley Rice LLC.

Orrick, Herrington & Sutcliffe LLP ("Orrick") and its attorneys respectfully request leave of Court to withdraw as counsel of record. Counsel's withdrawal is premised upon a potential conflict of interest in their representation which developed as a result of the merger of Orrick and the German law firm, Holters & Elsing.

In accordance with Local Rule 7.1A.3, the undersigned hereby certifies that World Holdings, LLC has been notified and gives its approval for this withdrawal and substitution of counsel. The undersigned further certifies that he has conferred with counsel for Defendant, Gerald Houlihan, Esquire, and Defendant has no objection to the requested relief.

1

Notice is hereby given and leave of Court requested to substitute Motley Rice LLC as counsel of record for World Holdings, LLC in this matter, in tandem with Dubbin & Kravetz, LLP as local counsel and William Pepper, Esquire.

Pursuant to this requested substitution of counsel on behalf of World Holdings, LLC and subject to Court approval, in order to facilitate Plaintiff's ability to proceed, the undersigned has simultaneously filed Motions for Limited Appearance in the U.S. District Court for the Southern District of Florida on behalf of Michael Elsner, Ingrid Moll, John Eubanks, and Vincent Parrett as attorneys of record from Motley Rice LLC in the conventional manner with the Clerk's office.

Therefore, subject to granting of the relief requested above, Plaintiff requests that all pleadings, motions, correspondence, discovery material, and all other papers in this action shall be served and / or forwarded to Michael Elsner, Motley Rice LLC, 28 Bridgeside Blvd., Mount Pleasant, SC 29464, telephone 843-216-9250, facsimile 843-216-9450, and email melsner@motleyrice.com.

WHEREFORE, Plaintiff World Holdings LLC requests that this Court enter an Order permitting the withdrawal of Orrick Herrington & Sutcliffe LLP and substituting in its place the law firm of Motley Rice, LLC. A draft Order to that effect is being submitted for the Court's convenience.

Dated: February 6, 2009    Respectfully submitted,
Coral Gables, Florida

DUBBIN & KRAVETZ, LLP

*[signature]*

Samuel J. Dubbin, P.A.
1200 Anastasia Avenue
Suite 300
Coral Gables, Florida 33134
Telephone No. 305-357-9004
Facsimile No. 305-371-4701
Florida Bar Number 328189
sdubbin@dubbinkravetz.com


William F. Pepper, Esq.
575 Madison Avenue, Suite 1006
New York, New York 10022

ORRICK, HERRINGTON & SUTCLIFFE LLP
Lorraine S. McGowen (admitted *pro hac vice*)
Alyssa D. Englund (admitted *pro hac vice*)
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Roger Frankel
Jonathan P. Guy (admitted *pro hac vice*)
Columbia Center (admitted *pro hac vice*)
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Attorneys for World Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2009, I electronically filed the foregoing document with the Clerk of the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: Gerald J. Houlihan, Esquire, Houlihan and Partners, P.A., Two Datran Center, Suite 1209, 9130 So. Dadeland Blvd, Miami, Florida 33156.

*Samuel Dubbin, P.A.*
Samuel J. Dubbin, P.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20198-CIV-ALTONAGA

**WORLD HOLDINGS, LLC,**

    Plaintiff,

vs.

**THE FEDERAL REPUBLIC OF GERMANY,**

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff, World Holdings, LLC's Motion to Withdraw and for Substitution of Counsel [D.E. 36], filed on February 6, 2009. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion **[D.E. 36]** is **GRANTED**. The law firm of Motley Rice LLC shall be and is hereby substituted as counsel of record for Plaintiff, World Holdings LLC. All further papers for Plaintiff, World Holdings LLC shall be served on Motley Rice LLC at 28 Bridgeside Blvd., Mount Pleasant, SC 29464 in addition to remaining co-counsel, Dubbin & Kravetz, LLP at 1200 Anastasia Avenue, Suite 300, Coral Gables, Florida, 33134, and William Pepper, Esquire, 525 Madison Avenue, Suite 1006, New York, NY 10012.

The law firm of Orrick, Herrington & Sutcliffe and their attorneys of record are hereby relieved of any and all further responsibility in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of February, 2009.

                                          _/s/ Cecilia M. Altonaga_
                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record