**CERTIFICATE OF SERVICE**

  I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on this 9th day of February, 2009, I caused copies of the *Eleventh Supplemental Declaration Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to David T. Austern as Asbestos PI Future Claimants' Representative,* to be served by first class mail, postage prepaid, on the parties listed on the attached service list.

            */S/ DEBRA O. FULLEM*
            Debra O. Fullem
            Orrick, Herrington & Sutcliffe LLP

US_EAST:160530756.1