| | | |
|---|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 | Steven K. Kortanek, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Parcels, Inc.<br>Vito I. DiMaio<br>10th & King Streets<br>Wilmington, DE 19801 | Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>Mellon Bank Center<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899 |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | David Klauder, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801 | Laurie S. Polleck, Esquire<br>Jaspan Schlesinger Hoffman, LLP<br>913 N. Market Street, FL 12<br>Wilmington, DE 19801 |
| Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, #300<br>Wilmington, DE 19801-3549 | Todd C. Schiltz, Esquire<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| William H. Sudell, Jr., Esquire<br>Eric D. Schwartz, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Kathleen Miller, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | Adam G. Landis, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801 |
| Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Curtis Crowther, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19801 | Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE 19899 | William D. Sullivan, Esquire<br>4 E. 8th Street, Suite 400<br>Wilmington, DE 19801 | James S. Yoder, Esquire<br>White and Williams LLP<br>824 Market Street, Suite 902<br>Wilmington, DE 19899-0709 |
| | Thomas G. Whalen, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 | Brian L. Kasprzak, Esquire<br>Marks, O'Neill, O'Brien and Courtney, PC<br>913 North Market Street, Suite 800<br>Wilmington, DE 19801 |
| Francis A. Monaco, Jr., Esquire<br>Womble Carlye Sandridge & Rice LLC<br>222 Delaware Avenue, 15th Floor<br>Wilmington, DE 19801 | John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 | David P. Primack, Esquire<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801-1254 |
| Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 | Ian Connor Bifferato, Esquire<br>Joseph K. Koury, Esquire<br>Bifferato Gentilotti<br>800 N. King Street<br>P.O. Box 2165<br>Wilmington, DE 19899-2165 |
| Mark S. Chehi<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Rachel B. Mersky, Esquire<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 | Christopher D. Loizides, Esquire<br>Loizides & Associates<br>Legal Arts Building<br>1225 King Street, Suite 800<br>Wilmington, DE 19801 |
| Joseph Grey, Esquire<br>Stevens & Lee<br>1105 N. Market, Suite 700<br>Wilmington, DE 19801-1270 | Megan N. Harper, Esquire<br>Bifferato Gentilotti<br>800 N. King Street<br>P.O. Box 2165<br>Wilmington, DE 19899-2165 | Richard S. Cobb, Esquire<br>Megan N. Harper, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| | Allison E. Reardon<br>Delaware Division of Revenue<br>820 N. French Street<br>8th Floor<br>Wilmington, DE 19801 | |

Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess PA
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Derrick Tay, Esquire
Ogilvy Renault
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4
Canada

Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario
M9C 5K1

Jacqueline Dais-Visca, Esq.
Business Law Section
Ontario Regional Office, Suite 2400, Box 34
The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6

Mak Shelnitz, Esq.
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10022-3852

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street, 8th Floor
Denver, CO 80294-1961

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736-1500

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue
New York, NY 10154

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick
  & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Michael J. Hanners, Esquire
Member
Silber Pearlman, LLP
3102 Oak Lawn Avenue, Suite 400
Dallas, TX 75219-6403

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue
Wilmington, DE 19801

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

The Gibson Law Firm, PLLC
447 Northpark Drive
P.O. Box 6005
Ridgeland, MS 39158-6005

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407-1033

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esquire
Paul D. Henderson, PC
712 Division Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esquire
Gibbons PC
One Gateway Center
Newark, NJ 07102-5310

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

William S. Katchen, Esquire
Duane, Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX 76011

C. Randall Bupp, Esquire
Bardelli Straw & Cavin LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA 94583

Anton Volovsek
P.O. Box 99
Kooskia ID 83539-0099

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH 43215

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the
 City of New York
100 Church Street, Room 6-127
New York, NY  10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

James P. Ruggeri
Scott A. Shail
Hogan & Hartson L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77704

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center / Office 732
Midland, MI  48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

Ronald S. Beacher, Esquire
Pitney, Hardin LLP
7 Times Square
New York, NY  10036-6524

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

James M. Garner, Esq.
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Pillsbury Winthrop LLP
Counsel to Wells Fargo Bank Minnesota, NA
1540 Broadway #9
New York, NY  10036-4039

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

Fred DaVeiga
Chief Financial Administrative Officer
LabVantage Solutions, Inc.
1160 U.S. Highway 22 East
Bridgewater, NJ  08807

John W. Havins, Esquire
Havins & Associates
1001 McKinney, Suite 500
Houston, TX  77002

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX  75201-2689

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett
  & Trascher, LLP
PO Box 2055
Monroe, LA  71207

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

Denise A. Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

Richard B. Spector, Esquire
Corbett, Steelman & Spector
18200 Von Karman Avenue, Suite 900
Irvine, CA  92612

Barry D. Kleban, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

Michael A. Berman, Esquire
Securities and Exchange Commission
Office of the General Counsel – Bankruptcy
100 F Street, NE
Washington, DC  20549

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA  30303

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
  Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir. S., Suite 310
San Diego, CA 92108-3419

Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Martha E. Romero
Law Offices of Martha E. Romero and
  Associates
6516 Bright Avenue
Whittier, CA 90601-4503

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation
  and Finance
340 E. Main Street
Rochester, NY 14604

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Richard A. O'Halloran, Esq.
Burns, White & Hickton LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street, 8th Floor
Denver, CO 80294

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes
  & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman,
  Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Thomas O. Bean
McDermott Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1706

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA 92108-3419

Longacre Master Fund Ltd.
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Fl.
New York, NY 10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

John Preefer, Esq.
128 Willow Street, Apt. 6B
Brooklyn, NY 11201

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Amy Pritchard-Williams, Esq.
Margaret R. Westbrook, Esq.
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Julie Ardoin, Esquire
Julie Andoin LLC
2200 Veterans Memorial Blvd, Suite 210
Kenner, LA  70062-4032

Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
PO Box 669
Mount Laurel, NJ  08054-0669

Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595

J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY  10022

Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY  10001

M. David Minnick, Esq.

Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

David B. Bernick, PC
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

David Jagolinzer, Esq
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL  33146

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT  84111

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

Yves Lauzon, Esquire
Michael Belanger, Esquire
Lauzon Belanger, Inc.
286, Saint Paul West, Suite 100
Montreal (Quebec) H2Y 2A3

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL  62025-0510

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue

Morristown, NJ  07962-1981

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Pryor Cashman LLP
Attn:  Richard Levy, Jr., Esq.
410 Park Avenue
New York, NY  10022-4441

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

Richard D. Trenk, Esquire
Henry M. Karwowski, Esquire
Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052-3303

Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE  19801

George J. Marcus, Esq.
Marcus, Clegg & Mistretta, P.A.
One Hundred Middle Street
East Tower
Portland, ME  04104

BMC Group
444 North Nash Street
El Segundo, CA 90245

Lawrence J. Zweifach
Rocco & Zweifach c/o
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

Foster & Sear, LLP
817
Greenview Drive
Grand Prairie, TX 75050

Law Offices of Christopher E. Grell
1814 Franklin Street, Suite 501
Oakland, CA 94612