IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael A. Shiner, Esq., of the law firm of Tucker Arensberg, P.C. to represent AXA Belgium (as successor to Royale Belge SA) in this action.

Dated: February 9, 2009

                                                Respectfully submitted,

                                                JOHN SHEEHAN SPADARO, LLC

                                                /s/ John S. Spadaro
                                                John S. Spadaro (No. 3155)
                                                724 Yorklyn Road, Suite 375
                                                Hockessin, DE 19707
                                                Telephone: (302) 235-7745
                                                Facsimile: (302) 235-2536
                                                jspadaro@johnsheehanspadaro.com

                                                Attorney for AXA Belgium

2518

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court *pro hac vice*; am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and am admitted in good standing in the United States District Court for the Western District of Pennsylvania and the United States Court of Appeals for the Third Circuit; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 30, 2009

Michael A. Shiner, Esq.
Tucker Arensberg, P.C.
1500 One PPG Plaza
Pittsburgh, PA 15222-5401
(412) 566-1212

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2009

Hon. Judith K. Fitzgerald
United States Bankruptcy Judge

2518

2