

| | | |
|---|---|---|
| **Steven L. Beshear**<br>Governor | **ENERGY AND ENVIRONMENT CABINET**<br>**ENVIRONMENTAL PROTECTION LEGAL DIVISION**<br>John G. Horne, II<br>General Counsel<br>200 Fair Oaks Lane<br>Frankfort, Kentucky 40601<br>Phone: (502) 564-6716<br>Fax: (502) 564-4049 | **Leonard K. Peters**<br>Secretary |

February 2, 2009

Office of the Clerk
United States Bankruptcy Court for the    01-139 JKF
District of Delaware
3rd Floor
824 North Market Street
Wilmington, Delaware 19801-3024

Dear Sir or Madam:

    I am an attorney and I am licensed to practice in Kentucky. My office has recently changed locations, and as a result, I need to change my address of record on file with this Court. My address has changed to: Kevin Welch, Office of General Counsel, Division of Waste Management, First Floor, 200 Fair Oaks Lane, Frankfort, Kentucky 40601. My phone number has also changed to 502-564-6716, and my fax number has changed to 502-564-4049.

    I am currently of appearance in the record of W.R. Grace & Co. et.al, Case Number 01-1139. If you need any additional information or have any questions, please do not hesitate to contact me. Thank you for your attention to this matter.

John Kevin Welch
John Kevin Welch, Attorney
502-564-6716

