**CERTIFICATE OF SERVICE**

I, Edward B. Rosenthal, hereby certify that on this 10th day of February, 2009, that a copy of the foregoing *Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order Modifying the Automatic Stay* was served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** by the manner indicated to the individuals listed hereto as Exhibit A.

I, Edward B. Rosenthal, also hereby certify that on this 10th day of February, 2009, that a copy of the foregoing *Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order Modifying the Automatic Stay* shall be served in the manner indicated to the individuals listed hereto as Exhibit B, '2002 Service List of W.R. Grace & Co., Case No. 01-1139' by:

Ford Marrin Esposito Witmeyer & Gleser, L.L.P.,
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875

Edward B. Rosenthal (Bar No. 3131)

# EXHIBIT A

**Hand Delivery**
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**Hand Delivery**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

First Class Mail
Steve A. Peirce, Esquire
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205

First Class Mail
Toby L. Gerber, Esquire
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

First Class Mail
David B. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

First Class Mail
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

First Class Mail
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

# EXHIBIT B

**W. R. Grace 2002 Service List**
Case No. 01-1139

First Class Mail
Parcels. Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

First Class Mail
Steven M. Yoder. Esquire
The Bayard Firm
222 Delaware Avenue. Suite 900
P.O. Box 25130
Wilmington, DE 19899

First Class Mail
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine. LLC
800 N. King Street
#300
Wilmington. DE 19801

First Class Mail
Robert J. Stearn, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington. DE 19899

First Class Mail
Mark D. Collins, Esquire
Deborah E. Spivack. Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

First Class Mail
Jeffrey C. Wisler. Esquire
Michelle McMahon. Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street. 10th Floor
Wilmington. DE 19899

First Class Mail
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue. 15th Floor
Wilmington. DE 19801

First Class Mail
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street. Suite 904
P.O. Box 1351
Wilmington, DE 19899

First Class Mail
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

First Class Mail
Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street. Suite 700
Wilmington, DE 19801-1270

First Class Mail
Laurie Selber Silverstein. Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

First Class Mail
Todd C. Schiltz, Esquire
Wolf. Block. Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington. DE 19801

{08008 LIST|10061168.DOC}

First Class Mail
Curtis Crowther. Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

First Class Mail
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

First Class Mail
Thomas G. Whalen. Esquire
Stevens & Lee. P.C.
1105 N. Market Street. 7th Floor
Wilmington, DE  19801

First Class Mail
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

First Class Mail
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

First Class Mail
Megan N. Harper. Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

First Class Mail
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington. DE  19801

First Class Mail
Steven K. Kortanek. Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street. Suite 1000
Wilmington, DE  19801

First Class Mail
William F. Taylor. Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street. Suite 1800
Wilmington, Delaware 19899

First Class Mail
Laurie S. Polleck. Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street
Floor 12
Wilmington, DE  19801

First Class Mail
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington. DE  19806

First Class Mail

Adam G. Landis, Esquire
Kerri K. Mumford. Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

First Class Mail
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

First Class Mail
James S. Yoder. Esquire
White and Williams LLP
824 Market Street. Suite 902
Wilmington, DE  19899-0709

{08008\LIST\10061168.DOC}                          2

First Class Mail
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801

First Class Mail
David P. Primack. Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington. DE 19801-1254

First Class Mail
Ian Connor Bifferato. Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

First Class Mail
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmingotn. DE 19801

First Class Mail
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street. Suite 1800
Wilmington. DE 19801

First Class Mail
Carmella P. Keener. Esquire
Rosenthal. Monhait, Gross & Goddess, P.A.
919 Market Street. Suite 1401
P.O. Box 1070
Wilmington. DE 19899-1070

First Class Mail
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

First Class Mail
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

First Class Mail
William D. Sullivan, Esquire
4 E. 8th Street. Suite 400
Wilmington, DE 19801

First Class Mail
William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington. DE 19801

First Class Mail
Robert Jacobs. Esquire
Maria Rosoff Eskin
Jacobs & Crumplar. P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

First Class Mail
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Foreign First Class Mail
Derrick C. Tay
Ogilvy Renault LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

Foreign First Class Mail
Yves Lauzon, Esquire
Michel Belanger, Esquire
LAUZON BELANGER, INC..
286 Saint-Paul West, Suite 100
Montréal, Quebec H2Y 2A3

Foreign First Class Mail
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, Ontario M5X 1K6

Foreign First Class Mail
Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario M9C 5K1

First Class Mail
William D. Sullivan, Esquire
4 E. 8th Street, Suite 400
Wilmington, DE 19801

First Class Mail
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

First Class Mail
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

First Class Mail
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

First Class Mail
Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

First Class Mail
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

First Class Mail
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

First Class Mail
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

{08008\LIST\10061168.DOC}          4

First Class Mail
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza. Room 1150
Baltimore, MD 21201

First Class Mail
Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street. NE
Washington, DC 20549

First Class Mail
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

First Class Mail
James D. Freeman. Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street
Floor 8
Denver, CO 80294-1961

First Class Mail
Jon L. Heberling. Esquire
McGarvey. Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

First Class Mail
David S. Heller, Esquire
Latham & Watkins
Sears Tower. Suite 5800
233 South Wacker Drive
Chicago. IL 60606

First Class Mail
Charles E. Boulbol, Esquire
26 Broadway. 17th Floor
New York, NY 10004

First Class Mail
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York. NY 10022-6225

First Class Mail
James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736-1500

First Class Mail
Steven J. Johnson, Esquire
Gibson. Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

First Class Mail
Charlotte Klenke. Esquire
Schneider National. Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

First Class Mail
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

First Class Mail
Charles L. Finke. Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington. D.C. 20005-4026

{08008[LIST]10061168.DOC}    5

First Class Mail
Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue. 30th Floor
New York. NY 10154

First Class Mail
Jan M. Hayden
William H. Patrick
Heller, Draper. Hayden, Patrick & Horn.
L.L.C.
650 Poydras Street, Suite 2500
New Orleans. LA 70130-6103

First Class Mail
Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas. TX 75219-6403

First Class Mail
Bankruptcy Administration
IOS Capital. Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

First Class Mail
Alan R. Brayton. Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

First Class Mail
Jonathan W. Young
Wildman. Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

First Class Mail
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

First Class Mail
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan. Hyden. Womble & Culbreth. P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

First Class Mail
The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN 46204-3435

First Class Mail
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago. IL 60606-1229

First Class Mail
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

First Class Mail
John P. Dillman. Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston. TX 77253-3064

First Class Mail
The Gibson Law Firm, PLLC
447 Northpark Drive
Ridgeland, MS 39157

{08008\LIST\10061168.DOC}                6

First Class Mail
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

First Class Mail
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

First Class Mail
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

First Class Mail
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

First Class Mail
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

First Class Mail
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

First Class Mail
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

First Class Mail
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

First Class Mail
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

First Class Mail
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

First Class Mail
Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ 07407-1033

First Class Mail
Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

First Class Mail
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
First Class Mail
Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

First Class Mail
Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

{08008\LIST\10061168.DOC}   7

First Class Mail
Thomas J. Noonan. Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge. NJ 07920-1928

First Class Mail
William E. Frese. Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

First Class Mail
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

First Class Mail
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville. TN 37202-0207

First Class Mail
Scott Wert. Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX 76011

First Class Mail
C. Randall Bupp, Esquire
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place
Suite 330
San Ramon. CA 94583

First Class Mail
Anton Volovsek
191 Battle Ridge Road
Kooskia, ID 83539-5072

First Class Mail
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

First Class Mail
Jonathan H. Alden. Esquire
Assistant General Counsel
3900 Commonwealth Boulevard. MS 35
Tallahassee, FL 32399-3000

First Class Mail
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus. OH 43215

First Class Mail
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

First Class Mail
Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

First Class Mail
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

First Class Mail
Margaret Ann Nolan. County Solicitor
Camela Chapman, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City. MD 21043

First Class Mail

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

First Class Mail
M. Diane Jasinski. Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street. Room 6-127
New York, NY 10007

First Class Mail
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

First Class Mail
Russell W. Savory
Gotten. Wilson & Savory, PLLC
88 Union Avenue. 14th Floor
Memphis, TN 38103

First Class Mail
Credit Manager
Belz Enterprises
100 Peabody Place. Suite 1400
Memphis. TN 38103

First Class Mail
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109

First Class Mail
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

First Class Mail
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York. NY 10004-1482

First Class Mail
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

First Class Mail
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue. Suite 400
Riverdale, MD 20737-1385

First Class Mail
Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77704

{08008|LIST|10061168.DOC}                    9

First Class Mail
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill. NJ 08034

First Class Mail
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

First Class Mail
Dorine Vork, Esquire
Stibbe. P.C.
489 Fifth Avenue, 32nd Floor
New York, NY 10017

First Class Mail
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

First Class Mail
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

First Class Mail

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

First Class Mail
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann. Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge. NY 11788-0099

First Class Mail
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

First Class Mail

Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI 48674

First Class Mail
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

First Class Mail
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York. NY 10036-6524

First Class Mail
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City. FL 32412-0950

{08008|LIST|10061168.DOC}                    10

First Class Mail
Gina Baker Hantel. Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North. Floor 2
Nashville. TN 37243

First Class Mail
Jeffrey L. Glatzer. Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York. NY 10020-1182

First Class Mail
Attn: Ted Weschler
Peninsula Capital Advisors. L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

First Class Mail
E. Katherine Wells. Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia. SC 29201-1708

First Class Mail
James M. Garner. Esquire
Sher Garner Cahill Richter Klein & Hilbert,
L.L.C.
909 Poydras Street
Suite 2800
New Orleans. LA 70112-1033

First Class Mail
William H. Johnson. Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk. VA 23510-9242

First Class Mail
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY 10036-4039

First Class Mail
Craig Barbarosh. Esquire
Pillsbury Winthrop LLP
650 Town Center Drive. Suite 550
Costa Mesa, CA 92626-7122

First Class Mail
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

First Class Mail

DAP Products. Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

First Class Mail
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909

First Class Mail
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

First Class Mail
John W. Havins. Esquire
Havins & Associates PC
1001 McKinney Street. Suite 500
Houston, TX 77002

11

First Class Mail
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

First Class Mail
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

First Class Mail
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

First Class Mail
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

First Class Mail
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

First Class Mail
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

First Class Mail
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

First Class Mail
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

First Class Mail
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

First Class Mail
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

First Class Mail
Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

First Class Mail
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

First Class Mail
Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY 10112

First Class Mail
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 680
Spokane, WA 99201

First Class Mail
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

First Class Mail
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe. LA 71207

First Class Mail
Gary M. Becker. Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

First Class Mail
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

First Class Mail
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street. 3rd Floor
Philadelphia, PA 19107-3603

First Class Mail

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

First Class Mail
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

First Class Mail
Richard B. Specter. Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA 92612

First Class Mail
Barry D. Kleban, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia. PA 19102

First Class Mail
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

First Class Mail
Allan H. Ickowitz, Esquire
Nossaman. Guthner. Knox & Elliott, LLP
445 South Figueroa Street. 31st Floor
Los Angeles,CA 90071

First Class Mail
Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

First Class Mail
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

First Class Mail
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

{08008\LIST\10061168 DOC}                13

First Class Mail
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

First Class Mail
Larry A. Feind
133 Peachtree Street. N.E.
7th Floor
Atlanta ,GA 30303

First Class Mail
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street. Suite 1720
Dallas, TX 75201-2691

First Class Mail
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park. PA 19027

First Class Mail
Lynn K. Neuner, Esquire
Simpson, Thacher. & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

First Class Mail
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

First Class Mail
Jonathan D. Berger. Esquire
Russell Henkin. Esquire
Berger & Montague. P.C.
1622 Locust Street
Philadelphia. PA 19103-6365

First Class Mail
Richard G. Placey. Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

First Class Mail
DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA 92108-3419

First Class Mail
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

First Class Mail
Jon Bauer
Contrarian Capital Management. LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

First Class Mail
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA 90601-4503

First Class Mail
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
10th Floor
New York, NY 10022

First Class Mail
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428

First Class Mail
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville. TN 37901

First Class Mail
Don C. Fletcher, Esquire
The Cavanagh Firm. P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

First Class Mail
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

First Class Mail
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY 14604

First Class Mail
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh. PA 15219

First Class Mail
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive. Suite 560
Eden Prairie. MN 55344

First Class Mail
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

First Class Mail
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environment and Natural Resource Division
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

First Class Mail
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

First Class Mail
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

First Class Mail
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY 10119-0165

First Class Mail
Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX 75266-0502

First Class Mail
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY 10019-5639

{08008\LIST}10061168.DOC}                15

First Class Mail
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas. KY 41075-0070

First Class Mail
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX 78760

First Class Mail
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building. Garden Avenue
Ithaca, NY 14853-2601

First Class Mail
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

First Class Mail
Thomas O. Bean
McDermott, Will & Emery
28 State Street
34th Floor
Boston. MA 02109-1775

First Class Mail
Jacob C. Cohn. Esquire
Cozen O'Connor
1900 Market Street
Philadelphia. PA 19103

First Class Mail
Contrarian Capital Trade Claims LP

Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

First Class Mail
Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA 92108-3419

First Class Mail
Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 33rd Fl.
New York, NY 10019-5818

First Class Mail
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

First Class Mail
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

First Class Mail
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

First Class Mail
John Preefer
128 Willow St Apt 6B
Brooklyn, NY 11201

First Class Mail
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

{08008\LIST\10061168.DOC} 16

First Class Mail
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

First Class Mail
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

First Class Mail
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

First Class Mail
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

First Class Mail
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman,
LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

First Class Mail
Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA 70062-4032

First Class Mail
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

First Class Mail
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ 08054

First Class Mail
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

First Class Mail
Profit Sharing Plan
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

First Class Mail
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464

First Class Mail

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

17

First Class Mail
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington. DC 20036

First Class Mail
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia. PA 19103

First Class Mail
DK Acquisition Partners
65 East 55th Street. 19th Floor
New York, NY 10022
First Class Mail
Fred Glass
Fair Harbor Capital LLC
875 Avenue of the Americas, Suite. 2305
New York, NY 10001

First Class Mail
M. David Minnick. Esquire
Michael P. Ellis. Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco. CA 94105-2228

First Class Mail
Gerald F. George. Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

First Class Mail
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

First Class Mail
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL 33146

First Class Mail
Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

First Class Mail
John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines. IA 50306

First Class Mail
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

First Class Mail
Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom. MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville. IL 62025-0510

First Class Mail
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown. NJ 07962-1981

First Class Mail
Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

First Class Mail
Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

First Class Mail
Pryor Cashman LLP
Attn: Richard Levy, Jr., Esquire
410 Park Avenue
New York, NY 10022-4441

First Class Mail
Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106

First Class Mail
Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530

First Class Mail
Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770

First Class Mail
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd. – Bldg A
Mount Pleasant, SC 29464

First Class Mail
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215