## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2008 THROUGH SEPTEMBER 30, 2008 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 10/16/08 | 07/01/08 – 07/31/08 | $79,866.00 | $ 276.81 | $63,892.86 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/01/08 | $88,329.50 | $2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| 11/11/08 | 09/01/08 – 09/30/08 | $37,033.50 | $1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 21.12 | $ 12,084 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 311.30 | $ 183,291 |
| 42 | Travel (1/2 total hours billed) | 13.10 | $ 9,854.00 |
| | Total | 345.60 | $205,229.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $ 183.31 |
| Copies – Matter 32 (Fee Applications) | $ 30.15 |
| Copies – Matter 46 (Tax Litigation) | $ 332.30 |
| Computer Database Research | $ 16.92 |
| Duplicating Supplies | $ 22.75 |
| Federal Express/Overnight Messenger | $ 136.75 |
| Facsimile | $ 221.50 |
| Airfare & Train Fare | $1,747.25 |
| Meals | $ 317.86 |
| Hotel | $ 675.32 |
| Local Transportation | $ 68.00 |
| Tax Court Filing Fee | $ 0 |
| Total | $3,752.11 |