

# **EXHIBIT B**

November Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: February 3, 2009 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### SUMMARY OF THE EIGHTY-SIXTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2008 through November 30, 2008 |

---

1  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ›N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $31,818.50  (80% = $25,454.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $17,853.27

This is a:    X monthly      __ interim      __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |

| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |

3

| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $10,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | No objections served on counsel | No objections served on counsel |
| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $16,557.87 | No objections served on counsel | No objections served on counsel |
| 10/31/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | No objections served on counsel | No objections served on counsel |
| 12/18/08 | 10/01/08 through 10/31/08 | $206,090.00 | $17,150.06 | No objections served on counsel | No objections served on counsel |
| 1/13/09 | 11/01/08 through 11/30/08 | $31,818.50 | $17,853.27 | Pending | Pending |

As indicated above, this is the eighty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

6

The total time expended for the preparation of this application is approximately 1.6 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $512.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 42 | Litigation | $320.00 | 4.60 | $1,472.00 |
| Matthew T. Murphy | Associate | 21 | Litigation | $275.00 | 47.30 | $13,007.50 |
| Matthew L. Lunenfeld | Partner | 11 | Litigation | $250.00 | 3.50 | $875.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 25 | Litigation | $120.00 | 92.70 | $11,124.00 |
| Sara E. Streeter | Paralegal | 10 | Litigation | $120.00 | 3.30 | $396.00 |
| Jared Tanz | Temporary Paralegal | --- | Litigation | $120.00 | 41.20 | $4,944.00 |
| TOTALS | | | | | 192.60 | $31,818.50 |

**Total Fees:**     **$31,818.50**

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $6.48 |
| Federal Express | $45.78 |
| Outside Photocopying | $3,030.04 |
| Photocopying ($0.10/page) | $2.50 |
| Rent Reimbursement | $12,761.70 |
| Miscellaneous | $2,006.77 |
| TOTAL | $17,853.27 |

**Total Expenses:**    **$17,853.27**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 190.90 | $31,274.50 |
| Fee Applications, Applicant | 1.70 | 544.00 |
| Expenses | N/A | $17,853.27 |
| TOTALS | 192.60 | $49,671.77 |

Dated:  January 13, 2009

CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/452693

8

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline:** February 3, 2009 at 4:00 p.m.
**Hearing Date:** TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTY-SIXTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

**FEES**

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)  $30,207.50 | |
| • non-asbestos matters (2725.40)  $ 1,067.00 | |
| TOTAL LITIGATION AND LITIGATION CONSULTING | $31,274.50 |
| FEE APPLICATION – APPLICANT | $544.00 |
| TOTAL FEES | $31,818.50 |



CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 8, 2009
Bill Number  103993
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH NOVEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/08 | ARA | Oversee pick-up of documents to return to Grace Cambridge re: review of documents for product information (1.2); confirm number of boxes reviewed re: same (.5). Work on criminal defense project for K&E (5.3); conference with MTM re: same (.5). | 7.50 Hrs | 900.00 |
| 11/03/08 | MTM | Discuss earliest date project with ARA (.5). Draft memo re: product information (3.1). | 3.60 Hrs | 990.00 |
| 11/03/08 | SES | Review documents for production information. | 1.10 Hrs | 132.00 |
| 11/03/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 11/04/08 | MTM | Telephone call to ARA re: earliest date project progress. | 0.20 Hrs | 55.00 |
| 11/04/08 | ARA | Per MTM's request, confirm number of boxes reviewed for product information (1.7). Work on criminal defense project for K&E (4.8). | 6.50 Hrs | 780.00 |
| 11/04/08 | JT | Work on criminal defense project for K&E. | 7.00 Hrs | 840.00 |
| 11/05/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/05/08 | MTM | Telephone call from in-house counsel re: boxes to return to Recordkeeper and documents at Grace, Cambridge (.2). Work on earliest date project at Winthrop Square (4.5). | 4.70 Hrs | 1,292.50 |
| 11/05/08 | ARA | Work on criminal defense project for K&E. | 7.50 Hrs | 900.00 |
| 11/05/08 | SES | Review documents for production information. | 1.30 Hrs | 156.00 |
| 11/05/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 11/06/08 | MTM | Continue to draft memo re: re: product information. | 6.10 Hrs | 1,677.50 |
| 11/06/08 | ARA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 11/06/08 | SES | Review documents for product information. | 0.90 Hrs | 108.00 |
| 11/06/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 11/07/08 | RAM | Read and respond to MTM's memo, with attachments, re: results of review of ledgers for product information. | 0.20 Hrs | 64.00 |
| 11/07/08 | MTM | Continue draft memo re: product information (1.9). Work on earliest date project (4.8). | 6.70 Hrs | 1,842.50 |
| 11/07/08 | ARA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 11/07/08 | JT | Work on criminal defense project for K&E. | 4.00 Hrs | 480.00 |
| 11/10/08 | MTM | Work on earliest date project. | 2.80 Hrs | 770.00 |
| 11/10/08 | ARA | Work on criminal defense project for K&E. | 7.00 Hrs | 840.00 |
| 11/10/08 | JT | Review documents for product information. | 6.20 Hrs | 744.00 |
| 11/11/08 | RAM | Telephone conference with MTM re: whether Grace ever developed information re: market share for particular product; advised him of earlier unsuccessful attempt and suggested reviewing CPD business plans. | 0.10 Hrs | 32.00 |
| 11/11/08 | MTM | Telephone call from RAM re: product market share (.1); review business plans re: same (2.6). Work on earliest date project (1.5); telephone call from in-house counsel re: draft cooperation agreement re: bankruptcy matter (.2). | 4.40 Hrs | 1,210.00 |
| 11/11/08 | ARA | Work on criminal defense project for K&E. | 6.50 Hrs | 780.00 |
| 11/12/08 | ARA | Work on criminal defense project for K&E. | 6.00 Hrs | 720.00 |
| 11/13/08 | MTM | Work on earliest date project. | 0.40 Hrs | 110.00 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/13/08 | ARA | Work on criminal defense project for K&E. | 7.00 Hrs | 840.00 |
| 11/14/08 | RAM | Telephone conference with MTM re: earliest date project. | 0.10 Hrs | 32.00 |
| 11/14/08 | MTM | Locate various local counsel (1.2); locate copies of specific interrogatory answers to send to local counsels (2.2); telephone calls to in-house counsel and RAM (.3); telephone calls to local counsels re: earliest date project (.5). | 4.20 Hrs | 1,155.00 |
| 11/17/08 | MTM | Locate various local counsels (3.2); locate copies of interrogatories re: earliest date project (2.3). | 5.50 Hrs | 1,512.50 |
| 11/17/08 | ARA | Work on criminal defense project for K&E. | 5.50 Hrs | 660.00 |
| 11/18/08 | MTM | Telephone calls to local counsels (.4); continue to locate specific interrogatories for earliest date project (2.6). | 3.00 Hrs | 825.00 |
| 11/18/08 | ARA | Work on criminal defense project for K&E. (3.7). Quality control (2.3). | 6.00 Hrs | 720.00 |
| 11/19/08 | MTM | Work on earliest date project - communication with former local counsel. | 0.30 Hrs | 82.50 |
| 11/19/08 | ARA | Work on criminal defense project for K&E. | 5.20 Hrs | 624.00 |
| 11/20/08 | ARA | Work on criminal defense project for K&E. | 6.00 Hrs | 720.00 |
| 11/21/08 | RAM | Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.60 Hrs | 192.00 |
| 11/21/08 | ARA | Work on criminal defense project for K&E. | 6.00 Hrs | 720.00 |
| 11/24/08 | MTM | Locate additional local counsel (1.3). Continue to locate specific interrogatories for earliest date project (4.1). | 5.40 Hrs | 1,485.00 |
| 11/25/08 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | 256.00 |
| 11/29/08 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 64.00 |
| 11/30/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 64.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


TOTAL LEGAL SERVICES        $30,207.50


**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.30 | 320.00 | 736.00 |
| Matthew T. Murphy | 47.30 | 275.00 | 13,007.50 |
| Angela R. Anderson | 92.70 | 120.00 | 11,124.00 |
| Sara E. Streeter | 3.30 | 120.00 | 396.00 |
| Jared Tanz | 41.20 | 120.00 | 4,944.00 |
| | 186.80 | | $30,207.50 |


TOTAL THIS BILL          $30,207.50



## CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 8, 2009
Bill Number  103992
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH NOVEMBER 30, 2008

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/14/08 | RAM | Telephone conference with MLL re: status of responding to discovery requests. | 0.10 Hrs. | 32.00 |
| 11/14/08 | MLL | Call from plaintiff's lawyer re: dispute re: discovery of prior claims history (.2); Confer with RAM re: strategy re: plaintiff's deposition and production of records re: other claims (.1). | 0.30 Hrs | 75.00 |
| 11/17/08 | MLL | File review (.3); read product literature to prepare for 9C conference re: demand for responses re: other claims (.5). | 0.80 Hrs | 200.00 |
| 11/18/08 | RAM | Telephone conference with MLL re: his R. 9(c) conference with Attorney Machanic re: discovery issues; advise J. Hughes. | 0.20 Hrs | 64.00 |
| 11/18/08 | MLL | Prepare and conduct 9C conference with counsel (.4); confer with RAM re: strategy (.2). | 0.60 Hrs | 150.00 |
| 11/24/08 | RAM | Telephone conference with MLL and then with J. Hughes re: discovery issues. | 0.20 Hrs | 64.00 |
| 11/24/08 | MLL | Review file re: discovery and prepare for 9C conference with counsel (.4). Conference call with J. Hughes and RAM re: discovery (.2). | 0.60 Hrs | 150.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

THROUGH NOVEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/25/08 | RAM | Telephone conference with MLL re: today's R. 9(c) conference; read his email re: same. | 0.10 Hrs | 32.00 |
| 11/25/08 | MLL | 9C conference with counsel (.3). Write client (.3). Review briefly client documents re: other claims (.4) | 1.00 Hrs | 250.00 |
| 11/26/08 | MLL | Receipt and review of plaintiff's motions for default as to co-defendant | 0.20 Hrs | 50.00 |

TOTAL LEGAL SERVICES          $1,067.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.60 | 320.00 | 192.00 |
| Matthew L. Lunenfeld | 3.50 | 250.00 | 875.00 |
| | 4.10 | | $1,067.00 |

TOTAL THIS BILL          $1,067.00

Page 2



## CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 8, 2009
Bill Number  103994
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH NOVEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/04/08 | RAM | Send September fee application to fee auditor. | 0.10 Hrs | 32.00 |
| 11/05/08 | RAM | Work on quarterly fee application (.2); send it to Delaware counsel to file (.1). | 0.30 Hrs | 96.00 |
| 11/21/08 | RAM | Work on October fee application. | 1.00 Hrs | 320.00 |
| 11/26/08 | RAM | Work on October fee application (.2); send it to in-house counsels to review (.1). | 0.30 Hrs | 96.00 |

TOTAL LEGAL SERVICES        $544.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.70 | 320.00 | 544.00 |
| | 1.70 | | $544.00 |

TOTAL THIS BILL        $544.00

Page 1

**EXHIBIT B**
(Expense Detail)

**EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)    $17,807.49 | |
| • non-asbestos matters (2725.40)    $   0.00 | |
| TOTAL LITIGATION AND LITIGATION CONSULTING | $17,807.49 |
| FEE APPLICATION – APPLICANT | $45.78 |
| TOTAL EXPENSES | $17,853.27 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 13, 2009
Bill Number  104831
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH NOVEMBER 30, 2008

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 11/30/08 | EXCESS POSTAGE | 6.48 | |
| | | | $6.48 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/10/08 | MERRILL COMMUNICATIONS, LLC: copies on 9/26/08. | 1,759.96 | |
| 11/10/08 | MERRILL COMMUNICATIONS, LLC: Old interrogatories for criminal project - 10/24/08. | 1,270.08 | |
| | | | $3,030.04 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/04/08 | 23 copies at $.10 per copy | 2.30 | |
| 11/17/08 | 2 copies at $.10 per copy | 0.20 | |
| | | | $2.50 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 11/03/08 | Rent and utilities for document repository at One Winthrop Square - November 2008. | 12,761.70 | |
| | | | $12,761.70 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

**COSTS**

THROUGH NOVEMBER 30, 2008

MISCELLANEOUS

| Date | Description | Amount | |
|------|-------------|--------|---|
| 11/10/08 | RECORDKEEPER ARCHIVE CENTERS,: Storage 11/01/08 through 11/30/08. | 744.70 | |
| 11/12/08 | ANGELA ANDERSON: Supplies for project. | 187.07 | |
| 11/19/08 | WILLIAM WALSH, INC.: Move boxes from 10 Winthrop Square back to W.R. Grace in Cambridge. | 1,075.00 | |
| | | | $2,006.77 |
| | TOTAL COSTS | | $17,807.49 |
| | TOTAL THIS BILL | | $17,807.49 |

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 13, 2009
Bill Number  104832
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH NOVEMBER 30, 2008

FEDERAL EXPRESS

| | | |
|---|---|---|
| 11/18/08 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl and Jones, Patricia Cuniff from Casner and Edwards on October 30, 2008. | 17.83 |
| 11/18/08 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on November 5, 2008. | 27.95 |
| | | $45.78 |
| | TOTAL COSTS | $45.78 |
| | TOTAL THIS BILL | $45.78 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors

in the above-captioned action, and that on the 14th day of January, 2009, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Eighty-Sixth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from November 1, 2008 through November 30, 2008.**

_____

Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 14th day of January 2009.

Notary Public
My Commission Expires: ___11/4/09___

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
12- E-Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1250
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044


*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm


*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*E-mail:  bruhlander@whsmithlaw.com*
(Fee Auditor)
Bobbie Ruhlander
Warren H. Smith & Associates

*Email:  khill@svglaw.com*
(Delaware Counsel to Hon. Alexander M.
Sanders, Jr.
Property Damages Future Claims
Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.

*Email:  arich@alanrichlaw.com*
(Counsel to Hon. Alexander M. Sanders, Jr.
Property Damages Future Claims
Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire