# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

Objection Deadline: December 22, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE EIGHTY-EIGHTH MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | October 1 through October 31, 2008 |
| Amount of fees sought as actual, reasonable and necessary: | $180,835.00 |
| Amount of expenses sought as actual, reasonable and necessary | $97,238.00 |

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

US_ACTIVE-100802557.1-SAAMENT

| | | | | | |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| | | | | | |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | Pending | Pending |

As indicated above, this is the eighty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 16 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position in the Applicant | Number of Years in Position as Attorney | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 37 Years | Litigation | $675.00 | 16.50 | $11,137.50 |
| Lawrence E. Flatley | Partner | 33 Years | Litigation | $620.00 | 3.20 | $1,984.00 |
| Douglas E. Cameron | Partner | 24 Years | Litigation | $615.00 | 58.30 | $35,854.50 |
| Antony B. Klapper | Partner | 14 Years | Litigation | $575.00 | 104.70 | $60,202.50 |
| Margaret L. Sanner | Of Counsel | 22 Years | Litigation | $445.00 | 4.40 | $1,958.00 |
| Traci Sands Rea | Partner | 13 Years | Litigation | $435.00 | 43.90 | $19,096.50 |
| Margaret E. Rutkowski | Associate | 12 Years | Litigation | $400.00 | 21.10 | $8,440.00 |
| Andrew J. Muha | Associate | 7 Years | Litigation | $385.00 | 4.90 | $1,886.50 |
| Rebecca E. Aten | Associate | 5 Years | Litigation | $335.00 | 32.10 | $10,753.50 |
| Alexandria C. Samuel | Associate | 1 Year | Litigation | $260.00 | 40.70 | $10,582.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position in the Applicant | Number of Years in Position | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 16 Years | Bankruptcy | $230.00 | 2.40 | $552.00 |
| Mark D. Pellis | Senior Research Librarian | 3 Years | Knowledge Management | $190.00 | .70 | $133.00 |
| Jennifer L. Taylor-Payne | Paralegal | 11 Years | Litigation | $200.00 | 19.20 | $3,840.00 |
| Marguerita T. Young-Jones | Senior Research Librarian | 8 Years | Knowledge Management | $185.00 | 5.40 | $999.00 |
| Aleksandra Chernin | Senior Research Librarian | 13 Years | Knowledge Management | $185.00 | 1.70 | $314.50 |
| Anthony G. Avitia | Senior Research Librarian | 13 Years | Knowledge Management | $180.00 | 9.50 | $1,710.00 |
| Julie K. Masal | Analyst | 8 Years | Knowledge Management | $170.00 | 13.50 | $2,295.00 |

6

| Name of Professional Person | Position with the Applicant | Number of Years in Position | Department | Hourly Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|---|
| Amy E. Denniston | Senior Research Librarian | 10 Years | Knowledge Management | $170.00 | 6.70 | $1,139.00 |
| Sharon A. Ament | Paralegal | 4 Years | Litigation | $165.00 | 29.90 | $4,933.50 |
| Mark C. Stirling | Temporary Paralegal | 1 Year | Litigation | $130.00 | 22.80 | $2,964.00 |
| Jason Jankowski | Research Specialist | 4 Years | Knowledge Management | $100.00 | .60 | $60.00 |

**Total Fees:  $180,835.00**

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 14.90 | $2,458.50 |
| ZAI | 93.40 | $30,375.50 |
| Fee Applications | 16.70 | $3,989.50 |
| Hearings | 2.30 | $1,414.50 |
| Claim Analysis Objection Resolution & Estimation | 75.30 | $40,522.50 |
| Montana Grand Jury Investigation | 239.60 | $102,074.50 |
| **Total** | **442.20** | **$180,835.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $4.65 | $.50 |
| Telecopy Expense | $15.00 | ----- |
| Courtlink | $18.52 | ----- |
| PACER | $30.88 | ----- |
| Westlaw | $873.93 | $6,222.12 |
| Lexis | $308.00 | ----- |
| Documentation Charge | $23.22 | ----- |
| IKON Copy Services/Outside Duplicating | $566.01 | ----- |
| Duplicating/Printing/Scanning | $341.50 | $2.40 |
| Express Mail Service | $55.83 | ----- |
| Courtier Service – Outside | $32.33 | ----- |
| Postage Expense | $4.72 | ----- |
| Consulting Fees | $88,098.63 | ----- |
| Meal Expense | $604.66 | ----- |
| Mileage Expense | $35.10 | ----- |
| SUBTOTAL | $91,012.98 | $6,225.02 |
| **TOTAL** | **$97,238.00** | |

8

Dated:   November 28, 2008             REED SMITH LLP
           Wilmington, Delaware

By: /s/ Kurt F. Gwynne
       Kurt F. Gwynne (No. 3951)
       1201 Market Street, Suite 1500
       Wilmington, DE 19801
       Telephone: (302) 778-7500
       Facsimile: (302) 778-7575
       E-mail: kgwynne@reedsmith.com

         and

       James J. Restivo, Jr., Esquire
       Lawrence E. Flatley, Esquire
       Douglas E. Cameron, Esquire
       435 Sixth Avenue
       Pittsburgh, PA 15219
       Telephone: (412) 288-3131
       Facsimile: (412) 288-3063

       Special Asbestos Products Liability Defense
       Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     1783679
One Town Center Road                    Invoice Date       11/26/08
Boca Raton, FL   33486                  Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            2,458.50
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT       $2,458.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      1783679 |
| One Town Center Road | Invoice Date        11/26/08 |
| Boca Raton, FL    33486 | Client Number        172573 |
| | Matter Number         60026 |

=================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 10/08/08 | Ament | Telephone call from K. Love from K&E re: hearing (.10); assist K&E with coordinating said hearing in Pittsburgh (.30); various e-mails and telephone calls re: same (.20); e-mails re: 10/20/08 omnibus hearing (.20); arrange for T. Rea to participate in said hearing (.10). | .90 |
| 10/09/08 | Ament | Various e-mails and meetings to coordinate logistics for K&E relating to hearings on 10/27/08 and 10/28/08 (.50); e-mails with T. Rea re: 12/15/08 omnibus hearing (.10). | .60 |
| 10/10/08 | Ament | Various e-mails and telephone calls to coordinate logistics for K&E relating to hearings on 10/27/08 and 10/28/08 (.50); e-mails re: 10/20/08 omnibus hearing (.10). | .60 |
| 10/14/08 | Ament | Circulate agenda for 10/20/08 omnibus hearing to team (.10); e-mails re: said hearing (.10). | .20 |
| 10/16/08 | Ament | E-mails re: 10/20/08 omnibus hearing. | .20 |

172573  W. R. Grace & Co.                          Invoice Number  1783679
60026   Litigation and Litigation Consulting       Page    2
        November 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| 10/17/08 | Ament | Circulate amended agenda re: 10/20/08 omnibus hearing to team (.10); telephone call from K. Love of K&E re: hearing (.10); follow-up e-mails with K. Love re: same (.10); coordinate logistics for K&E re: said hearing (.20); various e-mails and telephone calls re: same (.20). | .70 |
| 10/20/08 | Ament | Assist K&E with hearing preparation (.20); various e-mails and telephone calls re: logistics for same (.30). | .50 |
| 10/21/08 | Ament | Various e-mails and telephone calls to assist K&E with logistics for 10/27/08 hearing (.20); circulate agenda to team re: said hearing (.10). | .30 |
| 10/22/08 | Ament | Various e-mails, meetings and telephone calls to coordinate hearing preparation for K&E relating to 10/27/08 hearing (.90); telephone call from K. Love of K&E re: logistics of same (.20). | 1.10 |
| 10/23/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation re: 10/27/08 hearing (.80); e-mails with K. Love of K&E re: logistics re: same (.20); circulate agenda for 10/27/08 and 10/28/08 hearing to team (.10); various telephone calls with K. Love re: hearing preparation (.30); telephone call from K. Love re: exhibits (.10). | 1.50 |
| 10/24/08 | Ament | Various e-mails and telephone calls with K. Love re: logistics for hearing preparation for K&E re: 10/27/08 hearing (.30); various e-mails, telephone calls and meetings to coordinate same (.50); assemble exhibits for consolidated response re: objections (.20); hand deliver same to Judge Fitzgerald (.10); meet with D. Cameron re: hearing | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number  1783679
60026  Litigation and Litigation Consulting        Page   3
        November 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| | | preparation (.10). | |
| 10/25/08 | Ament | Various e-mails and telephone calls with K. Love to assist K&E with hearing preparation. | .50 |
| 10/26/08 | Ament | Various e-mails and telephone calls to assist K&E with hearing preparation and coordinate logistics of same. | 1.20 |
| 10/27/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation for hearing. (2.0); additional telephone calls and e-mails to assist K&E re: disclosure statement hearing (1.0). | 2.00 |
| 10/28/08 | Ament | Various telephone calls, e-mails and meetings to assist K&E with return of documents from 10/27/08 hearing. | 1.00 |
| 10/29/08 | Ament | Various e-mails, meetings and telephone calls to coordinate logistics for K&E hearing preparation re: 11/13/08 and 11/14/08 hearings. | .70 |
| 10/30/08 | Ament | Obtain and provide asbestos debtors' POR to D. Cameron for Grace purposes (.30); meet with A. Muha re: same (.10); follow-up e-mails with D. Cameron re: same (.10); various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation for Nov. (.70). | 1.20 |
| 10/31/08 | Ament | Various e-mails and telephone calls to assist K&E with hearing preparation for Nov. | .50 |

```
                                          ------
                           TOTAL HOURS     14.90
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 14.90 at $ 165.00 = | | 2,458.50 |

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        November 26, 2008

Invoice Number  1783679
Page    4

CURRENT FEES                                    2,458.50

                                            ------------
TOTAL BALANCE DUE UPON RECEIPT                  $2,458.50
                                            ============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                             Invoice Number      1783680
5400 Broken Sound Blvd., N.W.           Invoice Date      11/26/08
Boca Raton, FL 33487                    Client Number       172573

==============================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

    Fees                              30,375.50
    Expenses                               0.00

                TOTAL BALANCE DUE UPON RECEIPT       $30,375.50
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                Invoice Number      1783680
5400 Broken Sound Blvd., N.W.              Invoice Date        11/26/08
Boca Raton, FL 33487                       Client Number        172573
                                           Matter Number         60028

=================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 10/01/08 | Ament | Meet with R. Aten re: BNSF claim forms. | .10 |
| 10/06/08 | Samuel | Legal research and analysis re consumer products issues. | 6.20 |
| 10/07/08 | Samuel | Continued research re consumer products issues. | 1.50 |
| 10/08/08 | Restivo | Analysis of ZAI claim review materials. | .50 |
| 10/09/08 | Samuel | Continued research on consumer products issues. | 3.20 |
| 10/10/08 | Samuel | Update chart on consumer products issues (3.3); submit research to T. Rea (0.2). | 3.50 |
| 10/13/08 | Aten | Began drafting memo re: statute of limitations in specific states. | 2.90 |
| 10/13/08 | Rea | Analysis of ZAI research/claim assessment form. | 2.80 |
| 10/13/08 | Samuel | Meeting with Traci Rea (0.6); follow-up research (0.9). | 1.50 |
| 10/14/08 | Aten | Continue to draft/revise memo re: statute of limitations. | .80 |
| 10/14/08 | Rea | Research on ZAI claims. | 2.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1783680
60028  ZAI Science Trial                    Page    2
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/14/08 | Samuel | Review cases for follow-up email to T. Rea re consumer products issues. | 1.50 |
| 10/14/08 | Samuel | Review cases for follow-up email to T. Rea re consumer products issues. | 1.60 |
| 10/15/08 | Aten | Continue to draft memo analyzing statute of limitations. | 8.40 |
| 10/15/08 | Rea | Continue research on ZAI claims. | 3.10 |
| 10/15/08 | Samuel | Continue legal research re consumer products issues. | 3.50 |
| 10/16/08 | Aten | Continue to conduct case law research re: statute of limitations. | 6.80 |
| 10/16/08 | Rea | Continue research on ZAI claims. | 5.50 |
| 10/16/08 | Samuel | Continue research and meet with T. Rea re: same. | 2.10 |
| 10/17/08 | Rea | Continue research re: ZAI claims. | 1.50 |
| 10/17/08 | Samuel | Prepare updates to chart re: consumer products issues. | 1.40 |
| 10/20/08 | Rea | Continue research re: ZAI claims. | .20 |
| 10/21/08 | Ament | Circulate order establishing bar date relating to Canadian ZAI claims to team. | .10 |
| 10/21/08 | Rea | Review and analyze materials relating to ZAI claims. | .30 |
| 10/21/08 | Samuel | Continue research on consumer products issues. | 1.10 |
| 10/22/08 | Rea | Review additional research materials re: ZAI claims. | .80 |
| 10/22/08 | Samuel | Work on memorandum re: consumer products issues. | 3.10 |
| 10/23/08 | Rea | Continue research re: ZAI claims. | .20 |

```
172573 W. R. Grace & Co.                      Invoice Number  1783680
60028  ZAI Science Trial                      Page   3
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/23/08 | Samuel | Legal research and analysis re consumer products law issues in several states. | 6.00 |
| 10/24/08 | Aten | Continue to analyze case law re: statute of limitations and to draft/revise memo. | 3.40 |
| 10/24/08 | Samuel | Legal research and analysis re law issues in several states (2.9); finalize memorandum and email same to T. Rea (1.6). | 4.50 |
| 10/26/08 | Aten | Continue to read/analyze and to draft memo re: statute of limitations. | 1.40 |
| 10/27/08 | Aten | Continue to research and draft memo re: statute of limitations. | 5.30 |
| 10/27/08 | Rea | Review and analyze materials relating to ZAI claims. | .70 |
| 10/28/08 | Aten | Finalized memo on statute of limitations. | 2.70 |
| 10/28/08 | Rea | Continue research re: ZAI claims. | 1.20 |
| 10/30/08 | Ament | Circulate ZAI claiamnts' motion for class certification and memorandum of points and authorities in support of same to team. | .10 |
| 10/31/08 | Rea | Review and analyze materials relating to ZAI claims. | 1.30 |

```
                                               ------
                                  TOTAL HOURS   93.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 0.50 | at $ | 675.00 | = | 337.50 |
| Traci Sands Rea | 20.20 | at $ | 435.00 | = | 8,787.00 |
| Rebecca E. Aten | 31.70 | at $ | 335.00 | = | 10,619.50 |
| Alexandria C. Samuel | 40.70 | at $ | 260.00 | = | 10,582.00 |
| Sharon A. Ament | 0.30 | at $ | 165.00 | = | 49.50 |

```
                    CURRENT FEES                          30,375.50
```

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       November 26, 2008

Invoice Number   1783680
Page    4

                                            ------------
        TOTAL BALANCE DUE UPON RECEIPT       $30,375.50
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                                  Invoice Number      1783681
5400 Broken Sound Blvd., N.W.                Invoice Date        11/26/08
Boca Raton, FL 33487                         Client Number        172573

================================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

    Fees                          3,989.50
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,989.50
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W. R. Grace | | Invoice Number | 1783681 |
|---|---|---|---|
| 5400 Broken Sound Blvd., N.W. | | Invoice Date | 11/26/08 |
| Boca Raton, FL 33487 | | Client Number | 172573 |
| | | Matter Number | 60029 |

===================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/03/08 | Ament | Prepare spreadsheet for 30th quarterly fee application. | .20 |
| 10/08/08 | Ament | Continue preparing spreadsheet for 30th quarterly fee application. | .60 |
| 10/09/08 | Ament | Begin drafting 30th quarterly fee application summary and narrative. | .30 |
| 10/16/08 | Ament | E-mails re: Sept. monthly fee application and 30th quarterly fee application. | .10 |
| 10/17/08 | Muha | Review and revise fee and expense entries for September 2008 monthly fee application. | 1.00 |
| 10/20/08 | Ament | Attend to billing matters relating to Sept. monthly fee application (.20); e-mails and meet with A. Muha re: same (.10); attend to billing matters relating to 29th quarterly fee application (.20); e-mails with A. Muha re: same (.20). | .70 |
| 10/20/08 | Muha | Review changes submitted by T. Klapper and incorporate same into invoice for September 2008 fees and expenses. | .30 |
| 10/21/08 | Ament | E-mails re: consultant fees. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1783681
60029  Fee Applications-Applicant                 Page    2
       November 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 10/21/08 | Muha | E-mail to C. Ward re: consultant invoices for September 2008. | .10 |
| 10/22/08 | Ament | E-mails with D. Cameron re: billing matters (.10); begin drafting Sept. monthly fee application (.30); attend to billing matters relating to consultant fees (.10); various e-mails re: same (.10). | .60 |
| 10/23/08 | Ament | Attend to billing matters relating to consultant fee. | .10 |
| 10/23/08 | Lord | Research docket and draft CNO for Reed Smith August monthly fee application. | .40 |
| 10/24/08 | Ament | E-mails re: consultant fee. | .10 |
| 10/24/08 | Lord | E-file and perfect service of CNO to Reed Smith August monthly fee application. | .30 |
| 10/24/08 | Muha | Continue review and revisions to September 2008 fee and expense detail for monthly fee application. | 1.20 |
| 10/27/08 | Ament | E-mails re: Sept. monthly fee application (.10); meet with A. Muha re: consultant fee (.10); review invoices and begin calculating fees and expenses (.50). | .70 |
| 10/28/08 | Ament | Attend to billing matters (.20); review e-mail from D. Cameron re: same (.10); continue review of invoices and calculating of fees and expenses relating to Sept. monthly fee application (1.0); prepare spreadsheet re: same (.50); revisions to monthly fee application (.60). | 2.40 |
| 10/28/08 | Lord | Communicate with S. Ament re: Reed Smith September monthly fee application. | .10 |

```
172573  W. R. Grace & Co.                        Invoice Number  1783681
60029   Fee Applications-Applicant               Page    3
        November 26, 2008
```

| Date | Name | | Hours |
|------|------|---|------|

| Date | Name | | Hours |
|------|------|---|------|
| 10/28/08 | Muha | Attend to issues re: preparation of September 2008 monthly fee application. | .20 |
| 10/29/08 | Ament | Continue drafting 30th quarterly fee application summary and narrative (.70); continue calculating fees and expenses and creating spreadsheet re: same (1.20). | 1.90 |
| 10/29/08 | Lord | Prepare COS for Reed Smith September monthly fee application (.3); review and revise application (.3). | .60 |
| 10/29/08 | Muha | Final review of and revisions to September 2008 monthly fee application. | .70 |
| 10/30/08 | Ament | Finalize Sept. monthly fee application (.40); continue drafting narrative and summary of 30th quarterly fee application (.50); continue drafting spreadsheet re: same (.50). | 1.40 |
| 10/30/08 | Lord | Revise, e-file and perfect service of Reed Smith 87th monthly fee application. | 1.00 |
| 10/31/08 | Ament | Attend to billing matters relating to expenses for Oct. monthly fee application (.10); meet with A. Muha re: same (.10). | .20 |
| 10/31/08 | Muha | Research details regarding expense entries, including e-mails and phone call with T. Klapper re: same (.8); drafting materials re: explanation for entries (.6). | 1.40 |

```
                                                         ------
                                       TOTAL HOURS        16.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 4.90 | at $ | 385.00 | = | 1,886.50 |
| John B. Lord | 2.40 | at $ | 230.00 | = | 552.00 |
| Sharon A. Ament | 9.40 | at $ | 165.00 | = | 1,551.00 |

```
172573  W. R. Grace & Co.                      Invoice Number  1783681
 60029  Fee Applications-Applicant             Page    4
        November 26, 2008
```

```
                CURRENT FEES                          3,989.50


                                                   -------------
                TOTAL BALANCE DUE UPON RECEIPT        $3,989.50
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1783682
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL    33486                   Client Number       172573

===========================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                        1,414.50
        Expenses                        0.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,414.50
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1783682
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60030

==================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/24/08 | Cameron | Review materials for hearing. | .60 |
| 10/26/08 | Cameron | Review materials for hearing and e-mails regarding same. | .90 |
| 10/27/08 | Cameron | Meet with R. Finke regarding hearing issues (0.4); follow-up from hearing (0.4). | .80 |

                                              ------
                             TOTAL HOURS        2.30

| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |
| Douglas E. Cameron | 2.30 at $ 615.00 = | | 1,414.50 |

                    CURRENT FEES                    1,414.50


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT        $1,414.50
                                              ============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number     1783683
One Town Center Road                     Invoice Date      11/26/08
Boca Raton, FL    33486                  Client Number      172573

=========================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

Fees                              40,522.50
Expenses                               0.00

          TOTAL BALANCE DUE UPON RECEIPT        $40,522.50
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1783683
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/01/08 | Cameron | Attention to CMO issues and e-mails regarding same. | 1.10 |
| 10/01/08 | Rea | Planning re:  resolution of property damage claims (2.0); meeting with J. Restivo re: CMO (0.4). | 2.40 |
| 10/01/08 | Restivo | Prepare for and conference calls with client, and client and K&E (2.1); telephone conference (0.9); meeting with T. Rea re: CMO (0.4). | 3.40 |
| 10/02/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 10/02/08 | Cameron | Attention to CMO and proofs of claims issues (1.2); review Canadian limitations period issues (0.8); review settlement materials (0.4). | 2.40 |
| 10/02/08 | Flatley | E-mails and replies from T. Rea. | .20 |
| 10/02/08 | Rea | Analysis of process for property damage claims. | 1.50 |

172573  W. R. Grace & Co.                          Invoice Number  1783683
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        November 26, 2008


| Date | Name | | Hours |
|------|------|---|-------|
| 10/03/08 | Ament | Assist team with various issues relating to PD claims (.10); access Grace database and provide information to T. Rea relating to Children's Hospital proof of claim per request (.20); e-mails with T. Rea re: same (.10). | .40 |
| 10/03/08 | Cameron | Attention to CMO-related issues (0.8); e-mails and telephone call with T. Rea and R. Finke regarding same (0.9); review Canadian S/L issues (0.6). | 2.30 |
| 10/03/08 | Flatley | Call with T. Rea (0.2); e-mail to R. Senftleben (0.1); message for R. Aten (0.1). | .40 |
| 10/03/08 | Rea | Analyze procedure for PD claims. | .70 |
| 10/04/08 | Cameron | Review e-mails regarding CMO. | .60 |
| 10/05/08 | Cameron | Review S/L discovery issues (0.7); review lack of hazard discovery issues (0.6); review CMO and related materials for call with K&E (0.4). | 1.70 |
| 10/06/08 | Cameron | Review CMO materials from K&E (0.9); review Canadian claims information (0.8). | 1.70 |
| 10/06/08 | Flatley | E-mail from R. Senftleben and forward it (0.1); call with R. Aten re: expert's report (0.1). | .20 |
| 10/06/08 | Restivo | Correspondence with Speights, Cameron and Rea. | .80 |
| 10/07/08 | Cameron | Multiple calls and e-mails regarding Canadian limitations period arguments (0.8); review briefing (0.4). | 1.20 |
| 10/07/08 | Rea | Emails re:  property damage claims. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       November 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/07/08 | Restivo | File review and telephone conference with D. Speights (0.9); correspondence with J. Baer, et al. re:  argument dates on Canada Motion for Summary Judgment (0.6). | 1.50 |
| 10/08/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/08/08 | Cameron | Prepare for (0.6) and participate in call with K&E regarding CMO (0.8); follow-up from call (0.7). | 2.10 |
| 10/08/08 | Rea | Analysis of property damage procedure. | 3.90 |
| 10/08/08 | Restivo | Prepare for and K&E conference call re:  CMO issues (2.0); telephone calls with R. Finke and E. Westbrook (0.5). | 2.50 |
| 10/09/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/09/08 | Cameron | E-mails regarding CMO (0.5); review revised drafts (0.8). | 1.30 |
| 10/09/08 | Rea | Analysis of schedule for property damage claims. | 1.60 |
| 10/09/08 | Restivo | Telephone calls with E. Westbrook, R. Finke, et al. (0.7); emails with K&E, T. Rea, et al. (0.3). | 1.00 |
| 10/10/08 | Ament | Assist team with various issues relating to PD claims (.20); meet with T. Rea re: D. Hall (.10). | .30 |
| 10/10/08 | Cameron | Review revised CMO (0.3); review Court's summary judgment opinion and e-mails and calls regarding same (0.9); review Canadian S/L issues (0.4). | 1.60 |
| 10/10/08 | Flatley | E-mails and calls re: California decision. | .40 |
| 10/10/08 | Rea | Review and analysis of property damage decision. | 1.60 |

172573  W. R. Grace & Co.                              Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage   4
       (Asbestos)
       November 26, 2008


    Date    Name                                                Hours
    -------- -----------                                        -----

10/10/08 Restivo            Telephone call with T. Rea and D.      .30
                            Cameron.

10/11/08 Cameron            Review settlement and summary          .80
                            judgment issues.

10/12/08 Flatley            Review opinion granting summary        .60
                            judgment in our favor.

10/13/08 Ament              Assist team with various issues        .30
                            relating to PD claims (.20);
                            e-mail to team re: same (.10).

10/13/08 Flatley            With R. Aten re: decision from         .60
                            Judge Fitzgerald and follow-up
                            (0.3); e-mails and other follow-up
                            on decision (0.3).

10/14/08 Ament              Assist team with various issues        .20
                            relating to PD claims.

10/14/08 Cameron            Attention to Grace summary            2.10
                            judgment rulings and e-mails
                            regarding same (.60); attention to
                            Canadian claims summary judgment
                            materials and e-mails regarding
                            same (.90); attention to revised
                            CMO (.60).

10/14/08 Flatley            E-mails from/to R. Senftleben re:      .40
                            expert witness issues (0.2);
                            e-mails re: Macerich decision
                            (0.1); call with D. Cameron re:
                            Macerich decision (0.1).

10/14/08 Rea                Revised California Opinion (.4);       .60
                            revised property damage schedule
                            (.2).

10/14/08 Restivo            Correspondence and emails re:        1.00
                            Macerich and Speights' Canadian
                            claims.

10/15/08 Ament              Review docket.                         .20

10/15/08 Flatley            Review Macerich opinion (0.3);         .40
                            e-mails from/to R. Senftleben
                            (0.1).

172573 W. R. Grace & Co.                                    Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage   5
       (Asbestos)
       November 26, 2008


   Date   Name                                                    Hours
 -------- -----------                                             -----

 10/16/08 Ament             Assist team with various issues          .50
                            relating to PD claims (.40);
                            e-mail to team re: same (.10).

 10/16/08 Restivo           Review draft CMO (0.3); telephone        2.50
                            conference with Speights (0.8);
                            prepare for 10/20 Omnibus (0.9);
                            emails with client re: Canada
                            (0.5).

 10/17/08 Ament             Assist team with various issues          .20
                            relating to PD claims.

 10/20/08 Ament             Assist team with various issues          .20
                            relating to PD claims.

 10/20/08 Cameron           Telephone call with J. Restivo and       .60
                            T. Rea regarding Speights' claims
                            (0.2); review CMO issues (0.4).

 10/20/08 Rea               Analysis re: remaining claims.          1.50

 10/20/08 Restivo           Telephone conference with clients       3.00
                            and T. Rea (1.0); prepare and
                            participate in Omnibus Hearing
                            (2.0).

 10/21/08 Ament             Assist team with various issues          .20
                            relating to PD claims.

 10/21/08 Cameron           Telephone call with J. Restivo and       .60
                            meet with T. Rea regarding
                            Speights claims issues.

 10/21/08 Rea               Conference re: remaining claims.         .40

 10/22/08 Ament             Assist team with various issues          .10
                            relating to PD claims.

 10/23/08 Ament             Assist team with various issues          .20
                            relating to PD claims.

 10/23/08 Cameron           Review Grace settlement issue.           .40

 10/23/08 Rea               Analysis of remaining property          2.70
                            damage claims.

 10/24/08 Ament             Assist team with various issues          .20
                            relating to PD claims.

172573 W. R. Grace & Co.                              Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage   6
       (Asbestos)
       November 26, 2008


   Date   Name                                              Hours
   -------- -----------                                     -----

10/24/08 Rea            Emails re: Anderson Memorial          .60
                        claims.

10/27/08 Ament          Assist team with various issues       .20
                        relating to PD claims.

10/27/08 Cameron        Review materials regarding            .80
                        Speights' claims.

10/27/08 Rea            Comments on Case Management Order.    1.00

10/28/08 Ament          Assist team with various issues       .20
                        relating to PD claims.

10/28/08 Cameron        Review CMO and property damage       1.30
                        claims issues (0.9); attention to
                        Speights' claims (0.4).

10/28/08 Rea            Report re:  settlements.              .30

10/29/08 Ament          Assist T. Rea with various issues     .50
                        relating to PD claims (.40);
                        e-mails with client re: same (.10).

10/29/08 Cameron        Multiple e-mails and calls           1.10
                        regarding CMO issues (0.7); review
                        same (0.4).

10/29/08 Rea            Emails and telephone calls re:       2.90
                        settlements (.6); reviewed DGS
                        designation of record (2.3).

10/30/08 Ament          Assist team with various issues       .30
                        relating to PD claims (.20);
                        e-mails re: same (.10).

10/30/08 Aten           Reviewed case file re: DGS claims     .40
                        for counter designations re: DGS
                        appeal.

10/30/08 Cameron        Attention to CMO issues.             1.10

10/30/08 Rea            Designation of Record for DGS         .70
                        appeal.

10/31/08 Ament          Assist team with various issues       .20
                        relating to PD claims.

```
172573 W. R. Grace & Co.                          Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage    7
       (Asbestos)
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 10/31/08 | Cameron | Attention to summary judgment appeals (0.7); review materials regarding settlement issues (0.8); review CMO issues (0.4). | 1.90 |
| 10/31/08 | Rea | Prepared designated record for DGS appeal. | 1.10 |

```
                                              ------
                             TOTAL HOURS       75.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Lawrence E. Flatley | 3.20 | at $ | 620.00 | = | 1,984.00 |
| Douglas E. Cameron | 26.70 | at $ | 615.00 | = | 16,420.50 |
| James J. Restivo Jr. | 16.00 | at $ | 675.00 | = | 10,800.00 |
| Traci Sands Rea | 23.70 | at $ | 435.00 | = | 10,309.50 |
| Rebecca E. Aten | 0.40 | at $ | 335.00 | = | 134.00 |
| Sharon A. Ament | 5.30 | at $ | 165.00 | = | 874.50 |

```
                   CURRENT FEES                      40,522.50


                                               ------------
          TOTAL BALANCE DUE UPON RECEIPT        $40,522.50
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number     1783684
Invoice Date      11/26/08
Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

Fees                         102,074.50
Expenses                          0.00

TOTAL BALANCE DUE UPON RECEIPT      $102,074.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1783684
One Town Center Road                    Invoice Date       11/26/08
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60035

================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 10/01/08 | Klapper | Discuss state of the art issues with expert (1.3); review key docket entries and submissions from other regulatory agencies (3.2). | 4.50 |
| 10/02/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 10/03/08 | Klapper | Finish conversation with historical expert (.6); review key materials referenced by him for use in cross outlines for opposing experts and potential use with our experts (3.7). | 4.30 |
| 10/06/08 | Cameron | Attention to comments to expert report. | .90 |
| 10/07/08 | Cameron | Review expert reports (1.8); prepare for and participate in conference call with experts (0.6). | 2.40 |
| 10/07/08 | Denniston | Obtain copy of toxicology study text for A. Klapper. | 1.40 |
| 10/07/08 | Sanner | Email correspondence with A. Klapper re regulatory issues. | .30 |
| 10/07/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.80 |