```
172573 W. R. Grace & Co.                    Invoice Number  1783684
60035  Grand Jury Investigation             Page    2
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/08/08 | Cameron | Review and comment on expert materials. | .80 |
| 10/08/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.30 |
| 10/09/08 | Cameron | Prepare for call with experts. | 1.90 |
| 10/09/08 | Denniston | Prepare index of GAO reports. | .70 |
| 10/09/08 | Denniston | Research of materials prepared by trade associations between 1965-1985. | 1.60 |
| 10/09/08 | Klapper | Prepare for consulting meeting (2.3); lead meeting with consultants re regulatory and state of the art issues (6.2). | 8.50 |
| 10/09/08 | Masal | Research legislative and regulatory materials per A. Klapper's request. | 2.00 |
| 10/10/08 | Cameron | Prepare for (0.6); and participate in call with expert witnesses regarding status of reports (0.9). | 1.50 |
| 10/11/08 | Cameron | Attention to expert report materials. | 1.90 |
| 10/13/08 | Cameron | Review of expert report materials. | .70 |
| 10/13/08 | Klapper | Continue work on regulatory issues in preparation for trial. | 1.70 |
| 10/13/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.60 |
| 10/14/08 | Cameron | Review materials from experts (.90); e-mails regarding same (.50). | 1.40 |
| 10/14/08 | Klapper | Continue work on regulatory issues in preparation for trial. | 2.20 |
| 10/14/08 | Stirling | Continue research and compilation of key governmental documents. | 1.80 |
| 10/14/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.10 |

```
172573  W. R. Grace & Co.                          Invoice Number  1783684
60035   Grand Jury Investigation                   Page    3
        November 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/15/08 | Klapper | Continue work on regulatory issues in preparation for trial. | 2.50 |
| 10/15/08 | Stirling | Continue research and compilation of key governmental documents. | 4.30 |
| 10/15/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.60 |
| 10/16/08 | Cameron | Review materials from expert (.80); prepare for call (.60); telephone call with R. Finke (.30); additional materials from expert (.60). | 2.30 |
| 10/16/08 | Klapper | Meet with Kirkland regarding regulatory projects (2.1); continue work on regulatory projects (4.4). | 6.50 |
| 10/16/08 | Stirling | Continue research and compilation of key governmental documents. | 5.10 |
| 10/16/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.20 |
| 10/17/08 | Avitia | Research assistance obtaining historical statutes and regulations. | 2.20 |
| 10/17/08 | Klapper | Continue work on new regulatory projects. | 7.30 |
| 10/17/08 | Masal | Research assistance to A. Klapper re: historical regulations. | 3.20 |
| 10/17/08 | Pellis | Research re asbestos litigation for A. Klapper | .70 |
| 10/17/08 | Stirling | Continue Research and compilation of key governmental documents | 3.80 |
| 10/17/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .90 |
| 10/17/08 | Young-Jones | Research regarding statutes and regulations. | 2.30 |
| 10/18/08 | Cameron | Review additional materials received from experts. | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1783684
60035  Grand Jury Investigation             Page   4
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/20/08 | Avitia | Research assistance obtaining materials from local libraries and online related to historical statutes and regulations. | 2.90 |
| 10/20/08 | Cameron | Review materials from experts and e-mails regarding same. | 1.40 |
| 10/20/08 | Jankowski | Searched for a copy of legislative material per request of A. Klapper. | .60 |
| 10/20/08 | Klapper | Continue work on regulatory white paper and related state of the art issues. | 7.30 |
| 10/20/08 | Masal | For Tony Klapper: tracking down regulations. | 2.80 |
| 10/20/08 | Young-Jones | Research regarding historical statutes and regulations. | 3.10 |
| 10/21/08 | Avitia | Research assistance obtaining historical statutes and regulations. | 2.20 |
| 10/21/08 | Denniston | Research re: key regulatory materials. | .30 |
| 10/21/08 | Masal | For Tony Klapper: tracking down regulations. | 1.70 |
| 10/21/08 | Stirling | Continue research and compilation of key governmental documents. | 2.50 |
| 10/21/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 10/22/08 | Avitia | Research assistance obtaining historical statutes and regulations. | .60 |
| 10/22/08 | Cameron | Review materials from experts. | .60 |
| 10/22/08 | Klapper | Prepare for meeting with consultant (2.2); attend meeting with consultant (2.7). | 4.90 |
| 10/22/08 | Stirling | Continue research and compilation of key government documents | 1.80 |

172573  W. R. Grace & Co.
60035  Grand Jury Investigation
       November 26, 2008

Invoice Number  1783684
Page    5

| Date | Name | | Hours |
|------|------|---|-------|
| 10/22/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .90 |
| 10/23/08 | Cameron | Review additional material from expert. | .90 |
| 10/23/08 | Klapper | Continue work on regulatory white paper and related state of the art issues. | 5.20 |
| 10/23/08 | Masal | For Tony Klapper: tracking down regulations. | .80 |
| 10/24/08 | Cameron | Review revised drafts of reports from experts (1.9); e-mails regarding same (0.4). | 2.30 |
| 10/24/08 | Klapper | Continue work on regulatory white paper and related state of the art issues. | 6.10 |
| 10/24/08 | Masal | Research assistance to A. Klapper re: historical regulations. | 1.10 |
| 10/25/08 | Cameron | Review of expert materials. | 1.20 |
| 10/25/08 | Klapper | Continue work on regulatory white paper and related state of the art issues. | 5.30 |
| 10/26/08 | Klapper | Continue work on regulatory white paper and related state of the art issues. | 2.70 |
| 10/26/08 | Sanner | Review regulatory issues at request of A. Klapper. | 2.70 |
| 10/27/08 | Cameron | Review materials from R.J. Lee Group. | 1.20 |
| 10/27/08 | Klapper | Continue work on regulatory and state of the art issues, drafting white paper analysis. | 7.60 |
| 10/27/08 | Rutkowski | Review Montana register materials regarding asbestos regulations. | 2.30 |

172573 W. R. Grace & Co.                           Invoice Number  1783684
60035  Grand Jury Investigation                    Page   6
       November 26, 2008

     Date   Name                                                   Hours
     ------ -----------                                            -----

   10/27/08 Sanner          Follow up on regulatory issues           .90
                            (.6), including email
                            correspondence with A. Klapper re
                            same (.3).

   10/27/08 Taylor-Payne    Continue research and organization      1.30
                            of key governmental documents.

   10/28/08 Cameron         Review materials from R. Finke.          .90

   10/28/08 Klapper         Continue work on regulatory and         6.80
                            state of the art issues, drafting
                            white paper analysis.

   10/28/08 Rutkowski       Discussion with Ms. Sanner              2.10
                            regarding information found in
                            Montana register materials on
                            asbestos (.3); telephone
                            conference with Mr. Klapper, Ms.
                            Sanner re: same (.5); work on
                            outline on medical surveillance
                            for Mr. Klapper (1.3).

   10/28/08 Sanner          Conference with A. Klapper and M.        .50
                            Rutkowski re regulatory issues.

   10/28/08 Stirling        Prepared litigation documents in        1.70
                            regards to Grand Jury
                            Investigation for Jennifer
                            Taylor-Payne

   10/28/08 Taylor-Payne    Continue research and compilation        .90
                            of key governmental documents.

   10/29/08 Cameron         Telephone call with R. Finke            2.30
                            regarding status of criminal case
                            trial (0.4); review materials from
                            K&E (0.6); review expert witness
                            materials (1.3).

   10/29/08 Denniston       Research re: OSHA materials             2.70
                            requested by A. Klapper.

   10/29/08 Klapper         Continue work on regulatory and         6.40
                            state of the art issues, drafting
                            white paper analysis.

   10/29/08 Taylor-Payne    Continue research and compilation       1.10
                            of key governmental documents.

```
172573 W. R. Grace & Co.                    Invoice Number  1783684
60035  Grand Jury Investigation             Page   7
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|---|------|
| 10/30/08 | Cameron | Review expert materials relating to criminal trial issues (1.9); review prime trial preparation materials (1.3). | 3.20 |
| 10/30/08 | Klapper | Continue work on regulatory and state of the art issues, drafting white paper analysis. | 8.20 |
| 10/30/08 | Rutkowski | Work on regulatory analysis (2.0); work on government response (4.5); work on research state regulations (4.0); begin work on research on labeling (.2). | 10.70 |
| 10/30/08 | Stirling | Prepared litigation documents in regards to Grand Jury Investigation for Jennifer Taylor-Payne. | 1.80 |
| 10/30/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.50 |
| 10/31/08 | Avitia | Research assistance searching old regulations. | 1.60 |
| 10/31/08 | Chernin | Research for historical regulatory and administrative decisions re: asbestos. | 1.70 |
| 10/31/08 | Klapper | Continue work on regulatory and state of the art issues, drafting white paper analysis. | 6.70 |
| 10/31/08 | Masal | Research assistance to A. Klapper re: regulations. | 1.90 |
| 10/31/08 | Rutkowski | Research on labeling regulations (1.4); research multiple states' laws and regulations (3.8); emails and telephone calls with Mr. Klapper and Ms. Masul regarding research projects (.5); emails with librarians re: research projects (.3). | 6.00 |

```
                                            ------
                               TOTAL HOURS   239.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|

```
172573 W. R. Grace & Co.                    Invoice Number  1783684
60035  Grand Jury Investigation             Page    8
       November 26, 2008
```

```
-------------------------   ----------------------        -------
Douglas E. Cameron          29.30  at  $  615.00  =     18,019.50
Antony B. Klapper          104.70  at  $  575.00  =     60,202.50
Margaret L. Sanner           4.40  at  $  445.00  =      1,958.00
Margaret Rutkowski          21.10  at  $  400.00  =      8,440.00
Jennifer L. Taylor-Payne    19.20  at  $  200.00  =      3,840.00
Mark C. Stirling            22.80  at  $  130.00  =      2,964.00
Amy E. Denniston             6.70  at  $  170.00  =      1,139.00
Jason Jankowski              0.60  at  $  100.00  =         60.00
Aleksandra Chernin           1.70  at  $  185.00  =        314.50
Mark Pellis                  0.70  at  $  190.00  =        133.00
Anthony G. Avitia            9.50  at  $  180.00  =      1,710.00
Julie K. Masal              13.50  at  $  170.00  =      2,295.00
Marguerita T. Young-Jones    5.40  at  $  185.00  =        999.00

                    CURRENT FEES                       102,074.50

                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT     $102,074.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1783689
One Town Center Road                Invoice Date     11/26/08
Boca Raton, FL   33486              Client Number     172573

========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

     Fees                              0.00
     Expenses                        862.10

               TOTAL BALANCE DUE UPON RECEIPT      $862.10
                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1783689
One Town Center Road                          Invoice Date       11/26/08
Boca Raton, FL   33486                        Client Number        172573
                                              Matter Number         60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    IKON Copy Services                        35.10
    PACER                                      5.12
    Duplicating/Printing/Scanning            177.40
    Postage Expense                            4.72
    Mileage Expense                           35.10
    Meal Expense                             604.66

            CURRENT EXPENSES                             862.10
                                                    --------------

            TOTAL BALANCE DUE UPON RECEIPT           $862.10
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1783689
One Town Center Road                      Invoice Date     11/26/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/10/08 | PACER | 4.40 |
| 09/16/08 | PACER | .32 |
| 09/16/08 | PACER | .40 |
| 09/29/08 | Postage Expense - Pleadings | 4.72 |
| 10/03/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 10/07/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - COPYING | 35.10 |
| 10/09/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 156 COPIES | 15.60 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/20/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 224 COPIES | 22.40 |
| 10/20/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1783689
60026  Litigation and Litigation Consulting     Page    2
        November 26, 2008
```

| | | |
|---|---|---|
| 10/20/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 224 COPIES | 22.40 |
| 10/21/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 50 COPIES | 5.00 |
| 10/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 10/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 10/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 74 COPIES | 7.40 |
| 10/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 12 COPIES | 1.20 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 28 COPIES | 2.80 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 36 COPIES | 3.60 |

```
172573  W. R. Grace & Co.                      Invoice Number  1783689
60026  Litigation and Litigation Consulting     Page    3
        November 26, 2008
```

| Date | Description | Amount |
|------|-------------|-------:|
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 26 COPIES | 2.60 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 163 COPIES | 16.30 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 257 COPIES | 25.70 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

```
172573  W. R. Grace & Co.                          Invoice Number  1783689
60026   Litigation and Litigation Consulting       Page   4
        November 26, 2008
```

| | | |
|---|---|---|
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 10/31/08 | Mileage Expense - - VENDOR: TERESA A. MARTIN  -<br>ASSIST K&E FOR GRACE HEARING ON MONDAY | 35.10 |
| 10/31/08 | Meal Expense - - VENDOR: LIANG'S HUNAN - -<br>Dinner for 8 Kirkland & Ellis attorneys and 2<br>paralegals during hearing preparation on<br>10/26/2008. | 174.75 |
| 10/31/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - -  Lunch for 8 Kirkland & Ellis<br>attorneys and 2 paralegals during hearing<br>preparation on 10/26/2008. | 56.80 |
| 10/31/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - - Lunch for 18 attorneys and 2<br>paralegals at courthouse during 10/27/2008<br>hearing. | 349.11 |
| 10/31/08 | Meal Expense - - Drinks for 8 Kirkland & Ellis<br>attorneys and 2 paralegals in relation to<br>hearing on 10/27/2008. | 24.00 |

```
                        CURRENT EXPENSES                       862.10
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT         $862.10
                                                          ============
```

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1783690
5400 Broken Sound Blvd., N.W.        Invoice Date      11/26/08
Boca Raton, FL 33487                 Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                              0.00
    Expenses                      6,225.02

              TOTAL BALANCE DUE UPON RECEIPT        $6,225.02
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1783690
5400 Broken Sound Blvd., N.W.        Invoice Date       11/26/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        0.50
    Duplicating/Printing/Scanning            2.40
    Westlaw                              6,222.12

                CURRENT EXPENSES                     6,225.02

                                                -------------

                TOTAL BALANCE DUE UPON RECEIPT       $6,225.02
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1783690
5400 Broken Sound Blvd., N.W.            Invoice Date       11/26/08
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number         60028


===========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/06/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 1741.08 |
| 10/07/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 243.24 |
| 10/09/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 967.26 |
| 10/09/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 163.00 |
| 10/10/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 71.58 |
| 10/13/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/15/08 | Telephone Expense 212-345-7719/NEW YORK, NY/8 | .40 |
| 10/15/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 18.00 |
| 10/15/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 77.50 |
| 10/15/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 268.14 |
| 10/16/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 136.02 |
| 10/16/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 90.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1783690
60028  ZAI Science Trial                    Page   2
       November 26, 2008
```

| Date | Description | Amount |
|---|---|---|
| 10/16/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 1686.34 |
| 10/16/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 260.16 |
| 10/22/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/22/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/22/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/27/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 307.80 |
| 10/27/08 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 10/28/08 | Telephone Expense 617-426-5900/BOSTON, MA/2 | .10 |
| 10/28/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 192.00 |
| 10/28/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/31/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

```
                        CURRENT EXPENSES                6,225.02
                                                       ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $6,225.02
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1783691
One Town Center Road                      Invoice Date        11/26/08
Boca Raton, FL   33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                            0.00
    Expenses                       72.07

                  TOTAL BALANCE DUE UPON RECEIPT        $72.07
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1783691
One Town Center Road                     Invoice Date      11/26/08
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60033

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        2.95
        PACER                                   25.52
        Duplicating/Printing/Scanning           43.60

                    CURRENT EXPENSES                         72.07
                                                      --------------

                    TOTAL BALANCE DUE UPON RECEIPT          $72.07
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1783691 |
| One Town Center Road | Invoice Date | 11/26/08 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/03/08 | PACER | .32 |
| 09/15/08 | PACER | 25.20 |
| 10/02/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 21 COPIES | 2.10 |
| 10/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 10/02/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 163 COPIES | 16.30 |
| 10/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 10/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 10/07/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/22 | 1.05 |
| 10/07/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .20 |
| 10/07/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |

```
172573 W. R. Grace & Co.                          Invoice Number  1783691
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       November 26, 2008
```

| Date | Description | Amount |
|------|-------------|--------|
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 10/09/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .40 |
| 10/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 10/16/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/13 | .65 |
| 10/17/08 | Telephone Expense<br>312-233-3529/CHICAGO, IL/4 | .20 |
| 10/23/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 99 COPIES | 9.90 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/29/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/10 | .45 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/31/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 9 COPIES | .90 |
| 10/31/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                           Invoice Number  1783691
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       November 26, 2008

                    CURRENT EXPENSES                        72.07
                                                      -------------
                    TOTAL BALANCE DUE UPON RECEIPT       $72.07
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1783692
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL    33486                   Client Number       172573

=================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                              0.00
    Expenses                     90,078.81

                    TOTAL BALANCE DUE UPON RECEIPT      $90,078.81
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      1783692
One Town Center Road                Invoice Date        11/26/08
Boca Raton, FL    33486             Client Number        172573
                                    Matter Number         60035

=======================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 1.70 |
| Telecopy Expense | 15.00 |
| Courtlink | 18.52 |
| PACER | 0.24 |
| Documentation Charge | 23.22 |
| Duplicating/Printing/Scanning | 120.50 |
| Lexis | 308.00 |
| Westlaw | 873.93 |
| Express Mail Service | 55.83 |
| Consulting Fees | 88,098.63 |
| Courier Service - Outside | 32.33 |
| Outside Duplicating | 530.91 |

CURRENT EXPENSES                90,078.81
                                --------------

TOTAL BALANCE DUE UPON RECEIPT        $90,078.81
                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1783692 |
| Invoice Date | 11/26/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

===============================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/16/08 | Express Mail Service | 7.40 |
| 09/16/08 | Documentation Charge The American Industrial Hygiene Association: Its History and... 23.22 | 23.22 |
| 09/17/08 | Courtlink | 18.52 |
| 09/17/08 | PACER | .24 |
| 09/22/08 | Express Mail Service | 24.95 |
| 09/25/08 | Courier Service - UPS - Shipped  to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 16.85 |
| 09/25/08 | Courier Service - UPS - Shipped  to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 15.48 |
| 10/09/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 31.34 |
| 10/09/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 88.77 |
| 10/09/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 2.46 |
| 10/09/08 | Express Mail Service | 7.93 |
| 10/09/08 | Express Mail Service | 15.55 |
| 10/10/08 | Duplicating/Printing/Scanning ATTY # 7015; 237 COPIES | 23.70 |

```
172573 W. R. Grace & Co.                        Invoice Number  1783692
60035  Grand Jury Investigation                 Page   2
       November 26, 2008
```

| | | |
|---|---|---|
| 10/14/08 | Outside Duplicating - - VENDOR: SUPERIOR<br>DOCUMENT SERVICES - COPY RECORDS FOR T KLAPPER | 530.91 |
| 10/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 196 COPIES | 19.60 |
| 10/16/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 139 COPIES | 13.90 |
| 10/16/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 236 COPIES | 23.60 |
| 10/16/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 148 COPIES | 14.80 |
| 10/16/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 57 COPIES | 5.70 |
| 10/16/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 121 COPIES | 12.10 |
| 10/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/17/08 | Westlaw - - Legal research re: historical<br>statutes and regulations in relation to grand<br>jury proceeding. | 66.50 |
| 10/21/08 | Telephone Expense<br>773-272-3521/CHICAGO, IL/15 | .75 |
| 10/22/08 | Telephone Expense<br>518-474-5355/ALBANY, NY/4 | .15 |
| 10/23/08 | Telephone Expense<br>518-474-5355/ALBANY, NY/4 | .20 |
| 10/24/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 47 COPIES | 4.70 |
| 10/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1783692
60035  Grand Jury Investigation                   Page   3
       November 26, 2008


| | | |
|---|---|---:|
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/30/08 | Telephone Expense<br>202-693-2000/WASHINGTON, DC/6 | .30 |
| 10/30/08 | Telephone Expense<br>202-693-1648/WASHINGTON, DC/6 | .30 |
| 10/30/08 | Telecopy Expense<br>Fax Number: 12026931648 | 15.00 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 3.63 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 11.61 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 13.38 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 16.07 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 71.31 |
| 10/30/08 | Westlaw - - Legal research re: historical<br>statutes and regulations in relation to grand<br>jury proceeding. | 67.80 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/31/08 | Duplicating/Printing/Scanning<br>ATTY # 10428; 14 COPIES | 1.40 |
| 10/31/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 52.74 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
       November 26, 2008

Invoice Number  1783692
Page   4

| Date | Description | Amount |
|---|---|---|
| 10/31/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 1.67 |
| 10/31/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 3.69 |
| 10/31/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 11.33 |
| 10/31/08 | Westlaw - - Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 409.80 |
| 10/31/08 | Westlaw - - Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 17.26 |
| 10/31/08 | Westlaw - - Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 95.42 |
| 10/31/08 | Westlaw - - Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 217.15 |
| 10/31/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 11/11/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - CONSULTANT FEES FOR WORK ON GRAND JURY/CRIMINAL MATTER IN OCTOBER 2008, INCLUDING ANALYSIS AND EVALUATION OF STATUTES AND REGULATIONS APPLICABLE TO GRACE OPERATIONS. | 88098.63 |

CURRENT EXPENSES          90,078.81

TOTAL BALANCE DUE UPON RECEIPT     $90,078.81