# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  January 21, 2009 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE EIGHTY-NINTH MONTHLY INTERIM
## <u>PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008</u>

Name of Applicant:                                      Reed Smith LLP
Authorized to Provide Professional Services to:  W. R. Grace & Co., *et al.*, Debtors and
                                                                    Debtors-in-Possession

Date of Retention:                                      July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                             November 1 through November 30, 2008

Amount of fees sought as actual,
reasonable and necessary:                            $262,272.50

Amount of expenses sought as actual,
reasonable and necessary                             $66,906.64

This is a(n):  <u>X</u> monthly   ___ interim   ___ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO.: 20370
DT FILED: 12-29-08

US_ACTIVE-100909367.1-SAAMENT

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the eighty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 22 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 37 Years | Litigation | $675.00 | 35.70 | $24,097.50 |
| Douglas E. Cameron | Partner | 24 Years | Litigation | $615.00 | 71.10 | $43,726.50 |
| Antony B. Klapper | Partner | 14 Years | Litigation | $575.00 | 160.30 | $92,172.50 |
| Margaret L. Sanner | Of Counsel | 22 Years | Litigation | $445.00 | 21.20 | $9,434.00 |
| Traci Sands Rea | Partner | 13 Years | Litigation | $435.00 | 49.30 | $21,445.50 |
| Margaret E. Rutkowski | Associate | 12 Years | Litigation | $400.00 | 122.50 | $49,000.00 |
| Andrew J. Muha | Associate | 7 Years | Litigation | $385.00 | 7.0 | $2,695.00 |
| Alexandria C. Samuel | Associate | 1 Year | Litigation | $260.00 | 3.60 | $936.00 |

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $230.00 | 4.40 | $1,012.00 |
| Margaret A. Garlitz | Paralegal | 19 Years | Litigation | $200.00 | .30 | $60.00 |
| Yovana A. Burns | Paralegal | 10 Years | Litigation | $210.00 | .20 | $42.00 |
| Jennifer L. Taylor-Payne | Paralegal | 11 Years | Litigation | $200.00 | 25.10 | $5,020.00 |
| Marguerita T. Young-Jones | Senior Research Librarian | 8 Years | Knowledge Management | $185.00 | 1.0 | $185.00 |
| Aleksandra Chernin | Senior Research Librarian | 13 Years | Knowledge Management | $185.00 | 4.0 | $740.00 |
| Anne L. Salzberg | Analyst | 8 Years | Knowledge Management | $180.00 | 8.0 | $1,440.00 |
| Julie K. Masal | Analyst | 8 Years | Knowledge Management | $170.00 | 2.50 | $425.00 |
| Sharon A. Ament | Paralegal | 4 Years | Litigation | $165.00 | 24.90 | $4,108.50 |
| Mark C. Stirling | Temporary Paralegal | 1 Year | Litigation | $130.00 | 44.10 | $5,733.00 |

**Total Fees: $262,272.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 9.30 | $1,534.50 |
| Travel (Non-working) | 2.60 | $1,040.00 |
| ZAI | 15.70 | $6,439.50 |
| Fee Applications | 22.10 | $5,472.50 |
| Hearings | 20.00 | $11,472.00 |
| Claim Analysis Objection Resolution & Estimation | 87.00 | $48,253.50 |
| Montana Grand Jury Investigation | 422.70 | $185,537.50 |
| Property Damage Claim Appeals | 5.80 | $2,523.00 |
| **Total** | **585.20** | **$262,272.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $5.40 | $.55 |
| Telephone – Outside | $15.84 | ---- |
| Telecopy Expense | $1.00 | ---- |
| PACER | $3.36 | ---- |
| Lexis | $191.75 | ---- |
| Westlaw | $1,232.41 | $1,151.64 |
| Library External Charges | $10.41 | ---- |
| IKON Copy Services/Outside Duplicating | $38.30 | ---- |
| Duplicating/Printing/Scanning | $639.50 | $33.90 |
| Documentation Charge | $186.50 | ---- |
| Express Mail Service | $73.76 | ---- |
| Postage Expense | $.42 | ---- |
| Consulting Fees | $61,175.37 | ---- |
| Courier Service | $6.35 | ---- |
| Courier Service – Outside | $580.47 | ---- |
| Parking/Tolls/Other Transportation | $13.75 | |
| Mileage Expense | $35.10 | ---- |
| Meal Expense | $828.59 | ---- |
| Secretarial Overtime | $472.50 | ---- |
| General Expense – 11/17/08 two Court Calls for J. Restivo to participate in Omnibus Hearing; 10/14/08, 11/24/08 and 11/25/08 repository/document retrieval copy charges for D. Cameron | $209.77 | ---- |
| SUBTOTAL | $65,720.55 | $1,186.09 |
| **TOTAL** | **$66,906.64** | |

Dated:    December 29, 2008                           REED SMITH LLP
          Wilmington, Delaware

                                          By: /s/ Kurt F. Gwynne
                                              Kurt F. Gwynne (No. 3951)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE  19801
                                              Telephone:  (302) 778-7500
                                              Facsimile:  (302) 778-7575
                                              E-mail: kgwynne@reedsmith.com

                                                  and

                                              James J. Restivo, Jr., Esquire
                                              Lawrence E. Flatley, Esquire
                                              Douglas E. Cameron, Esquire
                                              435 Sixth Avenue
                                              Pittsburgh, PA  15219
                                              Telephone:  (412) 288-3131
                                              Facsimile:  (412) 288-3063

                                              Special Asbestos Products Liability Defense
                                              Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1796653
One Town Center Road                     Invoice Date     12/24/08
Boca Raton, FL   33486                   Client Number     172573

======================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                        1,534.50
        Expenses                        0.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,534.50
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number      1796653
One Town Center Road                  Invoice Date       12/24/08
Boca Raton, FL    33486               Client Number       172573
                                      Matter Number         60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 11/04/08 | Ament | E-mails with K. Love re: 10/27/08 hearing (.10); circulate 10/27/08 transcript to team (.10); meeting re: November hearing preparation for K&E (.10). | .30 |
| 11/05/08 | Ament | E-mails re: 11/13 and 11/14 hearing to assist K&E with logistics for hearing preparation. | .40 |
| 11/06/08 | Ament | Various e-mails and telephone calls to assist K&E with logistics for hearing preparation for 11/13 and 11/14 hearings. | .20 |
| 11/10/08 | Ament | Various e-mails, meetings and telephone calls to coordinate logistics for hearing preparation for K&E re: 11/13 and 11/14 hearings. | .50 |
| 11/11/08 | Ament | Various e-mails, telephone calls and meetings to assist K&E with logistics for hearing preparation for 11/13 and 11/14 hearings. | .80 |
| 11/12/08 | Ament | Telephone call from J. O'Neill re: hearing binders (.10); various e-mails and telephone calls to assist K&E with logistics for hearing preparation (.50); various e-mails and meetings with K. Love to assist with hearing preparation (.50); meet with D. Cameron re: | 2.00 |

172573 W. R. Grace & Co.                    Invoice Number  1796653
60026  Litigation and Litigation Consulting  Page    2
December 24, 2008


    Date   Name                                                Hours
   -------- -----------                                        -----
                        hearings (.10); update hearing
                        binders per J. O'Neill request
                        (.40); various e-mails and
                        telephone calls re: same (.30);
                        hand deliver hearing binders to
                        Judge Fitzgerald (.10).

   11/13/08 Ament       Various e-mails and meetings to          .40
                        assist K&E with hearing
                        preparation relating to 11/14
                        hearing (.20); assist K&E with
                        logistics for hearing preparation
                        relating to 11/24 and 12/15
                        hearings (.20).

   11/14/08 Ament       Various e-mails, meetings and            .70
                        telephone calls to assist K&E and
                        Pachulski with hearing preparation.

   11/17/08 Ament       Meet with D. Cameron re: Nov. and        .20
                        Dec. omnibus hearings (.10);
                        respond to e-mail from K. Love re:
                        11/24/08 hearing (.10).

   11/18/08 Ament       Various e-mails and telephone            .50
                        calls to assist K&E with logistics
                        for hearing preparation relating
                        to 11/24/08 hearing.

   11/19/08 Ament       Various e-mails and meetings to          .50
                        assist K&E with logistics for
                        hearing preparation relating to
                        11/24/08 omnibus hearing.

   11/21/08 Ament       Various e-mails, meetings and            .70
                        telephone calls to assist K&E with
                        logistics for 11/24/08 hearing
                        preparation.

   11/24/08 Ament       Various e-mails, meetings and           1.60
                        telephone calls to assist K&E with
                        hearing preparation (1.50); meet
                        with T. Rea re: hearing (.10).

   11/25/08 Ament       Various e-mails, meetings and            .50
                        telephone calls with chambers and
                        counsel re: 11/24/08 hearing.

                                                              ------
                                        TOTAL HOURS            9.30

172573 W. R. Grace & Co.                    Invoice Number  1796653
60026  Litigation and Litigation Consulting  Page    3
December 24, 2008


TIME SUMMARY              Hours        Rate         Value
------------------------  --------------------  -------
Sharon A. Ament           9.30  at  $  165.00  =  1,534.50

                          CURRENT FEES                     1,534.50


                                                  ------------
              TOTAL BALANCE DUE UPON RECEIPT        $1,534.50
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1796656
5400 Broken Sound Blvd., N.W.            Invoice Date        12/24/08
Boca Raton, FL 33487                     Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

         Fees                           1,040.00
         Expenses                           0.00

                      TOTAL BALANCE DUE UPON RECEIPT      $1,040.00
                                                         =============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number     1796656
5400 Broken Sound Blvd., N.W.         Invoice Date      12/24/08
Boca Raton, FL 33487                  Client Number      172573
                                      Matter Number       60027
```

================================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/24/08 | Rutkowski | Automobile travel from Richmond to Washington D.C. to work on cross-examination project (one-half non-work travel time). | 1.00 |
| 11/25/08 | Rutkowski | Automobile travel from Washington D.C. from Richmond to work on cross-examination project (one-half non-work travel time). | 1.60 |

```
                                            ------
                            TOTAL HOURS      2.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Margaret Rutkowski | 2.60 at $ 400.00 = | | 1,040.00 |

```
                     CURRENT FEES                      1,040.00


                                                  ------------
          TOTAL BALANCE DUE UPON RECEIPT            $1,040.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1796657
5400 Broken Sound Blvd., N.W.        Invoice Date        12/24/08
Boca Raton, FL 33487                 Client Number       172573


===============================================================================

Re:  W. R. Grace & Co.


(60028)  ZAI Science Trial

          Fees                       6,439.50
          Expenses                       0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $6,439.50
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1796657 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/27/08 | Samuel | Further legal research re ZAI claims. | 1.10 |
| 10/28/08 | Samuel | Draft email re research to T. Rea | .50 |
| 10/31/08 | Samuel | Review memo in preparation for meeting with T. Rea (.6); meet with T. Rea re updates to research (.2); review cases (.3). | 1.10 |
| 11/03/08 | Rea | Research re: ZAI claims. | .70 |
| 11/03/08 | Samuel | Review additional cases per T. Rea email (.7); email to T. Rea re same (.2). | .90 |
| 11/07/08 | Rea | Analysis of ZAI claims. | 2.60 |
| 11/10/08 | Rea | Call with K&E re: ZAI claim. | .30 |
| 11/10/08 | Restivo | Emails and telephone calls re: ZAI. | .50 |
| 11/11/08 | Rea | Reviewed ZAI claim material. | 1.20 |
| 11/13/08 | Rea | Call with K&E re: ZAI claims. | .30 |
| 11/13/08 | Restivo | Update Status Report and open issues. | .50 |
| 11/17/08 | Rea | Review, analyze and comments on ZAI aspects of issue in plan documents. | 5.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1796657
60028  ZAI Science Trial                    Page   2
December 24, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/25/08 | Rea | Call with M. Dierkes re: ZAI claims. | .10 |

```
                                                        ------
                                    TOTAL HOURS          15.70
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|--|--|------|--|-------|
| James J. Restivo Jr. | 1.00 | at | $ | 675.00 | = | 675.00 |
| Traci Sands Rea | 11.10 | at | $ | 435.00 | = | 4,828.50 |
| Alexandria C. Samuel | 3.60 | at | $ | 260.00 | = | 936.00 |

```
                        CURRENT FEES                         6,439.50


                                                        ------------
            TOTAL BALANCE DUE UPON RECEIPT                 $6,439.50
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number    1796658
5400 Broken Sound Blvd., N.W.                  Invoice Date      12/24/08
Boca Raton, FL 33487                           Client Number     172573


=================================================================================

Re:  W. R. Grace & Co.


(60029)   Fee Applications-Applicant

          Fees                          5,472.50
          Expenses                          0.00

                        TOTAL BALANCE DUE UPON RECEIPT      $5,472.50
                                                           ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1796658 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60029 |

=================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/08 | Ament | Attend to billing matters (.10); meet with A. Muha re: same (.10); e-mails with D. Cameron re: same (.10). | .30 |
| 11/04/08 | Ament | Attend to billing matters (.20); various e-mails, meetings and telephone calls re: same (.30). | .50 |
| 11/05/08 | Ament | E-mails re: billing matters (.10); calculate fees and expenses re: 30th quarterly fee application (1.60); continue preparation of spreadsheet re: same (.50); revisions to narrative re: 30th quarterly fee application (.10); e-mails with J. Lord re: Oct. monthly fee application (.10); meet with A. Muha re: same (.10). | 2.50 |
| 11/06/08 | Ament | E-mails and meet with A. Muha re: consultant fee for Oct. (.10); arrange for payment to Environ relating to June and July consultant fees (.20). | .30 |
| 11/06/08 | Muha | E-mails re: consultant fee for October 2008. | .10 |
| 11/07/08 | Muha | Review report from Fee Auditor and e-mail to D. Cameron re: same. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1796658
60029  Fee Applications-Applicant                 Page   2
December 24, 2008


      Date   Name                                              Hours
    -------- -----------                                       -----

   11/09/08 Ament          Continue calculating fees and         1.00
                           expenses for 30th quarterly fee
                           application (.80); revisions to
                           quarterly and narrative re: same
                           (.20).

   11/10/08 Muha           E-mails to/from T. Klapper re:        2.40
                           additional information to
                           supplement fee and expense detail
                           on grand jury matters (.4); review
                           and revise fee and expense detail
                           in Oct. 2008 fee application
                           materials, and research on various
                           entries to supplement fee and
                           expense detail entries (1.8);
                           e-mails with consultant re:
                           expenses for Oct. 2008 (.2).

   11/11/08 Ament          Attend to billing matters relating    1.00
                           to consultant fees (.20); meet
                           with A. Muha re: billing matters
                           (.10); complete calculations of
                           fees and expenses for 30th
                           quarterly fee application (.30);
                           revisions to narrative and summary
                           for quarterly fee application
                           (.30); provide same to A. Muha
                           (.10).

   11/11/08 Muha           Review, analyze and revise 30th       1.00
                           quarterly fee application.

   11/12/08 Ament          Review and respond to e-mail from      .60
                           J. Lord re: 30th quarterly fee
                           application (.10); various e-mails
                           and meetings with A. Muha re: same
                           (.10); finalize summary and
                           narrative re: same (.30); e-mail
                           same to J. Lord for DE filing
                           (.10).

   11/12/08 Lord           Revise and prepare Reed Smith 30th    1.50
                           quarterly fee application for
                           e-filing and service (1.4);
                           communicate with S. Ament re: same
                           (.1).

   11/13/08 Lord           Revise, e-file and perfect service     .80
                           of Reed Smith quarterly fee
                           application.

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
December 24, 2008

Invoice Number  1796658
Page   3

| Date | Name | | Hours |
|------|------|------|------|
| 11/14/08 | Muha | Continue review and revisions to Oct. 2009 monthly fee application, including supplementation of expense entry detail, and calls/emails with S. Greives re: details for legal research expenses. | 1.20 |
| 11/17/08 | Muha | Review and make additional changes to October 2008 fee and expense details for fee application. | 1.00 |
| 11/18/08 | Ament | E-mails re: Oct. monthly fee application. | .10 |
| 11/19/08 | Ament | Begin reviewing invoices for Oct. monthly fee application and calculating fees and expenses re: same (1.30); prepare spreadsheet re: same (.70); draft Oct. monthly fee application (.50); e-mails re: same (.10); provide fee application to A. Muha (.10). | 2.70 |
| 11/20/08 | Ament | Meet with A. Muha re: Oct. monthly fee application (.10); finalize same (.20); e-mail same to J. Lord for DE filing (.10); e-mails and meet with D. Cameron re: billing matters (.10). | .50 |
| 11/20/08 | Muha | Make final review of and revisions to Oct. 2008 monthly fee application materials and conferences with S. Ament re: filing. | 1.10 |
| 11/21/08 | Lord | Communicate with S. Ament re: Reed Smith October monthly fee application. | .20 |
| 11/24/08 | Lord | Research docket and draft CNO for Reed Smith September monthly fee application (.4); revise and prepare Reed Smith October monthly fee application for e-filing and service (.7); e-mail to S. Ament re: same (.2). | 1.30 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
December 24, 2008

Invoice Number  1796658
Page   4

| Date | Name | | Hours |
|------|------|---|-------|
| 11/25/08 | Ament | Various e-mails with J. Lord re: filing of Oct. monthly fee application (.20); e-mail to D. Cameron and A. Muha re: same (.10); meet with A. Muha re: same (.10); finalize fee application in preparation for 11/28/08 filing (.20). | .60 |
| 11/25/08 | Lord | E-file and perfect service of CNO to Reed Smith September monthly fee application (.3); prepare correspondence to Grace re: same (.2); communicate with S. Ament re: Reed Smith October fee application (.1). | .60 |
| 11/26/08 | Ament | E-mails re: Oct. monthly fee application. | .10 |
| 11/28/08 | Ament | File Oct. monthly fee application per D. Cameron request (.20); perfect service of same (.20); various e-mails re: same (.10). | .50 |

                                        ------
                          TOTAL HOURS    22.10

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 7.00 | at $ | 385.00 | = | 2,695.00 |
| John B. Lord | 4.40 | at $ | 230.00 | = | 1,012.00 |
| Sharon A. Ament | 10.70 | at $ | 165.00 | = | 1,765.50 |

                 CURRENT FEES                    5,472.50

                                            ------------
        TOTAL BALANCE DUE UPON RECEIPT        $5,472.50
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1796659
One Town Center Road                      Invoice Date      12/24/08
Boca Raton, FL    33486                    Client Number      172573

==============================================================================

Re:  W. R. Grace & Co.


(60030)   Hearings

          Fees                            11,472.00
          Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $11,472.00
                                                         =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1796659
One Town Center Road                Invoice Date     12/24/08
Boca Raton, FL    33486             Client Number     172573
                                    Matter Number       60030
```

===============================================================================

Re:  (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/12/08 | Cameron | Review materials relating to hearing and emails re:  same. | 1.30 |
| 11/14/08 | Cameron | Meet with R. Finke and K&E regarding hearing. | .50 |
| 11/24/08 | Rea | Preparation for, attendance at and participation in Omnibus Hearing and Canadian argument. | 8.00 |
| 11/24/08 | Restivo | Prepare for re-argument (2.8) ;Omnibus Hearing and re-argument at same (6.7); telephone call with R. Finke (0.3); meetings with D. Speights (0.4). | 10.20 |

```
                                       ------
                          TOTAL HOURS   20.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.80 | at $ 615.00 = | 1,107.00 |
| James J. Restivo Jr. | 10.20 | at $ 675.00 = | 6,885.00 |
| Traci Sands Rea | 8.00 | at $ 435.00 = | 3,480.00 |

```
               CURRENT FEES                          11,472.00


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT      $11,472.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1796660
One Town Center Road                    Invoice Date      12/24/08
Boca Raton, FL    33486                 Client Number      172573


================================================================================

Re:  W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              48,253.50
         Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $48,253.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1796660
One Town Center Road                Invoice Date      12/24/08
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|------|
| 11/02/08 | Cameron | Review materials for P.D. claims and CMO. | .90 |
| 11/03/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 11/03/08 | Restivo | Review new correspondence, pleadings, and communications for period 10/21 to 11/4. | 2.30 |
| 11/04/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 11/04/08 | Restivo | Review recent correspondence, pleadings, and memos (.9); telephone conference with S. Mandelsberg (.4). | 1.30 |
| 11/05/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/05/08 | Cameron | Review materials from J. Restivo. | .60 |
| 11/05/08 | Rea | Emails re:  DGS appeal. | .30 |
| 11/06/08 | Ament | Assist team with various issues relating to PD claims. | .10 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
December 24, 2008

Invoice Number  1796660
Page    2

| Date | Name | | Hours |
|------|------|--|-------|
| 11/06/08 | Cameron | Prepare for (0.3) and meet with J. Restivo and T. Rea regarding open issues (0.8); follow-up from meetings (0.8). | 1.90 |
| 11/06/08 | Rea | Conference and follow-up re: outstanding property damage claims. | 1.70 |
| 11/06/08 | Restivo | Strategy meeting with Rea and Cameron. | .70 |
| 11/07/08 | Cameron | Attention to ZAI proofs of claim and next steps (1.4); attention to CMO (.9). | 2.30 |
| 11/07/08 | Garlitz | Assist team with various issues relating to PD claims (.20); E-mail to team re: same (1.0). | .30 |
| 11/07/08 | Rea | Settlement discussions. | .20 |
| 11/09/08 | Cameron | Attention to CMO and ZAI claim issues. | 1.60 |
| 11/10/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/10/08 | Cameron | Attention to ZAI proof of claims issues (0.9); attention to Canadian claims (0.7). | 1.60 |
| 11/10/08 | Restivo | Telephone conference with Mandelsberg. | .30 |
| 11/11/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/11/08 | Cameron | Telephone call with R. Finke regarding multiple open issues (0.7); summary memo regarding same (0.6); review materials from K&E (1.8) | 3.10 |
| 11/12/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mails re: same (.10). | .40 |
| 11/12/08 | Cameron | Attention to open issues and ZAI claims review. | 1.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1796660
60033  Claim Analysis Objection Resolution  Page    3
       & Estimation (Asbestos)
December 24, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/12/08 | Restivo | Emails with K&E re:  various agendas and CMO material. | .40 |
| 11/13/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/13/08 | Cameron | Attention to ZAI claim issues. | .60 |
| 11/13/08 | Restivo | Update Status Report and open issues. | 1.00 |
| 11/14/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 11/14/08 | Cameron | Attention to remaining PD claims and appeals (0.4); attention to Canadian claims argument preparation (0.9). | 1.30 |
| 11/14/08 | Rea | Reviewed Anderson Memorial opinion. | .60 |
| 11/16/08 | Cameron | Attention to materials for Canadian claims motion for summary judgment argument. | 1.10 |
| 11/17/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 11/17/08 | Cameron | Review summary judgment argument materials. | 1.50 |
| 11/17/08 | Restivo | Receipt and review of Disclosure Statement and Plan of Reorganization with attention to PD claims issues (.9); update status report (.5). | 1.40 |
| 11/18/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/18/08 | Cameron | Attention to preparation materials for Canadian claims summary judgment argument (1.1); attention to ZAI proofs of claim (0.8). | 1.90 |
| 11/18/08 | Rea | Reviewed plan for issues re: PD claims (.6); preparation for argument on Canadian Statute of Limitation (2.8). | 3.40 |

172573  W. R. Grace & Co.                          Invoice Number  1796660
60033   Claim Analysis Objection Resolution       Page    4
          & Estimation (Asbestos)
December 24, 2008


| Date | Name | | Hours |
|------|------|------|-------|
| 11/19/08 | Ament | Assist team with various issues relating to PD claims (.60); various e-mails and meetings with team re: same (.20). | .80 |
| 11/19/08 | Cameron | Prepare for and meet with J. Restivo regarding preparation for argument on Canadian claims summary judgment motion (1.1); review briefs and summary judgment record regarding same (2.6). | 3.70 |
| 11/19/08 | Rea | Preparation for Canadian Argument. | .30 |
| 11/19/08 | Restivo | Prepare for re-argument on Canadian statute of limitations. | 4.60 |
| 11/20/08 | Ament | Assist team with various issues relating to PD claims (.60); various e-mails re: same (.20). | .80 |
| 11/20/08 | Cameron | Prepare for and meet with T. Rea and J. Restivo regarding summary judgment argument preparation (1.8); follow-up from meeting, including brief, case law and record review (1.9). | 3.70 |
| 11/20/08 | Rea | Continue preparation for Canadian Summary Judgment argument. | 5.90 |
| 11/20/08 | Restivo | Prepare for re-argument re: Canadian claims (4.8); telephone calls with client and D. Speights (1.3); emails with K&E re: Omnibus Hearing (.4). | 6.50 |
| 11/21/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/21/08 | Cameron | Review draft argument and briefing regarding Canadian claims argument (1.40); prepare for and participate in argument prep call (1.20); follow-up from call (.30). | 2.90 |
| 11/21/08 | Rea | Continue preparation for Canadian Summary Judgment argument. | 2.30 |

172573 W. R. Grace & Co.                    Invoice Number  1796660
60033  Claim Analysis Objection Resolution  Page    5
       & Estimation (Asbestos)
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/21/08 | Restivo | Prepare for re-argument re: Canadian claims (3.5); telephone calls with D. Speights, R. Finke and T. Rea (1.0). | 4.50 |
| 11/22/08 | Cameron | E-mails regarding summary judgment argument. | .80 |
| 11/22/08 | Rea | Continue preparation for Canadian Summary Judgment argument. | 3.00 |
| 11/23/08 | Cameron | Continued emails re: summary judgment argument. | .90 |
| 11/24/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/24/08 | Cameron | Emails regarding summary judgment argument (.60); e-mails regarding ZAI claims (.20). | .80 |
| 11/25/08 | Ament | Access Grace database and assist T. Rea with various issues relating to PD claims (.50); various e-mails and meetings re: same (.10). | .60 |
| 11/25/08 | Rea | Follow-up from Canadian argument. | 2.00 |
| 11/25/08 | Restivo | Correspondence and meetings re: Manitolia P.D. claim (.9); review CMO and other new filings (.6). | 1.50 |
| 11/26/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/26/08 | Rea | Review of plan documents re: property damage claims (2.9); draft of consent order re: alter and amend claims (1.3); discussions re: omnibus agenda (.5). | 4.70 |

```
                                                    ------
                                    TOTAL HOURS   · 87.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 32.90 at $ 615.00 = | | 20,233.50 |

172573 W. R. Grace & Co.                          Invoice Number  1796660
60033  Claim Analysis Objection Resolution        Page    6
       & Estimation (Asbestos)
December 24, 2008


        James J. Restivo Jr.      24.50  at  $  675.00  =   16,537.50
        Traci Sands Rea           24.40  at  $  435.00  =   10,614.00
        Sharon A. Ament            4.90  at  $  165.00  =      808.50
        Margaret A. Garlitz        0.30  at  $  200.00  =       60.00

                          CURRENT FEES                     48,253.50


                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $48,253.50
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1796661
One Town Center Road                    Invoice Date       12/24/08
Boca Raton, FL   33486                  Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                          185,537.50
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $185,537.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1796661
One Town Center Road                    Invoice Date     12/24/08
Boca Raton, FL   33486                  Client Number     172573
                                        Matter Number      60035

==============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

|         Date | Name          |                                                                                                                     | Hours |
| ------------ | ------------- | ------------------------------------------------------------------------------------------------------------------- | ----- |
| 10/29/08 | Rutkowski     | Work on regulatory analysis.                                                                                         | 3.40  |
| 10/31/08 | Taylor-Payne  | Continue research and compilation of key governmental documents.                                                    | .60   |
| 11/01/08 | Klapper       | Continue work on regulatory and state of the art issues, drafting white paper analysis.                             | 5.30  |
| 11/02/08 | Klapper       | Continue work on regulatory and state of the art issues, drafting white paper analysis.                             | 6.30  |
| 11/02/08 | Rutkowski     | Emails with Mr. Klapper re: research project for asbestos and legislation (.2); research on asbestos project (.9).   | 1.10  |
| 11/03/08 | Burns         | Confer with attorney regarding index of documents and prepare email to B. Stansbury with attached index.            | .20   |
| 11/03/08 | Cameron       | Review materials relating to expert reports.                                                                        | 1.90  |
| 11/03/08 | Chernin       | Researched legislative history and decisions re: decisions re: regulatory issues pertaining to asbestos-containing products. | 1.70  |
| 11/03/08 | Klapper       | Complete draft of regulatory issue outlines.                                                                        | 8.20  |

172573 W. R. Grace & Co.                     Invoice Number   1796661
60035 Grand Jury Investigation               Page    2
December 24, 2008


| Date | Name | | Hours |
|------|------|--|-------|

11/03/08 Rutkowski     Emails with librarian on research     2.40
                       project for asbestos (.8); review
                       materials on asbestos project
                       (.9); emails with Mr. Klapper on
                       asbestos research project (.2);
                       emails with librarians on other
                       parts of asbestos research
                       projects (.5).

11/03/08 Stirling      Received Exhibit documents from       1.50
                       regulatory agency and prepared
                       them for review by T. Klapper.

11/03/08 Young-Jones   Research re: legislative materials     .80
                       requested by T. Klapper.

11/04/08 Cameron       Review materials from RJ Lee Group    1.90
                       regarding database (1.7); e-mails
                       regarding same (0.2).

11/04/08 Chernin       Researched legislative history and    1.80
                       decisions re: decisions re:
                       regulatory issues pertaining to
                       asbestos-containing products.

11/04/08 Klapper       Continue work on expert cross         7.40
                       outlines.

11/05/08 Cameron       Multiple e-mails regarding             .90
                       criminal case issues.

11/05/08 Chernin       Phone conferences regarding            .50
                       enforcement of statute, and
                       further research re: same.

11/05/08 Klapper       Participate on calls re regulatory    6.70
                       issues (1.4); continue work on
                       expert cross outlines (5.3).

11/05/08 Rutkowski     Conference call with Mr. Klapper,     4.40
                       Ms. Sanner, Ms. Taylor Payne
                       regarding cross-examination
                       project (.6); review materials
                       regarding cross-examination
                       project (3.5); emails with
                       librarians regarding research on
                       asbestos projects (.3).

11/05/08 Taylor-Payne  Continue research and compilation    1.00
                       of key governmental documents.

172573 W. R. Grace & Co.                        Invoice Number  1796661
60035 Grand Jury Investigation                  Page   3
December 24, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 11/05/08 | Young-Jones | Research re: legislative materials requested by T. Klapper. | .20 |
| 11/06/08 | Cameron | Review materials relating to EPA database and rebuttal expert materials. | 1.90 |
| 11/06/08 | Klapper | Prepare for meeting with expert (1.9); meet with expert re state of the art and regulatory issues (6.6). | 8.50 |
| 11/06/08 | Rutkowski | Emails to and with multiple local counsel regarding information on plaintiffs' experts for cross-examination in case (.6); review topics for cross-examination (.5); review emails from Mr. Klapper, Ms. Sanner, Ms. Taylor-Payne (.2). | 1.30 |
| 11/06/08 | Sanner | Review regulatory issues (.3); email correspondence with J. Taylor-Payne re same (.1). | .40 |
| 11/06/08 | Stirling | Continue research and compilation of key government documents. | 4.50 |
| 11/06/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.80 |
| 11/07/08 | Cameron | Attention to RJ Lee Group materials. | 1.20 |
| 11/07/08 | Klapper | Go over historical governmental issues with consultants (1.0); continue expert cross examination project (2.2). | 3.20 |
| 11/07/08 | Rutkowski | Multiple extensive emails with local counsel on transcripts of experts for cross-examination (1.1); emails with librarians regarding research on asbestos(.2); work on review of cross-examination outlines of experts for trial (4.7). | 6.00 |
| 11/07/08 | Salzberg | Research publications by expert witnesses. | 1.00 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
December 24, 2008

Invoice Number  1796661
Page   4

| Date | Name | | Hours |
|------|------|---|-------|
| 11/07/08 | Sanner | Email correspondence with M. Stirling, J. Taylor-Payne and M. Rutkowski re transcript collection issues. | .90 |
| 11/07/08 | Stirling | Continue research and compilation of key government documents. | 5.00 |
| 11/07/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.30 |
| 11/08/08 | Cameron | Attention to expert work. | 1.10 |
| 11/09/08 | Rutkowski | Emails with local counsel re: transcripts for experts (.2). | .20 |
| 11/10/08 | Cameron | Review materials for meeting with R.J. Lee Group (0.9); attention to EPA database issues (0.8). | 1.70 |
| 11/10/08 | Klapper | Continue work on expert cross outlines. | 4.30 |
| 11/10/08 | Rutkowski | Emails with local counsel on transcripts of experts(.4); working on expert cross project (4.1). | 4.50 |
| 11/10/08 | Sanner | Work on expert cross issues, including email correspondence with T. Klapper. | .20 |
| 11/10/08 | Stirling | Continue research and compilation of key government documents. | 1.80 |
| 11/10/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |
| 11/11/08 | Cameron | Attention to materials for meeting with expert. | 1.10 |
| 11/11/08 | Klapper | Continue work on expert cross outlines. | 6.20 |
| 11/11/08 | Rutkowski | Work on expert cross project (4.5); emails with local counsel on transcripts (.3). | 4.80 |
| 11/11/08 | Salzberg | Research publications by expert witnesses. | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1796661
60035 Grand Jury Investigation                    Page    5
December 24, 2008

| Date | Name | | Hours |
|------|------|--|-------|

11/11/08 Stirling        Continue research and compilation    5.00
                         of key government documents.

11/11/08 Taylor-Payne    Continue research and compilation    1.00
                         of key governmental documents.

11/12/08 Rutkowski       Work on expert cross-project         5.70
                         (5.2); emails and calls with Ms.
                         Sanner re: same (.3); emails with
                         local counsel on expert project
                         (.2).

11/12/08 Sanner          Work on transcript collection         .50
                         issues (.1); conference with M.
                         Stirling re same (.3); email
                         correspondence with A. Klapper re
                         same (.1).

11/12/08 Stirling        Continue research and compilation    5.00
                         of key government documents.

11/13/08 Cameron         Multiple calls and emails with R.    5.10
                         Finke re: open issues (.80);
                         prepare for and participate in
                         call with K&E and R. Finke and
                         follow-up for expert witness
                         (1.40); review multiple reports
                         and publications to prepare for
                         expert witness meeting (2.90).

11/13/08 Klapper         Prepare for meeting with            10.30
                         consultant (1.5); meet with
                         consultant re regulatory and state
                         of the art issues (6.8); follow-up
                         on regulatory issues based on
                         meeting (1.2); participate in
                         joint defense call (.8).

11/13/08 Rutkowski       Work on cross-examination            5.90
                         questions from experts (5.6);
                         emails from Mr. Klapper re:
                         specific questions from K&E (.3).

11/13/08 Sanner          Review themes of trial materials     2.70
                         to prepare for cross examination
                         of government experts.

11/13/08 Stirling        Continue research and compilation    4.80
                         of key government documents.

172573 W. R. Grace & Co.                         Invoice Number  1796661
60035 Grand Jury Investigation                   Page    6
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/13/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.40 |
| 11/14/08 | Cameron | Prepare for and meet with R. Finke and expert witnesses (3.2); follow-up from meeting (0.6). | 3.80 |
| 11/14/08 | Klapper | Continue work on expert cross examination outlines. | 6.40 |
| 11/14/08 | Rutkowski | Work on expert cross-examination outlines (.8); conference call with Ms. Sanner, Mr. Klapper and Ms. Taylor-Payne (.5); emails with Ms. Taylor-Payne regarding status of expert information retrieval (.2); finalize information for Mr. Klapper on section of cross-examination questions (2.3); review information on four experts and email Mr. Klapper re: pertinent information for review (4.5). | 8.30 |
| 11/14/08 | Sanner | Telephone conference with A. Klapper re project contours (.1); conference with M. Rutkowski re transcript (.4); conference with M. Stirling re IDEX issues (.2); conference with M. Rutkowski, J. Taylor-Payne, and A. Klapper re cross-examination project (.5). | 1.20 |
| 11/14/08 | Stirling | Continue research and compilation of key government documents. | 5.00 |
| 11/14/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.50 |
| 11/15/08 | Cameron | Follow-up from expert witness meetings. | 1.90 |
| 11/15/08 | Rutkowski | Work on expert cross-examination questions. | 2.20 |
| 11/16/08 | Cameron | Review expert report materials. | 1.40 |
| 11/16/08 | Rutkowski | Work on expert cross-examination outlines. | 5.30 |

172573 W. R. Grace & Co.                    Invoice Number  1796661
60035  Grand Jury Investigation             Page    7
December 24, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 11/17/08 | Cameron | Follow-up from expert witness meetings and review of reports and publications. | 2.90 |
| 11/17/08 | Klapper | Continue work on cross examination project. | 4.30 |
| 11/17/08 | Rutkowski | Emails and conference calls regarding formation of additional cross-examination issues (.6); discussions with Ms. Sanner re: scope of project (.2). | .80 |
| 11/17/08 | Salzberg | Research articles by expert witness. | .30 |
| 11/17/08 | Sanner | Review historical data for use in expert defense strategy. | 2.50 |
| 11/17/08 | Stirling | Continue research and compilation of key government documents. | 4.00 |
| 11/17/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.10 |
| 11/18/08 | Cameron | Review materials from expert. | 1.20 |
| 11/18/08 | Klapper | Continue work on cross examination project. | 5.80 |
| 11/18/08 | Rutkowski | Work on cross-examination project (10.3); discussion with librarians on cross-examination project (.5); discussions with Ms. Sanner on cross-examination project (.3). | 11.10 |
| 11/18/08 | Salzberg | Research expert witnesses. | .80 |
| 11/18/08 | Sanner | Conference with M. Rutkowski re trial prep work assigned by A. Klapper. | .50 |
| 11/18/08 | Stirling | Continue research and compilation of key government documents. | 5.00 |
| 11/18/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.90 |
| 11/19/08 | Cameron | Attention to publications and reports from experts. | 2.90 |

172573  W. R. Grace & Co.                          Invoice Number  1796661
60035  Grand Jury Investigation                    Page    8
December 24, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 11/19/08 | Klapper | Continue work on cross examination project. | 6.20 |
| 11/19/08 | Rutkowski | Work on cross-examination project (8.3); emails with Mr. Klapper, Ms. Sanner re: cross-examination project (.2); emails with librarian re: research on cross-examination project (.2). | 8.70 |
| 11/19/08 | Salzberg | Research cases re: expert witnesses for M. Rutkowski. | .50 |
| 11/19/08 | Sanner | Continue review of historical materials in connection with trial prep work assigned by A. Klapper. | 4.50 |
| 11/19/08 | Stirling | Continue research and compilation of key government documents. | 1.50 |
| 11/19/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |
| 11/20/08 | Cameron | Review and comment on expert materials. | 1.10 |
| 11/20/08 | Klapper | Continue work on cross examination project. | 5.30 |
| 11/20/08 | Rutkowski | Work on cross-examination project (3.4); work on expert challenge project (2.1). | 5.50 |
| 11/20/08 | Sanner | Work on new trial issues as requested by A. Klapper. | 7.40 |
| 11/20/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.10 |
| 11/21/08 | Cameron | Review revised materials from experts. | 1.80 |
| 11/21/08 | Klapper | Continue work on cross examination project (6.7); meet with consultants re regulatory project (1.0). | 7.70 |

172573 W. R. Grace & Co.                         Invoice Number  1796661
60035 Grand Jury Investigation                   Page   9
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/21/08 | Rutkowski | Work on expert background project (6.5); telephone conferences and emails with Mr. Klapper re: expert projects (.7); emails and telephone conference with librarian Ms. Salzberg re: expert project (.4). | 7.60 |
| 11/21/08 | Salzberg | Research state trial court appearances by expert witnesses. | 1.80 |
| 11/21/08 | Stirling | Continue research and compilation of key government documents. | 1.00 |
| 11/21/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 11/22/08 | Klapper | Continue work on cross examination project. | 6.20 |
| 11/22/08 | Rutkowski | Work on expert background project. | 2.30 |
| 11/23/08 | Klapper | Continue work on cross examination project. | 5.70 |
| 11/23/08 | Rutkowski | Work on expert background project. | 1.20 |
| 11/24/08 | Klapper | Continue work on cross examination outlines. | 8.70 |
| 11/24/08 | Masal | Research hearing transcript per request of T. Klapper. | 2.50 |
| 11/24/08 | Rutkowski | Work on cross-examination project for Mr. Klapper (6.2); emails and conference call with librarian regarding finding information on experts (.3). | 6.50 |
| 11/24/08 | Salzberg | Research state trial court appearances by expert witnesses. | 2.40 |
| 11/24/08 | Sanner | Email correspondence with A. Klapper re TSCA 8(e) issues. | .40 |
| 11/25/08 | Klapper | Continue work on cross examination outlines. | 9.20 |

172573 W. R. Grace & Co.                    Invoice Number   1796661
60035  Grand Jury Investigation            Page   10
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/25/08 | Rutkowski | Work on cross-examination project for criminal trial with Mr. Klapper (7.9); emails and telephone conference with librarian regarding research issues for cross-examination project (.3); emails and telephone calls with Ms. Taylor-Payne regarding cross-examination project (.4). | 8.60 |
| 11/25/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 4.00 |
| 11/26/08 | Cameron | Emails regarding RJ Lee Group work. | 1.30 |
| 11/26/08 | Klapper | Meet with consultants regarding regulatory issues (3.3); continue work on cross examination project (5.2) | 8.50 |
| 11/26/08 | Rutkowski | Discussion with Mr. Klapper regarding research on regulations (.2); finish work on expert project regarding prior cases (2.5). | 2.70 |
| 11/26/08 | Taylor-Payne | Continue research and compilation of key governmental documents | .30 |
| 11/27/08 | Klapper | Continue work on cross examination project. | 4.30 |
| 11/28/08 | Klapper | Continue work on cross examination project. | 5.10 |
| 11/29/08 | Cameron | Review RJ Lee Group materials. | 1.30 |
| 11/29/08 | Klapper | Continue work on cross examination project. | 6.20 |
| 11/29/08 | Rutkowski | Work on cross-examination for experts. | 1.90 |
| 11/30/08 | Klapper | Continue work on cross examination project. | 4.30 |
| 11/30/08 | Rutkowski | Work on cross-examination for experts. | 7.50 |

------

172573 W. R. Grace & Co.                          Invoice Number   1796661
60035 Grand Jury Investigation                    Page  11
December 24, 2008


                              TOTAL HOURS    422.70


TIME SUMMARY                  Hours          Rate            Value
-------------------------     ----------------------     -------
Douglas E. Cameron             36.40  at  $  615.00  =   22,386.00
Antony B. Klapper             160.30  at  $  575.00  =   92,172.50
Margaret L. Sanner             21.20  at  $  445.00  =    9,434.00
Margaret Rutkowski            119.90  at  $  400.00  =   47,960.00
Yovana A. Burns                 0.20  at  $  210.00  =       42.00
Jennifer L. Taylor-Payne       25.10  at  $  200.00  =    5,020.00
Mark C. Stirling               44.10  at  $  130.00  =    5,733.00
Anne L. Salzberg                8.00  at  $  180.00  =    1,440.00
Aleksandra Chernin              4.00  at  $  185.00  =      740.00
Julie K. Masal                  2.50  at  $  170.00  =      425.00
Marguerita T. Young-Jones       1.00  at  $  185.00  =      185.00

                      CURRENT FEES                      185,537.50


                                                       ------------
          TOTAL BALANCE DUE UPON RECEIPT               $185,537.50
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1796662
One Town Center Road                      Invoice Date      12/24/08
Boca Raton, FL    33486                    Client Number     172573

================================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

          Fees                           2,523.00
          Expenses                           0.00

                      TOTAL BALANCE DUE UPON RECEIPT      $2,523.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number     1796662
One Town Center Road                 Invoice Date      12/24/08
Boca Raton, FL    33486              Client Number      172573
                                     Matter Number       60038

================================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/10/08 | Rea | Received materials for appeals. | .40 |
| 11/11/08 | Rea | Reviewed materials for appeal. | 2.50 |
| 11/12/08 | Rea | Reviewed appeal information. | 1.60 |
| 11/13/08 | Rea | Reviewed material for appeals. | .50 |
| 11/20/08 | Rea | Reviewed mediation order. | .20 |
| 11/25/08 | Rea | Call with S. Mendelsburg re: appeal. | .10 |
| 11/28/08 | Rea | Review of prior mediation statement and order re: mediation. | .50 |

                                                  ------
                                 TOTAL HOURS        5.80


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Traci Sands Rea | 5.80 at $ 435.00 = | | 2,523.00 |

                   CURRENT FEES                        2,523.00

                                                   ------------
              TOTAL BALANCE DUE UPON RECEIPT          $2,523.00
                                                   ============