REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1796749
One Town Center Road                    Invoice Date      12/24/08
Boca Raton, FL    33486                 Client Number       172573

==================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                               0.00
          Expenses                       2,012.17

                    TOTAL BALANCE DUE UPON RECEIPT      $2,012.17
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1796749 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| IKON Copy Services | 33.30 |
| PACER | 0.80 |
| Duplicating/Printing/Scanning | 413.80 |
| Courier Service - Outside | 450.70 |
| Secretarial Overtime | 472.50 |
| Parking/Tolls/Other Transportation | 13.75 |
| Mileage Expense | 35.10 |
| Meal Expense | 522.72 |
| General Expense | 69.50 |

CURRENT EXPENSES                       2,012.17
                                    -------------

TOTAL BALANCE DUE UPON RECEIPT         $2,012.17
                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1796749 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/01/08 | PACER | .80 |
| 10/26/08 | Secretarial Overtime: Assist and prepare K&E for omnibus hearing. | 232.50 |
| 10/26/08 | Secretarial Overtime: Secretarial assistance to K&E for hearing prep. | 180.00 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to TED FREEDMAN KIRKLAND & ELLIS (NEW YORK NY 10022). | 13.54 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to JANET BAER KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to LISA ESAYRAN KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page    2
December 24, 2008

| | | |
|---|---|---|
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to CRAIG BRUENS KIRKLAND & ELLIS (NEW YORK NY 10022). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to JAMES E. O'NEILL PACHULSKI STANG ZIEHL JONES (WILMINGTON DE 19801). | 21.36 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Secretarial Overtime: Assisted Kirkland & Ellis at court. | 30.00 |
| 10/27/08 | Secretarial Overtime: Secretarial assistance to K&E for hearing prep. | 30.00 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                    Invoice Number  1796749
60026  Litigation and Litigation Consulting  Page    3
December 24, 2008

| | | |
|---|---|---|
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | General Expense - - VENDOR: JAMES J. RESTIVO,<br>JR.  - TWO COURT CALLS FOR W.R. GRACE OMNIBUS<br>HEARINGS | 69.50 |
| 11/10/08 | Meal Expense - - THE BAGEL FACTORY - Breakfast<br>for 8 attorneys and 2 paralegals on 11/13/08<br>for Kirkland preparation for hearing. | 159.98 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                        Invoice Number  1796749
60026  Litigation and Litigation Consulting     Page   4
December 24, 2008


| | | |
|---|---|---|
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPY | 1.20 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - COPYING | 33.30 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
December 24, 2008

Invoice Number  1796749
Page    5

| | | |
|---|---|---:|
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 170 COPIES | 17.00 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 45 COPIES | 4.50 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 16 COPIES | 1.60 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 55 COPIES | 5.50 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 65 COPIES | 6.50 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 144 COPIES | 14.40 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 39 COPIES | 3.90 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 38 COPIES | 3.80 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page    6
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 80 COPIES | 8.00 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 150 COPIES | 15.00 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 66 COPIES | 6.60 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 90 COPIES | 9.00 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 35 COPIES | 3.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 85 COPIES | 8.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |

172573 W. R. Grace & Co.                                Invoice Number  1796749
60026  Litigation and Litigation Consulting            Page    7
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 19 COPIES | 1.90 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 475 COPIES | 47.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 46 COPIES | 4.60 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 48 COPIES | 4.80 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 59 COPIES | 5.90 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 7.50 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 7.50 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page    8
December 24, 2008

| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 64 COPIES | 6.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 324 COPIES | 32.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 9 COPIES | .90 |
| 11/19/08 | Meal Expense - - Lunch for 8 attorneys and 2<br>paralegals on 11/13/08 for Kirkland preparation<br>for hearing. | 158.55 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                      Invoice Number  1796749
60026  Litigation and Litigation Consulting   Page    9
December 24, 2008

| | | |
|---|---|---|
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting        Page   10
December 24, 2008

| | | |
|---|---|---|
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Mileage Expense - - VENDOR: TERESA A. MARTIN  -<br>ASSIST K&E FOR HEARING | 35.10 |
| 11/21/08 | Parking/Tolls/Other Transportation - - VENDOR:<br>TERESA A. MARTIN  - ASSIST K&E FOR HEARING | 13.75 |
| 11/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 762 COPIES | 76.20 |
| 11/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 11/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 49 COPIES | 4.90 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 100 COPIES | 10.00 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 334 COPIES | 33.40 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 7.50 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page  11
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/30/08 | Meal Expense - - Drinks for 10 people during<br>hearing preparation meeting, 11/13/08. | 16.00 |
| 11/30/08 | Meal Expense - - EADIES KITCHEN & MARKET OF<br>PIT - Lunch for 6 attorneys and 1 paralegal on<br>11/14/08 relating to hearing. | 101.32 |
| 11/30/08 | Meal Expense - - EADIES KITCHEN & MARKET OF PIT<br>- Breakfast for 6 attorneys and 1 paralegal on<br>11/14/08 relating to hearing. | 86.87 |

                              CURRENT EXPENSES                  2,012.17
                                                               ------------
                              TOTAL BALANCE DUE UPON RECEIPT    $2,012.17
                                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1796750
5400 Broken Sound Blvd., N.W.         Invoice Date      12/24/08
Boca Raton, FL 33487                  Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                              0.00
         Expenses                      1,186.09

                    TOTAL BALANCE DUE UPON RECEIPT      $1,186.09
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1796750
5400 Broken Sound Blvd., N.W.        Invoice Date        12/24/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

===============================================================================

Re: ZAI Science Trial


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.55
        Duplicating/Printing/Scanning           33.90
        Westlaw                               1,151.64

                    CURRENT EXPENSES                      1,186.09
                                                       -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $1,186.09
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1796750
5400 Broken Sound Blvd., N.W.        Invoice Date     12/24/08
Boca Raton, FL 33487                 Client Number     172573
                                     Matter Number      60028


==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/21/08 | Westlaw A. Samuel research re: ZAI claims issues. | 150.60 |
| 10/22/08 | Westlaw A. Samuel research re: ZAI claims issues. | 486.36 |
| 10/23/08 | Westlaw A. Samuel research re: ZAI claims issues. | 166.38 |
| 10/24/08 | Westlaw A. Samuel research re: ZAI claims issues. | 348.30 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 0349; 330 COPIES | 33.00 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/10/08 | Telephone Expense 312-861-2353/CHICAGO, IL/8 | .35 |
| 11/13/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

```
172573 W. R. Grace & Co.                      Invoice Number  1796750
60028  ZAI Science Trial                      Page    2
December 24, 2008
```

| Date | Description | Amount |
|------|-------------|--------|
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/25/08 | Telephone Expense<br>212-478-7360/NEW YORK, NY/5 | .20 |

```
                        CURRENT EXPENSES              1,186.09
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $1,186.09
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1796751
One Town Center Road                    Invoice Date    12/24/08
Boca Raton, FL    33486                 Client Number     172573

========================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        712.78

                    TOTAL BALANCE DUE UPON RECEIPT        $712.78
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1796751 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60033 |

=================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 4.45 |
| PACER | 2.56 |
| Duplicating/Printing/Scanning | 33.90 |
| Westlaw | 366.00 |
| Meal Expense | 305.87 |
| | |
| CURRENT EXPENSES | 712.78 |
| | - - - - - - - - - - - - - |
| | |
| TOTAL BALANCE DUE UPON RECEIPT | $712.78 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number    1796751
One Town Center Road                  Invoice Date      12/24/08
Boca Raton, FL   33486                Client Number     172573
                                      Matter Number     60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


       FOR COSTS ADVANCED AND EXPENSES INCURRED:

    10/31/08    PACER                                      2.56

    11/04/08    Duplicating/Printing/Scanning               .30
                ATTY # 0349; 3 COPIES

    11/04/08    Duplicating/Printing/Scanning               .20
                ATTY # 0559; 2 COPIES

    11/05/08    Telephone Expense                           .20
                212-478-7360/NEW YORK, NY/4

    11/06/08    Duplicating/Printing/Scanning               .10
                ATTY # 000559: 1 COPY

    11/10/08    Duplicating/Printing/Scanning               .20
                ATTY # 0559; 2 COPIES

    11/11/08    Telephone Expense                          1.65
                410-531-4355/COLUMBIA, MD/33

    11/12/08    Duplicating/Printing/Scanning               .20
                ATTY # 0559; 2 COPIES

    11/12/08    Duplicating/Printing/Scanning               .10
                ATTY # 0559; 1 COPY

    11/12/08    Duplicating/Printing/Scanning               .40
                ATTY # 0559; 4 COPIES

    11/12/08    Duplicating/Printing/Scanning               .20
                ATTY # 0559; 2 COPIES

    11/12/08    Duplicating/Printing/Scanning               .30
                ATTY # 0559; 3 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1796751
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
December 24, 2008


| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 11/13/08 | Telephone Expense<br>302-652-4100/WILMINGTON, DE/2 | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 121 COPIES | 12.10 |
| 11/20/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/39 | 1.95 |
| 11/20/08 | Telephone Expense<br>843-987-0794/LOWCOUNTRY, SC/8 | .40 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                        Invoice Number  1796751
60033  Claim Analysis Objection Resolution      Page   3
       & Estimation (Asbestos)
December 24, 2008


| | | |
|---|---|---:|
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 2 COPIES | .20 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 11/21/08 | Westlaw  - T. Rea research | 366.00 |
| 11/24/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - HEARING W/ CO-COUNSEL-FOR 17<br>PEOPLE AT USS TOWER 32B (DURING PD CLAIM<br>HEARING) | 140.21 |
| 11/24/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - HEARING W/ CO-COUNSEL- FOR 17<br>PEOPLE AT USS TOWER 32B (DURING PD CLAIM<br>HEARING) | 88.40 |
| 11/24/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - BREAKFAST ITEMS FOR 17 PEOPLE<br>FOR MEETING BEFORE HEARING IN CONF RM 1F | 77.26 |
| 11/24/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 20 COPIES | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  1796751
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
December 24, 2008


11/24/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/24/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/24/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/24/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/25/08   Duplicating/Printing/Scanning                      .10
           ATTY # 4810; 1 COPY

11/25/08   Duplicating/Printing/Scanning                      .10
           ATTY # 4810; 1 COPY

11/25/08   Duplicating/Printing/Scanning                     7.90
           ATTY # 4810; 79 COPIES

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

11/26/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPY

172573 W. R. Grace & Co.                          Invoice Number  1796751
60033  Claim Analysis Objection Resolution        Page    5
       & Estimation (Asbestos)
December 24, 2008


    11/26/08    Duplicating/Printing/Scanning              .10
                ATTY # 000559: 1 COPY

    11/28/08    Duplicating/Printing/Scanning              .10
                ATTY # 000559: 1 COPY

                              CURRENT EXPENSES             712.78
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $712.78
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 1796752 |
| One Town Center Road | Invoice Date | 12/24/08 |
| Boca Raton, FL   33486 | Client Number | 172573 |


================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                                    0.00
        Expenses                           62,995.60

              TOTAL BALANCE DUE UPON RECEIPT        $62,995.60
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1796752 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

===============================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 0.95 |
| Telecopy Expense | 1.00 |
| Documentation Charge | 186.50 |
| Duplicating/Printing/Scanning | 191.80 |
| Lexis | 191.75 |
| Westlaw | 866.41 |
| Postage Expense | 0.42 |
| Express Mail Service | 73.76 |
| Courier Service | 6.35 |
| Consulting Fees | 61,175.37 |
| Courier Service - Outside | 129.77 |
| Library External Charges | 10.41 |
| Outside Duplicating | 5.00 |
| Telephone - Outside | 15.84 |
| General Expense | 140.27 |

|  | |
|---|---:|
| CURRENT EXPENSES | 62,995.60 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $62,995.60 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1796752 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

========================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/14/08 | General Expense - Charges for copying documents from repository/document retrieval service. | 84.27 |
| 10/20/08 | Courier Service | 6.35 |
| 10/21/08 | Documentation Charge - - retrieval of toxicology article. | 31.50 |
| 10/22/08 | Westlaw - A. Avita legal research for work on criminal trial. | 69.60 |
| 10/22/08 | Courier Service - Outside Courier Service - Outside - Return Book | 11.75 |
| 10/24/08 | Westlaw - A. Denniston legal research for work on criminal trial. | 87.33 |
| 10/28/08 | Courier Service - Outside 00843 UPS - Shipped from Paige Sheffield Superior Document Services, to Tony Klapper Reed Smith (FALLS CHURCH VA 22042). | 118.02 |
| 10/29/08 | Express Mail Service | 36.88 |
| 10/31/08 | Dialog Data Base Expense | 10.41 |
| 10/31/08 | Express Mail Service | 36.88 |
| 11/03/08 | Telephone Expense 518-474-4785/ALBANY, NY/11 | .55 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573  W. R. Grace & Co.                          Invoice Number   1796752
60035  Grand Jury Investigation                    Page    2
December 24, 2008


| | | |
|---|---|---|
| 11/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1207 COPIES | 120.70 |
| 11/04/08 | Westlaw - A. Chernin legal research for work on<br>criminal trial. | 16.21 |
| 11/04/08 | Westlaw - A. Chernin legal research for work on<br>criminal trial. | 19.83 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Telephone Expense<br>717-783-3281/HARRISBURG, PA/3 | .15 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number   1796752
60035  Grand Jury Investigation                   Page   3
December 24, 2008

| | | |
|---|---|---|
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Postage Expense | .42 |
| 11/06/08 | Documentation Charge - - material from state<br>archives. | 115.00 |
| 11/06/08 | Telephone Expense<br>410-385-3596/BALTIMORE, MD/3 | .15 |
| 11/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
December 24, 2008

Invoice Number  1796752
Page    4

| 11/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Telephone Expense<br>202-693-2350/WASHINGTON, DC/2 | .10 |
| 11/07/08 | Telecopy Expense<br>Fax Number: 12026931648 | 1.00 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                    Invoice Number  1796752
60035  Grand Jury Investigation             Page    5
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Lexis - A. Salzberg legal research for work on<br>criminal trial. | 10.00 |
| 11/07/08 | Lexis - A. Salzberg legal research for work on<br>criminal trial. | 10.75 |
| 11/07/08 | Lexis  - A. Salzberg legal research for work on<br>criminal trial. | 171.00 |
| 11/10/08 | Westlaw - T. Klapper legal research for work on<br>criminal trial. | 123.04 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796752
60035  Grand Jury Investigation                   Page    6
December 24, 2008

| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 231 COPY | 23.10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                    Invoice Number  1796752
60035 Grand Jury Investigation              Page    7
December 24, 2008

| | | |
|---|---|---|
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 11/17/08 | Telephone - Outside - - VENDOR: DOUGLAS E.<br>CAMERON  - CONFERENCE CALL WITH R. FINKE AND<br>EXPERTS | 15.84 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Documentation Charge - - material from state<br>archives. | 10.00 |

172573  W. R. Grace & Co.                          Invoice Number  1796752
60035  Grand Jury Investigation                    Page    8
December 24, 2008


| | | |
|---|---|---|
| 11/18/08 | Documentation Charge - - retrieval of material from state archieve. | 30.00 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPY | 1.00 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796752
60035  Grand Jury Investigation                   Page    9
December 24, 2008

| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Westlaw -  A. Salzberg legal research for work<br>on criminal trial. | 257.10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Westlaw -  A. Salzberg legal research for work<br>on criminal trial. | 34.80 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Outside Duplicating - - CD CONTAINING REQUESTED<br>RECORDS | 5.00 |

172573 W. R. Grace & Co.                          Invoice Number  1796752
60035  Grand Jury Investigation                   Page  10
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/24/08 | General Expense - Charges for copying documents<br>from repository/document retrieval service. | 5.00 |
| 11/24/08 | Westlaw -  A. Salzberg legal research for work<br>on criminal trial. | 51.00 |
| 11/24/08 | Westlaw -  A. Salzberg legal research for work<br>on criminal trial. | 207.50 |
| 11/25/08 | General Expense - Charges for copying documents<br>from repository/document retrieval service. | 51.00 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 326 COPIES | 32.60 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 12/18/08 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - Consultant fees for work on Grand<br>Jury/Criminal Matter in November 2008,<br>including analysis and evaluation of statutes<br>and regulations applicable to Grace operations. | 61175.37 |

                            CURRENT EXPENSES              62,995.60
                                                        ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $62,995.60
                                                        ============