# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: February 25, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE NINETIETH MONTHLY INTERIM
### PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

Name of Applicant:                                                  Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                                                           Debtors-in-Possession

Date of Retention:                                               July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                                   December 1 through December 31, 2008

Amount of fees sought as actual,
reasonable and necessary:                                 $296,040.50

Amount of expenses sought as actual,
reasonable and necessary                                  $61,115.32

This is a(n): X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#20697
2/2/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninetieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 37 Years | Litigation | $675.00 | 8.90 | $6,007.50 |
| Douglas E. Cameron | Partner | 24 Years | Litigation | $615.00 | 64.60 | $39,729.00 |
| Antony B. Klapper | Partner | 14 Years | Litigation | $575.00 | 155.70 | $89,527.50 |
| Traci Sands Rea | Partner | 13 Years | Litigation | $435.00 | 93.30 | $40,585.50 |
| Jesse J. Ash | Associate | 7 Years | Litigation | $425.00 | 59.50 | $25,287.50 |
| Margaret E. Rutkowski | Associate | 12 Years | Litigation | $400.00 | 88.50 | $35,400.00 |
| Andrew J. Muha | Associate | 7 Years | Litigation | $385.00 | 4.40 | $1,694.00 |
| Rebecca E. Aten | Associate | 5 Years | Litigation | $335.00 | 57.30 | $19,195.50 |
| Alexandria C. Samuel | Associate | 1 Year | Litigation | $260.00 | 39.10 | $10,166.00 |
| Chananya Kunvatanagarn | New Associate | 1 Year | Litigation | $260.00 | 4.70 | $1,222.00 |
| Danielle D. Rawls | Associate | 1 Year | Litigation | $240.00 | 62.80 | $15,072.00 |

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 16 Years | Bankruptcy | $230.00 | 2.20 | $506.00 |
| Jennifer L. Taylor-Payne | Paralegal | 11 Years | Litigation | $200.00 | 26.60 | $5,320.00 |
| Julie K. Masal | Analyst | 8 Years | Knowledge Management | $170.00 | .30 | $51.00 |
| Amy E. Denniston | Senior Research Librarian | 10 Years | Knowledge Management | $170.00 | .90 | $153.00 |
| Sharon A. Ament | Paralegal | 4 Years | Litigation | $165.00 | 33.00 | $5,445.00 |
| Lisa K. Lankford | Case Assistant | 5 Years | Bankruptcy | $125.00 | 1.20 | $150.00 |
| Kacey E. Nero | Clerk | 2 Years | Risk Management | $115.00 | 4.60 | $529.00 |

**Total Fees: $296,040.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 10.20 | $3,033.00 |
| Fee Applications | 14.50 | $3,905.50 |
| Claim Analysis Objection Resolution & Estimation | 59.60 | $24,452.50 |
| Montana Grand Jury Investigation | 583.20 | $248,028.50 |
| Property Damage Claim Appeals | 40.10 | $16,621.00 |
| **Total** | **707.60** | **$296,040.50** |

7

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.15 | ---- |
| PACER | $18.64 | ---- |
| Lexis | $17.46 | ---- |
| Westlaw | $1,596.29 | ---- |
| IKON Copy Services/Outside Duplicating | $2,554.99 | ---- |
| Duplicating/Printing/Scanning | $351.30 | ---- |
| Documentation Charge | $1,240.90 | ---- |
| Express Mail Service | $161.33 | ---- |
| Postage Expense | $33.12 | ---- |
| Consulting Fees | $53,318.01 | ---- |
| Courier Service – Outside | $1,562.58 | ---- |
| Mileage Expense | $15.09 | ---- |
| Meal Expense | $233.06 | ---- |
| General Expense:  12/29/08 charges for accessing materials from SDNY Bankruptcy Court | $10.40 | ---- |
| SUBTOTAL | $61,115.32 | $0.00 |
| **TOTAL** | **$61,115.32** | |

Dated:   February 2, 2009                  REED SMITH LLP
         Wilmington, Delaware

                                    By: /s/ Kurt F. Gwynne
                                        Kurt F. Gwynne (No. 3951)
                                        1201 Market Street, Suite 1500
                                        Wilmington, DE  19801
                                        Telephone:  (302) 778-7500
                                        Facsimile:  (302) 778-7575
                                        E-mail: kgwynne@reedsmith.com

                                            and

                                        James J. Restivo, Jr., Esquire
                                        Lawrence E. Flatley, Esquire
                                        Douglas E. Cameron, Esquire
                                        435 Sixth Avenue
                                        Pittsburgh, PA  15219
                                        Telephone:  (412) 288-3131
                                        Facsimile:  (412) 288-3063

                                        Special Asbestos Products Liability Defense
                                        Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1809578
One Town Center Road                     Invoice Date        01/28/09
Boca Raton, FL   33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                        3,033.00
    Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,033.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1809578 |
| One Town Center Road | Invoice Date    01/28/09 |
| Boca Raton, FL    33486 | Client Number     172573 |
| | Matter Number      60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|------|------|
| 12/02/08 | Ament | E-mails re: 11/24/08 hearing (.10); circulate 2009 omnibus hearing dates to team and client (.10). | .20 |
| 12/03/08 | Ament | E-mails re: 12/15/08 hearing. | .10 |
| 12/04/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation relating to 12/15/08 hearing. | .90 |
| 12/08/08 | Ament | E-mails re: 12/15/08 hearing. | .10 |
| 12/09/08 | Ament | Various e-mails and meetings re: 12/15/08 hearing to assist K&E with logistics for hearing preparation (.30); meet with D. Cameron re: administrative matters (.10). | .40 |
| 12/10/08 | Ament | Various e-mails and meetings to assist K&E with logistics for 12/15/08 hearing. | .30 |
| 12/11/08 | Ament | Various e-mails, telephone calls and meetings to assist K&E with logistics for hearing preparation relating to 12/15/08 hearing. | 1.20 |

172573 W. R. Grace & Co.                                    Invoice Number  1809578
60026  Litigation and Litigation Consulting                 Page    2
       January 28, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/12/08 | Ament | Various e-mails, meetings and telephone calls re: logistics for hearing preparation relating to 12/15/08 hearing. | .80 |
| 12/15/08 | Ament | Various e-mails, telephone calls and meetings to assist K&E with hearing preparation (1.0); accompany K&E to Chambers and assist with Courtroom setup (.60); circulate amended agenda to team for said hearing (.10). | 1.70 |
| 12/15/08 | Cameron | Meeting with J. Restivo and emails re:  hearing issues. | .80 |
| 12/16/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation relating to Jan. 12 - 14, 2009. | .80 |
| 12/17/08 | Ament | E-mails re: Jan. 2009 hearings (.10); continue coordinating logistics for K&E for hearing preparation re: said hearings (.20); various e-mails and meetings re: same (.20). | .50 |
| 12/18/08 | Ament | Review e-mails re: District Court motions for pro hac vice. | .10 |
| 12/23/08 | Ament | Telephone call re: Dec. hearing. | .10 |
| 12/30/08 | Cameron | Review materials from J. Baer. | 1.00 |
| 12/31/08 | Cameron | Review materials regarding document production issues with insurers. | 1.20 |

                                                                      ------
                                                   TOTAL HOURS        10.20

| TIME SUMMARY | Hours | Rate | | Value |
| --- | --- | --- | --- | --- |
| Douglas E. Cameron | 3.00 at | $  615.00 | = | 1,845.00 |
| Sharon A. Ament | 7.20 at | $  165.00 | = | 1,188.00 |

                          CURRENT FEES                                3,033.00

172573  W. R. Grace & Co.                         Invoice Number   1809578
60026   Litigation and Litigation Consulting      Page    3
        January 28, 2009

                                                        ------------
               TOTAL BALANCE DUE UPON RECEIPT            $3,033.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1809579
5400 Broken Sound Blvd., N.W.        Invoice Date        01/28/09
Boca Raton, FL 33487                 Client Number        172573


===========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                            3,905.50
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,905.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1809579
5400 Broken Sound Blvd., N.W.        Invoice Date       01/28/09
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


=========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/08 | Ament | Complete service of Oct. monthly fee application (.10); e-mails re: same (.10). | .20 |
| 12/02/08 | Ament | E-mails with D. Cameron re: Aug. monthly fee application (.10); attend to billing matters relating to consultant fee (.20). | .30 |
| 12/03/08 | Ament | E-mails re: Nov. monthly fee application. | .10 |
| 12/07/08 | Cameron | Attention to Fee Applications. | 1.00 |
| 12/07/08 | Muha | Review and revise fee and expense billing entries for November 2008 monthly fee application. | 1.30 |
| 12/08/08 | Ament | Attend to billing matters relating to Nov. monthly fee application (.20); various e-mails, meetings and telephone calls re: same (.20); e-mails relating to consultant fee (.10). | .50 |
| 12/08/08 | Muha | Multiple emails to T. Klapper, D. Cameron, S. Ament re: additional detail for fee and expense invoices for Nov. 2008 monthly application, and inquiry re: consultant charges for Nov. 2008. | .30 |

172573  W. R. Grace & Co.                          Invoice Number  1809579
60029   Fee Applications-Applicant                 Page    2
        January 28, 2009

   Date   Name                                                      Hours
-------- -----------                                                -----

12/11/08 Ament              E-mails re: Nov. monthly fee              .20
                            application (.10); e-mails re:
                            consultant fee (.10).

12/12/08 Ament              Begin drafting Nov. monthly fee           .80
                            application (.40); begin
                            preparation of spreadsheet
                            relating to same (.20); e-mails
                            and meet with A. Muha re: same
                            (.10); e-mails with J. Lord and L.
                            Lankford re: Nov. monthly fee
                            application (.10).

12/12/08 Lord               Communicate with L. Lankford and         .10
                            S. Ament re: November monthly.

12/15/08 Ament              E-mails re: Nov. consultant fee.         .10

12/15/08 Muha               Resume review and revisions to          1.60
                            Nov. 2008 monthly fee and expense
                            details, including research
                            related to various entries to
                            provide additional detail, and
                            emails to consultant re: invoice
                            for Nov. 2008.

12/16/08 Ament              Attend to billing matters (.10);          .20
                            meet with D. Cameron re: same
                            (.10).

12/16/08 Muha               Make additional changes to grand         .20
                            jury investigation matter invoice
                            per T. Klapper comments.

12/17/08 Ament              E-mails re: Nov. monthly fee             .30
                            application (.10); e-mails re:
                            29th quarterly fee application
                            (.10); attend to billing matters
                            relating to consultant fee (.10).

12/17/08 Muha               Multiple emails re: addition of          .30
                            consultant fees to Nov. 2008 fee
                            application, and preparation of
                            same for filing.

12/18/08 Ament              Attend to billing matters relating       .90
                            to consultant fee (.20); various
                            e-mails, meetings and telephone
                            calls re: same (.10); respond to
                            e-mail from J. Lord re: Nov.
                            monthly fee application (.10);

172573 W. R. Grace & Co.                          Invoice Number   1809579
60029  Fee Applications-Applicant                 Page    3
       January 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| | | review invoices relating to Nov. monthly fee application and begin calculating fees and expenses re: same (.50). | |
| 12/18/08 | Lord | Communicate with S. Ament re: Reed Smith November monthly fee application | .10 |
| 12/19/08 | Ament | Continue calculating fees and expenses for Nov. monthly fee application (.60); prepare spreadsheet re: same (.50); continue drafting 89th monthly fee application (.40); e-mails with A. Muha re: said fee application (.10). | 1.60 |
| 12/22/08 | Lord | Research docket and draft CNO for Reed Smith October monthly fee applications. | .40 |
| 12/23/08 | Ament | Various e-mails and meetings re: Nov. monthly fee application (.20); finalize 89th monthly fee application (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 12/23/08 | Lord | Communicate with S. Ament re: fee issues (.2); revise Reed Smith CNO to October monthly fee application (.1); review and revise Reed Smith November monthly fee application (.6). | .90 |
| 12/23/08 | Muha | Make final revisions to November 2008 monthly fee application and make arrangements for filing of same. | .70 |
| 12/24/08 | Lord | Continue to prepare Reed Smith November monthly fee application for e-filing and service (.7). | .70 |
| 12/29/08 | Lankford | E-file and perfect service of CNO re:  RS's 88th Monthly Fee Application (.4); fax same to R. Finke (.1); e-file and perfect service of RS's 89th Monthly Fee Application (.7). | 1.20 |

```
172573  W. R. Grace & Co.                    Invoice Number   1809579
60029   Fee Applications-Applicant           Page    4
        January 28, 2009
```

```
                                             ------
                                TOTAL HOURS    14.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 1.00 | at $ | 615.00 | = | 615.00 |
| Andrew J. Muha | 4.40 | at $ | 385.00 | = | 1,694.00 |
| John B. Lord | 2.20 | at $ | 230.00 | = | 506.00 |
| Sharon A. Ament | 5.70 | at $ | 165.00 | = | 940.50 |
| Lisa Lankford | 1.20 | at $ | 125.00 | = | 150.00 |

```
                        CURRENT FEES                       3,905.50


                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $3,905.50
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      1809580
One Town Center Road               Invoice Date       01/28/09
Boca Raton, FL   33486             Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                        24,452.50
    Expenses                         0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $24,452.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1809580
One Town Center Road                      Invoice Date      01/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/26/08 | Restivo | Post re-argument emails and correspondence. | .50 |
| 12/01/08 | Ament | Assist team with various issues relating to PD claims (.70); e-mails and meet with T. Rea re: same (.10); various e-mails with A. Suffern re: POC relating to State of CA (.30). | 1.10 |
| 12/01/08 | Aten | Searched files for information re DGS claims and brief re summary judgment. | .60 |
| 12/01/08 | Rea | Revisions to and circulation of Certification of Counsel re: Motion to Amend or Alter. | .30 |
| 12/02/08 | Ament | Assist team with various issues relating to PD claims (.50); various e-mails, telephone calls and meetings re: same (.30). | .70 |
| 12/02/08 | Cameron | Attention to PD claims (.60); meeting with T. Rea re:  same (.50); review settlement materials (.80). | 2.10 |
| 12/02/08 | Nero | Attempted to obtain claim number from clerks office-SDNY Bankruptcy | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number   1809580
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       January 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 12/02/08 | Rea | E-mails re: Canadian summary judgment issues (0.6); review of transcript on issue (1.1). | 1.70 |
| 12/02/08 | Restivo | Transcript review (.8); Manitoba claim review (.1); telephone calls and emails with D. Speights (.3). | 1.20 |
| 12/03/08 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails, meetings and telephone calls re: same (.30). | .70 |
| 12/03/08 | Cameron | Further attention to PD claims. | .70 |
| 12/03/08 | Nero | Research and obtain claim numbers for claims filed by the State of California and obtain archives information from SDNY Bankruptcy. | 3.40 |
| 12/03/08 | Restivo | Correspondence and emails re: Canadian claims. | .50 |
| 12/04/08 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails and meetings re: same (.20). | .60 |
| 12/04/08 | Rea | Draft of property damage settlement agreements. | 2.80 |
| 12/04/08 | Restivo | Canada discussions with D. Speights. | .70 |
| 12/05/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/05/08 | Rea | Draft of property damage settlement agreements. | 1.40 |
| 12/08/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/08/08 | Cameron | Attention to document review issues (.50) review expert witness materials for trial (1.80). | 2.30 |
| 12/08/08 | Rea | E-mails re: property damage claims. | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1809580
 60033  Claim Analysis Objection Resolution & EstimationPage   3
        (Asbestos)
        January 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/08/08 | Restivo | Emails and telephone calls with R.Finke, D. Cameron, T. Rea and D. Speights. | .60 |
| 12/09/08 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails re: same (.10); meet with D. Cameron re: same (.10). | .50 |
| 12/09/08 | Cameron | Attention to outstanding claims (.50); telephone call with R. Finke re:  same (.20); meeting with J. Restivo re:  same (.20). | .90 |
| 12/09/08 | Restivo | Telephone calls and emails with R. Finke, D. Cameron and D. Speights. | .50 |
| 12/10/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/11/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mails and meet with T. Rea re: same (.10). | .40 |
| 12/11/08 | Aten | Reviewed D. Delaware dockets re: appeals by DGS and Macerich. | .40 |
| 12/11/08 | Aten | Conducted case law research re: judicial notice and amending the record. | 3.90 |
| 12/11/08 | Rea | E-mails re: settlements. | .10 |
| 12/12/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/12/08 | Aten | Continue to conduct case law research re: judicial notice and amending the record. | 5.40 |
| 12/12/08 | Cameron | Attention to materials for hearing. | .50 |
| 12/12/08 | Rea | E-mail re: omnibus hearing. | .10 |
| 12/12/08 | Restivo | Negotiations with D. Speights and telephone conference with T. Rea. | .50 |

172573 W. R. Grace & Co.                        Invoice Number  1809580
60033  Claim Analysis Objection Resolution & EstimationPage   4
       (Asbestos)
       January 28, 2009


   Date   Name                                              Hours
   ------- -----------                                      -----

12/15/08 Ament        Assist team with various issues        .30
                      relating to PD claims (.20);
                      e-mail to team re: same (.10).

12/15/08 Aten         Proofread draft response to DGS'       .60
                      brief.

12/15/08 Aten         Continue to conduct case law          1.20
                      research re: argument waiver.

12/15/08 Cameron      Meeting with T. Rea and review         .90
                      appeal materials.

12/15/08 Restivo      Meeting with J. Baer (.2); prepare    1.80
                      for Omnibus (.5); attend to issues
                      at Omnibus Hearing re: property
                      damage claims (1.0);
                      correspondence re: Macerich claim
                      (.1).

12/16/08 Ament        Assist team with various issues        .40
                      relating to PD claims (.30);
                      e-mail to team re: same (.10).

12/16/08 Aten         Additional research re: cases         4.20
                      cited in response to DGS' brief.

12/16/08 Rea          E-mail re: motion to alter/amend.      .10

12/16/08 Restivo      Correspondence re:  Macerich and       .50
                      California DGS.

12/17/08 Ament        Assist team with various issues        .30
                      relating to PD claims (.20).
                      e-mail to team re: same (.10).

12/17/08 Aten         Continue work on revisions to         2.90
                      brief.

12/17/08 Cameron      Review appeal materials and            .90
                      telephone calls and emails re:
                      same.

12/17/08 Rawls        Reviewing documents for pleading       .10
                      preparation and bankruptcy
                      proceeding.

12/17/08 Restivo      Review Grace's responsive brief to     .70
                      California DGS appeal.

172573  W. R. Grace & Co.                          Invoice Number   1809580
60033   Claim Analysis Objection Resolution & EstimationPage    5
        (Asbestos)
        January 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 12/18/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/18/08 | Aten | Finalized brief and forwarded for filing. | 1.40 |
| 12/18/08 | Aten | Revised pro hac vice motions. | .40 |
| 12/19/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/19/08 | Cameron | Attention to appeal issues. | .70 |
| 12/19/08 | Rea | Revisions to Property Damage CMO. | 1.20 |
| 12/22/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/22/08 | Rea | Calls re: COC. | .30 |
| 12/22/08 | Restivo | Review California DGS new pleadings; (.3); review Macerich correspondence (.1); telephone call with R. Beber (.6). | 1.00 |
| 12/23/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 12/23/08 | Rea | Filing of COC re: motion to alter/amend. | .30 |
| 12/26/08 | Cameron | Attention to appeal and remaining claim issues. | .80 |
| 12/30/08 | Restivo | Email to E. Westbrook re:  Solow case. | .40 |

                                                        ------
                                        TOTAL HOURS      59.60

172573 W. R. Grace & Co.                          Invoice Number   1809580
60033  Claim Analysis Objection Resolution & EstimationPage    6
       (Asbestos)
       January 28, 2009


| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 9.80 | at $ | 615.00 | = | 6,027.00 |
| James J. Restivo Jr. | 8.90 | at $ | 675.00 | = | 6,007.50 |
| Traci Sands Rea | 8.60 | at $ | 435.00 | = | 3,741.00 |
| Rebecca E. Aten | 21.00 | at $ | 335.00 | = | 7,035.00 |
| Danielle D. Rawls | 0.10 | at $ | 240.00 | = | 24.00 |
| Sharon A. Ament | 6.60 | at $ | 165.00 | = | 1,089.00 |
| Kacey Nero | 4.60 | at $ | 115.00 | = | 529.00 |


                CURRENT FEES                        24,452.50


                                                 ------------
                TOTAL BALANCE DUE UPON RECEIPT      $24,452.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number        1809581
One Town Center Road                      Invoice Date        01/28/09
Boca Raton, FL    33486                   Client Number         172573


================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                        248,028.50
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $248,028.50
                                                 =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1809581
One Town Center Road                    Invoice Date       01/28/09
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60035
```

===========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/08 | Cameron | Attention to expert reports and publications. | 2.80 |
| 12/01/08 | Denniston | Research of EPA TSCA disclosure rules, per request of T. Klapper. | .50 |
| 12/01/08 | Denniston | Research of CPSC regulations, per request of T. Klapper. | .40 |
| 12/01/08 | Klapper | Continue work on cross examination outlines. | 7.20 |
| 12/01/08 | Rutkowski | Work on cross-examination of experts project (7.0); emails with Mr. Klapper re: status of project (.2). | 7.20 |
| 12/01/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 12/02/08 | Ament | Various e-mails and meetings re: deposition of former Grace executive 2/26/03 (.40); review said transcript (.10). | .50 |
| 12/02/08 | Cameron | Attention to expert report materials. | 3.20 |
| 12/02/08 | Klapper | Prepare for toxicology meeting with P. King (4.8); meet with P. King and do follow-up (1.8). | 6.60 |

172573 W. R. Grace & Co.                              Invoice Number  1809581
60035  Grand Jury Investigation                       Page    2
       January 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 12/02/08 | Rutkowski | Work on cross-examination for experts(12.6); emails with Mr. Klapper re: status on new information on experts(.1). | 12.70 |
| 12/03/08 | Ament | Meet with D. Cameron and A. Muha re: project to review documents produced by government. | .10 |
| 12/03/08 | Cameron | Review materials relating to document review project (1.30); review materials relating to expert work (1.90). | 3.20 |
| 12/03/08 | Klapper | Meet with consultants and outside counsel re expert and trial prep issues. | 5.80 |
| 12/03/08 | Rutkowski | Work on expert cross-examinations (7.7); emails with Mr. Klapper re: new documents(.1). | 7.80 |
| 12/04/08 | Ament | Research per D. Cameron request re: document review project (2.20); various e-mails and meetings with D. Cameron re: same (.30). | 2.50 |
| 12/04/08 | Cameron | Attention to document production and expert witness issues. | 2.60 |
| 12/04/08 | Klapper | Meet with expert and consultants to prepare for trial. | 7.80 |
| 12/04/08 | Rutkowski | Work on cross-examination of experts project (4.8); emails with Mr. Klapper re: cross-examination project (.1); emails with Mr. Klapper re: document review project (.2); emails with Kirkland and Ellis attorneys regarding document review project (.2). | 5.30 |
| 12/05/08 | Ament | Various e-mails and telephone calls re: document review. | .50 |
| 12/05/08 | Ash | Review supplemental documents produced by government. | 5.50 |

172573 W. R. Grace & Co.                          Invoice Number  1809581
60035  Grand Jury Investigation                   Page    3
       January 28, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 12/05/08 | Aten | Review materials in preparation for document review (1.8); conference call with S. McMillan re goals/procedure for document review (.7). | 2.50 |
| 12/05/08 | Cameron | Attention to document review project (1.40); multiple e-mails re: same (.90); multiple e-mails re: expert reports and additional work and review same (2.10). | 4.40 |
| 12/05/08 | Klapper | Continue work on cross examination outlines. | 6.80 |
| 12/05/08 | Rawls | Attending to document review. | 1.00 |
| 12/05/08 | Rawls | Document review conference call with Kirkland Ellis (.7); email correspondence with IRIS/webex staff (.3); preliminary review of initial documents (1.0). | 2.00 |
| 12/05/08 | Rea | Review of material and training for document review. | 3.40 |
| 12/05/08 | Rutkowski | Emails with Kirkland/Ellis attorneys on document review project (.3); training on document review project (.9); emails with Reed Smith team on document review project (.3); review materials from Kirkland/Ellis on document review project (2.1). | 3.60 |
| 12/05/08 | Samuel | Attend training call re document review. | .50 |
| 12/05/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .10 |
| 12/06/08 | Cameron | Review materials from experts re: revised reports and additional analytical work. | 1.50 |
| 12/06/08 | Klapper | Continue work on cross examination outlines. | 3.10 |
| 12/07/08 | Cameron | Review Blake and Lee report materials. | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1809581
60035  Grand Jury Investigation                   Page    4
       January 28, 2009


      Date   Name                                                    Hours
   -------- -----------                                              -----

   12/07/08 Klapper        Continue work on cross examination         2.50
                           outlines.

   12/07/08 Samuel         Review memo re Libby                        .50
                           investigation/advocacy in
                           preparation for document review.

   12/08/08 Ament          E-mails re: document review (.20);        1.70
                           meet with R. Aten re: project to
                           review documents produced by
                           government (.30); begin review of
                           documents received re: same (.50);
                           conference call with RS team re:
                           said project (.40); e-mails and
                           meet with T. Rea re: same (.30).

   12/08/08 Aten           Began reviewing documents produced        2.60
                           by government (2.3); conference
                           with S. Ament regarding review
                           process (.3).

   12/08/08 Klapper        Continue work on cross examination        2.20
                           outlines.

   12/08/08 Rawls          Email correspondence with A. Karan        4.50
                           re: documents review procedure
                           (.2); telecon with RS review team
                           to organize RS review approach
                           (.5); email correspondence with
                           M.Nasca re: connectivity issues
                           (.2); indepth review of background
                           documents re: EPA Libby Clean Up
                           and criminal investigation history
                           (1.1); review of issues pertaining
                           naturally occurring asbestos
                           (1.1); reviewing documents in
                           preparation for production (1.4).

   12/08/08 Rea            Review supplemental documents            6.60
                           produced by government.

   12/08/08 Rutkowski      Multiple emails and conference           8.00
                           calls RS team and Kirkland on
                           beginning document review for
                           newly produced documents by
                           government (.7); review background
                           materials from Kirkland for
                           document review project (4.5);
                           Work on document review project
                           (2.8).

172573 W. R. Grace & Co.                          Invoice Number  1809581
60035  Grand Jury Investigation                   Page    5
       January 28, 2009


     Date   Name                                                  Hours
   -------- -----------                                           -----

   12/08/08 Samuel          Call re document review procedure       .70
                            (0.3); further review of
                            background material (0.4).

   12/08/08 Taylor-Payne    Continue research and compilation       .20
                            of key governmental documents.

   12/09/08 Ament           Various e-mails re: documents           .30
                            produced by government.

   12/09/08 Aten            Continue to review documents           6.90
                            produced by government.

   12/09/08 Cameron         Attention to expert reports and        3.10
                            analysis (1.80); telephone call
                            with R. Finke re:  same (.40);
                            attention to document review
                            issues (.90).

   12/09/08 Klapper         Continue work on cross examination     3.20
                            outlines of government experts.

   12/09/08 Rawls           Review of documents produced to        4.00
                            W.R. Grace (3.2); telecon with T.
                            Rea re: document review
                            responsiveness issues (.2); email
                            correspondence with M.Nasca (.1);
                            reading memorandum re: background
                            of EPA Libby clean up and CERCLA
                            investigation (.4); telecon with
                            A. Samuel re: same (.1).

   12/09/08 Rea             Review supplemental documents          8.10
                            produced by government.

   12/09/08 Rutkowski       Work on review of government          10.90
                            documents (10.7); emails with RS
                            team on document review issues
                            (.2).

   12/09/08 Samuel          Review documents produced by the       6.10
                            government.

   12/10/08 Ament           Meet with T. Rea and R. Aten re:        .70
                            search relating to government
                            documents (.20); research re:
                            government documents (.50).

   12/10/08 Ash             Review supplemental documents          5.50
                            produced by government.

172573 W. R. Grace & Co.                          Invoice Number  1809581
60035  Grand Jury Investigation                   Page    6
       January 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 12/10/08 | Aten | Continue to review documents produced by government. | 5.40 |
| 12/10/08 | Cameron | Attention to materials and issues re:  document production (.80); review publications from experts (1.40); review revised reports (1.70). | 3.90 |
| 12/10/08 | Klapper | Continue work on cross examination outlines of government experts. | 5.40 |
| 12/10/08 | Rawls | Review of documents pertaining to all relevant issues in preparation for trial. | 4.00 |
| 12/10/08 | Rea | Review of supplemental documents produced by the government. | 7.80 |
| 12/10/08 | Rutkowski | Work on document review of government produced documents (2.1); emails with Iris regarding coding issues (.2). | 2.30 |
| 12/10/08 | Samuel | Review documents produced by the government. | 5.90 |
| 12/10/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.70 |
| 12/11/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/11/08 | Aten | Continue to review documents produced by government. | 3.10 |
| 12/11/08 | Cameron | Attention to materials from K&E regarding produced documents (1.3); review materials from R. Finke (1.1); review materials from R. J. Lee (1.0). | 3.40 |
| 12/11/08 | Klapper | Continue work on cross examination outlines of government experts. | 3.20 |
| 12/11/08 | Rawls | Review of documents pertaining to all relevant issues in preparation for trial. | 6.00 |

172573  W. R. Grace & Co.                          Invoice Number   1809581
60035   Grand Jury Investigation                   Page    7
        January 28, 2009

| Date | Name | | Hours |
| -------- | ---------- | | ----- |
| 12/11/08 | Rea | Review supplemental documents produced by government. | 2.60 |
| 12/11/08 | Rutkowski | Work on review of government produced documents for criminal trial for Grace (5.4); discussions with Mr. Ash regarding document review (.4). | 5.80 |
| 12/11/08 | Samuel | Review documents produced by the government. | 1.20 |
| 12/11/08 | Samuel | Continue to review documents produced by government. | 4.60 |
| 12/11/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .60 |
| 12/12/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/12/08 | Cameron | Review materials from R. Finke (0.8); expert report analysis (1.0). | 1.80 |
| 12/12/08 | Klapper | Continue work on cross examination outlines of government experts. | 7.30 |
| 12/12/08 | Rawls | Continue work on document review. | 1.80 |
| 12/12/08 | Rutkowski | Review documents produced by the government. | 2.50 |
| 12/12/08 | Samuel | Continue to review documents produced by government. | 4.20 |
| 12/12/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.40 |
| 12/13/08 | Klapper | Continue work on cross examination outlines of government experts. | 2.20 |
| 12/14/08 | Cameron | Attention to materials from expert witnesses and document production materials. | 1.80 |
| 12/14/08 | Klapper | Continue work on cross examination outlines of government experts. | 3.10 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
       January 28, 2009

Invoice Number  1809581
Page   8

| Date | Name | | Hours |
|------|------|---|-------|
| 12/15/08 | Ament | Meet with T. Rea re: document review (.10); conference call with A. Karan of K&E re: same (.30); review documents produced by government (3.0); various e-mails with team re: document review (.20). | 3.60 |
| 12/15/08 | Ash | Review supplemental documents produced by government. | 6.50 |
| 12/15/08 | Aten | Continue to review documents produced by government (2.20); call with A. Karan and RS review team re: review process (0.2). | 2.40 |
| 12/15/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.30 |
| 12/15/08 | Rawls | Quality review of documents in preparation for exhibition at trial. | 4.00 |
| 12/15/08 | Rea | Review supplemental documents produced by government. | 2.20 |
| 12/15/08 | Rutkowski | Emails and telephone conferences with Reed Smith review team and Mr. Karan of Kirkland/Ellis regarding information for document review (.6); telephone conversation with Mr. Klapper and Mr. Ash regarding document review project (.2); review materials (.2). | 1.00 |
| 12/15/08 | Samuel | Continue to review documents produced by government. | 5.20 |
| 12/16/08 | Ament | Continue review of documents produced by government | 1.20 |
| 12/16/08 | Ash | Review supplemental documents produced by government. | 5.50 |
| 12/16/08 | Aten | Continue to review documents produced by government | 2.70 |