```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation            Page    9
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/16/08 | Cameron | Attention to document review issues and expert materials for trial preparation. | 1.90 |
| 12/16/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 3.20 |
| 12/16/08 | Rawls | Review of documents in preparation for exhibition at trial. | 5.00 |
| 12/16/08 | Rea | Review supplemental documents produced by government. | 5.20 |
| 12/16/08 | Rutkowski | Review and analyze documents from Government production. | 5.70 |
| 12/16/08 | Samuel | Continue to review documents produced by government. | 4.10 |
| 12/17/08 | Ament | Continue reviewing documents produced by government. | 1.50 |
| 12/17/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/17/08 | Aten | Continue to review documents produced by government | 3.00 |
| 12/17/08 | Klapper | Continue work on cross examination outlines for key governmental experts (3.3); meet with consultant regarding regulatory issues (4.5); prepare for meeting with consultant regarding regulatory issues (1.3). | 9.10 |
| 12/17/08 | Rawls | Review of documents in preparation for exhibition at trial. | 4.30 |
| 12/17/08 | Rea | Review supplemental documents produced by government. | 7.90 |
| 12/17/08 | Samuel | Continue to review documents produced by government. | 2.10 |
| 12/17/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809581
60035  Grand Jury Investigation             Page  10
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|------|------|
| 12/18/08 | Ament | Various e-mails relating to review of documents produced by government (.20); continue review of documents produced by government (.70). | .90 |
| 12/18/08 | Aten | Continue to review documents produced by government (2.4); team conference call re: review process (0.2). | 3.60 |
| 12/18/08 | Cameron | Review EPA documents and expert witness work. | 1.90 |
| 12/18/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.70 |
| 12/18/08 | Rawls | Review of documents in preparation for exhibition at trial. | 5.00 |
| 12/18/08 | Rea | Review supplemental documents produced by government. | .60 |
| 12/18/08 | Rutkowski | Emails with A. Karan at K&E regarding document review (.1); extended conference call with K&E on document review (.3). | .40 |
| 12/18/08 | Samuel | Continue to review documents produced by government. | 2.90 |
| 12/18/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 4.90 |
| 12/19/08 | Ash | Review supplemental documents produced by government. | 4.50 |
| 12/19/08 | Aten | Continue to review documents produced by government | 4.10 |
| 12/19/08 | Cameron | Attention to documents produced by EPA. | 1.30 |
| 12/19/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.20 |

172573 W. R. Grace & Co.                          Invoice Number   1809581
60035  Grand Jury Investigation                   Page  11
       January 28, 2009

    Date    Name                                                   Hours
  -------- -----------                                             -----

  12/19/08 Rawls           Continue review of documents in          2.50
                           preparation for exhibition at
                           trial.

  12/19/08 Rutkowski       Work on review of documents for          4.60
                           WRG trial matters.

  12/19/08 Samuel          Continue to review documents             1.10
                           produced by government.

  12/20/08 Cameron         Attention to criminal case expert        1.40
                           work and EPA documents.

  12/20/08 Klapper         Continue work on cross examination       3.30
                           outlines for key governmental
                           experts.

  12/20/08 Rutkowski       Review documents produced by             3.00
                           government in document production.

  12/21/08 Cameron         Review materials for document            1.90
                           review (1.10); review expert
                           materials (.80).

  12/21/08 Klapper         Continue work on cross examination       4.70
                           outlines for key governmental
                           experts.

  12/21/08 Rawls           Review of documents in preparation       4.00
                           for exhibition at trial.

  12/22/08 Ash             Review supplemental documents            4.50
                           produced by government.

  12/22/08 Cameron         Attention to materials from K&E          1.50
                           regarding trial prep issues.

  12/22/08 Klapper         Continue work on cross examination       4.20
                           outlines for key governmental
                           experts.

  12/22/08 Rawls           Review of documents in preparation       4.60
                           for exhibition at trial.

  12/22/08 Rea             Review supplemental documents            1.30
                           produced by government.

```
172573 W. R. Grace & Co.                        Invoice Number  1809581
60035  Grand Jury Investigation                 Page  12
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/22/08 | Rutkowski | Work on review of government documents (3.5); extensive discussions in person and via email with Mr. Klapper and Ms. Taylor-Payne re: transfer of binder re: asbestos research to Mr. Klapper (.3). | 3.80 |
| 12/22/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 5.30 |
| 12/23/08 | Ash | Review supplemental documents produced by government. | 5.50 |
| 12/23/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.60 |
| 12/23/08 | Rawls | Review of documents in preparation for exhibition at trial. | 1.00 |
| 12/23/08 | Rea | Review supplemental documents produced by government. | 1.10 |
| 12/23/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 5.80 |
| 12/24/08 | Ash | Review supplemental documents produced by government. | 5.50 |
| 12/24/08 | Cameron | Review materials from R. Finke, experts and K&E. | 1.70 |
| 12/24/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.90 |
| 12/24/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 12/25/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 3.20 |
| 12/26/08 | Ash | Review supplemental documents produced by government. | 6.50 |
| 12/26/08 | Cameron | Review Blake, Lee, Pooley and Addison materials. | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1809581
60035  Grand Jury Investigation                   Page  13
       January 28, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 12/26/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.70 |
| 12/26/08 | Rawls | Review of documents in preparation for exhibition at trial. | 2.00 |
| 12/27/08 | Cameron | Continued review of expert work for Blake, Lee and Addison. | 1.20 |
| 12/27/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 5.20 |
| 12/27/08 | Rawls | Review of documents in preparation for exhibition at trial. | 1.00 |
| 12/28/08 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.70 |
| 12/29/08 | Cameron | Attention to document review issues (0.8); review materials from experts (0.9). | 1.70 |
| 12/29/08 | Klapper | Continue work on cross examination outlines for key governmental experts | 3.20 |
| 12/29/08 | Masal | Research of federal regulations per request of T. Klapper. | .30 |
| 12/29/08 | Rawls | Review of documents in preparation for exhibition at trial. | 4.00 |
| 12/29/08 | Rutkowski | Review Government produced documents. | 1.60 |
| 12/29/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.90 |
| 12/30/08 | Cameron | E-mails regarding document review issues (0.4); review R.J. Lee materials (0.8). | 1.20 |
| 12/30/08 | Klapper | Continue work on cross examination outlines for key governmental experts | 3.10 |

172573 W. R. Grace & Co.                        Invoice Number  1809581
60035  Grand Jury Investigation                 Page  14
       January 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 12/30/08 | Rea | Review supplemental documents produced by government. | 2.50 |
| 12/30/08 | Rutkowski | Multiple emails re: issues presented in document review project. | .40 |
| 12/30/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.00 |
| 12/31/08 | Ash | Review supplemental documents produced by government. | 2.50 |
| 12/31/08 | Cameron | Review document review issues (0.4); e-mails regarding expert work (0.3). | .70 |
| 12/31/08 | Rawls | Review of documents in preparation for exhibition at trial. | 2.00 |
| 12/31/08 | Rutkowski | Review government produced docuements. | 1.90 |

                                                  ------
                              TOTAL HOURS          583.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 50.80 | at $ | 615.00 | = | 31,242.00 |
| Traci Sands Rea | 49.30 | at $ | 435.00 | = | 21,445.50 |
| Antony B. Klapper | 155.70 | at $ | 575.00 | = | 89,527.50 |
| Jesse J. Ash | 59.50 | at $ | 425.00 | = | 25,287.50 |
| Margaret Rutkowski | 88.50 | at $ | 400.00 | = | 35,400.00 |
| Rebecca E. Aten | 36.30 | at $ | 335.00 | = | 12,160.50 |
| Danielle D. Rawls | 62.70 | at $ | 240.00 | = | 15,048.00 |
| Alexandria C. Samuel | 39.10 | at $ | 260.00 | = | 10,166.00 |
| Sharon A. Ament | 13.50 | at $ | 165.00 | = | 2,227.50 |
| Jennifer L. Taylor-Payne | 26.60 | at $ | 200.00 | = | 5,320.00 |
| Amy E. Denniston | 0.90 | at $ | 170.00 | = | 153.00 |
| Julie K. Masal | 0.30 | at $ | 170.00 | = | 51.00 |

                    CURRENT FEES                    248,028.50


                                                  ------------
            TOTAL BALANCE DUE UPON RECEIPT          $248,028.50
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1809582
One Town Center Road                    Invoice Date      01/28/09
Boca Raton, FL   33486                  Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

      Fees                            16,621.00
      Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $16,621.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1809582
One Town Center Road                    Invoice Date       01/28/09
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60038

===========================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/08 | Rea | Review of materials for property damage appeals. | 5.20 |
| 12/03/08 | Rea | E-mails re: appeal issues. | .20 |
| 12/04/08 | Rea | Review of appeal information. | .30 |
| 12/08/08 | Rea | Review of e-mail and docket re: appeals. | .80 |
| 12/10/08 | Rea | Call re: appeal. | .10 |
| 12/11/08 | Rea | Review of DGS motions (1.1); draft of response to DGS motions (4.8). | 5.90 |
| 12/12/08 | Kunvatanagarn | Research circuit court cases re Federal Rule of Appellate Procedure 10E. | .70 |
| 12/12/08 | Kunvatanagarn | Office conference with T. Rea re cases in support of Fed Rule of Appellate Procedure 10E. | .30 |
| 12/12/08 | Rea | Continue work response to DGS motion to supplement the record. | 8.20 |
| 12/13/08 | Rea | Draft of response to DGS motion. | 3.80 |
| 12/15/08 | Rea | Continue work on opposition to DGS motion. | 5.90 |

```
172573  W. R. Grace & Co.                      Invoice Number  1809582
60038  Property Damage Claim Appeals           Page    2
       January 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/16/08 | Kunvatanagarn | Research circuit court cases re Federal Rule of Appellate Procedure 10E. | 3.70 |
| 12/16/08 | Rea | Revisions to response to DGS motion. | 1.50 |
| 12/17/08 | Rea | Work to finalize Grace opposition to DGS motion. | .60 |
| 12/18/08 | Rea | Finalization of Grace Opposition. | 2.10 |
| 12/19/08 | Rea | E-mails re: appeals. | .50 |
| 12/23/08 | Rea | Review of order re: appeal. | .10 |
| 12/30/08 | Rea | Review of proposed briefing schedule and rules; e-mail re: same. | .20 |

```
                                          ------
                             TOTAL HOURS   40.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Traci Sands Rea | 35.40 at $ 435.00 = | | 15,399.00 |
| Chananya Kunvatanagarn | 4.70 at $ 260.00 = | | 1,222.00 |

```
                    CURRENT FEES                       16,621.00


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT        $16,621.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1809614
One Town Center Road                     Invoice Date       01/28/09
Boca Raton, FL   33486                   Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                            0.00
        Expenses                    3,064.69

                  TOTAL BALANCE DUE UPON RECEIPT        $3,064.69
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1809614 |
| Invoice Date | 01/28/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| IKON Copy Services | 925.31 |
| PACER | 0.96 |
| Duplicating/Printing/Scanning | 307.50 |
| Postage Expense | 31.70 |
| Courier Service - Outside | 1,551.07 |
| Mileage Expense | 15.09 |
| Meal Expense | 233.06 |

CURRENT EXPENSES                    3,064.69
                               --------------

TOTAL BALANCE DUE UPON RECEIPT      $3,064.69
                               ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1809614 |
| Invoice Date | 01/28/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/14/08 | Courier Service - UPS - Shipped from Teresa Martin Reed Smith LLP - Pittsburgh to Kim Love Kirkland & Ellis LLP (CHICAGO IL 60601). | 276.36 |
| 11/14/08 | Courier Service -UPS - Shipped from Teresa Martin Reed Smith LLP - Pittsburgh to Janet Baer Kirkland & Ellis LLP (CHICAGO IL 60601). | 122.59 |
| 11/14/08 | Courier Service - UPS - Shipped from Teresa Martin Reed Smith LLP - Pittsburgh to Theodore Freedman Kirkland & Ellis LLP (NEW YORK NY 10022). | 49.06 |
| 11/14/08 | Courier Service - UPS - Shipped from  REED SMITH LLP to Janet Baer Kirkland & Ellis LLP (CHICAGO IL 60601). | 18.31 |
| 11/14/08 | Courier Service - UPS - Shipped from  REED SMITH LLP to Theodore Freedman Kirkland & Ellis LLP (NEW YORK NY 10022). | 18.98 |
| 11/24/08 | Courier Service - UPS - Shipped from REED SMITH LLP  to KIM  LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 51.98 |
| 11/24/08 | Courier Service - UPS - Shipped from REED SMITH LLP  to KIM LOVE KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 992.50 |
| 11/25/08 | Courier Service - UPS - Shipped from Sharon Ament Reed Smith LLP - Pittsburgh to James O'Neill, Pachulski Stang Ziehl & Jones (WILMINGTON DE 19801). | 21.29 |
| 11/26/08 | Postage Expense | 2.70 |

172573 W. R. Grace & Co.                        Invoice Number   1809614
60026  Litigation and Litigation Consulting     Page    2
       January 28, 2009


| 11/26/08 | Postage Expense | 5.40 |
|---|---|---|
| 11/29/08 | Postage Expense | 9.20 |
| 11/30/08 | PACER | .96 |
| 12/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/01/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting       Page   3
       January 28, 2009

| | | |
|---|---|---|
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/08/08 | Mileage Expense - - VENDOR: DEBBIE E.<br>STEINMEYER (25.79 MILES) ROUND TRIP MILEAGE<br>EXPENSE - W. R. GRACE & CO. / LITIGATION:<br>SECRETARIAL ASSISTANCE TO K&E FOR HEARING PREP<br>RE: DS HEARING | 15.09 |
| 12/08/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 12/09/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 12/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting        Page    4
       January 28, 2009


| | | |
|---|---|---|
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 12/13/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - -Copying/postage charges for<br>service of fee application materials on service<br>list. | 471.35 |
| 12/13/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - -  Copying/postage charges<br>for service of fee application materials on<br>service list. | 420.66 |
| 12/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 12/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 192 COPIES | 19.20 |
| 12/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 307 COPIES | 30.70 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 56 COPIES | 5.60 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 8101; 8 COPIES | .80 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 236 COPIES | 23.60 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 8101; 90 COPIES | 9.00 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1079 COPIES | 107.90 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 346 COPIES | 34.60 |
| 12/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting       Page    5
       January 28, 2009


12/16/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/16/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/16/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/16/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/17/08    IKON Copy Services - - VENDOR: IKON OFFICE      33.30
            SOLUTIONS, INC. - COPYING - - Charges re:
            service of CNO for monthly application.

12/17/08    Duplicating/Printing/Scanning                   1.20
            ATTY # 4810; 12 COPIES

12/18/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                     .90
            ATTY # 4810; 9 COPIES

12/18/08    Duplicating/Printing/Scanning                     .90
            ATTY # 4810; 9 COPIES

12/19/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/19/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/19/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/19/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

12/19/08    Duplicating/Printing/Scanning                     .10
            ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting       Page   6
       January 28, 2009


12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/19/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/23/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/23/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

12/23/08   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1809614
60026  Litigation and Litigation Consulting       Page    7
       January 28, 2009


12/23/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/23/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/23/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/29/08    Meal Expense - - VENDOR: EADIES KITCHEN &           149.32
            MARKET OF PIT - Lunch for 12 (9 Kirkland
            attorneys, 1 Kirkland paralegal and 2 Reed
            Smtih attorneys) during preparation for
            12/15/08 hearing.

12/29/08    Meal Expense - - VENDOR: THE CITY DELI &            75.74
            CATERING CO - Breakfast for 8 (7 Kirkland
            attorneys and 1 paralegal) during preparation
            for 12/15/08 hearing.

12/29/08    Postage Expense-PLEADINGS                           14.40

12/29/08    Duplicating/Printing/Scanning                        8.50
            ATTY # 3984; 85 COPIES

12/29/08    Duplicating/Printing/Scanning                       38.20
            ATTY # 3984; 382 COPIES

12/31/08    Meal Expense - - VENDOR: REED SMITH TRANSFERS -      8.00
            Soda and bottled water for 12/15/08 hearing
            preparation during lunch for 12.

                         CURRENT EXPENSES                     3,064.69
                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $3,064.69
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1809615
One Town Center Road                      Invoice Date       01/28/09
Boca Raton, FL   33486                    Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
          (Asbestos)

         Fees                             0.00
         Expenses                     1,510.83

                    TOTAL BALANCE DUE UPON RECEIPT        $1,510.83
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 1809615 |
|---|---|---|
| One Town Center Road | Invoice Date | 01/28/09 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60033 |

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Telephone Expense | 2.05 | |
| PACER | 17.68 | |
| Duplicating/Printing/Scanning | 35.50 | |
| Westlaw | 1,444.20 | |
| Postage Expense | 1.00 | |
| General Expense | 10.40 | |
| | | |
| CURRENT EXPENSES | | 1,510.83 |
| | | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $1,510.83 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1809615
One Town Center Road                      Invoice Date     01/28/09
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/30/08 | PACER | 17.68 |
| 12/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1809615
  60033  Claim Analysis Objection Resolution & EstimationPage    2
         (Asbestos)
         January 28, 2009


12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/05/08    Duplicating/Printing/Scanning                      .40
            ATTY # 0559; 4 COPIES

12/05/08    Duplicating/Printing/Scanning                      .50
            ATTY # 0559; 5 COPIES

12/08/08    Duplicating/Printing/Scanning                     1.00
            ATTY # 0559; 10 COPIES

12/09/08    Duplicating/Printing/Scanning                      .80
            ATTY # 0559; 8 COPIES

12/09/08    Telephone Expense                                  .65
            410-531-4355/COLUMBIA, MD/13

12/10/08    Duplicating/Printing/Scanning                     1.20
            ATTY # 0559; 12 COPIES

12/10/08    Duplicating/Printing/Scanning                     1.20
            ATTY # 0559; 12 COPIES

12/10/08    Duplicating/Printing/Scanning                     1.20
            ATTY # 0059; 12 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1809615
  60033  Claim Analysis Objection Resolution & EstimationPage    3
         (Asbestos)
         January 28, 2009


| Date | Description | Amount |
|---|---|---|
| 12/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 1.40 |
| 12/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 12/11/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 74 COPIES | 7.40 |
| 12/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 12/11/08 | Westlaw  - - Legal research re: appeal by DGS<br>and Macerich. | 427.97 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 12/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0059; 2 COPIES | .20 |
| 12/12/08 | Westlaw - - Legal research re: appeal by DGS<br>and Macerich. | 699.95 |
| 12/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1809615
  60033  Claim Analysis Objection Resolution & EstimationPage   4
         (Asbestos)
         January 28, 2009


12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/15/08    Westlaw - - Legal research re: appeal by DGS    316.28
            and Macerich.

12/16/08    Duplicating/Printing/Scanning                     1.50
            ATTY # 1398; 15 COPIES

12/16/08    Duplicating/Printing/Scanning                     6.90
            ATTY # 4810; 69 COPIES

12/16/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/16/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/16/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

12/17/08    Telephone Expense                                  .10
            302-652-4100/WILMINGTON, DE/2

12/17/08    Telephone Expense                                  .30
            302-652-4100/WILMINGTON, DE/7

172573 W. R. Grace & Co.                          Invoice Number  1809615
  60033  Claim Analysis Objection Resolution & EstimationPage    5
         (Asbestos)
         January 28, 2009


12/17/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/17/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Telephone Expense                                      .20
            302-652-4100/WILMINGTON, DE/4

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

12/18/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                                Invoice Number  1809615
60033  Claim Analysis Objection Resolution & Estimation Page   6
       (Asbestos)
       January 28, 2009

| Date | Description | Amount |
|---|---|---|
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 3 COPIES | .30 |
| 12/18/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 13 COPIES | 1.30 |
| 12/18/08 | Postage Expense<br>Postage Expense: ATTY # 003928 User: Lebo, Dan | 1.00 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/19/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/16 | .80 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 2 COPIES | .20 |
| 12/19/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 1 COPIES | .10 |
| 12/22/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 12/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 12/29/08 | General Expense - -  Charges for accessing<br>materials from SDNY Bankruptcy Court. | 6.40 |
| 12/29/08 | General Expense - -  Charges for accessing<br>materials from SDNY Bankruptcy Court. | 4.00 |
| 12/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 4 COPIES | .40 |

                           CURRENT EXPENSES              1,510.83
                                                       ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $1,510.83
                                                       =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R. Grace & Co.                    Invoice Number     1809616
One Town Center Road                Invoice Date     01/28/09
Boca Raton, FL    33486             Client Number     172573

===========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          0.00
        Expenses                 56,387.61

                    TOTAL BALANCE DUE UPON RECEIPT     $56,387.61
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      1809616
One Town Center Road                Invoice Date       01/28/09
Boca Raton, FL   33486              Client Number        172573
                                    Matter Number         60035

==============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Documentation Charge              1,240.90
      Duplicating/Printing/Scanning         8.30
      Lexis                                17.46
      Postage Expense                       0.42
      Express Mail Service               161.33
      Consulting Fees                  53,318.01
      Courier Service - Outside           11.51
      Outside Duplicating               1,629.68

                 CURRENT EXPENSES                    56,387.61
                                                   -------------

            TOTAL BALANCE DUE UPON RECEIPT          $56,387.61
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      1809616 |
| One Town Center Road | Invoice Date      01/28/09 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number      60035 |

=========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/20/08 | Express Mail Service | 11.75 |
| 10/20/08 | Express Mail Service | 7.40 |
| 11/04/08 | Express Mail Service | 7.40 |
| 11/04/08 | Express Mail Service | 58.43 |
| 11/07/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 30.00 |
| 11/07/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 60.00 |
| 11/11/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 31.50 |
| 11/11/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 31.50 |
| 11/12/08 | Documentation  - Charges for obtaining medical/scientific issues article. | 48.00 |
| 11/14/08 | Courier Service - UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Scott A. McMillin, Kirkland & Ellis, LLP (CHICAGO IL 60601). | 11.51 |
| 11/25/08 | Express Mail Service | 20.73 |
| 11/25/08 | Express Mail Service | 47.69 |
| 12/01/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809616
60035  Grand Jury Investigation             Page    2
       January 28, 2009
```

| | | |
|---|---|---|
| 12/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/01/08 | Duplicating/Printing/Scanning<br>ATTY # 9283; 5 COPIES | .50 |
| 12/01/08 | Lexis - -  Legal research relating to work<br>dealing with criminal trial issues (per T.<br>Klapper request.) | 4.85 |
| 12/01/08 | Lexis  - -  Legal research relating to work<br>dealing with criminal trial issues (per T.<br>Klapper request.) | 12.61 |
| 12/01/08 | Postage Expense<br>Postage Expense: ATTY # 005254 User: Equitrac By | .42 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 44 COPIES | 4.40 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1809616
60035  Grand Jury Investigation            Page   3
       January 28, 2009
```

| Date | Description | Amount |
|------|-------------|--------|
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/09/08 | Documentation  - Charges for obtaining<br>medical/scientific issues article. | 12.00 |
| 12/10/08 | Documents  - Charges for obtaining<br>medical/scientific issues article. | 399.40 |
| 12/15/08 | Express Mail Service | 7.93 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                           Invoice Number  1809616
60035  Grand Jury Investigation                     Page    4
       January 28, 2009


| 12/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
|---|---|---|
| 12/17/08 | Outside Duplicating - - VENDOR: SUPERIOR<br>DOCUMENT SERVICES**  COPIES OF EXPERT WITNESS<br>MATERIALS FOR TONY KLAPPER** | 1629.68 |
| 12/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX**SEARCH<br>FOR EXPERT WITNESS MATERIALS. | 139.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX** SEARCH<br>FOR EXPERT WITNESS MATERIALS | 104.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 90.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 70.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 90.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 67.00 |
| 12/18/08 | Documentation Charge - - VENDOR: IDEX* SEARCH<br>FOR EXPERT WITNESS MATERIALS | 63.50 |
| 12/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/31/08 | Documentation Charge - - VENDOR: SECRETARY OF<br>LABOR - Charge for research of DOL materials. | 5.00 |
| 01/21/09 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - CONSULTANT FEES FOR WORK ON GRAND<br>JURY/CRIMINAL MATTER IN DECEMBER 2008,<br>INCLUDING ANALYSIS AND EVALUATION OF STATUTES<br>AND REGULATIONS APPLICABLE TO GRACE OPERATIONS. | 53318.01 |

172573  W. R. Grace & Co.                          Invoice Number   1809616
60035   Grand Jury Investigation                   Page    5
        January 28, 2009

                             CURRENT EXPENSES                    56,387.61
                                                            ------------
                       TOTAL BALANCE DUE UPON RECEIPT         $56,387.61
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number      1809617
One Town Center Road                  Invoice Date        01/28/09
Boca Raton, FL   33486                Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

        Fees                            0.00
        Expenses                      152.19

                    TOTAL BALANCE DUE UPON RECEIPT        $152.19
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1809617
One Town Center Road                      Invoice Date       01/28/09
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60038

===============================================================================

Re: Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                          0.10
    Westlaw                                   152.09

                        CURRENT EXPENSES                      152.19
                                                        -------------

                        TOTAL BALANCE DUE UPON RECEIPT       $152.19
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1809617
One Town Center Road                    Invoice Date       01/28/09
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60038

==============================================================================

Re: (60038)  Property Damage Claim Appeals

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/11/08 | Westlaw  - - Legal research re: response to DGS motion. | 23.09 |
| 12/12/08 | Westlaw - - Legal research re: response to DGS motion. | 121.50 |
| 12/16/08 | Westlaw - - Legal research re: response to DGS motion. | 7.50 |
| 12/18/08 | Telephone Expense 415-983-1056/SNFC CNTRL, CA/2 | .10 |

                        CURRENT EXPENSES              152.19
                                                    ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $152.19
                                                    ============