**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 5, 2008 at 4:00 p.m.<br>Hearing Date: April 1, 2009 at 10:30 a. m. |

**THIRTY-FIRST QUARTERLY FEE APPLICATION**
**OF BUCHANAN INGERSOLL & ROONEY PC,**
**CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008**

Name of Applicant:  Buchanan Ingersoll & Rooney PC

Authorized to Provide
Professional Services to:  The Official Committee of Equity Holders

Date of Retention:  October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:  October 1, 2008 through December 31, 2008

Amount of fees to be approved
as actual, reasonable and necessary:  $64,231.00

Amount of expenses sought as
actual, reasonable and necessary:  $1,291.38

This is a(n):   x  interim     __ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLS/Wilm 63859v1

**Prior Monthly Applications for the period October 1, 2008 through December 31, 2008:**

| Date Filed and <u>Docket No.</u> | <u>Period Covered</u> | Requested Fees/ <u>Expenses</u> | Approved Fees/ <u>Expenses</u> | <u>CNO/ Docket No.</u> |
|---|---|---|---|---|
| December 1, 2008 [20159] | October 1, 2008 through October 31, 2008 | $25,270.00/ $1,160.28 | $20,216.00 $1,160.28 | 12/23/08 [20337] |
| January 5, 2009 [20410] | November 1, 2008 through November 30, 2008 | $14,431.50/ $47.60 | $11,545.20/ $47.60 | 1/29/09 [20621] |
| January 29, 2009 [20620] | December 1, 2008 through December 31, 2008 | $24,259.50/ $83.50 | $19,407.60 $83.50 | OD 2/18/08 |

## SUMMARY OF TIME FOR BILLING PERIOD
## <u>OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008</u>

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $515 | 104.4 | $53,766.00 |
| Melissa N. Flores Paralegal | $175 | 59.8 | $10,465.00 |
| **TOTAL** | | **164.2** | **$64,231.00** |

# SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Asset Disposition | 5.4 | $2,781.00 |
| Business Operations | 2.6 | $1,339.00 |
| Case Administration | 65.0 | $23,275.00 |
| Claims Analysis Objections & Resolution (Asbestos) | 3.8 | $1,957.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 2.1 | $1,081.50 |
| Committee, Creditors' ', Noteholders' or Equity Holders' | 1.8 | $927.00 |
| Employment Applications/ Others | .8 | $412.00 |
| Fee Applications/Applicant | 22.4 | $5,076.00 |
| Fee Applications/ Others | 16.3 | $5,402.50 |
| Hearings | 5.6 | $2,884.00 |
| Litigation and Litigation Consulting | 8.5 | $4,037.50 |
| Plan and Disclosure Statement | 29.9 | $15,058.50 |
| **TOTAL** | **164.2** | **$64,231.00** |

---

[1] Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications. Specifically, at the beginning of this application period, Buchanan Ingersoll did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action. Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008

| Expense Category | Total Expenses |
|---|---|
| Messenger Services (Courier) | $1,165.98 |
| Reproduction of Documents | $125.40 |
| **TOTAL** | **$1,291.38** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Buchanan Ingersoll & Rooney PC respectfully requests that, for the period October 1, 2008 through December 31, 2008, it be allowed the total amount of fees of $64,231.00 and expenses in the total amount of $1,291.38.

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Teresa K.D. Currier
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Dated: February 13, 2008

Co-Counsel to the Official Committee of Equity Holders

#1014734-v1