**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2008
ACCOUNT NO:    3000-01D
STATEMENT NO:            72

Asset Analysis and Recovery

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $136.50 |
| | | |
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -6.50 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -32.50 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -78.00 |
| | TOTAL PAYMENTS | -117.00 |
| | BALANCE DUE | $19.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2008
ACCOUNT NO:     3000-02D
STATEMENT NO:           90

Asset Disposition

PREVIOUS BALANCE                                                                        $167.30

|  |  | HOURS |  |
|---|---|---|---|
| 11/03/2008 | | | |
| MTH | Review correspondence from BR re Debtors' motion re sale of property in CA | 0.10 | 32.50 |
| 11/13/2008 | | | |
| MTH | Correspondence to DF re various recently filed documents | 0.20 | 65.00 |
| 11/19/2008 | | | |
| MTH | Correspondence to Charter Oak re Debtors' Motion to Sell Colowyo | 0.40 | 130.00 |
| MTH | Correspondence to Charter Oak re Debtor's Motion to Sell Charleston Property | 0.40 | 130.00 |
| 11/20/2008 | | | |
| MTH | Review correspondence from BR re Debtors' Colowyo Asset Sale Motion and response to same | 0.20 | 65.00 |
| 11/21/2008 | | | |
| MTH | Review correspondence from D.M. re recent pleading | 0.10 | 32.50 |
| 11/24/2008 | | | |
| MTH | Reviewing COC re revised Order for sale of assets to ALCO | 0.50 | 162.50 |
| 11/26/2008 | | | |
| MTH | Review correspondence from BR re review of Charleston Motion and response to same | 0.20 | 65.00 |
| | FOR CURRENT SERVICES RENDERED | 2.10 | 682.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.10 | $325.00 | $682.50 |

W.R. Grace

11/30/2008
ACCOUNT NO:      3000-02D
STATEMENT NO:            90

Asset Disposition

TOTAL CURRENT WORK                                                      682.50

BALANCE DUE                                                          $849.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              11/30/2008
Wilmington  DE                                  ACCOUNT NO:      3000-03D
                                                STATEMENT NO:           78

Business Operations

PREVIOUS BALANCE                                                   $1,308.20

| | | |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -25.20 |
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -106.50 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -6.50 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -182.00 |
| | TOTAL PAYMENTS | -320.20 |

BALANCE DUE                                                          $988.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:          3000-04D |
|  | STATEMENT NO:                90 |

Case Administration

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $2,228.47 |
|  |  | HOURS |  |
| 11/04/2008 |  |  |  |
| AC | Work on cooperation agreement; discuss same with MRE | 4.00 | 720.00 |
| 11/24/2008 |  |  |  |
| JAT | Review various correspondence re: PVNL re: pleadings, hering preparations and response to same | 0.30 | 19.50 |
| 11/25/2008 |  |  |  |
| PEM | Telephone conference with D. Brown re: pending stayed actions. | 0.10 | 40.00 |
|  | FOR CURRENT SERVICES RENDERED | 4.40 | 779.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $400.00 | $40.00 |
| Joshua A. Tabor | 0.30 | 65.00 | 19.50 |
| Ayesha Chacko | 4.00 | 180.00 | 720.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 779.50 |

|  |  |  |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -103.00 |
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -137.40 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -64.00 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -464.80 |
|  | TOTAL PAYMENTS | -769.20 |
|  | BALANCE DUE | $2,238.77 |

Page: 2

W.R. Grace

11/30/2008

ACCOUNT NO:        3000-04D

STATEMENT NO:             90

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:  3000-05D |
| | STATEMENT NO:  90 |

Claims Analysis Objection & Resolution (Asbestos)

|  | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $32,081.20 |
| **11/10/2008** | | | |
| MTH | Reviewing various correspondence re BNSF claims re insurance | 0.30 | 97.50 |
| MTH | Review correspondence from SB to PVNL re PD objection to Disclosure Statement. | 0.10 | 32.50 |
| **11/11/2008** | | | |
| MTH | Review correspondence from RH re estimation information and response to same | 0.10 | 32.50 |
| MTH | Multiple correspondence re stay of estimation proceedings | 0.30 | 97.50 |
| **11/12/2008** | | | |
| MTH | Review correspondence from RH re settlement demand | 0.30 | 97.50 |
| MTH | Review correspondence from RH re insurance settlement demand | 0.30 | 97.50 |
| MTH | Reviewing additional correspondence from RH re settlement demands | 0.30 | 97.50 |
| MTH | Reviewing additional settlement demands to insurers | 0.30 | 97.50 |
| MTH | Reviewing documents re information for RH and settlement demands | 2.50 | 812.50 |
| **11/16/2008** | | | |
| MTH | Correspondence to and from RH re documents re insurance negotiations | 0.10 | 32.50 |
| **11/17/2008** | | | |
| MTH | Telephone conference with DF re estimation expert reports | 0.30 | 97.50 |
| MTH | Telephone conference with NDF re estimation expert reports | 0.30 | 97.50 |
| MTH | Review correspondence from NDF re estimation documents | 0.10 | 32.50 |
| MTH | Reviewing estimation information for RH and related settlement negotiations and multiple correspondence re same | 1.50 | 487.50 |
| MTH | Additional work re estimation documents for RH | 0.40 | 130.00 |
| **11/18/2008** | | | |
| MTH | Reviewing Court's Order Denying Anderson Memorial's Motion to | | |

Page: 2
11/30/2008

W.R. Grace

|  |  |  |
|---|---|---|
| ACCOUNT NO: | 3000-05D |
| STATEMENT NO: | 90 |

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | | Reconsider | 0.30 | 97.50 |
| **11/21/2008** | | | | |
| | MTH | Review correspondence from RH re confidential estimation information | 0.10 | 32.50 |
| | MTH | Review correspondence from PVNL re Anderson Memorial filing | 0.10 | 32.50 |
| | MTH | Review correspondence from RH re confidentiality issues re estimation pleadings | 0.10 | 32.50 |
| | MTH | Reviewing documents and correspondence to RH re confidentiality issues re estimation documents | 0.30 | 97.50 |
| | MTH | Correspondence to PVNL re Grace's Reply re Anderson Memorial POC's and Debtors' reply re same | 0.20 | 65.00 |
| | MTH | Reviewing Debtors' Status Report re Anderson Memorial | 0.30 | 97.50 |
| **11/22/2008** | | | | |
| | MTH | Review correspondence from NDF re estimation documents | 0.10 | 32.50 |
| **11/24/2008** | | | | |
| | MTH | Reviewing additional correspondence from RH re estimation information | 0.10 | 32.50 |
| | MTH | Reviewing notice of docketing of appeal | 0.10 | 32.50 |
| **11/25/2008** | | | | |
| | MTH | Review correspondence from MB and JB re Confirmation CMO | 0.10 | 32.50 |
| | MTH | Review correspondence from KH re and RH re estimation information and discussion re same | 0.20 | 65.00 |
| | MTH | Correspondence to and from RH re estimation documents. | 0.30 | 97.50 |
| **11/30/2008** | | | | |
| | MTH | Correspondence to RH re estimation information | 0.30 | 97.50 |
| | | FOR CURRENT SERVICES RENDERED | 9.80 | 3,185.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 9.80 | $325.00 | $3,185.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 3,185.00 |

| | | |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -6,660.60 |
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -1,604.00 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -4,309.30 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -1,364.00 |
| | TOTAL PAYMENTS | -13,937.90 |

Page: 3
W.R. Grace                                                                    11/30/2008
                                                        ACCOUNT NO:        3000-05D
                                                        STATEMENT NO:             90

Claims Analysis Objection & Resolution (Asbestos)


BALANCE DUE                                                              $21,328.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-06D |
|  | STATEMENT NO:    90 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $7,383.10 |

| | | |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -738.00 |
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -391.90 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -557.50 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -676.00 |
| | TOTAL PAYMENTS | -2,363.40 |
| | BALANCE DUE | $5,019.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                          11/30/2008
Wilmington  DE                                           ACCOUNT NO:        3000-07D
                                                         STATEMENT NO:              90

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                             $41,068.84

|  |  | HOURS |  |
|---|---|---|---|
| **11/03/2008** |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 12.50 |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period September 2008. | 0.80 | 320.00 |
| PEM | Review memo to ACC re: Initial Payment Percentage and follow-up and responses thereto. | 0.40 | 160.00 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MTH | Review correspondence from DC re M Peterson | 0.10 | 32.50 |
| MTH | Review correspondence from EI re response to DC | 0.10 | 32.50 |
| MTH | Review correspondence from EI re IPP | 0.20 | 65.00 |
| MTH | Reviewing additional correspondence from EI re TDP and IPP | 0.20 | 65.00 |
| MTH | Review correspondence from SK and JC re response to EI | 0.10 | 32.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| **11/04/2008** |  |  |  |
| MK | Attention to telephone calls with court reporters and MTH; document organization related to request and retrieval of hearing transcript | 0.50 | 62.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| MTH | Reviewing various correspondence from DC and others re Libby | 0.10 | 32.50 |
| **11/05/2008** |  |  |  |
| MTH | Review daily memo. | 0.10 | 32.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MTH | Review correspondence from EI re Payment percentage | 0.10 | 32.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| **11/06/2008** | | | |
| KH | Update 2002 service list | 1.10 | 115.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| **11/07/2008** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 80.00 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Prepare weekly recommendation memo | 1.00 | 95.00 |
| SMB | Coordinate logistics for hearing on November 14, 2008 at 9:00 a.m.; e-mail confirmation of same | 0.20 | 19.00 |
| DAC | Review counsel's memo re: open matters. | 0.20 | 90.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MTH | Prepare weekly recommendation memo | 1.50 | 487.50 |
| MTH | Correspondence to Committee re weekly recommendation memo | 0.20 | 65.00 |
| DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| **11/10/2008** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 12.50 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| MB | Document review per MTH | 0.10 | 9.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| SMB | Retrieval and distribution of recently filed pleadings | 0.30 | 28.50 |
| **11/11/2008** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
| MTH | Review daily memo | 0.10 | 32.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MB | Retrieval and distribution of documents relating to daily memo | 1.10 | 99.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

HOURS

| | | | | |
|---|---|---|---|---|
| **11/12/2008** | | | | |
| | MK | Attention to document organization. | 0.10 | 12.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | MB | Retrieval and distribution of documents relating to daily memo. | 0.50 | 45.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| **11/13/2008** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Prepare weekly recommendation memo | 1.00 | 95.00 |
| | MK | Review e-mail and assemble documents for hearing for PVNL; attention to delivery of same | 1.10 | 137.50 |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| | PEM | Review pleadings filed. | 0.10 | 40.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.50 | 45.00 |
| **11/14/2008** | | | | |
| | MK | Assemble documents and arrange delivery to counsel. | 0.20 | 25.00 |
| | MK | Review committee memorandum. | 0.10 | 12.50 |
| | SMB | Review recently filed pleadings and electronic filings; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Continue to prepare weekly recommendation memo | 0.20 | 19.00 |
| | MB | Retrieval and distribution of documents relating to daily memo. | 0.30 | 27.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 80.00 |
| | MTH | Review correspondence from JC to EI | 0.10 | 32.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | MTH | Review correspondence from EI re Plan | 0.10 | 32.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| **11/16/2008** | | | | |
| | MTH | Prepare weekly recommendation memo and distribution of same to Committee | 1.00 | 325.00 |
| **11/17/2008** | | | | |
| | KH | Review email from R. Horkovich re: Florence and Dunbar rebuttal reports and transcript testimony of Florence; research and review re: the same and draft e-mail to MTH | 1.70 | 178.50 |
| | KH | Meeting with MTH re: expert reports and transcripts | 0.20 | 21.00 |
| | KCD | Address confidentiality issues | 0.90 | 247.50 |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 12.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily memo | 0.10 | 9.50 |
| SMB | Prepare weekly recommendation memo | 0.20 | 19.00 |
| MB | Retrieval and distribution of documents relating to the daily memo. | 0.40 | 36.00 |
| MB | Attention to document management | 0.80 | 72.00 |
| MTH | Review daily memo | 0.10 | 32.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| **11/18/2008** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| MB | Retrieval and distribution of documents relating to daily memo. | 0.30 | 27.00 |
| MB | Attention to document management | 0.40 | 36.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
| MTH | Review daily memo | 0.10 | 32.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| **11/19/2008** |  |  |  |
| MB | Retrieval and distribution of documents relating to daily memo. | 0.30 | 27.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Coordinate logistics for hearing on November 24, 2008 at 1:00 p.m.; e-mail confirmation of same to MTH, Peter Lockwood, Walter Slocombe, Nathan Finch and Jeffrey Liesemer | 0.40 | 38.00 |
| MTH | Correspondence to and from PVNL re Nov. 14 hearing | 0.10 | 32.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| MTH | Reviewing two orders entered | 0.10 | 32.50 |
| **11/20/2008** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
| MB | Retrieval and distribution of documents relating to daily memo. | 0.20 | 18.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Prepare weekly recommendation memo | 0.70 | 66.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
| MTH | Review daily memo | 0.10 | 32.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| **11/21/2008** |  |  |  |
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Retrieval and distribution of pleadings from docket | 0.10 | 9.50 |
| SMB | Continue to prepare weekly recommendation memo | 1.00 | 95.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 32.50 |

W.R. Grace

| | | | | | | ACCOUNT NO: | 3000-07D |
|---|---|---|---|---|---|---|---|
| | | | | | | STATEMENT NO: | 90 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 32.50 |
| | MTH | Prepare weekly recommendation memo | 0.10 | 32.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| **11/24/2008** | | | | |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | DAC | Review counsel's weekly memo | 0.30 | 135.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| | MTH | Reviewing three orders entered | 0.10 | 32.50 |
| **11/25/2008** | | | | |
| | KH | Review email from R. Horkovich re: Florence and Dunbar June Reports; research and draft responsive email re: the same | 0.40 | 42.00 |
| | MB | Retrieval and distribution of documents relating to daily memo. | 0.30 | 27.00 |
| | MTH | Review correspondence from EI re ZAI | 0.20 | 65.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | MTH | Drafting hearing memorandum and correspondence to EI and PVNL re same | 2.80 | 910.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Review and file Tenth Amended 2019 Statement of Motley Rice LLC | 0.40 | 38.00 |
| | SMB | Prepare weekly recommendation memo | 0.60 | 57.00 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| **11/26/2008** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
| | MB | Retrieval and distribution of documents relating to daily memo. | 0.30 | 27.00 |
| | MTH | Review correspondence from EI to PVNL re draft hearing memo | 0.10 | 32.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |
| | DAC | Review ZAI information | 0.30 | 135.00 |
| **11/30/2008** | | | | |
| | MTH | Review correspondence from PVNL re draft hearing memo | 0.20 | 65.00 |
| | | FOR CURRENT SERVICES RENDERED | 36.60 | 6,971.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $450.00 | $450.00 |
| Philip E. Milch | 2.40 | 400.00 | 960.00 |
| Michele Kennedy | 2.30 | 125.00 | 287.50 |

Page: 6
W.R. Grace                                                          11/30/2008
                                            ACCOUNT NO:        3000-07D
                                            STATEMENT NO:            90

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 7.90 | 95.00 | 750.50 |
| Matthew Brushwood | 7.50 | 90.00 | 675.00 |
| Mark T. Hurford | 9.40 | 325.00 | 3,055.00 |
| Kathleen Campbell Davis | 0.90 | 275.00 | 247.50 |
| Katherine Hemming | 5.20 | 105.00 | 546.00 |

|  | TOTAL CURRENT WORK | | 6,971.50 |
|---|---|---|---|

| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -2,275.60 |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -2,208.60 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -1,361.00 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -5,134.80 |
|  | TOTAL PAYMENTS | -10,980.00 |
|  | BALANCE DUE | $37,060.34 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:            89 |

Employee Benefits/Pension

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $1,443.50 |
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -617.50 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -6.50 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -234.00 |
| | TOTAL PAYMENTS | -858.00 |
| | BALANCE DUE | $585.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    11/30/2008
Wilmington DE                                    ACCOUNT NO:          3000-09D
                                                 STATEMENT NO:              42

Employee Applications, Applicant

PREVIOUS BALANCE                                                         $565.50

11/06/2008   Payment - Thank you. (February, 2008 - 20% Fees)             -45.50
11/06/2008   Payment - Thank you. (July, 2008 - 80% Fees)               -416.00
             TOTAL PAYMENTS                                             -461.50

             BALANCE DUE                                                 $104.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-10D |
| | STATEMENT NO:           90 |

Employment Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,301.30 |
| | | HOURS | |
| 11/18/2008 | | | |
| MTH | Reviewing correspondence from DF re retention application | 0.10 | 32.50 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 32.50 |

| RECAPITULATION | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| Mark T. Hurford | 0.10 | $325.00 | $32.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 32.50 |

| | | |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -42.60 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -78.00 |
| | TOTAL PAYMENTS | -120.60 |
| | BALANCE DUE | $1,213.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:        3000-11D |
|  | STATEMENT NO:             88 |

Expenses

| | PREVIOUS BALANCE | $8,616.65 |
|---|---|---|

| 11/01/2008 | IKON - Copy/ Service CNO for August Fee Application: C&D, C&L, AKO, LAS, Charter Oak | 68.63 |
|---|---|---|
| 11/01/2008 | IKON - Copy/ Service Monthly Fee App: AKO, Charter Oak, C&L, C&D | 247.55 |
| 11/01/2008 | Pacer charges for the month of October | 44.48 |
| 11/13/2008 | Parcels, Inc. - Create hearing binders | 301.50 |
| 11/16/2008 | AT&T Long Distance Phone Calls | 21.81 |
| 11/17/2008 | IKON - Copy/ Service of interim fee applications | 557.15 |
| 11/21/2008 | IKON - Copy/ Service - Interim fee application for Motley Rice | 79.79 |
| 11/30/2008 | Printing charges for the period of October 1, 2008 through November 30, 2008. | 796.40 |
| 11/30/2008 | Scanning charges for the period ending November 30, 2008. | 128.90 |
| | TOTAL EXPENSES | 2,246.21 |
| | TOTAL CURRENT WORK | 2,246.21 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 100% Expenses) | -2,720.75 |
| | BALANCE DUE | $8,142.11 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO: | 3000-12D |
|  | STATEMENT NO: | 88 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $6,876.20 |
| **11/05/2008** | | | |
| KH | Review payment and update Committee Fee and Expense Tracking Chart | 0.10 | 10.50 |
| PEM | Review October prebill for Pgh time. | 0.20 | 80.00 |
| **11/10/2008** | | | |
| KCD | Review fee auditor's final report re C&L interim application | 0.10 | 27.50 |
| **11/12/2008** | | | |
| MTH | Reviewing pre-bill | 1.00 | 325.00 |
| **11/15/2008** | | | |
| KH | Prepare C&L July-Sept Interim Fee Application | 1.60 | 168.00 |
| **11/17/2008** | | | |
| KCD | Review and sign C&L interim application | 0.30 | 82.50 |
| KH | Finalize and e-file C&L July-Sept Interim Fee Application | 0.30 | 31.50 |
| MTH | Correspondence to and from DS re revisions to pre bill | 0.20 | 65.00 |
| **11/25/2008** | | | |
| KCD | Review and sign CNO re C&L application | 0.20 | 55.00 |
| KH | Review case docket for objection to C&L September Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 52.50 |
| | FOR CURRENT SERVICES RENDERED | 4.50 | 897.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $400.00 | $80.00 |
| Mark T. Hurford | 1.20 | 325.00 | 390.00 |
| Kathleen Campbell Davis | 0.60 | 275.00 | 165.00 |

Page: 2
11/30/2008
ACCOUNT NO:        3000-12D
STATEMENT NO:        88

W.R. Grace

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Katherine Hemming | 2.50 | 105.00 | 262.50 |

|  | TOTAL CURRENT WORK |  | 897.50 |
|---|---|---|---|

| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -149.70 |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -334.80 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -466.60 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -593.20 |
|  | TOTAL PAYMENTS | -1,544.30 |
|  | BALANCE DUE | $6,229.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 11/30/2008 |
|  | ACCOUNT NO:        3000-13D |
|  | STATEMENT NO:                75 |

Fee Applications, Others

| PREVIOUS BALANCE | | | $15,764.80 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **11/05/2008** | | | |
| KH | Update Committee Fee and Expense Tracking Chart | 0.60 | 63.00 |
| | | | |
| **11/07/2008** | | | |
| KH | Review September Fee Application of Warren Smith(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of Ferry Joseph(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of Piper Jaffray(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review June-September Interim Fee Application of Ogilvy Renault(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of Casner & Edwards(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of Reed Smith(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of PwC(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| | | | |
| **11/10/2008** | | | |
| KCD | Review fee auditor's report re: AKO interim application | 0.10 | 27.50 |
| | | | |
| **11/11/2008** | | | |
| MTH | Reviewing Fee Auditor's Report re Hilsoft | 0.10 | 32.50 |
| MTH | Reviewing Fee Auditor's Report re Reed Smith | 0.10 | 32.50 |
| MTH | Reviewing Fee Auditor's Report re Anderson Kill | 0.10 | 32.50 |
| | | | |
| **11/13/2008** | | | |
| KH | Review September fee application of Stroock & Stroock & Lavan(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review August fee application of David Austern(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September fee application of David Austern(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review June 06-August 08 fee application of ZAI Claimants(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September fee application of Bilzin Sumberg(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review October fee application of Warren Smith(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review October 07-June 08 fee application of Deloitte Tax(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review July-September Interim fee application of Casner & Edwards(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September fee application of Woodcock Washburn(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |
| KH | Review September fee application of Steptoe & Johnson(.1); Update Grace weekly recommendation memo(.1) | 0.20 | 21.00 |

11/15/2008

| KH | Prepare AKO July-Sept Interim Fee Application | 1.00 | 105.00 |
|---|---|---|---|
| KH | Prepare Charter Oak July-Sept Interim Fee Application | 1.00 | 105.00 |
| KH | Prepare LAS July-Sept Interim Fee Application | 0.80 | 84.00 |

11/17/2008

| KCD | Review Charter Oak interim application; sign COS re: same | 0.30 | 82.50 |
|---|---|---|---|
| KCD | Review C&D interim application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review AKO interim application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review LAS interim application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review and sign Committee Member expense application | 0.30 | 82.50 |
| KCD | Discussions with MTH re: expense detail | 0.20 | 55.00 |
| KH | Finalize and e-file LAS July-Sept Interim Fee Application | 0.30 | 31.50 |
| KH | Finalize and e-file AKO July-Sept Interim Fee Application | 0.30 | 31.50 |
| KH | Finalize and e-file Charter Oak July-Sept Interim Fee Application | 0.30 | 31.50 |
| KH | Review email from E. Benetos re: C&D July-Sept Interim(.1); Update C&D Interim Fee Application(.3); Finalize and e-file Interim Fee Application(.3) | 0.70 | 73.50 |
| KH | Prepare Committee July-Sept Interim Fee Application(1); Meeting with KCD and MTH re: Committee bill(.1) | 1.10 | 115.50 |
| KCD | Further work and discussions related to confidentiality issues and billing detail | 0.30 | 82.50 |
| MTH | Review expenses incurred, reports re: same; discussion with KCD and KH re: same | 1.00 | 305.00 |

11/18/2008

| KH | Review emails from A. Pelton re: missing payments; Research and draft | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | responsive email | 0.40 | 42.00 |
| **11/19/2008** |  |  |  |
| KCD | Further discussions regarding redaction of fee detail | 0.20 | 55.00 |
| KH | Call with A. Pelton re: payment issues | 0.30 | 31.50 |
| KH | Meeting with KCD and MTH re: Committee Expense application | 0.30 | 31.50 |
| MTH | Review expense reimbursement request; telephone conference with NDF re: same | 0.60 | 195.00 |
| KCD | Review e-mail re: C&D application | 0.10 | 27.50 |
| **11/20/2008** |  |  |  |
| KH | Emails with A. Pelton re: payment issues; Research and draft responsive email | 0.40 | 42.00 |
| KH | Emails with D. Greve re: Motley Rice expense application | 0.20 | 21.00 |
| MTH | Discussion with KH re: expense request; correspondence to and from NDF re: same; review correspondence from KH to MR re: same | 0.50 | 162.50 |
| MTH | Reviewing Fee Auditor's Report re Ogilvy Renault | 0.10 | 32.50 |
| **11/21/2008** |  |  |  |
| KH | Update Motley Rice Expenses(.2) Finalize and e-file Committee Interim Expense Application(.3 | 0.50 | 52.50 |
| KH | Review July-Sept Interim Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-Sept Interim Fee Application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June Interim Fee Application of Latham & Watkins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-Sept Interim Fee Application of Kirkland(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-Sept Interim Fee Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-Sept Interim Fee Application of Ferry Joseph & Pearce(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June Interim Fee Application of Scott Law(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-Sept Interim Fee Application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-Sept Interim Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review October Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review October Fee Application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review August Fee Application of PG&S(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of PG&S(.1); Update Grace Weekly |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review August Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review August Fee Application of Capstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review October Fee Application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Sullivan Hazeltine(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review May Fee Application of Sullivan Hazeltine(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June Fee Application of Sullivan Hazeltine(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July Fee Application of Sullivan Hazeltine(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review August Fee Application of Sullivan Hazeltine(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of Sullivan Hazeltine(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review August Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review August Fee Application of Beveridge(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review September Fee Application of Beveridge(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| MTH | Reviewing Fee Auditor's Report re Bilzin Sumberg | 0.20 | 65.00 |
| MTH | Reviewing Fee Auditor's Report re Duane Morris | 0.10 | 32.50 |
| MTH | Reviewing Fee Auditors' Report re Orrick Herrington | 0.10 | 32.50 |

11/25/2008

|  |  |  |  |
|---|---|---|---|
| KCD | Review and sign CNO re Charter Oak application | 0.20 | 55.00 |
| KCD | Review and sign CNO re C&D application | 0.20 | 55.00 |
| KCD | Review and sign CNO re LAS application | 0.20 | 55.00 |
| KCD | Review and sign CNO re AKO application | 0.20 | 55.00 |
| KH | Review case docket for objection to C&D September Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 52.50 |
| KH | Review case docket for objection to AKO September Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 52.50 |
| KH | Review case docket for objection to Charter Oak September Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file |  |  |

W.R. Grace

Fee Applications, Others

|  | HOURS |  |
|---|---|---|
| CNO(.2) | 0.50 | 52.50 |
| FOR CURRENT SERVICES RENDERED | 24.80 | 3,766.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $305.00 | $305.00 |
| Mark T. Hurford | 1.90 | 325.00 | 617.50 |
| Kathleen Campbell Davis | 3.20 | 275.00 | 880.00 |
| Katherine Hemming | 18.70 | 105.00 | 1,963.50 |

| TOTAL CURRENT WORK |  | 3,766.00 |
|---|---|---|

| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -653.30 |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -595.70 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -706.10 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -1,693.60 |
|  | TOTAL PAYMENTS | -3,648.70 |
|  | BALANCE DUE | $15,882.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-14D |
|  | STATEMENT NO:    60 |

Financing

|  |  |
|---|---|
| PREVIOUS BALANCE | $136.50 |

| | | |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -32.50 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -26.00 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -26.00 |
| | TOTAL PAYMENTS | -84.50 |
| | BALANCE DUE | $52.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:  3000-15D |
| | STATEMENT NO:  90 |

Hearings

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $27,384.55 |

|  |  | HOURS |  |
|---|---|---|---|
| **11/04/2008** | | | |
| MTH | Reviewing hearing transcript; correspondence to and from Court Reporter re same | 0.60 | 195.00 |
| MTH | Correspondence to counsel re hearing transcript | 0.10 | 32.50 |
| MTH | Correspondence to and from DF re hearing transcript | 0.10 | 32.50 |
| **11/05/2008** | | | |
| MTH | Review correspondence from JR, SK and ACM re TDP | 0.20 | 65.00 |
| MTH | Correspondence to and from DF re D/S hearing | 0.20 | 65.00 |
| MTH | Additional correspondence with DF re various hearing issues | 0.20 | 65.00 |
| **11/06/2008** | | | |
| MTH | Reviewing Agenda for hearing and correspondence to counsel re same | 0.40 | 130.00 |
| **11/07/2008** | | | |
| MTH | Correspondence to and from RH re Disclosure Statement hearing | 0.20 | 65.00 |
| MTH | Preparing for November 14 hearing | 0.50 | 162.50 |
| MTH | Correspondence to and from JON and DF re D/S hearing | 0.10 | 32.50 |
| **11/11/2008** | | | |
| MTH | Reviewing additional correspondence re disclosure statement hearing | 0.20 | 65.00 |
| **11/12/2008** | | | |
| MTH | Various correspondence re hearings | 0.30 | 97.50 |
| MTH | Reviewing revised transcript and correspondence to counsel re same | 0.80 | 260.00 |
| **11/13/2008** | | | |
| MTH | Correspondence to and from JAL re hearing | 0.10 | 32.50 |
| MTH | Correspondence to and from JAL re Agenda, confirmation of Disclosure Statement hearing | 0.10 | 32.50 |

Page: 2

W.R. Grace

11/30/2008

ACCOUNT NO:    3000-15D
STATEMENT NO:    90

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Preparing for hearing and related correspondence | 2.40 | 780.00 |
| | MTH | Reviewing revised proposed Order re 2009 hearing dates | 0.10 | 32.50 |
| 11/14/2008 | | | | |
| | MTH | Attending hearing | 3.50 | 1,137.50 |
| | MTH | Preparing for hearing | 1.00 | 325.00 |
| 11/18/2008 | | | | |
| | MTH | Reviewing Agenda for hearing and correspondence to counsel re same | 0.30 | 97.50 |
| 11/19/2008 | | | | |
| | MTH | Discussion with SB re hearing preparations; reviewing follow up correspondence from JAL re same and response to same | 0.50 | 162.50 |
| | MTH | Review correspondence from RH re hearing preparations | 0.10 | 32.50 |
| 11/21/2008 | | | | |
| | MTH | Preparing for hearing | 1.00 | 325.00 |
| | MTH | Telephone conference with DF re hearing | 0.20 | 65.00 |
| 11/23/2008 | | | | |
| | MTH | Prepare for hearing and related correspondence | 1.60 | 520.00 |
| 11/24/2008 | | | | |
| | MTH | Attending hearing. | 5.40 | 1,755.00 |
| | MTH | Preparing for hearing, including reviewing revised proposed documents, including multiple revised CMO's and revised disclosure statement documents | 2.50 | 812.50 |
| | | FOR CURRENT SERVICES RENDERED | 22.70 | 7,377.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 22.70 | $325.00 | $7,377.50 |

TOTAL CURRENT WORK                                    7,377.50

| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -2,527.00 |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -495.90 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -4,638.10 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -2,812.40 |
| | TOTAL PAYMENTS | -10,473.40 |
| | BALANCE DUE | $24,288.65 |

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:             90

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                |
|--------------------|----------------|
|                    | Page: 1        |
| W.R. Grace         | 11/30/2008     |
| Wilmington  DE     | ACCOUNT NO:    3000-16D |
|                    | STATEMENT NO:    75 |

Litigation and Litigation Consulting

| | |
|---|---:|
| PREVIOUS BALANCE | $2,132.10 |

| Date | Description | Amount |
|------|-------------|-------:|
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -344.50 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -27.20 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -52.00 |
|  | TOTAL PAYMENTS | -423.70 |
|  | BALANCE DUE | $1,708.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:    75 |

Plan and Disclosure Statement

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $17,244.50 |

| Date |  |  | HOURS |  |
|---|---|---|---|---|
| **11/02/2008** |  |  |  |  |
|  | MRE | Review of memo from M. Hurford regarding disclosure statement hearing | 0.10 | 38.50 |
| **11/04/2008** |  |  |  |  |
|  | MRE | E-mails regarding cooperation agreement | 0.30 | 115.50 |
|  | DAC | Review memo and attached proposed payment percentage protocol and analysis | 0.40 | 180.00 |
| **11/05/2008** |  |  |  |  |
|  | MRE | Review of memos and e-mail regarding Plan | 0.40 | 154.00 |
|  | DAC | Review memo re: initial payment percentage -- 3 | 0.20 | 90.00 |
|  | MTH | Review correspondence from ACM re TDP and IPP and related documents | 0.40 | 130.00 |
| **11/07/2008** |  |  |  |  |
|  | MTH | Correspondence re Estimation CMO | 0.20 | 65.00 |
|  | MTH | Review correspondence from NDF and JAL re Disclosure Statement and Plan | 0.10 | 32.50 |
| **11/10/2008** |  |  |  |  |
|  | MTH | Correspondence to NDF, JAL and RH re State of Montana Disclosure Statement Objection | 0.10 | 32.50 |
| **11/11/2008** |  |  |  |  |
|  | MTH | Telephone conference with JON re Disclosure Statement hearing and related issues. | 0.30 | 97.50 |
|  | MTH | Telephone conference with JW re Disclosure Statement hearing | 0.30 | 97.50 |
|  | MTH | Telephone conference with RH and JW re Disclosure Statement | 0.30 | 97.50 |
|  | MTH | Review correspondence from JB re disclosure statement hearing | 0.10 | 32.50 |
|  | MTH | Communications re insurer objections to D/S. | 0.50 | 162.50 |

Page: 2
11/30/2008
ACCOUNT NO: 3000-17D
STATEMENT NO: 75

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review correspondence from JW re MCC proposed revisions to Disclosure Statement | 0.10 | 32.50 |
| | MTH | Correspondence to PVNL re contact with JW re MCC Disclosure Statement issues | 0.30 | 97.50 |
| | MTH | Reviewing Supplemental Limited Objection of PD Committee | 0.10 | 32.50 |
| 11/13/2008 | | | | |
| | MTH | Correspondence to and from JON re service of various pleadings, updated Disclosure Statement documents | 0.30 | 97.50 |
| 11/16/2008 | | | | |
| | DAC | Review memo re: Libby claimants | 0.10 | 45.00 |
| | MTH | Reviewing revised Confirmation CMO | 0.20 | 65.00 |
| | MTH | Review correspondence from RH re insurance negotiations | 0.10 | 32.50 |
| 11/17/2008 | | | | |
| | MTH | Review correspondence from JB re revised disclosure statement and related documents | 0.50 | 162.50 |
| 11/18/2008 | | | | |
| | MTH | Review correspondence from NDF re proposed estimation CMO | 0.20 | 65.00 |
| | MTH | Reviewing Royal's withdrawal of Disclosure Statement Objection | 0.10 | 32.50 |
| 11/19/2008 | | | | |
| | MTH | Review correspondence from JC re revisions to proposed Estimation CMO | 0.20 | 65.00 |
| | MTH | Reviewing various correspondence re estimation CMO | 0.20 | 65.00 |
| 11/21/2008 | | | | |
| | MTH | Review correspondence from counsel re revisions to Disclosure Statement | 0.10 | 32.50 |
| | MTH | Reviewing further revised CMO for Estimation and comments from counsel re same. | 0.60 | 195.00 |
| 11/22/2008 | | | | |
| | MTH | Review correspondence from JB and DC re proposed revisions to Estimation CMO | 0.30 | 97.50 |
| 11/25/2008 | | | | |
| | MRE | Work regarding cooperation agreement | 0.60 | 231.00 |
| 11/30/2008 | | | | |
| | MTH | Review correspondence from NDF re CMO and pro hac and response to same | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 7.80 | 2,706.50 |

W.R. Grace

11/30/2008
ACCOUNT NO:    3000-17D
STATEMENT NO:    75

Plan and Disclosure Statement

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.70 | $450.00 | $315.00 |
| Mark T. Hurford | 5.70 | 325.00 | 1,852.50 |
| Marla R. Eskin | 1.40 | 385.00 | 539.00 |
| **TOTAL CURRENT WORK** | | | 2,706.50 |

| | | |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -763.70 |
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -178.90 |
| 11/06/2008 | Payment - Thank you. (July, 2008 - 80% Fees) | -3,163.60 |
| | TOTAL PAYMENTS | -4,106.20 |
| | BALANCE DUE | $15,844.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2008
ACCOUNT NO:     3000-18D
STATEMENT NO:            75

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                -$43.20

|            |     |                                                                                 | HOURS |        |
|------------|-----|---------------------------------------------------------------------------------|-------|--------|
| 11/25/2008 | MTH | Correspondence to PVNL re Debtors' Motion re Maricopa County                     | 0.10  | 32.50  |
| 11/26/2008 | MTH | Reviewing Debtors' Motion re property in Maricopa County                         | 0.50  | 162.50 |
| 11/30/2008 | MTH | Review correspondence from PVNL re Debtors' Motion re Maricopa County            | 0.10  | 32.50  |
|            |     | FOR CURRENT SERVICES RENDERED                                                    | 0.70  | 227.50 |

RECAPITULATION

| TIMEKEEPER     | HOURS | HOURLY RATE | TOTAL   |
|----------------|-------|-------------|---------|
| Mark T. Hurford| 0.70  | $325.00     | $227.50 |

TOTAL CURRENT WORK                                                                              227.50

11/06/2008      Payment - Thank you. (January, 2008 - 20% Fees)                                 -13.00

BALANCE DUE                                                                                    $171.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-19D |
|  | STATEMENT NO:    58 |

Tax Issues

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $344.50 |
| | | |
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -45.50 |
| 11/06/2008 | Payment - Thank you. (February, 2008 - 20% Fees) | -162.50 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -6.50 |
| | TOTAL PAYMENTS | -214.50 |
| | BALANCE DUE | $130.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                |               |          |
|----------------|---------------|----------|
|                | Page: 1       |          |
| W.R. Grace     | 11/30/2008    |          |
| Wilmington  DE | ACCOUNT NO:   | 3000-20D |
|                | STATEMENT NO: | 74       |

Tax Litigation

|                   |          |
|-------------------|----------|
| PREVIOUS BALANCE  | $468.80  |
| BALANCE DUE       | $468.80  |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-21D |
|  | STATEMENT NO:             66 |

Travel-Non-Working

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,302.00 |
| | | HOURS | |
| 11/14/2008 | | | |
| MTH | Non-working travel to and from Pittsburgh for hearing | 3.00 | 975.00 |
| | FOR CURRENT SERVICES RENDERED | 3.00 | 975.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.00 | $325.00 | $975.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 975.00 |

| | | |
|---|---|---|
| 11/06/2008 | Payment - Thank you. (January, 2008 - 20% Fees) | -715.00 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -481.00 |
| | TOTAL PAYMENTS | -1,196.00 |
| | BALANCE DUE | $3,081.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


|                  |              |         |
|------------------|--------------|---------|
|                  | Page: 1      |         |
| W.R. Grace       | 11/30/2008   |         |
| Wilmington  DE   | ACCOUNT NO:  | 3000-22D |
|                  | STATEMENT NO: | 79     |


Valuation


PREVIOUS BALANCE                                          $1,185.00

BALANCE DUE                                               $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-23D |
|  | STATEMENT NO:            79 |

ZAI Science Trial

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,287.80 |
| 11/06/2008 | Payment - Thank you. (March, 2008 - 20% Fees) | -84.50 |
| | BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          11/30/2008
Wilmington  DE                                                            ACCOUNT NO:        3000-24D
                                                                          STATEMENT NO:               52

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                                            -$56.00

CREDIT BALANCE                                                                              -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                     11/30/2008
Wilmington  DE                                ACCOUNT NO:      3000-25D
                                              STATEMENT NO:          45

Others

PREVIOUS BALANCE                                                  $56.00

BALANCE DUE                                                       $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2008
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 136.50 | 0.00 | 0.00 | 0.00 | -117.00 | $19.50 |
| 3000-02 Asset Disposition | | | | | |
| 167.30 | 682.50 | 0.00 | 0.00 | 0.00 | $849.80 |
| 3000-03 Business Operations | | | | | |
| 1,308.20 | 0.00 | 0.00 | 0.00 | -320.20 | $988.00 |
| 3000-04 Case Administration | | | | | |
| 2,228.47 | 779.50 | 0.00 | 0.00 | -769.20 | $2,238.77 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 32,081.20 | 3,185.00 | 0.00 | 0.00 | -13,937.90 | $21,328.30 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 7,383.10 | 0.00 | 0.00 | 0.00 | -2,363.40 | $5,019.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 41,068.84 | 6,971.50 | 0.00 | 0.00 | -10,980.00 | $37,060.34 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,443.50 | 0.00 | 0.00 | 0.00 | -858.00 | $585.50 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 565.50 | 0.00 | 0.00 | 0.00 | -461.50 | $104.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,301.30 | 32.50 | 0.00 | 0.00 | -120.60 | $1,213.20 |

Page: 2

W.R. Grace

11/30/2008

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 8,616.65 | 0.00 | 2,246.21 | 0.00 | -2,720.75 | $8,142.11 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,876.20 | 897.50 | 0.00 | 0.00 | -1,544.30 | $6,229.40 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,764.80 | 3,766.00 | 0.00 | 0.00 | -3,648.70 | $15,882.10 |
| 3000-14 Financing | | | | | |
| 136.50 | 0.00 | 0.00 | 0.00 | -84.50 | $52.00 |
| 3000-15 Hearings | | | | | |
| 27,384.55 | 7,377.50 | 0.00 | 0.00 | -10,473.40 | $24,288.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 2,132.10 | 0.00 | 0.00 | 0.00 | -423.70 | $1,708.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 17,244.50 | 2,706.50 | 0.00 | 0.00 | -4,106.20 | $15,844.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -43.20 | 227.50 | 0.00 | 0.00 | -13.00 | $171.30 |
| 3000-19 Tax Issues | | | | | |
| 344.50 | 0.00 | 0.00 | 0.00 | -214.50 | $130.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 3,302.00 | 975.00 | 0.00 | 0.00 | -1,196.00 | $3,081.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,287.80 | 0.00 | 0.00 | 0.00 | -84.50 | $1,203.30 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 172,384.11 | 27,601.00 | 2,246.21 | 0.00 | -54,437.35 | $147,793.97 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.