# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

January 14, 2009                                    INVOICE:            228944

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 12/31/08

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 12/01/08 | Update monitoring chart with revised information. | W011 | AHP | 0.70 |
| 12/01/08 | Attention to confidentiality (0.80).   Attention to cooperation agreement (1.20). | W001 | RMH | 2.00 |
| 12/01/08 | Work on discovery in connection with objections to disclosure statement. | W001 | RYC | 5.90 |
| 12/02/08 | Begin reviewing time and expense entries. | W011 | AHP | 1.10 |
| 12/02/08 | Review and digest documents. | W011 | AHP | 0.40 |
| 12/02/08 | Update and draft e-mail per R. Horkovich request. | W011 | AHP | 0.90 |
| 12/02/08 | Work on CNA analysis. | W001 | MG | 1.40 |
| 12/02/08 | Work on Confidentiality Cooperation Agreement. | W001 | RMH | 4.00 |
| 12/02/08 | Research and prepare discovery regarding objections to the Plan. | W001 | RYC | 6.20 |
| 12/03/08 | Continue reviewing and revising time and expense entries. | W011 | AHP | 0.80 |
| 12/03/08 | Analysis of selected umbrella/excess policies re: "follow form" and "loss payable" issues. | W001 | GFF | 2.30 |
| 12/03/08 | English & American POC status researched and updated to assist with new allocation demand request. | W001 | HEG | 2.00 |
| 12/03/08 | Continued to review and prepare Grace insurance policies and Settlement Agreements. | W001 | IF | 2.00 |
| 12/03/08 | Work on English & American demand (1.80); prepare responses to information requests (.60). | W001 | MG | 2.40 |
| 12/03/08 | Attention to cooperation (1.20); attention to confidentiality (.80); attention to discovery (.70); attention to settlement (1.30). | W001 | RMH | 4.00 |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 14, 2009                                  INVOICE:            228944

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/03/08 | Research, prepare, and draft analysis regarding specific impaired insurance companies (4.70). Review analysis underlying prior settlement demands (.70). | W001 | RYC | 5.40 |
| 12/04/08 | Continue reviewing and revising time and expense entries. | W011 | AHP | 1.60 |
| 12/04/08 | Work on various information requests re: allocation. | W001 | MG | 2.60 |
| 12/04/08 | Conference call re: cooperation (1.40). Edit cooperation (2.00). Confer with Jan Baer re: same (1.00). Attention to settlements (2.00). | W001 | RMH | 6.40 |
| 12/04/08 | Follow-up research and analysis regarding settlement demands to remaining insurance companies. | W001 | RYC | 0.80 |
| 12/05/08 | Analysis of selected umbrella/excess insurance policies re: "follow form," "loss payable" and defense costs issues. | W001 | GFF | 3.20 |
| 12/05/08 | Review and discuss certain allocation support document requests | W001 | HEG | 2.10 |
| 12/05/08 | Reviewed and helped to prepare information re: London Market company information for CIP. | W001 | IF | 0.70 |
| 12/05/08 | Continued to review and prepare information re: "duty to defend" and "premises coverage." | W001 | IF | 2.20 |
| 12/05/08 | Reviewed and helped to prepare information re: Grace request to produce Posner Spreadsheet with other company allocations. | W001 | IF | 0.50 |
| 12/05/08 | Draft multiple E-mails re: various allocation out policy review issues. | W001 | MG | 2.50 |
| 12/05/08 | Discovery:  Call with Grace (1.00).  Call with insurance companies (1.50). | W001 | RMH | 2.50 |
| 12/05/08 | Prepare settlement status and responses regarding settlements previously made. | W001 | RYC | 1.50 |
| 12/06/08 | Research regarding issues in connection with objections of third parties to disclosure statement. | W001 | RYC | 2.60 |
| 12/08/08 | Analysis of selected insurance policies re: "follow form," "loss payable" and defense coverage issues. | W001 | GFF | 3.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                      EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:        100055.WRG01

January 14, 2009                                                  INVOICE:              228944

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/08/08 | Attended meeting with Futures Committee attorneys to discuss allocation methodology. | W001 | HEG | 2.40 |
| 12/08/08 | Meeting with Orrick as "Futures Committee Representatives." | W001 | IF | 2.40 |
| 12/08/08 | Continued to review and prepare information re: Grace insurance policies and London Market insurance policies. | W001 | IF | 1.00 |
| 12/08/08 | Conference with Orrick attorneys (2.40); work on Posner requests (.60); preparation for conference (.30). | W001 | MG | 3.30 |
| 12/08/08 | Attention to cooperation agreement. | W001 | RMH | 2.00 |
| 12/08/08 | Attention to insurance settlement inquiries from Grace (1.00).  Work on discovery in connection with objections to disclosure statement (4.80). | W001 | RYC | 5.80 |
| 12/09/08 | Analysis of select umbrella policies re: "follow form," "loss payable" and defense cost issues. | W001 | GFF | 2.60 |
| 12/09/08 | Continued to review and analyze Grace Insurance policies re: "defense costs," "follow form" and "loss payable" language. | W001 | IF | 2.00 |
| 12/09/08 | Attention to Discovery (.30); attention to cooperation (.70). | W001 | RMH | 1.00 |
| 12/09/08 | Review and comment upon fee application. | W001 | RYC | 0.50 |
| 12/09/08 | Review and analysis of settlement issues from insurance company counsel (2.40).   Prepare discovery regarding objections from third parties including various insurance companies to disclosure statement (3.70). | W001 | RYC | 6.10 |
| 12/10/08 | Update draft e-mail per R. Horkovich request. | W011 | AHP | 0.90 |
| 12/10/08 | Review attorney changes (.20); finalize bill (1.00); follow-up filing (.20). | W011 | AHP | 1.40 |
| 12/10/08 | Review and respond to e-mail from R. Horkovich. | W011 | AHP | 0.40 |
| 12/10/08 | Analysis of selected umbrella policies re: defense costs/follow form issues (2.9); analysis of selected settlement agreements re: indemnity language (.9). | W001 | GFF | 3.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

January 14, 2009                                              INVOICE:                228944

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/10/08 | Researched and addressed Mendes London Market Company indemnification issues per R. Horkovich request (2.40); reviewed general CIP indemnification queries and created table to assist in response. (1.60). | W001 | HEG | 4.00 |
| 12/10/08 | Reviewed and prepared information re:  London Market Companies CIP Agreement. | W001 | IF | 1.50 |
| 12/10/08 | E-mails re: information requests at insurance company mediation. | W001 | MG | 1.00 |
| 12/10/08 | Attention to settlement negotiations. | W001 | RMH | 5.00 |
| 12/10/08 | Finalize first draft of objection related discovery demands for team review. | W001 | RYC | 6.50 |
| 12/11/08 | Review of files and e-mails. | W011 | AHP | 0.60 |
| 12/11/08 | Revise e-mail per R. Horkovich request. | W011 | AHP | 0.90 |
| 12/11/08 | Analysis of selected umbrella/excess policies re: "follow form," "loss payable" and defense cost issues. | W001 | GFF | 3.10 |
| 12/11/08 | Reviewed and studied Grace insurance policies and Transit Settlement Agreement. | W001 | IF | 2.50 |
| 12/11/08 | Work on responses to information requests. | W001 | MG | 1.20 |
| 12/11/08 | Attention to cooperation agreement (1.70). Attention to confidentiality proposals (3.30). Attention to discovery requests from insurance companies (.80).  Attention to providing information requested by Jeff Posner (1.20). | W001 | RMH | 7.00 |
| 12/11/08 | Revise objection related discovery demands for team review (3.40).  Preparation, meeting, and follow-up with asbestos claimant committee counsel (1.80).  Review Grace coverage in place information (1.00). | W001 | RYC | 6.20 |
| 12/12/08 | Begin review of monitoring chart and begin preparing final e-mail re: same. | W011 | AHP | 0.30 |
| 12/12/08 | Researched and reviewed relevant Grace policies for specific third-party indemnification language per R. Chung (3.30); assisted with Sentry Insurance Company document request per R. Chung (1.20). | W001 | HEG | 4.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE       MATTER:     100055.WRG01

January 14, 2009                      INVOICE:       228944

MATTER:  CLAIMANTS COMMITTEE      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/12/08 | Reviewed and prepared information re:  Royal Insurance Company (Zonolite) and third-party coverage (2.20).  Reviewed primary and umbrella policies re:  third-party claimants (.80). | W001 | IF | 3.00 |
| 12/12/08 | Continued to review and prepare information re: Grace insurance policies and premises coverage for "asbestos related claims." | W001 | IF | 1.00 |
| 12/12/08 | Work on potential settling insurance company claim. | W001 | MG | 0.70 |
| 12/12/08 | Edit discovery to be served on insurance companies (2.00).  Conference calls regarding discovery responses (1.50).  Attention to settlement communications (2.00). | W001 | RMH | 5.50 |
| 12/12/08 | Revise and research regarding objection related discovery demands for team review (4.30). Review and prepare communications with potentially settling insurance companies (2.20). | W001 | RYC | 6.50 |
| 12/13/08 | Finalize objection related discovery demands for team review (5.30).  Review and analysis of status of potential settlements with insurance companies (.50). | W001 | RYC | 5.80 |
| 12/15/08 | Update monitoring chart with revised information. | W011 | AHP | 0.70 |
| 12/15/08 | Continue to update memo per R. Horkovich request. | W011 | AHP | 1.10 |
| 12/15/08 | Reviewed and studied Grace insurance policy information and updated information. | W001 | IF | 1.50 |
| 12/15/08 | 1/2 time charge for travel to and from Pittsburgh. | W019 | RMH | 2.00 |
| 12/15/08 | Hearing with Judge Fitzgerald in Pittsburgh (4.00). Prepare for same (2.00).  Follow up with Mr. Lockwood (1.00) | W001 | RMH | 7.00 |
| 12/15/08 | Work on objection related discovery demands (3.50).  Review and analysis of general insurance recovery efforts (2.20).  Analysis of settlement legal issues (1.00). | W001 | RYC | 6.70 |
| 12/16/08 | Search docket for relevant documents per R. Horkovich request. | W011 | AHP | 3.00 |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 14, 2009                                  INVOICE:            228944

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 12/16/08 | Review of all Grace primaries and umbrellas regarding possible vendor and/or contractual liability issues. | W001 | HEG | 4.50 |
| 12/16/08 | Reviewed Grace and Zonolite primary and umbrella coverage re: Vendor Endorsements and "Contractual Liability endorsements." | W001 | IF | 4.20 |
| 12/16/08 | Research and review of Futures Claims representative information. | W001 | IF | 2.30 |
| 12/16/08 | Meeting with FCR counsel (2.50). Prepare for same (1.00). Attention to Equitas settlement and confer with Jim Sottile (1.00). Attention to confidentiality (1.00). Attention to discovery (1.00). | W001 | RMH | 6.50 |
| 12/16/08 | Preparation for, meeting, and follow-up with future claimants regarding status of insurance recovery efforts (3.20). Work on disclosure statement related discovery (2.70). Analysis and comment upon post bankruptcy filing settlements (.80). | W001 | RYC | 6.70 |
| 12/17/08 | Analysis of selected umbrella/excess policies regarding "follow form"/loss payable and defense cost issues. | W001 | GFF | 3.30 |
| 12/17/08 | Reviewed and analyzed Grace insurance policies in preparation for insolvent insurance company's closure plan. | W001 | IF | 1.00 |
| 12/17/08 | Began to review and research information from Orrick Herrington. | W001 | IF | 2.30 |
| 12/17/08 | Reviewed and analyzed new versions Grace insurance policies re: products and premises coverage. | W001 | IF | 1.20 |
| 12/17/08 | Hearing with Judge Fitzgerald (1.40). Attention to discovery (2.00). | W001 | RMH | 3.40 |
| 12/17/08 | Finalize further revised version of the proposed discovery incorporating comments (2.00). Research and analysis in connection with future claims issues (3.50). | W001 | RYC | 5.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 14, 2009                                                      INVOICE:              228944

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 12/18/08 | Analysis of recently reviewed insurance secondary evidence (.90); analysis of selected umbrella/excess insurance policies regarding "follow form", loss payable, defense costs and other coverage issues (6.30). | W001 | GFF | 7.20 |
| 12/18/08 | Newly received "missing" and "partial" policies reviewed and entered into master analysis spreads (.90); Insurance policies reviewed and analyzed for potential 2009 claim submission issues (1.60); additional insurance company internet research per R. Chung request (1.00). | W001 | HEG | 3.50 |
| 12/18/08 | Reviewed and analyzed Integrity and International Insurance Company policy (.80); Continued to review Grace insurance policies re:  premises coverage and "duty to defend" (1.70). | W001 | IF | 2.50 |
| 12/18/08 | Attention to settlements (1.20).    Attention to responses to Royal's request for admissions (.80). | W001 | RMH | 2.00 |
| 12/18/08 | Follow-up work on discovery regarding disclosure statement objections (2.20). Follow-up review and analysis in connection with future claims issues (2.20). | W001 | RYC | 4.40 |
| 12/19/08 | Analysis of research issues in connection with settlement negotiations and gather preliminary sources for research assignment (1.20); meet with Jane Horne re: same (.60). | W001 | EJS | 1.80 |
| 12/19/08 | Analysis of umbrella/excess policies regarding "follow form", defense costs, aggregates and other coverage issues. | W001 | GFF | 4.60 |
| 12/19/08 | Searched files, in-house and online resources re: Orrick research and insurance company information. | W001 | IF | 1.60 |
| 12/19/08 | Continued to review and analyze Grace insurance policies re:  "defense costs" and "premises coverage." | W001 | IF | 2.40 |
| 12/19/08 | Met with T. Stein to discuss issues in connection with potential settlement negotiations (.60); began research (1.80). | W001 | JAH | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

January 14, 2009                              INVOICE:              228944

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/19/08 | Preparation for, meeting, and follow-up with committee regarding objections to disclosure statement (.80).  Work on objection related discovery demands (4.80).  Attention to and review of insurance company settlement issues (1.00). | W001 | RYC | 6.60 |
| 12/21/08 | Follow-up re. issues pertinent to third-party endorsements in policies (.50); Work on discovery revisions and issues pertaining to objections to disclosure statement (3.50). | W001 | RYC | 4.00 |
| 12/22/08 | Analysis of selected umbrella/excess insurance policies re: "follow form," defense costs and other asbestos premises coverage issues (4.80); review/revise insurance policy data spreadsheets (2.40). | W001 | GFF | 7.20 |
| 12/22/08 | Compilation of all known vendor/contractual liability entities in Grace primaries & umbrellas per R. Horkovich request. | W001 | HEG | 6.00 |
| 12/22/08 | Reviewed and analyzed insolvent insurance companies re:  "follow form," "defense costs" and "limits" information. | W001 | IF | 4.50 |
| 12/22/08 | Searched files and online resources re:   Orrick Herrington research. | W001 | IF | 1.00 |
| 12/22/08 | Worked on memo re: insurance recovery issues in Montana and New York. | W001 | JAH | 3.90 |
| 12/22/08 | Attention to discovery (3.80).  Attention to Scott's adversary proceeding (1.20). | W001 | RMH | 5.00 |
| 12/22/08 | Finalize all discovery against objectors to disclosure statement from claimants committee, future claims representative, and debtor. | W001 | RYC | 10.70 |
| 12/23/08 | Analyze other selected umbrella/excess insurance policies re: defense costs and various other asbestos premises coverage issues (4.70); review/revise insurance policy data spreadsheets (1.80) | W001 | GFF | 6.50 |
| 12/23/08 | Additional review and edits of compiled vendor/contractual liability entities spreadsheet. | W001 | HEG | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 14, 2009                                                      INVOICE:              228944

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/23/08 | Assisted with location and analysis of certain insolvent domestic policies. | W001 | HEG | 1.20 |
| 12/23/08 | Reviewed and analyzed insolvent insurance companies re: "follow form," "defense costs" and "limits" information. | W001 | IF | 5.00 |
| 12/23/08 | Worked on memo re: insurance recovery issues in Montana and New York. | W001 | JAH | 6.00 |
| 12/23/08 | Attention to Royal's counsel's correspondence (.40).  Scheduling mediation (.60). | W001 | RMH | 1.00 |
| 12/23/08 | Research and analysis of issues pertaining to valuation (1.30); attention to inquiries received from future claimants (1.80); follow-up inquiries re: discovery against objectors (1.70); review and analysis of served discovery (2.20). | W001 | RYC | 7.00 |
| 12/24/08 | Analysis of selected umbrella/excess insurance policies re: defense costs, follow form and other issues for asbestos premises coverage (3.70); review/revise insurance policy data spreadsheets (1.40). | W001 | GFF | 5.10 |
| 12/24/08 | Assisted in location and analysis of certain insolvent insurance company policies. | W001 | HEG | 1.50 |
| 12/24/08 | Continued to review Grace insurance policies re: "insolvent insurance companies" "loss payable" "defense costs" and "follow form." | W001 | IF | 4.00 |
| 12/24/08 | Attention to correspondence from Royal's counsel (.40).    Attention to mediation (.60). Attention to products v. non-products claim (2.00). | W001 | RMH | 3.00 |
| 12/26/08 | Attention to products v. non-products claim (1.40). Attention to Royal's Requests for Admission (.60). | W001 | RMH | 2.00 |
| 12/26/08 | Research and analysis of issues in objections to disclosure statement (2.30); research and analysis re. served and received discovery re. Plan (3.20); research and analysis re. future claimants coverage issues (2.30). | W001 | RYC | 7.80 |
| 12/28/08 | Respond to Royal (.60);    Attention to discovery (.40). | W001 | RMH | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| January 14, 2009 | INVOICE:              228944 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/28/08 | Research and analysis regarding plan proponent discovery issues (1.20).   Review and research settlement issues in connection with Plan disclosures (1.00).  Review and research issues for claims for non-products coverage for third party claims (2.20).  Attention to discovery requests from insurance companies (.80). | W001 | RYC | 5.20 |
| 12/29/08 | Confer w/ J Horne re: research assignments. | W001 | EJS | 0.20 |
| 12/29/08 | Analysis of selected umbrella/excess insurance policies re: "follow form;" defense costs and other issues related to asbestos premises coverage (5.60); review/revise insurance policy data spreadsheets (.90). | W001 | GFF | 7.00 |
| 12/29/08 | Mendes London Market queries reviewed and discussed. | W001 | HEG | 1.00 |
| 12/29/08 | Reviewed and prepared information re: "premises coverage" and Grace insurance policies. | W001 | IF | 4.40 |
| 12/29/08 | Conference with E. Stein (.20); Worked on memo re: insurance recovery issues in Montana and New York (7.30). | W001 | JAH | 7.50 |
| 12/29/08 | Emails re: CIP agreements and Exhibit 5. | W001 | MG | 0.60 |
| 12/29/08 | Attention to London Market potential objection (1.20).  Attention to Royal potential objection (.70). Conference with Posner (.60). | W001 | RMH | 2.50 |
| 12/29/08 | Research and analysis regarding products liability for various third party scenarios (4.20);  Review and analysis of Plan Proponents' Discovery and additional discovery by committee (1.50); Research and analysis of bankruptcy insurance settlement issues (1.80). | W001 | RYC | 7.50 |
| 12/30/08 | Review and comment on J. Black memo re: research topics for potential settlement negotiation (.60); further research and confer with J Black re: same (1.20). | W001 | EJS | 1.80 |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 14, 2009                                                  INVOICE:            228944

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/30/08 | Review/revise insurance policy data spreadsheets (1.30); Analysis of selected umbrella/excess insurance policies re: "follow form," defense costs and other issues related to asbestos premises coverage (5.10). | W001 | GFF | 6.40 |
| 12/30/08 | Continued to review and update information re: Grace insurance policies and insolvent insurance companies. | W001 | IF | 3.50 |
| 12/30/08 | Prepared and updated information re: future claimants related research. | W001 | IF | 1.00 |
| 12/30/08 | Conference with E. Stein (.20); Worked on memo re: insurance recovery issues in Montana and New York (6.30). | W001 | JAH | 6.50 |
| 12/30/08 | Attention to discovery (.70).  Attention to non-products claims (2.30). | W001 | RMH | 3.00 |
| 12/30/08 | Research and analysis regarding third party insurance coverage potential in context of underlying claims and facts (3.80).  Research regarding coverage issues relating to insurance company representations (2.00). | W001 | RYC | 5.80 |
| 12/31/08 | Analysis of selected umbrella/excess policies re: "follow form," defense cost issues and other issues related to asbestos premises coverage (3.80); review/revise insurance policy data spreadsheets (1.30). | W001 | GFF | 5.10 |
| 12/31/08 | Continued to review and update information re: "defense costs" and "loss payable" provisions. | W001 | IF | 4.00 |
| 12/31/08 | Worked on memo re: insurance recovery issues in Montana and New York. | W001 | JAH | 5.00 |
| 12/31/08 | Attention to discovery to and from plan proponents, Royal and Libby. | W001 | RMH | 4.00 |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

January 14, 2009                                  INVOICE:             228944

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 12/31/08 | Follow-up research regarding future claimants issues (1.70).  Review and analysis of discovery directed to the committee (1.10). Review expert witness status (.30).  Review and update regarding plan proponent discovery (.70).  Review and research issues related to third parties regarding products specific coverage (1.50). | W001 | RYC | 5.30 |

**TOTAL FEES:**                                                  **$206,736.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 14, 2009                    INVOICE:      228944

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 220.00 | 14.80 | 3,256.00 |
| Edward J Stein | 545.00 | 3.80 | 2,071.00 |
| Glenn F Fields | 295.00 | 70.40 | 20,768.00 |
| Harris E Gershman | 245.00 | 35.00 | 8,575.00 |
| Izak Feldgreber | 255.00 | 65.20 | 16,626.00 |
| Jane A Horne | 265.00 | 31.30 | 8,294.50 |
| Mark Garbowski | 520.00 | 15.70 | 8,164.00 |
| Robert M Horkovich | 790.00 | 81.80 | 64,622.00 |
| Robert Y Chung | 520.00 | 143.00 | 74,360.00 |
| **TOTAL FEES:** |  |  | **$206,736.50** |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

January 14, 2009                                               INVOICE:            228944

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                      | HOURS  | TOTALS       |
|----------------------|--------|--------------|
| Edward J Stein       | 3.80   | 2,071.00     |
| Glenn F Fields       | 70.40  | 20,768.00    |
| Harris E Gershman    | 35.00  | 8,575.00     |
| Izak Feldgreber      | 65.20  | 16,626.00    |
| Jane A Horne         | 31.30  | 8,294.50     |
| Mark Garbowski       | 15.70  | 8,164.00     |
| Robert M Horkovich   | 79.80  | 63,042.00    |
| Robert Y Chung       | 143.00 | 74,360.00    |
| **TOTAL:**           | **444.20** | **$201,900.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                  | HOURS   | TOTALS        |
|------------------|---------|---------------|
| Arline H Pelton  | 14.80   | 3,256.00      |
| **TOTAL:**       | **14.80** | **$3,256.00** |

ACTIVITY CODE: W019        Travel (non-working)

|                     | HOURS   | TOTALS        |
|---------------------|---------|---------------|
| Robert M Horkovich  | 2.00    | 1,580.00      |
| **TOTAL:**          | **2.00** | **$1,580.00** |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

January 14, 2009                                  INVOICE:          228944

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| COSTS through 12/31/08 |
|:---:|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/14/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243675 For: ROBERT HORKOVICH on 11/14/2008 Carrier Code: US to LGA PIT Invoice # 356825 | E110 | 87.50 |
| 11/14/08 | AIRFARE/RAIL EXPS. Ticket #: 8147994721 For: ROBERT HORKOVICH on 11/14/2008 Carrier Code: XD to AGENT FEE Invoice # 356825 | E110 | 30.00 |
| 11/14/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243676 For: ROBERT HORKOVICH on 11/14/2008 Carrier Code: AA to PIT LGA Invoice # 356826 | E110 | 87.50 |
| 12/01/08 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 12/01/08 | DI - PHOTOCOPYING - | E101 | 3.50 |
| 12/01/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/01/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/01/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/01/08 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 12/02/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/03/08 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 575435 Local travel expenses for Horkovich on 11/14/08 | E109 | 180.03 |
| 12/03/08 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 576131 Local travel expenses for Horkovich on 11/24/08 | E109 | 183.60 |
| 12/03/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/04/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call 10/29, 10/30,  11/11& 11/12 | E124 | 205.50 |
| 12/04/08 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 11/24 re: hearing in front of Judge Fitzgerarld | E110 | 90.00 |
| 12/04/08 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 11/24 re: hearing in front of Judge Fitzgerald | E111 | 13.42 |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 14, 2009                                  INVOICE:        228944

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 12/04/08 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 12/08/08 | DI - PHOTOCOPYING - | E101 | 7.00 |
| 12/08/08 | DI - PHOTOCOPYING - | E101 | 1.30 |
| 12/09/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/09/08 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 12/09/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 12/09/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/10/08 | DI - PHOTOCOPYING - | E101 | 3.30 |
| 12/10/08 | DI - PHOTOCOPYING - | E101 | 1.90 |
| 12/11/08 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# L0282985 Local travel expenses for Horkovich on 11/14/08 | E109 | 201.50 |
| 12/11/08 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# L0282985 Local travel expenses for Horkovich on 11/24/08 | E109 | 198.50 |
| 12/11/08 | DI - PHOTOCOPYING - | E101 | 6.60 |
| 12/11/08 | DI - PHOTOCOPYING - | E101 | 4.20 |
| 12/11/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 12/11/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/12/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/12/08 | DI - PHOTOCOPYING - | E101 | 4.80 |
| 12/15/08 | DI - POSTAGE - | E108 | 18.50 |
| 12/16/08 | DI - PHOTOCOPYING - | E101 | 2.60 |
| 12/16/08 | DI - PHOTOCOPYING - | E101 | 5.30 |
| 12/17/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 903092927 Tracking Number: 790143051026 Reference: 100055 WRG01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Nathan Finch, Esq, Caplin & Drysdale, One Thomas Circle, NW, WASHINGTON, DC, 20005, US | E109 | 10.68 |
| 12/17/08 | AP - TELEPHONE - VENDOR: AT&T TELECONFERENCE SERVICES 5197521500001 Conference calls | E124 | 135.78 |

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:        100055.WRG01

January 14, 2009                                INVOICE:           228944

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 5.50 |
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 2.40 |
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 2.60 |
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 5.20 |
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 3.20 |
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/17/08 | DI - PHOTOCOPYING - | E101 | 4.30 |
| 12/18/08 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 12/19/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 12/23/08 | DI - PHOTOCOPYING - | E101 | 9.70 |
| 12/24/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/24/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/29/08 | DI - PHOTOCOPYING - | E101 | 45.50 |
| 12/29/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/29/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/30/08 | DI - PHOTOCOPYING - | E101 | 3.30 |
| 12/31/08 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 578660 Local travel expenses for Horkovich on 12/15/08 | E109 | 172.38 |
| 12/31/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/31/08 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                              **$1,747.49**

{D0145864.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                               EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

January 14, 2009                                                      INVOICE:          228944

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 10.68 |
| AR | AIRFARE/RAIL EXPS. | 205.00 |
| LT | LOCAL TRAVEL | 936.01 |
| PG | DI - POSTAGE - | 18.50 |
| TE | AP - TELEPHONE - | 341.28 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 90.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 13.42 |
| XE | DI - PHOTOCOPYING - | 132.60 |
| | **TOTAL COSTS:** | **$1,747.49** |

**TOTAL DUE:**                                    **$208,483.99**

{D0145864.1 }