Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2008 through November 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | **Bradley Rapp - Senior Managing Director** | | | |
| 1-Nov-08 | BR | Review of Disclosure Statement for the Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.70 | $ 565.00 | $ 2,090.50 |
| 2-Nov-08 | BR | Further review of Disclosure Statement for the Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.50 | $ 565.00 | $ 1,977.50 |
| 3-Nov-08 | BR | Drafted e-mail to Mark Hurford re Grace motion to sell a parcel of California real estate. | 0.10 | $ 565.00 | $ 56.50 |
| 3-Nov-08 | BR | Review of Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.50 | $ 565.00 | $ 1,977.50 |
| 4-Nov-08 | BR | Further review of Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.30 | $ 565.00 | $ 1,864.50 |
| 4-Nov-08 | BR | Review of PI Asbestos Trust Agreement attached as an exhibit to the disclosure statement/POR. | 2.80 | $ 565.00 | $ 1,582.00 |
| 5-Nov-08 | BR | Review of Trust Distribution Procedures attached as an exhibit to the disclosure statement/POR. | 3.50 | $ 565.00 | $ 1,977.50 |
| 5-Nov-08 | BR | Review of Best Interests Test/Liquidation Analysis attached as an exhibit to the disclosure statement/POR. | 1.40 | $ 565.00 | $ 791.00 |
| 5-Nov-08 | BR | Review and analysis of Financial Information exhibit to the disclosure statement/POR. | 3.40 | $ 565.00 | $ 1,921.00 |
| 6-Nov-08 | BR | Review of selected portions of the Fresenius Settlement Agreement. | 1.30 | $ 565.00 | $ 734.50 |
| 6-Nov-08 | BR | Review of selected portions of the Sealed Air Settlement Agreement. | 2.10 | $ 565.00 | $ 1,186.50 |
| 11-Nov-08 | BR | Review of COFC's weekly report on Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 17-Nov-08 | BR | Review of Grace motion to sell limited partnership interests in Colowyo Coal Company L.P. | 0.80 | $ 565.00 | $ 452.00 |
| 17-Nov-08 | BR | Review of Terms of Price Participation in connection with analysis of Grace's motion to sell limited partnership interests in Colowyo Coal Company L.P. | 0.70 | $ 565.00 | $ 395.50 |
| 17-Nov-08 | BR | Review of Limited Partnership Interest Purchase and Sale Agreement in connection with analysis of Grace's motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 1.20 | $ 565.00 | $ 678.00 |
| 17-Nov-08 | BR | Research on spot prices for steam coal for purpose of analyzing Grace's motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 1.10 | $ 565.00 | $ 621.50 |
| 17-Nov-08 | BR | Review of Grace tax optimization plan for information concerning use of NOLs in connection with review of Grace's motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 0.40 | $ 565.00 | $ 226.00 |
| 17-Nov-08 | BR | Preparation of questions in preparation of conference call with the company to discuss motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 0.50 | $ 565.00 | $ 282.50 |
| 19-Nov-08 | BR | Conf call with Jimmy Sinclair and Peter Cramp to discuss the Grace motion to dispose of limited partnership interests in Colowyo Coal Company. | 0.30 | $ 565.00 | $ 169.50 |
| 19-Nov-08 | BR | Review of COFC's weekly report on Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 19-Nov-08 | BR | Review of docket report for purpose of on-going monitoring of chapter 11 case. | 0.50 | $ 565.00 | $ 282.50 |
| 19-Nov-08 | BR | Review of Grace monthly financial report for September 2008 for purpose of financial due diligence. | 3.30 | $ 565.00 | $ 1,864.50 |
| 19-Nov-08 | BR | Review of Grace monthly operating report for September 2008 for purpose of financial due diligence. | 0.60 | $ 565.00 | $ 339.00 |
| 19-Nov-08 | BR | Conf call with the company and financial advisors to discuss Grace's motion to sell limited partnership interests in Colowyo Coal Company; participation for consideration of tax issues posed by the motion. | 0.60 | $ 565.00 | $ 339.00 |
| 19-Nov-08 | BR | Review and analysis of Grace Financial Briefing in preparation for conference call with company and financial advisors to discuss 3Q08 performance. | 1.50 | $ 565.00 | $ 847.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2008 through November 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 20-Nov-08 | BR | Conf call with the company and financial advisors to discuss Grace's third quarter operating results; participation for purpose of understanding impact of operating results on tax issues. | 0.60 | $ 565.00 | $ 339.00 |
| 21-Nov-08 | BR | Review of Grace motion to sell a parcel of real property to the city of Charleston, SC for purpose of providing recommendation to the ACC. | 1.80 | $ 565.00 | $ 1,017.00 |
| 25-Nov-08 | BR | Review of COFC's weekly report on Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 26-Nov-08 | BR | Preparation of e-mail to Mark Hurford re COFC's recommendation relating to Debtor's proposed sale of real estate parcel to City of Charleston, SC. | 0.10 | $ 565.00 | $ 56.50 |
| | | Total Bradley Rapp | 43.30 | | $ 24,464.50 |

James Sinclair - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 3-Nov-08 | JS | Review pricing data and analysis of value of package for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 3-Nov-08 | JS | Review memorandum from ACC counsel regarding Initial Payment Percentage (IPP), review Charter Oak's and Mark Peterson's analyses for purpose of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 5-Nov-08 | JS | Review memoranda from Inselbuch, Mark Peterson's claims analysis for determination of range of IPP and for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| 7-Nov-08 | JS | Review for comment draft of TDP of 11/5/08 for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 10-Nov-08 | JS | Review, analyze Deferred Payment Agreement draft of 10/17/08 for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 11-Nov-08 | JS | Review pricing information for valuation for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 18-Nov-08 | JS | Review pricing and valuation information for purposes of advising ACC counsel at counsel's request. | 0.50 | $ 565.00 | $ 282.50 |
| 19-Nov-08 | JS | Review Colowyo Motion and documents in preparation for conference call with Company for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 19-Nov-08 | JS | Conference call with Company to discuss Colowyo Motion for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 19-Nov-08 | JS | Review 3rd Quarter 2008 10-Q in preparation for conference call with Company on 11/20/08 to discuss 3rd quarter results for purposes of advising ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 19-Nov-08 | JS | Review memorandum from G. Sinclair regarding 3rd Quarter 2008 results for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 19-Nov-08 | JS | Review 3rd Quarter 2008 Financial Briefing from Company in preparation for conference call with Company on 11/20/08 to discuss 3rd quarter results for purposes of advising counsel. | 1.50 | $ 565.00 | $ 847.50 |
| 20-Nov-08 | JS | Conference call with Company to review 3rd Quarter 2008 results, estimates for full year, for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 25-Nov-08 | JS | Review pricing and valuation information for purposes of advising ACC counsel at counsel's request. | 0.70 | $ 565.00 | $ 395.50 |
| 25-Nov-08 | JS | Review, analyze Rapp's memoranda (2) regarding Colowyo Motion and City of Charleston Real Property Motion for purpose of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| | | Total James Sinclair | 17.50 | | $ 9,887.50 |

Robert Lindsay - Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 14-Nov-08 | RL | Reviewed/edited draft Oct invoice and forward final to counsel. | 0.50 | $ 425.00 | $ 212.50 |
| | | Total Robert Lindsay | 0.50 | | $ 212.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2008 through November 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | **Peter Cramp - Analyst** | | | |
| 03-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 04-Nov-08 | PC | Review and analyze 3rd Quarter earnings report for guideline company for use in market multiple valuation. | 2.70 | $ 210.00 | $ 567.00 |
| 10-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 11-Nov-08 | PC | Review and analyze draft of Deferred Payment Agreement from 10/17/08 for due diligence. | 1.10 | $ 210.00 | $ 231.00 |
| 11-Nov-08 | PC | Review and analyze Debtors' Motion for authorization to sell its limited partnership interests in Colowyo Coal Company ("Colowyo Motion") for due diligence. | 1.80 | $ 210.00 | $ 378.00 |
| 13-Nov-08 | PC | Review October Fee Application. | 0.40 | $ 210.00 | $ 84.00 |
| 17-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 210.00 | $ 357.00 |
| 19-Nov-08 | PC | Conference call with Brad Rapp and James Sinclair regarding Debtors' Colowyo Motion. | 0.30 | $ 210.00 | $ 63.00 |
| 19-Nov-08 | PC | Conference call with Debtor and financial advisors to discuss Colowyo Motion for due diligence. | 0.60 | $ 210.00 | $ 126.00 |
| 20-Nov-08 | PC | Conference call with the Debtor to discuss 3rd Quarter Results for due diligence and valuation monitoring. | 0.60 | $ 210.00 | $ 126.00 |
| 24-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 210.00 | $ 273.00 |
| 25-Nov-08 | PC | Read and analyze Debtors' form 8-K filing regarding Zonolite PD Claims. | 1.30 | $ 210.00 | $ 273.00 |
| 25-Nov-08 | PC | Commence research on packaging and container industry for search for comparable companies for formulation of comparable company market multiple valuation for Sealed Air Corp. | 2.90 | $ 210.00 | $ 609.00 |
| 26-Nov-08 | PC | Prepare comparable company market multiple valuation for Sealed Air Corp. | 3.60 | $ 210.00 | $ 756.00 |
| | | Total Peter Cramp | 21.30 | | $ 4,473.00 |
| | | **Gibbons Sinclair - Analyst** | | | |
| 12-Nov-08 | GS | Draft October Invoice. | 2.10 | $ 210.00 | $ 441.00 |
| 14-Nov-08 | GS | Revise October Invoice. | 0.30 | $ 210.00 | $ 63.00 |
| 20-Nov-08 | GS | Conference call with Debtor regarding 3rd Quarter results for due diligence and valuation monitoring. | 0.60 | $ 210.00 | $ 126.00 |
| 20-Nov-08 | GS | Review and edit notes from WR Grace conference call. | 0.20 | $ 210.00 | $ 42.00 |
| | | Total Gibbons Sinclair | 3.20 | | $ 672.00 |
| | | **TOTAL** | 85.80 | | $ 39,709.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2008 through November 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

Asset Analysis and Recovery

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 3-Nov-08 | JS | Review memorandum from ACC counsel regarding Initial Payment Percentage (IPP), review Charter Oak's and Mark Peterson's analyses for purpose of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 5-Nov-08 | JS | Review memoranda from Inselbuch, Mark Peterson's claims analysis for determination of range of IPP and for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| | | Total Asset Analysis and Recovery | 3.10 | | $ 1,751.50 |

Business Operations

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 03-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 7-Nov-08 | JS | Review for comment draft of TDP of 11/5/08 for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 10-Nov-08 | JS | Review, analyze Deferred Payment Agreement draft of 10/17/08 for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 10-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 11-Nov-08 | PC | Review and analyze Debtors' Motion for authorization to sell its limited partnership interests in Colowyo Coal Company ("Colowyo Motion") for due diligence. | 1.80 | $ 210.00 | $ 378.00 |
| 17-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 210.00 | $ 357.00 |
| 19-Nov-08 | JS | Review Colowyo Motion and documents in preparation for conference call with Company for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 19-Nov-08 | JS | Conference call with Company to discuss Colowyo Motion for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 19-Nov-08 | JS | Review 3rd Quarter 2008 10-Q in preparation for conference call with Company on 11/20/08 to discuss 3rd quarter results for purposes of advising ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 19-Nov-08 | JS | Review memorandum from G. Sinclair regarding 3rd Quarter 2008 results for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 19-Nov-08 | JS | Review 3rd Quarter 2008 Financial Briefing from Company in preparation for conference call with Company on 11/20/08 to discuss 3rd quarter results for purposes of advising counsel. | 1.50 | $ 565.00 | $ 847.50 |
| 19-Nov-08 | PC | Conference call with Brad Rapp and James Sinclair regarding Debtors' Colowyo Motion. | 0.30 | $ 210.00 | $ 63.00 |
| 19-Nov-08 | PC | Conference call with Debtor and financial advisors to discuss Colowyo Motion for due diligence. | 0.60 | $ 210.00 | $ 126.00 |
| 20-Nov-08 | JS | Conference call with Company to review 3rd Quarter 2008 results, estimates for full year, for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 20-Nov-08 | PC | Conference call with the Debtor to discuss 3rd Quarter Results for due diligence and valuation monitoring. | 0.60 | $ 210.00 | $ 126.00 |
| 20-Nov-08 | GS | Conference call with Debtor regarding 3rd Quarter results for due diligence and valuation monitoring. | 0.60 | $ 210.00 | $ 126.00 |
| 20-Nov-08 | GS | Review and edit notes from conference call with Debtor. | 0.20 | $ 210.00 | $ 42.00 |
| 24-Nov-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 210.00 | $ 273.00 |
| 25-Nov-08 | JS | Review, analyze Rapp's memoranda (2) regarding Colowyo Motion and City of Charleston Real Property Motion for purpose of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 25-Nov-08 | PC | Read and analyze Debtors' form 8-K filing regarding Zonolite PD Claims. | 1.30 | $ 210.00 | $ 273.00 |
| | | Total Business Operations | 23.40 | | $ 9,174.00 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 12-Nov-08 | GS | Draft October Invoice. | 2.10 | $ 210.00 | $ 441.00 |
| 13-Nov-08 | PC | Review October Fee Application. | 0.40 | $ 210.00 | $ 84.00 |
| 14-Nov-08 | RL | Reviewed/edited draft Oct invoice and forward final to counsel. | 0.50 | $ 425.00 | $ 212.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2008 through November 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 14-Nov-08 | GS | Revise October Invoice. | 0.30 | $ 210.00 | $ 63.00 |
| | | Total Fee Applications (Applicant) | 3.30 | | $ 800.50 |

**Plan and Disclosure Statement**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 1-Nov-08 | BR | Review of Disclosure Statement for the Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.70 | $ 565.00 | $ 2,090.50 |
| 2-Nov-08 | BR | Further review of Disclosure Statement for the Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.50 | $ 565.00 | $ 1,977.50 |
| 3-Nov-08 | BR | Review of Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.50 | $ 565.00 | $ 1,977.50 |
| 4-Nov-08 | BR | Further review of Joint Plan of Reorganization of W.R. Grace for purpose of due diligence. | 3.30 | $ 565.00 | $ 1,864.50 |
| 4-Nov-08 | BR | Review of PI Asbestos Trust Agreement attached as an exhibit to the disclosure statement/POR. | 2.80 | $ 565.00 | $ 1,582.00 |
| 5-Nov-08 | BR | Review of Trust Distribution Procedures attached as an exhibit to the disclosure statement/POR. | 3.50 | $ 565.00 | $ 1,977.50 |
| 5-Nov-08 | BR | Review of Best Interests Test/Liquidation Analysis attached as an exhibit to the disclosure statement/POR. | 1.40 | $ 565.00 | $ 791.00 |
| 5-Nov-08 | BR | Review and analysis of Financial Information exhibit to the disclosure statement/POR. | 3.40 | $ 565.00 | $ 1,921.00 |
| 6-Nov-08 | BR | Review of selected portions of the Fresenius Settlement Agreement. | 1.30 | $ 565.00 | $ 734.50 |
| 6-Nov-08 | BR | Review of selected portions of the Sealed Air Settlement Agreement. | 2.10 | $ 565.00 | $ 1,186.50 |
| 11-Nov-08 | PC | Review and analyze draft of Deferred Payment Agreement from 10/17/08 for due diligence. | 1.10 | $ 210.00 | $ 231.00 |
| | | Total Plan and Disclosure Statement | 29.60 | | $ 16,333.50 |

**Asset Disposition**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 3-Nov-08 | BR | Drafted e-mail to Mark Hurford re Grace motion to sell a parcel of California real estate. | 0.10 | $ 565.00 | $ 56.50 |
| 17-Nov-08 | BR | Review of Grace motion to sell limited partnership interests in Colowyo Coal Company L.P. | 0.80 | $ 565.00 | $ 452.00 |
| 17-Nov-08 | BR | Review of Terms of Price Participation in connection with analysis of Grace's motion to sell limited partnership interests in Colowyo Coal Company L.P. | 0.70 | $ 565.00 | $ 395.50 |
| 17-Nov-08 | BR | Review of Limited Partnership Interest Purchase and Sale Agreement in connection with analysis of Grace's motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 1.20 | $ 565.00 | $ 678.00 |
| 17-Nov-08 | BR | Research on spot prices for steam coal for purpose of analyzing Grace's motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 1.10 | $ 565.00 | $ 621.50 |
| 17-Nov-08 | BR | Review of Grace tax optimization plan for information concerning use of NOLs in connection with review of Grace's motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 0.40 | $ 565.00 | $ 226.00 |
| 17-Nov-08 | BR | Preparation of questions in preparation of conference call with the company to discuss motion to sell limited partnership intererests in Colowyo Coal Company L.P. | 0.50 | $ 565.00 | $ 282.50 |
| 19-Nov-08 | BR | Conf call with Jimmy Sinclair and Peter Cramp to discuss the Grace motion to dispose of limited partnership interests in Colowyo Coal Company. | 0.30 | $ 565.00 | $ 169.50 |
| 19-Nov-08 | BR | Conf call with the company and financial advisors to discuss Grace's motion to sell limited partnership interests in Colowyo Coal Company; participation for consideration of tax issues posed by the motion. | 0.60 | $ 565.00 | $ 339.00 |
| 21-Nov-08 | BR | Review of Grace motion to sell a parcel of real property to the city of Charleston, SC for purpose of providing recommendation to the ACC. | 1.80 | $ 565.00 | $ 1,017.00 |
| 26-Nov-08 | BR | Preparation of e-mail to Mark Hurford re COFC's recommendation relating to Debtor's proposed sale of real estate parcel to City of Charleston, SC. | 0.10 | $ 565.00 | $ 56.50 |
| | | Total Asset Disposition | 7.60 | | $ 4,294.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2008 through November 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| Valuation | | | | | |
| 3-Nov-08 | JS | Review pricing data and analysis of value of package for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 04-Nov-08 | PC | Review and analyze 3rd Quarter earnings report for guideline company for use in market multiple valuation. | 2.70 | $ 210.00 | $ 567.00 |
| 11-Nov-08 | BR | Review of COFC's weekly report on Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 11-Nov-08 | JS | Review pricing information for valuation for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 18-Nov-08 | JS | Review pricing and valuation information for purposes of advising ACC counsel at counsel's request. | 0.50 | $ 565.00 | $ 282.50 |
| 19-Nov-08 | BR | Review of COFC's weekly report on Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 19-Nov-08 | BR | Review of docket report for purpose of on-going monitoring of chapter 11 case. | 0.50 | $ 565.00 | $ 282.50 |
| 19-Nov-08 | BR | Review of Grace monthly financial report for September 2008 for purpose of financial due diligence. | 3.30 | $ 565.00 | $ 1,864.50 |
| 19-Nov-08 | BR | Review of Grace monthly operating report for September 2008 for purpose of financial due diligence. | 0.60 | $ 565.00 | $ 339.00 |
| 19-Nov-08 | BR | Review and analysis of Grace Financial Briefing in preparation for conference call with company and financial advisors to discuss 3Q08 performance. | 1.50 | $ 565.00 | $ 847.50 |
| 20-Nov-08 | BR | Conf call with the company and financial advisors to discuss Grace's third quarter operating results; participation for purpose of understanding impact of operating results on tax issues. | 0.60 | $ 565.00 | $ 339.00 |
| 25-Nov-08 | BR | Review of COFC's weekly report on Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 25-Nov-08 | JS | Review pricing and valuation information for purposes of advising ACC counsel at counsel's request. | 0.70 | $ 565.00 | $ 395.50 |
| 25-Nov-08 | PC | Commence research on packaging and container industry for search for comparable companies for formulation of comparable company market multiple valuation for Sealed Air Corp. | 2.90 | $ 210.00 | $ 609.00 |
| 26-Nov-08 | PC | Prepare comparable company market multiple valuation for Sealed Air Corp. | 3.60 | $ 210.00 | $ 756.00 |
| | | Total Valuation | 18.80 | | $ 7,356.00 |
| | | **TOTAL** | 85.80 | | $ 39,709.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2008 through November 30, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 43.30 | $ 565.00 | $ 24,464.50 |
| James Sinclair - Senior Managing Director | 17.50 | $ 565.00 | $ 9,887.50 |
| Robert Lindsay - Director | 0.50 | $ 425.00 | $ 212.50 |
| Peter Cramp - Analyst | 21.30 | $ 210.00 | $ 4,473.00 |
| Gibbons Sinclair - Analyst | 3.20 | $ 210.00 | $ 672.00 |
| Total Professional Hours and Fees | 85.80 | | $ 39,709.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - November 1, 2008 through November 30, 2008

| Date | Description of Item | Amount |
|------|---------------------|--------|
| 09/23/08 | Pacer - Online Research | $26.88 |
| 11/26/08 | Alacra - Online Research | $60.00 |
| | Total Expenses November 1, 2008 through November 30, 2008 | $86.88 |