Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2008 through December 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 01-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 09-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 16-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 17-Dec-08 | BR | Review of documents relating to motion for approval of ZAI settlement agreement at request of counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 17-Dec-08 | BR | Review of e-mail from Mark Hurford regarding motion for approval of ZAI settlement agreement. | 0.10 | $ 565.00 | $ 56.50 |
| 18-Dec-08 | BR | Review of monthly operating report for Grace for October 2008. | 0.90 | $ 565.00 | $ 508.50 |
| 18-Dec-08 | BR | Review and monthly financial report for Grace for October 2008. | 2.70 | $ 565.00 | $ 1,525.50 |
| 23-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 30-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.10 | $ 565.00 | $ 56.50 |
| | | Total Bradley Rapp | 6.50 | | $ 3,672.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Dec-08 | JS | Review pricing and valuation information for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 08-Dec-08 | JS | Review, analyze reports of management transactions in Grace stock as reported for due diligence and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 08-Dec-08 | JS | Review pricing and valuation materials for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 08-Dec-08 | JS | Review ZAI settlement terms for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 16-Dec-08 | JS | Review, analyze, ZAI Claimants' Motion for Preliminary Approval and related documents for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 16-Dec-08 | JS | Review, analyze pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 23-Dec-08 | JS | Review, revise valuation materials for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 23-Dec-08 | JS | Write memorandum to ACC counsel regarding valuation for purposes of advising same. | 2.90 | $ 565.00 | $ 1,638.50 |
| 29-Dec-08 | JS | Review pricing information for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| | | Total James Sinclair | 13.80 | | $ 7,797.00 |
| Robert Lindsay - Director | | | | | |
| 16-Dec-08 | RL | Reviewed Nov draft invoice, finalized and forwarded to counsel. | 0.30 | $ 425.00 | $ 127.50 |
| | | Total Robert Lindsay | 0.30 | | $ 127.50 |
| Peter Cramp - Analyst | | | | | |
| 01-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 01-Dec-08 | PC | Research and analyze list of institutional holders of Debtors' common stock at request of counsel. | 1.80 | $ 210.00 | $ 378.00 |
| 03-Dec-08 | PC | Review various news articles regarding Zonolite property damage settlement for due diligence. | 0.60 | $ 210.00 | $ 126.00 |
| 08-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 08-Dec-08 | PC | Review and analyze October Monthly Operating Report for due diligence. | 1.90 | $ 210.00 | $ 399.00 |
| 08-Dec-08 | PC | Review and revise November Fee Application. | 0.50 | $ 210.00 | $ 105.00 |
| 09-Dec-08 | PC | Review and update market multiple valuation to reflect current pricing environment and revised analysts' estimates. | 3.30 | $ 210.00 | $ 693.00 |
| 10-Dec-08 | PC | Continue to update market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |
| 15-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 15-Dec-08 | PC | Review news articles regarding Sealed Air's change in credit agreement for due diligence. | 0.50 | $ 210.00 | $ 105.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2008 through December 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 17-Dec-08 | PC | Review various news articles on the specialty chemicals industry for due diligence. | 1.60 | $ 210.00 | $ 336.00 |
| 22-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 210.00 | $ 357.00 |
| 29-Dec-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 210.00 | $ 315.00 |
| | | Total Peter Cramp | 18.80 | | $ 3,948.00 |

Gibbons Sinclair - Analyst

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 06-Dec-08 | GS | Draft November Invoice. | 2.20 | $ 210.00 | $ 462.00 |
| | | Total Gibbons Sinclair | 2.20 | | $ 462.00 |
| | | **TOTAL** | 41.60 | | $ 16,007.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2008 through December 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 08-Dec-08 | JS | Review, analyze reports of management transactions in Grace stock as reported for due diligence and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 16-Dec-08 | JS | Review, analyze, ZAI Claimants' Motion for Preliminary Approval and related documents for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| | | Total Asset Analysis and Recovery | 4.00 | | $ 2,260.00 |
| **Business Operations** | | | | | |
| 01-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 01-Dec-08 | PC | Research and analyze list of institutional holders of Debtors' common stock at request of counsel. | 1.80 | $ 210.00 | $ 378.00 |
| 03-Dec-08 | PC | Review various news articles regarding Zonolite property damage settlement for due diligence. | 0.60 | $ 210.00 | $ 126.00 |
| 08-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 08-Dec-08 | PC | Review and analyze October Monthly Operating Report for due diligence. | 1.90 | $ 210.00 | $ 399.00 |
| 15-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 15-Dec-08 | PC | Review news articles regarding Sealed Air's change in credit agreement for due diligence. | 0.50 | $ 210.00 | $ 105.00 |
| 17-Dec-08 | PC | Review various news articles on the specialty chemicals industry for due diligence. | 1.60 | $ 210.00 | $ 336.00 |
| 22-Dec-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 210.00 | $ 357.00 |
| 29-Dec-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 210.00 | $ 315.00 |
| | | Total Business Operations | 14.20 | | $ 2,982.00 |
| **Case Administration** | | | | | |
| 23-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.20 | $ 565.00 | $ 113.00 |
| | | Total Case Administration | 0.20 | | $ 113.00 |
| **Fee Applications (Applicant)** | | | | | |
| 06-Dec-08 | GS | Draft November Invoice. | 2.20 | $ 210.00 | $ 462.00 |
| 08-Dec-08 | PC | Review and revise November Fee Application. | 0.50 | $ 210.00 | $ 105.00 |
| 16-Dec-08 | RL | Reviewed Nov draft invoice, finalized and forwarded to counsel. | 0.30 | $ 425.00 | $ 127.50 |
| | | Total Fee Applications (Applicant) | 3.00 | | $ 694.50 |
| **Plan and Disclosure Statement** | | | | | |
| 08-Dec-08 | JS | Review ZAI settlement terms for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 17-Dec-08 | BR | Review of documents relating to motion for approval of ZAI settlement agreement at request of counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 17-Dec-08 | BR | Review of e-mail from Mark Hurford regarding motion for approval of ZAI settlement agreement. | 0.10 | $ 565.00 | $ 56.50 |
| | | Total Plan and Disclosure Statement | 3.10 | | $ 1,751.50 |
| **Valuation** | | | | | |
| 01-Dec-08 | JS | Review pricing and valuation information for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 01-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 08-Dec-08 | JS | Review pricing and valuation materials for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 09-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 09-Dec-08 | PC | Review and update market multiple valuation to reflect current pricing environment and revised analysts' estimates. | 3.30 | $ 210.00 | $ 693.00 |
| 10-Dec-08 | PC | Continue to update market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2008 through December 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 16-Dec-08 | JS | Review, analyze pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 16-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 18-Dec-08 | BR | Review of monthly operating report for Grace for October 2008. | 0.90 | $ 565.00 | $ 508.50 |
| 18-Dec-08 | BR | Review and monthly financial report for Grace for October 2008. | 2.70 | $ 565.00 | $ 1,525.50 |
| 23-Dec-08 | JS | Review, revise valuation materials for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 23-Dec-08 | JS | Write memorandum to ACC counsel regarding valuation for purposes of advising same. | 2.90 | $ 565.00 | $ 1,638.50 |
| 29-Dec-08 | JS | Review pricing information for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 30-Dec-08 | BR | Review of COFC weekly update report for Grace. | 0.10 | $ 565.00 | $ 56.50 |
| | | Total Valuation | 17.10 | | $ 8,206.00 |
| | | **TOTAL** | 41.60 | | $ 16,007.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2008 through December 31, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 6.50 | $ 565.00 | $ 3,672.50 |
| James Sinclair - Senior Managing Director | 13.80 | $ 565.00 | $ 7,797.00 |
| Robert Lindsay - Director | 0.30 | $ 425.00 | $ 127.50 |
| Peter Cramp - Analyst | 18.80 | $ 210.00 | $ 3,948.00 |
| Gibbons Sinclair - Analyst | 2.20 | $ 210.00 | $ 462.00 |
| Total Professional Hours and Fees | 41.60 | | $ 16,007.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - December 1, 2008 through December 31, 2008

| Date | Description of Item | Amount |
|---|---|---|
| 12/10/08 | Online Research | $84.00 |
| | Total Expenses December 1, 2008 through December 31, 2008 | $84.00 |