```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                      HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 10/09/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    240.00
  #7307    Telephone Rapp re: asset assumptions for payment     800.00
           percentage calculation
```

{D0142447.1 }

```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 2
                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 10/08/08  Peterson  / (07) Committee, Creditors'             0.5       400.00
 #7303     Telephone McMillan re: payment percentage        800.00

 10/15/08  Peterson  / (07) Committee, Creditors'             3.3      2640.00
 #7311     Review forecasts, calculate payment percentage and 800.00
           send memo to Inselbuch
```

{D0142447.1 }

```
Date: 12/08/08             Legal Analysis Systems, Inc.
Time: 2:00pm                                                           Page 3

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 10/08/08  Peterson  / (16) Plan and Disclosure Statement      0.3      240.00
 #7302     Telephone Relles re: TDP status                   800.00

 10/08/08  Peterson  / (16) Plan and Disclosure Statement      3.3     2640.00
 #7305     Review TDP issues                                 800.00

 10/08/08  Relles    / (16) Plan and Disclosure Statement      0.3      142.50
 #7501     Telephone Peterson re: TDP status                 475.00

 10/08/08  Relles    / (16) Plan and Disclosure Statement      2.0      950.00
 #7502     Investigate effects of delay on TDP liabilities  475.00
```

{D0142447.1 }

```
Date: 12/08/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 4

                  W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 10/01/08  Peterson  / (28) Data Analysis                         3.6   2880.00
 #7301     Review forecasts and issues in calculating payment   800.00
           percentage

 10/08/08  Peterson  / (28) Data Analysis                         2.3   1840.00
 #7304     Review forecast of trust liability                   800.00

 10/09/08  Peterson  / (28) Data Analysis                         3.8   3040.00
 #7306     Work on payment percentage calculation; review       800.00
           forecasts

 10/10/08  Peterson  / (28) Data Analysis                         2.1   1680.00
 #7308     Compare trust and tort forecasts and liabilities     800.00

 10/13/08  Peterson  / (28) Data Analysis                         2.5   2000.00
 #7309     Review estimation materials                          800.00

 10/15/08  Peterson  / (28) Data Analysis                         0.4    320.00
 #7310     Telephone Charter Oaks re: asset estimate            800.00
-------------------------------------------------------------------------------
```

{D0142447.1 }

```
Date: 12/08/08              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 5

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                       October 2008 - October 2008

   MONTH        ACTIVITY                                        HOURS     AMOUNT
   ----------------------------------------------------------------------------
   October   - (05) Claims Anal Objectn/Resolutn (Asbest)         0.3     240.00
   October   - (07) Committee, Creditors'                         3.8    3040.00
   October   - (16) Plan and Disclosure Statement                 5.9    3972.50
   October   - (28) Data Analysis                                14.7   11760.00
   October   - (99) Total                                        24.7   19012.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)         0.3     240.00
   Total     - (07) Committee, Creditors'                         3.8    3040.00
   Total     - (16) Plan and Disclosure Statement                 5.9    3972.50
   Total     - (28) Data Analysis                                14.7   11760.00
   Total     - (99) Total                                        24.7   19012.50

   -----------------------------------------------------------------------------
```

```
 Date: 12/08/08            Legal Analysis Systems, Inc.
 Time: 2:00pm                                                              Page 6

                W. R. Grace

             Summary Of Time Charges, By Month and Person
                       October 2008 - October 2008

     MONTH      PERSON                                           HOURS     AMOUNT
     ------------------------------------------------------------------------------
     October  - Relles                                              2.3    1092.50
     October  - Peterson                                           22.4   17920.00
     October  - Total                                              24.7   19012.50

     Total    - Relles                                              2.3    1092.50
     Total    - Peterson                                           22.4   17920.00
     Total    - Total                                              24.7   19012.50

     ------------------------------------------------------------------------------
```

{D0142447.1 }

```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 7

            W. R. Grace

      Summary Of Time Charges, By Activity, Month, and Person
                   October 2008 - October 2008

 MONTH      PERSON                              HOURS    RATE     AMOUNT
 -----------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 October   - Peterson                             0.3    800.      240.00

 (07) Committee, Creditors'

 October   - Peterson                             3.8    800.     3040.00

 (16) Plan and Disclosure Statement

 October   - Relles                               2.3    475.     1092.50
 October   - Peterson                             3.6    800.     2880.00

 (28) Data Analysis

 October   - Peterson                            14.7    800.    11760.00

 -----------------------------------------------------------------------
```

{D0142447.1 }