```
Date: 12/29/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                             Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
11/03/08   Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    640.00
#1802      Conference call with Tillinghast re: Trust liability   800.00
           estimates

11/03/08   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    380.00
#2001      Conference call with Tillinghast re: Trust liability   475.00
           estimates
```

{D0143862.1 }

```
Date: 12/29/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 2
                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 11/04/08  Peterson  / (07) Committee, Creditors'              1.8    1440.00
 #1805     Telephone Inselbuch (.3); Inselbuch and Cohn and  800.00
           prepare for call (1.5)

 11/05/08  Peterson  / (07) Committee, Creditors'              0.2     160.00
 #1808     Review Inselbuch summary of call with Cohn        800.00
```

{D0143862.1 }

```
Date: 12/29/08             Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 3

                       W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 11/04/08  Peterson  / (16) Plan and Disclosure Statement          1.2    960.00
 #1806     Review TDP                                           800.00

 11/04/08  Relles    / (16) Plan and Disclosure Statement          1.5    712.50
 #2004     Update Trust computations                            475.00

 11/05/08  Peterson  / (16) Plan and Disclosure Statement          1.1    880.00
 #1809     Review black-lined TDP                               800.00
```

{D0143862.1 }

```
Date: 12/29/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 4

                           W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 11/03/08  Peterson  / (28) Data Analysis                     3.0    2400.00
 #1801     Review issues re: calculating payment percentage  800.00

 11/03/08  Relles    / (28) Data Analysis                     1.0     475.00
 #2002     Review materials discussed in conference call for 475.00
           follow-up discussions

 11/04/08  Peterson  / (28) Data Analysis                     3.7    2960.00
 #1803     Review Libby issues, files and analyses           800.00

 11/04/08  Peterson  / (28) Data Analysis                     0.3     240.00
 #1804     Telephone Relles re: Libby issues and analyses    800.00

 11/04/08  Relles    / (28) Data Analysis                     0.3     142.50
 #2003     Telephone Peterson re: Libby issues and analyses  475.00

 11/04/08  Relles    / (28) Data Analysis                     1.3     617.50
 #2005     Update Libby liability estimates                  475.00

 11/05/08  Peterson  / (28) Data Analysis                     2.5    2000.00
 #1807     Review ATSDR report                               800.00

 11/06/08  Peterson  / (28) Data Analysis                     3.2    2560.00
 #1810     Review liabilities forecasts based on Cohn call   800.00

 11/07/08  Peterson  / (28) Data Analysis                     3.1    2480.00
 #1811     Review ATSDR report and claims filings by state   800.00

 11/08/08  Peterson  / (28) Data Analysis                     1.3    1040.00
 #1812     Review liability and asset assumptions for payment 800.00
           percentage

 11/18/08  Peterson  / (28) Data Analysis                     3.3    2640.00
 #1813     Review medical articles re: Libby                 800.00
-----------------------------------------------------------------------------
```

{D0143862.1 }

```
Date: 12/29/08              Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 5

                    W. R. Grace

               Summary Of Time Charges, By Month and Activity
                        November 2008 - November 2008

   MONTH        ACTIVITY                                      HOURS     AMOUNT
   ---------------------------------------------------------------------------
   November  - (05) Claims Anal Objectn/Resolutn (Asbest)       1.6    1020.00
   November  - (07) Committee, Creditors'                       2.0    1600.00
   November  - (16) Plan and Disclosure Statement               3.8    2552.50
   November  - (28) Data Analysis                              23.0   17555.00
   November  - (99) Total                                      30.4   22727.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)       1.6    1020.00
   Total     - (07) Committee, Creditors'                       2.0    1600.00
   Total     - (16) Plan and Disclosure Statement               3.8    2552.50
   Total     - (28) Data Analysis                              23.0   17555.00
   Total     - (99) Total                                      30.4   22727.50

   ----------------------------------------------------------------------------
```

{D0143862.1 }

```
Date: 12/29/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 6

              W. R. Grace

               Summary Of Time Charges, By Month and Person
                       November 2008 - November 2008
```

| MONTH    | PERSON     | HOURS | AMOUNT   |
|----------|------------|-------|----------|
| November | - Relles   | 4.9   | 2327.50  |
| November | - Peterson | 25.5  | 20400.00 |
| November | - Total    | 30.4  | 22727.50 |
| Total    | - Relles   | 4.9   | 2327.50  |
| Total    | - Peterson | 25.5  | 20400.00 |
| Total    | - Total    | 30.4  | 22727.50 |

{D0143862.1 }

```
 Date: 12/29/08            Legal Analysis Systems, Inc.
 Time:  2:00pm                                                           Page  7

              W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                      November 2008 - November 2008

    MONTH      PERSON                                 HOURS    RATE    AMOUNT
   ---------------------------------------------------------------------------
    (05) Claims Anal Objectn/Resolutn (Asbest)

    November - Relles                                   0.8    475.     380.00
    November - Peterson                                 0.8    800.     640.00

    (07) Committee, Creditors'

    November - Peterson                                 2.0    800.    1600.00

    (16) Plan and Disclosure Statement

    November - Relles                                   1.5    475.     712.50
    November - Peterson                                 2.3    800.    1840.00

    (28) Data Analysis

    November - Relles                                   2.6    475.    1235.00
    November - Peterson                                20.4    800.   16320.00

   ---------------------------------------------------------------------------
```

{D0143862.1 }