Date: 01/30/09  Legal Analysis Systems, Inc.
Time: 10:00am                                      Page 1

       W. R. Grace, Inc. % Elihu Inselbuch
       Caplin & Drysdale
       399 Park Avenue, 27th Floor
       New York, New York 10022

Date/Slip# Description                                          HOURS/RATE        AMOUNT
--------------------------------------------------------------------------------
 12/04/08  Relles   / (07) Committee, Creditors'                 3.5              1662.50
 #2801     prepare cdrom of Libby cases for Finch                475.00

{D0145882.1 }

Date: 01/30/09     Legal Analysis Systems, Inc.
Time: 10:00am                              Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 12/03/08  Peterson  / (16) Plan and Disclosure Statement<br>#2602    Review materials on TDP | 3.1<br>800.00 | 2480.00 |
| 12/09/08  Relles    / (16) Plan and Disclosure Statement<br>#2802    read Libby claimants' objections to disclosure<br>      statement | 1.6<br>475.00 | 760.00 |
| 12/26/08  Peterson  / (16) Plan and Disclosure Statement<br>#2609    Review TDP and plan analysis of Trust liability | 3.7<br>800.00 | 2960.00 |
| 12/30/08  Peterson  / (16) Plan and Disclosure Statement<br>#2611    Work on analysis of Trust's liability | 3.8<br>800.00 | 3040.00 |
| 12/31/08  Peterson  / (16) Plan and Disclosure Statement<br>#2612    Work on analysis of Trust's liability | 4.3<br>800.00 | 3440.00 |

{D0145882.1 }

Date: 01/30/09    Legal Analysis Systems, Inc.
Time: 10:00am                              Page 3

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 12/02/08  Peterson  / (28) Data Analysis<br>#2601    Review data and forms for Libby claimants | 2.5<br>800.00 | 2000.00 |
| 12/05/08  Peterson  / (28) Data Analysis<br>#2603    Review copies of Libby POC forms | 3.6<br>800.00 | 2880.00 |
| 12/09/08  Peterson  / (28) Data Analysis<br>#2604    Review Libby objections to plan and relevant documents | 4.2<br>800.00 | 3360.00 |
| 12/09/08  Peterson  / (28) Data Analysis<br>#2605    telephone Relles re: Libby claimants' objections | 0.5<br>800.00 | 400.00 |
| 12/09/08  Relles    / (28) Data Analysis<br>#2803    telephone Peterson re: Libby claimants' objections | 0.5<br>475.00 | 237.50 |
| 12/10/08  Peterson  / (28) Data Analysis<br>#2606    Research issues pertaining to plan objections | 3.3<br>800.00 | 2640.00 |
| 12/15/08  Peterson  / (28) Data Analysis<br>#2607    Review ATSDR report on Libby | 1.3<br>800.00 | 1040.00 |
| 12/23/08  Peterson  / (28) Data Analysis<br>#2608    Review tort forecast | 2.6<br>800.00 | 2080.00 |
| 12/26/08  Peterson  / (28) Data Analysis<br>#2610    Review Libby claims and materials | 2.1<br>800.00 | 1680.00 |

{D0145882.1 }

Date: 01/30/09     Legal Analysis Systems, Inc.
Time: 10:00am                         Page 4

     W. R. Grace

Summary Of Time Charges, By Month and Activity
December 2008 - December 2008

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| December | - (07) Committee, Creditors' | 3.5 | 1662.50 |
| December | - (16) Plan and Disclosure Statement | 16.5 | 12680.00 |
| December | - (28) Data Analysis | 20.6 | 16317.50 |
| December | - (99) Total | 40.6 | 30660.00 |
|  |  |  |  |
| Total | - (07) Committee, Creditors' | 3.5 | 1662.50 |
| Total | - (16) Plan and Disclosure Statement | 16.5 | 12680.00 |
| Total | - (28) Data Analysis | 20.6 | 16317.50 |
| Total | - (99) Total | 40.6 | 30660.00 |

--------------------------------------------------------------------------------

{D0145882.1 }

Date: 01/30/09     Legal Analysis Systems, Inc.
Time: 10:00am                              Page 5

    W. R. Grace

Summary Of Time Charges, By Month and Person
December 2008 - December 2008

| MONTH  PERSON | HOURS | AMOUNT |
|---|---|---|
| December - Relles | 5.6 | 2660.00 |
| December - Peterson | 35.0 | 28000.00 |
| December - Total | 40.6 | 30660.00 |
| | | |
| Total    - Relles | 5.6 | 2660.00 |
| Total    - Peterson | 35.0 | 28000.00 |
| Total    - Total | 40.6 | 30660.00 |

--------------------------------------------------------------------------------

{D0145882.1 }

Date: 01/30/09    Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 6

    W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
    December 2008 - December 2008

| MONTH PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|
| (07) Committee, Creditors' | | | |
| December - Relles | 3.5 | 475. | 1662.50 |
| (16) Plan and Disclosure Statement | | | |
| December - Relles | 1.6 | 475. | 760.00 |
| December - Peterson | 14.9 | 800. | 11920.00 |
| (28) Data Analysis | | | |
| December - Relles | 0.5 | 475. | 237.50 |
| December - Peterson | 20.1 | 800. | 16080.00 |

{D0145882.1 }