**Motley Rice LLC**
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

**Invoice No.**
1330500

November 12, 2008

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

**Re:** W.r. Grace, (999604-12)
Asbestos Claimants Committee

| | |
|---|---:|
| Professional Services Through As per Time Exhibit Attached............................................................ | $0.00 |
| Costs Through 10/31/08 | |
| Out of Town Travel               120.00 | |
| Total Costs................................................................................ | $120.00 |
| Total Invoice................................................................................ | $120.00 |

## Payable Expense Exhibit

Re: W.r. Grace,   (999604-12)
Invoice for charges rendered through 10/31/08

Invoice No. 1330500

| Date | Description | Check | Amount |
|---|---|---|---|
| **Out of Town Travel** | | | |
| 10/27/08 | Abes Sedan & Limo Service, Inc.-Car service on September 15, 2008 | 39584 | 120.00 |
| | **Total** | | **120.00** |

Trip to DC for ZAI negotiations
Car to meeting from airport
Car from meeting to airport
$120 to WRG

| Abe's Sedan & Limo Service | Toll Free: 1-800-753-8964<br>Tel: 202-441-5067<br>Fax: 703-205-0441 | TICKET No. | | MILEAGE RATE A |
|---|---|---|---|---|
| | | | MILES ____ Miles | $ |
| CHARGE ACCOUNT NAME<br>Mr Rice | | DATE 9/15/08 | WAITING TIME ___ Min. | Initial | $ |
| | | ACCOUNT NO. | FLAT RATE B |
| | | | FLAT RATE | $ 240.00 |
| FROM: Dulles to D.C | | REQ. P.U. TIME  A.M. / P.M. | WAITING TIME ___ Min. | Initial | $ |
| AUTHORIZED BY (SIGN) X | | ACTUAL P.U. TIME A.M. / P.M. | DRIVER NO. | HOURLY RATE C |
| | | | | HOURLY RATE ___ Hrs. | $ |
| TO: D.C + Dulles | | JOB NO. | CAR NO. | ADDITIONAL CHARGES |
| | | | | CELLULAR PHONE ___ Min. | $ |
| | | EMPLOYEE NO. | | TOLLS/PARKING | $ |
| SERVICE RECEIVED BY (SIGN) X | | CLIENT CODE | | TIP | Initial | $ 48.00 |
| SPECIAL INSTRUCTIONS | | | | TOTAL CHARGE | $ 288.00 |