## EXHIBIT B

### Case Administration (151.60 Hours; $ 88,490.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          151.60**


### Claim Analysis Objection & Resolution (Asbestos) (2.10 Hours; $ 1,764.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05          2.10**


### Employment Applications, Others (1.30 Hours; $ 783.50)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10          1.30**


### Fee Applications, Applicant (13.40 Hours; $ 5,477.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          13.40**


### Hearings (2.80 Hours; $ 2,205.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          2.80**


### Litigation and Litigation Consulting (496.10 Hours; $ 238,700.50)

- 2 -

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  496.10**


**Plan & Disclosure Statement (572.90 Hours; $ 362,894.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  572.90**


**Travel Non-working (58.90 Hours; $ 20,166.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  58.90**


**Fee Auditor Matters (18.70 Hours; $ 9,973.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32              18.70**

{D0146532.1 }