**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $  100.35 |
| Research Material | 69.20 |
| Professional Fees & Expert Witness Fees | 1,200.00 |
| Charge of Cell and/or Home Phone Useage | 40.55 |
| Air & Train Transportation | 12,157.45 |
| Meals Related to Travel | 556.53 |
| Conference Meals | 296.50 |
| Miscellaneous: Client Advances | 1,599.46 |
| Travel Expenses - Hotel Charges | 1,666.45 |
| Travel Expenses - Ground Transportation | 2,729.27 |
| Travel Expenses – Miscellaneous | 8.00 |
| Travel Expenses - LD Calls on Hotel Bill | 16.95 |
| Local Transportation – DC | 23.00 |
| Database Research | 9,510.74 |
| Xeroxing | 1,125.90 |
| Postage & Air Freight | 41.51 |
| Long Distance-Equitrac In-House | 27.44 |
| NYO Long Distance Telephone | 288.26 |
| **Total for Report** | **$31,457.56** |

{D0146533.1 }