IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF THIRTY-FIRST INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2008 THROUGH DECEMBER 1, 2008**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
                                                                                    Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2008 through December 1, 2008

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $730,454.25

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $31,457.56

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $584,363.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $31,457.56

Total Amount of Holdback Fees Sought for applicable period:  $146,090.85

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2008 THROUGH DECEMBER 1, 2008**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 12/3/2008; 20184 | 10/1/2008-10/31/2008 | $132,497.20 (80% of $165,621.50) | $4,872.81 | $132,497.20 (80% of $165,621.50) | $4,872.81 |
| 1/6/2009; 20455 | 11/1/2008-11/31/2008 | $159,943.80 (80% of $199,929.75) | $12,101.91 | **Pending** | **Pending** |
| 2/3/2009; 20661 | 12/1/2008-12/31/2008 | $291,922.40 (80% of $364,903.00) | $14,482.84 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative October to December, 2008 Hours | Cumulative October to December, 2008 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $            .00 | 21.9 | $      11,338.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .0 | 0.00 | 18.0 | 7,981.00 |
| Case Administration | 151.6 | 88,490.00 | 3,504.5 | 914,557.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 2.1 | 1,764.00 | 1,866.6 | 778,139.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 121.7 | 77,342.00 |
| Employee | .0 | .00 | 14.7 | 9,005.00 |

| | | | | |
|---|---|---|---|---|
| Benefits/Pension | | | | |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | 1.3 | 783.50 | 83.2 | 40,989.00 |
| Fee Applications, Applicant | 13.4 | 5,477.00 | 558.5 | 165,417.00 |
| Fee Applications, Others | .0 | .00 | 120.9 | 47,240.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | 2.8 | 2,205.00 | 388.5 | 306,798.50 |
| Litigation and Litigation Consulting | 496.1 | 238,700.50 | 22,141.9 | 9,285,582.50 |
| Plan & Disclosure Statement | 572.9 | 362,894.50 | 2,412.3 | 1,435,908.50 |
| Relief from Stay Proceedings | .0 | .00 | 2.7 | 1,732.00 |
| Tax Issues | .0 | .00 | 125.1 | 50,961.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 58.9 | 20,166.75 | 1,354.2 | 344,930.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 18.7 | 9,973.00 | 126.0 | 61,990.50 |
| **Totals** | **1,317.8** | **$730,454.25** | **33,046.00** | **$13,620,436.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 10/1/08 – 12/31/08 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 9,510.74 | $ 287,484.26 |
| Research Material | 69.20 | 10,451.85 |
| Air Freight & Express Mail | 100.35 | 18,884.40 |
| Outside Local Deliveries | .00 | 4,130.15 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 296.50 | 13,085.06 |
| Outside Photocopy Service | .00 | 256,601.40 |
| Professional Fees & Expert Witness Fees | 1,200.00 | 1,861,387.50 |
| Court Reporting/Transcript Service | .00 | 168,053.28 |
| Miscellaneous Client Advances | 1,599.46 | 39,068.13 |
| Air & Train Transportation | 12,157.45 | 157,320.89 |
| Meals Related to Travel | 556.53 | 19,059.83 |
| Travel Expenses – Hotel Charges | 1,666.45 | 92,980.36 |
| Travel Expenses – Ground Transportation | 2,729.27 | 58,091.87 |
| Travel Expenses – Miscellaneous | 8.00 | 1,151.50 |
| Travel Expenses – LD Calls on Hotel Bill | 16.95 | 1,863.09 |
| Local Transportation - DC | 23.00 | 4,893.87 |
| Local Transportation – NY | .00 | 409.39 |
| Xeroxing | 1,125.90 | 100,304.15 |
| Postage | 41.51 | 5,386.08 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,376.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 27.44 | 2,324.86 |
| NYO Long Distance Telephone | 288.26 | 13,082.84 |
| Use of Cell/Home Phone | 40.55 | 2,184.24 |
| **TOTAL** | **$ 31,457.56** | **$ 3,121,859.04** |