**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al*., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 20444 |

## JOINDER

Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation (collectively, "Hartford") hereby join in Federal Insurance Company's Preliminary Objection to Confirmation of the First Amended Plan of Reorganization. Hartford reserves its rights to state additional objections or set forth its objections more fully in accordance with the case management order relating to the hearing on plan confirmation.

Respectfully submitted,

/s/ Michael W. Yurkewicz
**KLEHR, HARRISON, HARVEY**
   **BRANZBURG AND ELLERS LLP**
919 Market St., Suite 1000
Wilmington, DE 19801
Telephone: 302-426-1189
Facsimile: 302-426-9193

- and –

Craig Goldblatt
Nancy L. Manzer
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363

Counsel for Hartford

Dated: February 13, 2009