**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of February, 2009, he caused a copy of the foregoing *Joinder in Federal Insurance Company's Preliminary Objection to Confirmation of the First Amended Plan of Reorganization* to be served upon the parties listed on the attached service list via First Class United States mail, postage prepaid, unless otherwise indicated thereon.

    /s/ Michael W. Yurkewicz
    Michael W. Yurkewicz (#4165)

**SERVICE LIST**

David M. Bernick, P.C.
Theodore L. Freedman
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
*Counsel to Debtors*

Laura Davis Jones
James E. O'Neill
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
*Counsel to Debtors*

Peter Lockwood
Ronald Reinsel
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 862-3301
*Counsel to Asbestos PI Committee*

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152
Telephone: (212) 319-7125
Facsimile: (212) 644-6755
*Counsel to Asbestos PI Committee*

Scott L. Baena
Jay M. Sakalo
Mindy A. Mora
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131-5340
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
*Counsel to Asbestos PD Committee*

Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
*Counsel to Asbestos PI Future Claimants' Representative*

Alan B. Rich
Attorney and Counselor
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone: (214) 532-4437
Facsimile: (214) 749-0325
*Counsel to Asbestos PD Future Claimants' Representative*

Lewis Kruger
Arlene Krieger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
*Counsel to Unsecured Creditors' Committee*

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407
Attn: General Counsel
Telephone: (201) 791-7600
Facsimile: (201) 703-4113

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
*Counsel to Sealed Air Corporation*

Fresenius Medical Care North America
Corporate Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Attn: General Counsel
Telephone: (781) 402-9000
Facsimile: (781) 402-9700

David S. Rosenbloom
McDermott, Will & Emery
227 W. Monroe
Suite 4400
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
*Counsel to Fresenius*

Phillip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Counsel to Equity Committee*

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801