**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>October 1, 2008 though October 31, 2008</u>

1. Asbestos: Claims Analysis & Evaluation – 1.0 ($625.00)

   Review summary of pertinent provisions of Joint Plan.