IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 23, 2009, AT 10:30 A.M. BEFORE THE
<u>HONORABLE JUDITH K. FITZGERALD</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878)
OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY,
FEBRUARY 19, 2008 AND OTHERWISE COMPLY WITH THE *AMENDED
ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING
SCHEDULE* [DOCKET NO. 7709]**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**CONTINUED MATTERS**

1.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

    Related Documents:

    a.  [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue. [Entered: 1/7/09] (Docket No. 20472)

    Response Deadline: April 13, 2007, at 4:00 p.m.

    Responses Received:

    a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

    Status: This matter is continued to April 1, 2009, at 10:30 a.m.

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Related Documents:

    a.  [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 1/7/09] (Docket No. 20473)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

    b.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    c.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    d.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    e.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

 f. Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to April 1, 2009, at 10:30 a.m.

## RESOLVED MATTERS

3. Motion of Wendy Maclean for Permission to File Late Claim Re: ZAI [Filed: 1/20/09] (Docket No. 20550)

Related Documents:

 a. [Signed] Order Setting for Hearing Request of Wendy Maclean for Permission to File Late Claim Re: ZAI [Filed: 1/23/09] (Docket No. 20574)

Response Deadline: February 6, 2008, at 4:00 p.m.

Responses Received:

 a. ZAI Claimants' Response to Letter Request of Wendy MacLean, Pro Se, for Permission to File Late Claim Re ZAI [Filed: 2/5/09] (Docket No. 20680)

Status: The Claimant is not pursuing this matter.

## UNCONTESTED MATTERS

4. Debtors' Motion for Entry of an Order Approving the Third Amendment to the Sale of Debtors' Real Property in San Leandro, California to Alco Iron & Metal Co. [Filed: 1/16/09] (Docket No. 20536)

Related Documents:

 a. [Proposed Order Approving Third Amendment to the Sale of Debtors' Real Property in San Leandro, California to Alco Iron & Metal Co. [Filed: 1/16/09] (Docket No. 20536, Exhibit A)

 **b.** **Certification of No Objection Regarding Debtors' Motion for Entry of an Order Approving the Third Amendment to the Sale of Debtors' Real Property in San Leandro, California to Alco Iron & Metal Co. [Filed: 2/13/09] (Docket No. 20717)**

Response Deadline: February 6, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## MATTERS GOING FORWARD

5. Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

   Related Documents:

   a. Affidavit of Ellen A. Presby, Esq. In Support of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

   b. [Proposed] Order Granting Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538]

   Response Deadline: February 6, 2009, at 4:00 p.m. *(extended until February 10, 2008 for the Debtors, CNA and OneBeacon/Seaton)*

   Responses Received:

   **a. Debtors' Objection to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20703)**

   **b. Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20704)**

   **c. OneBeacon America Insurance Company's Response to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20706)**

   Status: This matter will go forward.

## DISCLOSURE STATEMENT AND SOLICITATION [2]

6. Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February 3, 2009 [Filed: 2/3/09] (Docket No. 20667)

   Related Documents:

   a. [Signed] Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 1/29/09] (Docket No. 20622)

   b. First Amended Joint Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of

---

[2] Pleadings submitted to the Court under separate Disclosure Statement binder.

        Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February 3, 2009 [Filed: 2/3/09] (Docket No. 20666)

c. Exhibit Book to First Amended Joint Plan of Reorganization and Disclosure Statement [Filed: 2/3/09] (Docket No. 20668 )

d. Notice of (A) Filing of First Amended Disclosure Statement and Joint Plan of Reorganization (B) Final Disclosure Statement Hearing, and (C) Final Deadline for Filing Disclosure Statement Objections [Filed: 2/3/09] (Docket No. 20669)

e. Certification of Counsel Regarding Blacklines of First Amended Plan of Reorganization, Disclosure Statement and Exhibit Book [Filed: 2/4/09] (Docket No. 20675)

Response Deadline: February 20, 2009, at 4:00 p.m.

Status: A status conference will go forward on this matter. This matter will not go forward on any Disclosure Statement issues. A final hearing on the Disclosure Statement has been scheduled for March 9 and 10, 2009 at 9:00 a.m. in Pittsburgh, PA.

7. Notice of Filing of Proposed Confirmation and Solicitation Procedures for First Amended Joint Plan of Reorganization [Filed: 2/3/09] (Docket No. 20662)

Related Documents:

a. [Proposed] Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 2/3/09] (Docket No. 20662, Exhibit A)

b. Certification of Counsel Regarding Blacklines of Proposed Confirmation and Solicitation Procedures for First Amended Joint Plan of Reorganization [Filed: 2/4/09] (Docket No. 20671)

Response Deadline: February 20, 2009, at 4:00 p.m.

*[Remainder of Page Intentionally Left Blank]*

Status: This matter will not proceed. A final hearing on this matter has been scheduled for March 9 and 10, 2009 at 9:00 a.m. in Pittsburgh, PA.

Dated: February 13, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession