IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: February 25, 2009 @ 4:00 P.M.** |
| Debtors. | ) | **Hearing Date: April 1, 2009 @ 10:30 A.M.** |
| | ) | |
| | ) | Re: Docket No. 20622 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Anderson Memorial Hospital ("Movant") filed its Motion For Relief From Or Reconsideration Of Second Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization, Or Alternatively, For Enlargement Of Time To Serve Discovery (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

PLEASE TAKE NOTICE THAT objections or other responses to the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **4:00 p.m. Eastern Time on February 25, 2009.**

090213163828.DOC

At the same time, you must also serve a copy of the objections or responses, if any, upon counsel for Movants listed below:

| | |
|---|---|
| Christopher D. Loizides | Daniel A. Speights |
| LOIZIDES, P.A. | Marion C. Fairey, Jr. |
| 1225 King Street, Suite 800 | SPEIGHTS & RUNYAN |
| Wilmington, DE  19801 | 200 Jackson Avenue East |
| Facsimile:   (302) 654-0728 | P.O. Box 685 |
| | Hampton, SC  29924 |
| | Facsimile:   (803) 943-4599 |

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Facsimile:   (305) 372-3508

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.  IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DE  19801 ON **APRIL 1, 2009 AT 10:30 A.M. EASTERN TIME.**

DATED: February 13, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com