IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: February 25, 2009 @ 4:00 P.M. |
| Debtors. | ) | Hearing Date: April 1, 2009 @ 10:30 A.M. |
| | ) | |
| | ) | Re: Docket Nos. 20622 and _____ |

**ORDER GRANTING
ANDERSON MEMORIAL HOSPITAL'S
MOTION FOR RELIEF FROM OR RECONSIDERATION
OF SECOND AMENDED CASE MANAGEMENT ORDER
RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION,
OR ALTERNATIVELY, FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY**

Upon consideration of Anderson Memorial Hospital's Motion For Relief From Or Reconsideration Of Second Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization, Or Alternatively, For Enlargement Of Time To Serve Discovery, and upon finding that the Motion is within the core jurisdiction of this Court under 28 U.S.C. §§ 1334 and 157; and that notice of the Motion was proper and sufficient; and that the Motion is duly supported under applicable law; and any objections to the Motion having been withdrawn or overruled; IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

2. The Second CMO (as defined in the Motion) is hereby amended such that Anderson may propound written non-feasibility discovery concerning the Debtors' proposed plan through and including _____, 2009.

DATED: _____, 2009

                                              Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Court Judge