**EXHIBIT A**

Professional services rendered: October 2008: **IRS Audit Issue: Continued preparation for Appeals conference (100 page presentation) and follow up after meeting**

Professional services rendered through: October 31, 2008

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/08 | G.N. Kidder | Conference call with Mark Silverman, Matt Lerner, and Bryan Collins to discuss IRS appeals negotiation strategy. | 1.00 |
| 10/01/08 | G.N. Kidder | Draft bullet points memorializing conclusions in call. | 0.80 |
| 10/01/08 | M.D. Lerner | Advisors call to agree on settlement approach. | 1.00 |
| 10/01/08 | M.D. Lerner | Review outline draft. | 0.20 |
| 10/02/08 | A.E. Moran | Work on bills for July and August 2008. | 1.70 |
| 10/06/08 | G.N. Kidder | Conference call with Mark Silverman, Bryan Collins, Matt Lerner, Carol Finke, and Elyse Filon to discuss strategy for upcoming IRS appeals meeting. | 1.00 |
| 10/06/08 | M.D. Lerner | Call to discuss upcoming meeting and plan strategy. | 0.80 |
| 10/06/08 | M.J. Silverman | Prepare for client call re appeals meeting. | 1.00 |
| 10/06/08 | M.J. Silverman | Client call re appeals meeting. | 1.00 |
| 10/08/08 | M.J. Silverman | Meeting with Lerner re appeals. | 0.50 |
| 10/09/08 | A.E. Moran | Followup on administrative issues for August and September. | 0.70 |
| 10/10/08 | M.D. Lerner | Read email from client re National Office analysis. | 0.30 |
| 10/10/08 | M.D. Lerner | Read IRS memo re -75(d)(2). | 0.50 |
| 10/14/08 | G.N. Kidder | Phone call with Mark Silverman, Bryan Collins, and Matt Lerner to discuss June 15, 2006 IRS memo re: SRLY rules. | 0.80 |
| 10/14/08 | M.D. Lerner | Call with Messrs. Silverman, Kidder and Colllins re FSA; call with client. | 0.80 |
| 10/14/08 | M.J. Silverman | Call re SRLY with appeals. | 0.80 |
| 10/15/08 | G.N. Kidder | Review June 15, 2006 IRS memo and draft bullet points identifying section of Appeals conference presentation responsive to each IRS point, draft new argument to counter reverse acquisition point. | 4.50 |
| 10/16/08 | G.N. Kidder | Discuss comments on draft bullet points re: June 15, 2006 memorandum with Matt Lerner. | 0.80 |
| 10/16/08 | G.N. Kidder | Edit memorandum. | 0.20 |
| 10/16/08 | M.D. Lerner | Review Mr. Kidder's memo re response to IRS position. | 0.80 |
| 10/16/08 | M.J. Silverman | Prepare for appeals and review talking points. | 1.00 |
| 10/20/08 | A.E. Moran | Work on July and August bills. | 1.30 |

| | | | |
|---|---|---|---|
| 10/20/08 | G.N. Kidder | Review draft talking points for IRS Appeals meeting and draft responsive e-mail circulating bullet points to group. | 0.30 |
| 10/21/08 | G.N. Kidder | Discuss draft bullet points for IRS appeals conference with Mark Silverman | 0.30 |
| 10/21/08 | G.N. Kidder | Revise draft bullet points; Review reverse acquisition chief counsel memorandum to prepare for IRS appeals conference. | 2.30 |
| 10/21/08 | M.D. Lerner | Review materials for meeting. | 0.50 |
| 10/21/08 | M.J. Silverman | Prepare for appeals. | 5.00 |
| 10/22/08 | A.E. Moran | Work on bills for quarterly statement. | 0.90 |
| 10/22/08 | G.N. Kidder | Phone call to prepare for IRS appeals meeting with Mark Silverman, Bryan Collins, and Carol Finke. | 1.50 |
| 10/22/08 | G.N. Kidder | Review -75(d)(2) regulations with Mark Silverman and discuss alternative argument raised by Bryan Collins. | 0.50 |
| 10/22/08 | G.N. Kidder | Review talking points and 6/15/06 memo to prepare for conference call to discuss IRS appeals meeting. | 1.00 |
| 10/22/08 | G.N. Kidder | Review legislative history circulated by Bryan Collins; Draft talking points on argument for potential circulation to IRS appeals. | 2.50 |
| 10/22/08 | M.D. Lerner | Prepare for phone call. | 0.10 |
| 10/22/08 | M.D. Lerner | Call with client re Appeals meeting to plan strategy and approach. | 1.40 |
| 10/22/08 | M.J. Silverman | Conference call with client re appeals meeting. | 1.60 |
| 10/22/08 | M.J. Silverman | Draft summary of arguments; consider IRS position. | 1.90 |
| 10/23/08 | G.N. Kidder | Attend IRS Appeals meeting. | 4.00 |
| 10/23/08 | M.D. Lerner | Prepare for meeting with IRS Appeals | 3.00 |
| 10/23/08 | G.N. Kidder | Prepare for IRS Appeals meeting with Matt Lerner, Mark Silverman, Bryan Collins, Carol Finke, and Elyse Filon. | 1.00 |
| 10/23/08 | G.N. Kidder | Discuss strategy for actions after IRS appeals meeting with Mark Silverman, Bryan Collins, Matt Lerner, Carol Finke, and Elyse Filon. | 0.50 |
| 10/23/08 | M.D. Lerner | Attend meeting with IRS Appeals. | 4.00 |
| 10/23/08 | M.J. Silverman | Prepare for meeting with IRS and client re appeals settlement. | 3.00 |
| 10/23/08 | M.J. Silverman | Prepare for and meeting with IRS and client re appeals settlement. | 4.00 |
| 10/28/08 | M.D. Lerner | Calls and emails re case, next steps. | 0.20 |
| 10/31/08 | G.N. Kidder | Research requirements for joint committee approvals of refunds. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/31/08 | M.D. Lerner | Prepare for and conference call with team re Monday. | .80 |
| 10/31/08 | G.N. Kidder | Conference call with Mark Silverman, Matt Lerner, Bryan Collins, Carol Finke, and Elyse Filon to discuss negotiations with IRS appeals. | 0.80 |
| 10/31/08 | M.D. Lerner | Conference call with team. | .60 |
| 10/31/08 | M.J. Silverman | Prepare for conference call. | 1.00 |
| 10/31/08 | M.D. Lerner | Conference call re negotiations with IRS. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 21.80 | 895.00 | 19,511.00 |
| M.D. Lerner | 15.40 | 700.00 | 10,780.00 |
| A.E. Moran | 4.60 | 570.00 | 2,622.00 |
| G.N. Kidder | 26.40 | 470.00 | 12,408.00 |
| Total | 68.20 | | 45,321.00 |

|  |  |
|---|---|
| Total Fees | $45,321.00 |

Disbursements:

| | |
|---|---|
| Duplicating | 6.30 |
| Long Distance Telephone | 25.17 |
| Total Disbursements | $31.47 |
| Total This Statement | $45,352.47 |

Professional services rendered through: October 31, 2008: Corporate Restructuring Issue

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/08 | M.J. Silverman | Call re settlement with Deloitte and Touche and Steptoe; prepare outline of issues. | 2.00 |
| 10/01/08 | S.T. Williams | Revise memo on the tax treatment of payments under cost-sharing agreement. | 5.00 |
| 10/02/08 | M.C. Durst | Review of payments memorandum. | 0.50 |
| 10/06/08 | M.C. Durst | Preparation of memorandum on payments. | 1.50 |
| 10/07/08 | M.J. Silverman | Telephone calls with Mr. Steinstalz and client to schedule a meeting. | 1.00 |
| 10/08/08 | M.C. Durst | Conversation with P. West on payment issues. | 0.30 |
| 10/09/08 | M.C. Durst | Preparation of timing memorandum. | 0.40 |
| 10/10/08 | M.C. Durst | Preparation of timing memorandum. | 0.50 |
| 10/10/08 | M.J. Silverman | Review IRS disclosure materials. | 1.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/10/08 | P.R. West | Telephone call with Mr. Durst regarding income timing. | 1.00 |
| 10/13/08 | M.C. Durst | Research on inclusion of cost-sharing payment. | 1.00 |
| 10/13/08 | S.T. Williams | Research regarding the tax treatment of advance trade discounts and the cost-sharing agreement. | 0.80 |
| 10/14/08 | A.E. Moran | Follow up on billings and court filings. | 1.10 |
| 10/14/08 | M.C. Durst | Conference call with M. Silverman, M. Steinsaltz, et al. | 1.00 |
| 10/14/08 | M.J. Silverman | Call re Section 482. | 1.20 |
| 10/14/08 | P.R. West | Telephone call with Deloitte regarding assumptions in IP valuation. | 1.00 |
| 10/14/08 | S.T. Williams | Research regarding tax treatment of advance trade discounts and cost-sharing agreement. | 2.00 |
| 10/14/08 | S.T. Williams | Draft email to Phil West explaining research on advance trade discounts. | 1.50 |
| 10/15/08 | A.E. Moran | Revise and sent out July/August filings. | 0.60 |
| 10/16/08 | A.E. Moran | Follow up on court filings. | 0.40 |
| 10/22/08 | M.C. Durst | Research on timing issues. | 2.00 |
| 10/23/08 | M.C. Durst | Research on timing issues. | 2.30 |
| 10/24/08 | M.C. Durst | Conversation with P. West on timing. | 0.50 |
| 10/24/08 | M.J. Silverman | Review bank ruling and 1038. | 0.50 |
| 10/25/08 | M.C. Durst | Research on timing issues. | 1.60 |
| 10/26/08 | M.C. Durst | Memorandum to P. West on timing. | 0.80 |
| 10/27/08 | A.E. Moran | Work on administrative and billing. | 0.40 |
| 10/27/08 | M.C. Durst | Conference call with client and Deloitte regarding income timing. | 1.50 |
| 10/27/08 | M.J. Silverman | Talk with client re 482 pricing issues; discuss timing of income with client. | 1.50 |
| 10/27/08 | P.R. West | Telephone call with Ms. Poole, Messrs. Silverman, Durst, Keshk, Steinsaltz regarding business growth assumptions and theory for sale of future updates to intangibles. | 1.00 |
| 10/30/08 | M.C. Durst | Research on timing issue. | 0.20 |
| 10/30/08 | M.C. Durst | Meeting with M. Silverman, P. West on timing issue. | 1.20 |
| 10/30/08 | M.J. Silverman | Review pricing issues; meet with Messrs. Durst and West re sale of intangibles. | 1.50 |
| 10/30/08 | P.R. West | Meeting with Messrs. Silverman and Durst regarding timing of income on sale of IP with rights to future improvements and updates; analysis of issues regarding same. | 1.00 |
| 10/31/08 | M.C. Durst | Meeting with P. West, S. Williams regarding timing memorandum. | 0.90 |

| 10/31/08 | S.T. Williams | Meet with Mike Durst and Phil West to discuss tax treatment of advance payments made for future intangibles. | | 0.50 |
|---|---|---|---|---|

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 9.20 | 895.00 | 8,234.00 |
| P.R. West | 4.00 | 875.00 | 3,500.00 |
| M.C. Durst | 16.20 | 865.00 | 14,013.00 |
| A.E. Moran | 2.50 | 570.00 | 1,425.00 |
| S.T. Williams | 9.80 | 315.00 | 3,087.00 |
| Total | 41.70 | | 30,259.00 |

Total Fees $30,259.00

Disbursements:

| | | |
|---|---|---|
| | Overnight Messenger | 8.74 |
| | Duplicating | 16.10 |
| | Long Distance Telephone | 8.17 |
| 10/23/08 | Long Distance Telephone - MICHAEL DURST AT&T telephone charges for period 8/08/08 -9/07/08 | 9.44 |

Total Disbursements $42.45

Total This Statement $30,301.45