**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 647992

012046.00003 TAX LITIGATION AUDIT ISSUE

```
Cost                Timekeeper
Code      Date      Number    Name                    Quantity    Rate    Amount
=================================================================================
DUPLDC    10/21/08  06515     Kidder, Gregory           6.00      0.10     0.60
  DUPLDC  10/21/08  06515     Kidder, Gregory           6.00      0.20     1.20
6 PHOTOCOPIES MADE BY 06515

LASR      10/03/08  00206     Moran, Anne E.            5.00      0.10     0.50
  LASR    10/03/08  00206     Moran, Anne E.            5.00      0.20     1.00
PC/Network Printing

PC LASER  5 Pages Ward, Brenda
LASR      10/03/08  00206     Moran, Anne E.            2.00      0.10     0.20
  LASR    10/03/08  00206     Moran, Anne E.            2.00      0.20     0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      10/03/08  Total:                              0.70
LASR      10/06/08  00206     Moran, Anne E.            2.00      0.10     0.20
  LASR    10/06/08  00206     Moran, Anne E.            2.00      0.20     0.40
PC/Network Printing

PC LASER  2 Pages Kidder, Gregory
LASR      10/21/08  00206     Moran, Anne E.            6.00      0.10     0.60
  LASR    10/21/08  00206     Moran, Anne E.            6.00      0.20     1.20
PC/Network Printing

PC LASER  6 Pages Kidder, Gregory
LASR      10/22/08  00206     Moran, Anne E.            2.00      0.10     0.20
  LASR    10/22/08  00206     Moran, Anne E.            2.00      0.20     0.40
PC/Network Printing

PC LASER  2 Pages Wieczorek, JoAnn
LASR      10/22/08  00206     Moran, Anne E.            6.00      0.10     0.60
  LASR    10/22/08  00206     Moran, Anne E.            6.00      0.20     1.20
PC/Network Printing

PC LASER  6 Pages Kidder, Gregory
LASR      10/22/08  00206     Moran, Anne E.            1.00      0.10     0.10
  LASR    10/22/08  00206     Moran, Anne E.            1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Kidder, Gregory
LASR      10/22/08  00206     Moran, Anne E.            1.00      0.10     0.10
  LASR    10/22/08  00206     Moran, Anne E.            1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Kidder, Gregory
LASR      10/22/08  00206     Moran, Anne E.            2.00      0.10     0.20
```

```
    LASR       10/22/08 00206      Moran, Anne E.              2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages Kidder, Gregory
LASR       10/22/08 00206      Moran, Anne E.             10.00    0.10        1.00
    LASR       10/22/08 00206      Moran, Anne E.             10.00    0.20        2.00
PC/Network Printing

PC LASER   10 Pages Kidder, Gregory
LASR       10/22/08 Total:                                   2.20
LASR       10/23/08 00206      Moran, Anne E.              8.00    0.10        0.80
    LASR       10/23/08 00206      Moran, Anne E.              8.00    0.20        1.60
PC/Network Printing

PC LASER   8 Pages Kidder, Gregory
LASR       10/23/08 00206      Moran, Anne E.             12.00    0.10        1.20
    LASR       10/23/08 00206      Moran, Anne E.             12.00    0.20        2.40
PC/Network Printing

PC LASER   12 Pages Kidder, Gregory
LASR       10/23/08 Total:                                   2.00

LASR                Total:                                   5.70

TELECO     10/01/08 00008      Lerner, Matthew D.          1.00   25.17       25.17
    TELECO     10/01/08 00008      Lerner, Matthew D.          1.00               25.17
Soundpath charge for Conferencing Services
on 10/01/08 for 240 minutes.
Moderator: Matthew D. Lerner

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE             31.47
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  647993


012046.00004 TAX REORGANIZATION ISSUES

Cost                   Timekeeper
Code        Date       Number   Name                   Quantity   Rate      Amount
===================================================================================
DLFD      10/21/08   00206    Moran, Anne E.            1.00     8.74       8.74
  DLFD    10/21/08   00206    Moran, Anne E.            1.00                8.74
Federal Express from Anne Moran
to James O'neill on October 21, 2008.

Tracking Number 792130637411
DUPLDC    10/28/08   00206    Moran, Anne E.           23.00     0.10       2.30
  DUPLDC  10/28/08   00206    Moran, Anne E.           23.00     0.20       4.60
23 PHOTOCOPIES MADE BY 00206


LASR      10/01/08   00206    Moran, Anne E.           12.00     0.10       1.20
  LASR    10/01/08   00206    Moran, Anne E.           12.00     0.20       2.40
PC/Network Printing

PC LASER  12 Pages Williams, Samuel
LASR      10/01/08   00206    Moran, Anne E.            1.00     0.10       0.10
  LASR    10/01/08   00206    Moran, Anne E.            1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Williams, Samuel
LASR      10/01/08   00206    Moran, Anne E.           12.00     0.10       1.20
  LASR    10/01/08   00206    Moran, Anne E.           12.00     0.20       2.40
PC/Network Printing

PC LASER  12 Pages Williams, Samuel
LASR      10/01/08   Total:                             2.50
LASR      10/03/08   00206    Moran, Anne E.            2.00     0.10       0.20
  LASR    10/03/08   00206    Moran, Anne E.            2.00     0.20       0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      10/03/08   00206    Moran, Anne E.            6.00     0.10       0.60
  LASR    10/03/08   00206    Moran, Anne E.            6.00     0.20       1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      10/03/08   00206    Moran, Anne E.            3.00     0.10       0.30
  LASR    10/03/08   00206    Moran, Anne E.            3.00     0.20       0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      10/03/08   Total:                             1.10
LASR      10/10/08   00206    Moran, Anne E.           11.00     0.10       1.10
  LASR    10/10/08   00206    Moran, Anne E.           11.00     0.20       2.20
PC/Network Printing
```

```
PC LASER    11 Pages Moran, Anne
LASR        10/10/08 00206      Moran, Anne E.         11.00    0.10      1.10
   LASR     10/10/08 00206      Moran, Anne E.         11.00    0.20      2.20
PC/Network Printing

PC LASER    11 Pages Moran, Anne

LASR        10/10/08 Total:                             2.20
LASR        10/14/08 00206      Moran, Anne E.         11.00    0.10      1.10
   LASR     10/14/08 00206      Moran, Anne E.         11.00    0.20      2.20
PC/Network Printing

PC LASER    11 Pages Ward, Brenda
LASR        10/20/08 00206      Moran, Anne E.         25.00    0.10      2.50
   LASR     10/20/08 00206      Moran, Anne E.         25.00    0.20      5.00
PC/Network Printing

PC LASER    25 Pages Moran, Anne
LASR        10/20/08 00206      Moran, Anne E.          8.00    0.10      0.80
   LASR     10/20/08 00206      Moran, Anne E.          8.00    0.20      1.60
PC/Network Printing

PC LASER    8 Pages Moran, Anne

LASR        10/20/08 00206      Moran, Anne E.         11.00    0.10      1.10
   LASR     10/20/08 00206      Moran, Anne E.         11.00    0.20      2.20
PC/Network Printing

PC LASER    11 Pages Moran, Anne
LASR        10/20/08 00206      Moran, Anne E.         25.00    0.10      2.50
   LASR     10/20/08 00206      Moran, Anne E.         25.00    0.20      5.00
PC/Network Printing

PC LASER    25 Pages Moran, Anne
LASR        10/20/08 Total:                             6.90

LASR                 Total:                            13.80

TELECO      09/24/08 00143      West, Philip R.        1.00     8.17      8.17
   TELECO   09/24/08 00143      West, Philip R.        1.00               8.17
Soundpath charge for Conferencing Services
on 09/24/08 for 78 minutes.
Moderator: Philip R. West

TELEDCX     10/23/08 00361      Durst, Michael C.      1.00     9.44      9.44
Long Distance Telephone -  MICHAEL DURST AT&T
telephone charges for period 8/08/08 -9/07/08

Total: 012046.00004 TAX REORGANIZATION ISSUES         42.45
```