# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 1.3 | $734.50 |
| TOTAL | | | | 1.3 | $734.50 |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

January 28, 2009
Invoice No.: 432092
Matter No.: 08743.00088

**Re: Acton Site OU3**

For Professional Services rendered through December 31, 2008

|  |  |
|---|---|
| Fees | $734.50 |
| **Total Fees and Disbursements** | **$734.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON   WASHINGTON   EMERGING ENTERPRISE CENTER   FOLEYHOAG.COM

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 432092  
January 28, 2009  
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|
| 12/02/08 | Jaffe | Review Northeast Area approval letter from EPA and emails with Ms. Johns regarding same (0.7). | 0.7 |
| 12/16/08 | Jaffe | Review, revise draft letter to EPA and emails with team regarding same (0.6). | 0.6 |
| | | **Total Hours** | **1.3** |

Matter No.: 08743.00088  Invoice No.: 432092
Re: Acton Site OU3  January 28, 2009
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.3 |

| | |
|---|---|
| **Total Fees** | **$734.50** |
| **Total Fees** | **$734.50** |
| **Total Fees and Disbursements** | **$734.50** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

January 28, 2009
Invoice No.: 432092
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements          $734.50

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 432092
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.7 | $395.50 |
| Jacob N. Polatin | Partner | Environmental | $565.00 | 11.5 | $6,497.50 |
| TOTAL | | | | 12.2 | $6,893.00 |

### Expenses

| Description | Total |
|---|---|
| Express Delivery | $10.25 |
| TOTAL | $10.25 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

January 28, 2009
Invoice No.: 432104
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through December 31, 2008

| | |
|---|---|
| Fees | $6,893.00 |
| Disbursements | 10.25 |
| **Total Fees and Disbursements** | **$6,903.25** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 432104  
January 28, 2009  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/01/08 | Jaffe | Review, revise draft deed restriction and office conference with J. Polatin regarding same (0.7). | 0.7 |
| 12/01/08 | Polatin | Revise Deed; office conference with S. Jaffe (1.3). | 1.3 |
| 12/03/08 | Polatin | Email to client with revised Declaration and comments (0.3). | 0.3 |
| 12/12/08 | Polatin | Review title reports from M. Loria (1.3). | 1.3 |
| 12/19/08 | Polatin | Review title documents from M. Loria (1.6). | 1.6 |
| 12/24/08 | Polatin | Review title abstracts (0.6). | 0.6 |
| 12/30/08 | Polatin | Review title letters and back-up (2.8). | 2.8 |
| 12/31/08 | Polatin | Review title; draft memo regarding title matters (3.6). | 3.6 |
| | | **Total Hours** | **12.2** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 432104
January 28, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Polatin | 11.5 |
| Jaffe | 0.7 |

| | |
|---|---|
| Total Fees | $6,893.00 |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/31/08 | Express Delivery | 10.25 |
| | Total Disbursements | $10.25 |

| | |
|---|---|
| Total Fees | $6,893.00 |
| Total Disbursements | 10.25 |
| Total Fees and Disbursements | $6,903.25 |

To ensure proper credit to your account,
please include remittance page with your payment.



**Foley Hoag LLP**

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2009
Invoice No.: 432104
Matter No.: 08743.00102

**Re:** Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**          **$6,903.25**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 432104
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON     WASHINGTON     EMERGING ENTERPRISE CENTER     FOLEYHOAG.COM