## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: ___3/9/09___ |
| | ) | Hearing Date: June 29, 2009 at 10:30 a.m. |

## SUMMARY OF THIRTY-FIRST QUARTERLY INTERIM VERIFIED APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **October 1, 2008 through December 31, 2008** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$7,741,360.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,290,505.69** |
| This is a: __ monthly  x quarterly application. | |

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Previous fee applications:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 – 4/30/01 | $626,079.00 | $32,439.84 | Interim approval[2] | Interim approval |
| June 29, 2001 | 5/1 – 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 – 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April – June, 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50 | $155,393.83 |
| August 28, 2001 | 7/1 – 7/31/01 | $476,582.50 | $25,312.13 | Interim approval[2] | Interim approval |
| September 28, 2001 | 8/1 – 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 – 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July – September, 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50 | $81,482.19 |
| December 11, 2001 | 10/1 – 10/31/01 | $493,074.00 | $27,724.54 | Interim approval[2] | Interim approval |
| December 29, 2001 | 11/1 – 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 – 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December, 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00 | $84,679.70 |
| March 4, 2002 | 1/1 – 1/31/02 | $439,056.00 | $32,279.54 | Interim approval[3] | Interim approval |
| March 27, 2002 | 2/1 – 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 – 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January – March, 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50 | $101,656.38 |
| June 10, 2002 | 4/1 – 4/30/02 | $410,702.50 | $25,286.05 | Interim approval[4] | Interim approval |
| July 2, 2002 | 5/1 – 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 – 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April – June, 2002 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |
| September 11, 2002 | 7/1 – 7/31/02 | $335,129.00 | $28,504.48 | Interim approval[5] | Interim approval |
| October 2, 2002 | 8/1 – 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 – 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |
| November 27, 2002 | July – September, 2002 | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |
| December 6, 2002 | 10/1 – 10/31/02 | $207,778.00 | $7,769.74 | Interim approval[6] | Interim approval |
| January 13, 2003 | 11/1 – 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 – 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October – December, 2002 | $459,440.50 | $18,595.84 | $459,440.50 | $18,467.74 |

---

[2]    The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3]    The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4]    The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[5]    The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6]    The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 4, 2003 | 1/1 – 1/31/03 | $162,033.00 | $6,383.16 | Interim approval[7] | Interim approval |
| April 2, 2003 | 2/1 – 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |
| April 29, 2003 | 3/1 – 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January – March, 2003 | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |
| June 3, 2003 | 4/1 – 4/30/03 | $135,130.00 | $2,786.42 | Interim approval[8] | Interim approval |
| July 11, 2003 | 5/1 – 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 – 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April – June, 2003 | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |
| September 5, 2003 | 7/1 – 7/31/03 | $197,495.50 | $9,235.33 | Interim approval[9] | Interim approval |
| October 1, 2003 | 8/1 – 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 – 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July – September, 2003 | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |
| November 26, 2003 | 10/1 – 10/31/03 | $251,093.50 | $7,115.96 | Interim approval[10] | Interim approval |
| December 29, 2003 | 11/1 – 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October – December, 2003 | $756,887.50 | $20,717.44 | $756,838.00 | $20,717.44 |
| March 5, 2004 | 1/1 – 1/31/04 | $524,446.00 | $32,428.07 | Interim approval[11] | Interim approval |
| April 2, 2004 | 2/1 – 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 – 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January – March, 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |
| June 1, 2004 | 4/1 – 4/30/04 | $280,547.50 | $10,895.93 | Interim approval[12] | Interim approval |
| July 1, 2004 | 5/1 – 5/31/04 | $213,906.00 | $9,502.49 | Interim approval | Interim approval |
| September 2, 2004 | 6/1 – 6/30/04 | $430,246.50 | $15,235.72 | Interim approval | Interim approval |
| October 6, 2004 | April – June, 2004 | $924,700.00 | $35,634.14 | $918,960.50 | $35,557.55 |

---

[7]    The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8]    The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9]    The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10]   The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11]   The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

[12]   The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.

3

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 17, 2004 | 7/1 – 7/31/04 | $599,563.50 | $27,869.76 | Interim approval[13] | Interim approval |
| October 7, 2004 | 8/1 – 8/31/04 | $793,285.00 | $45,729.42 | Interim approval | Interim approval |
| November 3, 2004 | 9/1 – 9/30/04 | $913,771.00 | $32,811.19 | Interim approval | Interim approval |
| November 17, 2004 | July – September, 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00 | $105,176.56 |
| December 7, 2004 | 10/1 – 10/31/04 | $842,268.50 | $38,703.13 | Interim approval[14] | Interim approval |
| January 7, 2004 | 11/1 – 11/30/04 | $581,027.00 | $35,469.12 | Interim approval | Interim approval |
| February 1, 2005 | 12/1 – 12/31/04 | $863,104.50 | $38,461.17 | Interim approval | Interim approval |
| February 14, 2005 | October – December, 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50 | $110,200.64 |
| March 18, 2005 | 1/1 – 1/31/05 | $1,214,802.50 | $65,721.17 | Interim approval[15] | Interim approval |
| April 15, 2005 | 2/1 – 2/28/05 | $717,562.00 | $46,304.21 | Interim approval | Interim approval |
| May 19, 2005 | 3/1 – 3/31/05 | $916,504.00 | $50,822.73 | Interim approval | Interim approval |
| June 15, 2005 | January – March, 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |
| June 7, 2005 | 4/1 – 4/30/05 | $862,337.00 | $32,392.41 | Interim approval[16] | Interim approval |
| June 29, 2005 | 5/1 – 5/31/05 | $852,424.50 | $52,685.55 | Interim approval | Interim approval |
| August 5, 2005 | 6/1 – 6/30/05 | $1,181,036.00 | $58,504.79 | Interim approval | Interim approval |
| August 8, 2005 | April - June, 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00 | $143,530.87 |
| September 9, 2005 | 7/1 – 7/31/05 | $1,740,148.50 | $155,036.60 | Interim approval[17] | Interim approval |
| September 28, 3005 | 8/1 - 8/31/05 | $1,451,595.50 | $95,151.93 | Interim approval | Interim approval |
| October 28, 2005 | 9/1 -9/30/05 | $1,471,412.50 | $128,814.69 | Interim approval | Interim approval |
| October 28, 2005 | July – September, 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50 | $378,588.48 |
| November 29, 2005 | 10/1/05 - 10/31/05 | $1,602,349.50 | $111,318.89 | Interim approval[18] | Interim approval |
| December 29, 2005 | 11/1/05 - 11/30/05 | $1,743,406.00 | $182,798.39 | Interim approval | Interim approval |
| January 28, 2006 | 12/1/05 - 12/31/05 | $1,638,659.50 | $161,888.24 | Interim approval | Interim approval |
| February 14, 2006 | October - December, 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00 | $453,367.08 |
| February 28, 2006 | 1/1/06 - 1/31/06 | $1,667,688.00 | $176,100.89 | Interim approval[19] | Interim approval |

---

[13]  The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.

[14]  The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.

[15]  The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.

[16]  The fees and expenses requested in the April 1, 2005 through June 30, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.

[17]  The fees and expenses requested in the July-September, 2005 interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 27, 2006.

[18]  The fees and expenses requested in the October-December, 2005 interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.

[19]  The fees and expenses requested in the January-March, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2006.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 28, 2006 | 2/1/06 - 2/28/06 | $1,669,067.50 | $395,113.02 | Interim approval | Interim approval |
| April 28, 2006 | 3/1/06 - 3/31/06 | $1,615,330.00 | $685,462.58 | Interim approval | Interim approval |
| May 15, 2006 | January - March, 2006 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50 | $1,256,429.49 |
| May 30, 2006 | 4/1/06 - 4/30/06 | $1,628,876.50 | $814,117.99 | Interim approval[20] | Interim approval |
| June 28, 2006 | 5/1/06 - 5/31/06 | $1,800,762.00 | $311,657.73 | Interim approval | Interim approval |
| July 28, 2006 | 6/1/06 - 6/30/06 | $1,666,537.00 | $207,374.07 | Interim approval | Interim approval |
| August 14, 2006 | April - June, 2006 | $5,096,175.75 | $1,333,149.79 | $5,096,175.50 | $1,331,919.73 |
| August 28, 2006 | 7/1/06 - 7/31/06 | $2,026,266.00 | $155,509.57 | Interim approval[21] | Interim approval |
| September 28, 2006 | 8/1/06- 8/31/06 | $2,458,300.00 | $377,534.56 | Interim approval | Interim approval |
| October 30, 2006 | 9/1/06 - 9/30/06 | $1,508,315.00 | $454,899.58 | Interim approval | Interim approval |
| November 14, 2006 | July - September, 2006 | $5,992,881.00 | $987,943.71 | $5,984,268.75 | $986,255.71 |
| November 28, 2006 | 10/1/06 - 10/31/06 | $1,732,139.00 | $698,068.49 | Interim approval[22] | Interim approval |
| December 28, 2006 | 11/1/06 - 11/30/06 | $1,846,984.50 | $860,948.29 | Interim approval | Interim approval |
| January 29, 3006 | 12/1/06 - 12/31/06 | $1,577,574.50 | $1,171,910.97 | Interim approval | Interim approval |
| February 14, 2007 | October - December, 2006 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00 | $2,730,927.75 |
| February 28, 2007 | 1/1/07 - 1/31/07 | $1,653,083.50 | $505,470.24 | Interim approval[23] | Interim approval |
| March 28, 2007 | 2/1/07 - 2/28/07 | $1,855,844.00 | $793,394.48 | Interim approval | Interim approval |
| April 30, 2007 | 3/1/07 - 3/31/07 | $2,043,431.50 | $614,588.91 | Interim approval | Interim approval |
| May 15, 2007 | January - March, 2007 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50 | $1,913,453.63 |
| May 29, 2007 | 4/1/07 - 4/30/07 | $1,617,793.00 | $1,471,980.14 | Interim approval[24] | Interim approval |
| June 28, 2007 | 5/1/07 - 5/31/07 | $1,886,409.50 | $1,580,009.04 | Interim approval | Interim approval |
| July 30, 2007 | 6/1/07 - 6/30/07 | $2,301,815.00 | $2,237,072.31 | Interim approval | Interim approval |
| August 14, 2007 | April - June, 2007 | $5,552,359.00 | $1,913,453.63 | $5,801,255.00 | $5,289,061.49 |
| August 28, 2007 | 7/1/07 - 7/31/07 | $2,031,978.00 | $3,054,735.85 | Interim approval[25] | Interim approval |
| September 28, 2007 | 8/1/07 8/31/07 | $2,141,450.50 | $1,524,583.81 | Interim approval | Interim approval |
| October 29, 2007 | 9/1/07 - 9/30/07 | $1,851,837.50 | $2,068,988.69 | Interim approval | Interim approval |
| November 14, 2007 | July - September 2007 | $6,025,266.00 | $6,648,308.35 | $6,009,675.50 | $6,648,308.35 |

---

[20]   The fees and expenses requested in the April-June, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 18, 2006.

[21]   The fees and expenses requested in the July-September, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on May 3, 2007.

[22]   The fees and expenses requested in October-December, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 20, 2007.

[23]   The fees and expenses requested in January-March, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 24, 2007.

[24]   The fees and expenses requested in April-June, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 13, 2007.

[25]   The fees and expenses requested in July-September, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 12, 2008.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 28, 2007 | 10/1/07 - 10/31/07 | $2,819,249.00 | $1,902,419.07 | Interim approval[26] | Interim approval |
| December 28, 2007 | 11/1/07 - 11/30/07 | $2,218,978.50 | $1,307,904.30 | Interim approval | Interim approval |
| January 28, 2008 | 12/1/07 - 12/31/07 | $2,145,512.00 | $861,447.64 | Interim approval | Interim approval |
| February 14, 2008 | October - December 2007 | $7,183,739.50 | $4,071,771.01 | $7,179,358.50 | $4,071,035.37 |
| February 28, 2008 | 1/1/08- 1/31/08 | $2,982,614.00 | $1,437,331.45 | Interim approval[27] | Interim approval |
| March 28, 2008 | 2/1/08 - 2/29/08 | $1,556,573.00 | $1,323,655.09 | Interim approval | Interim approval |
| April 28, 2008 | 3/1/08 - 3/31/08 | $2,723,985.00 | $1,981,870.63 | Interim approval | Interim approval |
| May 15, 2008 | January - March 2008 | $7,263,172.00 | $4,742,857.17 | $7,258,924.50 | $4,740,246.26 |
| May 28, 2008 | 4/1/08 - 4/30/08 | $1,926,854.00 | $776,768.04 | Interim approval[28] | Interim approval |
| June 30, 2008 | 5/1/08 - 5/31/08 | $1,903,907.50 | $912,081.39 | Interim approval | Interim approval |
| July 28, 2008 | 6/1/08 - 6/30/08 | $2,007,344.00 | $1,048,779.70 | Interim approval | Interim approval |
| August 14, 2008 | April - June, 2008 | $5,838,105.50 | $2,737,629.13 | $5,837,573.00 | $2,735,591.33 |
| August 28, 2008 | 7/1/08 - 7/31/08 | $2,028,629.50 | $282,406.92 | $1,622,903.60 | $282,406.92 |
| September 29, 2008 | 8/1/08 - 8/31/08 | $2,383,467.50 | $150,525.88 | $1,906,774.00 | $150,525.88 |
| October 28, 2008 | 9/1/08 - 9/30/08 | $2,336,428.00 | $203,984.33 | $1,869,142.40 | $203,984.33 |
| November 14, 2008 | July - September, 2008 | $6,748,525.00 | $636,917.13 | Pending | Pending |
| December 1, 2008 | 10/1/08 - 10/31/08 | $2,671,560.00 | $372,472.73 | $2,137,248.00 | $372,472.73 |
| December 29, 2008 | 11/1/08 - 11/30/08 | $2,574,249.50 | $445,054.32 | $2,059,399.60 | $445,054.32 |
| January 29, 2009 | 12/1/08 - 12/31/08 | $2,495,551.00 | $472,978.64 | Pending | Pending |

K&E has filed certificates of no objection with the Court with respect to the Monthly Fee Applications for October and November 2008, because no objections were filed with the Court within the objection period. As of the filing of this Quarterly Application, the objection deadline for the December 2008 Monthly Fee Application has not yet expired. The hearing for the Quarterly Application for the interim period July 1, 2008 through September 30, 2008, has been scheduled for April 1, 2009. The hearing for the Quarterly Application for the interim period October 1, 2008 through December 31, 2008, has been scheduled for June 29, 2009.

---

[26]    The fees and expenses requested in October-December, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 23, 2008.

[27]    The fees and expenses requested in January-March, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 1, 2008.

[28]    The fees and expenses requested in April-June, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 17, 2008.

The K&E attorneys who rendered professional services in these cases during the

Fee Period are:[29]

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ellen T. Ahern | Partner | 1992 | Litigation | $570.00 | 321.50 | $183,255.00 |
| Janet S. Baer | Partner | 1982 | Restructuring | $795.00 | 572.60 | $455,217.00 |
| James L. Baribeau | Associate | 2006 | Corporate | $530.00 | 87.70 | $46,481.00 |
| David M. Bernick, P.C. | Partner | 1978 | Litigation | $915.00 | 635.40 | $581,391.00 |
| Salvatore F. Bianca | Associate | 2003 (Grad 2001) | Litigation | $520.00 | 31.60 | $16,432.00 |
| Samuel Blatnick | Associate | 2003 | Litigation | $500.00 | 249.70 | $124,850.00 |
| Heather Bloom | Associate | 2008 | Litigation | $295.00 | 448.00 | $132,160.00 |
| Deanna D. Boll | Partner | 1998 | Restructuring | $625.00 | 420.80 | $263,000.00 |
| Craig A. Bruens | Partner | 1999 | Restructuring | $590.00 | 422.40 | $249,216.00 |
| Holly Bull | Of Counsel | 1997 | Restructuring | $490.00 | 164.00 | $80,360.00 |
| Christopher C. Chiou | Associate | 2004 | Litigation | $475.00 | 1.90 | $902.50 |
| Thomas W. Christopher | Partner | 1985 | Corporate | $825.00 | 93.60 | $77,220.00 |
| Kyle T. Cutts | Associate | 2008 | Litigation | $295.00 | 172.30 | $50,828.50 |
| Michael Dierkes | Associate | 2001 | Litigation | $520.00 | 65.40 | $34,008.00 |
| Laura M. Durity | Associate | 2007 | Litigation | $350.00 | 12.00 | $4,200.00 |
| Lisa G. Esayian | Partner | 1991 | Litigation | $675.00 | 309.60 | $208,980.00 |
| Rashad W. Evans | Associate | 2007 | Restructuring | $440.00 | 252.40 | $111,056.00 |
| Peter A. Farrell | Associate | 2006 | Litigation | $395.00 | 602.40 | $237,948.00 |
| Theodore L. Freedman | Partner | 1973 | Restructuring | $850.00 | 461.50 | $392,275.00 |
| Andrew Fromm | Associate | 2008 | Litigation | $295.00 | 41.10 | $12,124.50 |
| Noah J. Gellner | Associate | 2007 | Corporate | $440.00 | 11.90 | $5,236.00 |
| James Golden | Associate | 2005 | Litigation | $435.00 | 174.00 | $75,690.00 |
| Christopher T. Greco | Associate | 2007 | Restructuring | $390.00 | 400.50 | $156,195.00 |
| Barbara M. Harding | Partner | 1988 | Litigation | $585.00 | 409.30 | $239,440.50 |
| Jason P. Hernandez | Associate | 2005 | Litigation | $435.00 | 89.50 | $38,932.50 |
| Alex L. Karan | Partner | 2000 | Litigation | $540.00 | 414.00 | $223,560.00 |
| Patrick J. King | Associate | 2007 | Litigation | $350.00 | 524.00 | $183,400.00 |
| Rebecca A. Koch | Associate | 2005 | Litigation | $435.00 | 187.10 | $81,388.50 |
| Lauren E. Kozak | Associate | 2008 | Litigation | $295.00 | 327.80 | $96,701.00 |
| Walter R. Lancaster | Partner | 1987 | Litigation | $710.00 | 449.30 | $319,003.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation | $835.00 | 4.00 | $3,340.00 |
| Karen F. Lee | Associate | 2009 | Litigation | $295.00 | 308.80 | $91,096.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | $635.00 | 97.00 | $61,595.00 |
| Eric F. Leon | Partner | 1994 | Litigation | $635.00 | 20.50 | $13,017.50 |
| Marc Lewinstein | Associate | 2006 | Restructuring | $440.00 | 121.20 | $53,328.00 |
| Elizabeth M. Locke | Associate | 2005 | Litigation | $435.00 | 9.80 | $4,263.00 |
| Tyler D. Mace | Associate | 2003 | Litigation | $500.00 | 700.90 | $350,450.00 |
| Todd F. Maynes, P.C. | Partner | 1988 | Taxation | $915.00 | 19.10 | $17,476.50 |

---

[29]  Any capitalized terms not defined herein have the meaning ascribed to them in the Thirty-First Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for October 1, 2008 through December 31, 2008.

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Scott A. McMillin | Partner | 1996 | Litigation | $580.00 | 387.70 | $224,866.00 |
| Andres C. Mena | Partner | 1998 | Corporate | $625.00 | 61.20 | $38,250.00 |
| Bernd Meyer-Loewy | Partner | 1997 | Restructuring | $755.00 | 0.50 | $377.50 |
| Joy L. Monahan | Associate | 1997 | Restructuring | $490.00 | 116.90 | $57,281.00 |
| Shani Moore Weatherby | Associate | 2007 | Litigation | $350.00 | 203.30 | $71,155.00 |
| Derek Muller | Associate | 2007 | Litigation | $350.00 | 479.20 | $167,720.00 |
| Aaron Rokach | Associate | 2007 | Taxation | $365.00 | 4.40 | $1,606.00 |
| Andrew R. Running | Partner | 1982 | Litigation | $695.00 | 60.30 | $41,908.50 |
| Michael D. Shumsky | Associate | 2004 | Litigation | $500.00 | 74.40 | $37,200.00 |
| Gregory L. Skidmore | Associate | 2006 | Litigation | $435.00 | 0.50 | $217.50 |
| Renee D. Smith | Partner | 1995 | Litigation | $580.00 | 21.00 | $12,180.00 |
| Brian T. Stansbury | Partner | 2002 | Litigation | $520.00 | 282.50 | $146,900.00 |
| Vincente Tennerelli | Associate | 2008 | Restructuring | $335.00 | 31.30 | $10,485.50 |
| Henry A. Thompson, II | Associate | 2006 | Litigation | $395.00 | 54.00 | $21,330.00 |
| Laurence A. Urgenson | Partner | 1976 | Litigation | $835.00 | 291.70 | $243,569.50 |
| **Totals for Attorneys** | | | | | 11,703.50 | $6,351,063.50 |

The paraprofessionals of K&E who rendered professional services in these cases

during the Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jesse Aguilar | Legal Assistant | 20 Years | Restructuring | $225.00 | 1.80 | $405.00 |
| April Albrecht | Technology Services | 5 Years | Litigation | $200.00 | 221.80 | $44,360.00 |
| Deborah L. Bibbs | Legal Assistant | 2 Years | Restructuring | $195.00 | 433.50 | $84,532.50 |
| Michael Bidegain | Conflicts Analyst II | 12 Months | Administrative Services | $195.00 | 55.00 | $10,725.00 |
| Shaun Booth | Case Assistant | 4 Months | Restructuring | $150.00 | 11.20 | $1,680.00 |
| David M. Boutrous | Legal Assistant | 2 Years | Litigation | $140.00 | 495.30 | $69,342.00 |
| Megan M. Brown | Legal Assistant | 2 Years | Litigation | $180.00 | 545.10 | $98,118.00 |
| Linda L. Cordeiro | Case Assistant | 1 Year | Litigation | $145.00 | 247.40 | $35,873.00 |
| Margo Eckstein | Technology Services | 9 Years | Litigation | $240.00 | 23.50 | $5,640.00 |
| Michael S. Fellner | Legal Assistant | 4 Years | Litigation | $180.00 | 13.50 | $2,430.00 |
| Timothy J. Fitzsimmons | Legal Assistant | 1 Year | Litigation | $230.00 | 504.50 | $116,035.00 |
| Beth Friedman | Legal Assistant | 20 Years | Restructuring | $265.00 | 5.10 | $1,351.50 |
| Maria D. Gaytan | Case Assistant | 6 Years | Litigation | $140.00 | 142.50 | $19,950.00 |
| Lauren Gerber | Law Clerk | 6 Months | General | $205.00 | 7.80 | $1,599.00 |
| Marvin R. Gibbons, Jr. | Technology Services | 21 Years | Litigation | $225.00 | 66.00 | $14,850.00 |
| Britton R. Giroux | Legal Assistant | 2 Years | Litigation | $180.00 | 16.50 | $2,970.00 |
| Jacob Goldfinger | Legal Assistant | 5 Years | Restructuring | $225.00 | 1.80 | $405.00 |
| Edrick A. Harris | Technology Services | 8 Months | Litigation | $170.00 | 32.30 | $5,491.00 |
| Alun Harris-John | Technology Services | 1 Year | Litigation | $210.00 | 13.00 | $2,730.00 |
| David C. Holman | Law Clerk | 5 Months | General | $205.00 | 9.70 | $1,988.50 |

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sylvia Igbinovia | Case Assistant | 20 Years | Litigation | $125.00 | 5.30 | $662.50 |
| Claude W. Irmis | Legal Assistant | 11 Years | Restructuring | $265.00 | 1.10 | $291.50 |
| Ayesha Johnson | Legal Assistant | 1 Year | Litigation | $145.00 | 1.00 | $235.00 |
| | | | | $180.00 | 0.50 | |
| Michael Kilgarriff | Project Assistant | 3 Months | Litigation | $145.00 | 625.20 | $90,654.00 |
| Ellen J. Kratofil | Conflicts Specialist | 5 Years | Administrative Services | $220.00 | 2.90 | $638.00 |
| Jocelyn C. Kuo | Legal Assistant | 8 Years | Restructuring | $215.00 | 10.80 | $2,322.00 |
| Travis J. Langenkamp | Legal Assistant | 11 Years | Litigation | $250.00 | 2.00 | $500.00 |
| William T. Lauchman | Case Assistant | 6 Months | Litigation | $145.00 | 3.00 | $435.00 |
| Magali Lespinasse Lee | Legal Assistant | 23 Years | Restructuring | $225.00 | 6.50 | $1,462.50 |
| Kimberly K. Love | Legal Assistant | 20 Years | Litigation | $240.00 | 252.20 | $60,528.00 |
| Erin Maher | Technology Services | 2 Months | Litigation | $170.00 | 34.40 | $5,848.00 |
| Maureen McCarthy | Legal Assistant | 5 Years | Restructuring | $225.00 | 30.90 | $6,952.50 |
| Marc Minarich | Project Assistant | 10 Months | Corporate | $145.00 | 21.10 | $3,059.50 |
| LeMar Moore | Law Clerk | 5 Months | General | $205.00 | 42.50 | $8,712.50 |
| Thomas N. Nelson, Jr. | Technology Services | 4 Years | Litigation | $200.00 | 5.00 | $1,000.00 |
| Joseph O'Hara | Project Assistant | 5 Months | Litigation | $145.00 | 19.50 | $2,827.50 |
| Shawn M. Olender | Case Assistant | 10 Months | Litigation | $145.00 | 245.90 | $35,655.50 |
| Khalid M. Osman | Legal Assistant | 8 Years | Litigation | $230.00 | 286.80 | $65,964.00 |
| Carlos A. Padilla | Legal Assistant | 10 Years | Litigation | $195.00 | 170.60 | $33,267.00 |
| Natalya Palma | Legal Assistant | 2 Years | Litigation | $180.00 | 228.20 | $41,076.00 |
| Jane Penley | Project Assistant | 4 Months | Restructuring | $145.00 | 84.50 | $12,252.50 |
| Michelle Peterson | Project Assistant | 10 Months | Restructuring | $150.00 | 20.30 | $3,045.00 |
| Vidhya Ragunathan | Law Clerk | 8 Months | General | $205.00 | 26.00 | $5,330.00 |
| Aida A. Ramos | Legal Assistant | 9 Years | Litigation | $220.00 | 2.10 | $462.00 |
| Judith A. Rogers | Conflicts Specialist | 5 Years | Administrative Services | $195.00 | 7.00 | $1,365.00 |
| Morgan Rohrhofer | Case Assistant | 7 Months | Litigation | $145.00 | 135.00 | $19,575.00 |
| Daniel T. Rooney | Legal Assistant | 14 Years | Litigation | $240.00 | 529.00 | $126,960.00 |
| Neal F. San Diego | Case Assistant | 10 Months | Litigation | $155.00 | 36.30 | $5,626.50 |
| Daniel G. Schovain | Project Assistant | 7 Months | Litigation | $145.00 | 113.40 | $16,443.00 |
| Linda A. Scussel | Restructuring Conflicts Specialist | 4 Years | Administrative Services | $220.00 | 19.60 | $4,312.00 |
| Katrina M. Simek | Legal Assistant | 4 Years | Restructuring | $195.00 | 5.40 | $1,053.00 |
| Carrie Sroka | Project Assistant | 5 Months | Restructuring | $145.00 | 50.00 | $7,250.00 |
| Terrell D. Stansbury | Legal Assistant | 4 Years | Litigation | $195.00 | 371.50 | $72,442.50 |
| Assaf Sternberg | Case Assistant | 7 Months | Litigation | $145.00 | 72.00 | $10,440.00 |
| Rafael M. Suarez | Technology Services | 2 Years | Litigation | $200.00 | 12.00 | $2,400.00 |
| Jared Voskuhl | Project Assistant | 3 Month | Litigation | $145.00 | 613.80 | $89,001.00 |
| Sarah B. Whitney | Project Assistant | 6 Months | Litigation | $145.00 | 692.40 | $100,398.00 |
| Carrie L. Wildfong | Project Assistant | 10 Months | Restructuring | $150.00 | 115.30 | $17,295.00 |
| Library Research | Research Specialist | N/A | Administrative Services | $200.00 | 60.40 | $12,080.00 |
| **Totals for Paraprofessionals** | | | | | 7,808.70 | $1,390,297.00 |

**Grand Total for Fees:**  $7,741,360.50
**Blended Rate:**  $396.74

## Compensation by Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 19 | Claims Analysis Objection and Resolution (Non-Asbestos) | 153.20 | $65,738.00 |
| 20 | Case Administration | 403.20 | $87,404.50 |
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 476.60 | $250,087.50 |
| 23 | Business Operations | 171.20 | $93,994.00 |
| 27 | Employee Benefits/Pension | 0.20 | $159.00 |
| 28 | Litigation and Litigation Consulting | 850.30 | $351,164.00 |
| 30 | Hearings | 764.30 | $378,879.00 |
| 32 | Fee Applications, Applicant | 231.40 | $101,503.50 |
| 35 | Fee Applications Others | 4.80 | $2,512.50 |
| 37 | Plan and Disclosure Statement | 2,530.00 | $1,563,155.50 |
| 38 | Employment Applications, Others | 3.30 | $1,891.50 |
| 41 | Tax Issues | 23.50 | $19,082.50 |
| 42 | Travel non-working | 96.30 | $50,295.50 |
| 54 | Employment Applications, Applicant | 45.80 | $13,782.00 |
| 57 | Montana Grand Jury Investigation | 13,600.80 | $4,687,885.50 |
| 58 | Criminal Travel Matter, No Third Parties | 157.30 | $73,826.00 |
| **Totals for Matters** | | **19,512.20** | **$7,741,360.50** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $72,268.60 |
| Appearance Fees | $558.50 |
| Bates Labels/Print | $0.36 |
| Binding | $109.90 |
| Calendar/Court Services | $25.00 |
| Car Rental | $1,788.83 |
| Catering Expenses | $3,529.25 |
| CD-ROM Duplicates | $469.00 |
| CD-ROM Master | $10.00 |
| Color Copies or Prints | $6,190.50 |
| Computer Database Research | $38,549.11 |
| Court Reporter Fee/Deposition | $2,089.67 |
| DVD Duplicates | $80.00 |
| Fax Charge | $10.84 |
| Filing Fees | $346.00 |
| Information Broker Doc/Svcs | $5,186.77 |
| Library Document Procurement | $4,626.17 |
| Local Transportation | $1,020.82 |
| Miscellaneous Office Expenses | $15,088.91 |
| Other Travel Expenses | $743.77 |
| Outside Computer Services | $38,020.34 |
| Outside Copy/Binding Services | $91,007.31 |
| Outside Messenger Services | $1,737.59 |
| Outside Video Services | $4,417.75 |
| Overnight Delivery | $5,827.49 |
| Overtime Meals | $412.08 |
| Overtime Meals - Attorney | $2,681.55 |
| Overtime Meals - Legal Assistant | $755.88 |
| Overtime Transportation | $11,718.76 |
| Postage | $8.85 |
| Process Server Fees | ($57.00) |
| Professional Fees | $811,972.35 |
| Rental Expenses | $28,539.69 |
| Scanned Images | $4,903.75 |
| Secretarial Overtime | $6,104.64 |
| Standard Copies or Prints | $65,202.30 |
| Tabs/Indexes/Dividers | $892.40 |
| Telephone | $5,775.08 |
| Transportation to/from airport | $15,026.84 |
| Travel Expense | $33,440.43 |
| Travel Meals | $5,754.44 |
| Word Processing Overtime | $1,011.12 |
| Working Meals/K&E and Others | $2,516.80 |
| Working Meals/K&E Only | $143.25 |
| **Total** | **$1,290,505.69** |