# EXHIBIT A

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL SURFACE CHEMISTRY LLC<br>C/O BOB WAREHAM<br>RT 6 & TABLER RD<br>PO BOX 310<br>MORRIS, IL 60450 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 3344 | $129,500.00 | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY ("CNA"), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $7,015.07 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| 2 | GRAU, JAMES AND ANNA<br>C/O RICHARD L FERRELL ESQ<br>425 WALNUT ST STE 1800<br>CINCINNATI, OH 45202 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 9686 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 3 | MARY GRAU & SONS INC<br>C/O RICHARD L FERRELL ESQ<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI, OH 45202 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 9687 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 4 | INDIANA DEPARTMENT OF REVENUE<br>100 N SENATE AVE<br>BANKRUPTCY SECTION ROOM N-203<br>INDIANAPOLIS, IN 46204 | 01-01139<br>W.R. GRACE & CO. | 15355 | $400,130.64<br>$40,348.43 | (P)<br>(U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 5 | INDIANA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 15369 | $8,619.24 | (A) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 6 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 17719 | $43,337.71 | (U) | DEBTORS' BOOKS AND RECORDS SHOW THAT THE ONLY LIABILITY FOR THIS CLAIM IS $15,234.00. THEREFORE, THE CLAIM SHOULD BE ALLOWED IN THE AMOUNT OF $15,234.00. |
| 7 | MUNOZ, GLORIA<br>C/O ANTHONY S PETRU ESQ<br>HILDEBRAND MCLEOD AND NELSON INC<br>350 FRANK H OGAWA PLAZA 4TH FLR<br>OAKLAND, CA 94612-2006 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1959 | $100,000.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 3

11/21/2008 3:53:19 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 8 | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01-01139 | 2701 | $60,779.80 $2,330.97 $262.50 | (S) (P) (U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 9 | PA DEPT OF REVENUE BUREAU OF COMPLIANCE DEPT 280946 HARRISBURG, PA 17128-0946 | 01-01144 LITIGATION MANAGEMENT, INC AMICON, INC. | 318 | $3,576.00 $32,964.32 $2,023.60 | (S) (P) (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 10 | PA DEPT OF REVENUE BUREAU OF COMPLIANCE DEPT 280946 HARRISBURG, PA 17128-0946 | 01-01193 MRA STAFFING SYSTEMS, INC. | 407 | $2,703.00 $25,478.99 $266.00 | (S) (P) (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 11 | ROWE, RICHARD C C/O STEPHEN R TETRO 233 S WACKER DR STE 5800 CHICAGO, IL 60606 | 01-01140 W.R. GRACE & CO.-CONN. | 14037 | UNKNOWN | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 12 | ROWE, RICHARD C PO BOX 27184 MEMPHIS, TN 38127 | 01-01140 W.R. GRACE & CO.-CONN. | 1841 | UNKNOWN | (S) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 13 | SEATON INSURANCE COMPANY DRINKER BIDDLE & REATH LLP DAVID P PRIMACK 1100 N MARKET ST, STE 1000 WILMINGTON, DE 19801-1254 | 01-01140 W.R. GRACE & CO.-CONN. | 15531 | UNKNOWN UNKNOWN | (S) (U) | NO BASIS FOR SECURED CLAIM. SHOULD BE RECLASSIFIED AS UNSECURED. |
| 14 | WRIGHT, JIM 215 ROCK LEDGE DR GLENWOOD SPRINGS, CO 81601 | 01-01140 W.R. GRACE & CO.-CONN. | 603 | $651,878.00 | (P) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 2 of 3

11/21/2008 3:53:13 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| | | Totals: | $57,058.80 | (S) | |
| | | | $9,619.24 | (A) | |
| | | | $1,115,583.92 | (P) | |
| | | | $1,915,738.24 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 3 of 3

11/21/2008 3:53:15 PM