**Summary of PwC's Fees By Individual:**
**Thirty First Interim Quarterly Reporting Period**
**October 1 - December 31, 2008**

**Professoinal Profiles**
**W. R. Grace - Time Tracking Summary**
**For the Quarter Ended December 31, 2008**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | 698.50 | 49.3 | 34,436.05 |
| John Bishop | Audit Partner | 21 | Integrated Audit | 935.99 | 4.8 | 4,492.75 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | 647.70 | 17.9 | 11,593.83 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 990.60 | 3.0 | 2,971.80 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | 698.50 | 4.0 | 2,794.00 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | 698.50 | 34.5 | 24,098.25 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | 840.18 | 9.8 | 8,233.76 |
| Thomas Barbieri | Audit Partner | 19 | Integrated Audit | 927.10 | 1.0 | 927.10 |
| Chad Soares | Audit Partner | 15 | Integrated Audit | 935.99 | 4.0 | 3,743.96 |
| Theodore Baran | Auidt Partner | 24 | Integrated Audit | 990.60 | 2.4 | 2,377.44 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 588.00 | 19.0 | 11,172.00 |
| Michael Urban | Managing Director | 24 | Integrated Audit | 619.50 | 2.0 | 1,239.00 |

| Name | Title | Years | Service | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| Sheri Wyatt | Director | 10 | Integrated Audit | 624.84 | 16.3 | 10,184.89 |
| Jennifer James | Director | 16 | Integrated Audit | 698.50 | 13.0 | 9,080.50 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | 624.84 | 20.5 | 12,809.22 |
| Rafael Garcia | Director | 15 | Integrated Audit | 414.75 | 38.5 | 15,967.88 |
| Jesse Tracey | Director | 11 | Integrated Audit | 552.45 | 1.0 | 552.45 |
| Jeffrey Rosenberg | Director | 20 | Integrated Audit | 645.75 | 1.0 | 645.75 |
| Paul Francis | Director | 13 | Integrated Audit | 793.75 | 1.0 | 793.75 |
| Timothy Dreyer | Director | 35 | Integrated Audit | 556.50 | 8.0 | 4,452.00 |
| Rachel Klein | Audit Senior Manager | 10 | Integrated Audit | 644.10 | 0.5 | 322.05 |
| Stephanie Dambaugh | Audit Senior Manager | 10 | Integrated Audit | 644.10 | 3.0 | 1,932.30 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | 410.21 | 53.0 | 21,741.13 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | 410.21 | 224.5 | 92,092.15 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | 717.55 | 9.0 | 6,457.95 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | 297.18 | 118.7 | 35,275.27 |
| Tania Devilliers | Audit Senior Manager | 15+ | Integrated Audit | 717.55 | 1.5 | 1,076.33 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | 444.50 | 3.0 | 1,333.50 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | 428.64 | 15.8 | 6,772.51 |
| Amelia John | Tax Manager | 5 | Integrated Audit | 283.50 | 2.0 | 567.00 |

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | 283.50 | 15.7 | 4,450.95 |
| Scott Dillow | Tax Manager | 6 | Integrated Audit | 552.45 | 1.5 | 828.68 |
| Stephanie Jones | Tax Manager | 7 | Integrated Audit | 414.75 | 1.0 | 414.75 |
| Stephen Mikesell | Tax Manager | 4 | Integrated Audit | 420.00 | 1.5 | 630.00 |
| Benjamin Harder | Advisory Senior Associate | 5 | Integrated Audit | 330.20 | 8.0 | 2,641.60 |
| Barry Berkowitz | Audit Senior Associate | 3 | Integrated Audit | 351.12 | 34.5 | 12,113.64 |
| Benjamin Miller | Audit Senior Associate | 7 | Integrated Audit | 210.82 | 53.5 | 11,278.87 |
| Andrew Ralston | Audit Senior Associate | 3 | Integrated Audit | 330.20 | 4.0 | 1,320.80 |
| Jordan Comacchio | Audit Senior Associate | 5 | Integrated Audit | 292.10 | 3.0 | 876.30 |
| Stanislaus Gomes | Audit Senior Associate | 4 | Integrated Audit | 330.20 | 6.0 | 1,981.20 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | 199.50 | 53.1 | 10,593.45 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 349.25 | 18.7 | 6,530.98 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 156.21 | 370.9 | 57,938.29 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | 156.21 | 376.0 | 58,734.96 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | 227.33 | 242.4 | 55,104.79 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | 209.55 | 317.3 | 66,490.22 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | 156.21 | 362.5 | 56,626.13 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | 223.52 | 50.8 | 11,354.82 |

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Molly McCall | Audit Associate | 1 | Integrated Audit | 175.26 | 175.7 | 30,793.18 |
| Jian Hui Lee | Advisory Associate | 2 | Integrated Audit | 298.45 | 1.0 | 298.45 |
| Todd Chesla | Tax Senior Associate | 1 | Integrated Audit | 199.50 | 30.8 | 6,144.60 |
| Ana Panton | Tax Associate | <1 | Integrated Audit | 147.00 | 2.0 | 294.00 |
| Elizabeth Sema | Tax Associate | 2 | Integrated Audit | 147.00 | 2.5 | 367.50 |
| Thomas Duncan | Tax Associate | 1 | Integrated Audit | 273.06 | 8.6 | 2,348.32 |
| Gerald Gugerty | Audit Associate | 1 | Integrated Audit | 170.18 | 12.0 | 2,042.16 |
| Julia Bashyrov | Audit Associate | 2 | Integrated Audit | 175.26 | 125.0 | 21,907.50 |
| Kristina Johnson | Audit Associate | 2 | Integrated Audit | 123.19 | 362.4 | 44,644.06 |
| Andrew Tremble | Audit Associate | 2 | Integrated Audit | 170.18 | 63.5 | 10,806.43 |
| Alex DiZio | Audit Associate | 1 | Integrated Audit | 129.54 | 37.2 | 4,818.89 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | 175.26 | 144.3 | 25,290.02 |
| Pailin Chaiprasertsiti | Audit Associate | <1 | Integrated Audit | 153.67 | 143.2 | 22,005.54 |
| Jonathan Grant | Audit Associate | <1 | Integrated Audit | 124.26 | 16.1 | 2,000.59 |
| Janet Kang | Audit Associate | 4 | Integrated Audit | 227.33 | 15.5 | 3,523.62 |
| Kristen Stamper | Audit Associate | 1 | Integrated Audit | 170.18 | 0.4 | 68.07 |
| Eugene Hwang | Audit Associate | <1 | Integrated Audit | 260.35 | 23.5 | 6,118.23 |
| Evan McLaughlin | Audit Associate | 1 | Integrated Audit | 156.21 | 13.1 | 2,046.35 |
| **Grand Total** | | | | | **3,779.2** | **875,564.51** |

**Summary of PwC's Fees By Project:**
**Thirty First Interim Quarterly Reporting Period**
**October 1- December 31, 2008**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **84.3** | **$12,240.02** |

| | | |
|---|---|---|
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **3,779.2** | **$875,564.51** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **3,863.5** | **$887,804.53** |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Thirty First Interim Quarterly Reporting Period**
**October 1- December 31, 2008**

| Type of Expense | |
|---|---:|
| Transportation | $18,470.61 |
| Lodging | 6,650.70 |
| Sundry | 379.09 |
| Business Meals | 2,177.12 |
| **Grand Total for the Fee Period October 1, 2008 through December 31, 2008** | **$27,677.52** |