THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related Docket No. 20728** |
| | ) | |

**DEBTORS' MOTION TO EXPEDITE THE HEARING ON ANDERSON MEMORIAL'S MOTION FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY**

The Debtors hereby move this Court to expedite the hearing on Anderson Memorial's Motion for Enlargement of Time to Serve Discovery, filed with this Court on February 13, 2009 (Docket No. 20728) (the "Motion"), so that the Motion may be heard at the Court's February 23, 2009 Omnibus hearing and setting the Objection Deadline on the Motion for February 20, 2009 at Noon eastern time. In support of this request, the Debtors respectfully represent as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. On January 29, 2009, the Court entered the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization ("the "CMO") (Docket No. 20622). Pursuant to the CMO, Written Fact Discovery "for the PD Constituency [defined as the holders of Asbestos PD Claims, the Asbestos PD FCR and the Official Committee of Asbestos Property Damage Claimants] and Plan Proponents discovery in respect of PD Constituency" was due on February 13, 2009.

2. On February 13, 2009, consistent with the CMO, the Debtors and the PD FCR both served written discovery requests. However, instead of filing written discovery requests, Anderson Memorial filed its Motion wherein it requests an additional 20 days to serve discovery. Anderson Memorial did not seek to shorten the time for hearing their Motion but instead set the Motion to be heard at the April 1, 2009 Omnibus Hearing, 54 days after the deadline for the filing of written discovery.

3. The Debtors currently intend to object to the Motion. The Debtors believe it is vital to keep all parties on track on the CMO deadlines in order to assure that the Plan process moves forward without delay so the Confirmation hearings can take place as scheduled in the CMO. However, if the Motion is not heard until April 1, 2009, Anderson Memorial, just by virtue of the Court's calendar for Omnibus hearings, will have obtained at least a 54 day extension of the time for serving their written discovery requests.

4. As a result, the Debtors hereby request entry of an Order for leave of the Scheduling Order and shortening the notice period prescribed by Del. Bankr. LR 9006-1(c) to enable the Motion to be heard on an expedited basis at the Court's February 23,

91100-001\DOCS_DE:145045.1

2009 Omnibus hearing. The Debtors also respectfully request that the Court establish February 20, 2009 at Noon eastern as the deadline to object to the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order (i) granting the Debtors' leave from the Scheduling Order in order to expedite the hearing on the Motion; (ii) setting the Objection deadline on the Motion for February 20, 2009 at Noon eastern; and (iii) setting the Motion for hearing at the Debtors' February 23, 2009 Omnibus hearing.

Dated: February 17, 2009                    Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
City Group Center
153 East 53rd Street
New York, NY 10022
212/446-4800

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400

Co-Counsel for the Debtors and Debtors in Possession