IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Corali Lopez-Castro, Esquire of Kozyak Tropin & Throckmorton, P.A., to represent Anderson Memorial Hospital, an interested party in the above-captioned bankruptcy proceeding.

DATED: February 17, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:         loizides@loizides.com

090206151903.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

                                      Corali Lopez-Castro (FL Bar No. 863830)
                                      KOZYAK TROPIN & THROCKMORTON, P.A.
                                      2525 Ponce de Leon, 9th Floor
                                      Coral Gables, FL 33134
                                      Telephone: (305) 372-1800
                                      Facsimile: (305) 372-3508

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

DATED: _____, 2009

                                      The Honorable Judith K. Fitzgerald
                                      United States Bankruptcy Court Judge