# FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)

## ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 12/1/08 through 12/31/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 11.90 | $7,735.00 |
| S. Cunningham | Member | $650 | 12.40 | $8,060.00 |
| R. Frezza | Consultant | $550 | 24.00 | $13,200.00 |
| J. Dolan | Consultant | $395 | 52.30 | $20,658.50 |
| M. Desalvio | Research | $165 | 1.50 | $247.50 |
| N. Backer | Paraprofessional | $110 | 3.60 | $396.00 |
| For the Period 12/1/08 through 12/31/08 | | | 105.70 | $50,297.00 |

Capstone Advisory Group, LLC                                      Page 1 of 1
Invoice for the December 2008 Fee Application

W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 12/1/08 through 12/31/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motion regarding asset sales related to South Carolina property sales, Colowyo, LP Interest sale and lead abatement business sale. Additionally, the applicant performed various analyses and prepared related reports to the Committee thereon. | 18.10 | $8,211.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, prepared accrued interest scenarios, analyzed ZAI Term sheet and its impact, and prepared report the Committee on recovery update. | 38.60 | $18.666.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding case updates and confirmation issues. | 12.20 | $6,566.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the November monthly fee statements as well as the 19th Quarterly fee application. | 4.80 | $870.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding 3rd quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. | 23.30 | $11,795.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed preliminary objections to the revised POR and Disclosure Statement and related Counsel's memo. | 7.20 | $3,940.50 |
| 21. Research | During the Fee Application period, the Applicant researched peer results for multiple analyses. | 1.50 | $247.50 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor and advisors to discuss sales transactions and 3rd Qtr. Results. | 1.50 | $825.00 |
| For the Period 12/1/08 through 12/31/08 | | 105.70 | $50,297.00 |

Capstone Advisory Group, LLC                                                     Page 1 of 1
Invoice for the December 2008 Fee Application

W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 12/1/08 through 12/31/08

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| | | | |

01. Acquisitions/Divestitures

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/1/2008 | J. Dolan | 1.10 | Read and analyzed counsel's memo regarding Charleston property sale and environmental claim. |
| 12/3/2008 | E. Ordway | 0.70 | Read counsel's memo regarding sale of Charleston property and disposition of an environmental claim. |
| 12/12/2008 | J. Dolan | 2.30 | Review of documents related to Colowyo sale and analysis to determine if change to report is required. |
| 12/15/2008 | R. Frezza | 1.70 | Reviewed order regarding non-core asset sales. |
| 12/15/2008 | J. Dolan | 1.50 | Read and analyzed notice of sale of certain assets and summarized request for more information from the Debtors. |
| 12/15/2008 | J. Dolan | 1.50 | Read and analyzed motion regarding asset sale of lead abatement business and determine issues to discuss with Blackstone. |
| 12/16/2008 | R. Frezza | 1.10 | Follow up with Debtors re: lead abatement business spin off; reviewed/completed draft report on Committee Update discussed with counsel |
| 12/19/2008 | J. Dolan | 0.90 | Incorporated responses from Blackstone into report to the Committee regarding asset sale. |
| 12/19/2008 | J. Dolan | 2.20 | Prepared report to the Committee regarding sale of certain assets of the asbestos and lead abatement business. |
| 12/22/2008 | R. Frezza | 1.80 | Read and analyzed report to the Committee regarding sale of lead abatement business. |
| 12/22/2008 | J. Dolan | 1.40 | Finalized report to the Committee regarding asset sale. |
| 12/23/2008 | J. Dolan | 0.80 | Finalized asset sale memo to the Committee. |
| 12/23/2008 | R. Frezza | 1.10 | Reviewed and discussed with counsel, the asset sale report to the Committee. |
| Subtotal | | 18.10 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/1/2008 | J. Dolan | 2.20 | Read and analyzed ZAI Term sheet and prepared analysis of settlement. |
| 12/1/2008 | S. Cunningham | 1.30 | Reviewed recovery analysis. |

**Capstone Advisory Group, LLC**
**Invoice for the December 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/2/2008 | J. Dolan | 3.80 | Prepared an update to recovery analysis based on changes in stock prices, enterprise value, interest rates, interest accrual period, etc. |
| 12/2/2008 | E. Ordway | 2.50 | Prepared/edited updated claims and recovery analysis. |
| 12/9/2008 | R. Frezza | 1.20 | Updated Value Scenarios including impact of ZAI settlement per counsel request. |
| 12/9/2008 | J. Dolan | 2.20 | Update to recovery analyses based on market assumption changes. |
| 12/10/2008 | R. Frezza | 2.80 | Value scenario updates at request of counsel. |
| 12/11/2008 | E. Ordway | 0.80 | Directed staff in updating valuation data. |
| 12/13/2008 | J. Dolan | 1.50 | Report to the Committee regarding updated recovery analysis. |
| 12/14/2008 | J. Dolan | 3.80 | Updated recovery analysis and prepared report to the Committee. |
| 12/15/2008 | E. Ordway | 0.30 | Prepared/edited updated recovery analysis. |
| 12/15/2008 | J. Dolan | 1.60 | Prepared recovery analysis to be included in report to the Committee. |
| 12/15/2008 | R. Frezza | 2.00 | Updated committee report regarding revised recovery analysis. |
| 12/15/2008 | J. Dolan | 1.40 | Prepared report to the Committee regarding updated recovery analysis. |
| 12/16/2008 | J. Dolan | 1.90 | Finalized report to the Committee regarding recovery analysis and distributed to counsel for comments. |
| 12/18/2008 | J. Dolan | 1.10 | Update to report to the Committee re: recovery analysis. |
| 12/19/2008 | R. Frezza | 2.10 | Reviewed and discussed with counsel, the recovery update report to the Committee. |
| 12/22/2008 | E. Ordway | 0.80 | Finalized report regarding recovery for distribution to the Committee. |
| 12/22/2008 | J. Dolan | 1.50 | Prepared additional comments to report to the Committee regarding recovery analysis. |
| 12/23/2008 | J. Dolan | 0.70 | Finalized report to the Committee regarding updated recovery analysis. |
| 12/24/2008 | R. Frezza | 0.80 | Responded to counsel questions on Capstone Recovery Update report circulated on 12/23/08. |
| 12/30/2008 | S. Cunningham | 2.30 | Reviewed recovery analysis. |
| Subtotal | | 38.60 | |

**Capstone Advisory Group, LLC**
**Invoice for the December 2008 Fee Application**

Page 2 of 4

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| **04. Creditor Committee Matters** | | | |
| 12/1/2008 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 12/2/2008 | E. Ordway | 0.50 | Participated in conference call with the Committee. |
| 12/2/2008 | J. Dolan | 0.70 | Prepared for and participated in call with Lender regarding status of case. |
| 12/2/2008 | R. Frezza | 1.00 | Prepared for and participated in call with Lenders and responded to lender questions. |
| 12/4/2008 | E. Ordway | 0.40 | Read counsel's report regarding Tyco stipulation. |
| 12/12/2008 | R. Frezza | 1.20 | Follow up with counsel on Colowyo deal change; committee update points; exit financing status; asbestos committee position and update |
| 12/17/2008 | R. Frezza | 1.20 | Addressed counsel comments questions on report; follow up with Debtors on lead abatement spin off. |
| 12/18/2008 | R. Frezza | 2.40 | Discussed with counsel lender update report and made changes. |
| 12/29/2008 | E. Ordway | 0.30 | Call with Committee member to discuss case status. |
| 12/29/2008 | E. Ordway | 0.90 | Reviewed updated peer group data prepared by staff. |
| 12/31/2008 | J. Dolan | 1.20 | Read and analyzed counsel's memo and related docs. |
| 12/31/2008 | E. Ordway | 0.80 | Read Debtor's response to Committee confirmation issues. |
| 12/31/2008 | R. Frezza | 0.70 | Reviewed and considered issues raised in CMO memo from counsel. |
| Subtotal | | 12.20 | |
| **07. Fee Applications & Invoices** | | | |
| 12/3/2008 | J. Dolan | 1.20 | Prepared 19th Quarterly fee application. |
| 12/16/2008 | N. Backer | 1.60 | Prepared Nov. fee statement. |
| 12/18/2008 | N. Backer | 2.00 | Prepared November fee statement. |
| Subtotal | | 4.80 | |
| **08. Financial Analysis - Schedules & Statements** | | | |
| 12/1/2008 | R. Frezza | 1.20 | Began preparation of 3q08 report to the Committee. |
| 12/2/2008 | J. Dolan | 2.10 | Prepared various analyses regarding 3Q08 results and prepared report to the Committee. |
| 12/2/2008 | R. Frezza | 0.80 | Analysis related to Q308 results for inclusion in report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/3/2008 | R. Frezza | 0.90 | Discussed treatment of Q3 result issues for inclusion in report to Committee. |
| 12/4/2008 | E. Ordway | 0.40 | Read and analyzed 3rd Q financial data and noted items for inclusion in our report to the committee. |
| 12/4/2008 | S. Cunningham | 2.00 | Read and analyzed Q3 results. |
| 12/5/2008 | J. Dolan | 1.90 | Prepared 3Q08 report to the Committee. |
| 12/8/2008 | J. Dolan | 1.40 | Prepared schedules and analyses for 3Q08 report to the Committee. |
| 12/9/2008 | E. Ordway | 0.70 | Prepared analysis regarding cash flow for inclusion in 3rd Q report to the Committee. |
| 12/9/2008 | S. Cunningham | 2.30 | Read and analyzed Q3 and updated recovery analysis. |
| 12/11/2008 | J. Dolan | 2.20 | Prepared commentary to the report to the Committee for 3Q08. |
| 12/12/2008 | S. Cunningham | 1.30 | Continued reading and analyzing Q3 and updated recovery analysis. |
| 12/12/2008 | E. Ordway | 1.70 | Prepared comments for 3rd Q report regarding liquidity. |
| 12/22/2008 | J. Dolan | 2.00 | Prepared gross margin analysis and latest estimate analysis for report to the Committee regarding 3rd quarter results. |
| 12/26/2008 | J. Dolan | 2.40 | Prepared commentary for 3rd quarter results report to the Committee. |
| Subtotal | | 23.30 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/18/2008 | E. Ordway | 0.40 | Read and analyzed draft of POR objection. |
| 12/19/2008 | S. Cunningham | 3.20 | Read and analyzed plan objections. |
| 12/19/2008 | J. Dolan | 2.20 | Read and analyzed preliminary objection to Debtors Plan. |
| 12/23/2008 | J. Dolan | 0.70 | Read and analyzed counsel's memo regarding POR and update. |
| 12/24/2008 | E. Ordway | 0.70 | Read counsel's memo regarding revised POR and related court submission. |
| Subtotal | | 7.20 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/1/2008 | M. Desalvio | 1.50 | Peer group analysis. |
| Subtotal | | 1.50 | |

Total Hours          105.70

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 12/1/08 through 12/31/08

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Capstone Expense | | | |
| 12/11/2008 | Telecom | Intercall Conferencing service | $65.74 |
| 12/18/2008 | Research | Bloomberg Research terminal | $136.00 |
| 12/19/2008 | Telecom | Telecom - Saddle Brook office | $103.27 |
| Subtotal - Capstone Expense | | | $305.01 |
| For the Period 12/1/08 through 12/31/08 | | | $305.01 |