**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: March 11, 2009** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

**FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-FIFTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



OGILVY
RENAULT

Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

February 17, 2009
INVOICE: 880315

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending January 31, 2009

| | |
|---|---|
| FEES | $5,380.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 4.82 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $5,384.82 |
| | Canadian Funds |

COPY

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



OGILVY
RENAULT

W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

BILLING SUMMARY

| | | Hours | Amount |
|---|---|---|---|
| D.C. Tay | | 1.6 | $1,600.00 |
| O. Pasparakis | | 5.6 | $3,780.00 |
| | Total | 7.20 | $5,380.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/1/09 | Derrick C. Tay | Reviewing agenda for Delaware hearing. | 0.20 | $200.00 |
| 6/1/09 | Orestes Pasparakis | Follow-up with Crown counsel and U.S. counsel regarding notice (0.6); considering status and next steps (0.3); follow-up on court orders (0.2). | 1.10 | $742.50 |
| 8/1/09 | Orestes Pasparakis | Receiving request from U.S. Counsel (0.2); conference call with Canadian claimants (0.4); reporting to U.S. counsel (0.1). | 0.70 | $472.50 |
| 9/1/09 | Orestes Pasparakis | Receipt of call from claimant. | 0.30 | $202.50 |
| 13/1/09 | Derrick C. Tay | Conference with R. Finke regarding timing of U.S. confirmation hearing (0.2); considering impact on Canadian settlement (0.9). | 1.10 | $1,100.00 |
| 13/1/09 | Orestes Pasparakis | Follow-up with U.S. Counsel (0.2); follow-up with Canadian Representative Counsel (0.2). | 0.40 | $270.00 |
| 19/1/09 | Derrick C. Tay | Reviewing material from Delaware counsel. | 0.10 | $100.00 |
| 20/1/09 | Orestes Pasparakis | Follow-up on emails from U.S. counsel. | 0.40 | $270.00 |
| 20/1/09 | Derrick C. Tay | Reviewing communications from Kirkland & Ellis regarding Canadian claimant. | 0.10 | $100.00 |
| 21/1/09 | Orestes Pasparakis | Follow-up regarding payment issues. | 0.20 | $135.00 |
| 22/1/09 | Derrick C. Tay | Communications with Kirkland & Ellis. | 0.10 | $100.00 |
| 22/1/09 | Orestes Pasparakis | Follow-up on various emails from Canadian counsel (0.4); seeking instructions from client (0.2). | 0.60 | $405.00 |
| 23/1/09 | Orestes Pasparakis | Numerous emails regarding status. | 0.40 | $270.00 |



W.R. GRACE & CO. 01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 26/1/09 | Orestes Pasparakis | Reviewing counsel's email (0.3); considering status (0.2); obtaining instructions (0.2); communicating to opposing counsel (0.2). | 0.90 | $607.50 |
| 27/1/09 | Orestes Pasparakis | Follow-up on counsel's requests. | 0.40 | $270.00 |
| 29/1/09 | Orestes Pasparakis | Follow-up on issues raised by Canadian plaintiffs' counsel. | 0.20 | $135.00 |
| | | **TOTAL FEES** | | **$5,380.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 0.20 |
| Long distance calls | 4.62 |
| | $4.82 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | | Amount |
|---|---|---|---|---|
| 5/1/09 | Elizabeth Anne Jone | Copies | | 0.20 |
| 8/1/09 | Orestes Pasparakis | Long distance calls 15142860550 | | 4.62 |
| | | | TOTAL | $4.82 |

INVOICE: 880315

Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

February 17, 2009
INVOICE: 880317

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending January 31, 2009

| | |
|---|---|
| FEES | $1,852.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 29.66 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,881.66 |

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



OGILVY
RENAULT

W.R. GRACE & CO. 01016442-0008

RE: Fee Applications, Applicant

**BILLING SUMMARY**

| | | Hours | Amount |
|---|---|---|---|
| T. Walsh | | 0.8 | $448.00 |
| P. Adams | | 7.8 | $1,404.00 |
| | Total | 8.60 | $1,852.00 |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/09 | Penny Adams | Dealing with issues relating to the 23rd Monthly Fee Application. | 0.40 | $72.00 |
| 5/1/09 | Teresa Walsh | Review and execution of 23rd Monthly Fee Application. | 0.40 | $224.00 |
| 6/1/09 | Penny Adams | Finalizing 23rd Monthly Fee Application (0.4); correspondence with the fee auditor and L. Oberholzer regarding the same (0.3). | 0.70 | $126.00 |
| 12/1/09 | Penny Adams | Drafting 8th Quarterly Fee Application. | 0.50 | $90.00 |
| 19/1/09 | Penny Adams | Dealing with issues relating to the December accounts. | 0.20 | $36.00 |
| 20/1/09 | Penny Adams | Reviewing December accounts (0.2); drafting Monthly and Quarterly Fee Applications (0.5). | 0.70 | $126.00 |
| 21/1/09 | Penny Adams | Dealing with issues relating to the Fee Application and payment of invoices. | 0.50 | $90.00 |
| 22/1/09 | Penny Adams | Dealing with issues relating to the Fee Application and payment of invoices. | 0.50 | $90.00 |
| 23/1/09 | Penny Adams | Dealing with issues relating to the Fee Application and payment of invoices. | 0.50 | $90.00 |
| 26/1/09 | Penny Adams | Drafting Monthly and Quarterly Fee Applications (0.8); dealing with issues relating to the Fee Application and payment of invoices (0.5); correspondence with R. Finke regarding same (0.1). | 1.40 | $252.00 |



W.R. GRACE & CO. 01016442-0008

RE: Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 27/1/09 | Penny Adams | Correspondence with T. Walsh and R. Finke with respect to the Monthly Fee Application (0.2); correspondence with J. Port regarding payment of 2nd Quarterly of 2008 (0.2); finalizing the 24th Monthly Fee Application and sending the same to L. Oberholzer and the fee auditor (0.5). | 0.90 | $162.00 |
| 28/1/09 | Teresa Walsh | Review and swearing of 8th Quarterly Interim Fee Application. | 0.40 | $224.00 |
| 28/1/09 | Penny Adams | Reviewing and revising the 8th Quarterly Interim Fee Application (0.3); email correspondence with L. Oberholzer, R. Finke and others with respect to various issues;(0.3); finalizing the 8th Quarterly Interim Fee Application (0.2). | 0.80 | $144.00 |
| 29/1/09 | Penny Adams | Correspondence with L Oberholzer and the fee auditor with respect to the 8th Quarterly Interim Fee Application (0.4); dealing with various issues with respect to the same (0.3). | 0.70 | $126.00 |
| | | **TOTAL FEES** | | **$1,852.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 0.80 |
| Courier service | 28.86 |
| | $29.66 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 6/1/09 | Penny Adams | Copies | 0.10 |

INVOICE: 880317

OGILVY
RENAULT

W.R. GRACE & CO. 01016442-0008

**RE: Fee Applications, Applicant**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 6/1/09 | Derrick C. Tay | Courier service FedEx shipment #689588778992 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 06-01-2009, GST: 0.00, QST: 0.00 | 28.86 |
| 27/1/09 | Penny Adams | Copies | 0.70 |
| | | TOTAL | $29.66 |

INVOICE: 880317