# **<u>Exhibit A</u>**

| | | |
|---|---|---|
| Lisa Esayian/Chicago/Kirkland-Ellis<br>02/19/2009 04:12 PM | To | Michael Dierkes/Chicago/Kirkland-Ellis@K&E |
| | cc | |
| | bcc | |
| | Subject | Fw: WR Grace: PD CMO - 10/29/08 email |

----- Forwarded by Lisa Esayian/Chicago/Kirkland-Ellis on 02/19/2009 04:12 PM -----

| | | |
|---|---|---|
| Lisa Esayian/Chicago/Kirkland-Ellis<br>10/29/2008 11:26 AM | To | sbaena@bilzin.com, jsakalo@bilzin.com, arich@alanrichlaw.com, PVNL@Capdale.com, JAL@Capdale.com, rfrankel@orrick.com, rwyron@orrick.com, DSpeights@speightsrunyan.com, david.turetsky@skadden.com, drosenbloom@mwe.com |
| | cc | richard.finke@grace.com, jrestivo@reedsmith.com, trea@reedsmith.com, David Bernick/New York/Kirkland-Ellis@K&E, Theodore Freedman/New York/Kirkland-Ellis@K&E, Janet Baer/Chicago/Kirkland-Ellis@K&E, Craig Bruens/New York/Kirkland-Ellis@K&E |
| | Subject | WR Grace: PD CMO |

On behalf of W.R. Grace, attached is our proposed PD Claims CMO. Also attached is our proposed Amended Order Setting Various Deadlines regarding PD claims, which is referenced in Section I of the CMO.

These drafts are subject to comments from the Plan Proponents and Sealed Air, and Fresenius.


WR Grace Asbestos PD Claims CMO Oct 2008.DOC_(13599196_2).DOC


Grace Amended Order Setting Deadlines for pre-Bar Date PD Claims - October 2008_(13592225_1).DOC

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com