# **<u>Exhibit B</u>**

| | | |
|---|---|---|
| Lisa Esayian/Chicago/Kirkland-Ellis<br>02/19/2009 12:15 PM | To | Michael Dierkes/Chicago/Kirkland-Ellis@K&E |
| | cc | |
| | bcc | |
| | Subject | Fw: Proposed draft Confirmation CMO |

----- Forwarded by Lisa Esayian/Chicago/Kirkland-Ellis on 02/19/2009 12:15 PM -----

| | | |
|---|---|---|
| Janet Baer/Chicago/Kirkland-Ellis<br>01/09/2009 05:03 PM | To | caseyl@pepperlaw.com, ealcabes@stblaw.com, david.turetsky@skadden.com, sbaena@bilzin.com, Pbentley@kramerlevin.com, kbornstein@sbtklaw.com, michael.brown@dbr.com, gcalhoun@steptoe.com, candon@cwg11.com, carignanj@pepperlaw.com, locasaleg@whiteandwilliams.com, casarinom@whiteandwilliams.com, Catherine.Chen@wilsonelser.com, tscobb@vorys.com, cohn@cwg11.com, jcohn@cozen.com, collins@rlf.com, acraig@cuyler.com, mdavis@zeklaw.com, emdecristofaro@fmew.com, dfelder@orrick.com, richard.finke@grace.com, fournierd@pepperlaw.com, rfrankel@orrick.com, James.Freeman2@usdoj.gov, gibbonsj@whiteandwilliams.com, mgiannotto@goodwinprocter.com, dglosband@goodwinprocter.com, green@lrclaw.com, noah.heller@kattenlaw.com, hertzbergr@pepperlaw.com, jal@capdale.com, jdd@stevenslee.com, mjoseph@ferryjoseph.com, kandestin@rlf.com, david.klauder@usdoj.gov, mkramer@bilzin.com, akrieger@stroock.com, lkruger@stroock.com, landis@lrclaw.com, lepley@crowell.com, ilevee@lowenstein.com, lpg@stevenslee.com, elongosz@eckertseamans.com, madron@rlf.com, kmangan@wcsr.com, dmannal@kramerlevin.com, nancy.manzer@wilmer.com, madigan.andrea@epa.gov, maward@wcsr.com, gmcdaniel@bglawde.com, meltzere@pepperlaw.com, jmeltzer@sbtklaw.com, merritt.pardini@kattenlaw.com, mes@stevenslee.com, metkin@lowenstein.com, miller@skfdelaware.com, fmonaco@wcsr.com, bmukherjee@goodwinprocter.com, mumford@lrclaw.com, ppantaleo@stblaw.com, kpasquale@stroock.com, speirce@fulbright.com, perniconec@wilsonelser.com, mphillips@cblh.com, mphillips@paulweiss.com, mpiropato@stblaw.com, david.primack@dbr.com, jpruggeri@hhlaw.com, pvnl@capdale.com, rifft@wileyrein.com, arosenberg@paulweiss.com, drosenbloom@mwe.com, wrussell@stblaw.com, jsakalo@bilzin.com, wshelley@cozen.com, mark.shelnitz@grace.com, sshimshak@paulweiss.com, rjsidman@vorys.com, swspencer@fmew.com, stearn@rlf.com, lstover@eckertseamans.com, ttacconelli@ferryjoseph.com, toolee@pepperlaw.com, david.turetsky@skadden.com, mwallace@orrick.com, jwaxman@cozen.com, jwisler@cblh.com, rwyron@orrick.com, arich@alanrichlaw.com, dspeights@speightsrunyan.com, ewestbrook@rpwb.com, JOneill@pszjlaw.com, tfreedman@kirkland.com, DJ.Baker@skadden.com, jguy@orrick.com, tschiavoni@omm.com, gsvirsky@omm.com, belais@omm.com, mhurford@camlev.com, rhorkovich@andersonkill.com, |

|  | ramos@rlf.com, john.mcfarland@grace.com, ndf@capdale.com, GSvirsky@OMM.com, jeff.friedman@kattenlaw.com, rguttmar@zeklaw.com, mdavis@zeklaw.com, vguldi@zuckerman.com, mweis@dilworth.com, akelley@dilworthlaw.com, sfreedman@dilworthlaw.com, kmayer@mccarter.com, dsilver@mccarter.com, acordo@mnat.com, rdehney@mnat.com, mforshaw@stblaw.com, ealcabes@stblaw.com, young@wildman.com, decristofaro@fnew.com, yoderj@whiteandwilliams.com, jspadaro@johnsheehanspadaro.com, alexander.mueller@mendes.com, thomas.quinn@mendes.com, eileen.mccabe@mendes.com, carolina.acevedo@mendes.com, mark.shelnitz@grace.com, richard.finke@grace.com |
|---|---|
| cc | David Bernick/Chicago/Kirkland-Ellis@K&E, Theodore Freedman/New York/Kirkland-Ellis@K&E, Deanna Boll/New York/Kirkland-Ellis@K&E, Craig Bruens/New York/Kirkland-Ellis, Lisa Esayian/Chicago/Kirkland-Ellis, Andrew Running/Chicago/Kirkland-Ellis@K&E |
| Subject | Proposed draft Confirmation CMO |

Dear Counsel: As referred to in my e mail yesterday, attached for your review is a draft of a second amended Confirmation CMO for Grace. This draft reflects the push back in many of the dates that we are suggesting as a result of the push back of the Confirmation hearing dates. Please review and provide me your comments. Also we would like to confirm a meet and confer conference call to discuss this draft with you on Monday, January 12, 2009 at 4:30 eastern. ( Not 3 eastern as originally suggested.) The dial in will be 866-309-0490, *3044486*. Thanks Jan



WSComparison_#13772180v8_LEGAL_ - cmo re confirmation second revised-#13772180v10_LEGAL_ - cmo re co.DOC

cmo re confirmation second revised_(13772180_10).DOC

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601