# **<u>Exhibit C</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                        .    Case No.  01-1139 (JKF)
                              .
W.R. GRACE & CO.,             .
et al.,                       .    USX Tower - 54th Floor
                              .    600 Grant Street
                              .    Pittsburgh, PA 15219
            Debtors.          .
                              .    January 14, 2009
. . . . . . . . . . . . . ..       9:13 a.m.


TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:         Kirkland & Ellis, LLP
                         By:  THEODORE FREEDMAN, ESQ.
                              JANET BAER, ESQ.
                         200 East Randolph Drive
                         Chicago, IL  60601

For W.R. Grace:          W.R. Grace & Co.
                         By:  RICHARD C. FINKE, ESQ.
                         7500 Grace Drive
                         Columbia, MD 21044


Audio Operator:          Dayna Kanary

Proceedings recorded by electronic sound recording, transcript
         produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311        Fax No. (609) 587-3599

APPEARANCES (cont'd)

| | |
|---|---|
| For the Debtors: | Pachulski, Stang, Ziehl & Jones<br>By: JAMES O'NEILL, ESQ.<br>919 North Market Street<br>17th Floor<br>Wilmington, DE  19899-8705 |
| For the Asbestos<br>Creditors Committee: | Caplin & Drysdale, Chartered<br>By: PETER LOCKWOOD, ESQ.<br>One Thomas Circle, NW<br>Washington, D.C.  20005<br><br>Campbell & Levine<br>By: MARK T. HURFORD, ESQ.<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19701 |
| For the Property<br>Damage Committee: | Bilzin Sumberg Baena Price &<br>  Axelrod LLP<br>By: JAY SAKALO, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131 |
| For the Future<br>Claimants<br>Representatives: | Orrick, Herrington & Sutcliffe<br>  LLP<br>By: ROGER FRANKEL, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C.  20007 |
| For the<br>Unsecured Creditors'<br>Committee: | Stroock & Stroock & Lavan<br>By: KENNETH PASQUALE, ESQ.<br>180 Maiden Lane<br>New York, NY  10038-4982 |
| For Sealed Air: | Skadden, Arps, Slate, Meagher & Flom,<br>  LLP<br>By: DAVID TURETSKY, ESQ.<br>One Rodney Square<br>Wilmington, DE  19801 |
| For Bank Lender Group: | Landis, Rath & Cobb<br>By: JAMES GREEN, ESQ.<br>919 Market Street<br>Wilmington, DE 19801 |

3

APPEARANCES (cont'd)

| | |
|---|---|
| For Libby Claimants: | Cohn Whitesell & Goldberg, LLP<br>By: DANIEL COHN, ESQ.<br>101 Arch Street<br>Boston, MA 02110 |
| For the Ad Hoc Committee of Equity Sec. Holders: | Dewey & LeBoeuf, LLP<br>By: JENNIFER WHITENER, ESQ.<br>125 West 55th Street<br>New York, NY 10019 |
| For Maryland Casualty/ Zurich: | Connolly Bove Lodge & Hutz, LLP<br>By: JEFFREY C. WISLER, ESQ.<br>1007 North Orange Street<br>Wilmington, DE 19899 |
| | Eckert, Seamans, Cherin & Mellott, LLC<br>By: EDWARD J. LONGOSZ, ESQ.<br>1747 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| For PD FCR: | The Law Office of Alan B. Rich<br>By: ALAN B. RICH, ESQ.<br>1201 Main Street<br>Dallas, TX 75202 |
| For Various Law Firms: Firms: | Stutzman, Bromberg, Esserman & Plifka<br>By: DAVID KLINGLER, ESQ.<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 |
| For MMWR Firm: | Montgomery, McCracken, Walker & Rhoads LLP<br>By: NATALIE D. RAMSEY, ESQ.<br>300 Delaware Avenue, Ste. 750<br>Wilmington, DE 19801 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For David T. Austern: | Orrick, Herrington & Sutcliffe, LLP<br>By: RICHARD H. WYRON, ESQ.<br>     JONATHAN, GUY, ESQ.<br>     DEBRA FELDER, ESQ. |
| | Phillips, Goldman & Spence, P.A.<br>By: JOHN C. PHILLIPS, ESQ.<br>1200 North Broom Street<br>Wilmington, DE 19806 |

**J&J COURT TRANSCRIBERS, INC.**

4

```
TELEPHONIC APPEARANCES: (cont'd)

For David T. Austern:      Tre Angelli, LLC
                           By:  JOSEPH RADECKI, ESQ.

                           Piper Jaffray & Co.
                           By:  JASON SOLGANICK

For the State of           Hahn & Hessen
California:                By:  CHRISTINA J. KANG, ESQ.
                           488 Madison Avenue
                           New York, NY  10022

For Federal Insurance      Cozen & O'Connor
                           By:  JACOB C. COHN, ESQ.
                           1900 Market Street
                           Philadelphia, PA  19107

For Libby Claimants:       Cohn Whitesell & Goldberg, LLP
                           By:  CHRISTOPHER M. CANDON, ESQ.
                           101 Arch Street
                           Boston, MA  02110

                           Landis, Rath & Cobb
                           By:  KERRI K. MUMFORD, ESQ.
                           919 Market Street
                           Wilmington, DE  19801

For W.R. Grace:            W.R. Grace & Co.
                           By:  WILLIAM SPARKS, ESQ.

                           Kirkland & Ellis, LLP
                           By:  RASHAD W. EVANS, ESQ.
                                MARK LEWINSTEIN, ESQ.
                                DAVID M. BERNICK, ESQ.
                                DEANNA BOLL, ESQ.
                                CHRISTOPHER GRECO, ESQ.
                                BARBARA HARDING, ESQ.
                                CRAIG BRUENS, ESQ.
                                LISA ESAYIAN, ESQ.
                           200 East Randolph Drive
                           Chicago, IL  60601

For the Asbestos           Ferry Joseph & Pearce, P.A.
Creditors Committee:       By:  THEODORE TACCONELLI, ESQ.
                           824 Market Street, Suite 19899
                           Wilmington, DE  19899
```

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES: (cont'd):

| | |
|---|---|
| For the Asbestos Creditors Committee: | Caplin & Drysdale, Chartered<br>By: NATHAN FINCH, ESQ.<br>One Thomas Circle, NW<br>Washington, D.C.  20005 |
| For Babson Capital Management | Babson Capital Management, Inc.<br>By: MARTI MURRAY |
| For Federal Insurance Company: | Cozen O'Connor<br>By: JEFFREY WAXMAN, ESQ.<br>1201 North Market Street<br>Wilmington, DE  19801 |
| For Vinson & Elkins: | Vinson & Elkins, LLP<br>By: ARI BERMAN, ESQ.<br>666 Fifth Avenue, 26th Floor<br>New York, NY  10123 |
| For Allstate Insurance: | Cuyler Burk, LLP<br>By: ANDREW CRAIG, ESQ.<br>4 Century Drive<br>Parsippany, NJ  07054 |
| For Interested Party Axa Belgium: | Mendes & Mount<br>By: ANNA NEWSOM, ESQ.<br>750 Seventh Avenue<br>New York, NY  10019 |
| For the Property Damage Committee: | Bilzin Sumberg Baena Price & Axelrod LLP<br>By: MATTHEW KRAMER, ESQ.<br>    SCOTT L. BAENA, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131<br><br>Pryor, Cashman, LLP<br>By: RICHARD LEVY, ESQ.<br>410 Park Avenue<br>New York, NY  10022<br><br>Speights & Runyan<br>By: DANIEL SPEIGHTS, ESQ.<br>    ALAN RUNYAN, ESQ.<br>    MARION FAIREY, ESQ.<br>200 Jackson Avenue, East<br>Hampton, SC  29924 |

6

```
TELEPHONIC APPEARANCES:  (cont'd):

For the Asbestos              Brandi Law Firm
Creditors Committee:          By:  TERENCE D. EDWARDS, ESQ.
                                   THOMAS A. BRANDI, ESQ.
                              354 Pine Street, 3rd Floor
                              San Francisco, CA  94104

                              Dies & Hile LLP
                              By:  MARTIN DIES, ESQ.
                              1601 Rio Grande, Suite 330
                              Austin, TX  78701

                              Lieff, Cabraser, Heimann & Bernstein
                              By:  ELIZABETH J. CABRASER, ESQ.
                              275 Battery Street, Suite 3000
                              San Francisco, CA  94111

                              Richardson Patrick Westbrook &
                                Brickman, P.C.
                              By:  EDWARD J. WESTBROOK, ESQ.
                              1037 Chuck Dawley Blvd., Bldg. A
                              Mount Pleasant, SC  29464

                              LECG
                              By:  ELIZABETH DEVINE, ESQ.

                              Scott Law Group
                              By:  DARRELL SCOTT, ESQ.
                              1001 East Main Street, Suite 500
                              Sevierville, TN  37864

For the Unsecured             Stroock & Stroock & Lavan
Creditors' Committee:         By:  ARLENE KRIEGER, ESQ.
                              180 Maiden Lane
                              New York, NY  10038-4982

                              Duane Morris LLP
                              By:  MICHAEL LASTOWSKI, ESQ.
                              1100 North Market Street, Ste 1200
                              Wilmington, DE  19801-1246

For Fireman's Fund:           Stevens & Lee, P.C.
                              By:  JOHN DEMMY, ESQ.
                              1105 North Market Street, 7th Fl.
                              Wilmington, DE  19801

For CNA:                      Goodwin Procter, LLP
                              By:  DANIEL GLOSBAND, ESQ.
                                   BRIAN MUKHARJEE, ESQ.
                              Exchange Place
                              Boston, MA  02109-2881
```

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES: (cont'd):

| | |
|---|---|
| For Official Committee of Asbestos Personal Injury Claimants: | Anderson Kill & Olick<br>By: ROBERT M. HORKOVICH, ESQ.<br>1251 Avenue of the Americas<br>New York, NY 10020-1186<br><br>Motley Rice, LLC<br>By: JOSEPH RICE, ESQ.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br><br>Caplin & Drysdale<br>By: WALTER SLOCOMBE, ESQ.<br>    JEFFREY A. LIESEMER, ESQ.<br>One Thomas Circle, NW<br>Washington, D.C. 20005 |
| For Ford, Marrin, Esposito, Witmeyer & Gleser: | Ford, Marrin, Esposito, Witmeyer & Gleser<br>By: SHAYNE SPENCER, ESQ.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875 |
| For Scott Company: | Vorys, Sater, Seymour & Pease, LLP<br>By: TIFFANY COBB, ESQ.<br>52 East Gay Street<br>Columbus, OH 43216 |
| For ZAI Claimants: | Sullivan, Hazeltime, Allinson, LLC.<br>By: WILLIAM SULLIVAN, ESQ.<br>4 East Eighth Street, Suite 400<br>Wilmington, DE 19801 |
| For Thomas Deene: | Cooney & Conway<br>KATHY BYRNE, ESQ.<br>120 N. LaSalle Street, Suite 3000<br>Chicago, IL 60602 |
| For Travelers Indemnity: | Simpson, Thacher & Bartlett<br>By: ELISA ALCABES, ESQ.<br>425 Lexington Avenue<br>New York, NY 10017 |
| For Various Claimant Firms: | Stutzman, Bromberg, Esserman & Plifka<br>By: DAVID J. PARSONS, ESQ.<br>    SANDY L. ESSERMAN, ESQ.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 |

8

TELEPHONIC APPEARANCES: (cont'd):

| | |
|---|---|
| For National Union Fire Insurance Co.: | Zeichner Ellman & Krause, LLP<br>By: ROBERT GUTTMANN, ESQ.<br>      MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY  10022 |
| For Bank Debit Holders: | Landis, Rath & Cobb<br>By: RICHARD S. COBB, ESQ.<br>919 Market Street<br>Wilmington, DE  19801<br><br>Paul Weiss Rifkind Wharton & Garrison<br>By: REBECCA ZUBATY, ESQ.<br>      MARGARET PHILLIPS, ESQ.<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| For BNSF Railway Co. | Pepper, Hamilton, LLP<br>By: LINDA J. CASEY, ESQ.<br>3000 Two Logan Square<br>Eighth and Arch Streets<br>Philadelphia, PA  19103 |
| For One Beacon America Insurance: | Drinker, Biddle & Reath<br>By: MICHAEL F. BROWN, ESQ.<br>      JEFFREY BOERGER, ESQ.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103 |
| For Official Committee of Equity Holders: | Kramer Levin Naftalis & Frankel LLP<br>By: DOUGLAS H. MANNAL, ESQ.<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| For Hartford Financial Service Group: | Wilmer Cutler Pckering Hale & Dorr<br>By: MELANIE DRITZ, ESQ.<br>399 Park Avenue<br>New York, NY  10022 |
| For Oliver Butt: | JP Morgan Chase & Co.<br>By: OLIVER BUTT |
| For Interested Party London Market Company: | Mendes & Mount<br>By: ALEX MUELLER, ESQ.<br>750 Seventh Avenue<br>New York, NY  10019 |

9

TELEPHONIC APPEARANCES: (cont'd):

| | |
|---|---|
| For Arrowwood Indemnity: | Bifferato Gentilotti Biden & Balick<br>By: GARVAN McDANIEL, ESQ.<br>800 N. King Street<br>Wilmington, DE 19899 |
| For the U.S. on behalf<br>Of The Forest Services: | U.S. Department of Justice - Civil<br>By: BETH COOK, ESQ. |
| For Her Majesty the<br>Queen in Right of<br>Canada: | Office of the Attorney General<br>By: JACQUELINE DAIS-BISCA, ESQ.<br><br>Womble Carlyle Sandridge & Rice<br>By: KEVIN J. MANGAN, ESQ.<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| For D. E. Shaw: | D. E. Shaw<br>By: BRANDON BAER, ESQ. |
| For Bank of America: | Richards Layton & Finger, PA<br>By: MARCOS RAMOS, ESQ.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899 |
| For Dow Jones News<br>Wires: | Dow Jones News Wire<br>By: PEG BRICKLEY, ESQ. |
| For Cetus Capital: | Cetus Capital<br>By: GENTRY KLEIN, ESQ. |
| For JD Capital: | JD Capital<br>By: RYAN DUFFY, ESQ. |
| For Royal Insurance: | Wilson Elser Moskowitz Edelman<br>  & Dicker, LLP<br>By: CARL PERNICONE, ESQ.<br>150 East 42nd Street<br>New York, NY 10019 |
| For Burlington<br>Northern & Sante Fe<br>Railroads: | Burns, White & Hickton<br>By: LINDSEY HOELZLE, ESQ. |
| For DebtWire | DebtWire<br>By: SETH BRUMBY, ESQ. |

**J&J COURT TRANSCRIBERS, INC.**

                                                                    10

1              THE COURT:  Good morning.  Please be seated.  This is
2    the matter of W.R. Grace, Bankruptcy Number 01-1139.  This is
3    the continued time set for the disclosure statement hearing.
4    The list of participants I have by phone Richard Wyron,
5    Christina Kang, Jacob Cohn, William Sparks, Rashad Evans,
6    Theodore Tacconelli, Mark Lewinstein, Marti Murray, Jeff
7    Waxman, Anna Newsom, David Bernick, Jennifer Whitener, Ari
8    Berman, Andrew Craig, Janet Baer, Peter Lockwood, Nathan Finch,
9    Michael Lastowski, Daniel Speights, John Demmy, Deanna Boll,
10   Elizabeth Cabraser, Melanie Dritz, Oliver Butt, Richard Levy,
11   Matthew Kramer, Marion Fairey, Shayne Spencer, David Parsons,
12   Theodore Freedman, Robert Horkovich, Kathy Byrne, Alan Runyan,
13   Terence Edwards, Elisa Alcabes, Sandy Esserman, John Phillips,
14   Michael Davis, Christopher Greco, Barbara Harding, Joseph
15   Radecki, Jason Solganick, Daniel Hogan, Jonathan Guy, Daniel
16   Glosband, Richard Cobb, Linda Casey, Michael Brown, Garvan
17   McDaniel, Lisa Esayian, Beth Cook, Mark Hurford, Arlene
18   Krieger, James O'Neill, James Green, Alex Mueller, Jeffrey
19   Boerger, Scott Baena, Tiffany Cobb, Jacqueline Dais-Visca,
20   Edward Westbrook, Douglas Mannal, Rebecca Zubaty, Brandon
21   Baer, Elizabeth Devine, Marcos Ramos, Peg Brickley, Gentry
22   Klein, Darrell Scott, Ryan Duffy, Christopher Candon, Robert
23   Guttmann, Joseph Rice, Debra Felder, Brian Mukherjee, Kerri
24   Mumford, Carl Pernicone, Craig Burens, Walter Slocombe,
25   Margaret Phillips, Thomas Brandi, Jay Sakalo, Lindsey Hoelzle,


                    J&J COURT TRANSCRIBERS, INC.

11

1  William Sullivan, Jeffrey Liesemer, David Klingler, Seth
2  Brumby, Martin Dies, Kevin Mangan, and Natalie Ramsey.  I'll
3  take entries in court.  Good morning.
4           MR. FREEDMAN:  Good morning, Your Honor, Theodore
5  Freedman for the Debtors.
6           MS. BAER:  Good morning, Your Honor, Janet Baer on
7  behalf of the Debtors.
8           MR. O'NEILL:  Good morning, Your Honor, James O'Neill
9  on behalf of the Debtors.
10          MR. LOCKWOOD:  Good morning, Your Honor, Peter
11 Lockwood on behalf of the ACC.
12          MR. FRANKEL:  Good morning, Your Honor, Roger Frankel
13 on behalf of the Personal Injury FCR.
14          MR. RICH:  Good morning, Your Honor, Alan Rich on
15 behalf of the Property Damage FCI.
16          MR. SAKALO:  Good morning, Your Honor, Jay Sakalo on
17 behalf of the Property Damage Committee.
18          MR. PASQUALE:  Good morning, Your Honor, Ken
19 Pasquale, Strook, Strook & Lavan for the Unsecured Creditors'
20 Committee.
21          MR. HURFORD:  Good morning, Your Honor, Mark Hurford,
22 Campbell & Levine for the ACC.
23          MS. RAMSEY:  Good morning, Your Honor, Natalie Ramsey
24 on behalf of certain plaintiffs' law firms known here as the
25 MMWR Firms.

**J&J COURT TRANSCRIBERS, INC.**