# **<u>Exhibit E</u>**

```
              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF DELAWARE


IN RE:                          )   Case No. 01-01139(JKF)
                                )   (Jointly Administered)
W.R. GRACE & CO., et al.,       )
                                )   Multipurpose Room
                                )   824 Market Street
              Debtors.          )   Wilmington, Delaware 19801
                                )
                                )
                                )   January 26, 2009
                                )   10:39 A.M.
```

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

David Parsons, Peg Brickley, Roger Frankel, Jeffrey Boerger, Richard Cobb, Katharine Mayer, John Baden, Jacob Cohn, Darrell Scott, Natalie Ramsey, Ari Berman, Sandy Esserman, Daniel Cohn, David Klingler, Tiffany Cobb, John Phillips, Douglas Mannal, Margaret Phillips, Rebecca Zubaty, Robert Guttmann, Peter Lockwood, Walter Slocombe, Carl Pernicone, Christopher Candon, Marc Lewinstein, Samuel Rubin, Christopher Greco, Brian Bresnahan, Robert M. Horkovich, David Turetsky, Andrew Craig, Linda Casey, Scott Baena, Douglas Cameron, John Demmy, Alan Runyan, Mark Hurford, David Siegel, Paul Norris, Richard Wyron, Michael Brown, Shayne Spencer, Jay Sakalo, Dale Cockrell, Theodore Freedman, Kerri Mumford, Anna Newsom, Theodore Tacconelli, David Klauder, Melani Dritz, Jeffrey Liesemer, Lisa Esayian, Jonathan Guy, Elizabeth Cabraser, Brian Mukherjee, David Bernick, Francis Monaco, Debra Felder, Jason Sloganick, Ira Levee, Daniel Hogan, Joseph Radecki, Jeff Waxman, Marcos Ramos, Richard Levy, Peter Shawn, James O'Neill, Terence Edwards, Deanna Boll, Michael Davis, Marti Murray, Robert Givone, Daniel Glosband, Jeffrey Wisler, Christina Kang, Edward Longosz, Laura Stover, Alan Rich, Matthew Kramer, James Restivo, Michael Lastowski, Arlene Krieger, Nathan Finch, Jennifer Whitener, William Sparks, Janet Baer, Martin Dies, Edward Westbrook, Craig Bruens, Elizabeth Devine, Thomas Brandi, Marion Fairey and Daniel Speights

ECRO:                    Theresa Pullan

TRANSCRIPTION SERVICE:   TRANSCRIPTS PLUS
                         435 Riverview Circle
                         New Hope, Pennsylvania 18938
                         Telephone:  215-862-1115
                         Facsimile: 215-862-6639
                         e-mail CourtTranscripts@aol.com

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

3

```
 1        THE COURT:  Good morning, everyone.  This is the
 2   matter of W.R. Grace, Bankruptcy Number 01-11139.  This hearing
 3   is entirely taking place by phone.  There is no -- no attorneys
 4   are present in the courtroom.  The list I have participating by
 5   phone is:  David Parsons, Peg Brickley, Roger Frankel, Jeffrey
 6   Boerger, Richard Cobb, Katharine Mayer, John Baden, Jacob Cohn,
 7   Darrell Scott, Natalie Ramsey, Ari Berman, Sandy Esserman,
 8   Daniel Cohn, David Klingler, Tiffany Cobb, John Phillips,
 9   Douglas Mannal, Margaret Phillips, Rebecca Zubaty, Robert
10   Guttmann, Peter Lockwood, Walter Slocombe, Carl Pernicone,
11   Christopher Candon, Marc Lewinstein, Samuel Rubin, Christopher
12   Greco, Brian Bresnahan, Robert M. Horkovich, David Turetsky,
13   Andrew Craig, Linda Casey, Scott Baena, Douglas Cameron, John
14   Demmy, Alan Runyan, Mark Hurford, David Siegel, Paul Norris,
15   Richard Wyron, Michael Brown, Shayne Spencer, Jay Sakalo, Dale
16   Cockrell, Theodore Freedman, Kerri Mumford, Anna Newsom,
17   Theodore Tacconelli, David Klauder, Melani Dritz, Jeffrey
18   Liesemer, Lisa Esayian, Jonathan Guy, Elizabeth Cabraser, Brian
19   Mukherjee, David Bernick, Francis Monaco, Debra Felder, Jason
20   Sloganick, Ira Levee, Daniel Hogan, Joseph Radecki, Jeff
21   Waxman, Marcos Ramos, Richard Levy, Peter Shawn, James O'Neill,
22   Terence Edwards, Deanna Boll, Michael Davis, Marti Murray,
23   Robert Givone, Daniel Glosband, Jeffrey Wisler, Christina Kang,
24   Edward Longosz, Laura Stover, Alan Rich, Matthew Kramer, James
25   Restivo, Michael Lastowski, Arlene Krieger, Nathan Finch,
```

```
 1  Jennifer Whitener, William Sparks, Janet Baer, Martin Dies,
 2  Edward Westbrook, Craig Bruens, Elizabeth Devine, Thomas
 3  Brandi, Marion Fairey and Daniel Speights.
 4          Ms. Baer?
 5          MS. BAER:  Yes, Your Honor.
 6          THE COURT:  Are you going to lead through the agenda?
 7          MS. BAER:  I am, indeed, Your Honor.  First of all,
 8  thank you so much for permitting us to do this by telephone.
 9  It saves everybody a lot of time, and thus the estates a lot of
10  money.  So, we greatly appreciate your cooperation in that.
11          Your Honor, on the agenda today, Agenda Items Number
12  1 and 2 are omnibus objections and the like.  We're still
13  working through those matters, and ask that that -- those
14  matters just be continued to the next omnibus hearing on
15  February 23rd.
16          THE COURT:  That's fine.
17          MS. BAER:  And, Your Honor, I believe Delaware
18  counsel will bring you orders to sign continuing those matters.
19          THE COURT:  All right.
20          MS. BAER:  Your Honor, Matter Number 3 on the agenda
21  was the uncontested matter with respect to the nunc pro tunc
22  approval of R. Carl Sill as local counsel for Judge Sanders,
23  the PD FCR.
24          Your Honor, you signed an order on that one actually.
25  However, my client pointed out this morning that the order that
```