**CERTIFICATE OF SERVICE**

      I, DEBORAH SPICUZZA, do hereby certify that I am over the age of 18, and that on this 20th day of February, 2009, I caused copies of the Notice of Service of Debtors, Official Committee of Asbestos Personal Injury Claimants, Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders' Joint Response to Owens-Illinois, Inc.'s First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents, to be served by first class mail, postage prepaid, on the parties listed on the attached Service List.

      /S/ DEBORAH SPICUZZA
Deborah Spicuzza
Orrick, Herrington & Sutcliffe LLP