## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                           |   |                         |
|---------------------------|---|-------------------------|
| In re:                    | ) | Chapter 11              |
|                           | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered)  |
|                           | ) |                         |
| Debtors.                  | ) | **Related D.I. No.: 20379** |

## RESPONSE OF ZURICH INSURANCE COMPANY, ZURICH INTERNATIONAL (BERMUDA) LTD., AND MARYLAND CASUALTY COMPANY TO THE PLAN PROPONENTS' DESIGNATION OF CONFIRMATION ISSUES

Zurich Insurance Company, Zurich International (Bermuda) Ltd. (jointly "Zurich"), and Maryland Casualty Company ("MCC"), by and through their undersigned counsel, hereby respond to the *Plan Proponents' Designation of Confirmation Issues* [D.I. No. 20379] ("Plan Proponents' Designation") as follows:

Zurich and MCC have no objection to the Plan Proponents' Designation of issues for Phase I and Phase II of the confirmation, **as modified by** paragraph 2 of the *Second Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization* [D.I. 20622].

Dated: February 20, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:
Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC  20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Attorneys for Zurich Insurance Company,
Zurich International (Bermuda) Ltd. and
Maryland Casualty Company

#663653

2