## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:   , | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on February 20, 2009, I did cause to be served copies of the foregoing **ANDERSON MEMORIAL HOSPITAL'S OBJECTIONS TO DEBTORS' DISCLOSURE STATEMENT FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION** on the parties listed and in the manner indicated on the attached service list.

DATED:  February 20, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

090220140032.DOC

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*Fax:    (302) 652-4400*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Lisa Esayian, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
*Fax:    (312) 861-2200*

Theodore L. Freedman, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022
*Fax:    (323) 446-4900*

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
*Fax:    (412) 288-3063*

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397
*Fax:    (302) 552-4220*

Marla R. Eskin, Esquire
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE  19801
*Fax:    (302) 426-9947*

Michael R. Lastowski, Esquire
DUANE MORRIS & HECKSCHER LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
*Fax:    (302) 657-4901*

David M. Klauder, III, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801
*Fax:    (302) 573-6497*

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982
*Fax:    (212) 806-6006*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Fax:    (212) 644-6755*

Thomas M. Mayer, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
*Fax:    (212) 715-8000*

Roger Frankel, Esquire '
Richard H. Wyron, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
*Fax:    (202) 339-8500*

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 No. Broom Street
Wilmington, DE 19806
*Fax:    (302) 655-4210*

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami FL 33131
*Fax:    (305) 374-7593*

Michael B. Joseph, Esquire
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899-1351
*Fax:    (302) 575-1714*

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899-0068
*Fax:    (302) 888-0606*

Alan B. Rich, Esquire
LAW OFFICE OF ALAN B. RICH
1201 Main Street, Suite 1910
LB 201
Dallas, TX  75202
*Fax:    (214) 749-0325*

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC  20005
*Fax:    (202) 429-3301*


**VIA FIRST CLASS MAIL**

David B. Siegel
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD  21044