## **CERTIFICATE OF SERVICE**

I, Leigh-Anne M. Raport, hereby certify that on the 20th day of February, 2009, I caused the foregoing **Limited Objection of Unifirst Corporation to Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization** to be served upon the parties listed on the attached service list by first-class mail, postage prepaid.

      /s/ Leigh-Anne M. Raport
      Leigh-Anne M. Raport

#10595757 v1

Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
**Fax: 212-446-4900**

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
**Fax: 312-861-2200**

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
P.O. Box 8705
Wilmington, DE 19801
**Hand Deliver**

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
**Fax: 412-288-3063**

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
**Fax" 212-806-6006**

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801
**Hand Deliver**

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
**Fax: 305-374-7593**

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, DE 19899
**Hand Deliver**

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500
**Fax: 212-644-6755**

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
**Hand Deliver**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
**Fax: 212-715-8000**

Teresa K. D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
P.O. Box 1397
Wilmington, DE 19801
**Hand Deliver**

Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
**Fax: 202-339-8500**

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
**Hand Deliver**

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Room 2207, Lockbox 35
Wilmington, DE 19801
**Hand Deliver**

Karl Hill, Esq.
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19801
**Hand Deliver**

#10595757 v1

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street
Suite 1910
LB 201
Dallas, TX 75202
**Fax: 214-749-0325**

#10595757 v1