**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | **Jointly Administered** |
| Debtors. | ) | Hearing Date: March 9-10, 2009 at 9:00 a.m. EST |
| | ) | Objection Deadline: February 20, 2009 at 4:00 p.m. EST |
| | ) | |

**CERTIFICATE OF SERVICE OF COUNSEL**

I HEREBY CERTIFY that on the 20th day of February 2009, true and correct copies of the Objections of the United States of America to Debtors' First Amended Disclosure Statement were served electronically via the court's electronic case filing ("ECF") system on the parties specified as having been served on the attached list via the ECF system. I also certify that the other parties, who have not registered for service via the ECF system, but whose addresses appear on the attached list were served via first class mail postage prepaid.

February 20, 2009

**MICHAEL F. HERTZ**
Acting Assistant Attorney General

**DAVID C. WEISS**
Acting United States Attorney

**ELLEN W. SLIGHTS**
Assistant United States Attorney

 /s/ Seth B. Shapiro
**J. CHRISTOPHER KOHN**
**TRACY J. WHITAKER**
**SETH B. SHAPIRO**
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel:  (202) 514-7164
Fax: (202) 307-0494

**Attorneys for the United States of America, Through the United States Department of Justice**