**File an answer to a motion:**

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Assets: y | | Judge: JKF |
| Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s) | | |

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Seth B. Shapiro entered on 2/20/2009 at 2:49 PM EST and filed on 2/20/2009
**Case Name:**       W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**       01-01139-JKF
**Document Number:**    20786

**Docket Text:**
Objection *of the United States of America to Debtors' First Amended Disclosure Statement* (related document(s)[20667]) Filed by United States of America (Shapiro, Seth)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**k:\My Documents\Seth Shapiro 2009\WR Grace\Obj to Debtors' 1st Amended Disclosure Statement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/20/2009] [FileNumber=6979869-0]
[46e7a6c91dc29d35b5b1ee8d4bbdc85f193d8dafdf453417f5303ecdb8bf66af1b51
231f28def74d16d9fbac401cf756b2572752c8391e702a0c6c71fbf5377b]]

**01-01139-JKF Notice will be electronically mailed to:**

Francis J.
fmurphy@msllaw.com

Eric B. Abramson on behalf of Interested Party Asbestos Claimants
eabramson@serlinglaw.com

Peter M. Acton on behalf of Creditor Town of Acton, Massachusetts
pacton@nutter.com

David G. Aelvoet on behalf of Attorney Linebarger Goggan Blair & Sampson, LLP
davida@publicans.com

Jonathan Holmes Alden on behalf of Interested Party Florida Department of Environmnetal Protection
jonathan.alden@dep.state.fl.us, syndie.l.kinsey@dep.state.fl.us

Elihu Ezekiel Allinson, III on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Julie A. Ardoin on behalf of Attorney Julie Ardoin
dlawless@ardoinlawfirm.com

Thomas V. Askounis on behalf of Attorney Askounis & Borst, P.C.
taskounis@askounisdarcy.com

Jonathan David Berger on behalf of Interested Party Asbestos Claimants
jdberger@bm.net

Scott R. Bickford on behalf of Plaintiff Asbestos Plaintiffs (Claimants)
usbc@mbfirm.com

Ian Connor Bifferato on behalf of Creditor Royal Insurance Company
cbifferato@bglawde.com, jrandolph@bglawde.com

Mark S. Bostick on behalf of Attorney The Wartnick Law Firm
mbostick@wendel.com

William Pierce Bowden on behalf of Creditor Macerich Fresno Limited Partnership
wbowden@ashby-geddes.com

Kay Diebel Brock on behalf of Creditor Texas Comptroller Of Public Accounts
bk-kbrock@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Charles J. Brown on behalf of Appellant Mechanic's Lien Claimants
cbrown@archerlaw.com

Charles J. Brown on behalf of Attorney Elzufon Austin Reardon Tarlov & Mondell, P.A.
cbrown@harvpenn.com

Cathy Jo Burdette on behalf of Interested Party Department of Justice
cathy.burdette@usdoj.gov

Noel C. Burnham on behalf of Attorney HANLEY & HARLEY, LLP
burnhamlaw1@verizon.net

Daniel B. Butz on behalf of Creditor Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc.
dbutz@mnat.com, aconway@mnat.com

Kathy Byrne on behalf of Interested Party Cooney & Conway
kbyrne@cooneyconway.com

LINDSEY W. COOPER on behalf of Creditor United States of America
lindsey.w.cooper@usdoj.gov

Timothy P. Cairns on behalf of Appellant W.R. Grace & Co., et al.
tcairns@pszjlaw.com

Timothy P. Cairns on behalf of Debtor W.R. Grace & Co., et al.
tcairns@pszjlaw.com

Barbara Lee Caldwell on behalf of Interested Party Maricopa County, AZ
blc@hs-law.com

David W. Carickhoff on behalf of Attorney KIRKLAND & ELLIS
carickhoff@blankrome.com, senese@blankrome.com

James C. Carignan on behalf of Creditor Longacre Master Fund, Ltd.
carignaj@pepperlaw.com, wlbank@pepperlaw.com, lanoc@pepperlaw.com

Linda Marie Carmichael on behalf of Creditor Central National Insurance Cmpany of Omaha
carmichaell@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Joseph D. Carona, Jr. on behalf of Interested Party Joseph Carona
dcarjr@aol.com

John T. Carroll on behalf of Creditor Federal Insurance Company
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com

Marc Stephen Casarino on behalf of Creditor Century Indemnity Company, et al.
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Annie E. Catmull on behalf of Interested Party Occidental Permian, Ltd.
acatmull@hwallp.com

Mark S. Chehi on behalf of Defendant Sealed Air Corporation
debank@skadden.com;merrick.friel@skadden.com;christopher.heaney@skadden.com;;andrew.thau@skadden.com;larry.morton@skadden.com;mirjana.mirkovic(

Mark S. Chehi on behalf of Interested Party Sealed Air Corporation
mchehi@skadden.com, debank@skadden.com

William E. Chipman on behalf of Debtor W.R. GRACE & CO.
chipman@lrclaw.com, dero@lrclaw.com

Tiffany Strelow Cobb on behalf of Creditor The Scotts Company LLC, Successor by Merger to The Scotts Company, and Certain of Its Affiliates
tscobb@vorys.com, cdfricke@vorys.com

Richard Scott Cobb on behalf of Interested Party PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan
cobb@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com

Lisa L. Coggins on behalf of Attorney Bilzin Sumberg Baena Price & Axelrod LLP
lcoggins@ferryjoseph.com

Elaine Z. Cole on behalf of Creditor New York State Department of Taxation and Finance
elaine_cole@tax.state.ny.us

Bernard George Conaway on behalf of Creditor The Lanier Law Firm Asbestos Claimants
bconaway@foxrothschild.com, bconaway@foxrothschild.com

Russell L. Cook on behalf of Interested Party Asbestos Claimants
sburns@fhl-law.com

L. Jason Cornell on behalf of Creditor BMW Constructors, Inc.,
jcornell@frof.com, dkemp@foxrothschild.com;vfrew@foxrothschild.com

Scott D. Cousins on behalf of Interested Party ExxonMobile
bankruptcydel@gtlaw.com

Richard H. Cross on behalf of Interested Party DII Industries, LLC Asbestos PI Trust
rcross@crosslaw.com, nmcclendon@crosslaw.com

Teresa K.D. Currier on behalf of Attorney Official Committee of Equity Security Holders
currier@klettrooney.com, tercurrier@aol.com

Tobey M. Daluz on behalf of Interested Party Summit Ventures, LLC
daluzt@ballardspahr.com

Kathleen Campbell Davis on behalf of Attorney Anderson, Kill, & Olick, P.C.
kdavis@camlev.com

Steven T. Davis on behalf of Creditor Enova Corporation
delbkr@obermayer.com

Michael S. Davis on behalf of Defendant National Union Fire Insurance Company of Pittsburgh, PA
mdavis@zeklaw.com, jvanroy@zeklaw.com;rguttmann@zeklaw.com

John D. Demmy on behalf of Creditor Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta
jdd@stevenslee.com

Kristi J. Doughty on behalf of Creditor Toyota Motor Credit Corporation
bk.service@aulgur.com

Timothy P Dowling on behalf of Interested Party Corpus Christi Gasket & Fastener, Inc.
tpdowling@gthm.com

Michael J. Doyle on behalf of Creditor First Lliberty Bank
mdoyle@bkdpblaw.com, carolyn@bkdpblaw.com

Stuart B. Drowos on behalf of Creditor Delaware Division of Revenue
stuart.drowos@state.de.us

Christopher P. Duffy on behalf of Interested Party Coady Law Firm
duffy@coadylaw.com

Natalie F. Duncan on behalf of Attorney Baron & Budd, P.C.
nduncan@baronbudd.com

Jena LeBlanc Duncan on behalf of Interested Party LeBlanc & Waddell, LLC
jduncan@leblancwaddell.com

Derrick A. Dyer on behalf of Interested Party Ronald Thornburg
dyerda@dilworthlaw.com

Erin Edwards on behalf of Interested Party Celotex Asbestos Settlement Trust
bankfilings@ycst.com

Robert L. Eisenbach on behalf of Interested Party Oracle USA fka Siebel Systems, Inc.
reisenbach@cooley.com

Jerel L. Ellington on behalf of Creditor United States of America
jerry.l.ellington@usdoj.gov, james.bezio@usdoj.gov

Landon Ellis on behalf of Interested Party Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special
ellis@lrclaw.com

Michael Seth Etkin on behalf of Defendant Keri Evans
metkin@lowenstein.com

Brett Fallon on behalf of Creditor Caterpillar Financial Services Corporation
bfallon@morrisjames.com, wweller@morrisjames.com

Sherry Ruggiero Fallon on behalf of Defendant Home Saving Termite Control
sfallon@trplaw.com

Bonnie Glantz Fatell on behalf of Defendant R.J. Reynolds Tobacco Company
fatell@blankrome.com, senese@blankrome.com

Oscar Baldwin Fears on behalf of Interested Party Georgia Department of Revenue
bfears@law.ga.gov, 02bf@law.ga.gov

David L. Finger on behalf of Creditor Roberta Prete
dfinger@delawgroup.com

John V. Fiorella on behalf of Creditor NL Industries, Inc.
jfiorella@archerlaw.com

David Earl Flowers on behalf of Interested Party State of Minnesota
david.flowers@state.mn.us

David M. Fournier on behalf of Creditor UniFirst Corporation
fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

Stephanie Ann Fox on behalf of Creditor Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al.
sfox@klehr.com, mruddy@klehr.com

Joseph D. Frank on behalf of Attorney Campbell, Cherry, Harrison, Davis & Dove, P.C.
jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com

Scott J. Freedman on behalf of Creditor Dow Chemical Company
Sfreedman@dilworthlaw.com

James Donald Freeman on behalf of Creditor United States of America
james.freeman2@usdoj.gov, corrine.lill@usdoj.gov;kelsey.mitchell-wynne@usdoj.gov

Jeff J. Friedman on behalf of Interested Party Katten Muchin Zavis Rosenman
JJFriedman@kmzr.com

Charles E. Gibson on behalf of Attorney Gibson Law Firm
charles@cegibsonlawfirm.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Robert Gold on behalf of Creditor Portia Partners, LLC
rginvestgrp@aol.com

William M. Graham on behalf of Attorney Wallace & Graham, P.A.
bgraham@wallacegraham.com

George C. Greatrex, Jr. on behalf of Interested Party Asbestos Claimants
ggreatrex@ssglawfirm.com

James S. Green, Jr. on behalf of Interested Party Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special
green@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com

Joseph Grey on behalf of Creditor American Real Estate Holdings, Limited Partnership
jg@stevenslee.com

Virginia Whitehill Guldi on behalf of Interested Party Lloyd's Underwriters
vguldi@zuckerman.com

Kurt F. Gwynne on behalf of Creditor Reed Smith LLP
kgwynne@reedsmith.com, llankford@reedsmith.com

Michael J Hanners on behalf of Attorney Baron & Budd, P.C.
MikeH@SPLaw.com, LMcPeak@SPLaw.com

Lee Harrington on behalf of Creditor Bank of New York Mellon, in its Capacity As Trustee under Trust Indenture
lharrington@nixonpeabody.com

Daniel J. Healy on behalf of Creditor United States Internal Revenue Service
daniel.j.healy@usdoj.gov, eastern.taxcivil@usdoj.gov

Curtis A. Hehn on behalf of Debtor W.R. Grace & Co., et al.

chehn@pszjlaw.com

Curtis A. Hehn on behalf of Debtor W.R. Grace & Co., et al.
chehn@pszyj.com

Leslie C. Heilman on behalf of Interested Party State of California Department of General Service
heilmanl@ballardspahr.com

Paul D. Henderson on behalf of Interested Party Dies, Dies & Henderson
bking@paulhendersonlaw.com

Paul D. Henderson on behalf of Interested Party Dies, Dies and Henderson
bkhendersonlaw@aol.com

Ann B. Hill on behalf of Creditor Louisiana Department of Environmental Quality
ann.hill@la.gov, susan.ham@la.gov

Daniel K. Hogan on behalf of Attorney Baldwin & Baldwin
dkhogan@dkhogan.com, keharvey@dkhogan.com

Margaret A. Holland on behalf of Creditor New Jersey Director, Division of Taxation
hollamar@law.dol.lps.state.nj.us

Thomas M. Horan on behalf of Creditor Cartus Corporation
thoran@wcsr.com, hsasso@wcsr.com

Brian David Huben on behalf of Creditor Allegheny Center Associates
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com

Peter C. Hughes on behalf of Creditor Angus Chemical Company
phughes@dilworthlaw.com

Mark T Hurford on behalf of Attorney Campbell & Levine, LLC
cl@camlev.com, mth@camlev.com

David R. Hurst on behalf of Defendant Cryovac, Inc.
bankfilings@ycst.com

David R. Hurst on behalf of Defendant Sealed Air Corporation
dhurst@mmwr.com

Carol A. Iancu on behalf of Creditor Massachusetts Department of Environmental Protection
carol.iancu@ago.state.ma.us

Robert Jacobs on behalf of Attorney Jacobs & Crumplar, P.A.
Bob@jcdelaw.com, Stephanie@jcdelaw.com

Laura Davis Jones on behalf of Attorney Pachulski Stang Ziehl & Jones, LLP
ljones@pszyj.com

Laura Davis Jones on behalf of Debtor REMEDIUM GROUP, INC.
ljones@pszjlaw.com, efile1@pszyjw.com

Jonathan A. Karon on behalf of Interested Party Asbestos Claimants
aflanders@pollackandflanders.com

Brian Lucian Kasprzak on behalf of Interested Party Everest Reinsurance Company
bkasprzak@mooclaw.com

Susan E. Kaufman on behalf of Creditor Motley Rice LLC
skaufman@coochtaylor.com

Christopher J. Kayser on behalf of Creditor United States Internal Revenue Service
christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Carmella P. Keener on behalf of Creditor CNA Financial Corporation and Its Subsidiaries
ckeener@rmgglaw.com

William M. Kelleher on behalf of Interested Party Berry & Berry
kelleherw@ballardspahr.com

Anne Marie P. Kelley on behalf of Attorney Dilworth Paxson LLP
akelley@dilworthlaw.com

Timothy James Kern on behalf of Creditor State of Ohio, Ohio Environmental Protection Agency

tkern@ag.state.oh.us

Richard Allen Keuler on behalf of Creditor Reed Smith LLP
rkeuler@reedsmith.com

Cindy Jo Kiblinger on behalf of Creditor Ernest Abbott, et. al.
mshamblin@jfhumphreys.com, rhyde@jfhumphreys.com

Shelley A. Kinsella on behalf of Creditor Federal Insurance Company
skinsella@coochtaylor.com

John I. Kittel on behalf of Interested Party Asbestos Claimants
jkittel@mazur-kittel.com, tfiema@mazur-kittel.com

Barry D Kleban on behalf of Creditor AON Consulting
bkleban@mdmc-law.com

David E. Klein on behalf of Creditor Official Committee of Equity Holders
dklein@kramerlevin.com

Steven K. Kortanek on behalf of Creditor Carol Gerard
skortanek@wcsr.com, pgroff@wcsr.com,;klytle@wcsr.com,;hsasso@wcsr.com

Joseph K. Koury on behalf of Interested Party Royal Indemnity Company
jkk@bgbde.com, jmr@bgbde.com;jjh@bgbde.com

Joseph T. Kremer on behalf of Interested Party Lipsitz Green Scime Cambria LLp
jkremer@lglaw.com, eking@lglaw.com

Laurie A. Krepto on behalf of Attorney KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC
lkrepto@mmwr.com, jperri@mmwr.com;rweiss@mmwr.com

Karen Marie Kronenberg on behalf of Interested Party Asbestos Claimants
kkronenberg@nixlawfirm.com

Carl N. Kunz, III on behalf of Other Prof. Holme Roberts & Owen LLP
ckunz@morrisjames.com, wweller@morrisjames.com

Adam G. Landis on behalf of Interested Party Anchorage Advisors, LLC; Avenue Capital Group; Bass Companies; Caspian Capital Advisors, LLC; Catalyst
Investment Management Co., LLC; Citigroup Special Situations; Intermarket Corp.; JD Capital Manag
landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com

Michael R. Lastowski on behalf of Attorney Duane Morris LLP
mlastowski@duanemorris.com

James M. Lawniczak on behalf of Creditor DAP PRODUCTS INC.
jlawniczak@calfee.com

Kimberly Ellen Connolly Lawson on behalf of Creditor Reed Smith LLP
klawson@reedsmith.com

Nicholas J. LePore on behalf of Attorney Louis Robles
nlepore@schnader.com

Rachel Jeanne Lehr on behalf of Creditor State of New Jersey Department of Environmental Protection
rachel.lehr@law.dol.lps.state.nj.us, rjlehr@aol.com

Ira M. Levee on behalf of Creditor ERISA Plaintiffs
ilevee@lowenstein.com, krosen@lowenstein.com

Bruce D. Levin on behalf of Creditor Spaulding & Slye Construction LP
bdlesq@hotmail.com

Neal J. Levitsky on behalf of Creditor BMW Constructors, Inc.,
nlevitsky@frof.com, jkittinger@foxrothschild.com.com

Richard Levy on behalf of Interested Party Asbestos Property Damage Claimants represented by Dies & Hile, LLP
rlevy@pryorcashman.com

Tom L. Lewis on behalf of Interested Party Montana Silver & Gold, Inc.
stacie@lhs.psemail.com

Joseph Walter Lind on behalf of Other Prof. Sierra Asset Management, LLC
jlind@sierrafunds.com

Christopher Dean Loizides on behalf of Attorney LOIZIDES & ASSOCIATES
ecf.admin@loizides.com

Christopher Dean Loizides on behalf of Creditor 10 Hanover Square Building c/o The Whitkoff Group, NY
ecf.admin@loizides.com

Christopher Dean Loizides on behalf of Creditor 100 Wall Street, NY
ecf.admin@loizides.com

Christopher Dean Loizides on behalf of Creditor 22 Cortland Street Building, NY
ecf.admin@loizides.com

Christopher Dean Loizides on behalf of Creditor A&S Building, NY
ecf.admin@loizides.com

Christopher Dean Loizides on behalf of Creditor American National Bank & Trust, Company f.k.a. Piedmont Trust Bank, VA
ecf.admin@loizides.com

Alwyn H. Luckey on behalf of Interested Party Kirkland & Ellis
kelly@alwynluckey.com

Thomas G. Macauley on behalf of Creditor Certain Underwriters at Lloyds, London and Certain London Market Companies
bankr@zuckerman.com

Thomas G. Macauley on behalf of Creditor Certain Underwriters at Lloyds, London and Certain London Market Companies
bankr@zuckerman.com

Jason M. Madron on behalf of Creditor Bank of America, N.A.
madron@rlf.com, rbgroup@rlf.com

Aileen F. Maguire on behalf of Attorney Campbell & Levine, LLC
cl@del.camlev.com

Kathleen P. Makowski on behalf of Attorney Pachulski Stang Ziehl & Jones, LLP
kmakowski@pszjlaw.com

Mary M. MaloneyHuss on behalf of Creditor General Electric Company
debankruptcy@wolfblock.com, hbooker@wolfblock.com

Kevin J Mangan on behalf of Creditor Honeywell International, Inc.
kmangan@wcsr.com, hsasso@wcsr.com

George J. Marcus on behalf of Creditor Audrey Benford
bankruptcy@mcm-law.com

Thomas Charles Martin on behalf of Creditor Timothy Kane
tmartin@foxrothschild.com

Meredith A. Mayberry on behalf of Attorney F. Gerald Maples, P.A.
fedcourt@geraldmaples.com

Katharine L. Mayer on behalf of Creditor Medical Monitoring Plaintiffs
kmayer@mccarter.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Garvan F. McDaniel on behalf of Interested Party Arrowood Indemnity Company f/k/a Royal Indemnity Company
gmcdaniel@bglawde.com

Scotta Edelen McFarland on behalf of Debtor W.R. Grace & Co. -CONN
smcfarland@pszyj.com, efile1@pszyj.com

Peter B. McGlynn on behalf of Creditor Spaulding & Slye Construction LP
pmcglynn@bg-llp.com

Patricia P. McGonigle on behalf of Interested Party Certain Asbestos Personal Injury Claimants
pmcgonigle@svglaw.com, dclack@svglaw.com

Evelyn J. Meltzer on behalf of Creditor BNSF Railway Company
meltzere@pepperlaw.com, lanoe@pepperlaw.com;wlbank@pepperlaw.com

Rachel B. Mersky on behalf of Creditor Union Tank Car Company
rmersky@monlaw.com

Mark C. Meyer on behalf of Interested Party Goldberg, Persky, & White, P.C.
mmeyer@gpwlaw.com

Kathleen M. Miller on behalf of 3rd Pty Defendant Environmental Litigation Group, P.C.
kmiller@skfdelaware.com, dlm@skfdelaware.com

Rick S. Miller on behalf of Creditor Official Committee of Asbestos Property Damage Claimants
rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com

Maribeth L Minella on behalf of Interested Party Celotex Asbestos Settlement Trust
bankfilings@ycst.com

Chris Momjian on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
crmomjian@attorneygeneral.gov

Francis A. Monaco Jr. on behalf of Attorney Monzack and Monaco, PA
fmonaco@monlaw.com, kdalton@wcsr.com;hsasso@wcsr.com

Edward O. Moody on behalf of Interested Party Edward O. Moody, P.A.
crystalf@sbcglobal.net, jpeachey@sbcglobal.net

Sheryl L. Moreau on behalf of Creditor Missouri Department Of Revenue
deecf@dor.mo.gov

Alexander J. Mueller on behalf of Interested Party Certain London Market Insurance Companies
alexander.mueller@mendes.com

Kerri K Mumford on behalf of Creditor Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al.
mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;dero@lrclaw.com

Stephen G. Murphy on behalf of Creditor Massachusetts Department of Revenue
murphys@dor.state.ma.us

Scott O. Nelson on behalf of Interested Party Maples & Lomax, P.A.
mlscott@cableone.net, dberkley@cableone.net

Quynh L. Nguyen on behalf of Creditor Gloria Munoz
petru@hmnlaw.com, nguyen@hmnlaw.com;sanchez@hmnlaw.com

Richard A O'Halloran on behalf of Interested Party The Burlington Northern and Santa Fe Railway Company
raohalloran@bwhllc.com

James E. O'Neill on behalf of Appellant W.R. Grace & Co., et al.
jo'neill@pszyj.com, efile1@pszyj.com

Melissa M. Olson on behalf of Interested Party Candida Bachiocchi
molson@embryneusner.com

Ricardo Palacio on behalf of 3rd Party Plaintiff National Union Fire Insurance Company of Pittsburgh, PA
rpalacio@ashby-geddes.com

Gary Don Parish on behalf of Plaintiff Asbestos Plaintiffs (Claimants)
gdplaw@sbcglobal.net, parronfirm@sbcglobal.net

Christopher M. Parks on behalf of Interested Party Chris Parks & Associates
cparks@chrisparkslaw.com, gyoungblood@chrisparkslaw.com

Jonathan L. Parshall on behalf of Creditor London Market Insurer
jonp@msllaw.com

Frank J. Perch III
frank.j.perch@usdoj.gov

Joel L. Perrell Jr. on behalf of Creditor Niro, Inc.
jperrell@milesstockbridge.com

John C. Phillips on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
cah@pgslaw.com;scs@pgslaw.com

Marc J. Phillips on behalf of Creditor Maryland Casualty Company
mphillips@cblh.com

Edith Stuart Phillips on behalf of Creditor Texas Commission on Environmental Quality
stuart.phillips@oag.state.tx.us

Robert Woods Phillips on behalf of Interested Party SimmonsCooper, LLC
rphillips@simmonscooper.com

Richard G. Placey on behalf of Attorney KAZAN, McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC
rplacey@mmwr.com, plorenz@mmwr.com;bfabik@mmwr.com

Laurie S. Polleck on behalf of Attorney Prudential Insurance Company of America
lpolleck@jshllp-de.com

Elizabeth D. Power on behalf of Creditor Certain Underwriters at Lloyds, London and Certain London Market Companies
bankr@zuckerman.com

David P. Primack on behalf of Attorney Drinker Biddle & Reath LLP
david.primack@dbr.com, amy.kinslow@dbr.com

Allison E. Reardon on behalf of Creditor Delaware Division of Revenue
bankruptcy@state.de.us

Patrick J. Reilley on behalf of Interested Party Mian Realty, LLC
preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

Sheldon K. Rennie on behalf of Other Prof. Yessenia Rodriguez & Carlos Nieves
bankruptcy@frof.com, srennie@foxrothschild.com;jkittinger@foxrothschild.com

Richard F. Rescho on behalf of Debtor W.R. GRACE & CO.
rrescho2001@yahoo.com

Alan B. Rich on behalf of Attorney Baron & Budd, P.C.
ecfbdel@alanrichlaw.com

Tracy E. Richardson on behalf of Creditor New Jersey Director, Division of Taxation
Tracy.Richardson@dol.lps.state.nj.us

Richard W. Riley on behalf of Creditor Official Committee of Unsecured Creditors
rwriley@duanemorris.com

Lori Gruver Robertson on behalf of Interested Party Ben Bolt-Palito-Blanco ISD, et al.
austin.bankruptcy@publicans.com

Brad Q. Rogers on behalf of Creditor Pension Benefit Guaranty Corporation ("PBGC")
rogers.brad@pbgc.gov, efile@pbgc.gov

Martha E. Romero on behalf of Interested Party County of San Diego California
romero@dslextreme.com

David S. Rosenbloom on behalf of Defendant Fresenius U.S.A., Inc.
drosenbloom@mwe.com

Edward B. Rosenthal on behalf of Interested Party Continental Casualty Company
erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Paul L. Sadler on behalf of Attorney Wellborn Houston, L.L.P.
ag@sadlertx.com

Anthony Sakalarios on behalf of Attorney Anthony Sakalarios
jreeves@morris-sakalarios.com

Kathryn D. Sallie on behalf of Interested Party Ad Hoc Committee of Equity Security Holders
bankserve@bayardlaw.com, ksallie@bayardlaw.com

Brian Salwowski on behalf of Creditor Indiana Department of Revenue
bsalwowski@atg.state.in.us

Cara L. Santosuosso on behalf of Interested Party Labor's Union 310
csantosuosso@rotatori.com

Todd Charles Schiltz on behalf of Creditor General Electric Company
tschiltz@wolfblock.com

Jennifer Lee Scoliard on behalf of Creditor Unofficial Committee
jscoliard@msn.com

Darrell W. Scott on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs
scottgroup@mac.com, ssimatos@mac.com

Sergio I. Scuteri on behalf of Creditor Citicorp Del-Lease, Inc.
sscuteri@capehart.com

Scott Andrew Shail on behalf of Interested Party Hartford Accident and Indemnity Company, et al.
sashail@hhlaw.com

Maurie J. Shalmone on behalf of Creditor Longacre Master Fund, Ltd.
maurie@longacrellc.com

Seth B. Shapiro on behalf of Creditor United States of America
seth.shapiro@usdoj.gov

Andrea Sheehan on behalf of Interested Party Carrollton-Farmers Branch Independent School District
sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Benjamin P. Shein on behalf of Interested Party Asbestos Claimants
bshein@sheinlaw.com

Charles Stein Siegel on behalf of Plaintiff Asbestos Plaintiffs (Claimants)
siegel@waterskraus.com

Christopher Page Simon on behalf of Interested Party DII Industries, LLC Asbestos PI Trust
csimon@crosslaw.com

Christina C. Skubic on behalf of Attorney Brayton Purcell
cskubic@braytonlaw.com

Ellen W. Slights on behalf of Creditor United States/USAO
usade.ecfbankruptcy@usdoj.gov

John S. Spadaro on behalf of Interested Party AXA Belgium as Sucessor to Royale Belge SA
jspadaro@johnsheehanspadaro.com

Rosalie L. Spelman on behalf of Debtor W.R. GRACE & CO.
bankruptcy@potteranderson.com

Thomas Alexander Spratt on behalf of Creditor BNSF Railway Company
sprattt@pepperlaw.com

Robert J. Stearn Jr. on behalf of Creditor The Scotts Company LLC, Successor by Merger to The Scotts Company, and Certain of Its Affiliates
stearn@rlf.com, rbgroup@rlf.com

J. Kate Stickles on behalf of Interested Party Official Committee of Asbestos Personal Injury Claimants
kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com

Barbara H. Stratton on behalf of Creditor CSX Transportation Inc.
districtcourt@barbstratton.com, jmaddock@mcguirewoods.com;jmcintyre@wilsav.com

William David Sullivan on behalf of Attorney Buchanan Ingersoll PC
bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com

Theodore J. Tacconelli on behalf of Attorney Ferry, Joseph & Pearce, P.A.
ttacconelli@ferryjoseph.com

Theodore J. Tacconelli on behalf of Attorney Ferry, Joseph & Pearce, P.A.
ttocconelli@ferryjoseph.com

Theodore J. Tacconelli on behalf of Attorney Ferry, Joseph & Pearce, P.A.
ttacconelli@ferryjoseph.com

William F. Taylor on behalf of Creditor G-I Holdings Inc., Successor-In-Interest to GAF Corporation
bankdel@comcast.net, bankruptcydel@mccarter.com

Jennifer Seitz Taylor on behalf of Interested Party American Legion, Fargo, ND, Al Foss, et al
jtaylor@jshllp-de.com, mrust@jshllp-de.com

Sanjay Thapar on behalf of Interested Party General Electric Capital Corporation
sthapar@phks.com

Rhonda L. Thomas on behalf of Creditor Official Committee of Equity Holders
rlthomas@klettrooney.com, rlthomas@klettrooney.com

Christina Maycen Thompson on behalf of Creditor City of Charleston, South Carolina
cthompson@cblh.com

Judy D. Thompson on behalf of Interested Party PQ CORPORATION
jdthompson@poynerspruill.com

James A Tiemstra on behalf of Creditor H. Jew
jat@tiemlaw.com, sml@tiemlaw.com

Paul W. Turner on behalf of Debtor W.R. Grace & Co., et al.
pturner@carlilelawfirm.com

Renee Doris Veney on behalf of Creditor Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern
bankruptcyemail@elzufon.com

Roxie Huffman Viator on behalf of Interested Party Claimant's
bustersharem@msn.com

Deborah Waldmeir on behalf of Creditor State Of Michigan, Dept. Of Treasury
waldmeird@michigan.gov, gamep@michigan.gov

Thomas D. Walsh on behalf of Creditor Wachovia Bank National Association
TWalsh@foxrothschild.com, jkittinger@foxrothschild.com

Jeffrey P. Wasserman on behalf of Interested Party Neurocrete Products, Inc.
bankruptcy@cicontewasserman.com

John Edward Waters on behalf of Creditor Iowa Department of Revenue
idrbankruptcy@iowa.gov

Jeffrey R. Waxman on behalf of Creditor Federal Insurance Company
jwaxman@cozen.com, mmillis@cozen.com

John R. Weaver on behalf of Creditor Citicorp Del-Lease, Inc.
jrweaverlaw@verizon.net, JStraub@stark-stark.com;DCrivaro@stark-stark.com

Jeffrey T. Wegner on behalf of Interested Party Gelco Corporation d/b/a GE Capital Fleet Services
jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com

Steven G. Weiler on behalf of Financial Advisor Conway, Del Genio, Gries & Co., LLC
sweiler@ferryjoseph.com

Martin J. Weis on behalf of Creditor General Electric Railcar Services Corporation
mweis@dilworthlaw.com

Janet M. Weiss on behalf of Creditor Snack, Inc.
jweiss@gibsondunn.com, jcontreras@gibsondunn.com;jlanders@gibsondunn.com;kcoleman@gibsondunn.com

Helen Elizabeth Weller on behalf of Interested Party County of Dallas
dallas.bankruptcy@publicans.com

Scott William Wert on behalf of Interested Party Foster & Sear L.L.P.
swert@fostersear.com, dclement@fostersear.com;tguckert@fostersear.com

Edward J. Westbrook on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs
ewestbrook@rpwb.com

Thomas G. Whalen Jr. on behalf of Creditor HanMar Associates, M.L.P.
tgw@stevenslee.com

Linda E. White on behalf of Interested Party New York State Department of Environmental Conservation
linda.white@oag.state.ny.us

Amy Pritchard Williams on behalf of Interested Party Charlotte Transit Center Inc
awilliams@kennedycovington.com

Joanne Bianco Wills on behalf of Creditor Unofficial Committee
jwills@klehr.com

Thomas Michael Wilson on behalf of Interested Party Kelley & Ferraro, LLP
twilson@kelley-ferraro.com

William Roberts Wilson on behalf of Plaintiff Asbestos Plaintiffs (Claimants)
gingerlynch@lawyersouth.com

James E. Wimberley on behalf of Interested Party Plaintiffs Listed in Exhibit A
jwimberley@mc-law.net

Amanda Marie Winfree on behalf of Creditor Macerich Fresno Limited Partnership
awinfree@ashby-geddes.com

Christopher Martin Winter on behalf of Creditor Official Committee of Unsecured Creditors
cmwinter@duanemorris.com, mlastowski@duanemorris.com

John J. Winter on behalf of Creditor PPG Industries
jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com

Christopher Martin Winter on behalf of Defendant Fresenius Medical Care Holdings, Inc.
cmwinter@duanemorris.com

Jeffrey C. Wisler on behalf of Creditor Maryland Casualty Company
jwisler@cblh.com

Etta Rena Wolfe on behalf of 3rd Pty Defendant Environmental Litigation Group, P.C.
erw@skfdelaware.com

Etta Rena Wolfe on behalf of Attorney Cascino Vaughan Law Offices
erw@skfdelaware.com

Etta Rena Wolfe on behalf of Creditor Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.
erw@skfdelaware.com

James S. Yoder on behalf of Interested Party Allstate Insurance Company, as Successor in Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company
yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Michael W. Yurkewicz on behalf of Interested Party City of Philadelphia
myurkewicz@klehr.com

Matthew G. Zaleski III on behalf of Attorney Caplin & Drysdale, Chartered
cl@del.camlev.com

Michael Zoeller on behalf of Creditor Certain Underwriters at Lloyds, London and Certain London Market Companies
michael.zoeller@baachrobinson.com

**01-01139-JKF Notice will not be electronically mailed to:**

James R. Adams on behalf of Creditor Bank of America, N.A.
Wilmington, DE 19801

Allianz S.p.A. f/k/a Riunione

Ameritech Corporation
Attn: Stephanie Viator
P.O. Box 769
Arlington, TX 76004

Amroc Investments, LLC
535 Madison Ave., 15th Floor
New York, NY 10022

Arizona Department of Revenue
1600 W. Monroe, #720
Phoenix, AZ 85007

Lance C. Arney on behalf of Interested Party Lucy Fontenot

David Baddley on behalf of Creditor MARS Music

Scott Baena on behalf of Creditor Official Committee of Asbestos Property Damage Claimants

Baker Donelson Bearman Caldwell & Berkowitz, P.C.

Scott Baldwin on behalf of Attorney Baldwin & Baldwin
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670

Wilmington, DE 19801

Richard A Bordelon on behalf of Interested Party Denechaud And Denechaud LLP
1010 Common Street
Suite 3010
New Orleans, LA 70112

Bowe & Fernicola, LLC
,

Building Laborers Local 310
,

Bureau of Customs and Border Protection
,

Rodger G Burgess on behalf of Interested Party David Slaughter
,

Willie B. Burks
,

Burns & McDonnell Engineering Company, Inc.
,

Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP
,

Michael G. Busenkell on behalf of Interested Party Travelers Casualty and Surety Company
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Butler Rubin Saltarelli & Boyd
,

William B. Butler on behalf of Interested Party Biersdorf & Associates, P.A.
,

Bill Butler on behalf of Interested Party Northeast Minneapolis Residents'
,

CT Corporation
,

Calcasieu Parish Sheriff's Office
,

Michael K. Callahan on behalf of Interested Party Nstar Gas Company
NSTAR Electric & Gas Corporation
Prudential Tower
800 Boyleston Street, 17th Floor
Boston, MA 02199

Thomas F. Campeau
,

Kenneth S Canfield on behalf of Interested Party Doffermyre Sheilds Canfield Knowles & Devine LLC
,

David W. Carickhoff on behalf of Attorney KIRKLAND & ELLIS
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899

Caroselli, Beachler, McTiernan & Conboy, LLC
312 Boulevard of Allies, 8th Floor
Pittsburgh, PA 15222

Casner & Edwards, LLP
303
Congress Street
Second Floor

John B. Ballard on behalf of Creditor Georgia Department of Natural Resources

Aloys Joseph Baloga

Bank of America N.A.

Bank of America, N.A.

Chester A. Barr

Richard A Barr on behalf of Interested Party Paul Martin

Mark Bartholomew on behalf of Interested Party County of Sonoma

Elio Battista on behalf of Defendant R.J. Reynolds Tobacco Company
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Bear, Stearns & Co.

John M Belferman

Pasty Ann Bender

Jonathan D. Berger
1622 Locust Street
Philadelphia, PA 19103-6365

Matthew Bergman on behalf of Interested Party Law Office of Matthew Bergman

Beveridge & Diamond, P.C.

David T. Biderman on behalf of Defendant Credit Suisse First Boston Corp.
180 Townsend Street
Third Floor
San Francisco, CA 94107-1909

Dan Biersdorf on behalf of Interested Party Northeast Minneapolis Residents'

Barbara Billet on behalf of Interested Party New York State Department Of Taxation & Finance
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

Bilzin Sumberg Dunn Baena Price & Axelrod LLP

Brian W. Bisignani on behalf of Creditor AON Consulting
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

Blackstone Advisory Services L.P.

Blank Rome LLP
Blank Rome LLP
1201 Market Street
Suite 800

Boston, MA 02210

Annie E. Catmull on behalf of Interested Party Occidental Permian, Ltd.

,

Central Wesleyan College, as Representative of the Certified Class of Colleges and Universities
William D. Sullivan, LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

Charles K. S
149 Greenfield Rd
#503
Hiram, GA 30141

Matthew Ward Cheney on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
10th Floor
Washington, DC 20004

Chevron U.S.A. Inc.

,

Church of the Most Holy Redeemer

,

Citadel Investment Group LLC

,

Citadel Investment Group, L.L.C.
131 South Dearborn St 36 FL
Chicago, IL 60603

Citadel Kensington Global Strategies Fund Ltd.

,

Citadel Kensington Global Strategies Fund Ltd., et al.

,

Citadel Limited Partnership

,

Citadel Wellington LLC
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

City Of Knoxville

,

City of Philadelphia Law Department

,

Denise Clement on behalf of Interested Party Foster & Sear L.L.P.

,

Marvin E. Clements on behalf of Creditor TN Dept of Labor & Workforce Development-Unemployment

,

Jacob C. Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Consul of Colombia
Washington, DC 20036

Continental Casualty Company

,

Continental Casualty Company

,

Contrarian Capital Management, L.L.C.
411 West Putnam Ave., Suite 225
Greenwich, CT 06830

Contrarian Capital Trade Claims, L.P.
411 West Putnam Avenue, S-225
Attn: Alisa Minsch
Greenwich, CT 06830

Contrarian Funds, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

Conway, Del Genio, Gries & Co., LLC
,

Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Edward B. Cottingham on behalf of Interested Party American Legion, Fargo, ND, Al Foss, et al
Ness, Motley, P.A.
28 Bridgeside Blvd. P.O. Box 1792
Mt. Pleasant, SC 29465

County of Orange Treasurer-Tax Collector
, CA

Richard Craig on behalf of Creditor Texas Comptroller Of Public Accounts
Office Of The Attorney General
Collection Division - Bankruptcy Section
P.O. Box 12548
Austin, TX 78711-2548

Credit Lyonnais New York Branch
,

Steven E Crick on behalf of Creditor Trumbull Memorial Hospital
,

Steven E Crick on behalf of Interested Party Humphrey, Farrington, McClain & Edgar, P.C.
,

Ernest Joe Crosby, Sr.
,

Crosible Inc.
87 West Cayuga Street
Moravia, NY 13118

Cryovac, Inc.
,

James P Cunningham on behalf of Interested Party Cunningham Law Firm
,

Myron Cunningham on behalf of Interested Party Kerr-McGee Corporation
,

James G. Damon on behalf of Creditor David Beauchamp
,

Dan Allen
,

Daniel Kwas
,

Clara Dansby
2600 Slayton Ave SW
Birmingham, AL 35211

Day Pitney LLP

,

Debt Acquisition Company of America V, LLC
2120 West Washington Street
San Diego, CA 92110

Robert J. Dehney on behalf of Debtor W.R. GRACE & CO.
Morris, Nichols, Arsht & Tunnell
1105 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
skirpalani@milbank.com;rfusco@mnat.com;aconway@mnat.com;ecampbell@mnat.com

Del Taco, Inc.

,

Deloitte Consulting LLP

,

Deloitte Financial Advisory Services LLP

,

Deloitte Tax LLP

,

John S. Dempster on behalf of Interested Party NAI Collins, Sharp & Koella, Inc.

,

Deutsche Bank Securities, Inc.
60 Wall Street
2nd Floor
New York, NY 10005

Edward Devine on behalf of Defendant BRADLEY M. CAMPBELL, COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION, in his official capacity
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625-0093

Joseph Digiuseppe on behalf of Interested Party City of Philadelphia

,

Stephen Donato on behalf of Interested Party Crossroads Industrial Park, Inc.
1500 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976

Gregory Thomas Donilon on behalf of Interested Party The Scotts Company
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
gdonilon@mnat.com, aconway@mnat.com;vglaser@stroock.com;rparra@stroock.com;cdonoho@stroock.com;sstutman@stroock.com;kzeldman@stroock.com

William A. Dreier

,

William A. Dreier on behalf of Consultant Norris McLaughlin & Marcus

,

Duff & Phelps LLC

,

Early Ludwick & Sweeney LLC and Early & Strauss LLC on behalf of Interested Party ELSS

,

Eastern Microfilm Corporation
6400 Baltimore National Pike #924
Catonsville, MD 21228

Eddie Taylor

,

Edmonton Public Schools - Jasper Place, Canada

Eino and Aili Koski

Embry and Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

Enron Energy Services
General Counsel
4 Houston Center
1221 Lamar St
Suite 1600
Houston, TX 77010

Enron Energy Services Operations, Inc.

Enron Energy Services, Inc
General Counsel
4 Houston Center
1221 Lamar St
Suite 1600
Houston, TX 77010

Sander L Esserman

Sander L. Esserman on behalf of 3rd Pty Defendant Reaud, Morgan & Quinn, Inc.
Stutzman & Bromberg
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

James Rapisardi Estate of Rosario Rapisardi

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Fair Harbor Capital, LLC
875 Avenue of the Americas, Suite 2305
New York, NY 10001

Robert Jr Fiori

John K. Fiorilla on behalf of Interested Party The Burlington Northern and Santa Fe Railway Company
390 George Street
PO Box 1185
New Brunswick, NJ 08903

First Presbyterian Church

J Michael Fitzgerald on behalf of Interested Party Allen Bouton

Don C. Fletcher on behalf of Interested Party Westcor
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400
Phoenix, AZ 85004

Florida Department of Revenue

Ernesto Forero-Vargas

David K. Foust on behalf of Interested Party State of Michigan, Department of Corrections
3030 W. Grand Boulevard

10th Floor-Suite 200
Detroit, MI 48202

Steven E. Fox on behalf of Creditor SPCP Group, L.L.C. as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd.
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022
ECFNotices@dreierllp.com, sfox@dreierllp.com;bnizzo@dreierllp.com

Fragomen, Del Rey, Bernsen & Loewy, LLP
,

Thomas Francis

Frederick P. Furth on behalf of Interested Party The Furth Firm
The Furth Firm
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Ben Furth on behalf of Interested Party William Harris
201 Sansome Street
Suite 1000
San Francisco, CA 94104

GTE
,

Paula Ann Galbraith on behalf of Attorney KIRKLAND & ELLIS
211 East Ohio # 2618
Chicago, IL 60611

Brian K. Gart on behalf of Interested Party MARS Music
Greenberg Traurig, P.A.
515 Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301

Kelley B Gelb on behalf of Interested Party Allen Wood
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316

Linda George on behalf of Interested Party Laudig George Rutherford & Sipes
Laudig George et al
156 E Market St
Suite 600
Indianapolis, IN 46204

Georgia-Pacific
,

Gladwin Worden
,

Richard S. Glasser on behalf of Interested Party Glasser and Glasser, PLC
,

Mark C Glodenberg on behalf of Interested Party Goldenberg, Miller, Heller & Antognoli, P.C.
,

Peter S. Goodman on behalf of Interested Party Andrews & Kurth L.L.P.
,

Philip J. Goodman on behalf of Interested Party Michael Sterling PC
Philip J Goodman PC
280 North Old Woodward Ave
Suite 407
Birmingham, MI 48009

Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Douglas Gordon on behalf of Interested Party City of Knoxville
607 Market Street
Suite 103
Knoxville, TN 37902

Ronald D. Gorsline on behalf of Interested Party Lawson Electric Co., Inc
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Carol A Graham
,

Greif, Incorporated
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Matthew W Grimshaw on behalf of Interested Party Rutan & Tucker, LLP
,

David R. Gross
D.R. Gross & Associates, LLC
c/o Saiber, Schlesinger,Satz & Goldstein
One Gateway Center, 13th Floor
Newark, NJ 07102

David R. Gross on behalf of Consultant Saiber Schesinger Satz Goldstein, LLC
Saibler Schlesinger Satz & Goldstein, LL
,

Julie A Gubbin
,

George R Guinn on behalf of Interested Party Law Offices of George R.Guinn P.S.
,

Paul C. Gunther
,

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Jarrett L. Hale on behalf of Interested Party Richard Nozemack
The Bleakley Law Firm
101 E. Kennedy Boulevard, Suite 1100
Tampa, FL 33602

Alan Hamilton on behalf of Defendant Sealed Air Corporation (US)
Four Times Square
New York, NY 10036

Hamilton, Rabinovitz & Alschuler, Inc.
,

C. Judson Hamlin
Purcell, Ries, Shannon,Mulcahy & O'
One Pluckemin Way
P.O. Box 754
Bedminster, NJ 07921

C. Judson Hamlin on behalf of Consultant Purcell Ries Shannon Mulcahy ONiell
,

S V Handel
,

Brian L. Hansen on behalf of Interested Party Daleen Technologies, Inc.
1600 Atlanta Financial Center
3343 Peachtree Rd, N.E.
Atlanta, GA 30326

Jonathan C. Hantke on behalf of Interested Party Aldine Independent School District

Barbara Mack Harding on behalf of Interested Party Kirkland & Ellis LLP

Megan Nancy Harper on behalf of Creditor PacifiCorp
Landis Rath & Cobb
919 Market Street
Suite 600
Wilmington, DE 19801

William K. Harrington on behalf of Creditor Official Committee of Unsecured Creditors
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Minnie Hassan

Elizabeth V. Heller on behalf of Interested Party Jan Hunter

Jon Herberling

Hilsoft Notifications

Kevin M Hogan

Allan H. Ickowitz on behalf of Creditor Hearthside Residential Corp.

Industrial Construction, Inc.

Intercat, Inc.

Virgil L Jackson

Edward L Jacobs on behalf of Interested Party Grau James and Anna, Harry Grau & Sons, Inc.
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Jay Peak LLC
c/o Jaspan Schlesinger Hoffman, LLP
300 Garden City Plaza
Garden City, NY 11530

Clay Lewis Jenkins on behalf of Interested Party Jenkins & Jenkins

Burrell Johnson

Burrell Johnson
P.O. Box 4500, Michael-Unit
Tennessee-Colony, TX 75886

Dale Johnson

Harvey N. Jones on behalf of Interested Party James and Doris McMurchie
999 Westview Drive
Hastings, MN 55033

CAROLEE B. KUNZ

Lawrence A Kalina on behalf of Debtor W.R. GRACE & CO.

Alan Katz on behalf of Interested Party Entergy Services, Inc.
639 Loyola Avenue
26th Floor
New Orleans, La 70113

Anne McGinness Kearse on behalf of Interested Party Motley Rice LLC
Motley Rice LLC
,

John E. Keefe
Lynch Martin
830 Broad Street
Shrewsbury, NJ 07702

John E. Keefe on behalf of Attorney Lynch Keefe Bartels
Lynch Keefe Bartels
,

Kelley Drye & Warren LLP
,

Edythe Kellogg
c/o Patrick Scanlon
P.O. Box 1298
Dover, DE 19901

Kenneth Griffin
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Edward D. Kerr
,

Kforce Inc.
1001 East Palm Ave
Tampa, FL 33605

Shelley A. Kinsella
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

Cindy J. Kiplinger on behalf of Creditor Ernest Abbott, et. al.
James F. Humphreys And Associates
500 Virginia Street East
Suite 800
Charleston, WV 25301

John Klamann on behalf of Interested Party Klamann & Hubbard PA
,

Donald Knauss
,

William L Kuzmin on behalf of Interested Party Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser
,

LECG, LLC
,

LabVantage
,

Courtney M. Labson on behalf of Interested Party Ontario Mills Limited Partnership
1300 Wilson Boulevard
Suite 400
Arlington, VA 22209

John F. Lacey

Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Landry & Swarr LLC
,

Lason Services, Inc.
1305 Stephenson Highway
Troy, MI 48083

Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Sears Tower
Chicago, IL 60606

Tara L. Lattomus on behalf of Creditor AON Consulting
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
tlattomus@eckertseamans.com

Lawson Lundell LLP
,

Edward Leddick
,

Lehman Commercial Paper Inc.
,

Jay K Levy on behalf of Interested Party Fredrick Brothers Corporation
,

Lexecon, LLC
,

David J. Liebman
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

Christopher Dean Loizides on behalf of Creditor 1199 SEIU f.k.a. 310 West 43rd Street Building, NY
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE 19801
ecf.admin@loizides.com

Christopher Dean Loizides on behalf of Creditor 3570 West Lake Building
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE 19801
ecf.admin@loizides.com

Sonya M. Longo on behalf of Other Prof. Budd Larner Rosenbaum Greenberg & Sade, P.C.
Budd Larner Rosenbaum Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ 07078-0999

Los Angeles Unified School District
,

Louisiana Department Of Revenue
P.O. Box 66658
Baton Rouge, LA 70896-9988

MORRIS NICHOLS ARSHT & TUNNELL
,

Wendy MacLean
136 Llewellyn Street
Lowell, MA 08150

Shelley K. Mack on behalf of Defendant Credit Suisse First Boston Corp.
,

Edward L Manchur on behalf of Interested Party John Sufnarowski Lindholm Edward M
Stonehill Corporate Center
,

Steven J Mandelsberg on behalf of Interested Party State of California Department of General Service
Hahn & Hessen LLp
488 Madison Avenue
New York, NY 10022

Gilbert Martin
PO Box 815
Troy, MT 59935

Thomas Moers Mayer on behalf of Creditor Official Committee of Equity Holders
919 Third Avenue
New York, NY 10022

Mazur & Kittel PLLC
,

McConnell Valdes
,

William F. McCormick on behalf of Interested Party Tennessee Attorney General Office
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202

McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606

Keavin D. McDonald on behalf of Interested Party Asbestos Claimants
1221 McKinney
Suite 4550
Houston, TX 77010

Todd C. Meyers on behalf of Creditor Wachovia Bank National Association
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta GA, 30 30309-4530
tmeyers@kilpatrickstockton.com, jfuller@kilpatrickstockton.com

Afshin Miraly on behalf of Creditor City of Somerville, Massachusetts
Law Department -City Hall
93 Highland Ave
Somerville, MA 02143

Mohawk Finishing Products, Inc.
,

Herbert W. Mondros on behalf of Interested Party Continental Casualty Company
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801

Phillip Shawn Moore
,

Morgan Stanley Senior Funding, Inc.
,

Morrison & Foerster LLP

'

Carol A. Mugford

'

Timothy P Mulhern on behalf of Interested Party Oldon Limited Partnership

'

Gerald Murphy on behalf of Interested Party Marathon Oil

'

Amy J. Murphy on behalf of Interested Party State of New York, Department of Taxation and Finance
77 Broadway
Suite 112
Buffalo, NY 14203-1670

Stephen B Murray on behalf of Interested Party Ancel Abadie et. al.

'

Steven Napoli on behalf of Interested Party Ardsley Advisory Partners

'

Dennis Nelson

'

Robert J Nelson on behalf of Interested Party The Van Cott, Bagley, Cornwell & McCarthy 401(k) Profit Sharing Plan

'

Harry D. Nichol on behalf of Attorney H. Douglas Nichol
Gillenwater, Nichol & Associates
6401 Baum Drive
Knoxville, TN 37919

Rodney E Nolen on behalf of Interested Party Matthews Electric Supply Co.

'

Non Metallic Resources, Inc.

'

Kevin O' O'Connell on behalf of Interested Party Walter Pelett
Hagen O'Connell LLP

'

James E. O'Neill on behalf of Appellant W.R. Grace & Co., et al.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

William. W. Odom on behalf of Interested Party John Davis

'

Kristen M Olsen on behalf of Interested Party State of Minnesota

'

Orange County Treasurer -Tax Collector

'

Kimberly W. Osenbaugh on behalf of Interested Party Keg Restaurants Ltd.
Preston Gates & Ellis, L.L.P.
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-7078

Overdale Corporation
12400 Lombard Lane
Alsip, IL 60803

PITNEY HARDIN LLP

'

Deborah J Page

'

Rapheal J Palazio

,

Rapheal J Palazzo

,

Anthony F Parise on behalf of Interested Party Cornell Office of University Counsel and Secretary of the Corporation
Office Of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

Brian Parker on behalf of Interested Party Carol Gerard
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201

Kirk A. Patrick on behalf of Interested Party International Maintenance Company, LLC, et,al
Crawford Lewis
1600 Bank One Centre
P.O. Box 3656
Baton Rouge, LA 70821-3656

Paul, Weiss, Rifkind, Wharton & Garrison LLP

,

Marcella Paulette

,

Marcella M. Paulette

,

Peter P Pearson

,

Gerard G. Pecht on behalf of Creditor Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Peninsula Investment Partners LP

,

Penn Rakauski Attorneys at Law
927 Main Street
Racine, WI 53403

Peoples Gas Light & Coke Co.

,

Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Frank J. Perch on behalf of Interested Party Roberta DeAngelis Acting United States Trustee for Region 3
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

Edward L. Perley

,

Peters Smith & Company, Youpee

,

Peters Smith and Company

,

Ted N Pettit
Case Bigelow & Lombardi

Ted N. Pettit on behalf of Creditor William Dunbar
Case Bibelow & Lombardi
A Law Corporation
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Louis Pich`e

Hal Pitkow on behalf of Interested Party Joseph Kitz, Henderson Carol

Plauche, Smith & Nieset
1123 Pithon Street
Lake Charles, LA 70601

Sam C Pointer

Sam C Pointer on behalf of Interested Party Lightfoot, Franklin & White LLC

Potter Anderson & Corroon LLP

Jacquelyn F Potts

Preston Gates & Ellis LLP

Primex Plastics Corp.
1235 NORTH F STREET
RICHMOND, IN 47374

Pro Am Northeast, Inc. - Nissley Propane f.k.a. Nissley Bottled Gas Company, PA

RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

James P. Rapisardi
2251 Township Line Road
Logan Twp., NJ 08085

Receivable Management Service

Margery N Reed

Reed Smith LLP

James J. Restivo on behalf of Creditor Reed Smith LLP
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

Rhoden, Lacy, & Colbert
P.O. Box 16845
Jackson, MS 39236-6845

Richards Packaging, Inc.

LaShun Richardson

2/20/2009 2:50 PM

Eddie Charles Risdal

,

Marilyn P Robinson

,

Arthur Lyle Robson

,

Rocco & Zweifach

,

Frederick B. Rosner on behalf of Creditor American Legion
Jaspan Schlesinger Hoffman
913 North Market Street
12 Floor
Wilmington, DE 19801

Josiah Rotenberg on behalf of Interested Party Quadrangle Group LLC

,

Rust Consulting, Inc.

,

Steven Sacks on behalf of Defendant Credit Suisse First Boston Corp.

,

Cara Santosuosso on behalf of Interested Party Labor's Union Local 310

,

Saul Ewing LLP

,

Lyle Schutte

,

Craig M Scott on behalf of Interested Party New England Construction Company Inc.

,

Michael Selig on behalf of Interested Party Westover Investments LLC

,

Janice R Shaddock
105 S 10th Street
Clinton, IA 52732

Jamie Shartzer

,

William P. Shelley
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Andrew Shirley on behalf of Interested Party Avenue Capital Management

,

Sierra Capital
2699 White Rd
Suite 255
Irvine, CA 92614

Sierra Liquidity Fund
2699 White Rd. #255
Irvine, CA 92614

Sierra Nevada Liquidity Fund
2699 White Road #255
Irvine, CA 92614

Ron Skarie

,

Craig A. Slater on behalf of Interested Party GTE Operations Support, Inc.

One HSBC Center
Suite 3550
Buffalo, NY 14203-2884

Kenneth D Smith
1711 Milton Manor Dr.
El Cajon, CA 92021

Warren Howard Smith on behalf of Interested Party Warren H. Smith & Associates, P.C.
Warren H. Smith & Associates, P. C.
325 North St. Paul
Suite 1275
Dallas, TX 75201

Alice Graham Smolker
,

Gary Smolker
`

Snap-on Industrial
,

Socha, Perczak, Setter & Anderson P.C.
,

Christopher S. Sontchi on behalf of Creditor Official Committee of Asbestos Personal Injury Claimants
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

Richard Specter on behalf of Creditor The Fisher Trust
,

Clifford M. Spingler
,

Deborah E. Spivack on behalf of Creditor Chase Manhattan Bank
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Stachyra & Penn Attorney at Law
927 Main Street
Racine, WI 53430

Standard Services
,

James W. Stanley on behalf of Interested Party Cook C.,Chumley J.,Drummond S., Forte S.,
,

State of California State Board of Equalization
,

State Street Global Advisors
,

State of Louisiana Department of Revenue
,

State of North Carolina
,

Arthur Stein on behalf of Interested Party Stein Supsie & Hoffman
,

Fanette Stewart
,

Robert F. Stewart on behalf of Interested Party Anne Marie Kelley
Dilworth Paxson LLP
First Federal Plaza

2/20/2009 2:50 PM

Suite 500
Wilmington, DE 19801

Richard N. Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420-3207

Eugene P Sullivan

,

Eugene Paul Sullivan

,

Superfund Section Of Division Of Waste Management Of N. Carolina Dept. Of Environment & Natural Resources

,

Robert H Sweeney on behalf of Interested Party Jenkins Fenstermaker PLLC

,

Trevor W. Swett on behalf of Interested Party Official Committee of Asbestos Personal Injury Claimants
Caplin & Drysdale, Chartered
One Thomas Circle, NW, 11th Floor
Washington, DC 20005

Tempo Master Fund LP

Thomas Tew on behalf of Attorney Inventorry Attorney For Law Firms of Louis S. Robles, P.A.
Tew Cardenas Rebak Kellogg Lehman DeMari
Miami Center
26th Floor
201 South Biscayne Blvd
Miami, FL 33131

Texas Comprtoller of Public Accounts

,

Texas Comptorller of Public Accounts
Office of the Attorney General
Collection Division - Bankruptcy Section
P.O. Box 12548
Austin, TX 78711-2548

The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

The Foster Law Firm P.L.L.C.

,

The Louisiana Department of Revenue

,

Third Circuit Court of Appeals

,

Jack Thompson

Christina Maycen Thompson on behalf of Creditor Caterpillar Financial Services Corporation
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Virginia L Thrasher

,

Trade-Debt.Net

,

Timothy Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Internal CM/ECF Live Database                              https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?104299099427416

Transportation Insurance Company and their American insurance affiliates

Travelers Property Casualty

Trine & Metcalf

Richard Truly on behalf of Defendant RJR Nabisco, Inc
P.O. Box 344
Fayette, MS 39069

U S Bankruptcy Court

U.S.B.C.

USG Corporation
125 South Franklin Street
Chicago, IL 60606

United States Bankruptcy Court

United States Bankruptcy Court District of Delaware

United States of America
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0874

Vanton Pump & Equipment Corp.

Anton Volovsek

VonWin Capital Management, LP
60 Madison Avenue
2nd Floor
New York, NY 10010

W.D. Hilton, Jr.

W.R. Grace & Col a/k/a Grace

WESCO DISTRIBUTION
Quagliano & Seeger, P.C.
2620 P St., NW
Washington, DC 20007

John E Wall

John E. Wall on behalf of Interested Party David Archer

John Walters

Theresa L Wasser on behalf of Interested Party The Burlington Northern and Santa Fe Railway Company

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John Kevin Welch on behalf of Interested Party Commonwealth of Kentucky, Environmental and Public Protection Cabinet

Office of Legal Services Kentucky Enviro
Fifth Floor Capital Plaza
Frankford, KY 40601

Wesconn Co., Inc.
William W. Erhart, P.A.
300 Delaware Avenue, Suite 1130
P.O. Box 234
Wilmington, DE 19899-0234

James E. Westbrook
,

Roger M. Whelan
17908 Ednor View Terrace
Ashton, MD 20861

Patricia A. Widdoss on behalf of Defendant Cryovac, Inc.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

David E. Wilks on behalf of Interested Party Gamma Holding NV
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
dwilks@reedsmith.com, meger@reedsmith.com

William B. Dunbar
,

Alfred V. Williams
,

James E. Wimberley
McPherson, Monk, et al
3120 Central Mall Drive
Port Arthur, TX 77642

William R. Wittenberg
,

William R. Wittenberg
,

William R Wittenburg
,

Alfred M Wolin
MLK Federal Bldg.
50 Walnut Street
Courtroom 4B
Newark,, NJ 07102

Wolters Kluwer U.S. d/b/a CT Corporation System
,

Woodbury Place Apartments
,

Woodwise dba Applied Power and Coating Inc
,

Xerox Capital Services
,

Douglas Zamelis on behalf of Interested Party Crossroads Industrial Park, Inc.
,

Michael I Zousmer on behalf of Interested Party Perry Plaintiffs
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield, MI 48302-0183

Lawrence J Zweifach
Gibson Dunn & Crutcher LLP
200 Park Ave
New York, NY 10166-0193

Marla Claudia de Lucca on behalf of Interested Party Polibrasil Resinas SA
,

Jeffrey kaufman on behalf of Interested Party Fireman's Fund Insurance Company
,

kpmg
Murphy Spadaro & Landon
824 N. Market Street
Suite 700
P.O. Box 8989
Wilmington, DE 19899-8989

united states trustee
,