## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of February, 2009, I caused a copy of the *Protective Objection Of Maryland Casualty Company To The Debtors' Disclosure Statement for the First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., et al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos Future Claimants' Representative, And The Official Committee of Equity Security Holders as of February 3, 2009* to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

James E. O'Neill, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Thomas M. Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Theodore L. Freedman, Esq.<br>Kirkland & Ellis LLP<br>153 E. 53rd Street<br>New York, NY 10022 |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>375 Park Avenue<br>New York, NY 10152 | David M. Bernick, Esq.<br>Theodore L. Freedman, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Richard H. Wryon, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005 | James J. Restivo, Esq.<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910
Dallas, TX  75202


Jeffrey C. Wisler

#664927