IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF SERVICE OF CNA COMPANIES' OBJECTIONS AND RESPONSES TO BNSF RAILWAY COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that on February 20, 2009, copies of *CNA Companies' Objections and Responses to BNSF Railway Company's Request for Production of Documents* was served in the manner indicated upon the following:

**VIA E-MAIL and FEDERAL EXPRESS**
Pepper Hamilton LLP
Edward C. Toole, Jr.
Linda J. Casey
18th & Arch Streets
Philadelphia, PA 19103
toolee@pepperlaw.com
caseyl@pepperlaw.com

**VIA E-MAIL and HAND DELIVERY**
Pepper Hamilton LLP
Evelyn J. Meltzer
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
Meltzere@pepperlaw.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

-and-

GOODWIN PROCTER LLP
    Daniel M. Glosband (*pro hac vice*)
    Brian H. Mukherjee (*pro hac vice*)
    Goodwin Procter LLP
    Exchange Place
    Boston, MA 02109
    Telephone (617) 570-1000
    Facsimile (617) 523-1231

-and-

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
    Elizabeth DeCristofaro (*pro hac vice*)
    Wall Street Plaza, 23rd Floor
    New York, NY 10005
    Telephone (212) 269-4900
    Facsimile (212) 344-4294

    *Counsel for Continental Casualty Company,*
    *Transportation Insurance Company*
    *and their American Insurance Affiliates*