**Exhibit III**

**Fee Application for the period**

**November 1, 2008 through November 30, 2008**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline:**
February 23, 2009 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Fifty-Eighth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from November 1, 2008 through November 30, 2008 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $57,226.80, representing 80% of $71,533.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $310.00.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 23, 2009 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number

302-573-6497); and (viii) the Fee Auditor, to Bobbi Ruhlander, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.


(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Dated: February 3, 2009
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley, Esq. (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:       lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,**
**FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | November 1, 2008 through November 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $ 71,533.50): | $ 57,226.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 310.00 |
| Total Amount Due: | $ 57,536.80 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the August, September and October monthly fee statements as well as the 19th Quarterly is 15.10 hours and corresponding compensation requested is $4,128.50.

This is the Fifty – Eighth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |

**FIFTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 11/1/08 through 11/30/08**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 14.10 | $9,165.00 |
| S. Cunningham | Member | $650 | 22.90 | $14,885.00 |
| R. Frezza | Consultant | $550 | 31.00 | $17,050.00 |
| J. Dolan | Consultant | $395 | 73.90 | $29,190.50 |
| M. Desalvio | Research | $165 | 3.00 | $495.00 |
| L. Hirschman | Paraprofessional | $110 | 0.30 | $33.00 |
| N. Backer | Paraprofessional | $110 | 6.50 | $715.00 |
| **For the Period 11/1/08 through 11/30/08** | | | **151.70** | **$71,533.50** |

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 11/1/08 through 11/30/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motion regarding asset sales related to South Carolina property sales, Colowyo, LP Interest sale and ALCO asset sale. Additionally, the applicant performed various analyses and prepared related reports to the Committee thereon. | 90.60 | $45,990.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, prepared accrued interest scenarios in relation to the POR and Disclosure Statement and analyzed ZAI Term sheet and its impact. | 10.00 | $5,976.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding property damage settlements. | 2.50 | $1,064.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant Prepared the August, September and October fee statements, as well as prepared the 19th Quarterly Fee Application. | 15.10 | $4,128.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the September monthly and 3rd quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. | 16.00 | $6,837.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the revised POR and Disclosure Statement and prepared analyses regarding claims. | 9.30 | $4,988.00 |
| 21. Research | During the Fee Application period, the Applicant researched pricing for sales analysis and peer results for multiple analyses. | 3.00 | $495.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor and advisors to discuss sales transactions and 3rd Qtr. Results. | 5.20 | $2,054.00 |
| **For the Period 11/1/08 through 11/30/08** | | **151.70** | **$71,533.50** |

Capstone Advisory Group, LLC
Invoice for the November 2008 Fee Application

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 11/1/08 through 11/30/08

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 01. Acquisitions/Divestitures | | | |
| 11/3/2008 | J. Dolan | 1.40 | Read and analyzed motion and related docs related to ALCO sale and performed various analyses. |
| 11/3/2008 | S. Cunningham | 2.30 | Read and analyzed Alco sale motion and related Exhibits. |
| 11/3/2008 | R. Frezza | 1.10 | Finalized review of Alco purchase and related motions, reviewed questions from attorneys and Capstone in prep for call with Company. |
| 11/3/2008 | E. Ordway | 0.80 | Analyzed documents pertaining to proposed ALCO sale and listed items for staff to analyze. |
| 11/4/2008 | S. Cunningham | 2.00 | Read and analyzed Alco data and reviewed analysis prepared by staff. |
| 11/4/2008 | J. Dolan | 2.20 | Preparation of report to the Committee regarding ALCO sale. |
| 11/4/2008 | R. Frezza | 2.40 | Prepared for and participated in call with Company and counsel on Alco sale due diligence Q&A session. Began preparing report on matter for the Committee. |
| 11/5/2008 | J. Dolan | 2.60 | Prepared report to the Committee regarding ALCO asset sale. |
| 11/5/2008 | S. Cunningham | 3.30 | Read and analyzed analysis and report to the Committee regarding Colowyo LP Interest sale motion and prepared additional questions for Debtors. |
| 11/6/2008 | J. Dolan | 2.40 | Continued analyses and review of documents regarding ALCO sale. |
| 11/7/2008 | J. Dolan | 2.70 | Report to Committee regarding asset sale to ALCO and related observations and recommendation. |
| 11/9/2008 | J. Dolan | 3.40 | Prepared report to Committee regarding ALCO sale and distributed to counsel for review. |
| 11/10/2008 | E. Ordway | 0.80 | Read and analyzed Counsel's memo regarding sale of land and certain other assets to ALCO. |
| 11/10/2008 | R. Frezza | 2.70 | Finalize report to committee re: Alco sale; discussions with counsel and responded to committee member questions. |
| 11/10/2008 | S. Cunningham | 2.30 | Read and analyzed various analyses related to the Colowyo LP Interest sale motion. |
| 11/11/2008 | R. Frezza | 2.20 | Call with Debtors regarding changes to Alco sale and follow up with counsel; read and analyzed Colowyo and other motions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/11/2008 | J. Dolan | 1.00 | Read and analyzed filed documents related to Colowyo LP Interest sale. |
| 11/11/2008 | S. Cunningham | 2.10 | Read and analyzed various analyses regarding the sale of LP Interests in Colowyo. |
| 11/12/2008 | R. Frezza | 2.70 | Further review and analysis of Alco issue and impact on report to the Committee; reviewed Colowyo motion and Exhibits. |
| 11/12/2008 | J. Dolan | 1.10 | Read and analyzed Colowyo motion and related exhibits. |
| 11/12/2008 | S. Cunningham | 2.10 | Read and analyzed Colowyo LP Interest sale motion and related Exhibits. |
| 11/13/2008 | R. Frezza | 1.90 | Prepared for and participated in call with Grace counsel regarding intricacies of Colowyo LP Interest sale issue. |
| 11/13/2008 | E. Ordway | 1.60 | Read and analyzed Colowyo motion and other data and directed staff in analyzing same. |
| 11/14/2008 | R. Frezza | 0.50 | Follow up discussions with counsel on Alco sale and Colowyo LP Interest sale. |
| 11/16/2008 | E. Ordway | 0.70 | Read and analyzed data related to Charleston SC sale. |
| 11/17/2008 | J. Dolan | 1.80 | Read and analyzed motion related to Charleston, SC property sale. |
| 11/17/2008 | R. Frezza | 0.70 | Follow up discussion with counsel on Colowyo LP Interest sale. |
| 11/18/2008 | J. Dolan | 3.10 | Read and analyzed motion and related exhibits regarding Colowyo motion and prepared additional request for information from Debtors. |
| 11/18/2008 | R. Frezza | 1.10 | Prepared report to the Committee and related analysis regarding Colowyo LP Interest sale. |
| 11/18/2008 | J. Dolan | 1.70 | Read and analyzed motion related to Charleston, SC property sale and requested additional information. |
| 11/18/2008 | S. Cunningham | 3.10 | Read and analyzed motion and related exhibits regarding Colowyo LP Interest sale motion and prepared additional questions for Debtors and team. |
| 11/19/2008 | J. Dolan | 3.10 | Preparation of report to the Committee regarding Colowyo LP Interest sale including observations and recommendation. |
| 11/19/2008 | R. Frezza | 2.30 | Read and analyzed 2nd amendment to Alco sale agreement; prepped for and participated in call with Debtors on final aspects of Colowyo motion. |
| 11/19/2008 | J. Dolan | 3.00 | Prepared various analyses regarding the sale of LP Interests in Colowyo. |
| 11/20/2008 | E. Ordway | 1.50 | Prepared/edited report to the Committee re: Colowyo. |
| 11/20/2008 | R. Frezza | 1.40 | Reviewed final Alco sale report to the Committee; followed up on other sale matters (Charleston Property, other). |

**Capstone Advisory Group, LLC**
**Invoice for the November 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/20/2008 | J. Dolan | 2.60 | Prepared report to the Committee regarding the Colowyo LP Interest sale. |
| 11/20/2008 | J. Dolan | 1.80 | Read and analyzed sale of Charleston property motion and prepared related analyses. |
| 11/21/2008 | R. Frezza | 2.20 | Reviewed Colowyo LP Interest sale Report to the Committee; Coordinated with Counsel revisions on Colowyo LP Interest sale report; Alco; and Charleston/other issues. |
| 11/21/2008 | J. Dolan | 1.10 | Prepared for and participated in call with Debtors tax dept regarding the tax impact of Colowyo LP Interests sale. |
| 11/21/2008 | J. Dolan | 0.80 | Review of appraisal related to Charleston SC property sale received from Debtors. |
| 11/21/2008 | J. Dolan | 1.10 | Final revisions to report to the Committee regarding Colowyo LP interest sale and distributed to team for review. |
| 11/22/2008 | R. Frezza | 0.90 | Finalized review of Colowyo LP Interest sale report to the Committeee. |
| 11/24/2008 | J. Dolan | 1.20 | Revisions to report regarding Colowyo sale and distributed to counsel for review. |
| 11/24/2008 | R. Frezza | 2.60 | Finalized Colowyo LP Interest sale report to the Committee; sent questions on Charleston sale to Company; responded to counsel questions related to other sale issues. |
| 11/24/2008 | S. Cunningham | 2.40 | Read and analyzed motion related to Charleston, SC property sale. |
| 11/25/2008 | J. Dolan | 2.40 | Continued preparation of report to the Committee regarding sale of LP Interests incorporating counsel and team comments. |
| 11/26/2008 | J. Dolan | 0.40 | Finalization and distribution of report to the Committee regarding sale of Colowyo LP Interests. |
| Subtotal | | 90.60 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/5/2008 | E. Ordway | 0.30 | Read counsel's memo regarding damage claim settlement proposal; listed items for staff to investigate. |
| 11/11/2008 | R. Frezza | 1.10 | Discussed with counsel Lender responses on interest scenarios. |
| 11/17/2008 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding property damage settlements. |
| 11/18/2008 | E. Ordway | 0.40 | Read counsel's memo regarding procedures for settling claims and litigation. |
| 11/21/2008 | E. Ordway | 0.30 | Call with Bank lien holder to disucuss valuation issues. |
| 11/25/2008 | E. Ordway | 0.20 | Directed staff in analyzing ZAI term sheet. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/25/2008 | E. Ordway | 1.10 | Read and analyzed ZAI term sheet. |
| 11/25/2008 | S. Cunningham | 3.30 | Read and analyzed ZAI term sheet. |
| 11/25/2008 | R. Frezza | 0.50 | Discussed ZAI Term sheet with counsel. |
| 11/26/2008 | E. Ordway | 0.40 | Read counsel's memo regarding ZAI proposed plan. |
| 11/26/2008 | R. Frezza | 1.60 | Prepared ZAI Term sheet analysis. |
| Subtotal | | 10.00 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/3/2008 | E. Ordway | 0.30 | Read Counsel's memorandum regarding October 28th court hearing. |
| 11/3/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 11/17/2008 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 11/17/2008 | J. Dolan | 0.50 | Update with counsel regarding case status. |
| Subtotal | | 2.50 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/3/2008 | J. Dolan | 1.10 | Prepared September fee application. |
| 11/5/2008 | J. Dolan | 0.70 | Prepared September fee application. |
| 11/5/2008 | E. Ordway | 0.20 | Prepared fee application. |
| 11/11/2008 | J. Dolan | 0.80 | Prepared August fee application. |
| 11/19/2008 | N. Backer | 4.60 | August, September and October 2008 fee statement preparation. |
| 11/20/2008 | J. Dolan | 1.30 | Prepared October fee application. |
| 11/20/2008 | N. Backer | 1.50 | Preparation of the 19th Quarterly fee application. |
| 11/21/2008 | E. Ordway | 0.20 | Prepared fee application. |
| 11/21/2008 | J. Dolan | 0.50 | Finalized and filed September fee application. |
| 11/21/2008 | J. Dolan | 1.30 | Prepared October fee application. |
| 11/23/2008 | N. Backer | 0.40 | Preparation of the 19th Quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/24/2008 | L. Hirschman | 0.30 | Prepared October fee statement. |
| 11/24/2008 | J. Dolan | 0.90 | Prepared and finalized October fee application. |
| 11/26/2008 | J. Dolan | 1.30 | Prepared 19th Quarterly fee application. |
| Subtotal | | 15.10 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/5/2008 | E. Ordway | 0.70 | Read and analyzed most current monthly operating report and prepared list of items for staff to investigate. |
| 11/7/2008 | J. Dolan | 2.30 | Read and analyzed September operating reports. |
| 11/20/2008 | R. Frezza | 1.20 | Prepared for and participated in Q3 08 financial update call with company. |
| 11/24/2008 | J. Dolan | 3.90 | Prepared analyses related to 3rd quarter results including comparisons to prior year and Plan. |
| 11/24/2008 | E. Ordway | 0.60 | Directed staff in analyzing 3Q results. |
| 11/25/2008 | J. Dolan | 4.20 | Preparation of 3rd quarter analysis including EBITDA and gross margin analyses including actual, prior year and Plan results. |
| 11/26/2008 | J. Dolan | 1.20 | Prepared report to the Committee on Grace's 3Q08 results. |
| 11/28/2008 | J. Dolan | 1.90 | Prepared commentary on 3Q08 results for report to Committee. |
| Subtotal | | 16.00 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/7/2008 | E. Ordway | 1.30 | Read and analyzed disclosure statement and listed items for staff to review. |
| 11/7/2008 | R. Frezza | 1.90 | Assisted counsel with revised disclosure statement analyses. |
| 11/14/2008 | J. Dolan | 3.40 | Read and analyzed Debtors revised disclosure statement. |
| 11/16/2008 | E. Ordway | 0.40 | Call with a committee member to answer questions regarding Disclosure Statement. |
| 11/18/2008 | E. Ordway | 0.30 | Read counsel's memo re: results of November 19th court hearing regarding disclosure statement adequacy. |
| 11/20/2008 | E. Ordway | 0.80 | Analyzed impact of damage claims settlements on cash and POR. |
| 11/21/2008 | E. Ordway | 1.20 | Continued to read and analyze disclosure statement. |
| | Subtotal | | 9.30 |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 21. Research | | | |
| 11/17/2008 | M. Desalvio | 0.30 | Searched docket for sale related motions. |
| 11/19/2008 | M. Desalvio | 1.50 | Researched coal pricing for Colowyo LP Interest sale analysis. |
| 11/21/2008 | M. Desalvio | 0.50 | Peer group updates for 3Q08 report to the Committee. |
| 11/25/2008 | M. Desalvio | 0.70 | Prepared 3Q08 peer group analysis for multiple analysis included in report to the Committee. |
| Subtotal | | 3.00 | |
| 26. Meetings with Debtors/Advisors | | | |
| 11/4/2008 | J. Dolan | 1.30 | Prepared for and participated in call with Debtors and Advisors related to ALCO asset sale. |
| 11/13/2008 | J. Dolan | 1.70 | Prepared for and participated in call with Debtors and Advisors regarding Colowyo sale. |
| 11/19/2008 | J. Dolan | 1.20 | Prepared for and participated in call with Debtors related to Colowyo LP Interest sale. |
| 11/20/2008 | J. Dolan | 1.00 | Prepared for and participated in call with Debtors regarding 3Q results. |
| Subtotal | | 5.20 | |
| **Total Hours** | | **151.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11/1/08 through 11/30/08

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Capstone Expense | | | |
| 11/5/2008 | Research | Bloomberg subscription | $111.00 |
| 11/6/2008 | Scans | Nov Scans - 3 @ 1.00 ea | $3.00 |
| 11/19/2008 | Telecom | Nov Telecom - Saddle Brook office | $196.00 |
| Subtotal - Capstone Expense | | | $310.00 |
| For the Period 11/1/08 through 11/30/08 | | | $310.00 |

Capstone Advisory Group, LLC
Invoice for the November 2008 Fee Application

Page 1 of 1