**Exhibit IV**

**Fee Application for the period**

**December 1, 2008 through December 31, 2008**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline:**
March 10, 2009 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Fifty-Ninth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from December 1, 2008 through December 31, 2008 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $40,237.60, representing 80% of $50,297.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $305.01.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 10, 2009 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Bobbi Ruhlander, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.


**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: February 18, 2009
    Wilmington, DE

                        **RESPECTFULLY SUBMITTED,**


                        *Michael R. Lastowski*
                        Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                        DUANE MORRIS LLP
                        1100 North Market Street, Suite 1200
                        Wilmington, DE 19801
                        Telephone:    (302) 657-4900
                        Facsimile:    (302) 657-4901
                        E-mail:        mlastowski@duanemorris.com


                        William S. Katchen, Esquire (Admitted in NJ Only)
                        DUANE MORRIS LLP
                        One Riverfront Plaza
                        Newark, New Jersey 07102
                        Telephone:    (973) 424-2000
                        Facsimile:    (973) 424-2001
                        E-mail:        wskatchen@duanemorris.com


                                    and

                        Lewis Kruger, Esquire
                        STROOCK & STROOCK & LAVAN LLP
                        180 Maiden Lane
                        New York, New York 10038-4982
                        Telephone:    (212) 806-5400
                        Facsimile:    (212) 806-6006
                        E-mail:        lkruger@Stroock.com


                        Co-Counsel for the Official Committee of
                        Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,**
**FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | December 1, 2008 through December 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $ 50,297.00): | $ 40,237.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 305.01 |
| Total Amount Due: | $ 40,542.61 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the November monthly fee statements and the 19th Quarterly Fee Application is 4.8 hours and corresponding compensation requested is $870.00

This is the Fifty – Ninth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174.00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 12, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008)**

### ATTACHMENT B

1.  Summary of Fees by Professional
2.  Summary of Fees by Task Code
3.  Detailed Task Descriptions
4.  Summary of Expenses

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 12/1/08 through 12/31/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 11.90 | $7,735.00 |
| S. Cunningham | Member | $650 | 12.40 | $8,060.00 |
| R. Frezza | Consultant | $550 | 24.00 | $13,200.00 |
| J. Dolan | Consultant | $395 | 52.30 | $20,658.50 |
| M. Desalvio | Research | $165 | 1.50 | $247.50 |
| N. Backer | Paraprofessional | $110 | 3.60 | $396.00 |
| For the Period 12/1/08 through 12/31/08 | | | 105.70 | $50,297.00 |

Capstone Advisory Group, LLC
Invoice for the December 2008 Fee Application

Page 1 of 1

W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 12/1/08 through 12/31/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motion regarding asset sales related to South Carolina property sales, Colowyo, LP Interest sale and lead abatement business sale. Additionally, the applicant performed various analyses and prepared related reports to the Committee thereon. | 18.10 | $8,211.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, prepared accrued interest scenarios, analyzed ZAI Term sheet and its impact, and prepared report the Committee on recovery update. | 38.60 | $18.666.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding case updates and confirmation issues. | 12.20 | $6,566.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the November monthly fee statements as well as the 19th Quarterly fee application. | 4.80 | $870.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding 3rd quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. | 23.30 | $11.795.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed preliminary objections to the revised POR and Disclosure Statement and related Counsel's memo. | 7.20 | $3.940.50 |
| 21. Research | During the Fee Application period, the Applicant researched peer results for multiple analyses. | 1.50 | $247.50 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor and advisors to discuss sales transactions and 3rd Qtr. Results. | 1.50 | $825.00 |
| For the Period 12/1/08 through 12/31/08 | | 105.70 | $50,297.00 |

Capstone Advisory Group, LLC                                          Page 1 of 1
Invoice for the December 2008 Fee Application

W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 12/1/08 through 12/31/08

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Acquisitions/Divestitures** | | | |
| 12/1/2008 | J. Dolan | 1.10 | Read and analyzed counsel's memo regarding Charleston property sale and environmental claim. |
| 12/3/2008 | E. Ordway | 0.70 | Read counsel's memo regarding sale of Charleston property and disposition of an environmental claim. |
| 12/12/2008 | J. Dolan | 2.30 | Review of documents related to Colowyo sale and analysis to determine if change to report is required. |
| 12/15/2008 | R. Frezza | 1.70 | Reviewed order regarding non-core asset sales. |
| 12/15/2008 | J. Dolan | 1.50 | Read and analyzed notice of sale of certain assets and summarized request for more information from the Debtors. |
| 12/15/2008 | J. Dolan | 1.50 | Read and analyzed motion regarding asset sale of lead abatement business and determine issues to discuss with Blackstone. |
| 12/16/2008 | R. Frezza | 1.10 | Follow up with Debtors re: lead abatement business spin off; reviewed/completed draft report on Committee Update discussed with counsel |
| 12/19/2008 | J. Dolan | 0.90 | Incorporated responses from Blackstone into report to the Committee regarding asset sale. |
| 12/19/2008 | J. Dolan | 2.20 | Prepared report to the Committee regarding sale of certain assets of the asbestos and lead abatement business. |
| 12/22/2008 | R. Frezza | 1.80 | Read and analyzed report to the Committee regarding sale of lead abatement business. |
| 12/22/2008 | J. Dolan | 1.40 | Finalized report to the Committee regarding asset sale. |
| 12/23/2008 | J. Dolan | 0.80 | Finalized asset sale memo to the Committee. |
| 12/23/2008 | R. Frezza | 1.10 | Reviewed and discussed with counsel, the asset sale report to the Committee. |
| Subtotal | | 18.10 | |
| **03. Claims Analysis & Valuation** | | | |
| 12/1/2008 | J. Dolan | 2.20 | Read and analyzed ZAI Term sheet and prepared analysis of settlement. |
| 12/1/2008 | S. Cunningham | 1.30 | Reviewed recovery analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/2/2008 | J. Dolan | 3.80 | Prepared an update to recovery analysis based on changes in stock prices, enterprise value, interest rates, interest accrual period, etc. |
| 12/2/2008 | E. Ordway | 2.50 | Prepared/edited updated claims and recovery analysis. |
| 12/9/2008 | R. Frezza | 1.20 | Updated Value Scenarios including impact of ZAI settlement per counsel request. |
| 12/9/2008 | J. Dolan | 2.20 | Update to recovery analyses based on market assumption changes. |
| 12/10/2008 | R. Frezza | 2.80 | Value scenario updates at request of counsel. |
| 12/11/2008 | E. Ordway | 0.80 | Directed staff in updating valuation data. |
| 12/13/2008 | J. Dolan | 1.50 | Report to the Committee regarding updated recovery analysis. |
| 12/14/2008 | J. Dolan | 3.80 | Updated recovery analysis and prepared report to the Committee. |
| 12/15/2008 | E. Ordway | 0.30 | Prepared/edited updated recovery analysis. |
| 12/15/2008 | J. Dolan | 1.60 | Prepared recovery analysis to be included in report to the Committee. |
| 12/15/2008 | R. Frezza | 2.00 | Updated committee report regarding revised recovery analysis. |
| 12/15/2008 | J. Dolan | 1.40 | Prepared report to the Committee regarding updated recovery analysis. |
| 12/16/2008 | J. Dolan | 1.90 | Finalized report to the Committee regarding recovery analysis and distributed to counsel for comments. |
| 12/18/2008 | J. Dolan | 1.10 | Update to report to the Committee re: recovery analysis. |
| 12/19/2008 | R. Frezza | 2.10 | Reviewed and discussed with counsel, the recovery update report to the Committee. |
| 12/22/2008 | E. Ordway | 0.80 | Finalized report regarding recovery for distribution to the Committee. |
| 12/22/2008 | J. Dolan | 1.50 | Prepared additional comments to report to the Committee regarding recovery analysis. |
| 12/23/2008 | J. Dolan | 0.70 | Finalized report to the Committee regarding updated recovery analysis. |
| 12/24/2008 | R. Frezza | 0.80 | Responded to counsel questions on Capstone Recovery Update report circulated on 12/23/08. |
| 12/30/2008 | S. Cunningham | 2.30 | Reviewed recovery analysis. |
| Subtotal | | 38.60 | |

Capstone Advisory Group, LLC
Invoice for the December 2008 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **04. Creditor Committee Matters** | | | |
| 12/1/2008 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 12/2/2008 | E. Ordway | 0.50 | Participated in conference call with the Committee. |
| 12/2/2008 | J. Dolan | 0.70 | Prepared for and participated in call with Lender regarding status of case. |
| 12/2/2008 | R. Frezza | 1.00 | Prepared for and participated in call with Lenders and responded to lender questions. |
| 12/4/2008 | E. Ordway | 0.40 | Read counsel's report regarding Tyco stipulation. |
| 12/12/2008 | R. Frezza | 1.20 | Follow up with counsel on Colowyo deal change; committee update points; exit financing status; asbestos committee position and update |
| 12/17/2008 | R. Frezza | 1.20 | Addressed counsel comments questions on report; follow up with Debtors on lead abatement spin off. |
| 12/18/2008 | R. Frezza | 2.40 | Discussed with counsel lender update report and made changes. |
| 12/29/2008 | E. Ordway | 0.30 | Call with Committee member to discuss case status. |
| 12/29/2008 | E. Ordway | 0.90 | Reviewed updated peer group data prepared by staff. |
| 12/31/2008 | J. Dolan | 1.20 | Read and analyzed counsel's memo and related docs. |
| 12/31/2008 | E. Ordway | 0.80 | Read Debtor's response to Committee confirmation issues. |
| 12/31/2008 | R. Frezza | 0.70 | Reviewed and considered issues raised in CMO memo from counsel. |
| Subtotal | | 12.20 | |
| **07. Fee Applications & Invoices** | | | |
| 12/3/2008 | J. Dolan | 1.20 | Prepared 19th Quarterly fee application. |
| 12/16/2008 | N. Backer | 1.60 | Prepared Nov. fee statement. |
| 12/18/2008 | N. Backer | 2.00 | Prepared November fee statement. |
| Subtotal | | 4.80 | |
| **08. Financial Analysis - Schedules & Statements** | | | |
| 12/1/2008 | R. Frezza | 1.20 | Began preparation of 3q08 report to the Committee. |
| 12/2/2008 | J. Dolan | 2.10 | Prepared various analyses regarding 3Q08 results and prepared report to the Committee. |
| 12/2/2008 | R. Frezza | 0.80 | Analysis related to Q308 results for inclusion in report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/3/2008 | R. Frezza | 0.90 | Discussed treatment of Q3 result issues for inclusion in report to Committee. |
| 12/4/2008 | E. Ordway | 0.40 | Read and analyzed 3rd Q financial data and noted items for inclusion in our report to the committee. |
| 12/4/2008 | S. Cunningham | 2.00 | Read and analyzed Q3 results. |
| 12/5/2008 | J. Dolan | 1.90 | Prepared 3Q08 report to the Committee. |
| 12/8/2008 | J. Dolan | 1.40 | Prepared schedules and analyses for 3Q08 report to the Committee. |
| 12/9/2008 | E. Ordway | 0.70 | Prepared analysis regarding cash flow for inclusion in 3rd Q report to the Committee. |
| 12/9/2008 | S. Cunningham | 2.30 | Read and analyzed Q3 and updated recovery analysis. |
| 12/11/2008 | J. Dolan | 2.20 | Prepared commentary to the report to the Committee for 3Q08. |
| 12/12/2008 | S. Cunningham | 1.30 | Continued reading and analyzing Q3 and updated recovery analysis. |
| 12/12/2008 | E. Ordway | 1.70 | Prepared comments for 3rd Q report regarding liquidity. |
| 12/22/2008 | J. Dolan | 2.00 | Prepared gross margin analysis and latest estimate analysis for report to the Committee regarding 3rd quarter results. |
| 12/26/2008 | J. Dolan | 2.40 | Prepared commentary for 3rd quarter results report to the Committee. |
| Subtotal | | 23.30 | |
| 15. Plan & Disclosure Statement | | | |
| 12/18/2008 | E. Ordway | 0.40 | Read and analyzed draft of POR objection. |
| 12/19/2008 | S. Cunningham | 3.20 | Read and analyzed plan objections. |
| 12/19/2008 | J. Dolan | 2.20 | Read and analyzed preliminary objection to Debtors Plan. |
| 12/23/2008 | J. Dolan | 0.70 | Read and analyzed counsel's memo regarding POR and update. |
| 12/24/2008 | E. Ordway | 0.70 | Read counsel's memo regarding revised POR and related court submission. |
| Subtotal | | 7.20 | |
| 21. Research | | | |
| 12/1/2008 | M. Desalvio | 1.50 | Peer group analysis. |
| Subtotal | | 1.50 | |

Total Hours                                                              105.70

W.R. Grace & Co.
Capstone Advisory Group, LLC
Expense Detail
For the Period 12/1/08 through 12/31/08

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Capstone Expense | | | |
| 12/11/2008 | Telecom | Intercall Conferencing service | $65.74 |
| 12/18/2008 | Research | Bloomberg Research terminal | $136.00 |
| 12/19/2008 | Telecom | Telecom – Saddle Brook office | $103.27 |
| Subtotal - Capstone Expense | | | $305.01 |
| For the Period 12/1/08 through 12/31/08 | | | $305.01 |

Capstone Advisory Group, LLC
Invoice for the December 2008 Fee Application

Page 1 of 1