IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| W.R. GRACE & CO., *et al.*, | ) **Case No. 01-01139 (JKF)** |
| | ) **(Jointly Administered)** |
| Debtors. | ) |

### NOTICE OF SERVICE OF CNA COMPANIES' OBJECTIONS AND RESPONSES TO THE DEBTORS' PHASE I REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO CERTAIN OBJECTING PARTIES

PLEASE TAKE NOTICE that on February 20, 2009, an electronic copy of this Notice will be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties and a copies of *CNA Companies' Objections and Responses to the Debtors', Phase I Requests for the Production of Documents to Certain Objecting Parties* was served via e-mail upon the following:

**Counsel for Debtors and Debtors in Possession**
Kirkland & Ellis LLP
David Bernick
Jan Baer
Lisa G. Esayian
dbernick@kirkland.com
jbaer@kirkland.com
lesayian@pszjlaw.com

**Counsel for Debtors and Debtors in Possession**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Ljones@pszjlaw.co
Joneill@pszjlaw.com
Kmakowski@pszjlaw.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

-and-

GOODWIN PROCTER LLP
    Daniel M. Glosband (*pro hac vice*)
    Brian H. Mukherjee (*pro hac vice*)
    Goodwin Procter LLP
    Exchange Place
    Boston, MA 02109
    Telephone (617) 570-1000
    Facsimile (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER
    & GLESER, L.L.P.
    Elizabeth DeCristofaro (*pro hac vice*)
    Wall Street Plaza, 23rd Floor
    New York, NY 10005
    Telephone (212) 269-4900
    Facsimile (212) 344-4294

    *Counsel for Continental Casualty Company,*
    *Transportation Insurance Company*
    *and their American Insurance Affiliates*