IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF SERVICE OF CNA COMPANIES' OBJECTIONS AND RESPONSES TO THE DEBTORS', ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S, AND OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' FIRST SET OF INTERROGATORIES DIRECTED TO CNA**

PLEASE TAKE NOTICE that on February 20, 2009, an electronic copy of this Notice will be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties and a copies of *CNA Companies' Objections and Responses to the Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to CNA* was served via e-mail upon the following:

**Counsel for Debtors and Debtors in Possession**
Kirkland & Ellis LLP
David Bernick
Jan Baer
Lisa G. Esayian
dbernick@kirkland.com
jbaer@kirkland.com
lesayian@pszjlaw.com

**Counsel for Debtors and Debtors in Possession**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Ljones@pszjlaw.co
Joneill@pszjlaw.com
Kmakowski@pszjlaw.com

**Counsel for the Official Committee of Asbestos Personal Injury Claimants**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Nathan D. Finch
Elihu Inselbuch
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com

**Counsel for the Official Committee of Asbestos Personal Injury Claimants**
Campbell & Levine, LLC
Marla R. Eskin
Mark T. Hurford
Meskin@camlev.com
Mhurford@camlev.com

**Counsel for the Asbestos PI Future Claimants' Representative**
Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
Richard H. Wyron
rfrankel@orrick.com
rwyron@orrick.com
dfelder@orrick.com

**Counsel for the Asbestos PI Future Claimants' Representative**
Pachulski Stang Ziehl & Jones LLP
Timothy Cairns
Tcairns@pszjlaw.com

**Counsel for the Asbestos PI Future Claimants' Representative**
Phillips, Goldman & Spence, P.A.
John C. Phillips
Jcp@pgslaw.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

-and-

GOODWIN PROCTER LLP
    Daniel M. Glosband (*pro hac vice*)
    Brian H. Mukherjee (*pro hac vice*)
    Goodwin Procter LLP
    Exchange Place
    Boston, MA 02109
    Telephone (617) 570-1000
    Facsimile (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER
    & GLESER, L.L.P.
    Elizabeth DeCristofaro (*pro hac vice*)
    Wall Street Plaza, 23rd Floor
    New York, NY 10005
    Telephone (212) 269-4900
    Facsimile (212) 344-4294

*Counsel for Continental Casualty Company, Transportation Insurance Company and their American Insurance Affiliates*