IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    :    Chapter 11
                                          :
W.R. GRACE & CO., *et al.*,               :    Case No. 01-1139 (JKF)
                                          :    (Jointly Administered)
                                          :
                  Debtors.                :
                                          :
                                          :
                                          :

**NOTICE OF SERVICE OF LONGACRE MASTER FUND, LTD.'S OBJECTIONS AND
RESPONSES TO DEBTORS' PHASE 1 REQUESTS FOR PRODUCTION OF
DOCUMENTS TO CERTAIN OBJECTING PARTIES**

PLEASE TAKE NOTICE that the undersigned counsel to Longacre Master Fund,

Ltd. ("Longacre"), hereby certifies that, on February 20, 2009, he caused to be served

Longacre's Objections And Responses To Debtors' phase 1 Requests For Production Of

Documents To Certain Objecting Parties, upon the following entities via electronic mail and

regular, first-class mail.

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com
tcairns@pszjlaw.com

David M. Bernick, Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601
dbernick@kirkland.com
jbaer@kirkland.com
lesayian@kirkland.com

#10597111 v1

Dated: February 20, 2009
Wilmington, DE

PEPPER HAMILTON LLP


/s/ James C. Carignan
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

- and –

PEPPER HAMILTON LLP
Robert S. Hertzberg, Esq.
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
(313) 259-7110

*Counsel to Longacre Master Fund, Ltd.*

#10597111 v1