## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE

　　PLEASE TAKE NOTICE that on February 20, 2009, the State of Montana, by and through its undersigned counsel, caused a copy of the (**1**) **The State of Montana's Responses and Objections to the Debtors' Phase 1 Requests for Production of Documents to Certain Objecting Parties** to be served upon the following individual(s) via electronic mail:

LAURA DAVIS JONES
JAMES E. O'NEILL
TIMOTHY CAIRNS
KATHLEEN P. MAKOWSKI
PACHULSKI STANG ZIEHL & JONES, LLC
919 MARKET STREET, 16TH FLOOR
WILMINGTON, DE 19801

DAVID M. BERNICK, P.C.
KIRKLAND & ELLIS LLP
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

THEODORE L. FREEDMAN
DEANNA D. BOLL
CRAIG A. BRUENS
KIRKLAND & ELLIS LLP
153 EAST 53RD STREET
NEW YORK, NY 10022

JANET S. BAER
THE LAW OFFICES OF JANET S. BAER P. C.
70 W. MADISON ST., SUITE 2100,
CHICAGO, IL 60602.

Dated: February 20, 2009        **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

      __/s/ Kevin J. Mangan_____
      Francis A. Monaco, Jr. (No. 2078)
      Kevin J. Mangan (No. 3933)
      Matthew P. Ward (No. 4471)
      222 Delaware Ave., Ste. 1501
      Wilmington, DE 19801
      Telephone: 302-252-4320

      ATTORNEYS FOR THE STATE OF MONTANA

WCSR 4059375v1