IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,** [1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

QUARTERLY APPLICATION OF
BMC GROUP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS
CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT
TO THE DEBTORS FOR THE THIRTIETH QUARTERLY
INTERIM PERIOD (JULY 1, 2008 THROUGH SEPTEMBER 30, 2008)

| | |
|---|---|
| **Name of Applicant:** | BMC Group ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | July 1, 2008 through September 30, 2008 |
| **Amount of Compensation Sought as Actual\*, Reasonable and Necessary:** | $ 160,090.00 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 14,923.28 |

---

[1]     The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a:    ☐ Monthly Application    ☒ Quarterly Application    ☐ Final Application

The total time expended for preparation of this fee application is approximately 40.0 hours and the corresponding compensation requested is approximately $8,400.00[2]

This Quarterly Application filed by BMC is for the 30th Quarterly Interim Period.

## PRIOR APPLICATIONS

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| *3/4/2003* | *N/A* | *5th Quarterly 2002* | *$107,634.50* | *$7,740.07* | *$86,107.60* | *$7,740.07* |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| *3/4/2003* | *N/A* | *6th Quarterly 2002* | *$152,761.25* | *$15,336.23* | *$122,209.00* | *$15,336.23* |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| *3/4/2003* | *N/A* | *7th Quarterly 2002* | *$191,519.75* | *$6,893.53* | *$153,215.80* | *$6,893.53* |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| *5/15/2003* | *8 Q* | *8th Quarterly 2003* | *$229,500.25* | *$9,928.31* | *$183,600.20* | *$9,928.31* |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| *9/23/2003* | *9 Q* | *9th Quarterly 2003* | *$354,035.00* | *$15,480.10* | *$283,228.00* | *$15,480.10* |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| *2/25/2004* | *10 Q* | *10th Quarterly 2003* | *$260,926.00* | *$28,708.57* | *$260,926.00* | *$28,708.57* |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| *4/13/2004* | *11 Q* | *11th Quarterly 2003* | *$218,187.00* | *$5,819.42* | *$218,187.00* | *$2,528.88* |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| *6/18/2004* | *12 Q* | *12th Quarterly 2004* | *$216,671.00* | *$4,355.79* | *$216,671.00* | *$4,355.79* |
| 11/3/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/3/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/3/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| *11/3/2004* | *13 Q* | *13th Quarterly 2004* | *$198,219.50* | *$7,259.62* | *$198,219.50* | *$7,259.62* |

---

[2]    The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/8/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/8/2005 | 32 | 11/1/2004 – 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/8/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| 4/8/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,384.00 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 – 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| 8/11/2005 | 16Q | 16th Quarterly 2005 | $188,426.00 | $7,065.88 | 188,426.00 | $7,065.00 |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | $88,685.50 | $2,391.33 |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | $158,852.00 | $4,552.49 |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | $232,914.00 | $13,912.17 |
| 10/31/2005 | 17Q | 17th Quarterly 2005 | $480,451.50 | $20,855.99 | $480,451.50 | $20,855.99 |
| 1/31/2006 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | $468,997.75 | $17,359.91 |
| 1/31/2006 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | $684,403.00 | $43,446.98 |
| 1/31/2006 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | $334,412.00 | $34,731.14 |
| 2/1/2006 | 18Q | 18th Quarterly 2005 | $1,487,812.75 | $95,538.03 | $1,487,812.75 | $95,538.03 |
| 4/20/2006 | 43 | 10/1/2005 – 10/31/2005 | $126,175.50 | $2,460.85 | $126,175.50 | $2,460.85 |
| 4/20/2006 | 44 | 11/1/2005 – 11/30/2005 | $136,980.50 | $2,010.10 | $136,980.50 | $2,010.10 |
| 4/20/2006 | 45 | 12/1/2005 – 12/31/2005 | $54,700.50 | $4,310.19 | $54,700.50 | $4,310.19 |
| 4/20/2006 | 19Q | 19th Quarterly 2005 | $301,963.67* | $8,781.14 | $301,963.67* | $8,781.14 |
| 4/28/2006 | 46 | 1/1/2006 – 1/31/2006 | $52,998.50 | $2,322.75 | $52,998.50 | $2,322.75 |
| 7/17/2006 | 47 | 2/1/2006 – 2/28/2006 | $64,309.50 | $1,438.85 | $64,309.50 | $1,438.85 |
| 8/25/2006 | 48 | 3/1/2006 – 3/31/2006 | $69,538.75 | $2,732.97 | $69,538.75 | $2,732.97 |
| 8/25/2006 | 20Q | 20th Quarterly 2006 | $177,504.41* | $6,494.57 | $177,504.41* | $6,494.57 |
| 11/21/2006 | 49 | 4/1/2006 – 4/30/2006 | $64,523.00 | $1,918.17 | $64,523.00 | $1,918.17 |
| 11/22/2006 | 50 | 5/1/2006 – 5/31/2006 | $83,530.00 | $2,413.38 | $83,530.00 | $2,413.38 |
| 11/22/2006 | 51 | 6/1/2006 – 6/30/2006 | $42,762.00 | $5,634.14 | $42,762.00 | $5,634.14 |
| 11/22/2006 | 21Q | 21st Quarterly 2006 | $181,274.25* | $9,965.65 | $181,274.25* | $9,965.65 |
| 12/11/2006 | 52 | 7/1/2006 – 7/31/2006 | $35,134.50 | $41,219.71 | $35,134.50 | $41,219.71 |
| 12/21/2006 | 53 | 8/1/2006 – 8/31/2006 | $76,583.00 | $4,757.53 | $76,583.00 | $4,757.53 |
| 12/27/2006 | 54 | 9/1/2006 – 9/30/2006 | $71,515.00 | $24,065.05 | $71,515.00 | $24,065.05 |
| 12/27/2006 | 22Q | 22nd Quarterly 2006 | $174,070.88* | $70,042.29 | $174,070.88* | $70,042.29 |
| 5/17/2007 | 55 | 10/1/2006 – 10/31/2006 | $103,882.50 | $72,054.63 | $103,882.50 | $72,054.63 |
| 5/21//2007 | 56 | 11/1/2006 – 11/30/2006 | $74,836.00 | $18,644.41 | $74,836.00 | $18,644.41 |
| 5/22/2007 | 57 | 12/1/2006 – 12/31/2006 | $66,253.50 | $24,335.71 | $66,253.50 | $24,335.71 |
| 5/22/2007 | 23Q | 23rd Quarterly 2006 | $232,723.40* | $115,034.75 | $232,723.40* | $115,034.75 |
| 8/24/2007 | 58 | 1/1/2007 – 1/31/2007 | $89,031.50 | $13,162.75 | $89,031.50 | $13,162.75 |
| 8/24/2007 | 59 | 2/1/2007 – 2/28/2007 | $136,258.25 | $16,098.69 | $136,258.25 | $16,098.69 |
| 8/24/2007 | 60 | 3/1/2007 – 3/31/2007 | $80,692.00 | $1,746.97 | $80,692.00 | $1,746.97 |
| 8/24/2007 | 24Q | 24th Quarterly 2007 | $290,682.66* | $31,008.41 | $290,682.66* | $31,008.41 |

---

*      Reflects BMC's voluntary courtesy discount of 5% from actual fees for the Nineteenth, Twentieth, Twenty First, Twenty-Second, Twenty-Third and Twenty-Fourth Quarterly Fee Periods and 3.5% from actual fees for the Twenty-Fifth Quarterly Fee Period.

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 11/9/2007 | 61 | 4/1/2007 – 4/30/2007 | $49,298.00 | $1,989.73 | $49,298.00 | $1,989.73 |
| 11/9/2007 | 62 | 5/1/2007 – 5/31/2007 | $135,172.00 | $2,067.20 | $135,172.00 | $2,067.20 |
| 11/9/2007 | 63 | 6/1/2007 – 6/30/2007 | $58,687.50 | $3,094.14 | $58,687.50 | $3,094.14 |
| 11/9/2007 | 25Q | 25th Quarterly 2007 | $234,642.73* | $7,151.07 | $234,642.73* | $7,151.07 |
| 12/5/2007 | 64 | 7/1/2007 – 7/31/2007 | $48,858.00 | $2,166.14 | $48,858.00 | $2,166.14 |
| 12/7/2007 | 65 | 8/1/2007 – 8/31/2007 | $66,679.00 | $2,412.77 | $66,679.00 | $2,412.77 |
| 12/7/2007 | 66 | 9/1/2007 – 9/30/2007 | $43,504.00 | $3,307.71 | $43,504.00 | $3,307.71 |
| 12/11/2007 | 26Q | 26th Quarterly 2007 | $159,041.00 | $7,886.62 | $159,041.00 | $7,886.62 |
| 1/7/2008 | 67 | 10/1/2007 – 10/31/2007 | $48,179.00 | $2,867.37 | $48,179.00 | $2,867.37 |
| 1/11/2008 | 68 | 11/1/2007 – 11/30/2007 | $36,004.50 | $2,273.21 | $36,004.50 | $2,273.21 |
| 2/1/2008 | 69 | 12/1/2007 – 12/31/2007 | $27,285.00 | $2,177.19 | $27,285.00 | $2,177.19 |
| 2/22/2008 | 27Q | 27th Quarterly 2007 | $111,468.50 | $7,317.77 | $111,468.50 | $7,317.77 |
| 3/19/2008 | 70 | 1/1/2008 – 1/31/2008 | $39,843.00 | $2,370.71 | $34,105.40 | $2,370.71 |
| 5/12/2008 | 71 | 2/1/2008 – 2/29/2008 | $27,323.50 | $2,243.98 | $18,520.00 | $2,243.98 |
| 5/29/2008 | 72 | 3/1/2008 – 3/31/2008 | $21,341.50 | $2,718.61 | $17,393.50 | $2,718.61 |
| 5/29/2008 | 28Q | 28th Quarterly 2008 | $88,508.00 | $7,333.30 | $70,019.40 | $7,333.30 |
| 10/28/2008 | 73 | 4/1/2008 – 4/30/2008 | $33,293.50 | $2,751.14 | $33,293.50 | $2,751.14 |
| 10/28/2008 | 74 | 5/1/2008 – 5/31/2008 | $24,593.50 | $2,093.58 | $21,624.50 | $2,093.58 |
| 10/28/2008 | 75 | 6/1/2008 – 6/30/2008 | $35,613.50 | $2,310.78 | $35,613.50 | $2,310.78 |
| 10/28/2008 | 29Q | 29th Quarterly 2008 | $93,500.50 | $7,155.50 | $90,531.50 | $7,155.50 |
| 11/12/2008 | 76 | 7/1/2008 – 7/31/2008 | $32,283.50 | $4,543.30 | Pending | Pending |
| 1/16/2009 | 77 | 8/1/2008 – 8/31/2008 | $53,516.00 | $5,789.77 | Pending | Pending |
| 2/20/2009 | 78 | 9/1/2008 – 9/30/2008 | $74,290.50 | $4,590.21 | Pending | Pending |
| 2/20/2009 | 30Q | 30th Quarterly 2008 | $160,090.00 | $14,923.28 | Pending | Pending |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Liliana Anzaldo | Case Support Clerk, 4 years | $45.00 | 0.2 | $9.00 |
| Martha Araki | Senior Bankruptcy Consultant, 8¾ years; 20 years bankruptcy experience | $210.00 | 189.9 | $39,879.00 |
| Katya Belas | Case Support Clerk, 3 months | $65.00 | 7.9 | $513.50 |
| Mike Booth | Claims Reconciliation Manager, 6 years; 4 years prior bankruptcy experience | $165.00 | 9.3 | $1,534.50 |

* Reflects BMC's voluntary courtesy discount of 5% from actual fees for the Nineteenth, Twentieth, Twenty First, Twenty-Second, Twenty-Third and Twenty-Fourth Quarterly Fee Periods and 3.5% from actual fees for the Twenty-Fifth Quarterly Fee Period.

4

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrea Bosack | Case Information Services Lead, 6¾ years; 7 years prior experience as Manager of Call Center of major class action and bankruptcy firm | $90.00 | 1.0 | $90.00 |
| Alex Cedeno | Case Support Clerk, 2 years | $45.00 | 0.8 | $36.00 |
| Patrick Cleland | Case Analyst, 4¾ years | $65.00 | 0.5 | $32.50 |
| Steffanie Cohen | Reconciliation Consultant, 5¾ years; 2 years prior bankruptcy experience | $110.00 | 102.9 | $11,319.00 |
| Jacqueline Conklin | Data Analyst, 6¾ years | $95.00 | 86.8 | $8,246.00 |
| Brad Daniel | Senior Data Consultant, 8½ years; former Software Development Project Manager, Swedelson & Gottlieb; 7 years bankruptcy and legal industry experience | $200.00 | 6.4 | $1,280.00 |
| Dustee Decker | Reconciliation Analyst, 5¾ years; 15 years prior experience in accounts payable and creditor negotiation | $75.00 | 4.9 | $367.50 |
| Corazon Del Pilar | Case Support Clerk, 4¾ years | $45.00 | 23.0 | $1,035.00 |
| Reynante Dela Cruz | Case Analyst, 3 years | $95.00 | 61.6 | $5,852.00 |
| Ellen Dors | Reconciliation Consultant, 5 years; prior bankruptcy experience with former employer during two bankruptcy cases | $110.00 | 2.2 | $242.00 |
| Maristar Go | Case Analyst, 4 years; 2 years prior legal industry experience | $95.00 | 0.8 | $76.00 |
| Mike Grimmett | Senior Data Consultant, 5¾ years; 12 years prior experience bankruptcy and data programming | $175.00 | 10.0 | $1,750.00 |
| Leila Hughes | Reconciliation Analyst, 5¾ years; 10 years prior experience in accounts payable and creditor negotiation | $75.00 | 18.6 | $1,395.00 |
| Myrtle John | Senior Manager, 6¾ years; 30 years experience in bankruptcy and other legal practice areas | $195.00 | 3.8 | $741.00 |
| Lemuel Jumilla | Case Analyst, 4¼ years; 3¾ years prior legal industry experience | $95.00 | 0.6 | $57.00 |
| Christopher Karambelas | Data Analyst, 9 months | $110.00 | 0.8 | $88.00 |
| Stephenie Kjontvedt | Senior Consultant, 5½ years; 15 years experience in bankruptcy consulting | $140.00 | 159.3 | $22,302.00 |
| Yvette Knopp | Case Support Associate, 5½ years; 3 years prior bankruptcy case support experience | $90.00 | 4.6 | $414.00 |
| Gunther Kruse | Data Consultant, 5½ years; 8 years prior experience in IT industry as database administrator and network manager | $150.00 | 260.1 | $39,015.00 |
| Emerald Lundy | Case Support Clerk, 4 months | $45.00 | 1.1 | $49.50 |
| Alicia Markoe | Data Analyst, 2½ years | $110.00 | 4.8 | $528.00 |
| Terri Marshall | Senior Consultant, 6 years; 4 years prior bankruptcy experience | $185.00 | 2.4 | $444.00 |

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin Martin | Consultant, 5¾ years; 6 years prior experience in financial services; 2 years prior experience in mergers/acquisitions | $135.00 | 8.5 | $1,147.50 |
| Craig Maxwell | Senior Data Consultant, 5¾ years; 15 years prior data management experience | $125.00 | 2.1 | $262.50 |
| Jeff Miller | Senior Manager, 6¾ years; 5 years prior project management experience | $210.00 | 55.7 | $11,697.00 |
| Sonja Millsap | Data Analyst, 6 months | $95.00 | 29.5 | $2,802.50 |
| Heather Montgomery | Consultant, 2¾ years; 7 years prior experience as editor at a legal publishing company | $110.00 | 1.7 | $187.00 |
| James Myers | Case Support Clerk, 7 years | $65.00 | 7.6 | $494.00 |
| Noel Noel | Case Analyst, 3 years | $95.00 | 3.4 | $323.00 |
| Steven Ordaz | Consultant, 2¼ years | $110.00 | 0.9 | $99.00 |
| Noreve Roa | Case Analyst, 4 years; 2 years prior legal industry experience | $95.00 | 11.9 | $1,130.50 |
| Lauri Shippers | Reconciliation Consultant, 6 years; 4 years prior bankruptcy experience | $110.00 | 19.3 | $2,123.00 |
| Lucina Solis | Case Support Associate, 5 years | $45.00 | 5.6 | $252.00 |
| Brianna Tate | Case Information Clerk, 4¾ years | $45.00 | 8.3 | $373.50 |
| Anna Wick | Senior Data Analyst, 5¾ years | $110.00 | 17.3 | $1,903.00 |

| Grand Total: | Actual Fees:    $160,090.00 | Hours:  1,136.1 |
|---|---|---|
| Blended Rate: | $140.91 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Actual Fees |
|---|---|---|
| Asbestos Claims | 69.9 | $14,234.00 |
| Asbestos PI Claims | 2.2 | $415.00 |
| Case Administration | 297.8 | $41,595.50 |
| Data Analysis | 469.9 | $59,799.50 |
| Fee Applications – Applicant | 14.8 | $3,093.00 |
| Non-Asbestos Claims | 137.5 | $18,558.00 |
| Plan & Disclosure Statement | 144.0 | $22,395.00 |
| Travel – Non Working | 0.0 | $0.00 |
| **Total** | **1,136.1** | **$160,090.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx User Fee | BMC | $1,050.00 |
| b-Linx/Data Storage | BMC | $2,550.00 |
| Document Storage | BMC | $1,827.45 |
| Pacer | US Courts | $134.80 |
| Postage/Shipping | DHL | $55.03 |
| Website Hosting | BMC | $750.00 |
| Website Storage/Traffic | BMC | $930.96 |
| **Total** | | **$7,298.24** |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| July 17, 2008 | BMC | $2,271.00 |
| August 22, 2008 | BMC (2 Mailings) | $2,891.06 |
| August 26, 2008 | BMC (2 Mailings) | $377.92 |
| August 27, 2008 | BMC | $65.00 |
| September 23, 2008 | BMC | $82.38 |
| September 24, 2008 | BMC | $189.76 |
| September 25, 2008 | BMC (2 Mailings) | $1,475.78 |
| September 30, 2008 | BMC | $272.14 |
| **Total** | | **$7,625.04** |

**WHEREFORE,** BMC respectfully requests:

(a)  that an allowance be made to it in the aggregate of $175,013.28 comprised of:

   (i)   $160,090.00 in fees for services rendered by BMC to the Debtors for reasonable and necessary professional services during the Thirtieth Quarterly Fee Period, July 1, 2008 through September 30, 2008;

   (ii)  $14,923.28 for reimbursement of actual and necessary costs and expenses incurred by BMC during the Thirtieth Quarterly Fee Period, July 1, 2008 through September 30, 2008; and

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates;

and

(c) for such other and further relief as the Court deems just and proper.

Dated: February *13,* 2009                          BMC GROUP

                                                    By: _____
                                                    MYRTLE H. JOHN
                                                    600 1st Avenue, Suite 300
                                                    Seattle, Washington 98104
                                                    Telephone:  (206) 516-3300
                                                    Telecopier:  (206) 516-3304

                                                    Claims Reconciliation and Solicitation
                                                    Consultant to the Debtors and
                                                    Debtors in Possession

## VERIFICATION

MYRTLE H. JOHN, after being duly sworn, deposes and says:

1.  I am employed by Applicant, BMC Group ("BMC"), the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). I am a Director of BMC, and I have personal knowledge of the matters set forth herein.

2.  I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3.  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Consolidated Fee Invoice for the Thirtieth Quarter comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoices for the Thirtieth Quarter comprised of (i) an Expense Invoice and Detail for each month and (ii) a Production Invoice and Detail (if applicable). Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,'

signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

DATED: February _14_, 2009
El Segundo, California

MYRTLE H. JOHN

State of California                        )
                                           )
County of Los Angeles                      )

On February _13_, 2009, before me, James H. Myers, a Notary Public, personally appeared Myrtle H. John, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009