# EXHIBIT 2

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080731**

| Period Ending 7/31/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | |
| | | $350.00 |
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $600.30 |
| | Website Hosting | |
| | | $250.00 |
| | Website Storage/Traffic | |
| | | $222.00 |
| | Total | $2,272.30 |

EXHIBIT 2

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080831**

| Period Ending  8/31/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | |
| | | $350.00 |
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $601.75 |
| | Postage/Shipping | |
| | | $39.32 |
| | Website Hosting | |
| | | $250.00 |
| | Website Storage/Traffic | |
| | | $364.72 |
| | **Total** | **$2,455.79** |

EXHIBIT 2

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080930**

| Period Ending 9/30/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $625.40 |
| | Pacer | $134.80 |
| | Postage/Shipping | $15.71 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $344.24 |
| | **Total** | **$2,570.15** |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

JULY 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080731 | WR Grace | BMC10, BMC | BMC | $250.00 | 7/31/08 | Website Hosting | Website Hosting |
| 21_080731 | WR Grace | BMC10, BMC | BMC | $850.00 | 7/31/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080731 | WR Grace | BMC10, BMC | BMC | $350.00 | 7/31/08 | B-linx User Fee | B-linx User Fee |
| 21_080731 | WR Grace | BMC10, BMC | BMC | $222.00 | 7/31/08 | Website Storage/Traffic | 104 docs |
| 21_080731 | WR Grace | BMC10, BMC | BMC | $600.30 | 7/31/08 | Document Storage | 414 boxes |
| | | | | $2,272.30 | | | |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

AUGUST 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080831 | WR Grace | BMC10, BMC | BMC | $350.00 | 8/31/08 | B-linx User Fee | B-linx User Fee |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $850.00 | 8/31/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $250.00 | 8/31/08 | Website Hosting | Website Hosting |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $601.75 | 8/31/08 | Document Storage | 415 boxes |
| 21_080831 | WR Grace | BMC10, BMC | BMC | $364.72 | 8/31/08 | Website Storage/Traffic | 175 docs |
| 21_080831 | WR Grace | BMC10, BMC | DHL | $10.37 | 8/22/08 | Postage/Shipping | Shipment to Kirkland & Ellis Tracking no.28497174355 dtd. 8/7/08 |
| 21_080831 | WR Grace | BMC10, BMC | FedEx | $28.95 | 8/13/08 | Postage/Shipping | Shipment to Martha Araki Tracking no.797031576000 dtd. 7/24/08 |
| | | | | $2,455.79 | | | |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

SEPTEMBER 2008

| Invoice Nbr | Date | Bill As Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080930 | 9/11/08 | WR Grace | BMC10, BMC | DHL | 15.71 | Postage/Shipping | Shipment to Pachulski Stang Tracking no.28784976150 dtd. 8/28/08 |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 250.00 | Website Hosting | Website Hosting |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | Pacer | 134.80 | Pacer | qrtly doc dwnld 7/1-9/30/08 |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 625.40 | Document Storage | 419 boxes |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 344.24 | Website Storage/Traffic | 185 docs |
| | | | | | 2,570.15 | | |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20080717-1 | 7/17/2008 | $2,271.00 |
| | Total | $2,271.00 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing # 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 7/17/2008
Invoice #:    021-20080717-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 01. BDN/POC Attorneys MF 29576/29590 | 12 / 702 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 702 Pieces @ $.59 each | $414.18 |
| | | | Production | Copy | 8424 Pieces @ $.12 each | $1,010.88 |
| | | | | Fold and Stuff | 702 Pieces @ $.05 each | $35.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 702 Pieces @ $.08 each | $56.16 |
| Noticing Document | 02. BDN/POC Individuals | 10 / 354 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 354 Pieces @ $.59 each | $208.86 |
| | | | Production | Copy | 3540 Pieces @ $.12 each | $424.80 |
| | | | | Fold and Stuff | 354 Pieces @ $.05 each | $17.70 |
| | | | Supplies | Inkjet and Envelope - #10 | 354 Pieces @ $.08 each | $28.32 |

Total Due:    $2,271.00

EXHIBIT 2
Invoice Due Upon Receipt

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20080822-1 | 8/22/2008 | $31.48 |
| Invoice # | 021-20080822-2 | 8/22/2008 | $2,859.58 |
| Invoice # | 021-20080826-1 | 8/26/2008 | $341.31 |
| Invoice # | 021-20080826-2 | 8/26/2008 | $36.61 |
| Invoice # | 021-20080827-1 | 8/27/2008 | $65.00 |
| | | Total | $3,333.98 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 8/22/2008
Invoice #: 021-20080822-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BDN/POC Attorneys (suppl) | 12 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.59 each | $1.77 |
| | | | Production | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | | Printed Impressions | 36 Pieces @ $.12 each | $4.32 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

Total Due: $31.48

EXHIBIT 2
Invoice Due Upon Receipt

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 8/22/2008
Invoice #: 021-20080822-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BDN/POC Individuals (suppl) | 10 / 1,191 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1191 Pieces @ $1.00 each | $1,191.00 |
| | | | Production | Printed Impressions | 11910 Pieces @ $.12 each | $1,429.20 |
| | | | | Stuff and Mail | 1191 Pieces @ $.05 each | $59.55 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1191 Pieces @ $.13 each | $154.83 |

Total Due:    $2,859.58

EXHIBIT 2
Invoice Due Upon Receipt

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 8/26/2008
Invoice #: 021-20080826-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 19376 - 25th Omni Obj | 42 / 47 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 47 Pieces @ $1.51 each | $70.97 |
| | | | Production | Printed Impressions | 1974 Pieces @ $.12 each | $236.88 |
| | | | | Stuff and Mail | 47 Pieces @ $.05 each | $2.35 |
| | | | Supplies | Inkjet and Envelope - Catalog | 47 Pieces @ $.13 each | $6.11 |

Total Due:   $341.31

EXHIBIT 2
Invoice Due Upon Receipt

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 8/26/2008
Invoice #: 021-20080826-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 19370 - 26th Omni Obj | 21 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $1.17 each | $3.51 |
| | | | Production | Printed Impressions | 63 Pieces @ $.12 each | $7.56 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:** $36.61

EXHIBIT 2
Invoice Due Upon Receipt

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

**Production Date:** 8/27/2008
**Invoice #:** 021-20080827-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | ZAI Bar Date Package - Individual | 10 / 41 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Production | eNoticing | 1 Batch @ $40.00 each | $40.00 |
| | | | | | **Total Due:** | $65.00 |

EXHIBIT 2
Invoice Due Upon Receipt

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20080923-1 | 9/23/2008 | $82.38 |
| Invoice # | 021-20080924-1 | 9/24/2008 | $189.76 |
| Invoice # | 021-20080925-1 | 9/25/2008 | $1,286.02 |
| Invoice # | 021-20080925-2 | 9/25/2008 | $189.76 |
| Invoice # | 021-20080930-1 | 9/30/2008 | $272.14 |
| | | **Total** | $2,020.06 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing # 121000248
Account #: 0033022633  - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 9/23/2008
Invoice #: 021-20080923-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dsd Stmmt & Exh Book | 645 / 1 | Postage | USPS - 1st Class | 1 Piece @ $4.80 each | $4.80 |
| | | | Production | Printed Impressions | 645 Pieces @ $.12 each | $77.40 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |

Total Due:    $82.38

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 9/24/2008
Invoice #: 021-20080924-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt and Exh Book (suppl) | 645 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $4.80 each | $9.60 |
| | | | Production | Printed Impressions | 1290 Pieces @ $.12 each | $154.80 |
| | | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

Total Due: $189.76

EXHIBIT 2
*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 9/25/2008
Invoice #: 021-20080925-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | ZAI Dsc'd Stmnt | 4 / 1,224 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1223 Pieces @ $.42 each | $513.66 |
| | | | | USPS - MX/CA | 1 Piece @ $.72 each | $0.72 |
| | | | Production | Fold and Stuff | 1224 Pieces @ $.05 each | $61.20 |
| | | | | Printed Impressions | 4896 Pieces @ $.12 each | $587.52 |
| | | | Supplies | Inkjet and Envelope - #10 | 1224 Pieces @ $.08 each | $97.92 |

**Total Due:** $1,286.02

EXHIBIT 2
Invoice Due Upon Receipt

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 9/25/2008
Invoice #:       021-200809925-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dsd Stmnt and Exh Book (suppl) | 645 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $4.80 each | $9.60 |
| | | | Production | Printed Impressions | 1290 Pieces @ $.12 each | $154.80 |
| | | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:**    $189.76

EXHIBIT 2
Invoice Due Upon Receipt

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 9/30/2008
Invoice #: 021-20080930-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt & Exh Book (suppl) | 645 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $4.80 each | $14.40 |
| | | | Production | Printed Impressions | 1935 Pieces @ $.12 each | $232.20 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:**    $272.14

EXHIBIT 2
*Invoice Due Upon Receipt*