**EXHIBIT 2**

BMC GROUP<br>
600 1st Ave., Suite 300<br>
Seattle, WA 98104<br>
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080930**

| Period Ending 9/30/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $625.40 |
| | Pacer | $134.80 |
| | Postage/Shipping | $15.71 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $344.24 |
| | **Total** | **$2,570.15** |

EXHIBIT 2

BMC GROUP     WR GRACE - EXPENSE DETAIL     SEPTEMBER 2008

| Invoice Nbr | Date | Bill As Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080930 | 9/11/08 | WR Grace | BMC10, BMC | DHL | 15.71 | Postage/Shipping | Shipment to Pachulski Stang Tracking no.287849761500 dtd. 8/28/08 |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 250.00 | Website Hosting | Website Hosting |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | Pacer | 134.80 | Pacer | qrtly doc dwnld 7/1-9/30/08 |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 625.40 | Document Storage | 419 boxes |
| 21_080930 | 9/30/08 | WR Grace | BMC10, BMC | BMC | 344.24 | Website Storage/Traffic | 185 docs |
| | | | | | 2,570.15 | | |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20080923-1 | 9/23/2008 | $82.38 |
| Invoice # | 021-20080924-1 | 9/24/2008 | $189.76 |
| Invoice # | 021-20080925-1 | 9/25/2008 | $1,286.02 |
| Invoice # | 021-20080925-2 | 9/25/2008 | $189.76 |
| Invoice # | 021-20080930-1 | 9/30/2008 | $272.14 |
| | | Total | $2,020.06 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 9/23/2008
Invoice #: 021-20080923-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt & Exh Book | 645 / 1 | Postage | USPS - 1st Class | 1 Piece @ $4.80 each | $4.80 |
| | | | Production | Printed Impressions | 645 Pieces @ $.12 each | $77.40 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |

Total Due: $82.38

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 9/24/2008
Invoice #: 021-20080924-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt and Exh Book (suppl) | 645 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $4.80 each | $9.60 |
| | | | Production | Printed Impressions | 1290 Pieces @ $.12 each | $154.80 |
| | | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

Total Due: $189.76

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 9/25/2008
Invoice #: 021-20080925-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | ZAI Dscl Stmnt | 4 / 1,224 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1223 Pieces @ $.42 each | $513.66 |
| | | | | USPS - MX/CA | 1 Piece @ $.72 each | $0.72 |
| | | | Production | Fold and Stuff | 1224 Pieces @ $.05 each | $61.20 |
| | | | | Printed Impressions | 4896 Pieces @ $.12 each | $587.52 |
| | | | Supplies | Inkjet and Envelope - #10 | 1224 Pieces @ $.08 each | $97.92 |

Total Due: $1,286.02

EXHIBIT 2
*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 9/25/2008
Invoice #: 021-20080925-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt and Exh Book (suppl) | 645 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $4.80 each | $9.60 |
| | | | Production | Printed Impressions | 1290 Pieces @ $.12 each | $154.80 |
| | | | | Stuff and Mail | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:** $189.76

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 9/30/2008
Invoice #:    021-20080930-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt & Exh Book (suppl) | 645 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $4.80 each | $14.40 |
| | | | Production | Printed Impressions | 1935 Pieces @ $.12 each | $232.20 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

Total Due: $272.14

EXHIBIT 2
*Invoice Due Upon Receipt*