## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | Hearing Date: March 9-10, 2009 at 9:00 a.m. EST |
| | ) | Objection Deadline: February 20, 2009 at 4:00 p.m. EST |
| | ) | |

### AMENDED AND SUPPLEMENTAL CERTIFICATE OF SERVICE
### OF COUNSEL FOR THE UNITED STATES OF AMERICA

I HEREBY CERTIFY that on the 20th day of February 2009, true and correct copies of the Objections of the United States of America to Debtors' First Amended Disclosure Statement, dated February 20, 2009,  were served electronically via the court's electronic case filing ("EFC") system on the parties specified as having been served via the ECF system.  I also certify that the other parties, who have not registered for service via the ECF system, but whose addresses appear on the attached list were served via first class mail, postage prepaid.

I FURTHER HEREBY CERTIFY that, on the 20th day of February 2009, the following parties were also served with the objections by facsimile and/or email.  In the few instances where email was used as the sole method of service, the reason was that the recipients' fax numbers were not working and they could not receive any facsimile.

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Facsimile Number: (302) 552-4295
Email: teresa.currier@bipc.com
(via facsimile and email)

James E. O'Neill, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Facsimile Number: (302) 652-4400

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801
Facsimile Number: (302) 573-6497
Email: David.Klauder@usdoj.gov
(via facsimile and email)

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Facsimile Number: (302) 426-9947

Michael R. Lastowski, Esq. (via email only)
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801
Facsimile Number: (302) 575-1714

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Facsimile Number: (302) 888-0606

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Facsimile Number: (212) 715-8000

Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022
Facsimile Number (212) 446-4900

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152
Facsimile number (212) 644-6755

Janet Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Facsimile Number (312) 861-2200

Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Facsimile Number: (202) 339-8500

James J. Restivo, Esq. (via email only)
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Email: jrestivo@reedsmith.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Facsimile Number: (212) 806-6006

Scott L. Baena, Esq.
Bilzin, Sumberg, Sunn, Baena, Price
  & Axeirod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Facsimile Number (305) 374-7593

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Facsimile Number: (302) 655-4210

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910
Dallas, TX 75202
Facsimile Number: (214) 749-0325

Dated: February 23, 2009

**MICHAEL F. HERTZ**
Acting Assistant Attorney General

**DAVID C. WEISS**
Acting United States Attorney

**ELLEN W. SLIGHTS**
Assistant United States Attorney

 /s/ Seth B. Shapiro
**J. CHRISTOPHER KOHN**
**TRACY J. WHITAKER**
**SETH B. SHAPIRO**
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel:  (202) 514-7164
Fax: (202) 307-0494

**Attorneys for the United States of**
**America, Through the United States**
**Department of Justice**