IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-1139 (JKF) |
| et al.,[1] | ) | |
| | ) | Jointly-Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE OF ARROWOOD INDEMNITY COMPANY'S OBJECTIONS AND RESPONSES TO BNSF RAILWAY COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS

Upon information and belief, the undersigned counsel to Arrowood Indemnity Company f/k/a Royal Indemnity Company ('Arrowood") hereby certifies that on February 22, 2009, Arrowood's Objections and Responses to BNSF Railway Company's Request For Production of Documents, were served upon the following entities via electronic mail:

---

[1] The Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co: Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (a/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation; Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Evelyn Meltzer, Esq. (meltzere@pepperlaw.com)
Edward C. Toole Jr. Esq. (toolee@pepperlaw.com)
Linda J. Casey. Esq. (caseyl@pepperlaw.com)

[remainder of page left blank]

Dated: Wilmington, Delaware
February 23, 2009

By: _____
Garvan F. McDaniel (#4167)
BIFFERATO GENTILOTTI LLC
800 King Street, First Floor
Wilmington, DE 19899-2165
Tel: (302) 429-1900

O'MELVENY & MYERS LLP
Tancred V. Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2267

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Carl J. Pernicone (*pro hac vice*)
150 East 42nd Street
New York, NY 10017-5639
Tel: (212) 490-3000

*Attorneys for Arrowood Indemnity Company
f/k/a Royal Indemnity Company*