IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on February 23, 2009, true and correct copies of the Response Of BNSF Railway Company To Debtors', Asbestos PI Future Claimants' Representative's And Official Committee Of Asbestos Personal Injury Claimants' First Request for Production of Documents were served upon the attached service list by United States first class mail, postage pre-paid, and by electronic mail.

Dated: February 23, 2009
Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

-1-

#10601761 v1

Debtors
c/o Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
ljones@pszjlaw.com; tcairns@pszjlaw.com
joneill@pszjlaw.com

Debtors
c/o David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60601
dbernick@kirkland.com
jbaer@kirkland.com

Debtors
c/o Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
Craig A. Bruens, Esquire
Kirkland & Ellis LLP
Citigroup Center, 153 E. 53rd Street
New York, NY 10022
tfreedman@kirkland.com; dboll@kirkland.com
cbruens@kirkland.com

Official Committee of Asbestos Personal Injury Claimants
c/o Elihu Inselbuch, Esquire
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500
ei@capdale.com

Official Committee of Asbestos Personal Injury Claimants
c/o Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Jeffrey A. Liesemer, Esquire
Caplin & Drysdale
One Thomas Circle, NW
Washington, DC 20005
pvnl@capdale.com; ndf@capdale.com
jal@capdale.com

Official Committee of Asbestos Personal Injury Claimants
c/o Mark T. Hurford, Esquire
Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
mhurford@camlev.com
meskin@camlev.com

Official Committee of Asbestos Personal Injury Claimants
c/o Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the America
New York, NY 10020
rhorkovich@andersonkill.com
rchung@andersonkill.com

Asbestos PI Future Claimants' Representative
c/o John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE  19806
jcp@pgslaw.com

Asbestos PI Future Claimants' Representative
c/o Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LIP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
rfrankel@orrick.com
rwyron@orrick.com

Asbestos PD Future Claimants' Representative
c/o Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esq.
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, TX  75202
arich@alanrichlaw.com

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Ecket Seamans Cherin & Mellot LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
elongosz@eckertseamans.com;
lstover@eckertseamans.com

#10600377 v1

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
rifft@wileyreinc.om; kmorell@wileyrein.com

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Marc J. Phillips, Esquire
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
mphillips@cblh.com; jwisler@cblh.com

Libby Claimant Vern Byington
c/o Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
cohn@cwg11.com
candon@cwg11.com

Libby Claimant Vern Byington
c/o Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Mona A. Parikh, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com; mumford@lrclaw.com
parikh@lrclaw.com