## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                       )     Chapter 11

                           )

W.R. GRACE & CO., et al.,       )     Case No. 01-1139 (JKF)

                           )

         Debtors.         )     Jointly Administered

                           )

                           )

### NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on February 23, 2009, true and correct

copies of the Response Of BNSF Railway Company To The Joinder Of Vern Byington In The

Debtors', Asbestos Pi Future Claimants' Representative's And Official Committee Of Asbestos

Personal Injury Claimants' First Request For Production Of Documents And First Set Of

Interrogatories were served upon the attached service list by United States first class mail,

postage pre-paid and by electronic mail

Dated: February 23, 2009
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

#10600577 v1

Libby Claimant Vern Byington
c/o Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
cohn@cwg11.com
candon@cwg11.com

Libby Claimant Vern Byington
c/o Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Mona A. Parikh, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com; mumford@lrclaw.com
parikh@lrclaw.com