IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |

## NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on February 23, 2009, true and correct copies of the Response of BNSF Railway Company To The Joinder Of Maryland Casualty Company In The Debtors', Asbestos PI Future Claimants' Representative's And Official Committee Of Asbestos Personal Injury Claimants' First Request For Production Of Documents And First Set Of Interrogatories were served upon the attached service list by United States first class mail, postage pre-paid and by electronic mail.

Dated: February 23, 2009
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

-1-

#10600611 v1

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Marc J. Phillips, Esquire
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
mphillips@cblh.com; jwisler@cblh.com

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Ecket Seamans Cherin & Mellot LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
elongosz@eckertseamans.com;
lstover@eckertseamans.com

Maryland Casualty Company, Zurich Insurance
Company and Zurich International (Bermuda) Ltd.
c/o Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
rifft@wileyreinc.om; kmorell@wileyrein.com