# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on February 23, 2009, I caused a copy of the attached *Notice of Service of Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Elmer Biladeau's Interrogatories Propounded Upon Asbestos PI Committee*, to be served upon the individuals on the attached service list, in the manner indicated.

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900 (tel)
(302) 426-9947 (fax)
mhurford@camlev.com

Dated: February 23, 2009

{D0147311.1 }