**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>           Debtors. | ) <br>) Chapter 11<br>) Case No. 01-1139 (JKF)<br>)<br>) (Jointly Administered)<br>)<br>) |

**NOTICE OF SERVICE OF OBJECTIONS AND ANSWERS OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO GAYLA BENEFIELD'S AMENDED FIRST INTERROGATORIES PROPOUNDED UPON PLAN PROPONENTS**

**PLEASE TAKE NOTICE** that on February 23, 2009, a true and correct copy of the

*Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Gayla*

*Benefield's Amended First Interrogatories Propounded Upon Plan Proponents* was served on

counsel via overnight mail and/or electronic mail, as indicated on the attached service list.

Respectfully submitted,

Dated:  February 23, 2009

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Marla R. Eskin (Bar No. 2989)
Mark T. Hurford (Bar No. 3299)
800 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone:  (302) 426-1900
Facsimile:   (302) 426-9947
meskin@camlev.com
mhurford@camlev.com

and

CAPLIN & DRYSDALE
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone:  (212) 319-7125
Facsimile:   (212) 644-6755

{D0147137.1 }

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Co-Counsel for the Official Committee of Asbestos Personal Injury Claimants*

{D0147137.1}                              2

# SERVICE LIST

*VIA OVERNIGHT MAIL AND ELECTRONIC MAIL*

Adam G. Landis
Kerri K. Mumford
Mona A. Parikh
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mumford@lrclaw.com
Parikh@lrclaw.com

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
cohn@cwg11.com
candon@cwg11.com

*VIA ELECTRONIC MAIL*

STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
kpasquale@stroock.com
akrieger@stroock.com

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Jay M. Sakalo, Esquire
jsakalo@bilzin.com

FERRY, JOSEPH & PEARCE, P.A.
Theodore J. Tacconelli, Esquire
ttacconelli@ferryjoseph.com

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan, Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
caseyl@pepperlaw.com

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey Wisler, Esquire
jwisler@cblh.com

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com

LOWENSTEIN SANDLER PC
Ira M. Levee, Esquire
ilevee@lowenstein.com

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
stearn@rlf.com

VORYS, SATER, SEYMOUR and PEASE LLP
Tiffany Strelow Cobb, Esquire
tscobb@vorys.com

LANDIS RATH & COBB LLP'
Richard S. Cobb, Esquire
James S. Green, Jr., Esquire
cobb@lrclaw.com
green@lrclaw.com

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@fmew.com
swspencer@fmew.com

WILEY REIN LLP
Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
rifft@wileyrein.com
kmorell@wileyrein.com

WHITE AND WILLIAMS LLP
Joseph Gibbons, Esquire
gibbonsj@whiteandwilliams.com

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com

STEVENS & LEE, P.C.
John D. Demmy, Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Beth Stern Fleming, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
bsf@stevenslee.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
mphillips@paulweiss.com
rzubaty@paulweiss.com

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
Samuel Rubin, Esquire
Karen E. Abravanel, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
srubin@stblaw.com
kabravanel@stblaw.com

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
jcohn@cozen.com

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky, Esquire
david.turetsky@skadden.com

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>Carl J. Pernicone, Esquire<br>carl.pernicone@wilsonelser.com | O'MELVENY & MYERS LLP<br>Tancred Schiavoni, Esquire<br>tschiavoni@omm.com |
| STEPTOE & JOHNSON LLP<br>George R. Calhoun V, Esquire<br>gcalhoun@steptoe.com | KIRKLAND & ELLIS<br>David Bernick, Esquire<br>Lisa G. Esayian, Esquire<br>Christopher T. Greco, Esquire<br>Craig A. Bruens, Esquire<br>Theodore L. Freedman, Esquire<br>Kimberly Love, Sr. Legal Assistant<br>dbernick@kirkland.com<br>lesayian@kirkland.com<br>cgreco@kirkland.com<br>cbruens@kirkland.com<br>tfreedman@kirkland.com<br>klove@kirkland.com |
| CUYLER BURK P.C.<br>Andrew K. Craig, Esquire<br>acraig@cuyler.com | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Jonathan Guy, Esquire<br>Peri N. Mahaley, Esquire<br>Debra L. Felder, Esquire<br>Kathleen A. Orr, Esquire<br>rfrankel@orrick.com<br>rwyron@orrick.com<br>jguy@orrick.com<br>dfelder@orrick.com<br>pmahaley@orrick.com<br>korr@orrick.com | |
| | PACHULSKI STANG ZIEHL & JONES LLP<br>James E. O'Neill, Esquire<br>joneill@pszjlaw.com |
| | ZUCKERMAN SPAEDER LLP<br>Virginia Whitehill Guldi, Esquire<br>vguldi@zuckerman.com |
| | McCARTER & ENGLISH, LLP<br>Katharine L. Mayer, Esquire<br>kmayer@mccarter.com |
| W.R. GRACE COMPANY<br>Richard Finke<br>Mark Shelnitz<br>John McFarland<br>richard.finke@grace.com<br>mark.shelnitz@grace.com<br>john.mcfarland@grace.com | ZEICHNER ELLMAN & KRAUSE LLP<br>Michael S. Davis, Esquire<br>Robert Guttmann, Esquire<br>rguttmann@zeklaw.com<br>mdavis@zeklaw.com |
| CAPLAN & DRYSDALE, CHARTERED<br>Jeffrey A. Liesemer, Esquire<br>Peter Van N. Lockwood, Esquire<br>Nathan Finch, Esquire<br>jal@capdale.com<br>pvnl@capdale.com<br>ndf@capdale.com | MENDES & MOUNT LLP<br>Alexander Mueller, Esquire<br>Anna Newsom, Esquire<br>alexander.mueller@mendes.com<br>anna.newsom@mendes.com |
| CROWELL & MORING<br>Leslie Epley Davis<br>lepley@crowell.com | WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young, Esquire<br>young@wildman.com |

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
mhurford@camlev.com


RICHARDSON PATRICK WESTBROOK &
BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com

ANDERSON KILL & OLICK P.C.
Robert M. Horkovich, Esquire
rhorkovich@andersonkill.com

THE LAW OFFICES OF JANET S. BAER
P.C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

MCGARVEY, HEBERLING, SULLIVAN
and MCGARVEY, P.C.
Jon Heberling, Esquire
jheberling@mcgarveylaw.com

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
Phillip Bentley
Douglas Mannal
David Blabey
Pbentley@kramerlevin.com
dmannal@kramerlevin.com
dblabey@kramerlevin.com