## EXHIBIT A

## Total Contributions By Calendar Year[1]

| Due Date | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|
| January 15 | $8,713,625.00 | $16,279,562.00 | $14,830,385.00 | $7,604,629.00 |
| April 15 | $20,331,037.00 | $20,567,271.00 | $17,823,645.00 | $8,533,803.00 |
| July 15 | $21,343,849.00 | $8,982,359.00 | $20,284.00 | $8,936,559.00 |
| September 15 | $44,893,500.00 | $15,343,157.00 | $10,528,926.00 | $4,824,756.00 |
| October 15 | $6,145,562.00 | $14,830,385.00 | $5,800,937.00 | $9,030,103.00 |
| Totals | $101,427,573.00 | $76,002,734.00 | $49,006,185.00.00 | $38,931,859.00.00[2] |

---

[1]  Amounts listed for 2006 to January 2009 are actual contributions. The contributions for April 15, July 15, and October 15, 2009, are the estimates for the quarterly contributions for the 2009 plan year. These 2009 contributions are calculated based on 25% of the minimum contribution for 2008, and assume that the upcoming 2009 actuarial valuation will not result in lower contributions. (See paragraphs 4 and 5 herein for a further explanation.). The September 2009 contribution noted above is the last contribution for the 2008 plan year.

[2]  In the most recent Prior Funding Motion, the estimated total contributions for the 2009 calendar year were approximately $40.3 million.