IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 23rd day of February, 2009, I caused

a copy of the following documents to be served on the individuals on the attached service list in

the manner indicated:

**Notice of Service of Discovery**

_James E. O'Neill_

James E. O'Neill (Bar No. 4042)

*Via Electronic Delivery and First Class Mail*
(Counsel to Arrowood Indemnity Company)
Garvan F. McDaniel, Esquire
Bifferato Gentilotti
800 N. King Street, First Floor
Wilmington, DE 19801
gmcdaniel@bglawde.com

*Via Electronic Delivery and First Class Mail*
(Counsel to Arrowood Indemnity Company)
Brad Elias, Esquire
Tanc Schiavoni, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
belias@omm.com
tschiavoni@omm.com

*Via Electronic Delivery and First Class Mail*
(Counsel to Arrowood Indemnity Company)
Carl Pernicone, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
carl.pernicone@wilsonelser.com

**W.R. Grace 2/20/09 Service list**
Case No. 01-1139 (JKF)
Doc. No. 145212
1 – Hand Delivery
1 – First Class Mail
99– Electronic Delivery

***Hand Delivery and Electronic Delivery***
(Counsel to BNSF Railway Company)
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
meltzere@pepperlaw.com

***First Class Mail***
(Counsel to BNSF Railway Company)
Edward C. Toole, Jr., Esquire
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
toolee@pepperlaw.com
caseyl@pepperlaw.com

STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
kpasquale@stroock.com
akrieger@stroock.com

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Jay M. Sakalo, Esquire
jsakalo@bilzin.com

FERRY, JOSEPH & PEARCE, P.A.
Theodore J. Tacconelli, Esquire
ttacconelli@ferryjoseph.com

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
caseyl@pepperlaw.com

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com

LOWENSTEIN SANDLER PC
Ira M. Levee, Esquire
ilevee@lowenstein.com

RICHARDS, LAYTON & FINGER, P.A.
Cory D. Kandestin, Esquire
stearn@rlf.com

VORYS, SATER, SEYMOUR and PEASE
LLP
Tiffany Strelow Cobb, Esquire
tscobb@vorys.com

LANDIS RATH & COBB LLP'
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
James S. Green, Jr., Esquire
Rick Cobb, Esquire
landis@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
cobb@lrclaw.com

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey Wisler, Esquire
jwisler@cblh.com

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com

FORD MARRIN ESPOSITO WITMEYER
& GLESER, LLP
Shayne W. Spencer, Esquire
swspencer@fmew.com

WILEY REIN LLP
Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
rifft@wileyrein.com
kmorell@wileyrein.com

WHITE AND WILLIAMS LLP
Joseph Gibbons, Esquire
gibbonsj@whiteandwilliams.com

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
Jeffrey.boerger@dbr.com

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Beth Stern Fleming, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
bsf@stevenslee.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
mphillips@paulweiss.com
rzubaty@paulweiss.com

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
Samuel Rubin, Esquire
Karen E. Abravanel@stblaw.com
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
kabravanel@stblaw.com
Srubin@stblaw.com

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
jcohn@cozen.com

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
carl.pernicone@wilsonelser.com

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
David Turetsky, Esquire
david.turetsky@skadden.com

KRAMER LEVIN NAFTALIS &
FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
dblabey@kramerlevin.com

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
mdavis@zeklaw.com

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Peri Mahaley, Esquire
Kathleen Orr, Esquire
dfelder@orrick.com
rfrankel@orrick.com
rwyron@orrick.com
jguy@orrick.com
pmahaley@orrick.com
korr@orrick.com

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com

CROWELL & MORING
Leslie Epley Davis
lepley@crowell.com

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
mhurford@camlev.com

O'MELVENY & MYERS LLP
Tancred Schiavoni, Esquire
tschiavoni@omm.com

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Criag A. Bruens, Esquire
Theodore L. Freedman, Esquire
K. Love, Esquire
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com

PACHULSKI STANG ZIEHL & JONES
LLP
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
Lynzy Oberholzer, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com
loberholzer@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Virginia Whitehill Guldi, Esquire
vguldi@zuckerman.com

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
kmayer@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Robert Guttmann, Esquire
rguttmann@zeklaw.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Anna Newsom, Esquire
alexander.mueller@mendes.com
anna.newsom@mendes.com

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com

RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick, Esquire
rhorkovich@andersonkill.com

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro, Esquire
emdecristofaro@fmew.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF JANET S. BAER
P. C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

MCGARVEY, HEBERLING, SULLIVAN
& MCGARVEY P.C.
Jon L. Heberling, Esquire
jheberling@mcgarveylaw.com