UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 20, 2009 a true and correct copy of Federal Insurance Company's Objections and Responses to Plan Proponents' First Set of Interrogatories and Request for Production of Documents were served upon the parties identified on the service list attached hereto as Exhibit "A" via the manner indicated thereon.

COZEN O'CONNOR

/s/ Jeffrey R. Waxman

Jeffrey R. Waxman (DE No. 4159)
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2000 Telephone
(302) 295-2013 Facsimile

Counsel for Federal Insurance Company

Dated: February 24, 2009

WILMINGTON\85893\1 113022.000