## EXHIBIT "A"

## SERVICE LIST

## VIA FIRST CLASS MAIL ONLY

Phillips, Goldman & Spence, P.A.
Attn:  John C. Phillips, Jr. (Bar No. 110)
1200 North Broom Street
Wilmington, De  19806
Counsel to the Asbestos PI FCR

## VIA FIRST CLASS MAIL & E-MAIL

Kirkland & Ellis LLP
Attn:  David M. Bernick, P.C. (dbernick@kirkland.com)
Janet S. Baer (jbaer@kirkland.com)
Lisa Esayian (lesayian@kirkland.com)
200 East Randolph Drive
Chicago, IL  60601
Counsel to the Debtors

Kirkland & Ellis LLP
Attn:  Theodore L. Freedman (tfreedman@kirkland.com)
Deanna D Boll (dboll@kirkland.com)
Craig A. Bruens (cbruens@kirkland.com)
Citigroup Center
153 E. 53rd Street
New York, NY  10022
Counsel to the Debtors

Pachulski Stang Ziehl & Jones LLP
Attn:  Laura Davis Jones (Bar No. 2436) (ljones@pszjlaw.com)
James E. O'Neill (Bar No. 4042) (joneill@pszjlaw.com)
Timothy Cairns (Bar No. 4228) (tcairns@pszjlaw.com)
Kathleen P. Makowski, Esq. (kmakowski@pszjlaw.com)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899
Counsel to the Debtors

Anderson Kill & Olick, P.C.
Attn: Robert M. Horkovich (rhorkovich@andersonkill.com)
1251 Avenue of the Americas
New York, NY 10020
Counsel to the Debtors

WILMINGTON\85893\1  113022.000

Caplin & Drysdale, Chartered
Attn: Jeffrey Liesemer (jal@capdale.com)
One Thomas Circle, NW
Washington, DC 20005
Counsel to the ACC

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch (ei@capdale.com)
375 Park Avenue
New York, NY 10153
Counsel to the ACC

Campbell & Levine, LLC
Attn: Marla R. Eskin (Bar No. 2989) (meskin@camlev.com )
Mark T. Hurford (Bar No. 3299) (mhurford@camlev.com)
800 King Street, Suite 300
Wilmington, DE 19801
Counsel to the ACC

Orrick, Herrington & Sutcliffe LLP
Attn: Roger Frankel (rfrankel@orrick.com)
Richard H. Wyron (rwyron@orrick.com)
Debra L. Felder (dfelder@orrick.com)
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Counsel to the Asbestos PI FCR


**VIA EMAIL ONLY**
dfelder@orrick.com
caseyl@pepperlaw.com
ealcabes@stblaw.com
michael.brown@dbr.com
gcalhoun@steptoe.com
candon@cwg11.com
carignanj@pepperlaw.com
tscobb@vorys.com
cohn@cwg11.com
acraig@cuyler.com
mdavis@zeklaw.com
emdecristofaro@fmew.com
fournierd@pepperlaw.com
rfrankel@orrick.com
mgiannotto@goodwinprocter.com

dglosband@goodwinprocter.com
jal@capdale.com
jdd@stevenslee.com
david.klauder@usdoj.gov
akrieger@stroock.com
lepley@crowell.com
ilevee@lowenstein.com
lpg@stevenslee.com
elongosz@eckertseamans.com
kmangan@wcsr.com;
gmcdaniel@bglawde.com
mes@stevenslee.com
fmonaco@wcsr.com
bmukherjee@goodwinprocter.com
ppantaleo@stblaw.com
kpasquale@stroock.com
perniconec@wilsonelser.com
mphillips@paulweiss.com
mpiropato@stblaw.com
david.primack@dbr.com
pvnl@capdale.com
rifft@wileyrein.com
wrussell@stblaw.com
jsakalo@bilzin.com
swspencer@fmew.com
stearn@rlf.com
lstover@eckertseamans.com
ttacconelli@ferryjoseph.com
david.turetsky@skadden.com
jwaxman@cozen.com
jwisler@cblh.com
rwyron@orrick.com
arich@alanrichlaw.com
ewestbrook@rpwb.com
JOneill@pszjlaw.com
tfreedman@kirkland.com
jguy@orrick.com
TSchiavoni@OMM.com
mhurford@camlev.com
rhorkovich@andersonkill.com
ndf@capdale.com
rguttman@zeklaw.com
vguldi@zuckerman.com
kmayer@mccarter.com
alexander.mueller@mendes.com
anna.newsom@mendes.com

pmahaley@orrick.com
korr@orrick.com
jeffrey.boerger@dbr.com
warren.pratt@dbr.com
bsf@stevenslee.com
rzubaty@paulweiss.com
kmorell@wileyrein.com
kabravanel@stblaw.com
srubin@stblaw.com
jheberling@mcgarveylaw.com
young@wildman.com
green@lrclaw.com
cobb@lrclaw.com
Gibbonsj@whiteandwilliams.com
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
klove@kirkland.com
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com
jbaer@jsbpc.com
Pbentley@kramerlevin.com
dmannal@kramerlevin.com
dblabey@kramerlevin.com
landis@lrclaw.com
mumford@lrclaw.com
JCP@pgslaw.com
CAH@pgslaw.com