**EXHIBIT A**

Professional services rendered: November 2008: **IRS Audit Issue: Continued preparation for Appeals conference (100 page presentation) and follow up after meeting**

Professional services rendered through: November 30, 2008

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/03/08 | G.N. Kidder | Review materials and prepare for conference call with IRS appeals. | 0.50 |
| 11/03/08 | G.N. Kidder | Conference call with IRS appeals to discuss SRLY issue. | 1.00 |
| 11/03/08 | G.N. Kidder | Research Tax Court calendar rules. | 0.30 |
| 11/03/08 | G.N. Kidder | Discuss Tax Court calendar rules with Sam Williams. | 0.10 |
| 11/03/08 | G.N. Kidder | Follow-up phone call to discuss next steps. | 0.50 |
| 11/03/08 | M.D. Lerner | Memo of call with Mr. Lefkiewicz to report to client. | 0.40 |
| 11/03/08 | M.D. Lerner | Prepare for call with IRS Appeals. | 1.50 |
| 11/03/08 | M.D. Lerner | Call with Mr. Lefkiewicz. | 0.30 |
| 11/03/08 | M.D. Lerner | Dictation of motion for continuance. | 0.40 |
| 11/03/08 | M.D. Lerner | Conference call with IRS Appeals. | 1.00 |
| 11/03/08 | M.J. Silverman | Conference call re appeals and talk with client. | 2.00 |
| 11/03/08 | S.T. Williams | Meet with Greg Kidder to discuss Tax Court procedure for assigning judges to calendered cases. | 0.50 |
| 11/04/08 | G.N. Kidder | Revise draft motion for continuance in Tax Court case. | 0.50 |
| 11/04/08 | G.N. Kidder | Research recent tax court cases that involve consolidated return regulations and draft internal memorandum describing research. | 4.50 |
| 11/04/08 | M.D. Lerner | Discussion of next steps for case. | 0.30 |
| 11/04/08 | M.D. Lerner | Email to Greg Kidder re information needed. | 0.10 |
| 11/04/08 | M.D. Lerner | Edit Motion for Continuance. | 0.20 |
| 11/06/08 | M.D. Lerner | Call with client re overpayment netting; research re same. | 0.40 |
| 11/06/08 | M.D. Lerner | Work on Motion to Continue. | 2.00 |
| 11/06/08 | M.J. Silverman | Review and revise Judge Cohen case motion issue re TC. | 1.50 |
| 11/07/08 | A.E. Moran | Work on bill for September 2008 and send out. | 0.70 |
| 11/07/08 | G.N. Kidder | Phone call with Matt Lerner to discuss tax court research. | 0.10 |
| 11/07/08 | G.N. Kidder | Research tax court cases potentially relevant to resolution of SRLY issue. | 1.50 |
| 11/07/08 | M.D. Lerner | Calls to consider motion for continuance. | 0.20 |
| 11/07/08 | M.J. Silverman | Review Judge Cohen attachments. | 1.50 |

| | | | |
|---|---|---|---|
| 11/09/08 | G.N. Kidder | Research tax court decisions relevant to litigation of SRLY issue in Tax Court. | 5.00 |
| 11/10/08 | F. Carter | Research court cases relevant to consolidated return issue. | 2.00 |
| 11/10/08 | G.N. Kidder | Research tax court cases relevant to SRLY issue. | 6.00 |
| 11/10/08 | G.N. Kidder | Phone call with Felicia Carter to discuss research on tax court cases relevant to SRLY issue. | 0.30 |
| 11/10/08 | G.N. Kidder | Phone call with Mark Silverman to discuss research on tax court cases relevant to SRLY issue. | 0.30 |
| 11/10/08 | M.D. Lerner | Read decisions authored by Tax Court dealing with regulatory interpretation. | 0.20 |
| 11/10/08 | M.J. Silverman | Review authority of TC judges and consider possible judges. | 1.50 |
| 11/11/08 | M.D. Lerner | Read cases re interpretation of legislative regulations to refine tactical approach to issue. | 1.40 |
| 11/11/08 | M.J. Silverman | Review cases for Thronton and Cahill. | 1.00 |
| 11/12/08 | G.N. Kidder | Respond to inquiry from Matt Lerner re: Tax Court procedure. | 0.20 |
| 11/12/08 | M.D. Lerner | Decide on strategy re continuance. | 0.10 |
| 11/12/08 | M.D. Lerner | Discussion with Larry Lefkiewicz re scheduling. | 0.10 |
| 11/12/08 | M.D. Lerner | Discussion with client re recommended action. | 0.20 |
| 11/12/08 | M.J. Silverman | Call with Carol Finke re TC judge. | 1.00 |
| 11/13/08 | A.E. Moran | Revise October bill. | 0.60 |
| 11/13/08 | G.N. Kidder | Review draft motion for continuance in Tax Court case. | 0.20 |
| 11/13/08 | M.D. Lerner | Edit motion for continuance. | 0.50 |
| 11/14/08 | G.N. Kidder | Phone call with Felicia Carter to discuss background of SRLY issue and research on relevant consolidated return caselaw. | 0.30 |
| 11/14/08 | G.N. Kidder | Draft discovery request letter to send to IRS counsel in Tax Court case. | 1.70 |
| 11/14/08 | M.D. Lerner | Send email outlining need for informal discovery requests and what their content should be. | 0.30 |
| 11/14/08 | M.D. Lerner | Outline additional research. | 0.10 |
| 11/14/08 | M.J. Silverman | Review motion for continuance. | 1.00 |
| 11/17/08 | F. Carter | Reviewed IRS Appeals Conference materials for case background. | 0.60 |
| 11/17/08 | G.N. Kidder | Draft discovery requests for Tax Court litigation. | 3.80 |
| 11/17/08 | M.D. Lerner | Transmit revised motion to IRS. | 0.10 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/18/08 | F. Carter | Reviewed IRS Appeals Conference materials for case background. Call with G. Kidder regarding assignment to find instances where treasury regulations have been expanded. | 0.70 |
| 11/18/08 | G.N. Kidder | Draft discovery requests for IRS counsel in Tax Court litigation. | 5.50 |
| 11/18/08 | G.N. Kidder | Discuss research project re: consolidated returns with Felicia Carter. | 0.50 |
| 11/19/08 | F. Carter | Research consolidated return cases that have expanded the scope of regulations. | 1.00 |
| 11/19/08 | M.D. Lerner | Begin review of discovery requests. | 0.10 |
| 11/19/08 | M.D. Lerner | Read and sign motion for continuance. | 0.10 |
| 11/20/08 | F. Carter | Research consolidated return cases that have expanded the scope of regulations. | 2.10 |
| 11/20/08 | F. Carter | Read downloaded cases regarding research on consolidated return cases that have expanded the scope of regulations. | 0.60 |
| 11/24/08 | F. Carter | Read downloaded cases regarding expansion of consolidated return regulations. | 1.10 |
| 11/25/08 | F. Carter | Read downloaded case re judicial expansion of consolidated return regulations. | 1.00 |
| 11/25/08 | M.D. Lerner | Work on discovery questions. | 2.00 |
| 11/25/08 | M.D. Lerner | Calls with L. Letkiewicz. | 0.30 |
| 11/26/08 | M.D. Lerner | Draft email re Court's order. | 0.30 |
| 11/26/08 | M.D. Lerner | Schedule meeting. | 0.20 |
| 11/26/08 | M.D. Lerner | Edit discovery letter. | 1.00 |
| 11/26/08 | M.J. Silverman | Talk with IRS and counsel. | 0.40 |
| 11/26/08 | M.J. Silverman | Consider options for case. | 0.60 |
| 11/29/08 | F. Carter | Review Consolidated Returns Portfolio to research expansion of consolidated return regulations. | 1.40 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 10.50 | 895.00 | 9,397.50 |
| M.D. Lerner | 13.80 | 700.00 | 9,660.00 |
| A.E. Moran | 1.30 | 570.00 | 741.00 |
| G.N. Kidder | 32.80 | 470.00 | 15,416.00 |
| S.T. Williams | 0.50 | 315.00 | 157.50 |
| F. Carter | 10.50 | 275.00 | 2,887.50 |
| Total | 69.40 | | 38,259.50 |

|  |  | Total Fees | $38,259.50 |
|---|---|---|---|

Disbursements:

| | | |
|---|---|---|
| Local Messenger | 39.12 | |
| Duplicating | 1.30 | |
| On-Line Research/Information Retrieval | 10.58 | |
| Long Distance Telephone | 74.32 | |

|  | Total Disbursements | $125.32 |
|---|---|---|
|  | Total This Statement | $38,384.82 |

Tax Reorganization Issue: Professional services rendered through: November 30, 2008

| Date | Professional | Description | Hours |
|---|---|---|---|
| 11/01/08 | S.T. Williams | Research regarding tax treatment of advance payments made for future intangibles. | 7.00 |
| 11/03/08 | S.T. Williams | Research regarding the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 4.50 |
| 11/04/08 | M.C. Durst | Conversation with S. Williams regarding timing memorandum. | 0.40 |
| 11/04/08 | M.J. Silverman | Talk with Lerner re TC issues; review motion to continue. | 1.50 |
| 11/04/08 | S.T. Williams | Draft memo regarding the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 7.00 |
| 11/04/08 | S.T. Williams | Call with Mike Durst to discuss the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 0.50 |
| 11/05/08 | S.T. Williams | Draft memo regarding the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 6.00 |
| 11/06/08 | S.T. Williams | Draft memo regarding the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 4.50 |
| 11/11/08 | S.T. Williams | Draft memo regarding the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 7.00 |
| 11/12/08 | M.C. Durst | Conversation with S. Williams regarding timing memorandum. | 0.20 |
| 11/12/08 | S.T. Williams | Draft memo regarding the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 7.00 |

| 11/13/08 | M.C. Durst | Review of Deloitte license comparables. | 0.90 |
|---|---|---|---|
| 11/13/08 | M.C. Durst | Review of S. Williams draft memorandum regarding timing. | 0.50 |
| 11/13/08 | S.T. Williams | Draft memo regarding the tax treatment of transactions that would transfer future improvements of intellectual property to a subsidiary. | 4.50 |
| 11/14/08 | M.C. Durst | Preparation of memoranda to D. Poole. | 0.60 |
| 11/16/08 | M.C. Durst | Preparation of memorandum on prepayment. | 1.60 |
| 11/17/08 | M.C. Durst | Conversation with S. Williams regarding timing memorandum. | 0.30 |
| 11/17/08 | S.T. Williams | Reviewed Mike Durst's revisions to memo regarding the tax treatment of a transfer of existing and future IP. | 0.50 |
| 11/17/08 | S.T. Williams | Call with Mike Durst to discuss revision to memo regarding the tax treatment of a transfer of existing and future IP. | 0.30 |
| 11/18/08 | S.T. Williams | Revised memo regarding the tax treatment of a transfer of existing and future IP. | 2.80 |
| 11/19/08 | S.T. Williams | Revise memo regarding the tax treatment of a transfer of existing and future IP. | 7.00 |
| 11/20/08 | M.C. Durst | Review of comparables material. | 0.90 |
| 11/20/08 | S.T. Williams | Revise memo regarding the tax treatment of a transfer of existing and future IP. | 6.00 |
| 11/21/08 | M.C. Durst | Conversation with A. Keshk. | 0.30 |
| 11/21/08 | M.C. Durst | Conversation with S. Williams regarding timing memorandum. | 0.30 |
| 11/24/08 | M.C. Durst | Conversation with P. West, M. Silverman regarding Germany transaction. | 0.40 |
| 11/24/08 | M.J. Silverman | Conversation with Mr. Durst re pricing issues. | 0.40 |
| 11/24/08 | M.J. Silverman | Consider pricing issues. | 0.60 |
| 11/24/08 | S.T. Williams | Revise memo regarding the tax treatment of a transfer of existing and future IP. | 1.50 |
| 11/25/08 | S.T. Williams | Revise memo regarding the tax treatment of a transfer of existing and future IP. | 4.00 |
| 11/26/08 | M.C. Durst | Review of S. Williams memorandum. | 0.50 |
| 11/28/08 | M.C. Durst | Preparation of timing memorandum. | 1.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 2.50 | 895.00 | 2,237.50 |
| M.C. Durst | 8.70 | 865.00 | 7,525.50 |
| S.T. Williams | 70.10 | 315.00 | 22,081.50 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| Total | 81.30 | | $31,844.50 |

|  | | Total Fees | $31,844.50 |
|---|---|---|---|

Disbursements:

| | | |
|---|---|---|
| Duplicating | | 5.60 |
| Long Distance Telephone | | 70.99 |

| | Total Disbursements | $76.59 |
|---|---|---|
| | Total This Statement | $31,921.09 |