**EXHIBIT B**

012046.00003 TAX LITIGATION AUDIT ISSUE

```
Cost                 Timekeeper
Code       Date      Number   Name                    Quantity   Rate     Amount
=================================================================================
DELMES    11/19/08   08174    DEFAULT ATTORNEY,          1.00    19.56     19.56
  DELMES  11/19/08   08174    DEFAULT ATTORNEY,          1.00              19.56
DELMES    11/19/08   08174    DEFAULT ATTORNEY,          1.00    19.56     19.56
  DELMES  11/19/08   08174    DEFAULT ATTORNEY,          1.00              19.56
DELMES    11/19/08 Total:                                39.12

DELMES               Total:                              39.12

LASR      11/07/08   00206    Moran, Anne E.             1.00     0.10      0.10
  LASR    11/07/08   00206    Moran, Anne E.             1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      11/07/08   00206    Moran, Anne E.             1.00     0.10      0.10
  LASR    11/07/08   00206    Moran, Anne E.             1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      11/07/08   00206    Moran, Anne E.             1.00     0.10      0.10
  LASR    11/07/08   00206    Moran, Anne E.             1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      11/07/08   00206    Moran, Anne E.             1.00     0.10      0.10
  LASR    11/07/08   00206    Moran, Anne E.             1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      11/07/08 Total:                                 0.40
LASR      11/10/08   00206    Moran, Anne E.             1.00     0.10      0.10
  LASR    11/10/08   00206    Moran, Anne E.             1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR      11/10/08   00206    Moran, Anne E.             1.00     0.10      0.10
  LASR    11/10/08   00206    Moran, Anne E.             1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR      11/10/08   00206    Moran, Anne E.             1.00     0.10      0.10
  LASR    11/10/08   00206    Moran, Anne E.             1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR      11/10/08   00206    Moran, Anne E.             2.00     0.10      0.20
  LASR    11/10/08   00206    Moran, Anne E.             2.00     0.20      0.40
PC/Network Printing
```

```
PC LASER   2 Pages Wieczorek, JoAnn
LASR       11/10/08 Total:                              0.50

LASR       11/17/08 00206    Moran, Anne E.     2.00   0.10    0.20
  LASR     11/17/08 00206    Moran, Anne E.     2.00   0.20    0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       11/19/08 00206    Moran, Anne E.     1.00   0.10    0.10
  LASR     11/19/08 00206    Moran, Anne E.     1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       11/20/08 00206    Moran, Anne E.     1.00   0.10    0.10
  LASR     11/20/08 00206    Moran, Anne E.     1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

LASR                Total:                              1.30

TELECO     10/22/08 00008    Lerner, Matthew D. 1.00   35.22   35.22
  TELECO   10/22/08 00008    Lerner, Matthew D. 1.00           35.22
Soundpath charge for Conferencing Services
on 10/22/08 for 337 minutes.
Moderator: Matthew D. Lerner

TELECO     10/31/08 00008    Lerner, Matthew D. 1.00   26.56   26.56
  TELECO   10/31/08 00008    Lerner, Matthew D. 1.00           26.56
Soundpath charge for Conferencing Services
on 10/31/08 for 254 minutes.
Moderator: Matthew D. Lerner

TELECO     11/03/08 00008    Lerner, Matthew D. 1.00   12.54   12.54
  TELECO   11/03/08 00008    Lerner, Matthew D. 1.00           12.54
Soundpath charge for Conferencing Services
on 11/03/08 for 120 minutes.
Moderator: Matthew D. Lerner

TELECO              Total:                             74.32

WESTLAW    11/25/08 00206    Moran, Anne E.     1.00   10.58   10.58
  WESTLAW  11/25/08 00206    Moran, Anne E.     1.00           10.58
Westlaw On-Line Research

DC Westlaw Search by:  WILLIAMS,SAMUEL
Total: 012046.00003 TAX LITIGATION AUDIT ISSUE     125.32

Report Total:                                      125.32
```

```
012046.00004 TAX REORGANIZATION ISSUES

Cost                Timekeeper
Code       Date     Number   Name                    Quantity   Rate     Amount
================================================================================
LASR       11/07/08 00206    Moran, Anne E.            12.00    0.10       1.20
  LASR     11/07/08 00206    Moran, Anne E.            12.00    0.20       2.40
PC/Network Printing

PC LASER   12 Pages Ward, Brenda
LASR       11/07/08 00206    Moran, Anne E.            12.00    0.10       1.20
  LASR     11/07/08 00206    Moran, Anne E.            12.00    0.20       2.40
PC/Network Printing

PC LASER   12 Pages Ward, Brenda
LASR       11/07/08 Total:                              2.40
LASR       11/17/08 00206    Moran, Anne E.            15.00    0.10       1.50
  LASR     11/17/08 00206    Moran, Anne E.            15.00    0.20       3.00
PC/Network Printing

PC LASER   15 Pages Williams, Samuel
LASR       11/17/08 00206    Moran, Anne E.             2.00    0.10       0.20
  LASR     11/17/08 00206    Moran, Anne E.             2.00    0.20       0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       11/17/08 Total:                              1.70
LASR       11/18/08 00206    Moran, Anne E.            15.00    0.10       1.50
  LASR     11/18/08 00206    Moran, Anne E.            15.00    0.20       3.00
PC/Network Printing

PC LASER   15 Pages Williams, Samuel

LASR                Total:                              5.60

TELECO     10/14/08 00051    Silverman, Mark J.         1.00   24.90      24.90
  TELECO   10/14/08 00051    Silverman, Mark J.         1.00              24.90
Soundpath charge for Conferencing Services
on 10/14/08 for 238 minutes.
Moderator: Mark Silverman

TELECO     10/27/08 00143    West, Philip R.            1.00   46.09      46.09
  TELECO   10/27/08 00143    West, Philip R.            1.00              46.09
Soundpath charge for Conferencing Services
on 10/27/08 for 441 minutes.
Moderator: Philip R. West

TELECO              Total:                             70.99

Total: 012046.00004 TAX REORGANIZATION ISSUES          76.59


Report Total:                                          76.59
```