**EXHIBIT A**

Professional services rendered: December 2008: **IRS Audit Issue: Continued preparation for Appeals conference (100 page presentation) and follow up after meeting**
Professional services rendered through: December 31, 2008

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/01/08 | G.N. Kidder | Review comments from Matt Lerner and Bryan Collins on draft discovery requests and edit discovery requests. | 5.80 |
| 12/01/08 | M.D. Lerner | Edit Branerton letter. | 0.20 |
| 12/01/08 | M.J. Silverman | Begin review of discovery motion. | 1.00 |
| 12/02/08 | G.N. Kidder | Revise discovery requests based on comments from Bryan Collins. | 1.50 |
| 12/02/08 | M.J. Silverman | Review and revise TC motion; talk to client. | 2.00 |
| 12/03/08 | G.N. Kidder | Revise discovery requests based on comments from Bryan Collins. | 2.00 |
| 12/03/08 | M.J. Silverman | Revise TC motion for facts. | 1.00 |
| 12/04/08 | F. Carter | Read downloaded cases regarding expansion of consolidated return regulations. | 1.00 |
| 12/04/08 | G.N. Kidder | Revise discovery requests based on comments from Mark Silverman. | 0.80 |
| 12/04/08 | M.J. Silverman | Review revised Tax Court motion. | 1.50 |
| 12/05/08 | F. Carter | Read downloaded cases regarding expansion of consolidated return regulations. | 1.00 |
| 12/05/08 | G.N. Kidder | Revise discovery requests based on comments from Matt Lerner, Bryan Collins, and Carol Finke during earlier conference call. | 1.80 |
| 12/05/08 | G.N. Kidder | Conference call with Matt Lerner, Bryan Collins, and Carol Finke to discuss discovery requests for IRS counsel. | 1.00 |
| 12/05/08 | G.N. Kidder | Research discovery rules cited in draft scheduling order. | 0.50 |
| 12/05/08 | M.D. Lerner | Review scheduling proposal and draft discovery request to prepare for our call. | 0.20 |
| 12/05/08 | M.D. Lerner | Call to go over draft Branerton letter. | 1.00 |
| 12/05/08 | M.D. Lerner | Edit Branerton letter. | 0.20 |
| 12/05/08 | M.J. Silverman | Review revised motion; call with client; review 482 memo. | 2.50 |
| 12/08/08 | G.N. Kidder | Review edits to discovery requests by Matt Lerner. | 0.20 |
| 12/08/08 | M.D. Lerner | Final edits to discovery requests. | 0.40 |
| 12/08/08 | M.J. Silverman | Review TC motion. | 1.00 |
| 12/09/08 | F. Carter | Summarize research findings re IRS expansion of Treasury regulations. | 1.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/10/08 | F. Carter | Read downloaded IRS rulings re the expansion of Treasury regulations. Summarized research findings. | 4.40 |
| 12/11/08 | F. Carter | Summarize research findings re IRS expansion of Treasury regulations. | 0.60 |
| 12/12/08 | G.N. Kidder | Research consolidated return cases that apply rules in regulations outside the scope of the regulations themselves. | 1.50 |
| 12/15/08 | G.N. Kidder | Review research on consolidated return cases applying ambiguous statutes. | 2.80 |
| 12/17/08 | F. Carter | Westlaw search regarding IRS expansion of Treasury regulations. | 3.30 |
| 12/17/08 | G.N. Kidder | Phone call with Felicia Carter to discuss consolidate return regulation research. | 0.50 |
| 12/18/08 | F. Carter | Read and summarized downloaded authority re research on IRS expansion of Treasury regulations. | 3.00 |
| 12/19/08 | G.N. Kidder | Review authority on interpretation of consolidated return regulations and outline prepared by Felicia Carter. | 2.20 |
| 12/19/08 | G.N. Kidder | Discuss authority on interpretation of consolidated return regulations with Felicia Carter. | 0.30 |
| 12/22/08 | M.D. Lerner | Call re Kovel arrangement. | 0.10 |
| 12/31/08 | M.J. Silverman | Consider SRLY issue; prepare for meeting with counsel. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 10.00 | 895.00 | 8,950.00 |
| M.D. Lerner | 2.10 | 700.00 | 1,470.00 |
| G.N. Kidder | 20.90 | 470.00 | 9,823.00 |
| F. Carter | 14.80 | 275.00 | 4,070.00 |
| Total | 47.80 | | 24,313.00 |

Total Fees $24,313.00

Disbursements:

| | |
|---|---|
| Local Messenger | 39.12 |
| Duplicating | 5.00 |
| Postage | 2.00 |

Total Disbursements $46.12

Total This Statement $24,359.12

Doc. # DC-2160721 v.1 2/23/09 11:41 AM

<u>Reorganization Issue</u>: Professional services rendered through: December 31, 2008

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/03/08 | M.C. Durst | Preparation of memorandum regarding timing. | 3.20 |
| 12/03/08 | M.C. Durst | Conversation with J. Wagner. | 0.30 |
| 12/04/08 | M.C. Durst | Preparation of memorandum regarding timing. | 3.90 |
| 12/04/08 | S.T. Williams | Review Mike Durst's revisions to memo regarding tax treatment of transferred IP. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.C. Durst | 7.40 | 865.00 | 6,401.00 |
| S.T. Williams | 1.00 | 315.00 | 315.00 |
| Total | 8.40 | | 6,716.00 |

Total Fees    $6,716.00

Disbursements:

| | |
|---|---|
| Duplicating | 5.70 |
| On-Line Research/Information Retrieval | 95.19 |

Total Disbursements    $<u>100.89</u>

Total This Statement    $<u>6,816.89</u>

Doc. # DC-2160721 v.1 2/23/09 11:41 AM