**EXHIBIT B**

012046.00003 TAX LITIGATION AUDIT ISSUE

```
Cost                  Timekeeper
Code       Date       Number     Name                    Quantity   Rate    Amount
===================================================================================
DELMES     12/09/08   08174      DEFAULT ATTORNEY,          1.00   19.56    19.56
  DELMES   12/09/08   08174      DEFAULT ATTORNEY,          1.00            19.56

DELMES     12/09/08   08174      DEFAULT ATTORNEY,          1.00   19.56    19.56
  DELMES   12/09/08   08174      DEFAULT ATTORNEY,          1.00            19.56

DELMES     12/09/08   Total:                               39.12

DELMES                Total:                               39.12

DUPLDC     12/09/08   07530      Wieczorek, Joann E.       15.00    0.10     1.50
  DUPLDC   12/09/08   07530      Wieczorek, Joann E.       15.00    0.20     3.00
15 PHOTOCOPIES MADE BY 07530

LASR       12/01/08   00206      Moran, Anne E.             9.00    0.10     0.90
  LASR     12/01/08   00206      Moran, Anne E.             9.00    0.20     1.80
PC/Network Printing

PC LASER   9 Pages Kidder, Gregory
LASR       12/04/08   00206      Moran, Anne E.            10.00    0.10     1.00
  LASR     12/04/08   00206      Moran, Anne E.            10.00    0.20     2.00
PC/Network Printing

PC LASER   10 Pages Picou, Catherine
LASR       12/05/08   00206      Moran, Anne E.            10.00    0.10     1.00
  LASR     12/05/08   00206      Moran, Anne E.            10.00    0.20     2.00
PC/Network Printing

PC LASER   10 Pages Kidder, Gregory
LASR       12/09/08   00206      Moran, Anne E.             1.00    0.10     0.10
  LASR     12/09/08   00206      Moran, Anne E.             1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       12/09/08   00206      Moran, Anne E.             1.00    0.10     0.10
  LASR     12/09/08   00206      Moran, Anne E.             1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       12/09/08   Total:                                0.20
LASR       12/10/08   00206      Moran, Anne E.             2.00    0.10     0.20
  LASR     12/10/08   00206      Moran, Anne E.             2.00    0.20     0.40
PC/Network Printing

PC LASER   2 Pages Wieczorek, JoAnn
LASR       12/19/08   00206      Moran, Anne E.             1.00    0.10     0.10
  LASR     12/19/08   00206      Moran, Anne E.             1.00    0.20     0.20
PC/Network Printing
```

```
PC LASER    1 Pages Wieczorek, JoAnn
LASR        12/19/08 00206      Moran, Anne E.              1.00    0.10    0.10
  LASR      12/19/08 00206      Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER    1 Pages Wieczorek, JoAnn
LASR        12/19/08 Total:                                 0.20

LASR                 Total:                                 3.50

POST        12/09/08 08174      DEFAULT ATTORNEY,           1.00    1.17    1.17
  POST      12/09/08 08174      DEFAULT ATTORNEY,           1.00            1.17
Postage

Sent by S&J Mailroom via 4   1 item(s)
POST        12/09/08 08174      DEFAULT ATTORNEY,           1.00    0.83    0.83
  POST      12/09/08 08174      DEFAULT ATTORNEY,           1.00            0.83
Postage

Sent by S&J Mailroom via 4   1 item(s)
POST        12/09/08 Total:                                 2.00

POST                 Total:                                 2.00

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE             46.12

Report Total:                                              46.12
```

```
012046.00004 TAX REORGANIZATION ISSUES

Cost                 Timekeeper
Code      Date       Number   Name                Quantity   Rate    Amount
============================================================================
DUPLDC   12/03/08    07499    Holland, Rae         15.00    0.10      1.50
  DUPLDC 12/03/08    07499    Holland, Rae         15.00    0.20      3.00
15 PHOTOCOPIES MADE BY 07499

LASR     12/04/08    00206    Moran, Anne E.       12.00    0.10      1.20
  LASR   12/04/08    00206    Moran, Anne E.       12.00    0.20      2.40
PC/Network Printing

PC LASER  12 Pages Williams, Samuel
LASR     12/09/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/09/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     12/11/08    00206    Moran, Anne E.        2.00    0.10      0.20
  LASR   12/11/08    00206    Moran, Anne E.        2.00    0.20      0.40
PC/Network Printing
```

```
PC LASER   2 Pages Moran, Anne
LASR       12/11/08 00206     Moran, Anne E.          2.00   0.10        0.20
  LASR     12/11/08 00206     Moran, Anne E.          2.00   0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       12/11/08 00206     Moran, Anne E.          2.00   0.10        0.20
  LASR     12/11/08 00206     Moran, Anne E.          2.00   0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       12/11/08 00206     Moran, Anne E.          2.00   0.10        0.20
  LASR     12/11/08 00206     Moran, Anne E.          2.00   0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       12/11/08 00206     Moran, Anne E.          2.00   0.10        0.20
  LASR     12/11/08 00206     Moran, Anne E.          2.00   0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       12/11/08 00206     Moran, Anne E.          2.00   0.10        0.20
  LASR     12/11/08 00206     Moran, Anne E.          2.00   0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       12/11/08 00206     Moran, Anne E.          2.00   0.10        0.20
  LASR     12/11/08 00206     Moran, Anne E.          2.00   0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       12/11/08 Total:                            2.80

LASR                Total:                            4.20

WESTLAW   12/03/08 00206     Moran, Anne E.           1.00   95.19       95.19
  WESTLAW 12/03/08 00206     Moran, Anne E.           1.00               95.19
Westlaw On-Line Research

DC Westlaw Search by:  DURST,MICHAEL

Total: 012046.00004 TAX REORGANIZATION ISSUES        100.89


Report Total:                                        100.89
```