# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

February 23, 2009

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC 20007--5135

File WRG-AUS/JCP
Invoice number 83208

Re: W. R. Grace & Co.
David T. Austern
Case No.: 01-01139 (RLB)

| | | |
|---|---|---|
| Subtotal for FEES only: | 12/31/08 | $9,620.00 |
| Subtotal for COSTS only: | 12/31/08 | $1,429.03 |
| | | ------------- |
| CURRENT PERIOD FEES AND COSTS: | 12/31/08 | $11,049.03 |
| | | ------------- |

************************************************************

Please remit duplicate copy with payment. Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

February 23, 2009

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 83208

Re: W. R. Grace & Co.
David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 6.3 | 1,320.00 |
| LITIGATION | 20.0 | 8,000.00 |
| CASE ADMINISTRATION | 2.0 | 300.00 |
| Subtotal for FEES only: 12/31/08 | 28.3 | $9,620.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 21.50 | 21.50 | 8,600.00 | 0.00 | 0.00 |
| 150.00 | CAH | 6.80 | 6.80 | 1,020.00 | 0.00 | 0.00 |
| Totals | | 28.30 | 28.30 | 9,620.00 | 0.00 | 0.00 |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 12/01/08 | Review of Order Scheduling Hearing Dates for 2009; calendar same; review of miscellaneous pleadings; review of Zonolite Notice and Proof of Claim. | 0.40 | 160.00 | Li |
| WRG | LITIGATION | JCP | 12/02/08 | Review of Certification of Counsel Order vacating Order granting Trustee's Motion for Appointment of an Examiner Related to Tersigni Consulting; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 12/03/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 12/04/08 | Review of Certification of Counsel re: Case Management Order re: First Amended Joint Plan with revised proposed Order; review of same; review of miscellaneous pleadings. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 12/05/08 | Review of Certain Insurers' Objection to Debtors' proposed CMO; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 12/08/08 | Review of miscellaneous filing re: appeal of Order granting Summary Judgment in favor of Debtors (.1); review of Initial Case Management Order related to the First Amended Joint Plan as modified by Judge Fitzgerald (.2); review of Mellon Bank's Objection to Motion Authorizing Sale of Debtors' Interest in Colowyo Coal Company (.1); review of 12/5/08 Order shortening notice on Debtors' Motion for Order Declaring Void all Actions Taken by Maricopa County, Arizona (.1); review of Supplement to Cedent Insurance and OneBeacon Insurance Company's Joint Objection to Debtors' proposed Disclosure Statement (.1); review of Royal Indemnity's Motion to Shorten Notice re: Motion for Entry of Confidentiality Order; review of Royal Indemnity's Motion for Entry of Confidentiality Order (.1). | 0.70 | 280.00 | |
| WRG | LITIGATION | JCP | 12/09/08 | Review of Certification of Counsel re: Stipulation Continuing Debtors' Motion to Declare Maracopa County's Actions Void; review of Debtors' Response to Insurers' Motion for Confidentiality Order and Debtors' Revised Proposed Order (.4); review of Agenda for 12/15/08 Hearing (.2). | 0.60 | 240.00 | |
| WRG | LITIGATION | JCP | 12/10/08 | Review of Application to Retain Local Counsel for Representative of Future Asbestos Related Property Damage Claimants; review of two Joinder Motions filed by Firemen's Fund Insurance Company and Continental Casualty to join Royal Indemnity's Motion for Entry of a Confidentiality Order; review of Firemen's Fund's Joinder of Continental Casualty's Joinder to the same. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 12/11/08 | Review of Initial Case Management Order re: First Amended Plan of Reorganization (.1); calendar all hearing dates for same (.1); review of Allstate's Joinder for Entry of Confidentiality Order (.1); review of Allstate's Joinder in Certain Objector Insurers' First Request for Production of | 1.90 | 760.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Documents (.1); conference with paralegal re: registrating for 12/15/08 hearing (.1); review of confirmation of same; review of Certification of Counsel re: Stipulation Continuing Debtors' Motion to Declare Void Actions Taken re: Debtors' Property in Maricopa County with enclosure (.1); review of Stipulation re: same (.1); review of Debtors' Response to Insurers' Motion for Entry of Confidentiality Order with enclosure; review of Debtors' proposed Revised Order (.1); review of Order Granting Motion to Shorten Time re: Motion for Confidentiality Order; review of Order Approving Stipulation Resolving Proof of Claim (.1); review of Limited Objection of various law firms representing personal injury claimants to Insurers' Motion for Confidentiality Order (.1); review of MMWR Firms' Objection to Insurers' Motion for Confidentiality Order (.1); review of Allstate's Joinder to Certain Objectors' First Request for Production of Documents (.1); review of Order Vacating Order Granting Trustee's Motion for Appointment of Tersigni Examiner (.1); review of California's Motion for Order Excusing Mediation with proposed Order (.1); review of California's Motion for Judicial Notice Order with proposed Order with enclosure; review of Declaration in Support Thereof (.1); Preliminary review of various Briefs for which California is seeking judicial notice (.1); review of Macerich Fresno's Notice of Appeal with enclosure; review of Notice of Docketing of same (.1); review of of Notice of Transmittal of same (.1); review of Macerich's Designation of the Record and Statement of Issues on Appeal (.1). | | | |
| WRG | LITIGATION | JCP | 12/12/08 | Review of Continental Casualty's Joinder to Supplemental Joint Objection to Seaton and One Beacon to Disclosure Statement. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 12/15/08 | Review of Debtors' Certification of Counsel re: Revised Order Authorizing Sale of Debtors' Colowyo Coal Company Interest (.1); review of Order Granting Debtors' Amended 25th Omnibus Objection to Claims (.1); review of Anderson Memorial's Joint Notice of Appeal to Third Circuit re: Denial of Class Certification (.1); review of Amended Notice of Agenda for 12/15/08 Hearing (.1); review of Michigan's Preliminary Objection to First Amended Joint Plan (.1); review of Montana's Joinder to Motion for Entry of Confidentiality Order (.1); review of Motley Rice's Joinder in the Limited Objection of Various Lawfirms Representing Personal Injury Claimants to Insurers' Motion for Confidentiality Order (.1); review of Debtors' Notice of Proposed Sale of Debtors' Asbestos and Lead Abatement Business (.1); phone conference with Judge Fitzgerald and all counsel (3.7). | 4.50 | 1,800.00 | |
| WRG | LITIGATION | JCP | 12/16/08 | Review of ZAI Claimants' Motion for Preliminary Approval of Class Settlement and Certification with supporting memo of law (.8); review of Appendices A, B and C to same and | 1.40 | 560.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | proposed Order (.5); review of Westbrook Declaration in support of same (.1). | | | |
| WRG | LITIGATION | JCP | 12/17/08 | Review of Notice of Withdrawal of Westbrook Declaration; review of corrected Westbrook Declaration. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 12/18/08 | Review of ZAI Claimants' Notice of Filing ZAI Settlement Agreement. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 12/19/08 | Review of revised Order re: Sale of Colowyo Coal Partnership Interest (.1); review of Libby Protective Order (.1); review of Personal Injury Claimants' Protective Order (.1); review of miscellaneous pleadings (.1); review of Order Authorizing Sale of Real Property in Charleston S. Carolina (.1); review of Montana's Motion for Stay Pending Appeal with Exhibits (1.0). | 1.50 | 600.00 | |
| WRG | LITIGATION | JCP | 12/20/08 | E-mail from Debbie Felder re: 12/22/08 filing. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 12/22/08 | Review of Libby Claimants' Notice of Service of Discovery (.1); review of Debtors/Appellee' Opposition to California's Motion to Take Judicial Notice (.6); review of miscellaneous pleadings (.1); review of Maricopa County's Response to Motion to Declare Void All Actions Taken by Maricopa (.1); review of Maricopa's Corrected Response (.1); review of Lloyd's Preliminary Objection to 1st Amended Joint Plan (.1); review of Certification of Counsel re: further Amendments to Disclosure Statement, Plan and various Exhibits (.1); review of same; (extremely voluminous) (.5); review of Debtors', FCR's and Personal Injury Committee's revised Interrogatories and Request for Production to Scotts Company (.6); review of Debtors', FCR's and Personal Injury Committee's Interrogatories and Request for Production to BNSF (.5); review of Debtors', FCR's and Personal Injury Committee's Interrogatories and Request for Production to MCC, Seaton, Fireman's Fund, Zurich, Federal, Arrowood, CNA and Century (1.6); review of Personal Injury Committee's Interrogatories and Request for Production to Libby Claimants (.4); review of Debtors' Notice of Service of Discovery (2x)(.1). | 4.90 | 1,960.00 | |
| WRG | LITIGATION | JCP | 12/23/08 | Review of Owens-Illinois' Request for Admissions, Interrogatories and Request for Production to Debtors, Personal Injury Committee, FCR and Equity Committee; review of Preliminary Objections to Amend Plan file by Longacre, Scotts, BNSF, O-I, Montana, Kaneb Pipeline, Committee of Unsecured Creditors, Erisa Plaintiffs, Dow Chemical, U.S. Trustee, Libby Claimants and Bank Lender Group (.8); review of Scotts Company's Notice of Withdrawal of Motion for Relief from Preliminary Injunction (.4). | 1.20 | 480.00 | |
| WRG | LITIGATION | JCP | 12/24/08 | Review of Libby Claimants' 1st Set of Interrogatories to Plan Proponents, Amended 1st Set of Interrogatories and 2nd Set of Interrogatories to Personal Injury Committee (.3); | 0.80 | 320.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | review of Certification of Counsel re: Order Dismissing Charleston's Motion for Relief from Automatic Stay (.1); review of Certification of Counsel re: Order Denying Speights and Runyon's Motion to Amend or Alter (.1); review of miscellaneous pleadings (.2); review of Judge Buckwalter's 12/22/08 Order excusing mediation (.1). | | | |
| WRG | LITIGATION | JCP | 12/29/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 12/30/08 | Review of Libby Claimants' Motion to Compel Debtors to Respond to Libby's Document Request; review of Libby Claimants' Motion to Compel Personal Injury Committee to Respond to Libby's Interrogatories; review of Plan Proponents' Designation of Confirmation Issues; review of Appellant Anderson Memorial Hospital's Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record. | 0.50 | 200.00 | |
| | | | | | 20.00 | 8,000.00 | |
| | | | | | 20.00 | 8,000.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/08 | Draft October Fee Application; forward to John C. Phillips, Jr. for review. | 0.70 | 105.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/08 | Scan file and serve Phillips, Goldman & Spence October Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/02/08 | Download and file October Fee Applications for D. Austern, Towers Perrin, Tillinghast and Piper Jaffray. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/10/08 | Draft Certificate of No Objection fro 17th Quarterly Fee Application and for August Fee Application; forward to John C. Phillips, Jr. to execute. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/10/08 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence August Fee Application and Certificate of No Objection for Phillips, Goldman & Spence 17th Quarterly Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/18/08 | Code pre-bill to comply with local rules. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/19/08 | Download and file Certificate of No Objection for Orrick's October Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/19/08 | Download and file 15th Quarterly Fee Application for Towers Perrin. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/29/08 | Download and file Certificate of No Objection for Austern's October Fee Application, Piper Jaffray's October Fee Application and Towers Perrin's October Fee Application. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/29/08 | Print, scan and file 34th Monthly Fee Application for Orrick for November. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/29/08 | E-mail to D. Fullem (4x) re: Fee Applications Objection deadline. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/29/08 | Scan and file November Fee Applications for Piper Jaffray, Towers Perrin and Tre Angeli. | 0.60 | 90.00 | |
| | | | | | 4.80 | 720.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/01/08 | Review of, revise and execute Phillips, Goldman & Spence 53rd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/08/08 | E-mail from counsel for Debtors re: Fee Applications with enclosure; review of Debtors' Chart re: recommendations on Fee Applications. | 0.10 | 40.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/10/08 | Review of and execute Certification of Counsel re: Phillips, Goldman & Spence 17th Quarterly Fee Application; review of and execute Certification of Counsel re: | 0.30 | 120.00 | |

| Cl | Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|
| | | | | | Phillips, Goldman & Spence 51st Monthly Fee Application; conference with Celeste A. Hartman re: filing same. | | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/15/08 | Review of Debtors' Certification of Counsel re: approving 29th Quarterly Fee Applications; review of Debtors' Certification of Counsel re: 29th Quarter Project Summary of Fees. | 0.20 | 80.00 | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/17/08 | Review of and revise (downward) November pre-bill. | 0.20 | 80.00 | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/19/08 | Review of Towers Perrin's 15th Quarterly Fee Application and Notice of Filling of same. | 0.20 | 80.00 | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/20/08 | E-mail from Debi Fullem re: filing with enclosure; review of Certificate of No Objection re: Orrick's 33rd Monthly Fee Application; review of Certificate of Service for same. | 0.20 | 80.00 | |
| | | | | | | 1.50 | 600.00 | |
| | | | | | | 6.30 | 1,320.00 | |
| | | | | | | 28.30 | 9,620.00 | |

49 records printed.

-Fees-

Sort Fields:
Grouping code (Paginate)
Client code
Actual employee code (Subtotals)
Transaction date

Range Fields:
Client code I WRG - WRG
Invoice Number I 83208 - 83208

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 12/02/08 | Organize signed pleadings into filed documents. | 0.30 | 45.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 12/10/08 | Update docket to system. | 0.20 | 30.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/11/08 | Update 2002 list. | 0.20 | 30.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/12/08 | Merge original signatures into filed pleadings. | 0.50 | 75.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/16/08 | Update 2002 list. | 0.10 | 15.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/22/08 | Respond to 3 separate e-mails re: filings and schedule through holiday. | 0.20 | 30.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/23/08 | Respond to e-mail re: filings next week. | 0.20 | 30.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/29/08 | Respond to e-mail re: filings to be completed. | 0.10 | 15.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/29/08 | Update 2002 after checking for better addresses on returned mail. | 0.20 | 30.00 | |
| | | | | | 2.00 | 300.00 | |
| | | | | | 2.00 | 300.00 | |