EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
DECEMBER 1, 2008 THROUGH
DECEMBER 31, 2008

Phillips, Goldman & Spence, P.A.

February 23, 2009

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   83208

Re:  W. R. Grace & Co.
     David T. Austern

     COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 12/01/08 | Federal Express | 303.22 |
| 12/01/08 | Long distance phone charges | 807.28 |
| 12/01/08 | Postage | 4.53 |
| 12/01/08 | Photocopies | 69.00 |
| 12/31/08 | Check No.: 39311 - John C. Phillips, Jr. - expense reimbursement for Court Call - teleconference. | 181.00 |
| 12/31/08 | Check No.: 39311 - John C. Phillips, Jr. - expense reimbursement for Court Call - teleconference. | 64.00 |
| | Subtotal for COSTS only: 12/31/08 | $1,429.03 |