# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2009 THROUGH
# JANUARY 31, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

February 23, 2009

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   83209

Re:   W. R. Grace & Co.
      David T. Austern
Case No.:  01-01139 (RLB)

```
              Subtotal for FEES only: 01/31/09     $17,324.00
              Subtotal for COSTS only: 01/31/09     $1,776.56
                                                  -------------
  CURRENT PERIOD FEES AND COSTS: 01/31/09         $19,100.56
                                                  -------------
```

***************************************************************

Please remit duplicate copy with payment.  Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.

February 23, 2009

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   83209

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 38.4 | 16,320.00 |
| FEE/EMPLOYMENT APPLICATIONS | 5.1 | 929.00 |
| CASE ADMINISTRATION | 0.5 | 75.00 |
| Subtotal for FEES only: 01/31/09 | 44.0 | $17,324.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 39.00 | 39.00 | 16,575.00 | 0.00 | 0.00 |
| 150.00 | CAH | 4.90 | 4.90 | 735.00 | 0.00 | 0.00 |
| 140.00 | TLB | 0.10 | 0.10 | 14.00 | 0.00 | 0.00 |
| Totals | | 44.00 | 44.00 | 17,324.00 | 0.00 | 0.00 |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    02/24/09  Page 2
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 01/03/09 | Review of William Longo's expert report (1.4); review of Laura Welch's expert report (1.4) (both including curriculum vitae and list of publications) (both for Personal Injury Committee); review of Personal Injury Committee's Notice of Service of same (.1). | 2.90 | 1,232.50 | Li |
| WRG LITIGATION | JCP | 01/04/09 | Review of Dr. Frank's 12/23/08 Report with curriculum vitae and list of publications and depositions (.8); review of Dr. Spears' 12/29/08 Report with curriculum vitae and list of depositions (1.4); review of Dr. Alan Whitehouse's 12/29/08 Report and selected exhibits (2.6). | 4.80 | 2,040.00 | |
| WRG LITIGATION | JCP | 01/05/09 | Review of United States' Objection to ZAI Claimants' Motion for Preliminary Approval of Class Settlement and Certification (.1); review of miscellaneous pleadings (.1); review of Scotts' Interrogatories, Request for Admissions and Request for Production to FCR (.3); review of Federal's Interrogatories, Request for Admissions and Request for Production to Plan Proponents (including FCR) (.3); review of CNA's Request for Production, Interrogatories and Request for Admissions to FCR (.5); review of Certain Insurers' Request for Admissions, Request for Production and Interrogatories to FCR (1.3); review of Zurich's Objection to First Amended Plan (.1); review of Federal's Objection to First Amended Plan (.1). | 2.80 | 1,190.00 | |
| WRG LITIGATION | JCP | 01/05/09 | Review of CNA's Preliminary Objection to First Amended Plan (.7); review of Federal Insurance Company's Interrogatories, Requests for Admissions and Requests for Production of Documents to the Plan Proponents (.7); review of London Market's Preliminary Objections to First Amended Plan (.1); review of AXA's Preliminary Objections to First Amended Plan (.1); review of Allstate's Preliminary Objections to First Amended Plan (.1); review of Zurich's Joinder in CNA's Interrogatories, Requests for Production and Requests for Admissions to Future Claimants' Representative (.1); review of Fireman's Fund's Preliminary Objection to First Amended Plan (.8); review of Seaton's and OneBeacon's Preliminary Objections to Amended Joint Plan (.1); review of Preliminary Objections of Columbia and Government Employees Insurance Co. to Amended Joint Plan (.1); review of Scotts' Objection to Plan Proponents' Designation of Confirmation Issues (.1). | 1.80 | 765.00 | |
| WRG LITIGATION | JCP | 01/06/09 | Review of California's Reply in Support of its Motion to Take Judicial Notice of Briefs (.5 hrs); review of Libby Claimants' Opposition to Motion for Stay Pending Appeal (.9); review of Predators' Committee's Response to Plan Proponents' Designation of Confirmation Issues (.1); review of Zurich's Preliminary Objection to First Amended Plan (.1); review of Zurich's Joinder in CNA's Interrogatories, Requests for Production and Requests for Admissions to Future Claimants' Representative (.1); review of Fireman's Fund's Preliminary Objection to First Amended Plan (.8); review of Seaton's and OneBeacon's Preliminary Objections to Amended Joint Plan (.1); review of Preliminary Objections of Columbia and Government Employees Insurance Co. to Amended Joint Plan (.1); review of Scotts' Interrogatories, Requests for Admissions and Requests for Production of Documents to Plan Proponents (.5); review of | 6.30 | 2,677.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/24/09  Page 3

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 01/07/09 | Government Employees Insurance Co.'s and Columbia's Interrogatories and Requests for Admissions to Debtor (.5); review of Government Employees Insurance Co.'s and Columbia's Interrogatories and Requests for Admissions to Personal Injury Committee (.5); review of Government Employees Insurance Co.'s and Columbia's Interrogatories and Requests for Admissions to FCR (.5); review of OneBeacon's and Seaton's Interrogatories and Requests for Admissions to Debtors (.5); review of OneBeacon's and Seaton's Interrogatories and Requests for Admissions to Personal Injury Committee (.5); review of OneBeacon's and Seaton's Interrogatories and Requests for Admissions to FCR (.5); review of OneBeacon's and Seaton's Request for Production of Documents to Debtors, Personal Injury Committee and FCR (.1). | 0.90 | 382.50 | |
| WRG LITIGATION | JCP | 01/08/09 | Review of Debtors/Appellants' Joinder in Montana's Motion for Stay Pending Appeal with Exhibits (.3); review of Proposed Stipulated Briefing Schedule re: California's Appeal (.1); review of Notice of Agenda for 1/13/09 and 1/14/09 Hearing (.1); e-mail to paralegal re: registering John C. Phillips, Jr. to participate in same by phone (.1); review of two Court Call confirmations re: same (.1); review of First Liberty Bank's Joinder in Maricopa's County's Corrected Response to Motion for Entry of Order Declaring Actions Void with Exhibits (.2). | 1.50 | 637.50 | |
| WRG LITIGATION | JCP | 01/09/09 | Review of Certificate of Counsel re: Stipulations Withdrawing Objections of United States and Lukins to Motion to Approve ZAI Class Settlement (.2); review of Royal's Preliminary Objections to Debtors' Joint Plan (.7); review of Debtors' Response to Libby Claimants' Motion to Compel Request for Production (.1); review of Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue (.1); review of Order Continuing Debtors' 25th Omnibus Objection to Claims (.1); review of Joinder of Cooney Claimants in Kazan's Objection to Libby Claimants' Motion to Compel Answers to Interrogatories (.1); review of Cooney Claimants' Joinder in Kazan's Objection to Libby Claimants' Motion to Compel Production of Documents (.1); review of Judge Buckwalter's 1/6/09 Order Excusing Mediation (.1). Review of Personal Injury Committee's Opposition to Libby Claimants' Motion to Compel Answers to Interrogatories (.4); review of Personal Injury Committee's Response to Libby Claimants' Motion to Compel Production of Documents (.1); review of MMWR Firms' Response to Libby Claimants' Motion to Compel Production of Document with supporting declaration and affidavit (.3); review of Kazan's, et al. Response to Libby Claimants' Motion to Compel Answers to Interrogatories; review of various law firms' Opposition to Libby Claimants' Motion to Compel Answers to Interrogatories (.3); review of Debtors/Appellees' | 1.40 | 595.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                02/24/09  Page 4
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 01/10/09 | Review of Debtors' Statement of Amounts Paid to Ordinary Course Professionals; review of miscellaneous pleadings. | 0.20 | 85.00 | WRG |
| LITIGATION | JCP | 01/14/09 | Review of Debtors' Certification of Counsel re: 2nd Amended CMO re: 1st Amended Joint Plan with enclosure (.1); review of proposed 2nd Amended CMO; phone conference with Judge Fitzgerald and all counsel (4.9). | 5.00 | 2,125.00 | WRG |
| LITIGATION | JCP | 01/15/09 | Review of 3rd Circuit's 1/14/09 Order Denying Montana's Motion for Stay Pending Appeal (.1); review of Anderson Memorial's Civil Appeal Information Statement, 3 Entries of Appearances and Corporate Disclosure Statement (.1); review of Anderson Memorial's Opening 3rd Circuit Appeal Bell Asbestos Mines' re: Jurisdictional Authority (1.1). | 1.30 | 552.50 | WRG |
| LITIGATION | JCP | 01/16/09 | Review of miscellaneous pleadings; review of Certification of Counsel re: revised Order and Notice re: ZAI Motion for Preliminary Approval of ZAI Class Settlement with proposed Order and Notice. | 0.30 | 127.50 | WRG |
| LITIGATION | JCP | 01/17/09 | Review of Debtors Notice of Motion and Motion to Approve 3rd Amendment to Sale of Real Estate to Alco Iron. | 0.10 | 42.50 | WRG |
| LITIGATION | JCP | 01/19/09 | Review of Agenda for 1/26/09 Hearing; calendar same; conference with paralegal re: registering John C. Phillips, Jr. to participate by phone. | 0.20 | 85.00 | WRG |
| LITIGATION | JCP | 01/21/09 | Review of Order Denying Motion to Alter or Amend as Moot re: Court's April 17, 2007 Order (.1); review of Order Dismissing Motion of City of Charleston for Relief from Automatic Stay (.1); review of Revised Order re: ZAI Motion for Preliminary Approval of Class Settlement and Class Certification (.1); review of Debtors' Motion for Order Approving Third Amendment to the Sale of Debtors' Real Property to Alco Iron and Metal with exhibits (.1); review of Agenda for 1/26/09 Hearing (.1); review of Kaneb Pipe Line's Amended Motion for Relief from Stay with 32 exhibits (.8); review of Certification of Counsel re: Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Request for Production with attached proposed Order (.1); review of Order Denying Libby Claimants' Motion to Compel (.1); review of Pro Se Motion to File Late ZAI Proof of Claim (.1); review of Certification of Counsel re: further revised Second Amended CMO re: First Amended Joint Plan with blacklined revised proposed Order (.1); review of Amended Agenda for 1/26/09 Hearing (.1); Confer with Counterdesignation of Items to be Included in the Record of the Anderson Memorial Appeal (.1); review of Amended Agenda for January 14, 2009 Hearing (.1); review of Motley Rice's Joinder in MMWR Firms' Objection to Libby Claimants' Motion to Compel Production of Documents and Kazan's Objection to Libby Claimants' Motion to Compel Answers to Interrogatories with supporting affidavit (.1). | 1.90 | 807.50 | WRG |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | | paralegal re: signing up for telephonic participation in same (.1). | | | |
| WRG | LITIGATION | JCP | 01/23/09 | Review of Certification of Counsel re: Order Dismissing Debtors' Motion for Order Declaring Maricopa County's Actions Void with Exhibits; review of Montana's Phase II Request for Production Interrogatories to Plan Proponents. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 01/24/09 | Review of CNA's 2nd Request for Production to FCR; review of MCC's Interrogatories, Request for Admissions and Request for Production to Plan Proponents. | 0.20 | 85.00 | |
| WRG | LITIGATION | JCP | 01/26/09 | Review of 1/23/09 Order Appointing Local Counsel for Future Property Damage Claimants; review of Certification of Counsel re: Order Denying Libby Claimants' Motion to Compel Personal Injury Committee to Answer Interrogatories with proposed Order (.1); review of Order Dismissing Debtors' Motion for Order Declaring Actions of Maricopa County Void (.1); review of Order re: Maclean's Request to File Late ZAI Proof of Claim; phone conference with Judge Fitzgerald and all counsel (1.2). | 1.40 | 595.00 | |
| WRG | LITIGATION | JCP | 01/27/09 | Review of Order Denying Libby Claimants' Motion to Compel Personal Injury Committee (.1); review of CNA's Joinder to OneBeacon's Request for Production and Request for Admissions to Kaneb Pipe (.1); review of Certification of Counsel re: Application to Retain Carl Hill as Local Counsel for Alexander Saunders (.1); review of Kirk White's Request for Production and Interrogatories to Plan Proponents (.1); review of Kirk White's Request for Production and Interrogatories to Arrowood (.1); review of Kirk White's Request for Production to MCC (.1); review of Kirk White's Joinder in Plan Proponents' Request for Production to CNA (.1); review of Mary Doney's Request for Production and Interrogatories to Plan Proponents (.3); review of Mary Doney's Request for Production and Interrogatories to CNA (.1); review of Mary Doney's Request for Production to Arrowood (.1); review of Mary Doney's Request for Production to MCC (.1); review of Mary Doney's Joinder in Plan Proponents' Request for Production and Interrogatories to Plan Proponents (.1); review of Vern Byington's Request for Production and Interrogatories to Plan Proponents (.1); review of Vern Byington's Request for Production to CNA (.1); review of Vern Byington's Joinder in Plan Proponents' Interrogatories and Request for Production to BNSF (.1); review of Vern Byington's Joinder in Plan Proponents' Request for Production to Arrowood (.1); review of Amendment to Libby Claimants' 2nd Set of Interrogatories to Personal Injury Committee (.1); review of Elmer Biladeau's Request for Production to Personal Injury Committee (.1); review of Robert Barnes' Request for Production to Personal Injury Committee (.1); review of Libby Claimants' Amended 1st Interrogatories to Plan Proponents (.1); review of Gayla Benefield's Request for | 3.60 | 1,530.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/24/09   Page 6

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 01/28/09 | Review of Certification of Counsel re: Final 2nd Amended CMO re: 1st Amended Plan with enclosure; review of proposed Order re: Certification of Counsel re: Massachusetts Claim Objection with enclosure; review of proposed Orders re: same. | 0.40 | 170.00 | WRG |
| LITIGATION | JCP | 01/29/09 | Review of miscellaneous pleadings. | 0.10 | 42.50 | WRG |
| LITIGATION | JCP | 01/30/09 | Review of 2nd Amended CNO for First Amended Plan (.2); calendar all Hearing dates (.2); memorandum to file re: same (.1); conference with paralegal re: telephonic participation (.1); review of Certain Insurers Revised Interrogatories to Debtors' (.1); Review revised Interrogatories to Personal Injury Future Rep and Revised Interrogatories to Personal Injury Committee (.2); review of Creditors' Committee's Request for Production to Debtors (.1). | 0.90 | 382.50 | WRG |
| LITIGATION | JCP | 01/31/09 | Review of miscellaneous pleadings. | 0.10 | 42.50 | WRG |

Production to Plan Proponents (.1); review of Yoko Cannon's Request for Production to Plan Proponents (.1); review of Libby Claimants' Request for Admissions to Plan Proponents (.1); review of Donald Shea's & Leroy Thom's Request for Production to Plan Proponents (.1); review of Donald Shea's and Leroy Thom's Interrogatories to Plan Proponents (.1); review of Creditor Committee's Responses to Arrowood's Request for Admissions (.1); review of Creditors Committee's Responses to Debtors' Phase I Request for Production (.1); review of Debtors' Request for Production to Libby Claimants (.1); review of Debtors' Interrogatories and Request for Production to Kaneb Pipe (.1); review of Debtors' Interrogatories and Request for Production to the Creditors Committee and Longacre (.1); review of OneBeacon's Request for Admissions to Debtors re: Kaneb Claim Against OneBeacon (.1); review of OneBeacon's Request for Production to Kaneb Pipe (.1); review of OneBeacon's Request for Production to Debtors (.1); review of BNSF's Interrogatories, Request for Admissions and Request for Production to Plan Proponents (.1).

|  | 38.40 | 16,320.00 |
|---|---|---|
|  | 38.40 | 16,320.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/24/09  Page 7

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/09 | Download and file Certificate of No Objection for Tre Angeli's October Fee Application. | 0.20 | 30.00 | fa |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/09 | Draft Certificate of No Objection for October Fee Application and forward to John C. Phillips, Jr. for review. | 0.50 | 75.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/05/09 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence October Fee Application. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/06/09 | Draft Certificate of No Objection for Phillips, Goldman & Spence September Fee Application. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/06/09 | Draft October Fee Application; forward to John C. Phillips, Jr. for review. | 0.70 | 105.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/12/09 | Review of and revise November Fee Application; scan file and serve same. | 0.50 | 75.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/15/09 | Download and file D. Austerns 18th Quarterly Fee Application. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/09 | File 4 Certificates of No Objection for Orrick's, Piper Jaffray's, Towers Perrin's and Tre Angeli's November Fee Application after download same. | 0.60 | 90.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/09 | Update docket and reconcile fees received to invoices. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 01/29/09 | Download and file Austern's November and December Fee Application and December Fee Applications for Tre Angeli, Piper and Towers Perrin. | 0.70 | 105.00 | |
| | | | | 4.40 | 660.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 01/05/09 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 53rd Monthly Fee Application conference with Celeste A. Hartman re: filing same. | 0.20 | 85.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 01/10/09 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 52nd Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 54th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.40 | 170.00 | |
| | | | | 0.60 | 255.00 | |

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | TLB | 01/29/09 | E-file Orrick's 25th Monthly Fee Application. | 0.10 | 14.00 | fa |
| | | | | ---------- | ---------- | |
| | | | | 0.10 | 14.00 | |
| | | | | ---------- | ---------- | |
| | | | | 5.10 | 929.00 | |
| | | | | ---------- | ---------- | |
| | | | | 44.00 | 17,324.00 | |
| | | | | ========== | ========== | |

98 records printed.

LEGALMASTER MIRC For Transactions
-Fees-

Sort Fields:
   Grouping code   (Paginate)
   Client code
   Actual employee code
   Transaction date   (Subtotals)

Range Fields:
   Client code   I  WRG - WRG
   Invoice Number  I  83209 - 83209

| Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | CAH | 01/05/09 | Update docket to system. | 0.10 | 15.00 | Ca |
| CASE ADMINISTRATION | | CAH | 01/26/09 | Merge original signatures into filed documents. | 0.40 | 60.00 | |
| | | | | | 0.50 | 75.00 | |
| CASE ADMINISTRATION | | | | | 0.50 | 75.00 | |