# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## JANUARY 1, 2009 THROUGH
## JANUARY 31, 2009

Phillips, Goldman & Spence, P.A.

February 23, 2009

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  83209

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 01/01/09 | Federal Express | 74.52 |
| 01/05/09 | Postage | 1.69 |
| 01/05/09 | Photocopies | 42.90 |
| 01/06/09 | Check No.: 39337 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 752.88 |
| 01/06/09 | Check No.: 39337 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 01/07/09 | Check No.: 39353 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 265.42 |
| 01/07/09 | Check No.: 39353 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 299.65 |
| 01/07/09 | Facsimile | 3.00 |
| 01/30/09 | Check No.: 39543 - John C. Phillips, Jr. - reimbursement for Court Call fees. | 142.00 |
| 01/30/09 | Check No.: 39543 - John C. Phillips, Jr. - reimbursement for Court Call fees. | 25.00 |
| 01/30/09 | Check No.: 39543 - John C. Phillips, Jr. - reimbursement for Court Call fees. | 25.00 |
| 01/30/09 | Check No.: 39543 - John C. Phillips, Jr. - reimbursement for Court Call fees. | 31.50 |
| 01/30/09 | Check No.: 39543 - John C. Phillips, Jr. - reimbursement for Court Call fees. | 103.00 |

Subtotal for COSTS only: 01/31/09     $1,776.56