IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 13, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: April 1, 2009 at 9:00 a.m.** |

## NOTICE OF MOTION

ZAI Claimants have filed the attached *ZAI Claimants' Motion for Order of Final Approval of the U.S. ZAI Class Settlement* (the "Motion") and the *ZAI Claimant's Memorandum in Support of Final Approval of U.S. ZAI Class Settlement* (the "Memorandum") in support of the Motion.

The Motion and Memorandum seek an order giving final approval to the U.S. ZAI Class Settlement.

If you wish to file a response to the Motion, you must do so on or before March 13, 2009 at 4:00 p.m. EDT.

At the same time, you must also serve a copy of the response upon Movant's attorneys at the addresses set forth in the signature block below.

HEARING ON THE MOTION will be held on **April 1, 2009 at 10:30 a.m. EDT, before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, in her Courtroom in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELEIF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*(signature block on following page)*

Dated: February 25, 2009
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*[signature]*

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966

-- and --

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500

-- and –

Elizabeth Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Special Counsel for ZAI Claimants*