IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP
## FOR THE THIRTIETH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirtieth Interim Fee Application of Stroock & Stroock & Lavan, LLP (the "Application").

## BACKGROUND

1. Stroock & Stroock & Lavan, LLP ("Stroock"), was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Stroock seeks approval of fees totaling $645,502.50 and expenses totaling $11,888.55 for its services from July 1, 2008 through September 30, 2008, as well as payment of fees and costs of $259.90 for Navigant Consulting ("Navigant"), an asbestos issues expert.[1]

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and

---

[1] Pursuant to the Court's Order Authorizing the Retention of Experts (Docket No. 564) dated June 22, 2001, Navigant, as an expert, is not considered a professional under 11 U.S.C. § 327(a) and is not required to submit fee applications to the court. Accordingly, pursuant to the terms of Paragraph 3 of the Order Appointing Fee Auditor in Accordance with the Court's Direction (Docket No. 1676) dated March 18, 2002, Navigant's fees and expenses are beyond the scope of our review, and thus we do not review them.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Stroock 30Q 7-9.08 v2.wpd

expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Stroock, and received a response from Stroock, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following time entries in which there was a discrepancy between the total time billed and the time recorded in parentheses:

| 08/06/2008 | T/c R. Cobb re discovery schedule and memoranda to KP re same (.1); o/cs LK re same and document production (.7); attend to memoranda re agreement on scheduling stipulation and discovery requests and exchanged memoranda with local counsel re same (.3); attend to memoranda re service of discovery (.3); t/cs R. Frezza re 8/7/08 meeting (.2); o/c LK re 8/7/08 meeting (.2); t/c R. Cobb re scheduling stipulation issue (.1); exchanged memoranda with KP re same (.1); attend to materials in preparation for 8/7/08 meeting re discovery (.9) | Krieger, A. | 2.8 | $1,820.00 |
|---|---|---|---|---|
| Time recorded in parentheses and resulting fees: | | | 2.9 | $1,885.00 |
| Undercharge: | | | 0.1 | $65.00 |

| 08/29/2008 | Completed review of JPMC documents (.2); calls and emails with K. Pasquale (.6); communications with litigation support re: production of documents (.4); communications with M. Piropato (.5). | Chaudhery, K. | 2.7 | $1,282.50 |
|---|---|---|---|---|
| | Time recorded in parentheses and resulting fees: | | 1.7 | $807.50 |
| | Overcharge: | | 1.0 | $475.00 |

Thus, we asked Stroock whether or not it agreed that a net fee adjustment was warranted for these time entries. Stroock responded as follows:

> While Stroock endeavors to double-check each and every narrative and corresponding aggregate amount entry against each other, as well as against the subject attorney's time detail notes to ensure that the amounts are correct throughout, errors do occur from time to time. Stroock agrees to the net fee adjustment and therefore to a reduction of $475.00 from the total amount of the expenses sought by Stroock in the Application.

We appreciate Stroock's response and recommend a reduction of $410.00[2] in fees.

## CONCLUSION

4. Thus, we recommend approval of $645,092.50 in fees ($645,502.50 minus $410.00) and $11,888.55 in expenses for Stroock's services for the Application Period.

---

[2] Although Stroock agreed to a net fee reduction of $475.00, the net reduction suggested by these time entries calculates to $410.00.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Stroock 30Q 7-9.08 v2.wpd

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 25th day of February, 2009.

_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801