IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Objection Deadline: March 13, 2009 at 4:00 p.m. |
| | : | Hearing Date: April 1, 2009 at 10:30 a.m. |
| | x | |

## NOTICE OF MOTION OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC. FOR AN ORDER MODIFYING THE AUTOMATIC STAY: MACON, GEORGIA SITE

**PLEASE TAKE NOTICE** that on February 25, 2009 Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc., filed a Motion for an Order Modifying the Automatic Stay: Macon, Georgia Site (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing is scheduled on the Motion for **April 1, 2009 at 10:30 a.m.** before the Honorable Judith K. Fitzgerald in the United States Bankruptcy Court for the District of Delaware (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be filed with the Bankruptcy Court and served so as to be received by the undersigned counsel on or before **March 13, 2009 at 4:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are received in accordance with the provisions of this notice that the Court may grant the relief requested in the Motion without further notice or hearing.

---

[1] The Debtors consist of 62 entities, including W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and the particular debtor involved in this Motion, Grace Energy Corporation.

{08008|PLDG:10064210.DOC}

Dated: February 25, 2009

Respectfully submitted,

SMITH KATZENSTEIN & FURLOW LLP

*/s/ Etta R. Wolfe*
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, De 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com
       erw@skfdelaware.com

Steve A. Peirce, Bar No. 15731200
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

Toby L. Gerber, Bar No. 07813700
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: tgerber@fulbright.com

Robert J. Gilbert, Mass. Bar No. 565466
GILBERT & RENTON LLC
344 North Main Street
Andover, MA 01810
Telephone: (978) 475-7580
Facsimile: (978) 475-1881
Email: rgilbert@gilbertandrenton.com

**ATTORNEYS FOR KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.**