# ANNEX 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x : | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | : : | Case No. 01-1139 (JKF) |
| Debtors. | : : : | (Jointly Administered) |
| | x | |

## ORDER GRANTING MOTION OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC. FOR AN ORDER MODIFYING THE AUTOMATIC STAY: MACON, GEORGIA SITE

On this day came on to be considered the Motion for an Order Modifying the Automatic Stay: Macon, Georgia Site ("**Motion**") filed by Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. (collectively or separately, "**Kaneb**"). The Court, having considered the Motion and the pleadings on file, is of the opinion and finds that the Motion should be and hereby is in all things GRANTED. It is therefore,

ORDERED, that the automatic stay of 11 U.S.C § 362(a) be and hereby is modified to allow all parties, courts, and court personnel to take all actions necessary and appropriate to litigate causes of actions and defenses, to otherwise prosecute and defend, and to administer any claims by Kaneb under the Policies (as previously defined in the Motion) for insurance coverage relating to the Macon site.

Dated this ___ day of _____, 2009.

> HONORABLE JUDITH K. FITZGERALD
> UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors consist of 62 entities, including W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and the particular debtor involved in this Motion, Grace Energy Corporation.

60169645.1

- 1 -