# Exhibit B

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

August 8, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1412005                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 28.20 | hrs. at | $645.00 | /hr. = | $18,189.00 |
| RW RILEY | PARTNER | 4.00 | hrs. at | $520.00 | /hr. = | $2,080.00 |
| WS KATCHEN | OF COUNSEL | 11.10 | hrs. at | $705.00 | /hr. = | $7,825.50 |
| BA GRUPPO | PARALEGAL | 1.50 | hrs. at | $250.00 | /hr. = | $375.00 |
| EM O'BYRNE | PARALEGAL | 9.60 | hrs. at | $195.00 | /hr. = | $1,872.00 |
| | | | | | | $30,341.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| MISCELLANEOUS | 109.50 | |
| OVERNIGHT MAIL | 59.29 | |
| PRINTING & DUPLICATING | 15.00 | |
| TOTAL DISBURSEMENTS | | $183.79 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $30,525.29 |
| PREVIOUS BALANCE | $114,968.93 |
| TOTAL BALANCE DUE | $145,494.22 |

Duane Morris
August 8, 2008
Page 2

File # K0248-00001                                           INVOICE #  1412005
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/1/2008 | 003 | MR LASTOWSKI | REVIEW MAY MONTHLY OPERATING REPORT | 0.10 | $64.50 |
| | | | Code Total | 0.10 | $64.50 |

Duane Morris
August 8, 2008
Page 3

File # K0248-00001                                                INVOICE # 1412005
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/1/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD BANKRUPTCY COURT DOCKET SHEET, FORWARD TO W KATCHEN; DOWNLOAD SPECIFIC DOCUMENT AND FORWARD SAME | 0.30 | $58.50 |
| 7/2/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/2/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET FOR NEW PLEADINGS, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/3/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/3/2008 | 004 | EM O'BYRNE | VIEW BANKRUPTCY COURT DOCKET FOR NEW PLEADINGS, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/7/2008 | 004 | EM O'BYRNE | VIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/8/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/8/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/9/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD BANKRUPTCY COURT DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/10/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |

Duane Morris
August 8, 2008
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1412005

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 7/10/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT SITE, SCAN AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 7/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/11/2008 | 004 | EM O'BYRNE | DOWNLOAD BANKRUPTCY COURT DAILY SHEET, SCAN AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/14/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/14/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/15/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/15/2008 | 004 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR JULY OMNIBUS HEARING | 0.40 | $208.00 |
| 7/16/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/17/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/18/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/21/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET UPDATE FROM BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/22/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET FROM BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/23/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/23/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET UPDATES FROM BANKRUPTCY COURT SITE; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/24/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |

Duane Morris
August 8, 2008
Page 5

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1412005

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/24/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF MEMO BY J.VILLANUEVA FOR W.S.KATCHEN RE BRIEF NEEDED AS FILED IN WR GRACE CASE | 0.10 | $25.00 |
| 7/24/2008 | 004 | BA GRUPPO | ONLINE WITH DISTRICT OF DELAWARE BANKRUPTCY COURT SYSTEM FOR RETRIEVAL OF DOCKET ENTRIES IN RE WR GRACE WITH REVIEW THEREOF FOLLOWED BY DOWNLOAD & RETRIEVAL OF RESPONSE OF BANK LENDERS GROUP IN OPPOSITION TO DEBTORS' OBJ. TO CLAIMS ASSERTED UNDER DEBTORS' CREDIT AGREEMENTS WITH MULTIPLE EXHIBITS THERETO - SUBMITTED REQUESTED ITEMS TO J.VILLANUEVA FOR W.S.KATCHEN | 0.20 | $50.00 |
| 7/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/25/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/28/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/28/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET FROM BANKRUPTCY COURT SITE; SCAN AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 7/29/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/30/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DAILY DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 7/31/2008 | 004 | EM O'BYRNE | REVIEW UPDATED BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0 20 | $39.00 |
| | | | Code Total | 6.20 | $1,421.50 |

Duane Morris
August 8, 2008
Page 6

File # K0248-00001                                    INVOICE # 1412005
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/2/2008 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OPENING BRIEF | 0.50 | $322.50 |
| 7/3/2008 | 005 | MR LASTOWSKI | REVIEW ATTORNEY GENERAL OF CANADA RESPONSE TO CANADIAN ZAI CLAIMANTS MOTION FOR AN ORDER TO ESTABLISH A PROTOCOL FOR CROSS BORDER COMMUNICATIONS | 0.50 | $322.50 |
| 7/3/2008 | 005 | MR LASTOWSKI | REVIEW GRACE RESPONSE TO CANADIAN ZAI CLAIMANTS MOTION FOR AN ORDER TO ESTABLISH A PROTOCOL FOR CROSS BORDER COMMUNICATIONS | 0.50 | $322.50 |
| 7/3/2008 | 005 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE RESPONSE TO LENDER CLAIMS FOR PREPETITION DEFAULT INTEREST | 0.30 | $193.50 |
| 7/7/2008 | 005 | MR LASTOWSKI | REVIEW RE-NOTICE OF ZONOLITE HEARING (7/22/08) | 0.10 | $64.50 |
| 7/18/2008 | 005 | MR LASTOWSKI | REVIEW MOTION FOR LEAVE TO FILE LONGO EXPERT REPORT | 10.20 | $6,579.00 |
| | | | Code Total | 12.10 | $7,804.50 |

Duane Morris
August 8, 2008
Page 7

File # K0248-00001                                    INVOICE # 1412005
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/7/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE RESPONSE TO DEBTOR'S OBJECTION TO LENDERS' CLAIMS FOR DEFAULT INTEREST | 0.10 | $64.50 |
| 7/8/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE RESPONSE TO DEBTORS' OBJECTION TO LENDERS' DEFAULT INTEREST CLAIM | 0.10 | $64.50 |
| 7/8/2008 | 006 | MR LASTOWSKI | REVIEW DRAFT OF COMMITTEE RESPONSE TO DEBTORS' OBJECTION TO LENDERS DEMAND FOR DEFAULT INTERST | 0.40 | $258.00 |
| 7/8/2008 | 006 | MR LASTOWSKI | REVIEW NJDEP'S OPENING BRIEF | 0.30 | $193.50 |
| 7/8/2008 | 006 | RW RILEY | REVIEWING DEBTORS' MOTION TO SET INTEREST RATE RELATED TO BANK CLAIMS; REVIEWING CASE MANAGEMENT ORDER AND LOCAL RULES RELATED TO OBJECTION TO MOTION | 0.90 | $468.00 |
| 7/9/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE RESPONSE TO DEBTORS' OBJECTION TO PREPETITION LENDERS' CLAIM FOR DEFAULT INTEREST | 0.10 | $64.50 |
| 7/9/2008 | 006 | MR LASTOWSKI | REVIEW ISSUES RE: INTEREST | 0.60 | $387.00 |
| 7/9/2008 | 006 | RW RILEY | REVIEWING DRAFT RESPONSE TO DEBTORS' OBJECTION TO BANK CLAIMS ON INTEREST ISSUE | 1.00 | $520.00 |
| 7/10/2008 | 006 | RW RILEY | REVIEWING FINAL VERSION OF RESPONSE TO DEBTORS' OBJECTION TO BANK CLAIMS ON INTEREST ISSUE | 0.90 | $468.00 |
| 7/11/2008 | 006 | MR LASTOWSKI | REVIEW AND APPROVE COMMITTEE RESPONSE TO DEBTORS' OBJECTION TO LENDERS CLAIM FOR DEFAULT INTEREST | 0.60 | $387.00 |
| 7/11/2008 | 006 | RW RILEY | REVIEWING RESPONSE TO OBJECTION TO BANK GROUP CLAIM AND COMMUNICATIONS RELATED TO RESPONSE, FILING AND SERVICE | 0.60 | $312.00 |
| 7/15/2008 | 006 | MR LASTOWSKI | TELEPHONE CALL FROM ARLENE KRIEGER RE: FILING OF COMMITTEE RESPONSE TO DEBTORS' OBJECTION TO LENDERS | 0.10 | $64.50 |
| 7/15/2008 | 006 | MR LASTOWSKI | E-MAIL FROM ARLENE KRIEGER RE: FILING OF COMMITTEE RESPONSE TO DEBTORS' OBJECTION TO LENDERS | 0.10 | $64.50 |
| | | | Code Total | 5.80 | $3,316.00 |

Duane Morris
August 8, 2008
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1412005

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/24/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 2.70 | $1,903.50 |
| 7/28/2008 | 007 | WS KATCHEN | REVIEW EQUITY COMMITTEE JOINDER TO DEBTORS' OBJECTION. | 0.20 | $141.00 |
| | | | Code Total | 2.90 | $2,044.50 |

Duane Morris
August 8, 2008
Page 9

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1412005

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 7/21/2008 008 | MR LASTOWSKI | REVIEW MOTION FOR LEAVE TO FILE INCENTIVE PLAN FOR KEY EMPLOYEES | 0.20 | $129.00 |
| | | Code Total | 0.20 | $129.00 |

Duane Morris
August 8, 2008
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1412005

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|------|------|
| 7/15/2008 | 012 | MR LASTOWSKI | LETTER FROM W. SMITH RE: HOTEL RATES | 0.10 | $64.50 |
| 7/25/2008 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS JUNE 2008 FEE APPLICATION | 0.40 | $258.00 |
| 7/25/2008 | 012 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR DUANE MORRIS MAY 2008 FEE APPLICATION | 0.10 | $64.50 |
| 7/25/2008 | 012 | MR LASTOWSKI | SIGN CNO FOR CAPSTON APRIL 2008 FEE APPLICATION | 0.10 | $64.50 |
| 7/25/2008 | 012 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR STROOCK MAY 2008 FEE APPLICATION | 0.10 | $64.50 |
| 7/28/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATE OF NO OBJECTION FOR DM'S SEVENTY-SIXTY MONTHLY FEE APPLICATION (.3); SCAN AND EFILE SAME (.3) | 0.60 | $117.00 |
| 7/28/2008 | 012 | EM O'BYRNE | PREPARE DM'S SEVENTY-SEVENTH FEE APPLICATION AND CERTIFICATE OF SERVICE FOR JUNE 2008 (1.3); SCAN AND EFILE WITH THE COURT (.4); COPY AND SERVE (.3) | 2.00 | $390.00 |
| | | | Code Total | 3.40 | $1,023.00 |

Duane Morris
August 8, 2008
Page 11

File # K0248-00001                                    INVOICE #  1412005
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/1/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATE OF NO OBJECTION TO STROOK'S EIGHTY FIFTH FEE APPLICATION (.2); EFILE WITH COURT (.2) | 0.40 | $78.00 |
| 7/1/2008 | 013 | RW RILEY | REVIEWING STROOCK FEE APPLICATION AND CNO; EXECUTING CNO | 0.20 | $104.00 |
| 7/3/2008 | 013 | EM O'BYRNE | PREPARE CAPSTONE'S FEE APPLICATION FOR FILING; SCAN AND EFILE | 0.50 | $97.50 |
| 7/22/2008 | 013 | EM O'BYRNE | PREPARE CAPSTONE'S FIFTY SECOND FEE APPLICATION FOR FILING (.3); FILE WITH COURT (.3) | 0.60 | $117.00 |
| 7/28/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO CAPSTONE'S FIFTY-FIRST FEE APPLICATION (.3); SCAN AND EFILE (.3) | 0.60 | $117.00 |
| 7/28/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO STROOCK'S EIGHTY-SIXTH MONTHLY FEE APPLICATION (.3); SCAN AND EFILE | 0.60 | $117.00 |
| | | | Code Total | 2.90 | $630.50 |

Duane Morris
August 8, 2008
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1412005

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/14/2008 | 015 | MR LASTOWSKI | REVIEW JULY AGENDA NOTICE AND ITEMS DESIGNATED THEREIN | 1.40 | $903.00 |
| 7/15/2008 | 015 | MR LASTOWSKI | REVIEW LENDERS' SUBMISSION RE: COLLECTION OF DEFAULT INTEREST | 1.50 | $967.50 |
| 7/21/2008 | 015 | MR LASTOWSKI | TELEPHONE CALL FROM L. KRUGER RE: OMNIBUS HEARING | 0.10 | $64.50 |
| 7/21/2008 | 015 | MR LASTOWSKI | E-MAIL FROM L. KRUGER RE: OMNIBUS HEARING | 0.10 | $64.50 |
| 7/21/2008 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 4.50 | $2,902.50 |
| 7/21/2008 | 015 | MR LASTOWSKI | TELEPHONE CALL TO A. KREIGER RE: OMNIBUS HEARING | 0.20 | $129.00 |
| 7/21/2008 | 015 | MR LASTOWSKI | ANALYSIS OF DEFAULT INTEREST RATE ISSUES | 0.70 | $451.50 |
| 7/22/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND ZAI HEARING | 4.10 | $2,644.50 |
| | | | Code Total | 12.60 | $8,127.00 |

Duane Morris
August 8, 2008
Page 13

File # K0248-00001                                    INVOICE #  1412005
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 7/1/2008 025 | WS KATCHEN | UPDATE - SUPERIOR COURT DENIAL OF CERTIFICATION ON ENVIRONMENTAL PROSECUTION. | 0.10 | $70.50 |
| 7/1/2008 025 | WS KATCHEN | REVIEW CAPSTONE REPORT 6/26/08. | 0.70 | $493.50 |
| 7/1/2008 025 | WS KATCHEN | COUNTER-DESIGNATION ANDERSON MEMORIAL. | 0.10 | $70.50 |
| 7/9/2008 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE - CANADIAN ZAI PD. | 0.10 | $70.50 |
| 7/9/2008 025 | WS KATCHEN | CLAIMANTS' MOTION, REVIEW CAPSTONE MEMO (COLI). | 0.10 | $70.50 |
| 7/11/2008 025 | WS KATCHEN | REVIEW DEBTOR'S BRIEF (.4); REVIEW L. KRUGER'S AFFIDAVIT (.1). | 0.50 | $352.50 |
| 7/21/2008 025 | WS KATCHEN | UPDATE AGENDA ITEMS 7/21/08; REVIEW PLEADING. | 0.80 | $564.00 |
| 7/21/2008 025 | WS KATCHEN | UPDATED RESEARCH OBJECTION TO LENDER'S DEFAULT INTEREST ISSUE. | 1.70 | $1,198.50 |
| 7/24/2008 025 | WS KATCHEN | ANALYSIS BANK LENDER GROUP RESPONSE. | 1.40 | $987.00 |
| 7/28/2008 025 | WS KATCHEN | DOCKET REVIEW ADDITIONAL PLEADINGS. | 0.80 | $564.00 |
| 7/28/2008 025 | WS KATCHEN | DEFAULT INTEREST ISSUE. | 0.10 | $70.50 |
| 7/28/2008 025 | WS KATCHEN | EMAIL TO STROOCK. | 0.10 | $70.50 |
| 7/28/2008 025 | WS KATCHEN | REVIEW DOCUMENT PRODUCTION REQUEST (L. KRUGER) DEPOSITION NOTICE. | 0.20 | $141.00 |
| 7/28/2008 025 | WS KATCHEN | REVIEW NOTICE OF MOTION RE: LONG TERM INCEPTIVE PLAN. | 0.40 | $282.00 |
| 7/28/2008 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT WEJA. | 0.20 | $141.00 |
| 7/28/2008 025 | WS KATCHEN | STATE OF CALIFORNIA MOTION TO FILE EXPERT REPORT W. LONGO (RE: CALIFORNIA P.D. CLAIMS). | 0.20 | $141.00 |
| 7/28/2008 025 | WS KATCHEN | REVIEW LONGO'S EXPERT REPORT. | 0.70 | $493.50 |
| | | Code Total | 8.20 | $5,781.00 |

Duane Morris
August 8, 2008
Page 14

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1412005

TOTAL SERVICES        54.40   $30,341.50

Duane Morris
August 8, 2008
Page 15

File # K0248-00001                                                INVOICE # 1412005
        W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/16/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798462234711) | | 26.09 |
| 6/16/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDSIEGEL AT SR. VICE PRESIDENT & GENERAL C - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791087375425) | | 10.33 |
| 6/27/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798469628159) | | 13.16 |
| 6/27/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDSIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790534578000) | | 9.71 |
| | | Total: | $59.29 |
| 6/9/2008 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCEFORHEARING | | 109.50 |
| | | Total: | $109.50 |
| 7/31/2008 | PRINTING & DUPLICATING | | 15.00 |
| | | Total: | $15.00 |
| | TOTAL DISBURSEMENTS | | $183.79 |