# Exhibit D

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

October 9, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

FILE # K0248-00001          INVOICE # 1426300          IRS # 23-1392502

CURRENT INVOICE                                    $26,371.16

PRIOR BALANCE DUE

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/20/05 | 1106877 | $16,073.78 | $13,063.45 | $3,010.33 |
| 8/23/05 | 1113770 | $27,810.97 | $24,216.89 | $3,594.08 |
| 9/19/05 | 1119402 | $15,547.15 | $15,328.65 | $218.50 |
| 10/20/05 | 1126956 | $13,850.24 | $13,631.74 | $218.50 |
| 11/17/05 | 1134169 | $18,054.22 | $17,473.62 | $580.60 |
| 12/13/05 | 1139393 | $13,479.64 | $13,259.54 | $220.10 |
| 1/31/06 | 1149194 | $22,030.84 | $21,770.24 | $260.60 |
| 1/31/07 | 1233826 | $37,039.30 | $36,619.95 | $419.35 |
| 1/23/08 | 1364188 | $50,328.80 | $48,194.86 | $2,133.94 |
| 3/7/08 | 1374969 | $83,929.36 | $69,286.16 | $14,643.20 |
| 4/15/08 | 1384712 | $52,084.03 | $41,901.43 | $10,182.60 |
| 5/12/08 | 1391803 | $86,492.57 | $69,548.07 | $16,944.50 |
| 6/10/08 | 1398840 | $25,155.97 | $20,507.57 | $4,648.40 |
| 7/14/08 | 1407007 | $29,556.00 | $23,822.40 | $5,733.60 |
| 8/8/08 | 1412005 | $30,525.29 | $0.00 | $30,525.29 |
| 9/29/08 | 1423335 | $23,786.76 | $0.00 | $23,786.76 |
| | | | | $117,120.35 |

TOTAL BALANCE DUE                                    $143,491.51

| Wire payments to: | |
|---|---|
| Bank Name: Wachovia Bank, NA | Please reference the File Number |

File# K0248-00001                                      INVOICE# 1426300

| | |
|---|---|
| Swift Code: PNBPUS33 | and Invoice Number in the |
| Account No. 2000650585614 | REMARK section. |
| ABA Number 031201467 | |

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

October 9, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1426300                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 27.40 | hrs. at | $645.00 | /hr. = | $17,673.00 |
| WS KATCHEN | OF COUNSEL | 6.90 | hrs. at | $705.00 | /hr. = | $4,864.50 |
| BA GRUPPO | PARALEGAL | 1.70 | hrs. at | $250.00 | /hr. = | $425.00 |
| MM LAMPARSKI | PARALEGAL | 0.40 | hrs. at | $175.00 | /hr. = | $70.00 |
| EM O'BYRNE | PARALEGAL | 13.10 | hrs. at | $195.00 | /hr. = | $2,554.50 |

$25,587.00

DISBURSEMENTS
DOCUMENT E-FILING                                117.00
OVERNIGHT MAIL                                    23.50
POSTAGE                                          190.07
PRINTING & DUPLICATING                           357.60
PRINTING & DUPLICATING - EXTERNAL                 36.79
TRAVEL AWAY FROM HOME                             59.20
TOTAL DISBURSEMENTS                                            $784.16

BALANCE DUE THIS INVOICE                                    $26,371.16

PREVIOUS BALANCE                                           $117,120.35

TOTAL BALANCE DUE                                          $143,491.51

Duane Morris

October 9, 2008
Page 2

File # K0248-00001                                                    INVOICE #  1426300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/2/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/2/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/3/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/3/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/4/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/4/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/5/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/5/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/8/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/8/2008 | 004 | EM O'BYRNE | DOWNLOAD TEN DOCUMENTS FROM BANKRUPTCY COURT DOCKET AND FORWARD TO W KATCHEN | 1.00 | $195.00 |
| 9/8/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/9/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/9/2008 | 004 | EM O'BYRNE | DOWNLOAD VARIOUS DOCUMENTS AND EXHIBITS FROM DOCKET SHEET AND FORWARD TO W KATCHEN | 1.00 | $195.00 |
| 9/10/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |

Duane Morris
October 9, 2008
Page 3

File # K0248-00001                                                     INVOICE # 1426300
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/10/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/10/2008 | 004 | EM O'BYRNE | DOWNLOAD AUGUST 12, 2008 OPINION AND ORDER FROM DISTRICT COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/11/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/12/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/15/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/15/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FROM FRIDAY, SEPTEMBER 12TH TO DATE; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/16/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/17/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/17/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT WEBSITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/18/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/18/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/19/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/19/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
October 9, 2008
Page 4

File # K0248-00001                                    INVOICE # 1426300
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/22/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/22/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/23/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/23/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/24/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/24/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/25/2008 | 004 | EM O'BYRNE | REVIEW DOCKET FOR NEW FILINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/26/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/26/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 9/29/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 9/30/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT SITE; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| | | | Code Total | 8.10 | $1,673.00 |

File # K0248-00001                                        INVOICE #  1426300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/17/2008 | 005 | MR LASTOWSKI | REVIEW BANK GROUP'S SUR -REPLY AND MOTION FOR LEAVE TO FILE SUR RE0LY | 0.30 | $193.50 |
| 9/17/2008 | 005 | MR LASTOWSKI | REVIEW ZONOLITE BAR DATE NOTICE | 0.20 | $129.00 |
| 9/17/2008 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION TO RECONSIDER | 0.20 | $129.00 |
| 9/17/2008 | 005 | MR LASTOWSKI | REVIEW SETTLEMENT MOTIONI (REGENTS OF CALIFORNIA) | 0.10 | $64.50 |
| 9/17/2008 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANT'S MOTION IN OPPOSITION TO STAY PENDING APPEAL | 0.30 | $193.50 |
| | | | Code Total | 1.10 | $709.50 |

Duane Morris
October 9, 2008
Page 6

File # K0248-00001                                           INVOICE #  1426300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/2/2008 | 006 | MR LASTOWSKI | REVIEW AND SIGN CONFIDENTIALITY AGREEMENT | 0.30 | $193.50 |
| 9/3/2008 | 006 | MR LASTOWSKI | REVIEW STATUS OF DEFAULT INTEREST LITIGATION | 1.00 | $645.00 |
| 9/4/2008 | 006 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: EXPANSION OF CONFIDENTIALITY ORDER | 0.10 | $64.50 |
| 9/4/2008 | 006 | MR LASTOWSKI | REVIEW ISSUES RE: CONFIDENTIALITY AGREEMENT | 0.10 | $64.50 |
| 9/5/2008 | 006 | MR LASTOWSKI | REVIEW ISSUES RE: LENDERS TRIAL BRIEF | 0.30 | $193.50 |
| 9/5/2008 | 006 | MR LASTOWSKI | REVIEW LENDER GROUP PRETRIAL MEMORANDUM | 1.40 | $903.00 |
| 9/5/2008 | 006 | MR LASTOWSKI | E-MAIL FROM LEHMAN COUNSEL RE: CONFIDENTIALITY STIPULATION | 0.10 | $64.50 |
| 9/5/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING JOINDER TO LENDER'S BRIEF RE: DEFAULT INTEREST | 0.10 | $64.50 |
| 9/5/2008 | 006 | MR LASTOWSKI | REVIEW ISSUES RELATING TO BRIEF ON DEFAULT RATE INTEREST | 0.80 | $516.00 |
| 9/6/2008 | 006 | MR LASTOWSKI | E-MAIL TO RICK COBB RE: DEBTOR'S BRIEF | 0.10 | $64.50 |
| 9/8/2008 | 006 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: COMMITTEE JOINDER | 0.10 | $64.50 |
| 9/8/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE JOINDER | 0.10 | $64.50 |
| 9/8/2008 | 006 | MR LASTOWSKI | EXECUTE AMENDED CNO (NAVIGANT) | 0.10 | $64.50 |
| 9/8/2008 | 006 | MR LASTOWSKI | ARRANGE FOR DELIVERY OF COMMITTEE JOINDER TO JUDGE FITZGERALD | 0.10 | $64.50 |
| 9/24/2008 | 006 | MR LASTOWSKI | REVIEW PRETRIAL MEMORANDA (DEAULT INTERST) AND ANALYSIS OF SAME | 1.70 | $1,096.50 |
| | | | Code Total | 6.40 | $4,128.00 |

Duane Morris
October 9, 2008
Page 7

File # K0248-00001                                          INVOICE #  1426300
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/9/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $141.00 |
| 9/10/2008 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER - LITIGATION STRATEGY ON LENDER'S CLAIMS ALLOWANCE. | 0.40 | $282.00 |
| | | | Code Total | 0.60 | $423.00 |

Duane Morris
October 9, 2008
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1426300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/30/2008 | 010 | MR LASTOWSKI | REVIEW MOTION TO RETAIN PROPERTY DAMAGE FUTURES REPRESENTATIVE | 0.20 | $129.00 |
| | | | Code Total | 0.20 | $129.00 |

Duane Morris
October 9, 2008
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1426300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/9/2008 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR REPORT ON DUANE MORRIS 28TH QUARTERLY FEE APPLICAITON | 0.10 | $64.50 |
| 9/15/2008 | 012 | MR LASTOWSKI | REVIEW AND REVISE DUANE MORRIS QUARTERLY FEE APPLICATION | 0.50 | $322.50 |
| 9/16/2008 | 012 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS' TWENTY EIGHTH QUARTER FEE APPLICATION (.2); EFILE WITH COURT (.2) | 0.40 | $78.00 |
| 9/19/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS' SEVENTY-EIGHTH MONTHLY FEE APP (.2); EFILE WITH COURT (.1) | 0.30 | $58.50 |
| 9/22/2008 | 012 | EM O'BYRNE | PREPARE DUANE MORRIS' TWENTY-NINTH QUARTERLY FEE APPLICATION AND CERTIFICATES OF SERVICE AND LABELS (2.0); EFILE WITH COURT (.5); COPY AND SERVE (.9) | 3.40 | $663.00 |
| 9/29/2008 | 012 | EM O'BYRNE | BEGIN DRAFT DUANE MORRIS' SEVENTY NINTH MONTHLY FEE APPLICATION FOR AUGUST 2008 | 0.40 | $78.00 |
| 9/30/2008 | 012 | EM O'BYRNE | DOWNLOAD AND SAVE STROOCK'S FEE APPLICATION DOCUMENTS (.2); SCAN AND EFILE (.3) | 0.50 | $97.50 |
| | | | Code Total | 5.60 | $1,362.00 |

Duane Morris
October 9, 2008
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1426300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/11/2008 | 013 | EM O'BYRNE | SCAN AND PREPARE STROOCK'S EIGHTY EIGHTH FEE APPLICATION FOR FILING (.3); EFILE WITH COURT (.3) | 0.60 | $117.00 |
| 9/16/2008 | 013 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO CAPSTONE'S SEVENTEENTH QUARTERLY FEE APPLICATION (.2); EFILE WITH COURT (.2) | 0.40 | $78.00 |
| 9/17/2008 | 013 | EM O'BYRNE | DOWNLOAD AND SAVE CAPSTONE'S FIFTY-THIRD FEE APPLICATION FOR JUNE 2008 (.3); EFILE WITH COURT (.3); FORWARD CONFIRMATION OF SAME TO D MOHAMED(.1) | 0.70 | $136.50 |
| | | | Code Total | 1.70 | $331.50 |

Duane Morris
October 9, 2008
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1426300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/2/2008 | 015 | MR LASTOWSKI | E-MAIL FROM L. KRUGER RE: ATTENDANCE AT OMNIBUS HEARINGS | 0.10 | $64.50 |
| 9/2/2008 | 015 | MR LASTOWSKI | E-MAIL TO L. KRUGER RE: ATTENDANCE AT OMNIBUS HEARINGS | 0.10 | $64.50 |
| 9/2/2008 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 1.10 | $709.50 |
| 9/2/2008 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR OMNIBUS HEARING | 1.20 | $774.00 |
| 9/24/2008 | 015 | MR LASTOWSKI | REVIEW 9/29/08 AGNDA NOTICE AND ITEMS IDENTIFIED THEREON | 2.80 | $1,806.00 |
| 9/28/2008 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 9/29/08 HEARING | 3.20 | $2,064.00 |
| 9/29/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND HEARING | 3.20 | $2,064.00 |
| | | | Code Total | 11.70 | $7,546.50 |

Duane Morris
October 9, 2008
Page 12

File # K0248-00001                                    INVOICE #  1426300
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/23/2008 | 017 | MR LASTOWSKI | REVIEW NOTICE OF DISCLOSURE STATEMENT HEARING | 0.10 | $64.50 |
| 9/23/2008 | 017 | MR LASTOWSKI | REVIEW PLAN AND DISCLOSURE STATEMENT ISSUES | 1.20 | $774.00 |
| 9/23/2008 | 017 | MR LASTOWSKI | REVIEW PLAN AND DISCLOSURE STATEMENT | 1.70 | $1,096.50 |
| 9/25/2008 | 017 | MR LASTOWSKI | REVIEW ASBESTOS TRUST DOCUMENTS | 1.40 | $903.00 |
| 9/26/2008 | 017 | MR LASTOWSKI | ANALYSIS OF PLAN AND DISCLOSURE STATEMENT. | 2.40 | $1,548.00 |
| 9/26/2008 | 017 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF SOLICITATION PROCEDURES | 0.60 | $387.00 |
| | | | Code Total | 7.40 | $4,773.00 |

Duane Morris
October 9, 2008
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1426300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/1/2008 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT, TOWN OF ACTON. | 0.20 | $141.00 |
| 9/1/2008 | 025 | WS KATCHEN | NOTICE OF MOTION FOR AUTHORIZATION TO ACQUIRE LTD LIABILITY COMPANY INTEREST IN GR 2008 LLC. | 0.20 | $141.00 |
| 9/1/2008 | 025 | WS KATCHEN | NOTICE OF AMENDED MOTION TO APPROVE SETTLEMENT, JAMESON MEMORIAL HOSPITAL AND SETTLEMENT AGREEMENT. | 0.20 | $141.00 |
| 9/8/2008 | 025 | MM LAMPARSKI | E-MAIL MESSAGES FROM AND TO STACEY F. TATE AND TELEPHONE CALL FROM STACEY F. TATE REGARDING DELIVERY OF JOINDER TO JUDGE FITZGERALD; PREPARE AND DELIVER DOCUMENT REGARDING SAME. | 0.40 | $70.00 |
| 9/9/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S BRIEF ON LENDER CLAIMS. | 1.00 | $705.00 |
| 9/9/2008 | 025 | WS KATCHEN | REVIEW NOTICE OF APPEAL RE: DENIAL OF INJUNCTION. | 0.10 | $70.50 |
| 9/9/2008 | 025 | WS KATCHEN | 2 TELEPHONE CONFERENCE WITH L. KRUGER. | 0.30 | $211.50 |
| 9/9/2008 | 025 | WS KATCHEN | REVIEW U.S.D.J. OPINION (LIBBY, ET AL). | 0.30 | $211.50 |
| 9/9/2008 | 025 | WS KATCHEN | REVIEW AUG IV OPINION - USDJ ON CLASS CERTIFICATION DENIAL. | 0.20 | $141.00 |
| 9/10/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS "RED SOX". | 0.20 | $141.00 |
| 9/10/2008 | 025 | WS KATCHEN | EMAIL TO L. KRUGER. | 0.20 | $141.00 |
| 9/15/2008 | 025 | WS KATCHEN | REVIEW CERTIFICATE RE: STIPULATION KENTUCKY & IRS CLAIMS. | 0.20 | $141.00 |
| 9/15/2008 | 025 | WS KATCHEN | CONFERENCE M. LASTOWSKI RE: CASE STATUS. | 0.20 | $141.00 |
| 9/15/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION IN CALIFORNIA STATE UNIVERSITY P.D. CLAIMS & SETTLEMENT AGREEMENT. | 0.20 | $141.00 |
| 9/15/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S JOINDER IN MOTION FOR STAY PENDING APPEAL - RE: MONTANA. | 0.20 | $141.00 |
| 9/23/2008 | 025 | WS KATCHEN | REVIEW JOINT PLAN & DISCLOSURE STATEMENT. | 1.00 | $705.00 |
| 9/29/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S SSV-REPLY TO BANK LENDERS'. | 0.30 | $211.50 |
| 9/29/2008 | 025 | WS KATCHEN | DEBTOR'S MOTION RE: APPOINTMENT A.M. SANDERS FUTURES ASBESTOS P.D. CLAIMS. | 0.30 | $211.50 |

Duane Morris
October 9, 2008
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1426300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/29/2008 | 025 | WS KATCHEN | MOTION OF DEBTORS FOR ORDER ON DISCLOSURE STATEMENT AND PLAN MATERIALS. | 0.50 | $352.50 |
| 9/29/2008 | 025 | WS KATCHEN | REVIEW DISCLOSURE STATEMENT. | 0.50 | $352.50 |
| | | | Code Total | 6.70 | $4,511.50 |

Duane Morris
October 9, 2008
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1426300

TOTAL SERVICES

| | 49.50 | $25,587.00 |
|---|---|---|

Duane Morris
October 9, 2008
Page 16

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1426300

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/30/2008 | PRINTING & DUPLICATING - EXTERNAL | | 36.79 |
| | | Total: | $36.79 |
| 9/30/2008 | POSTAGE | | 190.07 |
| | | Total: | $190.07 |
| 8/31/2008 | TRAVEL AWAY FROM HOME | | 59.20 |
| | | Total: | $59.20 |
| 7/28/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798986410890) | | 13.54 |
| 7/28/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGELESQUIRE AT SR. VP & GENERAL COUNSEL - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798486438433) | | 9.96 |
| | | Total: | $23.50 |
| 9/30/2008 | DOCUMENT E-FILING | | 117.00 |
| | | Total: | $117.00 |
| 9/30/2008 | PRINTING & DUPLICATING | | 357.60 |
| | | Total: | $357.60 |
| | TOTAL DISBURSEMENTS | | $784.16 |

Duane Morris
October 9, 2008
Page 17

File # K0248-00001                                                INVOICE #  1426300
      W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 27.40 | 645.00 | 17,673.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 6.90 | 705.00 | 4,864.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.70 | 250.00 | 425.00 |
| 03531 | MM LAMPARSKI | PARALEGAL | 0.40 | 175.00 | 70.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 13.10 | 195.00 | 2,554.50 |
| | | | 49.50 | | $25,587.00 |