IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| W.R. GRACE & CO., et al., | : |
| | : Case No. 01-01139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

**NOTICE OF SERVICE OF THE SCOTTS COMPANY LLC'S ANSWERS AND OBJECTIONS TO DEBTORS' ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S, AND OFFICIAL COMMITTEE OF ASBESTOS PERSONAL CLAIMANTS FIRST SET OF INTERROGATORIES AND RESPONSES AND OBJECTIONS TO DEBTORS' ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S, AND OFFICIAL COMMITTEE OF ASBESTOS PERSONAL CLAIMANTS FIRST REQUEST TO THE SCOTTS COMPANY LLC FOR THE PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that on the 20th day of February, 2009, counsel for the Scotts Company LLC caused a copy of **Answers and Objections of The Scotts Company LLC to Debtors' Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Claimants First Set of Interrogatories** and **Responses and Objections of the Scotts Company to Debtors' Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Claimants First Request to The Scotts Company LLC for the Production of Documents** to be served on counsel of record in the above-captioned bankruptcy proceeding as follows:

**Via Electronic Mail:**
James E. O'Neill
Pachulski Stand Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**via Electronic Mail:**
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Peter Lockwood
Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

RLF1-3371769-1

**Via Electronic Mail**:
Robert Horkovich
Robert Chung
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY 10020

John C. Phillips
Phillips, Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Phillip Bentley
Kramer Levin Naftalis & Frankell LLP
1177 Avenue of the Americas
New York, NY 10036

Richard Forsten
Buchanan Ingersoll & Rooney PC
100 West Street 1410
Wilmington, DE 19801

**via Electronic Mail:**
Lisa G. Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Richard H. Wryon
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Dated: February 25, 2009
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Robert J. Stearn*
Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb (Ohio Bar #0067516)
(admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4663

Attorneys for The Scotts Company LLC,
and certain of its related entities