## CERTIFICATE OF SERVICE

I, Robert J. Stearn, do hereby certify that on February 25, 2009, I caused a copy of the foregoing *Notice of Service of The Scotts Company LLC's Answers and Objections of The Scotts Company LLC to Debtors' Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Claimants First Set of Interrogatories and Responses and Objections of the Scotts Company to Debtors' Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Claimants First Request to The Scotts Company LLC for the Production of Documents* to be served upon the following via first class mail:

James E. O'Neill
Pachulski Stand Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Peter Lockwood
Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Robert Horkovich
Robert Chung
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY 10020

John C. Phillips
Phillips, Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Phillip Bentley
Kramer Levin Naftalis & Frankell LLP
1177 Avenue of the Americas
New York, NY 10036

Richard Forsten
Buchanan Ingersoll & Rooney PC
100 West Street 1410
Wilmington, DE 19801

Lisa G. Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Richard H. Wryon
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

RLF1-3371769-1

Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

                                                                      /s/ Robert J. Stearn
                                                                      Robert J. Stearn, Jr. (No. 2915)