IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: March 17, 2009 at 4:00 p.m.** |

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 14, 2009
Invoice 913624  Page  1

Our Matter #          02399/06091                      For Services Through 12/31/08
Name of Matter:       Fee Applications

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 12/11/08 | Prepare fee application for November 2008, update fee application chart and search for filing and no objection dates on docket. | | | |
| | B.A. WRIGHT | 2.40 hrs. | 120.00/hr | $288.00 |
| 12/15/08 | Edit and approve fee application. | | | |
| | B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 12/17/08 | Revise application and send for verification and signature, federal express fee application. | | | |
| | B.A. WRIGHT | 0.20 hrs. | 120.00/hr | $24.00 |
| 12/22/08 | Draft the 30th quarterly fee application and update chart. | | | |
| | B.A. WRIGHT | 1.70 hrs. | 120.00/hr | $204.00 |
| 12/29/08 | Draft 30th fee application summary and update filing chart. | | | |
| | B.A. WRIGHT | 1.20 hrs. | 120.00/hr | $144.00 |

**Total Fees for Legal Services** .......................................................................................... **$708.00**

## BILLING SUMMARY

| BILLING SUMMARY | Hours | Rate/Hr | Dollars |
|-----------------|-------|---------|---------|
| B.J. BURN | 0.20 | 240.00 | 48.00 |
| B.A. WRIGHT | 5.50 | 120.00 | 660.00 |
| TOTAL | 5.70 | 124.21 | 708.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Dollars |
|------|-------------|---------|
| 12/09/2008 | Federal Express charge | 14.04 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$14.04**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Fed Ex | 14.04 |
| TOTAL | $14.04 |

**Net current billing for this invoice** .................................................................................. **$722.04**

**GRAND TOTAL**............................................................................................................... **$722.04**

W. R. Grace & Co.

January 14, 2009
Invoice 913624  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $708.00 |
| Charges for Other Services Provided/Expenses Incurred | $14.04 |

**Net current billing for this invoice** ................................................................. **$722.04**

**GRAND TOTAL**................................................................................................................. **$722.04**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 14, 2009
Invoice 913623 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 12/31/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 12/05/08 | Message from Mr. Bucens, review attachment and schedule. | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |
| 12/08/08 | Review contract and Restrictions. | | | |
| | W. BOBO | 0.50 hrs. | 375.00/hr | $187.50 |
| 12/09/08 | Check on status of City and Bankruptcy approvals (0.2); initial review of real estate records regarding property (0.5); prepare preliminary checklist (0.5); review Certificate of Compliance, SC and CT Certificates of Existence and forward to Attorney Humphreys (City of Charleston) (0.3). | | | |
| | W. BOBO | 1.50 hrs. | 375.00/hr | $562.50 |
| 12/10/08 | Email from Attorney Humphreys regarding closing and forward to Ms. Finklestein, review reply and advise Attorney Humphreys. | | | |
| | W. BOBO | 0.30 hrs. | 375.00/hr | $112.50 |
| 12/11/08 | Prepare checklist, review various emails regarding closing date and email to Attorney Humphreys. | | | |
| | W. BOBO | 1.00 hrs. | 375.00/hr | $375.00 |
| 12/15/08 | Review bankruptcy notice of no obligations and forward to Attorney Humphreys. | | | |
| | W. BOBO | 0.30 hrs. | 375.00/hr | $112.50 |
| 12/16/08 | Review checklist (0.3); telephone conference with Attorney Humphreys (0.2) email to client regarding checklist items and closing timetable (0.3); coordinate closing date (0.1); review materials received from client and forward to Attorney Humphreys (0.6); review title binder (0.3). | | | |
| | W. BOBO | 1.80 hrs. | 375.00/hr | $675.00 |
| 12/17/08 | Email from Ms. Finklestein regarding tax id #; receive tax ID and forward to Attorney Humphreys (0.2); work on Deed and Seller documents (1.0); email to Attorney Smith regarding access language and review reply (0.2); review Access Agreement (0.3). | | | |
| | W. BOBO | 1.70 hrs. | 375.00/hr | $637.50 |
| 12/18/08 | Assist Attorney Bobo with environmental and DHEC issues in title and deed for closing. | | | |
| | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |

W. R. Grace & Co.

| 12/18/08 | Review Bankruptcy Court Order (0.3); email from Ms. Finklestein regarding access rights and respond (0.2); complete deed and related seller documents (0.8); telephone conference with Ms. Finklestein (0.1); forward Seller package to Attorney Humphreys (0.3); review revised title affidavit (0.2). | | | |
|---|---|---|---|---|
| | W. BOBO | 1.90 hrs. | 375.00/hr | $712.50 |

| 12/19/08 | Telephone conference with Attorney Humphreys regarding closing structure (0.3); review executed documents and forward to Attorney Humphreys (0.4). | | | |
|---|---|---|---|---|
| | W. BOBO | 0.70 hrs. | 375.00/hr | $262.50 |

| 12/22/08 | Review closing statement and forward to client (0.3) receive executed Seller documents and coordinate delivery to Attorney Humphreys (0.6); email to Attorneys Bates and Humphreys regarding disbursement and review replies (0.3); conference call Attorneys Bates and Humphreys (0.2); monitor disbursement of funds (0.3). | | | |
|---|---|---|---|---|
| | W. BOBO | 1.70 hrs. | 375.00/hr | $637.50 |

**Total Fees for Legal Services** ........................................................................................... **$4,435.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.50 | 320.00 | 160.00 |
| W. BOBO | 11.40 | 375.00 | 4,275.00 |
| TOTAL | 11.90 | $372.69 | $4,435.00 |

**Net current billing for this invoice** ................................................................................... **$4,435.00**

**GRAND TOTAL** ................................................................................................................ **$4,435.00**

W. R. Grace & Co.

January 14, 2009
Invoice 913623  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---|
| Fees for Professional Services | $4,435.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$4,435.00**

**GRAND TOTAL**................................................................................................................ **$4,435.00**

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                           January 13, 2009
ATTN:  Emmett, Robert A.                            Invoice 913622  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #           02399/06017                  For Services Through 12/31/08
WR Grace #             001-KL-721200-00-400110
Name of Matter:        Sierra Facility

| | | | |
|---|---|---|---|
| 12/15/08 | Discussion with Mr. Marriam concerning questions regarding historical documents to address issues concerning site operational questions (0.3); review historical documents to locate information requested (3.2). | | |
| | B.F. HAWKINS, JR. | 2.50 hrs.    320.00/hr | $800.00 |
| 12/15/08 | Review file for information regarding site conditions at site. | | |
| | R.T. CARLISLE | 0.80 hrs.    280.00/hr | $224.00 |
| 12/16/08 | Review issues concerning historical operations at Sierra facility with Mr. Marriam and Mr. Emmett. | | |
| | B.F. HAWKINS, JR. | 0.40 hrs.    320.00/hr | $128.00 |
| 12/16/08 | Follow-up with Attorneys Smith and Crawford concerning historical issues at Sierra Facility for response to client questions. | | |
| | B.F. HAWKINS, JR. | 0.40 hrs.    320.00/hr | $128.00 |
| 12/16/08 | Review historical documents and state regulations to address issues concerning site operational questions. | | |
| | B.F. HAWKINS, JR. | 2.60 hrs.    320.00/hr | $832.00 |
| 12/16/08 | Confer with Attorney Hawkins regarding site specific conditions (0.2); participate in portion of conference call with Messrs. Emmett and Marriam and Attorney Hawkins regarding same (0.3). | | |
| | R.T. CARLISLE | 0.50 hrs.    280.00/hr | $140.00 |
| 12/18/08 | Address environmental site evaluation issues and provide input to Attorney Carlisle. | | |
| | B.F. HAWKINS, JR. | 0.90 hrs.    320.00/hr | $288.00 |
| 12/18/08 | Research regarding environmental requirements for site (1.4); draft bullet points regarding requirements relating to site evaluation questions (0.8); circulate draft to Attorneys Smith and Hawkins requesting their comments (0.1). | | |
| | R.T. CARLISLE | 2.30 hrs.    280.00/hr | $644.00 |
| 12/19/08 | Provide input on historic site conditions and analysis. | | |
| | N.J. SMITH | 0.60 hrs.    320.00/hr | $192.00 |
| 12/19/08 | Review information and revise response to client addressing analysis of various environmental provisions for consideration at facility. | | |
| | B.F. HAWKINS, JR. | 1.50 hrs.    320.00/hr | $480.00 |

W. R. Grace & Co.

12/19/08    Confer with Attorneys Smith and Hawkins regarding review of site conditions/information
            (0.2); draft electronic mail memorandum regarding same (0.8); confer with Attorney Hawkins
            regarding additional comments (0.1); additional changes to electronic mail memorandum to
            Messrs. Medler, Marriam, and Emmett and transmit same (0.2).
            R.T. CARLISLE                                 1.30 hrs.    280.00/hr              $364.00

**Total Fees for Legal Services** ............................................................................................... **$4,220.00**

### BILLING SUMMARY

|                   | Hours  | Rate/Hr  | Dollars    |
|-------------------|--------|----------|------------|
| N.J. SMITH        | 0.60   | 320.00   | 192.00     |
| B.F. HAWKINS, JR. | 8.30   | 320.00   | 2,656.00   |
| R.T. CARLISLE     | 4.90   | 280.00   | 1,372.00   |
| TOTAL             | 13.80  | $305.80  | $4,220.00  |

**Net current billing for this invoice** ..................................................................................... **$4,220.00**

**GRAND TOTAL**.................................................................................................................... **$4,220.00**

W. R. Grace & Co.

January 13, 2009
Invoice 913622  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
Sierra Facility
Our Matter # 02399/06017

| | |
|---|---|
| Fees for Professional Services | $4,220.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$4,220.00**

**GRAND TOTAL**.................................................................................................... **$4,220.00**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                    January 7, 2009
ATTN: Lydia Duff, Esq.                                      Invoice 913621  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06000                      For Services Through 12/31/08
WR Grace #              063-KL-721490-01-501251
Name of Matter:         General

| Date | Description | | | |
|------|-------------|---|---|---|
| 12/29/08 | Review request for audit letter and provide instructions on same to Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 0.20 hrs. | 320.00/hr | $64.00 |

**Total Fees for Legal Services** ........................................................................................ **$64.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.20 | 320.00 | 64.00 |
| TOTAL | 0.20 | $320.00 | $64.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | Dollars |
|---|---|---|
| 12/18/2008 | Telephone 1-901-820-2023 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$0.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Telephone | 0.05 |
| TOTAL | $0.05 |

**Net current billing for this invoice**.................................................................................... **$64.05**

**GRAND TOTAL** ............................................................................................................ **$64.05**

W. R. Grace & Co.

January 7, 2009
Invoice 913621  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $64.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.05 |

Net current billing for this invoice..................................................................  **$64.05**

GRAND TOTAL .............................................................................................  **$64.05**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701