**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/18/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF FIRST APPLICATION OF ALEXANDER M. SANDERS, JR.**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR**
**FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS**
**AND HOLDERS OF DEMANDS FOR THE PERIOD FROM**
**SEPTEMBER 22, 2008 THROUGH FEBRUARY 25, 2009**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | September 22, 2008 through February 25, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $19,285.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period.  Judge Sanders has practiced law for over 40 years, and his present billing rate is $350 per hour.  In this Application period Judge Sanders performed 55.1 hours of services as PD FCR, for a total amount billed of $19,285.00, of which 80% is currently sought, in the amount of $15,428.00.

This is the First application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 55.1 | $19,285.00 |
| TOTAL | 55.1 hours | $19,285.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| | $0 |
| TOTAL | $0 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of February, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

## *ALEXANDER M. SANDERS, JR.*
### *SANDERS & NETTLES, LLC*
#### *Attorneys at Law*
#### *208 Lincoln Street*
#### *Columbia, South Carolina 29201*

*Mailing address:  19 Water Street*
*Charleston, SC 29401*

## INVOICE FOR PROFESSIONAL SERVICES 9/22/08 - 2/25/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 9/22/08 | Review of numerous documents relating to appointment | 2.5 |
| 9/22/08 | Review of verified statement pursuant to Rule 2014(A) | 0.5 |
| 9/25/08 | Review of application for appointment of PD FCR | 0.5 |
| 10/1/08 | Review of engagement letter for counsel (Alan B. Rich) | 0.5 |
| 10/9/08 | Emails to and from counsel on status | 0.2 |
| 10/13/08 | Status conference with counsel and correspondence | 0.2 |
| 10/13/08 | Review of supplemental statement pursuant to Rule 2014(A) | 0.5 |
| 10/14/08 | Status correspondence with counsel | 0.2 |
| 10/14/08 | Review of application for order authorizing retention of counsel | 1.0 |
| 10/16/08 | Conferences with ZAI rep. and counsel | 3.0 |
| 10/16/08 | Draft of proposed changes to ZIA provisions | 1.0 |
| 10/20/08 | Review of order appointing PD FCR | 0.5 |
| 10/23/08 | Review of documents from D. Speights | 0.8 |
| 10/24/08 | Meeting with D. Speights | 1.0 |

INVOICE 9/22/08 - 2/25/09
Page 2

| | | |
|---|---|---|
| 10/29/08 | Status conference with counsel | 0.3 |
| 10/30/08 | Meeting with ZIA rep. | 1.5 |
| 10/31/08 | Review of ZIA motion for class cert. and related documents | 2.5 |
| 10/31/08 | Emails to and from counsel and ZAI rep. | 0.4 |
| 11/3/08 | Meeting with debtors and ZAI rep. | 4.0 |
| 11/4/08 | Emails to and from counsel and PD Committee | 0.3 |
| 11/5/08 | Emails to and from counsel | 0.2 |
| 11/6/08 | Conference with counsel, PD Committee, et al. | 6.0 |
| 11/6/08 | Review ZAI term sheet, conference with counsel and ZAI rep. | 0.6 |
| 11/10/08 | Conference with counsel and PD Committee | 0.4 |
| 11/10/08 | Review of various documents relating to ZIA claims | 3.0 |
| 11/10/08 | Review of preliminary objection by PD FCR | 0.5 |
| 11/11/08 | Review of proposal re "traditional" PD claims | 1.0 |
| 11/13/08 | Status conference with counsel | 0.2 |
| 11/17/08 | Review ZAI term sheet, conference with counsel and ZAI rep. | 1.0 |
| 11/18/08 | Review Order of Retention and correspondence from counsel | 0.2 |
| 11/19/08 | Review of proposed changes by ZIA rep. | 0.5 |
| 11/20/08 | Review of further proposed changes | 0.5 |
| 11/20/08 | Review of proposed change for "traditional" PD claims | 0.5 |
| 11/21/08 | Review of further proposed changes | 0.2 |
| 11/30/08 | Meeting with ZIA rep. | 1.5 |
| 12/3/08 | Review of proposed retention agreement for local counsel | 0.2 |
| 12/9/08 | Status conference with counsel | 0.2 |

INVOICE 9/22/08 - 2/25/09
Page 3

| | | |
|---|---|---|
| 12/10/08 | Review of memorandum re "traditional" PD claims | 1.0 |
| 12/13/08 | Review revised memorandum | 0.5 |
| 12/18/08 | Status conference with counsel | 0.2 |
| 12/28/08 | Review correspondence from counsel | 0.1 |
| 1/5/09 | Emails to and from counsel | 0.1 |
| 1/6/09 | Status conference with counsel | 0.1 |
| 1/15/09 | Emails to and from counsel | 0.3 |
| 1/22/09 | Status conference with counsel | 0.2 |
| 1/23/09 | Emails to and from counsel re Intercreditor issues | 1.0 |
| 1/29/09 | Status conference with counsel | 0.2 |
| 1/30/09 | Review of email from counsel | 1.0 |
| 1/31/09 | Conference with counsel and D. Speights re PD CMO | 0.2 |
| 2/1/09 | Review of proposed "traditional" PD claims | 0.5 |
| 2/2/09 | Review of emails between counsel and D. Speights | 0.5 |
| 2/2/09 | Review of proposed changes to trust agreement | 2.5 |
| 2/2/09 | Review of email between counsel and T. Friedman and ZIA rep. | 0.2 |
| 2/3/09 | Review of PD FCR's comments/changes to Ancillary Plan | 2.0 |
| 2/3/09 | Review of email between counsel and N. Gellner | 0.2 |
| 2/6/09 | Meeting with potential PD trustee | 2.0 |
| 2/10/09 | Review of email from counsel | 0.2 |
| 2/12/09 | Review of emails from counsel to T. Friedman | 0.5 |
| 2/12/09 | Review of emails re Intercreditor Agreement | 0.5 |

INVOICE 9/22/08 - 2/25/09
Page 4

| | | |
|---|---|---|
| 2/13/09 | Review of discovery requests | 1.0 |
| 2/16/09 | Review Grace's latest proposed TD CMO with edits by counsel | 0.5 |
| 2/17/09 | Review of further changes by counsel | 0.5 |
| 2/19/09 | Review of email from counsel and email to D. Speights | 0.2 |
| 2/19/09 | Status conference with counsel | 0.5 |
| 2/20/09 | Review of objections to Disclosure Statement | 0.2 |
| 2/20/09 | Review of letter withdrawing certain interrogatories | 0.1 |

On-going review of First Amended Joint Plan of Reorganization Under Chapter 11 and Exhibit Book (several hundred pages not complete as of 2/25/09)

Total:  55.1 @ $350/hour = $19,285