IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 20659** |

**NO ORDER REQUIRED**
**MONTHLY APPLICATION OF ANDERSON, KILL, & OLICK, P.C., FOR
SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES AS
SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008 (DOCKET NO. 20659)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the

following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed

by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative

Order"), Anderson, Kill, & Olick, P.C. ("Anderson, Kill, & Olick"), submitted on

February 3, 2009 a monthly application ("Application") [Docket No. 20659] for services

rendered and reimbursement of expenses incurred as special insurance counsel to the

Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before

February 23, 2009. No objections to the Application have been received by the

undersigned. Moreover, the Court's docket reflects that no objections to the Application

were filed.  In accordance with the Amended Administrative Order, upon the filing of this

Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty

percent (80%) of the fees and one hundred percent (100%) of the expenses requested in

the Application.


Dated: February 26, 2009

                                    ANDERSON, KILL, & OLICK, P.C.
                                    Robert Y. Chung
                                    1251 Avenue of the Americas
                                    New York, NY 10020-1182
                                    (212) 278-1039

                                    -and-

                                    CAMPBELL & LEVINE, LLC


                                    */s/Kathleen Campbell Davis*
                                    Marla R. Eskin (I.D. #2989)
                                    Kathleen Campbell Davis (I.D. #4229)
                                    800 N. King Street
                                    Suite 300
                                    Wilmington, DE  19801
                                    (302) 426-1900

                                    *Delaware and Associated Counsel for the
                                    Official Committee of Asbestos Personal
                                    Injury Claimants*