# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 2/11/09 @ 4:00pm |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF NOVEMBER 1, 2008, THROUGH NOVEMBER 30, 2008, FOR THE QUARTERLY FEE PERIOD OF OCTOBER THROUGH DECEMBER 2008**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **November 2008** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 14,683.50** |
| Amount of Expense Reimbursement sought | **$ 14.12** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of November 2008. This is the 68th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 42nd monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1–1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1–2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1–3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1–4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1–5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1–6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1–7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1–9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1–10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1–11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1–12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1–1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |

| | | | |
|---|---|---|---|
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1–8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1–9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1–11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1–12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1–1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1–2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1–3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1–4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1–5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1–6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1–7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1–8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1–9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1–10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1–11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1–12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1–1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1–2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1–3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1–4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1–5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1–6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1–7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1–8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1–9/30/06 | None Submitted | – | – |
| 10/1–10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1–11/30/06 | None Submitted | – | – |
| 12/1–12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1–1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1–2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1–3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1–4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1–5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1–6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1–7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1–8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1–9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1–10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1–11/30/07 | January 22, 2008 | 2,911 | – |
| 12/1–12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |
| 1/1–1/31/08 | March 13, 2008 | 32,984.00 | – |

| | | | |
|---|---|---|---|
| 2/1 – 2/29/08 | April 28, 2008 | 21,984.00 | |
| 3/1 – 3/31/08 | May 7, 2008 | 4,302.00 | 560.00 |
| 4/1– 4/30/08 | June 12, 2008 | 4,332.00 | – |
| 5/1– 5/31/08 | July 7, 2008 | 445.00 | 10.79 |
| 6/1 – 6/30/08 | None Submitted | – | – |
| 8/1 – 8/31/08 | September 19, 2008 | 19,266.00 | – |
| 9/1 – 9/30/08 | November 14, 2008 | 11,601.50 | – |
| 10/1 – 10/31/08 | December 11, 2008 | 11,056.50 | – |
| TOTAL | | $3,351,776.00 | $782,562.29 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with five substantive matters, which are detailed in the attached fee schedule for the matters. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $570.00 | 14.1 | $8,037.00 |
| John E. McGlynn | Partner | 1997 | IP Counseling | $435.00 | 0.2 | $87.00 |
| John E. Harrelson | Associate | 2001 | IP Counseling | $325.00 | 11.2 | $3,640.00 |
| David Hoffman | Associate | 2004 | IP Counseling | $295.00 | 7.1 | $2094.50 |
| Noreen Garonski | Paralegal | | IP Prosecution | $195.00 | 1.0 | $195.00 |

Total Fees: $14,683.50
Blended Rate: $437.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $ 14,683.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($11,746.80), and (ii) 100% of the expenses incurred ($14.12); and (b) that the fees and expenses are payable as administrative expenses of the Debtors' estates.

                                          Respectfully submitted

Dated: January 14, 2009

                                          Gary H. Levin  
                                          Woodcock Washburn LLP  
                                          2929 Arch Street  
                                          Cira Centre–12th Floor  
                                          Philadelphia, PA  19104  
                                          (215) 568-3100  
                                          levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 2/11/09 @ 4:00 pm. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2008, THROUGH NOVEMBER 30, 2008

# WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 11/03/2008 | JEM | Review and execute information disclosure statement (IDS) citing art to the United States Patent and Trademark Office. | 0.20 |
| 11/04/2008 | NG | Attendance to filing of the Information Disclosure Statement with the United States Patent and Trademark Office on November 4, 2008. | 1.00 |

SERVICES                                $    282.00

|  | JEM | JOHN E. MCGLYNN | 0.20 | hours @ | $435.00 |
|  | NG | NOREEN GARONSKI | 1.0 | hours @ | $195.00 |

**INVOICE TOTAL**                       $    282.00

## WRG-0089
## STUDY OF THIRD-PARTY PATENT RELATED TO OLEFIN POLYMERIZATION CATALYST

| | | | |
|---|---|---|---|
| 11/10/2008 | GHL | Further drafting of opinion of invalidity of third-party patent; | 2.50 |
| 11/16/2008 | DBH | Review prosecution history of third-party patent, and draft summary of the prosecution; | 5.50 |
| 11/17/2008 | DBH | Continued drafting of prosecution history composition; | 1.60 |
| 11/17/2008 | GHL | Further work on opinion of invalidity of third-party patent on catalyst component; | 1.20 |
| 11/18/2008 | GHL | Further work on opinion of invalidity; | 0.60 |
| 11/21/2008 | GHL | Further work on invalidity opinion, including finalizing claim chart of disclosures of primary reference versus all limitations of the dependent claims of the subject third-party patent; | 1.70 |
| 11/24/2008 | GHL | Further work on invalidity opinion; | 1.60 |
| 11/26/2008 | GHL | Further work on invalidity opinion. | 1.30 |

SERVICES                $    7,167.50

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 8.90 | hours @ | $570.00 |
| DBH | DAVID B. HOFFMAN | 7.10 | hours @ | $295.00 |

**INVOICE TOTAL**                $    7,167.50

## WRG-0090
## CATALYST ON SILICA-CLAD ALUMINA SUPPORT

| 11/04/2008 | GHL | Preparation of patent application on this disclosure, including review of invention disclosure material and background materials as received from Mr. Maggio; review of related, pending Grace patent application, initial review of prior art references identified in search report on the subject matter of the invention disclosure; and discussion with associate assigned to drafting the application (John Harrelson); | 1.10 |
|---|---|---|---|
| 11/14/2009 | JAH | Reviewing the disclosure material, conference call with Gary Levin concerning same; | 1.30 |
| 11/17/2009 | JAH | Review and analysis of the disclosure material; | 0.80 |
| 11/18/2009 | JAH | Review and analysis of disclosure material and art; | 1.00 |
| 11/20/2009 | JAH | Review and analysis of the disclosure material, conference call with inventor Steve Schmidt and Gary Levin; | 1.50 |
| 11/21/2008 | GHL | Further review of invention disclosure materials and participation in telephone conference with inventor Steve Schmidt to obtain further information regarding the inventions; | 0.80 |
| 11/24/2008 | JAH | Drafting working set of claims for the invention; | 1.80 |
| 11/25/2008 | GHL | Review and revision to set of draft claims, and office conference with Mr. Harrelson regarding scope; | 0/50 |
| 11/25/2008 | JAH | Drafting and editing claims, consulting with Gary Levin concerning same; | 4.00 |
| 11/26/2008 | JAH | Further revisions to draft claims, consulting with Gary Levin concerning same. | 1.80 |

SERVICES $ 5,638.00

| | GHL | GARY H. LEVIN | 2.40 | hours @ | $570.00 |
|---|---|---|---|---|---|
| | JAH | JOHN A. HARRELSON | 12.20 | hours @ | $350.00 |

**DISBURSEMENTS:**
POSTAGE & DELIVERY                                               $        14.12

DISBURSEMENT TOTAL                                               $        14.12
SERVICE TOTAL                                                    $     5,638.00

**INVOICE TOTAL**                                                $     5,652.12


## WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| 11/26/2008 | GHL | Preliminary review of materials, as received from Mr. Cross, relating to third-party patents and applications on particulate conveyancing systems, including review of previous agreement between Grace and third party on conveyancing equipment, review of Mr. Cross's summary of current issues, and preliminary review of patents/applications involved. | 1.40 |
|---|---|---|---|

SERVICES    $    798.00

| | GHL | GARY H. LEVIN | 1.40 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**    $    798.00

## WRG-GENERAL

| 11/06/2008 | GHL | Review of proposed warranty to be given to third-party regarding accuracy of technical information generated by Grace, including telephone conference with Mr. Maggio on November 6 to receive background information on the issue; review of confidentiality agreement and correspondence between Grace and the third-party, as received from Mr. Maggio, review of the proposed warranty language in context of same; | 0.50 |
|---|---|---|---|
| 11/07/2008 | GHL | Prepare revisions to proposed release letter, and telephone conference and email communication with Mr. Maggio regarding same; | 0.50 |
| 11/14/2008 | GHL | Preparation of Quarterly Summary for fee applications. | 0.40 |

SERVICES      $    798.00

| | GHL | GARY H. LEVIN | 1.40 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**      $    798.00