**<u>Exhibit C</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 2/26/09 @ 4⁰⁰pm |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE
PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD
OF DECEMBER 1, 2008, THROUGH DECEMBER 31, 2008, FOR THE QUARTERLY
FEE PERIOD OF OCTOBER THROUGH DECEMBER 2008**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **December 2008** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 30,541.00** |
| Amount of Expense Reimbursement sought | **$ 9.00** |

[1]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of December 2008. This is the 69th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 43rd monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |

| | | | |
|---|---|---|---|
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9,2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1– 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1– 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| 12/1– 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1– 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1– 5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1 – 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 – 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 – 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 – 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 – 10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1 – 11/30/07 | January 22, 2008 | 2,911 | – |
| 12/1– 12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |
| 1/1– 1/31/08 | March 13, 2008 | 32,984.00 | – |

| 2/1 – 2/29/08 | April 28, 2008 | 21,984.00 | |
| 3/1 – 3/31/08 | May 7, 2008 | 4,302.00 | 560.00 |
| 4/1– 4/30/08 | June 12, 2008 | 4,332.00 | – |
| 5/1– 5/31/08 | July 7, 2008 | 445.00 | 10.79 |
| 6/1 – 6/30/08 | None Submitted | – | – |
| 8/1 – 8/31/08 | September 19, 2008 | 19,266.00 | – |
| 9/1 – 9/30/08 | November 14, 2008 | 11,601.50 | – |
| 10/1 – 10/31/08 | December 11, 2008 | 11,056.50 | – |
| 11/1 – 11/30/08 | January 22, 2009 | 14,683.50 | 14.12 |
| TOTAL | | $3,366,459.50 | $782,576.41 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with five substantive matters, which are detailed in the attached fee schedule for the matters.   The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $570.00 | 44.8 | $25,536.00 |
| John E. Harrelson | Associate | 2001 | IP Counseling | $325.00 | 15.4 | $5,005.00 |

Total Fees:  $30,541.00
Blended Rate: $508.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $30,541 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($24,432.80), and (ii) 100% of the expenses incurred ($9.00); and (b) that the fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated:  February 4, 2009

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA  19104
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2008, THROUGH DECEMBER 31, 2008**

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| | | | |
|---|---|---|---|
| 12/03/2008 | GHL | Preliminary review of office action in this application, review of previous response to office action of October 23, 2007, and communication with Mr. Cross regarding same; | 0.40 |
| 12/05/2008 | GHL | Further review of the office action and the allowed claims, and consideration of the scope of those claims and adequacy of coverage of Grace product line; telephone conference with Mr. Cross regarding same; further review of the allowed claims and prosecution history of same, and consideration of assertable claim scope. | 1.10 |

SERVICES      $     855.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 1.50 | hours @ | $570.00 |

**INVOICE TOTAL**      $     **855.00**

**WRG-0089**
**STUDY OF THIRD-PARTY PATENT RELATED**
**TO OLEFIN POLYMERIZATION CATALYST**

| 12/01/2008 | GHL | Further drafting of invalidity opinion on third-party catalyst patents; | 4.20 |
|---|---|---|---|
| 12/02/2008 | DHL | Further work on invalidity opinion. | 4.50 |

SERVICES                    $     4,959.00

| GHL | GARY H.LEVIN | 8.70 | hours @ | $570.00 |
|---|---|---|---|---|

**INVOICE TOTAL**                    $     **4,959.00**

**WRG-0090**
**CATALYST ON SILICA-CLAD ALUMINA SUPPORT**

| 12/01/2008 | GHL | Review of Dr. Schmidt's comments and suggested revisions to draft claims, and preparation of email communication to Dr. Schmidt regarding claim scope. | 0.40 |
|---|---|---|---|
| 12/01/2008 | JAH | Review and analysis of Dr. Schmidt's comments on the claims and editing same; | 0/70 |
| 12/02/2008 | GHL | Communications with Dr. Schmidt on scope of claims of proposed application. | 0.30 |
| 12/02/2008 | JAH | Drafting the specification and claims. | 2.80 |
| 12/04/2008 | JAH | Drafting/editing specification and claims. | 1.30 |
| 12/08/2008 | JAH | Drafting the specification. | 2.00 |
| 12/09/2008 | JAG | Drafting the specification. | 3.80 |
| 12/10/2008 | JAH | Drafting/editing the application. | 3.20 |
| 12/15/2008 | GHL | Review of the invention disclosure W-9798 and background materials as previously received from Mr. Maggio, and review and revision to draft of the application on this disclosure. | 3.50 |
| 12/16/2008 | GHL | Further work on revision to draft application, and communication to Mr. Harrelson regarding further revisions to be made to the application. | 0.40 |
| 12/19/2008 | JAH | Review and analysis of Steve Schmidt's comments, international conference with Gary Levin concerning same, communication with Dr. Schmidt concerning same. | 1.00 |
| 12/22/2008 | JAH | Review and analysis of Dr. Schmidt's comments on the application draft. | 0.60 |

SERVICES                                     $     7,627.00

| | GHL | GARY H. LEVIN | 4.60 | hours @ | $570.00 |
|---|---|---|---|---|---|
| | JAH | JOHN A. HARRELSON | 15.40 | hours @ | $325.00 |

**DISBURSEMENTS:**
PATENT COPIES                               $          9.00
                                            _____

DISBURSEMENT TOTAL                          $          9.00
SERVICE TOTAL                               $     7,627.00
                                            _____

               **INVOICE TOTAL**            $     **7,636.00**
                                            _____

**WRG-0092**
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS
## RELATING TO PARTICULATE CONVEYANCING

| | | | |
|---|---|---|---|
| 12/01/2008 | GHL | Further review of issued third-party patents and published applications relating to particulate conveyance systems, and comparison against Grace applications on systems. | 0.80 |
| 12/03/2008 | GHL | Further review of third-party patent properties on particulate conveyance systems and consideration of issues of support for pending claims and scope of the claims; | 1.50 |
| 12/04/2008 | GHL | Continued study of specifications of third-party patent properties, consideration of issue of support for the pending claims and enforceable scope of claims; consideration of possible applicability of the claims to Grace systems; | 3.30 |
| 12/05/2008 | GHL | Continued review of issues of infringement and validity of third-party patents, including review and annotation of disclosure in specifications of all applications in lineage of each for support for currently presented claims; telephone conference with Messrs. Maggio and Cross regarding the issues and possible strategies for pursuing the analysis; outline of issues of invalidity and infringement in preparation for further scheduled call with Grace representatives; | 4.50 |
| 12/08/2008 | GHL | Consolidation of notes in preparation for scheduled telephone conference, and participation by telephone in meeting with Grace representatives regarding issues relating to interplay of patents and applications of Grace and third party relating to particulate conveyancing, strategies for addressing same; | 2.30 |
| 12/08/2008 | GHL | Further analysis of these issues, including review of prosecution histories of third-party patents and applications, annotation of prosecution histories and consider issues of support for current claims, consider claim scope in view of the prosecution history and prior art; analyze validity of issued and pending claims; analyze assertable scope of issued and pending claims for infringement analysis; | 3.50 |
| 12/09/2008 | GHL | Continued analysis of third-party patents; further telephone conference with Mr. Cross regarding points to be addressed in the analyses of the patent properties and their potential relevance to Grace systems; | 2.00 |
| 12/10/2008 | GHL | Further analysis of third-party patents and applications; review of recent case authorities on legal principles applicable to the analysis; | 1.30 |

| 12/11/2008 | GHL | Consideration of issue of possible unenforceability of third-party patent, and initiation of legal research on particular underlying issue; | 0.80 |
|---|---|---|---|
| 12/12/2008 | GHL | Further evaluation of enforceability issues, and telephone conference with Mr. Cross regarding same; | 0.70 |
| 12/16/2008 | GHL | Further telephone conference with Mr. Cross regarding invalidity third-party patents; further analysis of the patents and applications, development of claim construction and consideration of enforceable scope and infringement issues; | 1.60 |
| 12/17/2008 | GHL | Preparation of outline of issues for scheduled discussion with Messrs. Maggio and Cross and Grace representatives; | 2.40 |
| 12/18/2008 | GHL | Further preparation of outline of points on validity and infringement issues, and participation in telephone conference with Messrs. Maggio and Cross and Grace representatives regarding same; | 3.50 |
| 12/22/2008 | GHL | Consolidation of notes from previous telephone conference, and further analysis of enforceable claim scope of patent properties; | 0.60 |
| 12/23/2008 | GHL | Telephone conference with Mr. Cross regarding proposed search for prior art versus the patent properties; further analysis of claim enforceability in view of comments from Grace representatives at previous telephone conference; | 0.80 |
| 12/29/208 | GHL | Review of results of further research on issue of inequitable conduct third-party patents, and email communication to Mr. Cross regarding same. | 0.40 |

SERVICES                    $    17,100.00

| | GHL | GARY H. LEVIN | 30.00 | hours @ | $570.00 |
|---|---|---|---|---|---|

INVOICE TOTAL                    $    17,100.00