## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF TOWERS PERRIN TILLINGHAST
## FOR THE THIRTIETH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Towers Perrin Tillinghast for the Thirtieth Interim Period</u> (the "Application").

## BACKGROUND

1.     Towers Perrin Tillinghast ("Towers Perrin") was retained as actuarial consultants to David T. Austern, Future Claimants Representative.  In the Application, Towers Perrin seeks approval of fees totaling  $38,079.50 and expenses totaling $64.95 for its services from July 1, 2008 through September 30, 2008 (the "Application Period").

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United

States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We

served an initial report on Towers Perrin, and received a response from Towers Perrin, portions of

which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that on September 11-12, 2008, Timekeeper Jenni

Biggs, billing at an hourly rate of $650.00, spent 7.20 hours for $4,680.00 on filing.  The time entries

are as follows:

| Jenni Biggs | 9/11/2008 | 3.70 | $650 | $2,405.00 | Filing |
|---|---|---|---|---|---|
| Jenni Biggs | 9/12/2008 | 3.50 | $650 | $2,275.00 | Filing |

There is authority in this district for adjusting rates downward for certain tasks.  "Routine tasks, if

performed by senior partners in large firms, should not be billed at their usual rates.  A Michelangelo

should not charge Sistine Chapel rates for painting a farmer's barn."  *Ursic v. Bethlehem Mines*, 719

F.2d 670, 677 (3d Cir. 1983).  "When an experienced attorney does clerk's work, he or she should

be paid clerk's wages."  *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 855 n.34 (3rd Cir.

1994).  On the issue of adjusting rates downward, we find persuasive the opinion expressed by the

Honorable Judith K. Fitzgerald in *In re USG Corporation*, Case No. 01-2094 (JKF), Transcript of

Proceedings, August 29, 2005, pp. 49-52, wherein the Court opined that $160.00 per hour for file

maintenance, even if performed electronically, was too high, and that $60.00 to $100.00 per hour

for this service was more appropriate.[1]  We have been consistent in recommending that filing be

---

[1]Nevertheless, the Court agreed to allow the applicant to present evidence in support of its
$160.00 hourly rate at a later date.  *See* Transcript, *supra,* at p. 52.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Towers 3Q 7-9.08.wpd

billed at no more than $80.00 per hour.  Thus, we asked Towers Perrin to explain why this time

should not be compensated at a reduced hourly rate.  A representative of Towers Perrin responded:

"I was not aware of the reduced hourly rate for filing.  I don't think this activity could have been

delegated to administrative staff; however, I do not object to the reduction."  Towers Perrin also

advised that it was willing to reduce the hourly rate to $100.00.  We appreciate Towers Perrin's

response and its willingness to reduce its hourly rate.  However, consistent with our treatment of

other applications in these cases, we recommend that compensation for this time be reduced to

$80.00 per hour. Accordingly, we recommend a reduction of $4,104.00 in fees.

## CONCLUSION

4.      Thus, we recommend approval of $33,975.50 in fees  ($38,079.50 minus $4,104.00)

and $64.95 in expenses for Towers Perrin's services for the Application Period.


Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 27th day of February, 2009.

_____

Warren H. Smith

# SERVICE LIST
### Notice Parties

**The Applicant**
Jennifer L. Biggs
TOWERS PERRIN TILLINGHAST
101 S. Hanley Rd.
St. Louis, MO 63105

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801