# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., *et al.*[1] | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hearing Date(s): March 9, 2009 at 9:00 a.m. (EST) |
| | ) Re: Docket Nos. 19620, 19990, 20121, 20662 |
| | ) |

## NOTICE OF FILING OF AMENDED PROPOSED
## CONFIRMATION AND SOLICITATION PROCEDURES FOR
## FIRST AMENDED JOINT PLAN OF REORGANIZATION

The Debtors hereby file the attached documents which amend the Confirmation Procedures Motion and related exhibits originally filed on September 25, 2008 (Docket No. 19620) and subsequently amended on November 10, 2008 (Docket No. 19990), November 21, 2008 (Docket No. 20121) and February 3, 2009 (Docket No. 20662).[2] The amended documents

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B Il Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G Il Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal 11, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined herein shall have the same meaning as in the Confirmation Procedures Motion.

DOCS_DE:145409.1

address the objections and comments received from parties in interest to date and conform the Voting Procedures and related solicitation materials to the *First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W. R. Grace & Co., et al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated as of February 27, 2009* and the related Disclosure Statement, dated February 27, 2009.

Accordingly, attached hereto are the following:[3]

| | |
|---|---|
| Exhibit A: | Confirmation Procedures Order |
| Exhibit C: | Voting Procedures |
| Exhibit D: | Forms of Ballots and Master Ballots |
| Exhibit E: | Form of Notice of Non-Voting Class Status |
| Exhibit F: | Form of Confirmation Hearing Notice |
| Exhibit G: | Form of Non-Voting Claim Notice |
| Exhibit H: | Form of Publication Notice |
| Exhibit I: | Form of Notice to Counterparties to Executory Contracts and Unexpired Leases |
| Exhibit J: | Form of Notice of Procedures Relating to Payment of Post-Petition Interest on General Unsecured Claims |

**PLEASE TAKE NOTICE** that the continued hearing on the Confirmation Procedures Motion will be held in conjunction with the Disclosure Statement hearing on **March 9, 2009 at 9:00 a.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court, Western District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

---

[3] The Debtors are filing under separate certification of counsel blacklines of the exhibits annexed hereto showing changes that have been made since they were last filed with the Court.

Dated: February 27, 2009
Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ [signature]*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Craig A. Bruens
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Co-Counsel for the Debtors and Debtors in Possession