# Exhibit H: Form of Publication Notice

Legal Notice                                                                                       Legal Notice

# Notice of Voting Rights and Hearing to Consider Approval of Joint Plan of Reorganization for W. R. Grace & Co. and its Related Debtors

A Joint Plan ("Plan") to reorganize W. R. Grace & Co and its related Debtors ("Grace") has been filed in the United States Bankruptcy Court for the District of Delaware. Persons or entities with claims against or interests in Grace, including persons with Asbestos Personal Injury ("PI"), Asbestos Property Damage ("PD") or Zonolite Attic Insulation ("ZAI") claims against Grace, may be entitled to vote to accept or reject the Plan. A list of the Debtors may be found at www.wrgrace.com.

A detailed document describing the Plan, called the "Disclosure Statement," was approved by the Bankruptcy Court on [**Month Date, 2009**]. The Disclosure Statement, a copy of the Plan itself and voting materials called a "Solicitation Package," have been mailed to known persons or entities entitled to vote to accept or reject the Plan or to their lawyers.

### What Does the Plan Say?

The Plan proposes injunctions and third-party releases under the Bankruptcy Code resulting in the permanent channeling of PI, PD and ZAI Claims into various Trusts and Funds. This means that Grace and other "Asbestos Protected Parties" will no longer be liable for PI, PD and ZAI claims because these claims will now be paid by the Trusts or Funds. The Plan also proposes an injunction that enjoins all Successor Claims against the Asbestos Protected Parties, as more specifically described in the Plan. You should read the Plan and Disclosure Statement for a more complete discussion of how these releases and injunctions will operate and affect your rights.

### How Do I Know If I Am Eligible to Vote?

The Bankruptcy Court has approved certain "Voting Procedures" describing who can vote on the Plan and how to vote. You may obtain a copy of the Voting Procedures by writing or calling the Voting Agent at the address or number below. The Disclosure Statement contains information that will help you decided how to vote on the Plan if you are entitled to do so. **Your legal rights may be affected if you do not vote on the Plan**. If you are not entitled to vote or you disagree with the amount or classification of your claim for voting purposes, you may file a motion or a declaration with the Bankruptcy Court on or before the Voting Deadline as described in the Voting Procedures.

> **Votes Must Be Received By May 20, 2009 ("Voting Deadline")**

### Can I Respond or Object to the Plan?

The Bankruptcy Court has ordered that responses and objections to the Plan must:

- Be in writing;
- State the name and address of the objecting party and the amount and nature of the claim or interest of such party;
- Explicitly state the basis and nature of any objection to the Plan and any proposed modification to the Plan that would resolve such objection;
- Conform to the Bankruptcy Rules and the Local Bankruptcy Rules; and
- Be filed, together with proof of service, with the Bankruptcy Court and served in a manner so as to be received by **May 20, 2009 at 4:00 PM EST**.

Objections must be served on certain parties whose addresses are set forth in Section 11.12 of the Plan. In addition, objections must be served on the Office of the United States Trustee, Attn: David Klauder, Esq., 844 King Street, Suite 2207, Wilmington, Delaware 19801. **Any objection that is not filed and served as described above shall not be considered.**

### How Will the Plan Be Approved?

A Confirmation Hearing will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, at the United States Bankruptcy Court, Western District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. As established by a Case Management Order dated January 29, 2009, the Confirmation Hearing will be held in two phases. Phase I of the Confirmation Hearing shall take place from June 22-25, 2009 and Phase II shall take place from September 8-11, 2009. The Confirmation Hearing may be adjourned from time to time by an announcement at the Confirmation Hearing or any continued hearing.

**To obtain the Plan, Disclosure Statement, Voting Procedures and/or a Ballot**
**Visit: www.bmcgroup.com/wrgrace**
**Write: BMC Group, Inc., Attn: W. R. Grace Voting Agent,**
**P.O. Box 913, El Segundo, CA 90245-0913**
**Call: ((888) 909-0100)**

Exhibit H

K&E 13481466.5