(Please Be Jan)

01-1139 JKF

Dear Kind Sir:

2-18-09

Writing to inform you of my filing with Clerk of Crt, United States Bankruptcy Court 824 N. Market St. 3rd Floor Wilmington Delaware, 19801

I have dually Been damaged By the Materials named in this Bankruptcy, Big time. I'm 65 Suffer From Visid Sinitus, Coughing and 33 year old Son Crippled in Wheel Chair has Breathing problems not Related to his immediate Disease. We've been getting awful Long Headaches and Flu like Symptons for a while.

I am Forwarding My Info to attorney Here Below plus Materials and Samples, Costs.

Darrell W. Scott. Esq.   Class
The Scott Law Group, PS   Counsel
926 W Sprague Avenue   To
Chronicle Bldg, Ste 583   Represent Me.
Spokane, WA.   99201

2-18-09

Ceilings and Walls of this Mobile Home aged 1978 Bainbridge (1466) Footage!

Qoutes of Neighbor who is a Licensed Carpenter said it will take approximately 200 Man hours + Costing Me range of $12,140.⁰⁰ (minimum) Plus Medical Damages range reasonable $3,000.

We are very Sure of Our dangerous Surroundings Both Zonolite products, Asbestoses, Vermiculite Insulation. We had 3 pets dy from Cancer Living inside Our House already, We are probably Next! How does one Fix that ???

Mr. Mark (Carpenter) Wheeler will Be Glad to Furnish More Info on Replacement of Housing Materials Not Included above!! Mr. Show

On top of this Real Estate Man who is deceased Died Mysteriously who had been Trying to Replace Material in the Ceilings and had always Been in Good Health. Vermiculite (Floors) Materials are and will b⁰ Sent to Darrell W. Scott. Zonolite and asbestos in Baggies (in Air Tight Containers). We Really Need Courts Open Eyes on this This is My Home !!! Sacred

Barbara Prokopich
P.O. Box 62
Mead, WA 99021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | NOTICE OF CLASS CERTIFICATION |
| | ) | AND PROPOSED SETTLEMENT |
| | ) | WITH W. R. GRACE & CO. AND |
| | ) | AFFILIATED DEBTORS |

TO: ALL HOLDERS OF ZONOLITE ATTIC INSULATION CLAIMS IN THE UNITED STATES (US ZAI CLAIMS)

This Notice is being issued pursuant to an Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and Rule 23 of the Federal Rules of Civil Procedure. The purpose of this Notice is to inform you of: (1) the certification of a class action (the "Class") of holders of US ZAI Claims (defined below); (2) a proposed settlement by the Class with W. R. Grace & Co. and its affiliated debtor companies (collectively, the "Debtors" or "W. R. Grace"); (3) your right to exclude yourself from the Class; (4) your right, if you do not exclude yourself from the Class, to comment on the proposed settlement, and (5) a hearing scheduled for April 1, 2009 at 10:30 a.m. at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801, to consider approval of the proposed settlement. You are being informed of these matters so that you may make appropriate decisions concerning the steps you may wish to take concerning your claim.

**PLEASE READ THIS NOTICE CAREFULLY IN ITS ENTIRETY. YOUR LEGAL RIGHTS MAY BE AFFECTED BY THESE LEGAL PROCEEDINGS AND THE PROPOSED SETTLEMENT WHICH IS DISCUSSED HEREIN.**