# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 20654

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Ninety-Third Monthly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2008 through December 31, 2008 (the "Application") [Docket No. 20654] filed on February 3, 2009.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 23, 2009 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent

(80%) of requested compensation $82,118.80 and one hundred percent (100%) of expenses of

$4,017.80 without further order from the court.

Dated: February 27, 2009
      Wilmington, Delaware                   */s/ Richard W. Riley*
                                        Michael R. Lastowski (DE 3892)
                                        Richard W. Riley (DE 4052)
                                        DUANE MORRIS LLP
                                        1100 N. Market Street, Suite 1200
                                        Wilmington, DE 19801-1246
                                        Telephone:    (302)-657-4900
                                        Facsimile:    (302)-657-4901
                                          Email:        mlastowski@duanemorris.com
                                                        rwriley@duanemorris.com

                                        *Co-Counsel for the Official*
                                        *Committee of Unsecured Creditors*