## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## EXHIBIT 19 TO EXHIBIT BOOK
## <u>RETAINED CAUSES OF ACTION SCHEDULE</u>

**EXHIBIT 19**

Attached.

---

[1]    The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife  Boston Ltd., Alewife Land Corporation, Amicon, Inc.,  CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## RETAINED CAUSES OF ACTION
### (ACCOUNTS RECEIVABLE)

Unicoat Technology
International, Inc.
804 Winkler
South Houston, TX 77587

Landmark Window Systems,
Inc.
806-808 Windsor Street
Hartford, CT 06120

Liberty Miron
282 Rt. 52 East
Liberty, NY 12754

RM Engineered Products
4854 O'Hear Avenue
North Charleston, SC 29405

Charles Redi Mix
P.O. Box 644
Wingate Road
Murphy, NC 28906

Thacker Smyrna
4755 North Church Lane SE
Smyrna, GA 30080

George Nutrients
P.O. Box 247
Canton, GA 30114

Plibrico
1800 N. Kingsbury Street
Chicago, IL 60614

U.S. Aggregates
Western Aggregates
c/o Mohave Concrete
147 West Election Road
Suite 110
Draper, UT 84020

U.S. Aggregates
Western Rock Product Corp.
147 West Election Road
Suite 110
Draper, UT 84020

U.S. Aggregates
Cox Rock Products Co.
P. 0. Box 220289
Centerfield, UT 84622

U.S. Aggregates
A Block Co.
147 West Election Road
Suite 110
Draper, UT 84020

Image Concrete
P.O. Box 1693
Roanoke, TX 76262

Peerless Tube Company
58-76 Locust Avenue
Bloomfield, NJ 07003

Norris Rader, Inc.
P.O. Drawer 10410
New Iberia, LA 70562

Containment Solutions/Hoover
Group
6740 Bay Meadow Drive
Glen Burnie, MD 21060

Warren Electric
2202 S. Battleground Road
P.O. Box 520
La Porte, TX 77571

Skagit Pacific
Building A1
500 Metcalf Street
Sedro Woolley, WA 98284

Irvin H. Whitehouse
P.O. Box 32670
Louisville, KY 40232

Rockland Materials
3636 South 43rd Avenue
Phoenix, AZ 85009

United Concrete Products
P.O. Box 676
Frederick, MD 21705

Hanover Materials
P.O. Box 896
Ashland, VA 23005

Kenny Manta
414 North Orleans Avenue
Suite 801
Chicago, IL 60610

AAA Ready Mix
P.O. Box 729
Reddick, FL 32686

IDC Corporation
11-40 Borden Avenue
Long Island City, NY 11101

Dolle's Hydraulics & Tools
128 S. Miami Avenue
Miamisburg, OH 45342

North American Wire Products
30000 Solon Road
Solon, OH 44139

Abilez Development
21205 S. E. 59th Street
Newalla, OK 74857-8338

Sheldon Concrete (Saboyd
Ents.)
P.O. Box 4787
Bryan, TX 77805

Oklahoma Mobil Mix
P.O. Box 245
Spencer, OK 73084

Norat Environmental
Road 862
KM 1.5 #I22
Bayamon, PR 00959

Site Mix Ready Mix
P.O. Box 60178
Colorado Springs, CO 80960-
0178

Bahl, Inc.
50 8th Street North
Sauk Rapids, MN 56379

Isla Nia Paving
Apartado 1552
Vieques, PR 00765

Dawson Ready Mix
5674 Highway 53 East
Dawsonville, GA- 30534

Jackson Stone
P.O. Box 5398
Jackson, MS 39216

Concretera Del Este
HC-01 BOX 16999
Humacao, PR 00791

Quick-Wright Associated
150 Cooper Road C-7
West Berlin, NJ 08091

D & G Brice Contractors, Inc.
P.O. Box 31846
Baltimore, MD 21207

North Shore Concrete LLC
45 Jefferson Avenue
Salem, MA 01970

MPI Ready Mix
P.O. Box 641
Overton, NV 89040

Advanced Concrete Innovations
15870 Johnson Memorial Drive
Jordan, MN 55352

Allied Ready Mix
106 Industrial Park Loop NE
Rio Rancho, NM 87124

DAC Art Louisiana LLC
6709 Perkins Road
Baton Rouge, LA 70808

Delta Concrete
P.O. Box 1092
Forrest City, AR 72336

Lee's Concrete
4315 N. Foster Drive
Baton Rouge, LA 70805

Rainbow Materials
P.O. Box 18838
Austin, TX 78760

Regional Concrete
Rt. 5, Box 5640
Palestine, TX 75801

Concretera Del Este
HC-01 BOX 16999
Humcao, PR 00791

Royal Cement
State Road 169
Logandale, NV 89021

Dinaso & Sons Building Supply
820 Mount Ephraim Avenue
Camden, NJ 08108

Lassiter Plastering
6939 Amaryllis Court
Elyria, OH 44035

Pro Tec Fireproofing, Inc.
1100 NE 249th Street
Ridgefield, WA 98642

Twisted Pair Communications
2511 Pan Am Blvd.
Elk Grove, IL 60007

P T Hutchins Co, Ltd.
P.O. Box 910916
Los Angeles, CA 90091

Thompson Hancock
Technologies, Inc.
P.O. Box 1963
Burlington, NC 27216

Vines Precast Services
233 Gatewood Circle West
Burleson, TX 76028

Intercat, Inc.
2399 Highway 34, Suite C-I
Manasquan, NJ 08736

Trenton Ready Mix
1017 East 38th Street
Chattanooga, TN 37407

Burks Concrete
P.O. Box 68
Hitchcock. TX 77563

Dump Master/Master Mix of NJ
7 Herrick Avenue
Staten Island, NY 10307

Quality Concrete
810 Fish Road
Tiverton, RI 02878

Southeastern Fireproofing
P.O. Box 101207
2512 Commerce Square West
Birmingham, AL 35210

Toman & Associates
P.O. Box 408
Poteet, TX 78065

**RETAINED CAUSES OF ACTION
(CLAIMS AGAINST CUSTOMERS)**

Johnson Matthey Catalysts
Formerly ICI/Synetix
Accounts Payable
Two Transam Plaza Drive
Suite 230
Oakbrook Terrace, IL 60181

Kellogg Brown & Root, Inc.
601 Jefferson Avenue
Houston, TX 77001

ConocoPhillips
600 North Dairy Ashford
Houston, TX 772 1 0

Sumitomo Osaka Cement Co., Ltd
6-28, Rokubancho
Chiyoda-Ku
Toyko 1 02-8465
Japan

**RETAINED CAUSES OF ACTION**
**(CLAIMS AGAINST VENDORS)**

DuPont Chemical Solutions
3419 Clearwater Court
Sugar Land, TX 77478

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Kansas City Southern/Kansas
City Southern Railway
427 W. 12th Street
Kansas City, MO 64105

Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510

APS Connections CC
Burman Road, FCU Building
Deal Party, Port Elizabeth
and
P.O. Box 2157
North End, Port Elizabeth 6056

Phil Smith
Burman Road, FCU Building
Deal Party, Port Elizabeth
and
P.O. Box 2157
North End, Port Elizabeth 6056

Antonia Mincheva
Burman Road, FCU Building
Deal Party, Port Elizabeth
and
P.O. Box 2157
North End, Port Elizabeth 6056

McAllister Towing of
Philadelphia, Inc.
PNVC, Commandment Building
4900 South Broad Street
Building 6
Philadelphia, PA 19112

Honeywell Burdick & Jackson
Honeywell International, Inc.
101 Columbia Road
Morristown, NJ 07962

Ennis Knupp
10 South Riverside Plaza
Suite 700
Chicago, IL 60606

Fidelity Investments
82 Devonshire Street V5A
Boston, MA 02109

Capital Guardian Trust
Company
1230 Peachtree Street
Suite 2550
Atlanta, GA 30309

Dwight Asset Management
Company
100 Bank Street
Suite 800
Burlington, VT 050401

Northern Trust
50 South LaSalle Street
Chicago, IL 60675

Fidelity Management Trust
Company
82 Devonshire Street
Boston, MA 02109

Wachovia Bank, NA
1 West 4th Street
Winston-Salem, NC 27101

JP Morgan Fleming Asset
Management
522 Fifth Avenue, Floor 11
New York, NY 10036

Barclays Global Investor
Services
45 Fremont Street
San Francisco, CA 94105

Standish Mellon Asset
Management
One Financial Center
Boston, MA 02111

T. Rowe Price
100 East Pratt Street
Baltimore, MD 21202

Penn Bottle & Supply Co.
7 10 E. Third Street
Essington, PA 19029

Ernst & Young
Metro Park
99 Wood Avenue South
Iselin, NJ 08830

Prudential Relocation
225 Crooked Creek Trail
Canton, GA 30115

Runzheimer International
Runzheimer Park
Rochester, WI 53167

Todd Organization
30 Oak Street, 4th Floor
Stamford, CT 06905

Wachovia Bank, NA
1 23 Broad Street
Philadelphia, PA 19109

ORREX
Odessa, TX

Greif Brothers
(Address Unknown)

APS Connections
Burman Road
FCU Building
Deal Party
Port Elizabeth, South Africa

Wachovia Bank, NA
1021 East Carey Street
6th Floor
Richmond, VA 23219

Wells Fargo
2701 Wells Fargo Way
6th Floor
Minneapolis, MN 55408

AON Consulting
1001 Brickell Bay Drive
Miami, FL 33131

4

AON Pension Service Center
1701 Golf Road
Tower 2, Suite 200
Rolling Meadows, IL 60008

Fidelity Institutional Retirement
Services Co.
300 Puritan Way
Marlborough, MA 01752

SystemMed, LLC
100 Parsons Pond Drive
Franklin Lakes, NJ 0741 7

Aetna
1302 Concourse Drive, #402
Linthicum, MD 21090

MetLife
501 US Highway 22
P.O. Box 6891
Bridgewater, NJ 08807

Tufts Member Services
333 Wyman Street
P.O. Box 91 12
Waltham, MA 02454

Palisades Communications, Inc.
800 Palisade Avenue, Suite 201
Ft. Lee, NJ 07024

HMO Illinois
300 East Randolph Street
Chicago, IL 60601

Kaiser of Mid-Atlantic States
2101 East Jefferson Street
Rockville, MD 20852

Kaiser of Northern California
Region
1950 Franklin Street
Oakland, CA 94612

Kaiser of Southern California
1950 Franklin Street
Oakland, CA 94612

Uniprise
450 Columbus Blvd., 11-NA
Hartford, CT 06103
EAP Systems
500 West Cummings Park
Woburn, MA 01801

Marsh USA, Inc.
1166 Avenue of the Americas
New York, NY 10036

Spectera
2811 Lord Baltimore Drive
Baltimore, MD 21244

EBenX, Inc.
5045 Ten Mills Road
Columbia, MD 21 044

Chapman Kelly
100 W. Court Avenue
Suite 200
Jeffersonville, IN 47130

CIGNA Healthcare
1111 Market Street
Chattanooga, TN 37402

Metasa Group - PSMI
164 Lott Court
W. Columbia, SC 29169

MAMSI Health Plans
20 West Rolling Crossroads
Suite 11
Baltimore, MD 21228

Triple S, Inc.
Avenida Roosevelt 1441
San Juan, PR 00920

Health Network America
187 Monmouth Parkway
West Long Branch, NJ 07764

Ceridian
6731 Columbia Gateway Dr.
First Floor
Columbia, MD 21046

Kronos
8850 Stanford Blvd.
Suite 2000
Columbia, MD 21 045

TALX
8600 LaSalle Road
Suite 200
Towson, MD 21286
National Bond and Trust
1725 Eye Street, NW
Suite 300
Washington, DC 20006

Chase Mellon
85 Challenger Road
Ridgefield Park, NJ 07660

Fidelity Investments
300 Puritan Way, MM1L
Marlborough, MA 01752

Merck Serono S.A. (formerly
Serono International S.A.)
9 Chemin des Mines
1211 Geneva 20, Switzerland

Abbott Laboratories
I00 Abbott Park Road
Abbott Park, Illinois 60064-
3500

Wyeth
5 Giralda Farms
Madison, NJ 07940

Biovail Corporation
7150 Mississauga Road
Mississauga, Ontario L5N 8M5
Canada

Biovail Technologies Ltd
700 Route 200/206
Bridgewater, N J 08807

Biovail Pharmaceuticals, Inc
700 Route 202/206
Bridgewater, NJ 08807

Elan Corporation plc.
Treasury Building
Lower Grand Canal Street
Dublin 2, Ireland

Elan Pharmaceuticals, Inc.
40 Parker Drive
Morris Plains, NJ 07950-2439

Teva Pharmaceutical Industries
5 Basel Street
Petach Tikva 49131
Israel

Teva Pharmaceuticals USA, Inc.
1090 Horsham Rd. P.O.B. 7090
North Wales. PA 19454

GlaxoSmithKline
One Franklin Plaza
P.O. Box 7929
Philadelphia, PA 19101

National Union Fire Insurance
Company of Pittsburgh, PA
175 Water Street
New York, NY 10038

Chubb Group of Insurance
Companies
15 Mountain View Road
Warren, NJ 07059

Axis Insurance Company
Connell Corporate Park
Three Connell Drive
P.O. Box 357
Berkeley Heights, NJ 07922-0357

Allied World Assurance
Company, Inc
225 Franklin Street
Boston, MA 02110

**RETAINED CAUSES OF ACTION**
**(CLAIMS UNDER FEDERAL OR STATE SECURITIES LAWS)**

Protein Genetics, Inc.
1825 Infinity Drive
DeForest, WI 53532

Avantium Holding BV
Zekeringstraat 29
1014 BV
Amsterdam, The Netherlands

**RETAINED CAUSES OF ACTION**
**(CLAIMS FOR BREACH OF CONTRACT)**

Nalco Company
1601 W. Diehl Road
Naperville, IL 60563

Odyssey Logistics & Technology Corporation
39 Old Ridgebury Road
Danbury, CT 06810

Alstom Power Inc./Air Preheater Co.
4525 Weaver Parkway, Suite 250
Warrenville. IL 60555

G.O. Carlson, Inc.
350 Marshallton Thorndale Road
Downingtown, PA 19335

Proforma Global Printing &
Design Solutions, Inc.
2 Winters Lane
Baltimore, MD 21228

**RETAINED CAUSES OF ACTION**
**(REAL ESTATE CLAIMS)**

Cummings Properties
200 West Cummings Park
Woburn, MA 01801

Remington & Vernick Engineers, Inc.
232 Kings Highway East
Haddonfield, NJ 08033

Woolwich Township Planning Board
121 Woodstown Road
Woolwich Township, NJ 08085

Gloucester County Construction Board of Appeals
1 North Broadway
Woodbury, NJ 08097

Town of Acton
Town Hall
472 Main St.
Acton, MA 01720

Sheplers, Inc.
6501 W. Kellogg
Wichita, KS 67209

E. I. Dupont De Nemours and Company
1007 Market St.
Wilmington, DE 19898

**RETAINED CAUSES OF ACTION**
**(INSURANCE CLAIMS)**

Acc & Casualty Ins. of
Winterthur
750 7th Avenue, 2nd Floor
New York, NY 10019

Admiral Insurance
1255 Caldwell Road
P.O. Box 5725
Cherry Hill, NJ 08034

Aetna
1302 Concourse Drive
Linthicum, MD 21090

Aetna Casualty & Surety
c/o Travelers Insurance Co.
1 Tower Square, 2FG
Hartford, CT 06181

AG Belge de 1830
Blvd. Emile Jacqmain, 53
Brussels, 98 B-1000

Allianz Underwriters Ins.
3400 Riverside Drive, Suite 300
Burbank, CA 91505

Allied World Assurance
225 Franklin Street
Boston, MA 02110

American Centennial
3501 Silverside Rd.
203 Naamans Bldg
Wilmington, DE 19810

American Employers
2 Central Square
Cambridge, MA 02139-3311

American Home Assurance
750 7th Avenue, 22nd Floor
New York, NY 10019

American Int'l Underwriter
Excess Casualty Claims
Division
175 Water Street, 22nd Floor
New York, NY 10038

American Manufacturers Mutual
Central Claims Tube Station J- 1
Long Grove, IL 60049

American Reinsurance Co
American Re Plaza
555 College Rd. East
Princeton, NJ 08543-5241

Ancon Ins. Co. (U.K.)
750 7th Avenue, 22nd Floor
New York, NY10019

Andrew Weir Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Argonaut Northwest Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY 10019

Assicurazioni Generali S.p.A.
750 7'h Avenue, 22nd Floor
New York, NY 10019

Associated International
21 860 Burbank Blvd. Suite 380
Woodland Hills, CA 91367

Axis Reinsurance Company
Connell Corporate Park
3 Connell Drive
Berkeley Heights, NJ 07922

Bermuda Fire & Marine Ins. Co.
Ltd.
8 Wesley Street Craig Appin
House
Hamilton, BM HM JX

Birmingham Fire Ins Co
Excess Casualty Clms Div
175 Water Street, 22nd Floor
New York, NY 10038

Bishopsgate Ins. Co. Ltd.
7507 Avenue, 22nd Floor
New York, NY 10019

Boston Old Colony Ins Co
1100 Cornwall Road
Monmouth, NJ 08852-0906

British National Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

British Northwestern
60 St. Mary Axe

Bryanston Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Buffalo Reinsurance
c/o Continental Ins. 40 Wall St.
New York, NY 10005

C.A.M.A.T.
750 7th Avenue, 22nd Floor
New York, NY 10019

California Union Ins Co
1601 Chestnut Street TLP-19-
Long Term Expos.
Philadelphia, PA 19192-2181

Centennial Ins Co
3 Giralda Farm Three Geralda
Farms
Madison, NJ 07940

Central National Ins Co
1601 Chestnut Street TLP-19-
Long Term Expos.
Philadelphia, PA 19192-2181

Century Indemnity Co
1601 Chestnut Street TLP-19-
Long Term Expos.
Philadelphia, PA 19192-2181

Chubb & Son, division of
Federal Insurance Company
82 Hopmeadow Street
Simsbury, CT 06070

Cie Europeene D'Ass.
Industrielles
750 7th Avenue, 22nd Floor
New York, NY 10019

CAN Reinsurance of London
Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Continental Casualty Co.
333 S. Wabash, 19 South
Chicago, IL 60685

Continental. Casualty Company
333 S. Wabash, 19 South
Chicago, UL 60685

Continental Ins Co
1100 Cornwall Road
Monmouth, NJ 08852-0906

Dairyland Insurance Co
750 7th Avenue, 22nd Floor
New York, NY 10019

Dominion Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Eisen Und Stahl
Karl Wiechert Allee
50 Postfach 610369
Hanover, GR D-30603

El Paso Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Employers Comm'l Union
2 Central Square
Cambridge, MA 02139-3311

Employers Mutual Cas Co
c/o Mutual Marine
919 Third Ave-10th Floor
New York, NY 10022

English & American Ins. Co.
Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

European General
Anchorage House 2 Clove
Crescent
Leamouth, London, EG E 14
2BE

Federal Insurance Co
2201 Bryan Street, Suite 3400
Dallas, TX 75201 -3068

Fireman's Fund
Asbestos Claim Unit
777 San Marin Drive
Novato, CA 94998

First State Ins Co
150 Federal Street
Boston, MA 02110-1753

Folksam International Ins. Co.
Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

GEICO
GEICO Plaza
Washington, DC 20076-0001

General Insurance Company of
America
GEICO Plaza
Washington, DC 20076-0001

Gerling Konzern Ins
Anchorage House 2 Clove
Crescent
Leamouth, London, EG E 14
2BE

Gibraltar Cas. Co.
477 Martinsville Rd.
PO Box 830
Liberty Corner, NJ 0793 8

Granite State Ins
Excess Casualty Claims
175 Water St.- 22nd Floor
New York, NY 10038

Guarantee Insurance Co
650 Naamamf Road, Suite 301
Claymont, DE 19703

Haftpflichtverband
Anchorage House
2 Clove Crescent
Leamouth, London, EG E 14
2BE

Harbor Insurance Co
333 South Wabash, 19 South
Chicago, IL 60685

Hartford Insurance
Hartford Plaza
Hartford, CT 06115

The Hartford
Hartford Plaza C-2-45
Hartford, CT 06115

Highlands Ins. Co.
275 Phillips Blvd.
Trenton, NJ 08618

Home Insurance Co
c/o REM
59 Maiden Lane 5th F1.
New York, NY 10038

Ideal Mutual
123 Williams Street, 7th Fl.
New York, NY 10038

Illinois National
Excess Casualty Claims Div.
175 Water St.- 22nd Floor
New York, NY 10038

INA
1601 Chestnut Street TLP-19-
Long Tern Expos.
Philadelphia, PA 19192-2181

Insurance Co State of PA
Excess Casualty Claims Div
175 Water Street, 22nd Floor
New York, NY 10038

Integrity Insurance Co
Company in Liquidation
49 East Midland Ave
Paramus, NJ 07652-2920

Kraft Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Lexington Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY 10019

Lloyds Underwriters
750 7th Avenue, 22nd Floor
New York, NY 10019

London & Edinburgh General
Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY 10019

London & Overseas Ins. Co.
Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

11

London Guarantee & Acc
1100 Cornwall Road
Monmouth, NJ 08852-0906

Louisville Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Ludgate Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Marsh Private Client Services
44 Whippany Road
Morristown, NJ 07962

Maryland Casualty Co.
Claims Division 3910 Keswick
Road
Baltimore, MD 21211

Maryland Casualty Company
Claims Division 3910 Keswick
Road
Baltimore, MD 21211

Mentor Ins. Co. (U.K.) Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Midland Insurance Co.
123 Williams Street, 7th Floor
New York, NY 10038

Minster Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Mission Insurance Co.
Dept of Conser & Liqtn
P.O. Box 26894
San Francisco, CA 94126-0894

Mutual Reinsurance Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

National Casualty Co. of
America
c/o Scottsdale Insurance
8877 N. Gainey Ctr. Dr.
Scottsdale, AZ 85258

National Union Fire Insurance
Company of Pittsburgh
AIG
175 Water Street
New York, NY 10038

Natl. Union Fire Pittsburgh
Excess Casualty Claims Div
175 Water Street, 22nd Floor
New York, NY 10038

New Hampshire Insurance
Excess Casualty Claims
175 Water Street, 22nd Floor
New York, NY 10038

North Atlantic Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

North Star Reinsurance
695 E. Main Street
Stamford, CT 06904-2354

Northbrook Ins. Co
3 Allstate Comm'l Plaza
51 W. Higgins Rd.-T2B
So Barrington, IL 60010

Orion Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Pacific Employers Ins Co
1601 Chestnut Street TLP- 19-
Long Term Expos.
Philadelphia, PA 19192-2181

Protective Nat'l Ins Co
11128 John Galt Blvd. Suite 200
Omaha, NE 68137-6312

Prudential Reinsurance
477 Martinsville Road
Liberty Corner, NJ 07938-0830

Republic Insurance Co
2727 Turtle Creek Blvd.
Dallas, TX 75219

Reunion-Adriatica
C/O Chilington Int'l
I00 Commons Way Ste. 210
Holmdel, NJ 07737

Royal Indemnity Company
750 7th Avenue, 22nd Floor
New York, NY 10019

Royal Insurance Co
9140 Arrowpoint Boulevard,
Suite 440
Charlotte, NC 28273

Royale Belge S.A.
Anchorage House 2 Clove
Crescent
Leamouth, London, EG E 14
2BE

Sphere Drake Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

St. Helens Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

St. Katherine Ins. Co. Ltd.
750 7th Ave, 22nd Floor
New York, NY 10019

Stronghold Ins. Co. Ltd.
750 7 Avenue, 22nd Floor
New York, NY 10019

Swiss Reinsurance
Myuthenquai 50/60 CH 8022
Zurich

Swiss Union Gen. Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Terra Nova Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Transamerica Ins. Co.
250 Commercial St., Suite 5000
Manchester, NH 03101

Transit Casualty
CNA Plaza 37 South
Chicago, IL 60685

Turegum Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY 10019

Twin City Fire Ins. Co.
Hartford Plaza
Hartford, CT 06115

Unigard Security
2 Central Square 2nd Floor
Cambridge, MA 02139

US Fire Insurance Co
305 Madison Avenue
P.O. Box 1973
Morristown, NJ 07960

Walbrook Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Wausau Insurance Co
400 Westwood Drive
P.O. Box 8020
Wausau, WI 54402-8020

Winterthur Swiss Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY 10019

World Auxiliary Ins. Cop. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Yasuda Fire & Marine Ins. Co.
Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Zurich Insurance Co
Anchorage House 2 Clove
Crescent
Leamouth, London EG E 14
2BE

## RETAINED CAUSES OF ACTION
### (CLAIMS AGAINST TAXING AUTHORITIES)

U.S. Customs and Border
Protection
Thomas A. Smith, Director
National Finance Center
Internal Revenue Service
409 Silverside Road
Wilmington, DE 19809

Internal Revenue Service
7850 SW 6th Court, Room 285
Plantation, FL 33324

Internal Revenue Service
Summit Building, Stop 202-D
Room 1520
401 W. Peachtree Street, N.W.
Atlanta, GA 30365

Internal Revenue Service
Atlanta Service Center
P.O. Box 47-421
Doraville, GA 30362

Attention: Stop 35-Beverly
Steed
Do Not Open In Mail Room
Commissioner
Department of Revenue
4112 Gordon Persons Building
50 N. Ripley Street
Montgomery, AL 36132

Commissioner
Department of Revenue
P.O. Box 110400
Juneau, AK 99811-0400

Director
Department of Revenue
1600 W. Monroe Street
Phoenix, AZ 85007

Commissioner
Dept. of Finance and
Administration
1509 W. 7th
Little Rock, AR 72201

State Controller and FTB Chair
Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0040

Executive Director
Department of Revenue
State Capitol Annex
1375 Sherman Street
Denver, CO 80261

Commissioner
Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106

Director
Division of Revenue
Carve1 State Building
820 N. French Street
Wilmington, DE 19801

Chief Financial Officer
Office of Tax and Revenue
941 North Capitol Street, N.E.
Washington, DC 20002

Executive Director
Department of Revenue
104 Carlton Building
Tallahassee, FL 32399-0100

Commissioner
Department of Revenue
Trinity-Washington Building
270 Washington Street, SW
Atlanta, GA 30334

Director
Department of Taxation
P.O. Box 259
Honolulu, HI 96809-0259

Chairman
State Tax Commission
P.O. Box 36
800 Park Boulevard
Plaza IV
Boise, ID 83722-0036

Director
Department of Revenue
103 West Jefferson Street
Springfield, IL 62702

Commissioner
Department of Revenue
100 North Senate Avenue
Indiana Government Center
North
Indianapolis, IN 46204-2253

Director
Department of Revenue and
Finance
Hoover State Office Building
East 13th and Walnut
Des Moines, IA 50319

Secretary
Department of Revenue
Robert B. Docking State Office
Building
915 S.W. Harrison Street
Topeka, KS 66612-1588

Secretary
Revenue Cabinet
200 Fair Oaks Lane
Frankfort, KY 40620

Secretary
Department of Revenue
Box 3863
330 N. Ardenwood Drive
Baton Rouge, LA 70806

Executive Director
Revenue Services
24 State House Station
Augusta, ME 04333-0024

Comptroller
Goldstein Treasury Building
80 Calvert Street
Annapolis, MD 21404

Commissioner of Revenue
Department of Revenue
51 Sleeper Street, 8th Floor
Boston, MA 02114

State Treasurer
Department of Treasury
Treasury Building
430 W. Allegan Street
Lansing, MI 48922

14

Commissioner
Department of Revenue
600 North Robert Street
St. Paul, MN 55146

Chairman and
Commissioner of Revenue
State Tax Commission
1577 Springridge Road
Raymond, MS 391 54-9602

Director
Department of Revenue
301 West High Street
Jefferson City, MO 65105-0311

Director
Department of Revenue
455 Sam W. Mitchell Building
125 N. Roberts
P.O. Box 5805
Helena, MT 59604-5805

Tax Commissioner
Department of Revenue
301 Centennial Mall South
P.O. Box 94818
Lincoln, NE 68509-4818

Executive Director
Department of Taxation
1550 E. College Parkway
Carson City, NV 89706

Commissioner
Dept. of Revenue
Administration
45 Chennell Drive
P.O. Box 457
Concord, NH 03301

Director
Division of Taxation
50 Barrack Street
P.O. Box 240
Trenton, N3 08646-0240

Secretary
Taxation and Revenue
Department
P. 0. Box 630
1100 S. St. Francis Drive
Santa Fe, NM 87504-0630

Commissioner
Department of Taxation and
Finance
W.A. Harriman Campus
Building #9
Albany, NY 12227-0125

Commissioner of Finance
25 Elm Place
Brooklyn, NY 11201

Secretary
Department of Revenue
501 N. Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-0640

Tax Commissioner
Tax Department
8th Floor
Capitol Building
600 E. Boulevard Avenue
Bismarck, ND 58505-0599

Commissioner
Department of Taxation
30 East Broad Street
P.O. Box 530
Columbus, OH 432 1 6-053 0

Chairman
State Tax Commission
2501 Lincoln Boulevard
Oklahoma City, OK 73194-000
I
Director
Department of Revenue
Revenue Building
955 Center Street, N.E.
Salem, OR 973 10

Acting Secretary
Department of Revenue
1133 Strawberry Square
Harrisburg, PA 17128-1100

Tax Administrator
Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Director
Department of Revenue
301 Gervais Street
Columbia, SC 29214

Secretary
Department of Revenue
Anderson Building
445 East Capital Avenue
Pierre, SD 57501-3185

Commissioner
Department of Revenue
Andrew Jackson State Office
Building
500 Deaderick Street
Nashville, TN 37242

Comptroller of Public Accounts
LBJ State Office Building
111 E. 17th Street
Austin, TX 78774

Executive Director, Chairman
State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

Commissioner
Department of Taxes
Pavilion Office Building
109 State Street
Montpelier, VT 05609

State Tax Commissioner
Department of Taxation
2220 W. Broad Street
Richmond, VA 23220-2008

Director
Department of Revenue
4 15 General Administration
Building
Washington Street East
Olympia, WA 98504-0090

Secretary
Department of Tax and Revenue
Building 1
State Capitol Building
Charleston, WV 25305

Secretary
Department of Revenue
P.O. Box 8933
125 South Webster Street
Madison, WI 53708

Director
Department of Revenue
Herschler Building
122 W. 25th Street
Cheyenne, WY 82002-0 1 10

Calcasieu Parish Sales and
Use Tax Department
P.O. Box 2050
Lake Charles, LA 70602

Department of the Treasury
Internal Revenue Service
Ogden, Utah 82401

Fresenius Medical Care
Holdings, Inc.
Two Ledgemont Center
95 Hayden Avenue
Lexington, MA 02493

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

California Franchise Tax Board
P.O. Box 942840
Sacramento, California 94257

Alaska Department of Revenue
State Office Building, 11th Floor
333 Willoughby Avenue
Juneau, Alaska 99811

Arizona Department of Revenue
1600 West Monroe Street
Phoenix, Arizona 85007

District of Columbia Office of
Tax and Revenue
941 North Capital Street, NE
8th Floor
Washington, D.C. 20002

Georgia Department of Revenue
1800 Century Center Boulevard
Atlanta, Georgia 30345

Kentucky Department of
Revenue
200 Fair Oaks Lane
Frankfort, Kentucky 40620

Gamma Holdings, N.V.
Hoogeindsestraat 47
5705 AL Helmond
The Netherlands

Bekaert Textiles, N.V.
Deerlijkseweg 22
B-8790 Waregem
Belgium

Axa Bank Europe N.V.
I 170 Brussels
Vorstlaan 25
Belgium

Linklaters DeBandt
Rue Brederode
13 B-1000
Brussels, Belgium

Cyr Cambier N.V.
Deerlijkseweg 22
B-8790 Waregem
Belgium

Colowyo Coal Company, L.P.
5731 State Highway 13
Meeker, Colorado 81641

Rio Tinto Energy America
505 South Gillette Avenue
(82716)
P.O. Box 3009
Gillette, Wyoming 82717-3009

**RETAINED CAUSES OF ACTION**
**(CLAIMS RELATING TO DEPOSITS)**

Amerada Hess
P.O. Box 11510
Newark, NJ 07101-4510

Baltimore Gas & Electric Co.
P.O. Box 1431
Baltimore, MD 21203-143 1

City of Anaheim
P.O. Box 3069
Anaheim, CA 92803-3069

City of E. Chicago
Dept. of Water Works
P.O. Box 423
East Chicago, IN 463 12

Electric Power Bd. Of Chattanooga
P.O. Box 182255
Chattanooga, TN 37422-7255

Reliant Energy/Entex
P.O. Box 2628
Houston, TX 77252

South Carolina Electric & Gas
1426 Main Street
Columbia, SC 29201

**RETAINED CAUSES OF ACTION**
**(ENVIRONMENTAL AND PRODUCT LIABILITY CLAIMS)**

Burton Shaffer, Irving Shaffer,
Milton Shaffer, BIM Investment Corp.
Shaffer Realty Nominee Trust
c/o Solomon M. Felman
199 Wells Avenue, Suite 201
Newton. MA 02459

E.I. Du Pont De Nemours and Company
Corporate Real Estate
1007 Market Street
Wilmington, DE 19898

Covidien d/b/a Tyco Healthcare Group LP
675 McDonnell Blvd. 10-3-S
Hazelwood, MO 63042

**RETAINED CAUSES OF ACTION**
**(INTELLECTUAL PROPERTY RIGHTS CLAIMS)**

BP America, Inc.
4101 Winfield Road
Warrenville, IL 60555.

Colormatrix
3005 Chester Avenue
Cleveland, OH 44005

Amcor Whitecap Deutschland
GmbH Limited
Hansastrasse 4, D-30419
Hanover, Germany

Fosroc International
Coleshill Road
Tamworth
Staffordshire B78 3TL, England

Sika Technology AG
Branch Zurich
Tuffenweis 16 P.O. Box
CH-8048 Zurich
Switzerland

The Dow Chemical Company
P. 0. Box 1967
Midland, MI 48641 -1 967

Euco Fosroc
Gasteiz Bidea, 11
Spain

Access Business Group LLC
7575 Fulton Street East
Ada, Michigan 49355-0001

Anheuser-Busch
1 Busch Place
St. Louis, MO 631 18

Colgate-Palmolive Company
300 Park Avenue
New York, NY 10022

DA NanoMaterials LLC
2507 West Erie Drive
Tempe, Arizona 85282

Phenomenex
41 1 Madrid Avenue
Torrance, CA 90501

Promega Corporation
2800 Woods Hollow Road
Madison, WI 53711

19

**RETAINED CAUSES OF ACTION**
**(PENDING AND POTENTIAL LITIGATION)**

| Entity | Case No. | Plaintiff/ Case Name | Nature of Proceeding | Court or Agency | Status |
|--------|----------|----------------------|----------------------|-----------------|--------|
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Tax | Court of First Instance, Bruges, Belgium | Pending |
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Fraud, Breach of Contract | Court of First Instance, Bruges, Belgium | Pending |
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Fraud, Breach of Contract | Court of First Instance, Bruges, Belgium | Pending |
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Fraud, Breach of Contract | Court of First Instance, Bruges, Belgium | Pending |
| Grace Energy | 979-05135 | Grace Energy v. Kaneb Pipe Line | Contract | Dallas County, TX | Pending |
| W. R Grace Grace Energy | BC222456 | Petro Resources v. N.Y. Hillside | Environmental | Superior Court, Los Angeles County, CA | Pending |
| W. R. Grace-Conn. | 01-769 | Samson Investment | Indemnification | Dallas County, TX | Pending |
| W. R. Grace-Conn. | 97CIV8941 | Uniguard Security Ins. v. W. R. Grace & Co.-Conn. | Insurance | US District Court, S.D.N.Y. | Pending |
| W. R. Grace-Conn. | 98-CV-0838s(F) | W. R. Grace & Co. v. Zotos International, Inc. | Environmental | US District Court, Buffalo, NY | On Appeal |
| W. R. Grace-Conn. | 02CV495 | Estate of Jeffrey B. Chwala, et al. | Wrongful Death | Circuit Court, Eau Claire County, WI | Pending |
| W. R. Grace-Conn. | 88CIV4337 | Maryland Casualty Co. v. W. R. Grace & Co. and Continental Casualty Company | Insurance | US District Court, S.D.N.Y. | Settled |
| Gloucester New Communities Company, Inc. | L-1347-03 | Summit Ventures LLC | Real Estate | Superior Court of New Jersey Law Division Gloucester County | Pending (On Trial) |
| W. R. Grace & Co. W. R. Grace-Conn. | 95-CV-6400L | Seneca Meadows, Inc. Macedon | Environmental | U.S. District Court, W.D.N.Y. | Pending |

| | | Homes, Inc. | | | |
|---|---|---|---|---|---|
| W. R. Grace-Conn. Grace SA | | Fosruc Euco, SA | | The Mercantile Court of Bilbao, Spain | Pending |
| Grace Construction & Grace Darex Packaging Technologies | Action No. S036827 | Affordable Housing Charitable Assoc. et al. v. Weber & Associate Architectural Consultant Inc., et al. (Regent Place) | Products Liability | Supreme Court of British Columbia, New Westminster Registry | Pending |
| Grace Construction & Grace Darex Packaging Technologies | Action No. S015358 | Canada Mortgage & Housing Corporation v. Santos Enterprises, Ltd., et al. (Larchway Gardens) | Products Liability | Supreme Court of British Columbia, Vancouver Registry | Pending |
| Grace Construction & Grace Darex Packaging Technologies | CIV 446857 | Miramar Apartments v. Douglas Roses Construction, Inc. | Products Liability | Superior Court, State of California, County of San Mateo | Pending |
| Grace Construction & Grace Darex Packaging Technologies | | Anita Terrace Owners, Inc. v. Goldstein Associates Consulting Engineers, PLLC R&L Construction, Inc. et al. | Products Liability | Supreme Court of the State of New York, County of Queens | Pending |
| Grace Construction & Grace Darex Packaging Technologies | MICV2008-02079-J | 241 Boston Post Rd. v. Gleeson Powers, Inc. et al. | Products Liability | Superior Court for Middlesex County, MA | Pending |
| Grace Construction & Grace Darex Packaging Technologies | 08CA3790 | Gregory Dowdy v. River Oaks Dev. Corp., Troy Fans, Inc. et al. | Products Liability | Circuit Court of the 5th Judicial Circuit in and for Lake County, FL | Pending |
| Grace Construction & Grace | BC354827 | Zormaxx Corp., et al. v. Standard | Products Liability | Superior Court of California, County of Los Angeles | Pending |

| | | | | | |
|---|---|---|---|---|---|
| Darex Packaging Technologies | | Concrete Products, et al. Standard Concrete v. Grace, et al. | | | |
| Grace Construction & Grace Darex Packaging Technologies | | Ingram Readymix, Inc. v. Southern Contracting, et al. v. W. R. Grace & Co., et al. | Products Liability | District Court, 319th Judicial District of Nueces County, TX | Pending |
| Grace Construction & Grace Darex Packaging Technologies | | Scott Blaine Burdett v. Frederick Jordan, et al. | Motor Vehicle | Superior Court of Columbia County, State of Georgia | Pending |
| Grace Construction & Grace Darex Packaging Technologies | | Carissa Parker v. James E. Bush, W. R. Grace & Co. and John Doe Company, d/b/a Prudential Leasing | Motor Vehicle and Personal Injury | State Court of Douglas County, State of Georgia | Pending |
| Grace Construction & Grace Darex Packaging Technologies | | The Official Committee of Unsecured Creditors of Kenny Industrial Services, Inc., et al. v. W. R. Grace & Co. | Recovery of Alleged Preference Payments | U.S. Bankruptcy Court for the Northern District of Illinois Eastern Division | Pending |
| W. R. Grace, Inc. | | John Morgan, et al. | Appeal | Commonwealth of Massachusetts Appeals Court | Pending |
| W. R. Grace & Co.-Conn. | 13-C-08-074673 CN | Global Printing & Design Solutions, Inc. d/b/a Proforma Global v. W. R. Grace & Co.-Conn. | | Circuit Court for Howard County, Maryland | Pending |

## RETAINED CAUSES OF ACTION
### (CLAIMS AGAINST FORMER PROFESSIONALS)

Henk Vanhulle
LinkIaters De Bandt
Brederodestraat 13
Rue Brederode B-1000
Brussels, Belgium

Jose R. Alvarez
337 Gatewater Court, Apt. 202
Glen Burnie, MD 21060

Beverly J. Artale
3826 Sunflower Circle
Mitchelleville, MD 20721

Lewis R. Barber
200 Riverside Avenue
Chattanooga, TN 37405

Francis T. Bennett
2 Montrose Avenue
Arlington, MA 02174

Jorge Bonilla
7500 Grace Drive
Columbia, MD 21044

Christopher Bull
5525 Charles Street
Bethesda, MD 20814

Richard W. Collins
7733 Cove Ridge Drive
Hixson, TN 37343

Edward F. Connelly
12 Oceanwood Drive
Scarborough, ME 04074

Timothy M. Cremin
3 140 St. James Drive
Boca Raton, FL 33434

Marie C. Dunbar
41 28 Lonicera Loop
Jacksonville, FL 32259
John E. Feery
863 Sun Disk Place
Boynton Beach, FL 33436

Michael Freedman
5266 Fairway Woods Drive
Apt. 4011
Delray Beach, FL 33484

Walter Gregory, Jr.
1 583 Braebum Drive
Atlanta, GA 30316

Annette P. Kassa
494 Erin Garf.h
Severna Park, MD 21146

Apparao T. Lengade
3342 N. Chatham Road
Apt. L
Ellicott City, MD 21042

Roy D. Lyda
P.O. Box 104
Cross Anchor, SC 29331

Gretchen M. Mavrovouniotis
14 Sunliver
Irvine, CA 92614

Mary R. McGrath
25 Lawrence Lane
Arlington, MA 02474

Thomas E. Murray
16 Horseshoe Road
Chelmsford, MA 01 824

Thomas J. Murray
77 Tanya Drive
Mansfield, MA 02048

Charles D. Rabensbuxg
2920 Ozark Road
Chattanooga, TN 3741 5

Richard G. Remmes
1 15 Woolford Road
Wrentham, MA 02093

Ronald E. Ritter
55 Laguna Road
Lake Monticello, VA 22963

Steven M. Rotheim
800 Palisade Avenue, #201
Ft. Lee, NJ 07024

Nile R. Strohman
1 1504 Long Meadow Drive
Glen Allen, VA 23059

Dorothy T. Toohey
19 Cherokee Road
Arlington, MA 02474

Howard J. Troffkin
7808 Ivymount Terrace
Potomac, MD 20854

Robert Turner
30 Heritage Road
Acton, MA 01720

Diane M. Vaughan
50 Knowles Road
Watertown, MA 02472

Henry P. Zerhusen
5055 Dry Well Court
Columbia, MD 21045

# RETAINED CAUSES OF ACTION
## (MISCELLANEOUS CONTRACT AND TORT CLAIMS)

Air Liquide Industrial U S LP
158 Barre Way
Dandridge, TN 37725

Ed Slotwinski
Steeb Anwendungssysteme
GMBH
Heilbronner Str.4
74232 Abstattt
Germany

Richard A. Dolan
1716 Tangiers
Henderson, NV 89 102

Dr. Yehuda Shalon
1566 Hamilton Avenue
Palo Alto, CA

Dr. Tidhar Dari Shalon
Pinkas 54, Apt. 63
Tel Aviv 6226 1, Israel

Indopco, Inc.
10 Finderne Avenue
Bridgewater, NJ 08807

Kennecott Colorado Co.
James Belcher
Holland & Hart LLP
25 1 5 Warren Avenue
Suite 450
Cheyenne, WY 82001

Fidelity Management Trust
Company
82 Devonshire Street
Boston, MA 021 09

State Street Global Advisors
Fiduciary Services
Two International Place
Boston, MA 02 1 10

Gamma Holding, N.V.
C/O Mr. Meint Veninga
Hoogeindsestraat 47
5705 AL Helmond
The Netherlands

Bekaert Textiles, N.V.
Deerlijkseweg 22
8790 Waregem
Belgium

Pricewaterhouse Coopers LLP
200 South Biscayne Blvd.
Suite 1900
Miami, FL 33131

Pricewaterhouse Coopers LLP
1301 K Street N.W. 800W
Washington, DC 20005-3333

Lab Vantage
245 Highway 22 West
Bridgewater, NJ 08807

Kvaemer Process Systems US
7909 Parkwood Circle, 6th Floor
Houston, TX 77036

Rohm & Haas
100 Independence Mall West
Philadelphia, PA 191 06-2399

Flexia Corporation
369 Elgin Street
Brantford, Ontario N3S 7P5

Attention: Mr. Edward Bowles
President and CE
Phenomenex
411 Madrid Avenue
Torrance, CA 90501-1430

Promega
2800 Woods Hollow Road
Madison, WI 53711

Intercat, Inc
104 Union Avenue
Manasquan, NJ 08736

Norquay Technology, Inc.
800 West Front Street
Chester, PA 19013

KYSU, Inc.
800 West Front Street
Chester, PA 19013

Robert W. Heldt
c/o Norquay Techology, Inc.
800 West Front Street
Chester, PA 19013

BASELL USA INC.
912 Appleton Road
Elkton, MD 21921

Dr. Dinesh Gopinath Prabhu
C-104 Woodland near Gandhi
Bhavan
Kothrud, Pune 411029
lndia

Mrs. Asha Prabhu
C-104 Woodland near Gandhi
Bhavan
Kothrud, Pune 411029
lndia

Mr. Krishnakumar Dani
1109 Woodland Harmondy near
Gandhi Bhavan
Kothrud, Pune 411029
lndia

Cianbro
One Hunnewell Square
P.O. Box 1000
Pittsfield, ME 04967

SSOE, Inc.
1001 Madison Avenue
Toledo, OH 43604

Warren Environmental, Inc.
P.O. Box 1206
Carver, MA 02330

Engineered Crane Service of
America
2000 McFarland 400 Blvd.
Alpharetta, GA 30004

G. O. Carlson, Inc.
350 Marshalltown Thorndale
Road
Dowington, PA 19335-2063

Acme Industrial Piping
P.O. Box 72936
Chattanooga, TN 37407

Samson Hydrocarbons
Samson Plaza
2 W. 2nd Street
Tulsa, OK 741 03-3103