**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | |
| | ) | |
| | ) | |

**EXHIBIT 21 TO EXHIBIT BOOK
UNRESOLVED ASBESTOS PD CLAIMS SCHEDULE**

**EXHIBIT 21**

Attached.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Total Remaining Active PD Claims and PD Claims on Appeal**

| **I. Active PD Claims** | | | | | |
|---|---|---|---|---|---|
| **Speights Canadian Claims** | | | | | |
| | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
| 1 | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | 011620 | Daniel A Speights | Speights & Runyan | | 287 Broadway Winnipeg, MB R3c0r9 |
| 2 | Avalon East School Board | 012491 | Daniel A Speights | Speights & Runyan | | 391 Topsail Road St John's, NL A1e2b7 |
| 3 | Calgary Board Of Education | 012454 | Daniel A Speights | Speights & Runyan | James Fowler High | 4004-4th St. Nw Calgary, AB T2k1a1 |
| 4 | Calgary Board Of Education | 012457 | Daniel A Speights | Speights & Runyan | Kingsland Elementary | 7430 5th Street Sw Calgary, AB T2v1b1 |
| 5 | Calgary Board Of Education | 012443 | Daniel A Speights | Speights & Runyan | William Aberhart High | 3009 Morley Trail Nw Calgary, AB T2m4g9 |
| 6 | Calgary Board Of Education | 014885 | Daniel A Speights | Speights & Runyan | Altadore Elementary | 4506 16th Street SW Calgary, AB T2t4h9 |
| 7 | Calgary Board Of Education | 012442 | Daniel A Speights | Speights & Runyan | Wildwood Elementary | 120 45th Street Sw Calgary, AB T3c2b3 |
| 8 | Calgary Board Of Education | 012570 | Daniel A Speights | Speights & Runyan | Balmoral Junior High | 220 16th Avenue Calgary, AB T2m0h4 |
| 9 | Calgary Board Of Education | 012590 | Daniel A Speights | Speights & Runyan | Parkdale Elementary | 728 32nd Street NW Calgary, AB T2n2v9 |
| 10 | Calgary Board Of Education | 012591 | Daniel A Speights | Speights & Runyan | Queen Elizabeth High | 512 18th Street NW Calgary, AB T2n2g5 |
| 11 | Calgary Board Of Education | 012438 | Daniel A Speights | Speights & Runyan | Vincent Massey Junior High | 939 45th St Sw Calgary, AB T3c2b9 |
| 12 | Calgary Board Of Education | 012439 | Daniel A Speights | Speights & Runyan | Viscount Bennett | 2519 Richmond Road Sw Calgary, AB T3e4m2 |
| 13 | Calgary Board Of Education | 012412 | Daniel A Speights | Speights & Runyan | Cambrian Heights Elementary | 640 Northmount Dr Nw Calgary, AB T2k3j5 |
| 14 | Calgary Board Of Education | 012410 | Daniel A Speights | Speights & Runyan | Briar Hill Elementary | 1233 21st Street Nw Calgary, AB T2n2l8 |
| 15 | Canadian Imperial Bank Of Commerce | 012536 | Daniel A Speights | Speights & Runyan | | 215 Water Street St John's, NL A1c6c9 |
| 16 | City Of Edmonton | 012489 | Daniel A Speights | Speights & Runyan | Century Place | 9803 102a Avenue Edmonton, AB T5j3a3 |

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---------------|--------------|---------|-----------|---------------|------------------|
| 17 | City Of Vancouver | 012476 | Daniel A Speights | Speights & Runyan | Q.E. And Playhouse Theatres | 649-695 Cambie Vancouver, BC |
| 18 | City Of Vancouver | 012346 | Daniel A Speights | Speights & Runyan | Parkade | 700 Georgia Street Vancouver, BC |
| 19 | Edmonton Public Schools | 012549 | Daniel A Speights | Speights & Runyan | Wellington School | 13160 127 Street Edmonton, AB  T5l1b2 |
| 20 | Edmonton Public Schools | 012557 | Daniel A Speights | Speights & Runyan | Eastglen School | 11430 68 Street Edmonton, AB T5b1p1 |
| 21 | Edmonton Public Schools | 012554 | Daniel A Speights | Speights & Runyan | Woodcroft School | 13750 Woodcroft Avenue Edmonton, AB T5t5x9 |
| 22 | Edmonton Public Schools | 012548 | Daniel A Speights | Speights & Runyan | Victoria School | 10210 108 Avenue Edmonton, AB  T5h1a8 |
| 23 | Edmonton Public Schools | 012546 | Daniel A Speights | Speights & Runyan | Strathcona School | 10450 72 Avenue Edmonton, AB  T6e0z6 |
| 24 | Edmonton Public Schools | 012542 | Daniel A Speights | Speights & Runyan | North Edmonton School | 6920 128 Avenue Edmonton, AB  T5c1s7 |
| 25 | Edmonton Public Schools | 012576 | Daniel A Speights | Speights & Runyan | JA Fife School | 15004 76 Street Edmonton, AB  T6c1c2 |
| 26 | Edmonton Public Schools | 012541 | Daniel A Speights | Speights & Runyan | Newton School | 5523 122 Avenue Edmonton, AB  T5w1s3 |
| 27 | Edmonton Public Schools | 012394 | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB  T6c1n8 |
| 28 | Edmonton Public Schools | 012377 | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB  T5b3w4 |
| 29 | Edmonton Public Schools | 012388 | Daniel A Speights | Speights & Runyan | Allendale | 6415 106 Street Edmonton, AB  T6h2v5 |
| 30 | Edmonton Public Schools | 012537 | Daniel A Speights | Speights & Runyan | Parkview School | 14313 92 Street Edmonton, AB  T5r3b3 |
| 31 | Edmonton Public Schools | 012503 | Daniel A Speights | Speights & Runyan | Sherbrooke School | 12245 131 Street Edmonton, AB T5l1m8 |
| 32 | Edmonton Public Schools | 012500 | Daniel A Speights | Speights & Runyan | Ritchie School | 9750 74 Avenue Edmonton, AB  T6j1t4 |
| 33 | Edmonton Public Schools | 012498 | Daniel A Speights | Speights & Runyan | Queen Alexandra School | 7730 106 Street Edmonton, AB  T6g0x4 |
| 34 | Edmonton Public Schools | 012496 | Daniel A Speights | Speights & Runyan | Prince Rupert School | 11515 113 Avenue Edmonton, AB T5g0j3 |

|    | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
|----|---|---|---|---|---|---|
| 35 | Edmonton Public Schools | 012501 | Daniel A Speights | Speights & Runyan | Ross Sheppard School | 13546 111 Avenue Edmonton, AB  T5m2p2 |
| 36 | Fairmall Leasehold Inc | 012396 | Daniel A Speights | Speights & Runyan | Fairview Mall | 1800 Sheppard Ave E, Ste330 P.O. Box 330 Willowdale, ON  M2j5a7 |
| 37 | Great West Life | 012534 | Daniel A Speights | Speights & Runyan |  | 199 Bay Street, Commerce Court West Toronto, ON  M5l1e2 |
| 38 | Hamilton District School Board | 011684 | Daniel A Speights | Speights & Runyan | Westview School | 60 Rolston Drive Hamilton, ON  L9c3x7 |
| 39 | Hamilton District School Board | 011682 | Daniel A Speights | Speights & Runyan | Sir John A. Macdonald Secondary School | 130 York Boulevard Hamilton, ON  L8r1y5 |
| 40 | Hamilton District School Board | 011681 | Daniel A Speights | Speights & Runyan | Sir Alan MacNabb School | 145 Magnolia Drive Hamilton, ON  L9c5p4 |
| 41 | Hamilton District School Board | 011680 | Daniel A Speights | Speights & Runyan | Sherwood Heights School | 105 High Street Hamilton, ON  L8t3z4 |
| 42 | Hamilton District School Board | 011678 | Daniel A Speights | Speights & Runyan | Pauline Johnson Public School | 25 Hummingbird Lane Hamilton ON  L9a4b1 |
| 43 | Hamilton District School Board | 011322 | Daniel A Speights | Speights & Runyan | Sherwood Secondary School | 25 High Street Hamilton, ON  L8t3z4 |
| 44 | Hamilton District School Board | 011323 | Daniel A Speights | Speights & Runyan | Scott Park Secondary | 1055 King Street West Hamilton, ON  L8m1e2 |
| 45 | Health Care Corporation Of St.John's | 012493 | Daniel A Speights | Speights & Runyan |  | 300 Prince Philip Drive St John's, NL  A1b3v6 |
| 46 | Mc Master University | 012368 | Daniel A Speights | Speights & Runyan | McMaster University | 1280 Main Street West Hamilton, ON  L8s4m3 |
| 47 | Morguard Investments Limited | 012427 | Daniel A Speights | Speights & Runyan |  | 55 City Centre Drive Mississauga, ON L5b1m3 |
| 48 | Oxford Properties Group | 012421 | Daniel A Speights | Speights & Runyan |  | 10025-102 Avenue Edmonton, AB  T5j2z1 |
| 49 | Oxford Properties Group | 012422 | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB  T5j2y8 |
| 50 | Oxford Properties Group | 012423 | Daniel A Speights | Speights & Runyan |  | 10088-102 Avenue Edmonton, AB  T5j2z1 |
| 51 | School District 68 Nanaimo-Ladysmith | 011627 | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC  V9r3k5 |

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---|---|---|---|---|---|
| 52 | School District 68 Nanaimo-Ladysmith | 011632 | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC  V9s2i9 |
| 53 | Toronto District School Board | 012304 | Daniel A Speights | Speights & Runyan | Deer Park Junior And Senior School | 23 Ferndale Avenue Toronto, ON  M4t2b4 |
| 54 | Atlantic Shopping Centres LTD | 012490 | Daniel A Speights | Speights & Runyan | | 2000 Barrington Street Halifax, NS  B3j3k1 |
| 55 | Great West Life - London Life | 012533 | Daniel A Speights | Speights & Runyan | | 2001 University Street Montreal, QC  H3a2a6 |

**Speights U.S. Claims**

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---|---|---|---|---|---|
| 1  | Anderson Memorial Hospital | 011008 | Daniel A Speights | Speights & Runyan | | 800 North Fant Anderson, SC  29261 |
| 2  | John Muir Hospital | 011026 | Daniel A Speights | Speights & Runyan | | 1601 Ygnacid Valley Road, Walnut Creek, CA 94598 |
| 3  | St. Joseph's Hospital | 011243 | Daniel A Speights | Speights & Runyan | | 555 E. Market Street, Elmira, NY |
| 4  | North Arkansas Regional Medical Center | 010995 | Daniel A Speights | Speights & Runyan | | 620 N. Willow, Harrison, AR  72601 |
| 5  | 211 Main Street Building | 011099 | Daniel A Speights | Speights & Runyan | | 211 Main Street, San Francisco, CA  94105 |
| 6  | Bergdorf Building | 011027 | Daniel A Speights | Speights & Runyan | | 80 Coventry Street, Hartford, CT  06112 |
| 7  | Chicago Historical Society | 011104 | Daniel A Speights | Speights & Runyan | | Chicago, IL |
| 8  | F.F. Thompson Continuing Care Center, Inc. | 006636 | Daniel A Speights | Speights & Runyan | | 350 Parish Street, Canandaigua, NY 14424 |
| 9  | Glen Oak Country Club | 010749 | Daniel A Speights | Speights & Runyan | | 151 Post Avenue, Old Westberry, NY |
| 10 | Gulf Atlantic Properties, Inc. | 006637 | Daniel A Speights | Speights & Runyan | | 100 1st Avenue, South Saint Petersburg, FL 33701 |
| 11 | Hyatt Corporation | 009915 | Daniel A Speights | Speights & Runyan | | 5 Embarcadero, Sam Francisco, CA 94111 |
| 12 | KARK-TV and Morris Multimedia, Inc. | 009912 | Daniel A Speights | Speights & Runyan | | Third and Louisiana Streets, Little Rock, AR 72201 |
| 13 | KARK-TV and Morris Multimedia, Inc. | 009913 | Daniel A Speights | Speights & Runyan | | Third and Center Streets, Little Rock, AR 72201 |

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 14 | Olympus 555 Properties LLC | 009684 | Daniel A Speights | Speights & Runyan | | 555 Broad Hollow Road, Melville, NY  11747 |
| 15 | Allegheny Center | 011037 and 011036 | Daniel A Speights | Speights & Runyan | | Allegheny Center, Pittsburgh, PA  15212 |
| 16 | Presidential Towers Condo | 011428 | Daniel A Speights | Speights & Runyan | | 1836 Metserott Road, Adelphi, MD  20783 |

**Other U.S. Claim**

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1 | Sheldon H Solow, Solow Development Corp., et al. | 007020 | Edward J Westbrook | Richardson Patrick Westbrook & Brickman LLC | | 9 West 57th Street New York, NY  10019 |

**II. PD Claims on Appeal**

**Anderson Memorial Class Claims**

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1 | Anderson Memorial Hospital | 009911 | Daniel A. Speights | Speights & Runyan | Various | Various locations worldwide |
| 2 | Anderson Memorial Hospital | 009914 | Daniel A. Speights | Speights & Runyan | Various | Various locations statewide South Carolina |

**State of California Department of General Services**

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 1 | State of California Dept of General Services | 010653 | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 South Newcastle Road Stockton, CA  95213 |
| 2 | State of California Dept of General Services | 010662 | Steven Mandelsberg | Hahn & Hessen, LLP | | 744 P Street Sacramento, CA  95814 |
| 3 | State of California Dept of General Services | 010661 | Steven Mandelsberg | Hahn & Hessen, LLP | | 31 East Channel Street Stockton, CA  95202 |
| 4 | State of California Dept of General Services | 010660 | Steven Mandelsberg | Hahn & Hessen, LLP | | End of Highway 202 at Cummings Valley Tehachapi, CA  93561 |

|  | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|---|---|---|---|---|---|---|
| 5 | State of California Dept of General Services | 010659 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 1234 East Shaw Ave. Fresno, CA  93710 |
| 6 | State of California Dept of General Services | 010657 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 2501 Harbor Blvd. Costa Mesa, CA  92626 |
| 7 | State of California Dept of General Services | 010656 | Steven Mandelsberg | Hahn & Hessen, LLP |  | End of Highway 202 at Cummings Valley Tehachapi, CA  93561 |
| 8 | State of California Dept of General Services | 010654 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 2501 Harbor Blvd. Costa Mesa, CA  92626 |
| 9 | State of California Dept of General Services | 010655 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 5100 O'byrnes Ferry Road, Jamestown, CA 95327 |
| 10 | State of California Dept of General Services | 010652 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 714 P Street Sacramento, CA  95814 |
| 11 | State of California Dept of General Services | 010651 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 1234 East Shaw Ave. Fresno, CA  93710 |
| 12 | State of California Dept of General Services | 010650 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 10333 El Camino Real Atascadero, CA  93423 |
| 13 | State of California Dept of General Services | 010649 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 1416 9th Street Sacramento, CA  95814 |
| 14 | State of California Dept of General Services | 010648 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 28 Civic Center Plaza Santa Ana, CA  92701 |
| 15 | State of California Dept of General Services | 010658 | Steven Mandelsberg | Hahn & Hessen, LLP |  | 3100 Wright Road Camarillo, CA  93010 |

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---------------|--------------|---------|-----------|---------------|------------------|
| 16 | State of California Dept of General Services | 014411 | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 S. Newcastle Road, Stockton, CA 95213 |

**Macerich Fresno**

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---------------|--------------|---------|-----------|---------------|------------------|
| 1 | Macerich Fresno Limited Partnership | 012758 | Gerald George | Pillsbury Winthrop LLP | | 645 East Shaw Avenue Fresno, CA   93710 |

**Speights & Runyan Late Authority Claims**

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---------------|--------------|---------|-----------|---------------|------------------|
| 1 | Mission Towers f/k/a Foxridge Office Building | 010516 | Daniel A. Speights | Speights & Runyan | Mission Towers | 57th Broadmore, Kansas City, KS |
| 2 | Bethesda Rehabilitation Hospital | 010533 | Daniel A. Speights | Speights & Runyan | Bethesda Rehabilitation Hospital | St. Paul, MN |
| 3 | First Tennessee Bank | 010533 | Daniel A. Speights | Speights & Runyan | First Tennessee Bank | Memphis, TN |
| 4 | First Tennessee Bank | 010534 | | | First Tennessee Bank | Memphis, TN |
| 5 | Washington Township Health Care District | 010668 | Daniel A. Speights | Speights & Runyan | Washington Hospital | Fremont, CA |
| 6 | New Hanover Regional Medical Center | 010672 | Daniel A. Speights | Speights & Runyan | New Hanover Regional Medical Center | Wilmington, NC |
| 7 | First Health Montgomery Memorial Hospital | 010673 | Daniel A. Speights | Speights & Runyan | First Health Montgomery Memorial Hospital | Troy, NC |
| 8 | Pierre Laclede Center Nos. 1 & 2 | 010696 | Daniel A. Speights | Speights & Runyan | Pierre Laclede Center Nos. 1 and 2 | Clayton, MO |
| 9 | St. Joseph's Hill Infirmary Nursing Home | 010700 | Daniel A. Speights | Speights & Runyan | St. Joseph's Hill Infirmary Nursing Home | St. Louis, MO |
| 10 | IBM Metro Employees FCU | 010722 | Daniel A. Speights | Speights & Runyan | | Bridge Plaza North at 41st Street, Long Island City, NY |
| 11 | Palos Commmunity Hospital | 011066 | Daniel A. Speights | Speights & Runyan | Palos Community Hospital | Palos, IL |
| 12 | St. Mary's Medical Center | 010746 | Daniel A. Speights | Speights & Runyan | St. Mary's Medical Center | 1st Avenue & 29th Street, Huntingdon, WV |

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---------------|--------------|---------|-----------|---------------|------------------|
| 13 | Friendly Home Nursing Care & Rehabilitation | 010747 | Daniel A. Speights | Speights & Runyan | | 3156 East Avenue, Rochester, NY |
| 14 | 99 Founders Plaza | 010762 | Daniel A. Speights | Speights & Runyan | 99 Founders Plaza | Gilbert Street, Hartford, CT |
| 15 | Oneida County Office Building | 010767 | Daniel A. Speights | Speights & Runyan | Oneida County Office Building | Oneida, NY |
| 16 | Manor Oak Two | 010789 | Daniel A. Speights | Speights & Runyan | Manor Oak Two | Greentree, PA |
| 17 | Cayuga County Office Building | 010947 | Daniel A. Speights | Speights & Runyan | | Auburn, NY |
| 18 | St. Luke's Hospital | 010998 | Daniel A. Speights | Speights & Runyan | St. Luke's Hospital | Bethlehem, PA |
| 18 | Schuyler Hospital | 011003 | Daniel A. Speights | Speights & Runyan | Schuyler Hospital | Montour Falls, NY |
| 20 | Santa Teresa Medical Office Building | 011018 | Daniel A. Speights | Speights & Runyan | Santa Teresa Medical Office Building | San Jose, CA |
| 21 | Nebraska Skilled Nursing and Rehabilitation | 011046 | Daniel A. Speights | Speights & Runyan | | Omaha, NE |
| 22 | Virtua Health - West Jersey Hospital Voorhees | 011226 | Daniel A. Speights | Speights & Runyan | | Voorhees, NJ |
| 23 | Titusville Area Hospital / Farrell Hospital | 011106 / 011144 | Daniel A. Speights | Speights & Runyan | | Titusville, PA |
| 24 | Hotel Captain Cook - Tower # 2 | 011110 | Daniel A. Speights | Speights & Runyan | Hotel Captain Cook | 5th & K Street, Anchorage, AK |
| 25 | Gundersen Lutheran Medical Center | 011124 | Daniel A. Speights | Speights & Runyan | Gundersen Lutheran Medical Center | Lacrosse, WI |
| 26 | Arkansas Baptist Health Medical Center | 011128 | Daniel A. Speights | Speights & Runyan | Arkansas Baptist Medical Center | Little Rock, AR |
| 27 | Abbeville General Hospital | 011133 | Daniel A. Speights | Speights & Runyan | Abbeville General Hospital | Abbeville, LA |
| 28 | St. Anthony's Regional Hospital & Nursing Home | 011151 | Daniel A. Speights | Speights & Runyan | St. Anthony's Hospital | Carroll, IA |
| 29 | Fulton County Health Center | 011158 | Daniel A. Speights | Speights & Runyan | Fulton County Health Center | S. Snoop Ave., Wausein, OH |
| 30 | Ohio Savings Plaza | 011179 | Daniel A. Speights | Speights & Runyan | | 1801 E. Ninth Street, Cleveland, OH |

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---------------|--------------|---------|-----------|---------------|------------------|
| 31 | YWCA of Greater Des Moines | 011153 | Daniel A. Speights | Speights & Runyan | | 8th & Grand Ave., Des Moines, IA |
| 32 | Scottish Rite Cathedral | 011200 | Daniel A. Speights | Speights & Runyan | Scottish Rite Cathedral | West & Linden Streets, Allentown, PA |
| 33 | First Tennessee Bank | 011722 | Daniel A. Speights | Speights & Runyan | National Bank Building | Memphis, TN |
| 34 | Panda Prints | 011257 | Daniel A. Speights | Speights & Runyan | | |
| 35 | McKenzie Williamette Medical Center | 011262 | Daniel A. Speights | Speights & Runyan | | Eugene, OR |
| 36 | Keller Building | 011384 | Daniel A. Speights | Speights & Runyan | Keller Memorial Hospital | Fayette, MO |
| 37 | Virtua West Jersey Hospital Marlton | 011389 | Daniel A. Speights | Speights & Runyan | | Evesham Township, NJ |
| 38 | The Homeplace of Mondovi Hospital | 011422 | Daniel A. Speights | Speights & Runyan | Buffalo Memorial Hospital | Mondovi, WI |
| 39 | Dodge County Hospital | 011550 | Daniel A. Speights | Speights & Runyan | | |
| 40 | Carson Pirie Scott Store - Store # 537 | 011555 | Daniel A. Speights | Speights & Runyan | | Waukegan, IL |
| 41 | Harry C. Levy Gardens | 011572 | Daniel A. Speights | Speights & Runyan | | Las Vegas, NV |
| 42 | Jordan Hospital, Inc. | 011689 | Daniel A. Speights | Speights & Runyan | | |
| 43 | University of New England - Westbrook College Campus | 011701 | Daniel A. Speights | Speights & Runyan | | |
| 44 | 1199 SEIU | 011703 | Daniel A. Speights | Speights & Runyan | 310 W. 43rd Street Building | 310 W. 43rd St., New York, NY |