IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** ) | Chapter 11 |
| ) | |
| **W. R. GRACE & CO., et al.**[1] ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| **Debtors.** ) | |
| ) | Hearing Date(s): March 9, 2009 at 9:00 a.m. (EST) |
| ) | Re: Docket Nos. 19579, 19580, 19581, 19988, 19989, 20026, 20121, 20304, 20666, 20667, 20668, 20872, 20873, 20874 |

**CERTIFICATION OF COUNSEL REGARDING BLACKLINES
OF FIRST AMENDED PLAN OF REORGANIZATION DATED FEBRUARY 27, 2009,
DISCLOSURE STATEMENT AND EXHIBIT BOOK**

The Debtors hereby file the attached documents which represent comparisons of (i) the *First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee Of Equity Security Holders Dated as of February 27, 2009* (as it may be amended or supplemented, the "Plan") (Docket No.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B I1 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G I1 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal 11, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

20872); (ii) the *Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee Of Equity Security Holders Dated as of February 27, 2009* (as it may be amended or supplemented, the "Disclosure Statement") (Docket No. 20873); and (iii) the *Exhibit Book to First Amended Plan and Disclosure Statement* (as it may be amended or supplemented, the "Exhibit Book") (Docket No. 20874) with the last versions of the Plan, Disclosure Statement and Exhibit Book that were filed with this Court on February 3, 2009, to the extent that any substantive changes have been made.[2]

Accordingly, attached hereto are the following blackline comparisons:

| | |
|---|---|
| Plan: | Plan |
| D.S.: | Disclosure Statement |
| TOC: | Exhibit Book Table of Contents |
| Exhibit 3: | Asbestos PD Trust Agreement |
| Exhibit 4: | Asbestos PI Trust Distribution Procedures |
| Exhibit 6: | Asbestos Insurance Transfer Agreement[3] |
| Exhibit 8: | Best Interest Analysis |
| Exhibit 12: | Financial Information |
| Exhibit 25: | Case Management Order for Class 7A Asbestos PD Claims[4] |

---

[2] Exhibit 12 and Exhibit 21 to the Exhibit Book are not annexed hereto because these exhibits are in Microsoft Excel format and cannot be easily shown in blackline format.

[3] Schedule 2 to Exhibit 6 has been divided into Schedules 2 and 3, respectively. These documents have not been blacklined because there is nothing to compare them against.

[4] Exhibit A to Exhibit 25 has not changed and is not attached, however, Exhibit A to Exhibit 25 was not previously included in the clean Exhibit 25 that was filed on February 3, 2009. Exhibit A to Exhibit 25 is now included in the clean version of Exhibit 25 that is being filed contemporaneously herewith.

K&E LEGAL:14184606.3

Exhibit 28:    Deferred Payment Agreement (Class 7B ZAI)

Dated: February 27, 2009  
Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones/*

Laura Davis Jones (Bar No. 2436)  
James E. O'Neill (Bar No. 4042)  
Kathleen P. Makowski (Bar No. 3648)  
Timothy Cairns (Bar No. 4228)  
919 North Market Street, 16th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899-8705  
(Courier 19801)  
Telephone: (302) 652-4100  
Facsimile: (302) 652-4400

- and -

KIRKLAND & ELLIS LLP  
David M. Bernick, P.C.  
Theodore L. Freedman  
Janet S. Baer  
Craig A. Bruens  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900

Co-Counsel for the Debtors and Debtors in Possession

K&E LEGAL:14184606.3