IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that the undersigned has changed mailing address. Hereafter, service upon Alan B. Rich, Esq., as Counsel to Hon. Alexander Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands, should be as follows:

Alan B. Rich
Attorney and Counselor
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75201

Respectfully Submitted,

/s/ Alan B. Rich

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75201
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 1st day of March, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____