**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/23/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE SIXTH MONTHLY INTERIM
PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

Name of Applicant: Alan B. Rich, Esq.

Authorized to Provide Services To: Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention: September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought: February 1, 2009 through February 28, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary: $32,614.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary: $2,420.56

This is a(n): ☒Monthly    ☐Interim    ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 3/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr.

Rich has practiced law for 24 years, and his billing rate is $575 per hour. In this Application

period Mr. Rich billed 70.9 hours[2], for a total amount billed of $40,767.50 of which 80% is

---

[1] At 80% of the total incurred.

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

-2-

currently sought, in the amount of $32,614.00.

As stated above, this is the Sixth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 55.9 | $32,142.50 |
| Travel | 22.0 | $6,325.00 |
| Fee Applications (Monthly & Quarterly) | 4.0 | $2,300.00 |
| TOTAL | 81.9 | $40,767.50 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $2,420.56 |
| TOTAL | $2,420.56 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of March, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## NOTE NEW MAILING ADDRESS!

## INVOICE FOR PROFESSIONAL SERVICES (February, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 2/1/2009 | Conference with client re PD CMO | 0.1 |
| 2/1/2009 | Email to debtors' counsel and PI FCR re PD CMO | 0.1 |
| 2/2/2009 | Review emails from D. Speights and the Debtor re PD CMO | 0.1 |
| 2/2/2009 | Emails to and from ZAI counsel re status of expense cap issue | 0.1 |
| 2/2/2009 | Review UCC repsonse to Debtors' document requests | 0.1 |
| 2/2/2009 | Review memo from ZAI counsel re debtors' counsel re PD Trust Agreement | 0.4 |
| 2/2/2009 | Review PREA agreements from ZAI counsel and from Debtors and email to counsel re same | 0.4 |
| 2/2/2009 | Review revised ZAI TDP with all changes | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 2/2/2009 | Prepare January billing and Fee Application | 1.5 |
| 2/2/2009 | Revisions to PD Trust Agreement and email to counsel re same | 1.5 |
| 2/3/3009 | Review, analysis of and revisions to latest drafts of Ancillary Plan Documents | 3.0 |
| 2/3/2009 | Teleconference with Ted Freedman and Richard Finke re status | 0.2 |
| 2/3/2009 | Conference with ZAI counsel re documents | 0.2 |
| 2/5/2009 | Conference with client re status | 0.2 |
| 2/5/2009 | Conference with Ted Freedman | 0.1 |
| 2/5/2009 | Review Libby discovery joinders | 0.1 |
| 2/6/2009 | Travel (non-productive) to and from Charleston SC for meeting with Trustee candidate and with ZAI counsel (10 hrs. @ 50%) | 5.0 |
| 2/6/2009 | Conference with Trustee candidate and ZAI counsel re PD issues | 3.0 |
| 2/6/2009 | Review filing pertaining to MacLean late-filed ZAI claim | 0.1 |
| 2/7/2009 | Prepare First Quarterly Fee Application and Notice of Filing | 2.5 |
| 2/9/2009 | Preparation for conference call with Debtors' counsel re PD CMO | 0.1 |
| 2/9/2009 | Review BNSF discovery | 0.2 |
| 2/10/2009 | Preparation for conference call with debtors' counsel re PD issues | 0.1 |
| 2/10/2009 | Review of current draft of Intercreditor Agreement and email to counsel for PI FCR re same | 1.0 |
| 2/10/2009 | Email to PI FCR counsel re Share Issuance Agreement | 0.1 |
| 2/10/2009 | Review and analysis of First Amended Disclosure Statement | 3.0 |
| 2/10/2009 | Preparation for conference call with debtors' counsel re PD CMO issues | 0.4 |
| 2/11/2009 | Review and analysis of First Amended Plan of Reorganization | 2.0 |
| 2/12/2009 | Conference call with Debtors' counsel re PD CMO | 1.1 |

| | | |
|---|---|---|
| 2/12/2009 | Draft discovery to plan proponents | 2.2 |
| 2/12/2009 | Emails to and from ZAI counsel re status | 0.1 |
| 2/12/2009 | Emails to Ted Freedman re various Plan Document issues | 1.0 |
| 2/13/2009 | Email from debtors' counsel re teleconference | 0.1 |
| 2/13/2009 | Continue drafting and finalize discovery to plan proponents | 2.0 |
| 2/13/2009 | Review Discovery received from Debtors | 0.2 |
| 2/13/2009 | Emails to PI FCR counsel and Ted Freedman re meeting | 0.1 |
| 2/13/2009 | Review February Omnibus agenda | 0.1 |
| 2/14/2009 | Review Motion of Anderson Memorial to revise CMO | 0.1 |
| 2/15/2009 | Emails to Ted Freedman re various Plan Document issues | 0.5 |
| 2/16/2009 | Telephone conference with Client | 0.1 |
| 2/16/2009 | Review revised PD CMO and prepare for conference with Debtor re PD CMO | 0.5 |
| 2/16/2009 | Teleconference with Ted Freedman, Richard Finke and Jim Restive re PD CMO | 0.5 |
| 2/17/2009 | Review PD POC forms from Debtor | 0.5 |
| 2/17/2009 | Edit Revised PD CMO | 0.5 |
| 2/17/2009 | Review and analysis of Voting Procedures Order and ballots | 1.5 |
| 2/17/2009 | Email from R. Wyron re meeting | 0.1 |
| 2/17/2009 | Review of blacklines of Ancillary Plan Documents | 0.5 |
| 2/17/2009 | Conference with client re hearing | 0.1 |
| 2/17/2009 | Review motion to shorten time re Anderson Memorial CMO motion | 0.1 |
| 2/17/2009 | Review emails from ZAI counsel re Solow issue | 0.1 |

| | | |
|---|---|---|
| 2/18/2009 | Telephone conferences with Dan Speights regarding CMO | 0.5 |
| 2/18/2009 | Email from J. Baer and J. O'Neill re notice issue | 0.1 |
| 2/18/2009 | Emails to and from D. Boll re Plan issues | 0.3 |
| 2/18/2009 | Emails to and from T. Freedman re CMO class action issue | 0.1 |
| 2/18/2009 | Review of Order regarding Anderson Memorial hearing | 0.1 |
| 2/18/2009 | Review and Revisions to Grace's Proposed<br>Confirmation Discovery Protective Order | 0.4 |
| 2/18/2009 | Review, Analysis and Revisions to of latest draft (2-18)<br>of PD CMO andv review and analysis of the related<br>Plan and Disclosure Statement Amendments | 1.0 |
| 2/19/2009 | Travel (non-productive) to New York for meetings with<br>Grace and with the PI FCR re outstanding issues  (5.4 hrs. @ 50%) | 2.7 |
| 2/19/2009 | Email to D. Boll re ZAI issue | 0.2 |
| 2/19/2009 | Meeting at office of Debtors' counsel regarding outstanding PD issues | 4.3 |
| 2/19/2009 | Preparation for 2-23 Omnibus hearing | 0.2 |
| 2/19/2009 | Letter to Plan Proponents re PDFCR discovery requests | 0.3 |
| 2/19/2009 | Further Revisions to CMO | 0.5 |
| 2/19/2009 | Memo to client re status | 0.2 |
| 2/19/2009 | Draft Plan language re PD Trust fund segregation | 0.5 |
| 2/20/2009 | Conference with counsel to the PI FCR re intercreditor issues | 2.8 |
| 2/20/2009 | Review Amended Omnibus agenda | 0.1 |
| 2/20/2009 | Review Grace Response to Anderson extension motion<br>and emails to and from Dan Speights re same | 0.2 |
| 2/20/2009 | Draft Disclosure Statement Objections | 1.5 |
| 2/20/2009 | Review Grace Discovery Responses to Owens Illinois | 0.2 |

| 2/20/2009 | Conference with client re status | 0.1 |
|---|---|---|
| 2/20/2009 | Travel (non-productive) to Dallas from NYC meetings  (6.6 hrs. @ 50%) | 3.3 |
| 2/20/2009 | Review of various objections to disclosure statement<br>(USA, Anderson Memorial, Unifirst) | 0.4 |
| 2/20/2009 | Review of Zurich and UniFirst responses<br>to phasing of confirmation hearings | 0.1 |
| 2/21/2009 | Review of Maryland Casualty Objection to disclosure statement | 0.1 |
| 2/21/2009 | Review of Amended Omnibus hearing agendas | 0.1 |
| 2/21/2009 | Review discover responses of Longacre, Federal Insurance,<br>Debtors (re BNSF), Allstate, Montana and the Libby Claimants | 1.0 |
| 2/21/2009 | Email to client re status | 0.3 |
| 2/23/2009 | Attend telephonic omnibus hearing | 0.8 |
| 2/24/2009 | Review Responses to Confirmation Discovery (Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Yoko Cannon's Amended First Interrogatories Propounded Upon Plan Proponents; Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Elmer Biladeau's Interrogatories Propounded Upon Asbestos PI Committee; Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Robert Barnes's Interrogatories Propounded Upon Asbestos PI Committee; and Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Gayla Benefield's Amended First Interrogatories Propounded Upon Plan Proponents; Debtors' Responses and Objections to Arrowood's Interrogatories and Document Requests in Connection with the Joint Plan of Reorganization; Debtors' Responses and Objections to Arrowood's Requests to  Admit in Connection with the Joint Plan of Reorganization; Debtors' Objections and Answers to Libby Claimants' Amended First Set of Interrogatories Propounded upon Plan Proponents; Response Of BNSF Railway Company To Debtors', Asbestos PI Future Claimants' Representative's And Official Committee Of Asbestos Personal Injury Claimants' First Set Of Interrogatories; Response Of BNSF Railway Company To Debtors', Asbestos PI Future Claimants' Representative's And Official Committee Of Asbestos Personal | |

|  |  |  |
|---|---|---|
|  | Injury Claimants' First Request for Production of Documents; and PI Future Claimants' Representative's Joinder in the Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Gayla Benefield's and Yoko Cannon's Amended First Interrogatories Propounded Upon Plan Proponents) | 1.7 |
| 2/24/2009 | Review Revisions to Plan documents received from Debtor on Feb.21 | 2.0 |
| 2/25/2009 | Review of Sealed Air comments to PD Agreements and email to debtors' counsel re same | 0.5 |
| 2/25/2009 | Review of Debtors' revision to ZAI DPA | 0.3 |
| 2/25/2009 | Email from PI FCR counsel re intercreditor agreement | 0.2 |
| 2/25/2009 | Prepare and file compensation application and notice on behalf of PD FCR | 1.0 |
| 2/25/2009 | Review Revised Plan documents received on 2/25/09 | 2.0 |
| 2/25/2009 | Emails to Ted Freedman and D. Boll re various Plan Document issues | 0.3 |
| 2/26/2009 | Emails to and from Ted Freedman and D. Turetsky re PD CMO issues | 0.2 |
| 2/26/2009 | Emails to and from D. Scott and E Westbrook re revision to PD Trust Agreement | 0.1 |
| 2/27/2009 | Review proposed revisions of Sealed Air and Fresenius to PD CMO and emails to and from counsel re same | 0.3 |
| 2/27/2009 | Review revisions to Protective Order for confirmation discovery | 0.1 |
| 2/27/2009 | Review letter from Debtors' counsel re discovery repository | 0.1 |
| 2/27/2009 | Review Exhibits to the Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Elmer Biladeau's Interrogatories Propounded Upon Asbestos PI Committee | 0.3 |
| 2/27/2009 | Email to Debtors' counsel re  PD historic claims information | 0.1 |
| 2/27/2009 | Telephone conference with debtors' counsel re ZAI and PD CMO issues | 0.1 |
| 2/27/2009 | Review revised blacklines of the PD CMO and the Plan | 1.0 |

| 2/27/2009 | Review debtors' new proposed revisions to ZAI DPA and emails to and from ZAI counsel re same | 0.2 |
| 2/27/2009 | Review filing by pro se regarding PD, ZAI | 0.1 |

Total: 70.9 hours @ $575.00/hour = $40,767.50

Expenses:   Travel Expenses (Detail on Exhibit 1)  $2,420.56

**Total Fees and Expenses Due**:        **$43,188.06**

EXPENSES FOR FEBRUARY, 2009                                                EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 2/6/2009 | RT Coach Airfare (Charleston, SC) for Meeting with Trustee Candidate | $354.70 |
| 2/6/2009 | RT Airport Transportation (DFW) | $148 |
| 2/19/2009 | RT Coach Airfare (NYC) for Meetings with Plan Proponents | $1,296.80 |
| 2/19/2009 | Hotel (Essex House) | $474.87 |
| 2/19/2009 | Train Fare | $15 |
| 2/19/2009 | Dinner | $31.86 |
| 2/20/2009 | Taxi Fares | $49.00 |
| 2/20/2009 | Lunch | $8.33 |
| 2/20/2009 | Airport Parking | $42.00 |
| | TOTAL EXPENSES | $2,420.56 |