IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MARCH 9, 2009 AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878)
OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY,
MARCH 5, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER
ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING
SCHEDULE* [DOCKET NO. 7709]**

## DISCLOSURE STATEMENT AND SOLICITATION

1.    Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

February 27, 2009 [Filed: 2/27/09] (Docket No. 20873)

Related Documents:

a.    [Signed] Second Amended Case Management Order Related to the First
      Amended Joint Plan of Reorganization [Filed: 1/29/09] (Docket No. 20622)

b.    First Amended Joint Plan of Reorganization Under Chapter 11 Plan of the
      Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of
      Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'
      Representative, and the Official Committee of Equity Security Holders Dated as
      of February 27, 2009 [Filed: 2/27/09] (Docket No. 20872)

c.    Exhibit Book to First Amended Joint Plan of Reorganization and Disclosure
      Statement [Filed: 2/27/09] (Docket No. 20874)

d.    Notice of (A) Filing of First Amended Disclosure Statement and Joint Plan of
      Reorganization (B) Final Disclosure Statement Hearing, and (C) Final Deadline
      for Filing Disclosure Statement Objections [Filed: 2/27/09] (Docket No. 20875)

e.    Certification of Counsel Regarding Blacklines of First Amended Plan of
      Reorganization, Disclosure Statement and Exhibit Book [Filed: 2/27/09] (Docket
      No. 20876)

f.    Certification of Counsel Regarding Disclosure Statement Objection Chart
      Summarizing and Addressing Objections to the Debtors' Disclosure Statement
      Dated as of February 3, 2009 [Filed: 2/27/09] (Docket No. 20871)

Response Deadline: February 20, 2009, at 4:00 p.m.

Responses Received/Objections:

a.    Objection of the PD FCR to the Disclosure Statement for the First Amended Joint
      Plan of Reorganization [Filed 2/20/09] (Docket 20783)

b.    Objection of the United States of America to Debtors' First Amended Disclosure
      Statement [Filed 2/20/09] (Docket 20786)

c.    Objection to Debtors' Disclosure Statement for the First Amended Joint Plan of
      Reorganization filed by Anderson Memorial Hospital [Filed 2/20/09] (Docket
      20788)

d.    Limited Objection of UniFirst Corporation to Debtors' Disclosure Statement for
      the First Amended Joint Plan of Reorganization [Filed 2/20/09] (Docket 20790)

e.    Objection (Protective) to the Debtors' Disclosure Statement for the First Amended
      Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R.
      Grace & Co., et al., the Official Committee of Asbestos Personal Injury
      Claimants, the Asbestos Future Claimants' Representative, and the Official
      Committee of Equity Security Holders Dated as of February 3, 2009 Filed by
      Maryland Casualty Company [Filed: 2/20/09] (Docket 20800)

Status:  The Objection filed by the PD FCR has been resolved.  See *Disclosure Statement
Objection Chart* at Related Document (f) above for the Plan Proponents' responses to the

Objections.  This matter will go forward.

2.       Notice of Filing of Amended Proposed Confirmation and Solicitation Procedures for First
         Amended Joint Plan of Reorganization [Filed: 2/27/09] (Docket No. 20864)

         Related Documents:

         a.       [Proposed] Order Approving Disclosure Statement, Solicitation and Confirmation
                  Procedures, Confirmation Schedule and Related Relief [Filed: 2/27/09] (Docket
                  No. 20864, Exhibit A)

         b.       Certification of Counsel Regarding Blacklines of Amended Proposed
                  Confirmation and Solicitation Procedures for First Amended Joint Plan of
                  Reorganization [Filed: 2/27/09] (Docket No. 20866)

         Response Deadline: February 20, 2009, at 4:00 p.m.

         Responses Received/Objections:  None.

         Status:  This matter will go forward.


Dated: March 2, 2009

                                        KIRKLAND & ELLIS LLP
                                        David M. Bernick P.C.
                                        Theodore L. Freedman
                                        Citigroup Center
                                        13 East 53rd Street
                                        New York, NY 10022-4611
                                        (212) 446-4800

                                        -and-

                                        PACHULSKI STANG ZIEHL & JONES LLP

                                        _____
                                        Laura Davis Jones (Bar No. 2436)
                                        James E. O'Neill (Bar No. 4042)
                                        Kathleen P. Makowski (Bar No. 3648)
                                        Timothy P. Cairns (Bar No. 4228)
                                        919 North Market Street, 17th Floor
                                        Wilmington, DE  19801
                                        Telephone:  (302) 652-4100
                                        Facsimile:   (302) 652-4400

                                        Co-Counsel for the Debtors and Debtors in Possession