IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware :
: ss
New Castle County :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

    1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

    2.    I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

    3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 2nd DAY OF MARCH 2009.

_____
Notary Public
MARY FRANCES FITZPATRICK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 15, 2012