**CERTIFICATE OF SERVICE**

      I, Debra L. Felder, do hereby certify that I am over the age of 18, and that on this 3rd day of March, 2009, I caused copies of the *Notice of Service of Responses and Objections of the Asbestos PI Future Claimants' Representative to Arrowood's Requests to Admit in Connection with the Joint Plan of Reorganization* to be served by first class mail, postage prepaid, on the parties listed on the attached Service List.

                                                      *Debra L. Felder*
                                                      Debra L. Felder
                                                      Orrick, Herrington & Sutcliffe LLP