**Exhibit A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

February 27, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 513671
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $2,832.00 |
| DISBURSEMENTS | 207.68 |
| MATTER TOTAL | $3,039.68 |

### 056772-00005/BANKR. MOTIONS

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 7.76 |
| MATTER TOTAL | $7.76 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $10,192.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $10,192.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $1,680.00 |
| DISBURSEMENTS | 7.65 |
| MATTER TOTAL | $1,687.65 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 513671 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2244616.2

**056772-00015/PLAN AND DISCLOSURE STATEMENT**

| | |
|---|---:|
| FEES. | $31,464.00 |
| DISBURSEMENTS | 442.00 |
| MATTER TOTAL | $31,906.00 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $3,329.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,329.50 |

**056772-00022/TAX ISSUES**

| | |
|---|---:|
| FEES | $7,748.50 |
| DISBURSEMENTS | 109.82 |
| MATTER TOTAL | $7,858.32 |
| CLIENT GRAND TOTAL | $58,020.91 |

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/06/09 | MAYER, THOMAS MOERS | Call with Robert Giavone of Morgan Stanley. | 0.10 | 93.00 |
| 01/06/09 | BLABEY, DAVID E | Review days' docket filings. | 0.20 | 112.00 |
| 01/06/09 | MANNAL, DOUGLAS | Tel/email with Ted Weschler and equity holders re PPI litigation (.7); review equity restriction term sheet (1.3); tel/email with B. Herzog re same (.5) | 2.50 | 1,675.00 |
| 01/08/09 | BLABEY, DAVID E | Review new filings (.2); exchange emails with D. Mannal and C. Bruens re revised confirmation schedule (.1); exh email with client re new confirmation schedule (.2). | 0.50 | 280.00 |
| 01/09/09 | BLABEY, DAVID E | Review days' case filings. | 0.10 | 56.00 |
| 01/14/09 | BLABEY, DAVID E | Email to P. Bentley and D. Mannal re substance of Grace hearing. | 0.60 | 336.00 |
| 01/21/09 | BLABEY, DAVID E | Summarize revised CMO and implications in email to client. | 0.50 | 280.00 |
| **TOTAL HOURS AND FEES** | | | **4.50** | **$2,832.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 207.68 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$207.68** |

**TOTAL FOR THIS MATTER**                                   **$3,039.68**

Kramer Levin Naftalis & Frankel LLP                                                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                    February 27, 2009
056772-00005                                                                                 Invoice No. 513671

## BANKR. MOTIONS

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 7.76 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$7.76** |
| **TOTAL FOR THIS MATTER** | **$7.76** |

KL4 2244616.2

Kramer Levin Naftalis & Frankel LLP                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                      February 27, 2009
056772-00007                                                           Invoice No. 513671

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/09 | MANNAL, DOUGLAS | Tel/email with equity holders re status of disclosure statement and draft CMO (.5) | 0.50 | 335.00 |
| 01/12/09 | MANNAL, DOUGLAS | O/c w/Blabey re Grace hearing (.1); attn to revised CMO and tax term sheet (.7) | 0.80 | 536.00 |
| 01/12/09 | BLABEY, DAVID E | Review matters scheduled for hearing on wednesday (.6) and email P. Bentley re same (.2); meet-and-confer re CMO revisions (.7) and email to P. Bentley and D. Mannal re same (.1). | 1.60 | 896.00 |
| 01/12/09 | BENTLEY, PHILIP | Discs D. Blabey and trade emails re hearing. | 0.20 | 152.00 |
| 01/14/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 01/16/09 | BENTLEY, PHILIP | Trade emails | 0.20 | 152.00 |
| 01/21/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 01/23/09 | MANNAL, DOUGLAS | O/c w/D Blabey re discovery responses (.3) and review plans to address same (1.2); o/c w/P Bentley re same (.2) | 1.70 | 1,139.00 |
| 01/23/09 | BENTLEY, PHILIP | Discs Doug Mannal and David Blabey (.2), and trade emails (.2), re discovery responses | 0.40 | 304.00 |
| 01/25/09 | MANNAL, DOUGLAS | Email with D. Blabey re discovery requests (.1); attn same (1) | 1.10 | 737.00 |
| 01/26/09 | MANNAL, DOUGLAS | Numerous tel/emails with equity holders re CMO and plan and DS (.7); attn to discovery requests (.3); review revised disclosure statement (.5) | 1.50 | 1,005.00 |
| 01/28/09 | MANNAL, DOUGLAS | Attn to amended plan and disclosure statement (2.9); o/c with D. Blabey re same (.4) | 3.30 | 2,211.00 |
| 01/29/09 | MANNAL, DOUGLAS | Attn to discovery responses (.7) | 0.70 | 469.00 |
| 01/29/09 | BENTLEY, PHILIP | Trade emails re confirmation and discovery issues | 0.30 | 228.00 |
| 01/30/09 | MANNAL, DOUGLAS | Attn to Amended Grace plan and DS (1.8) attn to discovery responses (.6) and discs D. Blabey re same (.4). | 2.80 | 1,876.00 |

**TOTAL HOURS AND FEES**                                       **15.30**   **$10,192.00**

**TOTAL FOR THIS MATTER**                                      **$10,192.00**

KL4 2244616.2

Kramer Levin Naftalis & Frankel LLP
Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

February 27, 2009
Invoice No. 513671

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/21/09 | BLABEY, DAVID E | Review bill in prep for fee application. | 0.10 | 56.00 |
| 01/23/09 | BLABEY, DAVID E | Review bill for Grace fee application. | 0.40 | 224.00 |
| 01/27/09 | BLABEY, DAVID E | Review bills for fee application. | 0.80 | 448.00 |
| 01/28/09 | BLABEY, DAVID E | Review bills (.5) and draft fee application (1.2). | 1.70 | 952.00 |

**TOTAL HOURS AND FEES**  **3.00**  **$1,680.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 7.65 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**  **$7.65**

**TOTAL FOR THIS MATTER**  **$1,687.65**

KL4 2244616.2

W.R. GRACE & CO. EQUITY COMMITTEE                 February 27, 2009
056772-00015                                       Invoice No. 513671

## PLAN AND DISCLOSURE STATEMENT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/07/09 | BLABEY, DAVID E | Review expert reports submitted by Libby Claimants and ACC (4.7) and draft memo to client re same (1). | 5.70 | 3,192.00 |
| 01/08/09 | BLABEY, DAVID E | Review and consider FIC discovery requests (.8) and research case law re same (1); review and consider Scotts discovery requests (.5) and research case law relevant to same (1); draft responses to Libby interrogatories (3.5) and research case law w/r/to same (1.2). | 8.00 | 4,480.00 |
| 01/09/09 | BLABEY, DAVID E | Review Owens-Illinois discovery requests (1.3) and draft responses to interrogatories (.5); draft responses to Libby interrogatories (2.1). | 3.90 | 2,184.00 |
| 01/14/09 | BLABEY, DAVID E | Review TDP to answer Libby interrogatories (1.3); draft responses to Libby interrogatories (3). | 4.30 | 2,408.00 |
| 01/15/09 | BLABEY, DAVID E | Edit responses to Libby rogs (.1); draft responses to Owen Illinois rogs and rfas (3.6). | 3.70 | 2,072.00 |
| 01/16/09 | BLABEY, DAVID E | Draft responses to Owens Illinois disc requests (.5) and FIC interrogatories (2.5) and review case law relevant thereto (.5). | 3.50 | 1,960.00 |
| 01/23/09 | SCHULMAN, BRENDAN M. | Conversation D. Blabey re electronic discovery and document request (0.2); | 0.20 | 130.00 |
| 01/23/09 | BLABEY, DAVID E | Discs P. Bentley (.2) and D. Mannal (.3) re document discovery; discs A. Running re doc disc (.1); discs B. Schulman re doc disc (.2). | 0.80 | 448.00 |
| 01/26/09 | SCHULMAN, BRENDAN M. | Telephone conversation D. Blabey re electronic discovery procedures and suggested strategies re document request (0.6); | 0.60 | 390.00 |
| 01/26/09 | BLABEY, DAVID E | Review revised drafts of Plan and Disc St (1.7); discs w/ B. Schulman (.6) re document requests. Summarize document requests received (1.5) and email to client re implications (.8). | 4.60 | 2,576.00 |
| 01/27/09 | BLABEY, DAVID E | Review revised disclosure statement (.9) and revised plan (.4). | 1.30 | 728.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/28/09 | BLABEY, DAVID E | Review revised disclosure statement (4.4) PD settlement trust agreement (.6) draft voting procedures (.5); discuss revisions to plan and disclosure statement with D. Mannal (.4); email to B. Herzog re trading restrictions term sheet (.1). | 6.00 | 3,360.00 |
| 01/28/09 | BLABEY, DAVID E | Review outstanding discovery requests (2.3) and email to A. Running (.1) and P. Bentley and D. Mannal (.1) re same. | 2.50 | 1,400.00 |
| 01/29/09 | SCHULMAN, BRENDAN M. | Discussion D. Blabey re background and discovery requests; | 0.30 | 195.00 |
| 01/29/09 | BLABEY, DAVID E | Draft summary of disc st and plan modifications for client (1.8); emails to P. Bentley and D. Mannal re document discovery (.3); emails to B. Schulman re document discovery (.1) and conversations re same (.2); email to A. Running re discovery (.1); formulate search paramets for document discovery (2.9). | 5.40 | 3,024.00 |
| 01/30/09 | SCHULMAN, BRENDAN M. | Review summary of document request topics (0.3); review proposed search protocols (0.2); confer D. Blabey (0.2); telephone call T. Weschler to confer on e-discovery and document request strategy (0.4); further discussions with D. Blabey (0.2); | 1.30 | 845.00 |
| 01/30/09 | BLABEY, DAVID E | Review share issuance agreement (.3); conversations with D. Mannal re document discovery (.4); conversations with B. Schulman re document discovery (.4; call with client re document discovery (.4); memo to P. Bentley and D. Mannal re document searches (.8); review Scotts Company document requests (1). | 3.30 | 1,848.00 |
| 01/31/09 | BLABEY, DAVID E | Review Scotts prelim objections to plan in conjunction with formulating responses to Scotts discovery requests (.2); review further revisions to Plan (.2). | 0.40 | 224.00 |

**TOTAL HOURS AND FEES**                                                                                          **55.80**   **$31,464.00**

KL4 2244616.2

Kramer Levin Naftalis & Frankel LLP                                    Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                      February 27, 2009
056772-00015                                                           Invoice No. 513671

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 71.40 |
| WESTLAW ON-LINE RESEARCH | 370.60 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$442.00** |
| **TOTAL FOR THIS MATTER** | **$31,906.00** |

Kramer Levin Naftalis & Frankel LLP

KL4 2244616.2

Kramer Levin Naftalis & Frankel LLP                                                                    Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                                          February 27, 2009
056772-00019                                                                                           Invoice No. 513671

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/07/09 | WIERMAN, LAUREN E | Corresponded with court call to schedule D Mannal for hearing. | 0.50 | 137.50 |
| 01/14/09 | BLABEY, DAVID E | Attendance at Grace hearing. | 4.80 | 2,688.00 |
| 01/26/09 | BLABEY, DAVID E | Attendance at hearing. | 0.90 | 504.00 |

**TOTAL HOURS AND FEES**                                                                        **6.20**    **$3,329.50**

**TOTAL FOR THIS MATTER**                                                        **$3,329.50**

KL4 2244616.2

## TAX ISSUES

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/07/09 | HERZOG, BARRY | Rev. trading restriction term sheet (1.2); discs. re: same w/D. Mannal and T. Wechsler (.5). | 1.70 | 1,275.00 |
| 01/07/09 | RIGEL, BLAKE | Off conf. BH; Review memos re trading restrictions (1); Tele conf. BH, TW, DM ).5). | 1.50 | 975.00 |
| 01/07/09 | MANNAL, DOUGLAS | Attn to tax/equity trading restriction agreement (.7); tel with TW re same (.5) | 1.20 | 804.00 |
| 01/07/09 | BLABEY, DAVID E | Call with D. Mannal, B. Herzog and client re proposed amendments to term sheet (.5). | 0.50 | 280.00 |
| 01/09/09 | HERZOG, BARRY | Call to disc. equity trading restriction term sheet (.5); rev. and mark revised draft of same (.8). | 1.30 | 975.00 |
| 01/09/09 | RIGEL, BLAKE | Tele conf. BH, TW, DM and WR Grace (.5); Review Kirkland comments re trading restrictions (1.4). | 1.90 | 1,235.00 |
| 01/09/09 | MANNAL, DOUGLAS | Prep for and attend tax call re restriction on equity transfer post-emergence with B. Herzog and counsel for Debtors; review revised term sheet re same (1.8); email to Ted Weschler re modifications (.2) | 2.00 | 1,340.00 |
| 01/09/09 | BLABEY, DAVID E | Call with D. Mannal, B. Herzog, and Debtor re revisions to term sheet (.5) | 0.50 | 280.00 |
| 01/27/09 | KOLEVZON, PETER S. | Review new draft of Sharing Agreement. | 0.40 | 334.00 |
| 01/30/09 | KOLEVZON, PETER S. | Review changes to Share Purchase Agreement. | 0.30 | 250.50 |
| **TOTAL HOURS AND FEES** | | | **11.30** | **$7,748.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 109.82 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$109.82** |
| **TOTAL FOR THIS MATTER** | **$7,858.32** |

KL4 2244616.2