**Exhibit B**

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00001                         .Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
---------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:    12/31/2008                TO:    12/31/2008
---------------------------------------------------------------------------------------------------------------------
                                        FEES                           COSTS
                                        ------                         -----------
          GROSS BILLABLE AMOUNT:                   0.00                        207.68
            AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:.
     DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:                                           12/31/2008
     CLOSE MATTER/FINAL BILLING?     YES   OR   NO
     EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


---------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                                     ----------------------------                        ----------------
                      FEES:                        0.00
             DISBURSEMENTS:                       207.68       UNIDENTIFIED RECEIPTS:         0.00
              FEE RETAINER:                        0.00           PAID FEE RETAINER:          0.00
             DISB RETAINER:                        0.00          PAID DISB RETAINER:          0.00
         TOTAL OUTSTANDING:                       207.68      TOTAL AVAILABLE FUNDS:          0.00
                                                                      TRUST BALANCE:
                                              BILLING HISTORY
                                              ----------------
          DATE OF LAST BILL:                   01/28/09      LAST PAYMENT DATE:       02/24/09
          LAST BILL NUMBER:                     511052  ACTUAL FEES BILLED TO DATE:   326,882.00
                                                        ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                          TOTAL FEES BILLED TO DATE:  326,882.00
         LAST BILL THRU DATE:                 12/31/08  FEES WRITTEN OFF TO DATE:      81,941.00
                                                          COSTS WRITTEN OFF TO DATE:   20,329.74
FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                     ---------------------------
          (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development   (8) Premium
          (3) Pre-arranged Discount  (6) Summer Associate         (9) Rounding          (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                         Oldest      Latest        Total
                                          Entry       Entry         Amount
----  ------------------------------      ------      ------        -----------
0972  DOCUMENT RETRIEVAL FEES             12/31/08    12/31/08         207.68

        Total                                                          207.68


U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee       Date        Amount      Index#   Batch No  Batch Date
------------------------------------      --------       ------      ------------ -------- --------- ----------

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                  PIZZARELLO, C  12/31/08       64.96     8573042  669470    01/09/09
    Document Retrieval Fees
    DOCUMENT RETRIEVAL F                  PIZZARELLO, C  12/31/08      142.72     8573043  669470    01/09/09
    Document Retrieval Fees


        Costs Total :                                                  207.68
```

alp_132r: Matter Detail

Run Date & Time: 02/27/2009 16:10:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       2699514
Bill Frequency: M

Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------------------|--------|------|-----------|-------------|----------|---------------|
| 0972 DOCUMENT RETRIEVAL FEES | 207.68 | | | | | |
| Costs Total : | 207.68 | | | | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR.  MOTIONS                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                          TO:
                 UNBILLED DISB FROM:    12/31/2008            TO:    12/31/2008
------------------------------------------------------------------------------------------------------------------------
                                          FEES                           COSTS
                                          ------                         -----------
       GROSS BILLABLE AMOUNT:                         0.00                              7.76
        AMOUNT WRITTEN DOWN:      _____              _____
                    PREMIUM:      _____              _____
          ON ACCOUNT BILLED:      _____              _____
 DEDUCTED FROM PAID RETAINER:     _____              _____
              AMOUNT BILLED:      _____              _____
                 THRU DATE:                                                  12/31/2008
 CLOSE MATTER/FINAL BILLING?     YES   OR   NO
 EXPECTED DATE OF COLLECTION:     _____

    BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:      _____       _____
```

```
------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                                 --------------------------                          --------------
                     FEES:                    0.00
             DISBURSEMENTS:                    7.76      UNIDENTIFIED RECEIPTS:          0.00
             FEE RETAINER:                     0.00          PAID FEE RETAINER:          0.00
             DISB RETAINER:                    0.00         PAID DISB RETAINER:          0.00
         TOTAL OUTSTANDING:                    7.76     TOTAL AVAILABLE FUNDS:           0.00
                                                                TRUST BALANCE:
                                                BILLING HISTORY
                                                ----------------
         DATE OF LAST BILL:          12/30/08          LAST PAYMENT DATE:       02/24/09
          LAST BILL NUMBER:          509451  ACTUAL FEES BILLED TO DATE:      159,604.50
                                             ON ACCOUNT FEES BILLED TO DATE:        0.00
                                             TOTAL FEES BILLED TO DATE:       159,604.50
      LAST BILL THRU DATE:           11/30/08  FEES WRITTEN OFF TO DATE:          444.00
                                             COSTS WRITTEN OFF TO DATE:          580.14
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 --------------------------
       (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development    (8) Premium
       (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    5
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR.  MOTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest        Total
                                           Entry       Entry         Amount
----  -----------------------------        ------      ------        -----------
0930  MESSENGER/COURIER                    12/31/08    12/31/08           7.76

          Total                                                           7.76


U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee        Date        Amount      Index#  Batch No  Batch Date
---------------------------------------    --------        ------      ------------ ------- --------- ----------

MESSENGER/COURIER 0930
     FEDERAL EXPRESS CORPORAT              MAKINDE, M A    12/31/08        7.76     8587233  675435    01/23/09
     Buchanan Ingersoll & Roonery P


          Costs Total :                                                    7.76
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                             PAGE    6
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00005                             Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : BANKR.  MOTIONS                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill       W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
---------------------- ------------------   ----------- ---------------  ----------------------------- ----------------

0930 MESSENGER/COURIER          7.76        _____ _____  _____ _____


        Costs Total :          7.76        _____ _____  _____ _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------------------
                UNBILLED TIME FROM:                              TO:
                UNBILLED DISB FROM:   01/28/2009                 TO:    01/28/2009
.................................................................................................................................
                                      FEES                              COSTS
                                      ------                            -----------
        GROSS BILLABLE AMOUNT:                   0.00                              7.65
         AMOUNT WRITTEN DOWN:        _____                 _____
                     PREMIUM:        _____                 _____
           ON ACCOUNT BILLED:        _____                 _____
  DEDUCTED FROM PAID RETAINER:       _____                 _____
               AMOUNT BILLED:        _____                 _____
                   THRU DATE:                                                   01/28/2009
  CLOSE MATTER/FINAL BILLING?    YES   OR   NO
  EXPECTED DATE OF COLLECTION:      _____

     BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:
```

```
---------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                    ---------------------------                     --------------------
                    FEES:                      0.00
            DISBURSEMENTS:                      7.65      UNIDENTIFIED RECEIPTS:        0.00
              FEE RETAINER:                     0.00          PAID FEE RETAINER:        0.00
             DISB RETAINER:                     0.00         PAID DISB RETAINER:        0.00
         TOTAL OUTSTANDING:                     7.65     TOTAL AVAILABLE FUNDS:         0.00
                                                               TRUST BALANCE:
                                             BILLING HISTORY
                                             ----------------
        DATE OF LAST BILL:          01/28/09      LAST PAYMENT DATE:      02/24/09
         LAST BILL NUMBER:          511052 ACTUAL FEES BILLED TO DATE:  185,734.00
                                            ON ACCOUNT FEES BILLED TO DATE:      0.00
                                            TOTAL FEES BILLED TO DATE:   185,734.00
     LAST BILL THRU DATE:          12/31/08  FEES WRITTEN OFF TO DATE:   18,740.50
                                            COSTS WRITTEN OFF TO DATE:      500.51
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 ----------------------------
         (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
         (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
         (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding                (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    8
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00008                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                      Oldest     Latest       Total
                                       Entry      Entry        Amount
----  -----------------------------    ------     ------      -----------
0930  MESSENGER/COURIER                01/28/09   01/28/09        7.65

          Total                                                  7.65


U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee        Date        Amount        Index#  Batch No  Batch Date
----------------------------------------  --------        ------      -----------   ------- --------- ----------

MESSENGER/COURIER 0930
     FEDERAL EXPRESS CORPORAT             MAKINDE, M A    01/28/09       7.65        8606767 685234    02/11/09
     Buchanan Ingersoll & Rooney


          Costs Total :                                             7.65
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description           Amount          Bill        W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward
----------------------  ----------------   -----------  --------------  ------------------------------ ----------------

0930 MESSENGER/COURIER             7.65    _____  _____  _____  _____


        Costs Total :              7.65    _____  _____  _____  _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   10
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00015                        Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                    Status     : ACTIVE

Special Billing Instructions:
```

---

PRE-BILLING SUMMARY REPORT

---

```
                 UNBILLED TIME FROM:                          TO:
                 UNBILLED DISB FROM:   01/08/2009             TO:    01/27/2009
```

---

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 442.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 01/27/2009 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | | |
| | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

---

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 442.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 442.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

---

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 01/28/09 | LAST PAYMENT DATE: | 02/24/09 |
| LAST BILL NUMBER: | 511052 | ACTUAL FEES BILLED TO DATE: | 112,893.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 112,893.50 |
| LAST BILL THRU DATE: | 12/31/08 | FEES WRITTEN OFF TO DATE: | 1,999.00 |
| | | COSTS WRITTEN OFF TO DATE: | 890.31 |

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

---

```
        (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   11
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00015                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                  Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                    Oldest     Latest       Total
                                     Entry      Entry        Amount
----  -----------------------------  ------     ------      -----------
0820  PHOTOCOPYING                   01/27/09   01/27/09          71.40
0840  MANUSCRIPT SERVICE             01/27/09   01/27/09           0.00
0917  WESTLAW ON-LINE RESEARCH       01/08/09   01/16/09         370.60

         Total                                                  442.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee          Date        Amount      Index#  Batch No  Batch Date
------------------------------------------------------   --------     ------     -----------  -------- --------- ----------

WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE               BLABEY, D E       01/08/09      248.55    8596438  680279   02/02/09
     WESTLAW ON-LINE RESE               BLABEY, D E       01/14/09      113.51    8596439  680279   02/02/09
     WESTLAW ON-LINE RESE               BLABEY, D E       01/16/09        8.54    8596440  680279   02/02/09
PHOTOCOPYING 0820
     PHOTOCOPYING                       TAYLOR, P         01/27/09       70.60    8591366  677888   01/29/09
     TAYLOR  PATRICIA
     PHOTOCOPYING                       TAYLOR, P         01/27/09        0.40    8591367  677888   01/29/09
     TAYLOR  PATRICIA
     PHOTOCOPYING                       TAYLOR, P         01/27/09        0.40    8591368  677888   01/29/09
     TAYLOR  PATRICIA
MANUSCRIPT SERVICE 0840
     MANUSCRIPT SERVICE                 TAYLOR, P         01/27/09        0.00    8593875  678915   02/02/09


         Costs Total :                                            442.00
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00015                                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:      2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description             Amount          Bill       W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
----------------------   --------------      --------   -------------   -------------------------  -----------------

0820 PHOTOCOPYING                71.40

0840 MANUSCRIPT SERVICE           0.00

0917 WESTLAW ON-LINE RESEARCH   370.60



            Costs Total :       442.00
```

alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00022                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TAX ISSUES                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
-------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                 TO:
              UNBILLED DISB FROM:     01/07/2009                  TO:     01/27/2009
-------------------------------------------------------------------------------------------------------------------------------
                                         FEES                             COSTS
                                         ------                           -----------
          GROSS BILLABLE AMOUNT:                    0.00                       109.82
          AMOUNT WRITTEN DOWN:
                    PREMIUM:
             ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                                01/27/2009
     CLOSE MATTER/FINAL BILLING?     YES   OR   NO
     EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                     ----------------------------                      ------------------
                   FEES:                         0.00
           DISBURSEMENTS:                       109.82          UNIDENTIFIED RECEIPTS:       0.00
           FEE RETAINER:                          0.00               PAID FEE RETAINER:      0.00
           DISB RETAINER:                         0.00               PAID DISB RETAINER:     0.00
        TOTAL OUTSTANDING:                      109.82          TOTAL AVAILABLE FUNDS:       0.00
                                                                        TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ------------------
           DATE OF LAST BILL:                    01/28/09        LAST PAYMENT DATE:     08/08/05
           LAST BILL NUMBER:                    511052 ACTUAL FEES BILLED TO DATE:    49,735.00
                                                    ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                       TOTAL FEES BILLED TO DATE:    49,735.00
       LAST BILL THRU DATE:                     12/31/08  FEES WRITTEN OFF TO DATE:        0.00
                                                          COSTS WRITTEN OFF TO DATE:      60.00
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         ----------------------------
           (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
           (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
           (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  14
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00022                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TAX ISSUES                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                        Oldest        Latest         Total
                                         Entry         Entry          Amount
----  ------------------------------     ------        ------         -----------
0940  CAB FARES                          01/07/09      01/27/09         109.82

      Total                                                             109.82

U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee       Date          Amount       Index#   Batch No   Batch Date
-----------------------------------------  --------      ------       -----------  -------  ---------  ----------

CAB FARES 0940
    JULIET RAMDIN, CASHIER                 RIGEL, B R    01/07/09        8.00       8585464  674666     01/22/09
    JULIET RAMDIN, CASHIER
    JULIET RAMDIN, CASHIER                 RIGEL, B R    01/08/09        9.00       8585463  674666     01/22/09
    JULIET RAMDIN, CASHIER
    EXECUTIVE CHARGE, INC.                 HERZOG, B     01/27/09       92.82       8588915  676486     01/27/09
    CAB FARES - VENDOR- EXECUTIVE CHARGE, INC.
    01/07/09


          Costs Total :                                                109.82

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   15
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47


Matter No: 056772-00022                                Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:     2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TAX ISSUES                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status     : ACTIVE

BILLING  INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description          Amount       Bill      W/o / W/u     Transfer  To   Clnt/Mtr    Carry Forward
----------------------  -----------  ---------  ------------  ------------------------------ ---------------

0940 CAB FARES              109.82


       Costs Total :       109.82
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   16
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00028                        Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
-----------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                            TO:
                 UNBILLED DISB FROM:   01/06/2009               TO:    01/06/2009
-----------------------------------------------------------------------------------------------------------------------------
                                          FEES                         COSTS
                                          ------                       -----------
        GROSS BILLABLE AMOUNT:                     0.00                          0.00
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:                                             01/06/2009
   CLOSE MATTER/FINAL BILLING?     YES   OR   NO
   EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                   ---------------------------                   ---------------
                        FEES:                      0.00
                DISBURSEMENTS:                     0.00     UNIDENTIFIED RECEIPTS:       0.00
                 FEE RETAINER:                     0.00        PAID FEE RETAINER:       0.00
                DISB RETAINER:                     0.00       PAID DISB RETAINER:       0.00
            TOTAL OUTSTANDING:                     0.00    TOTAL AVAILABLE FUNDS:       0.00
                                                                  TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ----------------
            DATE OF LAST BILL:        01/28/09        LAST PAYMENT DATE:       12/29/08
             LAST BILL NUMBER:           511052 ACTUAL FEES BILLED TO DATE:   132,615.50
                                                ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                   TOTAL FEES BILLED TO DATE:  132,615.50
          LAST BILL THRU DATE:        12/31/08    FEES WRITTEN OFF TO DATE:     26,306.18
FOR ACCTG USE ONLY:                                COSTS WRITTEN OFF TO DATE:       22.50
                                   Write Down/Up Reason Codes:
                                   ---------------------------
         (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
         (2) Late Time & Costs Posted (5) Business Development       (8) Premium
         (3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_332r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   17
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47

Matter No: 056772-00028                                   Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                          Oldest      Latest        Total
                                           Entry       Entry         Amount
----  ------------------------------       ------      ------      -----------
0840  MANUSCRIPT SERVICE                   01/06/09    01/06/09          0.00

       Total                                                            0.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee       Date        Amount      Index#  Batch No  Batch Date
-------------------------------------      --------       ------      -----------  ------- --------- ----------

MANUSCRIPT SERVICE 0840
   MANUSCRIPT SERVICE                      TAYLOR, P      01/06/09         0.00     8572283 668664   01/11/09


       Costs Total :                                                      0.00
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   18
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/27/2009 16:10:47


Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2699514
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status     : ACTIVE

BILLING  INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description            Amount        Bill      W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
-----------------------  --------------   ---------- --------------- ------------------------------ ----------------

0840 MANUSCRIPT SERVICE          0.00     _____ _____ _____ _____


        Costs Total :            0.00     _____ _____ _____ _____
```