**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 23, 2009 at 4:00 p.m.** |

**EIGHTY-SEVENTH MONTHLY APPLICATION OF
BUCHANAN INGERSOLL & ROONEY PC,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll & Rooney PC |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through January 31, 2009 |
| Amount of fees to be approved as actual, reasonable and necessary: | $22,382.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $51.90[1] |

This is a(n): ___ interim    ___ final application.    _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some expenses incurred prior to the Application were excluded from prior fee applications. Accordingly, these expenses are included for payment in this Application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |
| 2/27/04 5187 | 12/26/03 through 1/31/04 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 3/24/04 |
| 4/6/04 5403 | 2/1/04 through 2/29/04 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 4/28/04 |
| 4/25/04 5502 | 3/1/04 through 3/31/04 | $12,715.00/ $1,402.19 | $10,172.00/ $1,402.19 | 5616 5/19/04 |
| 5/28/04 5656 | 4/1/04 through 4/30/04 | $8,492.50/ $782.53 | $6,794.00/ $782.53 | 5844 6/21/04 |
| 6/28/04 5883 | 5/1/04 though 5/31/04 | $16,891.00/ $180.37 | $13,512.80/ $180.37 | 5996 7/20/04 |
| 7/29/04 6061 | 6/1/04 through 6/30/04 | $30,666.50/ $1,008.14 | $24,533.50/ $1,008.14 | 6223 8/20/04 |
| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |

| | | | | |
|---|---|---|---|---|
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40 $1,843.03 | 7600 1/20/05 |
| 1/28/05 7640 | 12/1/04 through 12/25/04 | $27,170.50 $457.47 | $21,736.40 $457.47 | 7852 2/22/05 |
| 3/3/05 7940 | 12/26/04 though 1/31/05 | $25,021.50 $1,466.97 | $20,017.20 $1,466.97 | 8127 3/28/05 |
| 4/1/05 8153 | 2/1/05 through 2/28/05 | $21,980.00 $240.36 | $17,584.00 $240.36 | 8291 4/27/05 |
| 5/6/05 8379 | 3/1/05 through 3/31/05 | $13,210.50 $138.07 | $10,568.40 $138.07 | 8528 5/31/05 |
| 5/31/05 8529 | 4/1/05 through 4/30/05 | $13,310.00 $450.86 | $10,648.00 $450.86 | 8668 6/22/05 |
| 6/28/05 8693 | 5/1/05 through 5/31/05 | $22,543.00 $113.87 | $18,034.40 $113.87 | 9032 7/20/05 |
| 7/28/05 9100 | 6/1/05 through 6/30/05 | $22,083.00 $349.11 | $17,666.40 $349.11 | 9226 8/22/05 |
| 8/29/05 9278 | 7/1/05 though 7/31/05 | $22,038.00 $701.59 | $17,630.40 $701.59 | 9485 9/22/05 |
| 9/29/05 9527 | 8/1/05 through 8/31/05 | $11,890.50 $134.58 | $9,512.40 $134.58 | 9923 10/21/05 |
| 10/31/05 10931 | 9/1/05 though 9/30/05 | $20,681.00 $115.56 | $16,544.80 $115.56 | 11163 11/28/05 |
| 11/29/05 11194 | 10/1/05 through 10/31/05 | $28,006.50 $73.99 | $22,405.20 $73.99 | 11406 12/22/05 |
| 12/29/05 11455 | 11/1/05 through 11/30/05 | $17,553.00 $186.38 | $14,042.40 $186.38 | 11600 1/20/06 |

| | | | | |
|---|---|---|---|---|
| 1/30/06 11648 | 12/1/05 through 12/25/05 | $17,414.00 $379.30 | $13,931.20 $379.30 | 11873 2/22/06 |
| 3/1/06 11915 | 12/26/05 through 1/31/06 | $30,980.50 $509.09 | $24,784.40 $509.09 | 12111 3/23/06 |
| 3/30/06 12170 | 2/1/06 through 2/28/06 | $28,430.50 $84.70 | $22,744.40 $84.70 | 12292 4/21/06 |
| 5/1/06 12343 | 3/1/06 through 3/31/06 | $24,901.00 $163.54 | $19,920.80 $163.54 | 12511 5/25/06 |
| 5/30/06 12540 | 4/1/06 through 4/30/06 | $10,137.50 $65.09 | $8,110.00 $65.09 | 12695 6/21/06 |
| 6/29/06 12729 | 5/1/06 through 5/31/06 | $12,474.50 $81.34 | $9,979.60 $81.34 | 12844 7/24/06 |
| 8/1/06 12892 | 6/1/06 through 6/30/06 | $15,638.00 $147.53 | $12,510.40 $147.53 | 13050 8/23/06 |
| 8/30/06 13104 | 7/1/06 through 7/31/06 | $17,633.00 $82.59 | $14,106.40 $82.59 | 13289 9/22/06 |
| 9/29/06 13325 | 8/1/06 through 8/31/06 | $23,103.50 $6,845.83 | $18,482.80 $6,845.83 | 13442 10/23/06 |
| 10/30/06 13514 | 9/1/06 through 9/30/06 | $27,703.50 $1,343.06 | $22,162.80 $1,343.06 | 13737 11/22/06 |
| 11/29/06 13821 | 10/1/06 through 10/31/06 | $24,632.50 $108.44 | $19,706.00 $108.44 | 14080 12/20/06 |
| 1/3/07 14208 | 11/1/06 through 11/30/06 | $44,508.00 $22.50 | $35,606.40 $22.50 | 14403 1/26/07 |
| 1/29/07 14413 | 12/1/06 through 12/31/06 | $39,617.50 $34.20 | $31,694.40 $34.20 | 14638 2/21/07 |
| 3/1/07 14712 | 1/1/07 through 1/31/07 | $48,255.50 $91.43 | $38,604.40 $91.43 | 14941 3/23/07 |
| 3/29/07 15018 | 2/1/07 through 2/28/07 | $39,667.50 $110.85 | 31,734.00 $110.85 | 15260 4/20/07 |
| 4/30/07 15431 | 3/1/07 through 3/31/07 | $46,393.00 $701.33 | $37,114.40 $701.33 | 15798 5/23/07 |

| | | | | |
|---|---|---|---|---|
| 5/29/07 15858 | 4/1/07 through 4/30/07 | $40,135.00 $242.35 | $32,108.00 $242.35 | 16119 6/21/07 |
| 6/29/07 16191 | 5/1/07 through 5/31/07 | $39,579.00 $75.00 | $31,663.20 $75.00 | 16355 7/23/07 |
| 7/30/07 16423 | 6/1/07 through 6/30/07 | $33,919.50 $62.60 | $27,135.60 $62.60 | 16615 8/23/07 |
| 8/29/07 16880 | 7/1/07 through 7/31/07 | $28,642.00 $115.80 | $22,913.60 $115.80 | 16881 9/20/07 |
| 10/3/07 16982 | 8/1/07 through 8/31/07 | $11,360.00 $47.62 | $9,088.00 $47.62 | 17155 10/25/07 |
| 10/29/07 17176 | 9/1/07 through 9/30/07 | $13,485.50 $377.93 | $10,788.40 $377.93 | 17420 11/21/07 |
| 11/29/07 17485 | 10/1/07 though 10/30/07 | $22,090.50 $66.90 | $17,672.40 $66.90 | 17679 12/21/07 |
| 1/2/08 17728 | 11/1/07 through 11/30/07 | $9,478.50 $241.85 | $7,582.80 $241.85 | 17887 1/25/08 |
| 1/29/08 17916 | 12/1/07 through 12/31/07 | $12,930.00 $4,153.50 | $10,344.00 4153.50 | 18072 2/20/08 |
| 2/29/08 18161 | 1/1/08 through 1/31/08 | $17,839.50 $209.95 | $14,271.60 $209.95 | 18371 3/24/08 |
| 3/31/08 18426 | 2/1/08 through 2/29/08 | $16,588.00 $80.25 | $13,270.40 $80.25 | 18597 4/23/08 |
| 4/29/08 18629 | 3/1/08 through 3/31/08 | $12,663.00 $35.85 | $10,130.40 $35.85 | 18761 5/21/08 |
| 5/29/08 18815 | 4/1/08 through 4/30/08 | $21,263.50 $68.70 | $17,010.80 $68.70 | 18978 6/23/08 |
| 6/30/08 19014 | 5/1/08 through 5/31/08 | $22,285.00 $34.80 | $17,828.00 $34.80 | 19141 7/23/08 |
| 7/30/08 19202 | 6/1/08 through 6/30/08 | $17,394.50 $15.60 | $13,915.60 $15.60 | 19358 8/21/08 |
| 8/29/08 19415 | 7/1/08 through 7/31/08 | $20,545.00 $851.23 | $16,436.00 $851.23 | 19593 9/23/08 |
| 9/29/08 19633 | 8/1/08 through 8/31/08 | $23,271.50 $120.80 | $18,617.20 $120.80 | 19835 10/22/08 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 10/29/08 19905 | 9/1/08 through 9/30/08 | $17280.50 $41.70 | $13,824.40 $41.70 | 20108 11/20/08 |
| 12/1/08 20159 | 10/1/08 through 10/31/08 | $25,270.00 $1,160.28 | $20,216.00 $1,160.28 | 20337 12/23/08 |
| 1/5/09 20410 | 11/1/08 through 11/30/08 | $14,431.50 $47.60 | $11,545.20 $47.60 | 20621 1/29/09 |
| 1/29/09 20620 | 12/1/08 through 12/31/09 | $24,529.50 $83.50 | $19,623.60 $83.50 | 20781 2/20/09 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---:|---:|---:|
| Teresa K.D. Currier | $555 | 34.2 | $18,981.00 |
| Melissa N. Flores | $190 | 17.9 | $3,401.00 |
| **TOTAL** | | **52.1** | **$22,382.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.1 | $1,165.50 |
| Case Administration | 19.8 | $7,631.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | .2 | $111.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | .9 | $499.50 |
| Fee Applications, Applicant | 5.8 | $1,102.00 |
| Fee Applications, Others | 4.5 | $1,548.50 |
| Hearings | 1.3 | $721.50 |
| Litigation and Litigation Consulting | 3.8 | $1,999.50 |
| Plan and Disclosure Statement | 13.7 | $7,603.50 |
| **TOTAL** | **52.1** | **$22,382.00** |

### SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $19.40 |
| Messenger/Delivery Service | $7.50 |
| Filing Fees | $25.00 |
| **TOTAL** | **$51.90** |

**BUCHANAN INGERSOLL & ROONEY**
**A Professional Corporation**


By:    __/s/ Teresa K.D. Currier_____
          Teresa K. D. Currier (No. 3080)
          1000 West Street, Suite 1410
          Wilmington, DE 19801
          (302) 552-4200

          Co-Counsel to the Official Committee of
          Equity Holders

Dated: March 3, 2009

#1014630-v1