# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000002
INVOICE : 10184262

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/02/09 | TC | Reviewed Objection to Motion to Approve Class Settlement and Certification of the U.S. ZAI Class Filed by United States of America | .30 |
| 01/16/09 | TC | Reviewed Debtors' Motion for Entry of an Order Approving the Third Amendment to the Sale of Debtors' Real Property in San Leandro, California to Alco Iron & Metal Co. Filed by W.R. Grace & Co., et al. | .50 |
| 01/16/09 | TC | Reviewed Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. For An Order Modifying The Automatic Stay | .70 |
| 01/30/09 | TC | Reviewed Debtors' Thirtieth Quarterly Report of Settlements from October 1, 2008 through December 31, 2008 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By Or Against the Debtors in a Judicial, Administrative, Arbitral Or Other Action Or Proceeding | .30 |
| 01/30/09 | TC | Reviewed Debtors' Thirtieth Quarterly Report of Asset Sales from October 1, 2008 through December 31, 2008 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000002
INVOICE : 10184262

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09    6548

RE:  ASSET DISPOSITION

### T I M E   S U M M A R Y
------------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 555.00 | 2.10  | 1165.50 |
|              | TOTALS |        | 2.10  | 1165.50 |

TOTAL FEES :                          1,165.50

TOTAL DUE  :                          1,165.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 19, 2009
MATTER : 0066609-000004
INVOICE : 10184263

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/09 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .80 |
| 01/05/09 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 01/05/09 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 01/06/09 | TC | Reviewed all incoming ecf filings and forwarded to team counsel and paralegals as appropriate | .80 |
| 01/06/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/07/09 | TC | Reviewed all incoming ecf filings and distributed to team counsel where appropriate | .60 |
| 01/07/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/08/09 | TC | Reviewed all ecf filings and distributed to counsel and paralegals | .60 |
| 01/08/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID: 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 19, 2009
MATTER :  0066609-000004
INVOICE : 10184263

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/09/09 TC | Reviewed all incoming ecf filings and distributed as applicable to team counsel and paralegals | | .60 |
| 01/09/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 01/12/09 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals. | | .60 |
| 01/12/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 01/13/09 TC | Reviewed all incoming ecf filings and distributed them as appropriate to team counsel and paralegals | | .60 |
| 01/13/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 01/14/09 TC | Reviewed and forwarded all appropriate ecf filings to team counsel and paralegals | | .60 |
| 01/14/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 01/15/09 TC | Reviewed all ecf filings and forwarded to team counsel and paralegals | | .50 |

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000004
INVOICE : 10184263

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/15/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/16/09 | TC | Reviewed all ecf filings and forwarded appropriate pleadings to counsel and paralegals | .60 |
| 01/16/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/20/09 | TC | Reviewed all ecf filings and forwarded appropriate pleadings to counsel and paralegals | .70 |
| 01/20/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/21/09 | TC | Reviewed all ecf filings and forwarded appropriate pleadings to counsel and paralegals | .70 |
| 01/21/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/22/09 | TC | Reviewed Debtors' Twenty-Fifth Supplemental) of Disinterestedness Filed by W.R. Grace & Co., et al | .20 |
| 01/22/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032  ::  INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000004
INVOICE : 10184263

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 01/23/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/26/09 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .90 |
| 01/26/09 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/27/09 TC | Reviewed Certification of Counsel RE Final Second Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization | .40 |
| 01/27/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/28/09 TC | All incoming ecf filings and distributed as appropriate to team counsel and paralegals | .80 |
| 01/29/09 MNF | Docketing litigation events in computerized dcketing system | .50 |
| 01/29/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .70 |

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚒ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 19, 2009
                                             MATTER :  0066609-000004
                                             INVOICE : 10184263

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

    RE:  CASE ADMINISTRATION


                    T I M E   S U M M A R Y
                    ------------------------

|                |        | RATE   | HOURS | TOTALS  |
|----------------|--------|--------|-------|---------|
| T. Currier     |        | 555.00 | 10.60 | 5883.00 |
| M. Flores      |        | 190.00 | 9.20  | 1748.00 |
|                | TOTALS |        | 19.80 | 7631.00 |

                    TOTAL FEES :                      7,631.00

                    TOTAL DUE  :                      7,631.00


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 19, 2009
                                            MATTER : 0066609-000005
                                            INVOICE : 10184264


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)



DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
----  ----   --------------------------------                    -----

01/12/09 TC   Reviewed Joint Response to Motion for Entry of       .20
              an Order Declaring as Void Filed by First
              Liberty Bank



                   T I M E   S U M M A R Y
                   -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

    T. Currier         555.00     .20          111.00
                TOTALS            .20          111.00


                TOTAL FEES :                         111.00


                TOTAL DUE  :                         111.00
```

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    FEBRUARY 19, 2009
MATTER :    0066609-000006
INVOICE :   10184265

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/07/09 | TC | Reviewed Order Granting the First and Final Application of Canadian ZAI Claimants for Allowance of Administrative Expenses Incurred in Making Substantial Contribution for the Period From June 22, 2006 Through August 31, 2008 | .10 |
| 01/16/09 | TC | Reviewed Order Denying Motion To Alter or Amend as Moot Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 | .20 |
| 01/16/09 | TC | Reviewed Order Denying Motion To Alter or Amend as Moot Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 | .20 |
| 01/28/09 | TC | Reviewed Order Dismissing Motion of Debtors for Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank, and Maricopa County Superior Court With Respect to Debtors' Property in Maricopa County | .20 |
| 01/28/09 | TC | Reviewed Certification of Counsel re: Objection to Claim Filed by the Massachusetts Department of Revenue; and the Amended Debtors' Twenty-Fifth Omnibus Objection to Claims | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID: 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000006
INVOICE : 10184265

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

```
                   T I M E   S U M M A R Y
                   -----------------------

                    RATE    HOURS        TOTALS
                    ----    -----        ------

T. Currier         555.00     .90        499.50
            TOTALS             .90        499.50


            TOTAL FEES :                         499.50


            TOTAL DUE  :                         499.50
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 19, 2009
                                            MATTER : 0066609-000011
                                            INVOICE : 10184266

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

    RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/05/09 | MNF | E-file and serve 85th monthly fee app of BIR(.8); Scan and send same to fee auditor (.2) | 1.00 |
| 01/13/09 | MNF | Review/make edits to BIR prebills for December 2008 | .50 |
| 01/14/09 | MNF | Review and finalize bills for Dec. 2008 and send same to Accting | .50 |
| 01/20/09 | MNF | Draft 86th monthly fee app of BIR for Dec 2008 | 1.00 |
| 01/21/09 | MNF | Continue work on 86th monthly fee app of BIR | 1.00 |
| 01/29/09 | MNF | E-file and serve 86th monthly fee app of BIR | 1.00 |
| 01/29/09 | MNF | Draft CNO re: 85th monthly fee app of BIR (.4); E-file and serve CNO(.4) | .80 |

                    T I M E   S U M M A R Y
                    ----------------------

|           |        | RATE   | HOURS | TOTALS  |
|-----------|--------|--------|-------|---------|
| M. Flores |        | 190.00 | 5.80  | 1102.00 |
|           | TOTALS |        | 5.80  | 1102.00 |

                    TOTAL FEES :                    1,102.00

                    TOTAL DUE  :                    1,102.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000012
INVOICE : 10184267

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/09 | TC | Reviewed kramer levin fee application; communications with kramer levin about fee app and preparation for filing it | .80 |
| 01/05/09 | TC | Arranged for filing of kramer levin fee app | .50 |
| 01/05/09 | MNF | E-file and serve 87th monthly fee app of Kramer Levin | .80 |
| 01/29/09 | TC | Reviewed kramer levin fee application and approved same for filing (0.4); reviewed kramer levin cno and docket to prepare for filing same (0.2) | .60 |
| 01/29/09 | MNF | E-file and serve 88t monthly fee app of Kramer Levin | 1.00 |
| 01/29/09 | MNF | Draft CNO re: 87th monthly fee app of Kramer Levin(.4)E-file and serve CNO (.4) | .80 |

```
                   T I M E   S U M M A R Y
                   -----------------------
```

|            |        | RATE   | HOURS | TOTALS  |
|------------|--------|--------|-------|---------|
| T. Currier |        | 555.00 | 1.90  | 1054.50 |
| M. Flores  |        | 190.00 | 2.60  | 494.00  |
|            | TOTALS |        | 4.50  | 1548.50 |

TOTAL FEES :                                    1,548.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 19, 2009
                                            MATTER :  0066609-000012
                                            INVOICE : 10184267


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

    RE:  FEE APPLICATIONS, OTHERS



               TOTAL DUE  :                       1,548.50
```

# Buchanan Ingersoll ∧ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   FEBRUARY 19, 2009
                                          MATTER : 0066609-000014
                                          INVOICE : 10184268


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

     RE:  HEARINGS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
  ----  ----   --------------------------------                     -----

01/07/09 TC    Reviewed Notice of Agenda of Matters Scheduled        .30
               for Hearing on January 13, 2009 and January 14,
               2009, at 9:00 A.M. Before The Honorable Judith
               K. Fitzgerald in Pittsburgh, Pennsylvania Filed
               by W.R. Grace & Co

01/12/09 TC    Reviewed Amended Notice of Agenda of Matters          .40
               Scheduled for Hearing on January 14, 2009 at
               9:00 a.m. Before the Honorable Judith K.
               Fitzgerald and Notice of Cancellation of
               Hearing on January 13, 2009 at 9:00 a.m.

01/16/09 TC    Reviewed Notice of Agenda of Matters Scheduled        .40
               for Hearing Before the Honorable Judith K.
               Fitzgerald Filed by W.R. Grace & Co., et al

01/21/09 TC    Reviewed Amended Notice of Agenda of Matters          .20
               Scheduled for Hearing Before the Honorable
               Judith K. Fitzgerald



               T I M E   S U M M A R Y
               -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

  T. Currier             555.00   1.30          721.50
                TOTALS            1.30          721.50


               TOTAL FEES :                         721.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   :   FEBRUARY 19, 2009
                                             MATTER :   0066609-000014
                                             INVOICE :  10184268


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

    RE:  HEARINGS

                    TOTAL DUE  :                        721.50

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 19, 2009
MATTER :   0066609-000015
INVOICE : 10184269

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/08/09 | TC | Obtained and forwarded owens corning discovery to david blabey | .20 |
| 01/08/09 | MNF | Review docket re: discovery for D. Blabey | .30 |
| 01/27/09 | TC | Reviewed Objections and Responses of the Official Committee of Unsecured Creditors to DebtorsÆ Phase I Requests for Production to Certain Objecting Parties | .20 |
| 01/27/09 | TC | Reviewed Objections and Responses of the Official Committee of Unsecured Creditors to ArrowoodÆs Requests to Admit in Connection With the Joint Plan of Reorganization | .50 |
| 01/27/09 | TC | Reviewed Debtors' Requests to Libby Claimants for the Production of Documents | .20 |
| 01/27/09 | TC | Reviewed stat of montana discovery | .50 |
| 01/27/09 | TC | Reviewed Debtors' Interrogatory and Request to Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for the Production of Documents | .40 |
| 01/27/09 | TC | Reviewed Debtors' Interrogatories and Request to the Official Committee of Unsecured Creditors and to Longacre Master Fund, LTD. for the Production of Documents | .40 |
| 01/28/09 | TC | Reviewed Order DENYING Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Their Second Interrogatories | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 19, 2009
                                            MATTER : 0066609-000015
                                            INVOICE : 10184269

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

    RE:  LITIGATION AND LITIGATION CONSULTING


01/30/09 TC    Reviewed all incoming ecf filings and            .50
               distributed as appropriate to counsel and
               paralegals

01/30/09 TC    Looked for mcc discovery requests at the         .40
               request of david blabey


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

    T. Currier          555.00     3.50         1942.50
    M. Flores           190.00      .30           57.00
                TOTALS             3.80         1999.50


                    TOTAL FEES :                      1,999.50


                    TOTAL DUE  :                      1,999.50


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ∧ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 19, 2009
                                            MATTER :  0066609-000016
                                            INVOICE : 10184270


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

     RE:  PLAN AND DISCLOSURE STATEMENT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/09 | TC | Reviewed Preliminary Bullet Point Objections to First Amended Joint Plan of Reorganization Filed by Travelers Casualty and Surety Company | .60 |
| 01/02/09 | TC | Reviewed First Set of Requests For Admissions to Debtors Filed by Travelers Casualty and Surety Company | .30 |
| 01/02/09 | TC | Reviewed Expert Report for Laura Welch including four exhibits | 1.20 |
| 01/02/09 | TC | Reviewed Notice of Service of Expert Witness Reports Filed by Official Committee of Asbestos Personal Injury Claimants | .20 |
| 01/02/09 | TC | Reviewed Expert Report for Dr. William Longo, and exhibits | .90 |
| 01/02/09 | TC | Reviewed Notice of Service of Discovery - Expert Reports Filed by Libby Claimants | .10 |
| 01/06/09 | TC | Reviewed Federal Insurance discovery served on plan proponents | .50 |
| 01/06/09 | TC | Reviewed Response of the Official Committee of Unsecured Creditors to the Plan Proponents' Designation of Confirmation Issues | .20 |
| 01/06/09 | TC | Reviewed scott companies' discovery Directed to the Debtors | .60 |
| 01/06/09 | TC | Reviewed Preliminary Objections of Allstate Insurance Company to the First Amended Plan of Reorganization | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000016
INVOICE : 10184270

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 01/06/09 TC | Reviewed Preliminary Objections of CNA Companies to the First Amended Joint Plan of Reorganization | | .60 |
| 01/06/09 TC | Reviewed Preliminary Objection to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders Filed by Maryland Casualty Company, Zurich American Insurance Company, and Zurich International | | .20 |
| 01/06/09 TC | Reviewed Joinder of Maryland Casualty Company in the Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to the Scotts Company LLC for the Production of Documents, and (ii) Joinder of Maryland Casualty Company in the Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to the Scotts Company LLC | | .10 |
| 01/07/09 TC | Reviewed Preliminary Objections To Confirmation Of The First Amended Plan Of Reorganization Filed by Allianz f/k/a Riunione Adriatica Di Sicurta, Fireman's Fund Insurance Company | | .50 |
| 01/07/09 TC | Reviewed AXA BELGIUM'S PRELIMINARY OBJECTIONS TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION Filed by AXA Belgium as Sucessor to Royale Belge SA | | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID: 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 19, 2009
MATTER :  0066609-000016
INVOICE : 10184270

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| Date | | Description | Hours |
|------|------|-------------|-------|
| 01/07/09 | TC | Reviewed all cna discovery delivered to equity committee as a plan proponent | .60 |
| 01/07/09 | TC | Reviewed all one beacon discovery delivered to equity committee as a plan proponent | .50 |
| 01/07/09 | TC | Reviewed Government Employees Insurance Co. and Columbia Insurance Company discovery on plan issues | .40 |
| 01/08/09 | TC | Reviewed One Beacon's Preliminary Objections to Confirmation of Amended Joint Plan of Reorganization | .20 |
| 01/08/09 | TC | Reviewed BNSF Railway Companys Objection To Plan Proponents Designation Of Confirmation Issues | .20 |
| 01/08/09 | TC | Reviewed Preliminary Objections to Confirmation of Amended Joint Plan of Reorganization of government employees insurance | .10 |
| 01/09/09 | TC | Reviewed PRELIMINARY OBJECTION AND RESERVATION OF RIGHTS OF CERTAIN LONDON MARKET INSURANCE COMPANIES TO THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION Filed by Certain London Market Insurance Companies | .20 |
| 01/12/09 | TC | Reviewed Royal's Preliminary Objections to Debtors' Joint Plan of Reorganization | .60 |
| 01/12/09 | TC | Reviewed Federal Insurance Company's Preliminary Objection to Confirmation of the First Amended Plan of Reorganization | .20 |

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 19, 2009
                                            MATTER :  0066609-000016
                                            INVOICE : 10184270


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09    6548

    RE:  PLAN AND DISCLOSURE STATEMENT


| | | |
|---|---|---:|
| 01/14/09 TC | Reviewed Response of the Official Committee of Asbestos Personal Injury Claimants to Libby Claimants' Motion to Compel Debtors to Respond to Document Requests | .20 |
| 01/14/09 TC | Reviewed Objection and Response of MMWR Firms to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request | .50 |
| 01/14/09 TC | Reviewed Opposition of Various Law Firms Representing Asbestos Personal Injury Claimants To Libby Claimants' Motion To Compel Asbestos PI Committee To Respond To Libby Claimants' Interrogatories | .70 |
| 01/14/09 TC | Reviewed Objection and Response of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, A Professional Law Corporation to Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories | .20 |
| 01/14/09 TC | Reviewed Opposition of The Official Committee of Asbestos Personal Injury Claimants to the Libby Claimants' Motion to Compel Answers to Interrogatories | .60 |
| 01/14/09 TC | Reviewed Response to Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document RequestsFiled by W.R. Grace & Co., et al. | .20 |
| 01/29/09 TC | Revewed Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization | .40 |
| 01/30/09 TC | Calendared and compulawed all new dates in amended case management order for plan process | 1.10 |

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   FEBRUARY 19, 2009
                                            MATTER :  0066609-000016
                                            INVOICE : 10184270


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

    RE:  PLAN AND DISCLOSURE STATEMENT



                    T I M E   S U M M A R Y
                    - - - - - - - - - - - - - - - - - - - -

                          RATE    HOURS          TOTALS
                          - - -   - - - - -      - - - - - -

T. Currier                555.00  13.70          7603.50
                   TOTALS         13.70          7603.50


               TOTAL FEES :                         7,603.50

               TOTAL DUE  :                         7,603.50
```

---

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   FEBRUARY 19, 2009
MATTER :   0066609-001000
INVOICE :  10184271

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/09   6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 12/02/08 Clerk, U.S. District Court - Pro Hac Vice of David Blakey | 25.00 |
| 12/23/08 Messenger/Delivery Service - Parcels #147724 | 7.50 |
| 01/06/09 Photocopies M. Flores | 1.90 |
| 01/07/09 Photocopies M. Flores | 2.50 |
| 01/29/09 Photocopies M. Flores | 15.00 |

TOTAL EXPENSE ADVANCES :          51.90

TOTAL DUE   :                     51.90

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA