01-1139

**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

Statement date: 2/23/2009
Amendment: 2nd
Case number: 01-01188 JJF
Refer to this number for inquiries

Total claim amount: $1,284.55

## Administrative Expense Tax Liability

Taxpayer ID#: B-38-2619739-3
B-34-1433351-9

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

This is a statement of tax liabilities for ASBESTOS MANAGEMENT, INC. and LITIGATION MANAGEMENT INC.  Additional penalty and interest will accrue if paid after 2/5/2009.

**Administrative Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2005 | L-027751206-4 | 0.00 | 594.91 | 291.09 | 886.00 | ACT |
| CORP | 12/31/2005 | L-031544793-1 | 0.00 | 198.33 | 0.00 | 198.33 | ACT |
| CORP | 12/31/2006 | L-031268836-1 | 0.00 | 198.23 | 1.99 | 200.22 | ACT |
|  |  |  |  |  | Total $ | 1,284.55 |  |

This claim amends and supercedes the previous claim dated 12/15/2008.
Current Annual Interest Rates by Tax Type: Corporation - 7%
Liability Type Descriptions: ACT - Actual Return Filed

[signature]

TC-987 (2/01)    09021718010700011