**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: March 23, 2009 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-SIXTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JANUARY 1, 2009 THROUGH JANUARY 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 – January 31, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $16,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $144.48 |

This is a   _x_ monthly        __ interim        ___ final application

---

[1] PJC has voluntarily reduced its Monthly Fee for the month of January 2009 to $20,000 from $50,000 in consultation with the FCR based on the amount of work performed and the nature of the services provided.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JANUARY 1-31, 2009

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 1.5 | NA |
| Case Administration Related | 5.1 | NA |
| Financial Analysis Related | 42.6 | NA |
| Hearings | 11.2 | NA |
| **TOTAL** | **60.4** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Out-of-Pocket Expenses *(January 1, 2009 – January 31, 2009):*

| | |
|---|---|
| Research | $   144.48 |
| **TOTAL Out-of-Pocket Expenses:** | **$   144.48** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: */S/ JASON SOLGANICK*
   Jason Solganick
   150 East 42nd St.
   New York, New York 10017
   (212) 284-9586
   Financial Advisor to David T. Austern
   Future Claimants' Representative

Dated: March 3, 2009

---

[2] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.