# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**January-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 1/2/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 1/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/5/2009 | 0.5 | Case Administration | Review court docket |
| Jason Solganick | 1/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/6/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/7/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/8/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/9/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 1/12/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 1/12/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/12/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 1/12/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/13/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 1/14/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/14/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/14/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/14/2009 | 5.0 | Hearing | Telephonic Court Hearing |
| Pei Huang | 1/14/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/14/2009 | 5.0 | Hearing | Telephonic Court Hearing |
| Jason Solganick | 1/15/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/16/2009 | 1.5 | Business Operations | Review of POR objections |
| Jason Solganick | 1/16/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 1/19/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/19/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/20/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/20/2009 | 0.1 | Hearing | Review of Hearing Agenda |
| Bryan Cloncs | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/21/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/22/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/22/2009 | 0.1 | Hearing | Review of Hearing Agenda |
| Bryan Cloncs | 1/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/23/2009 | 0.3 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**January-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 1/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/26/2009 | 1.0 | Hearing | Telephonic Court Hearing |
| Jason Solganick | 1/27/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/28/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 1/29/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 1/29/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/29/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 1/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/29/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/29/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/29/2009 | 4.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 1/29/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 1/30/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/30/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/30/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/30/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/30/2009 | 4.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |