# EXHIBIT B

**W.R. Grace**
**Detail of expenses (January 1, 2009 – January 31, 2009)**

Research
Jason Solganick                01/27/09            $ 144.48

                      **Total Research:**                            **$  144.48**

**TOTAL EXPENSES:**                                    $  144.48