**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                            )
In re:                                      )     Chapter 11
                                            )
W.R. GRACE & CO., et al.                    )     Case No. 01-1139 (JKF)
                                            )
        Debtors.                            )     Objection Deadline: March 23, 2009 at 4:00 p.m.
_____)     Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO FORTY-FOURTH MONTHLY APPLICATION OF**
**TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS**
**TO DAVID T. AUSTERN, ASBESTOS PI FUTURE**
**CLAIMANTS' REPRESENTATIVE FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | January 1, 2009 through January 31, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $405.00 |
| 80% of fees to be paid: | $324.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0.00 |
| Total Fees @ 80% and 100% Expenses: | $324.00 |

This is an:   __  interim    X   monthly    __  final application.

**COMPENSATION SUMMARY**
**January 2009**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate* (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $675 | 0.60 | $405.00 |
| **Total Blended Rate: $675.00** | | | **0.60** | **$405.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 0.60 | $405.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **January 2009 – Grand Total** | **$405.00** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: February 17, 2009

*Please note that the hourly billing rates have changed effective January 1, 2009.