# EXHIBIT A

| W.R. Grace (Bankruptcy) ||||||
| Towers Perrin Time Records ||||||
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| --- | --- | --- | --- | --- | --- |
| | | | | | **Jan-09** |
| Jenni Biggs | 1/12/2009 | 0.20 | $675 | $135.00 | Billing |
| Jenni Biggs | 1/12/2009 | 0.10 | $675 | $67.50 | Discussion with Orrick re: property damange |
| Jenni Biggs | 1/19/2009 | 0.30 | $675 | $202.50 | Billing |
| | | 0.60 | | $405.00 | |
| | | | | | |
| | | | | | |
| | | 0.60 | | $405.00 | |