# EXHIBIT A

**WR Grace**
**January 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Comm w/ OHS (RW) re call,PJC work | 1.0 |
| | Review docket | 0.7 |
| Mon 5 | Comm w/ OHS (RW) re DPA markup | 0.5 |
| | Review DPA revisions | 1.5 |
| | Review docket | 0.6 |
| Tue 6 | C/C w/OHS (all) re DPA counter | 1.7 |
| | Comm w/OHS (Dfe) re hearing agendas | 0.3 |
| | DPA review | 1.9 |
| | Docket review | 1.7 |
| Wed 7 | Comm w/OHS (RW) re DPA counter | 0.5 |
| | Comm w/OHS (Dfe) re objections | 1.3 |
| | Review POR cfm objs | 4.0 |
| | Review DPA revisions | 1.0 |
| | Review docket | 0.3 |
| | Comm w/OHS (Dfe) re objections | 0.5 |
| Thu 8 | Review revised DPA counter | 2.0 |
| | Comm w/ OHS (RW) re objections, insurance, FA call | 1.0 |
| | Comm w/Blackstone (PZ) re DPA terms | 0.6 |
| | Comm w/OHS (Dfe) re hearings | 0.4 |
| | Review docket | 0.5 |
| Fri 9 | Comm w/OHS (all) re financial terms proposed | 1.6 |
| | Review docket | 0.4 |
| Mon 12 | Review docket | 1.0 |
| | EBITDA evaluation | 2.0 |
| Tue 13 | Hearing | 5.3 |
| | Review docket | 0.6 |
| Wed 14 | Comm w/OHS (RW) re dates, finalized docs | 1.0 |
| | Prep fee app | 2.0 |
| Thu 15 | Review docket | 0.9 |
| | Review DPA revisions | 1.3 |
| | Comm w/OHS (RW) re DPA calls | 0.7 |
| Fri 16 | Comm wOHS (Dfe) re 1/26 agenda | 0.4 |
| | Review DPA revisions | 1.2 |
| | Comm w/OHS (ZF) re EBITDA defs | 1.0 |
| | C/C w/OHS (all) re DPA counter | 1.0 |
| | Review docket | 0.7 |
| Sat 17 | Comm w/OHS re PI dist DPA | 0.5 |
| Mon 19 | Review POR redline | 1.5 |
| | Financial analysis | 2.3 |
| | Review docket | 0.4 |
| Tue 20 | Review POR redline | 2.5 |
| | Review DPA revisions | 1.6 |
| | Review docket | 0.2 |
| Wed 21 | Comm w/OHS (RW) re DPA calls, K&E comments | 0.9 |
| | C/C w/OHS (all) re DPA counter | 1.3 |
| | Review DPA revisions | 1.5 |
| | Review docket | 1.0 |
| Thu 22 | Comm w/OHS (ZF) re proformas | 1.1 |
| | Comm w/OHS (RW) re proformas, defs, time periods | 0.8 |
| | Review San Leandro sale, produce memo | 1.1 |
| | Review Disc Stmt redline | 3.1 |
| Fri 23 | Comm w/OHS (all) on compl ctfs | 0.3 |
| | Review docket | 0.6 |
| | Financial analysis | 2.1 |
| Sun 25 | Review Disc Stmt redline | 2.0 |
| Mon 26 | Further review compliance ctfs | 1.0 |
| | Hearing | 1.5 |
| | Comm w/OHS (RW) re further EBITDA def chgs | 0.7 |
| | Review docket | 0.7 |
| Tue 27 | Comm w/OHS (RW) re addit DPA chgs | 0.8 |
| | Review DPA revisions | 1.3 |
| | Review docket | 1.0 |
| Wed 28 | Comm w/OHS (ZF) re PF value defs | 0.8 |
| | Review DPA revisions | 1.1 |
| | Review docket | 0.2 |
| Thu 29 | Comm w/OHS (ZF) re PF value defs, K&E chgs | 1.5 |
| | C/C w/OHS (all) re DPA counter | 1.0 |
| | Review DPA revisions | 1.5 |
| | Review docket | 0.4 |
| Fri 30 | Review DPA revisions | 0.6 |
| | Review docket | 0.4 |
| | Comm w/OHS (ZF) re new K&E def chgs | 1.0 |
| Sat 31 | Comm w/OHS (ZF) re timing issues | 0.2 |

TOTAL TIME (HRS)                83.2