# EXHIBIT B

**W.R. Grace**
**Detail of expenses (January 1, 2009 – January 31, 2009)**

Communication
| | |
|---|---|
| Telephone | $ 107.39 |
| Express Mail | $   17.44 |
| **Total Communication:** | **$   124.83** |

**TOTAL EXPENSES:**  **$ 124.83**