# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JANUARY 1, 2009 - JANUARY 31, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.8 | $      540.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.4 | 270.00 |
| 0013 | Business Operations | 2.4 | 1,812.00 |
| 0014 | Case Administration | 67.2 | 14,247.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.6 | 3,336.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 20.7 | 14,654.50 |
| 0018 | Fee Application, Applicant | 14.4 | 4,800.00 |
| 0019 | Creditor Inquiries | 4.7 | 3,822.50 |
| 0020 | Fee Application, Others | 1.2 | 810.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.6 | 405.00 |
| 0031 | Investigations | 0.3 | 237.00 |
| 0035 | Travel - Non Working | 8.0 | 6,320.00 |
| 0036 | Plan and Disclosure Statement | 73.5 | 52,642.00 |
| 0037 | Hearings | 18.2 | 13,788.50 |
| | | | |
| | Sub Total | **216.0** | **$  117,685.00** |
| | Less 50% Travel | **(4.0)** | **(3,160.00)** |
| | Total | **212.0** | **$  114,525.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | February 18, 2009 |
| INVOICE NO. | 466885 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2009, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/26/2009 | Attend to Anderson's brief on jurisdiction to 3d Circuit. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 675 | $ 540.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 540.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 540.00 |

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/26/2009 | Attend to Debtors' motion for approval of third amendment to Alco Iron & Metal purchase and sale agreement. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 675 | $ 270.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 270.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 270.00 |
|---|---|

# STROOCK

| RE | Business Operations<br>699843  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/14/2009 | Attend to Capstone's draft report re: Grace's 3rd quarter operating results (1.4); memorandum to J. Dolan re: same (.1). | Krieger, A. | 1.5 |
| 01/14/2009 | Review Capstone draft report re: Grace Third Quarter Operating Statement. | Kruger, L. | 0.6 |
| 01/15/2009 | T/c J. Dolan re: comments on report on third quarter results and confirmation status. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 675 | $ 1,215.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,812.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,812.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/05/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 01/05/2009 | Memorandum to EH re court call arrangements for 1/13 and 1/14 hearings. | Krieger, A. | 0.1 |
| 01/05/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings (2.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 3.2 |
| 01/06/2009 | Review and update case docket no. 01-1139 (.3); obtain and distribute recently filed pleadings in main case (1.4). | Mohamed, D. | 1.7 |
| 01/07/2009 | Attend to hearing transcripts and exchanged memorandum to DM re same (.3); memorandum to J. Baer requesting transcripts (.1). | Krieger, A. | 0.4 |
| 01/07/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings (1.2); prepare documents for attorney review (.8); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.9 |
| 01/08/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.9); review case file documents (1.6); retrieve documents for review (.4). | Mohamed, D. | 3.2 |
| 01/09/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 01/09/2009 | Review and update case docket no. 01-1139 (.3); retrieve and circulate recently filed pleadings in main case (.7); review adv. pro. | Mohamed, D. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2); obtain certain pleadings for attorney review (.5). | | |
| 01/12/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 01/12/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review case file documents (.4); review adv. pro. case no. (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.8 |
| 01/13/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); prepare various documents for review (.6). | Mohamed, D. | 1.6 |
| 01/14/2009 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.4); commence chart of Chapter II expenses for attorney review (3.5); review adv. pro. no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 4.7 |
| 01/15/2009 | Memorandum to M. Lastowski re: inquiry on hearing transcripts (.1); memorandum to J. O'Neill re: transcripts (.1); o/cs DM re: fee schedule (.3). | Krieger, A. | 0.5 |
| 01/15/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); preparation of schedule of Chapter II expenses for attorney review (5.6). | Mohamed, D. | 6.4 |
| 01/16/2009 | Reviewed Legal Docket to update status (1.5); t/c court call for AGK to attend hearing on 1/26 telephonically (.3). | Holzberg, E. | 1.8 |
| 01/16/2009 | Memorandum to EH re court call arrangements for 1/26/09 hearing. | Krieger, A. | 0.1 |
| 01/16/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.0); continue chart | Mohamed, D. | 4.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | preparation of Chapter II expenses for attorney review (2.1); retrieve pleadings for review (.6); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | | |
| 01/20/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 01/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.6); revise summary of Chapter II expenses chart (1.2). | Mohamed, D. | 2.1 |
| 01/21/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently filed pleadings in main case (1.2); prepare documents for attorney review (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 3.1 |
| 01/22/2009 | Attend to filing of Committee's responses/objections to Debtors and Arrowwood's separate discovery demands. | Krieger, A. | 0.2 |
| 01/22/2009 | Review and update case docket no. 01-1139 (.3); retrieve and circulate recently filed pleadings in main case (.9); prepare documents for review (.6); review case file documents (2.1). | Mohamed, D. | 3.9 |
| 01/23/2009 | Review Legal Docket to update status. | Holzberg, E. | 1.1 |
| 01/23/2009 | Memorandum to and t/c K. Chaudhery re: fee auditor's inquiry regarding time detail (.2); prepare response to Fee Auditor's initial report (30th Quarterly) (.7). | Krieger, A. | 0.9 |
| 01/23/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8); prepare certain documents for review (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.4 |
| 01/26/2009 | Prepare final form of response to Fee Auditor's report on 30th quarterly and memorandum to | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | LK, KP re: same (.2); memorandum to the Fee Auditor re SSL response to initial report on 30th interim (.2). | | |
| 01/26/2009 | Review and update case docket no. 01-1139 (.4); obtain recently filed pleadings and circulate to internal group (1.1); research and retrieve certain documents for attorney review (1.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 3.4 |
| 01/27/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 01/27/2009 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); prepare documents for attorney review (.5); review case file documents (.6). | Mohamed, D. | 2.2 |
| 01/28/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8); obtain certain documents for review (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.2 |
| 01/29/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings (.6); obtain client documents for review (.8). | Mohamed, D. | 1.8 |
| 01/30/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings (.9); review case file documents (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 9.1 | $ 275 | $ 2,502.50 |
| Krieger, Arlene G. | 2.6 | 675 | 1,755.00 |
| Mohamed, David | 55.5 | 180 | 9,990.00 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,247.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 14,247.50 |

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/06/2009 | O/c with KP and t/c with A. Rosenberg re issues re bank claim. | Kruger, L. | 0.2 |
| 01/08/2009 | O/c with KP and memo re back claims. | Kruger, L. | 0.3 |
| 01/08/2009 | Confer L. Kruger and prepare memo re bank claims issues. | Pasquale, K. | 0.3 |
| 01/09/2009 | Review plan related memo from AK (.2); o/c with AK, KP; t/c Rosenberg, Cobb re revised CMO (.7); review amended CMO (.2). | Kruger, L. | 1.1 |
| 01/09/2009 | Prep for and conference call with lenders' counsel re POR, revised CMO. | Pasquale, K. | 0.9 |
| 01/23/2009 | T/c Rosenberg re: statues and strategy. | Kruger, L. | 0.3 |
| 01/26/2009 | Review memo to Committee re Kaneb motion. | Kruger, L. | 0.2 |
| 01/29/2009 | Review memo to Committee re Kaneb motion. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 2.4 | $ 995 | $ 2,388.00 |
| Pasquale, Kenneth | 1.2 | 790 | 948.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,336.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,336.00 |
|-----------------------|------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|----------------------------------------------------------|
|    | 699843  0017                                             |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2009 | Exchanged memoranda with R. Frezza re impairment and plan interest (.6); preparation of memorandum to Committee member re plan issues (.7). | Krieger, A. | 1.3 |
| 01/04/2009 | Attend to memorandum for Committee member re plan issues. | Krieger, A. | 1.2 |
| 01/05/2009 | O/cs KP re memorandum to Committee member and prepared revised form thereof (.9); o/cs LK re memorandum for the Committee member and revised same (.4); memorandum to M. Lastowski re Committee's response to the Plan Proponents' designation (.2); memorandum to the Committee member re plan-related issues (.1). | Krieger, A. | 1.6 |
| 01/05/2009 | O/c with AK re memo to committee member. | Kruger, L. | 0.4 |
| 01/05/2009 | Review draft email to committee member re POR. | Pasquale, K. | 0.3 |
| 01/06/2009 | Conference call with L. Kruger, A. Rosenberg re bank claim issues. | Pasquale, K. | 0.2 |
| 01/08/2009 | Respond to KP memorandum re: interest issues (.4); exchanged memoranda with R. Frezza re: conference call to discuss the company's operations (.2); memorandum to LK, KP re: conference call to discuss Company's operations (.1). | Krieger, A. | 0.7 |
| 01/09/2009 | Attend to memoranda re: conference call to discuss proposed revised CMO (.1); attend to plan-related materials for LK (.4); office conference LK and KP and attend to conference call with LK, KP, A. Rosenberg, R. Cobb re: revised CMO (.5); attend to plan issues (.2); attend to schedule and office | Krieger, A. | 2.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference DM re: preparation thereof (1.4). | | |
| 01/13/2009 | O/c KP re interest issues (.1); prepared memorandum to the Committee re: revised confirmation schedule and bank lender group's objection thereto (.8); exchanged memoranda with R. Frezza re: conference call to discuss Company's operating performance (.4). | Krieger, A. | 1.3 |
| 01/14/2009 | Exchanged memoranda with R. Frezza re: conf call to discuss operations. | Krieger, A. | 0.2 |
| 01/14/2009 | Emails re: court hearing (.3) and review email to Committee re: confirmation date and agenda (.3). | Kruger, L. | 0.6 |
| 01/16/2009 | O/cs LK re Committee conference call (.2); o/c KP re same (.1); t/c and memorandum to C. Freedgood, Committee conference call (.1); memorandum to the Committee re Committee conference call (.3). | Krieger, A. | 0.7 |
| 01/19/2009 | Memorandum to Committee member re Committee conference call (.1); exchanged memoranda with R. Frezza re (.1). | Krieger, A. | 0.2 |
| 01/20/2009 | Attend to memorandum to the Committee re: 1/21/09 conference call. | Krieger, A. | 0.3 |
| 01/21/2009 | Preparation for and conf call with the Committee re confirmation-related matters. | Krieger, A. | 0.8 |
| 01/21/2009 | Review and committee call re: plan status. | Kruger, L. | 0.7 |
| 01/21/2009 | Preparation for and committee call re: plan status. | Pasquale, K. | 0.7 |
| 01/26/2009 | Attend to Kaneb motion for stay relief and Committee memorandum thereon. | Krieger, A. | 3.3 |
| 01/29/2009 | Attend to memorandum to the Committee re Kaneb motion for stay relief. | Krieger, A. | 2.6 |
| 01/30/2009 | Attend to memorandum for the Committee re Kaneb motion. | Krieger, A. | 1.0 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 17.8 | $ 675 | $ 12,015.00 |
| Kruger, Lewis | 1.7 | 995 | 1,691.50 |
| Pasquale, Kenneth | 1.2 | 790 | 948.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,654.50 | |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 14,654.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/09/2009 | Started to work on the 93rd Monthly Fee Application. | Holzberg, E. | 1.3 |
| 01/09/2009 | Office conference EH re: fee statements. | Krieger, A. | 0.1 |
| 01/12/2009 | Worked on 93rd Monthly Fee Application and gave to AGK to review edits. | Holzberg, E. | 1.8 |
| 01/13/2009 | Worked on 93rd Monthly Fee Application. | Holzberg, E. | 0.7 |
| 01/13/2009 | Attend to December 2008 fee statement. | Krieger, A. | 1.1 |
| 01/20/2009 | Worked on 93rd Monthly Fee Application for December, 2008; worked on disbursements. | Holzberg, E. | 1.6 |
| 01/22/2009 | Attend to December 2008 fee statement. | Krieger, A. | 0.5 |
| 01/23/2009 | Reviewed disbursements for bill (1.9); discussion with AGK re: same (.2); made revisions to bill (1.1). | Holzberg, E. | 3.2 |
| 01/27/2009 | Worked on 93rd Monthly Fee Application and disbursements. | Holzberg, E. | 1.8 |
| 01/30/2009 | Worked on 93rd Fee Application and disbursements. | Holzberg, E. | 1.9 |
| 01/30/2009 | O/c EH re December 2008 fee statement (.1); attend to information on expenses (.3). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 12.3 | $ 275 | $ 3,382.50 |
| Krieger, Arlene G. | 2.1 | 675 | 1,417.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,800.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,800.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| RE | Creditor Inquiries 699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/07/2009 | T/c creditor re plan status and issues. | Krieger, A. | 0.1 |
| 01/15/2009 | Telephone conferences creditors re: 1/14 court hearing. | Pasquale, K. | 0.4 |
| 01/20/2009 | T/c's Bank debt holders. | Kruger, L. | 0.4 |
| 01/21/2009 | T/c bank debt holder re: meeting with debtor. | Kruger, L. | 0.3 |
| 01/22/2009 | T/c creditor re: plan and bank lender litigation status. | Krieger, A. | 0.3 |
| 01/22/2009 | T/c bank debt holder re: status. | Kruger, L. | 0.2 |
| 01/27/2009 | Memorandum to creditor re: case update and status (1.2); memorandum to J. Baer re: creditor inquiry on claim (.2). | Krieger, A. | 1.4 |
| 01/27/2009 | T/c Bank debt holder re status. | Kruger, L. | 0.2 |
| 01/27/2009 | Telephone conference creditor re: POR status; PPI issues. | Pasquale, K. | 0.5 |
| 01/28/2009 | Attend to response to creditor inquiry. | Krieger, A. | 0.1 |
| 01/29/2009 | T/c bank debtholder re DS. | Kruger, L. | 0.2 |
| 01/29/2009 | Telephone conference trade creditor re POR issues. | Pasquale, K. | 0.3 |
| 01/30/2009 | T/c bank debt holders re DS. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.9 | $ 675 | $ 1,282.50 |
| Kruger, Lewis | 1.6 | 995 | 1,592.00 |
| Pasquale, Kenneth | 1.2 | 790 | 948.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,822.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,822.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/09/2009 | Attend to other professionals fee applications. | Krieger, A. | 0.2 |
| 01/16/2009 | Attend to fee applications of other professionals. | Krieger, A. | 0.3 |
| 01/21/2009 | Attend to fee applications of other professionals. | Krieger, A. | 0.3 |
| 01/23/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |
| 01/26/2009 | Attend to other professionals' fee application. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 675 | $ 810.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 810.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 810.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/23/2009 | Attend to 3rd Circuit decision on environmental issue for relevance to Debtors' cases. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 675 | $ 405.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 405.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 405.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 63.93 |
| Long Distance Telephone | 231.42 |
| O/S Information Services | 300.08 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 500.94 |
| Travel Expenses - Lodging | 300.65 |
| Travel Expenses - Meals | 74.88 |
| Westlaw | 970.54 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,458.44 |
|-----------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,458.44 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| RE | Investigations |
|---|---|
| | 699843  0031 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/23/2009 | Attention to status of Montana Daubert hearings. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.3 | $ 790 | $ 237.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 237.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 237.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/13/2009 | Travel to Pittsburgh for Jan. 14 court hearing. | Pasquale, K. | 4.0 |
| 01/14/2009 | Return travel from Pittsburgh court hearing. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 8.0 | $ 790 | $ 6,320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,320.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,320.00 |
|-----------------------|-----------|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|----|--------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/04/2009 | Attend to discovery request from Arrowood and exchange of e-mails thereon (.4); memorandum to KP re Committee response to plan proponents' designation of plan issues (.1); attend to Longo expert report (.3); attend to Travelers Casualty preliminary Objection to Plan (.3); attend to Libby Claimants' motion to compel PI Committee to respond to interrogatories and to compel Debtors to produce documents (.6). | Krieger, A. | 1.7 |
| 01/05/2009 | Attend to discovery-related pleadings, including Debtors' response to Libby claimants document production requests and preliminary plan objections filed, and limited objections filed to ZAI Class action motion. | Krieger, A. | 1.3 |
| 01/05/2009 | Attention to Arrowood's RFA and emails re same. | Pasquale, K. | 0.4 |
| 01/06/2009 | Attend to preliminary objections to confirmation (2.6); BNSF's response to Plan Proponents' designation (.1); o/c KP re conf call with Capstone to discuss financials (.1); t/c R. Frezza, J. Dolan re conference call (.4). | Krieger, A. | 3.2 |
| 01/06/2009 | Drafted response to Arrowood's RFA. | Pasquale, K. | 0.6 |
| 01/07/2009 | Attend to preliminary objections filed to Plan confirmation and discovery requests and responses. | Krieger, A. | 2.4 |
| 01/07/2009 | Review preliminary plan confirmation objections and discovery. | Kruger, L. | 0.7 |
| 01/08/2009 | Attend to preliminary confirmation objections and discovery requests and related matters (4.6); attend to J. Baer memorandum re: revised hearing schedule and status of | Krieger, A. | 5.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | completing disclosure statement and office conference KP re: same (.2); attend to proposed revised CMO and comments thereon and office conference with KP re: same (.3); office conference LK re: change in the confirmation schedule (.1); conference call with J. Baer re: comments to draft CMO (.1). | | |
| 01/08/2009 | O/c with AK re new confirmation dates (.1); review confirmation objections (.6). | Kruger, L. | 0.7 |
| 01/08/2009 | Attention to J. Baer email re confirmation schedule (.3); telephone conference J. Baer re same (.2). | Pasquale, K. | 0.5 |
| 01/09/2009 | Attend to discovery materials. | Krieger, A. | 1.3 |
| 01/09/2009 | Review debtors' further revised draft amended CMO (.3); review parties' preliminary confirmation objections (.6). | Pasquale, K. | 0.9 |
| 01/12/2009 | Conf call J. Baer, T. Freedman and representatives for numerous creditor parties re: revised CMO and changes in confirmation schedule (.8); memorandum to KP, LK re: conf call discussions (.3); attend to draft first request for production of documents by the Committee and comments thereon (.5). | Krieger, A. | 1.6 |
| 01/12/2009 | Review memo from AK re: revised CMO (.2); review document demands to debtor re: PPI Class 9 claims (.2). | Kruger, L. | 0.4 |
| 01/12/2009 | Drafted document demands to Debtors re: Class 9 PPI claims (.8); non-lender prep for and conference call with all parties re revised CMO draft (.8). | Pasquale, K. | 1.6 |
| 01/13/2009 | Attend to further revised draft of CMO and memorandum to KP re: same (.2); attend to bank lenders group's objection to revised CMO and exchanged memoranda with LK, KP re: same (.7). | Krieger, A. | 0.9 |
| 01/15/2009 | Cases from plan issues memo for A. Krieger. | Harris, D. | 0.2 |
| 01/15/2009 | Attend to plan issues and case law (2.4); attend to certain plan documents (4.3). | Krieger, A. | 6.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/15/2009 | Attend to T. Freedman memorandum re: term sheet for tax restrictions. | Krieger, A. | 0.1 |
| 01/15/2009 | Review T. Freedman email and attachment re trading restrictions. | Pasquale, K. | 0.3 |
| 01/16/2009 | Attend to Debtors' Term Sheet for Proposed Stock Trading Restriction (.5);  memorandum to MG re same (.3). | Krieger, A. | 0.8 |
| 01/16/2009 | Attend to new form of CMO from J. Baer and KP comments thereon (.9); attend to Court order re preliminary approval of ZAI class settlement (.1); memorandum to KP re CMO comments and o/c KP re same (.5); attend to T. Freedman memorandum re document request and J. Baer response (.3). | Krieger, A. | 1.8 |
| 01/16/2009 | Review debtors CMO re confirmation. | Kruger, L. | 0.4 |
| 01/16/2009 | Review and revised debtors' CMO re confirmation (.8); email J. Baer re same (.2); telephone conference W. Katchen re confirmation issues (.2); email T. Freedman re non-lender issues (.2) | Pasquale, K. | 1.4 |
| 01/20/2009 | Attend to KP and R. Cobb memoranda re Committee's discovery request (.1); attend to J. Baer memoranda re revised plan (.1); exchanged memoranda with DM re schedule of certain chapter 11 expenses (.1). | Krieger, A. | 0.3 |
| 01/20/2009 | Review POR and DS (.7); review e-mails re: debtor and Arrowood discovery of creditors committee (.2). | Kruger, L. | 0.9 |
| 01/20/2009 | Review debtors' further revised confirmation CMO (.2); revised responses to debtors' and Arrowood's discovery demands to Committee (.3); emails re: same (.2); review debtors' further revised plan and DS (1.5). | Pasquale, K. | 2.2 |
| 01/21/2009 | Attend to draft of Committee's response to Debtors' document request and related documents, and comments thereon (1.1); attend to revised proposed CMO and schedule (.2); exchanged memoranda with R. Frezza re: stock | Krieger, A. | 7.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | transfers restriction term sheet and conf call with Debtors to discuss (.2); attend to schedule from DM and prepared memorandum to LK, KP re: same (.8); attend to new plan draft dated 1/19/09 and new DS draft dated 1/20/09 (4.6); attend to COC and further revised CMO, submitted to the court (.2). | | |
| 01/21/2009 | Review e-mails re: revised CMO, POR, DS (.4); review revised POR and DS (1.1). | Kruger, L. | 1.5 |
| 01/21/2009 | Review emails and attachments from debtors re: revised CMO, POR, DS. | Pasquale, K. | 0.7 |
| 01/22/2009 | Complete review of new DS draft (1/20/09) (2.7); attend to new form of voting procedures and related materials (2.6); attend to memorandum of comments on the new form of Disclosure Statement, voting procedures (.9); attend to order re Libby motion to compel discovery (.1). | Krieger, A. | 6.3 |
| 01/22/2009 | Review new voting procedures (.6); review memo re: new voting procedures (.2); review revised POR and DS (.3). | Kruger, L. | 1.1 |
| 01/23/2009 | Memorandum re comments on voting procedures and related materials (1.0); preparation for and t/c Craig Bruens re: solicitation (.6); attend to plan related case law (2.9); attend to discovery (.7); o/c LK, KP re: emergence issues (.1). | Krieger, A. | 5.3 |
| 01/23/2009 | Review AK memo re: POR & DS (.2); o/c with AK, KP re: emergence issue (.1). | Kruger, L. | 0.3 |
| 01/23/2009 | Review memo re: comments on voting procedures. | Kruger, L. | 0.2 |
| 01/23/2009 | Review A. Krieger memo re: revised POR and DS. | Pasquale, K. | 0.3 |
| 01/25/2009 | Attend to the Libby Claimants' discovery to Debtors. | Krieger, A. | 0.5 |
| 01/26/2009 | Exchanged memorandum with J. Dolan re: stock transfer restrictions, stock incentive program (.2); attend to recently filed discovery (.9). | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/26/2009 | Review debtors' interrogatories to Committee. | Pasquale, K. | 0.3 |
| 01/27/2009 | Exchanged memoranda with J. Dolan re: conference call to discuss securities transfer restrictions (.1); memorandum to J. Green re: bank debt response to Debtors' Phase I discovery requests and review response (.2); attend to plan related material (.4); attend to discovery demand on Plan Proponents (.1); review proposed stock transfer restrictions (.3). | Krieger, A. | 1.1 |
| 01/27/2009 | Attend to CMO schedule. | Krieger, A. | 0.8 |
| 01/27/2009 | Review, revise and finalize document demand to debtors re: confirmation. | Pasquale, K. | 0.3 |
| 01/28/2009 | Conference call with Carole Fink, Todd Maynes, J. Dolan re: proposed trading restrictions to be put into the Charter (.9); follow-up telephone conference J. Dolan re: same and other plan matters (.3); telephone conference S. Baena, J. Sakalo and K.P. re: plan issues (.2); attend to amended stock trading restrictions (.1). | Krieger, A. | 1.5 |
| 01/29/2009 | Review ordered CMO. | Pasquale, K. | 0.2 |
| 01/30/2009 | Attend to Plan issues (3.1); attend to discovery demands (.3); o/c LK re to be filed disclosure statement and plan (.1); attend to 1/30/09 draft of Plan and memorandum re comments thereon (2.8). | Krieger, A. | 6.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 0.2 | $ 325 | $ 65.00 |
| Krieger, Arlene G. | 57.4 | 675 | 38,745.00 |
| Kruger, Lewis | 6.2 | 995 | 6,169.00 |
| Pasquale, Kenneth | 9.7 | 790 | 7,663.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 52,642.00 |
|-------------------------------------------|-------------|

# STROOCK

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 52,642.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2009 | Attend to agenda notice for 1/13 & 14 hearings and o/c LK and memo to KP re same. | Krieger, A. | 0.2 |
| 01/06/2009 | O/c with AK re agenda for court hearing 1/13 and 1/14. | Kruger, L. | 0.2 |
| 01/09/2009 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 01/13/2009 | Review pleadings, recent filings, to prepare for Jan. 14 hearing. | Pasquale, K. | 1.8 |
| 01/14/2009 | Attend (telephonically) hearing re: continued disclosure statement hearing, revised CMO, ZAI Claimants' motion for preliminary class cert, approval of settlement, Libby claimants' motions to compel (i) Debtors to respond to discovery, (ii) ACC to respond to discovery (5.2); memoranda to LK re: hearing (.7). | Krieger, A. | 5.9 |
| 01/14/2009 | Attend telephonic court hearing. | Kruger, L. | 1.2 |
| 01/14/2009 | Meet with J. Green (lender's counsel) to prepare for (.5); and participated in court hearing in Pittsburgh, PA (5.2). | Pasquale, K. | 5.7 |
| 01/16/2009 | Attend to agenda for 1/26/09 hearing. | Krieger, A. | 0.1 |
| 01/21/2009 | Attend to agenda for 1/26/09 hearing and J. Baer memorandum re: same (.1); exchanged memoranda with KP re: same (.1). | Krieger, A. | 0.2 |
| 01/26/2009 | Attend (telephonically) omnibus hearing re: CMO for confirmation, other (1.1); o/c LK re: hearing and Debtors' discovery of the Committee (.1); attend to further revised confirmation CMO, reflecting court rulings (.1). | Krieger, A. | 1.3 |
| 01/26/2009 | O/c with AK re results of court hearing. | Kruger, L. | 0.1 |
| 01/26/2009 | Prep for and participated by telephone in | Pasquale, K. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | omnibus hearing. |  |  |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| Krieger, Arlene G. | 7.8 | $ 675 | $ 5,265.00 |
| Kruger, Lewis | 1.5 | 995 | 1,492.50 |
| Pasquale, Kenneth | 8.9 | 790 | 7,031.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,788.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,788.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 117,685.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,458.44 |
| TOTAL BILL | $ 120,143.44 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1