# EXHIBIT B

NY 71981943v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2009 - JANUARY 31, 2009**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 14.0 | $995 | $ 13,930.00 |
| Pasquale, Kenneth | 30.5 | 790 | 24,095.00 |
| | | | |
| **Associates** | | | |
| Harris, Daniel J. | 0.2 | 325 | 65.00 |
| Krieger, Arlene G. | 94.4 | 675 | 63,720.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 21.4 | 275 | 5,885.00 |
| Mohamed, David | 55.5 | 180 | 9,990.00 |
| | | | |
| **Sub Total** | **216.0** | | **$ 117,685.00** |
| **Less 50% Travel** | **(4.0)** | | **(3,160.00)** |
| **Total** | **212.0** | | **$ 114,525.00** |