# EXHIBIT C

NY 71981943v1

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**JANUARY 1, 2009 - JANUARY 31, 2009**

| | |
|---|---:|
| Outside Messenger Service | $    63.93 |
| Long Distance Telephone | 231.42 |
| O/S Information Services | 300.08 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 500.94 |
| Travel Expenses - Lodging | 300.65 |
| Travel Expenses - Meals | 74.88 |
| Westlaw | 970.54 |
| | |
| **TOTAL** | **$ 2,458.44** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | February 18, 2009 |
|---|---|
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January 31, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 01/05/2009 | VENDOR: UPS; INVOICE#: 0000010X827019; DATE: 01/03/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195214709 on 12/30/2008 | 6.72 |
| 01/05/2009 | VENDOR: UPS; INVOICE#: 0000010X827019; DATE: 01/03/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198036290 on 12/30/2008 | 6.72 |
| 01/05/2009 | VENDOR: UPS; INVOICE#: 0000010X827019; DATE: 01/03/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198097715 on 12/30/2008 | 6.72 |
| 01/09/2009 | UPS date 11/15/08 L. Croston to Westin Convention Center A. Krieger Pittsburgh, PA on 11/12/08 | 16.74 |
| 01/09/2009 | UPS date 11/15/08 L. Croston to A. Krieger NY NY on 11/13/08 | 7.50 |
| 01/12/2009 | VENDOR: UPS; INVOICE#: 0000010X827029; DATE: 01/10/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198961325 on | 9.53 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71981943v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 12/30/2008 | |
| 01/12/2009 | VENDOR: UPS; INVOICE#: 0000010X827029; DATE: 01/10/2009; FROM BOBBI RUHLANDER  ESQ, REPUBLIC CENTER 325 N. ST. PAU, DALLAS, TX TO  WARREN H. SMITH AND ASSOCIA, 325 N ST PAUL ST, DALLAS, TX 75201 Tracking #:1Z10X8270198961325 on 01/01/2009 | 10.00 |

**Outside Messenger Service Total**                                    **63.93**

**Long Distance Telephone**

| 01/06/2009 | EXTN.795544, TEL.2015877123, S.T.12:44, DUR.00:00:44 | 0.56 |
|------------|------------------------------------------------------|------|
| 01/06/2009 | EXTN.795544, TEL.2015877123, S.T.14:41, DUR.00:10:08 | 6.12 |
| 01/06/2009 | EXTN.795430, TEL.4105314212, S.T.17:13, DUR.00:10:15 | 6.12 |
| 01/08/2009 | EXTN.795562, TEL.3128612162, S.T.18:44, DUR.00:04:10 | 2.78 |
| 01/13/2009 | EXTN.795562, TEL.9734678282, S.T.10:29, DUR.00:02:53 | 1.67 |
| 01/13/2009 | EXTN.795562, TEL.9734678282, S.T.10:32, DUR.00:01:17 | 1.11 |
| 01/14/2009 | EXTN.795430, TEL.9734242000, S.T.15:54, DUR.00:00:45 | 0.56 |
| 01/20/2009 | VENDOR: Chase Card Services; INVOICE#: 010209; DATE: 1/2/2009  -  visa charge 12/02/09 Court Call, LLC | 103.00 |
| 01/20/2009 | VENDOR: Chase Card Services; INVOICE#: 010209; DATE: 1/2/2009  -  visa charge 12/18/09 Court Call, LLC | 109.50 |

**Long Distance Telephone Total**                                    **231.42**

**O/S Information Services**

| 01/29/2009 | Pacer Search Service on 10/27/2008 | 0.16 |
|------------|-------------------------------------|------|
| 01/29/2009 | Pacer Search Service on 10/7/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 10/20/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 10/27/2008 | 0.08 |
| 01/29/2009 | Pacer Search Service on 11/7/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 12/1/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 12/17/2008 | 0.24 |
| 01/29/2009 | Pacer Search Service on 12/30/2008 | 0.16 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/29/2009 | Pacer Search Service on 10/1/2008 | 17.68 |
| 01/29/2009 | Pacer Search Service on 10/2/2008 | 1.76 |
| 01/29/2009 | Pacer Search Service on 10/3/2008 | 11.28 |
| 01/29/2009 | Pacer Search Service on 10/3/2008 | 0.56 |
| 01/29/2009 | Pacer Search Service on 11/3/2008 | 14.08 |
| 01/29/2009 | Pacer Search Service on 11/4/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 11/6/2008 | 2.48 |
| 01/29/2009 | Pacer Search Service on 11/7/2008 | 1.84 |
| 01/29/2009 | Pacer Search Service on 11/10/2008 | 2.72 |
| 01/29/2009 | Pacer Search Service on 11/10/2008 | 0.72 |
| 01/29/2009 | Pacer Search Service on 11/12/2008 | 71.12 |
| 01/29/2009 | Pacer Search Service on 11/12/2008 | 2.64 |
| 01/29/2009 | Pacer Search Service on 11/13/2008 | 4.08 |
| 01/29/2009 | Pacer Search Service on 11/14/2008 | 0.32 |
| 01/29/2009 | Pacer Search Service on 11/18/2008 | 1.44 |
| 01/29/2009 | Pacer Search Service on 11/18/2008 | 1.28 |
| 01/29/2009 | Pacer Search Service on 11/19/2008 | 2.96 |
| 01/29/2009 | Pacer Search Service on 11/21/2008 | 4.72 |
| 01/29/2009 | Pacer Search Service on 11/24/2008 | 16.56 |
| 01/29/2009 | Pacer Search Service on 11/25/2008 | 2.00 |
| 01/29/2009 | Pacer Search Service on 11/26/2008 | 1.12 |
| 01/29/2009 | Pacer Search Service on 12/1/2008 | 1.76 |
| 01/29/2009 | Pacer Search Service on 12/2/2008 | 5.12 |
| 01/29/2009 | Pacer Search Service on 12/4/2008 | 14.16 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/29/2009 | Pacer Search Service on 12/5/2008 | 19.36 |
| 01/29/2009 | Pacer Search Service on 12/8/2008 | 2.96 |
| 01/29/2009 | Pacer Search Service on 12/8/2008 | 0.24 |
| 01/29/2009 | Pacer Search Service on 12/9/2008 | 6.56 |
| 01/29/2009 | Pacer Search Service on 12/12/2008 | 6.24 |
| 01/29/2009 | Pacer Search Service on 12/12/2008 | 1.20 |
| 01/29/2009 | Pacer Search Service on 12/15/2008 | 2.08 |
| 01/29/2009 | Pacer Search Service on 12/15/2008 | 0.56 |
| 01/29/2009 | Pacer Search Service on 12/16/2008 | 5.44 |
| 01/29/2009 | Pacer Search Service on 12/16/2008 | 0.40 |
| 01/29/2009 | Pacer Search Service on 12/17/2008 | 7.12 |
| 01/29/2009 | Pacer Search Service on 12/19/2008 | 1.52 |
| 01/29/2009 | Pacer Search Service on 12/22/2008 | 39.92 |
| 01/29/2009 | Pacer Search Service on 12/23/2008 | 2.08 |
| 01/29/2009 | Pacer Search Service on 12/24/2008 | 2.72 |
| 01/29/2009 | Pacer Search Service on 12/29/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 12/29/2008 | 0.48 |
| 01/29/2009 | Pacer Search Service on 12/30/2008 | 8.48 |
| 01/29/2009 | Pacer Search Service on 12/31/2008 | 5.76 |
| 01/29/2009 | Pacer Search Service on 10/6/2008 | 0.32 |
| 01/29/2009 | Pacer Search Service on 10/7/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 10/14/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 10/20/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 10/27/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 11/7/2008 | 0.16 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/29/2009 | Pacer Search Service on 12/1/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 12/17/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 12/30/2008 | 0.16 |
| 01/29/2009 | Pacer Search Service on 10/20/2008 | 0.48 |
| 01/29/2009 | Pacer Search Service on 11/18/2008 | 0.88 |
| | **O/S Information Services Total** | **300.08** |

**Facsimile Charges**

| 01/20/2009 | Fax # 212-396-2120 | 16.00 |
|---|---|---|
| | **Facsimile Charges Total** | **16.00** |

**Travel Expenses - Transportation**

| 01/05/2009 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 12/04/2008 | 239.00 |
|---|---|---|
| 01/05/2009 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 12/04/2008 | 32.25 |
| 01/16/2009 | VENDOR: Lawyers Travel; INVOICE#: 111408; DATE: 11/14/2008 - after hrs svcs call Nov 2008 Arlene Krieger | 5.00 |
| 01/21/2009 | VENDOR(EE): KPASQUALE: 01/13/09 - 01/14/09; Court hearing in Pittsburgh, PA - Taxis to and from hotel, airport. | 117.00 |
| 01/21/2009 | VENDOR(EE): KPASQUALE: 01/13/09 - 01/14/09; DATE: 01-21-2009; Flight change fee for court hearing in Pittsburgh, PA 1/13-1/14 | 25.00 |
| 01/28/2009 | VENDOR: NYC Taxi; Invoice#: 853859; Invoice Date: 01/23/2009; Voucher #: 912472751; Kenneth Pasquale 01/13/2009 14:00 from 180 MAIDEN LA MANHATTAN NY to Newark Airport Newark NJ | 82.69 |
| | **Travel Expenses - Transportation Total** | **500.94** |

**Travel Expenses - Lodging**

| 01/21/2009 | VENDOR(EE): KPASQUALE: 01/13/09 - 01/14/09; Hotel expense for court hearing in Pittsburgh, PA., Western Hotel. | 300.65 |
|---|---|---|
| | **Travel Expenses - Lodging Total** | **300.65** |

**Travel Expenses - Meals**

| 01/21/2009 | VENDOR (EE): KPASQUALE: 01/13/09 - 01/14/09; Court hearing in | 74.88 |
|---|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Pittsburgh, PA | |
| | **Travel Expenses - Meals Total** | **74.88** |
| **Westlaw** | | |
| 01/15/2009 | Transactional Search by Harris, Daniel J. | 248.30 |
| 01/23/2009 | Transactional Search by Krieger, Arlene G. | 722.24 |
| | **Westlaw Total** | **970.54** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 63.93 |
| Long Distance Telephone | 231.42 |
| O/S Information Services | 300.08 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 500.94 |
| Travel Expenses - Lodging | 300.65 |
| Travel Expenses - Meals | 74.88 |
| Westlaw | 970.54 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,458.44 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71981943v1