IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket No. 20728** |
| | ) | **February 23, 2009 Agenda No. 8** |

**CERTIFICATE OF COUNSEL REGARDING ORDER
DISMISSING AS MOOT ANDERSON MEMORIAL HOSPITAL'S
MOTION FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY**

Counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby states as follows:

1.      On February 13, 2009, Anderson Memorial Hospital filed its *Motion of Anderson Memorial Hospital for an Enlargement of Time Under the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* (Docket No. 20728) (the "Motion").

2.      On February 20, 2009, the Debtors filed its *Debtors' Opposition to Anderson Memorial Hospital's Motion for Enlargement of Time to Serve Discovery* (Docket No. 20778) (the "Objection").

3.      A hearing on the Motion was scheduled for February 23, 2009.

4.      The parties reached an agreement with respect to the discovery deadline, extending Anderson Memorial Hospital's deadline to serve its written fact discovery regarding Asbestos Property Damage Issues to March 13, 2009, however, the parties have not been able to agree on a form of Order on the Motion.

5.     Attached hereto as Exhibit A is the Debtors' Proposed Order denying the Motion as moot and reflecting the discovery deadline extension.

6.     Counsel for Anderson Memorial Hospital requested that the language "unless modified by Court order or agreement" be added to the end of paragraph 2 of the Proposed Order.   Counsel for the Debtors feels this language is unnecessary and that the Debtors' Proposed Order accurately represents the Court's ruling with respect to the Motion.

7.     The Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience. Counsel is available, should the Court have any questions or concerns with respect to the foregoing.

Dated: February 4, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

2