IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 4th day of March 2009, I caused a

copy of the following document to be served on the individuals on the attached service list in the

manner indicated:

**CERTIFICATE OF COUNSEL REGARDING ORDER DISMISSING AS MOOT ANDERSON MEMORIAL HOSPITAL'S MOTION FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY.**

James E. O'Neill (Bar No. 4042)

**W. R. Grace – Updated Anderson**
**Memorial Overnight/Email Service List**
Case No. 01-1139 (JKF)
Document No. 145576
01 – Hand Delivery
03 – Overnight Delivery
07 – Via Email

*Hand Delivery & Email Delivery*
(Counsel to Anderson Memorial Hospital)
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE  19801
loizides@loizides.com

*Overnight Delivery & Email Delivery*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924
dspeights@speightsrunyan.com

*Overnight Delivery & Email Delivery*
(Counsel to Anderson Mem. Hosp.)
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
jk@kttlaw.com
cwt@kttlaw.com
dlr@kttlaw.com
clc@kttlaw.com

*Overnight Delivery & Email Delivery*
(Counsel to Anderson Mem. Hosp.)
Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street
Suite 200
Tampa, FL  33602
hriedel@srbp.com