
Bilzin Sumberg
ATTORNEYS AT LAW

February 11, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   152216

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 31, 2009

### CLIENT SUMMARY

**BALANCE AS OF- 01/31/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $0.00 | $14,015.32 | $14,015.32 |
| 03 - Creditors Committee - .15539 | $5,538.00 | $0.00 | $5,538.00 |
| 07 - Applicant's Fee Application - .15543 | $2,038.50 | $0.00 | $2,038.50 |
| 08 - Hearings - .15544 | $9,688.50 | $0.00 | $9,688.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,655.00 | $0.00 | $1,655.00 |
| 10 - Travel - .15546 | $2,522.00 | $0.00 | $2,522.00 |
| 18 - Plan & Disclosure Statement - .15554 | $101,157.50 | $0.00 | $101,157.50 |
| 38 - ZAI Science Trial - .17905 | $571.50 | $0.00 | $571.50 |
| ***Client Total*** | ***$123,171.00*** | ***$14,015.32*** | ***$137,186.32*** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Rojas, Susana | 1.10 | $190.00 | $209.00 |
| Slanker, Jeffrey | 6.10 | $190.00 | $1,159.00 |
| Flores, Luisa M | 4.50 | $205.00 | $922.50 |
| Polit, Wendy | 4.00 | $225.00 | $900.00 |
| Sakalo, Jay M | 10.40 | $242.50 | $2,522.00 |
| Gilbert, Eric | 3.00 | $270.00 | $810.00 |
| Snyder, Jeffrey I | 1.40 | $295.00 | $413.00 |
| Botros, Paul M | 2.80 | $310.00 | $868.00 |
| Schubauer, David | 62.40 | $350.00 | $21,840.00 |
| Mendoza, Andres G | 20.80 | $350.00 | $7,280.00 |
| Kramer, Matthew I | 0.20 | $380.00 | $76.00 |
| Kramer, Matthew I | 32.90 | $410.00 | $13,489.00 |
| Haligman, Ronald S | 33.30 | $420.00 | $13,986.00 |
| Sakalo, Jay M | 55.90 | $485.00 | $27,111.50 |
| Siegel, Robert M | 4.90 | $550.00 | $2,695.00 |
| Baena, Scott L | 42.80 | $675.00 | $28,890.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | *$123,171.00* | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Telecopies | $17.00 |
| Long Distance Telephone | $205.71 |
| Long Distance Telephone-Outside Services | $1,366.13 |
| Meals | $168.02 |
| Miscellaneous Costs | $11,350.00 |
| Pacer - Online Services | $266.16 |
| Copies | $642.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$14,015.32* |
| **TOTAL BALANCE DUE THIS PERIOD** | **$137,186.32** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

**PROFESSIONAL SERVICES**                                                                                  **$0.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 11/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 25.00 |
| 12/02/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 155.00 |
| 12/03/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 31.50 |
| 12/03/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 148.50 |
| 12/03/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 155.00 |
| 12/04/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 57.50 |
| 12/05/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01981401; DATE: 12/31/2008  - Account# 306300 | 11.31 |
| 12/09/08 | Long Distance Telephone-Outside Services Corporate Business Center - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 12/11/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 31.50 |
| 12/12/08 | Meals VENDOR: SCOTT L. BAENA; INVOICE#: ALB-12/12/08; DATE: 12/12/2008  -  Client - 15537 | 168.02 |
| 12/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 64.00 |
| 12/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 77.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 12/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 90.00 |
|---|---|---|
| 12/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 109.50 |
| 12/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 109.50 |
| 12/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 109.50 |
| 12/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 190.00 |
| 12/19/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | -80.50 |
| 12/22/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01981401; DATE: 12/31/2008  - Account# 306300 | 7.32 |
| 12/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 11/26/08-12/26/08; DATE: 12/26/2008  -  Acct. #5306-2200-2539-5504 | 44.50 |
| 12/31/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/08-12/31/08; DATE: 12/31/2008  -  Account# RB0120 | 19.36 |
| 12/31/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/08-12/31/08; DATE: 12/31/2008  -  Account# RB0120 | 246.80 |
| 01/07/09 | Long Distance Telephone 1(843)987-0794; 2 Mins. | 2.78 |
| 01/07/09 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.39 |
| 01/07/09 | Long Distance Telephone 1(843)727-6500; 1 Mins. | 1.39 |
| 01/07/09 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.39 |
| 01/09/09 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.39 |
| 01/09/09 | Long Distance Telephone 1(803)943-4444; 20 Mins. | 29.19 |
| 01/12/09 | Long Distance Telephone 1(412)644-3541; 4 Mins. | 5.56 |
| 01/13/09 | Long Distance Telephone 1(412)227-4500; 4 Mins. | 5.56 |
| 01/13/09 | Long Distance Telephone 1(412)227-4500; 4 Mins. | 5.56 |
| 01/13/09 | Long Distance Telephone 1(412)227-4500; 4 Mins. | 5.56 |
| 01/13/09 | Telecopies   7.00 pgs @ $1.00/pg | 7.00 |
| 01/13/09 | Telecopies   10.00 pgs @ $1.00/pg | 10.00 |
| 01/13/09 | Long Distance Telephone 1(412)281-3700; 1 Mins. | 1.39 |
| 01/14/09 | Long Distance Telephone 1(202)339-8567; 10 Mins. | 15.29 |



| | | |
|---|---|---|
| 01/20/09 | Long Distance Telephone 1(512)476-4394; 5 Mins. | 6.95 |
| 01/22/09 | Long Distance Telephone 1(843)524-1242; 5 Mins. | 8.34 |
| 01/22/09 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 1.39 |
| 01/23/09 | Long Distance Telephone 1(202)339-8514; 1 Mins. | 1.39 |
| 01/23/09 | Long Distance Telephone 1(212)989-4645; 2 Mins. | 4.17 |
| 01/26/09 | Long Distance Telephone 1(512)476-4394; 56 Mins. | 79.22 |
| 01/28/09 | Long Distance Telephone 1(212)813-1735; 1 Mins. | 1.39 |
| 01/28/09 | Long Distance Telephone 1(212)806-5562; 1 Mins. | 1.39 |
| 01/29/09 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 2.78 |
| 01/29/09 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.39 |
| 01/29/09 | Long Distance Telephone 1(214)532-4437; 7 Mins. | 11.12 |
| 01/29/09 | Long Distance Telephone 1(214)532-4437; 6 Mins. | 8.34 |
| 01/29/09 | Long Distance Telephone 1(310)342-0888; 1 Mins. | 1.39 |
| 01/31/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for January 2009 $ 11,350.00 | 11,350.00 |
| 01/05/09 | Copies 84 pgs @ 0.10/pg | 8.40 |
| 01/08/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/12/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/12/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/12/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/12/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/12/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/12/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/12/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/12/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/12/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/12/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/12/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/12/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/12/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/12/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/12/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 01/12/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/12/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/12/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/13/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/13/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/13/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/13/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/13/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/13/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/13/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/13/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/13/09 | Copies 11 pgs @ 0.10/pg | 1.10 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 01/13/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 01/13/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/13/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/13/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/13/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/13/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/13/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/13/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/13/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/13/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/13/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/13/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/13/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/13/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/14/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/14/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/14/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/14/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/14/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/14/09 | Copies 159 pgs @ 0.10/pg | 15.90 |
| 01/14/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 01/15/09 | Copies 159 pgs @ 0.10/pg | 15.90 |
| 01/15/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 01/15/09 | Copies 169 pgs @ 0.10/pg | 16.90 |
| 01/15/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 01/15/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 01/15/09 | Copies 135 pgs @ 0.10/pg | 13.50 |
| 01/15/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/15/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/15/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/15/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/15/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/15/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/16/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/16/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/16/09 | Copies 169 pgs @ 0.10/pg | 16.90 |
| 01/16/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 01/16/09 | Copies 144 pgs @ 0.10/pg | 14.40 |
| 01/16/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/16/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/16/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/16/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/16/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/16/09 | Copies 5 pgs @ 0.10/pg | 0.50 |

| | | |
|---|---|---|
| 01/16/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 01/16/09 | Copies 111 pgs @ 0.10/pg | 11.10 |
| 01/16/09 | Copies 96 pgs @ 0.10/pg | 9.60 |
| 01/16/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/20/09 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 01/20/09 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 01/20/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/20/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/20/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/20/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 01/20/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/20/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/23/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/23/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 01/23/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/23/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/23/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 01/23/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/23/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/23/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/23/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 01/23/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/23/09 | Copies 175 pgs @ 0.10/pg | 17.50 |
| 01/23/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/23/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 01/23/09 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 01/23/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 01/23/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/23/09 | Copies 215 pgs @ 0.10/pg | 21.50 |
| 01/23/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/23/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/23/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/23/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/23/09 | Copies 137 pgs @ 0.10/pg | 13.70 |
| 01/23/09 | Copies 175 pgs @ 0.10/pg | 17.50 |
| 01/23/09 | Copies 176 pgs @ 0.10/pg | 17.60 |
| 01/23/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/23/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/23/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 01/23/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/23/09 | Copies 176 pgs @ 0.10/pg | 17.60 |
| 01/23/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/23/09 | Copies 25 pgs @ 0.10/pg | 2.50 |

| | | |
|---|---|---|
| 01/23/09 | Copies 215 pgs @ 0.10/pg | 21.50 |
| 01/23/09 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 01/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/23/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/23/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/23/09 | Copies 184 pgs @ 0.10/pg | 18.40 |
| 01/23/09 | Copies 175 pgs @ 0.10/pg | 17.50 |
| 01/23/09 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 01/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/23/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/23/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/23/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/23/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/23/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/23/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/23/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/23/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/23/09 | Copies 176 pgs @ 0.10/pg | 17.60 |
| 01/23/09 | Copies 145 pgs @ 0.10/pg | 14.50 |
| 01/24/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/24/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/24/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/24/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/24/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/24/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/24/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 01/24/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 01/24/09 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 01/24/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 01/24/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/24/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/24/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/24/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/26/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/26/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 01/26/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/26/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/26/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 01/26/09 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 01/26/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 01/26/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/26/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/26/09 | Copies 12 pgs @ 0.10/pg | 1.20 |

| | | |
|---|---|---|
| 01/26/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/26/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/26/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/26/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/26/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/26/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/26/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/26/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/26/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/26/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/26/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 01/26/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 01/26/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/26/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/26/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/26/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/26/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/27/09 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 01/27/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/27/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/27/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/28/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/28/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/28/09 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 01/28/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/28/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/29/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/30/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/30/09 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 01/30/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 01/30/09 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 01/30/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/30/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 01/30/09 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 01/30/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/30/09 | Copies 82 pgs @ 0.10/pg | 8.20 |
| 01/30/09 | Copies 179 pgs @ 0.10/pg | 17.90 |

**TOTAL COSTS ADVANCED**                                                  **$14,015.32**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Telecopies | $17.00 |
| Long Distance Telephone | $205.71 |
| Long Distance Telephone-Outside Services | $1,366.13 |
| Meals | $168.02 |
| Miscellaneous Costs | $11,350.00 |
| Pacer - Online Services | $266.16 |
| Copies | $642.30 |
| *TOTAL* | *$14,015.32* |

**CURRENT BALANCE DUE THIS MATTER**                                    **$14,015.32**

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 01/07/09 | JMS | 0.10 | 48.50 | E-mail to Committee regarding call. |
| 01/08/09 | SLB | 0.50 | 337.50 | Committee meeting (.5). |
| 01/08/09 | JMS | 1.10 | 533.50 | Prepare for and attend Committee call (.7); e-mails with M. Dies regarding agenda and related issues (.4). |
| 01/08/09 | MIK | 0.50 | 205.00 | Attend committee call (.5). |
| 01/15/09 | SLB | 1.10 | 742.50 | Prepare for and conduct committee meeting (1.1). |
| 01/15/09 | JMS | 1.00 | 485.00 | Prepare for and attend Committee call. |
| 01/15/09 | MIK | 0.80 | 328.00 | Committee call (.8). |
| 01/22/09 | JMS | 0.20 | 97.00 | E-mail to Committee regarding hearing and Committee call. |
| 01/29/09 | SLB | 1.30 | 877.50 | Committee meeting and internal meeting thereafter to discuss same (1.3). |
| 01/29/09 | JMS | 1.30 | 630.50 | Prepare for and attend Committee call. |
| 01/29/09 | MIK | 1.30 | 533.00 | Attend committee call (1.3). |
| 01/30/09 | WP | 3.20 | 720.00 | Research on fiduciary duty of PD Committee. |

**PROFESSIONAL SERVICES** **$5,538.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.90 | $675.00 | $1,957.50 |
| Sakalo, Jay M | 3.70 | $485.00 | $1,794.50 |
| Kramer, Matthew I | 2.60 | $410.00 | $1,066.00 |
| Polit, Wendy | 3.20 | $225.00 | $720.00 |
| *TOTAL* | *12.40* | | *$5,538.00* |

**CURRENT BALANCE DUE THIS MATTER** **$5,538.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| 01/07/09 | LMF | 0.40 | 82.00 | Review and attend to edits on costs for December 2008 and meet with accounting regarding same. |
|---|---|---|---|---|
| 01/08/09 | JIS | 0.50 | 147.50 | Review December 2008 prebill and revise same. |
| 01/11/09 | JMS | 0.20 | 97.00 | Review fee auditor's initial report. |
| 01/12/09 | SLB | 0.20 | 135.00 | Attention to fee auditor's report (.2). |
| 01/12/09 | LMF | 0.60 | 123.00 | Review fee auditor's interim report and meet with accounting regarding backup for costs. |
| 01/13/09 | JS | 0.10 | 19.00 | Review invoice and discuss the preparation and filing of upcoming fee applications with L. Flores. |
| 01/20/09 | JIS | 0.10 | 29.50 | Review fee auditor's initial report regarding 30th interim period. |
| 01/21/09 | LMF | 0.70 | 143.50 | Attend to finalizing Bilzin's monthly statement for December fees and compile documents in preparation for quarterly applications. |
| 01/26/09 | LMF | 1.10 | 225.50 | Attend to preparing and serving monthly statement, notice and summary of Bilzin's fees. |
| 01/27/09 | LMF | 0.80 | 164.00 | Complete response to fee auditor's interim report for Bilzin Sumberg. |
| 01/30/09 | LMF | 0.30 | 61.50 | Revise fee auditor response and submit to attorney for review. |
| 01/30/09 | LMF | 0.60 | 123.00 | Review draft of quarterly fee application for Bilzin. |
| 01/30/09 | JMS | 0.40 | 194.00 | Finalize response to fee auditor and e-mail to Bobbi Ruhlander thereon. |
| 01/30/09 | JS | 2.60 | 494.00 | Review docket for previously filed invoices and fee applications and prepare thirty-first fee application for Bilzin Sumberg. |

**PROFESSIONAL SERVICES** $2,038.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Sakalo, Jay M | 0.60 | $485.00 | $291.00 |
| Snyder, Jeffrey I | 0.60 | $295.00 | $177.00 |
| Flores, Luisa M | 4.50 | $205.00 | $922.50 |
| Slanker, Jeffrey | 2.70 | $190.00 | $513.00 |
| *TOTAL* | *8.60* | | *$2,038.50* |

**CURRENT BALANCE DUE THIS MATTER** $2,038.50



**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| 01/05/09 | JS | 0.10 | 19.00 | Review docket and verify date of confirmation hearing. |
|---|---|---|---|---|
| 01/08/09 | JS | 0.20 | 38.00 | Set up CourtCall telephonic appearances for confirmation hearing. |
| 01/09/09 | JS | 0.60 | 114.00 | Confirm telephonic Appearances with CourtCall and email confirmations to attorneys. |
| 01/12/09 | JMS | 0.50 | 242.50 | Conference with J. Slanker regarding hearing notebook and review same. |
| 01/13/09 | JMS | 1.20 | 582.00 | Prepare for hearing. |
| 01/13/09 | JS | 1.00 | 190.00 | Email Martin Dies CourtCall confirmation for 1/14 Omnibus Hearing (.1) prepare notebook for S. Baena for same (.8) and review docket and email J. Sakalo amended agenda (.1) |
| 01/14/09 | SLB | 4.50 | 3,037.50 | Telephonic participation in continued disclosure statement hearing (4.5). |
| 01/14/09 | JMS | 6.40 | 3,104.00 | Prepare for and attend hearing (5.8); telephone conference with S. Baena thereon (.6). |
| 01/19/09 | SLB | 0.20 | 135.00 | Attention to 1/26/09 hearing agenda (.2). |
| 01/21/09 | JS | 0.30 | 57.00 | Contact court call and set up telephonic appearances for 1/26 hearing. |
| 01/22/09 | JS | 0.30 | 57.00 | Email court call confirmations to committee members. |
| 01/23/09 | JS | 0.30 | 57.00 | Discuss 1/26 omnibus hearing with J. Sakalo and prepare hearing notebook for same. |
| 01/26/09 | SLB | 1.20 | 810.00 | Omnibus hearing (1.2). |
| 01/26/09 | JMS | 1.30 | 630.50 | Prepare for and attend omnibus hearing. |
| 01/26/09 | MIK | 1.50 | 615.00 | Attend omnibus hearing telephonically and follow up office conference with S. Baena regarding same (1.5). |

PROFESSIONAL SERVICES                                                                                    $9,688.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.90 | $675.00 | $3,982.50 |
| Sakalo, Jay M | 9.40 | $485.00 | $4,559.00 |
| Kramer, Matthew I | 1.50 | $410.00 | $615.00 |
| Slanker, Jeffrey | 2.80 | $190.00 | $532.00 |
| TOTAL | 19.60 | | $9,688.50 |

CURRENT BALANCE DUE THIS MATTER                                                                $9,688.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 12/08/08 | MIK | 0.20 | 76.00 | Telephone call with D. Speights regarding letter brief (.2). |
| 12/19/08 | PMB | 2.80 | 868.00 | Prepare summary memo regarding class certification and settlement issues for PD claimants. |
| 01/06/09 | JS | 0.60 | 114.00 | Review pleadings, court papers and related materials regarding asbestos claims. |
| 01/29/09 | JMS | 0.80 | 388.00 | Work on issues related to extant PD claims and conferences with S. Rojas thereon (.8). |
| 01/29/09 | SR | 1.10 | 209.00 | Attention to reviewing docket re: PD Claim settlements |

PROFESSIONAL SERVICES                                                           $1,655.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $485.00 | $388.00 |
| Kramer, Matthew I | 0.20 | $380.00 | $76.00 |
| Botros, Paul M | 2.80 | $310.00 | $868.00 |
| Rojas, Susana | 1.10 | $190.00 | $209.00 |
| Slanker, Jeffrey | 0.60 | $190.00 | $114.00 |
| *TOTAL* | *5.50* | | *$1,655.00* |

CURRENT BALANCE DUE THIS MATTER                                                 $1,655.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 01/13/09 | JMS | 5.70 | 1,382.25 | Travel to Pittsburgh. |
| 01/14/09 | JMS | 4.70 | 1,139.75 | Non-working return travel. |

**PROFESSIONAL SERVICES** $2,522.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 10.40 | $242.50 | $2,522.00 |
| *TOTAL* | *10.40* | | *$2,522.00* |

**CURRENT BALANCE DUE THIS MATTER** $2,522.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 18 - Plan & Disclosure Statement

| 01/05/09 | JMS | 1.60 | 776.00 | E-mails regarding plan and disclosure statement hearings/agendas and review same (.2); review preliminary objections filed by insurers (1.2); review BNSF preliminary objection (.2). |
|---|---|---|---|---|
| 01/06/09 | SLB | 0.20 | 135.00 | Telephone call from T. Friedman regarding call (.2). |
| 01/06/09 | JMS | 1.50 | 727.50 | Conference with S. Baena regarding call from T. Freedman (.2); e-mail to Committee regarding hearing (.4); e-mails with R. Levy thereon (.5); e-mails with D. Speights thereon (.4). |
| 01/07/09 | SLB | 0.30 | 202.50 | Interoffice conference with J. Sakalo regarding conference call with plan proponents on plan, timing, etc. (.3). |
| 01/07/09 | JMS | 1.30 | 630.50 | Telephone conference with plan proponents regarding status and timing (.6); conference with S. Baena regarding recap (.2); telephone conference with D. Speights regarding same (.2); e-mails from E. Westbrook regarding timing/scheduling (.3). |
| 01/07/09 | WP | 0.80 | 180.00 | Attend conference call regarding CMO and scheduling issues. |
| 01/09/09 | SLB | 0.30 | 202.50 | Telephone call from D. Speights regarding disclosure statement (.3). |
| 01/09/09 | JMS | 0.60 | 291.00 | E-mail from J. Baer regarding CMO and conference with S. Baena regarding same (.4); brief telephone conference with D. Speights regarding hearing for 1/14 (.2). |
| 01/12/09 | SLB | 1.50 | 1,012.50 | Telephone conference with "all hands" regarding CMO (.8); review revised CMO and email to D. Speights and A. Rich regarding problems with CMO (.4); email from A. Rich and D. Speights and to J. Baer regarding same (.3). |
| 01/12/09 | JMS | 1.50 | 727.50 | Telephone conference with Debtors et al. regarding plan-related CMO (.8); conference with S. Baena regarding additional language and telephone conference with D. Speights regarding same (.7). |
| 01/13/09 | SLB | 0.80 | 540.00 | Email exchange with A. Rich and D. Speights regarding PD plan documents and issues (.4); attention to proposed second amended CMO and emails to J. Baer and T. Freedman and to D. Speights regarding same (.4). |
| 01/13/09 | JMS | 1.10 | 533.50 | Review COC regarding CMO and e-mails with A. Rich, S. Baena, T. Freedman thereon. |
| 01/15/09 | SLB | 1.10 | 742.50 | Email from and to M. Dies and to committee regarding PD plan documents (.4); email from and to A. Rich regarding meeting (.1); email from D. Bolles and interoffice conference with J. Sakalo regarding same (.3); email from T. Freedman regarding tax restrictions on trading and interoffice conference with J. Sakalo regarding same (.3). |
| 01/15/09 | JMS | 1.40 | 679.00 | Begin review of additional plan documents and conferences with S. Baena regarding plan-related issues. |
| 01/15/09 | MIK | 0.20 | 82.00 | Review plan (.2). |
| 01/16/09 | SLB | 0.20 | 135.00 | Email from and to J. Baer regarding CMO (.2). |
| 01/16/09 | JMS | 0.30 | 145.50 | E-mails to Committee regarding CMO and hearing agenda. |
| 01/16/09 | MIK | 3.40 | 1,394.00 | Review plan documents (3.4). |
| 01/18/09 | JMS | 0.40 | 194.00 | Attention to CMO and plan issues. |
| 01/19/09 | SLB | 2.90 | 1,957.50 | Review revised second amended CMO, comments and revisions thereto by J. Sakalo and email to J. Sakalo with further proposed revisions (.6); review PD trust agreement (.9); email to D. Hilton regarding trust agreement (.1); review deferred payment agreement [PD] (1.3). |
| 01/19/09 | JMS | 1.30 | 630.50 | Revise proposed CMO and e-mail to S. Baena thereon (.6); revise further and e-mail to D. Speights, M. Dies and A. Rich thereon (.3); e-mails from A. Rich thereon (.1); e-mails with S. Baena regarding corporate documents (.3). |
| 01/20/09 | SLB | 0.60 | 405.00 | Attention to revised CMO and interoffice conference with J. Sakalo regarding comments thereto (.4); attention to comments from D. Hilton (.2). |



| | | | | |
|---|---|---|---|---|
| 01/20/09 | JMS | 2.40 | 1,164.00 | Telephone conference with M. Dies regarding PD CMO (.3); e-mail exchange with J. Baer regarding comment to confirmation CMO (.5); continue review of plan documents (1.6). |
| 01/21/09 | JMS | 1.60 | 776.00 | Telephone conference with J. Baer regarding CMO (.2); e-mail to S. Baena thereon (.1); e-mail from T. Freedman regarding PD Trust Agreement (.2); continue review of plan documents (1.1). |
| 01/22/09 | SLB | 1.10 | 742.50 | Continued review of plan documents and email exchanges with A. Rich, E. Westbrook, T. Friedman (1.1). |
| 01/22/09 | JMS | 1.80 | 873.00 | Telephone conference with M. Dies regarding issues with plan documents (.5); conference with S. Baena regarding same and review e-mail traffic thereon (1.3). |
| 01/23/09 | SLB | 0.20 | 135.00 | Email from and to A. Rich regarding PD CMO (.2). |
| 01/23/09 | JMS | 1.80 | 873.00 | Conference with D. Schubauer, R. Haligman, and R. Siegel regarding corporate plan documents, related issues (.9); analysis of plan issues (.6); e-mails regarding plan discovery and production (.3). |
| 01/23/09 | RMS | 2.50 | 1,375.00 | Receive and review correspondence regarding Intercreditor Agreement and related documents (.5); telephone conferences with Jay Sakalo thereon (.9); begin review of agreements (1.1). |
| 01/23/09 | MIK | 6.50 | 2,665.00 | Review plan related documents (6.5). |
| 01/23/09 | MIK | 5.00 | 2,050.00 | Review plan related documents (5.0). |
| 01/23/09 | MIK | 3.00 | 1,230.00 | Interoffice conference with S. Baena regarding plan related documents (3.0). |
| 01/23/09 | EG | 0.50 | 135.00 | Attorney conference regarding corporate issues in plan. |
| 01/23/09 | DS | 7.10 | 2,485.00 | Meeting with J. Sakalo and R. Haligman (0.9); meeting with A. Mendoza and R. Haligman (0.5); review plan and disclosure statement (5.7). |
| 01/23/09 | AGM | 0.50 | 175.00 | Meeting regarding reviewing corporate agreements. |
| 01/23/09 | RSH | 3.50 | 1,470.00 | Attend meeting with J. Sakalo and D. Schubauer (.9); follow up meeting with A. Mendoza and D, Schubauer (.5); review draft Disclosure Agreement and Plan of Reorganization (2.1). |
| 01/24/09 | SLB | 4.70 | 3,172.50 | Email from and to D. Speights, A. Runyan and J. Sakalo regarding plan documents and conferences (.8); continued review of plan documents (3.9). |
| 01/24/09 | JMS | 1.90 | 921.50 | Analysis of intercreditor agreement/share issuance agreement and related issues. |
| 01/24/09 | RMS | 2.00 | 1,100.00 | Continue review and analysis of agreements for intercreditor issues. |
| 01/24/09 | EG | 2.50 | 675.00 | Legal research regarding interplay between corporate organizational documents and plan terms. |
| 01/24/09 | DS | 12.80 | 4,480.00 | Review transaction documents relating to plan. |
| 01/24/09 | AGM | 4.00 | 1,400.00 | Review disclosure statement and reorganization plan in connection with review of corporate agreements. |
| 01/24/09 | RSH | 5.50 | 2,310.00 | Review Disclosure Statement, Plan of Reorganization, Share Issuance Agreement; Deferred Payment Agreement and Intercreditor Agreement. |
| 01/25/09 | SLB | 3.00 | 2,025.00 | Conference with working group regarding plan documents (3.0). |
| 01/25/09 | JMS | 5.40 | 2,619.00 | Continue review of plan documents (2.4); and conference with S. Baena, M. Kramer thereon (3.0). |
| 01/25/09 | RMS | 0.40 | 220.00 | Review Intercreditor Agreement and Telephone conference with Jay Sakalo thereon. |
| 01/25/09 | DS | 3.50 | 1,225.00 | Meeting with S. Baena, J. Sakalo, M. Kramer and R. Haligman (3.0); review bankruptcy transaction documents (0.5). |
| 01/25/09 | AGM | 3.80 | 1,330.00 | Review of the following corporate agreements: Deferred Payment Agreements, Share Issuance Agreement and Intercreditor Agreement. |
| 01/25/09 | RSH | 6.50 | 2,730.00 | Attend meeting with Scott Baena, Jay Sakalo, Matt Kramer and David Schubauer (3.0); review Share Issuance Agreement, Disclosure Statement and Deferred Payment Agreement (3.5). |
| 01/26/09 | SLB | 5.70 | 3,847.50 | Email exchange with D. Speights et al regarding PD CMO etc., collect and circulate plan materials and documents for discussion; internal meeting to review and discuss plan documents and disclosure issues (3.9); telephone |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | conference with M. Dies regarding plan and disclosure statement (1.0); telephone conference with D. Hilton regarding ZAI TDP's, etc. (.8). |
| 01/26/09 | JMS | 2.60 | 1,261.00 | Conferences with S. Baena regarding plan issues (.6); telephone conference with S. Baena, M. Dies regarding same (1.0); conference with S. Baena, M. Kramer regarding PD Trust Agreement (1.0). |
| 01/26/09 | JIS | 0.80 | 236.00 | Attention to emails from D. Speights and S. Baena regarding operative plan documents, procedures, and orders and work with S. Baena and J. Sakalo to respond to same (0.3); review relevant documents and email to J. Koyzak, D. Rosendorf, D. Speights, et al. regarding operative plan documents (0.5). |
| 01/26/09 | MIK | 2.80 | 1,148.00 | Review plan related documents and office conference with S. Baena regarding same (2.8). |
| 01/26/09 | DS | 11.70 | 4,095.00 | Meeting with S. Baena, J. Sakalo, M. Kramer and R. Haligman (1.0); review bankruptcy transaction documents (10.7). |
| 01/26/09 | AGM | 9.00 | 3,150.00 | Review of the following corporate agreements: Guarantee Agreements, Deferred Payment Agreements, Share Issuance Agreement and Intercreditor Agreement; draft, review and revise summary of corporate agreements. |
| 01/26/09 | RSH | 4.30 | 1,806.00 | Review and summarize draft transactional documents with respect to corporate and securities issues (2.3); conference with S. Baena, J. Sakalo, M. Kramer and D. Schubauer (1.0); telephone conference with S. Baena, J. Sakalo, M. Kramer, D. Schubauer and M. Dies with respect to transactional documents (1.0). |
| 01/27/09 | SLB | 2.90 | 1,957.50 | Telephone conference with D. Speights, J. Kozyak et al regarding PD plan documents (.5); telephone conference with R. Wiron et al regarding trust documents (1.6); attention to proposed revisions to plan and trust agreement for R. Levy and email to R. Levy regarding same (.8). |
| 01/27/09 | JMS | 2.30 | 1,115.50 | Prepare for and attend call with D. Speights, J. Kozyak regarding PD documents (.7); telephone conference with R. Wyron, et al. regarding Intercreditor Agreement (1.6). |
| 01/27/09 | MIK | 3.00 | 1,230.00 | Telephone conference with D. Speights regarding plan documents (.8); office conference with FCR counsel regarding plan documents (2.0); review plan documents (.2). |
| 01/27/09 | DS | 8.80 | 3,080.00 | Conference call with S. Baena, J. Sakalo, M. Kramer, R. Haligman and Orrick Herrington & Sutcliffe LLP (2.0); summarize bankruptcy transaction documents (6.8). |
| 01/27/09 | AGM | 3.50 | 1,225.00 | Review of the following corporate agreements: Guarantee Agreements, Deferred Payment Agreements, Share Issuance Agreement and Intercreditor Agreement; draft, review and revise summary of corporate agreements. |
| 01/27/09 | RSH | 5.50 | 2,310.00 | Telephone conference with R. Smith and Z. Finley, S. Baena, J. Sakalo, M. Kramer and D. Schubauer with respect to transactional documents (2.0); conference with S. Baena, J. Sakalo, M. Kramer and D. Schubauer with respect to various corporate issues (0.8); revise summaries of transactional documents (2.7). |
| 01/28/09 | SLB | 4.40 | 2,970.00 | Review and revise PD plan document summaries for committee (.8); telephone conference with A. Rich et al and subsequent internal discussions of PD issues (3.5); email to E. Westbrook regarding plan (.1). |
| 01/28/09 | JMS | 4.90 | 2,376.50 | Review memorandum on transactional documents and comments thereon (.4); telephone conference with S. Arnold regarding term sheet to limit stock trading (.2); telephone conference with A. Rich, R. Levy, D. Speights regarding PD CMO and other issues (1.6); internal conference with S. Baena regarding same (1.5); continue review of documents (1.2). |
| 01/28/09 | MIK | 0.10 | 41.00 | E-mail D. Speights regarding CMO (.1). |
| 01/28/09 | MIK | 3.30 | 1,353.00 | Telephone call with A. Rich, D. Speights, R. Levy and attend multiple meetings and participate on multiple phone calls with S. Baena and J. Sakalo regarding plan issues (3.3). |
| 01/28/09 | DS | 7.50 | 2,625.00 | Review revised drafts of bankruptcy transaction documents (4.4); |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | conference call with S. Baena, J. Sakalo, M. Kramer, R. Haligman, R. Levy, A. Rich, D. Rosendorf, B. Ferry, A. Runyan and D. Speights (1.6); meeting with S. Baena, J. Sakalo and M. Kramer (1.5). |
| 01/28/09 | RSH | 1.00 | 420.00 | Telephone conference with S. Baena, J. Sakalo, M. Kramer and various creditor committee members and counsel. |
| 01/29/09 | SLB | 2.00 | 1,350.00 | Internal meeting with J. Sakalo et al regarding plan documents and prepare for committee meeting (1.5); telephone call to A. Rich regarding same (.3); review revised PD CMO (.2). |
| 01/29/09 | JMS | 1.80 | 873.00 | Internal meeting regarding plan procedural and transactional documents (1.6); review revised CMO (.2). |
| 01/29/09 | MIK | 1.50 | 615.00 | Office conference with S. Baena regarding plan issues (1.5). |
| 01/29/09 | DS | 3.90 | 1,365.00 | Review bankruptcy transaction documents (0.8); meeting with S. Baena, J. Sakalo, M. Kramer and R. Haligman (1.5); conference call with S. Baena, J. Sakalo, M. Kramer, R. Haligman and members of the Official Committee of Asbestos Property Damage Claimants (1.6). |
| 01/29/09 | RSH | 3.80 | 1,596.00 | Attend meeting with S. Baena, J. Sakalo, M. Kramer and D. Schubauer (1.5); telephone conference with Scott Baena, Jay Sakalo, Matt Kramer, David Schubauer and A. Rich (1.6); Review draft transaction documents and disclosure statement (0.7). |
| 01/30/09 | SLB | 1.70 | 1,147.50 | Attention to revised documents (1.1); emails from and to D. Speights regarding PD issues (.6). |
| 01/30/09 | JMS | 1.50 | 727.50 | E-mail to Committee regarding 2nd amended plan CMO (.2); continue review of revised plan documents (1.0); e-mail exchange with claimants thereon (.3). |
| 01/30/09 | DS | 3.70 | 1,295.00 | Review revised drafts of plan transaction documents. |
| 01/30/09 | RSH | 3.20 | 1,344.00 | Review revised draft transactional documents. |
| 01/31/09 | JMS | 1.50 | 727.50 | Review further revised drafts of plan documents. |
| 01/31/09 | DS | 3.40 | 1,190.00 | Draft memorandum describing high-level issues with plan transaction documents. |

**PROFESSIONAL SERVICES**        **$101,157.50**

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 33.60 | $675.00 | $22,680.00 |
| Siegel, Robert M | 4.90 | $550.00 | $2,695.00 |
| Sakalo, Jay M | 40.50 | $485.00 | $19,642.50 |
| Kramer, Matthew I | 28.80 | $410.00 | $11,808.00 |
| Haligman, Ronald S | 33.30 | $420.00 | $13,986.00 |
| Polit, Wendy | 0.80 | $225.00 | $180.00 |
| Snyder, Jeffrey I | 0.80 | $295.00 | $236.00 |
| Gilbert, Eric | 3.00 | $270.00 | $810.00 |
| Schubauer, David | 62.40 | $350.00 | $21,840.00 |
| Mendoza, Andres G | 20.80 | $350.00 | $7,280.00 |
| *TOTAL* | *228.90* | | *$101,157.50* |

**CURRENT BALANCE DUE THIS MATTER**        **$101,157.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17905**

**RE: 38 - ZAI Science Trial**

| | | | | |
|---|---|---|---|---|
| 01/01/09 | JMS | 0.30 | 145.50 | Follow up on ZAI motion. |
| 01/02/09 | JMS | 0.60 | 291.00 | Review objections to ZAI motion by Lukins & Annis and U.S. Department of Agriculture (.3); review additional preliminary plan objections (.3). |
| 01/05/09 | SLB | 0.20 | 135.00 | Interoffice conference with J. Sakalo regarding status of objections to ZAI settlement (.2). |

**PROFESSIONAL SERVICES**                                                                                           **$571.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Sakalo, Jay M | 0.90 | $485.00 | $436.50 |
| *TOTAL* | *1.10* | | *$571.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    **$571.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP