UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
W.R. GRACE & CO., et al.,[1] ) Case No. 01-1139 (JKF)
) Chapter 11
)
        Debtors. ) (Jointly Administered)
)
) **Objection Due by: March 24, 2009 at 4:00 pm**.
) **Hearing Date: Hearing will be held if necessary**

## SEVENTY-THIRD SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Hamilton, Rabinovitz & Alschuler, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on February 20, 2002, Nunc Pro Tunc, to May 2, 2001 |
| Period for which compensation and Reimbursement is sought: | January 1, 2009 through January 31, 2009 |
| Amount of Compensation sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $1,875.00 |
| Amount of Expense Reimbursement sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $0.00 |

This is a:____X_____monthly_____Interim_____final Application

During the month of February 2002, the Court entered an order approving the retention Application, which such Order made the Applicant subject to the requirements under the Administrative Orders governing requests for compensation and reimbursement of expenses. Accordingly, the Applicant submits this statement.

---

[1] In order to save space, the PD Committee has refrained from listing all 62 Debtors. The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.