# HR&A                                                              INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

February 12, 2009
Invoice No. HRA20091202

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of January, 2009.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 3.0 hours @ $ 625 per hour | $ 1,875.00 |
| **TOTAL DUE:** | **$ 1,875.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351

```
JANUARY, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE        TIME   TASK

01/29/09    3.00   Review sections of "final" property damage
                     documents.
Total:      3.00
```