# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                    January 1, 2009 to January 31, 2009

Invoice No. 30016

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------:|-------:|
| B14 | Case Administration - | 21.40 | 5,302.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.80 | 1,114.50 |
| B18 | Fee Applications, Others - | 1.90 | 279.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 7.00 | 2,065.00 |
| B25 | Fee Applications, Applicant - | 3.90 | 729.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.40 | 118.00 |
| B36 | Plan and Disclosure Statement - | 53.30 | 15,723.50 |
| B37 | Hearings - | 10.50 | 3,097.50 |
| B40 | Employment Applications, Others - | 0.20 | 59.00 |
| B41 | Relief from Stay Litigation - | 2.80 | 826.00 |
| | **Total** | **105.20** | **$29,314.50** |
| | **Grand Total** | **105.20** | **$29,314.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 250.00 | 1.70 | 425.00 |
| Rick S. Miller | 290.00 | 1.30 | 377.00 |
| Steven G. Weiler | 230.00 | 1.90 | 437.00 |
| Theodore J. Tacconelli | 295.00 | 91.40 | 26,963.00 |
| Legal Assistant - MH | 125.00 | 6.90 | 862.50 |
| Law Clerk | 125.00 | 2.00 | 250.00 |
| **Total** | | **105.20** | **$29,314.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                **$1,741.50**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-01-09 | *Case Administration* - Review case status memo for week ending 12/19/08 | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Nov. 08 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - finish reviewing revised disclosure statement and plan | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit 10 to plan | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by PI Committee re expert witness reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Libby Claimants of expert witness reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit 25 to plan | 0.70 | TJT |
| Jan-02-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review US objection to ZAI settlement/class motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to J. Sakalo re US objection to ZAI settlement/class motion | 0.20 | TJT |
| | *Case Administration* - Review K&E Nov. Fee Application | 0.40 | TJT |
| | *Case Administration* - Review A. Rich Dec. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review expert report of Dr. Frank | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review expert report of T. Spear | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review backup documentation to Frank and Spear expert reports | 1.80 | TJT |
| Jan-03-09 | *Plan and Disclosure Statement* - Review Dr. Whitehouse expert report and start reviewing backup material | 2.80 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing exhibits to Dr. Whitehouse expert report dated 12/29/08 | 1.30 | TJT |
| Jan-04-09 | *Plan and Disclosure Statement* - Review expert report of L. Welch with attachments | 1.20 | TJT |
| Jan-05-09 | *Case Administration* - Review notice of address change and forward to paralegal | 0.10 | LLC |
| | *Case Administration* - Review Kramer Levine Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review certification by governmental counsel pursuant to local rule 9010-1(e) | 0.10 | TJT |
| | *Case Administration* - Review US brief in Montana criminal action re witness list issue | 0.30 | TJT |
| | *Case Administration* - Review notice of address change by L. Grell and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to compel filed in Montana criminal action re Libby Amphibole | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review expert report of W. Longo dated 12/29/08 | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review response by UCC to plan proponents' designation of confirmation issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of 1st interrogatories to debtors by CNA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of 1st request for admissions to debtors by CNA | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review Notice of Service of 1st request for production to debtors by CNA | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service of discovery on various parties by MCC | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service of discovery on BNSF by  MCC | 0.10 | TJT |
| Jan-06-09 | *Case Administration* - Review case status memo for week ending 12/19/08 | 0.10 | LLC |
|  | *Case Administration* - e-mail from D. Primack re OneBeacon objection to confirmation | 0.10 | LLC |
|  | *Case Administration* - e-mail from D. Primack re government employees ins. objection to plan | 0.10 | LLC |
|  | *Case Administration* - Prepare numerous case status memos re pending appeals in 3rd circuit, district and bankruptcy courts for review by T. Tacconelli (1.0); obtain new information re Anderson Memorial Hospital appeal to 3rd circuit (.1) | 1.10 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket and documents in Anderson Memorial Hospital 3rd circuit appeal re class action 08-4829 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' opposition to State of Montana's motion to stay pending appeal in appeal 08-3697 | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' opposition to California Dept. of General Services motion to take judicial notice in appeal 08-863 with attachment | 0.70 | TJT |
|  | *Case Administration* - Review BIR Nov. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Wall Street Journal article re recruitment by debtors | 0.10 | TJT |
|  | *Case Administration* - Review memos from S. Weiler re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re CDG Fee Applications | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 1/13/09 and 1/14/09 hearing agendas | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review preliminary objection to plan by CNA | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review preliminary objection to plan by Allstate | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review preliminary objection to plan by MCC | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review preliminary objection to plan by Firemen's Fund | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service by MCC of discovery to Libby Claimants | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review preliminary objection to plan by Axa Belgium | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service by CNA of 1st request for admissions on PI Committee | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service by CNA of | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | 1st request for production on PI Committee | | |
| | *Plan and Disclosure Statement* - Review preliminary objection to plan by BNSF | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re 1/13 and 1/14/09 hearings | 0.10 | TJT |
| Jan-07-09 | *Committee, Creditors', Noteholders' or* - Confer with TJT re: Plan issues and PD trust | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review appellant's statement of issues and record on appeal re Anderson Memorial Hospital appeal no. 08-4829 in 3rd circuit | 0.40 | TJT |
| | *Case Administration* - Review 1st Liberty Bank's response to debtors' motion re Maricopa County with attachments | 0.50 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review order approving Canadian ZAI counsel's first and final Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Nov. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Review agenda for 1/13 and 1/14 hearings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review preliminary objection by Seaton Ins. Co. and OneBeacon | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by CNA of 1st set of interrogatories to PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Zurich to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Zurich to FCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review preliminary objection to plan by Columbia Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review preliminary objection to plan by London Market Insurers with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review preliminary objection to plan by Federal Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re insurer's objection to plan | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Research re assignment of insurance policies to PI trusts and related issues | 0.70 | TJT |
| Jan-08-09 | *Case Administration* - Confer with T. Tacconelli re continuance of confirmation hearing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re Libby claims | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order continuing 25th omnibus objection to claims for certain claims | 0.10 | TJT |
| | *Case Administration* - Correspond with committee member re February and April hearing dates | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |

| | | |
|---|---|---|
| *Hearings* - Review correspondence from J. Baer re 1/13/09 hearing being cancelled and related issues | 0.10 | TJT |
| *Hearings* - Review correspondence from S. Baena re 1/14/09 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service by CNA of 1st request for production to PIFCR | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Royal's preliminary objection to plan | 0.80 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service by CNA of 1st request for admissions to PIFCR | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service by Zurich of various discovery to PI Committee | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Seaton's request for admissions to debtor | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review Seaton's interrogatories to debtor | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Seaton's request for admissions to PI Committee | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Seaton's interrogatories to PI Committee | 0.20 | TJT |
| *Plan and Disclosure Statement* - Confer with RSM re Libby issues | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Seaton's request for admissions to PIFCR | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Seaton's interrogatories to PIFCR | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Seaton's request for production to PIFCR | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to Libby Claimants' motion to compel | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of debtors' response to 1st request for production to certain objectors | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review response by PI Committee to Libby Claimants' motion to compel answers to request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review PI Committee's response to Libby Claimants' motion to compel answers to interrogatories with attachments | 0.70 | TJT |

| | | | |
|---|---|---|---|
| Jan-09-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re ZAI settlement/class certification motion with various attachments | 0.60 | TJT |
| | *Case Administration* - Review DeLoitte June-August Fee Applications | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 1/14/09 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Firemen's Fund discovery to PIFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Firemen's Fund discovery to PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various law firms' objection to Libby Claimants' motion to compel re interrogatories | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review Columbia request for admissions to debtors | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Columbia's interrogatories to debtors | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Columbia's interrogatories to PI Committee | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Columbia's request for admissions to PI Committee | 0.30 | TJT |
| Jan-10-09 | *Case Administration* - Review Charter Oak Nov. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re revised plan CMO and change of time for conference on Monday | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of second amended plan CMO | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by CNA of interrogatories to PIFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Federal of various discovery to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Columbia's interrogatories to PIFCR | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Columbia's request for admissions to PIFCR | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Columbia's request for production to PIFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various law firms' objection to Libby Claimants' request for production | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Motley Rice to Libby Claimants' motion to compel with attachment | 0.10 | TJT |
| Jan-11-09 | *Case Administration* - Review Caplin Drysdale Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from A. Rich re PDFCR Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals from Oct. to Dec. with attachments | 0.20 | TJT |
| | *Case Administration* - Review debtors' response to motion for reconsideration re witness list order filed in Montana criminal action | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Firemen's Fund to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Scott's to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Kazan McClain to Libby Claimants' motion to compel | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review objection by MMWR firms to Libby Claimants' motion to compel with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Cooney Conway joinder in objection by Kazan McClain to Libby Claimants' motion to compel | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Cooney Conway joinder in objection by MMWR firms to Libby Claimants' motion to compel | 0.10 | TJT |
| Jan-12-09 | *Case Administration* - Review memos from law clerk re  status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review documents in Montana criminal action | 0.80 | TJT |
| | *Case Administration* - Review Anderson Kill Nov. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re transfer of insurance policies to PI Trust and related issues | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review revised draft CMO and attend | 0.80 | TJT |

| | | | |
|---|---|---|---|
| | conference call re same | | |
| | *Case Administration* - Review docket re case status for week ending 12/26/08; memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Case Administration* - Review docket re case status for week ending 1/2/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jan-13-09 | *Case Administration* - Review case status memo for week ending 12/26/08 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 1/2/09 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Baer re further revised plan CMO | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 12/26/08 | 0.10 | TJT |
| | *Case Administration* - Review Blackstone July Fee Application | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re 1/26/09 omnibus hearing | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 1/14/09 hearing | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review further revised CMO | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re 2nd amended CMO | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review objection by bank lender group to 2nd amended CMO | 0.30 | TJT |
| Jan-14-09 | *Case Administration* - Review case status memo for week ending 1/2/09 | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 5.00 | TJT |
| Jan-15-09 | *Case Administration* - Review notice of withdrawal and forward to paralegal | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with T. Tacconelli and M. Hedden re Fee Application issues | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review entry of appearance by debtor in Anderson Memorial Hospital 3rd circuit appeal 08-4829 | 0.10 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection ffiled by debtors | 0.10 | TJT |
| | *Case Administration* - Review request for removal from service list by Rutan Tucker and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review W. M. Smith & Assoc. Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of I. Markus | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.70 | TJT |
| | *Hearings* - Review 1/14/09 hearing notes | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re results of hearing yesterday | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re PD plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 1/14/09 draft of PD trust agreement | 2.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 1/9/09; memo to T. Tacconelli and L. Coggins re same | 1.10 | MH |
| Jan-16-09 | *Case Administration* - Review case status memo for week ending 1/9/09 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order dismissing | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | motion to allow and amend S&R claims as moot | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re revised order approving ZAI's settlement and class certification with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review appellant's brief by Anderson Memorial Hospital re jurisdictional authority for 3rd circuit to entertain appeal | 1.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review revised ZAI order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to S. Baena re revised order approving ZAI settlement and class certification | 0.20 | TJT |
| | *Case Administration* - Review amended 2019 statement by the David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/9/09 | 0.10 | TJT |
| | *Case Administration* - Review order dismissing motion by City of Charleston for relief from stay | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re 1/26/09 hearing | 0.10 | TJT |
| | *Hearings* - 1/14/09 hearing follow-up | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review guaranty agreement for class 7B | 0.80 | TJT |
| Jan-17-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re revised order approving ZAI settlement and class certification | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve 3rd amendment to sale agreement re Alco Iron | 0.30 | TJT |
| | *Case Administration* - Review Blackstone Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Nov. Fee Application | 0.10 | TJT |
| | *Hearings* - Review agenda for 1/26/09 hearing | 0.20 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 1/26/09 hearing preparation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re second amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review second amended plan CMO | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re revised plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review issuance agreement | 0.80 | TJT |
| Jan-18-09 | *Case Administration* - Review Day Pitney Nov. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft guaranty agreement re class 7A PD claims | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review draft payment agreement re 7B ZAI class | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review blacklined plan dated 12/3/08 | 0.90 | TJT |
| Jan-19-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's reply to Libby Claimants' opposition to motion to stay pending appeal in 3rd circuit | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying State of Montana's motion to stay appeal in 3rd circuit | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' statement re jurisdiction to hear appeal and motion to dismiss appeal in 3rd circuit re | 1.20 | TJT |

| | | | |
|---|---|---|---|
| | 08-4829 with attachments | | |
| | *Case Administration* - Review Fee Auditor's Final Report re Anderson Kill 30th interim period | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Campbell Levine Nov. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of deferred payment agreement re PD class 7A | 0.40 | TJT |
| | *Relief from Stay Litigation* - Review Kaneb Pipeline motion to relief from stay with voluminous attachments | 2.80 | TJT |
| | *Case Administration* - Review docket re case status for week ending 1/16/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | LC |
| Jan-20-09 | *Case Administration* - Review case status memo for week ending 1/16/09 | 0.10 | LLC |
| | *Case Administration* - 1/14/09 hearing follow-up | 0.30 | SGW |
| | *Case Administration* - Review case status memo for week ending 1/16/09 | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Sept. Fee Application | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 1/14/09 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re revised plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised second amended plan CMO | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Dec. prebill | 1.00 | TJT |
| Jan-21-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Wendy McClain to file late proof of claim re ZAI | 0.10 | TJT |
| | *Case Administration* - Review D. Austern 18th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of K&L Gates | 0.10 | TJT |
| | *Case Administration* - Review opinion in Montana criminal action dated 1/14/09 re pending motions | 0.50 | TJT |
| | *Case Administration* - Review debtors' status report in Montana criminal action dated 1/18/09 | 0.40 | TJT |
| | *Hearings* - Review correspondence from J. Baer re 1/26 hearing now telephonic | 0.10 | TJT |
| | *Hearings* - Prepare for 1/26/09 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re proposed Certificate of Counsel for further revised plan CMO with drafts of both | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review proposed Certificate of Counsel re revised plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of plan CMO | 0.40 | TJT |
| Jan-22-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re Libby Claimants' motion to compel | 0.10 | TJT |
| | *Case Administration* - Review PWC Nov. Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review 25th supplemental affidavit of K&E with attachments | 0.20 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by FCR | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 1/26/09 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re 2nd amended plan CMO and review plan CMO | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by bank lender group of responses to debtors' phase 1 request for production | 0.10 | TJT |
| Jan-23-09 | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Nov. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Nov. 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order entered by court setting hearing date on motion for leave to file late ZAI claim re McClain | 0.10 | TJT |
| | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re debtors' motion re Maricopa County with attachment | 0.20 | TJT |
| | *Case Administration* - Review Woodcock Washburn Nov. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review order authorizing K. Hill as local counsel for PDFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of objections and responses by the UCC to Arrowood's first request for admissions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order denying Libby Claimants' motion to compel responses to its request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' Notice of Service of request for production to Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re Libby Claimants' motion to compel answers to interrogatories | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re Bilzin's Nov 08 Fee Application and Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Nov. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re Ferry, Joseph & Pearce's Nov. Fee Application and Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's  Nov. 08 Fee Application | 0.30 | MH |
| Jan-24-09 | *Case Administration* - Review Holme Roberts Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Aug. Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review correspondence from K. Love re distribution list for confirmation discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by UCC to plan proponents' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by CNA re 2nd request for production to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' interrogatories and request for production to Longacre and UCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' interrogatories and request for production to Kaneb Pipeline | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' interrogatories and request for production to Longacre and UCC | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' request for production to Libby Claimants | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' interrogatories and request for production to Kaneb Pipeline | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by MCC of 1st set of discovery to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by BNSF of 2nd request for production to Continental Casualty Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of OneBeacon's discovery to debtors and Kaneb Pipeline | 0.10 | TJT |
| Jan-25-09 | *Case Administration* - Review Protiviti 17th Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Byington of discovery to certain plan proponents, CNA and MMC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Mary Doney to certain plan proponents and CNA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by K. White to certain plan proponents and Arrowood Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery of Libby Claimants' request for admissions to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's request for production to Kaneb Pipeline | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's 2nd request for production to debtors | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's 2nd request for admissions to debtors | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review matters on agenda for 1/26/09 hearing | 1.20 | TJT |
| Jan-26-09 | *Case Administration* - e-mail from D. Primack re OneBeacon discovery requests | 0.10 | LLC |
| | *Case Administration* - 1/14 and 1/26/09 hearings follow-up | 0.30 | SGW |
| | *Case Administration* - Review Holme Roberts Sept. Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 1.20 | TJT |
| | *Hearings* - Confer with S. Weiler re 1/26/09 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of request for production to plan proponents by D. Benefield and Y. Cannon | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of various discovery by E. Biladeau and R. Barnes to PI Committee | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Notice of Service of various discovery on plan proponents by D. Shea and L. Thom | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's objection and responses to debtors' phase I request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's objection and responses to Arrowood's request for admissions | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review E. Byington's various discovery to various parties | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re revised plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised second amended plan CMO | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 1/14/09 hearing transcript re plan issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from D. Cohn re second amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review M. Doney discovery to various parties | 0.40 | TJT |
| | *Case Administration* - download 1/14/09 hearing transcript | 0.10 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | LC |
| Jan-27-09 | *Fee Applications, Others* - Review Bilzin Dec. 08 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review order re debtors' motion re Maricopa County | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review BMC Group Aug. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel re corrective order re retention of local counsel for PDFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order denying Libby Claimants' motion to compel responses to second interrogatories | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' first request for admissions to plan proponents with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review discovery by K. White (PI claimant) to various parties | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by State of Montana re phase II discovery to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by CNA in OneBeacon, et al.'s request for admissions and request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re second amended plan CMO and review second amended plan CMO | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's revised Dec. prebill | 0.20 | TJT |
| | *Case Administration* - determine allocation of 1/23/09 payment by debtor, update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.10 | MH |
| | *Fee Applications, Others* - e-mail to and from L. Flores re expense | 0.10 | MH |

| | | | |
|---|---|---|---|
| | discrepancy re Dec. 08 Fee Application | | |
| Jan-28-09 | *Fee Applications, Applicant* - Review Dec. 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re debtors' objection to Mass. Dept. of Revenue claims and 25th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Confer with law clerk re removal of Scott's Adv. from list of status memos | 0.10 | TJT |
| | *Case Administration* - Review PSZJ Nov. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with paralegal re Bilzin Dec. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting tomorrow | 0.10 | TJT |
| | *Hearings* - Review 1/26/09 hearing notes | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review D. Shae and L. Thoms' discovery to plan proponents | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re summary of current versions of PD trust documents | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Research re assignment of insurance policies and rights to PI trust | 0.70 | TJT |
| | *Fee Applications, Others* - download, review and revise Bilzin's Dec. 08 Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Dec. 08 Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Dec. prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Dec. 08 invoice; prepare Notice, Fee Application and Certificate of Service re same | 1.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Dec. 08 Fee Application | 0.40 | MH |
| Jan-29-09 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | RSM |
| | *Case Administration* - Review Olgivey Reneault Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review document filed by government in Montana criminal action | 0.40 | TJT |
| | *Case Administration* - Review Kramer Levine Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - e-mail to S. Baena re second amended plan CMO | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting today | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review G. Benefield and Y. Cannon's discovery to plan proponents | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review E. Biladeau and R. Barnes' discovery to PI Committee | 0.30 | TJT |
| Jan-30-09 | *Case Administration* - Review notice of address change and forward to | 0.10 | LLC |

| | | | |
|---|---|---:|---|
| | paralegal | | |
| | *Case Administration* - 1/14/09 hearing follow-up re revised transcript | 0.20 | SGW |
| | *Case Administration* - Review BIR Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address for C. Zweifach and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review affidavit of F. Gassler | 0.10 | TJT |
| | *Case Administration* - Review debtors' notice of 30th quarterly settlements with attachments | 0.40 | TJT |
| | *Case Administration* - Review debtors' notice 30th quarterly asset sales | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's Nov. and Dec. Fee Applications | 0.10 | TJT |
| | *Plan and Disclosure Statement* - e-mail from J. Sakalo re second amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights to PI trust | 0.50 | TJT |
| | *Plan and Disclosure Statement* - e-mail from S. Baena re revised PD plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 1/29/09 draft of revised ZAI guaranty agreement | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review 1/29/09 draft of revised PD guaranty agreement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review second amended plan CMO and attention to numerous deadlines and requirements | 1.00 | TJT |
| | *Plan and Disclosure Statement* - e-mail from S. Baena re revised disclosure statement and revise PD trust agreement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of UCC's first request for production to debtors | 0.10 | TJT |
| Jan-31-09 | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Blackstone 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery and Tri Angeli Dec. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review TPT Dec. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 1/29/09 draft of PD deferred payment agreement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review 1/30/09 draft of disclosure statement | 1.80 | TJT |
| | | | |
| | Totals | **105.20** | |

### DISBURSEMENTS

| | | | |
|---|---|---:|---|
| Jan-01-09 | Photocopy Cost | 0.50 | |
| | Photocopy Cost | 0.90 | |
| | Photocopy Cost | 2.90 | |
| Jan-02-09 | Blue Marble - rush delivery  (Inv #10834) | 28.00 | |

| Date | Description | Amount |
|---|---|---|
| | Wilmington Trust Co. - court call hearing - 11/24/08 | 148.50 |
| | Wilmington Trust Co. - court call hearing - 11/14/08 | 70.50 |
| Jan-04-09 | Photocopy Cost | 2.50 |
| Jan-05-09 | Photocopy Cost | 2.70 |
| | Photocopy Cost | 1.20 |
| | Blue Marble - deliveries  (Inv #10792) (12/1/08, 12/2/08 12/3/08; 12/5/08) | 68.50 |
| Jan-06-09 | J & J Court Transcribers - Deposition Transcript | 712.95 |
| | Blue Marble -  copies - 4.50; service - 11.60  (Inv #29545) | 16.10 |
| Jan-07-09 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 1.80 |
| | Blue Marble - copies - 3.00; service - 11.60 (Inv # 29551) | 14.60 |
| Jan-08-09 | Pacer Service Center - 10/1/08 - 12/31/08  (RSM) Acct # FJ0091 | 35.04 |
| Jan-09-09 | J & J Court Transcribers - Transcript | 257.05 |
| | Blue Marble - copies - 9..00; service - 12.00 (Inv #30234) | 21.00 |
| Jan-11-09 | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.60 |
| Jan-12-09 | Photocopy Cost | 4.70 |
| | Photocopy Cost | 1.30 |
| | Blue Marble - copies - 9.00; service - 11.60 (Inv #30248) | 20.60 |
| Jan-13-09 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| Jan-15-09 | Photocopy Cost | 5.00 |
| | Blue Marble - copies - 4.50; service - 11.60 (Inv #30246) | 16.10 |
| Jan-16-09 | Photocopy Cost | 2.70 |
| Jan-17-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.70 |
| Jan-18-09 | Photocopy Cost | 2.10 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.60 |
| | Photocopy Cost | 2.70 |
| | Photocopy Cost | 3.00 |
| | Photocopy Cost | 5.80 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 3.80 |
| Jan-19-09 | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 3.00 |
| Jan-20-09 | Photocopy Cost | 0.90 |
| Jan-21-09 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 2.60 |
| | Photocopy Cost | 1.40 |
| | Blue Marble Inv #.10924 (1/23 and 1/24 deliveries) | 56.00 |
| Jan-25-09 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.30 |

**Invoice No. 30016**                    **Page 16 of 16**                    **March 4, 2009**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 0.90 |
| Jan-26-09 | Photocopy Cost | 0.80 |
| Jan-27-09 | Photocopy Cost | 1.60 |
| Jan-28-09 | Photocopy Cost | 14.10 |
|  | Photocopy Cost | 1.60 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.90 |
|  | Photocopy Cost | 2.70 |
|  | Wilmington Trust - 12/15/08 Courtcall hearing charge | 109.50 |
|  | Pacer Service Center - 10/1/08 - 12/31/08  Acct # FJ0093 | 40.96 |
| Jan-29-09 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 2.60 |
|  | Photocopy Cost | 0.70 |
| Jan-31-09 | Photocopy Cost | 5.90 |
|  | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 5.30 |
|  | Totals | $1,741.50 |

**Total Fees & Disbursements**                    **$31,056.00**

**Balance Due Now**                    **$31,056.00**