# EXHIBIT A

## Case Administration (11.00 Hours; $ 3,135.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $840 | 756.00 |
| James P. Wehner | .60 | $495 | 297.00 |
| Michael C. Greene | 4.50 | $235 | 1,057.50 |
| Eugenia Benetos | 5.00 | $205 | 1,025.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/05/09 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 01/11/09 | PVL | 840.00 | 0.20 | Review 17 miscellaneous filings. |
| 01/12/09 | PVL | 840.00 | 0.20 | Review 19 miscellaneous filings. |
| 01/13/09 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 01/16/09 | PVL | 840.00 | 0.10 | Review agenda. |
| 01/21/09 | PVL | 840.00 | 0.10 | Review 12 miscellaneous filings. |
| 01/21/09 | EB | 205.00 | 0.50 | Review, classify, and annotate relevant material concerning conference call minutes. |
| 01/26/09 | EB | 205.00 | 0.50 | Review, classify, and annotate relevant material concerning Grace minutes for EI. |
| 01/27/09 | PVL | 840.00 | 0.10 | Review 21 miscellaneous filings. |
| 01/29/09 | MCG | 235.00 | 4.50 | Per JAL, review, revise and make necessary updates to previously created chronological chart/timeline reflecting key dates and deadlines as identified in the Second Amended CMO. |
| 01/29/09 | EB | 205.00 | 2.00 | Perform review of Court docket re: plan documents. Create and update filing and save in our system. |
| 01/30/09 | JPW | 495.00 | 0.60 | Review LTC pleadings |
| 01/30/09 | EB | 205.00 | 2.00 | Review, classify, and annotate relevant material concerning conference call minutes. Review EI's edits. Create blackline and email to co counsel for distribution. (1) Perform review of Court docket re: |

{D0147872.1 }

          plan documents. Create and update filing and save in our system. (1)

**Total Task Code .04          11.00**

**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 252.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $840 | 252.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/21/09 | PVL | 840.00 | 0.30 | Review Anderson mem. CA3 brief. |

**Total Task Code .05          .30**

**Committee, Creditors', Noteholders' or Equity Holders' (2.30 Hours; $ 2,116.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.30 | $920 | 2,116.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/20/09 | EI | 920.00 | 0.80 | T/cs ACM and PVNL re: prep for Committee call (.5); memo to Committee (.3). |
| 01/22/09 | EI | 920.00 | 0.50 | Prep for Committee call (.5). |
| 01/22/09 | EI | 920.00 | 0.30 | Memos re: XBT prep (.3). |
| 01/23/09 | EI | 920.00 | 0.70 | Committee call re: TDP (.6); t/c ACM re: issues (.1). |

**Total Task Code .07          2.30**

**Fee Applications, Applicant (4.00 Hours; $ 1,632.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.50 | $530 | 1,325.00 |
| Eugenia Benetos | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/08/09 | RCT | 530.00 | 0.50 | Address fee issue (.5) |
| 01/09/09 | RCT | 530.00 | 0.50 | Review prebills (.5) |
| 01/13/09 | RCT | 530.00 | 1.00 | Review fee application exhibits (1.0) |
| 01/23/09 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 01/26/09 | RCT | 530.00 | 0.50 | Review filed fee applications (.5) |
| 01/27/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |

**Total Task Code .12      4.00**


**Litigation and Litigation Consulting (207.60 Hours; $ 116,466.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 7.60 | $920 | 6,992.00 |
| Walter B. Slocombe | 6.60 | $720 | 4,752.00 |
| Bernard Bailor | 101.50 | $630 | 63,945.00 |
| Nathan D. Finch | 43.40 | $610 | 26,474.00 |
| Jeffrey A. Liesemer | .20 | $495 | 99.00 |
| James P. Wehner | .60 | $495 | 297.00 |
| Adam L. Vangrack | 6.70 | $360 | 2,412.00 |
| Andrew J. Sackett | 34.00 | $295 | 10,030.00 |
| David B. Smith | 2.50 | $235 | 587.50 |
| Marissa A. Fanone | 4.50 | $195 | 877.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/01/09 | BSB | 630.00 | 4.10 | Read Whitehouse report |
| 01/01/09 | NDF | 610.00 | 3.00 | Read Whitehouse and Spear reports. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/01/09 | AJS | 295.00 | 0.50 | Preparation of Objection to Motion to Compel. |
| 01/02/09 | BSB | 630.00 | 3.30 | Work on Whitehouse report exhibit |
| 01/02/09 | EI | 920.00 | 3.00 | Work on draft brief and t/cs NDF re: same (3.0). |
| 01/02/09 | NDF | 610.00 | 6.90 | Read and outline Spear and Frank reports in detail and begin reference review and Whitehouse backup materials review (6.1); teleconference with Heberling re Grace (0.1); emails to ER re trial brief issues (0.5); teleconference with EI re same (0.2). |
| 01/02/09 | AJS | 295.00 | 0.20 | Supervision of MAF's preparation of copies of expert materials. |
| 01/02/09 | AJS | 295.00 | 4.80 | Preparation of Opposition to Libby Claimants' Motion to Compel Interrogatory Responses. |
| 01/03/09 | BSB | 630.00 | 2.90 | Read Frank report |
| 01/03/09 | WBS | 720.00 | 1.20 | Initial read of Spear report (0.7); note to NDF re next steps re plan for meeting Libby Claimants (LC) objections (0.5). |
| 01/03/09 | AJS | 295.00 | 2.80 | Preparation of opposition to Libby Motion to Compel Debtor; preparation of Response to Libby interrogatories to plan proponents. |
| 01/04/09 | WBS | 720.00 | 2.30 | Prepare detailed notes re Spear report and issues for his deposition. |
| 01/04/09 | AJS | 295.00 | 2.50 | Legal research regarding contention interrogatories. |
| 01/05/09 | BSB | 630.00 | 6.90 | Review medical articles (4.9); read Spencer report (2.0) |
| 01/05/09 | EI | 920.00 | 1.80 | Draft brief section (1.5); memos re: XBT issues (.3). |
| 01/05/09 | NDF | 610.00 | 7.20 | Read and carefully review Whitehouse report and references (5.6); teleconference with FCR counsel re interrogatory answers to discovery (1.0); emails to Hurford re order and TDP issues (0.6). |
| 01/05/09 | AJS | 295.00 | 0.80 | Legal research regarding contention interrogatories and preparation of research summary. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/05/09 | AJS | 295.00 | 2.00 | Preparation of Response to Motion to Compel Debtor. |
| 01/05/09 | AJS | 295.00 | 1.00 | Preparation of interrogatory responses. |
| 01/05/09 | MAF | 195.00 | 4.50 | Prepare binders for Spear, Frank and White House expert reports and exhibits for attorney review (3.0); prepare Fedex shipment of Spear expert materials for W. Longo (1.0); create files for Welch and Longo expert reports and exhibits for N. Finch (.5). |
| 01/06/09 | BSB | 630.00 | 8.10 | Work on outline for rebuttal reports (5.3); continue work on deposition preparation (2.8) |
| 01/06/09 | EI | 920.00 | 0.20 | Memos re: interrogatories. |
| 01/06/09 | NDF | 610.00 | 6.70 | Edit responses to Libby Claimants' motions to compel (2.0); review Whitehouse backup materials (3.5); review responses to motions to compel sent by various law firms and comment on same (0.5); review Horkovich memo re coverage case (0.1); email re same (0.1); prepare responses to Libby interrogatories (0.5). |
| 01/06/09 | DBS | 235.00 | 2.50 | Cite check brief. |
| 01/06/09 | AJS | 295.00 | 9.70 | Phone call with DBS regarding cite check of ACC opposition to Libby Motion to Compel (0.1); review and revision of Libby Motion to Compel (0.5); legal research regarding Creditors Committee and preparation and review of emails to and from NDF and JAL regarding same. (0.8); preparation of responses to Libby interrogatories to plan proponents and preparation of emails to JAL regarding same. (8.3). |
| 01/07/09 | BSB | 630.00 | 8.50 | Conference with NDF (0.4); telephone conference with Welch and NDF (0.7); read various motion papers (3.3); continue work on depositions (4.1) |
| 01/07/09 | NDF | 610.00 | 4.00 | Teleconference with Welch re rebuttal report (0.7); confer with BSB re Whitehouse (0.5); teleconference with Peterson re report for confirmation (0.4); respond to fee auditor inquiry (0.2); email to ACC member re Libby motion to compel (0.4); review Whitehouse report notes (0.3); review medical literature - EPA SAB report (0.5); final edit and review of response to motion to compel (1.0). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/07/09 | AJS | 295.00 | 0.20 | Meeting with NDF regarding interrogatories to ACC. |
| 01/08/09 | BSB | 630.00 | 6.30 | Review pleadings (Motion to Compel) (1.3); pleadings - scheduling (0.4); work on deposition preparation (4.6) |
| 01/08/09 | EI | 920.00 | 1.20 | Read materials on new NY insurance decision and memo (.3); read Scotts etc. materials and memo (.3); edited brief draft (.5); memo to NDF, et al. (.1). |
| 01/08/09 | NDF | 610.00 | 3.60 | Draft responses to ACC interrogatory answers (2.8); emails to Horkovich re insurance issues (0.5); emails to FCR re plan issues (0.3). |
| 01/09/09 | BSB | 630.00 | 5.40 | Work on expert matters - review medical records |
| 01/09/09 | NDF | 610.00 | 1.90 | Review draft case management order and email to Baer re same (0.5); draft responses to interrogatories to ACC (1.4). |
| 01/10/09 | EI | 920.00 | 0.30 | Read 3d Cir. Daubert decision. |
| 01/12/09 | EI | 920.00 | 0.60 | Review of status and EI testimony issues with NDF (.5); review of Swett's issues (.1). |
| 01/12/09 | NDF | 610.00 | 2.20 | Teleconference with plan parties re CMO (0.7); teleconference with PVNL and Friedman re insurance issues (0.5); review proposed CMO (0.3); email to Bernick re Libby issues (0.2); review EI testimony (0.5). |
| 01/12/09 | JAL | 495.00 | 0.20 | Telephone call with PVNL regarding responses to discovery requests. |
| 01/13/09 | EI | 920.00 | 0.20 | T/c NDF and memo re: memos on NY insurance decision (.2). |
| 01/13/09 | NDF | 610.00 | 2.00 | Confirmation Hearing prep. |
| 01/13/09 | ALV | 360.00 | 3.50 | Review of correspondence, pleadings, and discovery requests. |
| 01/13/09 | AJS | 295.00 | 0.30 | Review of emails from NDF and JAL regarding Libby Claimants' Interrogatories and preparation of emails regarding same. |
| 01/13/09 | AJS | 295.00 | 3.00 | Preparation of objections and answers to Libby Claimant's Second Interrogatories to ACC. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/14/09 | NDF | 610.00 | 1.00 | Respond to emails re discovery issues. |
| 01/14/09 | ALV | 360.00 | 2.30 | Review of discovery requests and expert reports. |
| 01/14/09 | AJS | 295.00 | 0.20 | Phone call with NDF regarding answers to Libby claimants' interrogatories. |
| 01/14/09 | AJS | 295.00 | 1.00 | Preparation of answers to Libby claimants' interrogatories. |
| 01/15/09 | AJS | 295.00 | 0.30 | Preparation of answers to Libby claimants' interrogatories; preparation and review of e-mails to and from PVNL regarding same. |
| 01/16/09 | BSB | 630.00 | 7.20 | Read medical articles cited in expert report (3.2); deposition preparation (Libby experts) (4.0) |
| 01/16/09 | AJS | 295.00 | 1.20 | Review of objections and answers to Libby claimants' interrogatories; e-mails and phone call with PVNL and JAL regarding same. |
| 01/18/09 | AJS | 295.00 | 1.50 | Revision of objections and answers to Libby claimants' interrogatories to ACC. |
| 01/19/09 | BSB | 630.00 | 1.20 | Read updated medical articles |
| 01/19/09 | AJS | 295.00 | 0.20 | Review of e-mails from PVNL and JAL with NDF regarding objections and answers to Libby claimants interrogatories to ACC. |
| 01/20/09 | EI | 920.00 | 0.10 | Memo re: testimony prep (.1). |
| 01/21/09 | BSB | 630.00 | 5.90 | Continue work on deposition preparation |
| 01/21/09 | WBS | 720.00 | 1.00 | E-mails re scheduling (0.1); review outline of potential EI testimony (0.6), and telephone conference with NDF re same (0.3). |
| 01/21/09 | NDF | 610.00 | 1.00 | Emails to co-counsel re case issues. |
| 01/21/09 | JPW | 495.00 | 0.60 | Review LTC motion to dismiss |
| 01/21/09 | AJS | 295.00 | 1.60 | Revision of objections and answers to Libby claimants' interrogatories to ACC. |
| 01/22/09 | BSB | 630.00 | 5.90 | Analyze deposition exhibits - Whitehouse |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/22/09 | AJS | 295.00 | 0.10 | Review of e-mail from JAL regarding objections and answers to Libby claimants interrogatories and preparation of e-mail to JAL regarding same. |
| 01/22/09 | AJS | 295.00 | 0.10 | Revision of objections and answers to Libby claimants' interrogatories. |
| 01/23/09 | BSB | 630.00 | 6.40 | Continue working on confirmation matters (Libby Claimants) |
| 01/23/09 | NDF | 610.00 | 1.00 | Read Libby claimants' new discovery (0.5); exchange emails re same (0.5). |
| 01/23/09 | ALV | 360.00 | 0.90 | Review recent pleadings and discovery materials. |
| 01/26/09 | BSB | 630.00 | 4.90 | Analysis of Steven Haber rebuttal reports |
| 01/26/09 | NDF | 610.00 | 2.20 | Confirmation hearing trial prep - attention to EI and Peterson and Libby issues. |
| 01/27/09 | BSB | 630.00 | 6.80 | Continue analysis of Haber reports - review cited medical literature; work on Whitehouse exam |
| 01/28/09 | BSB | 630.00 | 5.80 | Continue work on Whitehouse |
| 01/29/09 | BSB | 630.00 | 5.20 | Deposition preparation |
| 01/29/09 | WBS | 720.00 | 1.00 | Review witness plan and other documents for strategy session with EI on February 2. |
| 01/29/09 | WBS | 720.00 | 1.10 | Prepare for New York meeting re overall strategy. |
| 01/29/09 | NDF | 610.00 | 0.70 | Review CMO and send to expert (0.2); exchange emails re meeting to prep EI for testimony (0.5). |
| 01/30/09 | BSB | 630.00 | 6.70 | Research criminal case (0.4); expert witness preparation (6.3) |
| 01/30/09 | EI | 920.00 | 0.20 | T/c NDF re: Libby issue (.1); memo re: Case Management Order (.1). |

**Total Task Code.16        207.60**

**Plan & Disclosure Statement (154.20 Hours; $ 98,530.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 4.70 | $920 | 4,324.00 |
| Peter Van N. Lockwood | 54.20 | $840 | 45,528.00 |
| Ann C. McMillan | 17.70 | $580 | 10,266.00 |
| Jeffrey A. Liesemer | 77.60 | $495 | 38,412.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/09 | PVL | 840.00 | 0.60 | Review email and reply (.1); confer NDF (.2); review US obj re ZAI class cert (.1); review Travelers POR objs and RFAs (.2). |
| 01/02/09 | JAL | 495.00 | 0.10 | Reviewed e-mails from NDF regarding draft brief responding to confirmation objections. |
| 01/03/09 | PVL | 840.00 | 1.70 | Review Spear report (.5); review Whitehouse report (1.2). |
| 01/04/09 | PVL | 840.00 | 1.30 | Review Frank report (.3); review Welch report (.5); review Longo report (.4); review email (.1). |
| 01/05/09 | PVL | 840.00 | 3.10 | Teleconference Frankel, Wyron, Guy, Felder, NDF and JAL (.8); review email and reply (.6); teleconference Freedman (.5); review Arrowood RFAs to FCR and email Guy et al (.3); review multiple insurer POR objs and discovery requests (.9). |
| 01/05/09 | EI | 920.00 | 0.20 | Memo Portner/Frankel to set up conference (.2). |
| 01/05/09 | JAL | 495.00 | 0.80 | Conference call with PVNL, NDF, and FCR's counsel regarding confirmation-related discovery issues. |
| 01/05/09 | JAL | 495.00 | 8.30 | Drafted and revised opposition to Libby Claimants' motion to compel. |
| 01/05/09 | JAL | 495.00 | 1.70 | Revisions and editing to opposition to Libby Claimants' motion to compel responses to interrogatories. |
| 01/05/09 | JAL | 495.00 | 0.10 | Reviewed draft of ACC response to Libby Claimants' motion to compel production of documents. |
| 01/06/09 | PVL | 840.00 | 4.20 | Review multiple ins POR objs and discovery requests (1.5); review email and reply (.6); review |

| | | | | |
|---|---|---|---|---|
| | | | | drafts of ACC opposition to Libby cls motion to compel and email comments re same (.9); teleconference Freedman (.1); review UCC and BNSF objs to Grace des of issues (.2); review revised TDP provisions and email Wyron et al (.4); review Parsons draft oppositions to Libby cls and email comments (.5) |
| 01/06/09 | ACM | 580.00 | 0.50 | Exchange e-mails with NDF re TDP issues. |
| 01/06/09 | JAL | 495.00 | 0.90 | Further revisions and editing to opposition to Libby Claimants' motion to compel answers to interrogatories. |
| 01/06/09 | JAL | 495.00 | 0.20 | E-mail exchanges regarding comments on draft opposition to Libby Claimants' motion to compel. |
| 01/06/09 | JAL | 495.00 | 2.50 | Drafted and revised response to Libby Claimants' motion to compel document requests. |
| 01/06/09 | JAL | 495.00 | 1.50 | Further revisions and editing to opposition to Libby Claimants' motion to compel answers to interrogatories. |
| 01/07/09 | PVL | 840.00 | 1.10 | Review email and reply (.3); review draft TDP revisions and email Wyron et al (.3); teleconference Bernick, Freedman, Boll, Sakalo et al (.5). |
| 01/07/09 | EI | 920.00 | 1.90 | Edwards judgment issues: file review (.5); t/c Frankel (.3); t/c Portner and Frankel (1.0); t/c Frankel (.1). |
| 01/07/09 | ACM | 580.00 | 0.90 | Review proposed TDP language re Scotts/BNSF claims and exchange e-mails with R. Wyron re same. |
| 01/07/09 | JAL | 495.00 | 2.30 | Review and analysis of materials relating to discovery requests served by insurers. |
| 01/07/09 | JAL | 495.00 | 0.20 | E-mail exchanges with NDF and M. Hurford regarding documents to be filed with the Court today. |
| 01/07/09 | JAL | 495.00 | 1.50 | Revised, edited, and finalized drafts of responses to motions to compel to be filed today in connection with the confirmation proceeding. |
| 01/08/09 | JAL | 495.00 | 0.30 | Drafted e-mail to NDF and SKL regarding confirmation-related discovery requests. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/08/09 | JAL | 495.00 | 2.10 | Drafted and revised ACC's objections and answers to Libby Claimants' interrogatories propounded on Plan Proponents. |
| 01/08/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from J. Baer regarding developments and confirmation scheduling. |
| 01/08/09 | JAL | 495.00 | 0.30 | Office conference with NDF regarding confirmation-related issues. |
| 01/08/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF regarding draft of revised schedule for confirmation proceeding. |
| 01/09/09 | JAL | 495.00 | 2.10 | Further drafting and revisions to answers to interrogatories propounded by Libby Claimants on Plan Proponents. |
| 01/09/09 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to confirmation discovery. |
| 01/09/09 | JAL | 495.00 | 2.00 | Further revisions and editing to draft answers to interrogatories propounded by Libby Claimants on Plan Proponents. |
| 01/09/09 | JAL | 495.00 | 0.20 | E-mail exchanges with NDF regarding confirmation-related discovery responses. |
| 01/10/09 | JAL | 495.00 | 1.10 | Further drafting and revisions to ACC's answers to Libby Claimants' interrogatories propounded on Plan Proponents. |
| 01/11/09 | PVL | 840.00 | 2.40 | Review Royal term sheet and Horkovich email (.2); teleconference Horkovich (.6); review Pinela v. Ford opinion (.3); prep for 1/14 hearing (.2); review email (.4); review drafts of revised CMO (.2); review EI draft testimony and reply (.3); review Wyron TDP revisions and reply (.2). |
| 01/12/09 | PVL | 840.00 | 3.80 | Review FFIC RFAs (.5); review email and reply (.2); review verdict info (.1); teleconference Wyron (.2); teleconference Freedman and Wyron (.2); review NDF memo re Whitehouse (.2); email EI re TDP revisions (.2); teleconference Horkovich (.2); review draft ACC resps to Libby Cls rogs (.4); teleconference Freedman, Baer and NDF re CMO (.3); confer NDF (.2); confer JAL re draft responses |

| | | | | |
|---|---|---|---|---|
| | | | | to rogs (.3); review draft ACC resps to Libby rogs to ACC (.3); review CNA disc requests (.3); review FFIC POR objs (.2). |
| 01/12/09 | ACM | 580.00 | 0.80 | Review TDP and Trust Agreement status and exchange e-mails with PVNL, R. Wyron re same. |
| 01/12/09 | JAL | 495.00 | 0.90 | Reviewed and edited draft answers to Libby Claimants' interrogatories to PI Committee. |
| 01/12/09 | JAL | 495.00 | 0.50 | Review and analysis of memo from EI regarding arguments in response to confirmation objections. |
| 01/12/09 | JAL | 495.00 | 3.70 | Review and analysis of discovery requests served on plan proponents. |
| 01/13/09 | PVL | 840.00 | 3.40 | Review Bank Lender CMO obj (.1); review draft section 382 term sheet (.2); teleconference EI re TDP revisions (1); review email (.2); teleconference Horkovich (.4); prep for hearing (.5); review revised draft ACC rog answers to Libby Cls (.2); review Horkovich and NDF email re Keasbey opinion and reply (.2); review revised CMO (.1); confer Frankel (.5). |
| 01/13/09 | EI | 920.00 | 1.00 | T/c PVNL re: Scotts / BNSF TDP amendment issues (1.0). |
| 01/13/09 | ACM | 580.00 | 0.40 | Exchange e-mails with PVNL, R. Wyron, D. Turetsky re TDP and Trust Agreement. |
| 01/13/09 | JAL | 495.00 | 3.50 | Further drafting and revisions to answers to Libby claimants' interrogatories propounded on the Plan Proponents. |
| 01/13/09 | JAL | 495.00 | 2.70 | Review and analysis of confirmation-related discovery requests served on PI Committee and Plan Proponents. |
| 01/13/09 | JAL | 495.00 | 1.20 | Review and analysis of preliminary plan objections. |
| 01/14/09 | PVL | 840.00 | 6.60 | Prep for hearing (.7); attend hearing (5.2); confer Rich (.5); review email (.2). |
| 01/14/09 | EI | 920.00 | 0.60 | Edwards judgment matters and setting up call (.2); NY insurance decision matters (.2); t/c PVNL re: hearing results (.1); memo ACM re: TDP issues (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/14/09 | JAL | 495.00 | 5.10 | Telephonic appearance at Grace hearing regarding disclosure statement and confirmation-related discovery issues. |
| 01/15/09 | PVL | 840.00 | 1.10 | Review email and reply (.6); review Bernick email and reply (.2); review draft rog resps (.1); review revised CMO and email Baer et al (.2). |
| 01/15/09 | EI | 920.00 | 0.10 | Review of pvnl memo re: TDP revisions. |
| 01/15/09 | ACM | 580.00 | 1.40 | Review open TDP issues and send e-mails to PVNL, EI, R. Wyron re same. |
| 01/16/09 | PVL | 840.00 | 3.50 | Teleconference Esayian, Baer, Mehaley, Felder, Horkovich and JAL (1.3); review draft Hurford memo and email comments (.4); review revised discovery chart and email JAL re same (.2); review draft ACC resps to Libby rogs and email NDF et al (.7); confer WBS (.1); review revised drafts of CMO (.1); teleconference JAL and AJS re rog resps. (.3); review draft stip and email Cohn et al re same (.4). |
| 01/16/09 | JAL | 495.00 | 1.30 | Tele. conf. w/PVNL, R. Horkovich, and counsel for debtors and FCR re: confirmation-related discovery issues. |
| 01/16/09 | JAL | 495.00 | 0.30 | Reviewed and commented on draft interrogatory answers prepared by AJS. |
| 01/16/09 | JAL | 495.00 | 0.40 | Tele. call w/PVNL and AJS re: confirmation-related discovery. |
| 01/16/09 | JAL | 495.00 | 0.30 | Tele. call w/AJS re: comments on his draft interrogatory answers. |
| 01/19/09 | PVL | 840.00 | 2.40 | Review email and reply (.5); review Horkovich letter to Home (.1); review revised draft DPA (.2); review draft PI/PC inter-creditor agmt (.5); review draft PD trust agmt (.4); review FFIC doc requests (.4); review FFIC rogs (.3). |
| 01/19/09 | EI | 920.00 | 0.70 | Various messages re: TDP finalization (.5); memo to ACM (.1); memo to PVNL re: schedule (.1). |
| 01/19/09 | ACM | 580.00 | 0.80 | Exchange e-mails with PVNL, EI re TDP (.3); revise TDP (.5). |
| 01/19/09 | JAL | 495.00 | 0.70 | Reviewed and provided comments on revised draft of answers to Libby interrogatories to the Committee. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/20/09 | PVL | 840.00 | 0.10 | Review email. |
| 01/20/09 | ACM | 580.00 | 2.50 | Draft memo to Committee re TDP (1.0); teleconference EI re TDP and memo to Committee re same (.4); revise TDP (1.1). |
| 01/21/09 | PVL | 840.00 | 5.20 | Review email and reply (.7); review revised POR drafts (.7); review revised CMO (.1); review revised draft TDP and ACM memos (.5); confer ACM (.4); review COC re CMO (.1); teleconference Healey, Guy and Horkovich (1); review revised draft DS (.8); teleconference Wyron (.6); review revised draft resps to Libby rogs and email AJS (.3). |
| 01/21/09 | EI | 920.00 | 0.20 | T/cs ACM re: call issues. |
| 01/21/09 | ACM | 580.00 | 3.10 | Revise TDP and memo to Committee re same (2.2); conference and e-mail exchanges with PVNL re same (.7); review proposed change to Cooperation Agreement (.2). |
| 01/21/09 | JAL | 495.00 | 2.30 | Revisions and editing to objection and answers to Libby Claimants' interrogatories. |
| 01/21/09 | JAL | 495.00 | 0.30 | Review and analysis of revised CMO governing pretrial and discovery proceedings in connection with plan confirmation. |
| 01/21/09 | JAL | 495.00 | 2.00 | Review and analysis of revised plan of reorganization and disclosure statement. |
| 01/21/09 | JAL | 495.00 | 0.20 | Drafted memo to AJS re: draft answers to Libby interrogatories. |
| 01/21/09 | JAL | 495.00 | 0.20 | Reviewed revised draft of plan voting and solicitation procedures. |
| 01/21/09 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to discovery in plan confirmation proceeding. |
| 01/21/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: comments on revised draft of disclosure statement. |
| 01/21/09 | JAL | 495.00 | 0.20 | Reviewed latest proposed revisions to TDP. |
| 01/22/09 | PVL | 840.00 | 1.70 | Review email and reply (.6); teleconference Cohn and Candon (.8); review revised voting notice. (.3). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/22/09 | ACM | 580.00 | 1.10 | Revise Cooperation Agreement and send e-mail to working group re same (.8); send e-mail to FCR counsel re TDP (.3). |
| 01/22/09 | JAL | 495.00 | 1.20 | Further editing and revisions to draft objections and answers to Libby Claimants' second interrogatories. |
| 01/22/09 | JAL | 495.00 | 0.50 | Drafted and revised proposed order denying Libby Claimants' motion to compel. |
| 01/22/09 | JAL | 495.00 | 1.10 | Review and analysis of materials relating to confirmation-related discovery requests. |
| 01/22/09 | JAL | 495.00 | 0.80 | Further review and analysis of revised Disclosure Statement. |
| 01/22/09 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: proposed order denying Libby Claimants' motion to compel. |
| 01/22/09 | JAL | 495.00 | 0.70 | Drafted and revised e-mail to PVNL re: discovery issues in connection with confirmation. |
| 01/22/09 | JAL | 495.00 | 0.60 | Drafted and revised e-mail to PVNL and co-counsel re: discovery issues in connection with confirmation. |
| 01/22/09 | JAL | 495.00 | 0.70 | Review and analysis of revised voting and solicitation procedures. |
| 01/22/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/M. Hurford re: proposed form of order denying motion to compel. |
| 01/22/09 | JAL | 495.00 | 0.60 | Review and analysis of materials relating to draft inter-creditor agreement. |
| 01/23/09 | PVL | 840.00 | 1.30 | Teleconference Grace committee (.6); confer ACM (.2); email Bruens (.1); review email and reply (.3); review CNA doc requests (.1). |
| 01/23/09 | ACM | 580.00 | 1.70 | Teleconference R. Wyron re TDP (2.); teleconference PVNL re same (.1); revise TDP and send to Grace (.5); prepare for and participate in telephonic Committee meeting (.9). |
| 01/23/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: confirmation-related issues. |
| 01/23/09 | JAL | 495.00 | 1.80 | Review and analysis of documents relating to draft inter-creditor agreement. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/23/09 | JAL | 495.00 | 0.90 | Review and analysis in draft of deferred payment agreement. |
| 01/23/09 | JAL | 495.00 | 0.50 | E-mail exchanges re: proposed order denying Libby Claimants' motion to compel. |
| 01/23/09 | JAL | 495.00 | 0.20 | Tele. call w/M. Hurford re: COC and proposed order denying motion to compel. |
| 01/23/09 | JAL | 495.00 | 0.20 | Drafted e-mail to PVNL re: issues relating to Monday's court hearing. |
| 01/23/09 | JAL | 495.00 | 0.20 | Tele. call w/R. Wyron re: inter-creditor agreement. |
| 01/24/09 | PVL | 840.00 | 1.10 | Review One Beacon, Montana and MCC disc requests (.5); review Kaneb lift stay motion (.3); review Sealed Air comments re revised POR, DS and PDTA (.3). |
| 01/24/09 | ACM | 580.00 | 1.10 | Review proposed changes to Trust Agreement (.8); exchange e-mails with PVNL, R. Wyron re same (.3). |
| 01/25/09 | PVL | 840.00 | 1.60 | Review Byington, Doney, White, Barnes, Biladeau, Benefield, Cannon and Thorn and Shea discovery requests (1.2); review Grace discovery requests (.2); review email and reply (.1); review POR revisions and email Turetsky et al (.1). |
| 01/25/09 | ACM | 580.00 | 0.10 | Send e-mail to D. Boll re Trust Agreement. |
| 01/26/09 | PVL | 840.00 | 1.90 | Telephonic hearing w/Judge Fitzgerald (1); teleconference Wyron (.2); review email and reply (.1); teleconference Freedman (.1); review Felder disc chart (.1); review revised SIA (.1); review Orrick memo re intercreditor agreement (.3). |
| 01/26/09 | JAL | 495.00 | 1.20 | Appearance at telephonic court hearing. |
| 01/26/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between PVNL and NDF re: confirmation-related discovery. |
| 01/26/09 | JAL | 495.00 | 0.20 | Review and analysis of materials concerning confirmation-related discovery. |
| 01/26/09 | JAL | 495.00 | 0.50 | Review and analysis of recent court submissions. |
| 01/26/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: inter-creditor agreement. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/27/09 | PVL | 840.00 | 1.20 | Confer WBS and NDF (.3); review BNSF disc requests (.2); review FCR draft POR revisions and email Felder (.5); review email and reply (.2). |
| 01/27/09 | JAL | 495.00 | 3.00 | Review and analysis of Intercreditor Agreement. |
| 01/27/09 | JAL | 495.00 | 1.70 | Review and analysis of Cooperation Agreement. |
| 01/27/09 | JAL | 495.00 | 0.30 | Reviewed Sealed Air's comments to Plan and Disclosure Statement. |
| 01/27/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges re: confirmation issues. |
| 01/27/09 | JAL | 495.00 | 0.90 | Reviewed FCR's mark-up of revised plan. |
| 01/27/09 | JAL | 495.00 | 0.30 | Review and analysis of confirmation-related discovery requests. |
| 01/28/09 | PVL | 840.00 | 0.20 | Review email and reply (.1); review revised PD CMO (.1). |
| 01/28/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/R. Wryon re: college defendants' appeal. |
| 01/28/09 | JAL | 495.00 | 0.60 | Review and analysis of recent discovery requests served by plan objectors. |
| 01/28/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/R. Horkovich re: confirmation-related discovery. |
| 01/29/09 | PVL | 840.00 | 2.20 | Review objections' disc requests (.4); review draft disc responses to FFIC rogs (.7); review email and reply (.2); teleconference Baer, Esayian, Running, Guy, Felder and JAL re discovery (.8); review revised disc chart (.1). |
| 01/29/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from AJS re: confirmation-related discovery. |
| 01/29/09 | JAL | 495.00 | 0.10 | Tele. call w/TWS re: college defendants' appeal. |
| 01/29/09 | JAL | 495.00 | 0.60 | Tele. conf. w/PVNL and counsel for the FCR and the debtors re: confirmation-related discovery. |
| 01/30/09 | PVL | 840.00 | 0.40 | Review email. |
| 01/30/09 | ACM | 580.00 | 3.30 | Revise TDP and Trust Agreement (2.5); review proposed changes to Cooperation Agreement (.8). |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/30/09 | JAL | 495.00 | 0.20 | Drafted e-mail to PVNL re: confirmation-related discovery. |
| 01/30/09 | JAL | 495.00 | 1.40 | Review and analysis of revised version of the Plan. |
| 01/31/09 | PVL | 840.00 | 2.10 | Review revised PD TA (.3); review revised SIA (.1); review THAN ins. neutrality stip (.8); email EI (.1); review revised POR and email Boll (.5); review revised FFIC rogs and email Horkovich (.3). |

**Total Task Code .17        154.20**


**Tax Issues (4.00 Hours; $ 1,880.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Neal M. Kochman | 4.00 | $470 | 1,880.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/13/09 | NMK | 470.00 | 1.00 | Review proposed trading restriction |
| 01/15/09 | NMK | 470.00 | 3.00 | Review/analyze trading restriction proposal and provide findings to PVNL |

**Total Task Code .19        4.00**


**Travel – Non Working (7.10 Hours; $ 2,982.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.10 | $420 | 2,982.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/13/09 | PVL | 420.00 | 3.70 | Travel to Pittsburgh. |
| 01/14/09 | PVL | 420.00 | 3.40 | Travel to/from court (.2); return travel to DC (3.2). |

**Total Task Code  .21        7.10**

**Fee Auditor Matters (2.10 Hours; $ 1,113.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.10 | $530 | 1,113.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/07/09 | RCT | 530.00 | 0.70 | Emails AJS/NDF re Fee Auditor inquiry and review reply (.5); conference EI re Fee Auditor Inquiry (.2) |
| 01/09/09 | RCT | 530.00 | 1.00 | Draft response to Fee Auditor (.5); review emails re same (.5) |
| 01/13/09 | RCT | 530.00 | 0.40 | Review PVNL emails and respond re Fee Auditor response (.2); review final of Fee Auditor response (.2) |

**Total Task Code .32        2.10**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,779.20 |
| Air Freight & Express Mail | 33.44 |
| Database Research | 273.64 |
| Local Transportation - DC | 10.00 |
| Meals Related to Travel | 183.62 |
| Postage & Air Freight | 30.72 |
| Professional Fees & Expert Witness Fees | 13,000.00 |
| Research Material | 126.10 |
| Telecopier/Equitrac | 21.30 |
| Travel Expenses - Ground Transportation | 263.00 |
| Travel Expenses - Hotel Charges | 329.46 |
| Xeroxing | 272.40 |
| **Total:** | **$ 16,322.88** |

{D0147872.1 }