**EXHIBIT B**

**Case Administration (11.00 Hours; $ 3,135.50)**

    Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   11.00**

**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 252.00)**

    Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   .30**

**Committee, Creditors', Noteholders' or Equity Holders' (2.30 Hours; $ 2,116.00)**

    Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07   2.30**

**Fee Applications, Applicant (4.00 Hours; $ 1,632.50)**

    Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   4.00**

**Litigation and Litigation Consulting (207.60 Hours; $ 116,466.00)**

    Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16   207.60**

**Plan & Disclosure Statement (154.20 Hours; $ 98,530.00)**

- 2 -

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          154.20**

**Tax Issues (4.00 Hours; $ 1,880.00)**

Services rendered in this category pertain to identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19          4.00**

**Travel – Non Working (7.10 Hours; $ 2,982.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          7.10**

**Fee Auditor Matters (2.10 Hours; $ 1,113.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          2.10**