## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,779.20 |
| Air Freight & Express Mail | 33.44 |
| Database Research | 273.64 |
| Local Transportation - DC | 10.00 |
| Meals Related to Travel | 183.62 |
| Postage & Air Freight | 30.72 |
| Professional Fees & Expert Witness Fees | 13,000.00 |
| Research Material | 126.10 |
| Telecopier/Equitrac | 21.30 |
| Travel Expenses - Ground Transportation | 263.00 |
| Travel Expenses - Hotel Charges | 329.46 |
| Xeroxing | 272.40 |
| **Total:** | **$ 16,322.88** |

{D0147874.1 }