| | | | | | | |
|---|---|---|---|---|---|---|
| **Client Number:  4642** | | **Grace Asbestos Personal Injury Claimants** | | | | Page: 1 |
| **Matter      000** | | **Disbursements** | | | | 2/19/2009 |

Print Date/Time: 02/19/2009  4:37:52PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2009

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 1/26/2009 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$4,759.14

Client Retainers Available          Committed to Invoices:        $0.00     Remaining:        $4,759.14

$3,129,688.18
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,254.89 | 0.00 | 2,254.89 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 3.30 | 0.00 | 3.30 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 38.24 | 0.00 | 38.24 |
| 0187 | NDF | Nathan D Finch | 0.00 | 13,301.79 | 0.00 | 13,301.79 |
| 0204 | AWG | Ann W Geier | 0.00 | 0.40 | 0.00 | 0.40 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 53.90 | 0.00 | 53.90 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.80 | 0.00 | 1.80 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 21.00 | 0.00 | 21.00 |
| 0243 | IH | Iris  Houston | 0.00 | 10.90 | 0.00 | 10.90 |
| 0251 | JO | Joan  O'Brien | 0.00 | 8.60 | 0.00 | 8.60 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 32.50 | 0.00 | 32.50 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 4.60 | 0.00 | 4.60 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 45.70 | 0.00 | 45.70 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 545.26 | 0.00 | 545.26 |
| **Total Fees** | | | **0.00** | **16,322.88** | **0.00** | **16,322.88** |

{D0147875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|---|
| Matter | 000 | Disbursements | 2/19/2009 |

Print Date/Time: 02/19/2009  4:37:52PM

Attn:

Invoice #

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2322917 | Photocopy | E | 01/02/2009 | 0367 | MAF |  | 0.00 | $18.80 |  | 0.00 | $18.80 | 18.80 |
| 2322918 | Photocopy | E | 01/02/2009 | 0367 | MAF |  | 0.00 | $7.20 |  | 0.00 | $7.20 | 26.00 |
| 2322919 | Photocopy | E | 01/02/2009 | 0367 | MAF |  | 0.00 | $4.60 |  | 0.00 | $4.60 | 30.60 |
| 2322920 | Photocopy | E | 01/02/2009 | 0367 | MAF |  | 0.00 | $0.40 |  | 0.00 | $0.40 | 31.00 |
| 2322921 | Photocopy | E | 01/02/2009 | 0367 | MAF |  | 0.00 | $3.70 |  | 0.00 | $3.70 | 34.70 |
| 2323278 | Nathan D. Finch meals while on travel to Chicago, IL, re: Non-Product Exposure Mtg. w/ Kathy Byrne, 12/23/08 - 12/28/08 | E | 01/05/2009 | 0187 | NDF |  | 0.00 | $101.79 |  | 0.00 | $101.79 | 136.49 |
| 2323279 | Nathan D. Finch cab fares for travel to Chicago, IL, re: Non-Product Exposure Mtg. w/ Kathy Byrne, 12/23/08 - 12/28/08 | E | 01/05/2009 | 0187 | NDF |  | 0.00 | $87.00 |  | 0.00 | $87.00 | 223.49 |
| 2323291 | Federal Express Delivery to K.Hemming, 12/22/08 & D.Greve, 12/24/08 (EI) | E | 01/05/2009 | 0120 | EI |  | 0.00 | $33.44 |  | 0.00 | $33.44 | 256.93 |
| 2330414 | Photocopy | E | 01/05/2009 | 0363 | AJS |  | 0.00 | $4.60 |  | 0.00 | $4.60 | 261.53 |
| 2330421 | Photocopy | E | 01/05/2009 | 0054 | WBS |  | 0.00 | $3.30 |  | 0.00 | $3.30 | 264.83 |
| 2330438 | Photocopy | E | 01/05/2009 | 0237 | SRB |  | 0.00 | $3.50 |  | 0.00 | $3.50 | 268.33 |
| 2330483 | Photocopy | E | 01/06/2009 | 0999 | C&D |  | 0.00 | $0.20 |  | 0.00 | $0.20 | 268.53 |
| 2330507 | Photocopy | E | 01/06/2009 | 0237 | SRB |  | 0.00 | $3.20 |  | 0.00 | $3.20 | 271.73 |
| 2330509 | Photocopy | E | 01/06/2009 | 0251 | JO |  | 0.00 | $8.60 |  | 0.00 | $8.60 | 280.33 |

{D0147875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/19/2009 |

Print Date/Time: 02/19/2009  4:37:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2330589 | Photocopy | | E | 01/07/2009 | 0367 | MAF | 0.00 | $1.00 | 0.00 | $1.00 | 281.33 |
| 2330613 | Photocopy | | E | 01/07/2009 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 281.53 |
| 2330642 | Photocopy | | E | 01/07/2009 | 0237 | SRB | 0.00 | $4.40 | 0.00 | $4.40 | 285.93 |
| 2330648 | Photocopy | | E | 01/07/2009 | 0237 | SRB | 0.00 | $2.30 | 0.00 | $2.30 | 288.23 |
| 2330671 | Photocopy | | E | 01/08/2009 | 0220 | SKL | 0.00 | $49.60 | 0.00 | $49.60 | 337.83 |
| 2330673 | Photocopy | | E | 01/08/2009 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 338.23 |
| 2330714 | Photocopy | | E | 01/08/2009 | 0999 | C&D | 0.00 | $2.00 | 0.00 | $2.00 | 340.23 |
| 2330722 | Photocopy | | E | 01/08/2009 | 0999 | C&D | 0.00 | $26.40 | 0.00 | $26.40 | 366.63 |
| 2330732 | Photocopy | | E | 01/08/2009 | 0999 | C&D | 0.00 | $52.80 | 0.00 | $52.80 | 419.43 |
| 2325583 | BostonCoach Corporation -Car Svc. to DCA Airport, 12/15/08 (NDF) | | E | 01/08/2009 | 0187 | NDF | 0.00 | $113.00 | 0.00 | $113.00 | 532.43 |
| 2325585 | Laura S. Welch -Expert Witness for ACC, re: Reports/Rebuttals (NDF) | | E | 01/08/2009 | 0187 | NDF | 0.00 | $13,000.00 | 0.00 | $13,000.00 | 13,532.43 |
| 2330794 | Photocopy | | E | 01/09/2009 | 0220 | SKL | 0.00 | $2.90 | 0.00 | $2.90 | 13,535.33 |
| 2330797 | Photocopy | | E | 01/09/2009 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 13,536.13 |
| 2330928 | Photocopy | | E | 01/12/2009 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 13,537.33 |
| 2330935 | Photocopy | | E | 01/12/2009 | 0204 | AWG | 0.00 | $0.40 | 0.00 | $0.40 | 13,537.73 |
| 2331016 | Photocopy | | E | 01/12/2009 | 0317 | JAL | 0.00 | $7.50 | 0.00 | $7.50 | 13,545.23 |
| 2325726 | Business Card -Bank of America Company Statement, re: Highwire Article for NDF, 12/12/08 (NR) | | E | 01/13/2009 | 0999 | C&D | 0.00 | $15.00 | 0.00 | $15.00 | 13,560.23 |

{D0147875.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/19/2009 |

Print Date/Time: 02/19/2009  4:37:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2325727 | Business Card -Bank of America Company Statement, re: (2) Wiley Interscience Articles for JAL, 12/15/08 (NR) | E | 01/13/2009 | 0999 | C&D | 0.00 | $59.90 | 0.00 | $59.90 | 13,620.13 |
| 2326136 | Petty Cash -O/T Cab Fare to Residence, 1/2/09 (MAF) | E | 01/15/2009 | 0367 | MAF | 0.00 | $10.00 | 0.00 | $10.00 | 13,630.13 |
| 2326622 | Peter Van N. Lockwood Meals for travel to Pittsburgh, PA, re: Hearing, 1/13/09 - 1/14/09 | E | 01/15/2009 | 0020 | PVL | 0.00 | $75.13 | 0.00 | $75.13 | 13,705.26 |
| 2326623 | Peter Van N. Lockwood Omni William Penn 1-Night Lodging Expense for travel to Pittsburgh, PA, re: Hearing, 1/13/09 - 1/14/09 | E | 01/15/2009 | 0020 | PVL | 0.00 | $329.46 | 0.00 | $329.46 | 14,034.72 |
| 2331394 | Photocopy | E | 01/20/2009 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 14,035.32 |
| 2331429 | Photocopy | E | 01/21/2009 | 0317 | JAL | 0.00 | $25.00 | 0.00 | $25.00 | 14,060.32 |
| 2333356 | Telecopier/Equitrac - 1/ 21/09 | E | 01/21/2009 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 14,061.52 |
| 2333358 | Telecopier/Equitrac - 1/ 21/09 | E | 01/21/2009 | 0999 | C&D | 0.00 | $20.10 | 0.00 | $20.10 | 14,081.62 |
| 2331653 | Photocopy | E | 01/23/2009 | 0999 | C&D | 0.00 | $15.30 | 0.00 | $15.30 | 14,096.92 |
| 2328950 | Petty Cash -Cab Fare for travel to Pittsburgh, PA, 1/13/09 - 1/14/09 (PVNL) | E | 01/23/2009 | 0020 | PVL | 0.00 | $43.00 | 0.00 | $43.00 | 14,139.92 |
| 2328951 | Petty Cash -Meals for travel to Pittsburgh, PA, 1/13/09 - 1/14/09 (PVNL) | E | 01/23/2009 | 0020 | PVL | 0.00 | $6.70 | 0.00 | $6.70 | 14,146.62 |
| 2328952 | Petty Cash -Parking at DCA Airport for travel to Pittsburgh, PA, 1/13/09 - 1/14/09 (PVNL) | E | 01/23/2009 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 14,166.62 |
| 2328957 | Pacer Service Center, 10/1/08 - 12/31/08 (EI) | E | 01/23/2009 | 0120 | EI | 0.00 | $4.80 | 0.00 | $4.80 | 14,171.42 |
| 2329174 | Pacer Service Center -Research Svc., re: Dial Up & Net Charges, 10/1/08 - 12/31/08 | E | 01/26/2009 | 0999 | C&D | 0.00 | $46.40 | 0.00 | $46.40 | 14,217.82 |

{D0147875.1 }

| Client Number: 4642 | | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | | | | | Disbursements | | | | | 2/19/2009 |

Print Date/Time: 02/19/2009  4:37:52PM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2331790 | Photocopy | | E | 01/26/2009 | 0237 | SRB | 0.00 | $7.60 | 0.00 | $7.60 | 14,225.42 |
| 2331860 | Photocopy | | E | 01/27/2009 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 14,225.82 |
| 2331869 | Photocopy | | E | 01/27/2009 | 0020 | PVL | 0.00 | $1.40 | 0.00 | $1.40 | 14,227.22 |
| 2329335 | ADA Travel, Inc. -Coach Roundtrip Airfare Travel to/from Pittsburgh, PA, 1/13/09 - 1/14/09 (PVNL) | | E | 01/27/2009 | 0020 | PVL | 0.00 | $1,739.20 | 0.00 | $1,739.20 | 15,966.42 |
| 2329336 | ADA Travel, Inc. -Agent Fee, re: Coach Roundtrip Airfare Travel to/from Pittsburgh, PA, 1/13/09 - 1/14/09 (PVNL) | | E | 01/27/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 16,006.42 |
| 2329880 | Postage | | E | 01/28/2009 | 0999 | C&D | 0.00 | $30.72 | 0.00 | $30.72 | 16,037.14 |
| 2337599 | Photocopy | | E | 01/29/2009 | 0232 | LK | 0.00 | $0.10 | 0.00 | $0.10 | 16,037.24 |
| 2337633 | Photocopy | | E | 01/29/2009 | 0243 | IH | 0.00 | $10.30 | 0.00 | $10.30 | 16,047.54 |
| 2337635 | Photocopy | | E | 01/29/2009 | 0243 | IH | 0.00 | $0.60 | 0.00 | $0.60 | 16,048.14 |
| 2337717 | Photocopy | | E | 01/30/2009 | 0232 | LK | 0.00 | $1.10 | 0.00 | $1.10 | 16,049.24 |
| 2332951 | Database Research Westlaw by DBS on 1/6 | | E | 01/31/2009 | 0999 | C&D | 0.00 | $78.08 | 0.00 | $78.08 | 16,127.32 |
| 2332952 | Database Research Westlaw by AJS on 1/4-6 | | E | 01/31/2009 | 0999 | C&D | 0.00 | $137.00 | 0.00 | $137.00 | 16,264.32 |
| 2332953 | Database Research Westlaw by JAL on 1/5 | | E | 01/31/2009 | 0999 | C&D | 0.00 | $58.56 | 0.00 | $58.56 | 16,322.88 |

**Total Expenses**                                                                 $16,322.88                  $16,322.88
                                                                           0.00                       0.00

|  | | |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 16,322.88 | 16,322.88 |
| Matter Total | 0.00  16,322.88 | 0.00  16,322.88 |
| Prebill Total Fees | | |
| Prebill Total Expenses | $16,322.88 | $16,322.88 |
| Prebill Total | 0.00  $16,322.88 | 0.00  $16,322.88 |

{D0147875.1 }

| | | | |
|---|---|---|---|
| **Client Number:** | 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
| **Matter** | 000 | Disbursements | 2/19/2009 |

Print Date/Time: 02/19/2009  4:37:52PM

Attn:

Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 64,338 | 08/20/2008 | 157,703.00 | 31,540.60 |
| 64,939 | 09/29/2008 | 112,690.00 | 22,538.00 |
| 65,190 | 10/24/2008 | 132,869.00 | 26,573.80 |
| 65,672 | 11/20/2008 | 165,621.50 | 33,124.30 |
| 66,049 | 12/18/2008 | 212,031.66 | 212,031.66 |
| 66,545 | 01/26/2009 | 379,385.84 | 379,385.84 |
| | | 2,947,450.75 | 754,843.50 |

{D0147875.1 }