Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2009 through January 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 07-Jan-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 09-Jan-09 | BR | Review of Grace monthly operating report for November 2008. | 0.60 | $ 595.00 | $ 357.00 |
| 09-Jan-09 | BR | Review of Grace monthly financial report for November 2008. | 2.70 | $ 595.00 | $ 1,606.50 |
| 20-Jan-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 28-Jan-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 3.90 | | $ 2,320.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 5-Jan-09 | JS | Commence review of materials for update report to ACC counsel. | 1.80 | $ 595.00 | $ 1,071.00 |
| 6-Jan-09 | JS | Review, revise update report to ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| 12-Jan-09 | JS | Review pricing information for monitoring and for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 20-Jan-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 20-Jan-09 | JS | Commence review and analysis of November 2008 and YTD Monthly Financial Report and MOR for monitoring. | 2.90 | $ 595.00 | $ 1,725.50 |
| 21-Jan-09 | JS | Further review and analysis of November 2008 and YTD Monthly Financial Report and MOR for monitoring. | 1.30 | $ 595.00 | $ 773.50 |
| 21-Jan-09 | JS | Review, analyze Chemical & Engineering News' "World Chemical Outlook", United States and Canada and Latin America for monitoring and valuation. | 2.80 | $ 595.00 | $ 1,666.00 |
| 22-Jan-09 | JS | Review, analyze C&E News' "World Chemical Outlook", Europe and Asia-Pacific for monitoring and valuation. | 2.60 | $ 595.00 | $ 1,547.00 |
| 26-Jan-09 | JS | Review, analyze Sealed Air 4th quarter and year 2008 report for monitoring and for purposes of advising ACC. | 2.40 | $ 595.00 | $ 1,428.00 |
| 27-Jan-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 27-Jan-09 | JS | Further review of Sealed Air 4th Quarter and Year 2008 financial report for monitoring and for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 27-Jan-09 | JS | Review, revise notes on Sealed Air 2008 report for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total James Sinclair | 21.50 | | $ 12,792.50 |
| **Robert Lindsay - Managing Director** | | | | | |
| 14-Jan-09 | RL | Reviewed and forwarded Dec 08 invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 5-Jan-09 | PC | Review and revise weekly share price update. | 0.80 | $ 275.00 | $ 220.00 |
| 8-Jan-09 | PC | Commence review of October Monthly Operating Report for due diligence. | 2.20 | $ 275.00 | $ 605.00 |
| 9-Jan-09 | PC | Review news articles on Debtor for due diligence. | 0.70 | $ 275.00 | $ 192.50 |
| 9-Jan-09 | PC | Commence preparation of market multiple for Sealed Air Corp. for use in valuation of settlement package for due diligence. | 3.70 | $ 275.00 | $ 1,017.50 |
| 9-Jan-09 | PC | Review research report on Sealed Air and comparable companies for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 12-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 14-Jan-09 | PC | Review and revise December Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 14-Jan-09 | PC | Perform research on Sealed Air Corp. for valuation of settlement package and for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 16-Jan-09 | PC | Update market multiple workbook for valuation monitoring. | 0.50 | $ 275.00 | $ 137.50 |
| 16-Jan-09 | PC | Review Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 20-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 20-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.50 | $ 275.00 | $ 412.50 |
| 22-Jan-09 | PC | Review news articles on Debtor and comparable companies for due diligence. | 0.90 | $ 275.00 | $ 247.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2009 through January 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 22-Jan-09 | PC | Review World Chemical Outlook for 2009 for due diligence and valuation monitoring. | 3.30 | $ 275.00 | $ 907.50 |
| 23-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 0.40 | $ 275.00 | $ 110.00 |
| 26-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.10 | $ 275.00 | $ 302.50 |
| 26-Jan-09 | PC | Review and analyze Sealed Air Corp.'s Q4 earnings report for due diligence and for valuation of settlement package. | 1.20 | $ 275.00 | $ 330.00 |
| 27-Jan-09 | PC | Further review and analysis of Sealed Air Corp.'s Q4 earnings report for due diligence and for valuation of settlement package. | 1.30 | $ 275.00 | $ 357.50 |
| 27-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 27-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.50 | $ 275.00 | $ 412.50 |
| 28-Jan-09 | PC | Update market multiple workbook for valuation monitoring. | 0.30 | $ 275.00 | $ 82.50 |
| 29-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Peter Cramp | 30.70 | | $ 8,442.50 |

Gibbons Sinclair - Analyst

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 04-Jan-09 | | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.90 | $ 220.00 | $ 418.00 |
| 06-Jan-09 | | Commence drafting graph tracking historical copper prices. | 1.20 | $ 220.00 | $ 264.00 |
| 14-Jan-09 | | Draft January Invoice. | 1.80 | $ 220.00 | $ 396.00 |
| | | Total Gibbons Sinclair | 4.90 | | $ 1,078.00 |
| | | **TOTAL** | 61.20 | | $ 24,743.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2009 through January 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations | | | | | |
| 04-Jan-09 | GS | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.90 | $ 220.00 | $ 418.00 |
| 05-Jan-09 | JS | Commence review of materials for update report to ACC counsel. | 1.80 | $ 595.00 | $ 1,071.00 |
| 05-Jan-09 | PC | Review and revise weekly share price update. | 0.80 | $ 275.00 | $ 220.00 |
| 06-Jan-09 | JS | Review, revise update report to ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| 06-Jan-09 | GS | Commence drafting graph tracking historical copper prices. | 1.20 | $ 220.00 | $ 264.00 |
| 08-Jan-09 | PC | Commence review of October Monthly Operating Report for due diligence. | 2.20 | $ 275.00 | $ 605.00 |
| 09-Jan-09 | PC | Review news articles on Debtor for due diligence. | 0.70 | $ 275.00 | $ 192.50 |
| 09-Jan-09 | PC | Review research report on Sealed Air and comparable companies for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 12-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 20-Jan-09 | JS | Commence review and analysis of November 2008 and YTD Monthly Financial Report and MOR for monitoring. | 2.90 | $ 595.00 | $ 1,725.50 |
| 20-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 21-Jan-09 | JS | Further review and analysis of November 2008 and YTD Monthly Financial Report and MOR for monitoring. | 1.30 | $ 595.00 | $ 773.50 |
| 22-Jan-09 | PC | Review news articles on Debtor and comparable companies for due diligence. | 0.90 | $ 275.00 | $ 247.50 |
| 22-Jan-09 | PC | Review World Chemical Outlook for 2009 for due diligence and valuation monitoring. | 3.30 | $ 275.00 | $ 907.50 |
| 23-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 0.40 | $ 275.00 | $ 110.00 |
| 26-Jan-09 | JS | Review, analyze Sealed Air 4th quarter and year 2008 report for monitoring and for purposes of advising ACC. | 2.40 | $ 595.00 | $ 1,428.00 |
| 26-Jan-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.10 | $ 275.00 | $ 302.50 |
| 27-Jan-09 | JS | Review, revise notes on Sealed Air 2008 report for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total Business Operations | 28.10 | | $ 11,173.00 |
| Fee Applications (Applicant) | | | | | |
| 14-Jan-09 | RL | Reviewed and forwarded Dec 08 invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| 14-Jan-09 | PC | Review and revise December Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 14-Jan-09 | GS | Draft January Invoice. | 1.80 | $ 220.00 | $ 396.00 |
| | | Total Fee Applications (Applicant) | 2.40 | | $ 616.00 |
| Valuation | | | | | |
| 07-Jan-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 09-Jan-09 | BR | Review of Grace monthly operating report for November 2008. | 0.60 | $ 595.00 | $ 357.00 |
| 09-Jan-09 | BR | Review of Grace monthly financial report for November 2008. | 2.70 | $ 595.00 | $ 1,606.50 |
| 09-Jan-09 | PC | Commence preparation of market multiple for Sealed Air Corp. for use in valuation of settlement package for due diligence. | 3.70 | $ 275.00 | $ 1,017.50 |
| 12-Jan-09 | JS | Review pricing information for monitoring and for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 14-Jan-09 | PC | Perform research on Sealed Air Corp. for valuation of settlement package and for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 16-Jan-09 | PC | Update market multiple workbook for valuation monitoring. | 0.50 | $ 275.00 | $ 137.50 |
| 16-Jan-09 | PC | Review Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 20-Jan-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 20-Jan-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 20-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.50 | $ 275.00 | $ 412.50 |
| 21-Jan-09 | JS | Review, analyze Chemical & Engineering News' "World Chemical Outlook", United States and Canada and Latin America for monitoring and valuation. | 2.80 | $ 595.00 | $ 1,666.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2009 through January 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 22-Jan-09 | JS | Review, analyze C&E News' "World Chemical Outlook", Europe and Asia-Pacific for monitoring and valuation. | 2.60 | $ 595.00 | $ 1,547.00 |
| 26-Jan-09 | PC | Review and analyze Sealed Air Corp.'s Q4 earnings report for due diligence and for valuation of settlement package. | 1.20 | $ 275.00 | $ 330.00 |
| 27-Jan-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 27-Jan-09 | JS | Further review of Sealed Air 4th Quarter and Year 2008 financial report for monitoring and for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 27-Jan-09 | PC | Further review and analysis of Sealed Air Corp.'s Q4 earnings report for due diligence and for valuation of settlement package. | 1.30 | $ 275.00 | $ 357.50 |
| 27-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| 27-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.50 | $ 275.00 | $ 412.50 |
| 28-Jan-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 28-Jan-09 | PC | Update market multiple workbook for valuation monitoring. | 0.30 | $ 275.00 | $ 82.50 |
| 29-Jan-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Valuation | 30.70 | | $ 12,954.50 |
| | | **TOTAL** | 61.20 | | $ 24,743.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2009 through January 31, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 3.90 | $ 595.00 | $ 2,320.50 |
| James Sinclair - Senior Managing Director | 21.50 | $ 595.00 | $ 12,792.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 30.70 | $ 275.00 | $ 8,442.50 |
| Gibbons Sinclair - Analyst | 4.90 | $ 220.00 | $ 1,078.00 |
| Total Professional Hours and Fees | 61.20 | | $ 24,743.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - January 1, 2009 through January 31, 2009

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expense during the Period | |
|      | Total Expenses January 1, 2009 through January 31, 2009 | $0.00 |