**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: <br><br> W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br><br> (Jointly Administered) |

**NOTICE OF ADJUSTMENT OF HOURLY BILLING RATES FOR CHARTER OAK FINANCIAL CONSULTANTS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS**

PLEASE TAKE NOTICE that the hourly billing rates of Charter Oak Financial Consultants, LLC ("COFC"), financial advisor to the Official Committee of Personal Injury Claimants, have been adjusted effective January 1, 2009, as set forth in Exhibit A attached hereto.

Respectfully submitted this 15th day of December 2008:

        **CHARTER OAK FINANCIAL CONSULTANTS, LLC**

        By: */s/ Robert H. Lindsay*
        Robert H. Lindsay
        Director

        430 Center Avenue
        Mamaroneck, New York    10543
        Telephone:  (914) 372.1874
        Facsimile:  (914) 381.6030

        **FINANCIAL ADVISORS TO THE**
        **OFFICIAL COMMITTEE OF**
        **PERSONAL INJURY CLAIMANTS**

## **EXHIBIT A**

| Professional | Title | Hourly Billing Rate |
|---|---|---|
| James P. Sinclair | Senior Managing Director | $595.00 |
| Bradley M. Rapp | Senior Managing Director | $595.00 |
| Robert H. Lindsay | Managing Director | $550.00 |
| - | Director | $445.00 |
| Alan M. Cohen | Assistant Director | $385.00 |
| - | Associate | $330.00 |
| Peter W. Cramp | Senior Analyst | $275.00 |
| Duncan Sinclair | Senior Analyst | $275.00 |
| Gibbons Sinclair | Analyst | $220.00 |