REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1823491
One Town Center Road                    Invoice Date      02/28/09
Boca Raton, FL    33486                 Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          1,071.00
    Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT          $1,071.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823491
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 01/03/09 | Cameron | Review Libby claimant expert reports and e-mails regarding same. | 1.00 |
| 01/05/09 | Cameron | Attention to expert reports. | .70 |
| | | TOTAL HOURS | 1.70 |

| TIME SUMMARY | Hours | | Rate | | Value |
|------|------|------|------|------|------|
| Douglas E. Cameron | 1.70 | at $ | 630.00 | = | 1,071.00 |
| | CURRENT FEES | | | | 1,071.00 |

                                          ------------
           TOTAL BALANCE DUE UPON RECEIPT      $1,071.00
                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1823492
5400 Broken Sound Blvd., N.W.         Invoice Date        02/28/09
Boca Raton, FL 33487                  Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

     Fees                              342.50
     Expenses                            0.00

                  TOTAL BALANCE DUE UPON RECEIPT       $342.50
                                                  =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number      1823492
5400 Broken Sound Blvd., N.W.         Invoice Date       02/28/09
Boca Raton, FL 33487                  Client Number       172573
                                      Matter Number        60028
```

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2009

```
   Date   Name                                            Hours
-------- ----------                                       -----

01/05/09 Restivo         Receipt and review of Lukin's     .50
                         objection, USA's objection and
                         other recent filings.

                                                         ------
                                        TOTAL HOURS        .50
```

```
TIME SUMMARY              Hours        Rate         Value
------------------------  ----------------------   -------
James J. Restivo Jr.      0.50  at  $  685.00  =    342.50

                          CURRENT FEES                        342.50


                                                        ------------
                     TOTAL BALANCE DUE UPON RECEIPT         $342.50
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1823493
5400 Broken Sound Blvd., N.W.        Invoice Date        02/28/09
Boca Raton, FL 33487                 Client Number        172573


=========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                          2,093.50
     Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,093.50
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1823493
5400 Broken Sound Blvd., N.W.        Invoice Date      02/28/09
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60029

================================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 01/02/09 | Ament | Attend to billing matters (.10); e-mails re: same (.10). | .20 |
| 01/06/09 | Ament | Attend to billing matters (.10); various e-mails with D. Cameron and A. Muha re: same (.10). | .20 |
| 01/09/09 | Ament | Attend to billing matters (.10); e-mails re: same (.10). | .20 |
| 01/20/09 | Ament | Attend to billing matters relating to Dec. monthly fee application (.10); meet with A. Muha re: same (.10); e-mails re: consultant fee (.10). | .30 |
| 01/20/09 | Muha | Review and revise fee and expense detail for December 2008 monthly fee application, including research of additional detail for entries and multiple e-mails to attorneys and staff re: research of additional detail. | 2.30 |
| 01/21/09 | Ament | Attend to billing matters relating to consultant fee (.10); various e-mails and meetings re: same (.10). | .20 |
| 01/21/09 | Muha | E-mails re Environ invoice for December 2008. | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1823493
60029  Fee Applications-Applicant           Page    2
       February 28, 2009
```

| Date | Name | | Hours |
|------|------|------|------|
| 01/22/09 | Ament | Attend to billing matters relating to consultant fee. | .10 |
| 01/22/09 | Lord | Research docket and draft CNO for Reed Smith November monthly fee application. | .40 |
| 01/25/09 | Muha | Additional revisions to December 2008 fee and expense detail, and email to/from T. Klapper re: same. | .60 |
| 01/27/09 | Ament | E-mails relating to consultant fee and December monthly fee application. | .10 |
| 01/27/09 | Muha | E-mails re: processing of expense items to include on December 2008 monthly application. | .20 |
| 01/28/09 | Ament | Review invoices relating to December monthly fee application and calculate fees and expenses re: same (1.10); create spreadsheet re: same (.70); draft 90th monthly fee application (.40); meet with A. Muha re: same (.10). | 2.30 |
| 01/29/09 | Ament | E-mails with J. Lord re: monthly and quarterly fee applications (.10); finalize spreadsheet re: Dec. monthly fee application (.10); meet with A. Muha re: same (.10); attend to billing matters relating to 2009 fees (.10). | .40 |
| 01/30/09 | Ament | E-mails with A. Muha re: Dec. monthly fee application. | .10 |

```
                                            ------
                              TOTAL HOURS     7.70
```

| TIME SUMMARY | Hours | Rate | Value |
|------|------|------|------|
| Andrew J. Muha | 3.20 at | $  400.00  = | 1,280.00 |
| John B. Lord | 0.40 at | $  240.00  = | 96.00 |
| Sharon A. Ament | 4.10 at | $  175.00  = | 717.50 |

```
                    CURRENT FEES                     2,093.50
```

172573 W. R. Grace & Co.                        Invoice Number   1823493
60029  Fee Applications-Applicant              Page    3
       February 28, 2009

                                                      ------------
                  TOTAL BALANCE DUE UPON RECEIPT       $2,093.50
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823495
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL    33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                              752.50
    Expenses                            0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $752.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1823495 |
| One Town Center Road | Invoice Date | 02/28/09 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60030 |

========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 01/06/09 | Ament | Various e-mails and telephone calls with J. O'Neill re: agenda and hearing binder (.20); finalize said hearing binder (.10); hand deliver same to Judge Fitzgerald (.10); telephone call re: K&E hearing preparation on 1/12/09 (.10). | .50 |
| 01/09/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation re: 1/13 and 1/14 hearings (1.10); circulate amended agenda to team (.10). | 1.20 |
| 01/12/09 | Ament | Various e-mails and meetings to assist K&E with logistics for hearing preparation relating to 1/14/09 hearing. | .60 |
| 01/13/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation relating to 1/14/09 hearing. | .30 |
| 01/14/09 | Ament | Assist K&E and Pachulski with hearing preparation (1.0); various e-mails and meetings with J. Baer and J. O'Neill re: same (.30); meet with T. Rea re: same (.10). | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1823495
60030  Hearings                             Page   2
       February 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/20/09 | Ament | Circulate agenda to team re: 1/26/09 hearing. | .10 |
| 01/21/09 | Ament | E-mails and telephone calls to coordinate J. Restivo and D. Cameron participation in 1/26/09 hearing. | .20 |

```
                                                      ------
                                       TOTAL HOURS      4.30
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 4.30 at $ 175.00 = | | 752.50 |

```
                    CURRENT FEES                            752.50


                                                       ------------
              TOTAL BALANCE DUE UPON RECEIPT               $752.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1823496
One Town Center Road                      Invoice Date     02/28/09
Boca Raton, FL    33486                   Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

   Fees                          9,649.00
   Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $9,649.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823496
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

===========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 01/05/09 | Aten | Reviewed Delaware district court docket re: DGS and Macerich appeals. | .20 |
| 01/05/09 | Cameron | Attention to appeal issues. | .70 |
| 01/05/09 | Flatley | E-mails from/to R. Aten re: medical issues (0.2); call with R. Aten (0.1); call with T. Egan (0.2). | .50 |
| 01/05/09 | Rea | Conference with R. Aten re: outstanding issues. | .30 |
| 01/06/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/06/09 | Aten | Read/analyzed response by DGS re: motion for judicial notice. | .40 |
| 01/06/09 | Restivo | Review DGS motions, papers, and correspondence (.5); review status of U.S. settlements with D. Speights (.5). | 1.00 |
| 01/07/09 | Ament | Assist team with various issues relating to PD claims (.10); e-mails with T. Rea re: same (.10). | .20 |
| 01/07/09 | Rea | Work relating to property damage settlements. | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1823496
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       February 28, 2009


| Date | Name | | Hours |
|------|------|--|-------|
| 01/07/09 | Restivo | Emails, telephone calls, meetings and documenting settlement of 21 Canadian claims and 16 U.S. claims (2.8); telephone conference with E. Westbrook re:  Solow claim (.5). | 3.30 |
| 01/08/09 | Cameron | Attention to property damage claims and settlement issues. | .50 |
| 01/08/09 | Rea | E-mails re: property damage settlements. | .30 |
| 01/08/09 | Restivo | Settlement correspondence to various persons re: U.S. settled claims, Canadian settled claims, and Canadian sub judice claim and Solow claims. | 1.50 |
| 01/09/09 | Ament | Assist team with various issues relating to PD claims (.10); e-mails with T. Rea re: same (.10). | .20 |
| 01/09/09 | Rea | Preparation of settlement agreements. | 1.30 |
| 01/12/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/12/09 | Restivo | Receipt and review of new pleadings and objections re:  ZAI. | .60 |
| 01/13/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/13/09 | Cameron | Review appeal and settlement issues. | .60 |
| 01/14/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/14/09 | Cameron | Review materials from T. Rea and meet with R. Finke. | .50 |
| 01/14/09 | Rea | Preparation of settlement agreements. | 1.40 |
| 01/14/09 | Restivo | Communications with D. Speights. | .30 |

172573  W. R. Grace & Co.                          Invoice Number   1823496
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       February 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 01/15/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/15/09 | Rea | Revisions to settlement agreements. | .50 |
| 01/15/09 | Restivo | Correspondence with D. Speights. | .30 |
| 01/16/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/20/09 | Ament | Assist team with various issues relating PD claims (.10); e-mail to team re: same (.10). | .20 |
| 01/21/09 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 01/23/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/26/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/27/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/29/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/29/09 | Rea | Call re: property damage CMO. | .20 |
| 01/30/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/30/09 | Atkinson | Per Kirkland & Ellis request, compile materials re: expert witness depositions, estimation materials and expert reports. | 1.40 |

                                         ------
                         TOTAL HOURS     18.90

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 0.50 | at | $ 635.00 | = | 317.50 |
| Douglas E. Cameron | 2.30 | at | $ 630.00 | = | 1,449.00 |
| James J. Restivo Jr. | 7.00 | at | $ 685.00 | = | 4,795.00 |
| Traci Sands Rea | 4.80 | at | $ 455.00 | = | 2,184.00 |

172573 W. R. Grace & Co.                          Invoice Number  1823496
60033  Claim Analysis Objection Resolution & EstimationPage    4
       (Asbestos)
       February 28, 2009


Rebecca E. Aten            0.60  at  $  345.00  =     207.00
Maureen L. Atkinson        1.40  at  $  210.00  =     294.00
Sharon A. Ament            2.30  at  $  175.00  =     402.50

                           CURRENT FEES                      9,649.00


                                                     ------------
                           TOTAL BALANCE DUE UPON RECEIPT    $9,649.00
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823497
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL   33486                    Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                              170,991.00
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $170,991.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1823497
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60035


========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 01/02/09 | Cameron | Attention to criminal trial preparation work. | 1.90 |
| 01/02/09 | Wilhite | Review regulatory and factual information for review of materials for regulatory project. | 1.50 |
| 01/04/09 | Cameron | Additional expert witness report review. | 1.40 |
| 01/04/09 | Klapper | Complete initial drafts of 3 cross examination outlines for key governmental experts. | 5.70 |
| 01/05/09 | Aten | Conference with T. Rea re: new search parameters for document review | .20 |
| 01/05/09 | Cameron | Review materials relating to criminal trial preparation and materials from R. Finke. | 1.50 |
| 01/05/09 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.30 |
| 01/05/09 | Rawls | Review of documents in preparation for exhibition at trial. | 2.70 |
| 01/05/09 | Rea | Review of documents. | 4.30 |

172573  W. R. Grace & Co.                          Invoice Number   1823497
60035   Grand Jury Investigation                   Page    2
        February 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 01/06/09 | Cameron | Attention to expert work in criminal trial (1.20); attention to sampling analysis (1.40). | 2.60 |
| 01/06/09 | Klapper | Continue work on cross examination outlines for key governmental experts (4.1); finishing up initial draft of Spear (4.1). | 8.20 |
| 01/06/09 | Rawls | Review of documents in preparation for exhibition at trial. | 2.10 |
| 01/06/09 | Rea | Review of documents. | 1.00 |
| 01/06/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .10 |
| 01/07/09 | Denniston | Obtain academic articles re: industrial hygiene for T. Klapper. | 1.20 |
| 01/07/09 | Klapper | Continue work on cross examination outlines for key governmental experts (6.6); prepare for and meet with consulting expert to review additional TSCA 8(e) issues (2.3). | 8.90 |
| 01/07/09 | Rawls | Review of documents in preparation for exhibition at trial. | 7.00 |
| 01/07/09 | Rea | Review of document. | 1.10 |
| 01/07/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.30 |
| 01/08/09 | Cameron | Review criminal case trial prep and multiple calls with T. Klapper re: same (1.80); telephone call with R. Finke re: same (.40); review R.J. Lee materials (.90). | 3.10 |
| 01/08/09 | Klapper | Participate in science meeting with joint defense (7.2); review key materials not previously seen (1.3). | 8.50 |
| 01/08/09 | Rawls | Review of documents in preparation for exhibition at trial. | 3.20 |

172573 W. R. Grace & Co.                          Invoice Number  1823497
60035  Grand Jury Investigation                   Page   3
       February 28, 2009


| Date | Name | | Hours |
|------|------|---|-------|
| 01/08/09 | Rea | Continue review of documents for criminal matter. | 4.60 |
| 01/08/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .30 |
| 01/09/09 | Cameron | Multiple e-mails and calls re: R.J. Lee Group sampling data (.80); review materials re: same (.90). | 1.70 |
| 01/09/09 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.20 |
| 01/09/09 | Rawls | Review of documents in preparation for exhibition at trial. | 3.00 |
| 01/09/09 | Rea | Continue review of documents for criminal matter. | 2.60 |
| 01/09/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .30 |
| 01/10/09 | Cameron | Review R.J. Lee Group materials. | 1.20 |
| 01/11/09 | Cameron | Review materials from K&E and R.J. Lee Group re: sampling data. | 1.20 |
| 01/12/09 | Cameron | Prepare for and participate in call with R. Finke and K&E (0.8); review draft motion regarding government production (0.9); review sampling analysis (0.9); review expert work regarding same (0.7). | 3.30 |
| 01/12/09 | Klapper | Continue work on cross examination outlines for key governmental experts. | 5.20 |
| 01/12/09 | Ramsey | Prepare documents for cross-examination outlines. | 5.50 |
| 01/12/09 | Rea | Continue review of documents for criminal matter. | 3.70 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
       February 28, 2009

Invoice Number  1823497
Page   4

| Date | Name | | Hours |
|------|------|---|-------|
| 01/12/09 | Rutkowski | Multiple emails with Mr. Klapper regarding documents for research project to use for trial (.3); discussion with Ms. Taylor-Payne regarding organization of research materials coming to office for use (.2); telephone conference with Mr. Klapper regarding research project (.3). | .80 |
| 01/12/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .70 |
| 01/13/09 | Cameron | Review draft motion and provide comments (0.9); review materials from Trial Prep outline (1.4). | 2.30 |
| 01/13/09 | Klapper | Continue work on cross examination outlines for key governmental experts. | 7.10 |
| 01/13/09 | Masal | Obtain historical regulatory materials, per request of M. Ramsey. | .30 |
| 01/13/09 | Ramsey | Prepare documents for cross-examination outlines. | 4.90 |
| 01/13/09 | Rutkowski | Review emails from Mr. Klapper regarding topics for research project topics. | .20 |
| 01/13/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.10 |
| 01/14/09 | Cameron | Review materials from K&E (1.8); meet with R. Finke (0.2). | 2.00 |
| 01/14/09 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.50 |
| 01/14/09 | Masal | Obtain historical legislative materials, per request of T. Klapper. | .30 |
| 01/14/09 | Ramsey | Prepare documents for cross-examination outlines. | 5.60 |

172573 W. R. Grace & Co.                          Invoice Number  1823497
60035  Grand Jury Investigation                   Page    5
       February 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 01/14/09 | Rea | Continue review of documents for criminal matter. | .60 |
| 01/14/09 | Rutkowski | Mulitple phone conversations with Mr. Klapper regarding research information on experts (.4); review materials for expert cross examination (.2). | .60 |
| 01/14/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.00 |
| 01/15/09 | Cameron | Review materials from Scott McMillan regarding sampling data and prepare for call with K&E and experts (2.2); telephone call with R. Finke (0.2). | 2.40 |
| 01/15/09 | Klapper | Meet with M. Ramsey re cross examination backup materials (1.2); continue work on cross examination outlines for key governmental experts (6.1); finishing up draft of Rose (.8). | 8.10 |
| 01/15/09 | Ramsey | Prepare documents for cross-examination outlines. | 6.40 |
| 01/15/09 | Rea | Continue review of documents for criminal matter. | .80 |
| 01/15/09 | Rutkowski | Review materials for research project. | 3.40 |
| 01/15/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 01/16/09 | Cameron | Prepare for and participate in call with K&E, R. Finke and R.J. Lee Group regarding sampling work (1.2); follow-up from call (0.9); review R.J. Lee reports (0.4); review materials from S. McMillan (1.4). | 3.90 |
| 01/16/09 | Denniston | Obtain academic articles re: industrial hygiene for T. Klapper. | .80 |
| 01/16/09 | Katyal | Copy data from external drive onto the server and update database. | 1.40 |

172573  W. R. Grace & Co.                          Invoice Number  1823497
60035  Grand Jury Investigation                    Page   6
        February 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 01/16/09 | Klapper | Continue work on cross examination outlines for key governmental experts. | 6.20 |
| 01/16/09 | Ramsey | Prepare documents for cross-examination outlines. | 4.20 |
| 01/16/09 | Rea | Continue review of documents for criminal matter. | 3.00 |
| 01/16/09 | Rutkowski | Continue review of materials for research project. | 3.60 |
| 01/16/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .70 |
| 01/17/09 | Cameron | Additional review of materials from S. McMillan regarding criminal case reliance materials. | 1.90 |
| 01/17/09 | Rutkowski | Continue reviewing materials for research project. | 3.60 |
| 01/18/09 | Rutkowski | Continue reviewing materials for research project. | 4.50 |
| 01/19/09 | Cameron | Attention to K&E materials. | 1.20 |
| 01/19/09 | Rea | Continue review of documents for criminal matter. | 2.30 |
| 01/19/09 | Rutkowski | Continue review of materials for project. | 3.20 |
| 01/20/09 | Rea | Continue review of documents for criminal matter. | .60 |
| 01/20/09 | Rutkowski | Continue review of materials for research project. | 2.90 |
| 01/20/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 01/21/09 | Cameron | Multiple e-mails regarding expert work (0.4); review materials regarding same (0.7). | 1.10 |
| 01/21/09 | Klapper | Prepare for meeting with TSCA consultant (3.7); meet with TSCA consultant re trial strategy (4.1). | 7.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1823497
60035  Grand Jury Investigation            Page    7
       February 28, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/21/09 | Ramsey | Prepare documents for cross-examination outlines. | 5.10 |
| 01/21/09 | Rutkowski | Continue review of materials for research project. | 5.10 |
| 01/22/09 | Ash | Review supplemental production of documents from government. | 3.50 |
| 01/22/09 | Klapper | Continue work on cross examination materials for key government witnesses. | 5.20 |
| 01/22/09 | Masal | Obtain academic article, per request of M. Ramsey. | 1.00 |
| 01/22/09 | Ramsey | Prepare documents for cross-examination outlines. | 4.30 |
| 01/22/09 | Rawls | Analyzing documents pertaining to asbestos risk assessment by the EPA re: Libby contamination in preparation for exhibition at trial (2.3); email correspondence from T. Rea re: same (.2). | 2.50 |
| 01/22/09 | Rea | Continue review of documents for criminal matter. | 3.30 |
| 01/22/09 | Rutkowski | Continue review of materials for research project. | 3.90 |
| 01/22/09 | Samuel | Review documents provided by EPA. | 1.10 |
| 01/23/09 | Ash | Review supplemental production of documents from government. | 2.50 |
| 01/23/09 | Klapper | Continue work on cross examination materials for key government witnesses. | 5.70 |
| 01/23/09 | Masal | Obtain historical press release, per request of M. Ramsey. | .50 |
| 01/23/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.40 |

172573  W. R. Grace & Co.                        Invoice Number  1823497
60035   Grand Jury Investigation                 Page    8
        February 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 01/23/09 | Rawls | Review of documents regarding naturally occurring asbestos in preparation for exhibition at trial. | 2.50 |
| 01/23/09 | Rea | Continue review of documents for criminal matter. | 3.40 |
| 01/23/09 | Rutkowski | Continue review of materials for research project. | 4.60 |
| 01/23/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 01/24/09 | Rutkowski | Continue review of materials for research project. | 4.20 |
| 01/25/09 | Rutkowski | Continue review of materials for research project. | 2.60 |
| 01/26/09 | Ash | Review supplemental documents submitted by the government. | 2.50 |
| 01/26/09 | Holmes | Download data from Kirkland's FTP site, upload data and images to system and import to database for attorney review, fix date format issue | 1.00 |
| 01/26/09 | Klapper | Continue work on cross examination materials for key government witnesses. | 4.70 |
| 01/26/09 | Ramsey | Prepare documents for cross-examination outlines. | 5.40 |
| 01/26/09 | Rea | Continue review of documents for criminal matter. | 4.10 |
| 01/26/09 | Rutkowski | Continue review of materials for research project (5.8); emails with Mr. Klapper regarding review of documents for expert cross-examination (.3). | 6.10 |
| 01/26/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |

```
172573  W. R. Grace & Co.                          Invoice Number  1823497
 60035  Grand Jury Investigation                   Page    9
        February 28, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/27/09 | Cameron | Review materials from B. Harding (0.5); multiple e-mails regarding experts (0.6). | 1.10 |
| 01/27/09 | Klapper | Continue work on expanding plant analysis and review of related documents (4.2); meet with consultants re regulatory issues (3.2). | 7.40 |
| 01/27/09 | Ramsey | Prepare documents for cross-examination outlines. | 1.00 |
| 01/27/09 | Rutkowski | Continue review of materials for regulatory project (4.8); emails with Mr. Klapper re: project (.1). | 4.90 |
| 01/27/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 01/28/09 | Cameron | Review S. McMillan and Rich Lee materials and follow-up calls/e-mails. | 1.20 |
| 01/28/09 | Klapper | Confer with E. Ahern re cross projects (.3); confer with regulatory consultants re community data, reviewing same (2.3); participate in call with consultants and T. Mace re community data (.4); continue work on expanding plant issues per E. Ahern (2.2); continue work on cross outline updates (3.3). | 8.50 |
| 01/28/09 | Ramsey | Prepare documents for cross-examination outlines. | 4.00 |
| 01/28/09 | Rutkowski | Continue review of materials for regulatory project (6.1); multiple phone conversations with Mr. Klapper regarding regulatory project (.3). | 6.40 |
| 01/28/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.50 |

```
172573  W. R. Grace & Co.                    Invoice Number  1823497
60035  Grand Jury Investigation              Page  10
       February 28, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 01/29/09 | Klapper | Continue work on expanding plant analysis and review of related documents (1.2); continue with supplemental cross prep work (5.1). | 6.30 |
| 01/29/09 | Ramsey | Prepare documents for cross-examination outlines. | 1.80 |
| 01/29/09 | Rutkowski | Continue review of materials for regulatory project. | 5.50 |
| 01/29/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.30 |
| 01/30/09 | Ament | E-mails relating to preparing materials relating to trial preparation re: expert witness. | .10 |
| 01/30/09 | Cameron | Review materials regarding James Millette for trial preparation. | 1.90 |
| 01/30/09 | Cunningham | Research to obtain three Federal Register sections. | .60 |
| 01/30/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.20 |
| 01/30/09 | Rutkowski | Continue review of materials for regulatory project (2.4); review materials for expert Spear/Lemen project (1.2). | 3.60 |
| 01/31/09 | Rutkowski | Continue review of materials for regulatory project. | 4.20 |

```
                                                      ------
                                   TOTAL HOURS        381.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|--------|---|---------|
| Douglas E. Cameron | 36.90 | at | $ 630.00 | = | 23,247.00 |
| Traci Sands Rea | 35.40 | at | $ 455.00 | = | 16,107.00 |
| Antony B. Klapper | 124.50 | at | $ 590.00 | = | 73,455.00 |
| Jesse J. Ash | 8.50 | at | $ 440.00 | = | 3,740.00 |
| Margaret Rutkowski | 73.90 | at | $ 415.00 | = | 30,668.50 |
| Rebecca E. Aten | 0.20 | at | $ 345.00 | = | 69.00 |
| Lasagne Wilhite | 1.50 | at | $ 490.00 | = | 735.00 |
| Danielle D. Rawls | 23.00 | at | $ 295.00 | = | 6,785.00 |
| Alexandria C. Samuel | 1.10 | at | $ 270.00 | = | 297.00 |
| Sharon A. Ament | 0.10 | at | $ 175.00 | = | 17.50 |

172573 W. R. Grace & Co.                          Invoice Number  1823497
60035  Grand Jury Investigation                   Page  11
       February 28, 2009


Jennifer L. Taylor-Payne    14.70  at  $  205.00  =    3,013.50
Meeghan E. Ramsey           54.80  at  $  210.00  =   11,508.00
Amy E. Denniston             2.00  at  $  180.00  =      360.00
Daniel Cunningham            0.60  at  $  195.00  =      117.00
Julie K. Masal               2.10  at  $  175.00  =      367.50
Benjamin Holmes              1.00  at  $  210.00  =      210.00
Angad Katyal                 1.40  at  $  210.00  =      294.00

                        CURRENT FEES                  170,991.00


                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT          $170,991.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1823498 |
| One Town Center Road | Invoice Date    02/28/09 |
| Boca Raton, FL    33486 | Client Number    172573 |

=============================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

| | |
|---|---|
| Fees | 2,184.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT        $2,184.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1823498 |
| Invoice Date | 02/28/09 |
| Client Number | 172573 |
| Matter Number | 60038 |

========================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 01/05/09 | Rea | Email re: joint schedule (.1); review of DGS Reply Brief (.4). | .50 |
| 01/06/09 | Rea | Review of DGS Reply Brief. | .70 |
| 01/08/09 | Rea | Calls with arbitrator re: settlement. | .90 |
| 01/09/09 | Rea | Calls with mediator re: settlement. | .50 |
| 01/12/09 | Rea | Call with mediator. | .10 |
| 01/21/09 | Rea | Calls with mediator. | .40 |
| 01/23/09 | Rea | Call with counsel for material re: settlement. | .20 |
| 01/30/09 | Rea | Draft settlement agreement. | 1.50 |

TOTAL HOURS    4.80

| TIME SUMMARY | Hours | Rate | Value |
|-------------|-------|------|-------|
| Traci Sands Rea | 4.80 at $ 455.00 = | | 2,184.00 |

CURRENT FEES                                2,184.00


TOTAL BALANCE DUE UPON RECEIPT          $2,184.00