REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1823567 |
| One Town Center Road | Invoice Date | 02/28/09 |
| Boca Raton, FL   33486 | Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                                    0.00
Expenses                              522.82

TOTAL BALANCE DUE UPON RECEIPT        $522.82
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823567
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    IKON Copy Services                        31.50
    PACER                                      7.60
    Duplicating/Printing/Scanning             67.00
    Courier Service - Outside                327.61
    Meal Expense                              82.11
    General Expense                            7.00

              CURRENT EXPENSES                            522.82
                                                   --------------

              TOTAL BALANCE DUE UPON RECEIPT           $522.82
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1823567
One Town Center Road                      Invoice Date    02/28/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/15/08 | Courier Service - UPS - Shipped to JAN BAER KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 41.37 |
| 12/15/08 | Courier Service - UPS - Shipped to JAMES O'NEIL ESQ PACHULSKI, STANG, (WILMINGTON DE 19801). | 20.66 |
| 12/15/08 | Courier Service - UPS - Shipped to KIM LOVE KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 247.28 |
| 12/15/08 | Courier Service - UPS - Shipped to TED FREEDMAN KIRKLAND & ELLIS LLP (NEW YORK NY 10022). | 18.30 |
| 12/29/08 | PACER | 5.04 |
| 12/31/08 | PACER | 2.56 |
| 01/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1823567
60026  Litigation and Litigation Consulting       Page    2
       February 28, 2009

| Date | Description | Amount |
|---|---|---|
| 01/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 278 COPIES | 27.80 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 162 COPIES | 16.20 |
| 01/20/09 | Duplicating/Printing/Scanning<br>ATTY # 0710; 24 COPIES | 2.40 |
| 01/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 01/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 01/22/09 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PITTSBURGH - - BREAKFAST FOR 5<br>ATTORNEYS AND 1 PARALEGAL FOR HEARING<br>PARTICIPATION ON 1/14/2009. | 82.11 |
| 01/23/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 146 COPIES | 14.60 |
| 01/26/09 | General Expense - - VENDOR: THE BOX COMPANY.COM | 5.25 |
| 01/26/09 | General Expense - - VENDOR: THE BOX COMPANY.COM | 1.75 |
| 01/26/09 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. COPYING | 31.50 |
| 01/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                              Invoice Number  1823567
60026  Litigation and Litigation Consulting           Page   3
       February 28, 2009


01/28/09    Duplicating/Printing/Scanning                      1.20
            ATTY # 4810; 12 COPIES

01/28/09    Duplicating/Printing/Scanning                       .20
            ATTY # 4810; 2 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/28/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1823567
60026  Litigation and Litigation Consulting       Page   4
       February 28, 2009


01/28/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

01/28/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

01/28/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

01/28/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

01/28/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

01/29/09   Duplicating/Printing/Scanning                    .10
           ATTY # 4810; 1 COPIES

                         CURRENT EXPENSES                 522.82
                                                      ------------
                  TOTAL BALANCE DUE UPON RECEIPT        $522.82
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1823568
5400 Broken Sound Blvd., N.W.                  Invoice Date       02/28/09
Boca Raton, FL 33487                           Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

    Fees                                 0.00
    Expenses                             1.15

            TOTAL BALANCE DUE UPON RECEIPT          $1.15
                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1823568
5400 Broken Sound Blvd., N.W.        Invoice Date      02/28/09
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


===============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        0.55
    Duplicating/Printing/Scanning            0.60
                    CURRENT EXPENSES                          1.15
                                                      -------------

            TOTAL BALANCE DUE UPON RECEIPT                 $1.15
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1823568
5400 Broken Sound Blvd., N.W.            Invoice Date      02/28/09
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028

===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/07/09 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/11 | .55 |
| 01/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

                         CURRENT EXPENSES                 1.15
                                                    ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $1.15
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823569
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL    33486                   Client Number      172573

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                  0.00
    Expenses                            264.97

                     TOTAL BALANCE DUE UPON RECEIPT        $264.97
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1823569 |
| Invoice Date | 02/28/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 4.30 |
| PACER | 46.56 |
| Duplicating/Printing/Scanning | 29.50 |
| Postage Expense | 1.18 |
| Courier Service - Outside | 168.20 |
| Telephone - Outside | 6.48 |
| General Expense | 8.75 |

CURRENT EXPENSES                          264.97
                                     --------------

TOTAL BALANCE DUE UPON RECEIPT           $264.97
                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823569
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/01/08 | PACER | 4.24 |
| 12/08/08 | Telephone - SoundPath - - Traci S. Rea Conference Call. | 6.48 |
| 12/17/08 | PACER | 9.84 |
| 12/24/08 | PACER | 29.60 |
| 12/31/08 | PACER | 2.88 |
| 01/05/09 | Telephone Expense 786-662-5229/MIAMI, FL/6 | .30 |
| 01/05/09 | Telephone Expense 410-531-4355/COLUMBIA, MD/11 | .55 |
| 01/06/09 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |
| 01/07/09 | Telephone Expense 410-531-4355/COLUMBIA, MD/2 | .10 |
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPIES | .10 |

172573  W. R. Grace & Co.                              Invoice Number   1823569
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       February 28, 2009


| 01/07/09 | Duplicating/Printing/Scanning ATTY # 0349; 6 COPIES | .60 |
|---|---|---|
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 0559; 4 COPIES | .40 |
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 0349; 1 COPIES | .10 |
| 01/07/09 | Duplicating/Printing/Scanning ATTY # 0349; 17 COPIES | 1.70 |
| 01/08/09 | Telephone Expense 415-983-1056/SNFC CNTRL, CA/3 | .15 |
| 01/08/09 | Telephone Expense 302-492-3445/HARTLY, DE/21 | 1.05 |
| 01/09/09 | Telephone Expense 410-531-4355/COLUMBIA, MD/18 | .90 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/09/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1823569
60033  Claim Analysis Objection Resolution & EstimationPage  3
       (Asbestos)
       February 28, 2009


01/09/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/09/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/09/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/09/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/13/09    Duplicating/Printing/Scanning                    .50
            ATTY # 0349; 5 COPIES

01/14/09    Telephone Expense                                .10
            803-943-4444/HAMPTON, SC/2

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPIES

01/14/09    Duplicating/Printing/Scanning                   3.00
            ATTY # 0559; 30 COPIES

172573 W. R. Grace & Co.                                    Invoice Number  1823569
60033  Claim Analysis Objection Resolution & EstimationPage    4
       (Asbestos)
       February 28, 2009


01/14/09    Postage Expense                                      1.18
            Postage Expense: ATTY # 000349 User: Castello, D

01/15/09    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

01/15/09    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

01/15/09    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

01/15/09    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

01/15/09    Duplicating/Printing/Scanning                         .10
            ATTY # 0559; 1 COPIES

01/15/09    Duplicating/Printing/Scanning                        2.90
            ATTY # 0559; 29 COPIES

01/15/09    Duplicating/Printing/Scanning                        2.80
            ATTY # 0349; 28 COPIES

01/15/09    Duplicating/Printing/Scanning                        2.80
            ATTY # 0349; 28 COPIES

01/16/09    Telephone Expense                                     .10
            312-861-2330/CHICAGO, IL/2

01/16/09    Telephone Expense                                     .55
            561-362-1533/BOCA RATON, FL/11

01/21/09    Courier Service - Outside - - VENDOR: U.S.         168.20
            DOCUMENT RETRIEVAL OBTAINED PROOF OF CLAIM FROM
            ARCHIVES

01/22/09    Telephone Expense                                     .10
            803-943-4444/HAMPTON, SC/2

01/26/09    General Expense - - VENDOR: THE BOX COMPANY.COM      1.75

01/26/09    General Expense - - VENDOR: THE BOX COMPANY.COM      5.25

01/26/09    General Expense - - VENDOR: THE BOX COMPANY.COM      1.75

01/26/09    Telephone Expense                                     .15
            803-943-4444/HAMPTON, SC/3

01/27/09    Duplicating/Printing/Scanning                        1.70
            ATTY # 0559; 17 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1823569
60033   Claim Analysis Objection Resolution & EstimationPage    5
        (Asbestos)
        February 28, 2009


01/27/09    Duplicating/Printing/Scanning                      8.00
            ATTY # 0559; 80 COPIES

01/29/09    Telephone Expense                                   .25
            212-446-4889/NEW YORK, NY/5

01/30/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/30/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/30/09    Duplicating/Printing/Scanning                       .10
            ATTY # 000559: 1 COPIES

01/30/09    Duplicating/Printing/Scanning                      1.20
            ATTY # 1398; 12 COPIES

                        CURRENT EXPENSES                      264.97
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $264.97
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823570
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL    33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

    Fees                                   0.00
    Expenses                          47,705.33

                   TOTAL BALANCE DUE UPON RECEIPT        $47,705.33
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number        1823570
One Town Center Road                      Invoice Date        02/28/09
Boca Raton, FL    33486                   Client Number         172573
                                          Matter Number          60035

==============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                         0.30
    Duplicating/Printing/Scanning           851.70
    Westlaw                                  141.08
    Express Mail Service                      21.85
    Consulting Fees                      44,938.25
    Courier Service - Outside             1,746.78
    Telephone - Outside                       5.37

                 CURRENT EXPENSES                     47,705.33
                                                    --------------

                 TOTAL BALANCE DUE UPON RECEIPT      $47,705.33
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1823570
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60035


==============================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/04/08 | Express Mail Service | 21.85 |
| 12/15/08 | Telephone - - SoundPath - - Conference call hosted by Danielle Rawls. | 5.37 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 178.80 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 178.28 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 185.07 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 175.12 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 166.21 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 243.40 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 150.66 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 22.69 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 21.85 |
| 12/22/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 21.85 |

172573  W. R. Grace & Co.                          Invoice Number  1823570
60035  Grand Jury Investigation                    Page    2
       February 28, 2009


12/23/08   Courier Service - UPS - Shipped to TONY KLAPPER        23.27
           REED SMITH LLP (WASHINGTON DC 20005).

12/23/08   Courier Service - UPS - Shipped to TONY KLAPPER        21.25
           REED SMITH LLP (WASHINGTON DC 20005).

12/30/08   Courier Service - UPS - Shipped to MAILROOM            13.81
           REED SMITH LLP (WASHINGTON DC 20005).

01/04/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/05/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/05/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/05/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/08/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/08/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/08/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/08/09   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

01/12/09   Duplicating/Printing/Scanning                            .20
           ATTY # 8826; 2 COPIES

01/12/09   Duplicating/Printing/Scanning                           9.30
           ATTY # 8826; 93 COPIES

01/12/09   Duplicating/Printing/Scanning                          17.30
           ATTY # 8826; 173 COPIES

01/12/09   Duplicating/Printing/Scanning                          50.60
           ATTY # 8826; 506 COPIES

01/12/09   Duplicating/Printing/Scanning                           2.30
           ATTY # 8826; 23 COPIES

01/12/09   Duplicating/Printing/Scanning                            .10
           ATTY # 8826; 1 COPIES

172573 W. R. Grace & Co.                     Invoice Number  1823570
60035  Grand Jury Investigation              Page   3
       February 28, 2009

| Date | Description | Amount |
|---|---|---|
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 6 COPIES | .60 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 47 COPIES | 4.70 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 6 COPIES | .60 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 108 COPIES | 10.80 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 129 COPIES | 12.90 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 9 COPIES | .90 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 75 COPIES | 7.50 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 92 COPIES | 9.20 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 90 COPIES | 9.00 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 99 COPIES | 9.90 |
| 01/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1823570
60035  Grand Jury Investigation             Page   4
       February 28, 2009
```

| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 16 COPIES | 1.60 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 20 COPIES | 2.00 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 167 COPIES | 16.70 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 205 COPIES | 20.50 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 20 COPIES | 2.00 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 160 COPIES | 16.00 |

172573 W. R. Grace & Co.                          Invoice Number  1823570
60035  Grand Jury Investigation                   Page    5
       February 28, 2009


| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 1257 COPIES | 125.70 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 171 COPIES | 17.10 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 132 COPIES | 13.20 |
| 01/14/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 2269 COPIES | 226.90 |
| 01/14/09 | Courier Service - UPS - Shipped from  REED<br>SMITH LLP to DANIEL  ROONEY C/O ALLEGRA  PRINT<br>& IMAGING (MISSOULA MT 59802). | 2.60 |
| 01/14/09 | Courier Service - UPS - Shipped to DANIEL<br>ROONEY C/O ALLEGRA  PRINT & IMAGING (MISSOULA<br>MT 59802). | 70.71 |
| 01/14/09 | Courier Service - UPS - Shipped to DAN ROONEY<br>C/O RICK ALLEGRA PRINT & IMAGING (MISSOULA MT<br>59802). | 271.21 |
| 01/15/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 55 COPIES | 5.50 |
| 01/15/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 45 COPIES | 4.50 |
| 01/15/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 57 COPIES | 5.70 |
| 01/15/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 259 COPIES | 25.90 |
| 01/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/16/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 2 COPIES | .20 |
| 01/16/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 134 COPIES | 13.40 |

172573 W. R. Grace & Co.                          Invoice Number  1823570
60035  Grand Jury Investigation                   Page   6
       February 28, 2009


01/16/09     Duplicating/Printing/Scanning                    .90
             ATTY # 8826; 9 COPIES

01/16/09     Duplicating/Printing/Scanning                 129.30
             ATTY # 8826; 1293 COPIES

01/19/09     Duplicating/Printing/Scanning                    .10
             ATTY # 000559: 1 COPIES

01/20/09     Duplicating/Printing/Scanning                    .10
             ATTY # 000559: 1 COPIES

01/20/09     Duplicating/Printing/Scanning                    .10
             ATTY # 000559: 1 COPIES

01/21/09     Duplicating/Printing/Scanning                    .10
             ATTY # 000559: 1 COPIES

01/22/09     Duplicating/Printing/Scanning                    .90
             ATTY # 8826; 9 COPIES

01/22/09     Duplicating/Printing/Scanning                    .80
             ATTY # 8826; 8 COPIES

01/22/09     Duplicating/Printing/Scanning                   6.00
             ATTY # 8826; 60 COPIES

01/22/09     Duplicating/Printing/Scanning                    .30
             ATTY # 8826; 3 COPIES

01/22/09     Westlaw - - JULIE MASAL - - LEGAL RESEARCH FOR   141.08
             WORK ON GRAND JURY MATTER.

01/23/09     Duplicating/Printing/Scanning                    .20
             ATTY # 8826; 2 COPIES

01/23/09     Duplicating/Printing/Scanning                  10.90
             ATTY # 8826; 109 COPIES

01/26/09     Duplicating/Printing/Scanning                   5.20
             ATTY # 8826; 52 COPIES

01/26/09     Duplicating/Printing/Scanning                    .70
             ATTY # 8826; 7 COPIES

01/27/09     Duplicating/Printing/Scanning                  15.50
             ATTY # 0559; 155 COPIES

01/28/09     Telephone Expense                                .30
             312-718-2333/CHICAGO, IL/6

172573 W. R. Grace & Co.                          Invoice Number  1823570
60035  Grand Jury Investigation                   Page   7
       February 28, 2009


| 01/29/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 36 COPIES | 3.60 |
|---|---|---|
| 01/29/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 5 COPIES | .50 |
| 01/29/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1 COPIES | .10 |
| 01/29/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 163 COPIES | 16.30 |
| 01/29/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 26 COPIES | 2.60 |
| 01/29/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 43 COPIES | 4.30 |
| 01/30/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 8 COPIES | .80 |
| 01/30/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 32 COPIES | 3.20 |
| 01/30/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 8 COPIES | .80 |
| 01/30/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 26 COPIES | 2.60 |
| 01/31/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/27/09 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - CONSULTANT FEES FOR WORK ON GRAND<br>JURY/CRIMINAL MATTER IN JANUARY 2009, INCLUDING<br>REGULATIONS APPLICABLE TO GRACE OPERATIONS. | 44938.25 |

                              CURRENT EXPENSES                 47,705.33
                                                            ------------
                      TOTAL BALANCE DUE UPON RECEIPT         $47,705.33
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1823571
One Town Center Road                      Invoice Date     02/28/09
Boca Raton, FL   33486                    Client Number      172573


=================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

    Fees                              0.00
    Expenses                          1.99

              TOTAL BALANCE DUE UPON RECEIPT          $1.99
                                             =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number       1823571
One Town Center Road                  Invoice Date       02/28/09
Boca Raton, FL   33486                Client Number        172573
                                      Matter Number         60038
```

===============================================================================

Re: Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     PACER                               0.24
     General Expense                     1.75

                    CURRENT EXPENSES                    1.99
                                                -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $1.99
                                                =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1823571
One Town Center Road                      Invoice Date      02/28/09
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60038

===============================================================================

Re: (60038)  Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/19/08    PACER                                          .24

01/26/09    General Expense - - VENDOR: THE BOX COMPANY.COM    1.75

                        CURRENT EXPENSES                       1.99
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $1.99
                                                          =============