# EXHIBIT A

**W. R. Grace Core Group Service List**
Case No. 01-1139 (JKF)
Document Number: 27348
10 – Hand Delivery
13 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel to David T. Austern, Future
Claimant's Representative)
Philips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Delaware Counsel to Hon. Alexander M.
Sanders, Jr.
Property Damages Future Claims
Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*First Class Mail*
)
The Law Offices of Janet S. Baer P. C.
Janet S. Baer, Esquire
70 W. Madison St., Suite 2100,
Chicago, IL 60602

*First Class Mail*
Kirkland & Ellis LLP
Theodore Freedman, Esquire
153 E 53rd St # 38
New York, NY 10022

*First Class Mail*
David M. Bernick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel for David T. Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

*First Class Mail*
(Counsel to Hon. Alexander M. Sanders, Jr.
Property Damages Future Claims
Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire
One Main Place, 1201 Main Street
Suite 1910, LB 201
Dallas, TX  75202

**W.R. Grace 2/20/09 Service list**
Case No. 01-1139 (JKF)
Doc. No. 145212
1 – Hand Delivery
1 – First Class Mail
99– Electronic Delivery

***Hand Delivery and Electronic Delivery***
(Counsel to BNSF Railway Company)
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
meltzere@pepperlaw.com

***First Class Mail***
(Counsel to BNSF Railway Company)
Edward C. Toole, Jr., Esquire
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
toolee@pepperlaw.com
caseyl@pepperlaw.com

STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
kpasquale@stroock.com
akrieger@stroock.com

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Jay M. Sakalo, Esquire
jsakalo@bilzin.com

FERRY, JOSEPH & PEARCE, P.A.
Theodore J. Tacconelli, Esquire
ttacconelli@ferryjoseph.com

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
caseyl@pepperlaw.com

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com

LOWENSTEIN SANDLER PC
Ira M. Levee, Esquire
ilevee@lowenstein.com

RICHARDS, LAYTON & FINGER, P.A.
Cory D. Kandestin, Esquire
stearn@rlf.com

VORYS, SATER, SEYMOUR and PEASE
LLP
Tiffany Strelow Cobb, Esquire
tscobb@vorys.com

LANDIS RATH & COBB LLP'
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
James S. Green, Jr., Esquire
Rick Cobb, Esquire
landis@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
cobb@lrclaw.com

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey Wisler, Esquire
jwisler@cblh.com

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com

FORD MARRIN ESPOSITO WITMEYER
& GLESER, LLP
Shayne W. Spencer, Esquire
swspencer@fmew.com

WILEY REIN LLP
Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
rifft@wileyrein.com
kmorell@wileyrein.com

WHITE AND WILLIAMS LLP
Joseph Gibbons, Esquire
gibbonsj@whiteandwilliams.com

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
Jeffrey.boerger@dbr.com

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Beth Stern Fleming, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
bsf@stevenslee.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
mphillips@paulweiss.com
rzubaty@paulweiss.com

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
Samuel Rubin, Esquire
Karen E. Abravanel@stblaw.com
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
kabravanel@stblaw.com
Srubin@stblaw.com

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
jcohn@cozen.com

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
carl.pernicone@wilsonelser.com

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
David Turetsky, Esquire
david.turetsky@skadden.com

KRAMER LEVIN NAFTALIS &
FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
dblabey@kramerlevin.com

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
mdavis@zeklaw.com

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Peri Mahaley, Esquire
Kathleen Orr, Esquire
dfelder@orrick.com
rfrankel@orrick.com
rwyron@orrick.com
jguy@orrick.com
pmahaley@orrick.com
korr@orrick.com

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com

CROWELL & MORING
Leslie Epley Davis
lepley@crowell.com

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
mhurford@camlev.com

O'MELVENY & MYERS LLP
Tancred Schiavoni, Esquire
tschiavoni@omm.com

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Criag A. Bruens, Esquire
Theodore L. Freedman, Esquire
K. Love, Esquire
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com

PACHULSKI STANG ZIEHL & JONES
LLP
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
Lynzy Oberholzer, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com
loberholzer@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Virginia Whitehill Guldi, Esquire
vguldi@zuckerman.com

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
kmayer@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Robert Guttmann, Esquire
rguttmann@zeklaw.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Anna Newsom, Esquire
alexander.mueller@mendes.com
anna.newsom@mendes.com

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com

RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick, Esquire
rhorkovich@andersonkill.com

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro, Esquire
emdecristofaro@fmew.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF JANET S. BAER
P. C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

MCGARVEY, HEBERLING, SULLIVAN
& MCGARVEY P.C.
Jon L. Heberling, Esquire
jheberling@mcgarveylaw.com

**W. R. Grace Arrowood Service List**
Case No. 01-1139 (JKF)
Doc. No. 145656
01 – Hand Delivery
02 - First Class Mail
07 – Via Email Delivery

*Via Electronic Delivery and Hand Delivery*
(Counsel to Arrowood Indemnity Company)
Garvan F. McDaniel, Esquire
Ian Connor Bifferato, Esquire
Bifferato Gentilotti LLC
800 King Street, First Floor
Wilmington, DE  19899-2165
gmcdaniel@bglawde.com
cbifferato@bglawde.com

*Via Electronic Delivery and First Class Mail*
(Counsel to Arrowood Indemnity Company)
Paul R. Koepff, Esquire
Brad Elias, Esquire
Tancred V. Schiavoni, Esquire
Gary Svirsky, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
pkoepff@omm.com
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com

*Via Electronic Delivery and First Class Mail*
(Counsel to Arrowood Indemnity Company)
Carl J. Pernicone, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
carl.pernicone@wilsonelser.com