THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **W. R. GRACE & CO.,** *et al.,* ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| **Debtors.** ) | Re: Docket No. 20278 |
| ) | February 23, 2009 Agenda No. 8 |

## ORDER DISMISSING AS MOOT ANDERSON MEMORIAL HOSPITAL'S MOTION FOR ENLARGEMENT OF TIME TO SERVE DISCOVERY

This matter, having come to be heard on the Motion of Anderson Memorial Hospital for an enlargement of time under the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (the "CMO") (Docket No. 20622) to serve written fact discovery ("Anderson's Motion") (Docket No. 20278), the Debtors having filed an Objection to Andersons' Motion (Docket No. 20778), the parties thereafter having reached an agreement with respect to the discovery deadline, the Court having heard the arguments of counsel on February 23, 2009 with respect to certain matters related to Anderson's Motion and the Court being otherwise fully advised in the premises, Hereby Orders As Follows:

1. Pursuant to the agreement of the parties, Anderson Memorial shall have an extension of time until March 13, 2009 to serve its written fact discovery re Asbestos Property Damage Issues.

2. All other discovery deadlines set forth in the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Docket No. 20622) shall remain the same and shall be applicable to all parties, including Anderson Memorial.

K&E 13416316.1

3. Anderson Memorial's Motion is denied as moot.

Dated: ~~February~~ March 6, 2009

*Judith K. Fitzgerald* rmab
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge

2

K&E 13416316.1