### Greve, Daphne

**From:** Rice, Joe
**Sent:** Thursday, October 02, 2008 8:04 PM
**To:** Greve, Daphne
**Subject:** FW: WR Grace


**Joseph F. Rice** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9159 | f. 843.216.9290 | jrice@motleyrice.com

---

**From:** Frankel, Roger [mailto:rfrankel@orrick.com]
**Sent:** Thursday, October 02, 2008 6:50 PM
**To:** Rice, Joe
**Cc:** rtw@pencapital.com; David T. Austern; Wyron, Richard H.; ei@capdale.com
**Subject:** RE: WR Grace

Joe, we have reviewed the expenses which you have incurred for the month of September in connection with the negotiations of certain elements of Grace's Plan. We understand that you were asked to be at meetings in distant cities on very short notice and that the short notice requred the use of private air. We have no objection to your being reimbursed for these costs by WR Grace, notwithstanding that they exceed the normal guidelines for expense reimbursement.
We appreciate the time which you have devoted to these complicated negotiations.
Roger




ORRICK

**ROGER FRANKEL**
*Partner*

ORRICK, HERRINGTON & SUTCLIFFE LLP

*tel (DC)* 202 339 8513
*tel (NY)* 212 506 3690
rfrankel@orrick.com

www.orrick.com

---

**From:** Rice, Joe [mailto:jrice@motleyrice.com]
**Sent:** Wednesday, October 01, 2008 2:23 PM
**To:** rtw@pencapital.com; Frankel, Roger
**Subject:** WR Grace

Attached are the proposed expenses I am going to submit to WR Grace. You will note that they are substantially higher than the court's normal reimbursement. It is mostly because of the private air use due to the last minute nature of the travel. I am asking each of you to give me a letter stating that you support the reimbursement of these expenses due to the nature of the negotiations and the short notice and asking that they be approved. The Trustee is going to reject them outright unless I have some

10/3/2008

statement from you. Thanks.

*dictated but not read*
**Joseph F. Rice**| Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**o.** 843.216.9159 | **f.** 843.216.9290 | jrice@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.

================================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
================================================================

10/3/2008

# Peninsula Capital Advisors, LLC

R. Ted Weschler
Managing Partner

404B East Main Street, 2nd Floor
Charlottesville, Virginia 22902
Telephone: (434) 297-0816
Telecopier: (434) 220-9321
E-mail: rtw@pencapital.com

October 1, 2008

To Whom It May Concern:

I write as the Chairman of the Equity Committee in the W.R. Grace bankruptcy.

I understand Mr. Joseph Rice of Motley Rice, LLC will be submitting expenses in the W.R. Grace bankruptcy that include out of the ordinary expenses (including private plane travel) for reimbursement by the estate.

The meetings Mr. Rice attended on September 2nd and September 15th were organized on very short notice and Mr. Rice's involvement in both was critical to productive negotiations.

Mr. Rice has provided me with copies of his proposed submission detailing expenses of $17,997.78 and, recognizing the critical nature of the negotiations, short notice regarding these issues and the key role Mr. Rice played in same, I fully support the reimbursement of these expenses.

Sincerely,

[signature]

kls/RTW