IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF CAPSTONE ADVISORY GROUP, LLC
FOR THE THIRTIETH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Capstone Advisory Group, LLC, for the Thirtieth Interim Period (the "Application").

BACKGROUND

1.      Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisors to the Official Committee of Unsecured Creditors. In the Application, Capstone seeks approval of fees totaling $304,425.50 and expenses totaling $2,608.68 for its services during the Application Period.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Capstone 30Q 7-9.08.wpd

established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Capstone, and received a response from Capstone, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted a total of $373.00 for "Scans" which appeared to be billed at $1.00 per page. Thus, we asked Capstone to explain why the scanned images should be charged at a higher rate than the $0.10 per page allowed for photocopies in this District. Capstone responded as follows:

> From time to time we receive reports and other information from the Debtors, their advisors and other sources in non-electronic format. When this occurs, and especially when the documents are lengthy, we may choose to scan the individual pages of the documents through a feature of a copier machine which stores the page electronically. This then permits easy dissemination of the document to multiple users and avoids producing multiple printed copies of the same document.
>
> It has been our understanding that use of scans is permissible and that the applicable rate for scans is $1.00 per scan, however at your request we will reduce our charge for scanning by $335.70 ($373.00 less 373 scans at $0.10 per scan).

We appreciate Capstone's response and recommend a reduction of $335.70 in expenses.

## CONCLUSION

4.      Thus, we recommend approval of $304,425.50 in fees and $2,272.98 in expenses ($2,608.68 minus $335.70) for Capstone's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

325 N. St. Paul Street
Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 6th day of February, 2009.

_____
Warren H. Smith

# SERVICE LIST

**Applicant**
Edwin N. Ordway, Jr.
CAPSTONE ADVISORY GROUP, LLC
Park 80 West, Plaza I
Saddle Brook, NJ 07663

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801