## CERTIFICATE OF SERVICE

      I, Debra L. Felder, do hereby certify that I am over the age of 18, and that on this 9th day of March, 2009, I caused copies of the *Asbestos PI Future Claimants' Representative's Notice of Service of Discovery Responses* to be served by first class mail, postage prepaid, on the parties listed on the attached Service List.

                                                                             */s/ Debra L. Felder*
                                                                             Debra L. Felder
                                                                             Orrick, Herrington & Sutcliffe LLP