**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 6, 2009, copies of the *Objections and Responses of The Official Committee of Asbestos Personal Injury Claimants to Discovery Requests Propounded by Government Employees Insurance Company and Columbia Insurance Company* were served upon the individuals on the attached service list, in the manner indicated.

Date: March 9, 2009

**CAMPBELL & LEVINE, LLC**

*/s/Mark T. Hurford*
Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Telefax: (302) 426-9947

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Telefax: (212) 644-6755

{D0148075.1 }

        Peter Van N. Lockwood
        Nathan D. Finch
        Jeffrey A. Liesemer
        One Thomas Circle, N.W.
        Washington, D.C. 20005
        Telephone: (202) 862-5000
        Telefax: (202) 429-3301

        *Counsel for the Official Committee*
        *of Asbestos Personal Injury Claimants*

## SERVICE LIST

**VIA FIRST CLASS MAIL AND ELECTRONIC MAIL**

David P. Primack, Esq.
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
David.Primack@dbr.com


**VIA ELECTRONIC MAIL**

STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
kpasquale@stroock.com
akrieger@stroock.com

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Jay M. Sakalo, Esquire
jsakalo@bilzin.com

FERRY, JOSEPH & PEARCE, P.A.
Theodore J. Tacconelli, Esquire
ttacconelli@ferryjoseph.com

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
caseyl@pepperlaw.com

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey Wisler, Esquire
jwisler@cblh.com

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esquire

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com

LOWENSTEIN SANDLER PC
Ira M. Levee, Esquire
ilevee@lowenstein.com

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
stearn@rlf.com

VORYS, SATER, SEYMOUR and PEASE LLP
Tiffany Strelow Cobb, Esquire
tscobb@vorys.com

LANDIS RATH & COBB LLP'
Richard S. Cobb, Esquire
James S. Green, Jr., Esquire
cobb@lrclaw.com
green@lrclaw.com

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire

Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@fmew.com
swspencer@fmew.com

WILEY REIN LLP
Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
rifft@wileyrein.com
kmorell@wileyrein.com

WHITE AND WILLIAMS LLP
Joseph Gibbons, Esquire
gibbonsj@whiteandwilliams.com

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
carl.pernicone@wilsonelser.com

Marnie E. Simon, Esquire
Beth Stern Fleming, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
bsf@stevenslee.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
mphillips@paulweiss.com
rzubaty@paulweiss.com

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
Samuel Rubin, Esquire
Karen E. Abravanel, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
srubin@stblaw.com
kabravanel@stblaw.com

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
jcohn@cozen.com

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky, Esquire
david.turetsky@skadden.com

O'MELVENY & MYERS LLP
Tancred Schiavoni, Esquire
tschiavoni@omm.com

{D0148075.1 }                4

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Peri N. Mahaley, Esquire
Debra L. Felder, Esquire
Kathleen A. Orr, Esquire
rfrankel@orrick.com
rwyron@orrick.com
jguy@orrick.com
dfelder@orrick.com
pmahaley@orrick.com
korr@orrick.com

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

CAPLAN & DRYSDALE, CHARTERED
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com

CROWELL & MORING
Leslie Epley Davis
lepley@crowell.com

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
mhurford@camlev.com

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Craig A. Bruens, Esquire
Theodore L. Freedman, Esquire
Kimberly Love, Sr. Legal Assistant
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill, Esquire
joneill@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Virginia Whitehill Guldi, Esquire
vguldi@zuckerman.com

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
kmayer@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Anna Newsom, Esquire
alexander.mueller@mendes.com
anna.newsom@mendes.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com

MCGARVEY, HEBERLING, SULLIVAN and MCGARVEY, P.C.
Jon Heberling, Esquire
jheberling@mcgarveylaw.com

| | |
|---|---|
| RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC<br>Edward J. Westbrook, Esquire<br>ewestbrook@rpwb.com | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Phillip Bentley<br>Douglas Mannal<br>David Blabey<br>Pbentley@kramerlevin.com<br>dmannal@kramerlevin.com<br>dblabey@kramerlevin.com |
| ANDERSON KILL & OLICK P.C.<br>Robert M. Horkovich, Esquire<br>rhorkovich@andersonkill.com | |
| THE LAW OFFICES OF JANET S. BAER P.C.<br>Janet S. Baer, Esquire<br>jbaer@jsbpc.com | |

{D0148075.1 }                                    6