IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## <u>CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 20715)</u>

On February 13, 2009, Buchanan Ingersoll & Rooney PC, ("Buchanan"), co-counsel to

the Official Committee of Equity Holders, filed its Thirty-First Quarterly Fee Application of

Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for

Compensation and Reimbursement of Expenses for the Period from October 1, 2008 through

December 31, 2008 (the "Application").  The Notice of Application provided an objection

deadline of 4:00 p.m. (Eastern Standard Time) on March 5, 2009.  The undersigned hereby

certifies that no answer, objection or any responsive pleading with respect to the Application has

been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving

this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By____/s/ Teresa K.D. Currier_____
      Teresa K. D. Currier (No. 3080)
      The Brandywine Building
      1000 West St. - Suite 1410
      Wilmington, DE 19801

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esq.
Douglas H. Mannal, Esq.
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: March 9, 2009                    Co-Counsel to the Official Committee
                                        of Equity Holders