## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | *Agenda 3 of 2/23/09 Hearing* |

Related to Doc. No. 20550

### ORDER

On January 20, 2009, ZAI Claimant Wendy MacLean, filed a pro se letter-motion asking for permission to file a late claim. (Dkt No. 20550) On January 23, 2009, this Court ordered counsel for the ZAI claimants to contact Ms. MacLean and arrange for her participation at a hearing on her motion set for February 23, 2009. ZAI counsel contacted Ms. MacLean on January 23, 2009, and again on January 30, 2009, alerting her to the hearing date and the existence of a ZAI facility under the proposed ZAI class action settlement. On February 4, 2009, Ms. MacLean informed ZAI counsel that in light of the ZAI proposed resolution:

> I no longer see a need to file a late claim as I anticipate being allowed to join with the other claimants who have discovered Zonolite in their homes past the bar date in seeking partial reimbursement for abatement of this insulation. I would appreciate your offer to notify the court of this on my behalf.[1]

Following receipt of Ms. MacLean's letter, the parties informed the Court that Ms. MacLean had decided not to pursue her motion because ZAI counsel indicated to Ms. MacLean that she could participate in the ZAI claims facility on the same basis as other ZAI claimants who meet the requirements of the facility. Therefore, permission to withdraw Ms. MacLean's motion is granted.

---

[1] Attach. C to ZAI Claimants' Response to Letter Request of Wendy MacLean, Pro Se, for Permission to File a Late Claim Re ZAI Dkt. No. 20550) (Dkt. No. 20680).

IT IS SO ORDERED, this ___9___ day of ___March___ 2009.

_Judith K Fitzgerald_
Hon. Judith K. Fitzgerald
United States Bankruptcy Judge