**CERTIFICATE OF SERVICE**

      I, Debra L. Felder, do hereby certify that I am over the age of 18, and that on this 9th day of March, 2009, I caused copies of the *Notice of Service of Debtors, Official Committee of Asbestos Personal Injury Claimants, Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders' Joint Response to Federal Insurance Company's First Set of Requests for Admission, First Set of Interrogatories, and First Set of Requests for Production of Documents* to be served by first class mail, postage prepaid, on the parties listed on the attached Service List.

                                              */s/ Debra L. Felder*
                                              Debra L. Felder
                                              Orrick, Herrington & Sutcliffe LLP