**EXHIBIT A**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/7/08 | B. Harding | 5.3 | $585.00 | $3,100.50 | ...; confer with D. Bernick and team re preparation of modules and graphics (5.0); confer with S. McMillin and J. Golden (.3);…. |
| 7/7/08 | B. Giroux | 7.0 | $180.00 | $1,260.00 | Assist with joint defense conference. |
| 7/7/08 | B. Stansbury | 7.8 | $520.00 | $4,056.00 | ..............; confer with D. Bernick, W. Lancaster, J. Golden, S. McMillin, E. Ahern, L. Durity, consultants, T. Fitzsimmons, P. King and B. Harding re case modules for master graphics and outline (7.8). |
| 7/7/08 | E. Ahern | 10.2 | $570.00 | $5,814.00 | Prepare for and participate in team conference re trial preparation with D. Bernick, B. Harding and S. McMillin. |
| 7/7/08 | P. King | 8.0 | $350.00 | $2,800.00 | Confer with D. Bernick, B. Harding, E. Ahern, W. Lancaster, S. McMillin, B. Stansbury, J. Golden, T. Fitzsimmons and L. Durity re strategy. |
| 7/7/08 | S. McMillin | 8.8 | $580.00 | $5,104.00 | Prepare for (2.8) and participate in (6.0) team conference re trial preparation;........ |
| 7/7/08 | T. Fitzsimmons | 5.9 | $230.00 | $1,357.00 | ............; attend K&E conference re trial preparation (5.9). |
| 7/7/08 | W. Lancaster | 8.0 | $710.00 | $5,680.00 | Prepare for (3.1) and attend (4.9) WRG defense conference. |
| | | **61.0** | | **$29,171.50** | |
| 7/10/08 | B. Harding | 1.2 | $585.00 | $702.00 | ..............; confer with joint defense team (1.2). |
| 7/10/08 | B. Stansbury | 0.9 | $520.00 | $468.00 | ............; participate in joint defense conference (.9). |
| 7/10/08 | E. Ahern | 1.1 | $570.00 | $627.00 | ............; participate in joint defense conference and review related materials (1.1). |
| 7/10/08 | J. Ganter | 0.9 | $205.00 | $184.50 | ............; confer with co-counsel (.9). |
| 7/10/08 | K. Katz | 1.2 | $205.00 | $246.00 | Attend joint defense team conference (1.2);........... |
| 7/10/08 | L. Urgenson | 1.2 | $835.00 | $1,002.00 | ...............; attend weekly JDA conference re case status and strategy (1.2). |
| 7/10/08 | L. Durity | 2.6 | $350.00 | $910.00 | ............; confer with joint defense team (2.6). |
| 7/10/08 | P. Farrell | 0.7 | $395.00 | $276.50 | Participate in joint defense conference re case status and next steps. |
| 7/10/08 | P. King | 1.2 | $350.00 | $420.00 | Confer with L. Urgenson, T. Mace, B. Stansbury, R. Koch and joint defense re strategy and upcoming work product (1.2);......... |
| 7/10/08 | R. Koch | 1.0 | $435.00 | $435.00 | Confer with L. Urgenson, T. Mace and P. King and joint defense counsel re case status. |
| 7/10/08 | S. McMillin | 1.2 | $580.00 | $696.00 | ..............; prepare for (.3) and participate in (.9) joint defense conference;.............. |
| 7/10/08 | S. Bianca | 0.4 | $520.00 | $208.00 | Attend joint defense conference (.4);........... |
| | | **13.6** | | **$6,175.00** | |
| 8/7/08 | A. Mena | 6.9 | $625.00 | $4,312.50 | Confer with claimants re corporate documents (6.9);.......... |
| 8/7/08 | C. Bruens | 6.5 | $590.00 | $3,835.00 | Attend plan conference with K&E team and representatives of client, ACC and FCR (6.5);................. |

**EXHIBIT A**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/7/08 | D. Boll | 5.8 | $915.00 | $5,307.00 | ...............; analyze issues re same with P. Zilly, P. Lockwood and M. Lewinstein (5.8). |
| 8/7/08 | D. Rooney | 4.0 | $240.00 | $960.00 | Travel from Chicago, IL to Denver, CO (2.0) (billed at half time); travel from Denver, CO to Chicago, IL (2.0) (billed at half time). |
| 8/7/08 | D. Rooney | 5.8 | $240.00 | $1,392.00 | Confer with team re trial modules and graphics. |
| 8/7/08 | E. Ahern | 4.5 | $570.00 | $2,565.00 | Travel to and from Denver, CO for expert conference (billed at half time). |
| 8/7/08 | E. Ahern | 5.0 | $570.00 | $2,850.00 | .............; prepare for and attend conference re discovery materials (5.0). |
| 8/7/08 | M. Lewinstein | 6.8 | $440.00 | $2,992.00 | ...........; confer with T. Freedman and others re transactional documents (6.8);............ |
| 8/7/08 | M. Labovitz | 5.0 | $745.00 | $3,725.00 | ............; attend portion of transactional documents conference (5.0). |
| 8/7/08 | S. McMillin | 2.8 | $580.00 | $1,624.00 | Travel to and from Denver, CO for conference with expert (billed at half time). |
| 8/7/08 | S. McMillin | 4.0 | $580.00 | $2,320.00 | Prepare for and attend conference with expert re trial preparation (4.0);........... |
| 8/7/08 | T. Freedman | 6.0 | $850.00 | $5,100.00 | Confer with plan proponents on documents (6.0);............. |
| 8/7/08 | T. Christopher | 6.2 | $825.00 | $5,115.00 | Participate in conference with Trust's counsel and various other parties re corporate documents. |
| | | **69.3** | | **$42,097.50** | |
| | | | | | |
| 9/15/08 | D. Rooney | 1.7 | $240.00 | $408.00 | Travel from Chicago, IL to Washington, DC for joint defense conference (billed at half time). |
| 9/16/08 | E. Ahern | 2.0 | $570.00 | $1,140.00 | Travel from Chicago, IL to Washington, DC for joint defense conference (billed at half time). |
| 9/16/08 | S. McMillin | 1.0 | $580.00 | $580.00 | Travel from Chicago, IL to Washington, DC for joint defense conference (billed at half time). |
| 9/17/08 | A. Karan | 8.0 | $540.00 | $4,320.00 | Participate in joint defense conference (6.4); confer with team in preparation for second day of joint defense conference (1.6);............. |
| 9/17/08 | B. Harding | 8.5 | $585.00 | $4,972.50 | ...; confer with joint defense team re preparation for trial (8.5); … |
| 9/17/08 | B. Giroux | 11.5 | $180.00 | $2,070.00 | Prepare for joint defense conference |
| 9/17/08 | B. Stansbury | 4.5 | $520.00 | $2,340.00 | Participate in joint defense conference. |
| 9/17/08 | D. Rooney | 8.0 | $240.00 | $1,920.00 | ...; attend joint defense conference (8.0). |
| 9/17/08 | E. Ahern | 11.5 | $570.00 | $6,555.00 | Prepare for and participate in joint defense conference. |
| 9/17/08 | L. Urgenson | 10.9 | $835.00 | $9,101.50 | ............; attend joint defense counsel (8.7); work on presentation and confer with T. Mace, P. Farrell, P. King, D. Bernick and others re sane (2.2) |
| 9/17/08 | P. Farrell | 8.6 | $395.00 | $3,397.00 | Participate in joint defense conference re case status and strategy (8.6);........... |
| 9/17/08 | P. King | 8.5 | $350.00 | $2,975.00 | ...; confer with joint defense re case outline and related strategy (8.5); … |

**EXHIBIT A**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/17/08 | R. Koch | 8.0 | $435.00 | $3,480.00 | Confer with L. Urgenson, T. Mace, B. Harding, D. Bernick and joint defense team re case overview and trial preparation. |
| 9/17/08 | S. McMillin | 8.5 | $580.00 | $4,930.00 | .............; prepare for and participate in joint defense conference (8.5);................ |
| 9/17/08 | T. Mace | 12.1 | $500.00 | $6,050.00 | Prepare for joint defense conference and attend same (12.1);.............. |
| 9/17/08 | W. Lancaster | 8.0 | $710.00 | $5,680.00 | Attend joint defense conference |
| 9/17/08 | W. Lancaster | 1.5 | $710.00 | $1,065.00 | Prepare for joint defense conference, |
| 9/18/08 | A. Karan | 6.5 | $540.00 | $3,510.00 | Prepare for and participate in joint defense outline conference (6.5);......... |
| 9/18/08 | B. Harding | 4.7 | $585.00 | $2,749.50 | ...; confer with joint defense team (4.7);............. |
| 9/18/08 | B. Giroux | 6.2 | $180.00 | $1,116.00 | Assist with joint defense conference. |
| 9/18/08 | B. Stansbury | 4.8 | $520.00 | $2,496.00 | Participate in joint defense conference and follow up K&E conference (4.8);............... |
| 9/18/08 | D. Rooney | 6.2 | $240.00 | $1,488.00 | …; attend joint defense team conference (6.2). |
| 9/18/08 | E. Ahern | 6.0 | $570.00 | $3,420.00 | Prepare for and participate in joint defense conference (6.0); … |
| 9/18/08 | E. Ahern | 2.0 | $570.00 | $1,140.00 | Return travel to Chicago, IL from joint defense conference in Washington, DC (billed at half time) |
| 9/18/08 | L. Urgenson | 5.3 | $835.00 | $4,425.50 | ...; attend joint defense conference (5.3);............... |
| 9/18/08 | L. Durity | 4.5 | $350.00 | $1,575.00 | Attend joint defense conference to review next steps and affirmative case outline. |
| 9/18/08 | M. Rohrhofer | 1.0 | $145.00 | $145.00 | Assist D. Rooney with joint defense presentation |
| 9/18/08 | P. Farrell | 4.1 | $395.00 | $1,619.50 | Participate in joint defense conference re case status and strategy (4.1); … |
| 9/18/08 | P. King | 4.5 | $350.00 | $1,575.00 | ...; confer with joint defense re case strategy and upcoming work product (4.5); … |
| 9/18/08 | R. Koch | 4.5 | $435.00 | $1,957.50 | Confer with L. Urgenson, T. Mace, B. Harding, D. Bernick and joint defense team re case overview and trail presentation (4.5);............. |
| 9/18/08 | S. McMillin | 5.0 | $580.00 | $2,900.00 | Participate in joint defense conference (5.0);.............. |
| 9/18/08 | S. McMillin | 1.5 | $580.00 | $870.00 | Return travel to Chicago, IL from joint defense conference in Washington, DC (billed at half time) |
| 9/18/08 | T. Mace | 10.0 | $500.00 | $5,000.00 | ...; prepare for and attend joint defense conference (10.0). |
| 9/18/08 | W. Lancaster | 8.5 | $710.00 | $6,035.00 | Prepare for and attend joint defense conference. |
| 9/19/08 | D. Rooney | 2.2 | $240.00 | $528.00 | Return travel to Chicago, IL from joint defense conference in Washington, DC (billed at half time) |
| | | **210.3** | | **$103,534.00** | |