# EXHIBIT C

NY 71979845v2

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2008 - DECEMBER 31, 2008**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| Greenberg, Mayer | 0.8 | $825 | $ 660.00 |
| Kruger, Lewis | 58.0 | 945 | 54,810.00 |
| Pasquale, Kenneth | 149.2 | 775 | 115,630.00 |
| Speiser, Mark A. | 0.4 | 900 | 360.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 11.9 | 650 | 7,735.00 |
| Gutierrez, James S. | 38.6 | 490 | 18,914.00 |
| Harris, Daniel J. | 73.9 | 295 | 21,800.50 |
| Krieger, Arlene G. | 477.9 | 650 | 310,635.00 |
| Lawrence, Anna M | 2.5 | 295 | 737.50 |
| | | | |
| **Paraprofessionals** | | | |
| Cohen, Reuben H. | 4.7 | 235 | 1,104.50 |
| De Pinto, Lauren M. | 4.5 | 235 | 1,057.50 |
| Holzberg, Ethel H. | 92.4 | 270 | 24,948.00 |
| Magzamen, Michael S. | 0.4 | 270 | 108.00 |
| Mohamed, David | 106.5 | 175 | 18,637.50 |
| | | | |
| **Sub Total** | **1,021.7** | | **$ 577,137.50** |
| **Less 50% Travel** | **(27.4)** | | **(19,750.00)** |
| **Total** | **994.3** | | **$ 557,387.50** |

NY 71979845v2