# EXHIBIT D

NY 71979845v2

-6-

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2008 - DECEMBER 31, 2008**

| | |
|---|---:|
| Outside Messenger Service | $ 268.01 |
| Local Transportation | 800.29 |
| Long Distance Telephone | 426.58 |
| Duplicating Costs-in House | 275.80 |
| Duplicating Costs-Outside | 16.20 |
| Miscellaneous | 9.95 |
| O/S Information Services | 380.87 |
| Word Processing | 174.00 |
| Lexis/Nexis | 2,343.55 |
| Travel Expenses - Transportation | 4,341.43 |
| Travel Expenses - Lodging | 1,307.40 |
| Travel Expenses - Meals | 409.38 |
| Westlaw | 9,746.10 |
| | |
| **TOTAL** | **$ 20,499.56** |

NY 71979845v2