# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## FEE DETAIL FOR DAY PITNEY LLP'S
## NINETIETH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD JANUARY 1, 2009 THROUGH JANUARY 31, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/08/09 18 | Attention to November 2008 fee application. K. Piper | 0.2 | 71.00 |
| 01/12/09 18 | Review and revise DP's November 2008 Fee Application. S. Zuber | 0.3 | 148.50 |
| 01/14/09 18 | Revise November 2008 fee application and attention to filing same. K. Piper | 1.0 | 355.00 |
| 01/16/09 14 | Create audit file and assign to paralegal. D. Florence | 0.5 | 72.50 |
| 01/21/09 14 | Work on audit letter. A. Marchetta | 1.0 | 640.00 |
| 01/21/09 14 | Respond to audit request. W. Hatfield | 0.4 | 166.00 |
| 01/21/09 18 | Draft December 2008 fee application. K. Piper | 1.0 | 355.00 |
| 01/21/09 14 | Sent out audit letter survey; Worked with attorneys regarding preparation of inserts; Sent out second requests to same; Followed up with attorneys regarding response to same; Prepared draft letter for same. S. Parker | 2.9 | 449.50 |
| 01/22/09 14 | Complete audit letter. A. Marchetta | 0.5 | 320.00 |
| 01/22/09 18 | Review and revise DP's November 2008 fee application. S. Zuber | 0.3 | 148.50 |
| 01/22/09 18 | Review and revise DP's December 2008 fee application. S. Zuber | 0.3 | 148.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| 01/22/09 14 | Review audit legal response letter<br>M. Dunne | 0.3 | 163.50 |
|---|---|---|---|

| 01/22/09 18 | Draft quarterly fee application for 31st interim period.<br>K. Piper | 1.6 | 568.00 |
|---|---|---|---|

| 01/22/09 |  Sent out supplemental audit letter survey requests; Worked with attorneys regarding same; Worked with AJ Marchetta regarding draft letter; Prepared file for M. Dunne review; Implemented M. Dunne's revisions to same; Attention to delivery of same to auditor and client via facsimile and first class mail. |  |  |
|---|---|---|---|
| 14 | S. Parker | 2.0 | 310.00 |

| 01/23/09 14 | Scan completed audit letter and update audit database.<br>D. Florence | 0.2 | 29.00 |
|---|---|---|---|

| 01/26/09 18 | Review and revise Day Pitney's Fourth Quarter 2008 Fee Application.<br>S. Zuber | 0.3 | 148.50 |
|---|---|---|---|

| 01/29/09 18 | Revise December 2008 fee application.<br>K. Piper | 0.4 | 142.00 |
|---|---|---|---|

| 01/29/09 18 | Revise Quarterly fee application for the 31st interim period.<br>K. Piper | 0.3 | 106.50 |
|---|---|---|---|

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| M. Dunne | 14 | 0.3 | 545.00 | 163.50 |
| A. Marchetta | 14 | 1.5 | 640.00 | 960.00 |
| S. Zuber | 18 | 1.2 | 495.00 | 594.00 |
| W. Hatfield | 14 | 0.4 | 415.00 | 166.00 |
| K. Piper | 18 | 4.5 | 355.00 | 1,597.50 |
| D. Florence | 14 | 0.7 | 145.00 | 101.50 |
| S. Parker | 14 | 4.9 | 155.00 | 759.50 |
| TOTAL |  | 13.5 |  | 4,342.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 01/02/09 14 | Follow up regarding lack of response from DEP.<br>A. Marchetta | 0.5 | 320.00 |
|---|---|---|---|

| 01/05/09 | Telephone call to client regarding mediator and settlement; e-mails and |  |  |
|---|---|---|---|

3

| | follow up regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 512.00 |
| 01/05/09 | Preparation of update to draft report; review file material and work with A. Marchetta re same; review e-mail exchange re Third Circuit mediation strategy. | | |
| 3 | B. Moffitt | 1.4 | 560.00 |
| 01/06/09 | E-mails and follow up regarding letter to mediator and timing of same. | | |
| 14 | A. Marchetta | 0.6 | 384.00 |
| 01/06/09 | Review e-mail exchanges re Third Circuit mediation and draft letter to Court regarding mediation; review file re same; work with A. Marchetta re same and prepare e-mail. | | |
| 3 | B. Moffitt | 1.4 | 560.00 |
| 01/08/09 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.5 | 77.50 |
| 01/12/09 | Conference with B. Moffitt regarding time of submission to mediator. | | |
| 14 | A. Marchetta | 0.2 | 128.00 |
| 01/13/09 | Telephone calls, e-mails and follow up regarding letter to Torregrossa and telephone call from State regarding same; follow up regarding response. | | |
| 14 | A. Marchetta | 1.0 | 640.00 |
| 01/13/09 | Continued preparation of letter to Third Circuit and preparation of e-mail to mediator re same; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |
| 01/14/09 | Conference with B. Moffitt and follow up regarding information for call to State on settlement. | | |
| 14 | A. Marchetta | 0.6 | 384.00 |
| 01/14/09 | Review e-mails re settlement negotiations and confer with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 01/16/09 | Telephone calls and follow up regarding possible settlement negotiations with NJDEP. | | |
| 14 | A. Marchetta | 0.5 | 320.00 |
| 01/20/09 | Telephone call with R. Gilson and communicate with client regarding issues for same. | | |
| 14 | A. Marchetta | 1.0 | 640.00 |

4

| | | | |
|---|---|---|---|
| 01/20/09 | Telephone call with Judge Bongiovanni's clerk and prepare letter to court; review file re same and work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 01/21/09 | Follow up regarding settlement discussions and telephone call to clients regarding same; telephone call with B. Moffitt regarding communications with co-counsel regarding same; revise letter to court regarding same. | | |
| 14 | A. Marchetta | 1.4 | 896.00 |
| 01/21/09 | Preparation of audit letter insert. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 01/21/09 | Review D.A.G. Dickinson's proposed edits to status update letter; e-mail exchanges with A. Marchetta and co-counsel re same; telephone call with D.A.G. Dickinson re same. | | |
| 3 | B. Moffitt | 0.9 | 360.00 |
| 01/21/09 | Review e-mails re issues and work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |
| 01/22/09 | Telephone calls and e-mails regarding letter to court; telephone calls with mediator, client and State regarding settlement. | | |
| 14 | A. Marchetta | 1.1 | 704.00 |
| 01/23/09 | E-mails, telephone calls and follow up regarding court filing on status and telephone call from R. Gilson. | | |
| 14 | A. Marchetta | 0.8 | 512.00 |
| 01/23/09 | Review e-mails and voice mails from/re Third Circuit Appellate Mediation Director Torregrossa. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 01/26/09 | Telephone calls and follow up regarding settlement; telephone call to mediator. | | |
| 14 | A. Marchetta | 0.6 | 384.00 |
| 01/28/09 | Telephone call from State and follow up regarding same. | | |
| 14 | A. Marchetta | 0.4 | 256.00 |
| 01/29/09 | Telephone call from New Jersey regarding settlement and follow up regarding same. | | |
| 14 | A. Marchetta | 0.5 | 320.00 |
| 01/30/09 | Telephone call with State and telephone call to mediator regarding settlement; e-mails regarding same. | | |

5

| 14 | A. Marchetta | | 0.7 | 448.00 |

| 01/30/09 | Review e-mail exchanges re settlement issues. | | | |
| 3 | B. Moffitt | | 0.1 | 40.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 10.7 | 640.00 | 6,848.00 |
| B. Moffitt | 3 | 6.9 | 400.00 | 2,760.00 |
| S. Parker | 14 | 0.5 | 155.00 | 77.50 |
| TOTAL | | 18.1 | | 9,685.50 |

6

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

NONE.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States District Court for the Northern District of New York,

the United States District Court for the Eastern District of New York, the United States District

Court for the Southern District of New York, the United States District Court for the Western

District of New York, the United States District Court for the District of Colorado, the United

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

States District Court for the Eastern District of Texas, the United States District Court for the

Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the

United States Court of Appeals for the Second Circuit, the United States Tax Court, and the

United States Supreme Court.

2.  I have personally performed certain of, and overseen, the legal services

rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other

work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information, and belief.

Florham Park, New Jersey
Dated: March 6, 2009

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2