# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.,* | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 10, 2009, copies of the **Responses And Objections of AXA Belgium, As Successor To Royale Belge SA To Debtors' Phase I Request For Production Of Documents To Certain Objecting Parties** were served in the manner indicated upon the entities listed below.

**VIA E-MAIL AND U.S. MAIL**
David M. Bernick
Lisa Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com
Email: lesayian@kirkland.com

**VIA E-MAIL AND U.S. MAIL**
Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com
       joneill@pszjlaw.com
       tcairns@pszjlaw.com

**VIA E-MAIL AND U.S. MAIL**
Janet S. Baer
Law Office of Janet S. Baer, P.C.
70 West Madison Street
Suite 2100
Chicago, IL 60602
Email: jbaer@jsbpc.com

- 2 -

Dated: March 10, 2009

JOHN SHEEHAN SPADARO, LLC
/s/ John S. Spadaro
John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
Email: jspadaro@johnsheehanspadaro.com

Eileen T. McCabe
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019
Telephone: (212)261-8254
Facsimile: (302)235-2536
Email: eileen.mccabe@mendes.com

Michael A. Shiner
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619
Email: mshiner@tuckerlaw.com

Counsel for AXA Belgium