IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 20718** |

**CERTIFICATION OF NO OBJECTION REGARDING THE
THIRTEENTH INTERIM APPLICATION OF
ANDERSON, KILL, & OLICK, P.C., FOR SERVICES RENDERED
AND REIMUBURSEMENT OF EXPENSES AS SPECIAL
INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF
<u>OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008 (DOCKET NO. 20718)</u>**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Anderson, Kill, & Olick, P.C. ("Anderson, Kill, & Olick"), submitted on February 13, 2009 a Thirteenth interim application ("Application") [Docket No. 20718] for services rendered and reimbursement of expenses incurred as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0142469.1 }

2. Objections to the Application were to be filed and served on or before March 5, 2009. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

      ANDERSON, KILL, & OLICK, P.C.
      Robert Y. Chung
      1251 Avenue of the Americas
      New York, NY 10020-1182
      (212) 278-1039

      -and-

      CAMPBELL & LEVINE, LLC

      */s/Kathleen Campbell Davis*
      Kathleen Campbell Davis (I.D. #4229)
      800 N. King Street
      Suite 300
      Wilmington, DE 19899
      (302) 426-1900

      Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: March 11, 2009

{D0142469.1}    2