IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 20877 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 2nd day of March 2009, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

*Corrected Exhibit 25 to Exhibit Book to First Amended Joint Plan of Reorganization*

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:145974.1

Anderson Memorial Hospital E-mail service list

3 email service

(Counsel to Anderson Mem. Hosp.)
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
drosendorf@kttlaw.com
jk@kttlaw.com


(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
dspeights@speightsrunyan.com