**CERTIFICATE OF SERVICE**

       I, Debra L. Felder, do hereby certify that I am over the age of 18, and that on this 13th day of March, 2009, I caused copies of the *Second Supplemental Declaration of Jason Solganick Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Piper Jaffray & Co. as Financial Advisor to David T. Austern as Asbestos PI Future Claimants' Representative,* to be served by first class mail, postage prepaid, on the parties listed on the attached service list.

                                                */s/ Debra L. Felder*
                                                Debra L. Felder
                                                Orrick, Herrington & Sutcliffe LLP