**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
AND ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S
PRELIMINARY LIST OF WITNESSES THAT THEY INTEND TO CALL
DURING THE CONFIRMATION HEARING**

Pursuant to the operative version of the Court's Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated January 29, 2009 (Docket No. 20622), the Official Committee of Asbestos Personal Injury Claimants ("ACC") and the Asbestos PI Future Claimants' Representative ("FCR") hereby identify, prior to the close of discovery, the following individuals likely to be called by the ACC and/or the FCR as witnesses during the Confirmation Hearing. The testimony from each of the witnesses identified below relates (at least in part) to issues or objections to the Plan raised by Libby Claimants, but may also be relevant to other Plan confirmation issues. The ACC and the FCR believe that these witnesses will testify in Phase II of the Confirmation Hearing, and that Phase I of the hearing will not require the presentation of witness testimony by the ACC and the FCR. However, to the extent the testimony of any witness listed below is relevant to Phase I, this disclosure shall apply to Phase I discovery as well as Phase II.

As discovery has not yet been completed, the ACC and the FCR reserve their rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify in their case-in-chief at the Confirmation Hearing. Moreover, the identification of any individual on this list does not necessarily mean that the ACC and/or the FCR intend to depose

{D0148449.1 }

or offer testimony from a particular witness.  However, this list is intended to be a good faith effort to identify those persons who the ACC and/or the FCR will likely call as a witness at trial, either live or by deposition.

The following individuals are listed in alphabetical order.

David T. Austern

Jay Hughes

Elihu Inselbuch

Dr. William Longo

Dr. Mark Peterson

Jeff Posner

Dr. Dayton Prouty (by deposition only)

Dr. Laura Welch

A witness that is an employee or agent of W.R. Grace necessary to lay the foundation for the admissibility of Grace business records, if necessary

This list does not include fact or expert witnesses called solely for rebuttal or impeachment purposes.  The ACC and/or the FCR may identify and produce expert witness reports from one or more experts who would be called solely for purposes of rebuttal.  The ACC and the FCR also reserve the right to call as a witness any person identified on any other party's Preliminary Witness List, or any subsequently filed witness list.

Dated:  March 13, 2009	Respectfully submitted,

             CAMPBELL & LEVINE, LLC

             /s/ Mark T. Hurford
             Marla Rosoff Eskin (DE No. 2989)
             Mark T. Hurford (DE No. 3299)
             800 N. King Street, Suite 300
             Wilmington, DE  19801
             Tel: (302) 426–1900
             Fax: (302) 426-9947
             meskin@camlev.com
             mhurford@camlev.com

             CAPLIN & DRYSDALE, CHARTERED
             Elihu Inselbuch
             375 Park Avenue, 35th Floor
             New York, NY  10152
             Tel: (212) 319–7125
             Fax: (212) 644-6755

             Peter Van N. Lockwood
             Nathan D. Finch
             One Thomas Circle, NW
             Washington, DC  20005
             Tel: (202) 862–5000
             Fax: (202) 429-3301

             *Counsel to the Official Committee of Asbestos*
             *Personal Injury Claimants*

             ORRICK, HERRINGTON & SUTCLIFFE LLP
             Roger Frankel
             Richard H. Wyron
             Jonathan P. Guy
             1152 15th Street, NW
             Washington, DC 20005
             Tel:  (202) 339-8400
             Fax: (202) 339-8500

             and

{D0148449.1 }

        PHILLIPS, GOLDMAN & SPENCE, P.A.

        /s/ Jack C. Phillips
        Jack C. Phillips, Jr. (DE No. 110)
        1200 North Broom Street
        Wilmington, DE 19806
        Tel.:  (302) 655-4200
        Fax:   (302) 655-4210
        jcp@pgslaw.com

        *Co-Counsel to David T. Austern,*
        *Asbestos PI Future Claimants' Representative*