**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al*., | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors in Possession. | : | |

**CERTIFICATE OF SERVICE**

      I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 13, 2009 I caused a copy of the *Official Committee of Asbestos Personal Injury Claimants' and Asbestos PI Future Claimants' Representative's Preliminary List of Witnesses that They Intend to Call During the Confirmation Hearing* to be served upon the individuals on the attached 2002 service list via first-class mail unless otherwise indicated.

Dated: March 13, 2009             */s/Mark T. Hurford*
                                                Mark T. Hurford (DE No. 3299)

{D0148455.1 }