IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| | * | Related Docket No. 20622 |

------------------------------------------------------x

### CNA COMPANIES' PRELIMINARY LIST OF WITNESSES TO BE CALLED AT THE HEARINGS ON PLAN CONFIRMATION ISSUES

Continental Casualty Company and Continental Insurance Company, on their behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively "CNA"), as insurer and creditor of the Debtors, pursuant to the Second Amended Case Management Order (the "CMO") [Docket No. 20622] related to the First Amended Joint Plan of Reorganization (the "Plan"), hereby submits its preliminary list of witnesses it may call at the hearings on Plan confirmation issues:

1. Sean T. Mathis.
2. James B. Shein.
3. George L. Priest.

Messrs Shein, Mathis and Priest will be submitting expert reports in support of CNA's Plan objections.

CNA may identify additional witnesses in further support of its Plan objections as discovery proceeds, as well as in response to any issue raised by the Plan Proponents or other parties as part of the Plan confirmation process. CNA also may call as witnesses any individuals disclosed as potential witnesses or called as witnesses by the other parties to this proceeding. The Plan Proponents bear the burden of proof as to the confirmability of the Plan, and CNA accordingly also

LIBA/1976832.2

reserves the right to call any witness needed for rebuttal or impeachment purposes, or as it may deem necessary to address any argument or evidence that may be advanced that may impact the interests of CNA.

Respectfully submitted,

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: _____
Edward B. Rosenthal (*Bar No. 3131*)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
FACSIMILE: (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
facsimile: (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
FACSIMILE: (212) 344-4294

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: (312) 201-2662
FACSIMILE: (312) 416-4524

*Counsel for Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates*

Dated: March 13, 2009

LIBA/1976832.2