IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

## THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' RESERVATION OF RIGHTS WITH RESPECT TO WITNESSES TO BE CALLED DURING THE PLAN CONFIRMATION HEARING

Pursuant to the Court's Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated January 29, 2009 (the "Case Management Order"), parties intending to participate in the hearing regarding confirmation of the First Amended Joint Plan of Reorganization were directed to submit a preliminary list of witnesses to be called at such hearing by March 13, 2009. The Official Committee of Equity Security Holders (the "Equity Committee") does not presently intend to designate any witnesses. However, the Equity Committee hereby reserves its rights to: (i) question, and rely on testimony from, witnesses designated by others; and (ii) designate its own witnesses prior to the deadlines contained in the Case Management Order for the submission of final witness lists.

Dated: Wilmington, Delaware
       March 13, 2009

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Teresa K. D. Currier
    Teresa K. D. Currier (No. 3080)
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    (302) 552-4200

-and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

    Philip Bentley
    Gregory Horowitz
    Douglas H. Mannal
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100

Counsel to the Official Committee of
Equity Security Holders