IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| W.R. GRACE & CO., *et al*., : | |
| : | Case No. 01-1139 (JKF) |
| Debtors. : | |
| : | Jointly Administered |

**FEDERAL INSURANCE COMPANY'S PRELIMINARY WITNESS DESIGNATION**

Pursuant to the Court's Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization of January 29, 2009, Federal Insurance Company ("Federal"), by and through counsel, hereby submits that it intends to call one or more witnesses at the Confirmation Hearing in support of Federal's objections to the confirmation of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders* ("Joint Plan"). These witnesses include, but are not limited to

1) Professor George L. Priest, Yale Law School, P.O. Box 208215, New Haven, Connecticut; and

2) Professor James B. Shein, Kellogg School of Management, Northwestern University, Evanston, Illinois, 60208.

Additionally, Federal joined in the Objections and Reservations of Rights asserted by Fireman's Fund Insurance Company ("FFIC"), as well as Continental Casualty Company, Transportation Insurance Company and their American affiliates (the "CNA Companies"). Therefore, Federal may rely on the testimony of any and all other witnesses designated and

called by FFIC and the CNA Companies, as well as any other insurance company involved in these proceedings.

Furthermore, Federal reserves the right to designate and call witnesses necessary to rebut any evidence or testimony adverse to the interests of Federal.

At this time, however, discovery is ongoing, no protective order is currently in place, and objections to the final Joint Plan have not yet been filed.  Therefore, this Designation of Witnesses is preliminary and Federal reserves the right to amend it as further information is developed and relevant witnesses in support of Federal's contentions are identified.

Dated: March 13, 2009

                COZEN O'CONNOR

                /s/ *John T. Carroll, III*
                John T. Carroll, III (DE No. 4060)
                1201 N. Market Street
                Suite 1400
                Wilmington, DE 19801
                (302) 295-2028 Telephone
                (302) 295-2013 Facsimile

                - and -

                William P. Shelley (PA ID 40875)
                Jacob C. Cohn (PA ID 54139)
                1900 Market Street
                Philadelphia, PA  19103
                (215) 665-2000 Telephone
                (215) 665-2013 Facsimile

                Attorneys for Federal Insurance Company