**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

**CERTIFICATE OF SERVICE**

    I, John T. Carroll, III, certify that I am not less than 18 years of age, and that on March 13, 2009 I caused a copy of *Federal Insurance Company's Preliminary Witness Designation* to be served in the manner indicated upon the following parties**:**

**VIA HAND DELIVERY**
**Office of the United States Trustee**
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Jr. (Bar No. 110)
1200 North Broom Street
Wilmington, De 19806
**Counsel to the Asbestos PI FCR**

**VIA FIRST CLASS MAIL & E-MAIL**

Kirkland & Ellis LLP
Attn: David M. Bernick, P.C. (dbernick@kirkland.com)
Janet S. Baer (jbaer@kirkland.com)
Lisa Esayian (lesayian@kirkland.com)
200 East Randolph Drive
Chicago, IL 60601
**Counsel to the Debtors**

Kirkland & Ellis LLP
Attn: Theodore L. Freedman (tfreedman@kirkland.com)
Deanna D Boll (dboll@kirkland.com)
Craig A. Bruens (cbruens@kirkland.com)

Citigroup Center
153 E. 53rd Street
New York, NY 10022
**Counsel to the Debtors**

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones (Bar No. 2436) (ljones@pszjlaw.com)
James E. O'Neill (Bar No. 4042) (joneill@pszjlaw.com)
Timothy Cairns (Bar No. 4228) (tcairns@pszjlaw.com)
Kathleen P. Makowski, Esq. (kmakowski@pszjlaw.com)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
**Counsel to the Debtors**

Anderson Kill & Olick, P.C.
Attn: Robert M. Horkovich (rhorkovich@andersonkill.com)
1251 Avenue of the Americas
New York, NY 10020
**Counsel to the Debtors**

Caplin & Drysdale, Chartered
Attn: Jeffrey Liesemer (jal@capdale.com)
One Thomas Circle, NW
Washington, DC 20005
**Counsel to the ACC**

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch (ei@capdale.com)
375 Park Avenue
New York, NY 10153
**Counsel to the ACC**

Campbell & Levine, LLC
Attn: Marla R. Eskin (Bar No. 2989) (meskin@camlev.com )
Mark T. Hurford (Bar No. 3299) (mhurford@camlev.com)
800 King Street, Suite 300
Wilmington, DE 19801
**Counsel to the ACC**

Orrick, Herrington & Sutcliffe LLP
Attn: Roger Frankel (rfrankel@orrick.com)
Richard H. Wyron (rwyron@orrick.com)
Debra L. Felder (dfelder@orrick.com)
Columbia Center
1152 15th Street, NW
Washington, DC 20005
**Counsel to the Asbestos PI FCR**

**VIA EMAIL ONLY**

caseyl@pepperlaw.com

ealcabes@stblaw.com

michael.brown@dbr.com

gcalhoun@steptoe.com

candon@cwg11.com

carignanj@pepperlaw.com

tscobb@vorys.com

cohn@cwg11.com

acraig@cuyler.com

mdavis@zeklaw.com

emdecristofaro@fmew.com

fournierd@pepperlaw.com

mgiannotto@goodwinprocter.com

dglosband@goodwinprocter.com

jdd@stevenslee.com

david.klauder@usdoj.gov

akrieger@stroock.com

lepley@crowell.com

ilevee@lowenstein.com

lpg@stevenslee.com

elongosz@eckertseamans.com

kmangan@wcsr.com;

gmcdaniel@bglawde.com

mes@stevenslee.com

fmonaco@wcsr.com

bmukherjee@goodwinprocter.com

ppantaleo@stblaw.com

kpasquale@stroock.com

perniconec@wilsonelser.com

mphillips@paulweiss.com

mpiropato@stblaw.com

david.primack@dbr.com

rifft@wileyrein.com

wrussell@stblaw.com

jsakalo@bilzin.com

swspencer@fmew.com

stearn@rlf.com

lstover@eckertseamans.com

ttacconelli@ferryjoseph.com

david.turetsky@skadden.com

jwaxman@cozen.com

jwisler@cblh.com

arich@alanrichlaw.com

ewestbrook@rpwb.com

TSchiavoni@OMM.com

rguttman@zeklaw.com

vguldi@zuckerman.com

kmayer@mccarter.com

alexander.mueller@mendes.com

anna.newsom@mendes.com

jeffrey.boerger@dbr.com

warren.pratt@dbr.com

bsf@stevenslee.com

rzubaty@paulweiss.com

kmorell@wileyrein.com

kabravanel@stblaw.com

srubin@stblaw.com

jheberling@mcgarveylaw.com

young@wildman.com

green@lrclaw.com

cobb@lrclaw.com

Gibbonsj@whiteandwilliams.com

jbaer@jsbpc.com

Pbentley@kramerlevin.com

dmannal@kramerlevin.com

dblabey@kramerlevin.com

landis@lrclaw.com

mumford@lrclaw.com

JCP@pgslaw.com

CAH@pgslaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 13, 2009.

                                              COZEN O'CONNOR

                                              /s/ *John T. Carroll, III*
                                              John T. Carroll, III (DE No. 4060)