IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| W. R. GRACE & CO., et al., | § § | Case No. 01-01139 (JKF) |
| *Debtors.* | § | Jointly Administered |

### THE PROPERTY DAMAGE FUTURE CLAIMS REPRESENTATIVE'S RESERVATION OF RIGHTS WITH RESPECT TO WITNESSES TO BE CALLED DURING THE PLAN CONFIRMATION HEARING

Pursuant to the Court's Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated January 29, 2009 (the "CMO"), parties intending to participate in the hearing regarding confirmation of the First Amended Joint Plan of Reorganization were directed to submit a preliminary list of witnesses to be called at such hearing by March 13, 2009. The Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands ("PD FCR") does not presently intend to designate any witnesses. However, the PD FCR hereby reserves his rights to: (i) question, and rely on testimony from, witnesses designated by others; and (ii) designate his own witnesses prior to the deadlines contained in the CMO for the submission of final witness lists.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of March, 2009, this document was served through ECF delivery to all subscribers thereo.

_____