IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### LIBBY CLAIMANTS' PRELIMINARY DESIGNATION OF WITNESSES TO TESTIFY IN CONNECTION WITH PLAN CONFIRMATION

Pursuant to the Court's January 29, 2009 Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, the Libby Claimants,[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby designate the following individuals that they may call as witnesses at the Confirmation Hearing. The identification of any individual on this preliminary list does not necessarily mean that the Libby Claimants will offer testimony from a particular witness. All of the witnesses who are called to testify will testify as to Libby issues.

1. Dr. Terry M. Spear;
2. Dr. Alan C. Whitehouse;
3. Dr. Arthur L. Frank;
4. Dr. Mark Peterson;
5. James Sinclair;
6. Jeffrey M. Posner;
7. Fred E. Festa;
8. Hudson La Force;
9. Jay Hughes, Esq.;
10. Mark A. Shelnitz, Esq.; and
11. Gary L. Graham, Esq.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 19927].

393.001-25102.doc

The Libby Claimants reserve their right to supplement this designation.

Dated: March 13, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri K. Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2505
Facsimile:  (617) 951-0679

*Counsel for Libby Claimants*

393.001-25102.doc