**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO, et al., | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____) | | |

**PROTECTIVE PRELIMINARY WITNESS DESIGNATION OF ALLSTATE
INSURANCE COMPANY, SOLELY AS SUCCESSOR IN INTEREST TO
NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY,
<u>FORMERLY NORTHBROOK INSURANCE COMPANY</u>**

In accordance with paragraph 4 of the *Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [D.I. 20622] ("Second CMO") dated January 29, 2009, Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company (hereinafter referred to as "Northbrook"), by and through its undersigned counsel, hereby submits that it may call one or more witnesses at the Confirmation Hearing: (i) in support of any objections that Northbrook may raise to the confirmation of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders* ("Joint Plan"); and (ii) in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of Northbrook.

Subsequent to entry of the Second CMO, the Joint Plan has been amended in a manner that materially affects the interests of Northbrook, discovery is ongoing, no

5130708v.1

protective order has yet been entered, and final Joint Plan objections have not yet been

filed.  Accordingly, Northbrook has not yet determined which, if any, witness or

witnesses it may call, and this Preliminary Witness Designation is submitted without

prejudice to (i) the designation or presentation of any and all witnesses that Northbrook

may deem necessary, and (ii) the rights of Northbrook to neither designate nor present

any witnesses.

                                    Respectfully submitted,

Dated: March 13, 2009
        Wilmington, Delaware            White & Williams, LLP


                    By:         /s/ James S. Yoder
                                JAMES S. YODER, ESQ. (DE #2643)
                                824 N. Market Street, Suite 902
                                P.O. Box 709
                                Wilmington, DE 19899
                                (302) 467-4524

                                    -and-

                                Stefano Calogero Esq.
                                Andrew K. Craig, Esq.
                                CUYLER BURK, P.C.
                                Parsippany Corporate Center
                                Four Century Drive
                                Parsippany, NJ 07054
                                (973) 734-3200

                                Counsel for Allstate Insurance Company,
                                solely as successor in interest to Northbrook
                                Excess and Surplus Insurance Company,
                                formerly Northbrook Insurance Company

5130708v.1