IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**PROTECTIVE PRELIMINARY WITNESS DESIGNATION OF
ZURICH INSURANCE COMPANY, ZURICH INTERNATIONAL (BERMUDA) LTD.,
AND MARYLAND CASUALTY COMPANY**

In accordance with paragraph 4 of the *Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [D.I. 20622] ("Second CMO") dated January 29, 2009, Zurich Insurance Company, Zurich International (Bermuda) Ltd. (jointly, "Zurich"), and Maryland Casualty Company ("MCC"), by and through their undersigned counsel, hereby submit that one or both of MCC and Zurich anticipate that they may call one or more witnesses at the Confirmation Hearing: (i) in support of any objections that MCC and/or Zurich may raise to the confirmation of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders* ("Joint Plan"); and (ii) in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of MCC and/or Zurich. Additionally, MCC and/or Zurich may call one or more expert witnesses to testify at the Confirmation Hearing, and the reports of such witnesses shall be produced in accordance with the Second CMO.

Discovery is ongoing, no protective order has yet been entered, and final Plan objections have not yet been filed. Accordingly, this Preliminary Witness Designation is submitted without prejudice to (i) the designation or presentation of any and all witnesses that MCC and/or Zurich may deem necessary, and (ii) the rights of MCC and Zurich to neither designate nor present any witnesses.

Dated: March 13, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
Kelly M. Conlan (#4786)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:
Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Attorneys for Zurich Insurance Company, Zurich International (Bermuda) Ltd. and Maryland Casualty Company

#667717