## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

**Objection Date: April 10, 2009, 4:00 p.m.**
**Hearing Date: April 27, 2009, 10:30 a.m.**

### NOTICE OF MOTION

TO:   PARTIES LISTED ON THE ATTACHED SERVICE LIST.

PLEASE TAKE NOTICE that on March 13, 2009, Certain Insurers[1] have filed the attached Motion to Extend Time to File the Expert Witness Report of Professor George L. Priest (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE THAT YOU MUST FILE AND SERVE ANY OBJECTIONS TO THE MOTION ON OR BEFORE **APRIL 10, 2009 AT 4:00 P.M.** ANY OBJECTION MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON UNDERSIGNED COUNSEL.

IF OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PRECEDING PARAGRAPH, A HEARING ON THE MOTION WILL BE HELD BY THE COURT ON **APRIL 27, 2009 AT 10:30 A.M.**

---

[1] "Certain Insurers" include: Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company; Arrowood Indemnity Company f/k/a Royal Indemnity Company; Continental Casualty Company, Transportation Insurance Company, and their American insurance affiliates; Federal Insurance Company; and Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company.  Undersigned counsel has been authorized to sign and submit this motion on behalf of each and all of these Certain Insurers.

- 2 -

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  March 13, 2009 | /s/ David P. Primack<br>Warren T. Pratt (DE Bar I.D. #4334)<br>David P. Primack (DE Bar I.D. #4449)<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE  19801-1243<br>Telephone: (302) 467-4200<br>Facsimile:  (302) 467-4201<br><br>- and -<br><br>Michael F. Brown (*pro hac vice*)<br>Jeffrey M. Boerger *(pro hac vice)*<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br><br>*Counsel for Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company*<br><br>*As authorized by and on behalf of each and all of Certain Insurers identified herein* |