**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

# <u>ORDER</u>

And now on this _____ day of April, 2009, it is hereby **ORDERED** that Certain Insurers' Motion to Extend Time to File the Expert Witness Report of Professor George L. Priest is **GRANTED** and the expert report of Professor Priest is hereby **DEEMED** to have been timely filed.

BY THE COURT:

_____
Fitzgerald J.