IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: , | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Re: Docket No. 20981 |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on March 13, 2009, I did cause to be served copies of the foregoing **ANDERSON MEMORIAL HOSPITAL'S LIMITED OBJECTION TO ZAI CLAIMANTS' MOTION FOR ORDER OF FINAL APPROVAL OF THE U.S. ZAI CLASS SETTLEMENT, AND MOTION TO DEFER AND CONSOLIDATE WITH CONFIRMATION** on the parties listed and in the manner indicated on the attached service list.

DATED: March 13, 2009

                                            Christopher D. Loizides (No. 3968)
                                            LOIZIDES, P.A.
                                            1225 King Street, Suite 800
                                            Wilmington, DE 19801
                                            Telephone:   (302) 654-0248
                                            Facsimile:    (302) 654-0728
                                            E-mail:        loizides@loizides.com

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

William D. Sullivan, Esquire
William A. Hazeltine, Esquire
Elihu E. Allinson III, Esquire
SULLIVAN HAZELTINE & ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
*Fax:*   *(302) 428-8195*

Darrell W. Scott, Esquire
THE SCOTT LAW GROUP PS
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
*Fax:*   *(509) 455-3906*

Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC
1037 Chuck Dawley Bl., Bldg. A
Mt. Pleasant, SC 29464
*Fax:*   *(843) 727-6500*

Elizabeth Cabraser, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
*Fax:*   *(415) 956-1008*