**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## HARTFORD'S PRELIMINARY WITNESS DESIGNATION

In accordance with paragraph 4 of the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [D.I. 20622] ("Second CMO"), dated January 29, 2009, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation (collectively, "Hartford"), reserve the right to call as a witness at the Confirmation Hearing (1) any individual designated as a witness or identified by any Plan Proponent, Objector, or other party in interest, and (2) any individual providing rebuttal testimony. Hartford further reserves the right to revise and/or amend this designation and to make any adjustments, additions, or changes it believes are necessary.

Respectfully submitted,

/s/ Michael W. Yurkewicz
KLEHR, HARRISON, HARVEY
  BRANZBURG AND ELLERS LLP
919 Market St., Suite 1000
Wilmington, DE  19801
Telephone:  302-426-1189
Facsimile:  302-426-9193

- and –

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  202-663-6000
Facsimile:  202-663-6363

Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation

Dated:  March 13, 2009