# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                         :
In re:                                   :
                                         :  Chapter 11
                                         :
W.R. GRACE & CO., et al.,                :  Case No. 01-01139 (JKF)
                                         :  Jointly Administered
                                         :
                          Debtors.       :
------------------------------------------------------------x
```

## TRAVELERS CASUALTY AND SURETY COMPANY'S
## PRELIMINARY WITNESS LIST

Pursuant to this Court's Second Amended Case Management Order, entered on January 29, 2009 (the "Order"), Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company ("Travelers"), by and through its undersigned counsel, hereby submits the following preliminary list of witnesses it may call to testify at the hearing on plan confirmation in this matter:

1.  Any witnesses necessary for the purpose of supporting any objections that Travelers may raise to the confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009.

2.  Any witnesses necessary for the purpose of authenticating documents or otherwise establishing a foundation for the admissibility of evidence; and

3.  Any witnesses necessary for rebuttal or impeachment, depending upon the witnesses and evidence presented by any other party.

Pursuant to the Order, this list is preliminary and may be amended on or by May 15, 2009 as to Phase I witnesses and/or June 15, 2009 as to Phase II witnesses. Travelers explicitly reserves its

right to call additional witnesses, including expert witnesses, to rebut any evidence or argument

offered by any party or to address any issue that may develop through the course of discovery.

Travelers also reserves its right to call as a witness any witness designated by another party, even

if that party decides not to call that witness to testify.

Dated: March 13, 2009
Wilmington, Delaware

                      Respectfully submitted,

                      MORRIS, NICHOLS, ARSHT & TUNNELL

                      Robert J. Dehney (Bar No. 3578)
                      Thomas F. Driscoll III (Bar No. 4703)
                      Anne C. Cordo (Bar No. 4817)
                      1201 N. Market Street
                      Wilmington, Delaware 19899
                      Telephone: (302) 658-9200
                      Email: RDehney@MNAT.com

                      *Attorneys for Travelers Casualty and Surety
                      Company*

Of Counsel:

Mary Beth Forshaw
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
       ealcabes@stblaw.com