## CERTIFICATE OF SERVICE

      I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the **Travelers Casualty And Surety Company's Preliminary Witness List** was caused to be made on March 13, 2009, in the manner indicated upon the parties identified on the attached service list.

Dated: March 13, 2009

                                                      Thomas F. Driscoll III (No. 4703)

2775724.1