IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PRELIMINARY WITNESS DISCLOSURE

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. *et al.* (the "Debtors"), by its undersigned counsel, hereby preliminarily identifies the following witnesses who may testify on its behalf with respect to confirmation issues.

The Committee does not presently plan to introduce testimony with respect to the "Phase I" issues to be addressed on June 22 through 25, 2009. The Committee reserves the right to introduce testimony on its direct case in "Phase I" from any witness called by any other party to the confirmation proceedings.

The Committee presently expects to introduce testimony from one or more representatives of Capstone Advisory Group, the Committee's financial advisor, with respect to feasibility and related "Phase II" issues to be addressed on September 8 through 11, 2009. The individuals whom the Committee may call are one or more of Edwin Ordway, Sean Cunningham and Robert Frezza. The Committee also may call on its direct case certain representatives of the Debtors, including representatives of Blackstone and of the Debtors' management. The Committee reserves the right to introduce testimony on its direct case in "Phase II" from any witness called by any other party to the confirmation proceedings.

NY 72001405v1

The Committee reserves the right to modify and supplement these disclosures consistent with the Second Amended Case Management Order Related To The First Amended Plan Of Reorganization, dated January 29, 2009.

Dated: March 13, 2009

Respectfully submitted,

**STROOCK & STROOCK & LAVAN LLP**

Lewis Kruger
Kenneth Pasquale
(members of the Firm)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

-and-

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*  */s/ Richard W. Riley*

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

Counsel for The Official Committee
   of Unsecured Creditors of W.R. Grace & Co. *et al.*