# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## THE SCOTTS COMPANY LLC'S PRELIMINARY WITNESS LIST IN CONNECTION WITH THE CONFIRMATION HEARING

In accordance with the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Dkt. No. 20622) ("Case Management Order"), The Scotts Company LLC ("Scotts"), by its undersigned counsel, hereby reserves the right to call the following witnesses who may testify on Scotts' behalf at the hearing with respect to confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et. al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009:

1. Ivan C. Smith, Esq., Associate General Counsel, The Scotts Company LLC.

2. Joyce Armstrong, Risk Manager, The Scotts Company LLC.

3. Richard Martinez, Vice President North America Sustainability of The Scotts Company LLC.

2

    4.   Sarge Chamberlain, former employee of The Scotts Company LLC.

    5.   Representative(s) of The Scotts Company LLC who may testify to authenticate certain business records.

    6.   Any expert whose report is served in accordance with the CMO or any amendments thereto.

    7.   All witnesses identified by all other parties to this action.

The Scotts Company LLC reserves the right to identify additional witnesses as discovery proceeds and to identify necessary expert and rebuttal witnesses in accordance with the Case Management Order. To the extent the above disclosures identify witnesses who would testify about issues relevant to the currently stayed Complaint for Declaratory and Other Relief filed with the United States Bankruptcy Court for the District of Delaware on September 2, 2004 in Adversary Proceeding No. 04-55083 ("Complaint"), such disclosures are protective only, and Scotts reserves all rights and objections relating thereto, including, but not limited to, objections to any discovery relative to the Complaint as being irrelevant and beyond the scope of the issues raised in Scotts' preliminary and/or final objections to the confirmation of the Plan. Further, this disclosure is being made without waiver of any right or defense.

Dated: March 13, 2009  **VORYS, SATER, SEYMOUR AND PEASE LLP**

/s/ Tiffany Strelow Cobb
Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb (Ohio Bar #0067516)
(admitted *pro hac vice*)
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4663

-and-

Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for The Scotts Company LLC, and certain of its related entities