# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## DEBTORS' PRELIMINARY LIST OF WITNESSES THAT THEY INTEND TO CALL DURING THE CONFIRMATION HEARING

Pursuant to the Court's Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated January 29, 2009 (Docket No. 20622), the Debtors' hereby identify, prior to the close of discovery, the following individuals likely to be called by the Debtors' during the Confirmation Hearings established pursuant to such Order. The Debtors also indicate in which Phase of the Confirmation Hearing, as set forth in the Order, they anticipate calling each witness and the broad general issues for which each witness is presently expected to testify.

As discovery has not yet been completed, the Debtors reserve their rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify in their case-in-chief at the Confirmation Hearings. Moreover, the identification of any individual on this list does not necessarily mean that the Debtors intend to depose or offer testimony from a particular witness. However, this list is intended to be a good faith effort to identify those persons who the Debtors will likely call as a witness at trial, either live or by deposition.

| Witness | Phase | Issues |
|---|---|---|
| Richard Finke | I and II | Company Information |
| Jeff Posner | I and II | Insurance Issues |
| Pam Zilly | I and II | Financial Issues |
| David Austern | II | PI Trust Issues |
| Honorable Alexander M. Sanders, Jr. | II | PD Trust Issues |
| Denise Martin | II | PD/ZAI Issues |
| Hudson LaForce | II | Financial Issues |
| Derrick Tay | II | Canadian Issues |
| Fred Dunbar | II | PI Issues |
| Dr. Thomas Florence | II | PI Issues |
| Dr. Steven Haber | II | PI Issues |
| Dr. Daniel Henry | II | PI Issues |
| Jay Hughes | II | PI Issues |
| Dr. Suresh Moolgavkar | II | PI Issues |
| Dr. Howard Ory | II | PI Issues |
| Dr. John Parker | II | PI Issues |
| Dr. David Weill | II | PI Issues |

This list may include some, but not necessarily all, fact or expert witnesses called solely for rebuttal or impeachment purposes. The Debtors may identify and produce expert witness reports from one or more experts who would be called solely for purposes of rebuttal. The Debtors also reserve the right to call as a witness any person identified on any other party's Preliminary Witness List or any subsequently filed witness list.

Dated: March 13, 2009                    Respectfully submitted,

                                              KIRKLAND & ELLIS LLP
                                              David M. Bernick, P.C.
                                              Lisa G. Esayian
                                              Andrew Running
                                              200 East Randolph Drive
                                              Chicago, Illinois 60601
                                              Telephone: (312) 861-2000
                                              Facsimile: (312) 861-2200

Theodore L. Freedman
Deanna Boll
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 – 4900

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession