IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Document No. 21001** |

## CERTIFICATE OF SERVICE

I, James C. Carignan, do hereby certify that on the 13th day of March, 2009, I did cause

to be served BNSF Railway Company's Preliminary Witness List And Reservation Of Rights

With Respect To Witnesses To Be Called During The Plan Confirmation Hearing [Docket No.

21001] by causing a true and correct copy thereof to be served upon the individuals on the

attached service lists in the manner indicated.

Dated:  March 13, 2009
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ James C. Carignan
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

#10693414 v1

# E-MAIL SERVICE LIST

acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
akrieger@stroock.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arosenberg@paulweiss.com
belais@omm.com
bmukherjee@goodwinprocter.com
carignanj@pepperlaw.com
carl.pernicone@wilsonelser.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
Catherine.Chen@wilsonelser.com
cbifferato@bglawde.com
collins@rlf.com
david.klauder@usdoj.gov
david.primack@dbr.com
david.turetsky@skadden.com
dbernick@kirkland.com
dfelder@orrick.com
dglosband@goodwinprocter.com
DJ.Baker@skadden.com
dmannal@kramerlevin.com
drosenbloom@mwe.com
dsilver@mccarter.com
dspeights@speightsrunyan.com
ealcabes@stblaw.com
ei@capdale.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@fmew.com
erosenthal@rmgglaw.com
ewestbrook@rpwb.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
gcalhoun@steptoe.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
green@lrclaw.com
gsvirsky@omm.com
hertzbergr@pepperlaw.com
ilevee@lowenstein.com
jal@capdale.com
James.Freeman2@usdoj.gov
jbaer@jsbpc.com
jcohn@cozen.com
jcp@pgslaw.com

jdd@stevenslee.com
jeff.friedman@kattenlaw.com
jguy@orrick.com
jmeltzer@sbtklaw.com
john.mcfarland@grace.com
JOneill@pszjlaw.com
jpruggeri@hhlaw.com;
jsakalo@bilzin.com
jspadaro@johnsheehanspadaro.com
JWaxman@cozen.com
jwisler@cblh.com
kandestin@rlf.com
kbornstein@sbtklaw.com
klove@kirkland.com
kmangan@wcsr.com
kmayer@mccarter.com
kpasquale@stroock.com
lepley@crowell.com
lkruger@stroock.com
locasaleg@whiteandwilliams.com
lpg@stevenslee.com
lstover@eckertseamans.com
madigan.andrea@epa.gov
madron@rlf.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
mes@stevenslee.com
meskin@camlev.com
metkin@lowenstein.com
mforshaw@stblaw.com
mgaytan@kirkland.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
miller@skfdelaware.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com
mphillips@paulweiss.com
mpiropato@stblaw.com
mwallace@orrick.com
mweis@dilworth.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
Pbentley@kramerlevin.com
pkoepff@omm.com

#10693495 v1

ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rchung@andersonkill.com
RDehney@mnat.com
rfrankel@orrick.com
rguttman@zeklaw.com
rhorkovich@andersonkill.com
richard.finke@grace.com
richard.forsten@bipc.com
rifft@wileyrein.com
rjsidman@vorys.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@fmew.com
teresa.currier@bipc.com
tfreedman@kirkland.com
thomas.quinn@mendes.com
toolee@pepperlaw.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
vguldi@zuckerman.com
warren.pratt@dbr.com
wrussell@stblaw.com
wshelley@cozen.com
wskatchen@duanemorris.com
yoderj@whiteandwilliams.com
young@wildman.com
mumford@lrclaw.com

## HAND DELIVERY SERVICE LIST

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 N. Market Street
17th Floor
PO Box 8705
Wilmington, DE  19899-8705
Counsel to the Debtor

## FIRST CLASS MAIL SERVICE LIST

David Klauder, Esquire
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801

David B. Bernick, P. C.
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL 60601
Counsel to the Debtor

Janet S. Baer, Esquire
Law offices of Janet S. Baer
70 W. Madison Street, Suite 2100
Chicago. IL 60602
Counsel to the Debtor

Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
Counsel to Debtor

Asbestos PI Committee
c/o Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Asbestos PI Committee
c/o Peter Van N. Lockwood, Esquire
Jeffrey A. Liesemer, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Asbestos PI Committee
c/o Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500

Asbestos PI Committee
c/o Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

#10693495 v1

David T. Austern, Asbestos PI FCR
c/o John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE  19806

Asbestos PI FCR
c/o Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
Orrick, Herrington & Sutcliffe LIP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

Equity Committee
c/o Philip Bentley, Esquire
Kramer Levein Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Equity Committee
c/o Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
PO Box 1397
Wilmington, DE  19899-1397

Official Committee of Unsecured Creditors
c/o Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801-1246

Official Committee of Unsecured Creditors
c/o Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

(Counsel to Official Committee of Unsecured
   Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

Official Committee of Property Damage Cla
c/o Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelro
First Union Financial Center
200 S. Biscayne Boulevard
Suite 2500
Miami, FL  33131

#10693495 v1

Asbestos PD Committee
c/o Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry- & Joseph, PA
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE  19899

Asbestos PD Future Claimants' Representati
c/o Alan B. Rich, Esquire
Elm Place
1401 Elm Street
Suite 4620
Dallas, TX 75202

Ingersoll-Rand Fluid Products and State of Montana
c/o Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice, LLC
222 Delaware Avenue
15th Floor
Wilmington, DE  19801

Maryland Casualty Company, Zurich American
Company, and Zurich International (Bermuda) L
c/o Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz, LLP
1220 Market Street
10th Floor
Wilmington, DE  19899

Maryland Casualty Company, Zurich American Insurance
Company, and Zurich International (Bermuda) Ltd.
c/o Edward Longosz, II, Esquire
Laura Stover, Esquire
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

Continental Casualty Company, Transportati
Insurance Co. and their American Affiliates
c/o Daniel M. Glosband, Esquire
Goodwin Proctor LLP
Exchange Place
Boston, MA  02109

Continental Casualty Company, Transportation
Insurance Co. and their American Affiliates
c/o Edward B. Rosentahl, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE  19899-1070

Royal Indemnity Company and Arrowood Ir
Company
c/o Ian Connor Bifferato, Esquire
Bifferato Gentilotti & Biden
1308 Delaware Avenue
PO Box 2165
Wilmington, DE  19899

#10693495 v1

Royal Indemnity Company and Arrowood Indemnity
Company
c/o Paul R. Koepff, Esquire
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036

Royal Indemnity Company and Arrowood In
Company
c/o Carl Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
150 East 42nd Street
New York, NY  10019-5639

Allstate Insurance Company
c/o Andrew K. Craig, Esquire
Cuyler Burk, LISP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Allstate Insurance Company
c/o James S. Yoder, Esquire
White & Williams, LLP
824 Market Street
Suite 902
Wilmington, DE  19899-0709

Seaton Insurance Company, Employers Commercial Union
n/k/a OneBeacon America Insurance Company; Government
Employers Insurance Company and Columbia Insurance
Company f/k/a Republic Insurance Company)
Michael Brown, Esquire
Drinker Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Seaton Insurance Company, Employers Commer
n/k/a OneBeacon America Insurance Company;
Employers Insurance Company and Columbia In
Company f/k/a Republic Insurance Company)
c/oWarren T. Pratt, Esquire
David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite  1000
Wilmington, DE  19801-1254

Fireman's Fund Insurance Company)
c/o Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

Fireman's Fund Insurance Company.
c/o John D. Demmy, Esquire
Stevens & Lee, PC
1105 N. Market Street
Suite 700
Wilmington, DE  19801-1270

#10693495 v1

Libby Claimants
c/o Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb, LLP
919 Market Street
Suite 1600
Wilmington, DE  19801

Century Indemnity Company, et al.
c/o Marc S. Casarino, Esquire
White & Williams, LLP
824 N. Market Street
Suite 902
Wilmington, DE  19801

Century Indemnity Company, et al.
c/o Joseph G. Gibbons, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Federal Insurance Company
c/o Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE  19801

Federal Insurance Company
c/o Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Zurich Insurance Company and Zurich Inter
(Bermuda) Ltd.
c/o Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
Wiley Rein LLP
1776 K Street
Washington, D.C. 20006

Scotts Company LLC, et al.
c/o Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
Richards Layton & Finger PA
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Scotts Company LLC, et al.
c/o Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys Sater Seynour and Pease LLP
52 East Gay Street
PO. Box 1008
Columbus, OH 43215