# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 11, 2009

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        11415

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/1/2008 | JAW | detailed review of Orrick Herrington's March 2008 monthly invoice (8.9) | 8.90 | 1,201.50 |
| | BSR | draft memo re New York hotel rates | 2.80 | 644.00 |
| | DTW | Research regarding hotel  rates (.8). | 0.80 | 116.00 |
| | BSR | telephone conference with James Wehrmann re Orrick's fee detail (.1); draft email to Debra Fullem re same (.1) | 0.20 | 46.00 |
| | BSR | detailed review of BMC's Jan. and Feb. 2008 monthly fee applications | 1.00 | 230.00 |
| | BSR | telephone conferences with Doreen Williams re hotel rate survey | 0.20 | 46.00 |
| | BSR | research regarding Chicago hotel rates (.5); draft email to Warren Smith re same (.5) | 1.00 | 230.00 |
| | MWS | review and summarize amendments to local rules (0.5); email WHS re same (0.2) | 0.70 | 161.00 |
| 7/2/2008 | BSR | research regarding Washington DC and other city hotel rates | 6.70 | 1,541.00 |

W.R. Grace & Co.                                                                                    Page      2

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/2/2008 | JAW | detailed review of Orrick Herrington's March 2008 monthly invoice (2.5); draft summary of same (3.4) | 5.90 | 796.50 |
| | CR | Update database with monthly invoices for PwC 4.08, K&E 5.08 (Forward to J. Wehrmann), Buchanan 5.08, Foley 5.08 and Pitney 5.08 | 0.30 | 12.00 |
| | DTW | Research regarding hotel rates and review revised hotel guide prepared by B. Ruhlander (.5). | 0.50 | 72.50 |
| 7/3/2008 | DTW | Telephone call with B. Ruhlander regarding hotel rates (.1). | 0.10 | 14.50 |
| | CR | Update database with monthly invoices for Towers 3.08A, D.Morris 5.08, Kramer 5.08, Stroock 5.08, Casner 5.08, Phillips 5.08 | 0.30 | 12.00 |
| | CR | Update database with e-detail of Orrick's Summaries for Jan, Feb & Mar 08 | 0.20 | 8.00 |
| | BSR | draft chart re Washington DC hotel rates | 2.00 | 460.00 |
| | BSR | research regarding Chicago hotel rates | 2.00 | 460.00 |
| 7/4/2008 | CR | Update final report database and check calculations for 25th, 26th and beginning of 27th interim | 4.80 | 528.00 |
| | BSR | research regarding Chicago and other city hotel rates | 1.70 | 391.00 |
| 7/5/2008 | BSR | Continued research regarding Chicago and other city hotel rates | 2.30 | 529.00 |
| | BSR | draft chart re Chicago hotel rates | 1.10 | 253.00 |
| 7/7/2008 | BSR | detailed review of Campbell & Levine's Feb. 2008 monthly invoice | 0.30 | 69.00 |
| | BSR | draft revised hotel survey for New York (1.6); draft email to Warren Smith re same (.5) | 2.10 | 483.00 |

W.R. Grace & Co.                                                                                    Page      3

|          |     |                                                                                                                           | Hours | Amount |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/7/2008 | BSR | telephone conference with Warren Smith re format of hotel rate surveys (.1); telephone conference with Doreen Williams re same (.1) | 0.20  | 46.00  |
|          | DL  | e-filing of WHS CNO for 5.08                                                                                               | 0.20  | 22.00  |
|          | CR  | Update database with monthly invoices of Capstone 4.08, Austern 3.08, 4.08, 5.08, Towers 4.08, 5.08                        | 0.50  | 20.00  |
|          | BSR | review hotel rate information for Chicago, New York, and Washington                                                        | 0.30  | 69.00  |
|          | BSR | detailed review of Campbell & Levine's Jan. 2008 monthly invoice                                                          | 0.30  | 69.00  |
|          | BSR | 2nd telephone conference with Warren Smith re hotel rate survey (.1); Additional telephone conferences with Doreen Williams re hotel rate survey (.4) | 0.50  | 115.00 |
|          | DL  | Draft of WHS monthly application for 6.08                                                                                 | 0.20  | 22.00  |
|          | DL  | e-filing of WHS monthly application for 6.08                                                                              | 0.10  | 11.00  |
|          | DTW | Several telephone calls with B. Ruhlander regarding hotel rates in Chicago, DC and NYC (.4); several additional calls with B. Ruhlander regarding same (.3). | 0.70  | 101.50 |
| 7/8/2008 | BSR | receive, review, and respond to email from Cherie Rogers re PwC Darex project; draft email to Yoprak Soysal of PwC re same; review response from Kathleen Miller | 0.10  | 23.00  |
|          | BSR | receive, review, and respond to email from Cherie Rogers re Casner & Edwards (review and include fee auditor order in same) | 0.10  | 23.00  |
|          | DTW | Two telephone calls with B. Ruhlander regarding hotel rates and research regarding same (.3).                             | 0.30  | 43.50  |
|          | CR  | Update database with monthly application of Woodcock 5.08                                                                 | 0.10  | 4.00   |

W.R. Grace & Co.                                                                                                    Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/8/2008 | CR | Update database with e-detail of montly invoices for Reed 5.08, Buchanan 5.08, Campbell 5.08, Caplin 5.08, LAS 5.08, Charter 5.08, Kramer 5.08, Austern 5.08, Ferry 5.08, Stroock 5.08, Casner 5.08 | 0.50 | 20.00 |
| | CR | Update database with e-detail of 28th interim application for PwC- DAREX PRICO Audit May 2006-Jan 2007 and e-detail of monthly invoices of Bilzin 5.08, Hamilton 5.08, Austern 3.08 & 4.08, Towers 4.08 | 0.50 | 20.00 |
| | CR | Update database with e-detail of monthly invoices for Capstone 4.08 | 0.20 | 8.00 |
| | CR | draft e-mail to B.Ruhlander regarding: PricewaterhouseCoopers LLP DAREX Puerto Rico Audit Application - request for fees and expenses | 0.10 | 4.00 |
| | CR | Update database with monthly invoice for PricewaterhouseCoopers LLP Darex Puerto Rico Audit | 0.20 | 8.00 |
| | BSR | telephone conference with Warren Smith re rating system on New York chart (.1); additional research and draft revised chart (.5) | 0.60 | 138.00 |
| 7/9/2008 | DTW | Telephone call with B. Ruhlander regarding hotel rates and revise chart regarding same (.4). | 0.40 | 58.00 |
| | BSR | extended telephone conference with Warren Smith re New York hotel rate chart; telephone conference with Doreen Williams re same | 0.30 | 69.00 |
| | BSR | research (additional) regarding Washington DC hotel rates | 2.00 | 460.00 |
| | WHS | draft letter to Judge Fitzgerald re hotels | 2.10 | 577.50 |
| 7/10/2008 | CR | Update database with e-detail of monthly invoices for PricewaterhouseCoopers LLP 5.08, K&E 5.08 and Protivity 4.07 - 11.07 | 0.40 | 16.00 |
| | BSR | draft portion of letter to Judge Fitzgerald re London hotel rates | 1.20 | 276.00 |
| | DTW | several telephone calls and emails with B. Ruhlander regarding hotel rates in Chicago, DC, London, and several other cities (.4); research regarding hotel rates in 5 different US cities (1.3); compose memo regarding same (.6); additional calls and emails with B. Ruhlander regarding rates (.2). | 2.50 | 362.50 |

W.R. Grace & Co.                                                                                          Page     5

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/10/2008 | BSR | draft revised chart for Washington DC hotels | 0.80 | 184.00 |
| | BSR | draft portion of letter to Judge Fitzgerald pertaining to Washington DC hotel rates | 1.00 | 230.00 |
| | BSR | receive and review draft letter to Judge Fitzgerald; make notes as to proposed revisions | 0.40 | 92.00 |
| | BSR | draft portion of letter to Judge Fitzgerald pertaining to Chicago hotel rates | 0.70 | 161.00 |
| | BSR | telephone conference with Warren Smith re letter to Judge Fitzgerald re hotel rates (.1); telephone conference with Doreen Williams re same (.1) | 0.20 | 46.00 |
| | BSR | receive and review results of Doreen Williams' research re hotel rates in other major cities (.2); telephone conference with Doreen re same (.1) | 0.30 | 69.00 |
| | BSR | additional research re hotel rates in London | 1.70 | 391.00 |
| | BSR | draft letter to Judge Fitzgerald re hotel rates; make notes of additional proposed revisions | 0.70 | 161.00 |
| 7/11/2008 | BSR | research hotel rates in San Francisco (.5); draft revised chart and email to Warren re same (.2) | 0.70 | 161.00 |
| | BSR | draft letter to Judge Fitzgerald re hotel surveys (.6); draft email memo to Warren Smith re same (.8) | 1.40 | 322.00 |
| | BSR | Continued research regarding hotel rates in other major cities (1.5); draft email to Warren Smith re same (.3) | 1.80 | 414.00 |
| 7/14/2008 | BSR | receive and review final drafts of letter to Judge Fitzgerald and email same to all applicants | 1.70 | 391.00 |
| | BSR | detailed review of Caplin & Drysdale's Jan. 2008 monthly application | 1.00 | 230.00 |
| | WHS | revise hotel rate letter | 1.10 | 302.50 |

W.R. Grace & Co.

Page   6

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/14/2008 | BSR | telephone conferences with Warren Smith re letter to Judge Fitzgerald (.1); review final draft of same (.1) | 0.20 | 46.00 |
| 7/15/2008 | WHS | receive and review agenda | 0.10 | 27.50 |
| | BSR | draft charts for hotels in downtown Wilmington (.4); draft emails re same (.3) | 0.70 | 161.00 |
| | BSR | research regarding hotels in downtown Wilmington | 0.60 | 138.00 |
| | BSR | detailed review of Caplin & Drysdale's March 2008 monthly application | 0.60 | 138.00 |
| | BSR | detailed review of Caplin & Drysdale's Feb. 2008 monthly application | 0.60 | 138.00 |
| | BSR | detailed review of Anderson Kill & Olick's Feb. 2008 monthly invoice | 0.10 | 23.00 |
| 7/16/2008 | MWS | review 2008 local rule revisions; email Warren Smith re same | 0.50 | 115.00 |
| | BSR | draft initial report re Bilzin for the 28th interim period | 0.30 | 69.00 |
| | BSR | detailed review of Bilzin Sumberg's 28th interim fee application | 0.10 | 23.00 |
| | BSR | detailed review of David Austern's monthly applications for Jan. through March 2008 | 0.30 | 69.00 |
| | BSR | detailed review of Anderson Kill & Olick's 28th interim fee application | 0.20 | 46.00 |
| | BSR | detailed review of expense application of Asbestos Personal Injury Committee | 0.30 | 69.00 |
| | BSR | Continued research re hotels in Wilmington DE (.2); respond to emails from Warren Smith re same (.1) | 0.30 | 69.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/17/2008 | BSR | telephone conferences (2) with Warren Smith re meal survey (.2); research meal costs in New York, Washington, DC, and Chicago (1.5); draft emails to Warren Smith re same (.1) | 1.80 | 414.00 |
| | BSR | research regarding meal costs in Chicago and Dallas (4.8); telephone conferences (2) with Warren Smith re same (.1) | 4.90 | 1,127.00 |
| | BSR | detailed review of Blackstone's 28th interim fee application and monthly invoices | 0.40 | 92.00 |
| | BSR | detailed review of Beveridge & Diamond's 28th interim fee application | 0.10 | 23.00 |
| | ALP | Drafted final revisions to Bilzen initial report concerning the 28th interim period (1-3.08) (.4) | 0.40 | 62.00 |
| | CR | Prepare and serve 28th Interim initial report for Bilzin | 0.20 | 8.00 |
| 7/18/2008 | CR | Update database with monthly invoices for Holme 10.07, 11.07; Campbell 5.08, Bilzin 5.08, PricewaterhouseCoopers LLP DAREK 5/1/06-7/31/07, Hamilton 5.08, Casner 5.08, PricewaterhouseCoopers LLP 5.08, Anderson Kill & Olick 4.08, 5.08, Ferry 5.08, Reed 5.08, CHarter 5.08, Caplin 5.08, LAS 5.08, Protivity 4.07, 5.07, 6.07, 7.07, 8.07, 9.07, 10.07, 11.07 | 0.50 | 20.00 |
| | CR | prepare and serve Blackstone 28th interim initial report | 0.20 | 8.00 |
| | DTW | Review and revise 28th initial report for Blackstone (.1). | 0.10 | 14.50 |
| | CR | Update database with e-detail of monthly applications for Orrick 5.08 and Holme 12.07 | 0.20 | 8.00 |
| | BSR | receive, review, and respond to email from Warren Smith inquiring as to per diem charges | 0.20 | 46.00 |
| | BSR | telephone conferences (2) with Warren Smith re meal caps | 0.20 | 46.00 |
| | BSR | draft e-mail to all applicants in case re new recommended meal caps | 0.30 | 69.00 |

W.R. Grace & Co.                                                                                                    Page     8

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/18/2008 | BSR | receive and review proposed order for Bilzin's fees and expenses (27th) and compare to our report for that period (.3); draft email to Warren Smith re same (.1) | 0.40 | 92.00 |
| | BSR | draft initial report re Blackstone Advisory Services for the 28th interim period | 0.40 | 92.00 |
| | BSR | detailed review of March 2008 and 28th interim fee application of BMC Group | 0.60 | 138.00 |
| 7/21/2008 | BSR | detailed review of Campbell & Levine's March 2008 monthly invoice | 0.40 | 92.00 |
| | BSR | draft e-mail to Kathleen Davis with inquiry concerning the 28th interim fee application | 0.20 | 46.00 |
| | BSR | detailed review of Caplin & Drysdale's 28th interim fee application | 0.20 | 46.00 |
| | BSR | draft e-mail to Cherie Rogers re obtaining BMC fee app. for the 5th, 6th and 7th interim periods; respond to email from Cherie Rogers re same | 0.10 | 23.00 |
| | CR | Update database with Holme 12.07 and Orrick 5.08 | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith regarding Final report for 28th interim Buchanan | 0.10 | 4.00 |
| | CR | Update database with e-detail Orrick 5.08 pdf format (corrected application) and Orrick 5.08 doc format | 0.20 | 8.00 |
| | LMH | receive and review e-mail from W. Smith re: Judge Fitzgerald's approval of revised hotel and meal rates. | 0.10 | 13.50 |
| | BSR | draft final report re Buchanan Ingersoll & Rooney (28th) | 0.20 | 46.00 |
| | BSR | detailed review of 28th interim (and prior applications) of BMC on issue of fees for fee application preparation | 3.60 | 828.00 |
| | BSR | research docket for hearing agenda; telephone conference with Jeff Allgood re same; forward same to Warren Smith and Jeff Allgood | 0.20 | 46.00 |

W.R. Grace & Co.

Page    9

| Date | | | Hours | Amount |
|------|------|------|-------|--------|
| 7/21/2008 | BSR | draft e-mail to Jamie O'Neill re revised order on Bilzin; review second draft of revised order and respond to Warren re same | 0.20 | 46.00 |
| | BSR | telephone conference with Jeff Allgood re proposed order on Bilzin expenses | 0.10 | 23.00 |
| 7/22/2008 | WHS | detailed review of, and revisions to,  Final Report re Buchanan Ingersoll & Rooney 28th | 0.20 | 55.00 |
| | CR | Update database with Beveridge 5.08 | 0.20 | 8.00 |
| | CR | Update database with e-detail of Capstone 5.08 | 0.20 | 8.00 |
| | CR | Electronic filing with court of Buchanan 28th interim final report | 0.20 | 8.00 |
| | BSR | draft e-mails to various applicants re their initial reports (28th) | 0.20 | 46.00 |
| | BSR | draft initial report re Caplin & Drysdale for the 28th interim period | 4.20 | 966.00 |
| | BSR | detailed review of Capstone's 28th interim fee application and monthly invoices | 0.40 | 92.00 |
| 7/23/2008 | BSR | detailed review of Casner & Edwards 28th interim fee application and monthly invoices | 0.60 | 138.00 |
| | BSR | detailed review of Charter Oak's 28th interim fee application and monthly invoices | 0.60 | 138.00 |
| | BSR | draft initial report re Charter Oak's 28th interim fee application | 0.40 | 92.00 |
| | CR | Update database with 5.08 monthly invoices for Nelson and Pachulski | 0.30 | 12.00 |
| 7/24/2008 | CR | prepare and serve 28th interim initial reports for Charter Oak and Caplin | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                    Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/2008 | BSR | draft e-mails to various applicants re initial report for the 28th interim period | 0.20 | 46.00 |
|  | DTW | Review and revise Charter Oaks 28th initial report (.1); telephone call with B. Ruhlander regarding Duane Morris (.1). | 0.20 | 29.00 |
|  | WHS | receive, review, and respond to e-mail from Struthers-Kennedy re Protiviti | 0.20 | 55.00 |
|  | BSR | receive and review Deloitte & Touche's Expanded Scope Order and prior fee application history | 0.40 | 92.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's March 2008 monthly application and 28th interim fee application | 0.20 | 46.00 |
|  | BSR | receive and review response from Campbell & Levine to inquiry on meal expense (28th) | 0.10 | 23.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's January and February 2008 monthly applications | 0.30 | 69.00 |
|  | BSR | detailed review of Day Pitney's 28th interim fee application and monthly invoices (.5); draft email to A. Marchetta of Day Pitney re same (.2) | 0.70 | 161.00 |
|  | BSR | draft initial report re Duane Morris for the 28th interim period | 1.60 | 368.00 |
|  | BSR | detailed review of Duane Morris' 28th interim fee application and monthly invoices | 0.60 | 138.00 |
|  | BSR | receive and review email from Warren Smith re Protiviti application; telephone conference with Warren Smith re same | 0.10 | 23.00 |
|  | BSR | detailed review of Deloitte & Touche's August through Dec. 2008 monthly applications (.3); research server and docket for quarterly application covering this period (.2); draft email to Tony Scoles inquiring as to same (.1) | 0.60 | 138.00 |
|  | BSR | detailed review of Deloitte & Touche's June and July 2007 monthly applications | 0.20 | 46.00 |
| 7/25/2008 | CR | Update database with monthly invoices for Nelson 6.08, Deloitte Tax 10.07, 11.07 and 12.07, Towers 6.08 | 0.50 | 20.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/25/2008 | CR | draft project category spreadsheet for 28th interim | 2.00 | 80.00 |
| | CR | prepare and serve 28th interim initial report for D. Morris | 0.30 | 12.00 |
| | DTW | Review and revise Duane Morris 28th initial report (.1) | 0.10 | 14.50 |
| | BSR | detailed review of Hamilton's 28th interim fee application and monthly invoices (including prior invoices on the issue of rounding) | 0.20 | 46.00 |
| | BSR | detailed review of Fragomen's 28th interim fee application and monthly invoices; draft email to Scott Bettridge re same | 0.50 | 115.00 |
| | BSR | receive, review, and respond to email questions from Protiviti | 0.30 | 69.00 |
| | BSR | detailed review of Foley Hoag 28th interim fee application (including monthly invoices) | 0.60 | 138.00 |
| | WHS | receive and review e-mail from Andrews-Struthers re  Protiviti | 0.10 | 27.50 |
| 7/28/2008 | DL | Draft of WHS CNO for 6/08 | 0.20 | 22.00 |
| | BSR | draft initial report re Kirkland & Ellis for the 28th interim period | 5.40 | 1,242.00 |
| | BSR | telephone conference with Tony Scoles re Deloitte & Touche fee application | 0.20 | 46.00 |
| | WHS | receive and review additional e-mail from Andrew Struthers-Kennedy re Protiviti | 0.10 | 27.50 |
| 7/29/2008 | CR | prepare and serve  28th interim initial report for D. Morris | 0.20 | 8.00 |
| | CR | Update database with e-detail of monthly invoices for Reed 6.08 | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                    Page    12

|  | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 7/29/2008 | CR | draft e-mail to Philip Bently, Esquire, Kramer requesting mailing address due to receipt of ret'd mail - corrected address and forwarded good address to Mike at Lone Star | 0.30 | 12.00 |
| | CR | Update database with 6.08 monthly invoice for Casner | 0.20 | 8.00 |
| | BSR | detailed review of Kirkland & Ellis' Jan. 2008 monthly invoice | 1.70 | 391.00 |
| 7/30/2008 | CR | Update database with e-detail monthly invoices for Buchanan 6.08, Lexecon Interim app for 4/1/08-6/30/08, 1/1/08-3/31/08 and monthly invoices for 4.08, 3.08, 2.08 and 1.08; D. Morris 6.08, Casner 6.08; Ogilvy 6.08 | 1.00 | 40.00 |
| | BSR | detailed review of Kirkland & Ellis' Jan. 2008 monthly invoice | 0.30 | 69.00 |
| | BSR | detailed review of BMC's prior fee applications on the issue of fee application preparation fees | 0.50 | 115.00 |
| | BSR | draft initial report re BMC Group for the 28th interim period | 0.40 | 92.00 |
| | BSR | detailed review of Kirkland & Ellis' Feb. and March 2008 monthly invoices and fee summaries re same | 3.00 | 690.00 |
| 7/31/2008 | CR | Prepare and serve bmc 28th interim initial report | 0.20 | 8.00 |
| | BSR | draft initial report re Kirkland & Ellis for the 28th interim period | 5.40 | 1,242.00 |
| | CR | Update database with Buchanan 6.08, K&E 6.08, D.Morris 6.08, Foley 6.08, D.Pitney 6.08, Casner 6.08, Lexecon 1.08, 2.08, 3.08 ,4.08 and 28th and 29th Interim. Protivity 25th, 26th and 27th interims and Nelson 28th interim | 0.60 | 24.00 |
| | DTW | Review and revise K&E 28th interim initial report (.1). | 0.10 | 14.50 |
| 8/1/2008 | BSR | detailed review of Latham & Watkins' 28th interim fee application and monthly invoices | 0.20 | 46.00 |

W.R. Grace & Co.                                                                                    Page    13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2008 | BSR | detailed review of LAS' 28th interim fee application and monthly invoices and draft email to Dan Relles re same | 0.40 | 92.00 |
|  | BSR | draft initial report re Lexecon for the 28th interim period | 0.40 | 92.00 |
|  | BSR | detailed review of Lexecon's 28th interim and monthly invoices for Jan. through March 2008 (including review of server and docket for same) | 0.30 | 69.00 |
|  | BSR | detailed review of Nelson Mullins' 28th interim fee application and monthly invoices (including check of cumulative fee application preparation fees) | 0.70 | 161.00 |
|  | DTW | Telephone call with B. Ruhlander K&E (.1). | 0.10 | 14.50 |
|  | CR | Prepare and serve K&E's  28th interim initial report w/exhibits | 0.20 | 8.00 |
|  | BSR | draft e-mails to various applicants re initial reports (28th) | 0.30 | 69.00 |
|  | BSR | detailed review of Kramer's 28th interim fee application and monthly invoices | 0.70 | 161.00 |
|  | BSR | draft initial report re Kramer Levin for the 28th interim period | 0.70 | 161.00 |
| 8/2/2008 | BSR | detailed review of Ogilvy Renault's 28th interim fee application and monthly invoices (including cumulative fees for fee application preparation) | 0.70 | 161.00 |
|  | BSR | draft initial report re Ogilvy Renault for the 28th interim period | 0.20 | 46.00 |
|  | BSR | detailed review of Orrick's Jan., Feb. and March 2008 monthly invoices, along with fee summaries re same | 1.40 | 322.00 |
| 8/4/2008 | BSR | receive and review Nelson's 28th interim fee application | 0.10 | 23.00 |
|  | CR | Update database with Kramer 6.08, Phillips 6.08 and Ogilvy 6.08 | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                    Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/4/2008 | DTW | Review and revise 28th interim initial reports for Kramer, Lexecon and Ogilvy (.2). | 0.20 | 29.00 |
|  | BSR | detailed review of Phillips' 28th interim fee application and monthly invoices | 0.60 | 138.00 |
|  | BSR | draft initial report re Pachulski for the 28th interim period | 0.90 | 207.00 |
|  | BSR | detailed review of Pachulski's 28th interim fee application and monthly invoices | 1.00 | 230.00 |
|  | BSR | detailed review of Orrick's quarterly application (28th) and expense detail | 1.10 | 253.00 |
| 8/5/2008 | BSR | detailed review of Piper Jaffray's Jan. and Feb. 2008 monthly applications (.2); research docket and database for Piper Jaffray's March 2008 and 28th interim application (.2); review Piper Jaffray's modified retention order and application for same (.2) | 0.60 | 138.00 |
|  | BSR | detailed review of PwC's Jan. 2008 monthly fee application | 0.90 | 207.00 |
|  | BSR | detailed review of PwC's Feb. and March 2008 monthly fee applications and 28th interim fee application | 0.90 | 207.00 |
|  | BSR | draft initial report re PwC for the 28th interim period | 0.70 | 161.00 |
|  | DTW | Review and revise Phillips and Pachulski 28th interim initial reports (.1). | 0.10 | 14.50 |
|  | CR | Prepare and serve Phillips and Pachulski's 28th interim Initial reports w/exhibits | 0.30 | 12.00 |
|  | CR | Prepare and serve Ogilvy's, Lexecon's and Kramer's 28th interim Initial reports | 0.40 | 16.00 |
|  | CR | Update database with Stroock 6.08, Orrick 28th interim app and Towers 28th interim app. | 0.40 | 16.00 |
| 8/6/2008 | DTW | Review and revise PwC initial report for the 28th interim (.1). | 0.10 | 14.50 |

W.R. Grace & Co.                                                                                          Page    15

|            |     |                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/6/2008   | WHS | receive and review e-mail from Celeste A. Hartman re Phillips, Goldman                                                        | 0.10  | 27.50  |
|            | DL  | Draft of WHS monthly application for compensation July 2008 and research all pending payments                                 | 1.30  | 143.00 |
|            | BSR | draft e-mails to various applicants concerning initial reports for the 28th interim period                                    | 0.30  | 69.00  |
|            | BSR | left telephone voicemail for Celeste Hartman (called per request of Warren Smith); responded to Celeste Hartman's email       | 0.10  | 23.00  |
|            | BSR | telephone conference with Celeste Hartman re issues raised in initial report for Phillips (28th); review email response to initial report sent by Celeste Hartman | 0.20  | 46.00  |
|            | BSR | detailed review of Reed Smith's Jan. 2008 monthly invoice                                                                     | 0.50  | 115.00 |
|            | BSR | detailed review of Reed Smith's Feb. 2008 monthly fee application                                                            | 0.40  | 92.00  |
|            | BSR | detailed review of Reed Smith's March 2008 monthly fee application and 28th interim application                              | 0.60  | 138.00 |
|            | BSR | research regarding status of Richardson fee applications                                                                      | 0.10  | 23.00  |
|            | BSR | detailed review of Scott's Jan. and Feb. 2008 monthly fee applications (.1); research server for status of March 2008 and quarterly fee application (.1) | 0.20  | 46.00  |
|            | DL  | e-filing of WHS Monthly Application for July 2008                                                                             | 0.20  | 22.00  |
| 8/7/2008   | BSR | draft initial report re Blackstone for the 28th interim period                                                               | 0.30  | 69.00  |
|            | BSR | detailed review of Sullivan's Jan. and Feb. 2008 monthly invoices (.1); research server for status of March 2008 and 28th interim fee application (.1) | 0.20  | 46.00  |
|            | BSR | detailed review of Steptoe's 28th interim fee application; draft email to Anne Moran re same                                 | 0.20  | 46.00  |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/7/2008 | BSR | draft initial report re Legal Analysis Systems for the 28th interim period | 0.20 | 46.00 |
| | BSR | draft e-mail to Steptoe inquiring as to status of its quarterly fee application (28th) | 0.10 | 23.00 |
| | BSR | draft e-mail to Bill Sullivan inquiring as to Sullivan and Scott fee applications | 0.10 | 23.00 |
| | BSR | research docket and server for Deloitte & Touche's quarterly fee application | 0.10 | 23.00 |
| | BSR | draft e-mail to Jason Solganick inquiring as to Piper Jaffray's fee applications | 0.10 | 23.00 |
| | BSR | draft initial report re Stroock for the 28th interim period | 0.50 | 115.00 |
| | BSR | detailed review of Stroock's 28th interim fee application and monthly invoices | 1.50 | 345.00 |
| | BSR | detailed review of Woodcock Washburn's 28th interim fee application and monthly invoices | 0.20 | 46.00 |
| | BSR | detailed review of Steptoe's Jan., Feb. and March 2008 monthly fee applications (.1); research server for status of 28th interim fee application (.1) | 0.20 | 46.00 |
| 8/8/2008 | DTW | review and revise 28TH Initial report for LAS, Stroock and Protivity (.2); telephone call with B. Ruhlander regarding Protivity expenses (.1). | 0.30 | 43.50 |
| | BSR | draft e-mail to Bilzin inquiring as to response to initial report (28th) | 0.10 | 23.00 |
| | BSR | draft initial report re Protiviti for the 27th interim period | 0.20 | 46.00 |
| | BSR | detailed review of Protiviti monthly applications for April through Nov. 2007 | 0.50 | 115.00 |
| | BSR | research regarding prior final reports filed re Protiviti fee applications | 0.50 | 115.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/8/2008 | BSR | detailed review of Protiviti's fee application for the 25th interim period | 0.10 | 23.00 |
| | BSR | draft initial report re Protiviti for the 25th interim period | 0.30 | 69.00 |
| | BSR | draft initial report re Protiviti (26th) | 0.60 | 138.00 |
| | BSR | detailed review of Protiviti's interim fee application (26th) | 0.10 | 23.00 |
| | BSR | detailed review of Protiviti's interim fee application (27th) | 0.10 | 23.00 |
| 8/11/2008 | CR | prepare and serve 28th interim initial reports for Stroock and LAS | 0.30 | 12.00 |
| | CR | Update database with e-detail Kramer 28th interim initial report response, Buchanan 29th interim fee app 4/1/08-6/30/08 and Steptoe 28th interim fee app | 0.40 | 16.00 |
| | CR | Prepare and serve PricewaterhouseCoopers LLP 28th Interim Initial report | 0.30 | 12.00 |
| | CR | Update database with e-detail of monthly invoices for Phillips 6.08, Kramer 6.08, LAS 6.08,  Official Comm of Asbestos Property Damage 6.08, Hillsoft 6.08, Kramer 6.08, Ferry 6.08, PricewaterhouseCoopers LLP 6.08, and Interim Apps for Holme 10.07-12.07 27th interim, Phillips 4.1.08-6/30/08 29th interim and Orrick 1/1/08-3/31/08 28th interim | 0.60 | 24.00 |
| | CR | draft e-mail to W.Smith regarding: 28th interim final report for Blackstone to review | 0.20 | 8.00 |
| | CR | Update database with E-Detail of monthly invoices for Stroock 6.08, Bilzin 6.08, Campbell 6.08, Caplin 6.08, Charter 6.08 and Anderson Kill & Olick 6.08 and interim apps for Towers 1/1/08-3/31/08 28th interim and Austern 1/1/08-3/31/08 28th interim | 0.60 | 24.00 |
| 8/12/2008 | DTW | Review and revise 3 initial reports for Protivity (.1). | 0.10 | 14.50 |

W.R. Grace & Co.                                                                                      Page    18

|            |     |                                                                                                      | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|----------|
| 8/12/2008  | CR  | Electronic filing with court of Blackstone's 28th interim final report                               | 0.40  | 16.00    |
|            | CR  | Prepare and service Protivity 25th, 26th and 27th interim initial reports                             | 0.60  | 24.00    |
|            | WHS | detailed review of 28th - Final Report re Blackstone                                                  | 0.20  | 55.00    |
| 8/13/2008  | BSR | detailed review of Towers' 28th interim fee application and monthly invoices                          | 0.40  | 92.00    |
|            | BSR | detailed review of David Austern's 28th interim fee application                                       | 0.10  | 23.00    |
|            | CR  | Update database with E-Detail Kramer's notice of 29th interim 4/1/08-6/30/08                          | 0.10  | 4.00     |
|            | BSR | receive and review Kramer's response to initial report for the 28th interim period                   | 0.10  | 23.00    |
|            | BSR | receive and review Bilzin's response to initial report for the 28th interim period                   | 0.10  | 23.00    |
|            | BSR | detailed review of Orrick's 28th interim fee application                                             | 4.50  | 1,035.00 |
| 8/14/2008  | CR  | Prepare and serve Orrick 28th interim initial report w/exhibit                                        | 0.30  | 12.00    |
|            | CR  | Update database with E-Details of Towers 29th interim app, PricewaterhouseCoopers LLP 29th Interim app | 0.40  | 16.00    |
|            | CR  | draft Project Category  Spreadsheet for 28th interim period                                          | 3.50  | 385.00   |
|            | DTW | Review and revise Orrick 28th interim initial report (.1); telephone call with B. Ruhlander regarding Bilzin travel charges (.1). | 0.20  | 29.00    |
|            | BSR | draft final report re Kramer Levin for the 28th interim period                                       | 0.70  | 161.00   |

W.R. Grace & Co.                                                                                            Page    19

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/14/2008 | BSR | draft e-mails to various applicants concerning initial reports (28th) | 0.70 | 161.00 |
| | BSR | draft final report re Bilzin Sumberg for the 28th interim period | 2.60 | 598.00 |
| 8/15/2008 | CR | draft e-mail to WHSmith for 28th Interim final report for Kramer and Bilzin for review | 0.40 | 16.00 |
| | CR | Update database with e-detail Orrick 6.08 monthly invoice | 0.20 | 8.00 |
| | CR | Update database with e-detail  of 29th Interim apps for Campbell, Caplin LAS, Anderson Kill & Olick, Charter Oak, Asbestos Committee, Ferry and Foley | 0.70 | 28.00 |
| | BSR | detailed review of Holme's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | research server for quarterly fee applications of various applicants | 0.20 | 46.00 |
| | BSR | detailed review of Deloitte Tax's Oct. through Dec. 2008 monthly fee applications | 0.20 | 46.00 |
| | BSR | draft e-mails to various applicants re responses to initial reports and status of quarterly fee application filings | 0.30 | 69.00 |
| | BSR | detailed review of Sullivan's March 2008 monthly fee application | 0.10 | 23.00 |
| 8/18/2008 | CR | draft e-mail to W.Smith regarding: BMC 28th interim Final report | 0.10 | 4.00 |
| | BSR | draft omnibus final report (28th) | 0.80 | 184.00 |
| | BSR | draft final report re BMC Group for the 28th interim period | 1.60 | 368.00 |
| | BSR | telephone conference with Warren Smith re Wilmington hotel survey; forward survey and prior emails | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                              Page    20

|            |     |                                                                                                                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/18/2008  | CR  | Update database with e-detail of Protiviti 7.08 monthly fee app and Protiviti's response to 28th interim initial report (2nd part of response)                    | 0.20  | 8.00   |
|            | DTW | Telephone call with B. Ruhlander regarding MBC group (.1).                                                                                                        | 0.10  | 14.50  |
|            | WHS | receive and review agenda                                                                                                                                        | 0.10  | 27.50  |
| 8/19/2008  | CR  | Update database with monthly invoices for Piper 3.08, Tre Angeli 3.08, 4.08 & 5.08, Reed 6.08 (Forwarded to J.Wehrmann for review) and 27th interim application for Holme 10/1/07-12/31/07 | 0.40  | 16.00  |
|            | CR  | Update database with Deloitte & Touche LLP 1.08, 2.08 and 3.08 monthly invoices. Forward Orrick 6.08 invoice to J.Wehrmann for review                             | 0.20  | 8.00   |
|            | WHS | receive, review, and respond to e-mail from Jan Baer re K&E                                                                                                       | 0.20  | 55.00  |
|            | BSR | draft final report re Phillips Goldman & Spence for the 28th interim period                                                                                       | 0.50  | 115.00 |
|            | BSR | receive and review response of Protiviti to initial report (26th)                                                                                                | 0.20  | 46.00  |
| 8/20/2008  | CR  | Update database with monthly invoices for Protiviti 7.08, Bilzin 6.08, Official Committe of Asbestos 6.08, Piper 5.08 & 4.08  and Hillsoft 5/1/08-6/30/08         | 0.40  | 16.00  |
|            | CR  | Update database with e-detail of Ogilvy's 29th interim app for 4/1/08-6/30/08                                                                                     | 0.20  | 8.00   |
|            | CR  | Update database with e-detail of monthly invoices for Deloitte & Touche LLP 1.08, 2.08, 3.08, 4.08 & 5.08 and 29th interim app for K&E, 28th interim initial report response for BMC and PricewaterhouseCoopers LLP. | 0.40  | 16.00  |
|            | CR  | draft e-mail to W.Smith regarding:Phillips 28th Interim Final report                                                                                              | 0.10  | 4.00   |
| 8/21/2008  | CR  | Electronic filing with court of 28th interim final reports for Kramer, Bilzin and Phillips                                                                         | 1.00  | 40.00  |

W.R. Grace & Co.                                                                                                    Page     21

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/21/2008 | CR | Update database with e-detail Stroock 28th interim Initial report response | 0.20 | 8.00 |
| | CR | Update database with e-detail monthly invoice for Protiviti 7.08 | 0.20 | 8.00 |
| | CR | Update database with K&E's 28th interim Initial report response - forwarded response to B.Ruhlander for review | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith regarding: BMC 28th interim period final report (v.2) | 0.10 | 4.00 |
| | CR | Update database with 29th interim apps 4/1/08-6/30/08 for Phillips, Buchanan, Casner, Day Pitney & Kramer  and monthly invoices for Campbell 6.08, Anderson Kill & Olick 6.08, Charter 6.08, Caplin 6.08 and PricewaterhouseCoopers LLP 6.08, LAS 8.08, Sullivan 3.08, Ferry 6.08, Deloitte & Touche 5.08, Deloitte & Touche LLP 4.08 | 1.00 | 40.00 |
| | WHS | detailed review of 28th - Final Report re Phillips Goldman & Spence | 0.20 | 55.00 |
| | WHS | detailed review of 28th - Final Report re Bilzin | 0.20 | 55.00 |
| | WHS | detailed review of 28th - Final Report re Kramer Levin | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, Final Report to Young Conaway - 6th interim | 0.30 | 82.50 |
| 8/22/2008 | CR | Update database with 28th interim app 1/1/08-3/31/08 for Piper and Tre Angeli | 0.30 | 12.00 |
| | CR | Update database with e-detail of Piper's 28th interim 1/1/08-3/31/08 application | 0.10 | 4.00 |
| 8/25/2008 | WHS | receive and review e-mail re hearings | 0.10 | 27.50 |
| 8/26/2008 | BSR | draft revised final report re BMC (28th) (.8); draft email to Warren Smith re same (.2) | 1.00 | 230.00 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/26/2008 | CR | Update database with e-detail of Tre Angeli filing of first application | 0.10 | 4.00 |
| 8/27/2008 | BSR | detailed review of 28th interim fee application of Piper Jaffray and Tre Angeli | 0.30 | 69.00 |
| | WHS | detailed review of, and revisions to, 28th - Final Report re BMC Group | 0.40 | 110.00 |
| | CR | Electronic filing with court of 28th interim final report for BMC | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith regarding: 28th interim final report for BMC (v3) | 0.20 | 8.00 |
| | CR | Update database with e-detail of Phillips 7.08 and 29th interim apps for Deloitte & Touche LLP | 0.20 | 8.00 |
| | CR | Electronic filing with court of BMC 28th interim final report | 0.20 | 8.00 |
| | CR | Update database with e-detail Scott Law 28th interim app 1/1/08-3/31/08 | 0.10 | 4.00 |
| | BSR | draft final report re Kirkland & Ellis for the 28th interim period | 1.50 | 345.00 |
| | BSR | receive and review Kirkland & Ellis' response to initial report for the 28th interim period | 0.70 | 161.00 |
| | BSR | detailed review of 27th interim fee application of Deloitte & Touche | 0.30 | 69.00 |
| 8/28/2008 | CR | Update database with e-detail Stroock 29th interim app, D. Morris 7.08, Ogilvy 7.08 monthly invoices | 0.30 | 12.00 |
| | CR | Update database with Stroock 29th interim app 4/1/08-6/30/08 | 0.10 | 4.00 |
| | CR | draft e-mail to B. Ruhlander regarding: Protiviti fee app for July 08 | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                           Page    23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/28/2008 | CR | draft e-mail to W.Smith regarding: K&E 28th interim final report w/exhibit | 0.10 | 4.00 |
|  | BSR | research regarding ZAI fees and expenses of ZAI and debtor's counsel to determine where firms stand vis a vis the budget | 1.50 | 345.00 |
|  | BSR | research docket for Deloitte Tax quarterly (28th); review file and draft email to Tony Scoles re same | 0.20 | 46.00 |
|  | BSR | detailed review of Sullivan and Scott quarterly fee applications for the 28th interim period; draft email to Bill Sullivan requesting additional information | 0.30 | 69.00 |
|  | BSR | detailed review of Piper Jaffray 28th interim fee application | 0.10 | 23.00 |
|  | BSR | receive and review Stroock's response to initial report (28th) | 0.20 | 46.00 |
|  | BSR | draft final report re Kirkland & Ellis for the 28th interim period | 2.80 | 644.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |
|  | WHS | receive, review, and respond to e-mail from Mike Lastowski re Duane Morris | 0.30 | 82.50 |
| 8/29/2008 | CR | Update database with K&E 7.08 and forwarded to J. Wehrmann for review, and Day Pitney 7.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail Casner 7.08 | 0.10 | 4.00 |
|  | CR | Electronic filing with court of K&E 28th interim period final report | 0.20 | 8.00 |
|  | CR | Update database with e-detail of K&E 28th interim Initial report response, Ferry 7.08, Reed 7.08, Buchanan 7.08 and Kramer 7.08 monthly invoices | 0.40 | 16.00 |
|  | BSR | detailed review of Deloitte & Touche's 28th interim fee application and monthly invoices | 1.20 | 276.00 |

W.R. Grace & Co.                                                                                                    Page    24

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 8/29/2008 | JAW | detailed review of Kirkland & Ellis April 2008 monthly invoice (8.1) | 8.10 | 1,093.50 |
| | WHS | detailed review of 28th - Final Report re Kirkland & Ellis | 0.30 | 82.50 |
| 8/30/2008 | JAW | detailed review of Kirkland & Ellis April 2008 monthly invoice (4.9) | 4.90 | 661.50 |
| 9/1/2008 | JAW | Continued detailed review of Kirkland & Ellis April 2008 monthly invoice (4.5) | 4.50 | 675.00 |
| 9/2/2008 | JAW | detailed review of Kirkland & Ellis April 2008 monthly invoice (6.3); draft summary of same (2.9) | 9.20 | 1,380.00 |
| | BSR | telephone conference with Warren Smith re Bilzin first class air fares (.1); draft email to Warren re same (.2) | 0.30 | 78.00 |
| 9/3/2008 | WHS | receive, review, and respond to e-mail re Bilzen air fares | 0.40 | 118.00 |
| | JAW | draft summary of Kirkland & Ellis' April 2008 monthly fee statement (2.5) | 2.50 | 375.00 |
| | JAW | detailed review of Kirkland & Ellis' May 2008 monthly fee statement (4.2) | 4.20 | 630.00 |
| 9/4/2008 | CR | Update database with Steptoe 4.08 and 5.08 and Beveridge 6.08 monthly invoices | 0.30 | 13.50 |
| | CR | draft Project Category Summary Data Spreadsheet for 28th interim | 0.50 | 62.50 |
| | BSR | draft final report re Duane Morris for the 28th interim period | 0.40 | 104.00 |
| | BSR | research status of responses to initial reports (28th) from various applicants | 0.20 | 52.00 |
| | BSR | draft e-mails to various applicants concerning final reports for the 28th interim period | 0.30 | 78.00 |

W.R. Grace & Co.                                                                        Page    25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/4/2008 | BSR | draft initial report re Deloitte & Touche for the 28th interim period | 1.30 | 338.00 |
|  | BSR | detailed review of Deloitte & Touche 28th interim fee application and monthly invoices for June 2007 through March 2008 | 1.20 | 312.00 |
|  | DTW | Review and revise Deloitte 28th interim initial report (.1). | 0.10 | 14.50 |
|  | JAW | Continued detailed review of Kirkland & Ellis' May 2008 monthly fee statement (9.2) | 9.20 | 1,380.00 |
| 9/5/2008 | CR | Electronic filing with court of D.Morris 28th interim final report | 0.50 | 22.50 |
|  | WHS | detailed review of FR Duane Morris 28Q 1-3.08 | 0.20 | 59.00 |
|  | BSR | draft final report re Legal Analysis Systems for the 28th interim period (including hotel charge research) | 0.70 | 182.00 |
|  | BSR | draft final report re Pachulski for the 28th interim period | 0.50 | 130.00 |
|  | BSR | receive and review Pachulski's response to initial report (28th) | 0.10 | 26.00 |
|  | JAW | detailed review of Kirkland & Ellis' May 2008 monthly fee statement (9.1) | 9.10 | 1,365.00 |
|  | CR | prepare and serve Deloitte & Touche LLP 28th interim initial report | 0.40 | 18.00 |
|  | CR | draft e-mail to WHSmith 28th interim final report for LAS | 0.10 | 4.50 |
|  | CR | draft e-mail to WHSmith regarding: 28th interim Final Report for D. Morris | 0.10 | 4.50 |
|  | WHS | detailed review of 28th - Final Report re LAS | 0.20 | 59.00 |

W.R. Grace & Co.                                                                                               Page    26

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/5/2008 | WHS | detailed review of 28th - Final Report re Pachulski | 0.20 | 59.00 |
| 9/6/2008 | JAW | Continued detailed review of Kirkland & Ellis' June 2008 monthly fee statement (4.1) | 4.10 | 615.00 |
|  | BSR | draft omnibus final report for the 28th interim period | 1.60 | 416.00 |
|  | JAW | draft summary of Kirkland & Ellis' May 2008 monthly fee statement (1.1) | 1.10 | 165.00 |
| 9/7/2008 | BSR | draft omnibus final report for the 28th interim period | 0.80 | 208.00 |
| 9/8/2008 | DL | Draft of WHS for CNO for July 2008 | 0.20 | 25.00 |
|  | DL | e-filing of WHS for CNO for July 2008 | 0.10 | 12.50 |
|  | BSR | telephone conference with Lynzy Oberholzer re Sept. 29 hearing and Deloitte & Touche fee application | 0.10 | 26.00 |
|  | BSR | draft chart with fee and expense recommendations (28th) | 4.30 | 1,118.00 |
|  | BSR | draft e-mail to Tony Scoles re Deloitte & Touche initial report and response | 0.10 | 26.00 |
|  | JAW | Continued detailed review of Kirkland & Ellis' June 2008 monthly fee statement (9.5) | 9.50 | 1,425.00 |
| 9/9/2008 | CR | Update database with e-detail Scott Law 28th Interim, Steptoe 28th Interim | 0.30 | 13.50 |
|  | BSR | draft e-mails to applicants re final reports | 0.10 | 26.00 |
|  | BSR | receive and review project category chart for 28th period (what's been done so far) and draft email to Cherie Rogers re same | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                            Page    27

|            |     |                                                                                                      | **Hours** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------|------------|
| 9/9/2008   | BSR | draft fee and expense recommendation chart (28th)                                                    | 1.20      | 312.00     |
|            | BSR | receive, review, and respond to email request from Cherie Rogers for Day Pitney info                 | 0.10      | 26.00      |
|            | CR  | Continued drafting of project category spreadsheet for 28th interim                                  | 3.00      | 375.00     |
|            | JAW | detailed review of Kirkland & Ellis' June 2008 monthly fee statement (10.2)                          | 10.20     | 1,530.00   |
|            | CR  | Electronic filing with court of LAS 28th interim final report                                        | 0.40      | 18.00      |
|            | CR  | draft project category summary detail spreadsheet for 28th interim                                   | 1.50      | 187.50     |
|            | BSR | receive and review emails from Tony Scoles and Lynzy Oberholzer; update fee and expense recommendation chart accordingly | 0.10 | 26.00 |
| 9/10/2008  | CR  | Update database with e-detail of Piper;7.08 and Towers 7.08                                          | 0.20      | 9.00       |
|            | DL  | Draft of WHS appliation for August 08 Monthly Compensation                                           | 0.30      | 37.50      |
|            | JAW | draft summary of Kirkland & Ellis' June 2008 monthly fee statement (2.9)                             | 2.90      | 435.00     |
|            | JAW | detailed review of Kirkland & Ellis' July 2008 monthly fee statement (7.4)                           | 7.40      | 1,110.00   |
|            | DL  | e-filing of WHS application for August 08 Monthly Compensation                                       | 0.10      | 12.50      |
| 9/11/2008  | BSR | receive and review Orrick's additional expense detail furnished in response to our initial report (28th) | 0.50  | 130.00     |
|            | JAW | detailed review of Orrick Herrington's April  2008 monthly fee statement (5.8)                       | 5.80      | 870.00     |

W.R. Grace & Co.                                                                                        Page    28

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/11/2008 | JAW | detailed review of Orrick Herrington's June 2008 monthly fee statement (4.1) | 4.10 | 615.00 |
|  | BSR | receive and review Deloitte & Touche's response to initial report (28th) | 0.30 | 78.00 |
|  | BSR | draft final report re Deloitte & Touche for the 28th interim period | 0.70 | 182.00 |
|  | BSR | draft fee and expense chart with recommendations (28th) | 0.20 | 52.00 |
|  | BSR | draft omnibus final report for the 28th interim period (.9); draft email to Warren Smith re same (.1) | 1.00 | 260.00 |
| 9/12/2008 | CR | Update database with e-detail of Tre Angeli 6.08 & 7.08 | 0.40 | 18.00 |
|  | JAW | detailed review of Reed Smith's June 2008 monthly fee statement (3.3); draft summary of same (0.3) | 3.60 | 540.00 |
|  | CR | draft project category summary detail spreadsheet | 2.80 | 126.00 |
|  | BSR | receive and review additional expense detail provided by Orrick for the 28th interim period | 3.20 | 832.00 |
|  | BSR | draft final report re Orrick for the 28th interim period | 1.50 | 390.00 |
| 9/14/2008 | CR | Update database with e-detail 28th Interim Orrick Response to initial report and  PricewaterhouseCoopers LLP 7.08 monthly invoice | 0.30 | 13.50 |
|  | CR | draft project category spreadsheet for 28th interim | 5.00 | 625.00 |
| 9/15/2008 | CR | draft e-mail to Warren Smith regarding 28th interim final report for Deloitte & Touche | 0.10 | 4.50 |
|  | CR | draft e-mail to J. Wehrmann regarding: Orrick 4.08 & 5.08 e-detail | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                      Page    29

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/15/2008 | BSR | receive and review project category spreadsheet for 28th interim period and draft emails to Cherie Rogers containing revisions to same for various applicants | 2.40 | 624.00 |
| | CR | Update database with Summaries received from J.Wehrmann for K&E 4/1/08-6/30/08 | 0.30 | 13.50 |
| | WHS | detailed review of 28th - Final Report re Deloitte & Touche | 0.30 | 88.50 |
| | WHS | detailed review of, and revisions to, 28th - Omnibus Final Report | 0.40 | 118.00 |
| | BSR | Continued review of additional expense information supplied by Orrick | 0.30 | 78.00 |
| | BSR | draft e-mail to Debbie Fullem at Orrick listing additional expense information needed | 1.00 | 260.00 |
| | BSR | research server and database to check status of final report filings (28th); draft email to Cherie Rogers re same | 0.10 | 26.00 |
| | BSR | draft e-mails to various applicants and counsel re final reports (28th) | 0.30 | 78.00 |
| 9/16/2008 | BSR | draft e-mail to Jeff Allgood re status of WHSA 28th interim fee application; research docket and server for same (.2); telephone conference with Jeff Allgood re same (.1) | 0.30 | 78.00 |
| | BSR | Confer with Cherie Rogers re various revisions to be made to project category spreadsheet (28th); draft emails of same and send to Cherie Rogers. | 1.50 | 390.00 |
| | JAW | draft summary of Orrick Herrington's April 2008 monthly invoice (2.0) | 2.00 | 300.00 |
| | BSR | receive, review, and respond to email from Caplin & Drysdale re database research charges | 0.20 | 52.00 |
| | CR | Update database with  Beveridge 7.08 | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                    Page     30

|            |     |                                                                                                                    | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/17/2008  | DTW | Telephone call with B. Ruhlander regarding ground transportation charges for Caplin (.1).                          | 0.10  | 16.50  |
|            | BSR | draft final report re Caplin & Drysdale for the 28th interim period                                                | 5.10  | 1,326.00 |
|            | BSR | receive and review Caplin & Drysdale's response to initial report (28th) (.2); draft email to Rita Tobin requesting clarification (.1) | 0.30  | 78.00  |
|            | BSR | Revised final report re Orrick for the 28th interim period                                                         | 0.80  | 208.00 |
|            | BSR | receive and review additional expense information provided by Orrick (28th)                                        | 0.40  | 104.00 |
|            | CR  | Update database with Morrison 5.07, 4.07                                                                           | 0.30  | 13.50  |
|            | CR  | draft e-mail to B. Ruhlander for fee application information for Morrison                                          | 0.10  | 4.50   |
|            | CR  | Revise project category spreadsheet for 28th interim                                                               | 3.00  | 375.00 |
|            | BSR | receive, review, and respond to email from Jamie O'Neill re upcoming fee application hearing and charts for same  | 0.30  | 78.00  |
|            | JAW | draft summary of Orrick Herrington's June 2008 monthly invoice (1.4)                                               | 1.40  | 210.00 |
| 9/18/2008  | CR  | Update database with e-detail Capstone 6.08 monthly invoice                                                        | 0.20  | 9.00   |
|            | CR  | draft e-mail to Warren Smith regarding review of 28th interim final report for Caplin                             | 0.20  | 9.00   |
|            | BSR | draft final report re Caplin & Drysdale for the 28th interim period                                                | 0.70  | 182.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/18/2008 | BSR | receive and review additional expense information provided by Caplin & Drysdale (.1); continued drafting of final report re Caplin & Drysdale for the 28th interim period (.4) | 0.50 | 130.00 |
| | CR | Electronic filing with court of Orrick 28th interim Final report w/exhibit | 0.40 | 18.00 |
| | CR | Update database with e-detail of LAS 7.08, Anderson Kill & Olick 7.08 and Charter Oak 7.08 | 0.40 | 18.00 |
| | WHS | detailed review of, and revisions to, FR Orrick 28Q 1-3.08.wpd | 0.30 | 88.50 |
| 9/19/2008 | CR | Electronic filing with court of Caplin's 28th interim Final report w/exhibits | 0.50 | 22.50 |
| | BSR | draft revisions to fee and expense recommendation chart (28th); draft emails to debtor's counsel and Cherie Rogers re charts | 0.40 | 104.00 |
| | BSR | research server and docket for status of filed reports (28th) (.2); draft emails to Cherie Rogers and Rita Tobin re final report for Caplin & Drysdale (28th) (.1) | 0.30 | 78.00 |
| | WHS | detailed review of FR Caplin 28Q 1-3.08 | 0.30 | 88.50 |
| 9/22/2008 | DL | Draft of WHS 28th Interim application | 1.30 | 162.50 |
| | WHS | receive and review agenda and forward same to Bobbi Ruhlander | 0.30 | 88.50 |
| | BSR | receive and review hearing agenda (28th) (.2); draft email to Warren Smith re same (.1) | 0.30 | 78.00 |
| | DL | e-filing of WHS for 28th Interim application | 0.40 | 50.00 |
| | JAW | detailed review of Kirkland & Ellis' July 2008 monthly invoice (5.1) | 5.10 | 765.00 |
| | BSR | draft e-mail to Martha Araki re reduction for fee application preparation fees | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                          Page    32

|            |     |                                                                                                                                      | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 9/23/2008  | JAW | detailed review of Kirkland & Ellis' July 2008 monthly invoice (9.2)                                                                 | 9.20  | 1,380.00 |
| 9/24/2008  | JAW | Continue detailed review of Kirkland & Ellis' July 2008 monthly invoice (9.4)                                                         | 9.40  | 1,410.00 |
| 9/25/2008  | CR  | Update database with e-detail of Protiviti 7.08, Hamilton 7.08 and Ogilvy 8.08 and Stroock 7.08                                       | 0.50  | 22.50    |
|            | CR  | Update database with e-detail of Morrison & Foerster 4.07 and 5.07, interim of 4/1/07-6/30/07 andcreate new tab on database, Bilzin 29th interim | 0.50  | 22.50    |
| 9/26/2008  | JAW | draft summary of Kirkland & Ellis' July 2008 monthly invoice (3.2)                                                                    | 3.20  | 480.00   |
| 9/27/2008  | BSR | detailed review of AKO's April and May 2008 monthly invoices                                                                         | 0.80  | 208.00   |
|            | BSR | receive, review, and respond to email from Warren Smith re Sept. 29 fee application hearing (including checking docket)               | 0.30  | 78.00    |
|            | CR  | Update database with Ogilvy 7.08, Reed 7.08, Piper 7.08, Foley 7.08, Nelson 7.08, Tre Angili 7.08, Ferry 7.08, Casner 7.08, Pachulski 7.08, Baker 1.08, 2.08, 3.08, 4.08, 5.08 and Woodcock 7.08 | 1.30  | 58.50    |
| 9/28/2008  | BSR | detailed review of AKO's June 2008 monthly invoice and 29th interim fee application                                                  | 0.50  | 130.00   |
|            | BSR | draft initial report re Anderson Kill & Olick for the 29th interim period                                                            | 1.50  | 390.00   |
| 9/29/2008  | BSR | draft initial report re Beveridge & Diamond for the 29th interim period                                                              | 0.20  | 52.00    |
|            | BSR | detailed review of Beveridge & Diamond's monthly invoices for April through June 2008 (.5); search server and docket for 29th quarterly (.1) | 0.60  | 156.00   |
|            | CR  | Update database with e-details of Orrick 7.08, K&E 7.08 summary, Buchanan, Reed and Kramer 8.08                                       | 0.40  | 18.00    |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/29/2008 | CR | Update database with e-detail of Caplin 28th interim initial report response and Orrick's response for 28th interim initial report, Capstone 6.08 monthly invoice, Hamilton 4/1/08-6/30/08  29th interim, Hillsoft 3/25/08-6/30/08 29th interim, Campbell 7.08, Caplin 7.08 and Charter 7.08 | 0.70 | 31.50 |
| | CR | draft e-mail to WHSmith regarding 28th int final report for Orrick | 0.10 | 4.50 |
| | WHS | prepare for telephonic court appearance | 0.40 | 118.00 |
| | BSR | detailed review of Bilzin's 29th interim fee application and monthly invoices | 1.10 | 286.00 |
| | BSR | draft initial report re Bilzin Sumberg for the 29th interim period | 0.80 | 208.00 |
| | DTW | Review and revise Anderson Kill and Beveridge 29th initial reports (.2). | 0.20 | 33.00 |
| | WHS | appear by telephone at fee app hearing | 0.40 | 118.00 |
| 9/30/2008 | BSR | draft e-mails to various applicants re initial reports for the 29th interim period | 0.20 | 52.00 |
| | CR | Update database with Duane Morris 29th Interim app, | 0.10 | 4.50 |
| | CR | Update database with e-detail of Protiviti 8.08, Duane Morris 29th interim, Ferry 8.08 | 0.40 | 18.00 |
| | CR | draft project category summary data spreadsheet | 0.30 | 13.50 |

**For professional services rendered**                                  **407.30 $72,470.50**

W.R. Grace & Co.                                                                Page     34

    Additional Charges :

|  | Price | Amount |
|---|---|---|
| Pacer charges for July 2008 | 48.56 | 48.56 |
| Third party copies & document prep/setup. for 8/08 | 117.60 | 117.60 |
| Third party copies & document prep/setup for 7/08 | 80.05 | 80.05 |
| Third party copies & document prep/setup. for 6/08 | 915.46 | 915.46 |
| Third party copies & document prep/setup. for 5/08 | 210.91 | 210.91 |
| Third party copies & document prep/setup. for 4/08 | 8.26 | 8.26 |
| Pacer Charges for August 2008 | 40.40 | 40.40 |
| Pacer Charges for September 2008 | 44.24 | 44.24 |

**Total costs**                                                                **$1,465.48**

**Total amount of this bill**                                                  **$73,935.98**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.40 | 155.00 | $62.00 |
| Bobbi S. Ruhlander | 42.40 | 260.00 | $11,024.00 |
| Bobbi S. Ruhlander | 135.10 | 230.00 | $31,073.00 |
| Cherie Rogers | 13.00 | 125.00 | $1,625.00 |
| Cherie Rogers | 8.30 | 110.00 | $913.00 |
| Cherie Rogers | 13.00 | 45.00 | $585.00 |
| Cherie Rogers | 26.30 | 40.00 | $1,052.00 |

W.R. Grace & Co.                                                                          Page      35

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Debbie Lucas | 2.40 | 125.00 | $300.00 |
| Debbie Lucas | 2.20 | 110.00 | $242.00 |
| Doreen Williams | 0.30 | 165.00 | $49.50 |
| Doreen Williams | 7.10 | 145.00 | $1,029.50 |
| James A. Wehrmann | 117.70 | 150.00 | $17,655.00 |
| James A. Wehrmann | 27.80 | 135.00 | $3,753.00 |
| Lisa M Hamm | 0.10 | 135.00 | $13.50 |
| Mark W Steirer | 1.20 | 230.00 | $276.00 |
| Warren H Smith | 3.40 | 295.00 | $1,003.00 |
| Warren H Smith | 6.60 | 275.00 | $1,815.00 |