# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 15, 2009

In Reference To:          Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        11430

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 10/2/2008 CR | Update database with e-detail of monthly invoices for Towers 8.08, Tre Angeli 8.08 and K&E 8.08 | 0.30 | 13.50 |
| 10/3/2008 DL | Draft of WHS for August 2008 CNO (.3) | 0.30 | 37.50 |
| DL | e-filing of WHS for August 2008 CNO (.3) | 0.30 | 37.50 |
| CR | Update database with Capstone 6.08 monthly invoice | 0.10 | 4.50 |
| CR | Update database with receipt of summaries for J.Wehrmann for Orrick 4-6.08 and Reed 6.08 | 0.20 | 9.00 |
| 10/7/2008 CR | Update database with monthly invoice from Latham for 6.08.and e-detail of Casner for 8.08 | 0.20 | 9.00 |
| 10/10/2008 CR | Update database with K&E 8.08 | 0.10 | 4.50 |
| BSR | telephone conference with Jeff Allgood re handling of Morrison & Forrester invoices | 0.10 | 26.00 |

---

214 698-3868

W.R. Grace & Co.                                                                     Page      2

|            |     |                                                                                                                        | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/12/2008 | CR  | Update database with e-detail of Towers 4/1/08-6/30/08 29th interim app, Piper 4/1/08-6/30/08 and Orrick 29th interim app, and PricewaterhouseCoopers LLP 8.08 monthly invoice | 0.50  | 22.50  |
|            | BSR | detailed review of Buchanan Ingersoll & Rooney's 29th interim fee application and monthly invoices                      | 1.00  | 260.00 |
| 10/13/2008 | BSR | draft initial report re Campbell & Levine for the 29th interim period                                                   | 0.20  | 52.00  |
|            | BSR | detailed review of Campbell & Levine's 29th interim fee application and monthly invoices                                | 0.70  | 182.00 |
|            | CR  | Update database with E-Detail of Blizin 8.08, Hamilton 8.08, Conway 7/1/07-6/30/08, Capstone 4/1/08-6/30/08, Capstone 7.08 , Duane Morris 8.08 and Stroock 8.08 | 0.50  | 22.50  |
|            | CR  | Prepare and serve Campbell 29th interim initial report                                                                  | 0.20  | 9.00   |
|            | WHS | receive and review agenda                                                                                              | 0.10  | 29.50  |
|            | BSR | detailed review of Buchanan Ingersoll & Rooney (f/k/a Klett Rooney) past fees billed for fee application preparation    | 1.50  | 390.00 |
|            | BSR | detailed review of Caplin & Drysdale's April and June 2008 monthly fee applications                                    | 0.60  | 156.00 |
| 10/14/2008 | CR  | Update database with applications for D. Morris 8.08, Tre Angeli 29th interim, David Austern 29th interim, Piper 8.08 and Orrick 8.08 | 0.40  | 18.00  |
|            | JAW | detailed review of Stroock's May 2008 monthly invoice (1.5); draft summary of same (0.8)                                | 2.30  | 345.00 |
|            | CR  | draft project category spreadsheet for 29th interim                                                                     | 0.50  | 62.50  |
|            | JAW | detailed review of Orick's May 2008 monthly invoice (2.2); draft summary of same (0.6)                                  | 2.80  | 420.00 |
|            | JAW | detailed review of Stroock's April 2008 monthly invoice (3.3); draft summary of same (0.6)                             | 3.90  | 585.00 |

W.R. Grace & Co.                                                                                              Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/14/2008 | DTW | Review and revise C & L 29th initial report (.1). | 0.10 | 14.50 |
|  | BSR | draft initial report re Caplin & Drysdale for the 29th interim period | 0.80 | 208.00 |
|  | BSR | detailed review of Caplin & Drysdale's May 2008 monthly invoice and 29th interim fee application | 1.00 | 260.00 |
| 10/15/2008 | BSR | research server and database for applications not yet received (29th) | 1.50 | 390.00 |
|  | CR | Update database with summaries for Stroock 4.08-6.08 and Orrick 5.08 | 0.30 | 13.50 |
|  | BSR | draft e-mail to Campbell & Levine concerning initial report (29th) | 0.10 | 26.00 |
|  | BSR | Continued draft of initial report re Caplin & Drysdale for the 29th interim period | 3.80 | 988.00 |
|  | JAW | detailed review of Stroock's June 2008 monthly invoice (2.4); draft summary of same (0.1) | 2.50 | 375.00 |
|  | DTW | Telephone call with B. Ruhlander regarding Caplin expenses (.1). | 0.10 | 14.50 |
| 10/16/2008 | CR | Update database with Protiviti 9.08, Woodcock 8.08, Bilzin 8.08 | 0.30 | 13.50 |
|  | CR | Prepare and serve Caplin's 29th Interim Initial report | 0.30 | 13.50 |
|  | BSR | Continued detailed review of Buchanan Ingersoll & Rooney's fees for fee application preparation (in prior periods) | 2.60 | 676.00 |
|  | BSR | research server and database (continued) regarding applications not yet received (1.4); draft email to Cherie Rogers requesting same (.4) | 1.80 | 468.00 |
|  | DTW | Review and revise Caplin 29th interim initial report (.1). | 0.10 | 14.50 |

W.R. Grace & Co.                                                                      Page     4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/17/2008 | BSR | detailed review of Buchanan Ingersoll & Rooney's fee application preparation time (cumulative) | 2.10 | 546.00 |
|  | BSR | draft spreadsheet reflecting Buchanan Ingersoll & Rooney's fee application preparation time and analyze same | 0.80 | 208.00 |
|  | BSR | draft initial report re Buchanan Ingersoll & Rooney for the 29th interim period | 0.30 | 78.00 |
|  | BSR | draft e-mail to Rita Tobin re initial report for the 29th interim period | 0.10 | 26.00 |
|  | BSR | detailed review of expense application of the Property Damage Committee (29th) and draft initial report re same | 0.30 | 78.00 |
|  | BSR | detailed review of Kramer Levin's 29th interim fee application and monthly invoices | 1.00 | 260.00 |
|  | BSR | draft initial report re Kramer Levin for the 29th interim period | 0.30 | 78.00 |
|  | BSR | detailed review of Casner & Edwards 29th interim fee application and monthly invoices | 0.30 | 78.00 |
|  | CR | Update database with Orrick's 29th interim period interim app | 0.20 | 9.00 |
| 10/18/2008 | BSR | detailed review of Day Pitney's 29th interim fee application and monthly invoices | 0.50 | 130.00 |
| 10/19/2008 | DTW | Review and revise PD committee, Kramer and Buchanan 29th initial reports (.2). | 0.20 | 29.00 |
|  | WHS | receive and review amended agenda | 0.10 | 29.50 |
|  | BSR | detailed review of LAS' 29th interim fee application and monthly invoices | 0.20 | 52.00 |
|  | BSR | detailed review of Duane Morris' 29th interim fee application and monthly invoices | 0.80 | 208.00 |

W.R. Grace & Co.                                                                                    Page      5

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 10/19/2008 | BSR | draft initial report re Duane Morris for the 29th interim period | 0.40 | 104.00 |
| 10/20/2008 | BSR | detailed review of Woodcock & Washburn's 29th interim fee application and monthly invoices | 0.20 | 52.00 |
| | BSR | detailed review of Steptoe & Johnson's April, May, and June 2008 monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Nelson Mullins' 29th interim fee application and monthly invoices | 0.30 | 78.00 |
| | CR | Update database with e-detail of Holme 1.08 & 2.08, Protiviti 9.08, Struthers-Kennedy 9.08, Ferry 6.08 and 7.08 | 0.40 | 18.00 |
| | DTW | Review and revise Duane Morris 29th initial report (.1). | 0.10 | 14.50 |
| | BSR | draft e-mails to various applicants re missing fee applications | 0.40 | 104.00 |
| | CR | Prepare and serve 29th interim initial reports to Kramer, Property Damage Committee, Buchanan | 0.50 | 22.50 |
| | CR | Update database with Scott Law 4.08, 5.08 and 6.08 | 0.30 | 13.50 |
| 10/21/2008 | CR | Update database with Bilzin 29th interim app, Blackstone 4.08, 5.08, 6.08 and Capstone 6.08 and 29th interim app 4/1/08-6/30/08 | 0.30 | 13.50 |
| | BSR | detailed review of Reed Smith's April, May, and June 2008 monthly fee applications and 29th interim fee application | 1.20 | 312.00 |
| | CR | update database with 29th interim apps for LAS and ARPC, monthly invoice for Morrison 4.08 and Amended app 1/1/08-3/31/08 for Baker | 0.40 | 18.00 |
| | DTW | Review and revise 29th interim initial report Reed Smith (.1). | 0.10 | 14.50 |
| | CR | draft project category spreadsheet for 29th interim | 1.50 | 187.50 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2008 | CR | Prepare and serve 29th interim initial report for Reed | 0.30 | 13.50 |
| | BSR | draft initial report re Kirkland & Ellis for the 29th interim period | 1.90 | 494.00 |
| | BSR | draft e-mail to various applicants concerning our initial reports for their firms for the 29th interim period | 0.30 | 78.00 |
| | BSR | detailed review of K&E's 29th interim fee application and monthly invoices, as well as fee summaries re same | 3.60 | 936.00 |
| | BSR | draft initial report re Reed Smith for the 29th interim period | 0.40 | 104.00 |
| 10/22/2008 | WHS | receive and review amended agenda | 0.10 | 29.50 |
| | DTW | Review and revise K&E 29th initial report (.1). | 0.10 | 14.50 |
| | BSR | detailed review of PwC's April and May 2008 monthly fee applications and Darex Puerto Rico Audit fee application | 1.70 | 442.00 |
| | BSR | draft e-mails to various applicants re initial reports and status of quarterly filings | 0.20 | 52.00 |
| | BSR | research server for Duane Morris initial report; draft email to Cherie Rogers re same | 0.10 | 26.00 |
| | BSR | Continued draft of initial report re Kirkland & Ellis for the 29th interim period | 3.50 | 910.00 |
| | BSR | detailed review of PwC's June 2008 monthly fee application and 29th interim fee application | 0.60 | 156.00 |
| 10/23/2008 | CR | Prepare and serve 29th interim initial reports for Ogilvie and Duane Morris | 0.30 | 13.50 |
| | BSR | detailed review of Lexecon's 29th interim fee application and April 2008 monthly application | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                                  Page      7

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/23/2008 | BSR | detailed review of Ogilvy Renault's April, May and June 2008 monthly fee applications | 0.60 | 156.00 |
|  | BSR | draft initial report re Ogilvy Renault for the 29th interim period | 0.40 | 104.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's 29th interim fee application and monthly applications | 0.60 | 156.00 |
|  | BSR | detailed review of Foley Hoag's 29th interim fee application and monthly fee applications | 0.30 | 78.00 |
|  | BSR | detailed review of Stroock's 29th interim fee application and monthly fee applications, as well as fee summaries re same | 0.70 | 182.00 |
|  | DTW | Review and revise WRG 29th initial report Ogilvie (.1). | 0.10 | 16.50 |
|  | CR | Update database with e-detail of Morrison & Forester 4.08 & 5.08; Holme 3.08 | 0.30 | 13.50 |
|  | CR | Prepare and serve K&E 29th interim initial report w/exhibits a,b,c,d &e. | 0.30 | 13.50 |
|  | CR | Update database with e-detail of Pachulski 6.08, Reed Smith 29th Interim app 4/1/08-6/30/08, Protiviti's 30th Interim app 7/1/08-9/30/08. | 0.40 | 18.00 |
|  | CR | draft e-mail to B.Ruhlander regarding completion of D.Morris initial report and forwarded copy | 0.20 | 9.00 |
|  | CR | Update database with e-detail Morrison 4.07-5.07 apps | 0.20 | 9.00 |
| 10/24/2008 | BSR | detailed review of David Austern's 29th interim fee application and monthly fee applications | 0.20 | 52.00 |
|  | CR | Update database with e-detail Orrick 4.08 and Austen 6.08 | 0.30 | 13.50 |
|  | CR | Update database with Steptoe 6.08, Hillsoft 29th Interrim 3/25/08-6/30/08, Woodcock 29th Interim app, Deloitte Tax 1.08, 2.08, 3.08, 5.08 and 6.08, Deloitte & Touche 6/1/07-3/31/08 | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                         Page      8

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/24/2008 | BSR | detailed review of Capstone's 29th interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Towers' 29th interim fee application and monthly invoices | 0.30 | 78.00 |
| | BSR | draft initial report re Hilsoft Notifications for the 29th interim period | 0.40 | 104.00 |
| | BSR | detailed review of Charter Oak's 29th interim fee application and monthly fee applications | 0.50 | 130.00 |
| | WHS | receive and review 2nd amended agenda | 0.10 | 29.50 |
| | BSR | detailed review of Hilsoft's 29th interim fee application and monthly invoices | 0.20 | 52.00 |
| 10/25/2008 | BSR | detailed review of Pachulski's 29th interim fee application and monthly fee applications | 0.60 | 156.00 |
| | BSR | draft initial report re Pachulski for the 29th interim period | 0.50 | 130.00 |
| | BSR | draft initial report re Conway, Del Genio, Gries' fee applications for the 29th interim period | 0.20 | 52.00 |
| | BSR | detailed review of HRA's 29th interim fee application and monthly applications, as well as review of HRA's retention application and order and firm description on website (re issue of expert retention) | 0.50 | 130.00 |
| | DTW | Review and revise Conway 29th initial report (.1). | 0.10 | 14.50 |
| | BSR | detailed review of Conway, Del Genio, Gries & Co.'s monthly application covering June 2007 through June 2008, as well as retention order | 0.30 | 78.00 |
| 10/26/2008 | BSR | detailed review of Tre Angeli's quarterly fee application for the 29th interim period and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of 29th interim expense application of Official Committee of Asbestos Claimants | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                           Page        9

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/2008 | BSR | detailed review of Holme's Jan, Feb, and March 2008 monthly fee applications | 0.10 | 26.00 |
| 10/27/2008 | CR | Update database with Beveridge 4/1/08-6/30/08 29th interim app | 0.20 | 9.00 |
| | CR | Prepare and serve 29th interim initial reports for Hilsoft and Conway | 0.40 | 18.00 |
| | CR | draft project category spreadsheet for 29th interim | 1.30 | 162.50 |
| | BSR | draft initial report re Morrison & Foerster for the 25th interim period | 0.50 | 130.00 |
| | BSR | detailed review of Morrison & Foerster's quarterly fee application for the 25th interim period and monthly fee applications pertaining to same | 0.30 | 78.00 |
| | BSR | detailed review of Phillips' 29th interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Steptoe's 29th interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Conway, Del Genio, Gries' 29th interim fee application | 0.20 | 52.00 |
| | BSR | draft e-mails to various applicants re initial reports (29th) | 0.30 | 78.00 |
| | BSR | detailed review of Latham & Watkins April and June 2008 monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Baker Donelson's 28th and 29th interim fee applications and monthly fee applications pertaining to same (.5); draft email to Frank Childress re expense issue for the 29th interim period (.1) | 0.60 | 156.00 |
| | BSR | draft initial report re Tre Angeli for the 29th interim period | 0.20 | 52.00 |
| 10/28/2008 | DL | Draft of WHS invoice/application for September 2008 | 0.30 | 37.50 |

W.R. Grace & Co.                                                                                          Page      10

|            |     |                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/28/2008 | CR  | Prepare and serve 29th interim initial reports for Pachulski, Tre Angeli and 25th interim initial report for Morrison & Forester | 0.40  | 18.00  |
|            | BSR | detailed review of Orrick's 29th interim fee application and monthly fee applications, as well as expense charts and fee summaries re same | 2.00  | 520.00 |
|            | DTW | Review and revise initial reports for the 29th interim for Pachulski, Tre Angeli and Morrison (.3). | 0.30  | 49.50  |
|            | BSR | draft initial report re Orrick for the 29th interim period                                                           | 0.30  | 78.00  |
| 10/29/2008 | BSR | telephone conference with Joseph Radecki of Tre Angeli re initial report inquiry | 0.10  | 26.00  |
|            | DTW | Review and revise Orrick 29th initial report (.1).                                                                   | 0.10  | 14.50  |
|            | BSR | Continued draft of initial report re Orrick for the 29th interim period                                              | 1.30  | 338.00 |
| 10/30/2008 | BSR | detailed review of PwC Darex fee application                                                                         | 0.20  | 52.00  |
|            | CR  | Update database with K&E 9.08                                                                                        | 0.20  | 9.00   |
|            | CR  | Update database with e-detail of Buchanan 9.08                                                                       | 0.20  | 9.00   |
|            | CR  | prepare and serve 29th interim initial reports for Anderson Kill & Olick, Beveridge and Bilzin | 0.60  | 27.00  |
|            | CR  | Prepare and serve 29th interim initial report for Orrick                                                             | 0.20  | 9.00   |
|            | DL  | e-file for WHS invoice/application for September 2008                                                                | 0.10  | 12.50  |
|            | BSR | draft e-mail to Orrick re initial report for the 29th interim period                                                 | 0.10  | 26.00  |

W.R. Grace & Co.                                                                                   Page     11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/31/2008 | CR | Update database with Piper 9.08, Nelson 29th interim 4/1/08-6/30/08, Pachulski 29th interim. Fragoman 4.08, 5.08, 6.08., 7.08, 8.08., 9.08, Reed 29th interim, Hamilton 29th Interim, Conway Final 7/1/07-6/30/08 and Hamilton 4.08-6.08 and Holme 1.08, 2.08 and 3.08 | 0.70 | 31.50 |
|  | BSR | detailed review of PwC Darex fee entries; telephone conference with Kathleen Miller re same | 0.10 | 26.00 |
|  | CR | Update database with PricewaterhouseCoopers LLP-Darex 29th Interim fee detail 6.07 and 8.07-6.08 | 0.20 | 9.00 |
|  | JAW | detailed review of Kirkland & Ellis' August 2008 monthly invoice (4.7) | 4.70 | 705.00 |
| 11/3/2008 | JAW | detailed review of Kirkland & Ellis' August 2008 monthly invoice (9.3) | 9.30 | 1,395.00 |
|  | CR | Update database with E-Detail of Ogilvy 9.08, Holme 1/1/08-3/31/08 (28th Interim App), Kramer 9.08, Buchanan 9.08, Reed 9.08 | 0.40 | 18.00 |
|  | CR | Update database with E-Detail of  Ferry 9.08, Ogilvy 7/1/08-9/30/08 (30th Interim) Ogilvy 29th Int Initial report response, 9.08 invoices for Piper, Towers, Tre Angeli and Orrick | 0.50 | 22.50 |
|  | CR | Update database with Steptoe 4/1/08-6/30/08 (29th interim) Fragomen 5.08, Ogilvy 9.08, Fragomen 9.08, 8.08; Conway 7/1/07-6/30/08,Foley 9.08, BMC 4.08, 5.08, 6.08, Pitney 9.08, Holme 28th Int 1/1/08-3/31/08, Buchanan 9.08, Kramer 9.08, Tre Angeli 9.08, Towers 9.08, Orrick 9.08, Neslon 9.08, Austern 7.08 and Orrick 7.08 | 1.00 | 45.00 |
| 11/4/2008 | CR | Continue draft of project category summary data spreadsheet for 29th interim. | 2.00 | 250.00 |
|  | CR | Update database with Capstone 9.08, Ogilvy 29th Int Initial Report rsp, Fragoman 29th Int 4/1/08-6/30/08, Steptoe 7.08, Stroock 7.08, Pachulski 7.08, Protiviti 7.08, CHarter Oak 7.08 | 0.50 | 22.50 |
|  | CR | Update database with Caplin 7.08, Steptoe 8.08, Ferry 8.08, Campbell 8.,08, Charter Oak 8.08, AKO 8.08, Caplin 8.08, Buchanan 8.08, Nelson 8.08, Ogilvy 9.08, Casner 8.08, Protiviti 8.08, LAS 8.08, PwC 8.08, Tre Angeli 8.08, Pitney 8,08, Foley 8.08, Kramer 8.08, Stroock 8.08. Fragomen 30th Interim 7/1/08-9/30/08, Casner 9.08, | 1.00 | 45.00 |

W.R. Grace & Co.                                                                                          Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/4/2008 | JAW | Continued detailed review of Kirkland & Ellis' August 2008 monthly invoice (6.4) | 6.40 | 960.00 |
| | CR | draft Project Category Summary Data Spreadsheet 29th Interim | 3.00 | 375.00 |
| | CR | Update database with Steptoe 7.08, Stroock 7.08, Pachulski 7.08, Protiviti 7.08, Charter Oak 7.08 Ogilvy 29th Int Initial report response and Fragoman 29th Int app | 0.50 | 22.50 |
| | BSR | detailed review of Blackstone's 29th interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | draft initial report re Blackstone Advisory Services for the 29th interim period | 0.30 | 78.00 |
| | BSR | detailed review of PwC (Darex Audit) fee application | 0.50 | 130.00 |
| | BSR | draft initial report re PwC (Darex) | 0.30 | 78.00 |
| | BSR | detailed review of the Scott Law Group's April - June 2008 monthly fee applications | 0.10 | 26.00 |
| | CR | Update database with e-detail of  29th Int Time Tracking for PricewaterhouseCoopers LLP Darex and BMC 29th Int App, PricewaterhouseCoopers LLP 9.08 and Casner 9.08 | 0.40 | 18.00 |
| 11/5/2008 | CR | draft e-mail to WHSmith re: 29th interim Final Report for Campbell | 0.10 | 4.50 |
| | CR | draft e-mail to J. Wehrmann re: K&E fee app for 8.08 | 0.10 | 4.50 |
| | DTW | Review and revise 29th initial report for PwC and Blackstone (.2). | 0.20 | 33.00 |
| | BSR | draft final report re Buchanan Ingersoll & Rooney for the 29th interim period | 0.60 | 156.00 |
| | CR | Prepare and serve 29th interim Initial Reports for Blackstone and PwC-Darex | 0.30 | 13.50 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/5/2008 | CR | Update database with e-detail of PwC Darex 29th Supplemental Interim app | 0.20 | 9.00 |
| | DTW | Review and revise 29th initial report for PwC and Blackstone (.2). | 0.20 | 33.00 |
| | BSR | draft e-mail to Bill Sullivan re Scott Law Group quarterly fee application and expense detail | 0.10 | 26.00 |
| | BSR | receive and review response of Anderson Kill & Olick to initial report for the 29th interim period | 0.10 | 26.00 |
| | JAW | detailed review of Kirkland & Ellis' August 2008 monthly invoice (7.8) | 7.80 | 1,170.00 |
| | BSR | detailed review of Fragomen's monthly fee applications for April - June 2008 (.3); draft email to Scott Bettridge re same (.1) | 0.40 | 104.00 |
| | BSR | research server for responses to initial reports (29th) | 0.20 | 52.00 |
| | BSR | detailed review of Beveridge & Diamond's 29th interim fee application | 0.10 | 26.00 |
| | BSR | receive and review Campbell & Levine's response to initial report (29th) | 0.10 | 26.00 |
| | BSR | draft final report re Campbell & Levine for the 29th interim period | 0.30 | 78.00 |
| | BSR | draft final report re Anderson Kill & Olick for the 29th interim period | 0.60 | 156.00 |
| 11/6/2008 | CR | draft e-mail to WHSmith re: AKO 29th interim Final Report | 0.10 | 4.50 |
| | BSR | draft final report re Buchanan Ingersoll & Rooney for the 29th interim period | 1.00 | 260.00 |
| | WHS | detailed review of 29th - Final Report re Anderson Kill & Olick | 0.40 | 118.00 |

W.R. Grace & Co.                                                                                       Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/6/2008 | WHS | detailed review of Final Report re 29th Buchanan Ingersoll & Rooney | 0.30 | 88.50 |
|  | WHS | receive, review, and respond to e-mail from Janet Baer | 0.20 | 59.00 |
|  | CR | Update database with e-detail Stroock 9.08 | 0.20 | 9.00 |
|  | CR | draft Project category summary detail spreadsheet for 29th interim | 3.50 | 437.50 |
|  | CR | Update database with Austern 8.08 and 9.08 | 0.20 | 9.00 |
|  | CR | Draft email to WHSmith re: Buchanan 29th interim Final Report | 0.10 | 4.50 |
|  | BSR | draft initial report re Hilsoft for the 29th interim period | 0.40 | 104.00 |
|  | BSR | receive and review Hilsoft's response to initial report (29th) | 0.10 | 26.00 |
|  | BSR | draft final report re Reed Smith for the 29th interim period | 0.60 | 156.00 |
|  | BSR | receive and review Reed Smith's response to initial report (29th) | 0.10 | 26.00 |
|  | BSR | receive and review response of Kramer Levin to initial report (29th) | 0.10 | 26.00 |
|  | BSR | draft e-mails to various applicants concerning initial reports for the 29th interim period | 0.10 | 26.00 |
| 11/7/2008 | CR | Draft email to WHSmith re: 29th Interim Final Report for Reed | 0.10 | 4.50 |
|  | CR | Update database with Stroock 9.08 and Austern 8.08 and 9.08 | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                    Page     15

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/7/2008 | CR | Update database with e-detail 29th Interim Initial Report responses of Kramer, Reed Smith and Hillsoft | 0.40 | 18.00 |
| | CR | Draft email to WHSmith re: 29th Interim Final Report for Hilsoft | 0.10 | 4.50 |
| | WHS | detailed review of FR Campbell 29Q 4-6.08 | 0.30 | 88.50 |
| | WHS | detailed review of 29th - Final Report re Hilsoft Notifications | 0.30 | 88.50 |
| | WHS | receive and review agenda | 0.10 | 29.50 |
| | WHS | detailed review of 29th - Final Report re Reed Smith | 0.30 | 88.50 |
| | JAW | draft summary of Kirkland & Ellis' August 2008 monthly invoice (2.9) | 2.90 | 435.00 |
| 11/10/2008 | BSR | receive and review response to initial report re Bilzin (29th) | 0.10 | 26.00 |
| | DL | e-filing for WHS monthly application 10.08 | 0.10 | 12.50 |
| | CR | draft e-mail to WHSmith re: Campbell 29th Interim final report | 0.10 | 4.50 |
| | CR | Electronic filing with court of Buchanan 29th interim Final Report | 0.40 | 18.00 |
| | BSR | draft emails to various applicants concerning final reports (29th) | 0.30 | 78.00 |
| | BSR | draft e-mails to various applicants concerning responses to initial reports (29th) | 0.30 | 78.00 |
| | BSR | receive and review response to initial report for the Property Damage Committee (29th) | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                      Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/10/2008 | DL | Draft of WHS monthly application 10.08 | 0.20 | 25.00 |
| 11/11/2008 | WHS | receive and review response of WRG | 0.10 | 29.50 |
| 11/12/2008 | CR | Update database with Bilzin 9.08, Official committee of Property Damage 29th Interim response | 0.40 | 18.00 |
|  | BSR | draft initial report re BMC Group for the 29th interim period | 0.40 | 104.00 |
|  | BSR | detailed review of BMC's 29th quarterly fee application (including monthly invoices) | 0.80 | 208.00 |
|  | BSR | draft final report re Bilzin Sumberg for the 29th interim period | 2.40 | 624.00 |
|  | WHS | receive and review agenda | 0.10 | 29.50 |
|  | CR | Update database with e-detail of Duane Morris 9.08 and Buchanan 30th Interim 7/1/08-9/30/08 | 0.30 | 13.50 |
|  | CR | Electronic Filing of the court of Buchanan 29th interim Final Report | 0.30 | 13.50 |
|  | CR | Update database with e-detail of K&E 29th Interim Initial Report response | 0.30 | 13.50 |
|  | CR | Update database with Woodcock 9.08, Steptoe 9.08 and K&E 29th Interim Initial Report response | 0.40 | 18.00 |
| 11/13/2008 | CR | Update database with PwC 9.08, Reed 9.08, Ferry 9.08, Charter 9.08,Caplin 9.08, Campbell 9.08, and e-detail of Capstone 8.08 | 0.50 | 22.50 |
|  | CR | Update database with e-detail of 30th Inteirm app 7/08-9/08 for Foley and update BMC 7.08, D.Morris 9.08, Pitney 7/1/08-9/30/08 30th interim app, BCM 29th interim app, Casner 30th interim app, Deloitte Tax 10/1/07-6/30/08 (27th, 28th and 29th interim apps) | 0.60 | 27.00 |
|  | CR | Prepare and serve BMC 29th interim Initial Report | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                    Page    17

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/13/2008 | CR | draft e-mail to Warren Smith re: Bilzin 19th interim Final Report | 0.10 | 4.50 |
| | DTW | review and revise 29TH INTERIM bmc Initial report (.1); Telephone call with B. Ruhlander regarding car service issue (.1). | 0.20 | 33.00 |
| | BSR | receive and review response of Ogilvy Renault to initial report (29th) (.2); draft email to Teresa Walsh re same (.2) | 0.40 | 104.00 |
| | BSR | draft initial report re K&E for the 29th interim period | 2.10 | 546.00 |
| | BSR | draft final report re Ogilvy Renault for the 29th interim period | 0.40 | 104.00 |
| 11/14/2008 | BSR | draft final report re Bilzin for the 29th interim period | 0.20 | 52.00 |
| | BSR | receive and review K&E's response to initial report (29th) (1.0); draft email to Janet Baer re same (.5) | 1.50 | 390.00 |
| | BSR | draft final report re K&E for the 29th interim period | 1.10 | 286.00 |
| | CR | Update database with Buchanan 30th Interim | 0.20 | 9.00 |
| | CR | Update database with Sullivan 4.08, 5.08, 6.08, 7.08, 8.08, 9.08 and Pachulski 8.08 | 0.50 | 22.50 |
| | CR | Update database with e-detail of 30th interim app for Ferry and PwC and update Bilzin 9.08 | 0.50 | 22.50 |
| 11/15/2008 | BSR | draft omnibus final report for the 29th interim period | 3.90 | 1,014.00 |
| | BSR | detailed review of Holme fee application for the 28th interim period | 0.20 | 52.00 |
| | BSR | draft initial report re Scott for the 29th interim period | 0.30 | 78.00 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/2008 | BSR | detailed review of Fragomen quarterly fee application for the 29th interim period | 0.20 | 52.00 |
| | BSR | detailed review of Scott quarterly fee application for the 29th interim period | 0.20 | 52.00 |
| | BSR | receive and review Orrick's response to initial report (29th) | 1.20 | 312.00 |
| | BSR | draft final report re Orrick for the 29th interim period | 0.50 | 130.00 |
| | CR | Draft Project category summary detail spreadsheet for 29th interim | 2.00 | 250.00 |
| | CR | Draft charts and check calculations for 28th interim | 2.50 | 312.50 |
| 11/17/2008 | BSR | draft final report re Ogilvy Renault for the 29th interim period | 0.60 | 156.00 |
| | BSR | receive and review supplemental response from Ogilvy Renault to initial report (29th) | 0.10 | 26.00 |
| | BSR | telephone conference with Warren Smith re car service charges | 0.10 | 26.00 |
| | BSR | research regarding car service charges incurred in prior periods pursuant to discussion with Warren Smith (1.8); draft email to Warren Smith re same (.2) | 2.00 | 520.00 |
| | BSR | Continued draft of omnibus final report for the 29th interim period | 1.10 | 286.00 |
| | BSR | draft e-mail to Warren Smith re additional issues of car service charges | 0.50 | 130.00 |
| | DTW | Review and revise Scott 28th initial report (.1). | 0.10 | 16.50 |
| | CR | draft e-mail to WHSmith re: 29th Interim Final Report for Ogilvy | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                   Page    19

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/17/2008 | WHS | receive and review agenda | 0.20 | 59.00 |
| | CR | Electronic filing with court of Hilsoft and Reeds final reports | 0.40 | 18.00 |
| | WHS | telephone conference with Bobbi Ruhlander re K&E car service charges | 0.10 | 29.50 |
| | CR | Prepare and Serve 29th interim Initial Report for Scott Law | 0.20 | 9.00 |
| | CR | Update database withCapstone 8.08 and Beveridge 9.08 and 8.08 | 0.20 | 9.00 |
| | CR | Update database with 29th interim Initial Report responses of Orrick and Ogilvy | 0.50 | 22.50 |
| 11/18/2008 | WHS | receive, review, and respond to e-mails from Bobbi Ruhlander re K&E | 0.50 | 147.50 |
| | WHS | detailed review of FR Ogilvy 29Q 4-6.08. | 0.40 | 118.00 |
| | WHS | telephone conference with Bobbi Ruhlander re K&E | 0.10 | 29.50 |
| | BSR | research (additional) concerning car service charges in 28th interim period | 1.30 | 338.00 |
| | BSR | telephone conference with Warren Smith re car service charge issue | 0.10 | 26.00 |
| | BSR | receive and review response of Scott Law Firm to initial report (29th) | 0.10 | 26.00 |
| | BSR | draft revision to omnibus final report for the 29th interim period | 0.10 | 26.00 |
| | BSR | draft final report re Duane Morris for the 29th interim period | 0.40 | 104.00 |

W.R. Grace & Co.                                                                                                    Page      20

|            |     |                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 11/18/2008 | BSR | draft final report re Kirkland & Ellis for the 29th interim period                                   | 1.30  | 338.00 |
|            | BSR | draft final report re Orrick for the 29th interim period                                             | 0.20  | 52.00  |
|            | BSR | draft fee and expense chart for the 29th interim period                                              | 3.50  | 910.00 |
| 11/19/2008 | CR  | Electronic filing with court of Ogilvy 29th Interim Final Report                                     | 0.50  | 22.50  |
|            | WHS | detailed review of FR Orrick 29Q 4-6.08                                                              | 0.50  | 147.50 |
|            | BSR | draft fee and expense chart for the 29th interim period                                              | 3.80  | 988.00 |
|            | CR  | Update database with e-detail of Phillips 8.09 and 9.08                                              | 0.40  | 18.00  |
|            | CR  | draft e-mail to WHSmith re: 29th Interim Final Reports for Bilzin, DMorris, K&E and Orrick           | 0.10  | 4.50   |
|            | WHS | detailed review of FR Bilzin 29Q 4-6.08                                                              | 0.40  | 118.00 |
|            | WHS | detailed review of FR Duane Morris 29Q 4-6.08.                                                       | 0.30  | 88.50  |
| 11/20/2008 | CR  | Update database with e-detail of 29th Interim responses from K&E and 30th Interim application from K&E | 0.50  | 22.50  |
|            | CR  | Update database with Kramer 30th Interim 7/1/08-9/30/08, K&E 8.08 received from J.Wehrman, updated database and forwarded to B. Ruhlander | 0.50 | 22.50 |
|            | CR  | Electronic filing with court of Final Reports for 29th Interim for Orrick, D.Morris and Bilzin       | 1.00  | 45.00  |
|            | CR  | draft e-mail to WHSmith re: Final Report for 29th interim for Pachulski                              | 0.10  | 4.50   |

W.R. Grace & Co.                                                                                                          Page    21

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/20/2008 | DL | e-filing of WHS September '08 CNO | 0.20 | 25.00 |
| | WHS | detailed review of, and revisions to, FR Pachulski 29Q 4-6.08 | 0.40 | 118.00 |
| | WHS | detailed review of, and revisions to, FR KE 29Q 4-6.08. | 0.60 | 177.00 |
| | CR | Electronic filing with court of Final Reports for 29th interim for Pachulski and K&E with exhibits A, B and C | 0.50 | 22.50 |
| | BSR | draft e-mails to various applicants concerning initial and final reports (29th) | 1.00 | 260.00 |
| | BSR | draft final report re Pachulski for the 29th interim period | 0.50 | 130.00 |
| | BSR | detailed review of Sullivan's April, May and June 2008 monthly fee applications | 0.30 | 78.00 |
| | BSR | draft fee and expense chart with recommendations (29th) | 0.50 | 130.00 |
| 11/21/2008 | CR | Electronic filing with court of re-filing final reports for Pachulski and K&E for 29th interim | 0.80 | 36.00 |
| | WHS | receive, review, and respond to e-mail from Alan Rich re airfare | 0.20 | 59.00 |
| 11/22/2008 | WHS | receive and review amended agenda | 0.20 | 59.00 |
| 11/24/2008 | BSR | draft e-mails to applicants re final reports and responses for the 29th interim period, as well as address change | 0.30 | 78.00 |
| | BSR | draft exhibit to fee and expense chart (29th) | 0.10 | 26.00 |
| | BSR | detailed review of Casner's July 2008 monthly fee application | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                        Page    22

|            |     |                                                                                                                                                         | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/24/2008 | BSR | detailed review of Duane Morris' August 2008 monthly fee application                                                                                    | 0.30  | 78.00  |
|            | BSR | detailed review of Ferry Joseph's July 2008 monthly fee application                                                                                     | 0.20  | 52.00  |
|            | BSR | detailed review of Tre Angeli's July 2008 monthly fee application                                                                                       | 0.10  | 26.00  |
|            | BSR | draft omnibus final report for the 29th interim period                                                                                                  | 0.20  | 52.00  |
|            | BSR | draft final report re BMC Group for the 29th interim period                                                                                             | 0.40  | 104.00 |
|            | BSR | receive, review, and respond to email from Martha Araki of BMC re firm's fee application preparation fees (.2); review BMC's response to initial report (29th) (.1); draft email to Martha Araki re same (.1) | 0.40  | 104.00 |
| 11/25/2008 | CR  | draft e-mail to WHSmith re: 29th interim Final Report for BMC                                                                                            | 0.10  | 4.50   |
|            | CR  | draft e-mail to WHSmith re: 29th Omnibus Final Report                                                                                                    | 0.10  | 4.50   |
|            | WHS | detailed review of, and revisions to, FR BMC 29Q 4-6.08                                                                                                 | 0.40  | 118.00 |
|            | WHS | detailed review of 29th - Omnibus Final Report                                                                                                           | 0.60  | 177.00 |
|            | BSR | draft final report re BMC for the 29th interim period                                                                                                    | 0.20  | 52.00  |
|            | BSR | telephone conference with Irwin Slomka of Morrison & Foerster re format for response to initial report (29th)                                            | 0.10  | 26.00  |
|            | BSR | receive, review, and respond to email from L. Oberholzer re items to be filed for next hearing; email Cherie Rogers re project category spreadsheet      | 0.10  | 26.00  |
|            | BSR | detailed review of Ogilvy's July 2008 monthly fee application                                                                                            | 0.20  | 52.00  |

W.R. Grace & Co.                                                                                    Page    23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/25/2008 | DL | e-filing of 29th interim application | 0.30 | 37.50 |
| | DL | Research and draft of 29th interim application | 4.10 | 512.50 |
| | BSR | draft exhibit with fee and expense recommendations | 0.60 | 156.00 |
| | BSR | detailed review of Sullivan's 29th interim fee application | 0.20 | 52.00 |
| | BSR | receive and review response of Morrison & Foerster to initial report (29th) (.1); telephone conference with Irwin Slomka re same (.1) | 0.20 | 52.00 |
| | BSR | detailed review of Foley Hoag's July 2008 monthly fee application | 0.20 | 52.00 |
| | BSR | draft omnibus final report for the 29th interim period | 1.00 | 260.00 |
| 11/26/2008 | CR | Electronic filing with court of 29th Omnibus Final Report | 0.50 | 22.50 |
| 11/28/2008 | JAW | detailed review of Kirkland and Ellis' September 2008 monthly invoice (5.6) | 5.60 | 840.00 |
| 11/29/2008 | CR | Update database with 30th interim apps for Hamilton, Bilzin, Reed, Caplin, Campbell, LAS, AKO, Charter Oak, PwC, K&E, Piper, Tre Angeli, Foley and Ferry | 1.00 | 45.00 |
| | CR | Update database with Sullivan 29th Interim, Capston 9.08, Holme 5.08, Phillips 8.08, D. Morris 10.08, Ogilvy 10.08, BMC 7.08, Holme 4.08, Latham 29th Interim app, Orrick 30th Interim app, Protiviti 10.08, 1st & Final Canadian ZAI 6/22/06-8/31/08 app, Scott Law and Ferry 7.08 | 1.50 | 67.50 |
| 11/30/2008 | JAW | detailed review of Kirkland and Ellis' September 2008 monthly invoice (6.0) | 6.00 | 900.00 |
| | CR | draft project category summary data worksheet for 29th interim | 4.00 | 500.00 |

W.R. Grace & Co.                                                                                          Page    24

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2008 | BSR | research docket and database for status of final reports | 0.20 | 52.00 |
|  | CR | Update database with Tre Angeli monthly invoice for 10.08 and Orrick 10.08 and Phillips 30th interim app 7/1/08-9/30/08. | 0.40 | 18.00 |
|  | CR | Update database with 30th interim apps for Hamilton, Bilzin, Reed, Caplin, Campbell, LAS, AKO, Charter Oak, PwC, K&E, Piper, Tre Angeli, and monthly invoices for PwC 9/30/08, Capstone 9.08, Holme 5.08, Phillips 8.08, D.Morris 10.08, Ogilvy 10.08, BMC 7.08, Holme 4.08 and Protiviti 10.08 | 1.00 | 45.00 |
|  | BSR | draft final report re Caplin & Drysdale for the 29th interim period | 0.50 | 130.00 |
|  | BSR | receive and review Caplin & Drysdale's response to initial report (29th) | 0.30 | 78.00 |
|  | BSR | draft exhibit with fee and expense recommendations (29th) | 0.80 | 208.00 |
|  | BSR | draft e-mail to Myrtle John re BMC final report (29th) | 0.10 | 26.00 |
|  | CR | Update database with e-detail response Caplin 29th interim | 0.20 | 9.00 |
|  | CR | Electronic filing with court of BMC 29th Interim Final Report | 0.30 | 13.50 |
|  | CR | draft e-mail to B. Ruhlander re: Project Summary Data Worksheet for 29th Interim | 0.10 | 4.50 |
|  | JAW | detailed review of Kirkland and Ellis' September 2008 monthly invoice (9.1) | 9.10 | 1,365.00 |
| 12/2/2008 | CR | draft e-mail to W.H. Smith re: 29th Final Report for Caplin | 0.10 | 4.50 |
|  | CR | draft Project Summary Data Summary Worksheet 29th Interim | 2.50 | 312.50 |

W.R. Grace & Co.                                                                                           Page    25

|            |     |                                                                                                      | **Hours** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------|------------|
| 12/2/2008  | CR  | Update database with e-detail Reed 10.08                                                              | 0.20      | 9.00       |
|            | WHS | detailed review of FR Caplin 29Q 4-6.08                                                               | 0.40      | 118.00     |
|            | BSR | draft final report re Caplin & Drysdale for the 29th interim period                                  | 2.20      | 572.00     |
|            | BSR | draft fee and expense charge with recommendations (29th)                                             | 0.10      | 26.00      |
|            | BSR | draft e-mail to Cherie Rogers re additional information needed for project category spreadsheet      | 0.30      | 78.00      |
|            | JAW | Continued detailed review of Kirkland and Ellis' September 2008 monthly invoice (7.0)                | 7.00      | 1,050.00   |
| 12/3/2008  | BSR | research server for applications missing from file for the 30th interim period                      | 1.00      | 260.00     |
|            | CR  | draft Project Category Summary Data Spreadsheet for 29th Interim                                     | 4.00      | 500.00     |
|            | CR  | Electronic filing with court of Caokun 29th Interim Final Report                                     | 0.30      | 13.50      |
|            | JAW | draft summary of Kirkland & Ellis' September 2008 fee application (9.4)                              | 9.40      | 1,410.00   |
| 12/4/2008  | BSR | research server for applications (30th interim and monthlies)                                        | 1.40      | 364.00     |
|            | CR  | Update database with Foley 30th Interim                                                               | 0.20      | 9.00       |
|            | CR  | draft Project Category Summary Data Spreadsheet for 29th interim                                     | 5.00      | 625.00     |
|            | JAW | detailed review of Bilzin, Sumberg's July 1, 2008 - September 30 2008 interim fee application (1.4); draft summary of same (0.7) | 2.10      | 315.00     |

W.R. Grace & Co.                                                                                          Page    26

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| 12/4/2008 JAW | detailed review of Anderson Kill's September 2008 fee application (1.5); draft summary of same (0.1) | 1.60 | 240.00 |
| 12/5/2008 BSR | research docket for information needed to complete project category spreadsheet for the 29th interim period | 1.60 | 416.00 |
| BSR | receive and review project category spreadsheet for the 29th interim period | 0.40 | 104.00 |
| BSR | receive, review, and respond to email from Jamie O'Neill inquiring as to any objections to our final reports (29th); research docket for any objections | 0.20 | 52.00 |
| CR | Revise draft of Project Category Summary Data Spreadsheet | 3.00 | 375.00 |
| 12/7/2008 BSR | telephone conferences with Jeff Allgood and Lisa Hamm re completion of project category spreadsheet (29th); forward pertinent information to Lisa Hamm | 0.30 | 78.00 |
| BSR | draft project category spreadsheet (specifically compiling missing information needed to complete the spreadsheet) | 1.50 | 390.00 |
| LMH | telephone conference with B. Ruhlander re: updating spreadsheet for 29th interim period for debtors' counsel. | 0.10 | 15.00 |
| 12/8/2008 LMH | telephone conference with B. Ruhlander re: updating 29th interim period spreadsheet for debtors' counsel. | 0.10 | 15.00 |
| BSR | receive and review various versions of the project category spreadsheet and make revisions to same (3.0); multiple telephone conferences and email exchanges with Cherie Rogers re same (1.0) | 4.00 | 1,040.00 |
| CR | Update database with 30th Project Summary Data Worksheet | 0.50 | 62.50 |
| JBA | telephone conference with B. Ruhlander re: Project Category Spreadsheet for 29th Interim | 0.20 | 9.00 |
| CR | Update database with Phillips 9.08 | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                      Page    27

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/9/2008 | BSR | detailed review of Towers Perrin Tillinghast's monthly fee applications for July-Sept 2008 | 0.30 | 78.00 |
|  | BSR | detailed review of Woodock Washburn's monthly fee applications for July - Sept. 2008 | 0.20 | 52.00 |
|  | BSR | receive and review project  category spreadsheet (29th) and make corrections/revisions to same; multiple telephone conferences and emails with Cherie Rogers re same | 2.90 | 754.00 |
|  | BSR | detailed review of Reed Smith 30th interim fee application | 0.10 | 26.00 |
|  | BSR | draft initial report re Woodcock Washburn for the 30th interim period | 0.20 | 52.00 |
|  | BSR | draft initial report re Tre Angeli for the 30th interim period | 0.20 | 52.00 |
|  | BSR | detailed review of Tre Angeli's 30th interim fee application and monthly applications for same | 0.20 | 52.00 |
|  | BSR | draft initial report re Towers Perrin Tillinghast for the 30th interim period | 0.30 | 78.00 |
|  | BSR | detailed review of Sullivan's July - Sept. 2008 monthly fee applications | 0.30 | 78.00 |
|  | BSR | detailed review of Strook monthly fee applications for July - Sept. 2008 | 0.10 | 26.00 |
|  | BSR | detailed review of Steptoe and Johnsons July, August and Sept. 2008 monthly fee applications | 0.60 | 156.00 |
| 12/10/2008 | CR | Update database with e-detail, Kramer 10.08, Buchanan 10.08 | 0.40 | 18.00 |
|  | CR | Update database with e-detail BMC 29th response | 0.30 | 13.50 |
|  | CR | Update database with e-detail  Morrison 29th response | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                    Page    28

|            |     |                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/10/2008 | DTW | Review and revise 30th initial reports for Woodcock, Tre Angeli and Towers (.2).                                          | 0.20  | 33.00  |
|            | LMH | telephone conference with J. Allgood re: court-required spreadsheet for quarterly fee applications.                       | 0.10  | 15.00  |
|            | CR  | Update database with E-Detail Stroock 10.08, Piper 10.08, Austern 10.08, Towers 10.08                                     | 0.40  | 18.00  |
|            | CR  | Update database with e-detail,Stroock 30th Interim 7/1/08-9/30/08, Capstone 10.8 and 30th Interim and Hamilton 10.08      | 0.50  | 22.50  |
|            | BSR | detailed review of Ogilvy's August and Sept. 2008 monthly fee applications and 30th interim fee application              | 0.70  | 182.00 |
|            | CR  | Update database with e-detail Bilzin 10.08                                                                                | 0.20  | 9.00   |
|            | BSR | draft initial report re Ogilvy Renault for the 30th interim period                                                        | 0.30  | 78.00  |
|            | BSR | detailed review of Piper Jaffray's 30th interim fee application and monthly invoices                                      | 0.20  | 52.00  |
| 12/11/2008 | JAW | detailed review of Orrick Herrington's October 2008 fee application (3.2)                                                 | 3.20  | 480.00 |
|            | DTW | Review and revise 30th initial report Ogilvy (.1).                                                                        | 0.10  | 16.50  |
|            | BSR | detailed review of PwC's July 2008 monthly fee application                                                               | 0.60  | 156.00 |
| 12/12/2008 | WHS | receive and review amended agenda                                                                                        | 0.10  | 29.50  |
|            | BSR | detailed review of PwC's July monthly fee application; draft email to PwC's counsel inquiring as to fee detail for August 2008 monthly fee application | 1.20 | 312.00 |
|            | JAW | Continued detailed review of Orrick Herrington's October 2008 fee application (1.0); draft summary of same (0.6)          | 1.60  | 240.00 |

W.R. Grace & Co.                                                                                        Page    29

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/12/2008 | BSR | research docket for any objections to our final reports | 0.30 | 78.00 |
|  | BSR | draft e-mail to Jeff Allgood and Warren Smith re 2009 hearing dates | 0.20 | 52.00 |
| 12/15/2008 | BSR | detailed review of PwC's August 2008 fee detail | 0.30 | 78.00 |
|  | BSR | draft initial report re PwC for the 30th interim period | 0.40 | 104.00 |
|  | BSR | research server and docket for fee detail to Sept. 2008 Protiviti fee application; draft email to Marie Hendrixson inquiring as to same | 0.30 | 78.00 |
|  | BSR | detailed review of Protiviti's July and August 2008 monthly fee applications | 0.40 | 104.00 |
|  | BSR | detailed review of Pachulski's July and August 2008 monthly fee applications | 0.50 | 130.00 |
|  | BSR | telephone conference with Jeff Allgood and Warren Smith re items on hearing agenda | 0.10 | 26.00 |
|  | WHS | prepare for and appear by telephone at fee app hearing | 0.40 | 118.00 |
|  | BSR | detailed review of Phillips Goldman & Spence's July, Aug. and Sept. 2008 monthly fee applications | 0.60 | 156.00 |
| 12/16/2008 | DTW | Review and revise PwC 30th initial report (.1). | 0.10 | 16.50 |
| 12/17/2008 | BSR | detailed review of Anderson Kill & Olick's 30th interim fee application (including monthly invoices) | 1.00 | 260.00 |
|  | BSR | draft initial report re Anderson Kill & Olick's 30th interim fee application | 0.60 | 156.00 |
|  | LMH | telephone conference with B. Ruhlander re: hearing spreadsheet, and draft e-mail to J. Allgood re: same. | 0.10 | 15.00 |

W.R. Grace & Co.

Page    30

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/18/2008 | CR | Update database with 30th Interim app for Bilzin 7/1/08-9/30/08 and monthly invoices for Holme 5.08 and 4.08 | 0.20 | 9.00 |
| | CR | Update database with E-Detail for PwC 10.08, PwC 8.08, Protiviti 11.08, Phillips 10.08, Reed 10.08 , Austern 7/1/08-9/30/08, Capstone 9.08, Kramer 7/1/08-9/30/08, Duane Morris 10.08, Ogilvy 10.08, 30th Interim apps for Orrick, Piper and Tre Angeli | 1.00 | 45.00 |
| | CR | Update database with Summaries received from J. Wehrmann: K&E 9.08, Anderson 9.08, Bilzin 7/1/08-9/30/08 | 0.40 | 18.00 |
| | CR | Prepare and serve 30th Interim Initial Report for AKO | 0.50 | 22.50 |
| | DTW | Review and revise Anderson Kill 30th initial report (.1). | 0.10 | 16.50 |
| 12/19/2008 | BSR | detailed review of Campbell & Levine's July 2008 monthly fee application | 0.20 | 52.00 |
| | CR | Update database with interim apps for Stroock 7/1/08-9/30/08 and Capstone 7/1/08-9/30/08 | 0.30 | 13.50 |
| | BSR | detailed review of David Austern's July, Aug. and Sept. 2008 monthly fee applications | 0.20 | 52.00 |
| | BSR | detailed review of Beveridge & Diamond's July, Aug. and Sept. 2008 monthly fee applications | 0.50 | 130.00 |
| | BSR | detailed review of Bilzin Sumberg's monthly fee applications for Aug. and Sept. 2008 | 0.60 | 156.00 |
| | BSR | detailed review of BMC's July 2008 monthly fee application | 0.30 | 78.00 |
| | BSR | detailed review of Buchanan Ingersoll & Rooney's August and Sept. 2008 monthly fee applications | 0.40 | 104.00 |
| 12/22/2008 | JAW | Continue detailed review of Kirkland & Ellis' October 2008 fee application (9.1) | 9.10 | 1,365.00 |
| 12/23/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (4.6) | 4.60 | 690.00 |

W.R. Grace & Co.                                                                                      Page    31

|            |     |                                                                                                                                                                                                                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/23/2008 | CR  | Update database with monthly invoices for Campbell 10.08, Bilzin 10.08, Woodcock 7/1/08-9/30/08, Committee of Asbestos PI 7/1/08-9/30/08, Reed Smith 10.08, Ferry 10.08, Hamilton 10.08, LAS 10.08, Charter Oak 10.08, Caplin 10.08, AKO 10.08, Pachulski 9.08, Nelson 10.08,Protiviti 11.08, Woodcock 10.08, Holme 6.08, Casner 10.08 | 1.20  | 54.00  |
| 12/24/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (8.1)                                                                                                                                                                                   | 8.10  | 1,215.00 |
|            | CR  | Update database with Towers 7/1/08-9/30/08 30th interim app, Capstone 10.08, Holme 4/1/08-6/30/08 29th Interim App, Caplin response to 29th Interim Initial Report, Piper 10.08, Auster 10.08, Stroock 10.08, Tre Angeli 10.08, Orrick 10.08, Pitney 10.08, Buchanan 10.08, Foley 10.08, Kramer 108.08 | 1.00  | 45.00  |
| 12/26/2008 | JAW | detailed review of Kirkland & Ellis' October 2008 fee application (7.8)                                                                                                                                                                                   | 7.80  | 1,170.00 |
| 12/27/2008 | JAW | Continued detailed review of Kirkland & Ellis' October 2008 fee application (2.1); draft summary of same (4.8)                                                                                                                                             | 6.90  | 1,035.00 |
| 12/29/2008 | BSR | detailed review of Caplin & Drysdale's 30th interim fee application and monthly fee applications                                                                                                                                                          | 1.40  | 364.00 |
|            | BSR | detailed review of Campbell & Levine's 30th interim fee application and August and Sept. 2008 monthly fee applications                                                                                                                                     | 0.50  | 130.00 |
|            | JAW | draft summary of Kirkland & Ellis' October 2008 fee application (3.0)                                                                                                                                                                                      | 3.00  | 450.00 |
|            | CR  | draft Project Category Summary Data Worksheet for 30th Interim                                                                                                                                                                                            | 2.50  | 312.50 |
| 12/30/2008 | CR  | update database with Foley 30th Interim app, Ferry 30th Interim App, Scott Law 4/1/08-4/30/08, Foley 7.08-9.08, Ferry 7.08                                                                                                                                 | 0.30  | 13.50  |
| 12/31/2008 | CR  | draft Project Category Summary Data Spreadsheet 30th Interim                                                                                                                                                                                              | 3.00  | 375.00 |

**For professional services rendered**                                          357.20 **$63,470.00**

W.R. Grace & Co.

Page    32

Additional Charges :

|  | Price | Amount |
|---|---|---|
| Pacer Charges for November 2008 | 36.80 | 36.80 |
| Third party copies & document prep/setup. 11/08 | 431.62 | 431.62 |
| Pacer Charges for December 2008 | 64.32 | 64.32 |

**Total costs** $532.74

**Total amount of this bill** $64,002.74

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 129.50 | 260.00 | $33,670.00 |
| Cherie Rogers | 40.80 | 125.00 | $5,100.00 |
| Cherie Rogers | 41.80 | 45.00 | $1,881.00 |
| Debbie Lucas | 5.90 | 125.00 | $737.50 |
| Doreen Williams | 1.60 | 165.00 | $264.00 |
| Doreen Williams | 1.00 | 145.00 | $145.00 |
| James A. Wehrmann | 127.70 | 150.00 | $19,155.00 |
| Jeff B. Allgood | 0.20 | 45.00 | $9.00 |
| Lisa M Hamm | 0.40 | 150.00 | $60.00 |
| Warren H Smith | 8.30 | 295.00 | $2,448.50 |