# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | |
| ) | **Related to Docket No. 20994** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Hartford's Preliminary Witness Designation* (D.I. 20994) was caused to be served on March 13, 2009, by e-mail upon the parties listed on the attached service list.

Dated: March 16, 2009
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By:   */s/ Michael W. Yurkewicz*
      Michael W. Yurkewicz (DE ID# 4165)
      919 Market Street, Suite 1000
      Wilmington, Delaware 19801

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation*

## SERVICE LIST

aaronsona@pepperlaw.com
acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
akrieger@stroock.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arosenberg@paulweiss.com
belias@omm.com
bmukherjee@goodwinprocter.com
butcher@lrclaw.com
tcairns@pszjlaw.com
candon@cwg11.com
carignanj@pepperlaw.com
carl.pernicone@wilsonelser.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
Catherine.chen@wilsonelser.com
cbifferato@bglawde.com
cbruens@kirkland.com
cgreco@kirkland.com
cohn@cwg11.com
collins@rlf.com
pcuniff@pszjlaw.com
david.klauder@usdoj.gov
david.primack@dbr.com
david.turetsky@skadden.com
dbernick@kirkland.com
dfelder@orrick.com
dglosband@goodwinprocter.com
dj.baker@skadden.com
dmannal@kramerlevin.com
Dpastor@Gilmanpastor.com
drosenbloom@mwe.com
drosendorf@kttlaw.com
dsilver@mccarter.com
dspeights@speightsrunyan.com
ealcabes@stblaw.com
ei@capdale.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@FMEW.com
erosenthal@rmgglaw.com
ewestbrook@rpwb.com
ewolfe@skfdelaware.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
gcalhoun@steptoe.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
green@lrclaw.com
gsvirsky@omm.com
hertzbergr@pepperlaw.com
hriedel@srbp.com
ilevee@lowenstein.com
jal@capdale.com
james.freeman2@usdoj.gov
jbaer@jsbpc.com
jcohn@cozen.com
jcp@pgslaw.com
jdd@stevenslee.com
jeff.friedman@kattenlaw.com
jeffrey.boerger@dbr.com
jguy@orrick.com
jk@kttlaw.com
jmeltzer@sbtklaw.com
john.mcfarland@grace.com
jpruggeri@hhlaw.com
jsakalo@bilzin.com
jsottile@zuckerman.com
jspadaro@johnsheehanspadaro.com
jwaxman@cozen.com
jwisler@cblh.com
kandestin@rlf.com
kbornstein@sbtklaw.com
klove@kirkland.com
kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
kpasquale@stroock.com
landis@lrclaw.com
lepley@crowell.com

DEL1 70737-1

lesayian@kirkland.com
lkruger@stroock.com
locasaleg@whiteandwilliams.com
lpg@stevenslee.com
lstover@eckertseamans.com
Madigan.andrea@epa.gov
madron@rlf.com
kmakowski@pszjlaw.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
mes@stevenslee.com
meskin@camlev.com
metkin@lowenstein.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com
mphillips@paulweiss.com
mpiropato@stblaw.com
mumford@lrclaw.com
mwallace@orrick.com
mweis@dilworthlaw.com
ndf@capdale.com
noah.heller@kattenlaw.com
jo'neill@pszjlaw.com
loberholzer@pszjlaw.com
pkoepff@omm.com
pbentley@kramerlevin.com
dpotts@pszjlaw.com
ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rdehney@mnat.com
Reynolds@rlf.com
rfrankel@orrick.com
rguttmann@zeklaw.com
RHorkovich@AndersonKill.com
richard.finke@grace.com

rifft@wileyrein.com
rjsidman@vorys.com
rriley@duanemorris.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@FMEW.com
teresa.currier@bipc.com
tfreedman@kirkland.com
tgerber@fulbright.com
thomas.quinn@mendes.com
tmacauley@zuckerman.com
toolee@pepperlaw.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
ustpregion03.wl.ecf@usdoj.gov
vguldi@zuckerman.com
warren.pratt@dbr.com
wrussell@stblaw.com
wshelley@cozen.com
yoderj@whiteandwilliams.com
young@wildman.com