UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. Grace & Co., et al | ) | Chapter 11 |
| | ) | |
| | ) | Case No.: 01-1139 |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**CERTAIN INSURERS' NOTICE OF FILING OF THE
EXPERT REPORT OF H. SEAN MATHIS**

PLEASE TAKE NOTICE that on March 16, 2009, Certain Insurers[1] filed the *Expert Report of H. Sean Mathis* in the above referenced case. A copy of the *Expert Report of H. Sean Mathis* and accompanying appendices is attached hereto as Exhibit A.

A courtesy copy of the report and exhibits will be delivered to the chambers of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge.

*Remainder of this page left intentionally blank.*

---

[1] The Certain Insurers are Continental Casualty Company and Continental Insurance Company and affiliated companies, Fireman's Fund Insurance Company (and possibly other related companies) and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, Arrowood Indemnity Company f/k/a Royal Indemnity Company, OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, Columbia Insurance Company f/k/a Republic Insurance Company, Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company.

1

LIBW/1703689.1

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener

Carmella P. Keener (*Bar No. 2810*)
Edward B. Rosenthal (*Bar No. 3131*)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
FACSIMILE: (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
facsimile: (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
FACSIMILE: (212) 344-4294

*Counsel for Continental Casualty Company and Continental Insurance Company and affiliated companies and on behalf of Certain Insurers*

Dated: March 16, 2009

2

LIBW/1703689.1