IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., | ) Case No. 01-1139 (JKF) |
| et al.,[1] | ) |
| | ) Jointly-Administered |
| Debtors. | ) |
| | ) |
| | ) |

## NOTICE OF SERVICE OF ARROWOOD'S PRELIMINARY WITNESS DESIGNATION FOR PHASE I AND PHASE II OF THE CONFIRMATION HEARING

Upon Information and Belief, the undersigned counsel to Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") hereby certifies that *Arrowood's Preliminary Witness Designation for Phase I and Phase II of the Confirmation Hearing* was mailed via US Mail to the parties on the attached Service List.

---

[1] The Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co: Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (a/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation; Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*/s/ Garvan F. McDaniel*

Garvan F. McDaniel (#4167)
BIFFERATO GENTILOTTI LLC
800 King Street, First Floor
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

Tancred V. Schiavoni (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Carl J. Pernicone (*pro hac vice*)
150 East 42nd Street
New York, NY 10017-5639

*Attorneys for Arrowood Indemnity Company
f/k/a Royal Indemnity Company*

**Service List:**

**Via U.S. Mail**
Kirkland & Ellis LLP
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022

**Via U.S. Mail**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy Cairns
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

**Via U.S. Mail**
Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue
New York, NY 10152

**Via U.S. Mail**
Campbell & Levin, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801

**Via U.S. Mail**
Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Douglas Mannal
919 Third Avenue
New York, NY 10022

**Via U.S. Mail**
Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005

**Via U.S. Mail**
David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**Via U.S. Mail**
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

**Via U.S. Mail**
Buchanan, Ingersoll & Rooney PC
Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

NY1:1773506.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., | ) |
| et al.,[1] | ) Case No. 01-1139 (JFK) |
| | ) |
| Debtors. | ) Jointly-Administered |
| | ) |
| | ) |

## ARROWOOD'S PRELIMINARY WITNESS DESIGNATION FOR PHASE I AND PHASE II OF THE CONFIRMATION HEARING

In accordance with paragraph 4 of the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [D.I. 20622] ("Second CMO"), dated January 29, 2009, Arrowood Indemnity Company, f/k/a Royal Indemnity Company hereby joins the Preliminary Witness Lists for Phase I and Phase II of the Confirmation Hearing of Continental Casualty Company, Seaton Insurance Company, and OneBeacon America Insurance

---

[1] The Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co: Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (a/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation; Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Company ("Certain Insurers"). Arrowood further reserves the right to call as a witness at the Confirmation Hearing: (1) any individual designated as a witness or identified by any Plan Proponent, Objector, BNSF, the Libby Claimants or any other party in interest, (2) the individual Libby Claimants that have purported to propound discovery on Arrowood and such other Libby Claimants who may assert objections directed at the rights and interests of Arrowood, (3) the individuals referred to by name in the Objection to the Disclosure Statement filed by Arrowood and in the exhibits supporting Arrowood's Objection, (4) the individuals identified as having arranged the plan including Perry Weitz of Weitz & Luxenberg, Joseph Rice of Motley Rice, Steve Baron of Baron and Budd, and John Cooney of Cooney & Conway[2]; (5) any individual providing rebuttal testimony and (6) any individual needed to authenticate documents related to objections asserted to the Plan.

Arrowood further submits the following list of individuals it may call at the hearings on Plan Confirmation:

        (a) Sean T. Mathis (will be submitting expert reports);

        (b) George L. Priest (will be submitting expert reports); and

        (c) James B. Shein (will be submitting expert reports).

In addition, Arrowood may call as witnesses any individuals disclosed as potential witnesses or called as witnesses by other parties in this proceeding. Arrowood further reserves the right to call John Garing, John B. Myers, John H. Bishop, Walter J. Bein, Wendell G. Anderson, J. H. Kaufmann, T. J. Slattery, J. A. Tauer, Don E. Engle, James C. Kenady, Fred M. Beyer, I. G. Pool, Doris W. Grau, J. L. Toot, Richard V. Wicka, V. C. Peterson, Herbert R.

---

[2] See http://www.negotiationlawblog.com/2008/04/articles/settlement/settlement-of-the-month-wr-grace-tentatively-settles-asbestos-claims/

Nelson, F. W. Rupp, C. V. Gueria, T. A. Jarrow, William W. Rodgers, T. D. Roach, Edward H. Stark, Orest Dachniwsky, Robert Attridge, David Burr, Jamie Johnson, Weston Marsh, Jay Hughes, Paul R. Hoferer, Pat Newell, Vince Cruz, Adele Belair, Doris L. Degan, Carlton E. Joughin, Earl D. Lovick. Dr. Arthur Frank, James E. Lockey, MD, MS, Darren M. Mackiewicz, Gregory P Meeker, Dr. Aubrey Miller, Dr. James Millette, Paul Peronard, Terry M. Spear, Vernon E. Rose, MD, Daniel T. Teitelbaum, MD, Dr. Alan C. Whitehouse, Dr. Chris Weis, Richard A. Lemen, PhD, Blake Biles, Joseph Rodricks, John Corbett McDonald, Elizabeth Anderson, Kenneth Spitze, Douglas Murray, Uday Singh, Suresh Moolgavkar, Gordon Zucker, Jeff Posner, Bertram Price, Richard Lee, John Addison, Mickey Gunter, Arthur Langer and Charles Blake.

Arrowood reserves the right to revise and/or amend this designation and to make any adjustments, additions, or changes it believes are necessary. Arrowood further reserves the right to call any witnesses needed for rebuttal purposes or impeachment purposes or as it deems necessary to address any argument that Arrowood deems to impact its interests. Additionally, Arrowood may identify additional witnesses in further support of its Plan objections as discovery proceeds as well as in response to any issue raised by Plan Proponents as part of the Confirmation process.

                                    Respectfully submitted,

                                    /s/ Tancred Schiavoni

                                  Tancred V. Schiavoni (*pro hac vice*)
                                  O'MELVENY & MYERS LLP
                                  Times Square Tower
                                  7 Times Square
                                  New York, New York 10036

                                  - and -

                WILSON ELSER MOSKOWITZ
                EDELMAN & DICKER LLP
                Carl J. Pernicone (*pro hac vice*)
                150 East 42nd Street
                New York, NY 10017-5639

                - and -

                BIFFERATO GENTILOTTI LLC
                Ian Connor Bifferato (#3273)
                Garvan F. McDaniel (#4167)
                800 King Street, First Floor
                P.O. Box 2165
                Wilmington, DE 19899-2165
                (302) 429-1900


                *Counsel for Arrowood Indemnity*
                *Company f/k/a Royal Indemnity*
                *Company*

Dated: March 13, 2009