IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 6, 2009 at 4:00 p.m.**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:45797.14

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                   February 16, 2009
ATTN: Lydia Duff, Esq.                       Invoice 921545  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06000                 For Services Through 01/31/09
WR Grace #              063-KL-721490-01-501251
Name of Matter:         General

| | | | | |
|---|---|---|---|---|
| 01/06/09 | Review issues for preparation of audit letter.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 320.00/hr | $96.00 |
| 01/16/09 | Review and provide comments on audit letter, including addressing Charleston property.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 320.00/hr | $128.00 |
| 01/16/09 | Determine status of pending matters for analysis needed for response to auditors and confer with Attorney Smith regarding materiality issues.<br>R.T. CARLISLE | 1.10 hrs. | 280.00/hr | $308.00 |
| 01/20/09 | Finalize comments to Grace audit request.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 320.00/hr | $96.00 |
| 01/21/09 | Review draft audit letter and comment on same.<br>R.T. CARLISLE | 0.20 hrs. | 280.00/hr | $56.00 |
| 01/26/09 | Review audit response letter.<br>M.D. BRYAN | 0.50 hrs. | 525.00/hr | $262.50 |

**Total Fees for Legal Services** ............................................................................................ **$946.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.00 | 320.00 | 320.00 |
| M.D. BRYAN | 0.50 | 525.00 | 262.50 |
| R.T. CARLISLE | 1.30 | 280.00 | 364.00 |
| TOTAL | 2.80 | $338.04 | $946.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/17/2008 | Federal Express charge | 14.77 |
| 01/23/2009 | Telephone 1-410-531-4210 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$14.87**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 14.77 |

W. R. Grace & Co.

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.10 |
| TOTAL | $14.87 |

**Net current billing for this invoice**...................................................................................    **$961.37**

**GRAND TOTAL** ..............................................................................................    **$961.37**

W. R. Grace & Co.

February 16, 2009
Invoice 921545  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/09

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | | |
|---|---|---|
| Fees for Professional Services | $946.50 | |
| Charges for Other Services Provided/Expenses Incurred | $14.87 | |
| **Net current billing for this invoice**................................................................... | | **$961.37** |
| **GRAND TOTAL** ............................................................................................................ | | **$961.37** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

---

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                    February 16, 2009
ATTN: Lydia Duff, Esq.                         Invoice 921546  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06032               For Services Through 01/31/09
WR Grace #           063-KL-721490-01-0501221
Name of Matter:     Charleston

| | | | | |
|---|---|---|---|---|
| 01/09/09 | Complete review of VCC and notice from DHEC, mark comments. | | | |
| | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 01/16/09 | Provide input to Attorney Carlisle on addressing RCRA waste identification number analysis. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 320.00/hr | $128.00 |
| 01/16/09 | Research regarding DHEC Form 2701 question posed by client. | | | |
| | R.T. CARLISLE | 1.70 hrs. | 280.00/hr | $476.00 |
| 01/22/09 | Review and respond to electronic mail memorandum from Mr. Bucens regarding filing forms for generation of hazardous waste and review his responses to same. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 280.00/hr | $28.00 |

**Total Fees for Legal Services** ............................................................................................. **$728.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.30 | 320.00 | 96.00 |
| B.F. HAWKINS, JR. | 0.40 | 320.00 | 128.00 |
| R.T. CARLISLE | 1.80 | 280.00 | 504.00 |
| TOTAL | 2.50 | $291.20 | $728.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/05/2009 | VENDOR: Sojourner, Eric; INVOICE#: 123108-PC; DATE: 1/5/2009 - Petty cash Reimbursement 12/31/08 - Charleston Office Plat Copy - Large Format | 2.00 |
| 01/05/2009 | VENDOR: Sojourner, Eric; INVOICE#: 123108-PC; DATE: 1/5/2009 - Petty cash Reimbursement 12/31/08 - Charleston Office Std Copy Ltr/Lgl - Non Cert | 1.00 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$3.00**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 3.00 |
| TOTAL | $3.00 |

W. R. Grace & Co.

February 16, 2009
Invoice 921546  Page 2


Net current billing for this invoice ......................................................................................... **$731.00**

**GRAND TOTAL** .............................................................................................................. **$731.00**

W. R. Grace & Co.

February 16, 2009
Invoice 921546  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/09

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $728.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.00 |
| **Net current billing for this invoice**................................................................ | **$731.00** |
| **GRAND TOTAL** ......................................................................................................... | **$731.00** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 16, 2009
Invoice 921547 Page 1

Our Matter #          02399/06091                    For Services Through 01/31/09
Name of Matter:      Fee Applications

| | | | | |
|---|---|---|---|---|
| 01/02/09 | Review and approve quarterly fee application. | | | |
| | B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 01/15/09 | Draft December 2008 fee application and update fee application chart. | | | |
| | B.A. WRIGHT | 1.50 hrs. | 120.00/hr | $180.00 |
| 01/28/09 | Revise December 2008 fee application. | | | |
| | B.A. WRIGHT | 0.40 hrs. | 120.00/hr | $48.00 |

**Total Fees for Legal Services** ............................................................................. **$300.00**

### BILLING SUMMARY

| BILLING SUMMARY | | | |
|---|---|---|---|
| | Hours | Rate/Hr | Dollars |
| B.J. BURN | 0.30 | 240.00 | 72.00 |
| B.A. WRIGHT | 1.90 | 120.00 | 228.00 |
| TOTAL | 2.20 | 136.36 | 300.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/23/2008 | Federal Express charge | 14.04 |
| 01/09/2009 | Federal Express charge | 14.16 |
| 01/23/2009 | VENDOR: PACER Service Center; INVOICE#: 10/01/08-12/31/08; DATE: 1/23/2009 - On-Line Quarterly Billing | 8.16 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$36.36**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Court Fees | 8.16 |
| Fed Ex | 28.20 |
| TOTAL | $36.36 |

**Net current billing for this invoice**.................................................................................. **$336.36**

W. R. Grace & Co.

**GRAND TOTAL** ................................................................................................................. **$336.36**

W. R. Grace & Co.

February 16, 2009
Invoice 921547  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/09

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $300.00 | |
| Charges for Other Services Provided/Expenses Incurred | $36.36 | |
| Net current billing for this invoice............................................................... | | **$336.36** |
| **GRAND TOTAL** ............................................................................................... | | **$336.36** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701