# **<u>EXHIBIT 3</u>**

{D0091340.1 }

## Materials on which Dr. Mark Peterson relied for his testimony in W.R. Grace

| | |
|---|---|
| Nicholson, *et al.*, Occupational Exposure to Asbestos: Population at Risk & Projected Mortality – 1980-2030, AM. J. INDUS. MED. 3:259-311 (1982) | |
| Weill, *et al.*, Changing Trends in US Mesothelioma Incidence, Occup. Environ. Med. 61:438-441 (2004) | |
| Grace claims database(s) referenced in the Report | ** |
| RUST Questionnaire claims database information | ** |
| Questionnaire responses and attachments | ** |
| Electronic version of all calculations underlying Peterson report | |
| Mealey's Asbestos Jury Verdict Information | |
| Robert Beber deposition testimony in Sealed Air and Grace, and all exhibits | ** |
| Jay Hughes depo testimony in Sealed Air and Grace, and all exhibits thereto | ** |
| David Siegel depo testimony in Sealed Air and Grace, and all exhibits thereto | ** |
| Grace documents identified in the report by Bates number | ** |
| Complete trial record in In re Armstrong World Indus. (D.Del. 2006) | |
| Complete trial record in In re Owens Corning, No. 04-905 (D. Del. 2005) | |
| Complete trial record in In re Federal Mogul, No. 05-59 (D. Del. 2005) | |
| Memo re LAS SEER age adjustment calculations | |
| SEER data (http://seer.cancer.gov/faststats/sites.php?site=Mesothelioma&stat=Incidence) | |
| Manville Trust claims information database | |
| Manville Trust Projected Claim Filing Scenarios, Tillinghast, May 17, 2005 | |
| In re Silica Prods. Liab. Litig., 398 F.Supp.2d 563 (S.D. Tex. 2005) | |
| Publicly available 10-K Filings for Grace and other asbestos defendants referenced in the report | ** |
| Vasquez/KPMG Projections of Asbestos Cancers | |
| Mealey's Presentation from C. Michael Evert, Jr., Asbestos Litigation: Where has it been and where is it headed? (2006) | |
| Reported Decisions in In re Armstrong, 348 B.R. 111 (D.Del. 2006); In re Federal Mogul Global, 330 B.R. 133 (D.Del. 2005); Owens Corning v. Credit | ** |

| | |
|---|---|
| <u>Suisse First Boston</u>, 322 B.R. 719 (D. Del. 2005) and Memorandum Opinion in <u>Owens Corning,</u> (D. Del. April 13, 2005) | |
| Grace Disclosure Statement – section describing historical bases for asbestos liability | ** |
| Claims data for Owens Corning, USG, Turner & Newall, Armstrong, Manville, Quigley and other defendants referenced in the report | |
| Mark Behrens Articles – State Level Tort Reform | |

\*\*\* These items are not being produced again as they have already been produced to the parties by Grace or the ACC or are publicly available