# Reports and Testimony in Asbestos Matters for Dr. Mark Peterson within the Past Four Years

**In Re W.R. Grace & Company,** 2007
- Deposition Testimony - November 2007
- Estimation Report - June 2007
- Supplemental Report - September 2007

**In re Federal Mogul,** Estimation hearing, D. Del., 2005
- Trial Testimony - June 2005
- Deposition Testimony - May 2005
- Rebuttal Report - May 2005
- Supplemental Report - April 2005
- Deposition Testimony - December 2004
- Expert Report - November 2004

**JT Thorpe,** Adv. Pr. No. 04-01438, 2006
- Rebuttal Report - February 2006
- Expert Report - January 2006

**JT Thorpe,** Bankruptcy Confirmation hearing, 2005
- Testimony by declaration, live cross-examination - July 2005 *
- Rebuttal Report - July 2005
- Expert Report - June 2005
- Correction to Expert Report - June 2005

**Thurston,** Bankruptcy Confirmation hearing, 2006
- Trial Testimony - March 2006 *

**In re Armstrong World Industries,** Confirmation hearing, Bankr. D. Del., 2006
- Expert Reports - March and April 2006
- Deposition - May 2006
- Trial Testimony - May 2006

**API,** Confirmation hearing, 2005
- Testified by declaration - December 2005 *

**In re G-I Holdings,** GAF adversary proceeding, 2005
- Deposition Testimony - October 2005
- Deposition Testimony - August 2005
- Expert Report - March 2005

**In re USG,**
- Declaration and Report - June 2006

**In re ASARCO LLC, et. al.,** 2007
- Deposition - July 2007
- Estimation Report - May 2007
- Rebuttal Report - June 2007

*March 2009*