**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al*., | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors in Possession. | : | |

**CERTIFICATE OF SERVICE**

      I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 16, 2009 I caused a copy of the *Notice of Service of Expert Witness Report (of Mark A. Peterson with exhibits) [Docket No. 21029]* to be served upon the individuals on the attached service lists via first-class mail or as otherwise indicated.

Date: March 16, 2009    **CAMPBELL & LEVINE, LLC**

      */s/ Mark T. Hurford*
      Mark T. Hurford (No. 3299)
      800 N. King Street, Suite 300
      Wilmington, DE 19801
      Telephone: (302) 426-1900
      Telefax: (302) 426-9947
      mhurford@camlev.com

{D0148684.1 }