**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In Re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) |  |
|  | ) |  |
| Debtors. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |

**PROTECTIVE PRELIMINARY WITNESS LIST OF**
**CERTAIN LONDON MARKET INSURANCE COMPANIES**

Pursuant to this Court's Second Amended Case Management Order, entered on January 29, 2009 (the "Order"), Certain London Market Insurance Companies, as identified on Exhibit "A" to their Notice of Appearance filed on January 5, 2009, by and through their undersigned counsel, hereby submit the following list of witnesses they may call to testify at the hearing on plan confirmation in this matter:

1. Any witnesses necessary for the purpose of supporting any objections that Certain London Market Insurance Companies may raise to the confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009;

2. Any witnesses necessary for the purpose of authenticating documents or otherwise establishing a foundation for the admissibility of evidence;

3. any witnesses necessary for rebuttal or impeachment depending upon the witnesses and evidence presented by any other party.

Pursuant to the Order, this list is preliminary and may be amended on or by May 15, 2009 as to Phase I witnesses and/or June 15, 2009 as to Phase II witnesses. Certain London Market Insurance Companies explicitly reserve their right to call additional witnesses, including expert witnesses, to rebut any evidence or argument offered by any party or to address any issue that may develop through the course of discovery. Certain London Market Insurance Companies also reserve their right to call as a witness any witness designated by another party, even if that party decides not to call that witness to testify.

Dated:  March 13, 2009
       New York, New York

                              Respectfully submitted,

                              JOHN SHEEHAN SPADARO, LLC

                              /s/ John S. Spadaro
                              John S. Spadaro, Esq. (No. 3155)
                              724 Yorklyn Road, Suite 375
                              Hockessin, DE 19707
                              Telephone: 302-235-2516
                              Facsimile: 302-235-2536

                              MENDES & MOUNT, LLP
                              Alexander Mueller
                              Thomas J. Quinn
                              Mendes & Mount, LLP
                              750 Seventh Avenue
                              New York, NY  10019
                              Telephone: 212-261-8000
                              Fax: 212-261-8750
                              alexander.mueller@mendes.com
                              thomas.quinn@mendes.com

                              COUNSEL FOR
                              CERTAIN LONDON MARKET
                              INSURANCE COMPANIES