**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) |  |
|  | ) |  |
| Debtors. | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, Alexander Mueller, hereby certify that on this date I caused true and correct copies of *Protective Preliminary Witness List of Certain London Market Insurance Companies* to be served on all counsel of record by electronic filing.

In addition, the following individuals were served by First Class Mail:

Teresa D. Currier
Buchanin Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE 19801

Marla R. Eskin
Mark T. Hurtford
Campbell & Levine, P.C.
800 King Street
Suite 300
Wilmington, DE 19801

Michael R. Lastowski
Duane Morris, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801

David Klauder
Office of the United States Trustee
Federal Building
844 King Street-Suite 2313
Wilmington, DE 19801

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street-16th Floor
Wilmington, DE 19801

John C. Phillips, Jr.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19801

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

David M. Bernick
Lisa Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Kenneth Pasquale
Arlene Krieger
Stroock Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Dated:  March 13, 2009
        New York, New York

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10153

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis, LLP
153 E. 53rd Street
New York, NY 10022

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Janet S. Baer
Law Office of Janet S. Baer, P.C.
70 West Madison Street
Suite 2100
Chicago, IL 60602

MENDES & MOUNT, LLP

 /s/ Alexander J. Mueller
Alexander J. Mueller
750 Seventh Avenue
New York, NY  10019
Telephone: 212-261-8000
Fax: 212-261-8750
alexander.mueller@mendes.com

John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
Email: jspadaro@johnsheehanspadaro.com

COUNSEL FOR
CERTAIN LONDON MARKET
INSURANCE COMPANIES