IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JANUARY 1, 2009, THROUGH JANUARY 31, 2009**

**WRG-0068
MULTI-ADDITIVE AND CATALYST LOADING SYSTEM**

| 01/22/2009 | GHL | Review of office action and newly cited references; review of pending specification and claims, and consideration of response to be made. | 0.80 |
| --- | --- | --- | --- |

| | | SERVICES | | | $ | 456.00 |
| --- | --- | --- | --- | --- | --- | --- |
| | GHL | GARY H. LEVIN | 0.80 | hours @ | $570.00 | |

**INVOICE TOTAL**                                                                                       $     456.00

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 01/05/2009 | NG | Receipt and review of Notice of Publication from the United States Patent and Trademark Office; obtaining copy of publication, preparation of correspondence to client forwarding copy of publication and notice; and formalization of file to reflect same. | 1.00 |
|---|---|---|---|

|  | SERVICES |  |  | $ | 195.00 |
|---|---|---|---|---|---|
| NG | NOREEN GARONSKI | 1.0 | hours @ | $195.00 | |

**INVOICE TOTAL**           $    **195.00**

## WRG-0089
## STUDY OF THIRD-PARTY PATENT RELATING
## TO OLEFIN POLYMERIZATION CATALYST

| 01/05/2009 | GHL | Continued drafting of opinion of invalidity of third-party patent relating to polymerization catalysts; | 5.00 |
| 01/06/2009 | GHL | Final editing of opinion and dispatch of same to Mr. Maggio. | 0.70 |

|  | SERVICES | $ | 3,249.00 |

| GHL | GARY H. LEVIN | 5.70 | hours @ | $570.00 |

**INVOICE TOTAL**     $     **3,249.00**

## WRG-0090 (W-9798-00)
## OLEFIN POLYMERIZATION CATALYST

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/07/2009 | JAH | Review of Mr. Schmidt's comments, editing the application; | 2.70 |
| 01/12/2009 | JAH | Conference call with Mr. Schmidt concerning the application draft and Mr. Maggio's question, editing the application; | 2.30 |
| 01/13/2000 | JAH | Editing the application; | 1.90 |
| 01/15/2009 | JAH | Review and analysis of an incorporation of Messrs. Schmidt's and Maggio's comments, editing the application; | 1.80 |
| 01/16/2009 | JAH | Review and analysis of the comments from the inventors and Mr. Maggio, editing the application; | 1.40 |
| 01/19/2009 | JAH | Editing the application and figures; | 2.30 |
| 01/21/2009 | JAH | Review and analysis of inventor comments, conference call with Mr. Schmidt concerning said comments, editing the application; | 2.10 |
| 01/22/2009 | GHL | Review and revision to draft application; | 1.80 |
| 01/22/2009 | JAH | Editing the application based on comments from Messrs. Schmidt and Maggio; | 1.20 |
| 01/23/2009 | GHL | Further review and revision to patent application; | 1.20 |
| 01/23/2009 | JAH | Editing the application to incorporate comments from Messrs. Schmidt and Maggio; | 1.40 |
| 01/26/2009 | GHL | Review communication and revisions from Mr. Maggio and inventor; further review and revision to draft patent application; | 0.40 |
| 01/26/2009 | JAH | Editing the application. | 1.80 |

| | | SERVICES | $ | 8,080.50 |

| GHL | GARY H. LEVIN | 3.40 | hours @ | $570.00 |
| JAH | JOHN A. HARRELSON | 18.90 | hours @ | $325.00 |

**INVOICE TOTAL**　　　　　　　　　　　　　　　　　　　　$　　8,080.50

## WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS
## RELATING TO PARTICULATE CONVEYANCING

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/07/2009 | GHL | Review case law on inequitable conduct relevant to prosecution of third-party patents under consideration, telephone conference with Messrs Maggio and Cross regarding that issue, and further conference regarding invalidity and non-infringement of the patents; work on outline of points to be addressed in summary of the analysis and various defenses to possible assertion of the patents against Grace; | 5.30 |
| 01/09/2009 | GHL | Analysis of non-infringement opinion on third-party patents; | 0.70 |
| 01/12/2009 | GHL | Further analysis of non-infringement issue; | 0.50 |
| 01/14/2009 | DRB | Analysis of potential claim construction positions with Gary Levin; | 0.80 |
| 01/14/2009 | GHL | Further analysis of infringement issues; conference with Woodcock counsel Dave Bailey regarding same; | 1.00 |
| 01/15/2009 | GHL | Work on written summary of defense to possible charges of infringement of third-party patents relating to particulate conveyancing equipment; | 0.70 |
| 01/16/2009 | GHL | Further work on written summary of defenses; | 6.20 |
| 01/19/2009 | GHL | Further work on opinion regarding defenses to third-party patents; | 4.80 |
| 01/20/2009 | GHL | Work on summary of defenses; | 6.20 |
| 01/22/2009 | GHL | Finalization of summary of defenses and dispatch of same to Messrs. Maggio and Cross; | 2.40 |
| 01/27/2009 | GHL | Review of memorandum regarding issues and subject patents in preparation for scheduled telephone conference with Mr. Cross, participation in telephone conference to review issues, and preliminary changes to draft memorandum in view of same; | 1.60 |
| 01/30/2009 | GHL | Revisions to summary of defenses. | 2.00 |

SERVICES $ 18,278.00

| | Initials | Name | Hours | | Rate |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 31.40 | hours @ | $570.00 |
| | DRB | DAVID R. BAILEY | 0.80 | hours @ | $475.00 |

**INVOICE TOTAL** $ 18,278.00

## WRG-0093 (W-9853-00)
## OLEFIN POLYMERIZATION PROCESS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/09/2009 | JAH | Preparation of patent application on Disclosure W9853-00, including review of the disclosure and results of preliminary patentability study as received from Mr. Maggio; | 2.00 |
| 01/12/2009 | GHL | Review of invention disclosure material and communication to Mr. Harrelson regarding the invention and preliminary assessment of scope of patentable claims; | 0.50 |
| 01/22/2009 | JAH | Review and analysis of the invention disclosure, drafting claims; | 1.00 |
| 01/29/2009 | JAH | Review of disclosure material, call to inventor, consideration of claim scope; | 0.80 |
| 01/30/2009 | JAH | Conference call with Xinggao Fang concerning the invention and drafting claims. | 1.00 |

                                            SERVICES            $ 1,845.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 0.50 | hours @ | $570.00 |
| JAH | JOHN A. HARRELSON | 4.80 | hours @ | $325.00 |

**INVOICE TOTAL**                                    $ **1,845.00**