IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: April 6, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
EIGHTY-EIGHTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/4456263

# EXHIBIT A
### (Fee Detail)

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)    $21,330.00 <br> • non-asbestos matters (2725.40)    $ 4,027.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $25,357.00 |
| **FEE APPLICATION – APPLICANT** | $640.00 |
| **TOTAL FEES** | $25,997.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107121
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/02/09 | RAM | Review my notes, taken during several of former employee's depositions, for privilege before having them copied at request of former employee's defense attorney. | 0.30 Hrs | 96.00 |
| 01/02/09 | ARA | Document control. | 3.00 Hrs | 240.00 |
| 01/05/09 | MTM | Conference with ARA re: materials produced to Libby criminal defendant's counsel last week. | 0.20 Hrs | 55.00 |
| 01/05/09 | ARA | Quality control documents to be scanned for criminal defense attorney and remove work product prior to scanning (3.5); arrange for pick-up for scanning re: criminal trial production (.3); conference with MTM re: production (.2). | 3.80 Hrs | 456.00 |
| 01/06/09 | RAM | Telephone conference with in-house counsel re: what, if any, premises liability cases there were. | 0.10 Hrs | 32.00 |
| 01/06/09 | ARA | Quality control former employee's documents prior to scanning for ciminal defense attorney. | 1.30 Hrs | 156.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/08/09 | ARA | Document control. | 3.70 Hrs | 296.00 |
| 01/08/09 | ARA | Quality control former employee's documents and MT case file documents and remove work product prior to scanning for criminal defense attorney. | 3.00 Hrs | 360.00 |
| 01/09/09 | MTM | Conference with K&E counsel re: earliest date project (.3); meeting with ARA re: same (2.0). | 2.30 Hrs | 632.50 |
| 01/09/09 | ARA | Quality control and remove work product from documents prior to scanning for criminal defense attorney (5.4). Meeting with MTM re: earliest date project (2.0). | 7.40 Hrs | 888.00 |
| 01/12/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.40 Hrs | 128.00 |
| 01/12/09 | MTM | Memo to K&E counsel re: earliest date project (3.5); email to K&E counsel re: same (.5). | 4.00 Hrs | 1,100.00 |
| 01/12/09 | ARA | Document control. | 4.80 Hrs | 384.00 |
| 01/12/09 | ARA | Per MTM's telephone call, search for particular interrogatories for earliest date project and produce them to MTM. | 2.30 Hrs | 276.00 |
| 01/12/09 | JT | Document control. | 7.50 Hrs | 600.00 |
| 01/13/09 | ARA | Document control. | 5.30 Hrs | 424.00 |
| 01/13/09 | ARA | Quality control certain interrogatories for Kirkland & Ellis counsel re: criminal trial. | 2.50 Hrs | 300.00 |
| 01/13/09 | JT | Document control. | 4.50 Hrs | 360.00 |
| 01/13/09 | JT | Quality control documents for earliest date project for K&E. | 2.50 Hrs | 300.00 |
| 01/14/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 01/14/09 | JT | Quality control documents for earliest date project. | 7.00 Hrs | 840.00 |
| 01/15/09 | ARA | Document control | 4.50 Hrs | 360.00 |
| 01/15/09 | ARA | Receipt of original documents from copy service and quality control same re: criminal trial. | 3.00 Hrs | 360.00 |
| 01/15/09 | JT | Document control. | 3.50 Hrs | 280.00 |
| 01/15/09 | JT | Quality control documents for earliest date project. | 4.00 Hrs | 480.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/16/09 | RAM | Read selected documents filed in bankruptcy court (.8). Read updated bankruptcy court docket entries to select documents to read (.2). | 1.00 Hrs | 320.00 |
| 01/16/09 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 01/16/09 | ARA | Remove work product and quality control documents for scanning re: criminal trial production. | 1.50 Hrs | 180.00 |
| 01/16/09 | JT | Document control. | 5.50 Hrs | 440.00 |
| 01/20/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 01/21/09 | ARA | Document control. | 7.70 Hrs | 616.00 |
| 01/21/09 | JT | Document control. | 7.00 Hrs | 560.00 |
| 01/22/09 | ARA | Document control. | 10.00 Hrs | 800.00 |
| 01/22/09 | JT | Document control. | 7.00 Hrs | 560.00 |
| 01/23/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.4). | 0.50 Hrs | 160.00 |
| 01/23/09 | ARA | Document control. | 7.80 Hrs | 624.00 |
| 01/23/09 | JT | Document control. | 7.50 Hrs | 600.00 |
| 01/26/09 | RAM | Emails from/to in-house counsel re: criminal case. | 0.10 Hrs | No Charge |
| 01/26/09 | ARA | Document control. | 7.10 Hrs | 568.00 |
| 01/27/09 | ARA | Document control. | 7.30 Hrs | 584.00 |
| 01/27/09 | ARA | Search for, obtain and have Libby personnel file copied for in-house counsel (.7). Search for and obtain former employee's testimony for criminal defense attorney (.3). | 1.00 Hrs | 120.00 |
| 01/27/09 | JT | Document control. | 7.50 Hrs | 600.00 |
| 01/28/09 | RAM | Read outline of defense of criminal charges. | 1.70 Hrs | 544.00 |
| 01/28/09 | ARA | Document control. | 7.70 Hrs | 616.00 |
| 01/28/09 | JT | Document control. | 7.00 Hrs | 560.00 |
Page 3

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/29/09 | MTM | Conference with ARA re: production to Libby criminal defendant's counsel last month and request by counsel for transcript of former Libby employee (.1). Receipt and review of email from Grace criminal defendant counsel re: transcript (.1); email to in-house Grace counsel re: same (.1). | 0.30 Hrs | 82.50 |
| 01/29/09 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 01/29/09 | ARA | Per MTM's request, forward emails from criminal defense attorney's firm to him and discuss former employee's testimony re: criminal trial. | 0.30 Hrs | 36.00 |
| 01/30/09 | RAM | Finish review of outline of defense of criminal charges (1.2); telephone conference with in-house counsel to discuss same (1.0). | 2.20 Hrs | 704.00 |
| 01/30/09 | ARA | Inventory remaining boxes of documents to be scanned for criminal defense attorney and quality control other boxes of documents that were scanned for criminal trial. | 2.30 Hrs | 276.00 |
| 01/30/09 | ARA | Document control. | 4.70 Hrs | 376.00 |

TOTAL LEGAL SERVICES       $21,330.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 6.20 | 320.00 | 1,984.00 |
| Matthew T. Murphy | 6.80 | 275.00 | 1,870.00 |
| Angela R. Anderson | 28.40 | 120.00 | 3,408.00 |
| Jared Tanz | 13.50 | 120.00 | 1,620.00 |
| Angela R. Anderson | 98.60 | 80.00 | 7,888.00 |
| Jared Tanz | 57.00 | 80.00 | 4,560.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |
| | 210.60 | | $21,330.00 |

TOTAL THIS BILL       $21,330.00

Page 4

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107120
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/01/09 | MLL | Receipt and review of notice of depo of Gleason and 61 categories of inquiry (.3); review file and outline deposition (1.2) | 1.50 Hrs | 375.00 |
| 01/06/09 | RAM | Telephone conference with J. Hughes re: status of responding to supplemental discovery requests. | 0.10 Hrs | 32.00 |
| 01/07/09 | RAM | Emails from/to MLL re: documents being sent by Grace to respond to supplemental discovery requests. | 0.10 Hrs | No Charge |
| 01/13/09 | RAM | Email from MLL with draft answers to supplemental discovery requests; review and comment on same. | 0.20 Hrs | 64.00 |
| 01/13/09 | MLL | Receipt and review of Mondavi files and assess for privilege and production (1.0). Review prior submitted documents regarding other claims and determine whether to produce or withhold (2.0). Draft supplemental response (.3). Determine strategy (.2). Draft letter re: production and costs (.2). | 3.70 Hrs | 925.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/14/09 | RAM | Telephone conference with MLL to discuss responses to supplemental discovery requests and documents being produced to plaintiff. | 0.20 Hrs | 64.00 |
| 01/15/09 | RAM | Read revised responses to supplemental discovery requests and email MLL re: same. | 0.10 Hrs | 32.00 |
| 01/15/09 | MLL | Further draft response to 2d request for documents (.4) and draft letter to client (.1). | 0.50 Hrs | 125.00 |
| 01/21/09 | RAM | No charge - Read emails re: rescheduling deposition of Gleeson Power. | 0.05 Hrs | No Charge |
| 01/23/09 | MLL | Prepare for deposition of J. Buchman (1.0). Review plaintiff's discovery responses and draft outline (1.0). | 2.00 Hrs | 500.00 |
| 01/25/09 | RAM | Prepare suggested questions for Buchman's deposition; telephone call to MLL with suggestions. | 0.20 Hrs | 64.00 |
| 01/26/09 | RAM | Telephone conference with MLL re: Buchman's deposition. | 0.20 Hrs | 64.00 |
| 01/26/09 | MLL | Attend and conduct plaintiff's deposition (6.0) and draft parts of report of same (.8); conference with RAM re: same (.2). | 7.00 Hrs | 1,750.00 |
| 01/30/09 | RAM | Telephone conference with J. Hughes re: settlement discussions; telephone call to MLL re: same. | 0.10 Hrs | 32.00 |

|  |  | TOTAL LEGAL SERVICES | $4,027.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.10 | 320.00 | 352.00 |
| Matthew L. Lunenfeld | 14.70 | 250.00 | 3,675.00 |
| Robert A. Murphy | 0.15 | 320.00 | No Charge |
|  | 15.95 |  | $4,027.00 |

|  | TOTAL THIS BILL | $4,027.00 |
|---|---|---|

Page 2

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107122
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/12/09 | RAM | Finalize November fee application and send it to Delaware counsel to file. | 0.20 Hrs | 64.00 |
| 01/15/09 | RAM | Send letter and email to Fee Auditor with November fee application. | 0.10 Hrs | 32.00 |
| 01/20/09 | RAM | Work on December fee application. | 1.20 Hrs | 384.00 |
| 01/23/09 | RAM | Work on December fee application. | 0.40 Hrs | 128.00 |
| 01/28/09 | RAM | Work on December fee application. | 0.10 Hrs | 32.00 |
| 01/30/09 | RAM | Telephone call from in-house counsel that fee application may be filed. | 0.10 Hrs | No Charge |

TOTAL LEGAL SERVICES     $640.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.00 | 320.00 | 640.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| 2.10 | $640.00 |

             TOTAL THIS BILL             $640.00

# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| **LITIGATION AND LITIGATION CONSULTING** | |
|---|---|
| • asbestos matters (52000.43)         $17,970.68 | |
| • non-asbestos matters (2725.40)      $     48.80 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $18,019.48 |
| **FEE APPLICATION – APPLICANT** | $16.15 |
| **TOTAL EXPENSES** | $18,035.63 |



**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107126
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2009

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 01/31/09 | EXCESS POSTAGE | 6.46 | |
| | | | $6.46 |

BOSTON EXPRESS DELIVERY
| | | | |
|---|---|---|---|
| 01/14/09 | BOSTON EXPRESS DELIVERY GROUP: From 62 Whittemore Avenue - December 10, 2008. | 79.20 | |
| | | | $79.20 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 01/14/09 | FEDERAL EXPRESS CORPORATION: To 1700 Lincoln St, Holme Roberts & Owen LLP, Joan Sherman from Casner and Edwards on December 17, 2008-1000 lbs. | 1,821.60 | |
| | | | $1,821.60 |

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 01/30/09 | Delaware Bankruptcy Court - 10/2/2008 - 12/23/2008 | 54.72 | |
| | | | $54.72 |

OUTSIDE PHOTOCOPYING
| | | | |
|---|---|---|---|
| 01/09/09 | MERRILL COMMUNICATIONS, LLC: Libby personnel | 42.74 | |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH JANUARY 31, 2009

    file for in-house counsel 12/9/08

        $42.74

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 01/09/09 | RREEF AMERICA REIT III CORP Z1: Rent and utilities for document repository at One Winthrop Square - January 2009 | 12,425.66 | |
| | | | $12,425.66 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 01/09/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage January 1, 2009 through January 31, 2009. | 537.30 | |
| 01/30/09 | WILLIAM WALSH, INC.: Move storage boxes (balance due). | 3,003.00 | |
| | | | $3,540.30 |
| | TOTAL COSTS | | $17,970.68 |
| | TOTAL THIS BILL | | $17,970.68 |

Page 2

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107125
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2009

PHOTOCOPYING
01/15/09       488 copies at $.10 per copy                                                    48.80

                                                                                                        $48.80

                                                           TOTAL COSTS                     $48.80


                                                           TOTAL THIS BILL                $48.80

Page 1

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107127
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2009

FEDERAL EXPRESS

| | | |
|---|---|---|
| 01/15/09 | FEDERAL EXPRESS CORPORATION: To 919 North Market St., Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on December 12, 2008. | 16.15 |
| | | $16.15 |
| | TOTAL COSTS | $16.15 |
| | TOTAL THIS BILL | $16.15 |

Page 1