IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Ref. Nos. 19927 & 20358** |

**AMENDED AND RESTATED SUPPLEMENTAL VERIFIED STATEMENT
IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS
REQUIRED BY FED. R. BANKR. P. 2019**

Richard S. Cobb on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for (i) Allen & Co.; (ii) Anchorage Advisors, LLC; (iii) Avenue Capital Group; (iv) Babson Capital Management, Inc.; (v) Bass Companies; (vi) Caspian Capital Advisors, LLC; (vii) Catalyst Investment Management Co., LLC; (viii) Cetus Capital LLC; (ix) D.E. Shaw Laminar Portfolios, LLC; (x) Goldman Sachs & Co.; (xi) Intermarket Corp.; (xii) JP Morgan Chase, N.A. Credit Trading Group; (xiii) Loeb Partners Corporation; (xiv) MSD Capital, L.P.; (xv) Normandy Hill Capital, L.P.; (xvi) Ore Hill Partners, LLC; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Restoration Capital Management, LLC; and (xix) Royal Bank of Scotland, PLC, (collectively, the "Bank Debt Holders"), interested parties in the above-referenced cases, makes the following statement:

1. This Amended and Restated Supplemental Verified Statement amends and restates the Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 that was filed on December 24, 2008 [D.I. 20358] (the "December LRC 2019 Statement") because LRC no longer represents JD Capital Management, LLC and now represents Allen & Co. and Goldman Sachs & Co. No other substantive changes were made from the December LRC 2019 Statement.

672.001-25168.doc

2. This Amended and Restated Supplemental Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715] (the "2019 Order").

3. LRC is Delaware counsel to the Bank Debt Holders, representing them in their capacities as members of an informal group of holders of the claims (or as managers or advisors to such holders).

4. LRC also is Delaware counsel for the Libby Claimants (the "Libby Claimants") in the above-captioned cases, as reflected in the previously filed Eighth Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 [Docket No. 19927] (the "Eighth Amended 2019 Statement").

5. LRC also is Delaware counsel to Campbell-Cherry-Harrison-Davis-Dove, P.C. ("Campbell Cherry"), which likewise is reflected in the Eighth Amended 2019 Statement.

6. LRC also is Delaware counsel to ICI Americas, a division of Akzo Nobel ("ICI"), which likewise is reflected in the Eighth Amended 2019 Statement.

7. LRC also is Delaware counsel to (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement dated as of May 5, 1999 (collectively, the "Administrative Agent").

8. The Bank Debt Holders, Libby Claimants, Campbell Cherry, ICI and Administrative Agent are hereinafter collectively referred to as, the "Clients."

9. LRC has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

10. LRC does not possess any claims against or interests in the Debtors.

Dated: March 17, 2009
Wilmington, Delaware

LANDIS RATH & COBB LLP

Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

672.001-25168.doc