**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

W.R. Grace & Co., *et al.*                    Bankruptcy No. 01-1139-JKF
     Debtor(s)

                                    Chapter 11

                                    **Related to Doc. No. 20738, Motion to Approve
Compromise Under Rule 9019/Motion of
Debtors for Entry of an Order Authorizing the
Settlement of Asbestos Property  Damage Claims
filed by Macerich Fresno Limited Partnership;
Doc. Nos. 14584, 19742, 19743**

**ORDER DISMISSING WITHOUT PREJUDICE DEBTORS' MOTION TO
APPROVE SETTLEMENT WITH MACERICH FRESNO LIMITED PARTNERSHIP**

     **AND NOW**, this **18th** day of **March, 2008**, **WHEREAS** Debtors filed the above-

captioned motion to approve settlement with Macerich Fresno Limited Partnership;

     **WHEREAS** on February 16, 2007, Debtors filed a motion for summary judgment with

respect to their Fifteenth Omnibus Objection to Asbestos Property Damage Claims, Doc. No.

14584, with respect to Macerich Fresno Limited Partnership's claims;

     **WHEREAS** on October 14, 2008, this court issued a Memorandum Opinion and Order

granting summary judgment in favor of Debtors finding that Macerich Fresno Limited

Partnership's claims were time barred on the basis of the statute of limitations, Doc. Nos. 19742,

19743;

     **WHEREAS** neither the motion to approve settlement nor the settlement agreement filed

at Doc. No. 20738 refer in any way to the motion for summary judgment, Memorandum

Opinion, and Order;

     **WHEREAS** this court's Chambers Procedures and/or Case Management Order, as

amended from time to time, require that related-to docket numbers be included on all pleadings

filed in this case;

**WHEREAS** Local Rule 9004-1, titled "Caption, provides, in part:

(a) . . .  All documents filed with the Clerk that relate to a document previously filed and docketed shall contain in its title the title of the related document and its docket number . . . .

**WHEREAS** the motion to approve settlement was docketed without hyperlinks in the docket entry to the docket numbers for the motion for summary judgment, Memorandum Opinion and Order;

**WHEREAS**, as a matter of notice, hyperlinks to related docket numbers are to be included in docket entries;

It is **ORDERED** that the motion to approve settlement with Macerich Fresno Limited Partnership is **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that the Certificate of No Objection filed at Doc. No. 21037 regarding Doc. No. 20738 is stricken inasmuch as the motion to approve settlement is hereby dismissed.

It is **FURTHER ORDERED** that counsel for Debtors shall send a copy of this Order to all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
                    **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge