**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.* | : |  |
|   Debtors. | : | **RE: D.I. 19579, 20204, 20317** |
|  | : |  |

**NOTICE OF WITHDRAWAL OF**
**OWENS-ILLINOIS, INC.'S PRELIMINARY OBJECTION TO THE**
**JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11**

PLEASE TAKE NOTICE THAT Owens-Illinois, Inc. ("Owens-Illinois"), by and through the undersigned counsel, hereby withdraws its Preliminary Objection (the "Objection") to the Joint Plan of Reorganization under Chapter 11 [D.I. # 20317] without prejudice.

McCarter & English, LLP

/s/ Katharine L. Mayer
Katharine L. Mayer (DE #3758)
Daniel M. Silver (DE #4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19899
(302) 984-6300 - Telephone
(302) 984-6399 - Facsimile
kmayer@mccarter.com
dsilver@mccarter.com

Attorneys for Owens-Illinois, Inc.

Dated: March 18, 2009