## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  | : | Chapter 11 |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.* | : | **RE: D.I. 19579, 20204, 20317** |
| Debtors. | : | |
|  | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Katharine L. Mayer, Esquire, hereby certify that I caused a true and correct copy of the foregoing Notice of Withdrawal of Owens-Illinois, Inc.'s Preliminary Objection to the Joint Plan of Reorganization under Chapter 11 was caused to be served on **March 18, 2009** via the method indicated upon the parties listed on attached service list.

<u>/s/ Katharine L. Mayer</u>
Katharine L. Mayer (DE Bar I.D. #3758)
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
kmayer@mccarter.com

Date: March 18, 2009

**VIA FIRST CLASS MAIL**
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**VIA FIRST CLASS MAIL**
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
PACHULSKI STANG ZIEHL
& JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
*Counsel for the Debtors and Debtors in Possession*

**VIA FIRST CLASS MAIL**
Roger Frankel
Richard H. Wyron
ORRICK, HERRINGTON
& SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile:(202) 339-8500

**VIA FIRST CLASS MAIL**
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
*Counsel for David T. Austern,
Asbestos PI Future Claimants'
Representative*

**VIA FIRST CLASS MAIL**
Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

**VIA FIRST CLASS MAIL**
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

**VIA FIRST CLASS MAIL**
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*
Philip Bentley

**VIA FIRST CLASS MAIL**
Douglas Mannal
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

**VIA FIRST CLASS MAIL**
Teresa K.D. Currier (#3080)
BUCHANAN INGERSOLL
& ROONEY PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
*Counsel for the Official Committee of Equity
Security Holders*