UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*

                Debtors.

Chapter 11

Case No. 01-01139 (JKF)

(Jointly Administered)

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on March 13, 2009, the State of Montana, by and through its undersigned counsel, caused a copy of the **State of Montana's Preliminary Witness List** to be served upon the following individual(s) via electronic mail:

LAURA DAVIS JONES
JAMES E. O'NEILL
TIMOTHY CAIRNS
KATHLEEN P. MAKOWSKI
PACHULSKI STANG ZIEHL & JONES, LLC
919 MARKET STREET, 16TH FLOOR
WILMINGTON, DE 19801

DAVID M. BERNICK, P.C.
KIRKLAND & ELLIS LLP
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

THEODORE L. FREEDMAN
DEANNA D. BOLL
CRAIG A. BRUENS
KIRKLAND & ELLIS LLP
153 EAST 53RD STREET
NEW YORK, NY 10022

JANET S. BAER
THE LAW OFFICES OF JANET S. BAER P.C.
70 W. MADISON ST., SUITE 2100,
CHICAGO, IL 60602.

Dated: March 18, 2009       **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ Francis A. Monaco, Jr.
───────────────────────────
Francis A. Monaco, Jr. (No. 2078)
Kevin J. Mangan (No. 3933)
Matthew P. Ward (No. 4471)
222 Delaware Ave., Ste. 1501
Wilmington, DE 19801
Telephone: 302-252-4320

ATTORNEYS FOR THE STATE OF MONTANA

- 2 -