IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| W.R. GRACE & CO., et al., | : |
| | : Case No. 01-01139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

### NOTICE OF SERVICE OF EXPERT REPORT OF MR. CRAIG F. STANOVICH

PLEASE TAKE NOTICE that on the 16th day of March, 2009, counsel for the Scotts Company LLC ("Scotts") caused a copy of **Expert Report of Mr. Craig F. Stanovich** to be served on counsel of record in the above-captioned bankruptcy proceeding as follows:[1]

**Via Electronic Mail:**

James E. O'Neill
Pachulski Stand Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Richard Forsten
Buchanan Ingersoll & Rooney PC
100 West Street 1410
Wilmington, DE 19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Peter Lockwood
Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Richard H. Wryon
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Lisa G. Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

---

[1] Service was made upon counsel for (a) the Plan Proponents and (b) the insurance company defendants in Adv. Pro. No. 09-55083 (JKF). Counsel for Scotts will provide a copy to counsel for any other party upon request.

RLF1-3378197-1

Daniel M. Glosband
Brian H. Mukherjee
Goodwin Procter
Exchange Place
53 State Street
Boston, MA 02109

John C. Phillips
Phillips, Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Phillip Bentley
Kramer Levin Naftalis & Frankell LLP
1177 Avenue of the Americas
New York, NY 10036

Edward J. Longosz, II
Laura G. Stover
Eckert Seamans
1747 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006-4604

Michael F. Brown
Drinker Biddle
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Robert Horkovich
Robert Chung
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY 10020

Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Marla Rosoff Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Michael Lastowski
Duane Morris LLP
Suite 1200, 1100 North Market Street
Wilmington, DE 19801-1246

Elizabeth M. Decristofaro
Ford Marrin Esposito
   Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005

David M. Primack
Warren T. Pratt
Drinker Biddle
1100 N. Market Street
Wilmington, DE 19801-1254

Edward R. Rosenthal
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, Delaware 19899-1070

| | |
|---|---|
| Dated: March 18, 2009<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Robert J. Stearn*<br>Robert J. Stearn, Jr. (No. 2915)<br>Cory D. Kandestin (No. 5025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>Robert J. Sidman (Ohio Bar #0017390)<br>(admitted *pro hac vice*)<br>Tiffany Strelow Cobb (Ohio Bar #0067516)<br>(admitted *pro hac vice*)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215<br>Telephone: (614) 464-6400<br>Facsimile: (614) 719-4663<br><br>Attorneys for The Scotts Company LLC,<br>and certain of its related entities |