## CERTIFICATE OF SERVICE

I, Robert J. Stearn, do hereby certify that on March 18, 2009, I caused a copy of the foregoing *Notice of Service of Expert Report of Mr. Craig F. Stanovich* to be served upon the following via first class mail:

James E. O'Neill
Pachulski Stand Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Lisa G. Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Daniel M. Glosband
Brian H. Mukherjee
Goodwin Procter
Exchange Place
53 State Street
Boston, MA 02109

John C. Phillips
Phillips, Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Richard Forsten
Buchanan Ingersoll & Rooney PC
100 West Street 1410
Wilmington, DE 19801

Peter Lockwood
Nathan Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Richard H. Wryon
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005

Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Marla Rosoff Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Phillip Bentley
Kramer Levin Naftalis & Frankell LLP
1177 Avenue of the Americas
New York, NY 10036

Edward J. Longosz, II
Laura G. Stover
Eckert Seamans
1747 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006-4604

Michael F. Brown
Drinker Biddle
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Robert Horkovich
Robert Chung
Anderson Kill & Olick PC
1251 Avenue of the Americas
New York, NY 10020

Michael Lastowski
Duane Morris LLP
Suite 1200, 1100 North Market Street
Wilmington, DE 19801-1246

Elizabeth M. Decristofaro
Ford Marrin Esposito
   Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005

David M. Primack
Warren T. Pratt
Drinker Biddle
1100 N. Market Street
Wilmington, DE 19801-1254

Edward R. Rosenthal
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, Delaware 19899-1070

_____
Robert J. Stearn, Jr. (No. 2915)