IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: April 8, 2009** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

**FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-SIXTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



OGILVY RENAULT

Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

March 12, 2009
INVOICE: 886319

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2009

| | |
|---|---:|
| FEES | $20,064.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 130.48 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $20,194.48 |

Canadian Funds

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|              | Hours | Amount      |
|--------------|-------|-------------|
| D.C. Tay     | 0.9   | $900.00     |
| O. Pasparakis| 10.3  | $7,467.50   |
| K. Smirle    | 38.5  | $10,202.50  |
| P. Adams     | 8.3   | $1,494.00   |
| Total        | 58.00 | $20,064.00  |

## FEE DETAIL

| Date    | Timekeeper         | Description                                                                                                                                                                       | Hours | Amount    |
|---------|--------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 5/2/09  | Orestes Pasparakis | Considering steps regarding plan disclosure (0.6); providing instructions and short review of documents (0.5).                                                                    | 1.10  | $797.50   |
| 6/2/09  | Penny Adams        | Dealing with issues relating to the Information Officer's Reports.                                                                                                                | 0.50  | $90.00    |
| 6/2/09  | Orestes Pasparakis | Providing instructions to associate regarding U.S. materials.                                                                                                                     | 0.30  | $217.50   |
| 6/2/09  | Kathrine Smirle    | Reviewing Inspector's Reports #24-28 (1.3); receiving instructions from O. Pasparakis (0.1); arranging for a copy of Disclosure Statements, Exhibits and Joint Plan of Re-organization (0.1). | 1.50  | $397.50   |
| 7/2/09  | Kathrine Smirle    | Reviewing the proposed Joint Plan of Reorganization.                                                                                                                              | 7.50  | $1,987.50 |
| 9/2/09  | Penny Adams        | Dealing with issues relating to the Joint Proposal (0.30); email to US counsel requesting copies of certain orders (0.20).                                                        | 0.50  | $90.00    |
| 9/2/09  | Orestes Pasparakis | Directions regarding status of disclosure statement review for Canadian law purposes (0.4); reviewing and considering strategic issues raised by same (0.4).                      | 0.80  | $580.00   |
| 9/2/09  | Kathrine Smirle    | Reviewing Trust Agreements and claim resolution/payment processes in detail (4.0); drafting a memo to file summarizing the Joint Plan dated February 3, 2009 (1.5).               | 5.50  | $1,457.50 |

INVOICE: 886319



W.R. GRACE & CO.                                                    01016442-0006

RE:   Litigation and litigation consulting
_____

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/2/09 | Derrick C. Tay | Review of materials served by Ms. Thundersky. | 0.50 | $500.00 |
| 10/2/09 | Orestes Pasparakis | Reviewing materials on disclosure statements (0.3); preliminary review of K. Ferbers motion record (0.4); telephone call to K. Ferbers (0.2); follow-up with client on instructions (0.2). | 1.10 | $797.50 |
| 10/2/09 | Kathrine Smirle | Leaving message for K. Febers requesting a copy of their draft motion materials in advance of the motion to lift the stay as against the Crown (0.1); reviewing draft materials and forwarding to O. Pasparakis (0.5); reviewing all other Grace Agreements attached as Exhibits to the Joint Plan dated February 3, 2009 in detail (4.0); continuing the memo to file summarizing the effects of the Plan (1.2). | 5.80 | $1,537.00 |
| 11/2/09 | Kathrine Smirle | Continuing to summarize the effect of the February 3, 2009 Joint Plan. | 3.30 | $874.50 |
| 12/2/09 | Kathrine Smirle | Finishing draft of summary of effect of Joint Plan (3.3); confirming references (0.2). | 3.00 | $795.00 |
| 13/2/09 | Kathrine Smirle | Finalizing summary regarding the Joint Plan and its effect; following up with Project Administrator for missing Exhibit. | 3.50 | $927.50 |
| 13/2/09 | Orestes Pasparakis | Follow-up on correspondence from the Crown, Winnipeg counsel and counsel for the claimants. | 0.90 | $652.50 |
| 16/2/09 | Orestes Pasparakis | Receipt of request from U.S. counsel. | 0.60 | $435.00 |
| 17/2/09 | Orestes Pasparakis | Reviewing summary of Plan and Disclosure Statement. | 0.70 | $507.50 |
| 18/2/09 | Penny Adams | Correspondence with J. Baer and others with respect to the Canadian service list (0.2). | 0.20 | $36.00 |
| 18/2/09 | Orestes Pasparakis | Follow-up on scheduling motion. | 0.30 | $217.50 |
| 18/2/09 | Orestes Pasparakis | Follow-up on scheduling motion (0.3); email exchange with Crown counsel and counsel for Ms. Thundersky (0.3); follow-up with U.S. counsel on service of disclosure materials (0.4); directions internally (0.2). | 1.20 | $870.00 |

INVOICE: 886319



W.R. GRACE & CO.                                                                01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 19/2/09 | Kathrine Smirle | Reviewing J. Stam memorandum dated September 2008 and comparing to February 3, 2009 Joint Plan (0.6); reporting to J. Stam and O. Pasparakis (0.2). | 0.80 | $212.00 |
| 19/2/09 | Penny Adams | Meeting with O. Pasparakis regarding the 29th Information Officer's Report (0.30); dealing with issues relating to the next Information Officer's Report (0.50). | 0.80 | $144.00 |
| 19/2/09 | Orestes Pasparakis | Email exchanges regarding motion date (0.4); directions regarding information officer's report (0.2); directions regarding motion record for extension (0.3). | 0.90 | $652.50 |
| 20/2/09 | Penny Adams | Meeting with K. Smirle regarding the 29th Information Officer's Report (0.50); drafting motion materials and 29th Information Officer's Report (1.50); meeting with O. Pasparakis and K. Smirle regarding the motion date and other matters (0.30); preparing request for time form (0.20). | 2.50 | $450.00 |
| 20/2/09 | Kathrine Smirle | Meeting with P. Adams (0.5); reviewing disclosure statement (0.8); updating the facts in the 28th Information Officer's Report and advising P. Adams (0.2). | 1.50 | $397.50 |
| 20/2/09 | Orestes Pasparakis | Outline of court materials. | 0.60 | $435.00 |
| 23/2/09 | Penny Adams | Letter to the service list advising of extension of stay motion (0.50). | 0.50 | $90.00 |
| 23/2/09 | Derrick C. Tay | Dealing with extension of stay issues. | 0.40 | $400.00 |
| 23/2/09 | Orestes Pasparakis | Follow-up on Crown request regarding motion. | 0.50 | $362.50 |

INVOICE: 886319



W.R. GRACE & CO.                                                                01016442-0006

RE: **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 24/2/09 | Kathrine Smirle | Reviewing correspondence from Crown (0.1); reviewing Canadian ZAI Minutes of Settlement and Joint Plan (1.0); reporting to O. Pasparakis (0.2); forwarding executed request form for court motion to P. Adams (0.1); reviewing Canadian Settlement Approval Order (0.4); reviewing U.S. ZAI Claimants Memorandum in support of motion for final approval of U.S. ZAI Class Settlement (1.5); reporting to O. Pasparakis (0.2). | 3.50 | $927.50 |
| 24/2/09 | Orestes Pasparakis | Receipt of Motion Record (0.2); dealing with request by D. Bold (0.3). | 0.50 | $362.50 |
| 24/2/09 | Penny Adams | Reviewing fax received from D. Harrison with respect to the extension of stay motion (0.20); correspondence and telephone calls to and from the Commercial List regarding court time (0.50); correspondence with K. Smirle and O. Pasparakis regarding the same (0.30). | 1.00 | $180.00 |
| 25/2/09 | Penny Adams | Reviewing and revising the 29th Information Officer's Report (0.90); discussions with K. Smirle regarding the same (0.20). | 1.10 | $198.00 |
| 25/2/09 | Kathrine Smirle | Meeting with O. Pasparakis (0.1); sending e-mail to Crown counsel and requesting their responding materials to Ferber's motion (0.2); reviewing draft version of Information Officer's 29th Report (1.0); researching status of Disclosure Statement (0.6); inserting update on U.S. ZAI PD Claims status (0.4). | 2.30 | $609.50 |
| 26/2/09 | Penny Adams | Reviewing and revising the 29th Information Officer's Report (1.00); correspondence with O. Pasparakis, J. Stam and K. Smirle regarding the same (0.20). | 1.20 | $216.00 |
| 26/2/09 | Kathrine Smirle | Receiving e-mail from C. Wildfong (0.1); advising P. Adams as to the status of the Disclosure Statement (0.2). | 0.30 | $79.50 |
| 27/2/09 | Orestes Pasparakis | Considering request of U.S. Counsel and appropriate response (0.6); responding to Canadian counsel regarding same (0.2). | 0.80 | $580.00 |

INVOICE: 886319



W.R. GRACE & CO.                                          01016442-0006

RE:  **Litigation and litigation consulting**

|  |  |
|---|---|
| **TOTAL FEES** | **$20,064.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 2.10 |
| Long distance calls | 1.38 |
| Filing fees | 127.00 |
| | $130.48 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | | Amount |
|---|---|---|---|---|
| 25/2/08 | Penny Adams | Filing fees - MINISTER OF FINANCE (ONTARIO) | | 127.00 |
| 10/2/09 | Penny Adams | Copies | | 0.30 |
| 10/2/09 | Orestes Pasparakis | Long distance calls 12049574691 | | 0.69 |
| 10/2/09 | Kathrine Smirle | Long distance calls 12049574691 | | 0.69 |
| 11/2/09 | Kathrine Smirle | Copies | | 0.30 |
| 19/2/09 | Penny Adams | Copies | | 1.50 |
| | | | TOTAL | $130.48 |

INVOICE: 886319



**OGILVY RENAULT**

Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

March 12, 2009
INVOICE: 886320

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2009

| | |
|---|---|
| FEES | $870.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 86.54 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $956.54 |

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including Invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com

...



**OGILVY RENAULT**

W.R. GRACE & CO.                                                       01016442-0008

RE:  **Fee Applications, Applicant**

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.3 | $168.00 |
| P. Adams | 3.9 | $702.00 |
| Total | 4.20 | $870.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/2/09 | Penny Adams | Reviewing January invoices (0.30). | 0.30 | $54.00 |
| 13/2/09 | Penny Adams | Reviewing January invoices (0.50); drafting next Monthly Fee Application (1.0). | 1.50 | $270.00 |
| 17/2/09 | Penny Adams | Reviewing and revising the 25th Monthly Fee Application (0.30); email to D. Bibbs regarding CNO for November 2008 (0.20). | 0.50 | $90.00 |
| 18/2/09 | Penny Adams | Reviewing and revising the 25th Monthly Fee Application (0.50); correspondence with R. Finke with respect to the same. (0.20). | 0.70 | $126.00 |
| 19/2/09 | Penny Adams | Finalizing the 25th Monthly Fee Application (0.50); correspondence with Fee Auditor, L. Oberholzer, and others with respect to the same (0.40). | 0.90 | $162.00 |
| 19/2/09 | Teresa Walsh | Review and swearing of 25th Monthly Fee Application. | 0.30 | $168.00 |
|  |  | **TOTAL FEES** |  | **$870.00** |

**DISBURSEMENTS - NON TAXABLE**

| Copies | 1.70 |
|---|---|
| Courier service | 84.84 |
|  | $86.54 |

INVOICE: 886320



**W.R. GRACE & CO.**                                                                                      01016442-0008

RE:  Fee Applications, Applicant
_____

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 27/1/09 | Derrick C. Tay | Courier service FedEx shipment #689588779999 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 27-01-2009, GST: 0.00, QST: 0.00 | 28.86 |
| 29/1/09 | Derrick C. Tay | Courier service FedEx shipment #689588780135 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 29-01-2009, GST: 0.00, QST: 0.00 | 28.86 |
| 10/2/09 | Penny Adams | Copies | 0.30 |
| 19/2/09 | Derrick C. Tay | Courier service FedEx shipment #689588781245 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 19-02-2009, GST: 0.00, QST: 0.00 | 27.12 |
| 19/2/09 | Teresa Walsh | Copies | 1.40 |
|  |  | **TOTAL** | **$86.54** |

INVOICE: 886320