9.

To: Clerk of Court
United States Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, Delaware  19801

From: Ms. Johnetta Rowe,    (ph.# 405-771-5833)
8310 N. Sooner Road
OKC, OK  73151

NOTICE OF INTENTION FOR STATEMENT TO APPEAR
on behalf of Johnetta Rowe and Mittye Brown
Kirk, (M.B.K. deceased from Mesotheleoma
Stomach Cancer. Caused by: Asbestos in
Zonolite Attic Insulation still in the house,
at 1138 N. Lottie, OKC, OK which is owned by
Johnetta Rowe.

Comes NOW Johnetta Lavonne Rowe. On This
11th Day of March in the year of 2009 it is hereby
requesting this statement be entered into record
and heard by this Honorable Bankruptcy Court
concerning the lifelong illnesses of my Aunt
Mrs. Mittye B. Kirk (a NONsmoker) due to Zonolite
Attic Insulation throughout her house, she left
me. She had major trouble breathing and con-
stantly complained for years of stomach pain
later diagnosed as stomach cancer. I too have
breathing problems and have developed allergies
I never encountered before living in that house
with her. I appreciate someone doing something
about damages caused from Zonolite and would
greatly appreciate enough compensation, as a Member
of This Proposed Class Settlement, to adequately
cover the cost of removal, remodeling and all
other entitlements decided by this Court [IF Issohered.

I will thoroughly appreciate, being Kept abreast of any and all remedies agreed upon by both parties: Debtors, Courts, and We, Defendants Counsel.

At this time, I do NOT wish to exclude myself from The Class.

**

I am also hereby requesting to review, the pleadings, and other papers filed in regards to this particular, W.R. Grace & Co. et al., Class Action, Case.

The proposed settlement made no mention of monetary compensation for the value of costing human life, (Mitrue B. Kirk) but does show some effort or concern in regards to my health and other members of the class due to Zonolite (Vermeculite) Attic Insulation.

The fact such a vast amount of Debtors along with W.R. Grace have filed Chapter 11 Bankruptcy is a silent admission of guilt without properly acknowledging negligence on their behalf so as an attempt to not be held liable and elude justice, for the Claim holders of ZAI. My aunt was contaminated by Zonolite Attic Insulation that caused her great pain and ultimately her life. I have breathing problems now also and have developed abnormal skin rashes as well. I am also under-taking ZAI remedial action necessary for monetary compensation by providing the Court with this Documentation.

I personally am in opposition as to the minute $4,000.00 proposal for costs, relating to the removal of the Zonolite Attic Insulation, Re-Sheet Rocking Ceilings, installing new updated Insulation, Bedding taping, and placing Acoustics after replaced repairing, Labor Costs, hauling off all removed materials and replacing floors and furniture damaged by insulation known as Zonolite.

Thank This Honorable Court for providing the deadline date to enter statements by March 13, 2009. That will allow facts to be shared with all parties concerned with this proposed settlement.

At this time I Johnetta Layonne Rawe rests her case and count in regards to the proposed settlement.

Please R.S.V.P. Soon — Thank You

Respectfully Submitted,

Ms. Johnetta L. Rawe

March 11, 2009

jn

SASE Enclosed