IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 20970 |

## AMENDED NOTICE OF DEPOSITION OF RICHARD FINKE

TO:  THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that Anderson Memorial Hospital will take the deposition of **RICHARD FINKE** before an official Court Reporter, or before some other person authorized by law to administer oaths at 9:30 a.m. on Monday, March 30, 2009, at the offices of Loizides, P.A., Legal Arts Building, 1225 King Street, Suite 800, Wilmington, Delaware. The oral deposition will continue from day to day until completed.

DATED: March 23, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:  loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:  (803) 943-4444
Facsimile:  (803) 943-4599

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:   (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*