## CERTIFICATE OF SERVICE

I certify that on this 23rd day of March, 2009, a copy of the foregoing Reply to the Debtors' Objection to the Motion for an Order Modifying the Automatic Stay was served by first class mail on the below.

David M. Bernick, PC
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602

Warren T. Pratt
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1243

Micahel F. Brown
Jeffrey M. Boerger
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Edward B. Rosenthal
Rosenthal, Monhait & Goddess, PA
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE  19899-1070

Daniel M. Glosban
Brian H. Mukherjee
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

David Klauder
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

Elizabeth DeCristofaro
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, NY  10005-1875

Kathleen M. Miller