Table of Exhibits

Affidavit of Fannie I. Minot............................................................A

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | x | |

**AFFIDAVIT OF FANNIE I. MINOT, ESQ. IN SUPPORT OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.'S REPLY TO THE RESPONSES OF DEBTORS, ONE BEACON AMERICA INSURANCE COMPANY, AND CONTINENTAL CASUALTY COMPANY TO KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.'S <u>MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY</u>**

COMMONWEALTH OF MASSACHUSETTS)
                                                  ) SS:
COUNTY OF ESSEX                          )

I, Fannie I. Minot, being duly sworn according to law, do depose and say:

1. I am a practicing attorney and of counsel with the law firm Gilbert & Renton, of Andover, Massachusetts, insurance counsel to Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. (collectively, "Kaneb") in these proceedings. I am authorized to make this affidavit. Unless otherwise stated, I make this affidavit based on firsthand personal knowledge acquired in the process of a review of publicly available information.

2. I submit this Affidavit in support of Kaneb's Reply to the Responses of Debtors, One Beacon America Insurance Company and Continental Casualty Company to Kaneb's Motion for an Order Modifying the Automatic Stay.

---

[1] The Debtors consist of 62 entities, including W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and the particular debtor involved in this Motion, Grace Energy Corporation.

3. Within the last month, I have reviewed the docket in or with respect to each of the following three cases pending or previously pending in the United States District Court for the Southern District of New York: <u>Maryland Casualty Co. v. W. R. Grace & Co., et al.</u>, No. 1:88-cv-04337-LAK, <u>UniGard Security Ins. Co. v. W. R. Grace & Co., et al.</u>, No. 1:97-cv-08941-JSM, and <u>Continental Casualty Co. v. W. R. Grace & Co.</u>, No. 1:00-cv-04524-JSM (collectively, the Southern District of New York Cases").

4. Pursuant to this review, I have not located any evidence (and am unaware of any evidence) that Kaneb Pipe Line Operating Partnership, L.P. nor Support Terminal Services, Inc. is now, or has ever been, a party in or to any of the Southern District of New York Cases.

5. Pursuant to this review, I have not located any evidence (and am unaware of any evidence) that the existence or extent of insurance coverage for any liabilities and/or attorneys fees Kaneb has incurred or may incur as a result of (a) the litigation pending in the 191st District Court of Dallas County, Texas, between Kaneb and Grace Energy Corporation and/or (b) the pipeline known as the "Otis Pipeline" located near the Cape Cod Canal in the town of Sandwich, Massachusetts are now, or have ever been, at issue in any of the Southern District of New York Cases.

Executed under the pains and penalties of perjury.

_____
Fannie I. Minot, Esq.

Sworn to and subscribed before me this 23rd day of March, 2009

_____
Notary Public

RUTH E. CAIN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 10, 2014