## **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket Nos.: _____ |
| | ) | |

**ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY MACERICH FRESNO LIMITED PARTNERSHIP**

This matter having come before the Court on the Motion of Debtors for Entry of an Order Authorizing Settlement of Asbestos Property Damage Claims filed by Macerich Fresno Limited Partnership [Docket No. _____] (the "Motion"), the Court having reviewed the Motion; the Court finds that: (i) the legal and factual basis set forth in the Motion establish just cause for the relief requested, (ii) the Debtors have properly exercised their business judgment in negotiating and entering into the Settlement Agreement attached as Exhibit A to the Motion, and (iii) the settlement and compromise are not attended by fraud, collusion or bad faith and were negotiated by the parties at arm's length; the Court having announced its decision on the Motion at a hearing in open court on _____, 2009;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED in all respects;

2.  The Settlement Agreement, a copy of which is attached as Exhibit A to the Motion, is APPROVED.

3.  The Debtors are authorized to enter into the Settlement Agreement and are authorized to execute, deliver, implement and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary or appropriate to

consummate the Settlement Agreement and perform any and all obligations contemplated therein.

4. The Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order subject to the provisions of the Settlement Agreement.

Dated: _____, 2009

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge