**EXHIBIT A**

Professional services rendered: January 2009: **IRS Audit Issue: Continued preparation for Appeals conference (100 page presentation) and follow up after meeting**

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/05/09 | G.N. Kidder | Conference call with Matt Lerner and Mark Silverman to discuss presentation to IRS counsel at settlement meeting. | 1.00 |
| 01/05/09 | G.N. Kidder | Draft powerpoint slides to use at settlement meeting with IRS counsel. | 2.50 |
| 01/05/09 | M.D. Lerner | Prepare for meeting with IRS counsel next week. | 2.90 |
| 01/05/09 | M.D. Lerner | Draft email summarizing approach to B. Collins | 0.30 |
| 01/05/09 | M.D. Lerner | Meeting with team re IRS counsel meeting. | 1.00 |
| 01/05/09 | M.J. Silverman | Meeting with Messrs. Lerner and Kidder to prepare for counsel meeting. | 1.00 |
| 01/05/09 | M.J. Silverman | Review materials for meeting. | 1.00 |
| 01/06/09 | G.N. Kidder | Draft and revise powerpoint slides to use at meeting IRS counsel based on comments and suggestions from Matt Lerner. | 5.80 |
| 01/06/09 | G.N. Kidder | Phone call with Matt Lerner to discuss powerpoint slides for meeting with IRS counsel. | 0.50 |
| 01/06/09 | M.D. Lerner | Edit Power Point. | 0.70 |
| 01/06/09 | M.D. Lerner | Continue review of prior submissions and analyses | 1.80 |
| 01/06/09 | M.D. Lerner | Discuss Power Point with G. Kidder. | 0.50 |
| 01/06/09 | M.J. Silverman | Review and revise Powerpoint presentation. | 3.00 |
| 01/07/09 | G.N. Kidder | Revise powerpoint slides for presentation to IRS counsel based on comments from Matt Lerner and Mark Silverman. | 4.30 |
| 01/08/09 | G.N. Kidder | Revise powerpoint slides for presentation to IRS counsel based on comments from Mark Silverman. | 1.30 |
| 01/08/09 | M.J. Silverman | Review and revise PowerPoint for counsel meeting. | 2.00 |
| 01/09/09 | A.E. Moran | Review prior audit letter and circulate. | 0.30 |
| 01/09/09 | G.N. Kidder | Review IRS counsel discovery responses; Revise powerpoint slides for meeting to reflect information obtained in discovery responses. | 0.80 |
| 01/09/09 | M.D. Lerner | Review admissions | 0.20 |
| 01/09/09 | M.D. Lerner | Review answers to discovery requests | 0.30 |
| 01/09/09 | M.D. Lerner | Review powerpoint re 82-152 | 0.50 |
| 01/09/09 | M.J. Silverman | Review counsel response. | 1.00 |
| 01/12/09 | G.N. Kidder | Discuss meeting options with IRS counsel and strategy for best chance at settlement discussions. | 0.30 |
| 01/12/09 | M.D. Lerner | Summarize IRS discovery response | 0.30 |

5

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/12/09 | M.D. Lerner | Phone conferences with L. Letkewicz and follow up email. | 0.90 |
| 01/12/09 | M.J. Silverman | Prepare for meeting with Governmen. | 1.50 |
| 01/13/09 | M.D. Lerner | Try to reschedule meeting with counsel. | 0.30 |
| 01/14/09 | G.N. Kidder | Conference call with Matt Lerner, Bryan Collins, Carol Finke, Larry Letkewicz, and Marie Milnes-Vazquez to discuss discovery issues. | 1.50 |
| 01/14/09 | G.N. Kidder | Conference call with Mark Silverman, Carol Finke, and Matt Lerner to prepare for call with IRS counsel and discuss potential witness. | 1.00 |
| 01/14/09 | G.N. Kidder | Discuss research project testimony. | 0.10 |
| 01/14/09 | G.N. Kidder | Draft file memorandum describing phone conversation with IRS counsel re: discovery issues. | 1.20 |
| 01/14/09 | G.N. Kidder | Discuss meeting with IRS counsel with Matt Lerner. | 0.50 |
| 01/14/09 | G.N. Kidder | Research scope of "deliberative process" privilege protecting disclosure of government communications. | 0.50 |
| 01/14/09 | M.D. Lerner | Discussing meeting with IRS counsel with G. Kidder. | 0.50 |
| 01/14/09 | M.D. Lerner | Prepare for call with IRS regarding discovery | 0.60 |
| 01/14/09 | M.D. Lerner | Meeting and calls with client and IRS representatives re discovery. | 1.70 |
| 01/14/09 | M.D. Lerner | Follow up re next meeting re timing. | 0.10 |
| 01/14/09 | M.D. Lerner | Read memo of Calla/IRS | 0.10 |
| 01/14/09 | M.J. Silverman | Prepare for call with client re IRS call; review minutes. | 3.00 |
| 01/19/09 | F. Carter | Researched admissibility of testimony. | 2.10 |
| 01/20/09 | F. Carter | Researched admissibility of testimony. | 0.70 |
| 01/21/09 | A.E. Moran | Work on audit letter. | 0.40 |
| 01/21/09 | F. Carter | Researched admissibility of testimony. | 0.80 |
| 01/21/09 | G.N. Kidder | Review research on authority approving reports in Tax Court. | 1.80 |
| 01/22/09 | A.E. Moran | Work on audit letter. | 2.30 |
| 01/22/09 | F. Carter | Research admissibility of testimony in Tax Court. | 0.20 |
| 01/22/09 | G.N. Kidder | Research tax court authority and draft e-mail describing authority. | 1.00 |
| 01/22/09 | M.D. Lerner | Call with client re use of witnesses. | 0.10 |
| 01/23/09 | A.E. Moran | Telephone calls with C. Finke re audit letter. | 0.30 |
| 01/23/09 | A.E. Moran | Work on audit letter. | 3.00 |
| 01/23/09 | F. Carter | Research admissibility of testimony in Tax Court. | 0.70 |
| 01/23/09 | M.J. Silverman | Review audit letter. | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/23/09 | R.E. McLaughlin | Review letter to auditors. | 0.70 |
| 01/26/09 | A.E. Moran | Work on audit letter. | 1.00 |
| 01/26/09 | F. Carter | Research admissibility of testimony in Tax Court. | 0.50 |
| 01/26/09 | G.N. Kidder | Research admissibility of testimony in tax court cases. | 2.50 |
| 01/27/09 | A.E. Moran | Finish audit letter and send out. | 0.30 |
| 01/27/09 | F. Carter | Discuss research on admissibility of testimony in tax court w G. Kidder. | 0.10 |
| 01/27/09 | G.N. Kidder | Research admissibility of testimony in tax court cases. | 1.70 |
| 01/27/09 | G.N. Kidder | Discuss cases regarding admissibility of testimony with Felicia Carter. | 0.10 |
| 01/27/09 | M.J. Silverman | Tax analysis for telephone conference; Talk to Messrs. Kidder and Lerner. | 0.50 |
| 01/29/09 | M.D. Lerner | Email re legal research on admissibility of testimony. | 0.20 |
| 01/30/09 | A.E. Moran | Work on quarterly bill. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 13.50 | 960.00 | 12,960.00 |
| M.D. Lerner | 13.00 | 745.00 | 9,685.00 |
| R.E. McLaughlin | 0.70 | 650.00 | 455.00 |
| A.E. Moran | 8.60 | 605.00 | 5,203.00 |
| G.N. Kidder | 28.40 | 495.00 | 14,058.00 |
| F. Carter | 5.10 | 275.00 | 1,402.50 |
| Total | 69.30 | | 43,763.50 |

Total Fees $43,763.50

Disbursements:

| | |
|---|---|
| Duplicating | 6.30 |
| Facsimile | 28.00 |
| Long Distance Telephone | 18.09 |

Total Disbursements $52.39

7