**EXHIBIT B**

Detail Cost Report
Proforma:  679145


012046.00003 TAX LITIGATION AUDIT ISSUE

```
Cost              Timekeeper
Code      Date    Number   Name                  Quantity   Rate    Amount
===========================================================================

DUPLDC    01/13/09 07517    Bundy, Jacqueline      46.00    0.10      4.60
  DUPLDC  01/13/09 07517    Bundy, Jacqueline      46.00    0.20      9.20
46 PHOTOCOPIES MADE BY 07517

FAXDC     01/06/09 09366    Picou, Catherine       28.00    1.00     28.00
  FAXDC   01/06/09 09366    Picou, Catherine       28.00    1.15     32.20
DC FAX 28 pages sent to 19413092100

LASR      01/09/09 00206    Moran, Anne E.         10.00    0.10      1.00
  LASR    01/09/09 00206    Moran, Anne E.         10.00    0.20      2.00
PC/Network Printing

PC LASER  10 Pages Lerner, Matthew
LASR      01/09/09 00206    Moran, Anne E.          3.00    0.10      0.30
  LASR    01/09/09 00206    Moran, Anne E.          3.00    0.20      0.60
PC/Network Printing

PC LASER  3 Pages Lerner, Matthew
LASR      01/09/09 Total:                           1.30
LASR      01/14/09 00206    Moran, Anne E.          4.00    0.10      0.40
  LASR    01/14/09 00206    Moran, Anne E.          4.00    0.20      0.80
PC/Network Printing

PC LASER  4 Pages Kidder, Gregory

LASR               Total:                           1.70

(Silverman, Lerner, Kidder)
TELECO    01/14/09 00008    Lerner, Matthew D.      1.00   18.09     18.09
  TELECO  01/14/09 00008    Lerner, Matthew D.      1.00             18.09
Soundpath charge for Conferencing Services

on 01/14/09 for 173 minutes.

Moderator: Matthew D. Lerner
```

8