**EXHIBIT A**

Professional services rendered: February 2009: **IRS Audit Issue: Continued preparation for Appeals conference (100 page presentation) and follow up after meeting**

| Date | Person | Description | Hours |
|---|---|---|---|
| 02/02/09 | M.J. Silverman | Prepare for meeting with IRS counsel. | 0.50 |
| 02/03/09 | M.D. Lerner | Call with Carol Finke re strategy. | 0.30 |
| 02/06/09 | A.E. Moran | Work on 2008 quarterly billings. | 2.20 |
| 02/06/09 | G.N. Kidder | Phone call with Mark Silverman and Matt Lerner to discuss preparation for settlement meeting with IRS counsel. | 1.00 |
| 02/06/09 | G.N. Kidder | Research tax court cases handled by IRS counsel. | 1.00 |
| 02/06/09 | M.D. Lerner | Meet to plan presentation to IRS counsel. | 0.70 |
| 02/06/09 | M.J. Silverman | Prepare for and have meeting with IRS counsel. | 1.50 |
| 02/08/09 | M.J. Silverman | Prepare for call with the IRS; review PowerPoint presentation. | 2.50 |
| 02/09/09 | G.N. Kidder | Draft list of tax court cases involving IRS counsel. | 1.30 |
| 02/09/09 | M.D. Lerner | Inquire to Bob Aland about IRS counsel in NOL case. | 0.20 |
| 02/09/09 | M.J. Silverman | Review decisions and cases where Government counsel involved. | 1.00 |
| 02/10/09 | G.N. Kidder | Revise powerpoint slides for use in meeting with IRS counsel. | 1.50 |
| 02/11/09 | A.E. Moran | Work on bills for 2008. | 2.50 |
| 02/11/09 | M.J. Silverman | Review revised slides. | 1.00 |
| 02/12/09 | A.E. Moran | Finish October bill. | 1.40 |
| 02/12/09 | A.E. Moran | Review follow-up finance issues. | 0.20 |
| 02/12/09 | G.N. Kidder | Phone call with Mark Silverman and Matt Lerner to discuss revisions to powerpoint slides for meeting with IRS counsel and National Office. | 0.50 |
| 02/12/09 | G.N. Kidder | Revise powerpoint slides for meeting with IRS counsel and National Office after comments from Mark Silverman and Matt Lerner | 0.50 |
| 02/12/09 | M.D. Lerner | Review status of IRS presentation. | 0.10 |
| 02/12/09 | M.D. Lerner | Meet with Messrs. Silverman and Kidder re slides for IRS meeting. | 0.40 |
| 02/12/09 | M.J. Silverman | Review new slides and talk with Messrs. Kidder and Lerner; Talk will Mr. Collins. | 2.00 |
| 02/13/09 | G.N. Kidder | Revise powerpoint slides for IRS meeting based on comments from Matt Lerner. | 0.50 |
| 02/13/09 | G.N. Kidder | Conference call with Mark Silverman, Bryan Collins, Carol Finke, and Elyse Filon to discuss upcoming meeting with IRS counsel and national office. | 1.50 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 02/13/09 | G.N. Kidder | Phone call with Matt Lerner and Mark Silverman to discuss additional research and edits to powerpoint slides for IRS meeting. | 0.20 |
| 02/13/09 | G.N. Kidder | Revise powerpoint slides for IRS meeting; Research commentators discussion of -75(d)(2) and 82-152. | 3.30 |
| 02/13/09 | M.D. Lerner | Edit slides for IRS meeting. | 0.50 |
| 02/13/09 | M.D. Lerner | Prepare for and participate in call with client to get ready for meeting with IRS. | 1.80 |
| 02/13/09 | M.J. Silverman | Prepare for and call client regarding IRS meeting; review revised slides. | 3.50 |
| 02/15/09 | M.J. Silverman | Prepare for IRS meeting. | 3.00 |
| 02/16/09 | G.N. Kidder | Research commentators that address -75(d)(2); Draft e-mail to Mark Silverman describing commentary. | 1.80 |
| 02/16/09 | M.J. Silverman | Prepare for counsel meeting; review RAR protest; review rebuttal and PDP; talk with Briger. | 4.50 |
| 02/17/09 | G.N. Kidder | Settlement meeting, including internal discussions, with IRS counsel and Mark Silverman, Matt Lerner, Bryan Collins, Carol Finke, and Elyse Filon. | 3.50 |
| 02/17/09 | G.N. Kidder | Revise materials for settlement conference. | 0.80 |
| 02/17/09 | G.N. Kidder | Meeting with Mark Silverman, Matt Lerner, Bryan Collins, and Carol Finke to prepare for settlement meeting. | 1.00 |
| 02/17/09 | M.D. Lerner | Prepare for and attend meeting with IRS re 10-year carryback issue. | 4.40 |
| 02/17/09 | M.J. Silverman | Prepare for and meet with IRS. | 5.50 |
| 02/20/09 | A.E. Moran | Work on bills for November and December 2008. | 1.10 |
| 02/20/09 | G.N. Kidder | Review recent private letter ruling applying Rev. Rul. 82-152 | 0.50 |
| 02/20/09 | M.D. Lerner | Outline call with IRS. | 0.30 |
| 02/20/09 | M.D. Lerner | Call with L. Letkewicz re settlement and follow up memo re conversation. | 0.70 |
| 02/20/09 | M.J. Silverman | Call with IRS; talk with Messrs. Lerner and Columbus regarding same; review new PLRs. | 1.50 |
| 02/21/09 | A.E. Moran | Work on November/December bills. | 1.10 |
| 02/23/09 | A.E. Moran | Work on and send out bills. | 0.80 |
| 02/23/09 | A.E. Moran | Followup question on stimulus bill. | 0.30 |
| 02/27/09 | M.D. Lerner | Call from L. Letkiewicz and email to client re same. | 0.30 |
| 02/27/09 | M.J. Silverman | Review response from IRS; talk with Mr. Lerner; talk with client. | 1.00 |

6

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 27.50 | 960.00 | 26,400.00 |
| M.D. Lerner | 9.70 | 745.00 | 7,226.50 |
| A.E. Moran | 9.60 | 605.00 | 5,808.00 |
| G.N. Kidder | 18.90 | 495.00 | 9,355.50 |
| Total | 65.70 | | 48,790.00 |

|  |  |
|---|---|
| Total Fees | $48,790.00 |

Disbursements:

| | |
|---|---|
| Color Copies | 13.40 |
| Duplicating | 40.40 |
| On-Line Research/Information Retrieval | 303.22 |

| | |
|---|---|
| Total Disbursements | $357.02 |
| Total This Statement | $49,147.02 |

7