**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  679163
PAGE:  1

012046.00003 TAX LITIGATION AUDIT ISSUE

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| CCOPY | 02/17/09 | 09066 | Merrill, | 70.00 | 0.10 | 7.00 |
| CCOPY | 02/17/09 | 09066 | Merrill, | 70.00 | 1.00 | 70.00 |
| 70 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| CCOPY | 02/17/09 | 09066 | Merrill, | 64.00 | 0.10 | 6.40 |
| CCOPY | 02/17/09 | 09066 | Merrill, | 64.00 | 1.00 | 64.00 |
| 64 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| CCOPY | 02/17/09 Total: | | | 13.40 | | |
| | | | | | | |
| CCOPY | | Total: | | 13.40 | | |
| | | | | | | |
| DUPLDC | 02/17/09 | 06515 | Kidder, Gregory | 160.00 | 0.10 | 16.00 |
| DUPLDC | 02/17/09 | 06515 | Kidder, Gregory | 160.00 | 0.20 | 32.00 |
| 160 PHOTOCOPIES MADE BY 06515 | | | | | | |
| | | | | | | |
| LASR | 02/06/09 | 00206 | Moran, Anne E. | 11.00 | 0.10 | 1.10 |
| LASR | 02/06/09 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing | | | | | | |
| | | | | | | |
| PC LASER  11 Pages Moran, Anne | | | | | | |
| LASR | 02/06/09 | 00206 | Moran, Anne E. | 11.00 | 0.10 | 1.10 |
| LASR | 02/06/09 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing | | | | | | |
| | | | | | | |
| PC LASER  11 Pages Ward, Brenda | | | | | | |
| LASR | 02/06/09 | 00206 | Moran, Anne E. | 11.00 | 0.10 | 1.10 |
| LASR | 02/06/09 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing | | | | | | |
| | | | | | | |
| PC LASER  11 Pages Ward, Brenda | | | | | | |
| LASR | 02/06/09 Total: | | | 3.30 | | |
| LASR | 02/11/09 | 00206 | Moran, Anne E. | 13.00 | 0.10 | 1.30 |
| LASR | 02/11/09 | 00206 | Moran, Anne E. | 13.00 | 0.20 | 2.60 |
| PC/Network Printing | | | | | | |
| | | | | | | |
| PC LASER  13 Pages Moran, Anne | | | | | | |
| LASR | 02/11/09 | 00206 | Moran, Anne E. | 13.00 | 0.10 | 1.30 |
| LASR | 02/11/09 | 00206 | Moran, Anne E. | 13.00 | 0.20 | 2.60 |
| PC/Network Printing | | | | | | |

```
PC LASER  13 Pages Moran, Anne
LASR      02/11/09 00206    Moran, Anne E.              11.00   0.10      1.10
  LASR    02/11/09 00206    Moran, Anne E.              11.00   0.20      2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR      02/11/09 00206    Moran, Anne E.              11.00   0.10      1.10
  LASR    02/11/09 00206    Moran, Anne E.              11.00   0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      02/11/09 Total:                                4.80
LASR      02/12/09 00206    Moran, Anne E.              13.00   0.10      1.30
  LASR    02/12/09 00206    Moran, Anne E.              13.00   0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      02/12/09 00206    Moran, Anne E.              13.00   0.10      1.30
  LASR    02/12/09 00206    Moran, Anne E.              13.00   0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      02/12/09 00206    Moran, Anne E.              13.00   0.10      1.30
  LASR    02/12/09 00206    Moran, Anne E.              13.00   0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      02/12/09 00206    Moran, Anne E.               2.00   0.10      0.20
  LASR    02/12/09 00206    Moran, Anne E.               2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      02/12/09 00206    Moran, Anne E.               2.00   0.10      0.20
  LASR    02/12/09 00206    Moran, Anne E.               2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      02/12/09 00206    Moran, Anne E.               1.00   0.10      0.10
  LASR    02/12/09 00206    Moran, Anne E.               1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/12/09 00206    Moran, Anne E.              13.00   0.10      1.30
  LASR    02/12/09 00206    Moran, Anne E.              13.00   0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      02/12/09 00206    Moran, Anne E.              13.00   0.10      1.30
  LASR    02/12/09 00206    Moran, Anne E.              13.00   0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR      02/12/09 Total:                                7.00
LASR      02/18/09 00206    Moran, Anne E.               3.00   0.10      0.30
```

```
LASR    02/18/09 00206    Moran, Anne E.                3.00    0.20      0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR    02/18/09 00206    Moran, Anne E.                2.00    0.10      0.20
  LASR    02/18/09 00206    Moran, Anne E.              2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR    02/18/09 00206    Moran, Anne E.                2.00    0.10      0.20
  LASR    02/18/09 00206    Moran, Anne E.              2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR    02/18/09 Total:                                0.70
LASR    02/20/09 00206    Moran, Anne E.              15.00    0.10      1.50
  LASR    02/20/09 00206    Moran, Anne E.            15.00    0.20      3.00
PC/Network Printing

PC LASER  15 Pages Moran, Anne
LASR    02/20/09 00206    Moran, Anne E.              11.00    0.10      1.10
  LASR    02/20/09 00206    Moran, Anne E.            11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR    02/20/09 00206    Moran, Anne E.              18.00    0.10      1.80
  LASR    02/20/09 00206    Moran, Anne E.            18.00    0.20      3.60
PC/Network Printing

PC LASER  18 Pages Moran, Anne
LASR    02/20/09 00206    Moran, Anne E.              14.00    0.10      1.40
  LASR    02/20/09 00206    Moran, Anne E.            14.00    0.20      2.80
PC/Network Printing

PC LASER  14 Pages Moran, Anne
LASR    02/20/09 Total:                                5.80
LASR    02/23/09 00206    Moran, Anne E.              13.00    0.10      1.30
  LASR    02/23/09 00206    Moran, Anne E.            13.00    0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR    02/23/09 00206    Moran, Anne E.              11.00    0.10      1.10
  LASR    02/23/09 00206    Moran, Anne E.            11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR    02/23/09 00206    Moran, Anne E.                1.00    0.10      0.10
  LASR    02/23/09 00206    Moran, Anne E.              1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    02/23/09 00206    Moran, Anne E.                1.00    0.10      0.10
  LASR    02/23/09 00206    Moran, Anne E.              1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    02/23/09 00206    Moran, Anne E.                1.00    0.10      0.10
```

```
  LASR     02/23/09 00206    Moran, Anne E.            1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/23/09 00206    Moran, Anne E.            1.00    0.10        0.10
  LASR     02/23/09 00206    Moran, Anne E.            1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/23/09 Total:                             2.80

LASR            Total:                               24.40

WESTLAW   02/13/09 00206    Moran, Anne E.            1.00 126.49      126.49
  WESTLAW 02/13/09 00206    Moran, Anne E.            1.00              126.49
Westlaw On-Line Research

DC Westlaw Search by:   KIDDER,GREGORY
WESTLAW   02/16/09 00206    Moran, Anne E.            1.00 176.73      176.73
  WESTLAW 02/16/09 00206    Moran, Anne E.            1.00              176.73
Westlaw On-Line Research

DC Westlaw Search by:   KIDDER,GREGORY

WESTLAW         Total:                              303.22

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE      357.02

Report Total:                                       357.02
```