IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JFK) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Date: 4/13/09 |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                              February 28, 2009
Attn: Lydia B. Duff, Esq.                             Client/Matter #  01246-011548
7500 Grace Drive                                      Invoice # 127884
Columbia, MD  21044                                   Federal ID# 52-1247549


For Legal Services Rendered Through 12/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/04/08 | P. Marks | 0.50 | Monitor status and email traffic re Building 23 remediation. |
| 12/16/08 | P. Marks | 0.70 | Review emails and minutes re Building 23 and Sledds Point; email exchange with P. Bucens re same. |
| 12/17/08 | K. Bourdeau | 0.50 | Conference with P. Marks re strategy on addressing Sledds Point area under RCRA corrective action authorities or otherwise. |
| 12/17/08 | P. Marks | 2.50 | Review and evaluate Sledds Point work plan and evaluate corrective action and FUSRAP overlay; brief telephone conference with K. Bourdeau re same; prepare comments for client. |
| 12/18/08 | P. Marks | 0.70 | Prepare email and comments to team re Sledds Point RCRA and FUSRAP issue. |
| 12/23/08 | P. Marks | 0.30 | Telephone conference with P. Bucens re Sledds Point and corrective action. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  127884
                                                             February 28, 2009
                                                             PAGE   2


                                    Total Hours :                        5.20

                                    Total Fees :                    $2,177.50

| | |
|---|---|
| BEVERIDGE & DIAMOND, P.C. | INVOICE #   127884<br>February 28, 2009<br>PAGE   3 |

**Disbursements:**

    Information Service - VENDOR: LEXISNEXIS COURT     11.37
    LINK-Invoice #EA347993 dated 12/1/08 for
    database research

                                          **Total Disbursements :**                     $11.37

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.50 | $595.00 | $297.50 |
| P. Marks | 4.70 | $400.00 | $1,880.00 |
| | | **Total Fees :** | $2,177.50 |
| | | **Total Disbursements :** | $11.37 |
| | | **TOTAL DUE :** | **$2,188.87** |

# EXHIBIT B

(General Regulatory/Compliance Issues)

```
                        LAW OFFICES
                  BEVERIDGE & DIAMOND, P.C.
                        SUITE 2210
                  201 NORTH CHARLES STREET
                  BALTIMORE, MD 21201-4150
                       (410) 230-3850
```

W. R. Grace & Co. - Conn                          February 28, 2009
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012100
7500 Grace Drive                                  Invoice # 127881
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

<u>General Regulatory/Compliance Issues</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/03/08 | C. Lewis | 1.00 | Telephone conference with L. Duff and D. Curreri re TSCA LVE issue; review LVE regulations and guidance; further telephone conference with L. Duff and D. Curreri. |

Total Hours :       1.00

Total Fees :     $525.00

BEVERIDGE & DIAMOND, P.C.	INVOICE #  127881
February 28, 2009
PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.00 | $525.00 | $525.00 |
| **Total Fees :** | | | **$525.00** |
| **TOTAL DUE :** | | | **$525.00** |