# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

US ZAI CLAIMANT REQUEST FOR EXCLUSION

The undersigned ZAI Claimant hereby requests to be excluded from the US ZAI class
action.

Anderson Memorial Hospital on behalf
of all buildings encompassed in its
Certified Class Action (Statewide)
_____
Claimant Name

Post Office Box 685
_____
Street or P. O. Box

Hampton, SC 29924
_____
City, State Zip Code

March 12, 2009
Date

Signature - Marion C. Fairey
Attorney of Speights & Runyan

Mail form to: Clerk of Court
            US Bankruptcy Court
            c/o Rust Consulting
            Re: W.R. Grace & Co. Bankruptcy
            P. O. Box 1620
            Faribault, MN 55021-1620

THIS FORM MUST BE RECEIVED AT THE ABOVE ADDRESS BY
MARCH 23, 2009 TO BE VALID.

US ZAI Exclusions
# 00204

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              )        Chapter 11
                                                    )
W.R. Grace & Co., et al.,                           )        Case No. 01-01139 (JKF)
                                                    )        (Jointly Administered)
                                                    )
Debtors.                                            )

## US ZAI CLAIMANT REQUEST FOR EXCLUSION

The undersigned ZAI Claimant hereby requests to be excluded from the US ZAI class
action.

Anderson Memorial Hospital on behalf
of all buildings encompassed in its
Certified Class Action (Statewide)
_____
Claimant Name

Post Office Box 685
_____
Street or P. O. Box

Hampton, SC 29924
_____
City, State Zip Code

March 12, 2009
_____
Date

Signature - Marion C. Fairey
Attorney of Speights & Runyan

Mail form to: Clerk of Court
               US Bankruptcy Court
               c/o Rust Consulting
               Re: W.R. Grace & Co. Bankruptcy
               P. O. Box 1620
               Faribault, MN 55021-1620

**THIS FORM MUST BE RECEIVED AT THE ABOVE ADDRESS BY
MARCH 23, 2009 TO BE VALID.**