# ATTACHMENT 4



Daniel M. Bradley
James C. Bradley
Michael J. Brickman
Elizabeth Middleton Burke
J. David Butler
Aaron R. Dias
Jerry Hudson Evans
Nina H. Fields
Thomas P. Grossette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Matthew D. Henrick
David Hendricks
Gregory A. Lofstead
Christiaan A. Marcum
Katie McElveen
Christopher J. Moore
Daniel O. Myers
Karl E. Novak
Kimberly Keevers Palmer
Charles W. Patrick, Jr.
Gordon C. Rhea (CA, DC & USVI only)
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Matthew J. Thiesing
T. Christopher Tuck
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
James H. Kiou, Jr.
Howard Siegel (DC & MD only)
David L. Suggs (MN & NY only)
Robert M. Turkewitz

**RPWB**  RICHARDSON, PATRICK
WESTBROOK & BRICKMAN, LLC

EDWARD J. WESTBROOK
843.727.6513  Direct
843.727.6688  Fax
ewestbrook@rpwb.com

March 4, 2009

Mrs. Irma D. Wilson
207-D Indiana Street
Huntsville, AL  35805-3042

Re:    Zonolite Attic Insulation Class Notice

Dear Mrs. Wilson:

I have received a copy of the document you filed with the Bankruptcy Court
dated February 11, 2009. Your letter indicates that you are the owner of property in Huntsville,
Alabama and that you are also seeking asbestos personal injury recovery because you have been
diagnosed with emphysema. Your letter notes that you were attaching hospital records.

The notice that you received concerning the ZAI proposed class settlement deals solely with
property damage claims for individuals with ZAI in their homes. Because the bulk of your letter
deals with personal injury matters, I am taking the liberty of sending it to counsel for the
Personal Injury Claimants Committee, Elihu Inselbuch at Caplin & Drysdale, Chartered, 375
Park Avenue, 35th Floor, New York, NY  10152-3500; Phone: (212) 319-7125. If you have any
further questions concerning any personal injury claim you may have, please contact Mr.
Inselbuch who will direct you to the appropriate people.

If you have any questions concerning Zonolite Attic Insulation in your home, I would be pleased
to try to answer them.

Sincerely,

Edward J. Westbrook

EJW/kaj
cc:    Elihu Inselbuch, Esq. (with enclosures)



## RICHARDSON PATRICK WESTBROOK&BRICKMAN, LLC

**EDWARD J. WESTBROOK**
843.727.6513  Direct
843.727.6688  Fax
ewestbrook@rpwb.com

Daniel M. Bradley
James C. Bradley
Michael J. Brickman
Elizabeth Middleton Burke
J. David Butler
Aaron R. Dias
Jerry Hudson Evans
Mea N. Fields
Thomas P. Gressette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Matthew D. Hamrick
David Hendricks
Gregory A. Lofstead
Christiaan A. Marcum
Katie McElveen
Christopher J. Moore
Daniel O. Myers
Karl E. Novak
Kimberly Keevers Palmer
Charles W. Patrick, Jr.
Gordon C. Rhea (CA, DC & USVI only)
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Matthew J. Thiesing
T. Christopher Tuck
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
James H. Rion, Jr.
Howard Siegel (DC & MD only)
David L. Suggs (MN & NY only)
Robert M. Turkewitz

March 3, 2009

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Dear Elihu:

I received the enclosed response to our ZAI class notice.  This appears to deal primarily with personal injury matters so I am passing it on to you for further disposition.  I hope all is well.

Sincerely,

Edward J. Westbrook

EJW/kaj
Enclosures



( Additional Info. )   United States Bankruptcy Court
Wilmington, Delaware 19801

Clerk Court
United States Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington, Delaware 19801

FILED
2009 FEB 23 AM 10: 07
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

Claimant: Mrs. Irma L. Wilson
207 Indiana Street
Huntsville, Alabama 35808-3042

In re: W. R. Grace and Co., et al.,

Debtors

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

Notice of Class Certification And Proposed Settlement
With W. R. Grace and Co. And Affiliated Debtors

To: All Holders of Zonolite Attic Insulation
Claims In The United States (US ZAI CLAIMS)

Number assigned To me by Claims Processing Agent
01119402318-0116601

For Property @ 421 Plummer Road
Huntsville, Alabama 35806

I am the Owner Of Property.

_February 11, 2009_

01119410738-016601 Ms. Anna D. Wilson)
assigned by thomas      202-D Indiana Street
Processing Agent    Huntsville, Al 35805

I am also, seeking "Asbestos
Personal Injury Claim." I was
diagnosed with "CORD" (emphry-
sema) on August 20, 2008.
All necessary, Hospital Informa-
tion is attached.
After, I had to seek medical
attention due to breathing
Complications. Don't smoke cigarettes
at, all.
Sincerely Yours,

Medical bills incurred don't
have health insurance:

Huntsville Hospital- $2,324.49
Emergency Dept. Visit-$318.00
Radiology of Huntsville- $16.00

Ms. Irma D. Wilson
201-B Indiana Street
Huntsville, Al 35805
DM9H0738-DM6601

## Page 2.

Daily Medication.

Albuterol Inhaler.  Cost: $10.56

I am submitting my paperwork to support my claim. I am unable financial and health wise to attend the hearing. But, I want my paperwork to be submitted for additional information for my claims.

Total of medical bills additional expenses I cannot afford.

$2,678.03

Daily Medication of Inhaler need to be considered, need to Due each day.

Irma D. Wilson

Irma D. Wilson
0111940738-016601

Clerk of Court
United States Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington, Delaware 19801

I will not be able to attend due
to my financial burden and illness.
But, I want my paperwork to be
submitted along with my Claim
as *Additional Information.*

0111940738-016601
assigned by Claims Processing Agent

Irma D. Wilson
212 Indiana Street, SW, Apt D
Huntsville, Alabama 35805

Reference: Medical Bills

Diagnosed: COPD
(emphysema)

February 11, 2009

August 20. 2008
Admitted: Hsv
            Hospital

0119HD938-016601
Irma Wilson
207-D Indiana St.
Huntsville. Al. 35805
(Dr. William Langston @ E.R.)

## INFO   FOR   2008

Huntsville Hospital

201 Sivley Rd

Huntsville. Al. 35801

Patient ID: 000667167402

✗ Diagnosed : COPD (Emphysema)
Treatment : Albuterol Inhaler

✗ Diagnosed: Anxiety

prescribed Medication : Ativan (Lorazepam)

000667167402
WILSON, IRMA   D.
F 53
HH, EMERGENCY
20Aug2008
16Jun1955



*O111940438-016601*

**HUNTSVILLE HOSPITAL**
**EMERGENCY DEPARTMENT**
01 Sivley Rd · Huntsville, AL 35801 · 256.265.4433

Patient: Wilson, Irma Dell
DOB: 6/16/1955
Pt Accnt: 000667167402
Med Rcrd: 00066716

Patient: Wilson, Irma Dell
MD ED: Langston, William M.D.

DI Printed: 8/20/2008 1323
RN Eval: Beth S. R.N.
RN Dispo:

---

## AFTERCARE INSTRUCTIONS

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition. Your diagnoses and prescribed medications today are:
        This page is not a prescription.

        Dx 1: Chest Pain (Other)
        Dx 2: HTN      *Hypertension*
        Dx 3: COPD      *Emphysema*
        Rx 1: Albuterol Inhaler
                90mcg/inh
                2 to 4 puffs every 4 to 6 hours as needed
        Rx 2: Ativan Tablets (lorazepam)   *Anxiety*
                0.5mg
                1 tablet by mouth three times a day as needed

### General Information on CHEST PAIN
            (cause unknown)

        The word "chest" refers to the part of the body below the neck and above the belly. The chest contains many different structures including the ribs, heart, lungs, trachea, esophagus, muscles, lymph nodes, nerves and blood vessels. A problem with any one of these structures can cause pain in the chest. Some of the more common causes of chest pain include: sore muscles, esophageal reflux ("heartburn"), bronchitis, pleurisy and anxiety.
        Sometimes careful examination reveals the source of chest pain, but often it does not. In a private office or emergency department, it may not be possible to find the exact cause of a particular episode of chest pain.

What are the risks?
        Most cases of chest pain get better within 12 to 48 hours and cause no serious medical problems. However, there is always a small chance that the pain may be an early sign of a potentially serious medical problem such as pneumonia, an ulcer or even a heart attack. Serious problems are more likely to occur in people who:

        1. have had previous heart or lung problems,
        2. smoke,
        3. have high blood pressure, high cholesterol or diabetes,
        4. have other family members who have had heart attacks or
        5. are over 50 years old.

Note: If you are being sent home from the office or emergency department, your doctor has already decided that it is very unlikely your current episode of chest pain is the result of a serious medical problem and therefore you do not need to be admitted to the hospital at this time. Your doctor may decide, however, that you need additional tests and/or a repeat examination at a later date.

*INSTRUCTIONS*
1) Rest. Avoid any strenuous physical exertion until after you are feeling better.
2) Don't smoke.
3) Aspirin, ibuprofen (Advil) or acetaminophen (Tylenol) may help ease the pain. WARNING: Do not take these drugs if you are allergic to them. Do not take these drugs if you are already taking a prescription pain medication. DON'T GIVE ASPIRIN TO ANYONE LESS THAN 18 YEARS OLD.
4) SEEK IMMEDIATE MEDICAL ATTENTION if:
        A) the pain (or numbness) spreads into the jaw or arms,
        B) the pain gets worse when you walk or run

*0119407438-D11d601*

# HUNTSVILLE HOSPITAL

**EMERGENCY DEPARTMENT**
**1 Sivley Rd · Huntsville, AL 35801 · 256.265.4433**

Pg 2
Patient: Wilson, Irma Dell
DOB: 6/16/1955
Pt Accnt: 000667167402
Med Rcrd: 00066716

C) you develop vomiting, a fever, black stools, a persistent cough, bleeding or dizziness.
5) CALL AN AMBULANCE if you develop severe chest pain, difficulty breathing, pass out or start to sweat a lot for no apparent reason.

## General Information on HIGH BLOOD PRESSURE (Hypertension)

"High blood pressure" is a common disease in which the pressure inside the blood vessels is too high. Currently, 10% to 15% of all adults in the United States have high blood pressure, and many of them do not know it.

#### What are the risks?
High blood pressure usually develops slowly over years. If left untreated, it will ultimately produce serious medical problems like heart attacks, strokes and kidney failure. On the average, a person with untreated high blood pressure will have their life shortened by 10 to 20 years.

#### How do you tell if you have high blood pressure?
Ordinarily, high blood pressure has no symptoms. It is sometimes called "The Silent Killer". The only way to tell if a person has high blood pressure is to have it checked, preferably on two or more separate occasions. Blood pressure normally goes up and down with daily activity and tends to go up in stressful situations, like being in an emergency room. Most of the time a high blood pressure reading in the emergency room does not mean a person has "high blood pressure".
Blood pressure is expressed as two numbers (like 125/85). A normal blood pressure for an adult is about 120/80.

### INSTRUCTIONS
1) These measures will help lower your blood pressure, help you live longer and make you feel better in general:
    A) DON'T SMOKE! (this is very, very important).
    B) Lose weight (if you are now overweight).
    C) Don't have more than two or three alcoholic drinks per day.
    D) Avoid salt.
    Sometimes this is all that is necessary to treat mild high blood pressure. If you have moderate or severe high blood pressure, you will probably also need to take high blood pressure medicine on a daily basis. There is no permanent cure for most types of high blood pressure.
2) If this is the first time you have been told you may have high blood pressure, make sure to see your private doctor so he can recheck your blood pressure under less stressful conditions. If he finds that you do have "high blood pressure", he will recommend an appropriate treatment.
3) If you are already being treated for high blood pressure, make sure to see your private doctor so he can recheck your blood pressure, change your medication (if necessary) and check for any side effects.
4) SEEK IMMEDIATE MEDICAL ATTENTION if you develop chest pain, difficulty breathing, pain in the arms or neck, a headache, blurred vision, numbness, dizziness or pass out.

## General Information on EMPHYSEMA

Emphysema is a disease that results in the slow destruction of lung tissue. This damage is permanent. In addition, emphysema frequently causes a narrowing of the small air passages in the lungs. This narrowing blocks the normal easy flow of air in and out of the lungs and produces symptoms such as wheezing and shortness of breath.
MOST EMPHYSEMA IS CAUSED BY SMOKING and is therefore preventable.
In spite of this fact, emphysema remains the fifth leading cause of death and the third leading cause of permanent disability in the United States today. Each year about 65,000 people die from emphysema.

#### What are the symptoms?
Emphysema develops slowly over years and may not be noticed at all until a large portions of the lungs have already been destroyed. Once the damage is done, there is no way to correct it.
Early emphysema may present as a nagging cough. If the person continues to smoke, other symptoms develop, such as



*0119140738-016601*

Pg 3

Patient: Wilson, Irma Dell
DOB: 6/16/1955
Pt Accnt: 000667167402
Med Rcrd: 00066716

**HUNTSVILLE HOSPITAL**
EMERGENCY DEPARTMENT
101 Sivley Rd · Huntsville, AL 35801 · 256.265.4433

wheezing and shortness of breath. People with severe emphysema are short of breath all the time.

On a day to day basis, symptoms are sometimes made worse by exposure certain things in the environment, such as pollen, dust, feather pillows and cold air. The common cold also tends to make symptoms worse.

**What can be done?**

STOP SMOKING! With a little luck, this will stop the emphysema from getting any worse. Unfortunately, there is nothing that can be done to replace damaged lung tissue. There are, however, some medications that can help open up the small air passages in the lungs.

**What are the risks?**

Most people with emphysema who come to the emergency room for shortness of breath are treated with medications and do reasonably well. However, these same people do have an increased risk of developing any one of a variety of other serious medical problems, including: pneumonia, cancer, blood clots, strokes and heart attacks.

*INSTRUCTIONS*
1) *** DON'T SMOKE! ***
2) Don't drive when you are short of breath.
3) Take all your medications as prescribed. Don't skip doses.
4) If your breathing starts to gets worse it is usually best to seek medical attention early. If your doctor is not readily available then return to the emergency room.
5) SEEK IMMEDIATE MEDICAL ATTENTION if you develop a fever, vomiting, unusual sleepiness or cough up blood.
6) CALL AN AMBULANCE if you develop severe shortness of breath, chest pain, difficulty speaking or pass out.

Follow-up 1: <u>Your Primary Care Physician</u>

F/U MD Ph: _____
F/U MD Fax _____

Follow-up 1 Date: <u>Call your doctor for an appt. upon disch</u>

Other Instr: <u>it is extremely important you take your blood pressure medications</u>

**EKGs and X-Rays:** If you had an EKG or X-Ray today, it will be formally reviewed by a specialist tomorrow. If there is any change from today's Emergency Department reading, you will be notified. The Radiology films read by the ED Physician are preliminary and will be read by a Radiologist. If there is a discrepancy, the patient and/or their Primary Care Physician will be contacted.

**IMPORTANT NOTICE TO ALL PATIENTS:** The examination and treatment you have received in our Emergency Department have been rendered on an emergency basis only and will not substitute for definitive and ongoing evaluation and medical care. A follow-up physician has been designated for you. It is essential that you make arrangements for follow-up care with that physician as instructed. Report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or disease in a single Emergency Department visit. *Significant changes or worsening in your condition may require more immediate attention. The Emergency Department is always open and available if this becomes necessary.*

*0119410738-016601*

PATIENT STATEMENT OF ACCOUNT

**HUNTSVILLE HOSPITAL**

| PATIENT'S NAME | ACCOUNT NO. | ADMISSION DATE | DISCHARGE DATE | STATEMENT DATE |
|---|---|---|---|---|
| WILSON, IRMA DELL | 000066716-7402 E | 08/20/08 | 08/20/08 | 08/24/08 |

FOR BILLING INFORMATION CALL PATIENT REPRESENTATIVE   PHONE 256/265-9569

IRMA DELL WILSON
207 INDIANA ST SW APT D
HUNTSVILLE, AL 35805-3042

REMIT TO:
HUNTSVILLE HOSPITAL
101 SIVLEY ROAD
HUNTSVILLE        AL 35801-4470

IMPORTANT  PLEASE DETACH & RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR REMITTANCE TO ASSURE PROPER CREDIT

| PATIENT'S NAME | ACCOUNT NO. | STATEMENT DATE | PAGE NO. |
|---|---|---|---|
| WILSON, IRMA DELL | 000066716-7402 | 08/24/08 | 1 |

| SERVICE DATE | REF. NO. | DESCRIPTION | TOTAL AMOUNT | INSURANCE PORTION | PATIENT PORTION |
|---|---|---|---|---|---|
| 08/20/08 | 0014362 | VASOTEC 1.25MG/ML 1ML VIAL | 25.65 | | 25.65 |
| 08/20/08 | 0019915 | TRANDATE INJ. 20ML 5MG/ML | 24.01 | | 24.01 |
| 08/20/08 | 0025597 | INJ,SODIUM CHLORIDE, 0.9% PER | 7.15 | | 7.15 |
| | | QUANTITY OF    5 | | | |
| 08/20/08 | 0017264 | LAB-ROUTINE VENIPUNCTURE (NUR | 13.00 | | 13.00 |
| 08/20/08 | 0001031 | LAB-CPK | 280.00 | | 280.00 |
| | | QUANTITY OF    2 | | | |
| 08/20/08 | 0003119 | LAB-BASIC METABOLIC PANEL | 157.00 | | 157.00 |
| 08/20/08 | 0011102 | LAB-CREATINE KINASE, MB FRACT | 377.00 | | 377.00 |
| | | QUANTITY OF    2 | | | |
| 08/20/08 | 0015535 | LAB-TROPONIN | 168.00 | | 168.00 |
| 08/20/08 | 0021225 | LAB-B NATRIURETIC PEPTIDE | 197.00 | | 197.00 |
| 08/20/08 | 0012091 | LAB-CBC & DIFF, AUTOMATED | 142.50 | | 142.50 |
| 08/20/08 | 0007418 | XR-PORTABLE CHEST | 242.50 | | 242.50 |
| 08/20/08 | 0015940 | ER-MODERATE | 300.00 | | 300.00 |
| 08/20/08 | 0006177 | NIC-ELECTROCARDIOGRAM | 357.00 | | 357.00 |
| | | QUANTITY OF    2 | | | |
| 08/20/08 | 0022649 | IV CATHETHER 20 723381434 | 10.00 | | 10.00 |
| 08/20/08 | 0027827 | EXTENSION SET T 8 W/CLAVE 123 | 15.50 | | 15.50 |
| 08/20/08 | 0002662 | ASPIRIN 325 MG  UD | .51 | | .51 |
| 08/20/08 | 0025941 | NITROL OINT 2% 30GM UD | 7.65 | | 7.65 |
| | | SUB-TOTAL OF CHARGES | 2,324.47 | | 2,324.47 |
| | | TOTAL CHARGES AND INSURANCE | 2,324.47 | | |
| | | PLEASE PAY THIS AMOUNT | | | 2,324.47 |

Rec'd 8.26.08

IMPORTANT

PATIENT COPY

**Huntsville Hospital**
**101 Sivley Rd**
**Huntsville, AL 35801**

Phone: 256-265-4800

Toll Free: 866-661-2761

2084- - 16



IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW.

| Please circle the correct card: | VISA | MasterCard | | |
| CARD NUMBER | | | SEC CODE | AMOUNT |
| SIGNATURE | | | | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
| 11/03/2008 | $2,324.47 | HH2667167402 |
| | SHOW AMOUNT PAID HERE: | $ |

01119AD738- 016601

IRMA DELL WILSON
207 INDIANA STREET APT D
HUNTSVILLE, AL 35805

Huntsville Hospital
101 Sivley Rd
Huntsville, AL 35801

PLEASE DETACH AND RETURN TOP PORTION IF PAYING BY MAIL.

THIRD NOTICE! S5018340

## THIRD NOTICE!

| Date | Patient Name | Description | Amount |
|------|--------------|-------------|--------|
| 08/20/2008 | IRMA DELL WILSON | Emergency Room Charges | $2,324.47 |

**Message:**
We would much rather work with you, please remit payment or contact us today.
We can't hold your account without your cooperation.

If you would like to correspond by email please include your full name and account number in an email to: billingoffice@hhsys.org

**Please Remit Payment To:**
Huntsville Hospital
101 Sivley Rd
Huntsville, AL 35801
Phone: 256-265-4800

S5018340
2084

Se hablas espanol llama 1-866-583-2817 Ext. 120

IRMA DELL WILSON
Account #: HH2667167402
Balance Due: $2,324.47

*To ensure proper credit, please insert this stub with your payment in the enclosed envelope*

## STATEMENT

**EMERGENCY PHYSICIANS GRP H'VILLE**
P.O. BOX 11407 DRW 141
B'HAM AL 35246-0141

527
2030
PAGE 2

| CURRENT | 318.00 | BILLING DATE | 9-19-08 |
|---|---|---|---|
| OVER 30 DAYS | | ACCOUNT NUMBER | 6671602 |
| OVER 60 DAYS | | TOLL FREE PHONE NUMBER | 877-286-3634 |
| OVER 90 DAYS | | CODES | 00-00-001 |
| **BALANCE DUE** 318.00 | | **AMOUNT PAID** | |

*0111940738- 0166601*

6671602/2030//54

IRMA DELL WILSON
207 INDIANA STREET APT D
HUNTSVILLE AL 35805

EMERGENCY PHYSICIANS GRP H'VILLE
P.O. BOX 11407 DRW 141
B'HAM AL 35246-0141

IRMA DELL WILSON

| Date | Patient Name | Attending Physician | Medical Service Rendered | Charge | Credit |
|---|---|---|---|---|---|
| 082008 | IRMA DELL WILSON | WILLIAM LANGSTON MD | EMERGENCY DEPT VISIT | 318.00 | |

**THE ABOVE CHARGES ARE THE PHYSICIAN'S FEES FOR EMERGENCY OR URGENT CARE SERVICES. PLEASE REMIT IMMEDIATELY TO AVOID FURTHER ACTION.**

| Name | Paid Year to Date | | Account | Balance |
|---|---|---|---|---|
| | Insurance | Patient | | |
| EMERGENCY PHYSICIANS GRP H'VILLE | .00 | .00 | 6671602 | 318.00 |

All charges and credits made after the billing date will appear on next month's statement

*Keep for your records*

9.
21.
08

To ensure proper credit, please insert this stub with your payment in the enclosed envelope.

**STATEMENT**

EMERGENCY PHYSICIANS GRP H'VILLE
P.O. BOX 11407 DRW 141
B'HAM AL 35246-0141

527
2030
PAGE 1

| | |
|---|---|
| CURRENT **318.00** | BILLING DATE **9-19-08** |
| OVER 30 DAYS | ACCOUNT NUMBER **6671602** |
| OVER 60 DAYS | TOLL FREE PHONE NUMBER **877-286-3634** |
| OVER 90 DAYS | CODES **00-00-001** |
| **BALANCE DUE CONT'D** | **AMOUNT PAID** |

O 1119HD138-016001
6671602/2030//54

IRMA DELL WILSON
207 INDIANA STREET APT D
HUNTSVILLE AL 35805

EMERGENCY PHYSICIANS GRP H'VILLE
P.O. BOX 11407 DRW 141
B'HAM AL 35246-0141

IRMA DELL WILSON

| Date | Patient Name | Attending Physician | Medical Service Rendered | Charge | Credit |
|---|---|---|---|---|---|

THE AMOUNT SHOWN BELOW IS DUE NOW.  INSURANCE HAS NOT BEEN FILED
FOR THESE SERVICES.  IF YOU HAVE COVERAGE, PLEASE COMPLETE THIS
FORM, SIGN AT THE AUTHORIZATION AND RETURN IT TO US IN THE ENCLOSED
ENVELOPE.

INSURANCE COMPANY NAME:  *Do not have any health*
INSURANCE CO. ADDRESS:  *insurance living on*
CITY, STATE, ZIP CODE:
POLICY HOLDER EMPLOYER:  *a fixed-income.*
NAME POLICY ISSUED TO:
INSURANCE CONTRACT#:  GROUP#
SIGNATURE:  *(12.11.09) Irma D. Wilson*

THE ABOVE CHARGES ARE THE PHYSICIAN'S FEES FOR EMERGENCY OR URGENT CARE
SERVICES.  PLEASE REMIT IMMEDIATELY TO AVOID FURTHER ACTION.

| Name | Paid Year to Date | | Account | Balance |
|---|---|---|---|---|
| | Insurance | Patient | | |
| EMERGENCY PHYSICIANS GRP H'VILLE | .00 | .00 | 6671602 | CONT'D |

Rec'd
9/
2/1/
08

All charges and credits made after the billing date will appear on next month's statement

*Keep for your records*

STATEMENT

# Radiology
OF HUNTSVILLE
2006 Franklin Street, Suite 200
Huntsville AL 35801

CHECK CREDIT CARD USED FOR PAYMENT AND FILL OUT BELOW

Patient: **IRMA D WILSON**

Phone: 256/539-0457

AMOUNT PAID

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 10/07/2008 | 667167402 | $16.00 |

01119A0138-016601

1277 1 AT 0.346 *8            01277

Irma D Wilson    667167402
207 Indiana Street SW Apt D
Huntsville AL 35805-3042

**MAKE CHECK PAYABLE & REMIT TO:**

Radiology of Huntsville
Suite 200
2006 Franklin Street
Huntsville AL 35801

RADHUNT1-0171121-0001277-1174877-001-000322-#001451

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

⟶ DETACH HERE ⟵ **AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED**

| DATE | DOCTOR | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|
| 08/20/08 | SMITH, MICHAEL D    71010 | CHEST XRAY PA /RH-65244 | $16.00 |
|  | BALANCE IS NOW DUE. |  |  |

Any questions regarding this statement, please call 256/539-0457

**BALANCE DUE: $16.00**

| Patient: **IRMA D WILSON** | Account Number: **667167402** | Statement Date: **10/07/2008** |
|---|---|---|
| Location: **HUNTSVILLE HOSPITAL** | Referring Physician: **SQUYRES, NYLA SHERRIE** | |

PLEASE NOTE THAT WE NOW ACCEPT MASTERCARD
AND VISA

Radiology of Huntsville
Suite 200
2006 Franklin Street
Huntsville AL 35801
Phone: 256/539-0457

10/10/08

RADHUNT1-0171121-0001277-1174877-001-000322-#001451



**HUNTSVILLE HOSPITAL**

EMERGENCY DEPARTMENT

Rx 1 Printed: 8/20/2008 1323     DOB: 6/16/1955     Age: 53yr
Pt Weight: 99.8 kg (220 lbs)

Patient: Wilson, Irma Dell
Mailing Address: 207 Indiana Street Apt D
Mailing Other: *
City: Huntsville     State: AL   Zip: 35805
Home Ph: 2564177175

Rx 1: Albuterol Inhaler
Dose/Conc: 90mcg/inh
Freq/Rte: 2 to 4 puffs every 4 to 6 hours as needed
Disp: 17g canister     Refill: 0

MD ED: Langston, William M.D.     MD ED NPI: 1013903640
MD Lic: Md.26726     MD DEA: BL9259513

X_____
(Dispense as Written)

X_____
(Product Selection Permitted)

**HUNTSVILLE HOSPITAL**

EMERGENCY DEPARTMENT

Rx 2 Printed: 8/20/2008 1323     DOB: 6/16/1955     Age: 53yr
Pt Weight: 99.8 kg (220 lbs)

Patient: Wilson, Irma Dell
Mailing Address: 207 Indiana Street Apt D
Mailing Other: *
City: Huntsville     State: AL   Zip: 35805
Home Ph: 2564177175

Rx 2: Ativan Tablets (lorazepam)
Dose/Conc: 0.5mg
Freq/Rte: 1 tablet by mouth three times a day as needed
Disp: #15(fifteen) tablets     Refill: zero

MD ED: Langston, William M.D.     MD ED NPI: 1013903640
MD Lic: Md.26726     MD DEA: BL9259513

X_____
(Dispense as Written)

X_____
(Product Selection Permitted)



**HUNTSVILLE HOSPITAL**

EMERG     VOID



**HUNTSVILLE HOSPITAL**

EMERGE     VOID

Admitted Huntsville Hospital
August 20, 2008

VOID                    VOID

Prescription for my Albuterol Inhaler.
01119410738-016601

VOID                    VOID

*0119940738 - 016601*

## WILSON, IRMA

Rx #: 7087267
Date: 08/21/2008

If you have any questions, please feel free to contact your pharmacist at (256) 852-1323
or LANGSTON, WILLIAM at (256) 265-8137

**Directions :  INHALE TWO TO FOUR PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED**

## ALBUTEROL INH 90MCG AER                                    7

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking monoamine oxidase inhibitors (such as furazolidone, isocarboxazid, linezolid, moclobemide, phenelzine, selegiline, or tranylcypromine), entacapone, tolcapone, digoxin, beta-blockers (such as atenolol or propranolol), diuretics (such as furosemide or hydrochlorothiazide), or tricyclic antidepressants (such as amitriptyline or imipramine). If you are currently taking any of the medicines mentioned above, tell your doctor or pharmacist before starting this medicine. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including heart problems, irregular heartbeat, high blood pressure, thyroid problems, diabetes, seizures, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**OVERDOSE:** IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms of overdose may include chest pain; fast or irregular heartbeat; seizures; severe or persistent dizziness or headache; and severe or persistent nervousness, tremor, or trouble sleeping.

**PATIENT-ORIENTED DISCLAIMER:** The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.



CONTENTS: Each canister contains a microcrystalline suspension of albuterol in propellant trichloromonofluoromethane and dichlorodifluoromethane with oleic acid. Each actuation delivers 100 mcg of albuterol from the valve and 90 mcg of albuterol from the mouthpiece.

Attention Pharmacist: Detach patient's leaflet of instructions from the package insert and dispense with inhaler.

**ARMSTRONG**
Pharmaceuticals, Inc.

NDC 17270-721-01

WAL★MART PHARMACY

2200 SPARKMAN DRIVE
HUNTSVILLE, AL 35811      (256) 8

Rx 7087267          CWS        08/21/20
WILSON, IRMA
207 INDIANA ST. HSV, AL 35805
INHALE TWO TO FOUR PUFFS BY MOU
EVERY 4 TO 6 HOURS AS NEEDED

ALBUTEROL INH 90MCG AER ARMSTR
QTY 17
LANGSTON, WILLIAM
No Refills - Dr. Must Authorize
Thank You for Your Business

Rx362

available in the US until
**December, 2008**
in compliance with US

Shake

Database Edition 83. Information Expires 10/16/2008

**WAL★MART PHARMACY**    (256) 852-1323
2200 SPARKMAN DRIVE
HUNTSVILLE, AL 35811 -0000

WILSON, IRMA                    08/21/2008    NEW
207 INDIANA ST  HSV, AL 35805
RX: 7087267    Ref # 0    QTY: 17    DAW: 0    DS: 7
NDC: 17270-0721-01    ALBUTEROL INH 90MCG AER ARM
LANGSTON, WILLIAM                    NABP: 0123529

Patient Pay        $19.56

**WAL★MART PHARMACY**    (256) 852-1323
2200 SPARKMAN DRIVE
HUNTSVILLE, AL 35811 -0000

WILSON, IRMA                    08/21/2008    NEW
207 INDIANA ST  HSV, AL 35805
RX: 7087267    Ref # 0    QTY: 17    DAW: 0    DS: 7
NDC: 17270-0721-01    ALBUTEROL INH 90MCG AER ARM
LANGSTON, WILLIAM                    NABP: 0123529

Patient Pay        $19.56

*0119N0438-016601*

**, WILSON, IRMA**

Rx #: 7087267    If you have any questions, please feel free to contact your pharmacist at (256) 852-1323
Date: 08/21/2008    or LANGSTON, WILLIAM  at (256) 265-8137

Directions : **INHALE TWO TO FOUR PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED**

# ALBUTEROL INH 90MCG AER                                               7

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking monoamine oxidase inhibitors (such as furazolidone, isocarboxazid, linezolid, moclobemide, phenelzine, procarbazine, selegiline, or tranylcypromine), entacapone, tolcapone, digoxin, beta-blockers (such as atenolol or propranolol), diuretics (such as furosemide or hydrochlorothiazide), or tricyclic antidepressants (such as amitriptyline or imipramine). If you are currently taking any of the medicines mentioned above, tell your doctor or pharmacist before starting this medicine. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including heart problems, irregular heartbeat, high blood pressure, thyroid problems, diabetes, seizures, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

OVERDOSE: IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms of overdose may include chest pain; fast or irregular heartbeat; seizures; severe or persistent dizziness or headache; and severe or persistent nervousness, tremor, or trouble sleeping.

PATIENT-ORIENTED DISCLAIMER: The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.



Idatabase Edition: 63. Information Expires 10/16/2008

WAL★MART (256) 852-1323
PHARMACY 2200 SPARKMAN DRIVE
HUNTSVILLE, AL 35811 -0000

WILSON, IRMA                08/21/2008    NEW
207 INDIANA ST  HSV, AL 35805
RX: 7087267    Ref # 0    QTY: 17    DAW: 0    DS: 7
NDC: 17270-0721-01    ALBUTEROL INH 90MCG AER ARM
LANGSTON, WILLIAM        NABP: 0123529

Patient Pay        $19.56

WAL★MART (256) 852-1323
PHARMACY 2200 SPARKMAN DRIVE
HUNTSVILLE, AL 35811 -0000

WILSON, IRMA                08/21/2008    NEW
207 INDIANA ST  HSV, AL 35805
RX: 7087267    Ref # 0    QTY: 17    DAW: 0    DS: 7
NDC: 17270-0721-01    ALBUTEROL INH 90MCG AER ARM
LANGSTON, WILLIAM        NABP: 0123529

Patient Pay        $19.56

*Cost of my Albuterol Inhaler $19.56*

**Bronchodilator Aerosol**
*(continued)*

**DOSAGE:** Use only as directed by your doctor.

**WARNINGS: The action of Albuterol Inhalation Aerosol may last up to 6 hours or longer. Albuterol Inhalation Aerosol should not be used more frequently than recommended. Do not increase the dose or frequency of Albuterol Inhalation Aerosol without consulting your doctor. If you find that treatment with Albuterol Inhalation Aerosol becomes less effective for symptomatic relief, your symptoms become worse, and/or you need to use the product more frequently than usual, you should seek medical attention immediately. While you are using Albuterol Inhalation Aerosol, other inhaled drugs and asthma medicines should be used only as directed by your doctor.**

Contents Under Pressure. Do not puncture. Do not use or store near heat or open flame. Exposure to temperatures above 120°F may cause bursting. Never throw container into fire or incinerator. Keep out of reach of children. Avoid spraying in eyes.

**Store between 15° - 30°C (59°- 86°F). As with most inhaled medications in aerosol canisters, the therapeutic effect of this medication may decrease when the canister is cold; for best results, the canister should be at room temperature before use.**

**Shake well before using.**

**Note:** The indented statement below is required by the Federal government Clean Air Act for all products containing chlorofluorocarbons (CFC's).

> This product contains trichloromonofluoromethane and dichlorodifluoromethane (CFC's), substances which harm the environment by depleting ozone in the upper atmosphere.

Your doctor has determined that this product is likely to help your personal health. USE THIS PRODUCT AS DIRECTED, UNLESS INSTRUCTED TO DO OTHERWISE BY YOUR DOCTOR. If you have any questions about alternatives, consult your doctor.

**Manufactured by**

ARMSTRONG
Pharmaceuticals, Inc.

Armstrong Pharmaceuticals, Inc.
West Roxbury, MA 02132
An Amphastar Company
Rev. 10/06 F068C

PHARMACIST-DETACH HERE AND GIVE INSTRUCTIONS TO PATIENT. THIS LEAFLET SHOULD ACCOMPANY EACH ALBUTEROL INHALATION AEROSOL DISPENSED

maximum recommended daily inhalation dose for adults on a mg/m² basis, or, approximately 8, 38, and 150 times, respectively, the maximum recommended daily inhalation dose in children on a mg/m² basis). In another study this effect was blocked by the coadministration of propranolol, a non-selective beta-adrenergic antagonist. In an 18-month study in CD-1 mice, albuterol sulfate showed no evidence of tumorigenicity at dietary doses of up to 500 mg/kg (approximately 1700 times the maximum recommended daily inhalation dose for adults on a mg/m² basis, or, approximately 800 times the maximum recommended daily inhalation dose for children on a mg/m² basis). In a 22-month study in the Golden hamster, albuterol sulfate showed no evidence of tumorigenicity at dietary doses of up to 50 mg/kg (approximately 225 times the maximum recommended daily inhalation dose for adults on a mg/m² basis, or, approximately 110 times the maximum recommended daily inhalation dose for children on a mg/m² basis).

Albuterol sulfate was not mutagenic in the Ames test with or without metabolic activation using tester strains *S. typhimurium* TA1537, TA1538, and TA98 or *E. Coli* WP2, WP2uvrA, and WP67. No forward mutation was seen in yeast strain *S. cerevisiae* S9 nor any mitotic gene conversion in yeast strain *S. cerevisiae* JD1 with or without metabolic activation. Fluctuation assays in *S. typhimurium* TA98 and *E. Coli* WP2, both with metabolic activation, were negative. Albuterol sulfate was not clastogenic in a human peripheral lymphocyte assay or in an AH1 strain mouse micronucleus assay at intraperitoneal doses of up to 200 mg/kg.

Reproduction studies in rats demonstrated no evidence of impaired fertility at oral doses of up to 50 mg/kg (approximately 340 times the maximum recommended daily inhalation dose for adults on a mg/m² basis).

**Pregnancy: Teratogenic Effects: Pregnancy Category C:** Albuterol sulfate has been shown to be teratogenic in mice. A study in CD-1 mice at subcutaneous (sc) doses of 0.025, 0.25, and 2.5 mg/kg (approximately 2/25, 1.0, and 8.0 times, respectively, the maximum recommended daily inhalation dose for adults on a mg/m² basis), showed cleft palate formation in 5 of 111 (4.5%) fetuses at 0.25 mg/kg and in 10 of 108 (9.3%) fetuses at 2.5 mg/kg. The drug did not induce cleft palate formation at the lowest dose, 0.025 mg/kg. Cleft palate also occurred in 22 of 72 (30.5%) fetuses from females treated with 2.5 mg/kg of isoproterenol (positive control) sc (approximately 8 times the maximum recommended daily inhalation dose for adults on a mg/m² basis).

A reproduction study in Stride Dutch rabbits revealed cranioschisis in 7 of 19 (37%) fetuses when albuterol sulfate was administered orally at a 50 mg/kg dose (approximately 680 times the maximum recommended daily inhalation dose for adults on a mg/m² basis). There are no adequate and well-controlled studies in pregnant women. Albuterol should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

During worldwide marketing experience, various congenital anomalies, including cleft palate and limb defects, have been rarely reported in the offspring of patients being treated with albuterol. Some of the mothers were taking multiple medications during their pregnancies. No consistent pattern of defects can be discerned, and a relationship between albuterol use and congenital anomalies has not been established.

**Use in Labor and Delivery:** Because of the potential for beta-agonist interference with uterine contractility, use of albuterol for relief of bronchospasm during labor should be restricted to those patients in whom the benefits clearly outweigh the risk.

**Tocolysis:** Albuterol has not been approved for the management of preterm labor. The benefit:risk ratio when albuterol is administered for tocolysis has not been established. Serious adverse reactions, including maternal pulmonary edema, have been reported during or following treatment of premature labor with $beta_2$-agonists, including albuterol.

**Nursing Mothers:** It is not known whether this drug is excreted in human milk. Because of the potential for tumorigenicity shown for albuterol in some animal studies, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:** Safety and effectiveness in pediatric patients below 4 years of age have not been established.

**ADVERSE REACTIONS:** The adverse reactions to albuterol are similar in nature to reactions to other sympathomimetic agents, although the incidence of certain cardiovascular effects is lower with albuterol.

**Percent Incidence of Adverse Reactions in Patients ≥ 12 Years of Age in a 13-Week Clinical Trial***

| | Percent Incidence | |
|---|---|---|
| **Reaction** | **Albuterol** | **Isoproterenol** |
| Tremor | <15% | <15% |
| Nausea | <15% | <15% |
| Tachycardia | 10% | 10% |
| Palpitations | <10% | <15% |
| Nervousness | <10% | <15% |
| Increased Blood Pressure | <5% | <5% |
| Dizziness | <5% | <5% |
| Heartburn | <5% | <5% |

* A 13-week double-blind study compared albuterol and isoproterenol inhalation aerosols in 147 asthmatic patients.

**Percent Incidence of Adverse Reactions in Children 4 to 11 Years of Age in a 12-Week Trial***

| Reaction | | Percent Incidence |
|---|---|---|
| Central Nervous System | | |
| | Headache | 3% |
| | Nervousness | 1% |
| | Lightheadedness | <1% |
| | Tremor | <1% |
| | Agitation | 1% |
| | Nightmares | 1% |
| | Hyperactivity | 1% |
| | Aggressive Behavior | 1% |
| Gastrointestinal | | |
| | Nausea and/or Vomiting | 6% |
| | Stomachache | 3% |
| | Diarrhea | 1% |
| Oropharyngeal | | |
| | Throat Irritation | 6% |
| | Discoloration of Teeth | 1% |
| Respiratory | | |
| | Epistaxis | 3% |
| | Cough | 2% |
| Musculoskeletal | | |
| | Muscle Cramp | 1% |

* A 12-week double-blind trial in 104 patients aged 4 to 11 years.

0111940738-016601

Cases of urticaria, angioedema, rash, bronchospasm, hoarseness, oropharyngeal edema, and arrhythmias (including atrial fibrillation, supraventricular tachycardia, extrasystoles) have been reported after the use of albuterol inhalation aerosol.

In addition, albuterol, like other sympathomimetic agents, can cause adverse reactions such as hypertension, angina, vertigo, central nervous system stimulation, sleeplessness, and unusual taste.

**OVERDOSAGE:** The expected symptoms with overdosage are those of excessive beta-adrenergic stimulation and/or occurrence or exaggeration of any of the symptoms listed under ADVERSE REACTIONS, e.g., seizures, angina, hypertension, hypotension, tachycardia with rates up to 200 beats/minute, arrhythmias, nervousness, headache, tremor, dry mouth, palpitation, nausea, dizziness, fatigue, malaise, and sleeplessness. Hypokalemia may also occur.

As with all sympathomimetic aerosol medications, cardiac arrest and even death may be associated with abuse of Albuterol Inhalation Aerosol. Treatment consists of discontinuation of Albuterol Inhalation Aerosol together with appropriate symptomatic therapy. The judicious use of a cardioselective beta-receptor blocker may be considered, bearing in mind that such medication can produce bronchospasm. There is insufficient evidence to determine if dialysis is beneficial for overdosage of Albuterol Inhalation Aerosol.

The oral median lethal dose of albuterol sulfate in mice is greater than 2000 mg/kg (approximately 6800 times the maximum recommended daily inhalation dose for adults on a mg/m² basis, or, approximately 3200 times the maximum recommended daily inhalation dose for children on a mg/m² basis). In mature rats, the sc median lethal dose of albuterol sulfate is approximately 450 mg/kg (approximately 3000 times the maximum recommended daily inhalation dose for adults on a mg/m² basis, or, approximately 1400 times the maximum recommended daily inhalation dose for children on a mg/m² basis). In small young rats, the sc median lethal dose of albuterol sulfate is approximately 2000 mg/kg (approximately 14,000 times the maximum recommended daily inhalation dose for adults on a mg/m² basis, or, approximately 6400 times the maximum recommended daily inhalation dose for children on a mg/m² basis). The inhalation median lethal dose has not been determined in animals.

**DOSAGE AND ADMINISTRATION:** For treatment of acute episodes of bronchospasm or prevention of asthmatic symptoms, the usual dosage for adults and pediatric patients 4 years and older is two inhalations repeated every four to six hours; in some patients, one inhalation every four hours may be sufficient. More frequent administration or a larger number of inhalations are not recommended. It is recommended to "test spray" Albuterol Inhalation Aerosol into the air before using for the first time and in cases where the aerosol has not been used for a prolonged period of time.

The use of Albuterol Inhalation Aerosol can be continued as medically indicated to control recurring bouts of bronchospasm. During this time most patients gain optimal benefit from regular use of the inhaler. Safe usage for periods extending over several years has been documented.

If a previously effective dosage regimen fails to provide the usual response, this may be a marker of destabilization of asthma and requires reevaluation of the patient and the treatment regimen, giving special consideration to the possible need for anti-inflammatory treatment, e.g., corticosteroids.

**Exercise-Induced Bronchospasm Prevention:** The usual dosage for adults and pediatric patients 4 years and older is two inhalations 15 minutes before exercise.

For treatment, see above.

**HOW SUPPLIED:** Albuterol Inhalation Aerosol is supplied in 17 g canisters containing 200 metered inhalations (NDC 17270-721-01) in boxes of one. Each actuation delivers 108 mcg of albuterol from the valve and 90 mcg of albuterol from the mouthpiece. Each canister is supplied with a blue oral adapter and patient's instructions. Also available, Albuterol Inhalation Aerosol Refill with patient's instructions (NDC 17270-721-02).

**The blue adapter supplied with Albuterol Inhalation Aerosol should not be used with any other product canisters, and the adapters from other products should not be used with an Albuterol Inhalation Aerosol canister. The correct amount of medication in each canister cannot be assured after 200 actuations, even though the canister is not completely empty. The canister should be discarded when the labeled number of actuations have been used.**

**Store between 15°-30°C (59°-86°F). As with most inhaled medications in aerosol canisters, the therapeutic effect of this medication may decrease when the canister is cold; for best results, the canister should be at room temperature before use.**

**Shake well before using.**

**Note:** The indented statement below is required by the Federal government Clean Air Act for all products containing chlorofluorocarbons (CFC's).

> **WARNING:** This product contains trichloromonofluoro-methane and dichlorodifluoromethane (CFC's), substances which harm public health and environment by destroying ozone in the upper atmosphere.

A notice similar to the above warning has been placed in the patient instruction leaflet of this package insert pursuant to the regulations of the U.S. Environmental Protection Agency (EPA). The patient's warning states that the patient should consult his or her physician if there are questions about alternatives.

**Rx only.**

**Manufactured by**

ARMSTRONG
Pharmaceuticals, Inc.

Armstrong Pharmaceuticals, Inc.
West Roxbury, MA 02132
An Amphastar Company
Rev. 10/06 F068C

**Edward Westbrook**

From:    DEBdb_ECF_Reply@deb.uscourts.gov
Sent:    Friday, February 27, 2009 3:21 PM
To:      dummail@deb.uscourts.gov
Subject: Ch-11 01-01139-JKF W.R. GRACE & CO. Response (B)

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from BAM, entered on 2/27/2009 at 3:16 PM EST and filed on 2/27/2009
**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**    01-01139-JKF
**Document Number:** 20865

**Docket Text:**
Response *US ZAI Attic Insulation Claims.* Filed by Barbara Prokopich (BAM)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**T:\Bmag\11139-P.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/27/2009] [FileNumber=7003610-0]

[4bceb65b51178a15b226d2ba44fda79a3bc5e76e2048d5c235235b43b107f59aef6c
574371d981afb2749835ff7b2d19b6a5cbde813dd100b500340ac4e8af92]]

**01-01139-JKF Notice will be electronically mailed to:**

Francis J.
fmurphy@msllaw.com

Eric B. Abramson on behalf of Interested Party Asbestos Claimants
eabramson@serlinglaw.com

Peter M. Acton on behalf of Creditor Town of Acton, Massachusetts
pacton@nutter.com

David G. Aelvoet on behalf of Attorney Linebarger Goggan Blair & Sampson, LLP
davida@publicans.com

Jonathan Holmes Alden on behalf of Interested Party Florida Department of Environmnetal Protection
jonathan.alden@dep.state.fl.us, syndic.l.kinsey@dep.state.fl.us

Elihu Ezekiel Allinson, III on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Julie A. Ardoin on behalf of Attorney Julie Ardoin
dlawless@ardoinlawfirm.com

Thomas V. Askounis on behalf of Attorney Askounis & Borst, P.C.
taskounis@askounisdarcy.com

Jonathan David Berger on behalf of Interested Party Asbestos Claimants
jdberger@bm.net

Scott R. Bickford on behalf of Plaintiff Asbestos Plaintiffs (Claimants)
usbc@mbfirm.com

Ian Connor Bifferato on behalf of Creditor Royal Insurance Company
cbifferato@bglawde.com, jrandolph@bglawde.com

Mark S. Bostick on behalf of Attorney The Wartnick Law Firm
mbostick@wendel.com

William Pierce Bowden on behalf of Creditor Macerich Fresno Limited Partnership
wbowden@ashby-geddes.com

Kay Diebel Brock on behalf of Creditor Texas Comptroller Of Public Accounts
bk-kbrock@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Charles J. Brown on behalf of Appellant Mechanic's Lien Claimants
cbrown@archerlaw.com

(Please Be Fair)    (1)                01-1139 JKF

Dear Kind Sir:                    2-18-09

    Writing to inform you of My Filing with
Clerk of Crt , United States Bankruptcy Court
824 N. Market St. 3rd Floor Wilmington Delware
                                    19801
    I have dually Been damaged By the
Materials named in this Bankruptcy, Big time.
I'm 65 Suffer From Vivid Sinuses, Coughing
and 83 year old Son Crippled in Weel Chair
has Breathing problems not Related to his
immediate Disease o We've been getting awful Long
Headaches and Flu like Symptoms La a while.
while o
    I am Forwarding My Info to attorney Here
Below plus Materials and Samples, Costs.
    Darrell W. Scott. Esq.     Class
    The Scott Law Group , PS   Counsel
    926 W Sprague Avenue       To
    Chronicle Bldg, Ste 583    Represent Me.
    Spokane, WA.    99201

(2)

2-18-09

Ceilings and Walls of this Mobile Home
aged 1978 Bainbridge 1466 Footage!
    Q outer of Neighbor who is a Licensed
Carpenter said it will take approximately
200 Man hours + Costing Me range of $12,140. (minimum)
plus Medical Damages range reasonable $3,000.
    We are Very sure of Our dangerous
Surrounding Both Zonolite products, asbestos,
Vermiculite Insulation. We had 3 pets dy from
Cancer living inside Our House, We always are probably
Next! How does one Fix that ???
                (Carpenter)
    Mr. Mark Wheeler will Be Glad to Furnish
More Info on Replacement of Harming Materials
Not Included above!! Mr. Shaw
    On top of this Real Estate Man who is
deceased Died Mysteriously who had been Trying
to Replace Materials in the Ceilings and had always
Been in Good Health. Vermiculite Floors Materials are
and will b Sent to Darrell W. Scott. Zonolite and
asbestos in Baggies (an Air Tight Containing). We Really
Need Courts Open Eyes on this
this My Home !!! Sacred

Barbara Prokopich
P.O. Box 62
Mead, WA, 99021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | **NOTICE OF CLASS CERTIFICATION** |
| | ) | **AND PROPOSED SETTLEMENT** |
| | ) | **WITH W. R. GRACE & CO. AND** |
| | ) | **AFFILIATED DEBTORS** |

**TO:    ALL HOLDERS OF ZONOLITE ATTIC INSULATION CLAIMS IN THE UNITED STATES (US ZAI CLAIMS)**

This Notice is being issued pursuant to an Order of the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") and Rule 23 of the Federal Rules of Civil Procedure. The purpose of this Notice is to inform you of: (1) the certification of a class action (the "<u>Class</u>") of holders of US ZAI Claims (defined below); (2) a proposed settlement by the Class with W. R. Grace & Co. and its affiliated debtor companies (collectively, the "<u>Debtors</u>" or "<u>W. R. Grace</u>"); (3) your right to exclude yourself from the Class; (4) your right, if you do not exclude yourself from the Class, to comment on the proposed settlement, and (5) a hearing scheduled for April 1, 2009 at 10:30 a.m. at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801, to consider approval of the proposed settlement. You are being informed of these matters so that you may make appropriate decisions concerning the steps you may wish to take concerning your claim.

**PLEASE READ THIS NOTICE CAREFULLY IN ITS ENTIRETY. YOUR LEGAL RIGHTS MAY BE AFFECTED BY THESE LEGAL PROCEEDINGS AND THE PROPOSED SETTLEMENT WHICH IS DISCUSSED HEREIN.**

1