IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 24th day of March, 2009, a copy of the **Objections and Responses of Maryland Casualty Company to Joinder of Mary A. Doney in the Debtors;, Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to MCC for the Production of Documents** was served upon the following counsel.

**BY HAND DELIVERY**

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**VIA TELEFAX AND U.S. MAIL**

David M. Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Philip Bentley, Esq.
Douglas Manual, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Roger Frankel, Esq.
Richard H. Wryon, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

Dated: March 24, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141

OF COUNSEL:
Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Counsel for Maryland Casualty Company

#673111

2