IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF CNA COMPANIES' OBJECTIONS AND RESPONSES TO BNSF RAILWAY COMPANY'S SECOND AND SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION

PLEASE TAKE NOTICE that on March 24, 2009, copies of *CNA Companies' Objections and Responses to BNSF Railway Company's Second and Supplemental Request for Production of Documents and Requests for Admission* was served in the manner indicated upon the following:

**VIA E-MAIL and FEDERAL EXPRESS**
Pepper Hamilton LLP
Edward C. Toole, Jr., Esquire
Linda J. Casey, Esquire
18th & Arch Streets
Philadelphia, PA 19103
toolee@pepperlaw.com
caseyl@pepperlaw.com

**VIA E-MAIL and HAND DELIVERY**
Pepper Hamilton LLP
Evelyn J. Meltzer, Esquire
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
meltzere@pepperlaw.com

ROSENTHAL MONHAIT & GODDESS, P.A.

By: *Carmella P. Keener*
Carmella P. Keener (Bar No. 2810)
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

-and-

GOODWIN PROCTER LLP
 Daniel M. Glosband (*pro hac vice*)
 Brian H. Mukherjee (*pro hac vice*)
 Goodwin Procter LLP
 Exchange Place
 Boston, MA 02109
 Telephone (617) 570-1000
 Facsimile (617) 523-1231

   -and-

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
 Elizabeth DeCristofaro (*pro hac vice*)
 Wall Street Plaza, 23rd Floor
 New York, NY 10005
 Telephone (212) 269-4900
 Facsimile (212) 344-4294

 *Counsel for Continental Casualty Company,*
 *Continental Insurance Company*
 *and their affiliated companies*