IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.,* | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

### NOTICE OF SERVICE OF CNA COMPANIES' OBJECTIONS AND RESPONSES TO MARY A. DONEY'S FIRST REQUEST TO CNA FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that on March 24, 2009, copies of *CNA Companies' Objections and Responses to Mary A. Doney's First Set of Interrogatories to CNA* was served in the manner indicated upon the following:

**VIA E-MAIL AND DELIVERY**
Landis Rath & Cobb LLC
Adam G. Landis
Kerri K. Mumford
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mumford@lrclaw.com
parikh@lrclaw.com

**VIA E-MAIL AND FEDERAL EXPRESS**
Cohn Whitesell & Goldberg LLP
Daniel C. Cohn
Christopher M. Candon
101 Arch Street
Boston, MA 02110
cohn@cwg11.com
candon@cwg11.com

ROSENTHAL MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (Bar No. 2810)
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

-and-

GOODWIN PROCTER LLP
    Daniel M. Glosband (*pro hac vice*)
    Brian H. Mukherjee (*pro hac vice*)
    Goodwin Procter LLP
    Exchange Place
    Boston, MA 02109
    Telephone (617) 570-1000
    Facsimile (617) 523-1231

-and-

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
    Elizabeth DeCristofaro (*pro hac vice*)
    Wall Street Plaza, 23rd Floor
    New York, NY 10005
    Telephone (212) 269-4900
    Facsimile (212) 344-4294

    *Counsel for Continental Casualty Company,*
    *Continental Insurance Company*
    *and their affiliates*