IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

NOTICE OF SERVICE OF CNA COMPANIES' OBJECTIONS
AND RESPONSES TO MARY A. DONEY'S FIRST
SET OF INTERROGATORIES TO CNA

PLEASE TAKE NOTICE that on March 24, 2009, copies of *CNA Companies' Objections and Responses to Mary A. Doney's First Set of Interrogatories to CNA* was served in the manner indicated upon the following:

**VIA E-MAIL AND DELIVERY**
Landis Rath & Cobb LLC
Adam G. Landis
Kerri K. Mumford
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mumford@lrclaw.com
parikh@lrclaw.com

**VIA E-MAIL AND FEDERAL EXPRESS**
Cohn Whitesell & Goldberg LLP
Daniel C. Cohn
Christopher M. Candon
101 Arch Street
Boston, MA 02110
cohn@cwg11.com
candon@cwg11.com

ROSENTHAL MONHAIT & GODDESS, P.A.

By: *Carmella P. Keener*
Carmella P. Keener (Bar No. 2810)
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

-and-

        GOODWIN PROCTER LLP
            Daniel M. Glosband (*pro hac vice*)
            Brian H. Mukherjee (*pro hac vice*)
            Goodwin Procter LLP
            Exchange Place
            Boston, MA 02109
            Telephone (617) 570-1000
            Facsimile (617) 523-1231

                  -and-

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
            Elizabeth DeCristofaro (*pro hac vice*)
            Wall Street Plaza, 23rd Floor
            New York, NY 10005
            Telephone (212) 269-4900
            Facsimile (212) 344-4294

            *Counsel for Continental Casualty Company,*
            *Continental Insurance Company*
            *and their affiliates*