# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.*, ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |

## NOTICE OF SERVICE OF CNA COMPANIES' OBJECTIONS AND RESPONSES TO VERN BYINGTON'S FIRST REQUEST TO CNA FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that on March 24, 2009, copies of *CNA Companies' Objections and Responses to Vern Byington's First Request to CNA for Production of Documents* was served in the manner indicated upon the following:

| **VIA E-MAIL AND DELIVERY** | **VIA E-MAIL AND FEDERAL EXPRESS** |
|---|---|
| Landis Rath & Cobb LLC | Cohn Whitesell & Goldberg LLP |
| Adam G. Landis | Daniel C. Cohn |
| Kerri K. Mumford | Christopher M. Candon |
| 919 Market Street, Suite 1800 | 101 Arch Street |
| Wilmington, DE 19801 | Boston, MA 02110 |
| landis@lrclaw.com | cohn@cwg11.com |
| mumford@lrclaw.com | candon@cwg11.com |
| parikh@lrclaw.com | |

ROSENTHAL MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (Bar No. 2810)
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

-and-

GOODWIN PROCTER LLP
    Daniel M. Glosband (*pro hac vice*)
    Brian H. Mukherjee (*pro hac vice*)
    Goodwin Procter LLP
    Exchange Place
    Boston, MA 02109
    Telephone (617) 570-1000
    Facsimile (617) 523-1231

-and-

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
    Elizabeth DeCristofaro (*pro hac vice*)
    Wall Street Plaza, 23rd Floor
    New York, NY 10005
    Telephone (212) 269-4900
    Facsimile (212) 344-4294

    *Counsel for Continental Casualty Company,*
    *Continental Insurance Company*
    *and their affiliates*