IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related Docket Nos. 20842, 20981, 21077** |

**Hearing Date:  April 1, 2009 at 9 a.m./Agenda No. 9**

## DEBTORS' MOTION FOR LEAVE TO FILE REPLY IN OPPOSITION TO ANDERSON MEMORIAL'S LIMITED OBJECTION TO ZAI CLAIMANTS' MOTION FOR FINAL APPROVAL OF THE U.S. ZAI CLASS SETTLEMENT AND ANDERSON MEMORIAL'S MOTION TO DEFER AND CONSOLIDATE WITH CONFIRMATION

The Debtors hereby request authority, pursuant to Del.Bankr.LR 9006-1(d), to file

a reply in opposition to *Anderson Memorial's Limited Objection To ZAI Claimants' Motion For*

*Final Approval Of The U.S. ZAI Class Settlement And Anderson Memorial's Motion To Defer*

*And Consolidate With Confirmation.*

On January 16, 2009, this Court entered an order preliminarily approving the U.S.

ZAI Class Settlement (Dkt. No. 20535).  Thereafter, on February 25, 2009, the ZAI Claimants

filed a motion for final approval of the U.S. ZAI Class Settlement (Dkt. No. 20842).  On March

13, 2009, Anderson Memorial Hospital filed an objection to the ZAI Claimants' Motion (the

"Objection"), which purports to also be a motion to defer final approval of the relief sought to

coincide with the confirmation hearing on the plan of reorganization dated February 27, 2009

(the "Plan").  By the Objection, among other things, Anderson Memorial inaccurately

summarizes various facts involving the Debtors and the Debtors' ZAI product.  As a result, the

Debtors seek to file a brief Reply to correct these factual misstatements.  In addition, the Debtors

do not believe that Anderson Memorial has standing to object to the U.S. ZAI Settlement

Agreement, nor did Anderson Memorial properly move for the deferral of final approval on the

settlement to confirmation of the Plan; thus, the Debtors would like to briefly address those

points as well.

WHEREFORE, the Debtors respectfully request the entry of an Order granting it

authority to file the Reply, which is attached hereto as Exhibit 1.


Dated:  March 24, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Janet S. Baer
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

and

PACHULSKI STANG ZIEHL & JONES LLP


Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400

Co-Counsel for the Debtors and Debtors in
Possession

2