IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Arlene G. Krieger, certify that I am not less than 18 years of age, and that service of a copy of the **Objections and Responses of the Official Committee of Unsecured Creditors to Debtors' Interrogatory and Request for the Production of Documents** was made March 23, 2009, upon:

> All of the parties on the attached Service List via Electronic Mail, as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: March 24, 2009

*/s/ Arlene G. Krieger*
Arlene G. Krieger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
Email:   akrieger@stroock.com

## Service List
## Via Electronic Mail

gcalhoun@steptoe.com
carignanj@pepperlaw.com
tscobb@vorys.com
cohn@cwg11.com
jcohn@cozen.com
candon@cwg11.com
acraig@cuyler.com
mdavis@zeklaw.com
emdecristofaro@fmew.com
dfelder@orrick.com
dglosband@goodwinprocter.com
jal@capdale.com
jdd@stevenslee.com
david.klauder@usdoj.gov
lepley@crowell.com
ilevee@lowenstein.com
lpg@stevenslee.com
elongosz@eckertseamans.com
kmangan@wcsr.com
gmcdaniel@bglawde.com
mes@stevenslee.com
fmonaco@wcsr.com
bmukherjee@goodwinprocter.com
ppantaleo@stblaw.com
perniconec@wilsonelser.com
mphillips@paulweiss.com
mpiropato@stblaw.com
david.primack@dbr.com
pvnl@capdale.com
rifft@wileyrein.com
wrussell@stblaw.com
jsakalo@bilzin.com
swspencer@fmew.com
stearn@rlf.com
lstover@eckertseamans.com
ttacconelli@ferryjoseph.com
david.turetsky@skadden.com
jwaxman@cozen.com
jwisler@cblh.com
arich@alanrichlaw.com
ewestbrook@rpwb.com
JOneill@pszjlaw.com
tfreedman@kirkland.com

jguy@orrick.com
tschiavoni@omm.com
mhurford@camlev.com
rhorkovich@andersonkill.com
ndf@capdale.com
rguttman@zeklaw.com
vguldi@zuckerman.com
kmayer@mccarter.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
pmahaley@orrick.com
korr@orrick.com
jeffrey.boerger@dbr.com
warren.pratt@dbr.com
bsf@stevenslee.com
rzubaty@paulweiss.com
kmorell@wileyrein.com
kabravanel@stblaw.com
srubin@stblaw.com
jheberling@mcgarveylaw.com
young@wildman.com
green@lrclaw.com
cobb@lrclaw.com
Gibbonsj@whiteandwilliams.com
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
klove@kirkland.com
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com
jbaer@jsbpc.com
landis@lrclaw.com
mumford@lrclaw.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
dblabey@kramerlevin.com
michael.brown@dbr.com
caseyl@pepperlaw.com
ealcabes@stblaw.com
rwyron@orrick.com