# Notice Recipients

District/Off: 0311−1         User: Brandon            Date Created: 3/25/2009
Case: 01−01139−JKF           Form ID: ntcBK           Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust         united states trustee
aty         Lawrence A Kalina

                                      TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Frank J. Perch III        frank.j.perch@usdoj.gov
aty         Daniel K. Hogan           dkhogan@dkhogan.com, keharvey@dkhogan.com
aty         Paul W. Turner            pturner@carlilelawfirm.com
aty         Richard Allen Keuler, Jr.     rkeuler@reedsmith.com
aty         Richard F. Rescho         rrescho2001@yahoo.com
aty         Rosalie L. Spelman        rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty         Stuart B. Drowos          stuart.drowos@state.de.us

                                      TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          W.R. GRACE &CO.        7500 Grace Drive       Columbia, MD 21044
aty         Curtis A. Hehn       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street      17th Floor       Wilmington, DE 19801
aty         Curtis A. Hehn       Pachulski Stang Ziehl Young Jones &Wein       919 N. Market Street      16th Floor       Wilmington, DE 19801
aty         David W. Carickhoff, Jr       Blank Rome LLP       Chase Manhattan Centre       1201 Market Street, Suite 800       Wilmington, DE 19801
aty         David W. Carickhoff, Jr       Blank Rome LLP       Chase Manhattan Centre       1201 Market Street, Suite 800       Wilmington, DE 19801
aty         David W. Carickhoff, Jr       Pachulski Ziehl Stang Ziehl Young Jones       919 N. Market St.       16th Floor       Wilmington, DE 19899
aty         James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       PO Box 8705       Wilmington, DE 19899−8705
aty         James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899−8705
aty         Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899
aty         Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899
aty         Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP       919 North Market Street       17th Floor       Wilmington, DE 19899−8705
aty         Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19899−8705
aty         Michael R. Lastowski       Duane Morris LLP       1100 North Market Street       Suite 1200       Wilmington, DE 19801−1246
aty         Paula Ann Galbraith       211 East Ohio # 2618       Chicago, IL 60611
aty         Robert J. Dehney       Morris, Nichols, Arsht &Tunnell       1105 N. Market Street       P. O. Box 1347       Wilmington, DE 19899−1347
aty         Timothy P. Cairns       Pachulski Stang Ziehl &Jones LLP       919 N. Market St., Suite 1700       Wilmington, DE 19899
aty         Timothy P. Cairns       Pachulski Stang Ziehl Young Jones       919 N. Market Street       17th Floor       Wilmington, DE 19801

                                      TOTAL: 17