## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF SERVICE OF DEBTORS, OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' RESPONSE TO THE STATE OF MONTANA'S PHASE II INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that on March 24, 2009, a true and correct copy of the

*Debtors, Official Committee of Asbestos Personal Injury Claimants, Asbestos PI Future*

*Claimants' Representative, and the Official Committee of Equity Security Holders' Joint*

*Response to the State of Montana's Phase II Interrogatories and Requests for Production of*

*Documents* was served via electronic mail on counsel listed on the attached service list.

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Andrew R. Running
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

and

Dated:  March 25, 2009

ORRICK, HERRINGTON &
SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500

and

PACHULSKI, STANG ZIEHL & JONES LLP
*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

*Co-Counsel for the Debtors and Debtors-in-Possession*

CAMPBELL & LEVINE, LLC
*/s/ Mark T. Hurford*
Marla R. Eskin (Bar No. 2989)
Mark T. Hurford (Bar No. 3299)
800 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947
meskin@camlev.com
mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Co-Counsel for the Official Committee of Asbestos Personal Injury Claimants*

PHILLIPS, GOLDMAN & SPENCE, P.A.
*/s/ John C. Phillips*
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210
jcp@pgslaw.com

*Co-Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

BUCHANAN INGERSOLL & ROONEY P.C.
*/s/ Teresa K.D. Currier*
Teresa K.D. Currier (Bar No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295
teresa.currier@bipc.com

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Phillip Bentley
Douglas Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Co-Counsel for the Official Committee of Equity Security Holders*

## SERVICE LIST

### *VIA ELECTRONIC MAIL*

STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
kpasquale@stroock.com
akrieger@stroock.com

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Jay M. Sakalo, Esquire
jsakalo@bilzin.com

FERRY, JOSEPH & PEARCE, P.A.
Theodore J. Tacconelli, Esquire
ttacconelli@ferryjoseph.com

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
caseyl@pepperlaw.com

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey Wisler, Esquire
jwisler@cblh.com

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com

LOWENSTEIN SANDLER PC
Ira M. Levee, Esquire
ilevee@lowenstein.com

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
stearn@rlf.com

VORYS, SATER, SEYMOUR and PEASE
LLP
Tiffany Strelow Cobb, Esquire
tscobb@vorys.com

LANDIS RATH & COBB LLP'
Richard S. Cobb, Esquire
James S. Green, Jr., Esquire
cobb@lrclaw.com
green@lrclaw.com

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Beth Stern Fleming, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
bsf@stevenslee.com

FORD MARRIN ESPOSITO WITMEYER &
GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@fmew.com
swspencer@fmew.com

WILEY REIN LLP
Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
rifft@wileyrein.com
kmorell@wileyrein.com

WHITE AND WILLIAMS LLP
Joseph Gibbons, Esquire
gibbonsj@whiteandwilliams.com

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
carl.pernicone@wilsonelser.com

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
mphillips@paulweiss.com
rzubaty@paulweiss.com

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
Samuel Rubin, Esquire
Karen E. Abravanel, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
srubin@stblaw.com
kabravanel@stblaw.com

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
jcohn@cozen.com

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
David Turetsky, Esquire
david.turetsky@skadden.com

O'MELVENY & MYERS LLP
Tancred Schiavoni, Esquire
tschiavoni@omm.com

2

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Peri N. Mahaley, Esquire
Debra L. Felder, Esquire
Kathleen A. Orr, Esquire
rfrankel@orrick.com
rwyron@orrick.com
jguy@orrick.com
dfelder@orrick.com
pmahaley@orrick.com
korr@orrick.com

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

CAPLIN & DRYSDALE, CHARTERED
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com

CROWELL & MORING
Leslie Epley Davis
lepley@crowell.com
CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
mhurford@camlev.com

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com

ANDERSON KILL & OLICK P.C.
Robert M. Horkovich, Esquire
rhorkovich@andersonkill.com

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Craig A. Bruens, Esquire
Theodore L. Freedman, Esquire
Kimberly Love, Sr. Legal Assistant
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill, Esquire
joneill@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Virginia Whitehill Guldi, Esquire
vguldi@zuckerman.com

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
kmayer@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Anna Newsom, Esquire
alexander.mueller@mendes.com
anna.newsom@mendes.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com

LANDIS RATH & COBB
Adam G. Landis
Kerri K. Mumford
landis@lrclaw.com
mumford@lrclaw.com

THE LAW OFFICES OF JANET S. BAER
P.C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

MCGARVEY, HEBERLING, SULLIVAN
and MCGARVEY, P.C.
Jon Heberling, Esquire
jheberling@mcgarveylaw.com

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
Phillip Bentley
Douglas Mannal
David Blabey
Pbentley@kramerlevin.com
dmannal@kramerlevin.com
dblabey@kramerlevin.com