IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 25, 2009, copies of **Travelers Casualty and Surety Company's Second Set of Requests for Admission to Debtors** were served in the manner indicated upon the entities listed below:

**VIA E-MAIL and FED EX**

David M. Bernick, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com;

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022
Email: tfreedman@kirkland.com;
dboll@kirkland.com;
cbruens@kirkland.com

Janet S. Baer
Law Office of Janet S. Baer, P.C.
70 West Madison Street
Suite 2100
Chicago, IL 60602
Email: jbaer@jsbpc.com

**VIA E-MAIL and HAND-DELIVERY**

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com;
joneill@pszjlaw.com;
tcairns@pszjlaw.com

| | |
|---|---|
| Dated: March 25, 2009<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Robert J. Dehney (Bar No. 3578)<br>Ann C. Cordo (Bar No. 4817)<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Email: rdehney@mnat.com; acordo@mnat.com<br><br>- and -<br><br>SIMPSON THACHER & BARTLETT LLP<br>Mary Beth Forshaw<br>Elisa Alcabes<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Telephone: (212) 455-2000<br>Email: mforshaw@stblaw.com<br><br>*Attorneys for Travelers Casualty and Surety Company* |

2767434.2