IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 1, 2009, AT 10:30 A.M. BEFORE THE HONORABLE
<u>JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878)
OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON MONDAY,
MARCH 30, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER
ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING
SCHEDULE* [DOCKET NO. 7709]**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## CONTINUED MATTERS

1.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

    Related Documents:

    a.  [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue. [Entered: 1/7/09] (Docket No. 20472)

    b.  [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 2/17/09] (Docket No. 20735)

    Response Deadline: April 13, 2007, at 4:00 p.m.

    Responses Received:

    a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

    Status: This matter is continued to April 27, 2009, at 10:30 a.m.

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Related Documents:

    a.  [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 1/7/09] (Docket No. 20473)

    b.  [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 2/17/09] (Docket No. 20732)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

    b.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    c.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    d.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    e.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    f.    Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to April 27, 2009, at 10:30 a.m.

## QUARTERLY FEE APPLICATIONS

3.    Thirtieth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2008 through September 30, 2008.

Related Documents:

    a.    Certification of Counsel Regarding Thirtieth Quarter Project Category Summary [Filed: TBD] (Docket No. TBD)

    b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirtieth Period [Filed: TBD] (Docket No. TBD)

Status:  This matter will go forward.

## UNCONTESTED MATTERS

4.    Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of the Law Offices of Janet S. Baer, P.C. as Co-Counsel to the Debtors [Filed: 2/12/09] (Docket No. 20713)

Related Documents:

    a.    [Proposed] Order Authorizing the Retention and Employment of the Law Offices of Janet S. Baer, P.C. as Co-Counsel to the Debtors [Filed: 2/12/09] (Docket No. 20713)

    b.    Certification of No Objection Regarding Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of the Law Offices of Janet S. Baer, P.C. as Co-Counsel to the Debtors [Filed: 3/17/09] (Docket No. 21036)

    **c.**    **[Signed] Order Authorizing the Retention and Employment of the Law Offices of Janet S. Baer, P.C. as Co-Counsel to the Debtors [Filed: 3/25/09] (Docket No. 21102)**

Response Deadline: March 13, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status:** **The Court has entered an Order approving the application, therefore this matter will not go forward.**

5. Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Macerich Fresno Limited Partnership [Filed: 2/17/09] (Docket No. 20738)

   Related Documents:

   a. [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Macerich Fresno Limited Partnership[Filed: 2/17/09] (Docket No. 20738, Exhibit B)

   b. Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Macerich Fresno Limited Partnership[Filed: 3/17/09] (Docket No. 21037)

   c. **[Signed] Order Dismissing Without Prejudice Debtors' Motion to Approve Settlement with Macerich Fresno Limited Partnership [Filed: 3/18/09] (Docket No. 21042)**

   Response Deadline: March 13, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status:** **The Court has entered an order dismissing the motion, therefore this matter will not go forward.**

6. Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2009 [Filed: 2/24/09] (Docket No. 20829)

   Related Documents:

   a. [Proposed] Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2009 [Filed: 2/24/09] (Docket No. 20829)

   b. Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2009 [Filed: 3/17/09] (Docket No. 21035)

   c. **[Signed] Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2009 [Filed: 2/25/09] (Docket No. 21103)**

   Response Deadline: March 13, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status:** **The Court has entered an Order approving the motion, therefore this matter will not go forward.**

**CONTESTED MATTERS**

7. Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

   Related Documents:

   a. Affidavit of Ellen A. Presby, Esq. In Support of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

   b. [Proposed] Order Granting Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538]

   Response Deadline: February 6, 2009, at 4:00 p.m. *(extended until February 10, 2008 for the Debtors, CNA and OneBeacon/Seaton)*

   Responses Received:

   a. Debtors' Objection to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20703)

   b. Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20704)

   c. OneBeacon America Insurance Company's Response to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20706)

   **Replies Received:**

   a. **Reply to Debtors' Objection to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 3/23/09] (Docket No. 21067)**

   b. **Kaneb's Reply to: (1) Debtors Response, (2) One Beacon America Insurance Company's Response, and (3) Continental Casualty Company's Response to: the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 3/23/09] (Docket No. 21068)**

   Status: This matter will go forward.

8. Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay: Macon, Georgia Site [Filed: 2/25/09] (Docket No. 20846)

   Related Documents:

   a. [Proposed] Order Granting Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay: Macon, Georgia Site [Filed: 2/25/09] (Docket No. 20846, Annex 2)

   Response Deadline: March 13, 2009, at 4:00 p.m. *(extended until March 20, 2009, for the Debtors)*

   Responses Received:

   a. Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order Modifying Automatic Stay [Filed: 3/13/09] (Docket No. 20984)

   b. **Debtors' Objection to Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site [Filed: 3/20/09] (Docket No. 21062)**

   Status: This matter will go forward.

9. ZAI Claimants' Motion for Order of Final Approval of the U.S. ZAI Class Settlement [Filed: 2/25/09] (Docket No. 20842)

   Related Documents:

   a. [Signed] Order Re Revised Order & Notice Re ZAI Motion for Preliminary Approval of ZAI Class Settlement & Provisional Class Certification [Filed: 1/16/09] (Docket No. 20535)

   b. ZAI Claimants' Memorandum in Support of Motion for Final Approval of the U.S. ZAI Class Settlement [Filed: 2/25/09] (Docket No. 20842)

   c. **Supplemental Memorandum of the U.S. ZAI Class In Support of Final Approval of the U.S. ZAI Class Settlement [Filed: 3/24/09] (Docket No. 21077)**

   Response Deadline: March 13, 2009, at 4:00 p.m.

   Responses Received:

   a. Anderson Memorial Hospital's Limited Objection to ZAI Claimants' Motion for Order of Final Approval of the U.S. ZAI Class Settlement, and Motion to Defer and Consolidate with Confirmation [Filed: 3/13/09] (Docket No. 20981)

**Replies Received:**

a.  Debtors' Motion for Leave to File Reply in Opposition to Anderson Memorial's Limited Objection to ZAI Claimants' Motion for Final Approval of the U.S. ZAI Class Settlement and Anderson Memorial's Motion to Defer and Consolidate with Confirmation [Filed: 3/24/09] (Docket No. 21093)

   (i)  [Proposed] Order Granting Debtors' Motion for Leave to File Reply in Opposition to Anderson Memorial's Limited Objection to ZAI Claimants' Motion for Final Approval of the U.S. ZAI Class Settlement and Anderson Memorial's Motion to Defer and Consolidate with Confirmation [Filed: 3/24/09] (Docket No. 21093)

   (ii) Debtors' Reply to Anderson Memorial's Objection to ZAI Claimants' Motion for Final Approval of the U.S. ZAI Class Settlement and Debtors' Objection to Anderson Memorial's Motion to Defer and Consolidate with Confirmation [Filed: 3/24/09] (Docket No. 21093, Exhibit 1)

Status: This matter will go forward.

Dated: March 25, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
13 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

–and–

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession