IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 25th day of March 2009, I caused a

copy of the following documents to be served on the individuals on the attached service list in

the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 1, 2009, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K.
FITZGERALD IN WILMINGTON, DELAWARE.**

James E. O'Neill (Bar No. 4042)

Grace Agenda Notice Service List for
4/1/09 Hearing
Case No. 01-1139 (JKF)
March 25, 2009
Document 146449
89 – Facsimiles

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-651-7700*
Robert J. Stearns, Esquire
Cory D. Kandestin, Esquire
(Counsel for National Medical Care, Inc. and The
Scotts Company)
(Special Request)

*Facsimile 614-719-4962*
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
(Counsel for The Scotts Company LLC, and certain of
its related affiliates)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 214-722-0081*
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-216-3930*
Derrick Tay, Esquire
(Canadian Counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured
Creditors)
(Special Request)

*Facsimile 302-292-4123*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 302-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
Jamie O'Connell
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar Associates)
(Special Request)

*Facsimile 302-428-8195*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation Plaintiffs,
Medical Monitoring Claimants and Solow)
(Special Request)

*Facsimile 302-472-8135*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of Lloyd's of
London)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of Revenue)
(Special Request)

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety Company)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 509-455-3906*
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

*Facsimile 412-288-3063*
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

*Facsimile 843-216-6509*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants'
Representative)
(Special Request)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants'
Representative)
(Special Request)

*Facsimile 302-467-4554*
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as
Successor-in-Interest to Northbrook Excess and Surplus
Insurance Company, formerly Northbrook Insurance
Company)
(Special Request)

*Facsimile 302-658-6537*
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company f/k/a
Prudential Reinsurance Company and Mt. McKinley
Insurance Company f/k/a Gibraltar Insurance
Company)
(Special Request)

*Facsimile 302-652-1111*
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

*Facsimile 302-573-6220*
Ellen W. Slights, Esquire
(United States Attorney)

*Facsimile 302-656-7599*
Daniel K. Hogan, Esquire
(Counsel for Various Firms Representing Asbestos
Claimants)

*Facsimile 302-467-4450*
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Rebecca L. Butcher, Esquire
(Counsel for the Libby Claimants)

*Facsimile 617-951-0679*
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Nathan R. Soucy, Esquire
(Counsel for the Libby Claimants)

*Facsimile 803-943-4599*
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)

*Facsimile 302-654-0728*
Christopher D. Loizides, Esquire
(Counsel for Anderson Memorial Hospital)

*Facsimile 302-661-7728*
Francis A. Monaco, Jr., Esquire
(Counsel for the City of Cambridge, Massachusetts)

*Facsimile 617-621-6610*
Stephen D. Anderson, Esquire
(Counsel for the City of Cambridge, Massachusetts)

*Facsimile 212-757-3990*
Stephen J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
(Counsel for the Bank Lender Group)

*Facsimile 202-659-6699*
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
(Counsel for Maryland Casualty Company)

*Facsimile 302-421-8390*
Evelyn J. Meltzer, Esquire
(Counsel for BNSF Railway Company)

*Facsimile 617-742-9701*
David Pastor, Esquire
(Counsel for ERISA Plaintiffs)

*Facsimile 610-667-7056*
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
(Counsel for ERISA Plaintiffs)

*Facsimile 610-371-7376*
Leonard P. Goldberger, Esquire
(Counsel for Fireman's Fund Insurance Company and
Riunione Adriatica Di Sicurta)

*Facsimile 302-467-4550*
Marc S. Casarino, Esquire
(Counsel for Century Indemnity Co.)

*Facsimile 215-864-7123*
Joseph G. Gibbons, Esquire
(Counsel for Century Indemnity Co.)

*Facsimile 202-719-7049*
Richard A. Ifft, Esquire
(Counsel for Zurich Insurance Company and Zurich
International (Bermuda) Ltd.)

*Facsimile 212-455-2502*
Peter V. Pantaleo, Esquire
William T. Russell, Esquire
(Counsel for JPMorgan Chase, N.A.)

*Facsimile 212-894-5671*
Noah Heller, Esquire
Merritt A. Pardini, Esquire
(Counsel for Morgan Stanley Senior Fund)

*Facsimile 302-295-2013*
Jeffrey R. Waxman, Esquire
(Counsel for Federal Insurance Co.)

*Facsimile 215-665-2013*
William P. Shelley, Esquire
Jacob C. Cohn, Esquire
(Counsel for Federal Insurance Co.)

*Facsimile 302-429-8600*
Garvan F. McDaniel, Esquire
(Counsel for Arrowood Indemnity)

*Facsimile 302-421-8390*
David M. Fournier, Esquire
James C. Carignan, Esquire
(Counsel for Longacre Master Fund, Ltd.)

*Facsimile 313-259-7926*
Robert S. Hertzberg, Esquire
(Counsel for Longacre Master Fund, Ltd.)

*Facsimile 302-651-7701*
Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
(Counsel for the Scotts Company LLC)

*Facsimile 214-749-0325*
Alan B. Rich, Esquire
(Counsel for Alexander M. Sanders, Jr. and R. Karl
Hill)

*Facsimile 212-490-3038*
Carl J. Pernicone, Esquire
(Counsel for Arrowood Indemnity Company f/k/a
Royal Indemnity Company)

*Facsimile 212-326-2061*
Paul R. Koepff, Esquire
Tancred V. Schiavoni, Esquire
Gary Svirsky, Esquire
(Counsel for Arrowood Indemnity Company f/k/a
Royal Indemnity Company)

*Facsimile 585-530-2017*
Elaine Z. Cole, Esquire
(Counsel for NY State Department)

*Facsimile 215-560-2202*
Christopher R. Momjian, Esquire
(Counsel for the PA Dept. of Revenue)

*Facsimile 573-751-7232*
Sheryl L. Moreau, Esquire
(Counsel for Missouri Dept. of Revenue)

*Facsimile 317-232-7979*
Brian D. Salwowski, Esquire
(Indiana Dept. of Revenue)

*Facsimile 510-465-7023*
Anthony S. Petru, Esquire
(Counsel for Gloria Munoz)

*Facsimile 302-467-4201*
(Counsel for OneBeacon America Insurance Company)
David P. Primack, Esquire
Warren T. Pratt, Esquire
Drinker Biddle & Reath LLP

*Facsimile 215-988-2757*
(Counsel for OneBeacon America Insurance Company)
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
Drinker Biddle & Reath LLP

*Facsimile 302-658-7567*
(Counsel for Continental Casualty Company)
Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess, P.A.

*Facsimile 617-523-1231*
(Counsel for Continental Casualty Company)
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Goodwin Proctor LLP

*Facsimile 212-344-4294*
(Counsel for Continental Casualty Company)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.

*Facsimile 302-652-8405*
(Counsel to Kaneb Pipe Line)
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire

*Facsimile 210-270-7205*
(Counsel for Kaneb Pipe Line)
Steve A. Pierce, Esquire

*Facsimile 214-855-8200*
(Counsel for Kaneb Pipe Line)
Toby L. Gerber, Esquire

*Facsimile 305-372-3508*
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez, Castro, Esquire
(Counsel for Anderson Memorial Hospital)

*Facsimile 813-229-1811*
Harley E. Riedel, Esquire
(Counsel for Anderson Memorial Hospital)