**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**January 2009**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended January 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 30+ | Integrated Audit | $698.50 | 28.9 | $ 20,186.65 |
| Matias Luis Pedevilla | Tax Partner | 12 | Integrated Audit | $561.75 | 6.0 | $ 3,370.50 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 24.0 | $ 14,112.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 1.3 | $ 842.01 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 22.5 | $ 15,716.25 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 4.5 | $ 3,780.81 |
| Lisa Slotznick | Director | 29 | Integrated Audit | $601.98 | 1.3 | $ 782.57 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 7.5 | $ 5,238.75 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $624.84 | 3.0 | $ 1,874.52 |
| Rafael Garcia | Director | 15 | Integrated Audit | $414.75 | 68.5 | $ 28,410.38 |
| Jesse Tracey | Director | 12 | Integrated Audit | $552.45 | 2.0 | $ 1,104.90 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 13.0 | $ 5,332.73 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.20 | 0.2 | $ 59.44 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | $444.50 | 5.1 | $ 2,266.95 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 137.9 | $ 56,567.96 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 11.0 | $ 4,715.04 |
| Louis Richard Weintraub | Audit Manager | 8 | Integrated Audit | $476.25 | 0.4 | $ 190.50 |
| Susan Seyfried | Audit Manager | 8 | Integrated Audit | $279.40 | | $ 558.80 |

{02411}

| Name | Title | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Amelia John | Tax Manager | 5 | Integrated Audit | $283.50 | 2.0 / 31.1 | $8,816.85 |
| Mariana Espinoza | Tax Manager | 8 | Integrated Audit | $283.50 | 13.5 | $3,827.25 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.25 | 16.8 | $5,867.40 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 73.0 | $14,563.50 |
| Marjored Perez | Tax Senior Associate | 5 | Integrated Audit | $199.50 | 2.0 | $399.00 |
| Todd Chesla | Tax Senior Associate | 1 | Integrated Audit | $199.50 | 82.0 | $16,359.00 |
| Pamela Barkley | Audit Senior Associate | 6 | Integrated Audit | $227.33 | 126.0 | $28,643.58 |
| Andrew Ralston | Audit Senior Associate | 3 | Integrated Audit | $330.20 | 1.9 | $627.38 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 142.4 | $32,371.79 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 108.4 | $24,229.57 |
| Stanislaus Gomes | Audit Senior Associate | 4 | Integrated Audit | $330.20 | 1.0 | $330.20 |
| Thomas Duncan | Tax Associate | 1 | Integrated Audit | $273.05 | 13.5 | $3,686.18 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 11.3 | $1,980.44 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 192.0 | $40,233.60 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 190.6 | $29,773.63 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 203.0 | $31,710.63 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 210.0 | $32,804.10 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $147.00 | 71.5 | $10,510.50 |
| Janet Kang | Audit Associate | 4 | Integrated Audit | $227.33 | 4.4 | $1,000.25 |
| Leah Morelle | Audit Associate | 1 | Integrated Audit | $170.18 | 102.6 | $17,460.47 |
| Eugene Hwang | Audit Associate | <1 | Integrated Audit | $260.35 | 2.8 | $728.98 |
| Jonathan Grant | Audit Associate | <1 | Integrated Audit | $306.66 | 5.6 | $1,717.30 |
| Zinkeng Afiadata | Audit Associate | <1 | Integrated Audit | $129.54 | 92.6 | $11,995.40 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 213.4 | $26,288.75 |
| Johanna Sears | Audit Associate | <1 | Integrated Audit | $123.19 | 10.5 | $1,293.50 |
| Kristen Krouchick | Audit Associate | <1 | Integrated Audit | $123.19 | | $7,145.02 |

{02411}

| Name | Title | Type | | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | 58.0 | | |
| Alex DiZio | Audit Associate | Integrated Audit | 1 | $129.54 | 38.9 | $ | 5,039.11 |
| Annie Park | Audit Associate | Integrated Audit | <1 | $129.54 | 1.1 | $ | 142.49 |
| Jian Hui Lee | Audit Associate | Integrated Audit | 2 | $298.45 | 5.0 | $ | 1,492.25 |
| Grace Muthengi | Audit Associate | Integrated Audit | 1 | $203.20 | 29.7 | $ | 6,035.04 |
| TOTAL | | | | | 2,393.7 | $ | 532,183.92 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | |
|---|---|
| Totals | 24.7 |

$3,635.00

## Summary of PwC's Fees By Project Category:
### January 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |

{02411}

| | | |
|---|---|---|
| 11-Financing | | |
| 12-Fee Applications, Others | 24.7 | $3,635.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,393.7 | $532,183.92 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,418.4 | $535,818.92 |

Expense Summary
January 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $25,401.34 |
| Lodging | N/A | $1,362.73 |
| Sundry | N/A | $574.51 |
| Business Meals | N/A | $3,315.75 |
| TOTAL: | | $30,654.33 |

{02411}