# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended January 31, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment |
|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 1/14/2009 | | | | $ 75.55 |
| | Integrated Audit | 1/22/2009 | $ 417.20 | | | |
| | Integrated Audit | 1/22/2009 | $ 55.00 | | | |
| | Integrated Audit | 1/23/2009 | | | | $ 95.66 |
| | Integrated Audit | 1/23/2009 | | 196.96 | | |
| | Integrated Audit | 1/23/2009 | | | $ 40.00 | |
| Matias Pedevilla | Integrated Audit | 1/21/2009 | $ 55.00 | | | |
| Thomas Smith | Integrated Audit | 1/14/2009 | $ 38.50 | | | |
| | Integrated Audit | 1/15/2009 | $ 38.50 | | | |
| | Integrated Audit | 1/29/2009 | $ 38.50 | | | |
| Justin Bray | Integrated Audit | 1/5/2009 | $ 180.00 | | | |
| | Integrated Audit | 1/5/2009 | $ 6,540.20 | | | |
| | Integrated Audit | 1/7/2009 | | 114.16 | | |
| | Integrated Audit | 1/7/2009 | | | | |
| | Integrated Audit | 1/7/2009 | $ 10.52 | 203.56 | | |
| | Integrated Audit | 1/8/2009 | | | 8.42 | |
| | Integrated Audit | 1/8/2009 | $ 39.46 | | | |
| | Integrated Audit | 1/13/2009 | $ 23.10 | | | |
| | Integrated Audit | 1/14/2009 | $ 23.10 | | | |
| | Integrated Audit | 1/15/2009 | $ 23.10 | | | |
| | Integrated Audit | 1/20/2009 | $ 23.10 | | | |
| | Integrated Audit | 1/22/2009 | $ 459.20 | | | |
| | Integrated Audit | 1/22/2009 | | | | $ 68.63 |
| | Integrated Audit | 1/22/2009 | | | | $ 4.39 |
| | Integrated Audit | 1/23/2009 | $ 40.00 | 207.33 | | |
| | Integrated Audit | 1/23/2009 | | | | |
| | Integrated Audit | 1/23/2009 | $ 141.75 | | | |
| | Integrated Audit | 1/23/2009 | $ 13.20 | | | |
| | Integrated Audit | 1/27/2009 | | | $ 3.99 | |
| | Integrated Audit | 1/28/2009 | $ 23.10 | | | |
| | Integrated Audit | 1/29/2009 | $ 23.10 | | | |
| | Integrated Audit | 1/30/2009 | $ 23.10 | | | |
| George Baccash | Integrated Audit | 1/26/2009 | $ 38.50 | | | |
| | Integrated Audit | 1/28/2009 | $ 38.50 | | | |
| Pamela Barkley | Integrated Audit | 1/24/2009 | $ 27.50 | | | |
| | Integrated Audit | 1/24/2009 | | | | $ 23.63 |

**Pavel Katsiak**

| | | | |
|---|---|---|---|
| Integrated Audit | 1/5/2009 | $ | 29.04 |
| Integrated Audit | 1/6/2009 | $ | 29.04 |
| Integrated Audit | 1/7/2009 | $ | 29.04 |
| Integrated Audit | 1/8/2009 | $ | 29.04 |
| Integrated Audit | 1/9/2009 | $ | 29.04 |
| Integrated Audit | 1/12/2009 | $ | 29.04 |
| Integrated Audit | 1/13/2009 | $ | 29.04 |
| Integrated Audit | 1/14/2009 | $ | 29.04 |
| Integrated Audit | 1/15/2009 | $ | 29.04 |
| Integrated Audit | 1/16/2009 | $ | 29.04 |
| Integrated Audit | 1/19/2009 | $ | 29.04 |
| Integrated Audit | 1/20/2009 | $ | 29.04 |
| Integrated Audit | 1/21/2009 | $ | 29.04 |
| Integrated Audit | 1/22/2009 | $ | 29.04 |
| Integrated Audit | 1/23/2009 | $ | 29.04 |
| Integrated Audit | 1/24/2009 | $ | 42.35 |
| Integrated Audit | 1/26/2009 | $ | 29.04 |
| Integrated Audit | 1/27/2009 | $ | 29.04 |
| Integrated Audit | 1/28/2009 | $ | 29.04 |
| Integrated Audit | 1/29/2009 | $ | 29.04 |
| Integrated Audit | 1/30/2009 | $ | 29.04 |

**Rafael Garcia**

| | | | | | | |
|---|---|---|---|---|---|---|
| Integrated Audit | 1/6/2009 - 1/7/09 | $ | 6,659.70 | | | |
| Integrated Audit | 1/7/2009 | | | $ | 90.19 | |
| Integrated Audit | 1/7/2009 | | | $ | 21.15 | |
| Integrated Audit | 1/7/2009 | | | $ | 155.33 | |
| Integrated Audit | 1/7/2009 | | | $ | 36.44 | |
| Integrated Audit | 1/7/2009 | | | | | $ 25.39 |
| Integrated Audit | 1/7/2009 | | | | | $ 11.45 |
| Integrated Audit | 1/6/2009 | $ | 35.00 | | | |
| Integrated Audit | 1/9/2009 | $ | 35.00 | | | |
| Integrated Audit | 1/9/2009 | $ | 40.32 | | | |
| Integrated Audit | 1/9/2009 | | | | | $ 9.92 |
| Integrated Audit | 1/9/2009 | | | | | $ 14.38 |

| Name | Task | Date | Amount | | | |
|---|---|---|---|---|---|---|
| | Integrated Audit | 1/9/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/21/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/21/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/22/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/22/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/23/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/23/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/26/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/26/2009 | $ 17.05 | | | $ 20.46 |
| Mariana Espinoza | Integrated Audit | 1/21/2009 | $ 58.30 | | | |
| Erica Margolius | Integrated Audit | 1/5/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/6/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/7/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/7/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/8/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/14/2009 | $ 17.05 | | | |
| | Integrated Audit | 1/15/2009 | $ 17.05 | | | |
| Jacqueline Calvo | Integrated Audit | 1/22/09 | $ 77.00 | | | |
| | Integrated Audit | 1/22/09 | $ 9.00 | | | |
| | Integrated Audit | 1/23/09 | $ 77.00 | | | |
| | Integrated Audit | 1/23/09 | $ 9.00 | | | |
| | Integrated Audit | 1/26/09 | $ 77.00 | | | |
| | Integrated Audit | 1/26/09 | $ 9.00 | | | |
| | Integrated Audit | 1/27/09 | $ 77.00 | | | |
| | Integrated Audit | 1/27/09 | $ 9.00 | | | |
| | Integrated Audit | 1/28/09 | $ 77.00 | | | |
| | Integrated Audit | 1/28/09 | $ 9.00 | | | |
| | Integrated Audit | 1/29/09 | $ 77.00 | | | |
| | Integrated Audit | 1/29/09 | $ 9.00 | | | |
| | Integrated Audit | 1/30/09 | $ 77.00 | | | |
| | Integrated Audit | 1/30/09 | $ 9.00 | | | |
| Lynda Keorlet | Integrated Audit | 1/5/2009 | $ 6,540.20 | | | |
| | Integrated Audit | 1/6/2009 | | 90.19 | | |
| | Integrated Audit | 1/6/2009 | $ | 21.15 | $ 11.05 | |
| | Integrated Audit | 1/8/2009 | $ 51.00 | | | |
| | Integrated Audit | 1/8/2009 | | 169.70 | | |
| | Integrated Audit | 1/8/2009 | $ | 33.86 | $ | $ 4.10 |
| | | | | 22.71 | | |
| | Integrated Audit | 1/8/2009 | $ 33.00 | | | |
| Alan Harkatz | Integrated Audit | 1/24/2009 | $ 20.90 | | | $ 23.00 |
| | Integrated Audit | 1/24/2009 | | | | |
| | Integrated Audit | 1/20/2009 | $ 27.50 | | | |
| | Integrated Audit | 1/20/2009 | $ 0.50 | | | |
| | Integrated Audit | 1/20/2009 | $ 27.50 | | | |
| | Integrated Audit | 1/21/2009 | $ 27.50 | | | |
| | Integrated Audit | 1/21/2009 | $ 0.25 | | | |
| | Integrated Audit | 1/21/2009 | $ 27.50 | | | |
| | Integrated Audit | 1/22/2009 | $ 27.50 | | | |

| Name | Activity | Date | Amount | |
|---|---|---|---|---|
| **Todd Chesla** | Integrated Audit | 1/22/2009 | $ 0.50 | |
| | Integrated Audit | 1/22/2009 | $ 27.50 | |
| | Integrated Audit | 1/23/2009 | $ 27.50 | |
| | Integrated Audit | 1/23/2009 | $ 0.25 | |
| | Integrated Audit | 1/23/2009 | $ 27.50 | |
| | Integrated Audit | 1/26/2009 | $ 27.50 | |
| | Integrated Audit | 1/26/2009 | $ 0.25 | |
| | Integrated Audit | 1/26/2009 | $ 27.50 | |
| | Integrated Audit | 1/27/2009 | $ 27.50 | |
| | Integrated Audit | 1/27/2009 | $ 0.50 | |
| | Integrated Audit | 1/27/2009 | $ 27.50 | |
| | Integrated Audit | 1/28/2009 | $ 27.50 | |
| | Integrated Audit | 1/28/2009 | $ 0.25 | |
| | Integrated Audit | 1/28/2009 | $ 27.50 | |
| | Integrated Audit | 1/29/2009 | $ 27.50 | |
| | Integrated Audit | 1/29/2009 | $ 0.25 | |
| | Integrated Audit | 1/29/2009 | $ 27.50 | |
| | Integrated Audit | 1/30/2009 | $ 27.50 | |
| | Integrated Audit | 1/30/2009 | $ 0.25 | |
| | Integrated Audit | 1/30/2009 | $ 27.50 | |
| **Karen Geung** | Integrated Audit | 1/21/2009 | $ 50.60 | |
| | Integrated Audit | 1/23/2009 | $ 50.60 | |
| | Integrated Audit | 1/23/2009 | $ 50.60 | |
| | Integrated Audit | 1/26/2009 | $ 50.60 | |
| | Integrated Audit | 1/27/2009 | $ 50.60 | |
| | Integrated Audit | 1/28/2009 | $ 50.60 | |
| | Integrated Audit | 1/29/2009 | $ 50.60 | |
| | Integrated Audit | 1/30/2009 | $ 50.60 | |
| | Integrated Audit | 1/23/2009 | $ 23.00 | |
| | Integrated Audit | 1/26/2009 | | $ 12.78 |
| **Alex DiZio** | Integrated Audit | 1/13/2009 | | $ 85.97 |
| | Integrated Audit | 1/14/2009 | | $ 127.22 |
| | Integrated Audit | 1/15/2009 | | $ 127.00 |
| **Kristen Krouchick** | Integrated Audit | 1/19/2009 | $ 15.40 | |
| | Integrated Audit | 1/20/2009 | $ 15.40 | |
| | Integrated Audit | 1/21/2009 | $ 15.40 | |
| | Integrated Audit | 1/22/2009 | $ 15.40 | |
| | Integrated Audit | 1/23/2009 | $ 15.40 | |
| | Integrated Audit | 1/24/2009 | $ 15.40 | |
| **Shahin Rahmani** | Integrated Audit | 1/20/2009 | $ 177.64 | |
| **Leah Morelle** | Integrated Audit | 1/12/2009 | $ 8.80 | |
| | Integrated Audit | 1/13/2009 | $ 8.80 | |
| | Integrated Audit | 1/14/2009 | $ 8.80 | |
| | Integrated Audit | 1/15/2009 | $ 8.80 | |
| | Integrated Audit | 1/16/2009 | $ 8.80 | |

**Kristina Johnson**

| Description | Date | | Amount | | |
|---|---|---|---|---|---|
| Integrated Audit | 1/19/2009 | $ | 8.80 | | |
| Integrated Audit | 1/20/2009 | $ | 8.80 | | |
| Integrated Audit | 1/20/2009 | | | $ | 54.27 |
| Integrated Audit | 1/21/2009 | $ | 8.80 | | |
| Integrated Audit | 1/22/2009 | $ | 8.80 | | |
| Integrated Audit | 1/23/2009 | $ | 8.80 | | |
| Integrated Audit | 1/5/2009 | $ | 35.20 | | |
| Integrated Audit | 1/6/2009 | $ | 35.20 | | |
| Integrated Audit | 1/7/2009 | $ | 35.20 | | |
| Integrated Audit | 1/8/2009 | $ | 35.20 | | |
| Integrated Audit | 1/9/2009 | $ | 35.20 | | |
| Integrated Audit | 1/12/2009 | $ | 42.90 | | |
| Integrated Audit | 1/13/2009 | $ | 40.70 | | |
| Integrated Audit | 1/14/2009 | $ | 47.85 | | |
| Integrated Audit | 1/15/2009 | $ | 46.20 | | |
| Integrated Audit | 1/16/2009 | $ | 36.85 | | |
| Integrated Audit | 1/19/2009 | $ | 41.25 | | |
| Integrated Audit | 1/21/2009 | $ | 42.90 | | |
| Integrated Audit | 1/22/2009 | $ | 41.25 | | |
| Integrated Audit | 1/23/2009 | $ | 35.20 | | |
| Integrated Audit | 1/24/2009 | $ | 50.60 | | |
| Integrated Audit | 1/26/2009 | $ | 47.30 | | |
| Integrated Audit | 1/27/2009 | $ | 35.20 | | |
| Integrated Audit | 1/28/2009 | $ | 46.20 | | |
| Integrated Audit | 1/29/2009 | $ | 37.95 | | |
| Integrated Audit | 1/30/2009 | $ | 35.20 | | |
| Integrated Audit | 1/12/2009 | | | $ | 31.77 |
| Integrated Audit | 1/12/2009 | | | $ | 129.90 |
| Integrated Audit | 1/13/2009 | | | $ | 172.01 |
| Integrated Audit | 1/14/2009 | | | $ | 73.45 |
| Integrated Audit | 1/15/2009 | | | $ | 170.40 |
| Integrated Audit | 1/19/2009 | | | $ | 234.55 |
| Integrated Audit | 1/21/2009 | | | $ | 50.14 |
| Integrated Audit | 1/21/2009 | | | $ | 196.18 |
| Integrated Audit | 1/22/2009 | | | $ | 267.29 |

| | Description | Date | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|---|
| | Integrated Audit | 1/24/2009 | | | | $ 173.80 |
| | Integrated Audit | 1/26/2009 | | | | $ 270.23 |
| | Integrated Audit | 1/28/2009 | | | | $ 185.86 |
| | Integrated Audit | 1/29/2009 | | | | $ 354.68 |
| | Integrated Audit | 1/26/2009 | | | $ 455.00 | |
| Grace Muthengi | Integrated Audit | 1/28/2009 | $ 8.80 | | | |
| | Integrated Audit | 1/29/2009 | $ 8.80 | | | |
| | Integrated Audit | 1/30/2009 | $ 8.80 | | | |
| Zinkeng Afiadata | Integrated Audit | 1/21/2009 | | | | $ 61.78 |
| Melissa Noel | Integrated Audit | 1/22/2009 | | | | $ 60.00 |
| | Integrated Audit | 1/2/2009 | | | $ 30.66 | |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 30,654.33 | $ 25,401.34 | $ 1,362.73 | $ 574.51 | $ 3,315.75 |

## Description

Lunch at Phillips Seafood, Baltimore with M Tomkins (Grace) and T Smith (PwC) to discuss audit committee protocol (3 people)
Airfare (round trip) - Washington to Boston - visit GCP division for audit review and closing
Taxi fare from Boston airport to hotel
Lunch at Not Your Average Joe's in Arlington, MA with V Leo (Grace), J Bray, K Geung, L Morelle, and E Afiadata (all PwC) (7 people)
Hotel - one night - Homewood Suites, Arlington, MA - (Room $179.55; tax $17.41)
Parking at airport - 2 days

Roundtrip mileage for meeting travel PwC office to Boca Raton and back (100 miles * $0.55 per mile)

Mileage in excess of base (70 miles * $.55 per mile)
Mileage in excess of base (70 miles * $.55 per mile)
Mileage in excess of base (70 miles * $.55 per mile)

Car service to Washington DC Dulles Airport from Baltimore (trip to Worms, Germany Grace location)
Airfare from Washington Dulles to Frankfurt Germany (business class, international flights, round trip) (trip to Worms, Germany Grace location)
Hotel charge for 1 night in Worms, Germany (room rate per night= $95.93; VAT tax = 18.23)
Out of town dinner with L. Keorlet (PwC) and R. Garcia (PwC) and self (3 people)
taxi fare in Frankfurt
Hotel charges, 1 night, in Frankfurt, Germany (room rate per night= 169.70; VAT tax = 33.86)..
   $8.42 sundry for internet connect to send email in Frankfurt
taxi fare to Frankfurt airport
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Airfare roundtrip: to Boston from Baltimore - departing 1/22 and returning 1/23
Travel meal / working lunch with K. Geung (PwC), L. Morelle (PwC), Z Afiadata (PwC), and self (4 people)
Travel meal - breakfast (self)
Parking at airport- 2 days * $20 per day
Hotel charge for 1 night in Cambridge, MA - $189 rate plus $18.33 taxes
Rental car in Boston to travel from airport to Grace divisional facility in Cambridge, MA
Mileage to Airport roundtrip (less 88 mile roundtrip normal commute)(24 miles * $0.55)
Internet access charge - needed to send files via email ASAP while out of the office
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 88 mile roundtrip normal commute)(42 miles * $0.55)

70 Miles Roundtrip from Plantation to WR Grace in Boca Raton and return. Tax Accrual; discussions with Allan Gibbson regarding Germany (70 * $0.55 per mile)
70 Miles Roundtrip from Miami to WR Grace in Boca Raton and return. Tax Accrual review, discuss press release and review tax entry for true up (70 * $0.55 per mile)

Mileage for overtime commute (50 miles * $.55/mile) Roundtrip to Columbia Headquarters
Breakfast for the team, E.Margollus, L.Keorlet, P.Barkley, S.Rahmani, A.Lueck, P.Katslak, N.Johnson (7 people)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Regular commute of 38.5 one way (traveling to client's site on a Saturday) (38.5 one way * 2 round trip * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Mileage in excess over regular commute of 26.4 miles one way for a round trip from Arlington, VA to Columbia, MD (26.4 one way * 2 (roundtrip) * .55 per mile)

Business class (standard policy, international flight, roundtrip) airfare to Meetings in Worms Germany with Grace Davison, Thomas Hirsch, Andreas Bouche, Dr. Huck, Dieter Staab and David Hartll

Room rate for one night at Parkhotel Prinz Carl Hotel room 1/6/09 to 1/7/09

room rate taxes for one night at Parkhotel

Room rate plus taxes for one night stay at the Mariott Hotel from 1/7/09 to 1/8/09

room rate taxes for one night at Mariott

Internet charges at Mariott Hotel in Frankfurt from 1/7/09 to 1/8/09

Individual Travel Meal at Mariott Hotel in Frankfurt – Breakfast, 1 person

Taxi charges from airport

Taxi charges to Frankfurt airport

Taxi charges to airport

Individual travel meal – Breakfast, 1 person

Individual travel meal – Lunch, 1 person

Individual travel meal - Dinner, 1 person

31 excess miles from office to WR Grace - Boca (31 * .55/ mile)
31 excess miles from WR Grace - Boca to office (31 miles * .55 / mile)
31 excess miles from office to WR Grace - Boca (31 * .55/ mile)
31 excess miles from WR Grace - Boca to office (31 * .55 / mile)
31 excess miles from office to WR Grace - Boca (31 * .55/ mile)
31 excess miles from WR Grace - Boca to office (31 miles * .55 / mile)
31 excess miles from office to WR Grace - Boca (31 * .55/ mile)
31 excess miles from WR Grace - Boca to office (31 miles * .55 / mile)

Business mileage for trip from Miami office to Boca Raton and back (round trip excess miles 106 miles * .55/ mile)

Mileage in excess of normal commute (31 miles * .55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (31 miles * .55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (31 miles * .55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (31 miles * .55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (31 miles * .55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (31 miles * .55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (31 miles * .55/mile) Roundtrip to Columbia Headquarters

Mileage in excess of normal commute: 70 miles each way = 140 miles * $0.55/ mile
4.50 tolls each way x 2 = 9.00
Mileage in excess of normal commute: 70 miles each way = 140 miles * $0.55/ mile
4.50 tolls each way x 2 = 9.00
Mileage in excess of normal commute: 70 miles each way = 140 miles * $0.55/ mile
4.50 tolls each way x 2 = 9.00
Mileage in excess of normal commute: 70 miles each way = 140 miles * $0.55/ mile
4.50 tolls each way x 2 = 9.00
Mileage in excess of normal commute: 70 miles each way = 140 miles * $0.55/ mile
4.50 tolls each way x 2 = 9.00
Mileage in excess of normal commute: 70 miles each way = 140 miles * $0.55/ mile
4.50 tolls each way x 2 = 9.00
Mileage in excess of normal commute: 70 miles each way = 140 miles * $0.55/ mile
4.50 tolls each way x 2 = 9.00

Flight from Dulles to Frankfurt for trip to Worms, Germany business class - round trip
Internet access during trip to Worms, Germany (Grace site)
Room rate for one night at Parkhotel Prinz Carl Hotel room 1/6/09 to 1/7/09
room rate taxes for one night at Parkhotel
Parking at Dulles airport while in Germany for business trip (2 days)
Breakfast in Frankfurt, Germany (individual meal)
Room Rate charges for stay in Frankfurt, Germany one night
VAT Tax for room noted above (one night)
Internet access during trip to Worms, Germany (hotel)
Mileage reimbursement for drive from Baltimore, MD to Dulles airport and back (total mileage 60 miles * .55)
Breakfast during weekend work for Pamela Barkley, Adam Lueck, K. Nicole Johnson, P. Katsiak, Shahin Rahmani (all PwC); 6 people
Mileage reimbursement for drive from Baltimore, MD to Columbia, MD and back (total mileage 38 miles *.55)

Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile
I-95 Toll 0.50
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile
Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile
I-95 Toll 0.25
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile
Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile

I-95 Toll 0.50
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile
Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile
I-95 Toll 0.25
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile
Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile
I-95 Toll 0.25
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile
Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile
I-95 Toll 0.50
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile
Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile
I-95 Toll 0.25
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile
Excess miles to WR Grace from Miami Office, 50 miles 1 way * 0.55 per mile
I-95 Toll 0.25
Excess miles from WR Grace to Miami Office, 50 miles 1 way * 0.55 per mile

Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)
Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)
Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)
Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)
Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)
Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)
Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)
Travel from Miami office to Grace - 92 miles roundtrip (92 * $.55 per mile)

Team breakfast for K. Geung, L. Morelle, Z. Afiadata, A. Dizio, A. Park (5 people)
K. Geung returned field work work papers back to the Boston office (41.81 miles * $0.55/ mile)

Overtime Business Meal for the audit team including 6 members: Annie Park, Alex DiZio, Jackie Barry, Leah Morelle, Karen Geung, and Zinkeng Afiadata
Overtime Business Meal for the audit team including 6 members: Annie Park, Alex DiZio, Jackie Barry, Leah Morelle, Karen Geung, and Zinkeng Afiadata
Overtime Business Meal for the audit team including 6 members: Annie Park, Alex DiZio, Jackie Barry, Leah Morelle, Karen Geung, and Zinkeng Afiadata
Overtime Business Meal for the audit team including 6 members: Annie Park, Alex DiZio, Jackie Barry, Leah Morelle, Karen Geung, and Zinkeng Afiadata

Mileage in excess of normal commute (28 miles * $.55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (28 miles * $.55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (28 miles * $.55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (28 miles * $.55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (28 miles * $.55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (28 miles * $.55/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (28 miles * $.55/mile) Roundtrip to Columbia Headquarters

Group Meal during year end audit. Erica Margolus, Shahin Rahmani, Pamela Barkley, Lynda Keoriet, Justin Bray, Adam Lueck of PwC in attendance along with the following people from WR Grace: Sheila Hawkins, Kellee Franks and Grace Wang - Dinner (9 people)

Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles/ 8 * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles/ 8 * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles/ 8 * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles/ 8 * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles/ 8 * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles/ 8 * 2 (roundtrip) * .55)

Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles) * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles) * 2 (roundtrip) * .55)
Onsite Overtime Dinner - L. Morelle, K. Georg, Z. Aradila (3 people)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles) * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles) * 2 (roundtrip) * .55)
Mileage in excess of daily commute (23.32 miles - 15.32 normal commute miles) * 2 (roundtrip) * .55)

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
96 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 78 miles * .55= 42.90
92 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 74 miles * .55= 40.70
105 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 87 miles * .55= 47.85
102 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 84 miles * .55= 46.20
85 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 67 miles * .55= 36.85
93 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 75 miles * .55= 41.25
96 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 78 miles * .55= 42.90
93 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 75 miles * .55= 41.25
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
92 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees lunch, then home = 92 miles * .55=50.60
104 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 86 miles * .55= 47.30
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
102 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 84 miles * .55= 46.20
87 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 69 miles * .55= 37.95
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
Sodas for the PwC audit team to have at supper (9 people - B. Bishop, J. Bray, L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, E. Margolius, and N. Johnson)
Supper for the PwC audit team (7 people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, E. Margolius, and N. Johnson)
Supper for the PwC audit team (6 people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, and N. Johnson)
Supper for the PwC audit team (6 people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, and N. Johnson)
Supper for the audit team and client (7 PwC people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, E. Margolius, and N. Johnson and 4 Grace - K. Franks, S. Hawkins, T. Puglisi, K. Blood)
Supper for the audit team and client (7 PwC people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, E. Margolius, and N. Johnson and 1 Grace - K. Blood)
Sodas for the PwC audit team (8 people - B. Bishop, J. Bray, L. Keorlet, S. Rahmani, P. Katsiak, A. Lueck, and N. Johnson)
Supper for the audit team and client (6 PwC people - L. Keorlet, S. Rahmani, P. Katsiak, A. Lueck, K.Kourchick, and N. Johnson and 2 Grace - K. Blood, B. Dockman)
Supper for the audit team and client (7 PwC people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, K.Kourchick, and N. Johnson and 4 Grace - K. Blood, S. Hawkins, K. Franks, T. Puglisi)

Lunch for the PwC audit team (7 people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, K. Kourchick, and N. Johnson)

Supper for the audit team and client (6 PwC people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, and N. Johnson and 5 Grace - T. Puglisi, H. Janes, J. Day, G. Wang, K. Franks)

Supper for the audit team and client (6 PwC people - L. Keorlet, S. Rahmani, P. Katsiak, A. Lueck, G. Muthengi, and N. Johnson and 2 Grace - T. Puglisi, H. Janes)

Supper for the audit team and client (9 PwC people - L. Keorlet, B. Bishop, J. Bray, E. Margolius, S. Rahmani, P. Katsiak, A. Lueck, G. Muthengi, and N. Johnson and 6 Grace - H. LaForce, K. Franks, J. Day, S. Hawkins, H. Janes, J. McElhenney)

Fees for electronic confirmations used as required by Bank of America through CCI. Other follow up confirmations used this electronic process as well.

Additional mileage of driving to the client in excess of miles driven to PwC office. 16 miles round trip * .55/ mile
Additional mileage of driving to the client in excess of miles driven to PwC office. 16 miles round trip * .55/ mile
Additional mileage of driving to the client in excess of miles driven to PwC office. 16 miles round trip * .55/ mile

Overtime dinner comprising of Karen Geung, Zinkeng Afiadata, Leah Morelle, Nalini B (Grace), Wanda D (Grace) (5 people).
overtime dinner comprising of Karen Geung, Zinkeng Afiadata, Leah Morelle, Justin Bray (all PwC),
Wanda D, Victor (both Grace) (6 People)

charge to overnight monthly package and mail check