BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.A.
ATTORNEYS AT LAW
Michael J. Doyle SBN # 009446
Gary T. Doyle SBN # 015033
2929 North 44th Street, Suite 120
Phoenix, Arizona 85018
Telephone: (602) 952-8500
Facsimile: (602) 667-6552
Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) |
| _____ | ) |

**FIRST LIBERTY BANK'S MOTION TO WITHDRAW AND REQUEST FOR REMOVAL FROM MAILING**

First Liberty Bank, through counsel undersigned, herewith moves this court for its order withdrawing First Liberty Bank from this matter. First Liberty Bank is no longer a creditor in this matter.

Undersigned further requests that his email address and the address of his legal assistant be removed from the e-mailing list.

DATED THIS DATE:_____

BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.A.


_____
Michael J. Doyle, Esq.
Attorney for First Liberty Bank

Original e-filed with the court
this __ day of March, 2009,
By: C. Murphy