1  BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.A.
   ATTORNEYS AT LAW
2  Michael J. Doyle SBN # 009446
   Gary T. Doyle SBN # 015033
3  2929 North 44th Street, Suite 120
   Phoenix, Arizona 85018
4  Telephone: (602) 952-8500
   Facsimile: (602) 667-6552
5  Attorneys for Plaintiff

6            IN THE UNITED STATES BANKRUPTCY COURT

7              FOR THE DISTRICT OF DELAWARE

8  In re:                          )   Chapter 11
                                    )
9  W.R. GRACE & CO., et al.,        )   Case No. 01-1139 (JKF)
                                    )
10                                  )
                                    )
   Debtors.                         )
11 _____ )

12      **FIRST LIBERTY BANK'S MOTION TO WITHDRAW AND REQUEST FOR
                     REMOVAL FROM MAILING**
13

14         First Liberty Bank, through counsel undersigned, herewith moves this court for its

15  order withdrawing First Liberty Bank from this matter.  First Liberty Bank is no longer a

16  creditor in this matter.

17         Undersigned further requests that his email address and the address of his legal

18  assistant be removed from the e-mailing list.

19         DATED THIS DATE:_____

20                              BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.A.

21

22                              _____
                                Michael J. Doyle, Esq.
23                              Attorney for First Liberty Bank

24
   Original e-filed with the court
25 this __ day of March, 2009,
   By: C. Murphy
26

27

28