1  BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.A.
   ATTORNEYS AT LAW
2  Michael J. Doyle SBN # 009446
   Gary T. Doyle SBN # 015033
3  2929 North 44th Street, Suite 120
   Phoenix, Arizona 85018
4  Telephone: (602) 952-8500
   Facsimile: (602) 667-6552
5  Attorneys for Plaintiff

6              IN THE UNITED STATES BANKRUPTCY COURT

7                  FOR THE DISTRICT OF DELAWARE

8  In re:                              )  Chapter 11
                                       )
9  W.R. GRACE & CO., et al.,           )  Case No. 01-1139 (JKF)
                                       )
10                                     )
                                       )
        Debtors.                       )
11  _____  )

12       **ORDER GRANTING FIRST LIBERTY BANK'S MOTION TO WITHDRAW AND
                REQUEST FOR REMOVAL FROM E-MAILING**
13

14       First Liberty Bank, through counsel undersigned, having filed a Motion to Withdraw

15  and Request for Removal from the E-mailing list and good cause appearing therefrom;

16       IT IS ORDERED that First Liberty Bank be withdrawn from this matter and the

17  email address of it's counsel be removed from the e-mailing list.

18       IT IS FURTHER ORDERED directing the clerk to remove the email address of

19  mdoyle@bkdpblaw.com and carolyn@bkdpblaw.com from the mailing list.

20       DATED THIS DATE:_____

21

22                              _____
                                The Honorable Judith K. Fitzgerald
23                              United States Bankruptcy Judge

24

25

26

27

28