UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. Grace & Co., et al | ) ) ) ) ) ) ) ) ) ) | Chapter 11 |
| Debtors. | | Case No.:   01-1139 |
| | | Jointly Administered |
| | | Related Docket No. 21019 |

**NOTICE OF CORRECTION TO THE EXPERT REPORT
OF H. SEAN MATHIS**

PLEASE TAKE NOTICE that footnote 1 to the Expert Report of H. Sean Mathis filed on March 16, 2009 [Docket no 21019] (the "Mathis Report"), incorrectly identified the insurers participating in the engagement of Mr. Mathis (the "Certain Insurers"). The corrected footnote 1 to the Mathis Report is set forth below:

> The Certain Insurers are Continental Casualty Company and Continental Insurance Company and affiliated companies, Fireman's Fund Insurance Company (and possibly other related companies) and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, Arrowood Indemnity Company f/k/a Royal Indemnity Company, OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company.

*Remainder of this page left intentionally blank.*

1

LIBA/1981016.1

2

        ROSENTHAL, MONHAIT & GODDESS, P.A.

        By: /s/
        Edward B. Rosenthal (*Bar No. 3131*)
        Carmella P. Keener (*Bar No. 2810*)
        919 Market Street, Suite 1401
        P.O. Box 1070
        Wilmington, Delaware 19899
        Telephone: (302) 656-4433
        Facsimile: (302) 658-7567

        GOODWIN PROCTER LLP
        Daniel M. Glosband (*pro hac vice*)
        Brian H. Mukherjee (*pro hac vice*)
        Goodwin Procter LLP
        Exchange Place
        Boston, Massachusetts 02109
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231

        FORD MARRIN ESPOSITO WITMEYER &
        GLESER, L.L.P.
        Elizabeth DeCristofaro (*pro hac vice*)
        Wall Street Plaza, 23rd Floor
        New York, New York 10005-1875
        Telephone: (212) 269-4900
        Facsimile: (212) 344-4294

        *Counsel for Continental Casualty Company and Continental Insurance Company and affiliated companies and on behalf of Certain Insurers*

Dated: March 26, 2009

LIBA/1981016.1