**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al*., | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

**NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES OF LONGACRE MASTER FUND, LTD. TO DEBTORS' INTERROGATORY AND REQUEST FOR THE <u>PRODUCTION OF DOCUMENTS</u>**

PLEASE TAKE NOTICE that the undersigned counsel to Longacre Master Fund, Ltd. hereby certifies that, on March 24, 2009, he caused to be served the **Objections and Responses of Longacre Master Fund, LTD. to Debtors' Interrogatory and Request for the Production of Documents**, upon the following entities via electronic mail and regular, first-class mail.


Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

#10732870 v1

-2-

| | |
|---|---|
| Dated: March 26, 2009<br>Wilmington, DE | PEPPER HAMILTON LLP<br><br>/s/ James C. Carignan<br>David M. Fournier (No. 2812)<br>James C. Carignan (No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>(302) 777-6500<br><br>- and –<br><br>PEPPER HAMILTON LLP<br>Robert S. Hertzberg, Esq.<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>(313) 259-7110<br><br>*Counsel to Longacre Master Fund, Ltd.* |

#10732870 v1