IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x : | Chapter 11 |
| W. R. GRACE & CO., et al., | : : | Case No. 01-1139 (JKF) |
| Debtors. | : x | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mark A. Platt to represent Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in this action.

SMITH, KATZENSTEIN & FURLOW, LLP

/s/Kathleen M. Miller
Kathleen M. Miller (DE I.D. #2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

FULBRIGHT & JAWORSKI, L.L.P.

Mark A. Platt (Texas Bar No. 00791453)
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                         The Honorable Judith K. Fitzgerald

{08008}