IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 16, 2009 |
| | ) | |

SUMMARY APPLICATION OF THE LAW OFFICES OF JANET S. BAER, P.C. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY
INTERIM PERIOD FROM FEBRUARY 1, 2009, THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | **The Law Offices of Janet S. Baer, P.C.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered March 24, 2009, effective as of February 11, 2009** |
| Period for which compensation and reimbursement is sought: | **February 1, 2009 through February 28, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$75,250.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,430.21** |

This is a **X** monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately **2.5 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$1500.00.**

Janet S. Baer is the only attorney from The Law Offices of Janet S. Baer P.C. ("JSB") who rendered professional services in these cases during the Fee Period. The fees rendered are as follows:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S. Baer | President | 1982 | Restructuring | $625.00 | 120.40 | $75,250.00 |
| **Totals for Attorneys** | | | | | 120.40 | $75,250.00 |

There are no paraprofessionals of JSB who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees: **$75,250.00**

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Litigation and Litigation Consulting | 58.00 | $36,250.00 |
| 2 | Employee Benefits/Pension | 3.20 | $2000.00 |
| 3 | Business Operations | 1.30 | $812.50 |
| 4 | Plan and Disclosure Statement | 38.40 | $24,000.00 |
| 5 | Hearings | 4.50 | $2812.50 |
| 6 | Relief from Stay | 3.10 | $1937.50 |
| 7 | Claims Analysis Objection and Resolution (Non-Asbestos) | 2.10 | $1312.50 |
| 8 | Travel non-working | 3.70 | $2312.50 |
| 9 | Claims Analysis Objection and Resolution (Asbestos) | 2.10 | $1312.50 |
| 10 | Case Administration | 4.00 | $2500.00 |
| **Totals for Matters** | | **120.40** | **$75,250.00** |

## Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $297.14 |
| Airfare | $927.00 |
| Transportation to/from airport | $150.00 |
| Travel Meals | $40.12 |
| Other Travel Expenses | $15.95 |
| **Total** | **$1430.21** |

**WHEREFORE**, JSB respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of **$75,250.00** for reasonable and necessary professional services JSB has rendered to the Debtors during the Fee Period **($60,200.00)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by JSB during the Fee Period **($1430.21)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: March 27, 2009            Respectfully submitted,

THE LAW OFFICES OF JANET S. BAER P.C.

_____
Janet S. Baer
70 W. Madison St.
Suite 2100
Chicago, Illinois 60602
(312) 641-2162