## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 16, 2009 |
| | ) | |

### FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF JANET S. BAER, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2009, THROUGH FEBRUARY 28, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Litigation and Litigation Consulting | 58.00 | $35,250.00 |
| 2 | Employee Benefits/Pension | 3.20 | $2000.00 |
| 3 | Business Operations | 1.30 | $812.50 |
| 4 | Plan and Disclosure Statement | 38.40 | $24,000.00 |
| 5 | Hearings | 4.50 | $2812.50 |
| 6 | Relief from Stay | 3.10 | $1937.50 |
| 7 | Claims Analysis Objection and Resolution (Non-Asbestos) | 2.10 | $1312.50 |
| 8 | Travel non-working | 3.70 | $2312.50 |
| 9 | Claims Analysis Objection and Resolution (Asbestos) | 2.10 | $1312.50 |
| 10 | Case Administration | 4.00 | $2500.00 |
| **Totals for Matters** | | **120.40** | **$75,250.00** |

## Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $297.14 |
| Airfare | $927.00 |
| Transportation to/from airport | $150.00 |
| Travel Meals | $40.12 |
| Other Travel Expenses | $15.95 |
| **Total** | **$1430.21** |