# EXHIBIT A

| Matter 1 | Litigation and Litigation Consulting | | |
|---|---|---|---|
| | **Date** | **Hours** | **Description** |
| | 2/11/2009 | 4 | Review draft Owens discovery requests and Fireman's document requests (.40);review draft Royal termsheet and comments to same (.30);review and respond to numerous discovery issues (.80); review and respond to issues re Equitas settlement (.40); confer with T. Freedman re discovery re Bank of America and other related issues (.40);confer with A. Running re discovery issues (.40); further confer and respond to correspondence re discovery (.30); review FCR draft response to Fireman's RFA's (.60);review draft responses to Fireman's document requests (.40) |
| | 2/12/2009 | 1.4 | Review and respond to correspondence re various confirmation discovery (.40); prepare correspondence re draft Fireman's RFA's and related issues on documents and interrogatories (.40); prepare correspondence re discovery, schedule and outstanding issues (.40)review and revised PD Request for discovery (.20); |
| | 2/13/2009 | 4.4 | Review Fireman's interrogatonos and document requests in preparation for call re same (1.1); prepare correspondence re Fireman's discovery (.30) prepare comments re Libby discovery responses (.60); further correspondence re Fireman's fund (.30) participate in call with plan proponents re Fireman's discovery responses(1.5); confer with J. Hughes re Indiana case status and employee claims analysis issue (.30);review draft revised PD CMO (.30) |
| | 2/14/2009 | 1.5 | Review correspondence and pleadings re Tundersky action against the Crown (.30);review draft revised interrogatory # 13 answer re Libby (.20); review PD FCR's discovery to plan proponents (.30) review revised confidentiality agreement re insurer settlements nd other production (.40); review Royal terms sheet (.30); |
| | 2/16/2009 | 5.8 | Review and respond to comments re protective order issues (.40); review and respond re Kaneb lift stay (.30); review and respond to numerous issues on confirmation discovery, especially re PD matters (.60)* confer re timing on PD discovery and related issues (.20);review Speights motion re discovery (.30); review revised PD CMO (.30); participate in call re PD motion issue with A. Rich (.40); follow up call with T. Freedman and J. Restivo (.30); renew PD CMO to forward to A. Rich (.30); prepare correspondence re discovery issues and scope of approach (.40); follow up with B Stansbiry re Libby discovery responses and Heberling requests (.30);prepare correspondence re same (.40); review correspondence re Equitas issues (.30) review other A. Rich comments on plan disclosure statement issues (.30) finalize discovery communication to D. Bernick and transmit same (.40); review draft Libby, interrogatory responses (.40); |

1

| Date | Hours | Description |
| --- | --- | --- |
| 2/17/2009 | 3.3 | Review revised interrogatory responses re Libby and prepare further comments to same (.80) ;review and respond to correspondence re various discovery issues (80); review Unifirst stipulation re Well G & H (.30); confer with L. Duff re same and MA appeal issue (.30); respond to correspondence re other discovery issues (.40); prepare insert for W. Harris Status report (.30); review PD/CMO and further correspondence re same (.40); |
| 2/18/2009 | 4.8 | Review revised Ownes Illinois discovery responses (.30); confer with FCR and other parties re discovery issues and coordination for filing (.40); confer with M. Dierkes re response to Speights discovery request (.30); participate in call re Fireman's discovery and other response related issues. (2.0); confer with D. Speights, T. Freedman and R. Finke re Speights discovery issues and motion re same (several conferences)(.60); conference with J. Monahan and L. Esayian re discovery issues (.40); numerous follow up discussions and correspondence re various discovery and plan related issues (60); |
| 2/19/2009 | 2 | Confer with R. Finke , T. Freedman and A. Rich Speights discovery issues (.80); confer with J. O'Neill re same and re 2/23 hearing implications (several conversations) (.70); cofer with M. Dierkes and L. Esayian re same (.30); confer with D. Boll Re document re response on Speights discovery (.20); |
| 2/20/2009 | 3.2 | Review draft response re Speights discovery and prepare comments re same (.80); prepare correspondence to D. Speights re same (.30); further confer with M. Dierkes re same (.20); confer with T. Freedman re same.(.20); confer with plan team, R. Finke and D. Cammeron re PD discovery issues (.80); further confer with T. Freedman re same (.30); confer with J. O'Neill re Speights agreement on discovery and prepare correspondence re same (.30); confer with T. Freedman and D. Boll re Royal discovery (.30) |
| 2/21/2009 | 6.9 | Review Royal interrogatories and request to produce (.40); confer with Ted Freedman and D. Boll re same (.80) review and respond to various discovery matters (.90); prepare correspondence re Libby discovery (.40) prepare correspondence re USA disclosure statement objections (.30);prepare responses re Royal interrogatories and document request (2.5); confer re same and further revise same (1.6); |
| 2/23/2009 | 4.9 | Review revised Royal RFA's and Fireman RFA responses (.50); prepare correspondence re PD CMO and plan revision and confer re same (.80); confer with J. Monahan Re Fireman's discovery (.80); review and respond to numerous inquiries and issues re discovery (.40); prepare correspondence re finalizing discovery for filing (.40);confer with C. Landau and E. Locke re BNSF appeal (.30);finalize Libby discovery and prepare same for filing and service (.40); finalize Royal discovery and prepare correspondence re same (.30); review correspondence from co proponents re Libby Royal and respond re same (.40); review correspondence re Libby expert issues(.30); begin review of Fireman's interrogatory |

| Date | Hours | Description |
|---|---|---|
| | | answers(.30); |
| 2/24/2009 | 4.4 | Confer with several parties re discovery issues (.40);review and respond to correspondence re same (.40); prepare responses to correspondence on discovery and follow up re same (1.50); confer with J. Monahan re Fireman's Fund discovery issues (1.0); confer and prepare follow up correspondence discovery especially re PI and bankruptcy issues(.40); confer with confirmation team re discovery status and issue (.70) |
| 2/25/2009 | 5.5 | Review draft Fireman's Fund interrogatories (.50) review draft Travelers' discovery responses (.30); review and respond to correspondence re discovery issues (.70); confer with co-plan proponents re Fireman's Interrogatories (2.0) numerous conferences with J. Monahan re discovery issues (.70); confer with J. Monahan re staffing issues (.30); review and respond to correspondence from A. Running re discovery issues and staffing (.30); confer with L. Esayain and M. Lorimer re same (.30); prepare order re Speights confirmation discovery (.40); |
| 2/26/2009 | 5.3 | Review draft Fireman's response to request to produce (1.2); confer with T. Freedman re BNSF appeal and review correspondence re same (.30); prepare correspondence re Speights order on discovery motion (.30); review correspondence re various discovery issues and respond re same (.40); participate in call with POC and FCR re discovery responses (1.7);participate in conference re PD discovery and expert reports (.80);prepare comments on Travelers' discovery (.20); prepare correspondence re confirmation discovery schedule and key upcoming dates (.40). |
| 2/27/2009 | 0.8 | Review and revise confirmation discovery CMO chart and prepare correspondence re same and call to address deadlines (.40); review and respond to numerous issues re discovery responses (.40) |
| **Total hours:** | **58** | |

**Matter 2**    **Employee Benefits/Pension**

| Date | Hours | Description |
|---|---|---|
| 2/11/2009 | 0.2 | Review correspondence re Executive plan (.20) |
| 2/12/2009 | 2 | Confer with J. Forgach, F. Zaremby and other Grace parties re employee claim issues, review and objections (.80); review motion and orders re employee benefits re issues on AICP plan (.40); confer with T. Freedman re same (.30); confer with L. Sinanyan re employee claims objectors (.30); respond to correspondence re AICP issues (.20) |
| 2/13/2009 | 0.3 | Confer with J. Forgach re employee benefit plan change (30); |
| 2/16/2009 | 0.4 | Prepare correspondence to T. Freedman re employee objection issue (.40) |
| 2/17/2009 | 0.3 | Review revised pension plan motion and prepare correspondence re same (.30) |
| **Total hours:** | **3.2** | |

3

| Matter 3 | Business Operations | | |
|---|---|---|---|
| | Date | Hours | Description |
| | 2/11/2009 | 0.9 | Confer with T. Freedman M. Shelnitz re bank debt purchases issue, consolidation of entities and related issues (.90); |
| | 2/18/2009 | 0.4 | Confer with J. Forgach re benefit plan issues (.20); confer with S. Ahem re Liandell claims (.20) |
| | Total hours: | 1.3 | |

| Matter 4 | Plan and Disclosure Statement | | |
|---|---|---|---|
| | Date | Hours | Description |
| | 2/12/2009 | 1.6 | Confer with T. Freedman re B of A and Equitas matters (.30); review disclosure statement re same (.50) review Equitas settlement agreement re plan injunction issues: (.80) |
| | 2/13/2009 | 1 | Review A. Rich comments to disclosure statement (.30) confer with Grace management and T. Freedman re Equitas settlement agreement and implications under the plan (.40); confer with T. Freedman re B of A issues (.30) |
| | 2/14/2009 | 0.7 | Review further comments re corporate consolidation issues (.30); Review PD FCR's comments to present disclosure statement (.40) |
| | 2/16/2009 | 1.6 | Review C. Bruens and T. Freedman correspondence on solicitation in Canada (.30); confer re same (.30); prepare further correspondence re same (.20); review M. Lewinstein comments and questions re plan issues (.20); prepare correspondence to Canadian counsel re solicitation issues (.30) prepare correspondence re team meeting on numerous outstanding issues (.30) |
| | 2/17/2009 | 2.7 | Confer with R. Finke and T. Freedman re A. Rich plan meeting, corporate documents and discovery issues (.40); participate in call with bankruptcy team re numerous issues re plan, disclosure statement and related issues (1.50); confer re Bloomerg reporter re new plan questions (.30); review and respond re A. Rich plan questions (.50); |
| | 2/18/2009 | 1.6 | Confer with T. Freedman re PD issues, corporate documents and related plan issues (.40); confer with R. Finke re trust expense issues (.30); review and respond to correspondence re PD FCR issues (.30) review correspondence re same (.30); assemble materials in preparation for meeting with PD FCR (.3) |
| | 2/19/2009 | 8 | Review plan related corporate documents in preparation for meeting with A. Rich (2.50); meet with T. Freedman and R. Finke re same (1.50); confer with A. Rich re plan and PD CMO issues (4.00) |
| | 2/21/2009 | 2.3 | Review various objections to disclosure statement(.40); review correspondence and comments re same (.40); review disclosure |

| | | |
|---|---|---|
| | | statement objections in preparation for team call (.70); confer with plan team re disclosure statement objections and how to address (.80) |
| 2/23/2009 | 0.9 | Confer with T. Freedman and D. Boll re plan and DS objections and related issues (.30); follow up re issues for same (.30); confer with D. Boll and J O'Neill re CNA and MCC plan issue designations (.30) |
| 2/24/2009 | 3.8 | Confer with T. Freedman re revising disclosure statement to address Anderson Memorial claims (1.40); confer with T. Freedman and D. Boll re plan coordination, solcitation, filing and printing issues (.50); follow up with J. Monahan and C. Greco re solicitation issues (.20); confer with M. Conron re solcitation and stock incentive questions (.30); confer with D. Boll re trust costs and fees and review correspondence re same (.30) |
| 2/25/2009 | 3.2 | Confer with M. Lewinstein re revision to Minnesota and Woburn portions of the disclosure statement (.30); confer with L. Duff re same (.30); review L. Duff revisions to disclosure statement (.20); confer with M. Lewinstein re issues on disclosure statement (60);review revised disclosure statement and various comments re same (.60); confer re same (.30); confer with C. Greco re solicitation issues (.30); confer with M. Lewinstein re J. McFarland comments on disclosure statement and review same (.80) |
| 2/26/2009 | 4.4 | Confer with B. Stansbury re DJ and PI discovery issues (.30); confer with T. Freedman re various issues on the disclosure statement, plan and related documents (.30) confer with L. Duff re Woburn language in disclosure statement and prepare correspondence re same (.30);confer with D.Boll re disclosure statement and plan issues and approval issues (.40); participate in call with plan team re coordination of plan and disclosure filing (1.20); prepare correspondence re solicitation issues (.30);prepare responses on numerous outstanding issues on plan related materials (.40); review comments from various parties re plan documents (.40) |
| 2/27/2009 | 6.6 | Review Blackstone comments to disclosure statement (.30); confer with T. Freedman and P. Zilly re issues with same (.40); confer with D. Armstrong re 10k and plan issues (.20);confer with M. Lewenstein re disclosure statement changes (.30); participate in call with ACC and FCR re insurance issues in disclosure statement and plan (1.50); confer with T. Freedman and L. Esayian re potential new changes to plan (.40); confer with D. Boll re disclosure statement and plan filing coordination (.40); confer with T. Freedman further re insurance issues (.30); confer with L. Duff re Unifirst issue (.30); review notices of filing re plan, |

5

|  |  |  |
|---|---|---|
|  |  | disclosure statement and solicitation materials (.40); confer with M. Lewinstein, D. Boll, P. Zilly and T. Freedman re changes to disclosure statement and formalizing same (several calls) (1.30); confer re preparation for disclosure statement hearing and coordination of materials re same(.80) |
| Total hours: | 38.4 |  |

**Matter 5**

**Hearings**

| Date | Hours | Description |
|---|---|---|
| 2/17/2009 | 2.3 | Confer with T. Freedman re 2/23 Omnibus hearing and Speights motion (.20); confer with R. Baker re same (.20); prepare correspondence re Speights discovery motion and expediting same (.30) prepare motion re same (.80) revise same and prepare for filing (.80) |
| 2/20/2009 | 0.3 | Confer with J. O'Neill re revised 2/23 hearing agenda and Speights issues (.30) |
| 2/23/2009 | 1.6 | Review agenda in preparation for 2/23 Omnibus hearing (.20); Conduct 2/23 Omnibus hearing (.80); confer re follow up from same (.30); confer re 3/9 agenda (.30) |
| 2/26/2009 | 0.3 | Confer with D. Boll re disclosure statement hearing preparation (.30) |
| Total hours: | 4.5 |  |

**Matter 6**

**Relief from Stay**

| Date | Hours | Description |
|---|---|---|
| 2/11/2009 | 0.6 | Review Continental and One Beacon Kaneb responses (.30); prepare correspondence re same(.30) |
| 2/12/09 | 0.5 | Confer with T. Freedman and S. Pierce re Kaneb lift stay (.50) |
| 2/18/2009 | 1.1 | Confer with S. Pierce re Kaneb motion discovery and related issues (twice)(.40) Review correspondence from S. Pierce and prepare comments re same (.40); prepare correspondence to the insurers re Kaneb issues and hearing (.30) |
| 2/19/2009 | 0.9 | Confer with M. Brown re Kaneb lift stay and related issues (.30); confer with T. Freedman re same (.20); prepare and respond to correspondence re same (.40); |
| Total hours: | 3.1 |  |

**Matter 7**

**Claims Analysis Objection and Resolution (Non-Asbestos)**

| Date | Hours | Description |
|---|---|---|
| 2/11/2009 | 0.3 | Review and respond to correspondence re various claims issues (.30) |
| 2/19/2009 | 0.3 | Confer with D. Boll re employee claim status and participation in same (.30) |
| 2/24/09 | 1.5 | Confer with GUC's re class 9 interest issue (.70); further confer with Blackstone re same (.30); prepare transmittal re same (.30); review correspondence re Boune & Fernicola (.20) |

| Total hours: | 2.1 |
|---|---|

**Matter 8** — **Travel Non Working**

| Date | Hours | Description |
|---|---|---|
| 2/19/2009 | 1.2 | Travel from Chicago to New York for meeting on plan issues (billed at half time) (1.2) |
| 2/20/2019 | 2.5 | Travel from New York back to Chicago after plan meetings (billed at half time) (2.5) |
| Total hours: | 3.7 | |

**Matter 9** — **Claim Analysis Objection Resolution (Asbestos)**

| Date | Hours | Description |
|---|---|---|
| 2/12/2009 | 1.7 | Confer with T. Freedman and R. Finke re PD CMO issues (.30);participate in call with A. Rich, T. Freedman and Grace re PD CMO issues (1.0) further confer with T. Freedman, L Esayian, and R. Finke re same (.40) |
| 2/27/2009 | 0.4 | Confer with A. Roberts re cases re asbestos coverage issues and exposure (.40) |
| Total hours: | 2.1 | |

**Matter 10** — Case Administration

| Date | Hours | Description |
|---|---|---|
| 2/12/09 | 0.7 | Review and respond to various creditor inquiries and attend to same (.40);review newly filed pleadings and attend to same (.30) |
| 2/13/2009 | 0.6 | Review and revise W. Sparks monthly Board report (.30); review newly filed pleadings and attach to same (.30) |
| 2/17/2009 | 1 | Participate in weekly company reorganization call (.40); Confer with R. Finke by 10K questions on case matters (.30); review and respond to numerous party case inquiries (.30) |
| 2/24/2009 | 0.9 | Participate in Grace management call re status of all matters (.50), review newly filed pleadings and attend to same (.40) |
| 2/25/2009 | 0.8 | Confer with R. Finke and W. Sparks re legal fee issues (.50); review newly filed pleadings and attend to same (.30) |
| Total hours: | 4.00 | |