# EXHIBIT B

## TRAVEL EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $297.14 |
| Airfare | $927.00 |
| Transportation to/from airport | $150.00 |
| Travel Meals | $40.12 |
| Other Travel Expenses | $15.95 |
| Total | $1430.21 |

## Travel – Itemized Expenses

| Date | Amount | Itemized Expense |
|---|---|---|
| 2/19/09 | 40.00 | 303 Taxi – Transportation to Airport - Wilmette Illinois to ORD, re 2/19/09 Plan meeting |
| 2/19/09 | 10.00 | Travel Meal, ORD, re 2/19/09 Plan meeting, Breakfast |
| 2/19/09 | 927.00 | United Air Lines - Airfare to/from New York, re 2/19/09 Plan meeting |
| 2/19/09 | 35.00 | Yellow Cab – Transportation from LaGuardia to Manhattan, re 2/19/09 Plan meeting |
| 2/20/09 | 297.14 | Hilton Hotels -The Waldorf Astoria – Hotel one night, re 2/19/09 Plan meeting |
| 2/20/09 | 15.95 | Hilton Hotels -The Waldorf Astoria – Internet access, re 2/19/09 Plan meeting |
| 2/20/09 | 15.00 | Travel Meal, New York, re 2/19/09 Plan meeting, Breakfast |
| 2/20/09 | 35.00 | Yellow Cab – Transportation from Manhattan to LaGuardia, re 2/19/09 Plan meeting |
| 2/20/09 | 40.00 | 303 Taxi – Transportation to Airport -ORD to Wilmette, re 2/19/09 Plan meeting |
| 2/20/09 | 15.12 | Travel Meal, LaGuardia, re 2/19/09 Plan meeting, Lunch |
| **Total** | **$1430.21** | |