# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MARCH 19, 2009
                                            MATTER :  0066609-000002
                                            INVOICE : 10191852


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

      RE:  ASSET DISPOSITION



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----   --------------------------------                   -----

02/11/09 TC   Reviewed Eighteenth Claim Settlement Notice and      .30
              attached stip (NL Industries)

02/18/09 TC   Reviewed Motion of Debtors for Entry of an           .60
              Order Authorizing the Settlement of Asbestos
              Property Damage Claims Filed By Macerich Fresno
              Limited Partnership Filed by W.R. Grace & Co.,
              et al, attached agreements, documents and order


                  T I M E   S U M M A R Y
                  -----------------------

                        RATE      HOURS           TOTALS
                        ----      -----           ------

   T. Currier           555.00      .90           499.50
                TOTALS             .90           499.50


              TOTAL FEES :                             499.50


              TOTAL DUE  :                             499.50
```

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 19, 2009
                                            MATTER :  0066609-000004
                                            INVOICE : 10191853


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

      RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/30/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 1.00 |
| 01/30/09 | MNF | Docketing litigation events in computerized docketing system | 1.00 |
| 02/02/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 02/02/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/03/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 02/05/09 | TC | Reviewed all incoming pleadings and distributed to team counsel and paralegals | .70 |
| 02/05/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/06/09 | TC | Reviewed all ecf filings and distributed them to all counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 19, 2009
MATTER : 0066609-000004
INVOICE : 10191853

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---:|
| 02/06/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/09/09 MNF | Docketing litigation events in computerized docketing system | .50 |
| 02/09/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/10/09 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 02/10/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/11/09 TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .40 |
| 02/11/09 MNF | Docketing litigation events in computerized docketing system | .50 |
| 02/11/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/12/09 TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2009
MATTER :   0066609-000004
INVOICE :  10191853

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09    6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 02/12/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/12/09 MNF | Docketing litigation events in computerized docketing system | .50 |
| 02/13/09 TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .30 |
| 02/13/09 MNF | Docketing litigation events in computerized docketing system | .50 |
| 02/16/09 TC | Reviewed all ecf filings and distributed to team counsel and paralegals as appropriate | .60 |
| 02/17/09 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .40 |
| 02/17/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/18/09 TC | Reviewed all ecf filings and forwarded them as appropriate to team counsel and paralegals | .50 |
| 02/18/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/19/09 TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &. Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   MARCH 19, 2009
MATTER :   0066609-000004
INVOICE :  10191853

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09    6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 02/19/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/20/09 TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 02/20/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/23/09 TC | Reviewed all ecf filings and forwarded as appropriate to team counsel & paralegals | .70 |
| 02/23/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/24/09 TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 02/24/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/25/09 TC | Reviewed ecf filings for group | .50 |
| 02/25/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/27/09 TC | Reviewed all ecf filings for team and forwarded as appropriate to team counsel and paralegals | .50 |

# Buchanan Ingersoll ∧ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 19, 2009
                                            MATTER : 0066609-000004
                                            INVOICE : 10191853


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

    RE:   CASE ADMINISTRATION


02/27/09 TC    Reviewed and distributed pleadings to team            .50
               counsel and paralegals

02/27/09 MNF   Reviewed all ECF filings in the case as part of       .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

    T. Currier          555.00   9.30          5161.50
    M. Flores           190.00  11.50          2185.00
                TOTALS          20.80          7346.50


                    TOTAL FEES :                        7,346.50


                    TOTAL DUE  :                        7,346.50
```

---

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 19, 2009
MATTER : 0066609-000005
INVOICE : 10191854

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/09/09 | TC | Reviewed zai claimants' responses to letter requests to file late proofs of claim | .30 |

### T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T. Currier |        | 555.00 | .30   | 166.50 |
|            | TOTALS |        | .30   | 166.50 |

TOTAL FEES :                    166.50

TOTAL DUE  :                    166.50

# Buchanan Ingersoll ⚖ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 19, 2009
                                            MATTER : 0066609-000007
                                            INVOICE : 10191855


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

     RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
          EQUITY HOLDERS'


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----   -------------------------------                    -----

02/13/09 TC   Reviewed all materials provided by ted wechsler     .50
              prior to our committee meeting next week

02/17/09 TC   Attended quarterly committee meeting:  Equity       .80
              security holders


                   T I M E   S U M M A R Y
                   -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

 T. Currier             555.00    1.30         721.50
                TOTALS            1.30         721.50


                TOTAL FEES :                          721.50


                TOTAL DUE  :                          721.50
```

---

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 19, 2009
                                            MATTER : 0066609-000008
                                            INVOICE : 10191856


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

    RE:  EMPLOYEE BENEFITS / PENSION



DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
----  ----   -------------------------------                     -----

02/24/09 TC  Reviewed Motion to Authorize Debtors to Make          .40
             Legally Required Minimum Contributions to
             Defined Benefit Pension Plans Covering Debtors'
             Employees


                   T I M E   S U M M A R Y
                   -----------------------

                        RATE     HOURS           TOTALS
                        ----     -----           ------

    T. Currier          555.00     .40           222.00
                 TOTALS            .40           222.00


               TOTAL FEES :                           222.00


               TOTAL DUE  :                           222.00
```

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   MARCH 19, 2009
                                             MATTER :   0066609-000010
                                             INVOICE :  10191857

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

   RE:  EMPLOYMENT APPLICATIONS, OTHERS


DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
----  ----   -------------------------------                      -----

02/13/09 TC   Reviewed Application to Employ and Retain the          .40
              Law Offices of Janet S. Baer, P.C. as
              Co-Counsel to the Debtors and all attached
              materials


                    T I M E   S U M M A R Y
                    -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

   T. Currier          555.00     .40           222.00
                TOTALS            .40           222.00


                    TOTAL FEES :                       222.00

                    TOTAL DUE  :                       222.00


California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 19, 2009
                                              MATTER : 0066609-000011
                                              INVOICE : 10191858


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

      RE:  FEE APPLICATIONS, APPLICANT


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                  -----

02/12/09 MNF   Draft/work on 31st Quarterly fee request of BIR    1.50
               for Oct-December 2008; Prepare Notice re: same

02/13/09 MNF   E-file and serve 31st Quarterly fee request of     1.00
               BIR for Oct-Dec 2008

02/18/09 MNF   Review/make edits to prebills for Jan 2009          .50

02/19/09 MNF   Draft CNO re: 86th monthly fee app of BIR           .50

02/20/09 MNF   E-file and serve CNO re: 86th monthly fee app      1.00
               of BIR

02/24/09 MNF   Update 87th monthly fee app of BIR; finalize       1.00
               bills and coordinate same with accounting



              T I M E   S U M M A R Y
              -----------------------

                          RATE    HOURS        TOTALS
                          ----    -----        ------

  M. Flores             190.00     5.50       1045.00
               TOTALS               5.50       1045.00


               TOTAL FEES :                         1,045.00


               TOTAL DUE  :                         1,045.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 19, 2009
MATTER : 0066609-000012
INVOICE : 10191859

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/17/09 | TC | Reviewed kramer levin fee notice for filing with kramer levin 27th fee application | .20 |
| 02/17/09 | MNF | E-file and serve 27th quarterly fee request of Kramer Levin | 1.00 |
| 02/19/09 | MNF | Draft CNO re: 88th monthly fee app of Kramer Levin | .50 |
| 02/20/09 | MNF | E-file and serve CNO re: 88th monthly fee app of Kramer Levin | 1.00 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 555.00 | .20 | 111.00 |
| M. Flores | 190.00 | 2.50 | 475.00 |
| TOTALS | | 2.70 | 586.00 |

TOTAL FEES :                   586.00

TOTAL DUE  :                   586.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MARCH 19, 2009
                                            MATTER :  0066609-000014
                                            INVOICE : 10191860

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

     RE:  HEARINGS


   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
   ----  ----   -------------------------------                      -----

 02/16/09 TC   Reviewed Notice of Agenda of Matters Scheduled         .40
               for Hearing Before the Honorable Judith K.
               Fitzgerald Filed by W.R. Grace & Co., et al

 02/20/09 TC   Reviewed communications about telephonic               .20
               hearings; shared with kramer levin

 02/20/09 TC   Reviewed first Amended Notice of Agenda of             .30
               Matters Scheduled for Hearing Before the
               Honorable Judith K. Fitzgerald

 02/23/09 TC   Reviewed Amended Notice of Agenda of Matters           .30
               Scheduled for Hearing (Second) Filed by W.R.
               Grace & Co., et al..


                    T I M E   S U M M A R Y
                    -----------------------

                           RATE     HOURS        TOTALS
                           ----     -----        ------

   T. Currier              555.00    1.20        666.00
                  TOTALS             1.20        666.00


                   TOTAL FEES :                          666.00


                   TOTAL DUE  :                          666.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 19, 2009
                                              MATTER :  0066609-000015
                                              INVOICE : 10191861
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/09/09 | TC | Briefly reviewed blacklined solicitation procedures and all documents that go with it | .70 |
| 02/09/09 | TC | Reviewed Joinders of Elmer Biladeau in discovery served by various parties | .30 |
| 02/11/09 | TC | Reviewed Objection to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. For An Order Modifying The Automatic Stay | .60 |
| 02/12/09 | TC | Reviewed Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order Modifying the Automatic Stay | .20 |
| 02/12/09 | TC | Reviewed Response to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay Filed by OneBeacon America Insurance Company | .30 |
| 02/16/09 | TC | Reviewed Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Approving the Third Amendment to the Sale of Debtors Real Property in San Leandro, California to Alco Iron & Metal Co. | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   MARCH 19, 2009
MATTER :  0066609-000015
INVOICE : 10191861

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 02/16/09 TC | Reviewed Debtors' Requests for Production of Documents, Interrogatories, and Requests for Admission to the Official Committee of Asbestos PD Claimants, Asbestos PD Future Claimants' Representative, Anderson Memorial Hospital and Speights & Runyan | .20 |
| 02/16/09 TC | Reviewed Motion for Relief from or Reconsideration of Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, or Alternatively, for Enlargement of Time to Serve Discovery | .10 |
| 02/18/09 TC | Communications with david blabey re notice of service of the O-I responses; reviewed notice of service; approved for my signature | .40 |
| 02/20/09 TC | Reviewed Debtors' Opposition to Anderson Memorial Hospital's Motion for Enlargement of Time to Serve Discovery | .40 |

### T I M E   S U M M A R Y
------------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| | | ---- | ----- | ------ |
| T. Currier | | 555.00 | 3.30 | 1831.50 |
| | TOTALS | | 3.30 | 1831.50 |

TOTAL FEES :                    1,831.50

TOTAL DUE  :                    1,831.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 19, 2009
                                              MATTER : 0066609-000016
                                              INVOICE : 10191862


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

     RE:  PLAN AND DISCLOSURE STATEMENT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/05/09 | TC | Briefly reviewed First Amended Chapter 11 Plan of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 3, 2009 | .80 |
| 02/05/09 | TC | Reviewed and calendared Notice of Filing of Proposed Confirmation and Solicitation Procedures for First Amended Joint Plan of Reorganization | .40 |
| 02/05/09 | TC | Reviewed notice of dates for disclosure statement hearing, and calendared and compulawed same | .20 |
| 02/09/09 | TC | Briefly reviewed Amended Disclosure Statement for changes | .60 |
| 02/16/09 | TC | Reviewed Joinder in Federal Insurance Company's Preliminary Objection to Confirmation of the First Amended Plan of Reorganization | .10 |
| 02/20/09 | TC | Coordinated service of libby discovery next week with david blabey | .20 |
| 02/20/09 | TC | Reviewed Objection of the PD FCR to the Disclosure Statement for the First Amended Joint Plan of Reorganization | .20 |
| 02/20/09 | TC | Reviewed Response to the Plan Proponents' Designation of Confirmation Issues Filed by Maryland Casualty Company, Zurich American Insurance Company, and Zurich International | .20 |

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 19, 2009
                                            MATTER : 0066609-000016
                                            INVOICE : 10191862
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---:|
| 02/22/09 | TC | Reviewed Limited Response of CNA Companies to Plan Proponents' Designation of Phase I Confirmation Issues | .10 |
| 02/22/09 | TC | Reviewed Responses and Objections of Allstate Insurance Company, Solely as Successor in Interest to Northbrook Excess and Surplus Insurance Company, Formerly Northbrook Insurance Company to Debtors' Phase I Request for Production of Documents to Certain Objecting Parties Filed by Allstate Insurance Company, as Successor in Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company | .40 |
| 02/22/09 | TC | Reviewed attached responses to the debtors' discovery requests directed to the State of Montana | .30 |
| 02/22/09 | TC | Reviewed Objection to Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Filed by Anderson Memorial Hospital, SC | .30 |
| 02/22/09 | TC | Reviewed limited objection of unifirst to debtors' disclosure statement | .50 |
| 02/23/09 | TC | Checked in with david blabey on the libby discovery we are going to serve today | .20 |
| 02/23/09 | TC | Communication with dept of justice, seth shapiro, re his objection to disclosure statement | .10 |

**Buchanan Ingersoll ⚙ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 19, 2009
MATTER : 0066609-000016
INVOICE : 10191862

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 02/23/09 TC | Reviewed Objection (Protective) to the Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February 3, 2009 | .20 |
| 02/23/09 TC | Reviewed Objections and Responses of Longacre Master Fund, Ltd. to Debtors Phase I Requests for Production of Documents to Certain Objecting Parties | .20 |
| 02/23/09 TC | Reviewed Libby Claimants' Response to Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories and Libby Claimants' Response to Official Committee of Asbestos Personal Injury Claimants' First Set of Requests for the Production of Documents | .70 |
| 02/23/09 TC | Reviewed equity committee's responses and objections to libby claimant yoko cannon's discovery requests | .40 |
| 02/23/09 TC | Reviewed equity committee's responses and objections to libby claimant gayla benefield's amended first interrogatories | .50 |
| 02/23/09 TC | Reviewed service list for libby responses we will be serving later today; proofed and approved same | .50 |
| 02/23/09 TC | Reviewed all Scotts' Discovery Responses | .80 |
| 02/23/09 TC | Finalized service of discovery; proofed service list again; filed same | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 19, 2009
                                             MATTER : 0066609-000016
                                             INVOICE : 10191862

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

    RE:  PLAN AND DISCLOSURE STATEMENT

| Date | | Description | Hours |
|---|---|---|---|
| 02/23/09 | TC | Reviewed, revised Notice of Service; reviewed entire filing and electronic service list for service of discovery | .30 |
| 02/23/09 | TC | Followup after filing:  Checked notice of service as filed; checked all electronic service receipts | .50 |
| 02/23/09 | MNF | Prepare service for Equity Committees Responses and Objections to Libby Claimant Yoko Cannon's Amended First Interrogatories & Libby Claimants Galyla Benefield's First Interrogatories; Draft and E-file NOS re: same | 2.00 |
| 02/23/09 | JP | Revised and prepared service list for responses and objections to interrogatories for Libby claimants | 1.50 |
| 02/24/09 | TC | Rviewed second set of discovery requests of The Scotts Company LLC directed to plan proponents, including equity committee | .60 |

              T I M E   S U M M A R Y
              -----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | 9.70 | 5383.50 |
| M. Flores | 190.00 | 2.00 | 380.00 |
| J. Parisi | 100.00 | 1.50 | 150.00 |
| TOTALS | | 13.20 | 5913.50 |

              TOTAL FEES :                          5,913.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ⚭ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE    :    MARCH 19, 2009
                                                 MATTER  :    0066609-000016
                                                 INVOICE :    10191862


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09    6548

    RE:   PLAN AND DISCLOSURE STATEMENT


                    TOTAL DUE   :                          5,913.50

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ⚮ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 19, 2009
                                            MATTER : 0066609-001000
                                            INVOICE : 10191863


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/09   6548

     RE:  EXPENSES




          DESCRIPTION OF EXPENSE ADVANCES              AMOUNT
          -------------------------------              ------

02/02/09 Photocopies M. Flores                          10.20
02/21/09 Messenger/Delivery Service - Parcels #159202    5.00

                       TOTAL EXPENSE ADVANCES :              15.20

                       TOTAL DUE   :                        15.20
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA