REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1835140
One Town Center Road                    Invoice Date      03/26/09
Boca Raton, FL   33486                  Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                           315.00
          Expenses                         0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $315.00
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1835140
One Town Center Road                      Invoice Date       03/26/09
Boca Raton, FL  33486                     Client Number        172573
                                          Matter Number         60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 02/02/09 | Ament | Assist K&E with logistics for March hearing preparation (.40); various e-mails and meetings re: same (.20). | .60 |
| 02/03/09 | Ament | Various e-mails and telephone calls to assist K&E with logistics for hearing preparation relating to March hearings. | .30 |
| 02/06/09 | Ament | Circulate 1/14/09 transcript. | .10 |
| 02/16/09 | Ament | Circulate agenda for 2/23/09 hearing. | .10 |
| 02/17/09 | Ament | Various e-mails and telephone calls re: 2/23/09 hearing. | .20 |
| 02/26/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with coordinating logistics for March hearings. | .50 |

                                                         ------
                                          TOTAL HOURS      1.80

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 1.80 at $ 175.00 = | | 315.00 |

                    CURRENT FEES                          315.00

172573 W. R. Grace & Co.                    Invoice Number  1835140
60026  Litigation and Litigation Consulting  Page    2
March 26, 2009

```
                                          ------------
         TOTAL BALANCE DUE UPON RECEIPT         $315.00
                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1835141
5400 Broken Sound Blvd., N.W.        Invoice Date       03/26/09
Boca Raton, FL 33487                 Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

        Fees                        1,764.00
        Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $1,764.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1835141 |
| Invoice Date | 03/26/09 |
| Client Number | 172573 |
| Matter Number | 60027 |

====================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 02/05/09 | Cameron | Non-working travel to and from Washington, D.C. for meeting with experts (1/2 time). | 2.80 |
| | | TOTAL HOURS | 2.80 |

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Douglas E. Cameron | 2.80 at $ 630.00 | = | 1,764.00 |

CURRENT FEES                                          1,764.00

TOTAL BALANCE DUE UPON RECEIPT              $1,764.00

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

W. R. Grace                          Invoice Number      1835142
5400 Broken Sound Blvd., N.W.        Invoice Date       03/26/09
Boca Raton, FL 33487                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          4,509.00
        Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT        $4,509.00
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1835142 |
| Invoice Date | 03/26/09 |
| Client Number | 172573 |
| Matter Number | 60029 |

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/09 | Lord | Review and revise Reed Smith December monthly fee application. | .30 |
| 02/02/09 | Ament | Various e-mails with A. Muha and J. Lord re: Dec. monthly fee application (.20); meet with A. Muha re: same (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10). | .50 |
| 02/02/09 | Lord | Revise, e-file and serve Reed Smith December monthly fee application. | 1.20 |
| 02/02/09 | Muha | Make final review and revisions to December 2008 monthly fee application. | 1.20 |
| 02/03/09 | Ament | E-mails re: consultant fees. | .10 |
| 02/09/09 | Ament | Attend to billing matters (1.0); various e-mails re: same (.10); e-mails with J. Lord re: quarterly fee application (.10); begin calculating fees and expenses re: same (1.0). | 2.20 |
| 02/10/09 | Ament | Attend to billing matters relating to consultant fees (.10); various e-mails re: same (.10); continue calculating fees and expenses for 31st quarterly fee application (1.20). | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number   1835142
60029  Fee Applications-Applicant                 Page    2
March 26, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 02/11/09 | Ament | Continue calculating fees and expenses for 31st quarterly fee application (1.0); prepare spreadsheet re: same (.50); draft summary and narrative re: same (.70) ; meet with A. Muha re: 31st quarterly fee application (.10). | 2.30 |
| 02/11/09 | Lord | Update 2002 service list for quarterly fee application notice. | .50 |
| 02/12/09 | Ament | Continue calculating fees and expenses for 31st quarterly fee application (.80); update spreadsheet re: same (.20); meet with A. Muha re: same (.10). | 1.10 |
| 02/12/09 | Lord | Communicate with S. Ament re: Reed Smith quarterly status. | .10 |
| 02/12/09 | Muha | E-mails to/from D. Cameron re: billing rates (0.3); review, analyze and revise 31st Quarterly fee application (1.2). | 1.50 |
| 02/13/09 | Ament | E-mails with A. Muha and J. Lord re: 31st quarterly fee application (.10); finalize same (.20); e-mail same to J. Lord for DE filing (.10). | .40 |
| 02/13/09 | Lord | Revise, e-file and serve 31st quarterly fee application. | 1.50 |
| 02/16/09 | Ament | E-mails re: billing matters. | .10 |
| 02/18/09 | Ament | Attend to billing matters relating to consultant fee (.10); various e-mails re: same (.10). | .20 |
| 02/24/09 | Ament | Attend to billing matters relating to consultant fee. | .10 |
| 02/24/09 | Muha | Make initial review of fees and expenses for January 2009 monthly fee application. | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1835142
60029  Fee Applications-Applicant                 Page    3
March 26, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| 02/25/09 | Muha | Complete first round of review and changes to Jan. 2009 monthly fee application, and multiple emails re: consultant invoice and other issues relating to billing. | .70 |
| 02/26/09 | Ament | Attend to billing issues relating to consultant fee (.10); e-mails re: same (.10); attend to billing matters (.80). | 1.00 |
| 02/27/09 | Muha | Review and revise fee and expense detail for January 2009 monthly fee application. | .80 |

TOTAL HOURS    18.00

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 5.00 | at | $ 400.00 | = | 2,000.00 |
| John B. Lord | 3.60 | at | $ 240.00 | = | 864.00 |
| Sharon A. Ament | 9.40 | at | $ 175.00 | = | 1,645.00 |

CURRENT FEES                                      4,509.00

TOTAL BALANCE DUE UPON RECEIPT                    $4,509.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1835143
One Town Center Road                    Invoice Date      03/26/09
Boca Raton, FL    33486                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                           30,543.50
         Expenses                            0.00

                       TOTAL BALANCE DUE UPON RECEIPT      $30,543.50
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1835143
One Town Center Road                      Invoice Date      03/26/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033


=================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 02/02/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/02/09 | Restivo | Update status report (.5); negotiations with D. Speights (1.0); receipt and review of new pleadings (.5). | 2.00 |
| 02/03/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/03/09 | Rea | E-mail re: property damage claims. | .10 |
| 02/03/09 | Restivo | Review CMO and client communications. | .60 |
| 02/04/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/04/09 | Restivo | CMO review. | .50 |
| 02/05/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/05/09 | Cameron | Prepare for and participate in call regarding PD Claims CMO (0.7); follow-up from call (.2). | .90 |
| 02/05/09 | Rea | Review of schedule. | .10 |
| 02/05/09 | Restivo | Preparation for and participation in CMO conference call. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1835143
60033  Claim Analysis Objection Resolution  Page    2
       & Estimation (Asbestos)
March 26, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/06/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/06/09 | Cameron | Review materials relating to PD CMO. | .60 |
| 02/06/09 | Rea | E-mail re: property damage issues. | .20 |
| 02/09/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/09/09 | Restivo | Work on draft PD CMO and emails relating thereto | 1.60 |
| 02/10/09 | Cameron | Review PD CMO and related issues and emails re: same. | .80 |
| 02/10/09 | Rea | Review of draft discovery. | .30 |
| 02/10/09 | Restivo | CMO calls, emails and analysis. | 1.20 |
| 02/11/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/11/09 | Cameron | Telephone conference with J. J. Restivo re:  PD CMO issues (.40); review PD CMO (.60). | 1.00 |
| 02/11/09 | Rea | Conference with J. Restivo re: property damage claims. | .10 |
| 02/11/09 | Restivo | Update Status Report (1.0); analyze P.D. CMO's (1.0); telephone conferences with client and others (1.0). | 3.00 |
| 02/12/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/12/09 | Aten | Checked DGS docket for status of pleadings | .10 |
| 02/12/09 | Cameron | Review PD CMO and meeting with J. Restivo re: same (.70); conference call re:  same (.50). | 1.20 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
      & Estimation (Asbestos)
March 26, 2009

Invoice Number  1835143
Page    3

| Date | Name | | Hours |
|------|------|------|------|
| 02/12/09 | Restivo | Prepare for and telephone conference with Rich, Freeman, Finke, et al. and post -call telephone calls. | 2.50 |
| 02/13/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/13/09 | Cameron | Review draft discovery relating to PD claims for Plan. | .90 |
| 02/14/09 | Cameron | Additional review of CMO and discovery issues. | .70 |
| 02/16/09 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/16/09 | Cameron | Review revised PD CMO and meet with J. Restivo. | .60 |
| 02/16/09 | Rea | Prepare settlement motion. | .70 |
| 02/16/09 | Restivo | Telephone conferences and emails re:  CMO drafts and negotiations. | 1.40 |
| 02/17/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/17/09 | Cameron | Review PD CMO issues. | .70 |
| 02/17/09 | Rea | File Macerich settlement agreement. | .20 |
| 02/17/09 | Restivo | PD CMO correspondence. | .50 |
| 02/18/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 02/18/09 | Restivo | Telephone conferences with R. Finke and T. Freeman re:  CMO (1.0); negotiations with D. Speights re:  same (1.0); Redraft CMO (.5). | 2.50 |
| 02/19/09 | Ament | Assist team with various issues relating to PD claims. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1835143
60033  Claim Analysis Objection Resolution        Page    4
        & Estimation (Asbestos)
March 26, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 02/19/09 | Cameron | Review PD CMO and prepare for 2/20 call (0.7); telephone call with R. Finke regarding same (0.1); Review PD claims settlement materials (0.4). | 1.20 |
| 02/19/09 | Restivo | Prepare for and telephone conference re:  CMO. | 1.70 |
| 02/20/09 | Cameron | Prepare for and participate in call regarding PD CMO and expert witness issue (0.9); follow-up from call and review of issues (0.6). | 1.50 |
| 02/22/09 | Cameron | Follow-up from call regarding PD CMO and review of materials from K&E. | .90 |
| 02/23/09 | Restivo | Receipt, review and responses to emails re: CMO, FCR and other issues. | 1.00 |
| 02/24/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/24/09 | Cameron | Follow-up to PD CMO call and e-mails regarding same (0.9); review Speights materials (0.5). | 1.40 |
| 02/24/09 | Restivo | Analyze Section 524(g) proof issues. | 1.00 |
| 02/25/09 | Aten | Conference with J. Restivo re: conducting research re: future claims | .50 |
| 02/25/09 | Cameron | Telephone call with R. Finke and attention to expert report. | .90 |
| 02/25/09 | Restivo | Emails, meetings and research re: Section 524(g) items of proof. | 1.50 |
| 02/26/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution
        & Estimation (Asbestos)
March 26, 2009

Invoice Number   1835143
Page    5

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 02/26/09 | Cameron | Prepare for and participate in call with K&E, R. Finke and experts regarding PD claims (1.2); follow-up review of PD expert materials and claims materials (1.9). | 3.10 |
| 02/26/09 | Restivo | Telephone conference re: confirmation hearing evidence. | .70 |
| 02/27/09 | Ament | Assist team with various issues relating to PD claims (.10); e-mails with team re: same (.10); review transcript of 7/5/07 per D. Cameron request relating to Speights claims (1.40); meet with D. Cameron re: same (.10). | 1.70 |
| 02/27/09 | Cameron | Review of materials for expert work on future PD claims issues and multiple e-mails regarding same (1.9); telephone call with J. Restivo regarding same (0.4); e-mails with K&E regarding same (0.6). | 2.90 |
| 02/27/09 | Restivo | Telephone calls re: confirmation evidence. | .50 |
| 02/28/09 | Cameron | Follow-up on e-mails with K&E and review materials provided by K&E. | 1.40 |

TOTAL HOURS    49.80

| TIME SUMMARY | Hours | | Rate | | Value |
| -------------------------- | ------ | --- | --------- | --- | ------- |
| Douglas E. Cameron | 20.70 | at | $ 630.00 | = | 13,041.00 |
| James J. Restivo Jr. | 23.20 | at | $ 685.00 | = | 15,892.00 |
| Traci Sands Rea | 1.70 | at | $ 455.00 | = | 773.50 |
| Rebecca E. Aten | 0.60 | at | $ 345.00 | = | 207.00 |
| Sharon A. Ament | 3.60 | at | $ 175.00 | = | 630.00 |

CURRENT FEES                                    30,543.50

TOTAL BALANCE DUE UPON RECEIPT          $30,543.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1835144
One Town Center Road                      Invoice Date       03/26/09
Boca Raton, FL    33486                    Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          132,094.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $132,094.00
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1835144
One Town Center Road                      Invoice Date      03/26/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60035

==============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/18/09 | Rawls | Quality review of documents in preparation for exhibition at trial. | .50 |
| 01/24/09 | Rawls | Continue quality review of documents in preparation for exhibition at trial. | .30 |
| 01/27/09 | Rawls | Continue reviewing additional documents added to database in preparation for exhibition at trial. | 4.40 |
| 01/28/09 | Rawls | Reviewing unreviewed documents preparation for exhibition at trial. | 4.00 |
| 01/29/09 | Rawls | Continue to review additional documents in preparation for production at trial. | 2.00 |
| 02/01/09 | Cameron | Attention to Millette materials. | 1.20 |
| 02/01/09 | Rutkowski | Review of government produced materials for experts. | 4.00 |
| 02/02/09 | Atkinson | Prepare materials for trial prep related to James Millette. | .80 |
| 02/02/09 | Cameron | Review materials for meeting with K&E (1.9); review Millette cross-examination materials and e-mails regarding same (2.3). | 4.20 |

172573 W. R. Grace & Co.                        Invoice Number  1835144
60035  Grand Jury Investigation                 Page    2
March 26, 2009

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|------|------|
| 02/02/09 | Denniston | Obtain industrial hygiene documents per T. Klapper request. | 1.40 |
| 02/02/09 | Klapper | Continue work on expanding plant analysis and review of related documents (2.3); continue with supplemental cross prep work (4.2). | 6.50 |
| 02/02/09 | Patel | Research methods for electronic document sharing per M. Ramsey request. | 1.30 |
| 02/02/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.80 |
| 02/02/09 | Rutkowski | Work on documents for expert project (3.7); continue review of materials for regulatory project (1.2). | 4.90 |
| 02/02/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 02/03/09 | Atkinson | Prepare materials for trial prep related to William Longo. | .60 |
| 02/03/09 | Klapper | Continue work on expanding plant analysis and review of related documents (1.3); continue with supplemental cross prep work (3.9). | 5.20 |
| 02/03/09 | Masal | Obtain materials relating to historical statutes per request of M. Ramsey. | .80 |
| 02/03/09 | Masal | Obtain materials relating to historical statutes per request of M. Ramsey. | .50 |
| 02/03/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.90 |
| 02/03/09 | Rawls | Review of documents in preparation for production. | 5.00 |
| 02/03/09 | Rutkowski | Continue review of materials for regulatory project (4.6); work on documents for expert project (3.4). | 8.00 |

172573 W. R. Grace & Co.                         Invoice Number  1835144
60035  Grand Jury Investigation                  Page    3
March 26, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 02/03/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .70 |
| 02/04/09 | Cameron | Review expert materials and K&E requests for meeting. | 1.30 |
| 02/04/09 | Holmes | Multiple telephone conferences re: data storage and collection (.7); begin to test similar set-up in e- room (1.2); meet with T. Jackson to get overview of public documents on system (.5); begin download of W.R. Grace data to local drive for further testing off-line (3.1). | 5.50 |
| 02/04/09 | Klapper | Continue work on expanding plant analysis and review of related documents (1.3); continue with supplemental cross prep work (2.2). | 3.50 |
| 02/04/09 | Ramsey | Prepare documents for cross-examination outlines. | 4.80 |
| 02/04/09 | Rutkowski | Continue review of materials for regulatory project (5.7); work on documents for expert project (.7). | 6.40 |
| 02/04/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.90 |
| 02/05/09 | Cameron | Prepare for and attend meetings with R. Finke, K&E and experts. | 4.20 |
| 02/05/09 | Holmes | Continue to work on W.R. Grace e-room project, including additional testing (1.2); telephone conference with T. Hessler and J. Graham regarding logistics and administrative background of e-room (.3); upload and research electronic upload option and linkage (3.5). | 5.00 |
| 02/05/09 | Klapper | Continue with supplemental cross prep work. | 7.70 |
| 02/05/09 | Rutkowski | Continue review of materials for regulatory project (4.8); work on documents for expert project (.2). | 5.00 |

172573 W. R. Grace & Co.                          Invoice Number  1835144
60035  Grand Jury Investigation                   Page     4
March 26, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 02/05/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .20 |
| 02/06/09 | Cameron | Follow-up from meetings in Washington, D.C. | .90 |
| 02/06/09 | Holmes | Continue work on WR Grace e-room. | 2.50 |
| 02/06/09 | Klapper | Continue with supplemental cross prep work. | 2.30 |
| 02/06/09 | Ramsey | Prepare documents for cross-examination outlines. | 4.10 |
| 02/06/09 | Rawls | Review of documents in preparation for production. | 3.00 |
| 02/06/09 | Rutkowski | Finalize review of materials for regulatory project and finalize document of materials for Mr. Klapper. | 2.80 |
| 02/06/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .60 |
| 02/07/09 | Klapper | Continue work on expanding plant analysis and review of related documents. | 3.30 |
| 02/08/09 | Cameron | Attention to follow-up from K&E meetings re: experts. | 1.20 |
| 02/09/09 | Cameron | Emails re:  expert reports (.40); review revised draft of supplemental reports (.80). | 1.20 |
| 02/09/09 | Holmes | Work on issues relating to e-room. | 1.00 |
| 02/09/09 | Klapper | Respond to additional questions re expanding plant analysis and review of related documents (1.3); continue with supplemental cross prep work (3.2). | 4.50 |
| 02/09/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.80 |
| 02/09/09 | Rawls | Review of documents in preparation for production. | 3.50 |

172573 W. R. Grace & Co.                          Invoice Number  1835144
60035  Grand Jury Investigation                   Page    5
March 26, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 02/09/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 02/10/09 | Holmes | Continue to work on W.R. GRACE e-room including multiple telephone conferences re: operation and functionality (2.3); further test of links from outside of Reed Smith environment (2.7). | 5.00 |
| 02/10/09 | Klapper | Meet with M. Ramsey re backup documents for cross outlines (.4); continue with supplemental cross prep work (2.2). | 2.60 |
| 02/10/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.70 |
| 02/11/09 | Cameron | Attention to expert reports. | 1.20 |
| 02/11/09 | Holmes | Meet with M. Ramsey to work on logistics of uploading and linking documents to W.R. GRACE e-room. | 4.50 |
| 02/11/09 | Klapper | Continue with supplemental cross prep work, focusing on trial outline and recent Daubert rulings. | 3.10 |
| 02/11/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.50 |
| 02/11/09 | Taylor-Payne | Continue research and compilation of key governmental documents. | .10 |
| 02/12/09 | Holmes | Work on W.R. Grace e-room (5.2); Meet with M. Ramsey to discuss options and additional testing from outside Reed Smith environment (.8). | 6.00 |
| 02/12/09 | Klapper | Begin work on supplemental disclosures and reliance materials for experts. | 2.10 |
| 02/12/09 | Ramsey | Prepare documents for cross-examination outlines. | 1.40 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
March 26, 2009

Invoice Number  1835144
Page   6

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 02/13/09 | Cameron | Attention to expert witness preparation issues and revised reports. | 1.40 |
| 02/13/09 | Holmes | Continue to work on finding a solution to e-room issues and test from outside Reed Smith environment (2.2); meet with M. Ramsey to discuss logistics (1.0); conduct final test from outside Reed Smith environment (1.3). | 4.50 |
| 02/13/09 | Klapper | Continue work on supplemental disclosures and reliance materials for experts. | 1.30 |
| 02/13/09 | Ramsey | Prepare documents for cross-examination outlines. | 3.70 |
| 02/14/09 | Klapper | Continue work on supplemental disclosures and reliance materials for experts. | 5.60 |
| 02/15/09 | Cameron | Review materials from R. Finke, R.J. Lee and K&E. | 1.50 |
| 02/15/09 | Klapper | Continue work on supplemental disclosures and reliance materials for experts. | 6.20 |
| 02/16/09 | Klapper | Continue work on cross examination outline supplementation based on receipt of additional materials from library and Kirkland. | 5.80 |
| 02/16/09 | Ramsey | Prepare documents for cross-examination outlines. | 1.80 |
| 02/16/09 | Rutkowski | Analyze material on asbestos regulations. | 1.20 |
| 02/17/09 | Cameron | Review R.J. Lee Group materials. | .90 |
| 02/17/09 | Klapper | Continue work on cross examination outline supplementation based on receipt of additional materials from library and Kirkland. | 6.10 |
| 02/17/09 | Ramsey | Prepare documents for cross-examination outlines. | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number  1835144
60035  Grand Jury Investigation                   Page    7
March 26, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 02/17/09 | Rutkowski | Work on review of expert materials. | 1.50 |
| 02/18/09 | Cameron | Attention to multiple experts and reports for trial preparation. | 1.40 |
| 02/18/09 | Klapper | Meet with expert re supplemental disclosure (3.3); begin prep work for direct examination (3.0). | 6.30 |
| 02/18/09 | Ramsey | Prepare documents for cross-examination outlines. | .40 |
| 02/18/09 | Rutkowski | Review expert depositions for cross-examination project (1.3); Phone discussions with Mr. Klapper regarding project (.2). | 1.50 |
| 02/19/09 | Cameron | Review expert reports and trial outline. | .90 |
| 02/19/09 | Rutkowski | Review expert materials for cross-examination outline. | 4.00 |
| 02/20/09 | Cameron | Attention to R.J. Lee Group and R. Finke e-mails. | .80 |
| 02/20/09 | Rutkowski | Review materials for expert cross-examination. | 6.20 |
| 02/21/09 | Klapper | Continue work on cross examination outline supplementation based on new topics identified by Kirkland. | 7.30 |
| 02/22/09 | Klapper | Finish partial supplementation of cross examination outline based on new topics identified by Kirkland. | 6.70 |
| 02/23/09 | Cameron | Telephone call with R.J. Lee Group and R. Finke regarding open issues (0.5); further review of testimony summaries (0.9). | 1.40 |
| 02/23/09 | Klapper | Continue work on cross examination outline supplementation based on new topics identified by Kirkland (2.2); continue prep work for direct examination of experts (2.5). | 4.70 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
March 26, 2009

Invoice Number  1835144
Page    8

| Date | Name | | Hours |
|------|------|------|-------|
| 02/24/09 | Cameron | Review materials from R.J. Lee Group regarding testing issues. | .90 |
| 02/24/09 | Klapper | Continue prep work for direct examination of experts. | 5.50 |
| 02/25/09 | Cameron | Attention to R.J. Lee testimony summaries and trial preparation-related issues. | 1.20 |
| 02/25/09 | Holmes | Prepare data export file and modify image load files and quality check contents. | 1.50 |
| 02/25/09 | Klapper | Continue prep work for direct examination of experts. | 5.80 |
| 02/26/09 | Atkinson | Review files re Claimants' statute of limitations experts, per D. Cameron e-mail regarding same. | .40 |
| 02/26/09 | Cameron | Review R.J. Lee materials and communications with K&E regarding same. | 1.20 |
| 02/26/09 | Denniston | Obtain Fed. Register cites per T. Klapper request. | .40 |
| 02/26/09 | Klapper | Continue prep work for direct examination of experts, finishing initial outline of folders and source materials for prep and direct. | 6.70 |
| 02/27/09 | Cameron | Review expert reports and possible substitution of experts. | 1.30 |
| 02/27/09 | Klapper | Continue prep work for direct examination of experts, focusing on outlines for each folder. | 6.00 |
| 02/28/09 | Klapper | Continue prep work for direct examination of experts, focusing on outlines for each folder. | 6.00 |

------

TOTAL HOURS   300.80

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
March 26, 2009

Invoice Number  1835144
Page   9

| | | | | |
|---|---|---|---|---|
| Douglas E. Cameron | 28.30 | at $ | 630.00 = | 17,829.00 |
| Antony B. Klapper | 120.80 | at $ | 590.00 = | 71,272.00 |
| Margaret Rutkowski | 45.50 | at $ | 415.00 = | 18,882.50 |
| Danielle D. Rawls | 22.70 | at $ | 295.00 = | 6,696.50 |
| Maureen L. Atkinson | 1.80 | at $ | 210.00 = | 378.00 |
| Jennifer L. Taylor-Payne | 4.30 | at $ | 205.00 = | 881.50 |
| Meeghan E. Ramsey | 37.50 | at $ | 210.00 = | 7,875.00 |
| Amy E. Denniston | 1.80 | at $ | 180.00 = | 324.00 |
| Julie K. Masal | 1.30 | at $ | 175.00 = | 227.50 |
| Benjamin Holmes | 35.50 | at $ | 210.00 = | 7,455.00 |
| Ajay A. Patel | 1.30 | at $ | 210.00 = | 273.00 |

CURRENT FEES                              132,094.00

                                          ------------
TOTAL BALANCE DUE UPON RECEIPT            $132,094.00
                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number      1835145
One Town Center Road                 Invoice Date        03/26/09
Boca Raton, FL    33486              Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

          Fees                              864.50
          Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $864.50
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1835145
One Town Center Road                      Invoice Date       03/26/09
Boca Raton, FL  33486                     Client Number        172573
                                          Matter Number         60038

===============================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 02/04/09 | Rea | Correspondence re: Macerich settlement. | .80 |
| 02/27/09 | Rea | Review of documents re: future claim issue. | 1.10 |
| | | | ------ |
| | | TOTAL HOURS | 1.90 |

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Traci Sands Rea | 1.90 at $ 455.00 | = | 864.50 |

CURRENT FEES                                                   864.50

                                                          ------------
TOTAL BALANCE DUE UPON RECEIPT                               $864.50
                                                          ============