REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1835191
One Town Center Road                      Invoice Date        03/26/09
Boca Raton, FL    33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                              0.00
      Expenses                      1,317.18

                  TOTAL BALANCE DUE UPON RECEIPT        $1,317.18
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number      1835191
One Town Center Road                 Invoice Date        03/26/09
Boca Raton, FL    33486              Client Number        172573
                                     Matter Number         60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      1.85
        IKON Copy Services                    33.30
        PACER                                  4.24
        Duplicating/Printing/Scanning         94.40
        Outside Duplicating                  989.59
        Secretarial Overtime                 193.80

                    CURRENT EXPENSES                    1,317.18
                                                    --------------

                    TOTAL BALANCE DUE UPON RECEIPT      $1,317.18
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1835191
One Town Center Road                    Invoice Date      03/26/09
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 11/13/08 | Secretarial Overtime-Grace - assist K & E with hearing prep. | 112.50 |
| 12/14/08 | Secretarial Overtime - -  Assist K&E with hearing prep. | 36.30 |
| 01/02/09 | PACER | .56 |
| 01/14/09 | Secretarial Overtime: Assisted K&E to court with hearing issues. | 22.50 |
| 01/28/09 | Secretarial Overtime: W.R. Grace Litigation: revisions to Dec. monthly fee application | 22.50 |
| 01/30/09 | PACER | 3.68 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1835191
60026  Litigation and Litigation Consulting       Page    2
March 26, 2009

| | | |
|---|---|---|
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 37 COPIES | 3.70 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 292 COPIES | 29.20 |
| 02/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/03/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 49 COPIES | 4.90 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/09/09 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. COPYING | 33.30 |
| 02/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 21 COPIES | 2.10 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |

172573 W. R. Grace & Co.                        Invoice Number  1835191
60026  Litigation and Litigation Consulting     Page    3
March 26, 2009

| | | |
|---|---|---:|
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 02/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 71 COPIES | 7.10 |
| 02/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 02/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 02/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 02/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 02/18/09 | Telephone Expense<br>212-446-4934/NEW YORK, NY/33 | 1.65 |
| 02/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 02/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 02/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 02/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 02/25/09 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - Copy and mailing for service<br>of quarterly fee application. | 430.94 |
| 02/25/09 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - Copy and mailing for service<br>of quarterly fee application. | 558.65 |
| 02/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1835191
60026  Litigation and Litigation Consulting        Page    4
March 26, 2009

02/25/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/25/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/25/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/25/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/25/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/25/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/25/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/26/09    Duplicating/Printing/Scanning                      .20
            ATTY # 000559: 2 COPIES

02/26/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/26/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/26/09    Duplicating/Printing/Scanning                      .20
            ATTY # 000559: 2 COPIES

02/26/09    Duplicating/Printing/Scanning                      .20
            ATTY # 000559: 2 COPIES

02/26/09    Duplicating/Printing/Scanning                      .20
            ATTY # 000559: 2 COPIES

02/26/09    Duplicating/Printing/Scanning                      .20
            ATTY # 000559: 2 COPIES

02/27/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/27/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

02/27/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPY

172573 W. R. Grace & Co.                          Invoice Number  1835191
60026  Litigation and Litigation Consulting       Page    5
March 26, 2009


02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                   8.80
           ATTY # 000559: 88 COPIES

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                   2.40
           ATTY # 000559: 24 COPIES

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                   9.30
           ATTY # 000559: 93 COPIES

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPY

02/27/09   Duplicating/Printing/Scanning                    .20
           ATTY # 000559: 2 COPIES

02/27/09   Duplicating/Printing/Scanning                    .20
           ATTY # 000559: 2 COPIES

02/27/09   Duplicating/Printing/Scanning                    .50
           ATTY # 000559: 5 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1835191
60026  Litigation and Litigation Consulting       Page    6
March 26, 2009

| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
|---|---|---|
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/09 | Telephone Expense<br>302-426-9910/WILMINGTON, DE/4 | .20 |

                              CURRENT EXPENSES                 1,317.18
                                                           -------------
                    TOTAL BALANCE DUE UPON RECEIPT           $1,317.18
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1835192
One Town Center Road                    Invoice Date        03/26/09
Boca Raton, FL    33486                  Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                              0.00
          Expenses                        288.43

                        TOTAL BALANCE DUE UPON RECEIPT        $288.43
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1835192
One Town Center Road                    Invoice Date      03/26/09
Boca Raton, FL    33486                 Client Number      172573
                                        Matter Number       60033


=================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      3.30
        PACER                                 22.96
        Duplicating/Printing/Scanning         91.70
        Postage Expense                        1.17
        Courier Service - Outside             42.84
        Outside Duplicating                  126.46

                CURRENT EXPENSES                        288.43
                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT         $288.43
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL  33486

| | |
|---|---|
| Invoice Number | 1835192 |
| Invoice Date | 03/26/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
            (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 01/29/09 | PACER | 20.08 |
| 01/30/09 | PACER | 2.88 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 0559; 82 COPIES | 8.20 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 0856; 538 COPIES | 53.80 |
| 02/02/09 | Duplicating/Printing/Scanning ATTY # 0856; 60 COPIES | 6.00 |
| 02/02/09 | Courier Service - UPS - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to SCOTT A. MC MILLIN, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 19.83 |
| 02/03/09 | Courier Service - UPS - Shipped from REED SMITH LLP to SCOTT A. MC MILLIN, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 4.24 |
| 02/03/09 | Courier Service - UPS - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to SCOTT A. MC MILLIN, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 18.77 |
| 02/04/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning ATTY # 0559; 12 COPIES | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number  1835192
60033   Claim Analysis Objection Resolution        Page    2
        & Estimation (Asbestos)
March 26, 2009


    02/12/09   Duplicating/Printing/Scanning                     .30
               ATTY # 0559; 3 COPIES

    02/13/09   Outside Duplicating - - VENDOR: IKON OFFICE     126.46
               SOLUTIONS, INC. - Copying and assembly of
               binder materials.

    02/15/09   Duplicating/Printing/Scanning                    1.50
               ATTY # 0559; 15 COPIES

    02/15/09   Duplicating/Printing/Scanning                     .40
               ATTY # 0559; 4 COPIES

    02/16/09   Duplicating/Printing/Scanning                    6.00
               ATTY # 0559; 60 COPIES

    02/16/09   Duplicating/Printing/Scanning                     .50
               ATTY # 000559: 5 COPIES

    02/16/09   Duplicating/Printing/Scanning                     .50
               ATTY # 000559: 5 COPIES

    02/16/09   Postage Expense                                  1.17
               Postage Expense: ATTY # 001398 User: Johnson, Ly

    02/17/09   Duplicating/Printing/Scanning                     .40
               ATTY # 1398; 4 COPIES

    02/17/09   Duplicating/Printing/Scanning                    1.00
               ATTY # 1398; 10 COPIES

    02/17/09   Duplicating/Printing/Scanning                     .20
               ATTY # 1398; 2 COPIES

    02/17/09   Duplicating/Printing/Scanning                     .10
               ATTY # 000559: 1 COPY

    02/17/09   Duplicating/Printing/Scanning                     .10
               ATTY # 000559: 1 COPY

    02/17/09   Duplicating/Printing/Scanning                     .10
               ATTY # 000559: 1 COPY

    02/17/09   Duplicating/Printing/Scanning                     .10
               ATTY # 000559: 1 COPY

    02/18/09   Telephone Expense                                1.60
               561-362-1533/BOCA RATON, FL/32

    02/18/09   Telephone Expense                                1.60
               803-943-4444/HAMPTON, SC/32

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
March 26, 2009

Invoice Number  1835192
Page   3

| Date | Description | Amount |
|---|---|---|
| 02/18/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/2 | .10 |
| 02/22/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 02/22/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 02/26/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 02/26/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 71 COPIES | 7.10 |
| 02/26/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 2 COPIES | .20 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 19 COPIES | 1.90 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 2 COPIES | .20 |
| 02/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |

CURRENT EXPENSES                          288.43
                                    ------------
TOTAL BALANCE DUE UPON RECEIPT          $288.43
                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1835193
One Town Center Road                      Invoice Date        03/26/09
Boca Raton, FL   33486                    Client Number        172573

=================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

           Fees                              0.00
           Expenses                      69,835.00

                      TOTAL BALANCE DUE UPON RECEIPT      $69,835.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1835193
One Town Center Road                      Invoice Date      03/26/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60035

========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

|  |  |
|---|---:|
| Telephone Expense | 0.20 |
| Documentation Charge | 78.12 |
| Duplicating/Printing/Scanning | 617.40 |
| Westlaw | 27.88 |
| Express Mail Service | 31.72 |
| Consulting Fees | 68,199.23 |
| Courier Service - Outside | 45.35 |
| Outside Duplicating | 5.00 |
| Secretarial Overtime | 61.25 |
| Parking/Tolls/Other Transportation | 30.00 |
| Air Travel Expense | 621.32 |
| Taxi Expense | 65.00 |
| Mileage Expense | 6.60 |
| Meal Expense | 9.00 |
| General Expense | 36.93 |

                    CURRENT EXPENSES              69,835.00
                                                -------------

                TOTAL BALANCE DUE UPON RECEIPT   $69,835.00
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1835193
One Town Center Road                      Invoice Date      03/26/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60035

================================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/29/08 | General Expense<br>Primer of Epidemiology. 4th ed. | 31.93 |
| 12/30/08 | Documentation Charge Asbestiform fibers.<br>Paperback | 68.14 |
| 01/16/09 | Documentation Charge New Yorker | 4.99 |
| 01/17/09 | Documentation Charge New Yorker | 4.99 |
| 01/30/09 | Courier Service -  Shipped to Daniel Rooney<br>Kirkland &  Ellis LLP (CHICAGO IL 60601). | 45.35 |
| 02/02/09 | Telephone Expense<br>312-718-2333/CHICAGO, IL/2 | .10 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 4957; 36 COPIES | 3.60 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 34 COPIES | 3.40 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 146 COPIES | 14.60 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 83 COPIES | 8.30 |
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 75 COPIES | 7.50 |

172573 W. R. Grace & Co.                          Invoice Number  1835193
60035  Grand Jury Investigation                   Page    2
March 26, 2009

| Date | Description | Amount |
|------|-------------|-------:|
| 02/02/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 74 COPIES | 7.40 |
| 02/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/03/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 167 COPIES | 16.70 |
| 02/03/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 1 COPY | .10 |
| 02/03/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 37 COPIES | 3.70 |
| 02/03/09 | Express Mail Service | 7.40 |
| 02/03/09 | Express Mail Service | 8.46 |
| 02/03/09 | Express Mail Service | 8.46 |
| 02/03/09 | Express Mail Service | 7.40 |
| 02/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/04/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 32 COPIES | 3.20 |
| 02/04/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 1 COPY | .10 |
| 02/04/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 56 COPIES | 5.60 |
| 02/04/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 39 COPIES | 3.90 |
| 02/04/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 3 COPIES | .30 |
| 02/04/09 | Secretarial Overtime: editing for M. Rutkowski | 35.00 |
| 02/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1835193
60035  Grand Jury Investigation                   Page    3
March 26, 2009


| 02/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/05/09 | Secretarial Overtime: editing for M. Rutkowski | 26.25 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 39 COPIES | 3.90 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 410 COPIES | 41.00 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 75 COPIES | 7.50 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 106 COPIES | 10.60 |
| 02/06/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 88 COPIES | 8.80 |

172573 W. R. Grace & Co.                         Invoice Number  1835193
60035  Grand Jury Investigation                  Page   4
March 26, 2009


02/06/09   Duplicating/Printing/Scanning                    137.20
           ATTY # 8826; 1372 COPIES

02/06/09   Duplicating/Printing/Scanning                    173.20
           ATTY # 8826; 1732 COPIES

02/06/09   Duplicating/Printing/Scanning                     25.80
           ATTY # 8826; 258 COPIES

02/06/09   Duplicating/Printing/Scanning                       .10
           ATTY # 8826; 1 COPY

02/06/09   Duplicating/Printing/Scanning                     15.80
           ATTY # 8826; 158 COPIES

02/06/09   Duplicating/Printing/Scanning                      7.70
           ATTY # 8826; 77 COPIES

02/06/09   Duplicating/Printing/Scanning                       .80
           ATTY # 8826; 8 COPIES

02/06/09   Duplicating/Printing/Scanning                       .50
           ATTY # 8826; 5 COPIES

02/06/09   Duplicating/Printing/Scanning                      1.60
           ATTY # 8826; 16 COPIES

02/09/09   Duplicating/Printing/Scanning                       .60
           ATTY # 0559; 6 COPIES

02/09/09   Duplicating/Printing/Scanning                      2.00
           ATTY # 8826; 20 COPIES

02/09/09   Duplicating/Printing/Scanning                      5.80
           ATTY # 8826; 58 COPIES

02/09/09   Westlaw                                            27.88
           Westlaw

02/10/09   Duplicating/Printing/Scanning                       .60
           ATTY # 0559; 6 COPIES

02/10/09   Duplicating/Printing/Scanning                       .50
           ATTY # 8826; 5 COPIES

02/10/09   Duplicating/Printing/Scanning                     44.10
           ATTY # 8826; 441 COPIES

02/10/09   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPY

```
172573 W. R. Grace & Co.                    Invoice Number  1835193
60035  Grand Jury Investigation             Page    5
March 26, 2009
```

| | | |
|---|---|---|
| 02/11/09 | General Expense - - VENDOR: STATE LAW LIBRARY<br>OF MONTANA DOCUMENT RETRIEVAL - YOUNG JONES | 5.00 |
| 02/11/09 | Telephone Expense<br>406-552-0276/MISSOULA, MT/2 | .10 |
| 02/11/09 | Duplicating/Printing/Scanning<br>ATTY # 8826; 1 COPY | .10 |
| 02/11/09 | Duplicating/Printing/Scanning<br>ATTY # 0887; 51 COPIES | 5.10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 0887; 6 COPIES | .60 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 0887; 10 COPIES | 1.00 |
| 02/12/09 | Duplicating/Printing/Scanning<br>ATTY # 0887; 10 COPIES | 1.00 |
| 02/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 02/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1835193
60035  Grand Jury Investigation             Page    6
March 26, 2009


| 02/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 27 COPIES | 2.70 |
| 02/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 02/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 27 COPIES | 2.70 |
| 02/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 27 COPIES | 2.70 |
| 02/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 02/24/09 | Outside Duplicating - - VENDOR: U.S. DEPARTMENT<br>OF LABOR  - FEE FOR COPY OF CD CONTAINING<br>REQUESTED DOCUMENTS. | 5.00 |
| 02/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 02/25/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 5 COPIES | .50 |
| 02/25/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 241 COPIES | 24.10 |
| 02/28/09 | Taxi Expense Taxi - VENDOR: Douglas E. Cameron,<br>Feb 04, 2009 - - Cab fare to/from airport<br>during travel to Washington DC | 65.00 |
| 02/28/09 | Parking/Tolls/Other Transportation Parking -<br>Douglas E. Cameron travel to Washington DC - -<br>Feb 05, 2009 - - Parking at PIT airport. | 30.00 |
| 02/28/09 | Mileage Expense<br>Mileage - 2009 - VENDOR: Douglas E. Cameron, Feb | 6.60 |
| 02/28/09 | Meal Expense Dinner - Douglas E. Cameron - -<br>Feb 05, 2009 - - One dinner during travel to<br>Washington DC for client meeting. | 9.00 |
| 02/28/09 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Douglas E. Cameron,<br>Feb 05, 2009, Travel to Washington, D.C. for meeting<br>With experts on behalf of client. W. R. Grace | 12.00 |
| 02/28/09 | Air Travel Expense Airfare - VENDOR:<br>Douglas E. Cameron - - - Feb 04, 2009 travel to<br>Washington, D C  for meeting with experts on<br>behalf of client. | 609.32 |

172573 W. R. Grace & Co.                    Invoice Number  1835193
60035  Grand Jury Investigation             Page    7
March 26, 2009


03/26/09    Consulting Fees - - VENDOR: ENVIRON INT'L        68199.23
            CORPORATION - CONSULT FEES FOR WORK ON GRAND
            JURY/CRIMINAL MATTER IN FEBRUARY 2009,
            INCLUDING REGULATIONS APPLICABLE TO GRACE
            OPERATIONS.

                    CURRENT EXPENSES                    69,835.00
                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT     $69,835.00
                                                       ============