## **CERTIFICATE OF SERVICE**

Upon information and belief, the undersigned counsel to Arrowood Indemnity Company f/k/a Royal Indemnity Company ('Arrowood") hereby certifies that on March 29, 2009, a copy *of Arrowood's Objections to Anderson Memorial's Notice of Deposition of Richard Finke and The Debtors' Response* was caused to be served upon the following by Email:

dbernick@kirkland.com

jbaer@jsbpc.com

rhorkovich@andersonkill.com

mhurford@camlev.com

pvnl@capdale.com

ei@capdale.com

rwyron@orrick.com

Schiavoni, Tancred

Brown, Michael F.

Elizabeth M. DeCristofaro

Cohn, Jacob

Glosband, Daniel M

Ifft, Richard

LStover@eckertseamans.com

JWisler@cblh.com

acraig@cuyler.com

Schwartz, Allen

Stern Fleming, Beth

Chen, Catherine

Beane, David R.

Edgar Whiting

ealcabes@stblaw.com

elongosz@eckertseamans.com

Garvan F. McDaniel

Demmy, John, D.

Goldberger, Leonard P.

Simon, Marnie E.

Giannotto, Michael S

Shayne W. Spencer

Elias, Brad

wshelley@cozen.com

Pernicone, Carl

Morell, Karalee

Rosenberg, Ilan

wjbowman@hhlaw.com

jpruggeri@hhlaw.com

Anna.Newsom@mendes.com

Eileen.McCabe@mendes.com

Nancy.Manzer@wilmerhale.com

kabravanel@stblaw.com

Rubin, Samuel

Pratt, Warren T.

Primack, David P.

Boerger, Jeffrey M.

Pernicone, Carl

Alexander.Mueller@mendes.com

gcalhoun@steptoe.com

_____
Garvan F. McDaniel (#4167)