IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Ilan Rosenberg, Esquire to represent Federal Insurance Company in this action.

Dated: March 26, 2009

COZEN O'CONNOR

/s/ John T. Carroll, III
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2028 Telephone
(302) 295-2013 Facsimile

WILMINGTON\88083\1  113022.000

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and within all jurisdictions of the country of Mexico. I am also admitted to practice before the U.S. Court of Appeals for the Third Circuit, as well as the U.S. District Courts for the Eastern District of Pennsylvania and the Eastern District of Wisconsin. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: March 26, 2009

COZEN O'CONNOR

Ilan Rosenberg
1900 Market Street
Philadelphia, PA 19103
Wilmington, DE 19801
(215) 665-4621 Telephone
(215) 701-2021 Facsimile

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____ 2009

BY THE COURT:

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

WILMINGTON\88083\1  113022.000