# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES FOR THE TIME PERIOD FEBRUARY 1-28, 2009



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042

March 13, 2009
Client No. 17367
Invoice No. 1179267

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through February 28, 2009 in connection with the matters described on the attached pages: | $ | 481,699.25 |
| DISBURSEMENTS as per attached pages: | | 14,499.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **496,198.25** |

Matter(s):  17367/11, 12, 13, 14, 15, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,103,165.98
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1179267*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
***ABA Number 0260-0959-3***
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1179267*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
***ABA Number 121-000358***
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1179267*
*E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 13, 2009
Client No. 17367
Invoice No. 1179267

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter: 2 - Case Administration**

| | | | |
|---|---|---|---|
| 02/12/09 | D. Fullem | Review case dockets for updates thereto; circulate new docket entries to attorneys and interested parties. | 0.30 |
| 02/18/09 | R. Wyron | Respond to inquiry from asbestos claimant and follow-up. | 0.40 |
| 02/19/09 | D. Fullem | Review calendar of upcoming hearings and deadlines. | 0.20 |

Total Hours                                       0.90

Total For Services                                          $453.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.50 | 255.00 | 127.50 |
| Richard H. Wyron | 0.40 | 815.00 | 326.00 |
| Total All Timekeepers | 0.90 | $503.89 | $453.50 |

Disbursements
      Express Delivery                      11.00
      Telephone                              3.06
                        Total Disbursements              $14.06

**Total For This Matter**                    **$467.56**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

March 13, 2009
Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter: 7 - Insurance Matters**

| 02/02/09 | K. Suomela | Office conference with P. Mahaley regarding response to Fireman's Fund filing. | 1.50 |
|---|---|---|---|
| 02/02/09 | P. Mahaley | Review and revise draft statement to be submitted in mediation with insurer. | 2.60 |
| 02/02/09 | J. Guy | Attention to mediation issues. | 0.80 |
| 02/03/09 | P. Mahaley | Convey proposed revisions to draft insurer mediation statement to R. Horkovich and R. Chung. | 0.30 |
| 02/03/09 | J. Guy | Attention to insurance mediation. | 1.30 |
| 02/04/09 | P. Mahaley | Attention to insurer indemnification issues. | 1.30 |
| 02/04/09 | J. Guy | Attention to insurance mediation/meetings. | 1.00 |
| 02/04/09 | R. Wyron | Review draft settlement agreement and follow-up (1.1); organize notes re insurance strategy and follow-up e-mails (.5). | 1.60 |
| 02/04/09 | R. Frankel | Review insurance exhibit to Plan. | 0.50 |
| 02/05/09 | P. Mahaley | Analyze coverage-in-place settlement agreements (2.0); review and propose final revisions to draft insurer mediation statement (.5); outline responses to insurer discovery requests and confer re same with R. Wyron, D. Felder and K. Orr (2.3); confer with R. Wyron re settlement agreement (1.3); revise draft settlement agreement (2.7). | 8.80 |
| 02/05/09 | R. Wyron | Review draft settlement agreement and organize comments (1.2); confer with P. Mahaley and follow-up (.9); review analysis of insurance proceeds (.3). | 2.40 |
| 02/05/09 | R. Frankel | Review ACC, FCR Mediation Statement prepared by R. Horkovich. | 1.10 |
| 02/06/09 | P. Mahaley | Review and revise insurer discovery responses and analyze for insurance coverage implications (1.2); analyze insurer mediation statement and prepare rebuttal for upcoming insurer mediation (5.1). | 6.30 |
| 02/06/09 | R. Wyron | Review draft settlement agreement and follow-up (1.2); organize issues list re upcoming settlement meetings (.4). | 1.60 |
| 02/06/09 | R. Frankel | Confer with R. Wyron, D. Felder, P. Mahaley re status of CIP issues, strategy. | 0.40 |
| 02/09/09 | J. Guy | Attention to pending insurance mediation and settlement meetings. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -       March 13, 2009
17367                                                                    Invoice No. 1179267
page 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/09/09 | R. Wyron | Review Equitas agreement (.4); review draft settlement agreement (.8); review draft term sheet (.3); organize notes on mediation issues (.6). | 2.10 |
| 02/09/09 | R. Frankel | Review proposed insurer Term Sheet and e-mail re same. | 0.80 |
| 02/09/09 | R. Frankel | Series of e-mails re Equitas settlement issues. | 0.70 |
| 02/10/09 | K. Suomela | Research inflation and discounting steps performed in expert reports by Peterson and Biggs, and summarize for P. Mahaley. | 2.50 |
| 02/10/09 | P. Mahaley | Review prior insurer settlement agreement to prepare for settlement negotiation and confer with R. Wyron and J. Guy re same (2.1); draft insurance settlement agreement (2.6); draft insurance settlement term sheet (1.7); prepare for insurance mediation (1.6). | 8.00 |
| 02/10/09 | J. Guy | Attention to insurance discovery, mediation and settlement. | 1.00 |
| 02/10/09 | R. Wyron | Review Equitas issues (.4); review term sheet for settlement (.4); organize comments on draft settlement agreement (1.1); confer with P. Mahaley and J. Guy on mediation and settlement issues, and follow-up (.9); review mediation statement and related testimony on estimation (1.3). | 4.10 |
| 02/11/09 | D. Felder | Review prior settlement for P. Mahaley. | 0.10 |
| 02/11/09 | J. Guy | Attention to insurance settlement issues. | 1.00 |
| 02/11/09 | J. Guy | Meeting with Insurer. | 1.70 |
| 02/11/09 | J. Guy | Prepare for meeting with Insurer. | 0.60 |
| 02/11/09 | J. Guy | Travel to New York for Insurance mediation while preparing for same. | 2.50 |
| 02/11/09 | J. Guy | Prepare for mediation. | 0.70 |
| 02/11/09 | R. Wyron | Review insurance settlement term sheet (.6); confer with J. Guy and P. Mahaley on insurance issues and follow-up (1.2). | 1.80 |
| 02/11/09 | R. Frankel | Review chart from company showing earnings on Equitas escrow; notes re same. | 0.50 |
| 02/12/09 | P. Mahaley | Attend mediation with insurance company representatives, along with J. Guy and R. Horkovich. | 8.50 |
| 02/12/09 | J. Guy | Attend mediation. | 7.00 |
| 02/12/09 | J. Guy | Prepare for mediation. | 1.00 |
| 02/12/09 | R. Frankel | Review mediation statement from insurer. | 0.90 |
| 02/13/09 | P. Mahaley | Analyze settlement mechanism (1.0); draft insurer settlement agreement (4.1). | 5.10 |
| 02/13/09 | R. Wyron | Review issues on settlement agreements (.3); confer with P. Mahaley and follow-up (.8); review draft settlement agreement (.9); review term sheet (.3). | 2.30 |
| 02/13/09 | M. Plumer | Office conference with P. Mahaley re status of settlement meetings. | 0.40 |



ORRICK

| 02/13/09 | R. Frankel | Review J. Burke memo re treatment of insurance issues in bankruptcy (1.2); consider issues re agreements (.6). | 1.80 |
|---|---|---|---|
| 02/14/09 | R. Frankel | Review, consider insurer settlement issues in connection with confirmation. | 0.60 |
| 02/17/09 | P. Mahaley | Confer with R. Frankel, R. Wyron and J. Guy re insurance settlement strategy (1.3); confer with R. Wyron, D. Felder and K. Orr re proposed revisions to draft responses to insurer interrogatories (.5); draft revised term sheet re settlement with insurance company (4.9); develop strategy re insurance issues (2.2). | 8.90 |
| 02/17/09 | R. Frankel | Review settlement agreement, related J. Burke memo during travel to NY. | 0.80 |
| 02/18/09 | P. Mahaley | Revise term sheet for settlement with insurer (3.1); develop strategy re insurance issues (4.4); investigate methodology re insurance issues (.7). | 8.20 |
| 02/18/09 | J. Guy | Attention to insurance issues and meeting with Orrick team regarding same. | 0.70 |
| 02/18/09 | R. Wyron | Review settlement term sheet and provide comments (.8); review and revise presentation points on pending settlement issues (.9). | 1.70 |
| 02/18/09 | R. Frankel | Review memoranda from P. Mahaley re settlement agreements, notes re same. | 1.70 |
| 02/19/09 | P. Mahaley | Develop strategy re insurance issues. | 1.60 |
| 02/19/09 | R. Wyron | Review analysis of settlement agreements and follow-up with P. Mahaley (.8); organize outline on settlement agreement issues (.3). | 1.10 |
| 02/19/09 | R. Frankel | Confer with R. Wyron re conference call with P. Mahaley, meeting with T. Freedman; notes re same. | 0.70 |
| 02/20/09 | P. Mahaley | Develop strategy re insurance issues. | 7.60 |
| 02/20/09 | R. Wyron | Review settlement agreement issues and call to P. Lockwood re same (.8); organize notes for 2/24 meeting (.4). | 1.20 |
| 02/22/09 | R. Frankel | Review draft memo to ACC re settlement issues (1.2); notes re same (.4). | 1.60 |
| 02/23/09 | J. Burke | Case law research regarding insurance issue. | 6.70 |
| 02/23/09 | D. Felder | Conference with Orrick team regarding insurance issues and strategy. | 1.00 |
| 02/23/09 | P. Mahaley | Develop strategy re settlements and draft analyses re same (5.0); confer with R. Frankel and R. Wyron re same (1.0). | 6.00 |
| 02/23/09 | R. Wyron | Review e-mails re settlement agreement issues (.4); confer with P. Mahaley on issues and ACC presentation, and follow-up (1.1); revise presentation notes (.6). | 2.10 |
| 02/23/09 | R. Frankel | Confer with R. Wyron, P. Mahaley, D. Felder re settlement issues. | 1.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -      March 13, 2009
17367                                                                Invoice No. 1179267
page 5

| 02/24/09 | J. Burke | Case law research regarding insurance issue. | 1.10 |
| 02/24/09 | P. Mahaley | Prepare for meeting with P. Lockwood and R. Horkovich re strategy (3.0); attend meeting with P. Lockwood, R. Horkovich and J. Liesemer, along with R. Frankel and R. Wyron, re strategy (5.5). | 8.50 |
| 02/24/09 | J. Guy | Attention to issues on insurance settlements (.2); telephone conference with insurance counsel (.2). | 0.40 |
| 02/24/09 | R. Wyron | Review outline on insurance issues (.4); prepare for meeting with ACC (.3); meet with ACC counsel on insurance settlements and follow-up (4.6); confer with R. Frankel on strategy (.3); draft revised Plan language (1.3). | 6.90 |
| 02/24/09 | R. Frankel | Review materials in preparation for meeting with P. Lockwood. | 0.70 |
| 02/25/09 | P. Mahaley | Draft proposed changes to plan documents (6.8). | 6.80 |
| 02/25/09 | R. Wyron | Review revised summary of unsettled limits, and follow-up. | 0.30 |
| 02/26/09 | P. Mahaley | Draft proposed changes to plan documents (5.1); confer with R. Wyron, P. Lockwood, R. Horkovich and J. Liesemer re proposed changes to plan documents (2.0); confer with R. Horkovich and M. Garbowski re settlement methodology (.5); confer with insurance company counsel and principals re allocation methodology for potential settlement (1.0). | 8.60 |
| 02/26/09 | J. Guy | Attention to insurance issues, settlement, mediation and Plan treatment. | 0.90 |
| 02/27/09 | P. Mahaley | Revise draft insurance settlement term sheet and circulate to ACC and Debtors for approval (.5); confer with T. Freedman, P. Lockwood, R. Horkovich, J. Baer, L. Esayian, R. Frankel and R. Wyron re proposed changes to plan documents (1.7); analyze remaining limits under certain agreements with insurance companies in connection with settlement strategy (1.5). | 3.70 |
| 02/27/09 | J. Guy | Attention to various pending issues concerning insurance, Plan language, mediations and settlements. | 0.70 |
| 02/27/09 | J. Guy | Conference with P. Mahaley regarding various pending issues concerning insurance, Plan language, mediations and settlements. | 0.50 |

Total Hours                     179.70
Total For Services                        $119,913.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

March 13, 2009
Invoice No. 1179267

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 7.80 | 360.00 | 2,808.00 |
| Debra Felder | 1.10 | 590.00 | 649.00 |
| Roger Frankel | 14.20 | 945.00 | 13,419.00 |
| Jonathan P. Guy | 22.20 | 755.00 | 16,761.00 |
| Peri N. Mahaley | 100.80 | 605.00 | 60,984.00 |
| Mark J. Plumer | 0.40 | 835.00 | 334.00 |
| Kirt D. Suomela | 4.00 | 290.00 | 1,160.00 |
| Richard H. Wyron | 29.20 | 815.00 | 23,798.00 |
| Total All Timekeepers | 179.70 | $667.30 | $119,913.00 |

Disbursements
| | | |
|---|---|---|
| Color Document Reproduction | 3.70 | |
| Document Reproduction | 64.20 | |
| Local Taxi Expense | 37.65 | |
| Out of Town Business Meals | 79.57 | |
| Parking Expense | 84.00 | |
| Telephone | 3.89 | |
| Travel Expense, Air Fare | 1,413.89 | |
| Travel Expense, Local | 5.28 | |
| Travel Expense, Out of Town | 277.99 | |
| Westlaw Research | 55.00 | |
| Total Disbursements | | $2,025.17 |

**Total For This Matter**          **$121,938.17**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

March 13, 2009
Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 02/02/09 | A. Thorp | Communications and correspondence with D. Felder re e-mail collection (.5); review tracking and collection spreadsheet (1.0); communications and correspondence with vendor re data hosting (.5). | 2.00 |
| 02/02/09 | D. Felder | Review and revise draft responses to Owens-Illinois discovery (1.0); review recently filed pleadings for February omnibus hearing (1.0). | 2.00 |
| 02/02/09 | K. Orr | Office conference with J. Guy regarding status of discovery (.1); various e-mails to/from D. Felder and R. Wyron regarding discovery (.1); review interrogatories from State of Montana and consider objections to same (.3). | 0.50 |
| 02/02/09 | J. Guy | Attention to various Insurer discovery requests and Plan Proponent responses. | 1.20 |
| 02/03/09 | A. Thorp | Communications and correspondence with vendor re data hosting and collection of client data. | 1.00 |
| 02/03/09 | D. Fullem | Review e-mail from R. Wyron; forward copy of recent earnings release by W. R. Grace. | 0.50 |
| 02/03/09 | D. Felder | Attention to electronic discovery issues and review same. | 2.50 |
| 02/03/09 | K. Orr | E-mail to R. Frankel regarding evaluation of Edwards appeal. | 0.10 |
| 02/03/09 | R. Mullady, Jr. | Telephone conversation with B. Harding regarding V. Roggli. | 0.30 |
| 02/03/09 | R. Frankel | Review draft PD CMO and e-mails re same. | 0.80 |
| 02/03/09 | R. Frankel | Review Grace 4th quarter report. | 0.50 |
| 02/04/09 | A. Thorp | Communications and correspondence with D. Felder re review of collected e-mail. | 0.50 |
| 02/04/09 | D. Felder | Attention to electronic discovery issues (2.5); e-mail correspondence with J. Liesemer regarding discovery responses (.1). | 2.60 |
| 02/04/09 | K. Orr | Review and revise memo analyzing Edwards appeal (2.3); e-mails to/from R. Wyron and R. Frankel regarding same (.1); telephone conference with R. Wyron and R. Frankel regarding same (.3). | 2.70 |
| 02/04/09 | R. Wyron | Review draft discovery responses for Owens-Illinois and Fireman's Fund and organize comments (2.1); review e-mails on draft discovery responses (.3). | 2.40 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

March 13, 2009
Invoice No. 1179267

| | | | |
|---|---|---|---|
| 02/04/09 | R. Frankel | Review updated discovery chart, D. Felder memo re status of discovery. | 0.50 |
| 02/05/09 | A. Thorp | Communications and correspondence with D. Felder re review of collected e-mail. | 0.50 |
| 02/05/09 | D. Felder | Attention to responses to document requests (4.5); telephone conferences with A. Thorp regarding same (.3); review insurers' interrogatories and document requests and begin preparing responses regarding same (2.0). | 6.80 |
| 02/05/09 | K. Orr | E-mail to R. Wyron and R. Frankel regarding Edwards appeal (.1); prepare for office conference regarding discovery and review Fireman's Fund interrogatories (.3); office conference with R. Wyron, P. Mahaley and D. Felder regarding discovery (1.0). | 1.40 |
| 02/05/09 | R. Wyron | Review draft response to Owens-Illinois and insurer discovery (2.1); confer with OHS team on discovery responses and follow-up (1.1); continue review of deal documents (1.4). | 4.60 |
| 02/05/09 | R. Frankel | Review FCR Response to Fireman's Fund's requests for admission. | 2.10 |
| 02/06/09 | A. Thorp | Review collected e-mail for discovery issues (1.0); communications and correspondence with D. Felder re review of collected e-mail (.5); review non-responsive e-mails (1.0). | 2.50 |
| 02/06/09 | J. Burke | Case law research regarding insurance contracts for discovery responses. | 0.20 |
| 02/06/09 | D. Felder | Attention to Fireman's Fund's requests for admission, interrogatories and document requests (2.0); telephone conference with J. Liesemer and Orrick team regarding same (.9); prepare agenda for Orrick team meeting (.5); review ACC's draft responses to Libby discovery and identify issues regarding same (1.0); review discovery and prepare for strategy meeting (1.4); conference with Orrick team regarding strategy and next steps (2.0); telephone conference with Debtors and ACC regarding responses to Libby discovery (1.0). | 8.80 |
| 02/06/09 | K. Orr | Prepare discovery responses (2.2); phone conference with D. Felder, P. Mahaley and J. Liesemer regarding discovery responses (.8); office conference with R. Frankel, R. Wyron, P. Mahaley, J. Guy and D. Felder regarding case status (1.1). | 4.10 |
| 02/06/09 | J. Guy | Conferences with and telephone calls with R. Frankel, R. Wyron, D. Felder, Debtor and ACC (separate and various occasions) regarding Plan discovery. | 1.50 |
| 02/06/09 | J. Guy | Attention to Plan Discovery. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

March 13, 2009
Invoice No. 1179267

| | | | |
|---|---|---|---|
| 02/06/09 | R. Wyron | Review draft discovery responses to Owens-Illinois and Fireman's Fund (2.4); organize comments on discovery responses (.3); meet with OHS team on discovery and follow-up (1.6); review e-mails on discovery issues and respond (.3). | 4.60 |
| 02/06/09 | R. Frankel | Review updated litigation chart from D. Felder. | 0.50 |
| 02/06/09 | R. Frankel | Confer with D. Felder, R. Wyron, J. Guy, K. Orr re discovery, litigation strategy (1.6); notes re same (.3); review litigation/discovery binders (.6). | 2.50 |
| 02/07/09 | R. Frankel | Review draft objection and answers of ACC to discovery. | 0.70 |
| 02/07/09 | R. Frankel | Review discovery served on plan proponents from CNA, MCC, Montana, BNSF, Libby claimants, UCC. | 2.70 |
| 02/09/09 | D. Felder | Attention to discovery issues and e-mail correspondence to/from Debtors and ACC regarding same (.8); review and prepare responses to interrogatories from Fireman's Fund (2.4); conference with K. Orr regarding same (.5); review Debtors' draft responses to Arrowood requests for admission and revise same (1.7); begin preparing FCR's responses to same (.7); conferences with A. Thorp regarding e-discovery issues and continue review of documents in response to document requests from various insurers (1.8). | 7.90 |
| 02/09/09 | K. Orr | Prepare discovery responses (4.0); office conference with D. Felder regarding same (.2); e-mails to/from R. Wyron, P. Mahaley and D. Felder regarding discovery responses (.2); office conference with R. Wyron regarding comments on responses to Owens-Illinois discovery (.1). | 4.50 |
| 02/09/09 | R. Wyron | Review revised draft discovery responses and organize open issues list (2.7); review and respond to e-mails on discovery issues (.4). | 3.10 |
| 02/09/09 | R. Frankel | Review Longacre discovery request to debtors. | 0.80 |
| 02/10/09 | D. Felder | Review and revise Debtors' draft responses to insurer discovery (1.5); review and revise draft responses to Fireman's Fund's requests for admission (1.0); conference with K. Orr regarding Fireman's Fund's interrogatories and follow-up regarding same (.4); e-mail correspondence with Debtors regarding discovery issues and follow-up regarding same (1.4); attention to responses to document requests (2.5); review T. Florence deposition transcript and e-mail to R. Wyron regarding same (.8). | 7.60 |
| 02/10/09 | K. Orr | Prepare and edit responses to Fireman's Fund's interrogatories (3.6); office conference with D. Felder regarding same (.4). | 4.00 |
| 02/10/09 | J. Guy | Attention to Plan objections and strategy. | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

March 13, 2009
Invoice No. 1179267

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/10/09 | R. Wyron | Review revised draft responses to discovery. | 0.60 |
| 02/11/09 | D. Felder | E-mail correspondence with K. Orr regarding responses to Fireman's Fund's interrogatories and follow-up regarding same (1.0); review and revise same (.5); review draft confidentiality agreements from Debtors and ACC (1.3); e-mail correspondence with ACC regarding same (.7); e-mail correspondence with J. Baer regarding discovery issues (.2); telephone conference with J. Liesemer regarding draft confidentiality agreement (.2); review Debtors' revised responses to Arrowood discovery (.5); review draft responses to Fireman's Fund discovery (.5); review pleadings for February omnibus hearing (1.0). | 5.90 |
| 02/11/09 | K. Orr | Prepare responses to Fireman's Fund's interrogatories (1.1); e-mails to/from D. Felder regarding same (.1). | 1.20 |
| 02/11/09 | R. Wyron | Review discovery responses and respond to e-mails re same. | 1.10 |
| 02/12/09 | D. Felder | Attention to e-mail correspondence from Debtors and ACC regarding confidentiality agreement and note issues regarding same (1.6); review and revise same (3.6); telephone conferences with K. Orr regarding discovery issues (.3); review ACC's draft responses to Libby interrogatories (1.1). | 6.60 |
| 02/12/09 | K. Orr | Edit responses to Fireman's Fund's interrogatories and circulate same to internal team (.2); prepare responses to Montana interrogatories (.5); phone conference with D. Felder regarding same (.2). | 0.90 |
| 02/12/09 | R. Wyron | Review discovery e-mails and follow-up (.3); review confidentiality issues and respond to e-mails re same (.4). | 0.70 |
| 02/13/09 | D. Felder | E-mail correspondence with P. Mahaley and K. Orr regarding discovery issues (.3); e-mail correspondence with P. Lockwood and J. Liesemer regarding confidentiality agreement and attention to same (2.5); review draft responses to Fireman's Fund discovery and prepare for conference call regarding same (1.6); telephone conference with Debtors and ACC regarding same (1.5). | 5.90 |
| 02/13/09 | K. Orr | Telephone conference with D. Felder, P. Mahaley, Debtors' counsel and ACC counsel re discovery (1.5); edit responses to Owens-Illinois discovery and e-mail to D. Felder regarding same (.2). | 1.70 |
| 02/14/09 | R. Frankel | Review discovery requests from PD FCR directed to Plan Proponents. | 1.20 |
| 02/14/09 | R. Frankel | Review discovery from Debtor directed to PD objectors (.5); review litigation issues re PD objectors (.8). | 1.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

March 13, 2009
Invoice No. 1179267

| 02/16/09 | A. Kim | Review notes from conference with R. Wyron regarding Grace payments to PI and PD Trusts and calculation methods for same (.2); review working papers on foregoing drafted by R. Wyron (.2); analyze payment streams and methods for determining point-in-time calculations of total payments by Grace to PI and PD Trusts (1.8); work on presentation summarizing payment streams and follow-up e-mails and conferences with R. Wyron re same (1.0). | 3.20 |
|---|---|---|---|
| 02/16/09 | R. Wyron | Review e-mails on discovery issues (.3); follow-up on open item (.2); review draft discovery (.4). | 0.90 |
| 02/16/09 | R. Frankel | Review various pleadings of Anderson Memorial to extend discovery deadline. | 0.70 |
| 02/16/09 | R. Frankel | Review Quigley motion to strike objection of Owens-Illinois, and transcript attached as exhibit. | 1.40 |
| 02/17/09 | A. Kim | Follow-up conference with R. Wyron regarding analysis of payment streams from Grace to PI and PD Trusts and point-in-time calculations of same (.2); further work on revisions to presentation of same (.3). | 0.50 |
| 02/17/09 | D. Felder | Attention to discovery issues and e-mail correspondence with Debtors and ACC regarding same (2.4); review revised Owens-Illinois responses (.7); review revised confidentiality stipulation from Debtors and e-mail correspondence regarding same (.6); review e-mail correspondence from N. Finch regarding expert issues (.1); review notes and prepare agenda for team meeting (1.2); review e-mail correspondence from ACC and e-mails to/from K. Orr regarding discovery issues (.5); conference with Orrick team regarding strategy, next steps and upcoming deadlines (1.8). | 7.30 |
| 02/17/09 | K. Orr | Prepare and edit Owens-Illinois and Fireman's Fund's discovery responses (2.0); e-mails to/from D. Felder regarding same (.1); e-mails to R. Wyron and P. Mahaley regarding same (.1); office conference with R. Frankel, R. Wyron, J. Guy, P. Mahaley and D. Felder regarding discovery status, case status, and insurance issues (2.0). | 4.20 |
| 02/17/09 | R. Wyron | Review discovery draft responses (.6); meet with OHS team on strategy for discovery responses and follow-up (1.2); organize notes re open issues and follow-up on strategic issues (.4). | 2.20 |
| 02/17/09 | R. Frankel | Review discovery chart in preparation for meeting, prepare agenda for issues meeting. | 0.80 |
| 02/17/09 | R. Frankel | Confer with R. Wyron, D. Felder, J. Guy, K. Orr re discovery, litigation issues. | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

March 13, 2009
Invoice No. 1179267

| 02/17/09 | R. Frankel | Review draft Protective Order from Kirkland during travel to NY. | 0.70 |
|---|---|---|---|
| 02/18/09 | D. Felder | E-mail correspondence with Debtors and ACC regarding discovery issues (.3); e-mail correspondence with M. Hurford regarding same (.1); review e-mail from asbestos claimant and correspondence with R. Wyron regarding same (.1); e-mail correspondence with J. Phillips and C. Hartman regarding upcoming discovery issues (.1); review motion to approve PD settlement with Macerich (.3); review recently filed pleadings for February and April omnibus hearings (1.2); prepare notice of service of discovery and e-mail correspondence with Plan Proponents regarding same (.3); review discovery issues and e-mail correspondence with K. Orr regarding same (.6); telephone conference with Debtors and ACC regarding discovery issues (2.0); follow-up regarding same (2.3); attention to Fireman's Fund's requests for production of documents (1.0). | 8.30 |
| 02/18/09 | K. Orr | Prepare and edit Owens-Illinois responses and Fireman's Fund's responses (2.8); e-mails to/from R. Wyron and D. Felder regarding same (.2). | 3.00 |
| 02/18/09 | J. Guy | Attention to insurance discovery requests and meeting with Orrick team regarding same. | 1.00 |
| 02/18/09 | R. Wyron | Review draft discovery responses and respond to e-mails re same (1.2); e-mail to D. Austern and follow-up (.3). | 1.50 |
| 02/18/09 | R. Frankel | Review e-mails, issues re confidentiality of insurance settlements. | 0.60 |
| 02/18/09 | R. Frankel | Review draft CMO for Class 7A asbestos PD claims. | 0.60 |
| 02/18/09 | R. Frankel | Review order re Anderson motion to expedite. | 0.30 |
| 02/18/09 | R. Frankel | Review series of e-mails re hearings, discovery. | 0.30 |
| 02/19/09 | D. Felder | E-mail correspondence with J. Liesemer regarding responses to Owens-Illinois discovery requests and review same (.3); review revised draft interrogatory responses to Fireman's Fund and provide comments regarding same (2.0); review Debtors' draft pension motion (.2); telephone conference with D. Austern regarding Owens-Illinois discovery responses (.1); draft responses to Fireman's Fund's requests for production of documents (3.5). | 6.10 |
| 02/19/09 | K. Orr | Various e-mails to/from D. Felder, R. Wyron, P. Mahaley, Debtors' counsel and ACC counsel regarding discovery (.4); phone conference with D. Felder regarding discovery (.1); prepare and edit discovery responses (3.1). | 3.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          March 13, 2009
17367                                                                            Invoice No. 1179267
page 13

| 02/19/09 | R. Wyron | Review and comment on draft Owens-Illinois responses (.4); review and comment on draft Fireman's Fund's responses (.7). | 1.10 |
|---|---|---|---|
| 02/20/09 | D. Felder | Finalize Owens-Illinois discovery responses and e-mail correspondence with Debtors, ACC, Equity Committee and D. Austern regarding same (3.5); attention to e-mail correspondence to and from Plan Proponents regarding discovery issues (1.0); review discovery responses from Debtors regarding Arrowood and Libby (1.4); review amended agenda for February 23 omnibus hearing (.1); review Debtors' response to Speights' motion to modify CMO (.1); e-mail correspondence to and from J. Phillips and C. Hartman regarding upcoming discovery deadlines and filings (.2); draft responses to Fireman's Fund's requests for production of documents (2.6); review disclosure statement objections filed by DOJ, UniFirst, PD FCR, and Speights (1.0). | 9.90 |
| 02/20/09 | K. Orr | Telephone conference with D. Felder re discovery status (.1); various e-mails from R. Wyron, D. Felder, Debtors' counsel, and ACC counsel regarding same (.2); prepare Libby joinder and verification (.3); prepare and edit responses to Fireman's Fund's RFAs (.3). | 0.90 |
| 02/20/09 | R. Wyron | Review draft discovery responses and respond to e-mails re same. | 0.80 |
| 02/20/09 | R. Frankel | Review objection of PD FCR, DOJ to DS. | 0.90 |
| 02/20/09 | R. Frankel | Review responses of Plan Proponents to Owens-Illinois Interrogatories, Request For Admissions, Request For Production. | 1.20 |
| 02/21/09 | R. Wyron | Review discovery issues and follow-up re PD FCR and insurers discovery. | 0.40 |
| 02/21/09 | R. Frankel | Review objection to Disclosure Statement of Anderson Memorial. | 0.40 |
| 02/23/09 | D. Felder | Begin reviewing discovery responses from insurers (1.2); review Debtors' revised draft responses to Libby and Arrowood and e-mail correspondence regarding same (1.6); telephonic participation in omnibus hearing (.5); draft responses to Fireman's Fund's request for production of documents (1.5); finalize FCR's responses to Libby interrogatories and e-mail correspondence with J. Phillips and C. Hartman regarding same (2.0). | 6.80 |
| 02/23/09 | P. Mahaley | Review final draft of discovery responses to insurer (.7). | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    March 13, 2009
17367                                                                                      Invoice No. 1179267
page 14

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/23/09 | K. Orr | E-mails to/from counsel for Debtors and ACC regarding discovery (.1); review various discovery deadlines and status (.1); phone conferences with and e-mails to/from D. Felder regarding discovery responses (.2); prepare discovery responses (3.9). | 4.30 |
| 02/23/09 | R. Wyron | Review draft discovery response (1.1); confer with D. Felder re status of discovery responses (.4); organize outline of open issues (.3). | 1.80 |
| 02/23/09 | R. Frankel | Attend omnibus hearing by telephone. | 0.80 |
| 02/23/09 | R. Frankel | Review draft responses to Libby discovery. | 0.70 |
| 02/23/09 | R. Frankel | Preliminary review of responses to discovery. | 1.20 |
| 02/24/09 | D. Felder | Prepare responses to interrogatories and requests for production of documents propounded by Zurich and GEICO/Columbia (4.5); e-mail correspondence and telephone conferences to and from K. Orr regarding same (.2); begin reviewing discovery responses served by BNSF, Scotts, and insurers and e-mail correspondence with Debtors regarding same (3.0); review Debtors' draft responses to Travelers' discovery requests (.4). | 8.10 |
| 02/24/09 | K. Orr | Prepare discovery responses (3.5); telephone conference with and e-mails to/from D. Felder regarding same (.2); e-mail to P. Mahaley regarding same (.1) | 3.80 |
| 02/24/09 | R. Wyron | Review Scotts' non-responses to discovery and outline issues (.4); confer with ACC counsel (.2). | 0.60 |
| 02/24/09 | R. Frankel | Review responses of Scotts to discovery during travel. | 0.80 |
| 02/24/09 | R. Frankel | Review new objections to amended disclosure statement during travel. | 1.10 |
| 02/24/09 | R. Frankel | Review J. Burke e-mail memo re indemnity issues. | 0.60 |
| 02/25/09 | A. Thorp | Review insurance documents for D. Felder. | 1.50 |
| 02/25/09 | D. Felder | Attention to discovery issues and e-mail correspondence with Debtors, ACC and Orrick team regarding same (2.1); conference with Orrick team regarding discovery issues (1.2); telephone conference with Debtors and ACC regarding interrogatory responses (2.0); revise responses to discovery propounded by Geico, Fireman's Fund, Zurich and Arrowood (3.5); e-mail correspondence with K. Orr regarding same (.3). | 9.10 |
| 02/25/09 | P. Mahaley | Review proposed discovery requests to be propounded to objecting insurance companies (1.5); confer with R. Wyron, D. Felder and K. Orr to develop responses to objecting insurer discovery requests (1.3). | 2.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

March 13, 2009
Invoice No. 1179267

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/25/09 | K. Orr | Prepare discovery responses (2.5); e-mails to/from D. Felder, R. Wyron and P. Mahaley regarding same (.3); office conference with D. Felder, R. Wyron and P. Mahaley regarding insurance issues and responses to One Beacon discovery (1.2); telephone conference with D. Felder, Debtors' counsel, and ACC counsel regarding discovery (1.8). | 5.80 |
| 02/25/09 | R. Wyron | Review Seaton/One Beacon discovery and follow-up (.6); confer with OHS team on discovery responses and follow-up (1.2); review standing analysis and follow-up (.7); continue review of draft discovery responses including Travelers RFAs (1.4). | 3.90 |
| 02/25/09 | R. Frankel | Review revised Protective Order regarding confidentiality of confirmation discovery. | 0.70 |
| 02/26/09 | D. Felder | Review and revise updated draft responses to Zurich and Geico discovery and e-mail correspondence with K. Orr regarding same (3.5); review and revise responses to Fireman's Fund discovery (2.3); telephone conference with Debtors and ACC regarding same (1.5). | 7.30 |
| 02/26/09 | P. Mahaley | Review and revise discovery responses to objecting insurers' discovery requests (2.0). | 2.00 |
| 02/26/09 | K. Orr | Brief review of plan changes (.1); prepare discovery responses (4.5); e-mails to/from D. Felder, R. Wyron and P. Mahaley regarding discovery responses and insurance issues (.2); various telephone conferences with D. Felder regarding discovery responses (.2). | 5.00 |
| 02/26/09 | R. Wyron | Review revised answers to Travelers RFAs (.9); call with ACC regarding Travelers, other discovery and overall strategy and follow-up notes (1.3); review response to Arrowood and follow-up e-mail (.3). | 2.50 |
| 02/27/09 | D. Felder | Telephone conferences with P. Mahaley regarding Zurich discovery responses and review same (.4); review and revise Arrowood discovery responses and e-mail correspondence with Orrick team regarding same (1.0); review responses to Fireman's Fund's requests for production (2.1). | 3.50 |
| 02/27/09 | P. Mahaley | Review and revise draft responses to insurance company discovery requests (1.5). | 1.50 |
| 02/27/09 | K. Orr | Various e-mails to/from D. Felder, R. Wyron and P. Mahaley regarding discovery responses. | 0.20 |
| 02/27/09 | R. Wyron | Review Travelers RFAs (.4); call with Debtors and ACC on Travelers discovery and follow-up (.8). | 1.20 |
| 02/28/09 | R. Wyron | Review responses to discovery for Zurich. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

March 13, 2009
Invoice No. 1179267

|  | Total Hours | 263.60 |  |
|---|---|---|---|
|  | Total For Services |  | $172,779.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 0.20 | 360.00 | 72.00 |
| Debra Felder | 123.00 | 590.00 | 72,570.00 |
| Roger Frankel | 28.30 | 945.00 | 26,743.50 |
| Debra O. Fullem | 0.50 | 255.00 | 127.50 |
| Jonathan P. Guy | 5.90 | 755.00 | 4,454.50 |
| Antony P. Kim | 3.70 | 555.00 | 2,053.50 |
| Peri N. Mahaley | 7.00 | 605.00 | 4,235.00 |
| Raymond G. Mullady, Jr. | 0.30 | 745.00 | 223.50 |
| Kathleen Orr | 51.90 | 620.00 | 32,178.00 |
| Aaron R. Thorp | 8.00 | 220.00 | 1,760.00 |
| Richard H. Wyron | 34.80 | 815.00 | 28,362.00 |
| Total All Timekeepers | 263.60 | $655.46 | $172,779.50 |

| Disbursements |  |  |
|---|---|---|
| Document Reproduction | 489.10 |  |
| Postage | 270.88 |  |
| Telephone | 3.45 |  |
| Total Disbursements |  | $763.43 |

**Total For This Matter**                     **$173,542.93**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

March 13, 2009<br>Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/01/09 | Z. Finley | Prepare for conference call to discuss Deferred Payment Agreement (.2); conference call with R. Frankel, R. Wyron, R. Smith and J. Radecki regarding Deferred Payment Agreement (.5); review and mark-up Guarantee (1.5); e-mail to Debtors' counsel regarding Deferred Payment Documents (.5). | 2.70 |
| 02/01/09 | R. Smith | Review documents (1.5); call with R. Frankel, R. Wyron and J. Radecki (.5); attention to e-mail messages (.3). | 2.30 |
| 02/01/09 | R. Wyron | Review DPA language changes (.3); conference call with OHS team on open issues and follow-up (.8); review e-mails on language changes (.2). | 1.30 |
| 02/01/09 | R. Frankel | Telephone conference with Z. Finley, J. Radecki, R. Wyron, R. Smith re DPA open issues. | 0.50 |
| 02/02/09 | J. Burke | Case docket research regarding plan development issues. | 3.00 |
| 02/02/09 | Z. Finley | Revise Intercreditor Agreement (1.2); review and provide comments on other Deferred Payment Documents, and e-mails regarding same (3.6); telephone conference with Debtors' counsel (.3). | 5.10 |
| 02/02/09 | M. Wallace | Review correspondence regarding plan review. | 0.10 |
| 02/02/09 | M. Wallace | Review correspondence regarding additional plan changes and Kirkland response to same. | 0.20 |
| 02/02/09 | R. Smith | Attention to e-mail messages (.3); review documents (2.0). | 2.30 |
| 02/02/09 | R. Wyron | Continue work on plan documents (including deal documents, plan, disclosure and trading term sheet) (4.1); multiple calls regarding changes and open issues to and from OHS team, J. Radecki and Debtors (1.3); organize outline of open issues (.6); review and respond to e-mails on plan documents (.7). | 6.70 |
| 02/02/09 | R. Frankel | Telephone conference with E. Inselbuch re Edwards; notes re same. | 0.30 |
| 02/02/09 | R. Frankel | Review, exchange series of e-mails re plan documents. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

March 13, 2009
Invoice No. 1179267

| | | | |
|---|---|---|---|
| 02/03/09 | D. Felder | Review various e-mail correspondence regarding plan documents from Debtors and OHS team (1.4); e-mail correspondence with A. McMillian regarding Cooperation Agreement (.2); review revised draft plan and disclosure statement from Debtors and attention to issues regarding same (4.5); telephone conferences with R. Wyron and D. Boll regarding same (.1); review PD ZAI documents and e-mail correspondence regarding same (.6). | 6.80 |
| 02/03/09 | Z. Finley | Review and mark-up current draft of Plan, Disclosure Statement and Deferred Payment Documents, and e-mails regarding same (3.5); revise Intercreditor Agreement and draft explanatory e-mail regarding changes to same (3.8); review and respond to comments to Deferred Payment Documents from PD constituency (.7). | 8.00 |
| 02/03/09 | R. Smith | Attention to e-mail messages. | 0.30 |
| 02/03/09 | R. Wyron | Review draft of Disclosure Statement, Plan and deal documents and provide comments (3.2); review e-mails with language changes on PD documents, Cooperation Agreement and respond (1.4); multiple calls with Debtors' counsel on plan changes, open issues and follow-up (.8); calls with OHS team on plan documents and changes, and follow-up with D. Felder (1.2); organize notes on open issues and follow-up (.7). | 7.30 |
| 02/03/09 | C. Reynolds | Review revised disclosure and exchange of e-mails with R. Frankel, R. Wyron and D. Felder re same (.5); review revised trading restrictions and exchange of e-mails with R. Wyron re same (.3). | 0.80 |
| 02/03/09 | R. Frankel | Review revised disclosure statement. | 1.20 |
| 02/03/09 | R. Frankel | Telephone conference with Messrs. Inselbuch and Portner re Edwards judgment; notes re same. | 0.60 |
| 02/03/09 | R. Frankel | Several meetings with R. Wyron re status of plan documents (1.0); telephone conference with T. Freedman re same (.3). | 1.30 |
| 02/03/09 | R. Frankel | Review intercreditor agreement and e-mails re same. | 1.50 |
| 02/03/09 | R. Frankel | Review revised plan of reorganization. | 1.70 |
| 02/03/09 | R. Frankel | Review Share Issuance Agreement. | 0.80 |
| 02/03/09 | R. Frankel | Review notice of filing of proposed solicitation procedures with exhibits. | 1.30 |
| 02/04/09 | R. Wyron | Confer with R. Frankel and K. Orr re personal injury judgment and analysis, and follow-up e-mails re same (.7); review and revise analysis (.6); review open issues list (.4); begin review of recently filed plan documents (2.7). | 4.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

March 13, 2009
Invoice No. 1179267

| | | | |
|---|---|---|---|
| 02/04/09 | R. Frankel | Review, edit memo re merits of Edwards appeals, related issues (1.7); telephone conference with K. Orr, R. Wyron re same (.3); notes re same (.4). | 2.40 |
| 02/04/09 | R. Frankel | Review Plan exhibits filed with Court. | 0.80 |
| 02/04/09 | R. Frankel | Review clean versions of PI DPA and PI Guarantee. | 2.60 |
| 02/04/09 | R. Frankel | Review revised memo re Edwards appeal merits. | 0.70 |
| 02/05/09 | D. Fullem | Review and calendar upcoming deadlines and hearing dates on disclosure statement. | 0.20 |
| 02/05/09 | D. Felder | Begin reviewing plan documents. | 2.10 |
| 02/05/09 | R. Frankel | Review red-lined filed plan of reorganization. | 2.90 |
| 02/05/09 | R. Frankel | Review Stock Incentive Plan. | 1.30 |
| 02/06/09 | R. Wyron | Continue review of plan documents. | 1.10 |
| 02/06/09 | R. Frankel | Review as filed intercreditor agreement. | 1.30 |
| 02/10/09 | R. Wyron | Review e-mail on intercreditor agreement and follow-up (.3); review summary of intercreditor agreement and follow-up (.6); continue review of February 3, 2009 draft documents (1.6). | 2.50 |
| 02/10/09 | R. Frankel | Review open issues re plan, confirmation. | 0.80 |
| 02/10/09 | R. Frankel | Review, consider R. Wyron's e-mails re PD issues (.8); telephone conference with R. Wyron re issues with PD, intercreditor agreement (.3). | 1.10 |
| 02/11/09 | D. Felder | Conference with R. Wyron regarding plan issues and follow-up regarding same (.5); continue reviewing First Amended Joint Plan (1.0). | 1.50 |
| 02/11/09 | Z. Finley | Telephone conference with R. Wyron regarding status of Deferred Payment Documents. | 0.30 |
| 02/11/09 | R. Wyron | Work on intercreditor issues and follow-up e-mail on status (.4); review summary (.2); review results and analysis from J. Radecki (.4). | 1.00 |
| 02/11/09 | R. Frankel | Review financial analysis prepared by J. Radecki; e-mails re same. | 0.70 |
| 02/11/09 | R. Frankel | Review two threshold calculations from J. Solganick; e-mails re same. | 0.60 |
| 02/11/09 | R. Frankel | Review summary of Intercreditor Agreement (1.5); telephone conference with R. Wyron re Intercreditor Agreement issues (.4). | 1.90 |
| 02/11/09 | R. Frankel | Series, exchange e-mails with A. Rich re Intercreditor Agreement issues. | 0.50 |
| 02/12/09 | J. Burke | Case docket research regarding plan development issues (2.8); discuss findings with R. Wyron (.1). | 2.90 |
| 02/12/09 | D. Felder | Review First Amended Plan and note issues regarding same. | 1.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

March 13, 2009
Invoice No. 1179267

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/12/09 | Z. Finley | Telephone conference with R. Wyron regarding Plan matters (.1); follow-up e-mail regarding model for intercreditor allocations (.1); review filed version of Plan documents (.6). | 0.80 |
| 02/12/09 | M. Wallace | Review interplay of ZAI deferred payment agreement and description thereof in disclosure statement against termination provisions in PD trust agreement. | 1.10 |
| 02/12/09 | M. Wallace | Begin review of intercreditor agreement, including against deferred payment documentation. | 2.10 |
| 02/12/09 | R. Wyron | Review summary of intercreditor agreement and call with Z. Finley (.4); call with T. Kim on demonstrative evidence (.3); review open issues list (.2); continue review of documents (1.0). | 1.90 |
| 02/12/09 | R. Frankel | Review issues re intercreditor agreement. | 0.60 |
| 02/13/09 | D. Fullem | Review e-mail from R. Frankel regarding 13G filing in Grace regarding Citadel shares; forward copy to R. Frankel. | 0.30 |
| 02/13/09 | Z. Finley | Prepare description of Intercreditor Agreement for Disclosure Statement. | 1.00 |
| 02/13/09 | M. Wallace | Continue working through Intercreditor Agreement, including considering issues in approach and potential alternatives. | 3.70 |
| 02/13/09 | R. Wyron | Work on demonstratives for disclosure statement hearing and follow-up conversations re same (1.1); continue review of revised plan documents (1.3). | 2.40 |
| 02/14/09 | R. Frankel | Review issues re Intercreditor Agreement in preparation for meeting with A. Rich. | 0.60 |
| 02/15/09 | Z. Finley | Prepare description of Intercreditor Agreement for Disclosure Statement (2.2); revise forms of Officer's Certificates for Deferred Payment Agreement (2.5); e-mail regarding same (.3). | 5.00 |
| 02/15/09 | R. Frankel | Review issues re open matters for disclosure, plan (.7); review e-mails re same (.2). | 0.90 |
| 02/16/09 | M. Wallace | Discuss implications of intercreditor arrangement between PI and PD with R. Wyron. | 0.20 |
| 02/17/09 | Z. Finley | E-mail with Debtors' counsel regarding Intercreditor Agreement. | 0.30 |
| 02/17/09 | R. Wyron | Call with T. Freedman on status of PD deal and follow-up (.5); confer with R. Frankel re open issues (.2); meet with OHS team on plan issues (.3); review intercreditor agreement issues with M. Wallace and follow-up (.3); continue review of plan documents (1.1). | 2.40 |
| 02/17/09 | R. Frankel | Review Schedule 13G filed by Citadel. | 0.30 |
| 02/17/09 | R. Frankel | Telephone conference with T. Freedman re PD, Indirect Claim issues, notes re same. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

March 13, 2009
Invoice No. 1179267

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/17/09 | R. Frankel | Review Intercreditor Agreement, revised disclosure for disclosure statement, various certificates attached as exhibits to DPA. | 1.30 |
| 02/17/09 | R. Frankel | Confer with R. Wyron, D. Felder, J. Guy, P. Mahaley re plan and disclosure statement issues, notes re CIP agreements. | 0.80 |
| 02/18/09 | R. Wyron | Work on changes to plan language to resolve insurer objections (.4); continue review of plan documents (2.3). | 2.70 |
| 02/18/09 | R. Frankel | Review T. Freedman e-mail and attachments to A. Rich with changes to plan, trust agreement. | 1.20 |
| 02/19/09 | Z. Finley | Review Intercreditor Agreement and other filed Deferred Payment Documents, and analysis of Intercreditor issues. | 1.20 |
| 02/19/09 | M. Wallace | Correspond with A. Mena regarding limitation on ZAI deferred payments. | 0.10 |
| 02/19/09 | R. Wyron | Review PD CMO and plan changes from T. Freedman (.4); review proposed changes on insurance issues (.6); review comments on plan documents (.3); call with T. Freedman regarding PD issues and follow-up (.5); review and revise intercreditor agreement summary for disclosure statement (.4); call with P. Lockwood re objections and follow-up (.5); review MCC issues and respond (.4). | 3.10 |
| 02/19/09 | R. Frankel | Review insurance and PD issues in preparation for meeting with T. Freedman (1.0); telephone conference with R. Wyron re same (.3). | 1.30 |
| 02/19/09 | R. Frankel | Telephone conference with T. Freedman re PD, Plan issues. | 0.60 |
| 02/19/09 | R. Frankel | Confer with R. Wyron re conference call with T. Freedman, plan issues, PD issues. | 0.70 |
| 02/19/09 | R. Frankel | Prepare notes in preparation for meeting with A. Rich. | 0.60 |
| 02/20/09 | Z. Finley | Review objection to Disclosure Statement from PD FCR (.5); review filed Deferred Payment Documents (2.5); telephone conference with R. Wyron regarding intercreditor issues (1.1). | 4.10 |
| 02/20/09 | R. Wyron | Review e-mails on plan changes (.3); meet with A. Rich on intercreditor issues and follow-up (2.1); call with Z. Finley on intercreditor agreement and organize notes (1.7); call with T. Freedman and follow-up (.2). | 4.30 |
| 02/20/09 | R. Frankel | Review PD issues, 524g issues in preparation for meeting with A. Rich. | 0.80 |
| 02/20/09 | R. Frankel | Confer with A. Rich re PD issues, intercreditor agreement, plan (2.9); prepare notes re same (.4). | 3.30 |
| 02/21/09 | Z. Finley | Review revised proposal on Intercreditor terms, and analyze and model impact of same on allocation of share proceeds (7.7); revise forms of Officer's Certificates for Deferred Payment Agreement (.8). | 8.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

March 13, 2009
Invoice No. 1179267

| | | | |
|---|---|---|---|
| 02/21/09 | R. Smith | Attention to e-mail messages. | 0.10 |
| 02/21/09 | R. Wyron | Review plan language changes and follow-up (.8); review intercreditor issues (.4); draft memo re discussion with A. Rich and action items (.9). | 2.10 |
| 02/21/09 | R. Frankel | Review filings relating to plan. | 0.50 |
| 02/22/09 | R. Frankel | Review amended draft documents dated 2/20 with redlined exhibits. | 2.20 |
| 02/23/09 | M. Wallace | Review correspondence regarding intercreditor issues. | 0.10 |
| 02/23/09 | M. Wallace | Discuss intercreditor issues with R. Wyron. | 0.10 |
| 02/23/09 | M. Wallace | Review intercreditor proposals and consider issues in same. | 2.00 |
| 02/23/09 | M. Wallace | Telephone call with R. Wyron regarding issues with intercreditor proposals. | 0.20 |
| 02/23/09 | M. Wallace | Draft summary of issues/considerations in intercreditor proposals. | 0.70 |
| 02/23/09 | R. Wyron | Review ZAI DPA issues (.3); revise outline of intercreditor issues (.6); organize notes on open issues (.4); review language (.8). | 2.10 |
| 02/23/09 | R. Frankel | Review proposed compliance certificates from Z. Finley. | 0.60 |
| 02/23/09 | R. Frankel | Review issues re Intercreditor Agreement with R. Wyron. | 0.70 |
| 02/24/09 | Z. Finley | Revise Intercreditor Agreement. | 6.30 |
| 02/24/09 | R. Wyron | Review status of plan issues with ACC counsel and follow-up (.2); review plan language and revise (.9). | 1.10 |
| 02/24/09 | R. Frankel | Confer with P. Lockwood, R. Horkovich, R. Wyron, P. Mahaley re CIP issues (2.8); confer with R. Wyron re CIP issues (.3). | 3.10 |
| 02/25/09 | Z. Finley | Revise Intercreditor Agreement (2.7); e-mail regarding same (.5); telephone conference with R. Wyron (.1). | 3.30 |
| 02/25/09 | M. Wallace | Review multiple correspondence regarding intercreditor agreement and consider issues to resolve. | 0.40 |
| 02/25/09 | M. Wallace | Review Grace CIP language and provide comments to same. | 0.30 |
| 02/25/09 | M. Wallace | Review correspondence regarding revisions to ZAI Deferred Payment Agreement. | 0.10 |
| 02/25/09 | R. Smith | Attention to e-mail messages. | 0.20 |
| 02/25/09 | R. Wyron | Review plan language for reimbursement agreements and analyze issues (.8); confer with P. Mahaley and follow-up e-mails re same on plan language (.7); call to ACC and debtors' counsel on issues and follow-up e-mails (.3); work on Intercreditor Agreement issues and follow-up (.9); revise reimbursement agreement language (.4); call with Z. Finley re intercreditor agreement (.4). | 3.50 |
| 02/25/09 | R. Frankel | Review revised language for plan and disclosure statement re CIP agreements. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

March 13, 2009
Invoice No. 1179267

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/25/09 | R. Frankel | Review e-mail memo re proposed changes to Intercreditor Agreement. | 0.50 |
| 02/25/09 | R. Frankel | Review open issues, Z. Finley e-mail re Intercreditor Agreement. | 0.80 |
| 02/26/09 | R. Wyron | Continue work on reimbursement agreement issues (1.2); follow-up calls with debtors on new language (1.3); call with ACC counsel on plan changes and follow-up (1.2); work on intercreditor agreement (.4); finalize reimbursement agreement language and circulate (.9); review draft schedule for transfer agreement and call to P. Mahaley re same (.4). | 5.40 |
| 02/26/09 | R. Frankel | Review revised ZAI DPA (1.1); review revised PI TDP (.5). | 1.60 |
| 02/26/09 | R. Frankel | Review memo re proposed changes to plan and disclosure statement re CIP issues, series of e-mails re same (2.0); telephone conference with R. Wyron re same (.3). | 2.30 |
| 02/26/09 | R. Frankel | Review Z. Finley e-mails; redrafts of Intercreditor Agreement. | 1.60 |
| 02/27/09 | D. Felder | Telephone conference with Debtors, ACC and Orrick team regarding plan issues and strategy (1.5); review plan and conference with R. Wyron regarding same (1.0). | 2.50 |
| 02/27/09 | M. Wallace | Review correspondence regarding additional filings. | 0.10 |
| 02/27/09 | M. Wallace | Begin review of revised intercreditor agreement and consider issues in same. | 2.10 |
| 02/27/09 | M. Wallace | Review revised ZAI deferred payment agreement. | 0.20 |
| 02/27/09 | R. Wyron | Multiple calls with Debtors counsel on plan changes and comments, and follow-up (1.8); call with ACC counsel on plan changes and follow-up (.6); revise proposed plan language and circulate (.5); review Canadian ZAI settlement and e-mails re same (.2); review revised schedule (.6); revise revised plan documents (1.4). | 5.10 |
| 02/27/09 | R. Frankel | Telephone conference with P. Lockwood, T. Freedman, R. Wyron, P. Mahaley re plan, disclosure issues (1.3); notes re same (.3). | 1.60 |
| 02/27/09 | R. Frankel | Telephone conference with T. Freedman, P. Lockwood and R. Wyron re plan, disclosure issues. | 0.90 |
| 02/27/09 | R. Frankel | Review filed blacklined solicitation procedures. | 0.80 |
| 02/27/09 | R. Frankel | Review final suggested changes to plan and disclosure re CIP issues. | 1.20 |
| 02/28/09 | M. Wallace | Review correspondence regarding corrected exhibits. | 0.10 |
| 02/28/09 | R. Frankel | Review briefs from B&W case re assignment of insurance and settlement agreements. | 1.80 |

Total Hours        209.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 24

March 13, 2009
Invoice No. 1179267

Total For Services                                    $160,315.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 5.90 | 360.00 | 2,124.00 |
| Debra Felder | 14.30 | 590.00 | 8,437.00 |
| Zachary S. Finley | 46.60 | 600.00 | 27,960.00 |
| Roger Frankel | 61.90 | 945.00 | 58,495.50 |
| Debra O. Fullem | 0.50 | 255.00 | 127.50 |
| Clayton S. Reynolds | 0.80 | 840.00 | 672.00 |
| Richard V. Smith | 5.20 | 815.00 | 4,238.00 |
| Mary A. Wallace | 13.90 | 650.00 | 9,035.00 |
| Richard H. Wyron | 60.40 | 815.00 | 49,226.00 |
| Total All Timekeepers | 209.50 | $765.23 | $160,315.00 |

Disbursements

| | |
|---|---|
| Color Document Reproduction | 2.70 |
| Document Reproduction | 340.30 |
| Image Printing/Blowback | 65.40 |
| Local Taxi Expense | 226.36 |
| Other Business Meals | 75.39 |
| Out of Town Business Meals | 79.26 |
| Overtime Meals | 10.58 |
| Parking Expense | 18.00 |
| Telephone | 77.01 |
| Travel Expense, Air Fare | 1,727.00 |
| Travel Expense, Local | 425.58 |
| Travel Expense, Out of Town | 779.78 |
| Westlaw Research | 6,982.25 |

Total  Disbursements                          $10,809.61

**Total For This Matter**                    **$171,124.61**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 25

March 13, 2009
Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 02/09/09 | D. Fullem | Review e-mail from C. LaRuffa with questions regarding January 09 fee application for Tre Angeli; respond to same and inform of timing/filing. | 0.30 |
| 02/12/09 | D. Fullem | Review package from Tre Angeli with signed January fee application. | 0.10 |
| 02/17/09 | D. Fullem | Review e-mail from K. Boeger at Tillinghast and draft of January 09 fee application. | 0.50 |
| 02/18/09 | D. Fullem | Review and respond to e-mail from D. Felder regarding deadlines to object to December fee applications and CNOs to be filed. | 0.20 |
| 02/19/09 | D. Fullem | Prepare CNOs for Austern November and December fee applications; Tre Angeli, Tillinghast and Piper December fee applications (1.0); coordinate signatures (.2); coordinate e-filing and serving of same (.3). | 1.50 |
| 02/27/09 | D. Fullem | Review e-mail from D. Felder to J. Biggs regarding final report by fee auditor for July - September 08 quarterly; review J. Biggs' response to same. | 0.20 |
| 02/27/09 | R. Wyron | Review fee examiner's report and Tillinghast response. | 0.20 |

Total Hours        3.00
Total For Services        $877.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.80 | 255.00 | 714.00 |
| Richard H. Wyron | 0.20 | 815.00 | 163.00 |
| Total All Timekeepers | 3.00 | $292.33 | $877.00 |

Disbursements
    Document Reproduction        5.20
    Express Delivery        122.76
    Postage        1.17
        Total  Disbursements        $129.13

**Total For This Matter**        **$1,006.13**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 26

March 13, 2009
Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/06/09 | D. Fullem | Prepare draft of eleventh supplemental 2019 disclosure. | 0.50 |
| 02/06/09 | D. Fullem | Confer with R. Wyron regarding supplemental 2019 disclosure. | 0.10 |
| 02/06/09 | R. Wyron | Review issue re World Holdings (.3); draft disclosure for review (.4); confer with R. Frankel and J. Guy and respond to e-mails re draft disclosure (.2); e-mails re filing for 2/9 (.2). | 1.10 |
| 02/09/09 | D. Fullem | Prepare e-mail to R. Wyron regarding confirmation of supplemental 2019 disclosure filing. | 0.10 |
| 02/09/09 | D. Fullem | Coordinate final of eleventh supplemental 2019 disclosure filing/service. | 1.00 |
| 02/09/09 | R. Wyron | Review and revise supplemental declaration regarding World Holdings and finalize same. | 0.80 |
| 02/10/09 | D. Fullem | Review supplemental disclosure. | 0.20 |
| 02/16/09 | R. Wyron | Review potential conflicts. | 0.20 |
| 02/17/09 | D. Fullem | Review e-mail from R. Wyron regarding conflict lists; research; respond with detail re same. | 0.30 |
| 02/19/09 | D. Fullem | Review e-mail from R. Wyron regarding conflict list; research conflict list and docket for additional information; prepare reply with information on same to R. Wyron. | 0.50 |

Total Hours    4.80
Total For Services    $2,400.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Debra  O. Fullem | 2.70 | 255.00 | 688.50 |
| Richard  H. Wyron | 2.10 | 815.00 | 1,711.50 |
| Total All Timekeepers | 4.80 | $500.00 | $2,400.00 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

March 13, 2009
Invoice No. 1179267

Disbursements
  Document Reproduction                    440.20
  Express Delivery                          45.91
  Postage                                  271.49
                            Total  Disbursements              $757.60


                            **Total For This Matter**         **$3,157.60**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 28

March 13, 2009
Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 02/02/09 | D. Fullem | Update fee/expense charts and circulate to R. Frankel and R. Wyron. | 0.20 |
| 02/02/09 | D. Fullem | Review e-mail from R. Wyron regarding payment on invoices; review information; prepare e-mail to R. Wyron regarding payment for October invoices and spreadsheets updated. | 0.50 |
| 02/03/09 | D. Fullem | Review recent draft of December 08 fee application. | 0.80 |
| 02/09/09 | D. Fullem | Confer with P. Reyes; prepare e-mail to R. Wyron and D. Felder regarding January prebill. | 0.20 |
| 02/10/09 | D. Fullem | Review January prebill. | 1.40 |
| 02/10/09 | D. Fullem | Review new billing rates in effect January 1, 2009. | 0.10 |
| 02/10/09 | D. Felder | Review January prebill. | 1.20 |
| 02/10/09 | R. Wyron | Review time entries for confidential information. | 0.30 |
| 02/11/09 | D. Felder | Continue reviewing January prebill. | 0.90 |
| 02/13/09 | R. Wyron | Review January prebill. | 0.30 |
| 02/17/09 | D. Fullem | Begin draft of quarterly fee application for Oct-Dec 08 time period. | 1.00 |
| 02/19/09 | D. Fullem | Prepare CNO for Orrick December fee app; coordinate filing and serving same. | 0.50 |
| 02/19/09 | D. Fullem | Prepare e-mail to P. Reyes regarding status of January bills; review reply; forward to R. Wyron and others re same. | 0.20 |
| 02/19/09 | D. Fullem | Confer with D. Spicuzza regarding updates to service list. | 0.10 |
| 02/20/09 | D. Fullem | Update fee/expense spreadsheets with January 09 billing | 0.20 |
| 02/20/09 | D. Fullem | Confer with P. Reyes regarding status of January invoices to send to client; review and respond to e-mail from R. Wyron regarding same. | 0.20 |
| 02/23/09 | D. Fullem | Review e-mail regarding payment for November invoices; prepare updates to fee/expense charts; circulate to R. Frankel, R. Wyron. | 0.50 |
| 02/23/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of January invoices. | 0.10 |
| 02/24/09 | D. Fullem | Continue preparation of quarterly for Oct-Dec 08 time period. | 1.00 |
| 02/26/09 | D. Fullem | Prepare Orrick's quarterly for the time period October - December 08. | 2.00 |



ORRICK

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/26/09 | D. Fullem | Review and respond to e-mail from B. Ruhlander; telephone call from B. Ruhlander; review expense chart from accounting and revise same. | 1.00 |
| 02/27/09 | D. Fullem | Prepare Orrick quarterly for the period October 1 - December 31, 2008 (1.0); update D. Felder and R. Wyron as to edits/status (.2); review quarterly summaries and monthly fee applications (1.0); e-mail to accounting regarding corrections to December invoice as to non-working travel (.2). | 2.40 |
| 02/27/09 | D. Fullem | Review draft of January fee application (.8); e-mail comments to D. Spicuzza (.3); update R. Wyron and D. Felder regarding same (.2). | 1.30 |
| 02/27/09 | D. Fullem | E-mail to L. Blackhurst regarding expense summary for July - September 08 time period; review same; prepare e-mail and forward to B. Ruhlander at fee auditor's office. | 1.00 |
| 02/27/09 | D. Felder | Review and revise Orrick's January fee application. | 0.60 |
| 02/28/09 | R. Wyron | Review January monthly fee application. | 0.30 |

|  |  |  |
|---|---|---|
| Total Hours | 18.30 |  |
| Total For Services |  | $6,075.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.70 | 590.00 | 1,593.00 |
| Debra O. Fullem | 14.70 | 255.00 | 3,748.50 |
| Richard H. Wyron | 0.90 | 815.00 | 733.50 |
| Total All Timekeepers | 18.30 | $331.97 | $6,075.00 |

**Total For This Matter**                                    **$6,075.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 30

March 13, 2009
Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter: 14 - Trust Distribution Procedures**

| | | | |
|---|---|---|---|
| 02/01/09 | D. Felder | Review revised TDP and PI Trust Agreement from ACC and e-mail correspondence with R. Wyron regarding same. | 1.00 |
| 02/02/09 | D. Felder | E-mail correspondence with R. Wyron regarding draft TDP from ACC (.2); e-mail correspondence with A. McMillian regarding PI Trust Agreement and review same (1.0). | 1.20 |
| 02/04/09 | M. Wallace | Discuss review of trust documents and interplay with PD and intercreditor agreement with R. Wyron. | 0.30 |
| 02/05/09 | M. Wallace | Review PD trust agreement for issuances of implementation and impact on PI trust. | 4.80 |
| 02/06/09 | M. Wallace | Review PI Trust Agreement. | 4.00 |
| 02/10/09 | M. Wallace | Review ZAI TDP. | 2.70 |
| 02/11/09 | M. Wallace | Compare PD trust agreement against TDP provisions and PI trust agreement provisions. | 2.70 |
| 02/17/09 | M. Wallace | Review final filed TDP. | 5.20 |

Total Hours                21.90
Total For Services                    $14,103.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.20 | 590.00 | 1,298.00 |
| Mary A. Wallace | 19.70 | 650.00 | 12,805.00 |
| Total All Timekeepers | 21.90 | $643.97 | $14,103.00 |

**Total For This Matter**                    **$14,103.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 31

March 13, 2009
Invoice No. 1179267

For Legal Services Rendered Through February 28, 2009 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 02/12/09 | P. Mahaley | Travel to DC from NY. | 2.50 |
| 02/17/09 | R. Frankel | Travel to NY. | 1.30 |
| 02/19/09 | R. Wyron | Travel to NY for plan meetings | 1.20 |
| 02/20/09 | R. Wyron | Return from NY meetings. | 1.00 |
| 02/20/09 | R. Frankel | Travel to DC from NY. | 2.00 |
| 02/24/09 | P. Mahaley | Return to DC from NY. | 2.50 |
| 02/24/09 | R. Wyron | Travel to and from NY for meeting with ACC. | 2.00 |

Total Hours 12.50

Total For Services $4,783.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.30 | 472.50 | 1,559.25 |
| Peri N. Mahaley | 5.00 | 302.50 | 1,512.50 |
| Richard H. Wyron | 4.20 | 407.50 | 1,711.50 |
| Total All Timekeepers | 12.50 | $382.66 | $4,783.25 |

**Total For This Matter** **$4,783.25**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 714.20 | |
| Total Fees, all Matters | | $481,699.25 |
| Total Disbursements, all Matters | | $14,499.00 |
| Total Amount Due | | $496,198.25 |