# EXHIBIT A

WR GRACE & CO
COMPENSATION BY PROJECT CATEGORY
FEBUARY 1, 2009 - FEBUARY 28, 2009

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.0 | $    1,350.00 |
| 0013 | Business Operations | 1.1 | 838.50 |
| 0014 | Case Administration | 48.0 | 9,908.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.1 | 1,641.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 45.4 | 31,091.00 |
| 0018 | Fee Application, Applicant | 27.6 | 11,609.50 |
| 0019 | Creditor Inquiries | 4.4 | 3,584.00 |
| 0020 | Fee Application, Others | 7.9 | 2,461.50 |
| 0021 | Employee Benefits, Pension | 0.4 | 270.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 5.3 | 3,934.50 |
| 0036 | Plan and Disclosure Statement | 103.5 | 71,824.50 |
| 0037 | Hearings | 2.1 | 1,513.50 |
| 0041 | Relief from Stay Proceedings | 2.0 | 1,542.00 |
|  |  |  |  |
|  | TOTAL | 251.8 | $  141,569.00 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | March 23, 2009 |
| INVOICE NO. | 469207 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2009, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/09/2009 | Attend to ZAI claimants motion to file a late ZAI claim and ZAI claimants' counsel's response. | Krieger, A. | 0.1 |
| 02/20/2009 | Attend to Debtors' motion re: proposed settlement of PD Claims litigation with Macerich and prepare memorandum to the Committee re: same. | Krieger, A. | 0.7 |
| 02/23/2009 | Telephone conference and memorandum A. Roberts (Silverstein & Stern) re: information regarding ZAI litigation and access to insurance documents. | Krieger, A. | 0.3 |
| 02/24/2009 | Attend to District Court's order granting Libby claimants leave to appeal Judge Fitzgerald's order expanding the preliminary injunction to include state actions against BNSF and underlying decision. | Krieger, A. | 0.4 |
| 02/25/2009 | Memorandum to R. Finke re: request for | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | information on Macerich PD Claim Settlement (.1); attend to information received from Debtors' counsel and prepare memorandum for the Committee discussing settlement (.4). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.0 | $ 675 | $ 1,350.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,350.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,350.00 |
|-----------------------|-----------|

# STROOCK

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/16/2009 | Attend to report on Fourth Quarter results. | Krieger, A. | 0.8 |
| 02/17/2009 | Review 4th Quarter results. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.8 | $ 675 | $ 540.00 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 838.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 838.50 |
|---|---|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/02/2009 | Exchanged memoranda with M. Lastowski re hearing transcripts. | Krieger, A. | 0.1 |
| 02/02/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); prepare documents for attorney review (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.1 |
| 02/03/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8); attention to retrieval of pleadings for attorney review (.6). | Mohamed, D. | 1.7 |
| 02/04/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.1); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2); prepare certain documents for attorney review (.4). | Mohamed, D. | 3.4 |
| 02/05/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings for attorney review (1.7); review case file documents (1.1). | Mohamed, D. | 3.1 |
| 02/06/2009 | Review and update case docket no. 0-1139 (.3); obtain and circulate recently docketed pleadings (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2); retrieve pleadings for review (.3). | Mohamed, D. | 1.7 |
| 02/09/2009 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed | Mohamed, D. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | | |
| 02/10/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.8 |
| 02/10/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.1); review case file documents (.5). | Mohamed, D. | 1.9 |
| 02/11/2009 | Exchanged memoranda with KP, LK re: conference call with J. Baer, other Grace representatives. | Krieger, A. | 0.1 |
| 02/11/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); research re: client documents for attorney review (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.1 |
| 02/12/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings for attorney review (.8). | Mohamed, D. | 1.1 |
| 02/13/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.3 |
| 02/13/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.6 |
| 02/17/2009 | T/c court call for AGK to attend hearing telephonically on 2/23/09 (.2); reviewed Docket to update status (1.1). | Holzberg, E. | 1.3 |
| 02/17/2009 | Memorandum to EH re: Court Call arrangements for 2/23/09 omnibus hearing. | Krieger, A. | 0.1 |
| 02/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (1.2); prepare documents for attorney review (.4). | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/18/2009 | T/c court call re arrangements for telephonic participation at 2/23/09 omnibus. | Krieger, A. | 0.1 |
| 02/18/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8); review case file documents (.9); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.6 |
| 02/19/2009 | Attend to application to approve employment of J. Baer (.3); J. O'Neill memorandum re change to 2/23/09 hearing (.1). | Krieger, A. | 0.4 |
| 02/19/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.7); retrieval of certain documents for attorney review (.5). | Mohamed, D. | 1.5 |
| 02/20/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.6 |
| 02/20/2009 | Exchanged memoranda with J. O'Neill re 02/23/09 hearing. | Krieger, A. | 0.1 |
| 02/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (1.1); prepare documents for attorney review (.5); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.5 |
| 02/23/2009 | Office conference LK and then memorandum to J. Baer re: Grace representatives call. | Krieger, A. | 0.2 |
| 02/23/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.7); prepare documents for review (.7); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.3 |
| 02/24/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.0 |
| 02/24/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed | Mohamed, D. | 2.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.6); retrieve client documents for review (.5); research and update contact information on service list (.4); obtain and circulate recently filed pleadings re adv. pro. case no. 01-771 (.4). | | |
| 02/25/2009 | Attend to Fee Auditor's final report on the firm's 30th quarterly interim application. | Krieger, A. | 0.1 |
| 02/25/2009 | Review and update case docket no. 01-1139 (.3); obtain recently docketed pleadings from main case and circulate (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 1.8 |
| 02/26/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.5); review case file documents (1.3); retrieve pleadings for review (.4). | Mohamed, D. | 2.5 |
| 02/27/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.1 |
| 02/27/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently filed pleadings in main case (.9); prepare documents for review (.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 7.1 | $ 275 | $ 1,952.50 |
| Krieger, Arlene G. | 1.2 | 675 | 810.00 |
| Mohamed, David | 39.7 | 180 | 7,146.00 |

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,908.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,908.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2009 | Attend to statement of settlement of claims. | Krieger, A. | 0.2 |
| 02/11/2009 | Attend to proposed settlement of NL Industries claim. | Krieger, A. | 0.1 |
| 02/13/2009 | Memorandum to J. Baer re: NL claims settlement. | Krieger, A. | 0.1 |
| 02/17/2009 | Memorandum to J. Baer re: request for NL Industries' Settlement information. | Krieger, A. | 0.1 |
| 02/18/2009 | Memorandum to J. O'Neill re information request on NL Industries' settlement. | Krieger, A. | 0.1 |
| 02/19/2009 | Memorandum to J. Baer re request for information on NL Industries matter. | Krieger, A. | 0.1 |
| 02/20/2009 | Attend to information from J. O'Neill re: NL Industries settlement and request for additional information. | Krieger, A. | 0.4 |
| 02/20/2009 | Review objections to DS (.3); review revised DS (.2). | Kruger, L. | 0.5 |
| 02/23/2009 | O/c with AK re Grace call. | Kruger, L. | 0.2 |
| 02/24/2009 | Exchanged memoranda with J. O'Neill re NL Industries information. | Krieger, A. | 0.1 |
| 02/25/2009 | Attend to Debtors' counsel's response to questions on NL Industries and prepare further questions/comments thereon. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 675 | $ 945.00 |
| Kruger, Lewis | 0.7 | 995 | 696.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,641.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,641.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2009 | Prepare memorandum for the Committee re plan documents, other matters. | Krieger, A. | 1.8 |
| 02/03/2009 | Attend to memorandum to the Committee re plan documents (3.4); attend to memorandum re proposed stock trading restrictions (.9); o/c LK re disclosure statement (.1); exchanged memoranda with KP re criminal trial (.1); t/c and exchanged memoranda with J. Dolan re stock trading restrictions and Committee memorandum thereon (.9). | Krieger, A. | 5.4 |
| 02/03/2009 | Review draft memo to committee re CMO status. | Pasquale, K. | 0.2 |
| 02/04/2009 | Memorandum to the Committee re revised Disclosure Statement, plan and related documents. | Krieger, A. | 0.3 |
| 02/05/2009 | Memorandum to the Committee re revised Disclosure Statement (.2); exchanged memoranda with J. Dolan re plan documents (.2). | Krieger, A. | 0.4 |
| 02/11/2009 | Attend to memorandum for the Committee re plan documents. | Krieger, A. | 7.2 |
| 02/12/2009 | Attend to Committee memorandum re plan documents. | Krieger, A. | 8.9 |
| 02/13/2009 | Attend to plan-related documents and draft of memorandum re plan documents. | Krieger, A. | 4.0 |
| 02/16/2009 | Attend to Committee memorandum re plan documents. | Krieger, A. | 1.4 |
| 02/17/2009 | Attend to Committee memo re: plan documents. | Krieger, A. | 4.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/17/2009 | Review Committee memo re plan documents. | Kruger, L. | 0.6 |
| 02/18/2009 | Committee memorandum re plan documents. | Krieger, A. | 2.7 |
| 02/18/2009 | Review memo to Committee re: deferred payments to the PI and PD trusts, the parent guarantee agreement; the share issuance agreement. | Kruger, L. | 0.5 |
| 02/19/2009 | Memorandum to the Committee re Libby trial information. | Krieger, A. | 0.3 |
| 02/20/2009 | Review Committee memo re: Macerich settlement. | Kruger, L. | 0.2 |
| 02/21/2009 | Attend to agenda for 2/24/09 conference call with Grace representatives. | Krieger, A. | 0.1 |
| 02/22/2009 | Attend to memorandum for the Committee re disclosure statement objections filed on 2/20/09 (1.5); memorandum to LK, KP re: agenda for 2/24/09 call with Grace representatives (.3). | Krieger, A. | 1.8 |
| 02/23/2009 | Memorandum to the Committee re: objections filed (.6); o/c LK re: Grace representatives call (.1); office conference KP re: DS objections (.1); memorandum to the Committee re plan documents (.2). | Krieger, A. | 1.0 |
| 02/24/2009 | Memorandum for the Committee re: plan documents (.1); attend to memorandum re: NL Industries' settlement (.3). | Krieger, A. | 0.4 |
| 02/25/2009 | Memorandum to the Committee re NL Industries' settlement (3.1); exchanged memoranda with J. O'Neill re: open issues and extension of time to respond to the notice (.2). | Krieger, A. | 3.3 |
| 02/26/2009 | Memorandum of the Committee re NL Industries' settlement. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 43.9 | $ 675 | $ 29,632.50 |
| Kruger, Lewis | 1.3 | 995 | 1,293.50 |
| Pasquale, Kenneth | 0.2 | 825 | 165.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 31,091.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 31,091.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2009 | Worked on, completed and prepared for filing, 93rd Monthly Fee Application for December, 2008. | Holzberg, E. | 3.4 |
| 02/03/2009 | Review Stroock's 93rd monthly fee statement in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.9 |
| 02/10/2009 | Started to review time for 94th Monthly Application for January. | Holzberg, E. | 1.7 |
| 02/13/2009 | Worked on 94th Monthly Fee Application for January; reviewed time and gave to AGK for review. | Holzberg, E. | 1.6 |
| 02/17/2009 | Worked on 94th Monthly Fee Application. | Holzberg, E. | 0.6 |
| 02/17/2009 | Attend to January 2009 fee statement. | Krieger, A. | 1.3 |
| 02/20/2009 | Worked on Disbursement Schedule for 94th Fee Application. | Holzberg, E. | 1.8 |
| 02/23/2009 | Worked on 94th Monthly Fee Application for January 2009 (.6); started to work on 31st Quarterly Application (1.7). | Holzberg, E. | 2.3 |
| 02/23/2009 | Attend to January 2008 fee statement (.2); attend to 31st quarterly application (3.7). | Krieger, A. | 3.9 |
| 02/24/2009 | Worked on and completed 94th Monthly Fee Application for December time (1.0); worked on 31st Quarterly Application (.9). | Holzberg, E. | 1.9 |
| 02/24/2009 | Attend to preparation of 31st quarterly fee application (3.2); office conference EH re preparation of quarterly, filing of January 2009 | Krieger, A. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | fee statement (.1). | | |
| 02/25/2009 | Attend to fee application. | Krieger, A. | 0.3 |
| 02/26/2009 | Attend to preparation of 31st quarterly fee application. | Krieger, A. | 1.3 |
| 02/27/2009 | Worked on 31st Quarterly Application. | Holzberg, E. | 1.9 |
| 02/27/2009 | Attend to 31st quarterly fee application. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 15.2 | $ 275 | $ 4,180.00 |
| Krieger, Arlene G. | 10.5 | 675 | 7,087.50 |
| Mohamed, David | 1.9 | 180 | 342.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,609.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 11,609.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2009 | Telephone conference creditor re criminal case status. | Pasquale, K. | 0.3 |
| 02/04/2009 | Telephone conference creditors re plan status. | Pasquale, K. | 0.4 |
| 02/05/2009 | T/c with and memorandum to creditors' counsel re discovery of Debtors. | Krieger, A. | 0.4 |
| 02/06/2009 | Telephone conference bank debt holder re: PPI issues. | Pasquale, K. | 0.5 |
| 02/09/2009 | Telephone conference creditor re POR issues. | Pasquale, K. | 0.3 |
| 02/10/2009 | Telephone conference creditor re case status and plan issues. | Krieger, A. | 0.5 |
| 02/13/2009 | Telephone conference trade creditor re plan status. | Pasquale, K. | 0.3 |
| 02/19/2009 | T/c bank debt holder re Libby trial and impact (.2); review articles re Libby trial (.2). | Kruger, L. | 0.4 |
| 02/24/2009 | Telephone call creditor re USA objection, status. | Krieger, A. | 0.2 |
| 02/26/2009 | T/c creditor re: Libby trial. | Kruger, L. | 0.3 |
| 02/26/2009 | Prep for and conference call with creditor re Montana criminal action. | Pasquale, K. | 0.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 675 | $ 742.50 |
| Kruger, Lewis | 0.7 | 995 | 696.50 |
| Pasquale, Kenneth | 2.6 | 825 | 2,145.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,584.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,584.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 02/02/2009 | Review Capstone's 58th monthly fee statement in preparation for filing (.5); prepare notice and affidavit of service re same and forward to local counsel for filing (.6). | Mohamed, D. | 1.1 |
| 02/03/2009 | Prepare and effectuate service re Capstone's 58th monthly fee statement. | Mohamed, D. | 0.8 |
| 02/09/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.6 |
| 02/13/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 02/17/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 02/17/2009 | Review Capstone's 59th monthly fee statement in preparation for filing (.6); prepare notice and affidavit of service re same and forward to local counsel for filing (.5). | Mohamed, D. | 1.1 |
| 02/18/2009 | Prepare and effectuate service re Capstone's 59th monthly fee statement. | Mohamed, D. | 0.7 |
| 02/20/2009 | Attend to other professionals' fee application. | Krieger, A. | 0.4 |
| 02/20/2009 | Review Capstone's twentieth quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.8). | Mohamed, D. | 2.1 |
| 02/27/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.1 | $ 675 | $ 1,417.50 |
| Mohamed, David | 5.8 | 180 | 1,044.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,461.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,461.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/19/2009 | Attend to draft motion for authority to make minimum pension contribution for April 2009 (.1); memoranda to J. Baer re Grace's review of pension matters (.1). | Krieger, A. | 0.2 |
| 02/25/2009 | Attend to Debtors' counsel's responsive memo re company's pension plan review. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 675 | $ 270.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 270.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 270.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 52.14 |
| Local Transportation | 37.00 |
| Long Distance Telephone | 196.69 |
| Duplicating Costs-in House | 3.60 |
| Postage | 1.51 |
| Travel Expenses - Transportation | 521.45 |
| Westlaw | 815.50 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,627.89 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,627.89 |
|---|---|

# STROOCK

| RE | Litigation (Non-Bankruptcy/General)<br>699843  0032 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/06/2009 | Attend to materials re First Circuit Court of Appeals' ruling on Bunch Litigation. | Krieger, A. | 0.5 |
| 02/16/2009 | Attend to District Court and First Circuit Appeals Court decisions in Bunch v. W.R. Grace. | Krieger, A. | 1.5 |
| 02/19/2009 | Office conference LK re: Libby trial and attend to articles regarding same (.5); exchanged memoranda with J. Dolan re: disclosure regarding criminal trial (.2). | Krieger, A. | 0.7 |
| 02/25/2009 | Attend to articles re: criminal trial in Montana. | Krieger, A. | 0.6 |
| 02/25/2009 | Review news stories re: Libby trial. | Kruger, L. | 0.4 |
| 02/26/2009 | Review status of criminal matter and prior research memos re: same. | Pasquale, K. | 0.6 |
| 02/27/2009 | Attend to articles re: Libby criminal trial. | Krieger, A. | 0.3 |
| 02/27/2009 | Review Libby trial reports. | Kruger, L. | 0.2 |
| 02/27/2009 | Review press reports re Libby trial status (.2); review results of research re impact of adverse verdict on POR (.3). | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 3.6 | $ 675 | $ 2,430.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |
| Pasquale, Kenneth | 1.1 | 825 | 907.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,934.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 3,934.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2009 | Attend to 1/31/09 draft of the Disclosure Statement and exchanged memoranda with R. Frezza thereon (2.8); attend to memoranda to KP re comments on 1/30/09 revised plan draft (.7). | Krieger, A. | 3.5 |
| 02/01/2009 | Review draft DS. | Kruger, L. | 1.1 |
| 02/02/2009 | Complete review of 1/31/09 Disclosure Statement (2.8); attend to PD Trust Agreement (1.6); memorandum to J. Baer re 1/30/09 Plan comments (.3); exchanged memoranda with D. Ball re stock transfer term sheet, other plan modifications (.6); o/c LK re disclosure statement and plan terms (.1); memorandum to LK, KP re Disclosure Statement comments (.3). | Krieger, A. | 5.7 |
| 02/02/2009 | Review memos from AK re revised DS (.5); review revised DS (.6). | Kruger, L. | 1.1 |
| 02/02/2009 | Review further revised POR, DS and A. Krieger memo re same. | Pasquale, K. | 1.5 |
| 02/03/2009 | Attend to Plan related issues (.4); attend to 02/03/08 solicitation materials, other plan documents (.9). | Krieger, A. | 1.3 |
| 02/03/2009 | Review memo to Committee re plan documents (.3); o/c with AK re disclosure statement (.1). | Kruger, L. | 0.4 |
| 02/04/2009 | Attend to 2/3/09 filed solicitation materials and selected plan documents. | Krieger, A. | 7.0 |
| 02/04/2009 | Review DS and exhibits. | Kruger, L. | 1.3 |
| 02/04/2009 | Review as-filed DS, exhibits (2.5); e-mail J. Baer re document issues (.1). | Pasquale, K. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/05/2009 | Attend to selected plan documents. | Krieger, A. | 6.9 |
| 02/05/2009 | Review as-filed blacklines of POR and DS. | Pasquale, K. | 2.3 |
| 02/06/2009 | Attend to 2/3/09 draft plan documents. | Krieger, A. | 7.6 |
| 02/06/2009 | Review POR documents. | Kruger, L. | 1.1 |
| 02/08/2009 | Attend to 2/3/09 draft disclosure statement. | Krieger, A. | 2.9 |
| 02/09/2009 | Attend to 2/3/09 plan documents including disclosure statement, Class 7A and 7B Deferred Payment Agreements and guarantee agreements, revised plan. | Krieger, A. | 7.6 |
| 02/09/2009 | Continued review of plan documents and disclosure statement. | Kruger, L. | 1.4 |
| 02/10/2009 | Complete review of 2/3/09 draft plan documents (7.2); prepare memorandum to Capstone re plan documents (.3); memorandum to J. Baer re new settlements referred to (.2); prepare memorandum to LK and KP re Plan documents (.7). | Krieger, A. | 8.4 |
| 02/10/2009 | Review AK memo re plan and DS. | Kruger, L. | 0.4 |
| 02/11/2009 | Review memo to Committee re plan documents (.4); e-mails re conference call with Jan Baer (.1); review DS revisions (.4). | Kruger, L. | 0.9 |
| 02/11/2009 | Review A. Krieger memo re DS revisions (.3); review DS re same (.6). | Pasquale, K. | 0.9 |
| 02/12/2009 | Review draft memo to Committee re POR and DS. | Kruger, L. | 0.4 |
| 02/13/2009 | Telephone call J. Dolan re plan documents (.9); memoranda to KP re disclosure statement comments (.1); attend to Debtors' discovery demand to PD Committee, Speights & Runyan, Anderson Memorial (.1). | Krieger, A. | 1.1 |
| 02/13/2009 | Review memo re POR documents. | Kruger, L. | 0.6 |
| 02/16/2009 | Attend to plan-related issues. | Krieger, A. | 0.8 |
| 02/17/2009 | Attend to draft proposed protective order re: | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | discovery of Debtors and other Plan Proponents and comments thereon (.8); attend to Anderson Memorial's motion for reconsideration of confirmation CMO or for enlargement of time to seek discovery (.1). | | |
| 02/19/2009 | Memorandum to L. Esayian re: protective order comments. | Krieger, A. | 0.1 |
| 02/20/2009 | Attend to objections filed to the 2/3/09 disclosure statement (.6); attend to discovery responses (.9); attend to 2/20/09 revised Disclosure Statement (.7). | Krieger, A. | 2.2 |
| 02/20/2009 | O/c LK re: 2/23/09 hearing and certain discovery requests (.2); attend to Debtors' opposition to Anderson Memorial's motion to expend its time for discovery (.2). | Krieger, A. | 0.4 |
| 02/20/2009 | O/c AK re: 2/23 hearing and discovery requests. | Kruger, L. | 0.2 |
| 02/21/2009 | Attend to 2/20/09 revised PD Trust Agreement (.6); attend to 2/20/09 form of PD CMO for Class 7A Claims (.4). | Krieger, A. | 1.0 |
| 02/22/2009 | Attend to Longacre Master Fund's response to Debtors' Phase I discovery demands (.1); attend to objections filed 2/20/09 to Debtors' 2/3/09 draft disclosure statement (1.4); attend to additional responses filed to Plan Proponents Designation of Phase I issues (.1); attend to discovery requests and responses filed by various parties (.1). | Krieger, A. | 1.7 |
| 02/23/2009 | Office conference LK re objections filed to the disclosure statement (.1); telephone conference J. Dolan re  objections, other matters (.2); memorandum to KP re status of protective order (.1); case law re objections (.7); attend to discovery responses (.3). | Krieger, A. | 1.4 |
| 02/23/2009 | Attention to DS and memo (.3); review memo to Committee re: filed DS objections (.2); o/c with AK re objections filed to DS (.1). | Kruger, L. | 0.6 |
| 02/23/2009 | Review and revised debtors' proposed confidentiality agreement (.5); attention to | Pasquale, K. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | revised DS issues and draft memo (.4). | | |
| 02/24/2009 | Case law re objections (1.8); attend to memoranda re meeting with Grace representatives to discuss Committee's discovery request (.3); preparation for and conference call with Grace representatives re discovery issues for Class 9 (non-lender) claims, other (.8); attend to discovery (.2). | Krieger, A. | 3.1 |
| 02/24/2009 | Conference call with debtors and Blackstone re GUC and interest issues (.6); review debtors spreadsheet (.5). | Kruger, L. | 1.1 |
| 02/24/2009 | Conference call with debtors re non-lender GUC analyses (.6); review spreadsheets provided by debtors (.8). | Pasquale, K. | 1.4 |
| 02/25/2009 | Review cases regarding plan issues. | Harris, D. | 2.2 |
| 02/25/2009 | Attend to revised protective order and memorandum to L. Esayian with comments (.5); attend to research re Government's potential claims and impact on Plan (.6); office conferences DH re: treatment of potential claims (.7); attend to memoranda on potential Government claims (1.3). | Krieger, A. | 3.1 |
| 02/26/2009 | Research on treatment of potential Government claims (2.9); meeting with K. Pasquale re: research (.9). | Harris, D. | 3.8 |
| 02/26/2009 | Attend to 2/25/09 drafts of Disclosure Statement and Plan (1.6); office conference DH re treatment of Government's potential claims (.5); attend to case law re treatment issues (1.9); office conference KP, DH re treatment of Government's potential claims (.8); follow-up office conference and memorandum to DH re Libby trial information (.2); attend to claims spreadsheets (.2); further office conference DH re treatment of Government's potential claims and related issues (.3). | Krieger, A. | 5.5 |
| 02/27/2009 | Draft email regarding Delaware corporate law (.8) and research treatment issues (1.4). | Harris, D. | 2.2 |
| 02/27/2009 | Attend to COC re amended proposed | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | confirmation and solicitation procedures (.2); attend to memoranda from D. Harris and KP re treatment of USA's potential claims and response thereto (.4); office conference KP re same (.1); exchanged memoranda with Capstone re GUC claims' discussion (.1); attend to response filed by US ZAI claimant to settlement class pleading (.1); attend to newly filed discovery by ACC to Libby Claimants (.2). | | |
| 02/28/2009 | Attend to revised plan documents filed. | Krieger, A. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 8.2 | $ 325 | $ 2,665.00 |
| Krieger, Arlene G. | 75.1 | 675 | 50,692.50 |
| Kruger, Lewis | 10.6 | 995 | 10,547.00 |
| Pasquale, Kenneth | 9.6 | 825 | 7,920.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71,824.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 71,824.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/17/2009 | Attend to agenda notice for 2/23/09 hearing (.1); o/c LK re: 2/23/09 hearing and exchanged memoranda with J. Baer re: location of hearing (.2). | Krieger, A. | 0.3 |
| 02/17/2009 | O/c with AK re: 2/23 hearing agenda. | Kruger, L. | 0.1 |
| 02/18/2009 | O/c with AK re agenda for 2/23. | Kruger, L. | 0.2 |
| 02/23/2009 | Attend telephonic omnibus hearing re status conference on disclosure statement, resolution of discovery matter filed by Anderson Memorial, other (.8); memorandum re hearing (.6); office conference KP re hearing (.1). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 675 | $ 1,215.00 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,513.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,513.50 |
|---|---|

# STROOCK

| RE | Relief from Stay Proceedings<br>699843  0041 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/13/2009 | Attend to responses filed to Kaneb motion for stay relief (1.4). | Krieger, A. | 1.4 |
| 02/13/2009 | Review responses to Kaneb motion. | Kruger, L. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 675 | $ 945.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,542.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,542.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 141,569.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,627.89 |
| TOTAL BILL | $ 143,196.89 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.