# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### FEBUARY 1, 2009 - FEBUARY 28, 2009

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 15.1 | $995 | $ 15,024.50 |
| Pasquale, Kenneth | 13.5 | 825 | 11,137.50 |
| | | | |
| **Associates** | | | |
| Harris, Daniel J. | 8.2 | 325 | 2,665.00 |
| Krieger, Arlene G. | 145.3 | 675 | 98,077.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 22.3 | 275 | 6,132.50 |
| Mohamed, David | 47.4 | 180 | 8,532.00 |
| | | | |
| **TOTAL** | 251.8 | | $ 141,569.00 |