# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## FEBUARY 1, 2009 - FEBUARY 28, 2009

| | |
|---|---:|
| Outside Messenger Service | $ 52.14 |
| Local Transportation | 37.00 |
| Long Distance Telephone | 196.69 |
| Duplicating Costs-in House | 3.60 |
| Postage | 1.51 |
| Travel Expenses - Transportation | 521.45 |
| Westlaw | 815.50 |
| | |
| TOTAL | $ 1,627.89 |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 23, 2009 |
|---|---|
| INVOICE NO. | 469207 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through February 28, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827069; DATE: 02/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190450481 on 02/03/2009 | 8.37 |
| 02/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827069; DATE: 02/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191795670 on 02/03/2009 | 5.90 |
| 02/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827069; DATE: 02/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192504455 on 02/03/2009 | 5.90 |
| 02/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827069; DATE: 02/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192861668 on 02/03/2009 | 5.90 |
| 02/23/2009 | VENDOR: UPS; INVOICE#: 0000010X827089; DATE: 02/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, | 5.90 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23/2009 | WILMINGTON, DE 19801 Tracking #:1Z10X8270195527167 on 02/18/2009<br>VENDOR: UPS; INVOICE#: 0000010X827089; DATE: 02/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196624989 on 02/18/2009 | 8.37 |
| 02/23/2009 | VENDOR: UPS; INVOICE#: 0000010X827089; DATE: 02/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197157778 on 02/18/2009 | 5.90 |
| 02/23/2009 | VENDOR: UPS; INVOICE#: 0000010X827089; DATE: 02/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199124791 on 02/18/2009 | 5.90 |
| | **Outside Messenger Service Total** | **52.14** |
| **Local Transportation** | | |
| 02/10/2009 | VENDOR: Petty Cash; INVOICE#: 020209; DATE: 2/10/2009  A. Krieger    Transp. home from office    2/2/09 | 37.00 |
| | **Local Transportation Total** | **37.00** |
| **Long Distance Telephone** | | |
| 02/03/2009 | EXTN.795544, TEL.2015877144, S.T.11:36, DUR.00:01:00 | 0.56 |
| 02/03/2009 | EXTN.795544, TEL.2015877144, S.T.11:36, DUR.00:01:00 | 0.56 |
| 02/03/2009 | EXTN.795544, TEL.2015877144, S.T.11:36, DUR.00:01:00 | -0.56 |
| 02/09/2009 | EXTN.795430, TEL.3128612162, S.T.14:55, DUR.00:01:02 | 1.11 |
| 02/09/2009 | EXTN.795562, TEL.9734678282, S.T.10:18, DUR.00:00:20 | 0.56 |
| 02/12/2009 | VENDOR: Chase Card Services; INVOICE#: 020209; DATE: 2/2/2009 - visa charge 01/19/09 Court Call LLC | 142.00 |
| 02/12/2009 | VENDOR: Chase Card Services; INVOICE#: 020209; DATE: 2/2/2009 - visa charge 01/30/09 Court Call LLC | 38.00 |
| 02/12/2009 | EXTN.795002, TEL.9734242031, S.T.17:12, DUR.00:02:37 | 1.67 |
| 02/18/2009 | EXTN.795475, TEL.3026574938, S.T.12:23, DUR.00:17:57 | 10.01 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23/2009 | EXTN.795475, TEL.3026555000, S.T.14:20, DUR.00:01:59 | -1.11 |
| 02/23/2009 | EXTN.795475, TEL.3026555000, S.T.14:20, DUR.00:01:59 | 1.11 |
| 02/23/2009 | EXTN.795475, TEL.3026555000, S.T.14:20, DUR.00:01:59 | 1.11 |
| 02/27/2009 | EXTN.795475, TEL.3026574938, S.T.15:26, DUR.00:02:06 | 1.67 |
| | **Long Distance Telephone Total** | **196.69** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 02/13/2009 | | 3.60 |
| | **Duplicating Costs-in House Total** | **3.60** |

**Postage**

| | | |
|---|---|---|
| 02/19/2009 | 1/12/09 | 1.51 |
| | **Postage Total** | **1.51** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 02/03/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 01/06/2009 | 229.20 |
| 02/03/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 01/06/2009 | 32.25 |
| 02/03/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 01/08/2009 | 260.00 |
| | **Travel Expenses - Transportation Total** | **521.45** |

**Westlaw**

| | | |
|---|---|---|
| 02/19/2009 | Transactional Search by Krieger, Arlene G. | 197.62 |
| 02/23/2009 | Duration 0:01:55; by Krieger, Arlene G. | 22.91 |
| 02/24/2009 | Duration 0:01:47; by Krieger, Arlene G. | 21.99 |
| 02/25/2009 | Duration 0:10:02; by Krieger, Arlene G. | 136.97 |
| 02/25/2009 | Transactional Search by Harris, Daniel J. | 53.12 |
| 02/26/2009 | Duration 0:01:37; by Krieger, Arlene G. | 27.65 |
| 02/26/2009 | Transactional Search by Harris, Daniel J. | 339.79 |
| 02/27/2009 | Transactional Search by Harris, Daniel J. | 15.45 |
| | **Westlaw Total** | **815.50** |

# STROOCK

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 52.14 |
| Local Transportation | 37.00 |
| Long Distance Telephone | 196.69 |
| Duplicating Costs-in House | 3.60 |
| Postage | 1.51 |
| Travel Expenses - Transportation | 521.45 |
| Westlaw | 815.50 |
| | |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,627.89 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM