IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

## SUBSTITUTION OF COUNSEL

Kindly substitute the appearance of John T. Carroll, III, Esq. of the law firm of Cozen O'Connor, 1201 N. Market Street, Suite 1400, Wilmington, DE 19801 in place of Jeffrey R. Waxman, Esq. formerly of Cozen O'Connor as counsel to Federal Insurance Company in the above captioned matter.

Dated: March 30, 2009

COZEN O'CONNOR

/s/ John T. Carroll, III
John T. Carroll, III
(DE No. 4060)
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2028 Telephone
(302) 295-2013 Facsimile
jcarroll@cozen.com

Counsel to Federal Insurance Company

WILMINGTON\89642\1 113022.000