# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

<table>
<tr><td>In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,[1]<br><br>Debtors.</td><td>Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)</td></tr>
</table>

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 6.8 | $3,978.00 |
| | | | | | |
| **TOTAL** | | | | **6.8** | **$3,978.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 20, 2009
Invoice No.: 435434
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through February 28, 2009

|  |  |
|---|---|
| Fees | $3,978.00 |
| **Total Fees and Disbursements** | **$3,978.00** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 435434
March 20, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 02/06/09 | Jaffe | Review northeast groundwater ARARs issues for conceptual design (0.9). | 0.9 |
| 02/11/09 | Jaffe | Review draft northeast groundwater conceptual study (0.7). | 0.7 |
| 02/12/09 | Jaffe | Review draft northeast groundwater report and draft section on ARARs (2.7); email with Ms. Johns regarding same (0.2). | 2.9 |
| 02/23/09 | Jaffe | Review, revise draft access agreement and emails with Ms. Johns regarding same (0.9). | 0.9 |
| 02/24/09 | Jaffe | Review revised draft access agreement and emails with team regarding same (0.2). | 0.2 |
| 02/28/09 | Jaffe | Review Statement of Work regarding sediment institutional controls issues and email to Ms. Johns regarding same (1.2). | 1.2 |
| | | **Total Hours** | **6.8** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 435434
March 20, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 6.8 |

**Total Fees**                                                   $3,978.00

**Total Fees**                                                   $3,978.00
**Total Fees and Disbursements**                                 <u>$3,978.00</u>



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 20, 2009
Invoice No.: 435434
Matter No.: 08743.00088

Re:    Acton Site OU3

**Total Fees and Disbursements**        **$3,978.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 435434
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 1.0 | $585.00 |
| Adam P. Kahn | Partner | Environmental | $585.00 | 0.4 | $234.00 |
| | | | | | |
| **TOTAL** | | | | **1.4** | **$819.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopy | $51.72 |
| | |
| **TOTAL** | **$51.72** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 30, 2009
Invoice No.: 435372
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through February 28, 2009

| | |
|---|---:|
| Fees | $819.00 |
| Disbursements | 51.72 |
| **Total Fees and Disbursements** | **$870.72** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 435372
March 30, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 02/05/09 | Jaffe | Attention to quarterly fee application (0.4). | 0.4 |
| 02/06/09 | Jaffe | Draft quarterly fee application (0.6). | 0.6 |
| 02/13/09 | Kahn | Attention to quarterly filing (0.4). | 0.4 |
| | | **Total Hours** | **1.4** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 435372
March 30, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Kahn | 0.4 |
| Jaffe | 1.0 |

| | |
|---|---|
| **Total Fees** | **$819.00** |

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 02/28/09 | In-House Photocopying | 51.72 |

| | |
|---|---|
| **Total Disbursements** | **$51.72** |

| | |
|---|---|
| **Total Fees** | **$819.00** |
| **Total Disbursements** | **51.72** |
| **Total Fees and Disbursements** | **$870.72** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 30, 2009
Invoice No.: 435372
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

**Total Fees and Disbursements**          **$870.72**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 435372
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 5.4 | $3,159.00 |
| Jacob N. Polatin | Partner | Environmental | $585.00 | 0.9 | $526.50 |
| | | | | | |
| **TOTAL** | | | | **6.3** | **$3,685.50** |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 30, 2009
Invoice No.: 435431
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through February 28, 2009

|  |  |
|---|---|
| Fees | $3,685.50 |
| **Total Fees and Disbursements** | **$3,685.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 435431
March 30, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 02/10/09 | Jaffe | Telephone call with Ms. Duff and emails with team regarding special notice process (0.5). | 0.5 |
| 02/23/09 | Jaffe | Review special notice letters and emails with team regarding same (0.7). | 0.7 |
| 02/24/09 | Jaffe | Review special notice documents and email with Ms. Johns regarding same (0.6); emails with team regarding deed restriction issues (0.2). | 0.8 |
| 02/27/09 | Jaffe | Team telephone conference regarding deed restrictions and response to special notice (1.1); prepare for same and review documents related to same (1.2); emails with team (0.3). | 2.6 |
| 02/27/09 | Polatin | Prepare for conference call (0.2); conference call with client and S. Jaffe regarding Walpole title matters (0.7). | 0.9 |
| 02/28/09 | Jaffe | Review draft consent decree and Statement of Work (0.8). | 0.8 |
| | | **Total Hours** | **6.3** |

Matter No.: 08743.00102

Invoice No.: 435431

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

March 30, 2009

Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | |
|---|---|---|
| Polatin | 0.9 | |
| Jaffe | 5.4 | |
| **Total Fees** | | **$3,685.50** |

| | | |
|---|---|---|
| **Total Fees** | | **$3,685.50** |
| **Total Fees and Disbursements** | | **$3,685.50** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 30, 2009
Invoice No.: 435431
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

   **Total Fees and Disbursements**          **$3,685.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 435431
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM