IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2009 THROUGH JANUARY 31,  2009

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2009
Client/Matter #  01246-011548
Invoice # 127883
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/09 in Connection With:

PLEASE REMIT PAYMENT TO :      **BEVERIDGE & DIAMOND, P.C.**
                               **SUITE 700**
                               **1350 I STREET, N.W.**
                               **WASHINGTON, D.C. 20005-3311**

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/05/09 | P. Marks | 0.50 | Check status and review and file emails. |
| 01/13/09 | P. Marks | 0.30 | Communications and evaluation re Sledds Point. |
| 01/16/09 | P. Marks | 0.50 | Prepare for and conduct telephone conference with P. Bucens re Sledds Point; follow-up evaluation re same. |
| 01/26/09 | P. Marks | 1.10 | Prepare audit letter. |
| 01/28/09 | P. Marks | 0.40 | Evaluate amendments to Sledds Point work plan and response to P. Bucens re same. |

Total Hours :        2.80

Total Fees :        $1,176.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  127883
February 28, 2009
PAGE  2

## Disbursements:

Long Distance Telephone                              1.40

Total Disbursements :                $1.40

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.80 | $420.00 | $1,176.00 |

Total Fees :        $1,176.00

Total Disbursements :        $1.40

TOTAL DUE :        $1,177.40

# EXHIBIT B

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2009
Client/Matter #  01246-012100
Invoice # 127882
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

General Regulatory/Compliance Issues

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/29/09 | A. Goldberg | 1.50 | Telephone conference with P. Marks re potential RCRA issues raised by EPA request for information; research re same. |

| | | |
|---|---|---|
| Total Hours : | 1.50 |
| Total Fees : | $742.50 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  127882
February 28, 2009
PAGE  2

<u>**Time Summary:**</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 1.50 | $495.00 | $742.50 |

| | | | |
|---|---|---|---|
| **Total Fees :** | | | **$742.50** |
| **TOTAL DUE :** | | | **$742.50** |

# EXHIBIT C

## (Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2009
Client/Matter #  01246-013923
Invoice # 127657
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/09 in Connection With:

PLEASE REMIT PAYMENT TO :    BEVERIDGE & DIAMOND, P.C.
                             SUITE 700
                             1350 I STREET, N.W.
                             WASHINGTON, D.C. 20005-3311

Curtis Bay RCRA 2

| 01/07/09 | P. Marks | 1.00 | Telephone conference with L. Duff re EPA inspection and RCRA information request; review RCRA 3007 authorities. |
| 01/09/09 | P. Marks | 0.30 | Telephone conference with L. Duff re RCRA interpretation. |
| 01/14/09 | P. Marks | 0.50 | Review EPA letter and Section 3008 request for information. |
| 01/15/09 | P. Marks | 1.00 | Prepare for and conduct telephone conference with L. Duff and B. Evera re EPA request for information. |
| 01/16/09 | P. Marks | 1.00 | Telephone conference with L. Duff re factual development re inspections; analyze RCRA trivalent chrome issues; direct J. Lanham re research re same, tank issue, and accumulation and labeling timing issue. |
| 01/16/09 | J. Lanham | 2.50 | Research re hazardous waste exclusions and accumulation time. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  127657
February 28, 2009
PAGE  2

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/20/09 | P. Marks | 1.90 | Evaluate legal issues in preparation for meeting. |
| 01/21/09 | P. Marks | 1.70 | Prepare research related to same. |
| 01/21/09 | P. Marks | 5.90 | Conference with L. Duff and R. Errera re response to EPA Request for Information. |
| 01/21/09 | J. Lanham | 1.30 | Research re unknown wastes and accumulation time. |
| 01/22/09 | P. Marks | 6.30 | Conferences with B. Errera and L. Duff re EPA Request for Information. |
| 01/23/09 | P. Marks | 1.30 | Research re EPA enforcement and interpretation of relevant RCRA provisions. |
| 01/23/09 | P. Marks | 2.50 | Conference with R. Errera and L. Duff at Curtis Bay Plant re OMB issues and related Request for Information response preparation. |
| 01/23/09 | P. Marks | 0.20 | Telephone conference with M. Obradovic, L. Duff, and R. Errera re strategy. |
| 01/26/09 | P. Marks | 2.10 | Research re EPA response. |
| 01/26/09 | P. Marks | 0.20 | Telephone conference with L. Duff re preparation for conference with R. Errera re EPA response. |
| 01/27/09 | P. Marks | 6.50 | Conferences with R. Errera and K. Katafiasz re EPA response. |
| 01/28/09 | P. Marks | 2.30 | Research and evaluation of supbart BB of RCRA and related issues. |
| 01/29/09 | P. Marks | 4.00 | Research and preparation for response to EPA letter and related editing. |
| 01/29/09 | P. Marks | 0.70 | Direct H. Price re follow-up research. |
| 01/29/09 | H. Price | 0.70 | Conference with P. Marks re RCRA manufacturing unit exemption and treatment of aerosol cans. |
| 01/30/09 | P. Marks | 5.40 | Conference with R. Errera and S. Dyer re RCRA Response; follow-up telephone conference with M. Obradovich re update; direct H. Price re research re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  127657
February 28, 2009
PAGE  3

| | | | |
|---|---|---|---|
| 01/30/09 | E. Richardson | 0.50 | Locate and review prior research on RCRA status of aerosol cans; telephone conference with H. Price re analysis of RCRA issues for aerosol cans. |
| 01/30/09 | H. Price | 4.50 | Continue research RCRA manufacturing unit exemption and treatment of aerosol cans. |
| 01/31/09 | P. Marks | 3.10 | Prepare response to EPA. |
| 01/31/09 | H. Price | 5.70 | Research re RCRA manufacturing unit exemption and treatment of aerosol cans. |

Total Hours :          63.10

Total Fees :        $23,666.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  127657
February 28, 2009
PAGE  4

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 47.90 | $420.00 | $20,118.00 |
| E. Richardson | 0.50 | $335.00 | $167.50 |
| H. Price | 10.90 | $230.00 | $2,507.00 |
| J. Lanham | 3.80 | $230.00 | $874.00 |

Total Fees :          $23,666.50

TOTAL DUE :          $23,666.50