EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

March 30, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 514733
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $3,011.00 |
| DISBURSEMENTS | 19.27 |
| MATTER TOTAL | $3,030.27 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $18,717.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $18,717.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $3,609.50 |
| DISBURSEMENTS | 7.19 |
| MATTER TOTAL | $3,616.69 |

### 056772-00015/PLAN AND DISCLOSURE STATEMENT

| | |
|---|---:|
| FEES | $21,648.00 |
| DISBURSEMENTS | 166.51 |
| MATTER TOTAL | $21,814.51 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 514733 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2247240.1

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES | $0.00 |
| DISBURSEMENTS | 51.00 |
| MATTER TOTAL | $51.00 |

**056772-00022/TAX ISSUES**

| | |
|---|---|
| FEES | $11,168.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $11,168.00 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---|
| FEES | $0.00 |
| DISBURSEMENTS | 629.70 |
| MATTER TOTAL | $629.70 |
| | |
| CLIENT GRAND TOTAL | $59,027.17 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                March 30, 2009
056772-00001                                                                     Invoice No. 514733

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/05/09 | BLABEY, DAVID E | Review recent docket filings. | 0.60 | 336.00 |
| 02/10/09 | BLABEY, DAVID E | Review recent docket filings. | 0.30 | 168.00 |
| 02/13/09 | BLABEY, DAVID E | Prepare for equity committee quarterly conference. | 0.20 | 112.00 |
| 02/16/09 | MANNAL, DOUGLAS | Prep for (.4) and attend (.5) call with Ted Wechsler re: upcoming equity committee call | 0.90 | 603.00 |
| 02/17/09 | BLABEY, DAVID E | Equity committee quarterly conference call (.8); review recent docket filings (.2). | 1.00 | 560.00 |
| 02/17/09 | BENTLEY, PHILIP | Committee call (.8), and review docs and prep for same (.6). | 1.40 | 1,064.00 |
| 02/19/09 | BLABEY, DAVID E | Email client re pension funding motion. | 0.20 | 112.00 |
| 02/23/09 | BLABEY, DAVID E | Email to debtor's counsel re motion to authorize pension contributions. | 0.10 | 56.00 |

**TOTAL HOURS AND FEES**                                                         **4.70**   **$3,011.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 14.00 |
| CORP. DOCUMENTS & MATERIALS | 5.27 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                        **$19.27**

**TOTAL FOR THIS MATTER**                                                        **$3,030.27**

KL4 2247240.1

Kramer Levin Naftalis & Frankel LLP                                         Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                           March 30, 2009
056772-00007                                                                Invoice No. 514733

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/09 | MANNAL, DOUGLAS | attn to revised plan and disclosure statement (3.5); email/tel w/T Freedman re same (.2) | 3.70 | 2,479.00 |
| 02/04/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 02/09/09 | MANNAL, DOUGLAS | o/c w/D Blabey re discovery responses (.2); attn to proposed search terms and emails (1.1) | 1.30 | 871.00 |
| 02/10/09 | BENTLEY, PHILIP | Trade emails re plan issues | 0.30 | 228.00 |
| 02/11/09 | MANNAL, DOUGLAS | o/c w/D Blabey re discovery responses (.2); attn draft of same (2.3) | 2.50 | 1,675.00 |
| 02/11/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 02/13/09 | MANNAL, DOUGLAS | o/c w/D Blabey and conf call w/T Friedman re treatment of B of A claim (.3); attn plan of reorg re same (1.2) | 1.50 | 1,005.00 |
| 02/13/09 | BENTLEY, PHILIP | Trade emails | 0.20 | 152.00 |
| 02/16/09 | BENTLEY, PHILIP | Discs Ted Weschler, Doug Mannal re plan issues (.5), and review memos and emails re same (.8) | 1.30 | 988.00 |
| 02/18/09 | BLABEY, DAVID E | Call with plan proponents re responses to discovery requests (2); review proposed changes to PD CMO (.2) and call/email client re same (.2); review draft joint responses to Owens Illinois interrogatories (.9) and email to client re same (.1); revise responses to Libby interrogatories (.9); disc. D. Mannal re B of A (.2). | 4.50 | 2,520.00 |
| 02/18/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 02/18/09 | MANNAL, DOUGLAS | review proposed treatment of BofA claims (1.6); email/tel w/TW re same (.1); o/c w/D Blabey re same (.2); email w/T Freedman re same (.2) | 2.10 | 1,407.00 |
| 02/19/09 | BLABEY, DAVID E | Email D. Mannal re discovery (.1); review revisions to joint responses to Owens Illinois discovery requests (.3); revise responses to Libby interrogatories (2.8). | 3.20 | 1,792.00 |

KL4 2247240.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                          March 30, 2009
056772-00007                                                              Invoice No. 514733

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/20/09 | BLABEY, DAVID E | Exch emails local counsel re responses to Libby discovery (.1) and exch emails with client re same (.2); revise and edit responses to Libby interrogatories (.9); attention to newly filed disclosure statement objections (.2). | 1.40 | 784.00 |
| 02/21/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 02/23/09 | MANNAL, DOUGLAS | Review discovery response to Libby demand (1.9); o/c and email w/D Blabey and G. Horowitz re same (.5) | 2.40 | 1,608.00 |
| 02/23/09 | HOROWITZ, GREGORY A. | Tf Doug M, (.2) mw David B, (.2) and review draft responses on Libby discovery (.4) | 0.80 | 572.00 |
| 02/23/09 | BLABEY, DAVID E | Discuss revisions to Libby interrogatory responses with D. Mannal (.2) and G. Horowitz (.2); edit responses to Libby interrogatories (1.6) and coordinate service thereof (.2). | 2.20 | 1,232.00 |
| 02/24/09 | MANNAL, DOUGLAS | tel w/SEC representative re plan release provisions (.1); attn same (.7) | 0.80 | 536.00 |
| 02/26/09 | BENTLEY, PHILIP | Trade emails re SEC. | 0.20 | 152.00 |
| 02/27/09 | BLABEY, DAVID E | Analyze releases in Plan (.2); call to client re same (.1); review latest 10Q for mention of shareholder litigation (.2); call to client re document searches in response to discovery requests (.1). | 0.60 | 336.00 |
| 02/27/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| **TOTAL HOURS AND FEES** | | | **29.50** | **$18,717.00** |

**TOTAL FOR THIS MATTER**                                                  **$18,717.00**

KL4 2247240.1

Kramer Levin Naftalis & Frankel LLP                                      Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                              March 30, 2009
056772-00008                                                   Invoice No. 514733

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/13/09 | BLABEY, DAVID E | Prepare quarterly fee application. | 2.70 | 1,512.00 |
| 02/15/09 | BLABEY, DAVID E | Review and edit quarterly fee application. | 0.70 | 392.00 |
| 02/17/09 | BLABEY, DAVID E | Prepare quarterly fee application. | 0.50 | 280.00 |
| 02/17/09 | MAKINDE, MICHAEL A | Prepared package for M. Flores containing monthly fee application at the request of D. Blabey. | 0.50 | 137.50 |
| 02/26/09 | BLABEY, DAVID E | Exch emails with accounting re January bill. | 0.10 | 56.00 |
| 02/27/09 | BLABEY, DAVID E | Review January bill and prepare fee application. | 1.00 | 560.00 |
| 02/28/09 | BLABEY, DAVID E | Prepare January fee application. | 1.20 | 672.00 |
| **TOTAL HOURS AND FEES** | | | **6.70** | **$3,609.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 7.19 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$7.19** |

**TOTAL FOR THIS MATTER**                                      **$3,616.69**

KL4 2247240.1

## PLAN AND DISCLOSURE STATEMENT

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/02/09 | SCHULMAN, BRENDAN M. | Telephone call D. Blabey re anticipated client call (0.1); telephone call T. Weschler re discovery requests (0.6); telephone call K&E re coordination of responses to discovery requests (0.2); meeting and discussion D. Blabey re e-discovery strategies and related issues (0.3) | 1.20 | 780.00 |
| 02/02/09 | BLABEY, DAVID E | Review preliminary plan objections of Scotts (.3), FIC (.2), Montana (.4), Libby (.4) and Owens (.2) in connection with responding to discovery; review revisions to disclosure statement (1), share issuance agreement (.1), PD trust agreement (.3), and intercreditor agreement (.3); research case law re breadth of allowed discovery in connection with plan confirmation (.9); prepare for call re discovery with client (.2) and call with client re discovery responses (.6); discs w B. Schulman re discovery responses (.4); exchange emails re trading restrictions term sheet (.2); call to Debtor's counsel re discovery (.2). | 5.80 | 3,248.00 |
| 02/03/09 | BLABEY, DAVID E | Review redlines of share issuance agreement and deferred payment agreement (.1); review case law in connection with Libby interrogatories (1) and respond to Libby interrogatories (2.9); draft memo to client re filed confirmation and solicitation materials (1.4); respond to Owens Illinois interrogatories (.9). | 6.30 | 3,528.00 |
| 02/04/09 | BLABEY, DAVID E | Memo to client re filing of plan, disclosure statement and exhibits (.4); draft responses to FIC requests for admission (1.5) and MCC interrogatories (1).; review ZAI deferred payment agreement (.3) and email to P. Kolevzon re same (.2). | 3.40 | 1,904.00 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 30, 2009
056772-00015                                                         Invoice No. 514733

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/05/09 | BLABEY, DAVID E | Update Grace discovery status memos (.5); research facts relating to appropriate cutoff date for searches for documents responsive to discovery requests (1.7); research and develop search terms for retrieving electronic documents responsive to discovery requests (2.5). | 4.70 | 2,632.00 |
| 02/06/09 | BLABEY, DAVID E | Review BNSF discovery requests (.5); email to A. Running re document discovery (.1); develop search terms to lead to discovery of responsive electronic documents (3.3). | 3.90 | 2,184.00 |
| 02/09/09 | SCHULMAN, BRENDAN M. | Telephone call D. Blabey re electronic discovery issues (0.2); | 0.20 | 130.00 |
| 02/09/09 | BLABEY, DAVID E | Draft responses to BNSF discovery requests (1.2); discs w/ B. Schulman re discovery (.2); discs w/ A. Running re discovery (.1); disc D. Mannal re discovery (.2). | 1.70 | 952.00 |
| 02/10/09 | BLABEY, DAVID E | Emails to P. Bentley and D. Mannal re document production (.3); discs with L. Esayian re document production (.1); review and edit proposed confidentiality agreement for document production (.7); review and revise joint responses to Owens-Illinois interrogatories (2.2). | 3.30 | 1,848.00 |
| 02/11/09 | SCHULMAN, BRENDAN M. | Telephone call D. Blabey re discovery requests (0.1); | 0.10 | 65.00 |
| 02/11/09 | BLABEY, DAVID E | Discs with D. Mannal (.2) and email to L. Esayian (.1) re document production; discs with B. Schulman re responses to Owens-Illinois interrogatories (.1); edit responses to Owens-Illinois interrogatories (.6). | 1.00 | 560.00 |
| 02/13/09 | SCHULMAN, BRENDAN M. | Attb to e-mail from D. Blabey re new discovery requests (0.1) | 0.10 | 65.00 |
| 02/13/09 | BLABEY, DAVID E | Exchange emails with plan proponents re discovery (.2); review revisions to draft protective order (.4); email to client re status of discovery (.1). | 0.70 | 392.00 |
| 02/13/09 | BLABEY, DAVID E | Discs w D. Mannal re revised treatment of bank of america claim (.3) and memo to client re same (.9). | 1.20 | 672.00 |
| 02/17/09 | BLABEY, DAVID E | Review and revise responses to Owens Illinois interrogatories. | 2.20 | 1,232.00 |
| 02/21/09 | BLABEY, DAVID E | Review disclosure statement objections filed. | 0.40 | 224.00 |

KL4 2247240.1

Kramer Levin Naftalis & Frankel LLP                                           Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                       March 30, 2009
056772-00015                                                         Invoice No. 514733

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/22/09 | BLABEY, DAVID E | Draft memo to client regarding disclosure statement objections filed. | 1.20 | 672.00 |
| 02/26/09 | BLABEY, DAVID E | Call to SEC re releases in Plan and pending shareholder litigation (.1); draft correspondence to committee members re discovery (.9). | 1.00 | 560.00 |

**TOTAL HOURS AND FEES**                                            **38.40**    **$21,648.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 145.59 |
| MEALS/IN-HOUSE | 20.92 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**               **$166.51**


**TOTAL FOR THIS MATTER**                                **$21,814.51**

KL4 2247240.1

Kramer Levin Naftalis & Frankel LLP                                    Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                March 30, 2009
056772-00019                                                  Invoice No. 514733

## HEARINGS

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 51.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$51.00** |
| **TOTAL FOR THIS MATTER** | **$51.00** |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE                                March 30, 2009

KL4 2247240.1

Kramer Levin Naftalis & Frankel LLP

Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00022

March 30, 2009
Invoice No. 514733

## TAX ISSUES

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/02/09 | KOLEVZON, PETER S. | Read Intercreditor Agreement. | 1.80 | 1,503.00 |
| 02/02/09 | HERZOG, BARRY | Rev. revised plan and disclosure statement (.5); disc. w/B. Rigel (.2). | 0.70 | 525.00 |
| 02/02/09 | RIGEL, BLAKE | Off conf. BH; Tele conf BH (.2); Review plan and disclosure statement (2.3). | 2.50 | 1,625.00 |
| 02/03/09 | KOLEVZON, PETER S. | Read Intercreditor Agreement (1); review changes to Share Issuance Agreement (.6), DPA (.7) and Guarantee (.4). | 2.70 | 2,254.50 |
| 02/04/09 | KOLEVZON, PETER S. | Read revised DPA's for PI, PD and ZAI (1.5); read revised Guarantees for PD and ZAI (1.3); read revised Share Issuance Agreement (.8). | 3.60 | 3,006.00 |
| 02/05/09 | KOLEVZON, PETER S. | Read black lined version of DPA PD and DPA ZAI (.4); read black lined versions of Guarantee ZAI (.4); review Intercreditor Agreement (.6). | 1.40 | 1,169.00 |
| 02/06/09 | KOLEVZON, PETER S. | Complete review of Intercreditor Agreement (.8); tel conv w/ D. Mannal (.1). | 0.90 | 751.50 |
| 02/27/09 | KOLEVZON, PETER S. | Read changes to ZAI DPA and provide comments. | 0.40 | 334.00 |

**TOTAL HOURS AND FEES**　　　　　　　　　　　　　　　　　　　　　　**14.00**　**$11,168.00**

**TOTAL FOR THIS MATTER**　　　　　　　　　　　　　　　　**$11,168.00**

KL4 2247240.1

Kramer Levin Naftalis & Frankel LLP

Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00028

March 30, 2009
Invoice No. 514733

## TRAVEL\NON-WORKING

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 629.70 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$629.70** |
| **TOTAL FOR THIS MATTER** | **$629.70** |

KL4 2247240.1