# EXHIBIT B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00001                                                  Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:                                    TO:
                  UNBILLED DISB FROM:      02/13/2009                    TO:       02/13/2009
-------------------------------------------------------------------------------------------------------------------------------------------
                                               FEES                                COSTS
                                               ----                                -----
             GROSS BILLABLE AMOUNT:             0.00                                19.27
                AMOUNT WRITTEN DOWN:
                           PREMIUM:
                  ON ACCOUNT BILLED:
            DEDUCTED FROM PAID RETAINER:
                     AMOUNT BILLED:
                         THRU DATE:                                                02/13/2009
           CLOSE MATTER/FINAL BILLING?   YES   OR   NO
           EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                    BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------------
                                         ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                         --------------------------                       --------------
                        FEES:                       0.00
                DISBURSEMENTS:                     19.27    UNIDENTIFIED RECEIPTS:            0.00
                  FEE RETAINER:                     0.00         PAID FEE RETAINER:           0.00
                 DISB RETAINER:                     0.00         PAID DISB RETAINER:          0.00
             TOTAL OUTSTANDING:                    19.27    TOTAL AVAILABLE FUNDS:            0.00
                                                                    TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
              DATE OF LAST BILL:            02/27/09       LAST PAYMENT DATE:        03/03/09
              LAST BILL NUMBER:             513671  ACTUAL FEES BILLED TO DATE:      329,714.00
                                                    ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                     TOTAL FEES BILLED TO DATE:     329,714.00
              LAST BILL THRU DATE:          01/31/09  FEES WRITTEN OFF TO DATE:       81,941.00
                                                     COSTS WRITTEN OFF TO DATE:      20,383.38
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
           (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
           (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

U N B I L L E D   C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
 Code  Description                            Oldest       Latest        Total
                                              Entry        Entry         Amount
 ----  -----------------------------------    ------       ------        ------------
 0841  RESEARCH SERVICES                      02/13/09     02/13/09          14.00
 0936  CORP. DOCUMENTS & MATERIALS            02/13/09     02/13/09           5.27

         Total                                                               19.27


U N B I L L E D   C O S T S    D E T A I L
Description/Code                              Employee         Date          Amount       Index#   Batch No  Batch Date
---------------------------------------       --------         ------        ----------   -------  --------  ----------

RESEARCH SERVICES 0841
    RESEARCH SERVICES                         ROUSE, E R       02/13/09          14.00    8610560  686660    02/14/09
    P.Bentley - update GSI alert.
CORP. DOCUMENTS & MATERIALS 0936
    CORP. DOCUMENTS & MA                      ROUSE, E R       02/13/09           5.27    8629654  695388    03/03/09
    WEST BUSINESS-SEC


      Costs Total :                                                              19.27
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    3
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

BILLING   INSTRUCTIONS  FOR  UNBILLED   COSTS  SUMMARY
Code Description            Amount         Bill        W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
----------------------      ------------   --------    ----------      ---------------------    -------------

0841 RESEARCH SERVICES         14.00       _____   _____      _____    _____

0936 CORP. DOCUMENTS & MATERIA  5.27       _____   _____      _____    _____


         Costs Total :         19.27       _____   _____      _____    _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                                    TO:
                 UNBILLED DISB FROM:    02/17/2009                      TO:     02/17/2009

                                                 FEES                                  COSTS

               GROSS BILLABLE AMOUNT:                       0.00                              7.19
                 AMOUNT WRITTEN DOWN:
                             PREMIUM:
                    ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
                       AMOUNT BILLED:
                           THRU DATE:                                                   02/17/2009
           CLOSE MATTER/FINAL BILLING?  YES    OR    NO
          EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                     BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                          FEES:                     0.00
                 DISBURSEMENTS:                     7.19     UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:                    0.00         PAID FEE RETAINER:          0.00
                  DISB RETAINER:                    0.00        PAID DISB RETAINER:          0.00
               TOTAL OUTSTANDING:                   7.19       TOTAL AVAILABLE FUNDS:        0.00
                                                                     TRUST BALANCE:
                                                   BILLING HISTORY

              DATE OF LAST BILL:       02/27/09          LAST PAYMENT DATE:   03/03/09
              LAST BILL NUMBER:        513671    ACTUAL FEES BILLED TO DATE:  187,414.00
                                                ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                    TOTAL FEES BILLED TO DATE: 187,414.00
          LAST BILL THRU DATE:         01/31/09   FEES WRITTEN OFF TO DATE:  18,740.50
                                                 COSTS WRITTEN OFF TO DATE:     500.51
 FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
             (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
             (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding            (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____      CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  -------------- Total Unbilled ----------------
Code  Description                             Oldest       Latest        Total
                                              Entry        Entry         Amount
----  ------------------------------------    ------       ------        -----------
0930  MESSENGER/COURIER                       02/17/09     02/17/09             7.19

          Total                                                                 7.19


U N B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee         Date        Amount         Index#   Batch No  Batch Date
--------------------------------------------   --------         ----        -----------    -------  --------  ----------

MESSENGER/COURIER 0930
     FEDERAL EXPRESS CORPORAT                  MAKINDE, M A     02/17/09         7.19      8619984  691558    02/25/09
     Buchanan Ingersoll & Rooney PC



          Costs Total :                                                          7.19
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount           Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
-----------------------  -------------------  ------------ ---------------- ------------------------------- -----------------

0930 MESSENGER/COURIER            7.19       _____  _____  _____  _____


            Costs Total :        7.19       _____  _____  _____  _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    7
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00015                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                         Status         : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                     TO:
              UNBILLED DISB FROM:   02/02/2009                        TO:    02/18/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                           FEES                              COSTS
                                           ----                              -----
          GROSS BILLABLE AMOUNT:            0.00                             166.51
            AMOUNT WRITTEN DOWN:
                        PREMIUM:
                ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                      THRU DATE:                                          02/18/2009
        CLOSE MATTER/FINAL BILLING?    YES    OR    NO
        EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                       -------------------------               --------------
                      FEES:                    0.00
              DISBURSEMENTS:                 166.51     UNIDENTIFIED RECEIPTS:       0.00
                FEE RETAINER:                  0.00         PAID FEE RETAINER:       0.00
               DISB RETAINER:                  0.00        PAID DISB RETAINER:       0.00
           TOTAL OUTSTANDING:                166.51       TOTAL AVAILABLE FUNDS:     0.00
                                                                  TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
         DATE OF LAST BILL:         02/27/09           LAST PAYMENT DATE:     03/03/09
         LAST BILL NUMBER:            513671 ACTUAL FEES BILLED TO DATE:    144,357.50
                                             ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                  TOTAL FEES BILLED TO DATE: 144,357.50
         LAST BILL THRU DATE:       01/31/09   FEES WRITTEN OFF TO DATE:      2,391.00
                                              COSTS WRITTEN OFF TO DATE:      1,260.03
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ---------------------------
      (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
      (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
      (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    8
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00015                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                            Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest        Total
                                           Entry       Entry         Amount
----  ------------------------------       ------      ------        -----------
0917  WESTLAW ON-LINE RESEARCH              02/02/09    02/03/09       145.59
0942  MEALS/IN-HOUSE                        02/18/09    02/18/09        20.92

         Total                                                         166.51


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee          Date          Amount        Index#   Batch No  Batch Date
--------------------------------------------    ---------         ------        -----------   -------  --------- ----------

WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                       BLABEY, D E       02/02/09         38.30      8628167   694699    03/02/09
     WESTLAW ON-LINE RESE                       BLABEY, D E       02/03/09        107.29      8628168   694699    03/02/09
MEALS/IN-HOUSE 0942
     MEALS/IN-HOUSE                             BLABEY, D E       02/18/09         20.92      8630024   695605    03/03/09
     IN-HOUSE/MEALS


         Costs Total :                                                            166.51
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                         Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description             Amount           Bill        W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
----------------------    ------------------  ----------  ---------------  ------------------------ -----------------

0917 WESTLAW ON-LINE RESEARCH     145.59      _____  _____  _____ _____

0942 MEALS/IN-HOUSE                20.92      _____  _____  _____ _____


        Costs Total :             166.51      _____  _____  _____ _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   10
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status        : ACTIVE

Special Billing Instructions:

                                                     PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                       TO:
            UNBILLED DISB FROM:     02/26/2009                        TO:      02/26/2009

                                                   FEES                                     COSTS

         GROSS BILLABLE AMOUNT:                              0.00                                  51.00
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                                            02/26/2009
     CLOSE MATTER/FINAL BILLING?   YES   OR   NO
     EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


                                       ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                           FEES:                      0.00
                  DISBURSEMENTS:                     51.00       UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:                      0.00           PAID FEE RETAINER:          0.00
                  DISB RETAINER:                      0.00          PAID DISB RETAINER:          0.00
               TOTAL OUTSTANDING:                    51.00         TOTAL AVAILABLE FUNDS:        0.00
                                                                          TRUST BALANCE:
                                                 BILLING HISTORY

              DATE OF LAST BILL:         02/27/09         LAST PAYMENT DATE:        03/03/09
              LAST BILL NUMBER:          513671 ACTUAL FEES BILLED TO DATE:       348,295.00
                                                ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                   TOTAL FEES BILLED TO DATE:    348,295.00
            LAST BILL THRU DATE:         01/31/09   FEES WRITTEN OFF TO DATE:      10,068.18
                                                   COSTS WRITTEN OFF TO DATE:      1,350.35
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:

            (1) Exceeded Fixed Fee       (4) Excessive Legal Time       (7) Fixed Fee
            (2) Late Time & Costs Posted (5) Business Development       (8) Premium
            (3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   11
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00019                                     Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                        Oldest     Latest       Total
                                         Entry      Entry        Amount
----  -----------------------------      ------     ------       -----------
0990  OTHER FEES                         02/26/09   02/26/09           51.00

         Total                                                         51.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee       Date         Amount      Index#   Batch No  Batch Date
---------------------------------------------      --------       ------       -----------  -------  --------- ----------

OTHER FEES 0990
    PLATINUM PLUS FOR BUSINE                       BLABEY, D E    02/26/09           51.00  8627920   694652    03/02/09
    PLATINUM PLUS FOR BUSINESS 12/26/08 - COURTCALL
    - DAVID BLABEY - MHU



        Costs Total :                                                                51.00
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status        : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description            Amount           Bill       W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
----------------------   -----------------   -------    ------------     -----------------------   -----------------

0990 OTHER FEES                    51.00     _____  _____     _____ _____


          Costs Total :          51.00       _____  _____     _____ _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    13
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:      2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status         : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
-----------------------------------------------------------------------------------------------------------------------------------------
                                                          PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------
                    UNBILLED TIME FROM:                                         TO:
                    UNBILLED DISB FROM:     02/10/2009                          TO:      02/10/2009

                                                   FEES                                   COSTS
                                                   ----                                   -----
               GROSS BILLABLE AMOUNT:                      0.00                                   629.70
                 AMOUNT WRITTEN DOWN: _____                    _____
                             PREMIUM: _____                    _____
                   ON ACCOUNT BILLED: _____                    _____
          DEDUCTED FROM PAID RETAINER: _____                    _____
                       AMOUNT BILLED: _____                    _____
                           THRU DATE:                                                         02/10/2009
          CLOSE MATTER/FINAL BILLING?    YES   OR   NO
          EXPECTED DATE OF COLLECTION: _____

             BILLING PARTNER APPROVAL: _____        _____
                                         BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                     BILLING COMMENTS:
                                      _____
                                      _____

          -----------------------------------------------------------------------------------------------------------------
                                         ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                         --------------------------                      --------------
                                FEES:             0.00
                       DISBURSEMENTS:           629.70    UNIDENTIFIED RECEIPTS:            0.00
                         FEE RETAINER:            0.00        PAID FEE RETAINER:            0.00
                        DISB RETAINER:            0.00       PAID DISB RETAINER:            0.00
                    TOTAL OUTSTANDING:          629.70      TOTAL AVAILABLE FUNDS:          0.00
                                                                      TRUST BALANCE:
                                                               BILLING HISTORY
                                                               ---------------
                    DATE OF LAST BILL:          02/27/09       LAST PAYMENT DATE:        03/03/09
                     LAST BILL NUMBER:          513671 ACTUAL FEES BILLED TO DATE:     132,615.50
                                                       ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                             TOTAL FEES BILLED TO DATE: 132,615.50
                  LAST BILL THRU DATE:          01/31/09  FEES WRITTEN OFF TO DATE:      26,306.18
                                                           COSTS WRITTEN OFF TO DATE:       123.75
FOR ACCTG USE ONLY:                            Write Down/Up Reason Codes:
                                               --------------------------
                (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
                (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
                (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   14
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00028                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status        : ACTIVE

UNBILLED  COSTS  SUMMARY -------------- Total Unbilled ----------------
Code  Description                     Oldest        Latest         Total
                                      Entry         Entry          Amount
----  ------------------------------  ------        ------         -----------
0950  OUT-OF-TOWN TRAVEL              02/10/09      02/10/09           629.70

         Total                                                         629.70


UNBILLED  COSTS  DETAIL
Description/Code                              Employee         Date         Amount        Index#  Batch No  Batch Date
------------------------------------------    --------         ------       -----------   ------- --------- ----------

OUT-OF-TOWN TRAVEL 0950
   DINERS CLUB CITICORP DIN                   BLABEY, D E      02/10/09        299.45     8606391  684935   02/10/09
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB 1/13/2009 LGA TO PIT TO
   LGA
   DINERS CLUB CITICORP DIN                   BLABEY, D E      02/10/09        330.25     8606393  684935   02/10/09
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB 1/14/2009 LGA TO PIT TO
   LGA


         Costs Total :                                                         629.70
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   15
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2009 11:11:09

Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2709746
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status     : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description           Amount         Bill        W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
-----------------------    ----------     --------    ------------      -------------------       --------------

0950 OUT-OF-TOWN TRAVEL         629.70


            Costs Total :       629.70
```