# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044
　**EIN:** 65–0773649

　　　　　　　　　　　**Chapter:** 11

W.R. Grace & Co., et al.

　**EIN:** 65–0773649　　　　　*Case No*.: 01–01139–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

　A transcript of the proceeding held on 12/17/2008 was filed on 3/31/2009 . The following deadlines apply:

　The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4/21/2009 .

　If a request for redaction is filed, the redacted transcript is due 5/1/2009 .

　If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6/29/2009 unless extended by court order.

　To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ David D. Bird*

　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Date: 3/31/09

(ntc)