

March 12, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   153475

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 28, 2009

**CLIENT SUMMARY**

**BALANCE AS OF- 02/28/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $0.00 | $19,845.32 | $19,845.32 |
| 03 - Creditors Committee - .15539 | $8,747.00 | $0.00 | $8,747.00 |
| 07 - Applicant's Fee Application - .15543 | $2,336.00 | $0.00 | $2,336.00 |
| 08 - Hearings - .15544 | $3,048.00 | $0.00 | $3,048.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,564.00 | $0.00 | $1,564.00 |
| 18 - Plan & Disclosure Statement - .15554 | $36,548.75 | $0.00 | $36,548.75 |
| 30 - Fee Application of Others - .17781 | $424.50 | $0.00 | $424.50 |
| ***Client Total*** | ***$52,668.25*** | ***$19,845.32*** | ***$72,513.57*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593
www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 18.50 | $675.00 | $12,487.50 |
| Siegel, Robert M | 0.30 | $550.00 | $165.00 |
| Haligman, Ronald S | 12.50 | $420.00 | $5,250.00 |
| Kramer, Matthew I | 11.70 | $410.00 | $4,797.00 |
| Sakalo, Jay M | 19.40 | $485.00 | $9,409.00 |
| Botros, Paul M | 7.10 | $335.00 | $2,378.50 |
| Polit, Wendy | 28.07 | $225.00 | $6,315.75 |
| Schubauer, David | 20.90 | $350.00 | $7,315.00 |
| Snyder, Jeffrey I | 1.90 | $295.00 | $560.50 |
| Flores, Luisa M | 7.60 | $205.00 | $1,558.00 |
| Rojas, Susana | 6.40 | $190.00 | $1,216.00 |
| Slanker, Jeffrey | 6.40 | $190.00 | $1,216.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$52,668.25** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $1,936.20 |
| Fares, Mileage, Parking | $84.00 |
| Long Distance Telephone | $82.01 |
| Long Distance Telephone-Outside Services | $743.77 |
| Lodging | $381.90 |
| Meals | $110.07 |
| Miscellaneous Costs | $15,375.00 |
| Parking | $60.00 |
| Publication | $315.00 |
| Westlaw-Online Legal Research | $22.37 |
| Copies | $735.00 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$19,845.32** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$72,513.57** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | |
|---|---|---|
| **PROFESSIONAL SERVICES** | | **$0.00** |

<u>**COSTS ADVANCED**</u>

| | | |
|---|---|---|
| 12/26/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 12/26/08-01/28/09; DATE: 1/28/2009  -  Acct. #5306-2200-2539-5504 | 25.00 |
| 01/08/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02051697; DATE: 1/31/2009  -  Account# 306300 | 9.64 |
| 01/08/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02051697; DATE: 1/31/2009  -  Account# 306300 | 10.62 |
| 01/13/09 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 48.00 |
| 01/13/09 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 4.71 |
| 01/13/09 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 3.99 |
| 01/13/09 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 2.49 |
| 01/13/09 | Fares, Mileage, Parking Cab Fare Airport to Hotel - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 43.00 |
| 01/14/09 | Airfare Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 1,936.20 |
| 01/14/09 | Lodging Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 381.90 |
| 01/14/09 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 24.26 |
| 01/14/09 | Fares, Mileage, Parking Cab Fare Hotel to Airport - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 41.00 |
| 01/14/09 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 26.62 |
| 01/14/09 | Parking Airpott parking - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/14/09; DATE: 1/14/2009  -  Client - 15537 | 60.00 |



| Date | Description | Amount |
|---|---|---|
| 01/15/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02051697; DATE: 1/31/2009 - Account# 306300 | 21.96 |
| 01/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 12/26/08-01/28/09; DATE: 1/28/2009 - Acct. #5306-2200-2539-5504 | 148.50 |
| 01/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 12/26/08-01/28/09; DATE: 1/28/2009 - Acct. #5306-2200-2539-5504 | 148.50 |
| 01/22/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 12/26/08-01/28/09; DATE: 1/28/2009 - Acct. #5306-2200-2539-5504 | 57.50 |
| 01/22/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 12/26/08-01/28/09; DATE: 1/28/2009 - Acct. #5306-2200-2539-5504 | 77.00 |
| 01/22/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 12/26/08-01/28/09; DATE: 1/28/2009 - Acct. #5306-2200-2539-5504 | 148.00 |
| 01/24/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817696756; DATE: 2/1/2009 - Account# 5306-2200-2539-5504 | 5.96 |
| 01/27/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02051697; DATE: 1/31/2009 - Account# 306300 | 12.40 |
| 01/27/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02051697; DATE: 1/31/2009 - Account# 306300 | 18.64 |
| 01/28/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02051697; DATE: 1/31/2009 - Account# 306300 | 41.64 |
| 01/28/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817696756; DATE: 2/1/2009 - Account# 5306-2200-2539-5504 | 11.55 |
| 01/29/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02051697; DATE: 1/31/2009 - Account# 306300 | 24.37 |
| 01/30/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817696756; DATE: 2/1/2009 - Account# 5306-2200-2539-5504 | 4.86 |
| 02/06/09 | Long Distance Telephone 1(212)446-4904; 2 Mins. | 2.78 |
| 02/06/09 | Long Distance Telephone 1(212)446-4904; 3 Mins. | 4.17 |
| 02/12/09 | Long Distance Telephone 1(803)943-4444; 26 Mins. | 37.53 |
| 02/13/09 | Long Distance Telephone 1(864)895-0459; 9 Mins. | 13.90 |
| 02/17/09 | Long Distance Telephone 1(212)478-7465; 1 Mins. | 1.39 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Case 01-01139-AMC    Doc 21160-2    Filed 03/31/09    Page 5 of 17

Page 5

| Date | Description | Amount |
|---|---|---|
| 02/19/09 | Publication VENDOR: Bankruptcy Creditors' Service, Inc.; INVOICE#: ISSUE#175-181; DATE: 2/19/2009 - Issue # 175-181 | 315.00 |
| 02/23/09 | Long Distance Telephone 1(212)385-1444; 5 Mins. | 6.95 |
| 02/23/09 | Long Distance Telephone 1(212)478-7465; 7 Mins. | 9.73 |
| 02/23/09 | Long Distance Telephone 1(202)339-8400; 1 Mins. | 1.39 |
| 02/26/09 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.39 |
| 02/26/09 | Long Distance Telephone 1(803)943-6047; 1 Mins. | 1.39 |
| 02/26/09 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.39 |
| 02/28/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for February 2009 $ 15,375.00 | 15,375.00 |
| 02/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/05/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/05/09 | Copies 1,349 pgs @ 0.10/pg | 134.90 |
| 02/09/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/09/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/20/09 | Copies 204 pgs @ 0.10/pg | 20.40 |
| 02/17/09 | Copies 1,380 pgs @ 0.10/pg | 138.00 |
| 02/04/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/11/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/27/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/27/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/27/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/27/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/27/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/12/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/04/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/17/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 02/17/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/17/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 02/17/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/17/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/17/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/19/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/20/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/20/09 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 02/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/20/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 02/20/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 02/20/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/20/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 02/20/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/20/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/20/09 | Copies 2 pgs @ 0.10/pg | 0.20 |

| Date | Description | Amount |
|---|---|---|
| 02/20/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/20/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 02/20/09 | Copies 93 pgs @ 0.10/pg | 9.30 |
| 02/20/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/24/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 02/24/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/24/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/25/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 02/26/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/26/09 | Copies 234 pgs @ 0.10/pg | 23.40 |
| 02/26/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 02/26/09 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 02/26/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 02/26/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/26/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/26/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 02/09/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/09/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/09/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 02/09/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/09/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/09/09 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 02/09/09 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 02/10/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/10/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 02/02/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 02/02/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 02/02/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/02/09 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/02/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/02/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/05/09 | Copies 292 pgs @ 0.10/pg | 29.20 |
| 02/05/09 | Copies 362 pgs @ 0.10/pg | 36.20 |
| 02/05/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/05/09 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---:|
| 02/05/09 | Copies 108 pgs @ 0.10/pg | 10.80 |
| 02/05/09 | Copies 118 pgs @ 0.10/pg | 11.80 |
| 02/05/09 | Copies 134 pgs @ 0.10/pg | 13.40 |
| 02/05/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 02/05/09 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 02/05/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/05/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/05/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 02/05/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 02/05/09 | Copies 74 pgs @ 0.10/pg | 7.40 |
| 02/05/09 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 02/05/09 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 02/05/09 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 02/05/09 | Copies 68 pgs @ 0.10/pg | 6.80 |
| 02/05/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/05/09 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 02/05/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/05/09 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 02/05/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 02/05/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/05/09 | Copies 218 pgs @ 0.10/pg | 21.80 |
| 02/05/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 02/05/09 | Copies 72 pgs @ 0.10/pg | 7.20 |
| 02/05/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 02/05/09 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 02/05/09 | Copies 74 pgs @ 0.10/pg | 7.40 |
| 02/05/09 | Copies 84 pgs @ 0.10/pg | 8.40 |
| 02/05/09 | Copies 70 pgs @ 0.10/pg | 7.00 |
| 02/05/09 | Copies 70 pgs @ 0.10/pg | 7.00 |
| 02/05/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 02/05/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/05/09 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 02/05/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/05/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/05/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/05/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/05/09 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 02/05/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 02/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/06/09 | Copies 32 pgs @ 0.10/pg | 3.20 |

| | | |
|---|---|---|
| 02/06/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 02/06/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/06/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/06/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/03/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/03/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/03/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 02/03/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 02/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/03/09 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 02/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/03/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/03/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 02/03/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 02/03/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/03/09 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 02/03/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 02/03/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 02/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/03/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/03/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/03/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/03/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/03/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/03/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/03/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/03/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 02/03/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/03/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/03/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/03/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/03/09 | Copies 82 pgs @ 0.10/pg | 8.20 |
| 02/03/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 02/03/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/03/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/03/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/03/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 02/03/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/03/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 02/03/09 | Copies 15 pgs @ 0.10/pg | 1.50 |

| Date | Description | Amount |
|---|---|---|
| 02/03/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/03/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/03/09 | Copies 13 pgs @ 0.10/pg | 1.30 |

**TOTAL COSTS ADVANCED** $19,845.32

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **TOTAL** | **0** | | **$0.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,936.20 |
| Fares, Mileage, Parking | $84.00 |
| Long Distance Telephone | $82.01 |
| Long Distance Telephone-Outside Services | $743.77 |
| Lodging | $381.90 |
| Meals | $110.07 |
| Miscellaneous Costs | $15,375.00 |
| Parking | $60.00 |
| Publication | $315.00 |
| Westlaw-Online Legal Research | $22.37 |
| Copies | $735.00 |
| **TOTAL** | **$19,845.32** |

**CURRENT BALANCE DUE THIS MATTER** $19,845.32

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/02/09 | JMS | 0.10 | 48.50 | E-mail to Committee regarding hearing transcript. |
| 02/02/09 | WP | 6.20 | 1,395.00 | Research regarding fiduciary duties of PD committee. |
| 02/03/09 | WP | 6.20 | 1,395.00 | Research regarding fiduciary duties of PD committee. |
| 02/05/09 | SLB | 0.20 | 135.00 | Interoffice conference with J. Sakalo regarding preparation for committee meeting (.2). |
| 02/05/09 | JMS | 0.60 | 291.00 | Prepare for and hold Committee call. |
| 02/05/09 | MIK | 0.20 | 82.00 | Attend committee call (.2). |
| 02/12/09 | SLB | 1.70 | 1,147.50 | Interoffice conference with J. Sakalo regarding committee meeting and issues to be discussed (.5); conduct committee meeting (.5); post call discussion (.3); memo to committee regarding filing (.4). |
| 02/12/09 | JMS | 0.80 | 388.00 | Committee call. |
| 02/18/09 | WP | 3.80 | 855.00 | Research on discovery being propounded on official committee in a bankruptcy case. |
| 02/19/09 | SLB | 1.10 | 742.50 | Prepare for and conduct committee meeting (1.1). |
| 02/19/09 | JMS | 1.40 | 679.00 | Email to committee regarding committee call (.1); prepare for and attend committee call (1.3). |
| 02/19/09 | MIK | 0.90 | 369.00 | Partially attend committee call (.9). |
| 02/23/09 | WP | 1.52 | 342.00 | Meet with Jay Sakalo regarding discovery issues (.2); review pleadings filed by other committees that have been served with discovery (1.3). |
| 02/24/09 | WP | 3.90 | 877.50 | Review discovery responses by other committees. |

**PROFESSIONAL SERVICES** $8,747.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.00 | $675.00 | $2,025.00 |
| Kramer, Matthew I | 1.10 | $410.00 | $451.00 |
| Sakalo, Jay M | 2.90 | $485.00 | $1,406.50 |
| Polit, Wendy | 21.62 | $225.00 | $4,864.50 |
| **TOTAL** | **28.62** | | **$8,747.00** |

**CURRENT BALANCE DUE THIS MATTER** $8,747.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 02/03/09 | JIS | 1.00 | 295.00 | Review and revise January prebill. |
| 02/04/09 | LMF | 0.80 | 164.00 | Review costs and final edits to January fees and costs. |
| 02/05/09 | LMF | 0.90 | 184.50 | Reconcile trust account and attend to reimbursement to professionals for fees paid into trust. |
| 02/05/09 | LMF | 1.10 | 225.50 | Review draft of quarterly fee application and reconcile exhibits. |
| 02/09/09 | LMF | 0.80 | 164.00 | Attend to review and edits to quarterly fee application. |
| 02/10/09 | LMF | 0.60 | 123.00 | Prepare Bilzin Sumberg's notice and summary of fees for January and submit to local counsel for filing. |
| 02/10/09 | JIS | 0.30 | 88.50 | Review and revise final January fee statement. |
| 02/10/09 | PMB | 1.40 | 469.00 | Attention to fee application and preparation of additional information. |
| 02/11/09 | LMF | 0.60 | 123.00 | Attend to revisions to Bilzin Sumberg's fees for January and resubmit to local counsel for filing. |
| 02/11/09 | JIS | 0.10 | 29.50 | Conference with L. Flores regarding 31st quarterly fee application. |
| 02/12/09 | LMF | 1.10 | 225.50 | Revise quarterly application and submit to local counsel for filing and service. |
| 02/12/09 | JIS | 0.50 | 147.50 | Review and revise 31st quarterly fee application and confer with L. Flores thereon. |
| 02/27/09 | JMS | 0.20 | 97.00 | Respond to inquiry from Fee Auditor (.2). |

**PROFESSIONAL SERVICES** $2,336.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $485.00 | $97.00 |
| Botros, Paul M | 1.40 | $335.00 | $469.00 |
| Snyder, Jeffrey I | 1.90 | $295.00 | $560.50 |
| Flores, Luisa M | 5.90 | $205.00 | $1,209.50 |
| **TOTAL** | **9.40** | | **$2,336.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,336.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE:  08 - Hearings**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 02/17/09 | JMS | 0.30 | 145.50 | Review agenda and email to committee regarding same (.3). |
| 02/18/09 | JS | 0.30 | 57.00 | Contact CourtCall and set up committee members to appear telephonically at 2/23 Omnibus hearing. |
| 02/19/09 | JMS | 0.50 | 242.50 | Email regarding telephonic hearing for 2/23 (.2); emails with committee members thereon (.3). |
| 02/19/09 | JS | 0.60 | 114.00 | Email CourtCall Confirmations to all committee members. |
| 02/20/09 | SLB | 1.10 | 742.50 | Attention to amended agenda for 2/23 hearing (.2); attention to status report on criminal trial and memo to committee (.7); attention to Maryland Casualty objection to disclosure statement (.2). |
| 02/20/09 | JMS | 0.20 | 97.00 | Email to committee regarding revised agenda (.2). |
| 02/20/09 | SR | 1.50 | 285.00 | Attention to preparing hearing notebook for 2/23 omnibus hearing. |
| 02/20/09 | JS | 0.10 | 19.00 | Resend telephonic appearance confirmation regarding 2/23 Omnibus hearing to Ted Tacconelli. |
| 02/23/09 | SLB | 0.80 | 540.00 | Court appearance via telephone regarding omnibus hearing (.8). |
| 02/23/09 | JMS | 0.90 | 436.50 | Review hearing notebook for omnibus hearing (.3); attend same (.6). |
| 02/23/09 | MIK | 0.90 | 369.00 | Attend omnibus hearing telephonically (.9). |

**PROFESSIONAL SERVICES** $3,048.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.90 | $675.00 | $1,282.50 |
| Kramer, Matthew I | 0.90 | $410.00 | $369.00 |
| Sakalo, Jay M | 1.90 | $485.00 | $921.50 |
| Rojas, Susana | 1.50 | $190.00 | $285.00 |
| Slanker, Jeffrey | 1.00 | $190.00 | $190.00 |
| **TOTAL** | **7.20** | | **$3,048.00** |

**CURRENT BALANCE DUE THIS MATTER** $3,048.00

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/02/09 | JS | 1.20 | 228.00 | Review settlement agreements of asbestos damage claims and update claims database with settlement information. |
| 02/09/09 | SR | 1.50 | 285.00 | Attention to updating claims database. |
| 02/10/09 | SR | 1.80 | 342.00 | Attention to updating claims database. |
| 02/10/09 | SR | 1.20 | 228.00 | Attention to updating claims database. |
| 02/17/09 | JMS | 0.30 | 145.50 | Review Macerich settlement and email to committee regarding same (.3). |
| 02/23/09 | JMS | 0.30 | 145.50 | Telephone conference with A. Roberts regarding status of Grace bankruptcy case (.3). |
| 02/25/09 | JS | 1.00 | 190.00 | Review and analyze pleadings and files related to asbestos property damages claims objections and legalkey for future reference. |

**PROFESSIONAL SERVICES** $1,564.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $485.00 | $291.00 |
| Rojas, Susana | 4.50 | $190.00 | $855.00 |
| Slanker, Jeffrey | 2.20 | $190.00 | $418.00 |
| **TOTAL** | **7.30** | | **$1,564.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,564.00

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/26/09 | RMS | 0.30 | 165.00 | Conference with R. Haligman regarding document issues (.2); Correspondence with J. Sakalo (.1). |
| 02/01/09 | SLB | 3.80 | 2,565.00 | Attention to latest drafts of plan documents (3.8). |
| 02/01/09 | DS | 3.70 | 1,295.00 | Draft memorandum describing high-level issues with bankruptcy transaction documents. |
| 02/02/09 | JMS | 2.10 | 1,018.50 | Review PD FCR's comments to CMO and conference with S. Baena thereon (.8); continued review of transactional documents (1.3). |
| 02/02/09 | DS | 5.90 | 2,065.00 | Draft memorandum describing high-level issues with bankruptcy transaction documents (5.1); meeting with R. Haligman (0.8). |
| 02/02/09 | RSH | 3.80 | 1,596.00 | Review revised documents with respect to corporate and securities issues (2.0); Review and revise issues memorandum with respect to corporate and securities issues (1.0); Conference with David Schubauer (0.8). |
| 02/03/09 | SLB | 4.10 | 2,767.50 | Attention to numerous emails from T. Freedman, A. Rich, E. Westbrook and to successive iterations of plan documents (4.1). |
| 02/03/09 | JMS | 1.00 | 485.00 | E-mail to Committee regarding further revised copies of transactional documents (.2); review memorandum from D. Schubauer regarding issues with transactional documents (.8). |
| 02/03/09 | DS | 4.80 | 1,680.00 | Revise memorandum describing high-level issues with bankruptcy transaction documents (4.8). |
| 02/03/09 | RSH | 3.20 | 1,344.00 | Review revised documents with respect to corporate and securities issues (1.6); review revised issues memorandum with respect to revised documents (1.6). |
| 02/04/09 | SLB | 2.70 | 1,822.50 | Continued attention to revised plan documents (2.7). |
| 02/04/09 | RSH | 1.00 | 420.00 | Review revised documents with respect to corporate and securities issues. |
| 02/05/09 | JMS | 0.50 | 242.50 | E-mail to Committee regarding plan documents (.3); e-mail to R. Wyron regarding revised intercreditor agreement (.2). |
| 02/05/09 | JS | 2.40 | 456.00 | Prepare notebooks including plan, disclosure statement and exhibit book to disclosure statement for S. Baena, J. Sakalo and M. Kramer (2.1) review docket and exhibit book filed with Court to confirm debtor's failure to file complete exhibit and email J. Sakalo regarding the same (.3) |
| 02/06/09 | JMS | 1.30 | 630.50 | E-mail to D. Speights and A. Runyan regarding PD CMO (.2); review of blacklined intercreditor agreement (.7); e-mails with D. Schubauer regarding revised transactional documents (.2); telephone conference with to N. Gellner thereon (.2). |
| 02/06/09 | DS | 2.30 | 805.00 | Review revised drafts of bankruptcy transaction documents. |
| 02/06/09 | RSH | 1.80 | 756.00 | Review revised transaction documents with respect to corporate and securities issues. |
| 02/09/09 | DS | 3.40 | 1,190.00 | Revise memoranda summarizing bankruptcy transaction documents and describing high-level issues with bankruptcy transaction documents. |
| 02/09/09 | RSH | 1.80 | 756.00 | Review revised transaction documents with respect to corporate issues and revise summary memorandum regarding same. |
| 02/10/09 | DS | 0.80 | 280.00 | Revise memoranda summarizing bankruptcy transaction documents and describing high-level issues with bankruptcy transaction documents. |
| 02/10/09 | RSH | 0.90 | 378.00 | Review and revise draft summary memoranda with respect to transactional documents. |
| 02/10/09 | JS | 0.10 | 19.00 | Review docket and calendar and email P. Botros regarding status of the Plan. |
| 02/12/09 | JMS | 1.80 | 873.00 | Conference with S. Baena regarding plan discovery (.6); telephone conferences with D. Speights regarding disclosure statement and discovery (1.2). |
| 02/13/09 | SLB | 0.60 | 405.00 | Review discovery propounded by PD FCR (.2); review discovery of committee propounded by plan proponents (.3); emails to J. Sakalo |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | regarding same (.1). |
| 02/14/09 | SLB | 0.40 | 270.00 | Email from and to M. Dies regarding disclosure statement objection (.2); attention to Anderson Memorial motion to amend plan CMO (.2). |
| 02/16/09 | JMS | 0.40 | 194.00 | Emails from committee members regarding disclosure statement objection (.4). |
| 02/17/09 | SLB | 0.70 | 472.50 | Emails from C. Plaza, E. Westbrook and D. Scott regarding objection to disclosure statement (.2); interoffice conference with J. Sakalo and P. Botros regarding disclosure statement adequacy (.5). |
| 02/17/09 | JMS | 0.60 | 291.00 | Telephone call with C. Kary regarding plan of reorganization (.1); conference with P. Botros regarding disclosure statement research (.3); review motion to expedite regarding Anderson discovery (.2). |
| 02/17/09 | WP | 6.45 | 1,451.25 | Research requirements for disclosure statements and nonvoting creditors' ability to object to disclosure statement. |
| 02/17/09 | MIK | 0.70 | 287.00 | Draft disclosure statement objection (.7). |
| 02/17/09 | PMB | 5.70 | 1,909.50 | Analysis and research regarding adequacy of disclosure statement and preparation of email regarding same. |
| 02/17/09 | JS | 0.70 | 133.00 | Prepare notebook of Plan, Disclosure Statement, and Exhibits for P. Botros. |
| 02/18/09 | JMS | 0.90 | 436.50 | Conference with M. Kramer regarding disclosure statement objection (.4); review draft of same (.5). |
| 02/18/09 | MIK | 9.00 | 3,690.00 | Review amended disclosure statement and draft objection (9.0). |
| 02/19/09 | SLB | 0.40 | 270.00 | Attention to/edit proposed disclosure statement objections (.4). |
| 02/20/09 | SLB | 0.60 | 405.00 | Attention to objections to disclosure statement by Anderson Memorial and PD FCR and email to J. Sakalo regarding same (.5); attention to objections to disclosure statement by us (.1). |
| 02/20/09 | JMS | 1.70 | 824.50 | Review disclosure statement filed by Anderson, USA, FCR and others (1.1); attention to discovery matters (.6). |
| 02/23/09 | JMS | 0.70 | 339.50 | Telephone conference call with C. Kang regarding plan and disclosure statement (.3); conference with W. Polit regarding responses to plan discovery (.4). |
| 02/25/09 | SLB | 0.30 | 202.50 | Emails from R. Wyron regarding intercreditor agreement (.3). |
| 02/26/09 | JMS | 2.80 | 1,358.00 | Begin review of revised plan documents and e-mails to Committee thereon (1.5); review discovery from plan proponents (1.3). |

**PROFESSIONAL SERVICES** $36,548.75

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 13.60 | $675.00 | $9,180.00 |
| Siegel, Robert M | 0.30 | $550.00 | $165.00 |
| Haligman, Ronald S | 12.50 | $420.00 | $5,250.00 |
| Kramer, Matthew I | 9.70 | $410.00 | $3,977.00 |
| Sakalo, Jay M | 13.80 | $485.00 | $6,693.00 |
| Botros, Paul M | 5.70 | $335.00 | $1,909.50 |
| Polit, Wendy | 6.45 | $225.00 | $1,451.25 |
| Schubauer, David | 20.90 | $350.00 | $7,315.00 |
| Slanker, Jeffrey | 3.20 | $190.00 | $608.00 |
| **TOTAL** | **86.15** | | **$36,548.75** |

**CURRENT BALANCE DUE THIS MATTER** $36,548.75

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB  
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 02/09/09 | LMF | 0.30 | 61.50 | Review draft of Hamilton Rabinovitz quarterly application. |
| 02/09/09 | LMF | 0.30 | 61.50 | Arrange to obtain latest statement from professional for billing. |
| 02/09/09 | SR | 0.40 | 76.00 | Attention to preparing quarterly fee application for Hamilton & Rabinovitz. |
| 02/10/09 | LMF | 0.40 | 82.00 | Finalize quarterly application of Hamilton Rabinovitz and email to local counsel for filing and service. |
| 02/12/09 | LMF | 0.70 | 143.50 | Review invoice from Hamilton Rabinovitz for January fees and prepare summary and notice and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $424.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.70 | $205.00 | $348.50 |
| Rojas, Susana | 0.40 | $190.00 | $76.00 |
| **TOTAL** | **2.10** | | **$424.50** |

**CURRENT BALANCE DUE THIS MATTER** $424.50