# HR&A                                                INVOICE

Hamilton, Rabinovitz & Associates, Inc.
*Policy, Financial & Management Consultants*

March 10, 2009
Invoice No. HRA20091003

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of February, 2009.

### FEES

Francine F. Rabinovitz
0.50 hours @ $ 625 per hour                                    $ 312.50

                                                      **TOTAL DUE:**
                                              **$ 312.50**

*Please remit to corporate address below:*

P.O. Box 222681 Carmel, California 93922  Tel: (831) 626-1350  Fax: (831) 626-1351

FEBRUARY, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>      <u>TIME</u>   <u>TASK</u>

02/18/09    0.50   Read PD objection to disclosure statement.

Total:      0.50