IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 20, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

### SUMMARY OF THE NINETY-FOURTH MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

Name of Applicant:                    Ferry, Joseph & Pearce, P.A.

Authorized to provide
professional services to:             Official Committee of Asbestos Property Damage
                                      Claimants

Date of retention:                    April 18, 2001

Period for which compensation and
reimbursement is sought:              February 1, 2009 through February 28, 2009

Amount of compensation sought
as actual reasonable and necessary:   $28,094.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                            $ 2,798.67

This is a:    X   monthly _____ interim _____ final application

## Prior Monthly Applications:

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 7/10/01-#577 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | $1,173.60 | $26.00 |
| 7/10/01-#578 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 | $2,708.31 |