IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 20, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on March 31, 2009, the Ninety-Fourth Monthly Application of Ferry, Joseph & Pearce, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of February 1, 2009 through February 28, 2009 (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **April 20, 2009 at 4:00 p.m.** prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 31, 2009                              FERRY, JOSEPH & PEARCE, P.A.

                                                                  /s/ Lisa L. Coggins
                                                                  Michael B. Joseph (No. 392)
                                                                  Theodore J. Tacconelli (No. 2678)
                                                                  Lisa L. Coggins (No. 4234)
                                                                  824 Market Street, Suite 904
                                                                  P.O. Box 1351
                                                                  Wilmington, DE 19899
                                                                  (302) 575-1555

                                                                  *Counsel to the Official Committee of*
                                                                  *Asbestos Property Damage Claimants*

**SERVICE LIST**

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201
feeaudit@whsmithlaw.com

William J.A. Sparks, Esq.
W.R. Grace & Co.
919 North Market Street
Suite 425
Wilmington, DE 19801
william.sparks@grace.com

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
syoder@potteranderson.com

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P. C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
jbaer@jsbpc.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Douglas.Bacon@lw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com