## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                 February 1, 2009 to February 28, 2009

Invoice No. 30345

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--------------------------------------|-------|-----------|
| B14 | Case Administration - | 20.10 | 4,905.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 4.70 | 1,376.00 |
| B18 | Fee Applications, Others - | 3.20 | 437.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 2.60 | 767.00 |
| B25 | Fee Applications, Applicant - | 5.10 | 667.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.30 | 88.50 |
| B36 | Plan and Disclosure Statement - | 61.90 | 18,260.50 |
| B37 | Hearings - | 3.60 | 1,062.00 |
| B40 | Employment Applications, Others - | 0.40 | 118.00 |
| B41 | Relief from Stay Litigation - | 1.40 | 413.00 |
| | **Total** | **103.30** | **$28,094.50** |
| | **Grand Total** | **103.30** | **$28,094.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|--------|-------|-----------|
| Lisa L. Coggins | 250.00 | 1.40 | 350.00 |
| Rick S. Miller | 290.00 | 2.40 | 696.00 |
| Steven G. Weiler | 230.00 | 0.40 | 92.00 |
| Theodore J. Tacconelli | 295.00 | 85.70 | 25,281.50 |
| Legal Assistant - MH | 125.00 | 10.50 | 1,312.50 |
| Law Clerk | 125.00 | 2.90 | 362.50 |
| **Total** | | **103.30** | **$28,094.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                 **$2,798.67**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-09 | *Case Administration* - Review Foley Hoag Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick Dec. Fee Application | 0.10 | TJT |
| | *Hearings* - Correspond with S. Weiler re 1/26/09 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 1/29/09 draft of share issuance agreement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review 1/29/09 draft of deferred payment agreement for ZAI | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review 1/30/09 draft of PD trust agreement | 0.90 | TJT |
| Feb-02-09 | *Case Administration* - 1/26/09 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 1/26/09 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's 1st request for production to debtors | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re plan issues | 0.30 | TJT |
| Feb-03-09 | *Case Administration* - Review Day Pitney Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of T. Afschrift | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address for Foster & Sear and forward to paralegal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re further revised PD plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 2/2/09 draft of ZAI guaranty agreement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 2/2/09 draft of share issuance agreement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 2/2/09 draft of deferred payment agreement for ZAI | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 2/2/09 draft of deferred payment agreement for PD | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 2/2/09 draft of PD guaranty agreement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 1/26/09 hearing transcript re plan issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing and confirmation and solicitation procedures documents | 0.30 | TJT |
| | *Plan and Disclosure Statement* - start reviewing exhibits to notice of filing and confirmation and solicitation procedures documents | 0.80 | TJT |
| | *Case Administration* - Review docket re case status for weeks ending 1/23 and 1/30; memo to T. Tacconelli and L. Coggins re same | 0.90 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.70 | LC |
| Feb-04-09 | *Case Administration* - Review case status memo for weeks ending 1/23 and 1/29 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 1/23/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with committee member re plan documents | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue review of exhibits re solicitation materials | 0.60 | TJT |
| Feb-05-09 | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing plan solicitation materials | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of additional discovery by D. Biladeau | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing disclosure statement filed on 2/3/09 | 1.50 | TJT |
| | *Case Administration* - revise 2002 lists and labels documents | 0.10 | MH |
| Feb-06-09 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by ZAI counsel to motion of W. McClain for leave to file late ZAI proof of claim with attachments | 0.30 | TJT |
| | *Case Administration* - Review entry of appearance by Koziak Firm and forward to paralegal | 0.20 | TJT |
| | *Case Administration* - Review PSZ&J Dec. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish review of disclosure statement dated 2/3/09 | 2.30 | TJT |
| | *Plan and Disclosure Statement* - start reviewing plan filed on 2/3/09 | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by D. Biladeau and BNSF's discovery to plan proponents | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's Quarterly Fee Application | 0.10 | TJT |
| Feb-07-09 | *Case Administration* - Review debtors' monthly operating report for Dec. 08 | 0.30 | TJT |
| | *Case Administration* - Review Reed Smith Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Nov. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Longacre to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by D. Biladeau in BNSF's discovery to Arrowood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of plan filed on 2/3/09 | 2.20 | TJT |
| Feb-08-09 | *Case Administration* - Review correspondence from J. Baer re new contact information | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Dec. 08 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D&T 5th Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish review of plan filed on 2/3/09 | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | blackline of plan confirmation and solicitation materials and related documents | | |
| | *Plan and Disclosure Statement* - Review blackline of confirmation procedures order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of voting procedures | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of ballots | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of notice of nonvoting status | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of confirmation hearing notice | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of publication notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of notice of postpetition interest procedures | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by D. Biladeau in BNSF's discovery to CCC | 0.10 | TJT |
| Feb-09-09 | *Case Administration* - Review Charter Oak Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review brief filed by U.S. in Montana criminal action re request to allow victims/witnesses to attend entire trial | 0.30 | TJT |
| | *Case Administration* - Review U.S. trial brief in Montana criminal action | 0.50 | TJT |
| | *Case Administration* - Review Duane Morris Nov. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by D. Biladeau in BNSF's discovery to MCC/Zurich | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibits to plan filed on 2/3/09 | 3.30 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | LC |
| Feb-10-09 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review notice of address change and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review K&E Dec. Fee Application | 0.40 | TJT |
| | *Case Administration* - Review entry of appearance of local counsel for G. Munoz | 0.10 | TJT |
| | *Case Administration* - Review Stroock Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address for Kentucky EPA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibits to plan dated 2/3/09 | 3.40 | TJT |
| | *Relief from Stay Litigation* - Review objection by CCC to Kaneb motion to lift stay | 0.20 | TJT |
| Feb-11-09 | *Case Administration* - Review debtors' 18th claim settlement notice with attachment | 0.30 | TJT |
| | *Case Administration* - Review Holme Roberts 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Dec. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue review of exhibits to plan dated 2/3/09 | 2.50 | TJT |
| | *Relief from Stay Litigation* - Review debtors' objection to Kaneb's motion for relief from stay with attachments | 0.50 | TJT |

| | | | |
|---|---|---|---|
| | *Relief from Stay Litigation* - Review response by OneBeacon to Kaneb's motion for relief from stay | 0.20 | TJT |
| | *Fee Applications, Applicant* - Begin spreadsheet re 31st Quarterly Fee Application | 1.00 | MH |
| Feb-12-09 | *Committee, Creditors', Noteholders' or* -Attend Committee teleconference | 0.80 | RSM |
| | *Case Administration* - Review 11th supplemental declaration of Orrick | 0.10 | TJT |
| | *Case Administration* - Review A. Rich Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Dec. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 0.90 | TJT |
| | *Plan and Disclosure Statement* - finish reviewing exhibits to plan dated 2/3/09 | 2.60 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Complete spreadsheet re 31st Quarterly Fee Application and prepare Fee Application, Notice and Certificate of Service re same | 2.50 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file 31st quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.80 | MH |
| Feb-13-09 | *Case Administration* - Review agenda re 2/3/09 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 26th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin's 31st Quarterly Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review Beveridge and Diamond Oct. Fee Application | 0.10 | TJT |
| | *Hearings* - Review agenda for 2/23/09 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re possible objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from committee member re possible objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re blackline plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re plan issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' discovery to PD claimants and PD Committee | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review and analyze disclosure statement including blackline | 2.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re debtors' discovery to PD Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Hartford in Federal Ins. Co.'s preliminary objection to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' Notice of Service of discovery to PD Committee | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's 31st Quarterly Fee Application and supporting documents, prepare Notice | 0.60 | MH |

| | | | |
|---|---|---|---|
| | and Certificate of Service re same | | |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 31st quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.80 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's 26th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file HRA's 26th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.40 | MH |
| Feb-14-09 | *Case Administration* - Review Caplin Drysdale Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Dec. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's motion for relief from second amended plan CMO | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review and analyze blacklined changes to 2/3/09 version of plan | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of PI trust agreement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - e-mail to S. Baena re motion filed by Anderson Memorial Hospital yesterday | 0.20 | TJT |
| Feb-15-09 | *Case Administration* - Review Beveridge and Diamond Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review first Quarterly Fee Application of A. Rich | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by debtors re motion to approve 3rd amended ATCO sale order | 0.10 | TJT |
| | *Employment Applications, Others* - Review debtors' application to employ J. Baer as co-counsel with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review blacklined PI TDP | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review blacklined list of settled insurance companies' exhibit for plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blacklined cooperation agreement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from committee member re objection to disclosure statement | 0.10 | TJT |
| Feb-16-09 | *Case Administration* - Review case status memo for week ending 2/16/09 | 0.10 | LLC |
| | *Case Administration* - Review PWC Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review docket in Montana criminal action and review debtors' trial brief from Montana criminal action | 1.90 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/6/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from committee member re objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - attention to debtors' discovery to PD Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re objection to disclosure statement | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 2/6/09; memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, | 0.70 | LC |

| | | | |
|---|---|---|---|
| | district court and adversary proceedings, memos to T. Tacconelli re same | | |
| Feb-17-09 | *Case Administration* - Review case status memo re week ending 2/13/09 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re Macerich settlement motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 25th omnibus objection to claim with attachment for continued claim objections | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Case Administration* - Review cases status memo for week ending 2/13/09 | 0.10 | TJT |
| | *Case Administration* - Review 27th Quarterly Fee Application of Kramer Levine | 0.10 | TJT |
| | *Case Administration* - Review 14th Quarterly Fee Application of PI Committee | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 2/23/09 hearing preparation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from L. Esayian re proposed confidentiality order re plan discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review proposed confidentiality order re plan discovery | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to shorten notice re Anderson Memorial Hospital's motion to extend time for discovery | 0.20 | TJT |
| Feb-18-09 | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Dec. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Dec. 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Macerich with attachment | 0.50 | TJT |
| | *Case Administration* - Review Duane Morris Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting debtors' motion to shorten notice re Anderson Memorial Hospital's motion to enlarge discovery deadlines | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re plan issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Correspond with committee member re plan documents | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights to PI trust | 0.70 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Retrieve voice mail message from S. Arnold re CDG monthly and quarterly Fee Applications | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file | 0.30 | MH |

|  |  |  |  |
|---|---|---|---|
|  | and serve Certificate of No Objection re Dec. Fee Application |  |  |
| Feb-19-09 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.80 | RSM |
|  | *Case Administration* - Review Bloomberg article re Montana criminal action | 0.10 | TJT |
|  | *Case Administration* - Review order approving 3rd amended ALCO Iron sale | 0.10 | TJT |
|  | *Case Administration* - Review Steptoe and Johnson Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review 3 opinions in Montana criminal action | 1.30 | TJT |
|  | *Case Administration* - Review Reed Smith 1st Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Capstone Dec. Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee meeting | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 1.00 | TJT |
|  | *Hearings* - Review e-mail from J. O'Neill re 2/23/09 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re draft of objection to disclosure statement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review draft of objection to disclosure statement | 0.40 | TJT |
| Feb-20-09 | *Case Administration* - Review amended agenda for 2/23/09 hearing | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* -Review objections to Disclosure Statement | 0.50 | RSM |
|  | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by Holme Roberts | 0.10 | TJT |
|  | *Case Administration* - Review Beveridge and Diamond 14th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review 11th amended 2019 statement by Motley Rice | 0.10 | TJT |
|  | *Case Administration* - Review Campbell Levine Dec. Fee Application | 0.10 | TJT |
|  | *Hearings* - Review e-mails from J. O'Neill re court authority to sign up with CourtCall by 12 noon and make CourtCall arrangements for 2/23/09 hearing | 0.30 | TJT |
|  | *Hearings* - Review amended agenda for 2/23/09 hearing | 0.20 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re amended agenda for 2/23/09 hearing | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re second amended agenda for 2/23/09 hearing | 0.10 | TJT |
|  | *Hearings* - Review second amended agenda for 2/23/09 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' response to S&R's motion to enlarge time for discovery with attachments | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from A. Rich re PDFCR's objection to disclosure statement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review PDFCR's objection to disclosure statement and review references to disclosure statement | 0.80 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' discovery responses to Owens Illinois | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Allstate re responses to debtors' phase I request for production | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review U.S. objection to disclosure | 0.30 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | statement | | |
| | *Plan and Disclosure Statement* - Review proposed order by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's objection to disclosure statement and confer with RSM | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review response by Zurich to plan proponents' designation of confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by MCC re responses to plan proponents' interrogatories | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re plan proponents' discovery responses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Ward re Montana's discovery responses | 0.10 | TJT |
| Feb-21-09 | *Case Administration* - Review Foley Hoag 14th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC 31st Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of MCC's responses to BNSF's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review limited response by CNA to plan proponents designation of phase 1 confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of MCC's responses to plan proponents' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Allstate's responses and objections to debtors' phase 1 request for production | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Unifirst Corp. to disclosure statement with voluminous attachments | 1.60 | TJT |
| Feb-22-09 | *Case Administration* - Review Caplin Drysdale 31st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault Jan. Fee Application | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 2/23/09 hearing | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by MCC to debtors' phase 1 request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to Owen Illinois discovery | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Fund's joinder in responses of CNA to plan proponents' phase 1 confirmation designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by Zurich to plan proponents' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of State of Montana's responses to debtors' phase 1 request for production | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.70 | LC |
| Feb-23-09 | *Case Administration* - Review second amended agenda re 2/23/09 hearing | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re 2/23 hearing | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: results of 2/23/2009 hearing | 0.30 | RSM |
| | *Case Administration* - 2/23 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review LAS 27th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.80 | TJT |
| | *Hearings* - Confer with S. Weiler re 2/23/09 hearing follow-up | 0.10 | TJT |

| | | | |
|---|---|---:|---:|
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by Zurich to plan proponents' interrogatories | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's response to debtors' phase 1 request for production | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Longacre's responses to debtors' phase 1 request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Longacre's responses to debtors' phase 1 request for production | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Libby Claimants' responses to discovery by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' responses to interrogatories by PI Committee | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' responses to PI Committee's request for production | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's responses to BNSF's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Seaton's responses to BNSF's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's responses to plan proponents' interrogatories | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of CNA's responses to BNSF's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Seaton's responses to plan proponents' interrogatories | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's responses to plan proponents' request for production | 0.30 | TJT |
| Feb-24-09 | *Case Administration* - Review Certificate of Service re 2nd amended plan CMO | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Capstone 20th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Review 2/23/09 hearing notes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Seaton's response to plan proponents' request for production | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses to debtors' phase 1 request for production by CNA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by OneBeacon to debtors' phase 1 request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review response by Seaton to debtors' phase 1 request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses to plan proponents' request for production by CNA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by GEICO to debtors' phase 1 request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review  Notice of Service of responses to plan proponents' interrogatories by CNA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re disclosure statement status and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review response by Columbia to debtors' phase 1 request for production | 0.20 | TJT |

| Date | Description | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to BNSF's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' responses to BNSF's request for production | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Cohn re Federal Ins. Co.'s discovery responses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Federal's responses to plan proponents' interrogatories | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Federal's responses to plan proponents' request for production | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of discovery by Seaton, OneBeacon, GEICO and Columbia | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses to certain Libby Claimants' interrogatories by equity committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review equity committee's responses to G. Benefield's interrogatories | 0.50 | TJT |
| Feb-25-09 | *Case Administration* - Review BMC Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to make 2009 pension contributions with attachment | 0.40 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Nov. and Dec. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak 6th Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by Arrowood to BNSF's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* -  Review responses by equity committee to interrogatories by Y. Cannon | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Arrowood's responses to plan proponents' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PIFCR's joinder in responses by PI Committee to interrogatories by certain Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR's joinder in responses by PI Committee to interrogatories by certain Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to interrogatories and request for production by Arrowood | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses of Arrowood to phase 1 request for production by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' responses to interrogatories by Libby Claimants | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to request for admissions by Arrowood | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from L. Esayian re protective order re confirmation discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of BNSF of responses by interrogatories by plan proponents | 0.10 | TJT |
| Feb-26-09 | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to S. Baena re US ZAI claimants' motion for final approval of ZAI class settlement | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review US ZAI claimants' motion and memorandum in support of motion for final approval of US ZAI class settlement with attachments | 1.30 | TJT |
| | *Case Administration* - Review BMC Group 30th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses of BNSF to request for production of plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review responses of PI Committee to interrogatories by Benefield | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of response of BNSF to joinder of Y. Byington in plan proponents' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by PI Committee to interrogatories by Biladeau | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of response by BNSF to joinder of MCC in plan proponents' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by PI Committee to interrogatories by Y. Cannon | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review response by PI Committee to interrogatories by R. Barnes | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review revised draft dated 2/25/09 of proposed protective order re confirmation discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses of PI Committee to interrogatories by D. Biladeau | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research WR stock values | 0.30 | TJT |
| | *Case Administration* - Review docket re case status for week ending 2/20/09; memo to T. Tacconelli and L. Coggins re same | 0.90 | MH |
| Feb-27-09 | *Case Administration* - Review case status memo for week ending 2/20/09 | 0.10 | TJT |
| | *Case Administration* - Review letter from L. Esayian re debtors' document production | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Dec. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 2/25/09 blackline draft of PI trust distribution agreement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 2/25/09 blackline draft of PD trust agreement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review 2/25/09 PD CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 2/25/09 blackline draft of plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 2/25/09 blackline of disclosure statement | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses of PI Committee to interrogatories by Benefield | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re exhibits A & B to PI Committee's responses to D. Biladeau's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by PI Committee to interrogatories by Y. Cannon | 0.10 | TJT |
| Feb-28-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by B. | 0.20 | TJT |

| | | |
|---|---:|:---|
| Prokopich to ZAI class notice | | |
| *Case Administration* - Review PDFCR's first monthly Fee Application | 0.10 | TJT |
| *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| *Case Administration* - Review K&E 31st Quarterly Fee Application | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review exhibit A to PI Committee's response to D. Biladeau's interrogatories | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review exhibit B to PI Committee's response to D. Biladeau's interrogatories | 0.50 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to Arrowood's request for admissions | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of filing amended confirmation and solicitation procedures | 0.10 | TJT |
| *Plan and Disclosure Statement* - revised proposed confirmation procedures order | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of Federal Ins. Co.'s responses to plan proponents' discovery | 0.10 | TJT |
| *Relief from Stay Litigation* - Review Kaneb's motion to lift stay re Macon, Georgia site with attachments | 0.50 | TJT |

|  |  |
|---|---:|
| Totals | 103.30 |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Feb-01-09 | Photocopy Cost | 8.20 |
| | Photocopy Cost | 8.20 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 3.80 |
| Feb-02-09 | Pacer Service Center - 10/1/08 - 12/31/08 | 16.32 |
| Feb-04-09 | Photocopy Cost | 5.10 |
| | Photocopy Cost | 5.10 |
| | Photocopy Cost | 5.00 |
| Feb-09-09 | Photocopy Cost | 2.50 |
| | Blue Marble - hand delivery (1/23/09) | 28.00 |
| | J & J Court Transcribers - Transcript | 795.40 |
| Feb-11-09 | Photocopy Cost | 0.50 |
| Feb-12-09 | Photocopy Cost | 18.00 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.60 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.60 |

**Invoice No. 30045**                     **Page 14 of 14**                     **March 30, 2009**

|  |  |  |
|---|---|---|
|  | Photocopy Cost | 1.50 |
| Feb-13-09 | Photocopy Cost | 27.60 |
|  | Photocopy Cost | 4.50 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 3.10 |
|  | Photocopy Cost | 2.30 |
|  | Photocopy Cost | 1.60 |
|  | Photocopy Cost | 0.60 |
|  | Transcripts Plus | 213.50 |
|  | First State Deliveries - hand deliveries | 13.00 |
| Feb-14-09 | Photocopy Cost | 1.40 |
| Feb-16-09 | Photocopy Cost | 4.50 |
|  | Photocopy Cost | 4.50 |
|  | First State Deliveries - hand deliveries 2/13/09 | 13.00 |
| Feb-17-09 | Photocopy Cost | 1.90 |
| Feb-18-09 | Photocopy Cost | 0.90 |
| Feb-19-09 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 3.10 |
|  | Photocopy Cost | 2.10 |
|  | West Law - Legal Research (Nov 08) Acct #1000634693; Inv # 817257130 | 96.13 |
| Feb-20-09 | Blue Marble - copies 9.00; service 12.00 (Inv # 30887) | 21.00 |
| Feb-22-09 | Photocopy Cost | 1.90 |
| Feb-27-09 | Blue Marble copies 57.20; service 325.96 | 383.16 |
|  | Blue Marble copies 228.80; service 325.96 (Inv # 31120) | 554.76 |
|  | Blue Marble  - hand deliveries (Inv # 11169) | 344.00 |
|  | Wilmington Trust Company - Court Call charge for 1/26/09 hearing | 38.00 |
|  | Wilmington Trust Company - Court Call charge for 1/14/09 hearing | 142.00 |
| Feb-28-09 | Photocopy Cost | 0.90 |
|  | Totals | $2,798.67 |

**Total Fees & Disbursements**                                        **$30,893.17**


**Balance Due Now**                                        **$30,893.17**