# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Re: 4/1/09 Agenda Item No. 3**
**Various Docket Numbers[2]**

## ORDER APPROVING QUARTERLY
## FEE APPLICATIONS FOR THE THIRTIETH PERIOD

Upon the twenty-ninth quarterly fee applications (the "Applications")[3] of the Professionals referenced on **Exhibit A** attached hereto for the period of July 1, 2008 through September 30, 2008, (the "Compensation Period"), pursuant to sections 105(a) and 331 of title

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Re: Docket Numbers: 19802, 19879, 19902, 19935, 19957, 20000, 20025, 20028, 20034, 20035, 20039, 20051, 20052, 20053, 20054, 20055, 20068, 20117, 20119, 20120, 20131, 20136, 20137, 20138, 20148, 20192, 20207, 20303, 20316, 20325, 20354, 20499, 20505, 20524, 20663, 20683, 20688, 20711, 20810, 20847, & 21010

[3] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order.

91100-001\DOCS_DE:146413.1

11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016 and the Amended Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Compensation Order"); and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Applications as modified on **Exhibit A** hereto are granted; and it is further

ORDERED that each of the Professionals is allowed in the amounts set forth in **Exhibit A** (i) compensation for services rendered during the Compensation Period and (ii) reimbursement for actual and necessary expenses incurred during the Compensation Period; and it is further

ORDERED that the Debtors are authorized and directed to make payment to each of the Professionals, 100% of any and all fees and 100% of any and all expenses listed in **Exhibit A** that have not yet been paid pursuant to the Interim Compensation Order, provided, however, that all fees and expenses paid pursuant to this order are subject to final allowance by the Court pursuant to the terms of the Interim Compensation Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2009

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# Exhibit A

## W.R. Grace - 30th Interim (July – September 2008)
## Fee and Expense Chart with Recommendations
## Exhibit A

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20054 | TOTAL: $449,116.00 | $2,897.32 | $447,536.00 | $2,675.02 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20524 | TOTAL: $16,750.00 | $2,203.00 | $16,750.00 | $2,203.00 |

| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20354 | TOTAL: $60,000.00 | $82.72 | $60,000.00 | $82.72 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20688 | TOTAL: $144,089.00 | $986.54 | $144,089.00 | $986.54 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20119 | TOTAL $119,533.50 | $23,051.07 | $119,533.50 | $22,902.07 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20499 | TOTAL: $525,000.00 | $12,482.08 | $525,000.00 | $12,482.08 |

1

| BMC GROUP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20810 | TOTAL: | $160,090.00 | $14,923.28 | $160,090.00 | $14,203.22 |

| BUCHANAN INGERSOLL & ROONEY PC |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20000 | TOTAL: | $61,097.00 | $1,013.73 | $59,625.43 | $1,013.73 |

| CAMPBELL & LEVINE, LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20051 | TOTAL: | $67,306.50 | $6,211.38 | $67,306.50 | $6,211.38 |

| CAPLIN & DRYSDALE, CHARTERED |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20053 | TOTAL: | $403,262.00 | $20,326.98 | $403,262.00 | $20,326.98 |

| CAPSTONE ADVISORY GROUP, LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20192 | TOTAL: | $304,425.50 | $2,608.68 | $304,425.50 | $2,272.98 |

| CASNER & EDWARDS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19957 | TOTAL: | $195,029.00 | $42,628.85 | $195,029.00 | $42,628.85 |

| CHARTER OAK FINANCIAL CONSULTING LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20055 | TOTAL: | $108,192.75 | $84.00 | $108,192.75 | $84.00 |

| DAY PITNEY LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19902 | TOTAL: | $50,136.50 | $470.84 | $50,136.50 | $470.84 |

| DELOITTE & TOUCHE LLP (14th and 29th) ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20683 | TOTAL: | 14th | $34,843.00 | $7,519.00 | $34,843.00 | $7,519.00 |
| | TOTAL: | 29th | $29,655.00 | $787.19 | $29,655.00 | $787.19 |

| DUANE MORRIS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20847 | TOTAL: | $77,335.00 | $3,348.21 | $77,335.00 | $3,148.16 |

| FERRY JOSEPH & PEARCE, P.A. |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20034 | TOTAL: | $54,906.00 | $5,128.81 | $54,906.00 | $5,128.81 |

| FOLEY HOAG LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20028 | TOTAL: | $50,589.82 | $175.60 | $50,589.82 | $175.60 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19879 | TOTAL: | $20,500.00 | $8,232.24 | $20,500.00 | $8,232.24 |

3

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20120  TOTAL: | $937.50 | $0.00 | $937.50 | $0.00 |

| HOLME ROBERTS & OWEN, LLP (29th) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20316  TOTAL: | $1,137.50 | $3,550.61 | $1,137.50 | $3,550.61 |

| HOLME ROBERTS & OWEN, LLP (30th) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20663  TOTAL: | $11,821.00 | $6,656.41 | $11,821.00 | $6,656.41 |

| KIRKLAND & ELLIS, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20039  TOTAL: | $6,748,525.00 | $636,917.13 | $6,746,495.50 | $633,229.34 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20068  TOTAL: | $271,548.00 | $6,211.59 | $271,548.00 | $6,211.59 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20052  TOTAL: | $48,157.50 | $0.00 | $48,157.50 | $0.00 |

| NELSON MULLINS RILEY & SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20505    TOTAL: | $4,296.00 | $42.44 | $4,296.00 | $42.44 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20117    TOTAL: | $0.00 | $21,670.01 | $0.00 | $9,635.01 |

| OGILVY RENAULT LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19935    TOTAL: | CDN387,223.50 | CDN3,660.38 | CDN387,223.50 | CDN3,660.38 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20136    TOTAL: | $1,205,058.75 | $69,698.64 | $1,205,058.75 | $69,589.08 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20325    TOTAL: | $153,224.00 | $89,174.61 | $153,224.00 | $89,174.61 |

| PHILLIPS GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20148    TOTAL: | $27,323.00 | $2,666.07 | $27,323.00 | $2,666.07 |

---

[1] The entire expense award is for committee member, Motley Rice, LLC.

| PIPER JAFFREY & CO. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20137    TOTAL: | $150,000.00 | $1,575.96 | $150,000.00 | $1,575.96 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20035    TOTAL: | $434,882.63 | $13,205.19 | $434,450.83 | $13,205.19 |

| PROTIVITI INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19802    TOTAL: | $37,012.50 | $2,538.58 | $37,012.50 | $2,538.58 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20025    TOTAL: | $572,574.00 | $118,418.69 | $572,574.00 | $118,418.69 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20711    TOTAL: | $205,229.00 | $3,752.11 | $205,229.00 | $3,752.11 |

| STROOCK & STROOCK & LAVAN LLP[2] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20207    TOTAL: | $645,502.50 | $12,148.45 | $645,092.50 | $12,148.45 |

---

[2] Stroock's expense request and award includes $11,888.55 for its own expenses and $259.90 for the fees and expenses of Navigant Consulting, Inc. ("Navigant"). Navigant's fees and expenses are excluded from the scope of the Fee Auditor's review, pursuant to the Court's Order Authorizing the Retention of Experts (Docket No. 564) dated June 22, 2001, and Paragraph 3 of the Order Appointing Fee Auditor in Accordance with the Court's Direction (Docket No. 1676) dated March 18, 2002.

| TOWERS PERRIN TILLINGHAST | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20303 | TOTAL: | $38,079.50 | $64.95 | $33,975.50 | $64.95 |

| TRE ANGELI LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20138 | TOTAL: | $140,000.00 | $1,219.01 | $140,000.00 | $1,219.01 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 21010 | TOTAL: | $72,470.50 | $1,465.48 | $72,470.50 | $1,465.48 |

| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 20131 | TOTAL: | $39,246.50 | $762.00 | $38,961.50 | $762.00 |