IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Arlene G. Krieger, certify that I am not less than 18 years of age, and that service of a copy of **The Official Committee of Unsecured Creditors' Preliminary Witness Disclosure [D.I. 20998]** was made March 13, 2009, upon:

All of the parties on the attached Service List via Electronic Mail, as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: March 31, 2009

*Arlene M. Krieger*

Arlene G. Krieger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
Email:        akrieger@stroock.com

## Service List
## Via Electronic Mail

acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arosenberg@paulweiss.com
belias@omm.com
bmukherjee@goodwinprocter.com
candon@cwg11.com
carignanj@pepperlaw.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
Catherine.Chen@wilsonelser.com
cohn@cwg11.com
collins@rlf.com
david.klauder@usdoj.gov
david.turetsky@skadden.com
DBlabey@kramerlevin.com
dfelder@orrick.com
dglosband@goodwinprocter.com
DJ.Baker@skadden.com
dmannal@kramerlevin.com
drosenbloom@mwe.com
dsilver@mccarter.com
dspeights@speightsrunyan.com
ealcabes@stblaw.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@fmew.com
emdecristofaro@fnew.com
erw@skfdelaware.com
ewestbrook@rpwb.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
gcalhoun@steptoe.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
green@lrclaw.com
gsvirsky@omm.com
hertzbergr@pepperlaw.com
ilevee@lowenstein.com
jal@capdale.com
James.Freeman2@usdoj.gov
jbaer@jsbpc.com
jcohn@cozen.com
jdd@stevenslee.com
jeff.friedman@kattenlaw.com
jguy@orrick.com
jmeltzer@sbtklaw.com
JOneill@pszjlaw.com
jpruggeri@hhlaw.com

lepley@crowell.com
locasaleg@whiteandwilliams.com
lpg@stevenslee.com
lstover@eckertseamans.com
madigan.andrea@epa.gov
madron@r.kirkland.com
maward@wcsr.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
mes@stevenslee.com
metkin@lowenstein.com
mforshaw@stblaw.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
Michael.Brown@dbr.com
miller@skfdelaware.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mphillips@cblh.com
mphillips@paulweiss.com
mpiropato@stblaw.com
mwallace@orrick.com
mwdies@aol.com
mweis@dilworth.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
om@kirkland.com
Pbentley@kramerlevin.com
perniconec@wilsonelser.com
pmahaley@orrick.com
ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rfrankel@orrick.com
rguttman@zeklaw.com
rhorkovich@andersonkill.com
richard.finke@grace.com
rifft@wileyrein.com
rjsidman@vorys.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@fmew.com
tfreedman@kirkland.com
tgerber@fulbright.com
thomas.quinn@mendes.com
toolee@pepperlaw.com
tschiavoni@omm.com

jsakalo@bilzin.com
jspadaro@johnsheehanspadaro.com
jwisler@cblh.com
kandestin@rlf.com
kbornstein@sbtklaw.com
kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
landis@lrclaw.com

tscobb@vorys.com
ttacconelli@ferryjoseph.com
vguldi@zuckerman.com
wrussell@stblaw.com
wshelley@cozen.com
x-fer@cwg11.com
yoderj@whiteandwilliams.com
young@wildman.com