IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

### CERTAIN INSURERS' NOTICE OF FILING OF THE EXPERT REPORT OF PROFESSOR GEORGE L. PRIEST

PLEASE TAKE NOTICE that on March 31, 2009, Certain Insurers[1] filed the written report of expert witness Professor George L. Priest in the above-captioned case. A copy of Professor Priest's report and accompanying appendices is attached hereto as Exhibit A.

A courtesy copy of the report and appendices will be delivered to the chambers of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge.

Respectfully submitted,

Dated: March 31, 2009

/s/ David P. Primack
Warren T. Pratt (DE Bar I.D. #4334)
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

- and -

---

[1] "Certain Insurers" include: Government Employees Insurance Company, Columbia Insurance Company f/k/a Republic Insurance Company, and Seaton Insurance Company; Arrowood Indemnity Company f/k/a Royal Indemnity Company; Continental Casualty Company and Continental Insurance Company and affiliated companies; Federal Insurance Company; Fireman's Fund Insurance Company and Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Maryland Casualty Company, Zurich Insurance Company, and Zurich International (Bermuda) Ltd. Undersigned counsel has been authorized to sign and submit this notice on behalf of each and all of these Certain Insurers.

- 2 -

        Michael F. Brown (*pro hac vice*)
        Jeffrey M. Boerger *(pro hac vice)*
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA 19103-6996
        Telephone: (215) 988-2700
        Facsimile: (215) 988-2757

        Counsel for Government Employees
        Insurance Company, Columbia Insurance
        Company f/k/a Republic Insurance
        Company, and Seaton Insurance Company