THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 30th day of March, 2009, true and correct copies of the *Debtors' Response to OneBeacon America Insurance Company's and Seaton Insurance Company's Requests for Admission Directed to the Debtors (Set No. 2)* were served on the individuals listed on Exhibit A attached hereto in the manner indicated therein.

Dated: March 31, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Andrew Running
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 - 4900

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

91100-001\DOCS_DE:146627.2