IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 21, 2009 |
| | : | Hearing Date: TBD, if necessary |

FEE DETAIL FOR DAY PITNEY LLP'S
NINETY-FIRST INTERIM FEE APPLICATION FOR THE PERIOD
FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 02/09/09 | Reviewed daily docket, printed entries, and discussed same with K. Piper | | |
| 18 | K. Begley | 0.2 | 50.00 |
| 02/16/09 | Reviewed invoice for January fee application and emailed S. Rosenberger regarding same | | |
| 18 | K. Begley | 0.2 | 50.00 |
| 02/18/09 | Drafted January 2009 Fee Application Documents; Emails with S. Rosenberger regarding same | | |
| 18 | K. Begley | 1.6 | 400.00 |
| 02/19/09 | Revised January 2009 Fee Application Documents; Discussed same with K. Piper; Drafted email regarding filing of CNO | | |
| 18 | K. Begley | 1.1 | 275.00 |
| 02/23/09 | Revised January 2009 Fee Application documents and sent to S. Zuber for review | | |
| 18 | K. Begley | 0.3 | 75.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| K. Begley | 3.40 | 250.00 | | 850.00 |
| TOTALS | 3.40 | | | 850.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE | |
|---|---|---|---|---|---|
| K. Begley | 18 | 3.4 | 250.00 | | 850.00 |
| TOTAL | | 3.4 | | | 850.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 02/03/09 | Telephone calls with mediator regarding settlement and follow up e-mail to mediator regarding same. | | | |
| 14 | A. Marchetta | | 0.5 | 320.00 |
| 02/04/09 | Telephone calls and e-mails regarding settlement. | | | |
| 14 | A. Marchetta | | 0.5 | 320.00 |
| 02/05/09 | Telephone call to J. Torregrossa regarding call to R. Gilson. | | | |
| 14 | A. Marchetta | | 0.3 | 192.00 |
| 02/06/09 | Telephone calls and e-mails regarding settlement; telephone call with client regarding same. | | | |
| 14 | A. Marchetta | | 0.7 | 448.00 |
| 02/12/09 | Telephone call to Third Circuit mediator regarding status and follow up e-mail regarding same. | | | |
| 14 | A. Marchetta | | 0.4 | 256.00 |
| 02/12/09 | Review file and draft response to W. Sparks' request for status update to Board of Directors re litigation status. | | | |
| 3 | B. Moffitt | | 0.7 | 280.00 |
| 02/13/09 | Telephone call from Third Circuit mediator and follow up regarding same. | | | |
| 14 | A. Marchetta | | 0.5 | 320.00 |
| 02/14/09 | Review memo from client with question on NJDEP requirements for public notice; memo to URS on status of cleanup. | | | |
| 14 | W. Hatfield | | 0.3 | 124.50 |
| 02/17/09 | E-mails regarding status. | | | |
| 14 | A. Marchetta | | 0.2 | 128.00 |
| 02/18/09 | Follow up regarding information for client. | | | |
| 14 | A. Marchetta | | 0.2 | 128.00 |
| 02/18/09 | Review e-mail exchanges, review file and e-mail client re NJDEP motion to file late proof of claim. | | | |
| 3 | B. Moffitt | | 0.2 | 80.00 |
| 02/24/09 | Memos with client and URS on NJDEP invoice and oversight issues. | | | |
| 14 | W. Hatfield | | 0.3 | 124.50 |

| 02/25/09 | E-mails and telephone call with W. Hatfield regarding remediation issue in relation to settlement; telephone call to J. Torregrossa, Third Circuit Mediator, regarding settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 512.00 |
| 02/26/09 | Torregrossa call regarding briefing order. | | |
| 14 | A. Marchetta | 0.3 | 192.00 |
| 02/26/09 | Address DEP issues and URS correspondence. | | |
| 14 | W. Hatfield | 0.4 | 166.00 |
| 02/27/09 | Follow up regarding Third Circuit Mediator and moving of case; settlement issues. | | |
| 14 | A. Marchetta | 0.3 | 192.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.00 | 415.00 | 415.00 |
| A. Marchetta | 4.70 | 640.00 | 3,008.00 |
| B. Moffitt | 0.90 | 400.00 | 360.00 |
| TOTALS | 6.60 | | 3,783.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.7 | 640.00 | 3,008.00 |
| W. Hatfield | 14 | 1.0 | 415.00 | 415.00 |
| B. Moffitt | 3 | 0.9 | 400.00 | 360.00 |
| TOTAL | | 6.6 | | 3,783.00 |

4

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

NONE.

5

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

*In re*

W. R. GRACE & CO., *et al.*[1],

      Debtors.

:
:
:
:
:
:
:

Chapter 11
Case No. 01-1139 (JKF)
(Jointly Administered)

Objection Deadline:  April 21, 2009
Hearing Date: TBD, if necessary

### VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

      1.  I am a partner with the applicant firm, Day Pitney LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States District Court for the Northern District of New York,

the United States District Court for the Eastern District of New York, the United States District

Court for the Southern District of New York, the United States District Court for the Western

District of New York, the United States District Court for the District of Colorado, the United

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

States District Court for the Eastern District of Texas, the United States District Court for the

Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the

United States Court of Appeals for the Second Circuit, the United States Tax Court, and the

United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services

rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other

work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information, and belief.

Florham Park, New Jersey
Dated: April 1, 2009

Respectfully submitted,
DAY PITNEY LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950