IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 4/22/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SEVENTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2009 through March 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $27,186.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $4,556.30 |

This is a(n):   ☒Monthly   ☐Interim   ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour. In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 59.1 hours,[2] for a total amount billed of $33,982.50 of which 80% is currently sought, in the amount of $27,186.00.

As stated above, this is the Seventh application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 44.9 | $25,817.50 |
| Travel | 24.4 | $7,015.00 |
| Fee Applications (Monthly) | 2.0 | $1.150.00 |
| TOTAL | 72.8 | $33,982.50 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Court Call<br>Conference Calling | $4,477.92<br>$69.50<br>$8.88 |
| TOTAL | $4,556.30 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of April, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## NOTE NEW MAILING ADDRESS!

### INVOICE FOR PROFESSIONAL SERVICES (March, 2009)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 3/1/2009 | Prepare Sixth Fee Application and Notice thereof | 1.5 |
| 3/1/2009 | Review Disclosure Statement Objection Chart and COC re same | 0.2 |
| 3/1/2009 | Review email from Debtors' counsel re purpose of ZAI DPA changes | 0.1 |
| 3/2/2009 | Email from ZAI counsel re DPA | 0.1 |
| 3/2/2009 | Review hearing agenda | 0.1 |
| 3/2/2009 | Review and Analysis of the Final Disclosure Statement and Plan, all Exhibits thereto and notices of filing | 2.0 |
| 3/3/3009 | Continued Review and Analysis of the Final Disclosure Statement and Plan and all Exhibits thereto | 2.0 |
| 3/4/3009 | Review Pro Se ZAI and PI claim | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 3/4/2009 | Review confirmation discovery responses to various parties by the Debtors and the PI FCR | 0.5 |
| 3/5/2009 | Emails to and from Debtors' counsel and PI FCR counsel re Property Damage Study | 0.1 |
| 3/5/2009 | Review and Analysis of the latest draft of the Intercreditor Agreement | 2.0 |
| 3/5/2009 | Telephone conference with PI FCR counsel re Intercreditor Agreement | 0.5 |
| 3/6/2009 | Review Debtors' response to Arrowood discovery | 0.1 |
| 3/6/2009 | Review Order re Anderson Memorial motion re CMO | 0.1 |
| 3/6/2009 | Draft and file CNO on First Quarterly Fee Application | 0.2 |
| 3/6/2009 | Review of Plan Proponents Discovery Responses, including: Asbestos PI Future Claimants' Representative's Response to Zurich's Joinder in the CNA Companies' First Set of Requests for Admission, First Set of Interrogatories and First Set of Requests for Documents; Asbestos PI Future Claimants' Representative's Response to CNA Companies' First Set of Requests for Admission, First Set of Interrogatories and First Set of Requests for Documents; Asbestos PI Future Claimants' Representative's Response to Certain Insurers' First Requests for Admission, (Revised) First Set of Interrogatories and First Set of Requests for Documents; Asbestos PI Future Claimants' Representative's Response to Government Employees Insurance Company and Columbia Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents; Asbestos PI Future Claimants' Representative's Response to OneBeacon America Insurance Company and Seaton Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents; and Debtors, Official Committee of Asbestos Personal Injury Claimants, Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders' Joint Response to Federal Insurance Company's First Set of Requests for Admission, First Set of Interrogatories, and First Set of Requests for Production of Documents | 1.2 |
| 3/6/2009 | Review of and revisions to the 3-6 version of the Intercreditor Agreement and email to PI FCR counsel and others re same | 1.0 |
| 3/6/2009 | Review of Revisions to Disclosure Statement regarding the Intercreditor Agreement and email to PI FCR counsel and others re same | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 3/7/2009 | Review final redline of ICA; Emails from PI FCR's counsel and debtors' counsel re ICA; email to D. Speights re ICA | 0.5 |
| 3/8/2009 | Review discovery responses (Debtors' Response to Certain Insurers' discovery; Debtors' Response to Seaton Discovery; Plan Proponents Objections and Answers to Scotts Requests for Admission; Plan Proponents Objections and Answers to Scotts Interrogatories; Plan Proponents Objections and Answers to Scotts Document Request; ACC Responses to Discovery Propounded by Fireman's Fund; ACC Objections and Responses to Discovery Requests of Zurich; ACC Objections and Responses to Discovery Requests of CNA; ACC Objections and Responses to Discovery by GEICO; Debtors' Response to Zurich discovery; Debtors' Response to GEICO discovery; Debtors' Response to CNA discovery; ACC Objections and Responses to Discovery Requests of Seaton) | 1.2 |
| 3/8/2009 | Email to T. Freedman re PD Trust Agreement | 0.2 |
| 3/8/2009 | Continued Review and Analysis of the Final Disclosure Statement and Plan and all Exhibits thereto | 1.5 |
| 3/8/2009 | Travel (non-productive) to Pittsburgh for Disclosure Statement Hearing (2.6 hrs. @50%) | 1.3 |
| 3/9/2009 | Attend Disclosure Statement Hearing | 3.0 |
| 3/9/2009 | Review Revised Draft Protective Order re confidential Information in connection with confirmation and email from counsels re same | 0.3 |
| 3/9/2009 | Travel (non-productive) from Pittsburgh to Dallas (5.2 hrs. @50%) | 2.6 |
| 3/9/2009 | Review order re Pro Se ZAI claim | 0.1 |
| 3/9/2009 | Review signed order approving disclosure statement, voting procedures, etc. | 0.3 |
| 3/10/2009 | Telephone conference with ZAI counsel re status | 0.2 |
| 3/10/2009 | Review correspondence from Debtor re document production | 0.1 |
| 3/11/2009 | Review deposition notice for Libby expert | 0.1 |
| 3/11/2009 | Review 9019 motion re multisite agreement | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 3/11/2009 | Telephone conference with Debtors' counsel re discovery issues and letter to Debtors' counsel re same | 0.6 |
| 3/11/2009 | Telephone conference with J. Sakalo re PD CMO | 0.1 |
| 3/11/2009 | Email to Debtors' counsel re PD CMO plan exhibit | 0.1 |
| 3/12/2009 | Email to and from client re April Omnibus hearing | 0.1 |
| 3/12/2009 | Review Environmental claim settlement notices | 0.1 |
| 3/12/2009 | Review Deposition notice from Anderson Memorial for R. Finke | 0.1 |
| 3/13/2009 | Email to counsel re extension of expert report | 0.1 |
| 3/13/2009 | Review Third Circuit opinion re Anderson (Speights) appeal; emails to counsel re same | 0.2 |
| 3/13/2009 | Draft and file Reservation of Rights regarding Witnesses at Confirmation Hearing | 0.3 |
| 3/13/2009 | Review witness lists filed by insurers, committees, plan proponents, Scotts, Montana | 0.6 |
| 3/13/2009 | Review Objection to ZAI certification filed by Anderson Memorial | 0.2 |
| 3/13/2009 | Review motion to extend expert report deadline for Prof. Priest | 0.1 |
| 3/13/2009 | Emails to and from Debtors' counsel re depositions and PD document | 0.2 |
| 3/13/2009 | Email to client re strategy | 0.1 |
| 3/13/2009 | Review Debtors' Objection to Anderson Memorial ZAI POC | 0.5 |
| 3/16/2009 | Teleconference with client re strategy | 0.2 |
| 3/16/2008 | Emails to and from Ted Freedman re meetings | 0.1 |
| 3/16/2009 | Review proposed confidentiality order from debtor and email to client re same | 0.3 |
| 3/16/2009 | Review additional witness lists | 0.1 |

| | | |
|---|---|---|
| 3/16/2009 | Review PD Committee Response to Interrogatories and RFA of Debtors | 0.2 |
| 3/16/2009 | Review letter re document production from Lisa G. Esayian | 0.1 |
| 3/17/2009 | Telephone conference with client re status of meetings | 0.1 |
| 3/17/2009 | Review Discovery responses of Anderson Memorial and Speights & Runyan | 0.2 |
| 3/17/2009 | Telephone conference with Ted Freedman re financial meeting and email from P. Zilly re same | 0.2 |
| 3/17/2009 | Review additional witness lists | 0.1 |
| 3/18/2009 | Review revisions to Confirmation Discovery Protective Order | 0.2 |
| 3/18/2009 | Review supplemental expert reports of the Libby Claimants | 0.7 |
| 3/18/2009 | Attend to finalizing Confidentiality Agreement for PD FCR | 0.2 |
| 3/18/2009 | Review comments to confirmation discovery protective order and emails re same | 0.1 |
| 3/18/2009 | Review OI withdrawal of objection | 0.1 |
| 3/19/2008 | Attend by telephone portion of expert deposition of Dr. Whitehouse | 2.5 |
| 3/19/2009 | Review Debtors' and Insurers Expert Reports | 2.0 |
| 3/19/2009 | Emails to Debtors' counsel re PD FCR fees and Deposition of Richard Finke | 0.1 |
| 3/19/2009 | Emails regading Confirmation Discovery Protective Order | 0.1 |
| 3/19/2009 | Review Exhibit re KPMG estimates from Sealed Air case | 0.6 |
| 3/20/2009 | Emails re Finke Deposition | 0.1 |
| 3/20/2009 | Review Pro Se ZAI and PI claim | 0.1 |
| 3/21/2009 | Review Plan Proponents Verifications to Federal Insurance discovery requests | 0.1 |
| 3/23/2009 | Prepare and attend to filing of CNO for PD FCR's First Monthly Fee Application | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 3/23/2009 | Review Amended Notice of Finke Deposition | 0.1 |
| 3/23/2009 | Review Anderson Memorial's Interrogatories, Requests for Production and Requests for Admissions directed to the Plan Proponents | 0.3 |
| 3/24/2009 | Email from P. Zilly re change of meeting time | 0.1 |
| 3/24/2009 | Review of 2009-2011 KERP motion | 0.3 |
| 3/24/2009 | Review 9019 Motion re PD Claim | 0.1 |
| 3/24/2009 | Review UCC's Discovery Response to Debtors | 0.1 |
| 3/24/2009 | Review Equity Committee Responses to Libby RFPs | 0.1 |
| 3/24/2009 | Review Debtors' Motion for Leave to Reply to Anderson ZAI objection | 0.1 |
| 3/24/2009 | Travel (non-productive) to New York for meeting with Committees and Grace financial advisors (5.6 hrs. @ 50%) | 2.8 |
| 3/25/2009 | Meeting with Grace and Committee financial advisors | 2.1 |
| 3/25/2009 | Travel (non-productive) to Dallas (5.6 hrs. @ 50%) | 2.8 |
| 3/26/2009 | Emails regarding extension for insurers' expert report | 0.1 |
| 3/26/2009 | Reivew Orders re ZAI reply brief, pension plan and Baer retention | 0.2 |
| 3/27/2009 | Emails from Ted Freedman and to client re CFO meeting | 0.1 |
| 3/27/2009 | Review Second Amended Notice of Finke Deposition and Debtor's Objection to Amended Finke deposition notice | 0.1 |
| 3/27/2009 | Review deposition calendar from debtor | 0.1 |
| 3/27/2009 | Review corrections to Mathis expert report | 0.1 |
| 3/28/2009 | Review Grace Reply Brief re Anderson objection to ZAI settlement | 0.2 |
| 3/29/2009 | Travel (non-productive) to Wilmington for Finke Deposition (5.4 hrs. @50%) | 2.7 |
| 3/30/3009 | Emails to and from client re CFO meeting and fee issues | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 3/30/2009 | Attend deposition of Richard Finke in Wilmington | 8.3 |
| 3/30/2009 | Review Discovery Responses and Requests re Confirmation: (Plan Proponents Response to Montana Phase II Rogs and RFPs; Plan Proponents Response to Shea and Thom Rogs and RFPs; ACC and FCR Answers to Doney Rogs and RFPs; ACC and FCR Answers to White's Rogs and RFPs; ACC and FCR Responses to Benefield's RFP; ACC and FCR Responses to Canon's RFP; ACC and FCR Responses to Doney's RFP; ACC and FCR Responses to White's RFP; ACC Responses to Barnes RFP; ACC Responses to Biladeau's RFP; Plan Proponents Responses to BNSF Discovery; Equity Committee Response to White's RFP; Equity Committee Response to Doney Rogs; Equity Committee Response to Doney RFPs; Equity Committee Response to White Rogs; Libby Claimants' Response to Debtors' RFP; Travelers 2nd RFA to Debtors; ACC and FCR Answers to Doney Rogs (Revised); ACC and FCR Answers to White's Rogs (Revised); Plan Proponents Response to RFPs and Rogs of Byington (Libby); Plan Proponents' Response to Libby Claimants' RFAs; Debtors' Response to Doney Interrogatories (Libby); Debtors' Response to Kirk White Interrogatories (Libby); Plan Proponents' Response to CNA's 2nd RFPs; Plan Proponents' Response to Maryland Casualty Rogs, RFAs and PFPs; Debtors' Response to RFA of Yoko Cannon (Libby); Debtors' Response to RFP of Benefield; Debtors' Response to RFP of Doney; Debtors' Response to RFP of Kirk White) | 2.2 |
| 3/31/2009 | Review Debtors' Amended Discovery Request to PD Committee | 0.1 |

Total: 59.1 hours @ $575.00/hour = $33,982.50

<u>Expenses</u>:   Travel Expenses (Detail on Exhibit 1)  $4,556.30

**Total Fees and Expenses Due:        $38,538.80**

EXPENSES FOR MARCH 2009						EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 1/26/2009 | Court Call | $38.00 |
| 2/1/2009 | Conference Calling | $8.88 |
| 2/23/2009 | Court Call | $32 |
| 3/8/2009 | RT Restricted Coach Airfare DFW-PIT and change fees | $1,311.20 |
| 3/8/2009 | Taxi to Hotel | $45.64 |
| 3/9/2009 | Hotel (Omni William Penn) | $318.06 |
| 3/9/2009 | Taxi to Airport | $42.11 |
| 3/9/2009 | Lunch | $15.75 |
| 3/9/2009 | Parking at DFW | $10.00 |
| 3/24/2009 | RT Restricted Coach Airfare DFW-LGA and change fees | $1,113.40 |
| 3/24/2009 | Hotel (Hilton) | $229.59 |
| 3/24/2009 | Dinner | $4.90 |
| 3/25/2009 | Taxi from LGA to Meeting | $35.85 |
| 3/25/2009 | Taxi to LGA | $33.05 |
| 3/25/2009 | Parking at DFW | $24.00 |
| 3/29/2009 | RT Restricted Coach Airfare to and from PHL and stand-by fee | $455.60 |
| 3/29/2009 | Dinner | $10.07 |
| 3/29/2009 | Hotel (du Pont) | $284.90 |
| 3/30/2009 | Parking | $22.00 |
| 3/30/2009 | Rental Car Charges | $33.18 |
| 3/30/2009 | Lunch | $10.28 |
| 3/31/2009 | Hotel (duPont) | $306.90 |
| 3/31/2009 | Parking | $22.00 |
| 3/31/2009 | Dinner | $21.60 |
| 3/31/2009 | Rental Car Charges | $63.74 |
| 4/1/2009 | Courthouse parking | $6.00 |
| 4/1/2009 | Lunch | $20.10 |
| 4/1/2009 | Parking at DFW | $38.00 |
|  | TOTAL EXPENSES | $4,556.30 |