## EXHIBIT A

### Asset Analysis and Recovery .50 Hours; $ 420.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $840 | 420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/05/09 | PVL | 840.00 | 0.10 | Review draft ACC med stmt. re FFIC. |
| 02/07/09 | PVL | 840.00 | 0.30 | Review FFIC mediation stmt and email Horkovich. |
| 02/10/09 | PVL | 840.00 | 0.10 | Teleconference Wyron, Guy and Mehaley re Equitas. |

**Total Task Code .01          .50**

### Case Administration (168.10 Hours; $ 85,296.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.50 | $840 | 2,100.00 |
| Bernard Bailor | 112.10 | $630 | 70,623.00 |
| Rita C. Tobin | .40 | $530 | 212.00 |
| James P. Wehner | .70 | $495 | 346.50 |
| David B. Smith | .40 | $235 | 94.00 |
| Michael C. Greene | 43.30 | $235 | 10,175.50 |
| Eugenia Benetos | 4.90 | $205 | 1,004.50 |
| Marissa A. Fanone | 3.80 | $195 | 741.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/09 | BSB | 630.00 | 6.40 | Read expert witness deposition and trial transcripts regarding Libby medical issues |
| 02/02/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous. |
| 02/03/09 | BSB | 630.00 | 5.90 | Review and research ASTDR Study on Libby Montana |
| 02/03/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 02/03/09 | JPW | 495.00 | 0.70 | Review LTC filings, e-mail to TWS |

| 02/04/09 | BSB | 630.00 | 6.10 | Research medical literature regarding Libby |
| 02/04/09 | MCG | 235.00 | 1.00 | Per KCM and PVNL, conduct files search for judgments, verdicts and appeal briefs in the Edwards v. PCC and Grace matter. |
| 02/04/09 | EB | 205.00 | 0.50 | Review, classify, and annotate relevant material concerning supplemental plan documents for EI. (.5) |
| 02/05/09 | BSB | 630.00 | 7.00 | Analysis of transcripts in One fiber file (1.2); continue work on medical issues and ASTDR Study of Libby (5.8). |
| 02/05/09 | PVL | 840.00 | 0.40 | Review and file working copies of docs. |
| 02/05/09 | EB | 205.00 | 1.50 | Perform review of Court docket re: plan documents. Create redwelds and save PDFs in the system. (1.5) |
| 02/06/09 | BSB | 630.00 | 5.20 | Analysis of Amanders articles regarding Libby |
| 02/06/09 | PVL | 840.00 | 0.30 | Teleconference Rebault (claimant). |
| 02/06/09 | EB | 205.00 | 1.00 | Continue updated plan documents for EI. Create folder in the system for all documents and exhibits. (1) |
| 02/09/09 | BSB | 630.00 | 4.30 | Work on medical testimony in Grace |
| 02/09/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 02/10/09 | BSB | 630.00 | 6.20 | Review latest file from Libby, i.e., White house 1 2 3 patient CD |
| 02/10/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 02/12/09 | BSB | 630.00 | 5.50 | Continue with medical materials from Libby |
| 02/12/09 | RCT | 530.00 | 0.20 | Review dockets and local counsel recommendations re EI update (.2) |
| 02/13/09 | BSB | 630.00 | 5.40 | Work on expert witness matter |
| 02/13/09 | PVL | 840.00 | 0.80 | Review 4 miscellaneous filings (.1); review agenda (.1); review file working docs (.6). |
| 02/13/09 | MCG | 235.00 | 0.30 | Per EGB, meet with P. Stevens re ACC/FR Estimation Hearing Exhibit List and Concordance data entry project re same. |

| | | | | |
|---|---|---|---|---|
| 02/13/09 | MCG | 235.00 | 2.00 | Review and make necessary updates to Concordance database re ACC/FR Estimation Hearing Exhibit List. |
| 02/17/09 | BSB | 630.00 | 6.40 | Continue work on Libby medical issues |
| 02/17/09 | MCG | 235.00 | 3.00 | Per EGB, update Concordance database re ACC/FR Estimation Hearing Exhibit List. |
| 02/17/09 | MCG | 235.00 | 0.50 | Meet with BSB and DBS re Dr. Whitehouse (2004) patient medical records CD project. |
| 02/18/09 | BSB | 630.00 | 7.40 | Telephone conferences (.3) with Laura Welch (0.4); assign paralegal to analysis (0.5); review latest material from Libby (6.2) |
| 02/18/09 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 02/18/09 | MCG | 235.00 | 4.50 | Per BSB, review Dr. Whitehouse (2004) CD containing patient medical records and create spreadsheet reflecting patient exposure to asbestos. |
| 02/19/09 | BSB | 630.00 | 8.60 | Meeting with Laura Welch, Alan Whitehouse, Chris Condon & Arthur Frank. |
| 02/19/09 | DBS | 235.00 | 0.40 | Compile discovery responses from similar bankruptcy proceeding for attorney review. |
| 02/19/09 | MCG | 235.00 | 9.30 | Per BSB, review Dr. Whitehouse (2004) CD containing patient medical records and create spreadsheet reflecting patient exposure to asbestos. |
| 02/20/09 | BSB | 630.00 | 6.40 | Follow-up on issues from Philadelphia conference; memorandum to file |
| 02/20/09 | PVL | 840.00 | 0.10 | Review 3 miscellaneous filings and amended agenda. |
| 02/20/09 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 02/20/09 | MCG | 235.00 | 6.00 | Per BSB, review Dr. Whitehouse (2004) CD containing patient medical records and create spreadsheet reflecting patient exposure to asbestos. |
| 02/21/09 | MCG | 235.00 | 4.60 | Per BSB, review Dr. Whitehouse (2004) CD containing patient medical records and create spreadsheet reflecting patient exposure. |

| | | | | |
|---|---|---|---|---|
| 02/22/09 | MCG | 235.00 | 3.00 | Per BSB, review Dr. Whitehouse (2004) CD containing patient medical records and create spreadsheet reflecting patient exposure. |
| 02/23/09 | BSB | 630.00 | 4.90 | Work on progression; study patient records |
| 02/23/09 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 02/23/09 | MCG | 235.00 | 4.20 | Per BSB, review specific Dr. Whitehouse patient medical records and make necessary revisions to spreadsheet reflecting patient exposure. |
| 02/23/09 | MCG | 235.00 | 0.20 | Per NDF, contact Courtlink and request copy of Sept. '02 hearing transcript in Findley v. Blinken, Case No. 90cv3973 (E.D.N.Y.). |
| 02/24/09 | BSB | 630.00 | 7.10 | Work on expert witnesses, i.e. Hammar and Stockman (4.5); review analysis of progression study (2.6) |
| 02/24/09 | MCG | 235.00 | 2.00 | Meet with BSB to review random sample of Dr. Whitehouse patient medical records and make necessary revisions to spreadsheet reflecting Dr. Whitehouse's patients' exposure to asbestos. |
| 02/24/09 | MAF | 195.00 | 0.50 | Review disk containing Maryland Casuality's document production for N. Finch. |
| 02/24/09 | EB | 205.00 | 0.50 | Draft email. Create payment schedule for pending payments. (.5) |
| 02/25/09 | BSB | 630.00 | 8.10 | Various emails regarding restitution (2.3); begin restitution research (1.6); expert witness reports (4.2) |
| 02/25/09 | PVL | 840.00 | 0.20 | Review 11 miscellaneous filings (.1); review draft Hurford memo (.1). |
| 02/25/09 | MCG | 235.00 | 2.00 | Per BSB, review specific Dr. Whitehouse patient medical records and make necessary revisions to spreadsheet reflecting patient exposure. |
| 02/25/09 | MAF | 195.00 | 2.30 | Review disk containing Maryland Casualty's document production for N. Finch and draft memorandum listing contents. |
| 02/25/09 | EB | 205.00 | 0.50 | Draft email to local counsel re: pending payment. (.5) |
| 02/26/09 | BSB | 630.00 | 6.40 | Work on analysis of Whitehouse studies |

| 02/26/09 | MCG | 235.00 | 0.70 | Review and revise memorandum drafted by MNF re: Maryland Casualty's initial document production CD. |
| 02/26/09 | MAF | 195.00 | 1.00 | Edit Maryland Casualty document production memorandum to N. Finch. |
| 02/26/09 | EB | 205.00 | 0.70 | Review, classify, and annotate relevant material for EI regarding amended plan documents; (.5) and conference with EI re: payment pending status (.2). |
| 02/27/09 | BSB | 630.00 | 4.80 | Continue work on expert reports |
| 02/27/09 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 02/27/09 | EB | 205.00 | 0.20 | Continue communications with local counsel re: pending payments. (.2) |

**Total Task Code .04**          **168.10**

## Claim Analysis Objection & Resolution (Asbestos) (.80 Hours; $ 672.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $840 | 672.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/09/09 | PVL | 840.00 | 0.10 | Review ZAI counsel resp to MacLean motion. |
| 02/12/09 | PVL | 840.00 | 0.60 | Review Grace and insurer oppositions to Kaneb lift stay. |
| 02/18/09 | PVL | 840.00 | 0.10 | Review Horkovich email re Kaneb motion and reply. |

**Total Task Code .05**          **.80**

## Committee, Creditors', Noteholders' or Equity Holders' (2.40 Hours; $ 2,016.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.40 | $840 | 2,016.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/19/09 | PVL | 840.00 | 2.40 | Review email and reply (.8); review draft resps to FFIC RFAs (.3); review draft resps to FFIC rogs (.7); teleconference Wyron (.2); review 3 ins settlement letters (.2); confer JAL (.2). |

**Total Task Code .07**    **2.40**

### Employee Benefits/Pension (.20 Hours; $ 168.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/19/09 | PVL | 840.00 | 0.20 | Review draft pension funding motion and email. |

**Total Task Code .08**    **.20**

### Fee Applications, Applicant (7.40 Hours; $ 3,675.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.30 | $840 | 1,092.00 |
| Rita C. Tobin | 4.10 | $530 | 2,173.00 |
| Eugenia Benetos | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/09/09 | RCT | 530.00 | 1.50 | Address fee issues (1.5) |
| 02/10/09 | EB | 205.00 | 1.00 | Work on quarterly fee application. (1) |
| 02/18/09 | RCT | 530.00 | 0.50 | Review prebills (.5) |

| | | | | |
|---|---|---|---|---|
| 02/19/09 | RCT | 530.00 | 0.50 | Review exhibits (.5) |
| 02/20/09 | EB | 205.00 | 1.00 | Work on monthly fee application. (1) |
| 02/21/09 | PVL | 840.00 | 1.30 | Review revised resps to Arrowood RFAs and email Esayian et al (.3); review PD FCR DS objs (.1); review BSB memo and reply (.1); review email (.1); review Grace resps to BNSF disc requests (.1); review Longacre and Montana disc resps (.1); review FFIC disc resps (.2); review Anderson Mem DS objs (.1); review Zurich and MCC disc resps (.2). |
| 02/23/09 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 02/24/09 | RCT | 530.00 | 0.20 | Review payment records and holdback schedules (.2) |
| 02/25/09 | RCT | 530.00 | 0.20 | Review documents re fees (.2) |
| 02/25/09 | RCT | 530.00 | 0.20 | Review fee application schedules (.2) |

**Total Task Code .12**      **7.40**

### Litigation and Litigation Consulting (142.10 Hours; $ 65,715.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 11.00 | $920 | 10,120.00 |
| Walter B. Slocombe | 4.10 | $720 | 2,952.00 |
| Nathan D. Finch | 43.00 | $610 | 26,230.00 |
| Adam L. Vangrack | 53.80 | $360 | 19,368.00 |
| Andrew J. Sackett | 2.80 | $295 | 826.00 |
| David B. Smith | 21.90 | $235 | 5,146.50 |
| Marissa A. Fanone | 5.50 | $195 | 1,072.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/09 | NDF | 610.00 | 1.50 | Prepare for meeting with EI re Libby testimony. |
| 02/03/09 | WBS | 720.00 | 4.10 | Participate by phone in meeting with EI, NDF, re strategy for Libby objections. |
| 02/03/09 | EI | 920.00 | 6.00 | Prep for call (.3); call with Portner and Frankel re: Edwards judgment (.7); conf. NDF/PVNL/JAL and WBS (phone) re: EI testimony and XBT (5.0). |

| 02/03/09 | NDF | 610.00 | 4.10 | Review Libby plan objections and EI testimony (1.0); meet with EI et al. re Libby case (3.0); confer with Rice re Libby issues (0.1). |
| 02/04/09 | EI | 920.00 | 0.30 | T/c PVNL re: Edwards judgment. |
| 02/04/09 | AJS | 295.00 | 2.50 | Meeting with PVNL and JAL regarding responses to Scotts and Libby claimants' discovery. |
| 02/04/09 | MAF | 195.00 | 3.00 | Make copies of DVDs and prepare shipments to M. Hurford and D. Felder. |
| 02/05/09 | ALV | 360.00 | 0.60 | Meet with JAL re plan discovery (0.3); review discovery items, requests, documents, and responses (0.3). |
| 02/05/09 | AJS | 295.00 | 0.10 | Phone call with JAL regarding Libby claimants' discovery. |
| 02/06/09 | EI | 920.00 | 1.50 | Reviewed Edwards judgment brief on appeal. |
| 02/06/09 | NDF | 610.00 | 2.80 | Teleconference with Heberling re production issues (0.2); teleconference with Horkovich re insurance mediation (0.5); teleconference with Hughes and Horkovich re Grace non-products claims (0.5); review of estimation materials to send to Horkovich (1.0); review potential expert materials re Libby (0.6). |
| 02/06/09 | DBS | 235.00 | 2.00 | Compile transcripts and exhibits from Estimation Hearing for attorney review. |
| 02/06/09 | ALV | 360.00 | 2.50 | Review discovery items, requests, documents, and responses. |
| 02/06/09 | MAF | 195.00 | 2.50 | Draft list of exhibits used during Florence testimony in trial (2.0); print exhibits for attorney review (.5). |
| 02/08/09 | NDF | 610.00 | 3.20 | Read Florence cross (1.5); read Dunbar report and deposition (0.6); draft memo to Horkovich re insurance mediation - key estimation issues (0.8); emails to Horkovich and PVNL re mediation issues (0.3). |
| 02/09/09 | NDF | 610.00 | 3.40 | Confer with JAL et al. re Libby interrogatory answers (1.6); teleconference with Peterson (0.3); review documents for use in answering interrogatories (0.3); draft memo re documents for EI to read (1.0); emails re Gary Friedman (0.2). |

| | | | | |
|---|---|---|---|---|
| 02/09/09 | DBS | 235.00 | 1.00 | Review and compile documents for deposition preparation for attorney review. |
| 02/09/09 | ALV | 360.00 | 2.30 | Review discovery items, requests, documents, and responses (0.8); meet with NDF and JAL re status and progress of discovery production (1.5). |
| 02/10/09 | EI | 920.00 | 0.20 | Review of Horkovich memo re: Equitas and memo to Rice. |
| 02/10/09 | NDF | 610.00 | 0.20 | Send email re Libby issue. |
| 02/10/09 | DBS | 235.00 | 3.50 | Review and compile documents for deposition prep for attorney review (2.5); compile documents for attorney review in connection with responding to discovery requests (1.0). |
| 02/11/09 | EI | 920.00 | 1.00 | O-I draft discovery response and memo re: same. |
| 02/11/09 | NDF | 610.00 | 1.90 | Teleconference with Grace counsel re potential experts (0.7); teleconference with plaintiffs' counsel re potential experts re Libby issues (0.5); emails to potential expert re Libby (0.5); emails to Dr. Welch re Libby (0.2). |
| 02/11/09 | DBS | 235.00 | 5.10 | Review and compile documents for deposition preparation for attorney review. |
| 02/12/09 | NDF | 610.00 | 1.30 | Review and respond to email correspondence re insurance mediation (Horkovich) (0.5); review and respond to email correspondence re insurance experts (0.3); review and respond to email correspondence re interrogatory answer re expansion plants (0.2); review discovery served by Libby on ACC in preparation for teleconference with Peterson (0.3). |
| 02/12/09 | DBS | 235.00 | 5.60 | Review and compile documents for deposition preparation for attorney review. |
| 02/13/09 | EI | 920.00 | 0.10 | OI memo. |
| 02/13/09 | NDF | 610.00 | 1.70 | Teleconference with Peterson re ACC interrogatory responses (1.0); teleconference with Peterson re report issues/TDP issues (0.4); emails to JAL re confidentiality order discussions (0.3). |

| 02/13/09 | DBS | 235.00 | 0.50 | Compile back-up to expert report and send to co-counsel. |
| 02/15/09 | DBS | 235.00 | 3.50 | Compile electronic copies of deposition preparation materials for case database. |
| 02/16/09 | NDF | 610.00 | 0.50 | Review and respond to correspondence re discovery issues. |
| 02/16/09 | ALV | 360.00 | 1.90 | Review pleadings for disclosure and review documents/pleadings re discovery requests. |
| 02/17/09 | NDF | 610.00 | 3.40 | Review and edit Welch report (1.5); confer with BSB re same (0.3); teleconference with Gary Friedman (0.6); review discovery from insurers (0.5); review responses to Libby discovery (0.5). |
| 02/17/09 | AJS | 295.00 | 0.20 | Review of e-mail from NDF regarding interrogatory responses; preparation and review of e-mails to and from JAL regarding same. |
| 02/18/09 | NDF | 610.00 | 3.90 | Review discovery sent by insurers (1.0); telephone conference with Grace and FCR counsel re responses to same (2.1); review list of non-products claimants (0.1); read materials for EI deposition and trial prep (0.7). |
| 02/18/09 | ALV | 360.00 | 0.90 | Review pleadings for disclosure; review documents/pleadings re discovery requests. |
| 02/19/09 | NDF | 610.00 | 0.30 | Edits to interrogatory answers. |
| 02/19/09 | ALV | 360.00 | 1.90 | Review pleadings for disclosure and review documents/pleadings re discovery requests. |
| 02/20/09 | EI | 920.00 | 0.30 | Read BSB memo re: Libby. |
| 02/20/09 | NDF | 610.00 | 0.50 | Emails re discovery issues. |
| 02/23/09 | NDF | 610.00 | 0.70 | Review and respond to emails re case issues. |
| 02/23/09 | ALV | 360.00 | 9.30 | Review pleadings for disclosure and review documents/pleadings re discovery requests (7.8); draft discovery (1.1); confer with JAL re discovery and case status (0.4). |
| 02/24/09 | NDF | 610.00 | 4.10 | Confirmation hearing prep - Libby issues and insurance issues - read EI deposition prep materials. |

| | | | | |
|---|---|---|---|---|
| 02/24/09 | ALV | 360.00 | 4.20 | Review pleadings for disclosure and review documents/pleadings re discovery requests (3.7); conduct research for future proceedings and discovery concerns (0.5). |
| 02/25/09 | EI | 920.00 | 1.60 | T/c PVNL re: insurance CIP issue (.7); t/c PVNL re: Edwards judgment (.1); memo to Rice re: Edwards judgment (.7); memo Sinclair re: pension (.1). |
| 02/25/09 | ALV | 360.00 | 9.40 | Teleconference re discovery with counsel for Plan Proponents (2.0); draft discovery responses (3.3); review pleadings for disclosure and review documents/pleadings re discovery requests (2.8); research for future proceedings and discovery concerns (1.3). |
| 02/26/09 | NDF | 610.00 | 6.10 | Review draft interrogatory answers from Peterson (0.5); teleconference with Horkovich and PVNL re insurance issues (1.5); research insurance issues from prior cases and send brief to Horkovich (0.5); memo to counsel re insurance issues (0.3); consideration of trial plan re insurance issues and Libby (0.5); confirmation hearing trial prep - medical experts' reports (0.7); meet with BSB re same (0.4); memo re criminal restitution issues and analysis (0.7); confirmation hearing trial prep - Libby discovery responses (0.5); teleconference with potential expert witness (0.3); teleconference with Peterson re expert work (0.2). |
| 02/26/09 | DBS | 235.00 | 0.70 | Compile documents from criminal proceeding for attorney review. |
| 02/26/09 | ALV | 360.00 | 8.20 | Teleconference re discovery with counsel for Plan Proponents (1.6); review pleadings for disclosure and review documents/pleadings re discovery requests (4.0); draft discovery responses (2.6). |
| 02/27/09 | NDF | 610.00 | 3.40 | Teleconference with Stansbury re Whitehouse and criminal issues (0.6); work on Whitehouse deposition prep (1.5); memo re criminal trial issues (0.8); research re restitution issue (0.5). |
| 02/27/09 | ALV | 360.00 | 6.70 | Teleconference re discovery with counsel for Plan Proponents (0.9); review pleadings for disclosure, redact documents, and review documents/pleadings re discovery requests (5.6); confer with JAL re discovery and case status (0.2). |

| 02/28/09 | ALV | 360.00 | 5.90 | Research for future proceedings (2.0); review pleadings for disclosure, redact documents, and review documents/pleadings re discovery requests (3.9). |

**Total Task Code.16        142.10**

## Plan & Disclosure Statement (194.90 Hours; $ 117,177.00)

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $920 | 1,840.00 |
| Peter Van N. Lockwood | 55.20 | $840 | 46,368.00 |
| Ann C. McMillan | 9.50 | $580 | 5,510.00 |
| Jeffrey A. Liesemer | 128.20 | $495 | 63,459.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/09 | PVL | 840.00 | 1.00 | Review revised DS and email comments to Baer et al. |
| 02/01/09 | ACM | 580.00 | 0.50 | Draft memo to Committee re TDP and Trust Agreement (.3); send e-mail to FCR counsel and R. Horkovich re Cooperation Agreement (.2). |
| 02/02/09 | PVL | 840.00 | 0.40 | Prep for 2/3 meeting (.3); review Sinclair memo (.1). |
| 02/02/09 | EI | 920.00 | 0.40 | T/c Frankel re: Edwards judgment (.3); t/c WBS re: trial prep (.1). |
| 02/02/09 | ACM | 580.00 | 0.30 | Exchange e-mails with C. Greco re Trust Agreement. |
| 02/02/09 | JAL | 495.00 | 0.10 | Drafted response to NDF re: confirmation-related discovery. |
| 02/02/09 | JAL | 495.00 | 0.30 | Drafted e-mails to NDF re: Libby Claimants' objections. |
| 02/02/09 | JAL | 495.00 | 0.40 | Review of materials relating to confirmation objections in prep. for meeting tomorrow w/EI, PVNL and NDF |
| 02/03/09 | PVL | 840.00 | 5.60 | Confer EI, WBS, NDF and JAL re EI testimony (3.9); confer EI (.4); review email (.5); review revised POR and DS language (.2); teleconference Freedman and ACM (.1); review revised PI trans docs (.2); review revised ZAI trans docs (.3). |

| 02/03/09 | ACM | 580.00 | 1.40 | Revise Trust Agreement and Cooperation Agreement (1.2); teleconference T. Freedman, PVNL re Plan filing (.2). |
| 02/03/09 | JAL | 495.00 | 2.60 | Review and analysis of materials relating to confirmation objections. |
| 02/03/09 | JAL | 495.00 | 3.50 | Meeting w/EI, PVNL, and NDF re: confirmation objections and related issues. |
| 02/03/09 | JAL | 495.00 | 0.50 | Review and analysis of revised Plan and Intercrerditor Agreement. |
| 02/04/09 | PVL | 840.00 | 3.60 | Teleconference EI (.1); review revised POR and DS (.3); review email and reply (.4); review revised inter creditor agreement (.1); prep for disc. meeting (.1); confer JAL and AJS (2.6). |
| 02/04/09 | JAL | 495.00 | 0.20 | E-mails to PVNL re: Plan-related issues. |
| 02/04/09 | JAL | 495.00 | 1.10 | Review and analysis of materials relating to confirmation discovery. |
| 02/04/09 | JAL | 495.00 | 2.70 | Meeting w/PVNL and AJS re: prep. of objections and responses to confirmation-related discovery. |
| 02/04/09 | JAL | 495.00 | 0.10 | Tele. call and voice message to D. Felder re: confirmation-related discovery. |
| 02/04/09 | JAL | 495.00 | 1.10 | Review and analysis of confirmation discovery requests. |
| 02/04/09 | JAL | 495.00 | 0.70 | Review and analysis of materials re: confirmation legal issues. |
| 02/05/09 | PVL | 840.00 | 0.10 | Review revised DS. |
| 02/05/09 | EI | 920.00 | 1.00 | Review of revised files for confirmation process. |
| 02/05/09 | JAL | 495.00 | 2.90 | Review and analysis of materials relating to confirmation discovery. |
| 02/05/09 | JAL | 495.00 | 0.80 | Review of materials for teleconf. w/FCR's counsel re: confirmation discovery. |
| 02/05/09 | JAL | 495.00 | 0.40 | Office conf. w/ALV re: confirmation discovery. |
| 02/05/09 | JAL | 495.00 | 0.10 | Tele. call w/AJS re: confirmation discovery issues. |

| 02/05/09 | JAL | 495.00 | 3.20 | Review and analysis of materials relating to confirmation issues. |
| 02/06/09 | PVL | 840.00 | 1.10 | Teleconference Baer, Running, Guy, Felder, JAL et al re discovery. |
| 02/06/09 | JAL | 495.00 | 1.20 | Tele. call w/FCR's counsel re: discovery responses. |
| 02/06/09 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to plan confirmation discovery. |
| 02/06/09 | JAL | 495.00 | 3.00 | Review and analysis of materials relating to confirmation issues. |
| 02/06/09 | JAL | 495.00 | 1.10 | Teleconf. w/PVNL, Debtors' counsel, and FCR's counsel re: confirmation-related discovery. |
| 02/07/09 | PVL | 840.00 | 0.20 | Review Longacre disc requests (.1); review AKO memo re ins. assignments (.1). |
| 02/08/09 | PVL | 840.00 | 0.80 | Review draft Royal term sheet and email Horkovich re same (.4); review email (.1); review draft Grace RFA resps to Arrowood and email Esayian et al (.3). |
| 02/09/09 | PVL | 840.00 | 0.90 | Review email and reply (.3); review Sinclair memo (.1); review Horkovich email and reply (.1); confer RER (.1); review NDF memo and reply (.3). |
| 02/09/09 | EI | 920.00 | 0.10 | Review of Blevins inquiry. |
| 02/09/09 | ACM | 580.00 | 1.60 | Review voting procedures and ballots (1.2); teleconference D. Pacheco re same (.2); exchange e-mails with C. Bruens re same (.2). |
| 02/09/09 | JAL | 495.00 | 0.40 | Drafted and revised memo to NDF re: confirmation related discovery. |
| 02/09/09 | JAL | 495.00 | 1.10 | Review and analysis of memo from NDF re: confirmation-related discovery. |
| 02/09/09 | JAL | 495.00 | 1.00 | Reviewed and made comments on draft discovery response. |
| 02/09/09 | JAL | 495.00 | 3.30 | Review and analysis of materials relating to discovery requests. |
| 02/09/09 | JAL | 495.00 | 1.60 | Meeting w/NDF and ALV re: discovery responses and related issues. |

| 02/09/09 | JAL | 495.00 | 1.20 | Revisions and editing to memo to EI re confirmation issues. |
| 02/09/09 | JAL | 495.00 | 0.40 | Drafted memo to M. Peterson re: confirmation discovery responses. |
| 02/10/09 | PVL | 840.00 | 0.50 | Review email and reply (.2); review draft confidentiality order and email NDF and JAL re same (.3). |
| 02/10/09 | ACM | 580.00 | 1.30 | Exchange e-mails with NDF, JEL, S. Smith, PVNL re EI deposition (.5); review files for deposition preparation materials (.8). |
| 02/10/09 | JAL | 495.00 | 2.00 | Drafted and revised responses to discovery requests. |
| 02/10/09 | JAL | 495.00 | 2.30 | Review and analysis of materials relating to discovery. |
| 02/10/09 | JAL | 495.00 | 1.90 | Revisions to proposed draft of confidentiality agreement. |
| 02/10/09 | JAL | 495.00 | 1.30 | Drafted and revised memo to PVNL and NDF re: proposed draft of confidentiality agreement. |
| 02/10/09 | JAL | 495.00 | 0.10 | Drafted e-mail to L. Esayian re: draft confidentiality agreement. |
| 02/11/09 | PVL | 840.00 | 0.10 | Review Esayian and Horkovich email. |
| 02/11/09 | ACM | 580.00 | 1.40 | Review files re materials for Grace deposition (1.1); email exchanges and teleconference D. Smith re same (.3). |
| 02/11/09 | JAL | 495.00 | 0.20 | Reviewed e-mails from PVNL and NDF re: draft confidentiality agreement. |
| 02/11/09 | JAL | 495.00 | 0.90 | Drafted and revised memo re: comments on draft confidentiality agreement. |
| 02/11/09 | JAL | 495.00 | 0.70 | Revisions and editing to draft confidentiality stipulation. |
| 02/11/09 | JAL | 495.00 | 0.60 | Drafted and revised memo to PVNL and NDF re: discovery responses. |
| 02/11/09 | JAL | 495.00 | 0.40 | Reviewed e-mail from D. Felder re: comments on draft confidentiality order. |

| 02/11/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from L. Esayian re: discovery responses. |
|---|---|---|---|---|
| 02/11/09 | JAL | 495.00 | 0.20 | Teleconf. w/D. Felder re: proposed confidentiality order. |
| 02/11/09 | JAL | 495.00 | 2.20 | Further drafting and revisions to proposed confidentiality order. |
| 02/11/09 | JAL | 495.00 | 1.20 | Review and analysis of draft discovery responses. |
| 02/11/09 | JAL | 495.00 | 0.30 | Drafting and revisions to discovery responses. |
| 02/12/09 | PVL | 840.00 | 2.60 | Review email and reply (.5); review revised draft of conf order and related email (.3); review Horkovich email and reply (.2); review draft resps to OI disc and email Felder (.7); review revised resps to FFIC disc (.6); review revised draft resps to Arrowood disc (.3). |
| 02/12/09 | EI | 920.00 | 0.50 | Review of Equitas issues memos. |
| 02/12/09 | ACM | 580.00 | 0.60 | Conference D. Smith re deposition materials (.3); review files re same (.3). |
| 02/12/09 | JAL | 495.00 | 1.10 | Further revisions and editing to draft stipulation and protective order. |
| 02/12/09 | JAL | 495.00 | 0.10 | Tele. call w/DBS re: confirmation-related discovery. |
| 02/12/09 | JAL | 495.00 | 0.30 | E-mail exchanges w/Plan Proponents' counsel re: draft stipulation and protective order. |
| 02/12/09 | JAL | 495.00 | 0.10 | E-mail exchange w/DBS re: confirmation related discovery. |
| 02/12/09 | JAL | 495.00 | 0.70 | Further revisions and editing to discovery responses. |
| 02/12/09 | JAL | 495.00 | 0.30 | Drafted response e-mail to M. Peterson re: confirmation-related discovery. |
| 02/12/09 | JAL | 495.00 | 1.10 | Review and analysis of Kaneb's motion to lift the stay, the responses thereto, and related papers. |
| 02/12/09 | JAL | 495.00 | 1.90 | Further drafting and revisions to discovery responses. |
| 02/12/09 | JAL | 495.00 | 1.00 | Reviewed and provided comments on FCR's redraft of proposed confidentiality agreement. |

| 02/13/09 | PVL | 840.00 | 2.10 | Review email and reply (.1); review drafts of confid order and email Felder re same (.4); teleconference Freedman (.1); teleconference Baer, Esayian, Mehaley, Felder, JAL et al (.9); email Felder re FFIC disc resps (.2); review Grace and PDFCR disc requests re PD (.2); review JAL revis to OI disc. resps (.2). |
| 02/13/09 | JAL | 495.00 | 0.70 | Tele. call w/M. Peterson and NDF re: draft discovery responses. |
| 02/13/09 | JAL | 495.00 | 0.30 | Reviewed and commented on revised draft of protective order. |
| 02/13/09 | JAL | 495.00 | 2.10 | Review, editing and comments on draft discovery requests. |
| 02/13/09 | JAL | 495.00 | 1.50 | Tele. conf. w/Debtors' and FCR's counsel regarding draft discovery responses. |
| 02/13/09 | JAL | 495.00 | 0.60 | Drafted and revised e-mail to NDF re: document requests. |
| 02/13/09 | JAL | 495.00 | 2.50 | Revisions and editing to draft discovery responses. |
| 02/13/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to D. Blabey re: confirmation-related discovery. |
| 02/17/09 | JAL | 495.00 | 0.20 | Review and analysis of mark-up of interrogatory answer. |
| 02/17/09 | JAL | 495.00 | 0.20 | Reviewed Anderson Memorial's motion to reconsider second amended CMO. |
| 02/17/09 | JAL | 495.00 | 0.30 | Drafted e-mail response to NDF re: discovery issues. |
| 02/17/09 | JAL | 495.00 | 0.20 | Reviewed revised draft of protective order. |
| 02/17/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to D. Felder re: draft protective order. |
| 02/17/09 | JAL | 495.00 | 0.40 | Drafted proposed revisions to protective order. |
| 02/17/09 | JAL | 495.00 | 0.20 | Reviewed memo from NDF re: legal research project. |
| 02/17/09 | JAL | 495.00 | 0.30 | E-mail exchanges with PVNL and NDF re: confirmation-related discovery issues. |

| | | | | |
|---|---|---|---|---|
| 02/17/09 | JAL | 495.00 | 0.70 | Further revisions and editing to draft answers to RFAs propounded by OI. |
| 02/17/09 | JAL | 495.00 | 3.20 | Drafting, revisions, and editing to confirmation-related discovery responses. |
| 02/17/09 | JAL | 495.00 | 0.40 | Drafted and revised response e-mail to NDF re: discovery issue. |
| 02/17/09 | JAL | 495.00 | 1.60 | Review and analysis of materials relating to confirmation discovery response. |
| 02/18/09 | PVL | 840.00 | 2.80 | Review Anderson motion re CMO (.1); review email and reply (.6); review draft RFA responses to OI and email KCM and JAL re same (1.1); review Freedman email and reply (.4); review draft Royal term sheets (.2); review draft resps to BNSF doc requests (.1); review draft revs to POR, etc re PD claims (.3). |
| 02/18/09 | ACM | 580.00 | 0.50 | Review e-mail exchanges re MCC proposed change to TDP. |
| 02/18/09 | JAL | 495.00 | 0.90 | Drafted and revised e-mail to PVNL and KCM re: draft discovery response. |
| 02/18/09 | JAL | 495.00 | 1.40 | Review and analysis of materials relating to confirmation discovery. |
| 02/18/09 | JAL | 495.00 | 2.10 | Conf. call w/NDF and counsel for Plan Proponents re: draft discovery responses. |
| 02/18/09 | JAL | 495.00 | 1.60 | Drafted and revised e-mail to D. Felder re: draft discovery responses. |
| 02/18/09 | JAL | 495.00 | 1.10 | Drafted and revised e-mail to J. Cooney and others re: draft discovery responses. |
| 02/18/09 | JAL | 495.00 | 0.10 | Drafted e-mail to DBS re: confirmation discovery responses. |
| 02/19/09 | JAL | 495.00 | 2.00 | Review and analysis of draft discovery responses. |
| 02/19/09 | JAL | 495.00 | 4.80 | Review and analysis of materials relating to confirmation discovery. |
| 02/19/09 | JAL | 495.00 | 0.20 | Tele. call w/PVNL re plan issues. |
| 02/19/09 | JAL | 495.00 | 1.10 | Drafted and revised memo to PVNL and NDF re: draft discovery response. |

| 02/19/09 | JAL | 495.00 | 0.70 | Drafted and revised second memo to PVNL and NDF re draft discovery response. |
| 02/19/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from R. Horkovich re comments on draft discovery responses. |
| 02/20/09 | PVL | 840.00 | 2.60 | Review email and reply (.5); review revised draft resps to Arrowood RFAs and email Esayian et al (.3); confer JAL re draft resps to Arrowood rogs (1.4); review objection disc. resps (.4). |
| 02/20/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL re joint response to OI discovery. |
| 02/20/09 | JAL | 495.00 | 0.10 | Drafted e-mail to D. Felder re joint response to OI discovery. |
| 02/20/09 | JAL | 495.00 | 0.30 | Drafted and revised e-mail to D. Felder re: draft discovery responses. |
| 02/20/09 | JAL | 495.00 | 0.20 | Further e-mail exchanges w/D. Felder re draft discovery responses. |
| 02/20/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL and NDF re draft discovery responses. |
| 02/20/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges w/PVNL and NDF re: draft discovery responses. |
| 02/20/09 | JAL | 495.00 | 0.20 | Tele. call w/J. Jackson and J. Cooney re joint response to OI discovery. |
| 02/20/09 | JAL | 495.00 | 1.50 | Review comments on draft discovery responses. |
| 02/20/09 | JAL | 495.00 | 0.70 | Tele. call w/KCM re: draft discovery responses. |
| 02/20/09 | JAL | 495.00 | 1.50 | Drafted and revised memo to Plan Proponents re draft discovery responses |
| 02/20/09 | JAL | 495.00 | 0.90 | Office conf. w/PVNL re draft discovery responses |
| 02/20/09 | JAL | 495.00 | 0.50 | Office conf. w/PVNL re draft discovery responses. |
| 02/22/09 | PVL | 840.00 | 2.50 | Review Libby Cls disc resps (.3); review revised draft POR, PD TA and PD CMO (.7); review disc resps of One Beacon Seaton, Geico and Columbia (.4); review CNA disc resps and email Esayian et al |

|          |     |        |      |                                                                                                                                                                                                                                                                                                                                                                                                            |
|----------|-----|--------|------|----------------------------------------------------------------------------------------------------------------------------------|
|          |     |        |      | (.3); review draft Grace resps to Libby Cls rogs (.3); review Scotts disc resps and email Bernick et al (.5). |
| 02/23/09 | PVL | 840.00 | 3.80 | Attend telephonic hearing (.6); review email and reply (.4); review Arrowood disc resps (.2); teleconference Cobb (.6); review Grace draft resps to Arrowood rogs (.2); review Grace draft resps to Libby rogs and JAL email re same (.2); review draft ACC resps to Royal RFAs and email JAL (.2); prep for 2/24 meeting (.5); review BNSF disc resps (.7); review Eq. comm disc resps (.2). |
| 02/23/09 | JAL | 495.00 | 0.70 | Telephonic appearance at omnibus hearing. |
| 02/23/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between PVNL and NDF re witnesses for confirmation hearing |
| 02/23/09 | JAL | 495.00 | 0.70 | Reviewed and provided comments on draft discovery responses. |
| 02/23/09 | JAL | 495.00 | 0.10 | Drafted response e-mail to D. Felder re: discovery responses. |
| 02/23/09 | JAL | 495.00 | 0.10 | Tele. call w/J. Jackson re discovery responses. |
| 02/23/09 | JAL | 495.00 | 0.20 | Tele. call w/M. Hurford re: discovery responses to be served today. |
| 02/23/09 | JAL | 495.00 | 1.00 | Revised, edited and finalized interrogatory answers to Libby Claimants to be served today. |
| 02/23/09 | JAL | 495.00 | 2.80 | Review and analysis of materials in prep of discovery responses. |
| 02/23/09 | JAL | 495.00 | 0.20 | Office conf. w/ALV re draft discovery responses. |
| 02/23/09 | JAL | 495.00 | 0.10 | Second tele. call w/M. Hurford re: discovery responses to be served today. |
| 02/23/09 | JAL | 495.00 | 0.10 | Prep for tomorrow's meeting in NYC re plan issues. |
| 02/24/09 | PVL | 840.00 | 4.90 | Confer Frankel, Wyron, Mehaley, Horkovich and JAL (4.8); review email and reply (.1). |
| 02/24/09 | JAL | 495.00 | 4.60 | Meeting w/PVNL, R. Frankel, R. Wyron, P. Mahaley and R. Horkovich re plan issues. |
| 02/25/09 | PVL | 840.00 | 5.60 | Review email and reply (.9); review draft resps to Travelers rogs (.2); review Allstate disc. resps (.1); |

| | | | | email Horkovich et al (.1); review CNA POC (.2); review drafts of prot order (.3); review discovery resps, (,2); teleconference Esayian, Baer, Orr, Felder, JAL, ALV et. al. (2.1); teleconference EI (.5); review U.S. DS obj (.1); review Unifirst, MCC and CNA DS objs (.2); review Scotts disc.requests (.1); review Missoulian art (.1); confer KCM (.1); review revised resps to Royal RFA and Horkovich comments and reply (.3); review revised POR inserts (.1). |
|---|---|---|---|---|
| 02/25/09 | ACM | 580.00 | 0.80 | Revise TDP and exchange e-mails with PVNL, D. Ball re same. |
| 02/25/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from D. Felder re confirmation-related discovery issues. |
| 02/25/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL and NDF re: confirmation-related discovery issues. |
| 02/25/09 | JAL | 495.00 | 1.20 | Drafted and revised memo to PVNL re draft discovery responses. |
| 02/25/09 | JAL | 495.00 | 0.30 | Tele. call w/P. Mahaley re plan issues. |
| 02/25/09 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to plan issues. |
| 02/25/09 | JAL | 495.00 | 2.00 | Tele. conf. w/PVNL, Debtors' counsel, and FCR's counsel re draft discovery responses. |
| 02/25/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mails to co-counsel re: confirmation-related discovery. |
| 02/25/09 | JAL | 495.00 | 0.30 | Tele. call w/P. Mahaley re plan issues. |
| 02/25/09 | JAL | 495.00 | 1.80 | Review, analysis and provided comments on mark-up of confirmation-related protective order. |
| 02/25/09 | JAL | 495.00 | 1.40 | Further review and analysis of materials relating to plan issues. |
| 02/26/09 | PVL | 840.00 | 7.60 | Review email and reply (.2); review draft resps to FFIC RFP (.7); review draft POR changes and email Mehaley et al (.8); review revised draft resps to Travelers RFA (.1); teleconference Wyron, Mehaley, Horkovich and JAL (2.5); teleconference Baer, Esayian, Felder, JAL et al (1.4); teleconference |

|  |  |  |  | Horkovich, NDF and JAL (1.3); review revised POR and DS (.6). |
|---|---|---|---|---|
| 02/26/09 | ACM | 580.00 | 1.00 | Revise TDP and Trust Agreement. |
| 02/26/09 | JAL | 495.00 | 1.40 | Review and analysis of proposed modifications to plan of reorganization. |
| 02/26/09 | JAL | 495.00 | 0.10 | Drafted e-mail to ACM and D. Felder re asbestos insurance transfer agreement. |
| 02/26/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL re: proposed modifications to plan. |
| 02/26/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to NDF re discovery responses. |
| 02/26/09 | JAL | 495.00 | 0.10 | Drafted and revised e-mail to M. Hurford re discovery responses. |
| 02/26/09 | JAL | 495.00 | 1.60 | Tele. conf. w/PVNL, Debtors' counsel, and FCR's counsel re draft discovery responses and related plan issues. |
| 02/26/09 | JAL | 495.00 | 0.50 | Tele. conf. w/PVNL, Debtors' counsel, and FCR's counsel re draft discovery responses. |
| 02/26/09 | JAL | 495.00 | 1.20 | Tele. conf. w/PVNL, R. Horkovich, R. Wyron, and P Mahaley re plan issues. |
| 02/26/09 | JAL | 495.00 | 0.50 | Review and analysis of discovery responses. |
| 02/26/09 | JAL | 495.00 | 1.50 | Tele. conf. w/PVNL, NDF, and R. Horkovich re plan litigation issues and discovery. |
| 02/26/09 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to confirmation discovery |
| 02/26/09 | JAL | 495.00 | 0.70 | Review and analysis of recent modifications to plan. |
| 02/27/09 | PVL | 840.00 | 6.10 | Teleconference Freedman, Baer, Esayian, Horkovich, Frankel, Wyron, Mehaley and JAL (1.6); review email and reply (.6);review revised Royal term sheet (.1); review revised draft resps to FFIC rogs (.3); review revised draft resps to Travelers RFA and email Esayian et al re same (.3); Teleconference Esayian, Wyron, Mehaley, Horkovich, JAL and ALV (.8); teleconference Freedman, Frankel and Wyron (.3); teleconference Frankel and Wyron (.3); |

|  |  |  |  | teleconference Wyron (.6); review NDF memo (.1); review ZAI claims settlement approval (.3); review revised voting materials (.2); review draft prot order and email JAL (.2); review B&W brief and email Frankel et al (.3); review Cobb letter (.1). |
|---|---|---|---|---|
| 02/27/09 | ACM | 580.00 | 0.10 | Exchange e-mails with NDF re TDP. |
| 02/27/09 | JAL | 495.00 | 0.10 | Drafted e-mail to NDF re draft discovery responses. |
| 02/27/09 | JAL | 495.00 | 0.10 | Drafted e-mail to ALV re draft discovery responses. |
| 02/27/09 | JAL | 495.00 | 0.10 | Drafted e-mail to NDF and M. Hurford re discovery responses. |
| 02/27/09 | JAL | 495.00 | 1.60 | Tele. conf. w/PVNL, R. Horkovich, Debtors' counsel, and FCR's counsel re plan issues. |
| 02/27/09 | JAL | 495.00 | 0.90 | Tele. conf. w/PVNL, ALV, R. Wyron and L. Esayian re draft discovery responses |
| 02/27/09 | JAL | 495.00 | 2.70 | Drafting and revisions to confirmation-related discovery responses |
| 02/27/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/R. Horkovich re plan issues. |
| 02/27/09 | JAL | 495.00 | 0.20 | Reviewed e-mail from R. Horkovich re research and analysis of plan issues. |
| 02/28/09 | PVL | 840.00 | 0.30 | Review revised draft resps to FFIC. |

**Total Task Code .17**      **194.90**


**Relief from Stay Proceedings (.10 Hours; $ 84.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/27/09 | PVL | 840.00 | 0.10 | Review 2d Kaneb lift stay motion. |

**Total Task Code .18          .10**


**Travel – Non Working (36.60 Hours; $ 12,159.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 15.80 | $420 | 6,636.00 |
| Bernard Bailor | 3.00 | $315 | 945.00 |
| Nathan D. Finch | 3.00 | $305 | 915.00 |
| Jeffrey A. Liesemer | 14.80 | $247.50 | 3,663.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/09 | PVL | 420.00 | 4.20 | Travel to NY for meeting. |
| 02/02/09 | NDF | 305.00 | 3.00 | Travel to NY for meeting with EI re Libby testimony. |
| 02/03/09 | PVL | 420.00 | 3.20 | Return travel to DC. |
| 02/03/09 | JAL | 247.50 | 3.20 | Return travel from NYC, following meetings on confirmation objections. |
| 02/03/09 | JAL | 247.50 | 2.90 | Travel to NYC for meetings re: confirmation objections. |
| 02/19/09 | BSB | 315.00 | 3.00 | Travel for meeting to Philadelphia and return to D.C. |
| 02/24/09 | PVL | 420.00 | 8.40 | Travel to/from NY for meeting. |
| 02/24/09 | JAL | 247.50 | 4.40 | Travel to NY for meetings related to plan issues. |
| 02/24/09 | JAL | 247.50 | 4.30 | Return travel from NY to DC following meeting on plan issues. |

**Total Task Code  .21          36.60**

25

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 2,104.00 |
| Air Freight & Express Mail | 77.59 |
| Charge of Cell and/or Home Phone Useage | 75.15 |
| Conference Meals | 37.70 |
| Court Reporting/Transcript Service | 2,468.00 |
| Database Research | 464.15 |
| Local Transportation - NY | 36.72 |
| Long Distance-Equitrac In-House | 1.88 |
| Meals Related to Travel | 279.33 |
| NYO Long Distance Telephone | 88.48 |
| Outside Local Deliveries | 22.31 |
| Outside Photocopying/Duplication Service | 262.44 |
| Postage & Air Freight | 135.67 |
| Research Material | 44.95 |
| Travel Expenses - Ground Transportation | 429.44 |
| Travel Expenses - Hotel Charges | 577.79 |
| Travel Expenses - Miscellaneous | 15.00 |
| Xeroxing | 1,014.00 |

**Total:**        **$ 8,134.60**