**EXHIBIT B**

**Asset Analysis and Recovery (.50 Hours; $ 420.00)**

      Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01      .50**

**Case Administration (168.10 Hours; $ 85,296.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04      168.10**

**Claim Analysis Objection & Resolution (Asbestos) (.80 Hours; $ 672.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05      .80**

**Committee, Creditors', Noteholders' or Equity Holders' (2.40 Hours; $ 2,016.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07      2.40**

**Employee Benefits/Pension (.20 Hours; $ 168.00)**

      Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08      .20**

**Fee Applications, Applicant (7.40 Hours; $ 3,675.00)**

- 2 -

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          7.40**

**Litigation and Litigation Consulting (142.10 Hours; $ 65,715.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          142.10**

**Plan & Disclosure Statement (194.90 Hours; $ 117,177.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          194.90**

**Relief from Stay Proceedings (.10 Hours; $ 84.00)**

Services rendered in this category pertain to the analysis and response to motions to lift the automatic stay.

**Total Task Code .18          .10**

**Travel – Non Working (36.60 Hours; $ 12,159.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          36.60**