## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,104.00 |
| Air Freight & Express Mail | 77.59 |
| Charge of Cell and/or Home Phone Useage | 75.15 |
| Conference Meals | 37.70 |
| Court Reporting/Transcript Service | 2,468.00 |
| Database Research | 464.15 |
| Local Transportation - NY | 36.72 |
| Long Distance-Equitrac In-House | 1.88 |
| Meals Related to Travel | 279.33 |
| NYO Long Distance Telephone | 88.48 |
| Outside Local Deliveries | 22.31 |
| Outside Photocopying/Duplication Service | 262.44 |
| Postage & Air Freight | 135.67 |
| Research Material | 44.95 |
| Travel Expenses - Ground Transportation | 429.44 |
| Travel Expenses - Hotel Charges | 577.79 |
| Travel Expenses - Miscellaneous | 15.00 |
| Xeroxing | 1,014.00 |
| **Total:** | **$ 8,134.60** |

{D0149850.1 }