| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter       000** | **Disbursements** | | 3/20/2009 |
| | | | Print Date/Time: 03/20/2009  9:30:16AM |
| Attn: | | | |
| | | | Invoice # |

PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 2/28/2009

**Matter       000**
**Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start:  4/16/2001   Last Billed : 2/25/2009 | 13,655 |
| | $4,759.14 | | | | |
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $4,759.14 |

$3,146,011.06
Total Expenses Billed To Date

| | | | |
|---|---|---|---|
| | | Billing Empl: | 0120    Elihu  Inselbuch |
| | | Responsible Empl: | 0120    Elihu  Inselbuch |
| | | Alternate Empl: | 0120    Elihu  Inselbuch |
| | | Originating Empl: | 0120    Elihu  Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 1,000.90 | 0.00 | 708.90 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 970.31 | 0.00 | 810.31 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 26.37 | 0.00 | 26.37 |
| 0187 | NDF | Nathan D Finch | 0.00 | 446.87 | 0.00 | 321.87 |
| 0204 | AWG | Ann W Geier | 0.00 | 9.50 | 0.00 | 9.50 |
| 0207 | PE | Pam  Elias | 0.00 | 16.30 | 0.00 | 16.30 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 10.00 | 0.00 | 10.00 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 68.00 | 0.00 | 68.00 |
| 0253 | SEY | Sheena E Young | 0.00 | 17.20 | 0.00 | 17.20 |
| 0308 | DBS | David B Smith | 0.00 | 2,965.85 | 0.00 | 2,965.85 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 2,071.75 | 0.00 | 1,693.75 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 75.72 | 0.00 | 75.72 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 1,410.83 | 0.00 | 1,410.83 |
| **Total Fees** | | | **0.00** | **9,089.60** | **0.00** | **8,134.60** |

**Detail Time / Expense  by  Date**

{D0149851.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/20/2009 |

Print Date/Time: 03/20/2009  9:30:16AM

Attn:

Invoice #

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2332292 | Premiere Global Services -Conference Calls, 12/3/2008 - 12/29/2008 (NDF) | E | 02/02/2009 | 0187 | NDF | | 0.00 | $75.15 | | 0.00 | $75.15 | 75.15 |
| 2342331 | NY Office -Xeroxing, 2/3/09 | E | 02/03/2009 | 0999 | C&D | | 0.00 | $8.60 | | 0.00 | $8.60 | 83.75 |
| 2337906 | Photocopy | E | 02/03/2009 | 0204 | AWG | | 0.00 | $9.50 | | 0.00 | $9.50 | 93.25 |
| 2337926 | Photocopy | E | 02/03/2009 | 0001 | BSB | | 0.00 | $3.00 | | 0.00 | $3.00 | 96.25 |
| 2337956 | Photocopy | E | 02/03/2009 | 0308 | DBS | | 0.00 | $0.10 | | 0.00 | $0.10 | 96.35 |
| 2337993 | Photocopy | E | 02/04/2009 | 0237 | SRB | | 0.00 | $2.60 | | 0.00 | $2.60 | 98.95 |
| 2338040 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $6.80 | | 0.00 | $6.80 | 105.75 |
| 2338043 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $23.50 | | 0.00 | $23.50 | 129.25 |
| 2338045 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $35.50 | | 0.00 | $35.50 | 164.75 |
| 2338059 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $65.30 | | 0.00 | $65.30 | 230.05 |
| 2338061 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $0.70 | | 0.00 | $0.70 | 230.75 |
| 2338066 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $3.90 | | 0.00 | $3.90 | 234.65 |
| 2338068 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $1.40 | | 0.00 | $1.40 | 236.05 |
| 2338069 | Photocopy | E | 02/04/2009 | 0999 | C&D | | 0.00 | $0.30 | | 0.00 | $0.30 | 236.35 |
| | | | | | NDF | | | | | | | |

{D0149851.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 3/20/2009 |

Print Date/Time: 03/20/2009 9:30:16AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2349270 | ADA Travel, Inc. -Agent fee for One-Way Amtrak Train Fare from Washington, DC to New York, NY, 2/2/09 (NDF) (Business Class $170.00). | E | 02/04/2009 | 0187 | | 0.00 | $40.00 | 0.00 | $40.00 | 276.35 |
| | | | | | PVL | | | | | |
| 2335418 | ADA Travel, Inc. -Amtrak Roundtrip First Class Train Fare for travel to New York, NY, 2/2/09 - 2/3/09 (PVNL) (Business Class $372.00) | E | 02/04/2009 | 0020 | | 0.00 | $532.00 | 0.00 | $372.00 | 648.35 |
| | | | | | PVL | | | | | |
| 2335419 | ADA Travel, Inc. -Agent Fee, re: Amtrak Roundtrip First Class Train Fare for travel to New York, NY, 2/2/09 - 2/3/09 (PVNL) (Business Class $372.00) | E | 02/04/2009 | 0020 | | 0.00 | $40.00 | 0.00 | $40.00 | 688.35 |
| | | | | | NDF | | | | | |
| 2335422 | ADA Travel, Inc. -One-Way Amtrak Train Fare from Washington, DC to New York, NY, 2/2/09 (NDF) (Business Class $170.00). | E | 02/04/2009 | 0187 | | 0.00 | $295.00 | 0.00 | $170.00 | 858.35 |
| | | | | | C&D | | | | | |
| 2335397 | Business Card Research Material, re: Wiley Interscience Article for BSB (BOA Credit Card Statement), 1/6/09 (NR) | E | 02/05/2009 | 0999 | | 0.00 | $29.95 | 0.00 | $29.95 | 888.30 |
| | | | | | C&D | | | | | |
| 2335398 | Business Card Research Material, re: NTIS Article for NDF (BOA Credit Card Statement), 1/6/09 (NR) | E | 02/05/2009 | 0999 | | 0.00 | $15.00 | 0.00 | $15.00 | 903.30 |
| | | | | | SKL | | | | | |
| 2338111 | Photocopy | E | 02/05/2009 | 0220 | | 0.00 | $0.70 | 0.00 | $0.70 | 904.00 |
| | | | | | JAL | | | | | |
| 2338165 | Photocopy | E | 02/05/2009 | 0317 | | 0.00 | $4.00 | 0.00 | $4.00 | 908.00 |
| | | | | | SKL | | | | | |
| 2338235 | Photocopy | E | 02/06/2009 | 0220 | | 0.00 | $1.30 | 0.00 | $1.30 | 909.30 |
| | | | | | DBS | | | | | |
| 2338270 | Photocopy | E | 02/06/2009 | 0308 | | 0.00 | $64.80 | 0.00 | $64.80 | 974.10 |
| | | | | | DBS | | | | | |
| 2338276 | Photocopy | E | 02/06/2009 | 0308 | | 0.00 | $25.60 | 0.00 | $25.60 | 999.70 |
| | | | | | C&D | | | | | |
| 2338296 | Photocopy | E | 02/09/2009 | 0999 | | 0.00 | $0.10 | 0.00 | $0.10 | 999.80 |
| | | | | | JAL | | | | | |
| 2338358 | Photocopy | E | 02/09/2009 | 0317 | | 0.00 | $5.00 | 0.00 | $5.00 | 1,004.80 |
| | | | | | DBS | | | | | |
| 2338372 | Photocopy | E | 02/09/2009 | 0308 | | 0.00 | $0.20 | 0.00 | $0.20 | 1,005.00 |
| | | | | | PVL | | | | | |
| 2335493 | Peter Van N. Lockwood Meals for travel to NYC, re: EI Testimony Prep, 2/2/09 - 2/3/09 | E | 02/09/2009 | 0020 | | 0.00 | $67.08 | 0.00 | $67.08 | 1,072.08 |

{D0149851.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/20/2009 |

Print Date/Time: 03/20/2009 9:30:16AM

Attn:                                                                                           Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 2335494 | Peter Van N. Lockwood Hotel Elsyee 1-Night Lodging Expense for travel to NYC, re: EI Testimony Prep, 2/2/09 - 2/3/09 | E | 02/09/2009 | 0020 | PVL | 0.00 | $259.73 | 0.00 | $259.73 | 1,331.81 |
| 2335495 | Peter Van N. Lockwood Parking at DC Union Station for travel to NYC, re: EI Testimony Prep, 2/2/09 - 2/3/09 | E | 02/09/2009 | 0020 | PVL | 0.00 | $31.00 | 0.00 | $31.00 | 1,362.81 |
| 2335511 | Federal Express Deliveries to K.Hemming, 1/23/09 (EI) (Split between clients 5334 & 4642) | E | 02/09/2009 | 0120 | EI | 0.00 | $9.16 | 0.00 | $9.16 | 1,371.97 |
| 2335535 | Jane Rose Reporting, Inc. -Audio Transcript, 7/22/08 (DBS) | E | 02/10/2009 | 0308 | DBS | 0.00 | $556.00 | 0.00 | $556.00 | 1,927.97 |
| 2335536 | Jane Rose Reporting, Inc. -Audio Transcript, 7/21/08 (DBS) | E | 02/10/2009 | 0308 | DBS | 0.00 | $1,912.00 | 0.00 | $1,912.00 | 3,839.97 |
| 2336148 | Postage | E | 02/10/2009 | 0999 | C&D | 0.00 | $30.72 | 0.00 | $30.72 | 3,870.69 |
| 2336492 | Postage | E | 02/10/2009 | 0999 | C&D | 0.00 | $22.77 | 0.00 | $22.77 | 3,893.46 |
| 2338413 | Photocopy | E | 02/10/2009 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 3,894.56 |
| 2338436 | Photocopy | E | 02/10/2009 | 0308 | DBS | 0.00 | $11.60 | 0.00 | $11.60 | 3,906.16 |
| 2338477 | Photocopy | E | 02/10/2009 | 0308 | DBS | 0.00 | $13.00 | 0.00 | $13.00 | 3,919.16 |
| 2338481 | Photocopy | E | 02/10/2009 | 0999 | C&D | 0.00 | $13.70 | 0.00 | $13.70 | 3,932.86 |
| 2338483 | Photocopy | E | 02/10/2009 | 0999 | C&D | 0.00 | $4.30 | 0.00 | $4.30 | 3,937.16 |
| 2338522 | Photocopy | E | 02/11/2009 | 0999 | C&D | 0.00 | $30.40 | 0.00 | $30.40 | 3,967.56 |
| 2338533 | Photocopy | E | 02/11/2009 | 0207 | PE | 0.00 | $6.00 | 0.00 | $6.00 | 3,973.56 |
| 2338595 | Photocopy | E | 02/11/2009 | 0308 | DBS | 0.00 | $96.60 | 0.00 | $96.60 | 4,070.16 |
| 2336699 | Discovery Document Solutions, Inc. -Copy Svc., 12/9/08 (DBS) | E | 02/11/2009 | 0308 | DBS | 0.00 | $262.44 | 0.00 | $262.44 | 4,332.60 |

{D0149851.1 }

| Client Number: 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | | | Disbursements | | | | | | | 3/20/2009 |
| | | | | | | | | | | Print Date/Time: 03/20/2009 | 9:30:16AM |
| Attn: | | | | | | | | | | | |
| | | | | | | | | | | | Invoice # |
| 2335601 | Federal Express Delivery to W.Longo, 1/5/09 (MAF) | E | 02/11/2009 | 0367 | MAF | 0.00 | $28.91 | 0.00 | $28.91 | | 4,361.51 |
| 2336718 | Elite Limousine Plus Inc. -Car Svc. to 125 Broad St., 2/3/09 (NDF) | E | 02/12/2009 | 0187 | NDF | 0.00 | $36.72 | 0.00 | $36.72 | | 4,398.23 |
| 2336724 | Washington Courier Delivery to the Center to PRotect Workers, 12/11/08 (DBS) | E | 02/12/2009 | 0308 | DBS | 0.00 | $22.31 | 0.00 | $22.31 | | 4,420.54 |
| 2338612 | Photocopy | E | 02/12/2009 | 0308 | DBS | 0.00 | $0.60 | 0.00 | $0.60 | | 4,421.14 |
| 2338618 | Photocopy | E | 02/12/2009 | 0207 | PE | 0.00 | $10.30 | 0.00 | $10.30 | | 4,431.44 |
| 2338620 | Photocopy | E | 02/12/2009 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | | 4,435.04 |
| 2338622 | Photocopy | E | 02/12/2009 | 0999 | C&D | 0.00 | $20.40 | 0.00 | $20.40 | | 4,455.44 |
| 2338638 | Photocopy | E | 02/12/2009 | 0308 | DBS | 0.00 | $0.60 | 0.00 | $0.60 | | 4,456.04 |
| 2338651 | Photocopy | E | 02/12/2009 | 0999 | C&D | 0.00 | $10.10 | 0.00 | $10.10 | | 4,466.14 |
| 2338673 | Photocopy | E | 02/12/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | | 4,466.34 |
| 2336748 | Postage | E | 02/13/2009 | 0999 | C&D | 0.00 | $39.07 | 0.00 | $39.07 | | 4,505.41 |
| 2337083 | Washington Courier Delivery to Center to Protect Workers, 1/7/09 (MAF) | E | 02/13/2009 | 0367 | MAF | 0.00 | $22.31 | 0.00 | $22.31 | | 4,527.72 |
| 2337086 | Postage | E | 02/17/2009 | 0999 | C&D | 0.00 | $22.86 | 0.00 | $22.86 | | 4,550.58 |
| 2338799 | Photocopy | E | 02/17/2009 | 0999 | C&D | 0.00 | $65.00 | 0.00 | $65.00 | | 4,615.58 |
| 2338813 | Photocopy | E | 02/17/2009 | 0220 | SKL | 0.00 | $3.40 | 0.00 | $3.40 | | 4,618.98 |
| 2338819 | Photocopy | E | 02/17/2009 | 0999 | C&D | 0.00 | $7.50 | 0.00 | $7.50 | | 4,626.48 |
| 2338831 | Photocopy | E | 02/17/2009 | 0999 | C&D | 0.00 | $6.00 | 0.00 | $6.00 | | 4,632.48 |

{D0149851.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/20/2009 |

Print Date/Time: 03/20/2009  9:30:16AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2338835 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $21.30 | 0.00 | $21.30 | 4,653.78 |
| 2338838 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $54.80 | 0.00 | $54.80 | 4,708.58 |
| 2338840 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $73.90 | 0.00 | $73.90 | 4,782.48 |
| 2338842 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $19.60 | 0.00 | $19.60 | 4,802.08 |
| 2338844 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $11.00 | 0.00 | $11.00 | 4,813.08 |
| 2338848 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $36.40 | 0.00 | $36.40 | 4,849.48 |
| 2338851 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $23.20 | 0.00 | $23.20 | 4,872.68 |
| 2338853 | Photocopy | | E | 02/17/2009 | 0999 | C&D | 0.00 | $20.60 | 0.00 | $20.60 | 4,893.28 |
| 2338900 | Photocopy | | E | 02/17/2009 | 0253 | SEY | 0.00 | $17.20 | 0.00 | $17.20 | 4,910.48 |
| 2340093 | Postage | | E | 02/18/2009 | 0999 | C&D | 0.00 | $20.25 | 0.00 | $20.25 | 4,930.73 |
| 2345726 | Photocopy | | E | 02/18/2009 | 0999 | C&D | 0.00 | $31.80 | 0.00 | $31.80 | 4,962.53 |
| 2345730 | Photocopy | | E | 02/18/2009 | 0220 | SKL | 0.00 | $1.80 | 0.00 | $1.80 | 4,964.33 |
| 2345842 | Photocopy | | E | 02/19/2009 | 0999 | C&D | 0.00 | $25.20 | 0.00 | $25.20 | 4,989.53 |
| 2345869 | Photocopy | | E | 02/19/2009 | 0237 | SRB | 0.00 | $10.50 | 0.00 | $10.50 | 5,000.03 |
| 2345870 | Photocopy | | E | 02/19/2009 | 0237 | SRB | 0.00 | $5.70 | 0.00 | $5.70 | 5,005.73 |
| 2345915 | Photocopy | | E | 02/19/2009 | 0317 | JAL | 0.00 | $3.90 | 0.00 | $3.90 | 5,009.63 |
| 2341025 | Federal Express Delivery to K.Hemming, 2/11/09 (EI) | | E | 02/19/2009 | 0120 | EI | 0.00 | $17.21 | 0.00 | $17.21 | 5,026.84 |
| 2345977 | Photocopy | | E | 02/20/2009 | 0237 | SRB | 0.00 | $2.80 | 0.00 | $2.80 | 5,029.64 |

{D0149851.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/20/2009 |

Print Date/Time: 03/20/2009 9:30:16AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2345983 | Photocopy | | E | 02/20/2009 | 0237 | SRB | 0.00 | $15.50 | 0.00 | $15.50 | 5,045.14 |
| 2346021 | Photocopy | | E | 02/23/2009 | 0237 | SRB | 0.00 | $1.70 | 0.00 | $1.70 | 5,046.84 |
| 2346022 | Photocopy | | E | 02/23/2009 | 0237 | SRB | 0.00 | $8.80 | 0.00 | $8.80 | 5,055.64 |
| 2346043 | Photocopy | | E | 02/23/2009 | 0237 | SRB | 0.00 | $3.50 | 0.00 | $3.50 | 5,059.14 |
| 2346064 | Photocopy | | E | 02/23/2009 | 0999 | C&D | 0.00 | $8.20 | 0.00 | $8.20 | 5,067.34 |
| 2346081 | Photocopy | | E | 02/23/2009 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 5,068.54 |
| 2346082 | Photocopy | | E | 02/23/2009 | 0237 | SRB | 0.00 | $1.10 | 0.00 | $1.10 | 5,069.64 |
| 2341042 | Bernard S. Bailor meal for travel to Philadelphia, PA, 2/19/09 | | E | 02/23/2009 | 0001 | BSB | 0.00 | $4.90 | 0.00 | $4.90 | 5,074.54 |
| 2341043 | Bernard S. Bailor Amtrak Roundtrip Business Class Ticket Changing Fee for travel to Philadelphia, PA, 2/19/09 | | E | 02/23/2009 | 0001 | BSB | 0.00 | $98.00 | 0.00 | $98.00 | 5,172.54 |
| 2341044 | Bernard S. Bailor Cab Fare & Parking at DC Union Station for travel to Philadelphia, PA, 2/19/09 | | E | 02/23/2009 | 0001 | BSB | 0.00 | $37.00 | 0.00 | $37.00 | 5,209.54 |
| 2346171 | Photocopy | | E | 02/24/2009 | 0237 | SRB | 0.00 | $7.10 | 0.00 | $7.10 | 5,216.64 |
| 2346218 | Photocopy | | E | 02/24/2009 | 0237 | SRB | 0.00 | $8.70 | 0.00 | $8.70 | 5,225.34 |
| 2346245 | Photocopy | | E | 02/25/2009 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 5,227.04 |
| 2346285 | Photocopy | | E | 02/25/2009 | 0367 | MAF | 0.00 | $24.50 | 0.00 | $24.50 | 5,251.54 |
| 2346305 | Photocopy | | E | 02/25/2009 | 0020 | PVL | 0.00 | $1.50 | 0.00 | $1.50 | 5,253.04 |
| 2341658 | Jeffrey A. Liesemer Cab/Subway Fares for travel to NYC, re: Grace Plan Confirmation Mtg, 2/3/09 | | E | 02/25/2009 | 0317 | JAL | 0.00 | $30.50 | 0.00 | $30.50 | 5,283.54 |
| 2341659 | Jeffrey A. Liesemer Cab/Subway Fare Tips for | | E | 02/25/2009 | 0317 | JAL | 0.00 | $10.00 | 0.00 | $10.00 | 5,293.54 |

{D0149851.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | | Disbursements | | | | | | | 3/20/2009 |

Print Date/Time: 03/20/2009  9:30:16AM

Attn:

Invoice #

travel to NYC, re: Grace Plan Confirmation Mtg, 2/3/09

| | | | | | JAL | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2341660 | Jeffrey A. Liesemer Cab Fares for travel to Pittsburgh, PA, re: Grace Hearing, 11/24/08 | E | 02/25/2009 | 0317 | | 0.00 | $77.71 | 0.00 | $77.71 | 5,371.25 |
| | | | | | JAL | | | | |
| 2341661 | Jeffrey A. Liesemer meals for travel to Pittsburgh, PA, re: Grace Hearing, 10/26/08 - 10/27/08 | E | 02/25/2009 | 0317 | | 0.00 | $109.35 | 0.00 | $109.35 | 5,480.60 |
| | | | | | JAL | | | | |
| 2341662 | Jeffrey A. Liesemer Omni Hotel 1-Night Lodging Expense for travel to Pittsburgh, PA, re: Grace Hearing, 10/26/08 - 10/27/08 | E | 02/25/2009 | 0317 | | 0.00 | $318.06 | 0.00 | $318.06 | 5,798.66 |
| | | | | | JAL | | | | |
| 2341663 | Jeffrey A. Liesemer misc. tips/gratuities for travel to Pittsburgh, PA, re: Grace Hearing, 10/26/08 - 10/27/08 | E | 02/25/2009 | 0317 | | 0.00 | $5.00 | 0.00 | $5.00 | 5,803.66 |
| | | | | | PVL | | | | |
| 2341693 | Petty Cash -Cab/Subway Fares & Parking at DC Union Station, re: Travel to NYC, 2/24/09 (PVNL) | E | 02/26/2009 | 0020 | | 0.00 | $31.00 | 0.00 | $31.00 | 5,834.66 |
| | | | | | PVL | | | | |
| 2341694 | Petty Cash -Meals, re: Travel to NYC, 2/24/09 (PVNL) | E | 02/26/2009 | 0020 | | 0.00 | $8.00 | 0.00 | $8.00 | 5,842.66 |
| | | | | | C&D | | | | |
| 2341734 | NYO Long Distance Telephone - EI, Frankel Portner conference call on 1/7 | E | 02/26/2009 | 0999 | | 0.00 | $88.48 | 0.00 | $88.48 | 5,931.14 |
| | | | | | BSB | | | | |
| 2341740 | ADA Travel, Inc. -First Class Roundtrip Amtrak Train Fare for travel to Philadelphia, PA, 2/19/09 (Expert Witness Laura Welch)  (RT Business Class $243.00) | E | 02/26/2009 | 0001 | | 0.00 | $389.00 | 0.00 | $243.00 | 6,174.14 |
| | | | | | BSB | | | | |
| 2341741 | ADA Travel, Inc. -Agent Fee for First Class Roundtrip Amtrak Train Fare for travel to Philadelphia, PA, 2/19/09 (Expert Witness Laura Welch)  (RT Business Class $243.00) | E | 02/26/2009 | 0001 | | 0.00 | $40.00 | 0.00 | $40.00 | 6,214.14 |
| | | | | | BSB | | | | |
| 2341742 | ADA Travel, Inc. -First Class Roundtrip Amtrak Train Fare for travel to Philadelphia, PA, 2/19/09 (BSB)  (RT Business Class $243.00) | E | 02/26/2009 | 0001 | | 0.00 | $389.00 | 0.00 | $243.00 | 6,457.14 |
| | | | | | BSB | | | | |
| 2341743 | ADA Travel, Inc. -Agent Fee for First Class Roundtrip Amtrak Train Fare for travel to Philadelphia, PA, 2/19/09 (BSB)  (RT Business Class $243.00) | E | 02/26/2009 | 0001 | | 0.00 | $40.00 | 0.00 | $40.00 | 6,497.14 |

{D0149851.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | | | | 3/20/2009 |

Print Date/Time: 03/20/2009  9:30:16AM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2341746 | ADA Travel, Inc. -First Class Roundtrip Amtrak Train Fare for travel to New York, NY, 2/24/09 (JAL)  (RT Business Class $376.00) | E | 02/26/2009 | 0317 | JAL | 0.00 | $554.00 | 0.00 | $376.00 | 6,873.14 |
| 2341747 | ADA Travel, Inc. -Agent Fee for First Class Roundtrip Amtrak Train Fare for travel to New York, NY, 2/24/09 (JAL)  (RT Business Class $376.00) | E | 02/26/2009 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 6,913.14 |
| 2341756 | ADA Travel, Inc. -Agent Fee for First Class Roundtrip Amtrak Train Fare for travel to New York, NY, 2/3/09 (JAL)  (Business Class 420.00) | E | 02/26/2009 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 6,953.14 |
| 2341757 | ADA Travel, Inc. -First Class Roundtrip Amtrak Train Fare for travel to New York, NY, 2/3/09 (JAL)  (Business Class 420.00) | E | 02/26/2009 | 0317 | JAL | 0.00 | $620.00 | 0.00 | $420.00 | 7,373.14 |
| 2341758 | ADA Travel, Inc. -Agent Fee for Change of Flight, re: First Class Roundtrip Airfare for travel to Los Angeles, CA, 2/11/09 (PVNL)  (Coach Class 420.00) | E | 02/26/2009 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 7,413.14 |
| 2341770 | BostonCoach Corporation Car Svc. to DC Union Station & Caplin & Drysdale NY Office for travel to New York, NY, 2/3/09 (JAL) | E | 02/26/2009 | 0317 | JAL | 0.00 | $214.23 | 0.00 | $214.23 | 7,627.37 |
| 2347494 | Equitrac - Long Distance to 14062578992 | E | 02/26/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 7,627.45 |
| 2347501 | Equitrac - Long Distance to 17138051815 | E | 02/26/2009 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 7,627.85 |
| 2347521 | Equitrac - Long Distance to 13024261900 | E | 02/26/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 7,628.21 |
| 2347539 | Equitrac - Long Distance to 14062533430 | E | 02/27/2009 | 0999 | C&D | 0.00 | $1.04 | 0.00 | $1.04 | 7,629.25 |
| 2346407 | Photocopy | E | 02/27/2009 | 0999 | C&D | 0.00 | $3.50 | 0.00 | $3.50 | 7,632.75 |
| 2341780 | Conference Meals - Lunch for EI, PVNL, NDF and JAL in NY office during meeting on 2/3 | E | 02/27/2009 | 0999 | C&D | 0.00 | $37.70 | 0.00 | $37.70 | 7,670.45 |
| 2343975 | Database Research - Westlaw by DBS on 2/11-15 | E | 02/28/2009 | 0999 | C&D | 0.00 | $184.74 | 0.00 | $184.74 | 7,855.19 |
| | | | | | C&D | | | | | |

{D0149851.1 }

```
Client Number:   4642          Grace Asbestos Personal Injury Claimants                                                              Page: 1
Matter      000                Disbursements                                                                                         3/20/2009

                                                                                                                Print Date/Time: 03/20/2009  9:30:16AM
Attn:
                                                                                                                                     Invoice #
 2343976    Database Research - Westlaw by ALV on 2/28    E   02/28/2009    0999              0.00    $111.10      0.00    $111.10    7,966.29
                                                                                       C&D
 2343977    Database Research - Westlaw by JAL on 2/9     E   02/28/2009    0999              0.00    $168.31      0.00    $168.31    8,134.60
Total Expenses
                                                                                                    $9,089.60
                                                                                              0.00                 0.00  $8,134.60
              Matter Total Fees                                                                        0.00                   0.00
              Matter Total Expenses                                                                9,089.60               8,134.60
              Matter Total                                                                    0.00 9,089.60        0.00   8,134.60

              Prebill Total Fees
              Prebill Total Expenses                                                                $9,089.60             $8,134.60
              Prebill Total                                                                   0.00  $9,089.60      0.00   $8,134.60
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 64,338 | 08/20/2008 | 157,703.00 | 31,540.60 |
| 64,939 | 09/29/2008 | 112,690.00 | 22,538.00 |
| 65,190 | 10/24/2008 | 132,869.00 | 26,573.80 |
| 65,672 | 11/20/2008 | 165,621.50 | 33,124.30 |
| 66,049 | 12/18/2008 | 199,929.75 | 39,985.95 |
| 66,545 | 01/26/2009 | 379,385.84 | 379,385.84 |
| 66,959 | 02/25/2009 | 244,429.88 | 244,429.88 |
|  |  | 3,179,778.72 | 827,227.67 |

{D0149851.1 }