# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

March 23, 2009                                INVOICE:           229870

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 02/28/09

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 02/01/09 | Work on settlement mediation statement including additional coverage and background related issues (2.40). Review and comment regarding memo on insurance coverage issues relating to trust (.80). Review and comment regarding memo on Grace operations relating to coverage (1.00). | W001 | RYC | 4.20 |
| 02/02/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," defense costs and other asbestos premises coverage issues. | W001 | GFF | 1.40 |
| 02/02/09 | Insurance company background information research per R. Chung request. | W001 | HEG | 3.00 |
| 02/02/09 | Work on settlement mediation, preparation and brief. | W001 | MG | 1.70 |
| 02/02/09 | Attention to upcoming mediation. | W001 | RMH | 2.00 |
| 02/02/09 | Revise mediation statement for settlement negotiations (3.80).  Follow-up regarding research on coverage issues relating to the Trust (1.20). Follow-up regarding research on Grace operations concerning coverage (.70). | W001 | RYC | 5.70 |
| 02/03/09 | Analysis of selected umbrella/excess policies re: "follow form," defense cost issues, and various asbestos premises coverage issues. | W001 | GFF | 4.90 |
| 02/03/09 | Discrepancies reviewed and options discussed (1.00); Insurance company law firm contact research(1.50);  assisted with additional CIP demand sheet calculations per M. Garbowski request (1.00). | W001 | HEG | 3.50 |
| 02/03/09 | Reviewed information re:  insurance company contacts for CIP settlement demands. | W001 | IF | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| March 23, 2009 | INVOICE:               229870 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/03/09 | Reviewed and studied Grace insurance policies re: "ultimate net loss" and "loss payable provisions." | W001 | IF | 3.00 |
| 02/03/09 | Read previous memo on assignment of insurance policies (.60); read and notate language in case law re: trust insurance (1.70); draft memo re: case law analysis of recovery issues (3.80). | W001 | MC | 6.10 |
| 02/03/09 | Work on Fireman's Fund mediation brief and preparation (1.40); work on AIG demand (.60). | W001 | MG | 2.00 |
| 02/03/09 | Attention to Equitas negotiations (1.20). Attention to cooperation agreement (1.10). Attention to non-products claims (.90). Attention to settlement with insurance company (.80). | W001 | RMH | 4.00 |
| 02/03/09 | Further revise mediation statement (.60); Research regarding coverage in place settlement issues (3.10).   Follow-up regarding existing settlement demands (.70). Research and analysis of coverage in place issues in connection with potential settlement (2.30). Review memo regarding plan effect on coverage available to the trust (.30). | W001 | RYC | 7.00 |
| 02/04/09 | Review/revise insurance policy data spreadsheets (.60); analysis of selected umbrella/excess policies re: "follow form," defense costs, and various asbestos premises coverage issues (6.70). | W001 | GFF | 6.70 |
| 02/04/09 | Assisted with CIP background research (2.80); continued to compare and adjust allocation figures (1.70); CIP insurance company research and communication requests (.50). | W001 | HEG | 5.00 |
| 02/04/09 | Reviewed and helped prepare information re: settlement demand adjustment. | W001 | IF | 1.00 |
| 02/04/09 | Reviewed and studied Grace insurance policies re: "ultimate net loss" "loss payable" and "follow form" provisions. | W001 | IF | 2.50 |
| 02/04/09 | Analyze case law (1.00) and continue preparation of memorandum of law (.70). | W001 | KES | 1.70 |
| 02/04/09 | Work on mediation papers and review numbers re: same. | W001 | MG | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| March 23, 2009 | INVOICE:           229870 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/04/09 | Attention to draft cooperation agreement (.90). Attention to coverage in place agreements (.90). Attention to mediation with an insurance company (1.70). | W001 | RMH | 3.50 |
| 02/04/09 | Work on mediation statement and accompanying exhibits and demonstratives (5.80).  Research and investigate issues concerning potential settlement of coverage in place agreements (1.80). | W001 | RYC | 7.60 |
| 02/05/09 | Review and revise time/expense entries (3.70); request and review additional information from V. Negron re: catering charges (.60). | W011 | AHP | 4.30 |
| 02/05/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," defense costs, "loss payable" and various asbestos premises coverage issues (5.90); review/revise insurance policy data spreadsheets (.70). | W001 | GFF | 6.60 |
| 02/05/09 | Research of background re: CIP parties per R. Chung request. | W001 | HEG | 2.50 |
| 02/05/09 | Reviewed in-house resources re: addresses for demand letters and searched "Grace Data Room re:  address list." | W001 | IF | 1.30 |
| 02/05/09 | Helped to update information for mediation statement policy chart. | W001 | IF | 1.20 |
| 02/05/09 | Reviewed Grace insurance policies re:   "defense costs" and "follow form" language. | W001 | IF | 1.80 |
| 02/05/09 | Complete memorandum of law re: products liability (2.70); review additional case law re: same (2.00). | W001 | KES | 4.70 |
| 02/05/09 | Revise color-coded insurance charts using CorelDraw software: | W001 | KS | 1.40 |
| 02/05/09 | Work on mediation preparation. | W001 | MG | 1.40 |
| 02/05/09 | Finalize mediation statement and accompanying exhibits and demonstratives for delivery to insurance counsel and mediator (5.20). Follow-up research and analysis regarding potential settlement of coverage in place agreements (1.20). Review opposing mediation statement from insurance company (.50). | W001 | RYC | 6.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| March 23, 2009 | INVOICE:               229870 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/06/09 | Review/revise insurance policy data spreadsheets (.40); analysis of selected umbrella/excess policies re: "follow form," defense costs, "loss payable," and various asbestos premises coverage issues (5.70). | W001 | GFF | 6.10 |
| 02/06/09 | Studied Grace insurance policies re:    "defense costs" and follow form" provisions. | W001 | IF | 1.50 |
| 02/06/09 | Finalize revised version of memorandum of law re: definition of products for purposes of products-completed operations coverage. | W001 | KES | 2.20 |
| 02/06/09 | Finalize insurance memo. | W001 | MC | 1.00 |
| 02/06/09 | Work on issues re: non-product claims. | W001 | MG | 1.50 |
| 02/06/09 | Confer with Jay Hughes regarding non-products claims (.60); Provide settlement demands (.90); Attention to mediation with an insurance company (2.00). | W001 | RMH | 3.50 |
| 02/06/09 | Review and comment upon research relating to Plan provisions relating to Trust insurance recovery (1.20).    Conference call and follow-up regarding insurance coverage concerning Grace operations (0.90).    Follow-up regarding mediation statement analysis in light of opposing mediation statement (1.30).  Work on settlement issues with potentially settling insurance companies (3.20). | W001 | RYC | 6.60 |
| 02/08/09 | Research and revise potential settlement issues in response to insurance companies. | W001 | RYC | 2.20 |
| 02/09/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," "loss payable," defense costs and various asbestos premises coverage issues (5.30); review/revise insurance policy data spreadsheets (.60). | W001 | GFF | 5.90 |
| 02/09/09 | Reviewed and updated information re:    "duty to defend," "loss payable" and "follow form." | W001 | IF | 1.50 |
| 02/09/09 | Attention to termination clause in Equitas agreement. (.20); Evaluate alternatives. (.40); Draft memo to client. (.80);    Attention to settlement discussions. (1.00); Prepare for mediation with an insurance company (2.10). | W001 | RMH | 4.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

March 23, 2009                                INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 02/09/09 | Research and preparation of pre-plan settlement from impaired insurance companies (1.40); draft response to potential settlement issues in response to insurance companies (1.10). | W001 | RYC | 2.50 |
| 02/09/09 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 02/10/09 | Review attorney changes to draft and make additional revisions. | W011 | AHP | 0.60 |
| 02/10/09 | Analysis of selected umbrella/excess policies re: "follow form," "loss payable," defense costs and various asbestos premises coverage issues (5.70); review/revise insurance policy data spreadsheets (.60). | W001 | GFF | 6.30 |
| 02/10/09 | Assisted R. Chung with trust assets research. | W001 | HEG | 1.40 |
| 02/10/09 | Reviewed and studied Grace insurance policies re: "loss payable" "defense costs" and "followed form." | W001 | IF | 2.40 |
| 02/10/09 | Reviewed settlement agreements re: payment language for demand letter. | W001 | IF | 0.60 |
| 02/10/09 | Caselaw research on the application of certain insurance provisions. | W001 | MC | 4.60 |
| 02/10/09 | Work on settlement demand. | W001 | MG | 0.70 |
| 02/10/09 | Conference call regarding settlement with one insurance company (.60); Assign cooperation clause legal research issue (.60); Prepare for JAMS mediation with another insurance company (1.80). | W001 | RMH | 3.00 |
| 02/10/09 | Work on settlement demand issues with respect to negotiating insurance companies (2.30); preparation for mediation with potential settling insurance company (5.50); participate in pre-settlement negotiations with requesting insurance company and follow-up (.80). | W001 | RYC | 8.60 |
| 02/11/09 | Proof changes and make additional revisions (2.60); finalize bill (.60). | W011 | AHP | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

March 23, 2009                                                      INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/11/09 | Review documents re: trust assets(1.10); review/revise insurance policy data spreadsheets (1.20); analysis of selected umbrella/excess policies re: "follow form," "loss payable," defense costs and various asbestos premises coverage issues (4.90). | W001 | GFF | 7.20 |
| 02/11/09 | Detailed trust assets research. | W001 | HEG | 3.60 |
| 02/11/09 | Reviewed and studied trust assets documents with Claimant Committee of Grace. (1.20); Reviewed public information about "fraudulent conveyance." (.80). | W001 | IF | 2.00 |
| 02/11/09 | Finalize insurance provision research: state specific. | W001 | MC | 1.10 |
| 02/11/09 | 1/2 time for travel to and from DC. | W019 | RMH | 4.00 |
| 02/11/09 | Settlement meeting with insurance company (2.30). Prepare for same (2.70).  Follow-up and report to client (1.00).  Prepare for mediation with another insurance company (.90). Confer with its counsel (.60). Report to client regarding another insurance company contact (1.80).  Attention to discovery from insurance companies (.70). | W001 | RMH | 10.00 |
| 02/11/09 | Research and draft analysis of settlement issues raised by insurance companies. | W001 | RYC | 6.80 |
| 02/12/09 | Review correspondence and files and revise monitoring chart accordingly. | W011 | AHP | 0.70 |
| 02/12/09 | Review, identify and prepare specific policy provisions in W.R. Grace's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 2.50 |
| 02/12/09 | Analysis of selected primary insurance policies re: inspection/loss control language (.90); analysis of selected umbrella/excess policies re: "follow form," "loss payable," defense costs and various asbestos premises coverage issues (4.90); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 6.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

March 23, 2009                                                  INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 02/12/09 | Reviewed W.R. Grace insurance policies re: "ultimate net loss" language and "follow form" language. | W001 | IF | 1.00 |
| 02/12/09 | Reviewed W.R. Grace primary insurance policies re: "inspection and audit provisions." | W001 | IF | 0.70 |
| 02/12/09 | JAMS mediation with insurance company (8.50). Prepare for same (2.20).  Follow-up and report to client (1.80). | W001 | RMH | 12.50 |
| 02/12/09 | Research and analysis in connection with potential impediments to pre-plan settlement of insurance coverage (4.50); review insurance company mediation status and issues (1.20). | W001 | RYC | 5.70 |
| 02/13/09 | Analysis of selected primary insurance policies re: inspection/loss control issues (1.90); analysis of selected umbrella/excess policies re: "follow form," "loss payable," defense costs, and various asbestos premises coverage issues (4.60); review/revise insurance policy data spreadsheets (.70). | W001 | GFF | 7.20 |
| 02/13/09 | Reviewed and updated information re: Mediation. | W001 | IF | 0.80 |
| 02/13/09 | Reviewed and studied Grace insurance policies re: "defense costs," "allocation" and "loss payable" provision. | W001 | IF | 2.00 |
| 02/13/09 | Prepare notes on research. | W001 | MC | 1.10 |
| 02/13/09 | Work on settlement demand. | W001 | MG | 0.70 |
| 02/13/09 | Attention to Confidentiality agreement. | W001 | RMH | 1.00 |
| 02/13/09 | Revise written responses re: settlements (1.50); Prepare additional settlement demands (1.00); Follow-up research and analysis in connection with potential impediments to pre-plan settlement of insurance coverage (3.40). | W001 | RYC | 5.90 |
| 02/15/09 | Prepare responses to insurance companies re: issues in connection with settlement and mediation. | W001 | RYC | 4.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

March 23, 2009                                               INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/17/09 | Analysis of selected umbrella/excess policies re: "follow form," defense costs "loss payable" and various asbestos premises coverage issues (5.90); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 6.70 |
| 02/17/09 | Reviewed and updated information re: Grace insurance policies "defense costs" and loss payable." | W001 | IF | 1.50 |
| 02/17/09 | Telephone conversation with R. Horkovich re: settlement discussions. | W001 | MG | 0.40 |
| 02/17/09 | Attention to researching and organization of documents to attach to memo. | W001 | NJB | 2.00 |
| 02/17/09 | Attention to request for admissions (1.20); Attention to settlement discussions (4.70); Attention to cooperation clause (.60); Attention to interrogatory responses (1.00). | W001 | RMH | 7.50 |
| 02/17/09 | Work on responses to insurance companies in connection with objection to disclosure statement (2.70); Research and analysis re: potential mediation issues in connection with insurance companies (3.80). | W001 | RYC | 6.50 |
| 02/18/09 | Review/revise insurance policy data spreadsheets (.70); analysis of selected umbrella/excess insurance policies re: "follow form," defense costs, "loss payable" and various asbestos premises coverage issues (6.80). | W001 | GFF | 7.50 |
| 02/18/09 | Updated and reviewed Grace insurance policies re: "loss payable" and "follow form" clauses. | W001 | IF | 1.30 |
| 02/18/09 | Searched files and in-house resources re: settlement agreements. | W001 | IF | 0.70 |
| 02/18/09 | Analysis and evaluation of disclosure objection discovery (2.50); work on issues relating to prior settlement agreement as they pertain to the expected Trust under the Plan (4.70). | W001 | RYC | 7.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| March 23, 2009 | INVOICE:              229870 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/19/09 | Review e-mail re: Insurance allocation (.10); analysis of selected umbrella/excess insurance policies re: "follow form," defense costs, "loss payable" and various asbestos premises coverage issues (6.40); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 7.30 |
| 02/19/09 | Reviewed Grace insurance policies and settlement agreements re: coverage In place agreement information. | W001 | IF | 2.50 |
| 02/19/09 | Work on third party claimant discovery (1.20). Work on various settlement proposals (2.80). | W001 | RMH | 4.00 |
| 02/19/09 | Research and analysis in connection with impact of pre-bankruptcy settlements (2.20); Work on Grace settlement demand issues for additional insurance companies (3.60); prepare draft analysis of liability valuation related issues (1.80). | W001 | RYC | 7.60 |
| 02/20/09 | Reviewed demand letter and updated binder. | W001 | IF | 0.60 |
| 02/20/09 | Updated in-house information re: Grace coverage in place agreements and created CIP binder. | W001 | IF | 2.90 |
| 02/20/09 | Attention to discovery to and from the insurance companies. | W001 | RMH | 2.00 |
| 02/20/09 | Attention to plan objection discovery (2.80); Analysis of coverage in place impact post-bankruptcy (2.00). | W001 | RYC | 5.80 |
| 02/22/09 | Evaluate responses to discovery demands (1.50). Attention to additional discovery demands (.60). | W001 | RYC | 2.10 |
| 02/23/09 | Reviewed and updated information re: Grace coverage in place settlement agreements. | W001 | IF | 1.00 |
| 02/23/09 | Emails and preparation for settlement telephone conference. | W001 | MG | 1.20 |
| 02/23/09 | Hearing with Judge Fitzgerald (.60). Attention to responses to request for admissions (1.30). Attention to discovery responses (3.70). | W001 | RMH | 4.60 |
| 02/23/09 | Evaluate and prepare follow-up to insurance company and third party discovery responses (3.70). Research and analysis of coverage-in-place impact post-bankruptcy (2.70). | W001 | RYC | 6.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

March 23, 2009                                                   INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/24/09 | Search PACER/docket per R. Horkovich request (.60); brief telephone conversation with local counsel to confirm PACER information (.10); e-mail re: same (.20). | W011 | AHP | 0.90 |
| 02/24/09 | Reviewed third party discovery responses and Grace insurance policy information. | W001 | IF | 1.30 |
| 02/24/09 | Began to review Grace coverage in place information. | W001 | IF | 1.20 |
| 02/24/09 | Emails and preparation for telephone conference and settlement negotiations. | W001 | MG | 2.00 |
| 02/24/09 | Meeting with FCR regarding coverage-in-place agreement (6.50).    Follow-up evaluation re: settlement (3.00).  Attention to potential settlement with same coverage-in-place insurance company (1.00). | W001 | RMH | 10.50 |
| 02/24/09 | Work on compelling supplemental discovery from plan objectors (3.80).  Research and analysis of settlement demand related issues (2.10). | W001 | RYC | 5.90 |
| 02/25/09 | Access and review docket on PACER. | W011 | AHP | 0.40 |
| 02/25/09 | Reviewed notes and mediation agreement for background re: research for Grace. | W001 | AMA | 0.50 |
| 02/25/09 | Performed research re: bankruptcy law pertaining to insurance recovery. | W001 | AMA | 1.60 |
| 02/25/09 | Attention to bankruptcy law pertaining to insurance recovery. | W001 | AMA | 0.30 |
| 02/25/09 | Research re: counsel's differing totals of remaining excess policy limits (3.00); CIP agreement language analysis per R. Horkovich request (3.00). | W001 | HEG | 6.00 |
| 02/25/09 | Searched files and in-house resources re: insurance company financial information. | W001 | IF | 2.20 |
| 02/25/09 | Reviewed Grace coverage in place agreements re: potential post-bankruptcy issues. | W001 | IF | 2.30 |
| 02/25/09 | Reviewed and helped to prepare analysis of "remaining limits." | W001 | IF | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| March 23, 2009 | INVOICE:         229870 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/25/09 | Emails and preparation for telephone conference and negotiations (1.90); work on "return on investment" issue and remaining limits issue (1.30). | W001 | MG | 3.20 |
| 02/25/09 | Attention to response to insurance company request for admissions (1.20).    Attention to responses to another insurance company request for admissions (1.20). Attention to discovery responses (2.60). | W001 | RMH | 5.00 |
| 02/25/09 | Evaluate potential post-bankruptcy insurance recovery issues (3.50).    Attention to issues pertaining to potential pre-confirmation settlement with insurance companies (3.20). | W001 | RYC | 6.70 |
| 02/26/09 | Access and review docket list on PACER. | W011 | AHP | 0.40 |
| 02/26/09 | Performed research re: bankruptcy law impact on post-bankruptcy insurance recovery. | W001 | AMA | 5.40 |
| 02/26/09 | Continued research into differing remaining excess limits issue (.80); continued review and discussions re: CIP Agreement language analysis as requested (1.20). | W001 | HEG | 2.00 |
| 02/26/09 | Continued to review Grace coverage in place agreements re: potential post-bankruptcy issues. | W001 | IF | 3.00 |
| 02/26/09 | Research contracts of indemnity in bankruptcy context. | W001 | MC | 0.40 |
| 02/26/09 | Prepare for and participate in two conference calls re: allocation reconciliation (2.00); review and organize remaining limits to assist reconciliation (2.40) | W001 | MG | 4.40 |
| 02/26/09 | Attention to Equitas Notice of Termination (.90); Confer with FCR regarding settlement model (.60); Confer with insurance company regarding settlement model (.80); Confer regarding requests for admission responses (.70); Attention to analysis of options regarding $350 million in coverage-in-place agreements in bankruptcy (6.50). | W001 | RMH | 9.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

March 23, 2009                                                  INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/26/09 | Research and analysis in connection with post bankruptcy recoveries under coverage-in-place agreements (5.80); Attention to insurance issues relating to disclosure statement and plan of reorganization (2.30); Assist co-counsel with insurance coverage issues relating to bankruptcies (.40). | W001 | RYC | 8.50 |
| 02/27/09 | Performed research re: modification of pre petition contract by a bankruptcy court because of conflict with Trust Distribution Plan for Grace. | W001 | AMA | 6.60 |
| 02/27/09 | Attention to bankruptcy law pertaining to insurance recoveries | W001 | AMA | 0.30 |
| 02/27/09 | Assisted M. Garbowski with master policy research in effort to answer insurance company queries regarding erosion and remaining limits. | W001 | HEG | 2.00 |
| 02/27/09 | Updated and reviewed list of settlement agreements and CIPS (1.00); Created new Schedules 2 and 3 for filing (.70). | W001 | IF | 1.70 |
| 02/27/09 | Continued to review and update information re: coverage in place agreement provisions. | W001 | IF | 1.80 |
| 02/27/09 | Began to review analysis of Orrick "remaining limits." | W001 | IF | 0.60 |
| 02/27/09 | Updated and reviewed information re:  Berkshire Hathaway "industry composite" and Berkshire Hathaway bond yields. | W001 | IF | 0.60 |
| 02/27/09 | Review and organize insurance remaining limits to assist with settlement reconciliation. | W001 | MG | 2.00 |
| 02/27/09 | Conference call regarding plan changes for coverage-in-place agreements (1.40); Settlement discussions with CIP insurance company (1.10); Follow-up regarding data to be provided for settlement analysis (.90); Attention to interrogatory response to insurance company (.60); Attention to options regarding coverage-in-place agreements (4.00). | W001 | RMH | 8.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

March 23, 2009                                               INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/27/09 | Follow-up research and analysis in connection with post-bankruptcy recoveries under coverage-in-place agreements (6.20); Follow-up attention to issues relating to disclosure statement and plan of reorganization (1.70). | W001 | RYC | 7.90 |
| 02/28/09 | Attention to impact of bankruptcy plan on CIP's. | W001 | AMA | 0.30 |
| 02/28/09 | Follow-up to the research on impact of bankruptcy plan on CIP's. | W001 | AMA | 0.30 |
| 02/28/09 | Research issues relating to contract law impact on CIPs. | W001 | MC | 3.60 |
| 02/28/09 | Continued research on issues relating to contract law impact on CIPs and draft e-mail re: same. | W001 | MC | 3.60 |
| 02/28/09 | Draft memo regarding potential post-bankruptcy Trust insurance recovery impediments. | W001 | RYC | 4.20 |

**TOTAL FEES:**                                                        **$239,737.00**

{D0149852.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

March 23, 2009                              INVOICE:         229870

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| FEE SUMMARY | | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| A. Marcello Antonucci | 280.00 | 15.30 | 4,284.00 |
| Arline H Pelton | 230.00 | 10.50 | 2,415.00 |
| Corina K Nastu | 210.00 | 2.50 | 525.00 |
| Glenn F Fields | 315.00 | 80.40 | 25,326.00 |
| Harris E Gershman | 255.00 | 29.00 | 7,395.00 |
| Izak Feldgreber | 275.00 | 50.50 | 13,887.50 |
| Kathleen Samet | 160.00 | 1.40 | 224.00 |
| Kenneth E. Sharperson | 460.00 | 8.60 | 3,956.00 |
| Mark Garbowski | 545.00 | 22.20 | 12,099.00 |
| Michael Chung | 280.00 | 21.50 | 6,020.00 |
| Nicholas J Balsdon | 195.00 | 2.00 | 390.00 |
| Robert M Horkovich | 845.00 | 99.10 | 83,739.50 |
| Robert Y Chung | 555.00 | 143.20 | 79,476.00 |
| **TOTAL FEES:** | | | **$239,737.00** |

{D0149852.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

March 23, 2009                                                INVOICE:          229870

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| A. Marcello Antonucci | 15.30 | 4,284.00 |
| Corina K Nastu | 2.50 | 525.00 |
| Glenn F Fields | 80.40 | 25,326.00 |
| Harris E Gershman | 29.00 | 7,395.00 |
| Izak Feldgreber | 50.50 | 13,887.50 |
| Kenneth E. Sharperson | 8.60 | 3,956.00 |
| Kathleen Samet | 1.40 | 224.00 |
| Michael Chung | 21.50 | 6,020.00 |
| Mark Garbowski | 22.20 | 12,099.00 |
| Nicholas J Balsdon | 2.00 | 390.00 |
| Robert M Horkovich | 95.10 | 80,359.50 |
| Robert Y Chung | 142.70 | 79,198.50 |
| **TOTAL:** | **471.20** | **$233,664.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 10.50 | 2,415.00 |
| Robert Y Chung | 0.50 | 277.50 |
| **TOTAL:** | **11.00** | **$2,692.50** |

ACTIVITY CODE: W019        Travel (non-working)

|  | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 4.00 | 3,380.00 |
| **TOTAL:** | **4.00** | **$3,380.00** |

{D0149852.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                           EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

March 23, 2009                                                    INVOICE:              229870

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| COSTS through 02/28/09 | | |
|---|---|---|
| **DATE** | **DESCRIPTION OF COSTS** | **AMOUNT** |
| 01/08/09 | AIRFARE/RAIL EXPS. Ticket #: 8140767661 For: E110 ROBERT HORKOVICH on 1/8/2009 Carrier Code: XD to AGENT FEE Invoice # 356964 | 30.00 |
| 01/08/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744284 For: E110 ROBERT HORKOVICH on 1/8/2009 Carrier Code: US to LGA PIT Invoice # 356964 | 169.60 |
| 01/08/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744285 For: E110 ROBERT HORKOVICH on 1/8/2009 Carrier Code: AA to PIT LGA Invoice # 356965 | 169.60 |
| 01/21/09 | AIRFARE/RAIL EXPS. Ticket #: 8140767689 For: E110 ROBERT HORKOVICH on 1/21/2009 Carrier Code: XD to AGENT FEE Invoice # 357018 | 30.00 |
| 01/22/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744331 For: E110 ROBERT HORKOVICH on 1/22/2009 Carrier Code: US to LGA PIT Invoice # 357024 | 59.60 |
| 01/22/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744332 For: E110 ROBERT HORKOVICH on 1/22/2009 Carrier Code: AA to PIT LGA Invoice # 357025 | 59.60 |
| 02/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - E106 January 1 - 31, 2009 | 4.01 |
| 02/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - E106 January 1 - 31, 2009 | 594.28 |
| 02/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - E106 January 1 - 31, 2009 | 213.45 |
| 02/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - E106 January 1 - 31, 2009 | 246.20 |
| 02/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - E106 January 1 - 31, 2009 | 118.16 |
| 02/02/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744347 For: E110 ROBERT HORKOVICH on 2/2/2009 Carrier Code: US to LGA PIT Invoice # 357054 | 189.60 |
| 02/02/09 | AIRFARE/RAIL EXPS. Ticket #: 8140767704 For: E110 ROBERT HORKOVICH on 2/2/2009 Carrier Code: XD to AGENT FEE Invoice # 357054 | 30.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

March 23, 2009        INVOICE:       229870

MATTER: CLAIMANTS COMMITTEE        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 02/02/09 | DI - FAX CHARGES - | E104 | 3.00 |
| 02/03/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744351 For: ROBERT HORKOVICH on 2/3/2009 Carrier Code: DL to LGA DCA LGA Invoice # 357061 | E110 | 448.90 |
| 02/03/09 | AIRFARE/RAIL EXPS. Ticket #: 8140767707 For: ROBERT HORKOVICH on 2/3/2009 Carrier Code: XD to AGENT FEE Invoice # 357061 | E110 | 30.00 |
| 02/03/09 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 02/03/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/03/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 02/03/09 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 02/04/09 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 02/05/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 791208510726 Reference:100055 wrg01 02 594 Billing Note:From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: David Geronemus, JAMS, 15 Grist Mill Lane, WESTPORT, CT, 06880, US | E107 | 11.25 |
| 02/05/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 791208511490 Reference:100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Peri N Mahaley, Esq., Orrick, Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC, 20005, US | E107 | 11.37 |
| 02/05/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 791208512063 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Lisa G Esayian, Esq., Kirkland & Ellis LLP, 200 E Randolph St Fl 54, CHICAGO, IL, 60601, US | E107 | 14.94 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                   EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

March 23, 2009                                              INVOICE:           229870

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 02/05/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 790155913034 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael Kotula, Rivkin Radler & Kremer, 926 RexCorp Plaza, UNIONDALE, NY, 11556, US | E107 | 9.43 |
| 02/05/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 790155979597 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P. C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Peter Van N Lockwood, Caplin & Drysdale, 1 Thomas Cir NW12 , WASHINGTON, DC, 20005, US | E107 | 11.37 |
| 02/05/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 798082922567 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Clifford Hendler, Crowell & Moring LLP, 1001 Pennsylvania Ave NW 10, WASHINGTON, DC, 20004, US | E107 | 11.37 |
| 02/05/09 | DI - BINDING - | E126 | 16.00 |
| 02/05/09 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 02/05/09 | DI - PHOTOCOPYING - | E101 | 2.90 |
| 02/05/09 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 02/06/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 791208871965 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Richard Pollack, HDI Gerling America Ins Co, 150 North Wacker Drive, 29th F, CHICAGO, IL, 60606, US | E107 | 10.38 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| March 23, 2009 | INVOICE:              229870 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 02/06/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 791208872435 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: John Competiello, Mutual Marine Office, Inc, 919 3RD AVE10TH FLR, NEW YORK CITY, NY, 10022, US | E107 | 16.99 |
| 02/06/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 791208873431 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Paul J  Hart, INFORMATION NOT SUPPLIED, 919 Third Avenue 10th Floor , NEW YORK CITY, NY, 10022, US | E107 | 6.99 |
| 02/06/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 798083218425 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: William J Bowman, Esq., Hogan & Hartson LLP, 555 13th St NW Ste 800E, WASHINGTON, DC, 20004, US | E107 | 8.10 |
| 02/06/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 790156275636 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Stephen McCarthy, Mutual Marine Office, Inc, 919 3RD AVE, NEW YORK CITY, NY, 10022, US | E107 | 16.99 |
| 02/06/09 | DI - FAX CHARGES - | E104 | 3.00 |
| 02/06/09 | DI - FAX CHARGES - | E104 | 3.00 |
| 02/06/09 | DI - FAX CHARGES - | E104 | 3.00 |
| 02/06/09 | DI - FAX CHARGES - | E104 | 3.00 |
| 02/06/09 | DI - FAX CHARGES - | E104 | 3.00 |
| 02/06/09 | DI - FAX CHARGES - | E104 | 3.00 |
| 02/06/09 | DI - POSTAGE - | E108 | 5.04 |
| 02/06/09 | DI - POSTAGE - | E108 | 17.50 |
| 02/06/09 | DI - PHOTOCOPYING - | E101 | 6.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:      100055.WRG01

March 23, 2009                                           INVOICE:      229870

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 02/06/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/06/09 | DI - PHOTOCOPYING - | E101 | 7.80 |
| 02/06/09 | DI - PHOTOCOPYING - | E101 | 4.00 |
| 02/06/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/09/09 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 02/09/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/09/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/09/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 02/09/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/09/09 | DI - PHOTOCOPYING - | E101 | 1.90 |
| 02/10/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 908751558 Tracking Number: 846515607012 Reference:100055 WRGOI Billing Note:   From: ROBERT Y CHUNG, ANDERSON KILL & OLICK P.C. 1251 6TH AVE FL 42, NEW  YORK,  NY,  100201104,  US  To:  BOB HORKOVICH, INFORMATION NOT SUPPLIED,  10 SILVER BROOK RD, WESTPORT, CT, 06880, US | E107 | 12.10 |
| 02/10/09 | DI - FAX CHARGES - | E104 | 4.50 |
| 02/10/09 | DI - PHOTOCOPYING - | E101 | 12.00 |
| 02/10/09 | DI - PHOTOCOPYING - | E101 | 3.50 |
| 02/10/09 | DI - PHOTOCOPYING - | E101 | 7.40 |
| 02/11/09 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 02/11/09 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 02/12/09 | LIBRARY  &  LEGAL  RESEARCH  VENDOR:  LEXIS-NEXIS MATTHEW BENDER 10038U 1/09 charges | E124 | 167.50 |
| 02/13/09 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 02/13/09 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 02/17/09 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 02/17/09 | DI - PHOTOCOPYING - | E101 | 12.00 |
| 02/17/09 | DI - PHOTOCOPYING - | E101 | 93.30 |
| 02/17/09 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 02/18/09 | DI - FAX CHARGES - | E104 | 30.00 |
| 02/18/09 | DI - FAX CHARGES - | E104 | 42.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

March 23, 2009                                    INVOICE:         229870

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/18/09 | TRAVEL AND/OR HOTEL EXPS. VENDOR: HORKOVICH, ROBERT M. Washington, DC 2/11 re: settlement meeting with Insurance Counsel | E110 | 36.00 |
| 02/18/09 | MEALS AWAY & TRAVEL EXP. VENDOR: HORKOVICH, ROBERT M. Washington, DC 2/11 re: settlement meeting with Insurance Counsel | E111 | 11.07 |
| 02/18/09 | DI - PHOTOCOPYING - | E101 | 1.90 |
| 02/18/09 | DI - PHOTOCOPYING - | E101 | 4.60 |
| 02/18/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 910425246 Tracking Number: 790159297434 Reference:100055 wrg01 02594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: John T Harding, Esq., Morrison Mahoney LLP, 250 Summer St Fl 1, BOSTON, MA, 02210, US | E107 | 8.10 |
| 02/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 910425246 Tracking Number: 790159297802 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Scott M Salerno, Michaels & May, 300 S  Wacker Drive, Suite 180, CHICAGO, IL, 60606, US | E107 | 10.38 |
| 02/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 910425246 Tracking Number: 790651049212 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael S Davis, Esq., Zeichner Ellman & Krause LL P, 575 Lexington Ave Fl 10, NEW YORK CITY, NY, 10022, US | E107 | 6.99 |
| 02/19/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 910425246 Tracking Number: 791211893267 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P.C. 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: R Jeff Carlisle, Esq., Lynberg & Watkins, 888 South Figueroa Street, 16t , LOS ANGELES, CA, 90017, US | E107 | 11.92 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:       100055.WRG01

March 23, 2009                                          INVOICE:               229870

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/19/09 | DI - PHOTOCOPYING - | E101 | 11.00 |
| 02/19/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 02/20/09 | DI - PHOTOCOPYING - | E101 | 3.60 |
| 02/20/09 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 02/20/09 | DI - PHOTOCOPYING - | E101 | 85.90 |
| 02/24/09 | AP    -    TELEPHONE    VENDOR:    AT&T TELECONFERENCE    SERVICES    5197521500001 Teleconference | E124 | 159.94 |
| 02/24/09 | DI - PHOTOCOPYING - | E101 | 32.00 |
| 02/25/09 | LOCAL    TRAVEL    VENDOR:    FIRST    CORPORATE SEDANS, INC Inv.# 583175 Local travel expenses for Horkovich on 02/11/09 | E109 | 223.13 |
| 02/25/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/25/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/25/09 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 02/25/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/25/09 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 02/25/09 | DI - PHOTOCOPYING - | E101 | 6.70 |
| 02/26/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/26/09 | DI - PHOTOCOPYING - | E101 | 3.00 |

**TOTAL COSTS:**                                                    **$3,627.15**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 23

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

March 23, 2009                                 INVOICE:          229870

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 178.67 |
| AR | AIRFARE/RAIL EXPS. | 1,216.90 |
| BG | DI - BINDING - | 16.00 |
| FX | DI - FAX CHARGES - | 97.50 |
| LB | LIBRARY & LEGAL RESEARCH | 1,343.60 |
| LT | LOCAL TRAVEL | 223.13 |
| PG | DI - POSTAGE - | 22.54 |
| TE | AP - TELEPHONE - | 159.94 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 36.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 11.07 |
| XE | DI - PHOTOCOPYING - | 321.80 |
| | **TOTAL COSTS:** | **$3,627.15** |

**TOTAL DUE:**                                  **$243,364.15**