Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2009 through February 28, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Feb-09 | BR | Review of Grace weekly update report. | 0.30 | $ 595.00 | $ 178.50 |
| 09-Feb-09 | BR | Review of weekly update report for Grace and accompanying news articles. | 0.30 | $ 595.00 | $ 178.50 |
| 19-Feb-09 | BR | Review of Grace motion to make the minimum required contribution to its pension plan on April 15, 2009. | 0.50 | $ 595.00 | $ 297.50 |
| 19-Feb-09 | BR | Review of prior motions by Grace relating to funding of pension plans. | 0.40 | $ 595.00 | $ 238.00 |
| 19-Feb-09 | BR | Tel C w/ Jimmy Sinclair to discuss Grace's motion to fund pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 19-Feb-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 24-Feb-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 2.00 | | $ 1,190.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-Feb-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 09-Feb-09 | JS | Review pricing and valuation information, recent articles, for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 18-Feb-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 18-Feb-09 | JS | Commence review and analysis of December 2008 Monthly Operating Report for monitoring. | 1.30 | $ 595.00 | $ 773.50 |
| 19-Feb-09 | JS | Review draft of Motion authorizing Pension Plan contributions (Pension Motion), documents of prior pension plan motions, for purposes of advising ACC counsel. | 2.40 | $ 595.00 | $ 1,428.00 |
| 24-Feb-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 25-Feb-09 | JS | Write memorandum to ACC counsel regarding Pension Plan for purposes of advising same. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total James Sinclair | 7.10 | | $ 4,224.50 |
| Peter Cramp - Senior Analyst | | | | | |
| 02-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 02-Feb-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.30 | $ 275.00 | $ 357.50 |
| 02-Feb-09 | PC | Review and analyze 10-K filing for guideline company for use in market multiple valuation. | 1.70 | $ 275.00 | $ 467.50 |
| 03-Feb-09 | PC | Review and analyze Debtor's Q4 and 2008 Earnings Report for due diligence. | 1.90 | $ 275.00 | $ 522.50 |
| 09-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 11-Feb-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.80 | $ 275.00 | $ 495.00 |
| 13-Feb-09 | PC | Review and analyze 8-K filing for guideline company for due diligence and valuation monitoring. | 0.90 | $ 275.00 | $ 247.50 |
| 17-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 17-Feb-09 | PC | Commence review and analysis of December Monthly Operating Report for due diligence and valuation monitoring. | 0.60 | $ 275.00 | $ 165.00 |
| 18-Feb-09 | PC | Further review and analysis of December Monthly Operating Report for due diligence. | 0.90 | $ 275.00 | $ 247.50 |
| 19-Feb-09 | PC | Commence review and analysis of Debtor's Pension Motion for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 19-Feb-09 | PC | Review and analyze 10-K filing for guideline company for use in market multiple valuation. | 1.80 | $ 275.00 | $ 495.00 |
| 19-Feb-09 | PC | Further review and analysis of December Monthly Operating Report for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 20-Feb-09 | PC | Review and analyze form 10-Q of guideline company for use in market multiple valuation and for monitoring. | 1.20 | $ 275.00 | $ 330.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2009 through February 28, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 23-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 24-Feb-09 | PC | Review and revise January Fee Application. | 0.50 | $ 275.00 | $ 137.50 |
| 27-Feb-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Peter Cramp | 22.40 | | $ 6,160.00 |

Gibbons Sinclair - Analyst

| | | | | | |
|---|---|---|---|---|---|
| 25-Feb-09 | GS | Draft and e-mail WR Grace invoice. | 2.10 | $ 220.00 | $ 462.00 |
| | | Total Gibbons Sinclair | 2.10 | | $ 462.00 |
| | | **TOTAL** | 33.60 | | $ 12,036.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2009 through February 28, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations | | | | | |
| 02-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 03-Feb-09 | PC | Review and analyze Debtor's Q4 and 2008 Earnings Report for due diligence. | 1.90 | $ 275.00 | $ 522.50 |
| 09-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 13-Feb-09 | PC | Review and analyze 8-K filing for guideline company for due diligence and valuation monitoring. | 0.90 | $ 275.00 | $ 247.50 |
| 17-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 17-Feb-09 | PC | Commence review and analysis of December Monthly Operating Report for due diligence and valuation monitoring. | 0.60 | $ 275.00 | $ 165.00 |
| 18-Feb-09 | PC | Further review and analysis of December Monthly Operating Report for due diligence. | 0.90 | $ 275.00 | $ 247.50 |
| 19-Feb-09 | PC | Commence review and analysis of Debtor's Pension Motion for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 19-Feb-09 | PC | Further review and analysis of December Monthly Operating Report for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 23-Feb-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| | | Total Business Operations | 12.50 | | $ 3,437.50 |
| Employee Benefits/Pensions | | | | | |
| 19-Feb-09 | BR | Review of Grace motion to make the minimum required contribution to its pension plan on April 15, 2009. | 0.50 | $ 595.00 | $ 297.50 |
| 19-Feb-09 | BR | Review of prior motions by Grace relating to funding of pension plans. | 0.40 | $ 595.00 | $ 238.00 |
| 19-Feb-09 | BR | Tel C w/ Jimmy Sinclair to discuss Grace's motion to fund pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 19-Feb-09 | JS | Review draft of Motion authorizing Pension Plan contributions (Pension Motion), documents of prior pension plan motions, for purposes of advising ACC counsel. | 2.40 | $ 595.00 | $ 1,428.00 |
| 25-Feb-09 | JS | Write memorandum to ACC counsel regarding Pension Plan for purposes of advising same. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total Employee Benefits/Pensions | 4.20 | | $ 2,499.00 |
| Fee Applications (Applicant) | | | | | |
| 24-Feb-09 | PC | Review and revise January Fee Application. | 0.50 | $ 275.00 | $ 137.50 |
| 24-Feb-09 | GS | Draft and e-mail WR Grace invoice. | 2.10 | $ 220.00 | $ 462.00 |
| | | Total Fee Applications (Applicant) | 2.60 | | $ 599.50 |
| Valuation | | | | | |
| 02-Feb-09 | BR | Review of Grace weekly update report. | 0.30 | $ 595.00 | $ 178.50 |
| 09-Feb-09 | BR | Review of weekly update report for Grace and accompanying news articles. | 0.30 | $ 595.00 | $ 178.50 |
| 19-Feb-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 24-Feb-09 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| 02-Feb-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 09-Feb-09 | JS | Review pricing and valuation information, recent articles, for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 18-Feb-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 18-Feb-09 | JS | Commence review and analysis of December 2008 Monthly Operating Report for monitoring. | 1.30 | $ 595.00 | $ 773.50 |
| 24-Feb-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 02-Feb-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.30 | $ 275.00 | $ 357.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2009 through February 28, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 02-Feb-09 | PC | Review and analyze 10-K filing for guideline company for use in market multiple valuation. | 1.70 | $ 275.00 | $ 467.50 |
| 11-Feb-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.80 | $ 275.00 | $ 495.00 |
| 19-Feb-09 | PC | Review and analyze 10-K filing for guideline company for use in market multiple valuation. | 1.80 | $ 275.00 | $ 495.00 |
| 20-Feb-09 | PC | Review and analyze form 10-Q of guideline company for use in market multiple valuation and for monitoring. | 1.20 | $ 275.00 | $ 330.00 |
| 27-Feb-09 | PC | Review and analyze Q4 earnings release for guideline company for use in market multiple valuation. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Valuation | 14.30 | | $ 5,500.50 |
| | | **TOTAL** | 33.60 | | $ 12,036.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2009 through February 28, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.00 | $ 595.00 | $ 1,190.00 |
| James Sinclair - Senior Managing Director | 7.10 | $ 595.00 | $ 4,224.50 |
| Peter Cramp - Senior Analyst | 22.40 | $ 275.00 | $ 6,160.00 |
| Gibbons Sinclair - Analyst | 2.10 | $ 220.00 | $ 462.00 |
| Total Professional Hours and Fees | 33.60 | | $ 12,036.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - February 1, 2009 through February 28, 2009

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expense during the Period | |
|      | Total Expenses February 1, 2009 through February 28, 2009 | $0.00 |