## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** [1] | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) Objection Date: 4|23, 2009, at 4ᵖᵖ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### FORTY SIXTH MONTHLY APPLICATION OF
### DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES TO THE DEBTORS
### FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | November 1 - 30, 2008 |
| Amount of Compensation Sought: | $10,948.00 |
| Amount of Expense Reimbursement Sought: | $735.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $11,683.00 |

This is a _x_ Monthly, __Interim, __Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (Vida Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Hanover Square Corporation, Homco International, Inc., Turpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) Objection Date: 4/23, 2009, at 4 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**FORTY SIXTH MONTHLY APPLICATION OF**
**DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES TO THE DEBTORS**
**FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

This forty sixth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax")

is for compensation for services rendered in connection with Deloitte Tax's provision of tax services

to the Debtors during the period from November 1, 2008 through November 30, 2008, and for

reimbursement of expenses incurred in connection therewith.  Attached hereto as Exhibit A is

the Verification of Michael Steinsaltz of Deloitte Tax.

### BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016

and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers

to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004.

Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement

is sought hereunder, along with customs procedures review services, were provided to the Debtors by

Deloitte & Touche LLP ("Deloitte & Touche").  As of August 22, 2004, Deloitte & Touche is no longer

providing tax services or compensation procedures review services to the Debtors.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

2

Deloitte Tax professional providing tax advisory services during this forty sixth monthly period, their position, total hours billed, hourly billing rate, and total fees sought.   Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred.   Attached hereto as Exhibit D are details of the expenses incurred by Deloitte Tax professionals in performing tax  advisory services to the Debtors during this monthly period.

Dated: March _19_ 2009

DELOITTE TAX LLP

Michael Steinsaltz
Partner
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-4555
Main: 1 (215) 246-2300
Fax: 1 (215) 405-342

Tax service providers for Debtors and Debtors in Possession

3