## EXHIBIT A

## VERIFICATION OF MICHAEL STEINSALTZ

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Michael Steinsaltz, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Michael Steinsaltz
Partner

SWORN AND SUBSCRIBED
before me this 19th day of March, 2009

_____
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

EXHIBIT B

**W. R. Grace**
**Hours Spent by Each Person**
**November 1 - 30, 2008 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| BESSINGER, RANDALL J | 2.60 | $570 | $1,482 |
| COLLINS, BRYAN P | 4.00 | $680 | $2,720 |
| KEENAN, JOHN R | 1.00 | $680 | $680 |
| **Total IRS Controversy** | **7.60** | | **$4,882** |
| GRANT, NICHOLAS C | 1.30 | $400 | $520 |
| **Total IP Migration** | **1.30** | | **$520** |
| ALEX, ANU T | 4.80 | $400 | $1,920 |
| DUONG, JENNIFER | 0.75 | $290 | $218 |
| FAROOQ, MARYAM | 2.00 | $290 | $580 |
| GORDON, JARED H | 0.90 | $680 | $612 |
| REED, VALERIE R | 2.10 | $70 | $147 |
| ROSS, LECIA NICHELLE | 4.70 | $70 | $329 |
| WAXMAN, SCOTT BRIAN | 6.00 | $290 | $1,740 |
| **Total admin incl. billing and engagement letter** | **21.25** | | **$5,546** |

| | | |
|---|---|---|
| **Subtotal Deloitte Tax LLP Fees for November 2008** | | **$10,948** |
| **Out of Pocket Expenses Deloitte Tax LLP for November 2008** | | **$735** |
| **Total Deloitte Tax LLP Fees for November 2008** | **30.15** | **$11,683** |

**EXHHIBIT C**

| | W. R. Grace | | | | | |
|---|---|---|---|---|---|---|
| | Hours detail | | | | | |
| | November 1 - 30, 2008 (Deloitte Tax LLP) | | | | | |
| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
| 11/1/2008 | ALEX, ANU T | General Admin | billing time | 2.10 | $400 | $840 |
| 11/3/2008 | ALEX, ANU T | General Admin | billing time/admin | 1.50 | $400 | $600 |
| 11/4/2008 | ALEX, ANU T | General Admin | update billing | 0.20 | $400 | $80 |
| 11/5/2008 | ALEX, ANU T | General Admin | billing time/admin | 0.50 | $400 | $200 |
| 11/24/2008 | ALEX, ANU T | General Admin | general admin work, updating the file | 0.50 | $400 | $200 |
| 11/4/2008 | BESSINGER, RANDALL J | IRS Controversy | review IRS comps and phone calls with ALan Gibbons | 1.60 | $570 | $912 |
| 11/5/2008 | BESSINGER, RANDALL J | IRS Controversy | phone calls with Alan Gibbons-re canceling IRS refund | 0.30 | $570 | $171 |
| 11/6/2008 | BESSINGER, RANDALL J | IRS Controversy | phone calls with ALan Gibbons-canceling IRS refund | 0.20 | $570 | $114 |
| 11/11/2008 | BESSINGER, RANDALL J | IRS Controversy | phone calls with ALan Gibbons re-designated payment of tax court case | 0.30 | $570 | $171 |
| 11/19/2008 | BESSINGER, RANDALL J | IRS Controversy | Phone calls with Alan Gibbons on working with IRS on payment | 0.20 | $570 | $114 |
| 11/3/2008 | COLLINS, BRYAN P | IRS Controversy | Call with Randy Bessinger, return call from Alan Gibbons | 3.00 | $680 | $2,040 |
| 11/18/2008 | COLLINS, BRYAN P | IRS Controversy | Call with Randy Bessinger, return call from Alan Gibbons | 1.00 | $680 | $680 |
| 11/3/2008 | DUONG, JENNIFER | General Admin | preparation of billing schedules, applications for Bankruptcy Court | 0.75 | $290 | $218 |
| 11/3/2008 | FAROOQ, MARYAM | General Admin | updating the W.R. Grace Files | 2.00 | $290 | $580 |
| 11/25/2008 | GORDON, JARED H | General Admin | bill time general admin; drafting, reviewing, and revising engagement letter | 0.90 | $680 | $612 |
| 11/11/2008 | GRANT, NICHOLAS C | IP Migration | agreement search and summaries | 1.30 | $400 | $520 |
| 11/3/2008 | KEENAN, JOHN R | IRS Controversy | Call with Randy Bessinger, return call from Alan Gibbons | 0.50 | $680 | $340 |
| 11/4/2008 | KEENAN, JOHN R | IRS Controversy | Call from Alan Gibbons advised him to speak w/ account coorfinator @ Ogden Campus before sending any checks back to IRS. Discuss with account coordinator how to best ensure money/(returned refund checks) get applied in the manner W. R. Grace wants | 0.50 | $680 | $340 |
| 11/3/2008 | REED, VALERIE R | General Admin | Mike's time report | 0.20 | $70 | $14 |
| 11/4/2008 | REED, VALERIE R | General Admin | Email re: Global Tax Planning Conference | 0.10 | $70 | $7 |
| 11/6/2008 | REED, VALERIE R | General Admin | Set up this new division | 0.10 | $70 | $7 |
| 11/6/2008 | REED, VALERIE R | General Admin | Pull Mike's time reports to review comments | 1.00 | $70 | $70 |
| 11/7/2008 | REED, VALERIE R | General Admin | Complete nomination form for Global Tax Conference - Americas | 0.30 | $70 | $21 |
| 11/17/2008 | REED, VALERIE R | General Admin | Complete nomination form for Global Tax Conference - Americas | 0.20 | $70 | $14 |
| 11/18/2008 | REED, VALERIE R | General Admin | Complete nomination form for Global Tax Conference - Americas | 0.20 | $70 | $14 |
| 11/3/2008 | ROSS, LECIA NICHELLE | General Admin | preparing bankruptcy application statements w/Jared Gordon and Tony Scoles | 0.80 | $70 | $56 |
| 11/5/2008 | ROSS, LECIA NICHELLE | General Admin | preparing bankruptcy application statements w/Jared Gordon and Tony Scoles | 0.30 | $70 | $21 |
| 11/13/2008 | ROSS, LECIA NICHELLE | General Admin | preparing bankruptcy application statements w/Jared Gordon and Tony Scoles | 2.30 | $70 | $161 |
| 11/17/2008 | ROSS, LECIA NICHELLE | General Admin | preparing bankruptcy application statements w/Jared Gordon and Tony Scoles | 0.40 | $70 | $28 |
| 11/18/2008 | ROSS, LECIA NICHELLE | General Admin | preparing bankruptcy application statements w/Jared Gordon and Tony Scoles | 0.20 | $70 | $14 |
| 11/24/2008 | ROSS, LECIA NICHELLE | General Admin | transfer bankruptcy statement information to Philadelphia office for filing | 0.70 | $70 | $49 |
| 11/3/2008 | WAXMAN, SCOTT BRIAN | General Admin | updating billing documents in preparation for bankruptcy application | 3.00 | $290 | $870 |
| 11/5/2008 | WAXMAN, SCOTT BRIAN | General Admin | updating billing documents in preparation for bankruptcy application | 2.00 | $290 | $580 |
| 11/21/2008 | WAXMAN, SCOTT BRIAN | General Admin | updating billing documents in preparation for bankruptcy application | 1.00 | $290 | $290 |
| | Fees and expenses for November 2008 | | | 30.15 | | $10,948 |

EXHIBIT D

**W. R. Grace**
**Expenses**
**November 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 11/5/2008 | COLLINS, BRYAN P | Hotel room expenses (for Hilton Hotel in Newark, lodging expense), room used during the visit to Newark for a meeting with IRS office of Appeals in Newark. | $474 |
| 11/5/2008 | COLLINS, BRYAN P | Taxes associated with the use of the hotel room in Newark (Hilton Newark) for a meeting with the IRS office of appeals in Newark. | $69 |
| 11/5/2008 | COLLINS, BRYAN P | Sunny's Car Service, (transportation expense) used for transportation between the hotel (Hilton Newark) and the meeting with the IRS office of Appeals in Newark. | $64 |
| 11/5/2008 | COLLINS, BRYAN P | Business lunch conducted with Matt Gareau, that occurred in relation to a meeting with the IRS office of Appeals in Newark. | $57 |
| 11/5/2008 | COLLINS, BRYAN P | Ground Transportation travel expenses, (taxi) for a trip between the hotel and a meeting with the IRS office of Appeals in Newark. | $21 |
| 11/5/2008 | COLLINS, BRYAN P | Taxi (transportation expenses) used for transportation between the hotel and the meeting with the IRS office of Appeals in Newark. | $20 |
| 11/5/2008 | COLLINS, BRYAN P | Taxi (transportation expenses) used for transportation between the hotel and the meeting with the IRS office of Appeals in Newark. | $20 |
| 11/5/2008 | COLLINS, BRYAN P | Taxi (transportation expenses) used for transportation for the meeting with the IRS office of Appeals in Newark. | $10 |
| | | **Fees and expenses for November 2008** | **$735** |