## EXHIBIT A

## VERIFICATION OF MICHAEL STEINSALTZ

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Michael Steinsaltz, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*[signature]*
Michael Steinsaltz
Partner

SWORN AND SUBSCRIBED
before me this 19th day of March, 2009

*[signature]*
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**EXHIBIT B**

**W.R. Grace**
**Hours Spent by Each Person**
**December 1 - 31, 2008 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| COLLINS, BRYAN P | 4.00 | $680 | $2,720 |
| **Total IRS Controversy** | **4.00** | | **$2,720** |
| | | | |
| STEINSALTZ, MICHAEL E | 0.40 | $680 | $272 |
| TROTMAN, SEAN P | 2.50 | $680 | $1,700 |
| **Total Stock Option Planning** | **2.90** | | **$1,972** |
| | | | |
| ALEX, ANU T | 11.50 | $400 | $4,600 |
| COSELLA, KERRIE A | 12.20 | $70 | $854 |
| DUONG, JENNIFER | 10.75 | $290 | $3,118 |
| FAROOQ, MARYAM | 0.50 | $290 | $145 |
| GORDON, JARED H | 1.00 | $680 | $680 |
| REED, VALERIE R | 2.50 | $70 | $175 |
| STEINSALTZ, MICHAEL E | 2.40 | $680 | $1,632 |
| **Total admin incl. billing and engagement letter** | **40.85** | | **$11,204** |
| | | | |
| **Total Deloitte Tax LLP Fees for December 2008** | **47.75** | | **$15,896** |

EXHIBIT C

| W.R. Grace | | | | | | |
|---|---|---|---|---|---|---|
| Hours detail | | | | | | |
| December 1 - 31, 2008 (Deloitte Tax LLP) | | | | | | |
| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
| 12/16/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 1.50 | $400 | $600 |
| 12/17/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 1.20 | $400 | $480 |
| 12/19/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 2.70 | $400 | $1,080 |
| 12/22/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 0.50 | $400 | $200 |
| 12/23/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 1.00 | $400 | $400 |
| 12/24/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 0.50 | $400 | $200 |
| 12/29/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 3.10 | $400 | $1,240 |
| 12/31/2008 | ALEX, ANU T | General Admin | preparation of billing schedules, applications for Bankruptcy Court, meetings with JG discussing billing | 1.00 | $400 | $400 |
| 12/1/2008 | COLLINS, BRYAN P | IRS Controversy | calls with Alan Gibons, questions regarding tax filings | 1.00 | $680 | $680 |
| 12/2/2008 | COLLINS, BRYAN P | IRS Controversy | calls with Alan Gibons, questions regarding tax filings | 0.50 | $680 | $340 |
| 12/5/2008 | COLLINS, BRYAN P | IRS Controversy | calls with Alan Gibons, questions regarding tax filings | 1.50 | $680 | $1,020 |
| 12/8/2008 | COLLINS, BRYAN P | IRS Controversy | calls with Alan Gibons, questions regarding tax filings | 1.00 | $680 | $680 |
| 12/23/2008 | COSELLA, KERRIE A | General Admin | billing - Discussions w/Anu and emails regarding time descriptions for bill/update billing details; drafting, reviewing, and revising engagement letter | 1.50 | $70 | $105 |
| 12/23/2008 | COSELLA, KERRIE A | General Admin | billing/on phone with 2222 regarding creating invoices for WR Grace, need to correct problem regarding address; drafting, reviewing, and revising engagement letter | 1.00 | $70 | $70 |
| 12/23/2008 | COSELLA, KERRIE A | General Admin | Discussions regarding Steptoe invoices, create invoices; drafting, reviewing, and revising engagement letter | 2.00 | $70 | $140 |
| 12/24/2008 | COSELLA, KERRIE A | General Admin | follow up on status regarding call w/2222 and not being able to create invoice, create invoices for July, August, Sept. and Oct.; drafting, reviewing, and revising engagement letter | 1.50 | $70 | $105 |
| 12/24/2008 | COSELLA, KERRIE A | General Admin | create billing file; drafting, reviewing, and revising engagement letter | 0.20 | $70 | $14 |
| 12/29/2008 | COSELLA, KERRIE A | General Admin | invoice/billing for Grace bills (re: June 2008, July 2008, August 2008, September 2008 and October 2008); drafting, reviewing, and revising engagement letter | 1.00 | $70 | $70 |
| 12/30/2008 | COSELLA, KERRIE A | General Admin | invoice/billing for Grace bills (re: June 2008, July 2008, August 2008, September 2008 and October 2008); drafting, reviewing, and revising engagement letter | 1.00 | $70 | $70 |
| 12/31/2008 | COSELLA, KERRIE A | General Admin | invoice/billing for Grace bills (re: June 2008, July 2008, August 2008, September 2008 and October 2008); drafting, reviewing, and revising engagement letter | 2.00 | $70 | $140 |
| 12/31/2008 | COSELLA, KERRIE A | General Admin | invoice/billing for Grace bills (re: June 2008, July 2008, August 2008, September 2008 and October 2008); drafting, reviewing, and revising engagement letter | 2.00 | $70 | $140 |
| 12/16/2008 | DUONG, JENNIFER | General Admin | preparation of billing schedules, applications for Bankruptcy Court | 8.00 | $290 | $2,320 |
| 12/17/2008 | DUONG, JENNIFER | General Admin | preparation of billing schedules, applications for Bankruptcy Court | 2.75 | $290 | $798 |
| 12/22/2008 | FAROOQ, MARYAM | General Admin | Printing documents for Grace Billing file | 0.25 | $290 | $73 |
| 12/23/2008 | FAROOQ, MARYAM | General Admin | organizing grace files | 0.25 | $290 | $73 |
| 12/19/2008 | GORDON, JARED H | General Admin | billing; drafting, reviewing, and revising engagement letter | 1.00 | $680 | $680 |
| 12/17/2008 | REED, VALERIE R | General Admin | invoice/billing for Grace bills (re: June 2008, July 2008, August 2008, September 2008 and October 2008) | 1.50 | $70 | $105 |
| 12/19/2008 | REED, VALERIE R | General Admin | invoice/billing for Grace bills (re: June 2008, July 2008, August 2008, September 2008 and October 2008) | 0.50 | $70 | $35 |
| 12/23/2008 | REED, VALERIE R | General Admin | Update Mike's contacts | 0.10 | $70 | $7 |
| 12/31/2008 | REED, VALERIE R | General Admin | Entering time for Michael Steinsaltz | 0.20 | $70 | $14 |
| 12/31/2008 | REED, VALERIE R | General Admin | Entering time for Michael Steinsaltz | 0.20 | $70 | $14 |
| 12/22/2008 | STEINSALTZ, MICHAEL E | General Admin | Emails with C. Finke re: finalization of engagement letter; call with T. Scoles (Internal) re: billing processes. | 0.80 | $680 | $544 |
| 12/22/2008 | STEINSALTZ, MICHAEL E | General Admin | Call with C. Finke and M. Lerner re: billing procedures under Kovel letter. Follow-up internal communications to J. Gordon and A. Alex re: agreed upon procedures. | 0.60 | $680 | $408 |
| 12/22/2008 | STEINSALTZ, MICHAEL E | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to S. Trotman. | 0.40 | $680 | $272 |
| 12/31/2008 | STEINSALTZ, MICHAEL E | General Admin | Billing | 1.00 | $680 | $680 |
| 12/29/2008 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 1.00 | $680 | $680 |
| 12/30/2008 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 0.50 | $680 | $340 |
| 12/31/2008 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 1.00 | $680 | $680 |
| | Fees and expenses for December 2008 | | | 47.75 | | $15,896 |