## EXHIBIT A

## VERIFICATION OF MICHAEL STEINSALTZ

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Michael Steinsaltz, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*[signature]*
Michael Steinsaltz
Partner

SWORN AND SUBSCRIBED
before me this 19th day of March, 2009

*[signature: Nilda I. Rosado]*
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA I. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4

**EXHIBIT B**

**W. R. Grace**
**Hours Spent by Each Person**
**January 1 - 31, 2009 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| COLLINS, BRYAN P | 2.50 | $680 | $1,700 |
| **Total IRS Controversy** | **2.50** | | **$1,700** |
| | | | |
| TROTMAN, SEAN P | 7.00 | $680 | $4,760 |
| **Total Stock Option Planning** | **7.00** | | **$4,760** |
| | | | |
| ALEX, ANU T | 13.70 | $400 | $5,480 |
| COSELLA, KERRIE A | 0.20 | $70 | $14 |
| DUONG, JENNIFER | 10.25 | $290 | $2,973 |
| FAROOQ, MARYAM | 5.75 | $290 | $1,668 |
| GORDON, JARED H | 6.50 | $680 | $4,420 |
| REED, VALERIE R | 1.10 | $70 | $77 |
| **Total admin incl. billing and engagement letter** | **37.50** | | **$14,631** |

| | | |
|---|---|---|
| Subtotal Deloitte Tax LLP Fees for January 2009 | | $21,091 |
| Out of Pocket Expenses Deloitte Tax LLP for January 2009 | | $1,310 |
| **Total Deloitte Tax LLP Fees for January 2009** | **47.00** | **$22,401** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**January 1 - 31, 2009 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 1/13/2009 | ALEX, ANU T | General Admin | Adminstrative work relating to finalizing invoices and bankruptcy applications. | 1.60 | $400 | $640 |
| 1/16/2009 | ALEX, ANU T | General Admin | Adminstrative work relating to finalizing invoices and bankruptcy applications. | 1.20 | $400 | $480 |
| 1/20/2009 | ALEX, ANU T | General Admin | Administrative work relating to finalizing invoices and bankruptcy applications. | 4.10 | $400 | $1,640 |
| 1/21/2009 | ALEX, ANU T | General Admin | Administrative work relating to finalizing invoices and bankruptcy applications. Drafting, reviewing and finalizing the engagement letter, as well as calls with J.F., C.F., W.C. and JG to resolve issues relating the engagement letter. | 6.30 | $400 | $2,520 |
| 1/22/2009 | ALEX, ANU T | General Admin | Adminstrative work relating to finalizing invoices and bankruptcy applications. Drafting, reviewing and finalizing the engagement letter. | 0.50 | $400 | $200 |
| 1/12/2009 | COLLINS, BRYAN P | IRS Controversy | Call with A.G. relating to resolving issues with IRS Appeals office. | 0.50 | $680 | $340 |
| 1/14/2009 | COLLINS, BRYAN P | IRS Controversy | Call with A.G. relating to resolving issues with IRS Appeals office. | 2.00 | $680 | $1,360 |
| 1/21/2009 | COSELLA, KERRIE A | General Admin | speak to anu regarding billing, in preparation of finalizing bankruptcy applications. | 0.20 | $70 | $14 |
| 1/16/2009 | DUONG, JENNIFER | General Admin | Adminstrative work relating to finalizing invoices and bankruptcy applications. | 1.25 | $290 | $363 |
| 1/20/2009 | DUONG, JENNIFER | General Admin | Adminstrative work relating to finalizing invoices and bankruptcy applications. | 3.25 | $290 | $943 |
| 1/21/2009 | DUONG, JENNIFER | General Admin | Administrative work relating to finalizing invoices and bankruptcy applications.; proofread 2009 engagement letter | 4.50 | $290 | $1,305 |
| 1/22/2009 | DUONG, JENNIFER | General Admin | Proofread 2009 engagement letter - DT General Business Terms | 1.25 | $290 | $363 |
| 10/15/2008 | FAROOQ, MARYAM | General Admin | organizing Grace files | 1.00 | $290 | $290 |
| 10/31/2008 | FAROOQ, MARYAM | General Admin | Working on Grace Billing | 0.75 | $290 | $218 |
| 1/14/2009 | FAROOQ, MARYAM | General Admin | organizing Grace Billing file | 3.00 | $290 | $870 |
| 1/21/2009 | FAROOQ, MARYAM | General Admin | creating fee applications for November and December of 2008 | 1.00 | $290 | $290 |
| 1/12/2009 | GORDON, JARED H | General Admin | billing matters re: new engagement letter | 0.90 | $680 | $612 |
| 1/13/2009 | GORDON, JARED H | General Admin | Drafting, reviewing and finalizing the engagement letter and G.B.T., as well as calls with J.F., C.F., W.C. and AA to resolve issues relating the engagement letter. | 1.40 | $680 | $952 |
| 1/15/2009 | GORDON, JARED H | General Admin | Drafting, reviewing and finalizing the engagement letter and G.B.T., as well as calls with J.F., C.F., W.C. and AA to resolve issues relating the engagement letter. | 0.70 | $680 | $476 |
| 1/16/2009 | GORDON, JARED H | General Admin | Drafting, reviewing and finalizing the engagement letter and G.B.T., as well as calls with W.C. and AA to resolve issues relating the engagement letter. | 0.40 | $680 | $272 |
| 1/21/2009 | GORDON, JARED H | General Admin | Drafting, reviewing and finalizing the engagement letter and G.B.T., as well as calls with J.F., C.F., W.C. and AA to resolve issues relating the engagement letter. | 2.20 | $680 | $1,496 |
| 1/22/2009 | GORDON, JARED H | General Admin | Drafting, reviewing and finalizing the engagement letter and G.B.T.s | 0.90 | $680 | $612 |
| 1/6/2009 | REED, VALERIE R | General Admin | Email and call with Hermitage re: WR Grace foreign invoice to resolve mattters relating to invoices from Jordan and Lebanon. | 1.00 | $70 | $70 |
| 1/7/2009 | REED, VALERIE R | General Admin | Creating 2009 Billing Files. | 0.10 | $70 | $7 |
| 1/5/2009 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 1.00 | $680 | $680 |
| 1/6/2009 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 1.00 | $680 | $680 |
| 1/13/2009 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 0.50 | $680 | $340 |
| 1/16/2009 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 0.50 | $680 | $340 |
| 1/22/2009 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 0.50 | $680 | $340 |
| 1/27/2009 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 0.50 | $680 | $340 |
| 1/30/2009 | TROTMAN, SEAN P | Stock Option Planning | Call with C. Finke re: next steps on stock option chargeback project; draft summary email to M. Steinsaltz | 3.00 | $680 | $2,040 |
| | **Fees for January 2009** | | | **47.00** | | **$21,091** |

## EXHIBIT D

**W. R. Grace**
**Expenses Detail**
**January 1 - 31, 2009 (Deloitte Tax LLP)**

| Date | Name | Description | Related Expenses |
|---|---|---|---|
| 1/13/2009 | GORDON, JARED H | Business meals during meeting with W.R. Grace | $4.70 |
| 1/21/2009 | GORDON, JARED H | Verizon conference call with W.R. Grace (calls with J.F., C.F., W.C. and AA to resolve issues relating the engagement letter) | $10.36 |
| 1/6/2009 | TROTMAN, SEAN P | Air ticket change fee of meeting with W.R. Grace in Jacksonville | $150.00 |
| 1/16/2009 | TROTMAN, SEAN P | Air ticket change fee of meeting with W.R. Grace in Jacksonville | $150.00 |
| 1/28/2009 | TROTMAN, SEAN P | Transportation travel expenses of meeting with W.R. Grace in Norwood (Empire International Car Service) | $82.36 |
| 1/30/2009 | TROTMAN, SEAN P | Hotel room expenses, lodging in Fort Lauderdale for meeting with W.R. Grace | $259.00 |
| 1/30/2009 | TROTMAN, SEAN P | Business meals during meeting with W.R. Grace | $60.07 |
| 1/30/2009 | TROTMAN, SEAN P | Taxes associated with hotel room expenses for meeting with W.R. Grace in Fort Lauderdale | $30.26 |
| 1/30/2009 | TROTMAN, SEAN P | Hotel parking expenses of meeting with W.R. Grace in Fort Lauderdale | $29.50 |
| 1/30/2009 | TROTMAN, SEAN P | Hotel room expenses, lodging in Fort Lauderdale for meeting with W.R. Grace | $259.00 |
| 1/30/2009 | TROTMAN, SEAN P | Taxes associated with hotel room expenses for meeting with W.R. Grace in Fort Lauderdale | $30.26 |
| 1/30/2009 | TROTMAN, SEAN P | Hotel parking expenses of meeting with W.R. Grace in Fort Lauderdale | $29.50 |
| 1/31/2009 | TROTMAN, SEAN P | Transportation travel expenses of meeting with W.R. Grace in Fort Lauderdale (Avis Rent-A-Car) | $125.98 |
| 1/31/2009 | TROTMAN, SEAN P | Transportation travel expenses of meeting with W.R. Grace in Norwood (Empire International Car Service) | $88.78 |

**Expenses for January 2009**     **$1,310**