**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 4/27/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF SECOND APPLICATION OF ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE PERIOD
FROM FEBRUARY 26, 2009 THROUGH MARCH 31, 2009**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | February 26, 2009 to March 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $17,892.00  [80% of $22,305.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $2,305.49 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period.  Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour.[2]  In this Application period Judge Sanders performed 55.1 hours of services as PD FCR, for a total amount billed of $22,365.00, of which 80% is currently sought, in the amount of $17,892.00.

This is the Second application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

[2] Judge Sanders' normal billing rate has increased with this Application.  The Debtor, who was consulted regarding this increase, has no objection to it.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 40.5 | $18,225.00 |
| Travel | 18.4 | $4,140.00 |
| TOTAL | 55.1 hours | $22,365.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $2,305.49 |
| TOTAL | $2,305.49 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## <u>CERTIFICATE OF SERVICE</u>

     I certify that on the 6th day of April, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address: 19 Water Street*
*Charleston, SC 29401*

INVOICE FOR PROFESSIONAL SERVICES 3/1/09 -4/1/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

In re W. R. Grace, No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 3/1/09 | Preparation and review of documents re fee applications | 2.0 |
| 3/4/09 | Review of 3/09 hearing agenda | 0.5 |
| 3/8/09 | Travel to Pittsburgh for hearing before Judge Fitzgerald (5.50 hours billed @ one-half) | 2.7 |
| 3/9/09 | Hearing before Judge Fitzgerald | 2.8 |
| 3/9/09 | Review of documents | 4.0 |
| 3/9/09 | Travel to Charleston from Pittsburgh (5 hours billed @ one-half) | 2.5 |
| 3/12/09 | Review of Interrogatories and Request for Production | 1.5 |
| 3/17/09 | Review and execution of Confidentiality Agreement | 0.8 |
| 3/17/09 | Telephone conversation with Alan Rich and e-mail response re meeting with Grace CFO | 0.2 |

INVOICE 3/1/09 - 4/1/09
Page 2

| | | |
|---|---|---|
| 3/24/09 | Review of Anderson's Requests to Produce, Interrogatories, Request for Admissions, and Preliminary Witness List | 0.8 |
| 3/30/09 | Arranging meeting with Grace CFO | 0.2 |
| 3/31/09 | Travel to Wilmington for hearing before Judge Fitzgerald (4 hours billed @ one-half) | 2.0 |
| 3/31/09 | Conference with Ed Westbrook and other ZIA lawyers | 1.0 |
| 3/31/09 | Dinner meeting with Ed Westbrook and other ZIA lawyers | 1.5 |
| 4/1/09 | Hearing before Judge Fitzgerald | 1.5 |
| 4/1/09 | Travel to Charleston from Wilmington (4 hours billed @ one-half) | 2.0 |
| | Review of First Amended Joint Plan of Reorganization Under Chapter 11 and Exhibit Book (1,364 pages complete as of 3/31/09.) | 22.7 |

49.7 @ $450/hour =          $      22,365.00

Expenses                                 2,305.49
(receipts attached)

          TOTAL:          $      24,670.49

Expenses                                                              EXHIBIT 1

Travel to Pittsburgh, PA, and return to Charleston, SC,
for 3/9/09 hearing before Judge Fitzgerald

| | | |
|---|---|---|
| Taxi fares | $ | 42.85 |
| | | 48.00 |
| Meal | | 20.12 |
| Airport parking | | 30.00 |
| Hotel | | 291.45 |
| Coach Air Fares | | 665.90 |
| | | 137.70 |
| Sub Total | | $1,228.02 |

Travel to Wilimington, DE, and return to Charleston, SC,
for 4/1/09 hearing before Judge Fitzgerald

| | | |
|---|---|---|
| Car fare<br>RT PHL to Wilmington | $ | 120.00 |
| Meals | | 65.77 |
| | | 5.53 |
| | | 6.57 |
| Airport parking | | 30.00 |
| Hotel du Pont | | 394.90 |
| RT Coach Air Fare | | 454.70 |
| Sub Total | | $1,077.47 |

**TOTAL    $2,305.49**