# EXHIBIT A

## W.R. Grace

**PJC Time Records**
**February-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 2/2/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/3/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/4/2009 | 2.5 | Business Operations | Review of amended DS/POR and exhibits |
| Jason Solganick | 2/4/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 2/4/2009 | 1.5 | Case Administration | Review court docket |
| Bryan Cloncs | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/5/2009 | 2.0 | Business Operations | Review of amended DS/POR and exhibits |
| Jason Solganick | 2/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/6/2009 | 0.5 | Business Operations | Review of monthly operating report |
| Bryan Cloncs | 2/6/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/6/2009 | 0.5 | Business Operations | Review of monthly operating report |
| Desiree Davis | 2/6/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/6/2009 | 0.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 2/6/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/6/2009 | 0.5 | Case Administration | Review confirmation procedures order |
| Jason Solganick | 2/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/6/2009 | 1.0 | Financial Analysis | Discussion with Tre Angeli re: financials |
| Pei Huang | 2/6/2009 | 1.0 | Case Administration | Review court docket |
| Pei Huang | 2/6/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/9/2009 | 8.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Desiree Davis | 2/9/2009 | 5.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 2/9/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 2/9/2009 | 6.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 2/10/2009 | 4.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 2/10/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/10/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/10/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 2/10/2009 | 5.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 2/10/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/11/2009 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
February-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 2/11/2009 | 1.0 | Financial Analysis | Review of Grace threshold test |
| Jason Solganick | 2/11/2009 | 0.5 | Financial Analysis | Discussion with Tre Angeli re: threshold test |
| Jason Solganick | 2/12/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 2/13/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/13/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/16/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 2/17/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/17/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/17/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/17/2009 | 0.1 | Case Administration | Review of hearing agenda |
| Jason Solganick | 2/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/17/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/18/2009 | 0.5 | Business Operations | Review of Pension Motion |
| Bryan Cloncs | 2/18/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/18/2009 | 0.5 | Business Operations | Review of Pension Motion |
| Desiree Davis | 2/18/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/18/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/18/2009 | 0.5 | Business Operations | Review of Pension Motion |
| Pei Huang | 2/18/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/19/2009 | 1.5 | Business Operations | Review of Pension Motion |
| Jason Solganick | 2/19/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/20/2009 | 0.2 | Case Administration | Review of hearing agenda |
| Bryan Cloncs | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/23/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/23/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 2/23/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/23/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 2/23/2009 | 0.8 | Hearings | Telephonic court hearing |
| Pei Huang | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/23/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 2/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/24/2009 | 1.0 | Business Operations | Review of objections to DS and POR |
| Jason Solganick | 2/24/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/24/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/25/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/27/2009 | 2.0 | Financial Analysis | Review of comparable companies and related analyses |
| Bryan Cloncs | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/27/2009 | 3.0 | Financial Analysis | Review of comparable companies and related analyses |
| Desiree Davis | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/27/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/27/2009 | 1.0 | Financial Analysis | Review of comparable companies and related analyses |
| Pei Huang | 2/27/2009 | 2.0 | Financial Analysis | Review of comparable companies and related analyses |
| Pei Huang | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/28/2009 | 2.5 | Financial Analysis | Review of comparable companies and related analyses |