## EXHIBIT A
## TOWERS PERRIN TILLINGHAST
## FEBRUARY 1-28, 2009

| | | | | | |
|---|---|---|---|---|---|
| Jenni Biggs | 2/13/2009 | 0.50 | $675 | $337.50 | Discussion with Rick Wyron |
| Jenni Biggs | 2/17/2009 | 1.00 | $675 | $675.00 | Research regarding insurers |
| Jenni Biggs | 2/19/2009 | <u>2.50</u> | $675 | <u>$1,687.50</u> | Research regarding insurers |
| | | 4.00 | | $2,700.00 | |
| | | 4.00 | | $2,700.00 | |