**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

<u>**AFFIDAVIT**</u>

STATE OF CONNECTICUT  )

                          )  ss.:

COUNTY OF FAIRFIELD     )

Joseph J. Radecki, Jr. being duly sworn, deposes and says:

        1.        I am the sole member of Tre Angeli LLC ("Tre Angeli"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

        2.        During the period of February 1, 2009 through February 28, 2009, no agreement or understanding in any form or guise existed between Tre Angeli and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by Tre Angeli, except with employees of Tre Angeli.

        3.        I hereby state, in accordance with §504 of the Bankruptcy Code, that Tre Angeli has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.    I have reviewed the Twelfth Monthly Interim Application of Tre Angeli LLC for

the time period February 1, 2009 through February 28, 2009 and state that the information set

forth therein is true and correct to the best of my knowledge, information and belief.


*/S/ JOSEPH J. RADECKI, JR.*
Joseph J. Radecki, Jr.


Sworn to and subscribed before me
this 23RD day of MARCH, 2009


*/S/ MARIA C. BISTOLAS*
Notary Public

My commission expires: 3/31/2009

2