# EXHIBIT A

**WR Grace**
**February 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Sun 1 | Comm w/OHS (ZF) re DPA mtg | 0.4 |
| Mon 2 | Comm w/OHS (RW,ZF) re DPA comments, meeting | 0.4 |
|  | Review docket | 0.5 |
| Tue 3 | Comm W/OHS (RW, ZF) re DPA comments, Disclosure Statement changes | 1.0 |
|  | Review docket | 1.5 |
| Wed 4 | Comm w/PJC (CL) re Disc Stmt, POR, Exh Bk | 0.4 |
|  | Review docket | 0.4 |
| Thu 5 | Review Disc Stmt | 6.5 |
|  | Review docket | 0.8 |
| Fri 6 | Review POR | 4.4 |
|  | Comm w/PJC (JS) re financials | 1.2 |
|  | Review docket | 0.9 |
| Mon 9 | Review Exhibit Bk | 6.2 |
|  | Review financial update | 3.1 |
|  | Review docket | 0.3 |
|  | Comm w/OHS (RW) re document review | 0.3 |
| Tue 10 | Review Disc Stmt | 1.8 |
|  | Review Exhibit Bk | 1.4 |
|  | Prep Jan 09 fee app | 3.2 |
|  | Review amended financial analysis | 2.3 |
|  | Review docket | 0.7 |
| Wed 11 | Comm w/OHS (RF) re thresholds test | 0.5 |
|  | Comm w/ PJS (JS) re thresholds test | 0.5 |
| Tue 17 | Comm w/OHS re certificates | 0.4 |
|  | Review certiciates re threshold | 0.6 |
|  | Review dockets | 3.1 |
| Wed 18 | Comm w/OHS re certificates | 0.3 |
|  | Comm w/Blackstone (MB) re pension contr | 0.3 |
|  | Review docket | 1.0 |
| Thu 19 | Comm w/OHS (ZF) re certificates | 0.3 |
|  | Review prior pension plan motions | 2.5 |
|  | Review and analyze pension plan motion | 2.0 |
|  | Comm w/team re pension plan motion | 1.0 |
| Fri 20 | Comm w/OHS (ZF) re certf changes | 0.2 |
|  | Review docket | 1.4 |
| Sun 22 | Comm w/OHS (ZF) re certf changes | 0.4 |
| Mon 23 | Prep Grace financial info | 5.5 |
|  | Review docket | 1.0 |
| Tue 24 | Review docket | 0.7 |
| Wed 25 | Review docket | 0.6 |
| Thu 26 | Review docket | 0.9 |
| Fri 27 | Comm w/ OHS (RW,RF) re financial, April mtg | 0.7 |
|  | Comm w/OHS (RF) re Charter Oak, pension changes | 0.5 |
|  | Review docket | 1.0 |
|  | TOTAL TIME (HRS) | 63.1 |