# EXHIBIT B

**W.R. Grace**
**Detail of expenses (February 1, 2009 – February 28, 2009)**

Communication
Telephone                                              $ 136.90
Express Mail                                           $   66.47
             **Total Communication:**                     **$   203.37**


**TOTAL EXPENSES:**                                    **$ 203.37**