# *Curriculum Vitae*
### *January 2009*

## *Samuel P. Hammar, M.D., F.C.C.P.*

**PERSONAL**

| | |
|---|---|
| Birthdate: | July 24, 1943 |
| Birthplace: | Spokane, Washington |
| Citizenship: | USA |

**BUSINESS:** **PAKC/DSL, INC., P.S.** (Tax ID 91-1091776)

| | |
|---|---|
| Address: | 700 Lebo Blvd, Bremerton, WA  98310 |
| Phone: | 360-479-7707 or 1-800-762-2344 (WA) |
| Fax: | 360-479-7886 |
| E-mail: | hammar.dsl@hotmail.com |

## EDUCATION

Board Certified Anatomic and Clinical Pathology:  May 1975

Post-Doctorate Training:

Straight Pathology Internship -- University Hospital, Seattle, Washington; July 1969 - June 1970.

Pathology Residency -- University of Washington Affiliated Residency Program, Seattle, Washington; July 1970 - September 1973

Experimental Pathology Training -- University of Washington Pathology Department; under the direction of N. Karle Mottet, M.D.; July 1971 - July 1972.

Electron Microscopy Training -- University of Washington Pathology Department; under the direction of Dr. Greta Tyson and Russell Ross; July 1972 - December 1972.

Medical School: University of Washington Medical School, Seattle, Washington, 1965 - 1969; earned M.D. degree.

Undergraduate College: Eastern Washington State College, 1961 - 1965; earned BA degree in chemistry.

## POSITIONS HELD

Director, Diagnostic Specialties Laboratory, Inc., P.S., Bremerton, Washington, February 1989 to present.

Pathologist, Pathology Associates of Kitsap County, Harrison Medical Center, Bremerton, Washington, February 1989 to present.

Panel for the Reclassification of Lung Tumors, World Health Organization (IASLC Panel), 1995 - present.

Reviewing Pathologist, U.S. and Canadian Mesothelioma Panel, February 1988 to present.

Clinical Professor of Pathology, University of Washington School of Medicine, 1990 to present.

Reviewing Pathologist, CARET Study (Carotene and Retinoic Acid Efficacy Trial); Fred Hutchinson Cancer Research Center, Seattle, Washington.

Clinical Associate Professor of Pathology, University of Washington School of Medicine, 1984 to 1990.

Chairman, Institutional Review Board, Virginia Mason Medical Center, 1984 - 1988.

Pathology Chairman, Pathology Reference Center Library, Lung Cancer Study Group, 1980 - 1989.

Pathologist, Virginia Mason Clinic, Seattle, Washington, September 1975 to January 1989.

Assistant Professor, Department of Pathology, University of Utah College of Medicine; Director, Electron Microscopy, Veterans Administration Hospital, Salt Lake City, Utah, October 1973 to August 1975.

Chief Resident, Department of Pathology, University Hospital, Seattle, Washington; July 1971 to August 1973.

## HONORS AND AWARDS

Senior medical student thesis honors award.  June, 1969.

Sheard-Sanford Award from the American Association of Clinical Pathology for meritorious student research.  June, 1969.

National Foundation Award for the best original student research in the field of birth defects.  June, 1969.

Outstanding Instructor in Pathology, University of Utah School of Medicine.  1975.

## SOCIETY MEMBERSHIPS

American Association of Pathologists
International Academy of Pathology
American Thoracic Society
American Society of Clinical Pathology
American Society of Experimental Biology
American Medical Association
Washington State Medical Association
Pacific Northwest Society of Pathology
King County Medical Society
American College of Chest Physicians
Society for Ultrastructural Pathology
Society for Pulmonary Pathology

## PUBLICATIONS

1. Hammar SP, Mottet NK. *Tetrazolium salt and electron microscopic studies of cellular degeneration and necrosis in the interdigital areas of the developing chick limb*.  J Cell Sci  1971; 8:229-251.
2. Mottet NK, Hammar SP. *Ribosome crystals in necrotizing cells from the posterior necrotic zone of the developing chick limb*.  J Cell Sci  1972; 11:403-412.
3. Yount J, Nichols P, Ochs HD, Hammar SP, et al. *Absence of erythrocyte adenosine deaminase associated with severe combined immunodeficiency*.  J Peds  1974; 291:173-177.
4. Mennemeyer R, Hammar SP, Cathey WJ. *Malignant lymphoma with intracytoplasmic IgM crystalline inclusions*.  N Engl J Med  1974; 291:961-963.
5. Hammar SP, Sale G. *Multiple hormone producing islet cell carcinomas of pancreas: a morphological and biochemical investigation.*  Hum Pathol 1975; 6:349-362.
6. Kushner JP, Hammar SP, Hansen VL. *Cardiomyopathy after widely separated doses of Adriamycin exacerbated by actinomycin D and mithramycin.*  Cancer  1975; 36:1577-1584.
7. Hammar SP, Mennemeyer R. *Lymphomatoid granulomatosis in a renal transplant recipient*.  Hum Pathol 1976;111-116.
8. Tolan KG, Hammar SP, Sanella JJ. *Possible hepatotoxicity of Doxidan*.  Ann Int Med  1976; 84:290-292.
9. Bowers J, Koehler PR, Hammar SP, et al. *Rupture of a splenic artery aneurysm into the pancreatic duct*.  Gastroent. 1976; 70:1152-1155.
10. O'Neill W, Hammar SP, Bloomer, HA. *Giant cell arteritis with visceral angiitis*.  Arch Int Med  1976; 136:1157-1160.
11. Hammar SP, Krouse H. *Myocardial mitochondrial calcification in Reyes syndrome*.  Hum Pathol  1977; 8:95-98.
12. Farnery RJ, Morris AH, Armstrong JD Jr., Hammar SP. *Diffuse pulmonary disease following therapy with nitrogen mustard, vincristine, procarbazine and Prednisone*.  Am Rev Resp Dis  1977; 115:135-145

13. Kanner RE, Hammar SP. *Chronic eosinophilic pneumonia: ultrastructural evidence of marked immunoglobulin production plus macrophage ingestion of eosinophils and eosinophil lysosomes leading to intracytoplasmic Charcot-Leyden crystals.* Chest 1977; 71:95-98.

14. Lynch, RE, Hammar SP, Lee GR, Cartwright GE. *The anemia of vitamin E deficiency in swine: an experimental model of the human congenital dyserythropoietic anemias.* Am J Hematol 1977; 2:145-158.

15. Hammar SP, Gortner D, Sumida S, Bockus D. *Lymphomatoid granulomatosis: association with retroperitoneal fibrosis and evidence of impaired cell mediated immunity.* Am Rev Resp Dis 1977; 115:1045-1050.

16. Hammar SP, Wheelis RF, Bockus D. *Nuclear Bodies.* Hum Pathol 1977; 8:712-713.

17. Winterbauer RH, Ludwig WR, Hammar SP. *Clinical course, management, and long-term sequelae of respiratory failure due to influenza viral pneumonia.* Johns Hopkins Med J 1977; 141:148-155.

18. Wright PW, Hill LD, Anderson RP, Hammar SP, et al. *Immunotherapy of resectable non-small cell cancer of the lung: a prospective comparison of intrapleural BCG+ levamisole versus intrapleural BCG versus placebo.* Monograph 1977 Oct. 20; pp 217-224.

19. Tolman KG, Peterson P, Gray P, Hammar SP. *Hepatotoxicity of salicylates in monolayer cell cultures.* Gastroenterology 1978; 74(2 Pt 1):205-208.

20. O'Neill WM Jr., Hammar SP, Ramirez G, et al. *Acute pyelonephritis in an adult gorilla (Gorilla gorilla).* Lab Anim Sci 1978; 28(1):100-101.

21. Winterbauer RH, Hammar SP, Hallman KO, et al. *Diffuse interstitial pneumonitis. Clinicopathologic correlations in 20 patients treated with Prednisone/azathioprine.* Am J Med 1978; 65:661-672.

22. Hammar SP, Bloomer HA, McCloskey D. *Adult hemolytic uremic syndrome with arteriole deposition of IgM and C3.* Am J Clin Path 1978; 70:434-439.

23. Hammar SP, Winterbauer H, Bockus D. *Diagnosis of pulmonary eosinophilic granuloma by ultrastructural examination of sputum.* Arch Pathol Lab Med 1978; 102:606.

24. Weinberg JB, Hammar SP. *Blast cell leukemia with IgM monoclonal gammopathy and intracytoplasmic vacuoles and Auer-body-like inclusions.* Am J Clin Path 1979; 71:151-157.

25. Mennemeyer RP, Hammar SP, Tytus JS, et al. *Melanotic Schwannoma: clinical and ultrastructural studies of three cases with evidence of intracellular melanin synthesis.* Am J Surg Path 1979; 3:3-10.

26. Mennemeyer RP, Hammar SP, Bauermeister DE, et al. *Cytologic, histologic and electron microscopic correlations in poorly differentiated primary lung carcinoma: a study of 43 cases.* Acta Cytol 1979; 23:297-302.

27. Wheelis RF, Hammar SP, Yarington CT. *The ultrastructural diagnosis of tumors of the head and neck.* Laryngoscope 1979; 89:234-243.

28. Hammar SP, Bockus D, Remington F, et al. *Langerhan's cells and serum precipitating antibodies against fungal antigens in bronchioloalveolar cell carcinoma: possible association with pulmonary eosinophilic granuloma* Ultrastruct Pathol 1980; 1:19-37.

29. Hammar SP, Bartha M, Riecks L, Bockus D. *Technical aspects of thin needle aspiration biopsy.* Laboratory Medicine 1980; 11:227-231.

30. Wright PW, Hill LD, Peterson AV, Anderson RA, Hammar SP, et al. *Adjuvant immunotherapy with intrapleural BCG and levamisole in patients with resected non small cell lung cancer.* Proceedings, Second International Conference on Immunotherapy of Cancer. 1980.

31. Gleason TH, Hammar SP, Bartha M, Bockus D. *The cytological diagnosis of pulmonary cryptococcosis.* Arch Path Lab Med 1980; 104:384-387.

32. Li, W, Hammar SP, Jolly PC, Hill LD, Anderson RP. *The unpredictable course of small cell undifferentiated lung carcinoma.* J Thor Cardiovasc Surg 1981; 81:34-43.

33. Hammar SP. *Noninfectious necrotizing inflammatory lesions of the lung.* Bull Mason Clinic 1981; 35:9-18.

34. Hammar SP, Bockus D, Remington F, Hallman KO, Huff JW, et al. *Autologous red blood cell and platelet phatocytosis in hairy cell leukemia.* Ultrastruct Pathol 1982; 3:243-52.

35. Gleason TH, Hammar SP. *Plasmacytoma of the colon. Case report with lambda light chain demonstrated by immunoperoxidase studies.* Cancer 1982; 50:130-133.

36. Dail DH, Hammar SP. *Immunologic diseases of the lung.* Lab Med 1983; 14:113-118.

37. Hammar SP, Winterbauer RH, Bockus D, Remington F, Sale GE, Myers JD. *Endothelial cell damage and tuboloreticular structures in interstitial lung disease associated with collagen vascular disease and viral pneumonia.* Am Rev Respir Dis 1983; 127:77-84.

38. Dail DH, Liebow AA, Gmelich JT, Friedman PJ, Miyai K, Myer W, Patterson SD, Hammar SP. *Intravascular, bronchiolar and alveolar tumor of the lung (IVBAT). An analysis of twenty cases of a peculiar sclerosing endothelial tumor.* Cancer 1983; 51(3):452-464.

39. Hammar SP, Bockus D, Remington F. *Ultrastructural Pathology*. Ultrastructural Pathol. 1983; 4(4):397-400.

40. Hammar SP, Bockus D, Remington F. *More on ultrastructure of AIDS lymph nodes*. N Engl J Med 1984; 310(14):924.

41. Winterbauer RH, Van Norman G, Hammar SP. *Pulmonary histiocytosis X*. Resp Med Rev.

42. Hammar SP, Barron E, Cooper L, Bockus D, Remington F. *Lymphocyte tubuloreticular structures, serum interferon levels, and lymphocyte (2'-5') oligoadenylate synthetase levels in patients with collagen vascular syndromes*. Lab Invest 1984; 50:24A.

43. Bockus D, Remington F, Hammar S, Bean M, Sorenson L. *Tubuloreticular structure (lupus inclusions) induction in Daudi lymphoblastoid cells by gene-cloned alpha interferon*. Lab Invest 1984; 50:5A.

44. Dreis DF, Winterbauer RH, Van Norman GA, Sullivan SL, Hammar SP. *Cephalosporin-induced interstitial pneumonitis*. Chest 1984; 86(1):138-140.

45. Hammar SP, Winterbauer RH, Bockus D, Remington F, Friedman S. *Idiopathic fibrosing alveolitis: a review with emphasis on ultrastructural and immunohistochemical features*. Ultrastruct Pathol 1985; 9:345-372.

46. Hammar SP, Bolen JW. *Undifferentiated retroperitoneal small cell carcinoma*. Ultrastruct Pathol 1985; 9:71-76.

47. McNutt MA, Bolen JW, Gown AM, Hammar SP, Vogel AM. *Metastatic renal cell carcinoma*. Ultrastruct Pathol 1985; 9:45-49.

48. Hammar SP, Bockus D, Remington F, Friedman S. *Small cell undifferentiated carcinomas of the lung with non-neuroendocrine features*. Ultrastruct Pathol 1985; 9:319-330.

49. Hammar SP, Bolen JW. *Sarcomatoid pleural mesothelioma*. Ultrastruct Pathol 1985; 9:337-343.

50. Hammar SP, Bockus D, Remington F, Friedman S. *Kaposi's sarcoma in a male homosexual*. Ultrastruc Pathol 1985; 9:189-193.

51. Hammar SP, Bolen JW, Bockus D, Remington F, Friedman S. *Ultrastructural and immunohistochemical features of common lung tumors: An overview*. Ultrastruct Pathol 1985; 9:283-318.

52. Bockus D, Remington F, Friedman S, Hammar SP. *Electron microscopy what izzits*. Ultrastruct Pathol 1985; 9:1-30.

53. Hammar SP, Bolen JW. *Undifferentiated retroperitoneal tumor. "Germ cell tumor versus lymphoma".* Ultrastruct Pathol 1985; 9:247-253.

54. Gould VE, Lee I, Hammar SP. *Neuroendocrine skin carcinoma coexpressing cytokeratin and neurofilament proteins*. Ultrastruct Pathol 1985; 9:83-90.

55. McNutt MA, Bolen JW, Gown AM, Hammar SP, Vogel AM. *Coexpression of intermediate filaments in human epithelial neoplasms*. Ultrastruct Pathol 1985; 9(1-2):31-43.

56. Winterbauer RH, Hammar SP, Van Norman G. *Why worsening dyspnea and cough in a diabetic woman?* Respir Dis 1985; :77-84.

57. Hammar SP, Bockus D, Remington F, Bartha M. *The widespread distribution of Langerhan's cells in pathologic tissue: An ultrastructural and immunohistochemical study*. Hum Pathol 1986; 17:894-905.

58. Bolen JW, Hammar SP, McNutt MA. *Reactive and neoplastic serosal tissue. A light microscopic, ultrastructural and immunocytochemical study*. Am J Surg Pathol 1986; 10:34-47.

59. Hammar S, Bockus D, Remington F. *Metastatic tumor of unknown origin*. Ultrastruct Pathol 1986; 10(3):281-288.

60. Hammar S, Weaver RA, Keranen VJ. *Left temporal lobe cerebral cortex mass in a 19-year-old male*. Ultrastruct Pathol 1986; 10(6):583-591.

61. Hammar SP. *The role of electron microscopy and immunoperoxidase methods in the diagnosis and study of lung neoplasia*. Chest 1986; 89(Suppl):315S-316S.

62. Bush RW, Hammar SP, Rudolph RH. *Sclerosing mesenteritis: response to cyclophosphamide*. Arch Intern Med 1986; 146:503-505.

63. Hammar S, Bockus D, Remington F. *Metastatic tumors of unknown origin: an ultrastructural analysis of 265 cases*. Ultrastruct Pathol 1987; 11:209-250.

64. Bolen JW, Hammar SP, McNutt MA. *Serosal tissue: reactive tissue as a model for understanding mesotheliomas*. Ultrastruct Pathol 1987; 11:251-262.

65. Mountain CF, Lukeman JM, Hammar SP, et al. *Lung cancer classification: the relationship of disease extent and cell type to survival in a clinical trials population*. J Surg Oncol. 1987; 35(3):147-156.

66. Hammar S. *Adenocarcinoma and large cell undifferentiated carcinoma of the lung*. Ultrastruct Pathol 1987; 11:263-292.

67. Bockus D, Remington F, Luu J, Bean M, Hammar S. *Induction of cylindrical confronting cisternae (AIDS inclusions) in Daudi lymphoblastoid cells by recombinant alpha interferon*. Hum Pathol 1988; 19(1):78-82.
68. Cryst C, Hammar S. *Acute granulomatous interstitial nephritis due to co-trimoxazole*. Am J Nephrol 1988; 8:483-488.
69. Moore ADA, Godwin JD, Muller NL, Naidich DP, Hammar SP, Buschman DL, Takasugi JE, deCarvalho CRR. *Pulmonary histiocytosis X: comparison of radiographic and CT findings*. Radiology 1989; 172:249-254.
70. Dardick I, Hammar SP, Scheithauer BW. *Ultrastructural spectrum of hemangiopericytoma: a comparative study of fetal, adult and neoplastic pericytes*. Ultrastruct Pathol 1989; 13(2-3):111-154.
71. Hammar SP, Bockus D, Remington F, Friedman S, LaZerte G. *Familial mesothelioma: a report of two families*. Human Pathol 1989; 20(2):107-112.
72. Luu J, Bockus D, Remington F, Bean A, Hammar SP. *Tubuloreticular structures and cylindrical confronting cisterna: a review*. Human Pathol 1989; 20(7):617-627.
73. Hammar SP. *Lung macrophages*. Ultrastruct Pathol. 1989; 13(4):iii-v.
74. Hammar S, Bockus D, Remington F, Cooper L. *The unusual spectrum of neuroendocrine lung neoplasms*. Ultra Pathol 1989; 13(5,6):515-560.
75. Hammar SP, Hallman KO. *Unusual primary lung neoplasms: spindle cell and undifferentiated lung carcinomas expressing only vimentin*. Ultra Pathol 1990; 14:407-422.
76. Raghu G, Depaso WJ, Cain K, Hammar SP, Wetzel CE, et al. *Azathioprine combined with prednisone in the treatment of idiopathic pulmonary fibrosis: a prospective double-blind, randomized, placebo-controlled clinical study*. Am Rev Respir Dis. 1991; 144(2):291-296.
77. Dardick I, Ramjohn S, Thomas MJ, Jeans D, Hammar SP. *Synovial sarcoma: inter-relationship of the biphasic and monophasic subtypes*. Path Res Pract 1991; 187:871-885.
78. McCaughey WTE, Colby TV, Battifora H, Churg A, Corson JM, Greenburg SD, Grimes MM, Hammar S, Roggli VL, Unni KK. *Diagnosis of diffuse malignant epithelial mesothelioma: experience of a US/Canadian mesothelioma panel*. Modern Pathol 1991; 4(3):342-353.
79. Hammar SP. *Interdigitating reticulum cell sarcoma with unusual features*. Ultra Pathol 1991; 15:631-645.
80. Hammar SP, Luu J, Bockus DE, Remington FL, Luu J, Friedman S, Bean MA. *Induction of tubuloreticular structures in cultured human endothelial cells by recombinant interferon alpha and beta*. Ultra Pathol 1992; 16:211-218.
81. Hammar SP. *Metastatic neoplasms of unknown primary origin: an overview*. Ultra Pathol 1992; 16(1-2):3-5.
82. Hammar SP, Insalaco SJ, Lee RB, Bockus DE, Remington FL, Yu A. *Amphicrine carcinoma of the uterine cervix*. Am J Surg Pathol 1992; 97(4):516-522.
83. Hammar SP. *Controversies and uncertainties concerning the pathologic features and pathologic diagnosis of asbestosis*. Semin Diag Pathol 1992; 9(2):102-109.
84. Olerud JE, Kulin PA, Chew DE, Carlsen RA, Hammar SP, Weir TW, Patterson SD, Bolen JW, Kadin ME, Barker E, Kidd PG, McNutt MA, Piepkorn MW. *Cutaneous T-cell lymphoma. Evaluation of pretreatment skin biopsy specimens by a panel of pathologists.* Arch Dermatol 1992; 128:501-507.
85. Hammar SP, Hallman KO. *Localized inflammatory pulmonary disease in subjects occupationally exposed to asbestos*. Chest 1993; 103:1792-1799.
86. Hammar S, Troncoso P, Yowell R, Mackay B. *Use of electron microscopy in the diagnosis of uncommon lung tumors*. Ultra Pathol 1993; 17:319-351.
87. Hammar SP. *The pathology of benign and malignant pleural disease*. Chest Surg Clin N Amer 1994; 4(3):405-430.
88. Hammar SP. *Malignant peritoneal mesothelioma mimicking mesenteric inflammatory disease; critical commentary*. Path Res Pract 1994; 190(6):623-626.
89. Roggli VL, Hammar SP, Pratt PC, Maddox JC, Legier J, Mark EJ, Brody AR. Commentary: *Does asbestos or asbestosis cause carcinoma of the lung?* Am J Indust Med 1994; 26:835-838.
90. Dodson RF, O'Sullivan M, Corn CJ, Hammar SP. *Quantitative comparison of asbestos and talc bodies in an individual with mixed exposure*. Am J Ind Med. 1995; 27(2):207-215.
91. Hammar SP. *Granulomatous vasculitis*. Seminars in Respiratory Infection. 1995; 10(2):107-120.
92. Hammar SP. *Recurrent granulosa cell tumor with associated mullerian epithelium*. Ultra Pathol 1996; 20(1):73-78.
93. Hammar SP. Invited Commentary. re: Nakajima J, Furuse A, Teruaki O, Kohno T, Ohtsuka T. *Excellent survival in a subgroup of patients with intrapulmonary metastasis of lung cancer*. Ann Thor Surg: 1996; 61:158-162; commentary 162-163.

94. Hammar SP, Bockus DE, Remington FL, Rohrbach KA. *Mucin-positive epithelial mesotheliomas: a histochemical, immunohistochemical and ultrastructural comparison with mucin-producing pulmonary adenocarcinomas*. Ultra Pathol 1996; 20:293-325.

95. Omenn GS, Goodman GE, Thornquist MD, Balmes J, Cullen MR, Glass A, Keogh JP, Meyskens FI, Valanis B, Williams JH, Barnhart S, Cherniack MG, Brodkin CA, Hammar S. *Risk factors for lung cancer and for intervention effects in CARET, the beta-carotene and retinol efficacy trial*. Journal of the National Cancer Institute 1996;88(21):1550-1558.

96. Omenn GS, Goodman GE, Thornquist MD, Balmes J, Cullen MR, Glass A, Keogh JP, Meyskens FI, Valanis B, Williams JH, Barnhart S, Cherniack MG, Hammar S, Brodkin CA, et al. *Effects of a combination of beta-carotene and vitamin A on lung cancer and cardiovascular disease*. New England Journal of Medicine 1996;334:1150-5.

97. Lin BT-Y, Colby TV, Gown AM, Hammar SP, Mertens RB, Churg A, Battifora H. *Malignant vascular tumors of the serous membranes mimicking mesothelioma: a report of 14 cases*. Am J Surg Pathol. 1996; 20(12):1431-1439.

98. Dodson RF, O'Sullivan M, Corn CJ, McLarty JW, Hammar SP. *Analysis of asbestos fiber burden in lung tissue from mesothelioma patients*. Ultrastruct Pathol. 1997; 21(4):321-336.

99. Corley DE, Kirtland SH, Winterbauer RH, Hammar SP, Dail DH, Bauermeister DE, Bolen JW. *Reproducibility of the histologic diagnosis of pneumonia among a panel of four pathologists: analysis of a gold standard*. Chest. 1997; 112(2):458-465.

100. Robb JA, Hammar SP, Yooko H. *Pseudomesotheliomatous lung cancer: a rare asbestos-related malignancy readily separable from epithelial pleural mesothelioma*. Lab Invest 1993;68:134A.

101. Oury TD, Hammar SP, Roggli VL. *Ultrastructural features of diffuse malignant mesotheliomas*. Hum Pathol 1998; 29:1382-1392.

102. Hammar SP. *Metastatic adenocarcinoma of unknown primary origin*. Hum Pathol 1998; 29:1393-1402.

103. Dodson RF, Huang J, Williams MG, Bruce JR, Hammar SP. *Lack of asbestos contamination of paraffin*. Arch Pathol Lab Med 1998; 122(12):1103-1106.

104. Dodson RF, O'Sullivan MF, Huang J, Holiday DB, Hammar SP. *Asbestos in extrapulmonary sites: omentum and mesentery*. Chest 2000; 117(2):486-493;
US-Canadian Mesothelioma Reference Panel: *The separation of benign and malignant mesothelial proliferations*. Am J Surg Pathol 2000;24:1183-1200.

105. Beasley MB, Thunnissen FB, Brambilla E, Hasleton P, Steele R, Hammar SP, Colby TV, et al. *Pulmonary atypical carcinoid: predictors of survival in 106 cases*. Hum Pathol 2000; 31(10):1255-1265.

106. Rom WN, Hammar SP, Rusch V, Dodson R, Hoffman S. *Malignant mesothelioma from neighborhood exposure to anthophyllite asbestos*. Am J Ind Med 2001; 40(2):211-214.

107. Butnor KJ, Sporn TA, Hammar SP, Roggli VL. *Well-differentiated papillary mesothelioma*. Am J Surg Pathol 2001; 25(10):1304-1309.

108. Weeks DA, Hammar SP, Rader AE, Malott RL, Mierau GW. *Sclerosing hemangioma of the lung in a woman with cutaneous melanoma: the role of electron microscopy in preventing an erroneous diagnosis of metastasis*. Ultrastruct Pathol 2002; 26(4):261-265.

109. Dodson RF, O'Sullivan M, Brooks DR, Hammar SP. *Quantitative analysis of asbestos burden in women with mesothelioma*. Am J Ind Med 2003; 43(2):188-195.

110. Hammar SP, William MG, Dodson RF. *Pulmonary granulomatous vasculitis induced by soluble particulates: a case report*. Ultrastruct Pathol. 2003; 27(6):439-49.

111. Butnor KJ, Burchette JL, Sporn TA, Hammar SP, Roggli VL. *The spectrum of Kit (CD117) immunoreactivity in lung and pleural tumors: a study of 96 cases using a single-source antibody with a review of the literature*. Arch Pathol Lab Med 2004; 128(5):538-43.

112. Dodson RF, O'Sullivan M, Hammar SP. *Quality control analysis of the potential for asbestos contamination during tissue processing in pathology laboratories*. Arch Pathol Lab Med 2004; 128(7):781-4.

113. Dodson RF, Brooks DR, O'Sullivan M, Hammar, SP. *Quantitative analysis of asbestos burden in a series of individuals with lung cancer and a history of exposure to asbestos*. Inhalation Toxicology 2004; 16:637-647.

114. Cullen MR, Barnett MJ, Balmes JR, Cartmel B, Redlich CA, Brodkin CA, Barnhart S, Rosenstock L, Goodman GE, Hammar SP, Thornquist MD, Omenn GS. *Predictors of lung cancer among asbestos-exposed men in the {beta}-carotene and retinol efficacy trial*. Am J Epidemiol 2005;161(3):260-270.

115. Allen TC, Cagle PT, Churg AM, Colby TV, Gibbs AR, Hammar SP, et al. *Localized malignant mesothelioma*. Am J Surg Pathol 2005;29:866-873.

116. Hammar SP. *Macroscopic, histologic, histochemical, immunohistochemical, and ultrastructural features of mesothelioma*. Ultrastruct Pathol 2006;30:3-17.

117. Dodson RF, Hammar SP. *Pleural mesothelioma in a woman exposed to asbestos from smoking asbestos-containing filtered cigarettes: The comparative value of analytical electron microscopic analysis of lung and lymph node tissue.* Inhalation Toxicology 2006;18:679-684.

118. Hammar, SP. *Approach to the diagnosis of neuroendocrine lung neoplasms: Variabilities and pitfalls.* Semin Thorac Cardiovasc Surg 2006;18:183-190.

119. Warren WH, Hammar SP. *The dispersed neuroendocrine system, its bronchopulmonary elements, and neuroendocrine tumors presumed to be derived from them: myths, mistaken notions, and misunderstandings.* Semin Thorac Cardiovasc Surg 2006;18:178-182.

120. Dodson RF, Shepherd S, Levin J, Hammar, SP. *Characteristics of asbestos concentration in lung as compared to asbestos concentration in various levels of lymph nodes that collect drainage from the lung.* Ultrastruct Pathol 2007;31:95-133.

121. Dodson RF, Hammar SP, Poye LW. *A technical comparison of evaluating asbestos concentration by phase-contrast microscopy (PCM), scanning electron microscopy (SEM), and analytical transmission electron microscopy (ATEM) as illustrated from data generated from a case report.* Inhalation Toxicology 2008;20(7):723-732.


## Abstracts

1. Hammar SP, Bockus D, Wheelis RF, Hill L. *Electron microscopic studies of undifferentiated lung tumors.* Chest 1977; 72:400.

2. Hammar SP, Winterbauer RH, Hallman KO, Hays JE. *Prognostic value and sampling variability of lung histology in interstitial pneumonitis.* Am Rev Resp Dis 1978; 116:123.

3. Hammar SP, Winterbauer RH, Pratt A, Hildebandt J. *Pulmonary effects of chronic gold sodium thiomalate administration.* Amer Rev Resp Dis 1979; 119 (suppl):123.

4. Hammar SP, Winterbauer RH, Bockus D, Remington F, Sale G. *Endothelial cell damage and tubuloreticular structures (myxovirus-like particles) in interstitial lung disease associated with collagen vascular diseases and viral pneumonia.* Am Rev Resp Dis 1980; 4:144.

5. Hammar SP, Winterbauer RH, Hallman KO, Bockus D, Remington F. *Langerhan's cells in bronchioloalveolar cell carcinoma; Possible association with eosinophilic granuloma.* Am Rev Resp Dis 1980; 4:145.

6. Hammar SP. *Ultrastructural examination of bronchial tumor biopsies.* Proceedings, International Association for the Study of Lung Cancer. 2nd World Congress. June, 1980.

7. Hammar SP, Bockus D, Remington F, Bartha M. *The widespread distribution of Langerhan cells in pathologic tissues.* Lab Invest 1983; 48:11A.

8. Hammar SP, Winterbauer RH, Hallman KO, et al. *Pulmonary histiocytosis X. A clinicopathologic study of 16 cases documented by electron microscopy.* Lab Invest 1983; 48:12A.

9. Hammar SP, Barron E, Cooper L, Bockus D, Remington F. *Lymphocyte tubuloreticular structures, serum interferon levels, and lymphocyte (2'-5') oligoadenylate synthetase levels in patients with collagen vascular syndromes.* Lab Invest 1984; 50:24A.

10. Bockus D, Remington F, Hammar S, Bean M, Sorenson L. *Tubuloreticular structure (lupus inclusions) induction in Daudi lymphoblastoid cells by gene-cloned alpha interferon.* Lab Invest 1984; 50:5A.

11. Hammar S, Bockus D, Remington F, Friedman S, Cooper L. *Cylindrical confronting cisternae and tubuloreticular structures in HIV+ patients: correlation with immune status and change with AZT therapy.* Lab Invest Jan 1988.

12. Bockus D, Luu JY, Luu JW, Remington F, Friedman S, Bean M, Hammar S. *Are cylindrical confronting cisternae a specific marker of virally infected cells?* Lab Invest Jan 1988.

13. Oury TD, Hammar SP, Roggli VL. *Asbestos content of lung tissue in patients with malignant peritoneal mesothelioma: A study of 40 cases.* Biology. Aug 1997:235-236 #923.

14. Hammar SP, Roggli VL, Oury TD. Moffatt EJ. *Malignant mesothelioma in women.* Biology Aug 1997;236 #924.

## CHAPTERS IN BOOKS

1. Hammar SP. *Hodgkin's Disease*. In: Lapedes D (Ed). Encyclopedia of Science and Technology. New York: McGraw-Hill Inc. 1976.
2. Hammar SP. *Hepatitis*. In: Lapedes D (Ed). Encyclopedia of Science and Technology. New York: McGraw-Hill Inc. 1976.
3. Hammar SP. *Lymphoma*. In: Lapedes D (Ed). Encyclopedia of Science and Technology. New York: McGraw-Hill Inc. 1976.
4. Fogh J, Bean MA, Bruggen J, Hammar SP, et al. *Comparison of a human tumor cell line before and after growth in nude mouse*. In: Fogh J, Giovanella BC (Eds). The Nude Mouse in Experimental and Clinical Research. Academic Press, 1978;220-224.
5. Winterbauer RH, Hammar SP. *Interstitial lung disease.* In: Bone RC (Ed). Pulmonary Disease Review. New York: John Wiley and Sons, 1981;331-350.
6. Winterbauer RH, Hammar SP. *Interstitial lung disease.* In: Bone RC (Ed). Pulmonary Disease Review. New York: John Wiley and Sons, 1982;320-349.
7. Winterbauer RH, Hammar SP. *Diffuse hypersensitivity disorders of the lung*. In: Fishman AP (Ed). Update: Pulmonary Diseases and Disorders. New York: McGraw-Hill Book Company, 1982;205-229.
8. Winterbauer, RH, Hammar SP. *Interstitial lung disease*. In: Bone RC (Ed). Pulmonary Disease Review. New York: John Wiley and Sons, 1983:491-510.
9. Winterbauer RH, Dreis DF, Hammar SP. Chapter 40: *Diffuse pulmonary infiltrates of unknown etiology*. In: Spittell JA (Ed). Clinical Medicine. Philadelphia: Harper & Rowe, 1985.
10. Winterbauer RH, Hammar SP. *Sarcoidosis and idiopathic pulmonary fibrosis: a review of recent events*. In: Simmons DH (Ed). Current Pulmonology. Chicago: Year Book Medical Publishers, 1986;117-164.
11. Winterbauer RH, Hammar SP. *Interstitial lung disease*. In: Matthay RA, Matthay MA, Wiedemann HP (Eds). Annual Review of Pulmonary and Critical Care Medicine 1986-1987. Philadelphia: Hanley & Belfus, Inc., 1986;93-104.
12. Winterbauer RH, Hammar SP. *Interstitial lung disease*. In: Bone RC (Ed). Pulmonary Disease Reviews. New York: John Wiley & Sons, Inc. 1986;199-222.
13. Winterbauer RH, Hammar SP. *Interstitial lung disease*. In: Matthay RA, Matthay MA, Wiedeman HP (Eds). Annual Review of Pulmonary and Critical Care Medicine. Philadelphia: Hanley & Belfus 1987;164-184.
14. Hammar SP. *The use of electron microscopy and immunohistochemistry in the diagnosis and understanding of lung neoplasms*. In: MacKay B (Ed). Diagnostic Electron Microscopy of Tumors. New York: W.B. Saunders. 1987;1-230.
15. Hammar SP, Gould VE. *Neuroendocrine neoplasms*. In: Azar H (Ed). Pathology of Human Neoplasms: An Atlas of Diagnostic Electron Microscopy and Immunohistochemistry. New York: Raven Press. 1988;333-404.
16. Hammar SP, Bolen JB. *Pleural neoplasms*. In: Dail DH, Hammar SP (Eds). Pulmonary Pathology. New York: Springer-Verlag Inc., 1988;973-1028.
17. Dail DH, Hammar SP. *Handling of surgical pathology specimens*. In: Dail DH, Hammar SP (Eds). Pulmonary Pathology. New York: Springer-Verlag Inc., 1988:1-16.
18. Hammar SP. *Extrinsic allergic alveolitis - pulmonary histiocytosis X*. In: Dail DH, Hammar SP (Eds). Pulmonary Pathology. New York: Springer-Verlag Inc., 1988:379-416.
19. Hammar SP. *Idiopathic fibrosis*. In: Dail DH, Hammar SP (Eds). Pulmonary Pathology. New York: Springer-Verlag Inc., 1988:483-510.
20. Hammar SP. *Common neoplasms*. In: Dail DH, Hammar SP (Eds). Pulmonary Pathology. New York: Springer-Verlag Inc., 1988:727-845.
21. Hammar S. *Hypersensitivity pneumonitis*. In: Rosen PP, Fechner RE (Eds). Pathology Annual, Nineteen Eighty-Eight. Connecticut: Appleton & Lange, 1988;23:195-215.
22. Hammar S, Gould VE. *Neuroendocrine neoplasms*. In: Azar HA (ed). Pathology of Human Neoplasms: An Atlas of Diagnostic Electron Microscopy and Immunohistochemistry. New York: Raven Press, 1988;333-404.
23. Winterbauer RH, Hammar SP. *Interstitial lung disease*. In: Matthay RA, Matthay MA, Wiedemann HP (Eds). Annual Review of Pulmonary and Critical Care Medicine. 1988;74-86.
24. Hammar SP. *Diagnostic pathology: neoplasia*. In: Schraufnagel DE (Ed). Lung Biology in Health and Disease. New York: Marcel Dekker, Inc. 1990; 48:345-427.
25. Hammar SP. *Difficulties in interpreting pleural histology*. In: Deslauriers J, Lacquet LK (Eds). Thoracic Surgery: Surgical Management of Pleural Diseases. Volume 6. International Trends in General Thoracic Surgery. The CV Mosby Co. 1990;75-100.

26. Winterbauer RH, Hammar SP, Casey KR. *Interstitial lung disease and occupational lung disease*. In: Annual Review of Pulmonary and Critical Care Medicine. Philadelphia: Hanley & Belfus Inc. 1991:57-69.

27. Winterbauer RH, Hammar SP, Casey KR. *Interstitial lung disease*. In: Annual Review of Pulmonary and Critical Care Medicine. Philadelphia: Hanley & Belfus Inc. 1993:105-122.

28. Hammar SP. *Pulmonary histiocytosis X (pulmonary Langerhan's' cell granulomatosis)*. In: Pulmonary Pathology, 2nd Ed. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc., 1994:567-596.

29. Hammar SP. *Extrinsic allergic alveolitis*. In: Pulmonary Pathology, 2nd Ed. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc., 1994:597-614.

30. Hammar SP. *Idiopathic interstitial fibrosis*. In: Pulmonary Pathology, 2nd Ed. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc., 1994:647-678.

31. Hammar SP, Dodson RF. *Asbestos*. In: Pulmonary Pathology, 2nd Ed. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc., 1994:901-984.

32. Hammar SP. *Common neoplasms*. In: Pulmonary Pathology, 2nd Ed. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc., 1994;1123-1278.

33. Hammar SP. *Pleural diseases*. In: Pulmonary Pathology, 2nd Ed. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc., 1994;1463-1580.

34. Hammar SP. *Common Neoplasms*. In: Pulmonary Pathology - Tumors. Dail DH, Hammar SP, Colby TV. New York: Springer-Verlag Inc., 1995;1-156.

35. Hammar SP. *Mesothelioma*. In: Practical Pulmonary Pathology, Sheppard M (Ed); Boston: Little Brown & Co; Edward Arnold, 1995;264-288.

36. Hammar SP. *II - Clinical and epidemiologic methods*. Chapter 8: Pathologic methods. Harber P, Schenker MB, Balmes JR (Eds). Occupational and Environmental Respiratory Disease. Mosby – Year Book Inc, 1995;109-125.

37. Henderson DW, Roggli VL, Shilkin KB, Hammar SP, Leigh J. *Is asbestosis an obligate precursor for asbestos-induced lung cancer?* Peters GA, Peters BJ (Eds). Asbestos Health Effects, Treatment and Control. The Michie Company, 1995;97-168.

38. Hammar SP. *Lung and pleural neoplasms.* In: Diagnostic Immunohistochemistry. Dabbs DJ (Ed). Philadelphia, PA: Churchill Livingstone, 2002;267-312.

39. Hammar SP. *Immunohistology of lung and pleural neoplasms.* In: Diagnostic Immunohistochemistry, 2nd Ed. Dabbs DJ (Ed). Philadelphia, PA: Churchill Livingstone, 2006;329-403.

40. Hammar SP. *The pathologic features of asbestos-induced disease.* In: Asbestos: Risk Assessment, Epidemiology, and Health Effects. Dodson RF, Hammar SP (Eds). Taylor & Francis, 2006.

41. Hammar SP. In: Pathology of Malignant Mesothelioma. Galateau-Salle' F (Ed). London; Springer-Verlag, 2006.

42. Hammar SP, Allen TC. Chapter 16: *Histiocytosis and storage diseases*. In: Dail and Hammar's Pulmonary Pathology, 3rd Edition. Tomashefski JF (Ed.) New York: Springer, 2008.

43. Hammar SP, Dodson RF. Chapter 27: *Asbestos*. In: Dail and Hammar's Pulmonary Pathology, 3rd Edition. Tomashefski JF (Ed.) New York: Springer, 2008.

44. Hammar SP. Chapter 30: *Non-neoplastic pleural disease.* In: Dail and Hammar's Pulmonary Pathology, 3rd Edition. Tomashefski JF (Ed.) New York: Springer, 2008.

45. Hammar SP. Chapter 36. *Neuroendocrine carcinomas*. In: Dail and Hammar's Pulmonary Pathology, 3rd Edition. Tomashefski JF (Ed.) New York: Springer, 2008.

46. Hammar SP, Henderson DW, Klebe S, Dodson RF. Chapter 43: *Neoplasms of the pleura*. In: Dail and Hammar's Pulmonary Pathology, 3rd Edition. Tomashefski JF (Ed.) New York: Springer, 2008.

47. Hammar SP, Dacic S. Chapter 12. *Immunohistology of lung and pleural neoplasms*. In: Diagnostic Immunohistochemistry, 3rd Ed. Dabbs DJ (Ed). Submitted for publication.

## BOOKS

Pulmonary Pathology. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc, 1988.

Pulmonary Pathology, Second Edition. Dail DH, Hammar SP (Eds). New York: Springer-Verlag Inc, 1994.

Pulmonary Pathology - Tumors. Dail DH, Hammar SP, Colby TV (Eds). New York: Springer-Verlag Inc, 1995.

Asbestos: Risk Assessment, Epidemiology, and Health Effects. Dodson RF, Hammar SP (Eds). Boca Raton: CRC Press/Taylor & Francis Group, 2006.

Dail and Hammar's Pulmonary Pathology, 3rd Edition. Tomashefski JF (Ed.) New York: Springer, 2008.