# CURRICULUM VITAE

## GARY K. FRIEDMAN, M.D.

CONTACT
INFORMATION:           Texas Lung Institute
                       9225 Katy Freeway Ste 404
                       Houston, Texas 77024
                       Phone: 713 932 8664
                       Fax:   713 464-2976
                       Email: expertmd@aol.com

EDUCATION:

College:               Lamar University
1961-1964              Beaumont, Texas
                       Bachelor of Science - Biology and Chemistry
                       Graduated 1964

College Honors:        Graduated cum laude
                       President of Student Body 1963-1964

College Societies:     Who's Who Among Students in American Universities & Colleges
                       Blue Key National Honor Society
                       Beta Beta Beta National Honor Society for Biology

Medical Education:     Baylor College of Medicine
1964-1968              Houston, Texas

Medical School Honors: Graduated M.D., Cum Laude 1968
                       A.O.A. Medical Honor Fraternity
                       1968 Texas State Board of Medical Examiners
                       Honor Roll (Second Highest Score on State Licensure Exam)

Postgraduate Training: 1968-1969: Internship-Internal Medicine, Methodist Hospital
                       Houston, Texas

                       1969-1971: Residency-Internal Medicine
                       University of California School of Medicine at San Francisco

-2-

1

                                1971-1972: Fellowship in Pulmonary Disease
                                Baylor College of Medicine   Houston, Texas

                                1981-1982: Residency - Occupational Medicine
                                University of California School of Medicine at San Francisco

SPECIALTY BOARDS:       Board Certified American Board of Internal Medicine - 1971

                                Board Certified American Board of Preventive Medicine -
                                Occupational Medicine   February 4, 1985

                                Department of Health and Human Services,
                                National Institute for Occupational Safety and Health –
                                "B" Reader   October 1984-December 1988

                                Certified Medical Review Officer (MROCC), 1994-2003

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007 – present | Consultant – DII Silica Trust |
| 2007 - present | Consultant - Kaiser Silica Trust |
| 2006-present | Texas Lung Institute: Consultant Pulmonary and Occupational Medicine |
| 2006- present | TOMI – Physician and Consultant |
| 1973-2005 | Private Practice - Internal Medicine and Diseases of the Chest - Occupational Medicine |
| 1987-1994 | Director Occupational and Environmental Medicine - Pulmonary Division - U.T. Medical School<br>Houston, Texas |
| 1973-1989 | Memorial City General Hospital<br>Director, Inhalation Therapy and Pulmonary Function Laboratory |
| 1973-1988 | Sam Houston Memorial Hospital<br>Director, Inhalation Therapy and Pulmonary Function Lab |

                                                                                                  2

| | |
|---|---|
| 7/1985-1989 | West Houston Medical Center<br>Director, Inhalation Therapy and Pulmonary Function Lab |
| 1985-1989 | Memorial Hermann Memorial City Medical Center<br>Director, Department of Hyperbaric Medicine |
| 1986-1988 | Katy Community Hospital<br>Director, Inhalation Therapy and Pulmonary Function Lab |
| 1988-1993 | Director, Occupational and Environmental Medicine Clinic and Toxic Fume Inhalation Center - Hermann Hospital |
| 1994 - 1996 | Chief Consultant - Occupational Medicine - Columbia/HCA Health Care Corporation - Southwest Division |

MISCELLANEOUS: National Consultant to Lifemark Cardiopulmonary Division, 1981-1982

Houston Medical Strike Force - Anti-terrorism Unit - 1998-2004 (Houston Fire Department)

Consultant Poison Control Industrial Toxicology

Medical Consultant - Owens Corning
National Settlement Program - 1999 – 2001
Medical Consultant to OC Bankruptcy - 2002

Consultant ABA Commission on Asbestos – 2003

ELECTED OFFICES: Memorial City General Hospital
Medical Staff Vice President, 1979

Memorial City General Hospital
Chief of Staff, 1980

Harris County Medical Society - Western Branch
1978 - Vice President
1979 - President - Elect and Executive Committee
1980 - President

3

        Harris County Medical Society, 1980 Executive Board

        President - Columbia Occupational Health Network 1994-1996

COMMITTEES:    Chairman, Department of Internal Medicine
        Memorial City General Hospital, 1976

        Chairman, Utilization Review Committee, 1977

        Chairman, Credentials Committee, 1982

        Member, Executive Committee
        Memorial City General Hospital

        Member, Emergency Room Committee, 1982-1983

        Member, Public Relations Committee
        Harris County Medical Society

        Member, Committee on Water and Air Pollution
        Harris County Society, 1980

        Pulmonary Care Task Force
        Hermann Hospital, 1988

        ACOEM - Committee on the Promotion of Occupational &
        Environmental Medicine, 1995-2002

        Safety Committee Memorial Hospital - Memorial City, 1997-1998

        American Thoracic Society Assembly on Environmental &
        Occupational Health

PROFESSIONAL ORGANIZATIONS:

Harris County Medical Society

Texas Medical Association

Texas Thoracic Society

American Thoracic Society

American College of Occupational and Environmental Medicine

Diplomate American College of Physicians

ACADEMIC POSITIONS:

Assistant Clinical Professor, Department of Medicine, University of Texas Health Science Center, 1985-Present

Director, Occupational and Environmental Medicine, Pulmonary Division, Department of Medicine, University of Texas Health Science Center at Houston, 1987-1994, 2008 - present

Adjunct Associate Professor, University of Texas Health Science Center at Houston, School of Public Health, 1990-Present

UTSPH – Occupational Medicine Resident Advisory Committee – 1990-Present

UTHSC – UT Medical School – Faculty Senate – 2006-Present

PUBLICATIONS:

Raymond C. Perkins, Ronald K. Scheule, Raymond Hamilton, Glen Gomes, Gary Friedman and Andrij Holian: "Human Alveolar Macrophage Cytokine Release in Response to In Vitro and In Vivo Asbestos Exposure; Experimental Lung Research 19:55-65 (1993), Taylor & Francis

Chapter 7, "Clinical Diagnosis of Asbestos-related Disease" in Asbestos: Risk Assessment, Epidemiology, and Health Effects, edited by Ronald F. Dodson and Samuel P. Hammar, CRC Press, Taylor & Francis Group, LLC, Boca Raton, FL, 2006.

CHARITABLE BOARDS:

Ron Stone Foundation

Washington-On-the-Brazos State Park Association

Washington County Fair – Youth Scholarship

LICENSED TO PRACTICE MEDICINE:

Texas        #D5004