Texas Lung Institute, P.A.
P O Box 42439
Houston, TX 77242-2439

Tax ID No.: 20-4313150

# INVOICE

Date 4/5/2009
Invoice # 49

**Bill To**
Bernard S. Bailor
Caplin & Drysdale
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

**Ship To**

Terms

Ship Date  4/5/2009
Due Date   4/5/2009
Other

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Consulting | W. R. Grace & Company, Case No. 01-1139 (JFK) U.S. Bankruptcy Court for the District of Delaware March 17, 2009 - March 31, 2009 | 41.5 | 500.00 | 20,750.00 |

Total              $20,750.00
Payments/Credits        $0.00
Balance Due        $20,750.00

THANK YOU!

*Texas Lung Institute, P.A.*
expertmd@aol.com

713-805-1815
Fax 713-952-3730