DR. GARY FRIEDMAN
TRIALS AND DEPOSITIONS – Revised 12/18/08 2005

Edward Y. Robinson, Jr., for Jose Berlanga at Gardere, Wynne, Sewell – Cause No. 10823*RM00; Clyde A. Green and Marcia A. Green, et al. vs. Air Products and Chemicals, Inc., et al.; in the District Court of Brazoria County, 149th Judicial District

Theodore E. Cullison, for Jeff Mundy at Mundy and Singley – Aria Cullison, Individually and as Representative of the Estate of Theodore Cullison, Deceased, v. American Standard, et al.; Cause No. GN-301263, in the 53rd Judicial District of Travis County, Texas

Ray Charles Redmon, for Larry Adams at Kacal, Adams & Law – No. 2003-18385; James Reed, et al vs. Aearo Company, et al; in the 55th Judicial District Court of Harris County, Texas

Hughie Robinson, for James Ferrell at RG Taylor – Cause No. 2004-57631; Hughie Robinson and Nina Robinson vs. Dow Chemical Company, et al; in the 11th Judicial District Court of Harris County Transferred from Cause No. 30703; Hughie Robinson and Nina Robinson vs. Dow Chemical Company, et al; in the 239th Judicial District Court of Brazoria county

Paul Kovacevich, for James Ferrell at RG Taylor II, PC & Assoc – No. 2004-452409-7; Joan Kovacevich, Individually and as Administrative of the Estate of Paul Kovacevich, deceased vs. Beazer East, Inc., et al. Roy Klaus, for Jose Berlanga at Gardere – Cause No. GN20-4184;

Larry A. Earles, Jr., et al. v. Ametek, Inc., et al., in the 353rd Judicial District court of Travis County, Texas 2006 "video depo" – 09/06 Joyce Myers, for Bryan Blevins at Provost Umphrey – (2005) Cause No. B-150, 374 (AU);

Shirley Melvin, Independent Administratrix of the Estate of Joyce Myers, et al vs. Pittsburgh Corning Corporation, et al; in the 60th Judicial District Court of Jefferson County, Texas (2006) Cause No. B-150, 374-BE; Shirley Melvin,…… 2007 Don Phipps, for Pete Andarsio – Cause No. 2006-30794;

Don Phipps, et al. vs. AP Green Refractories, et al. in the District Court of Harris county, Texas, 11th Judicial District Transferred from Cause No. B-150,374-BT; Don Phipps, Et al. vs. AP Green Refractories, et al.; in the District Court of Jefferson County, Texas, 60th Judicial District

Willis N. Whisnant, Jr., for Reaud, Morgan & Quinn – Cause No. E-159,183-Q; Willis N. Whisnant, Jr., Deceased, et al vs. E.I. du Pont de Nemours and Company, et al; In the 172nd Judicial District Court of Jefferson County, Texas