IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No.: 20622** |

**NOTICE OF FILING REBUTTAL REPORT OF DANIEL A. HENRY, M.D. IN RESPONSE TO EXPERT REPORT OF ALAN C. WHITEHOUSE, M.D. DECEMBER 29, 2008**

In Accordance with the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization entered by the Court on January 29, 2009 (Docket No. 20622), the Debtors hereby file the attached Rebuttal Report of Daniel A. Henry, M.D. in Response to Expert Report of Alan C. Whitehouse, M.D. - December 29, 2008.

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B I1 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G I1 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal 11, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated: April 6, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 - 4900

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

**Rebuttal Report of Daniel A. Henry, M.D. in Response to Export Report of Alan C. Whitehouse, M.D. - December 29, 2008**

**Premise**

As an expert witness in the *IN re WR GRACE* bankruptcy proceedings, I have previously provided original statements and responses to various experts including the Libby claimants' expert. After reviewing the most recent expert report, I would like to address the issues pertinent to my field of expertise and my previous statements or responses.

**Credentials and Experience**

I have been a board certified radiologist for nearly 34 years and a dedicated chest radiologist for 32 years. I am chief of section of Thoracic Imaging at a large tertiary care medical center and have an academic practice dedicated solely to the interpretation of images of the chest. I interpret both conventional chest radiographs or chest x-rays and computed tomography of the chest or chest CT's, both standard CT's and high-resolution chest CT (HRCT). I also interpret chest CTA's or CT angiograms for pulmonary embolism, chest trauma, and aortic diseases which all include high-resolution images of the adjacent lungs. Newer CT scanners have made it possible to routinely obtain very thin slices of the lung processed with high spatial algorithms similar to HRCT on every chest CT's which is the norm in our practice. I have been interpreting chest CT's since the mid'80's and HRCT for 15 years. By conservative estimate, I have interpreted thousands of chest CT's and hundreds of thousands of chest radiographs over my 32 year career as a chest radiologist. I have interpreted close to two thousand chest CT's for pulmonary embolism alone, each including HRCT studies of the lungs. I am a long time faculty member of the Department of Radiology at the Medical College of Virginia Hospitals and Clinics and the Virginia Commonwealth University School of Medicine. I instruct and supervise physician residents in radiology training each day in the interpretation of images of the thorax. I also instruct fellows in pulmonary medicine in basic chest imaging.

I have the opportunity to view chest images on a very broad spectrum of pulmonary, mediastinal, and cardiovascular pathology. As a tertiary referral center we see patients with quite varied disease states and many in the advanced stages of their illnesses. We collaborate daily with a large group of pulmonologists on a varied group of patients both through their consultations as well as their own patients. I see images of patients with collagen vascular diseases, complex infections, solid and hematological malignancies, various organ transplants including lung, interstitial pneumonias, immunocompromised patients, various exposures including occupational exposures, drug reactions, vasculitis, smoking related disorders, airway diseases, and pulmonary hypertension to name a few.

My interest in occupational lung disease was initiated more than 25 years ago by a pulmonologist who invited my assistance in the radiographic evaluation of miners being considered for worker compensation by the Commonwealth of Virginia. We became B-readers together at the same time, more than 20 years ago. I have been a National Institutes of Occupational Safety and Health (NIOSH) certified B-reader continuously for nearly 24 years having been recertified multiple times. Since 1990, I have been a faculty member and lecturer of the American College of Radiology (ACR) Committee on Pneumoconioses and am currently chair of that committee. I am also a fellow of the American College of Radiology. The ACR and the Pneumoconioses Committee periodically hold educational symposia in collaboration with NIOSH for those wishing to become or be recertified as a B-reader. I am the Program Chair of the next Symposium that will be held this month. I also continue as a consultant to the Workers Compensation Commission of the Commonwealth of Virginia in collaboration with two other B-readers, both pulmonologists, interpreting chest x-rays of potential claimants.

In March of 2008, I was invited by NIOSH to speak at a workshop they sponsored on the transition from film to digital media for chest imaging for pneumoconioses. I have also interpreted comparison chest images for NIOSH on both film and digital workstations as part of their ongoing project of transition to digital radiography. I have also read chest x-rays for the NIOSH sponsored B-reader educational programs and their coal workers surveillance program. I recently declined an invitation to participate in an Agency for Toxic Substances and Disease Registry (ASTDR) sponsored program to interpret chest x-rays and CT scans on Libby subjects due to conflicts with preparation for the upcoming ACR Pneumoconioses Symposium and my academic responsibilities.

At my institution, the pulmonologists and radiologists work collaboratively for the benefit of the patient. We support one another's teaching programs and research endeavors. We don't have a confrontational or combative relationship. I have worked with the same group of pulmonologists for over 25 years and trained them, in some cases, in radiology when they were pulmonary fellows. As thoracic imaging has become more complex and sophisticated, the pulmonologists continue to seek us out for assistance. Our collaborative efforts and the professional relationships I have enjoyed over the past many years are highlights of my academic career.

**Goals**

On April 26, 2005, Dr. James Crapo appeared before the Senate Judiciary Committee to read a prepared statement regarding the medical criteria for S. 852, The Fairness in Asbestos Injury Resolution Act of 2005 (1). Dr Crapo is a Professor of Medicine and Pulmonary Diseases at the National Jewish Medical and Research Center in Denver that is the nation's top ranked hospital in pulmonary disease. He is also past president of the American Thoracic Society. S.852 or the " Fair Act of 2005" proposed the development of a national trust to address the myriads of claims for asbestos related disorders.

Dr. Crapo recognized the various challenges and concerns making several recommendations including a rigorous quality assurance program to ensure the reliability of the medical data including an independent B reading of the chest x-rays for all claims. He proposed a comprehensive audit procedure to review all claims to strengthen the function of the proposed trust. Similar to the process of developing a national trust for asbestos claims and the concerns raised by Dr. Crapo, W.R. Grace faces a like challenge of funding a trust and establishing valid scientific and medical standards for the review of asbestos claims so that individuals with significant injury and impairment from exposure receive appropriate compensation while compensation of invalid claims is minimized or eliminated. I concur with Dr. Crapo and strongly encourage the adoption of an independent B-reading of the chest x-rays for all relevant claims to promote standardization and reliability of the medical imaging data.

**2004 ATS Guidelines**

Dr. Whitehouse states the following: 'For the diagnosis of asbestos related disease, we use the criteria of the American Thoracic Society (2004) Official Statement, "Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos".' (p 5)

In 2004, the American Thoracic Society (ATS) published a document that has become the authoritative reference specifically for the evaluation of individuals with asbestos related disorders. The document, referred to as the American Thoracic Society 2004 Official Statement (ATS'04 Statement), is entitled "Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos" (2). While I have reservations about a few areas of this paper, I cannot deny its comprehensive scope, detail, and well-referenced discussions as an authoritative consensus view of the current state of knowledge with respect to the diagnosis of nonmalignant disease related to asbestos. It offers several guidelines for the diagnosis and care of patients with asbestos related disorders. It replaces a previous document of a similar type published in 1986. The first page of this document introduces a section entitled "Diagnostic Criteria and Guidelines for Documenting Them". In this section are criteria for the diagnosis of nonmalignant asbestos-related disease including "evidence of structural pathology consistent with asbestos-related disease as documented by imaging or histology" as one of three diagnostic criteria. The other criteria are evidence of causation by asbestos and exclusion of alternative plausible causes. Thus, medical imaging data is critical since, in the absence of tissue biopsy, it is the only pathway to meeting the first criteria for diagnosis. The document further states that demonstration of functional impairment is not required for the diagnosis but should be documented for complete evaluation.

**Validity of the B-reading process and the ILO Classification System**

Dr. Whitehouse states the following: "The ILO system is not used in clinical practice in the Northwest United States.....The ILO (2000) scoring system for chest x-rays and the B-reader certification is for research purposes." (p61)

I embraced the International Labor Office (ILO) system of film classification for pneumoconiosis and the B-reader process many years ago because it was and is the currency of the radiographic evaluation of those exposed to occupational dusts. The ILO system is deeply entrenched in the dust surveillance activities of the National Institutes of Occupational Safety and Health (NIOSH) that orchestrates the B-reader process and certifies B-readers as competent in the ILO system. The ILO system is used worldwide for the radiographic evaluation of dust diseases. It is used both for clinical and research purposes as mandated in the ILO guidelines and is well established in the medico legal process of worker compensation and has been so since at least the late 60's by federal regulation. The ILO system is not an archaic, irrelevant device with very limited application as suggested by Dr. Whitehouse. It continues to be used for clinical purposes and is strongly supported in the world's medical literature and in countless research papers. After all, the practice of medicine is based on peer-reviewed research and its transition to practice as evidence based medicine. This is the hallmark of contemporary medicine.

The practice of medicine and medical decision-making are made more transparent by staging, measurement, and classification systems that are part and parcel of the everyday practice of medicine regardless of subspecialty. These systems are guides to therapy and treatment. We stage lung and various other cancers, measure lymph nodes, calibrate coronary artery stenosis, classify stages of heart failure and breast disease, and treat diseases based upon these various measurements. These systems provide a common denominator for understanding and communication among providers, validate decision-making, and facilitate care according to accepted norms of practice. The ILO system is another measurement tool to bring some sense of organization and understanding to a complex area of healthcare. It has even been extrapolated to non-occupational thorax diseases. To disregard it and its well established role in the evaluation of patients exposed to occupational dusts makes the process more opaque and ignores the rich legacy of literature in which the ILO system is utilized. To limit or exclude the application of the B-reader process and the ILO classification system would remove the only standardized and proven interpretation system available for this application. This would effectively compromise the reliability of the medical imaging data.

The ATS'04 Statement acknowledges the utility of the ILO classification system in the pursuit of objective findings for the diagnosis and clinical evaluation of non-malignant disease related to asbestos: "This system (ILO), which is the basis of the 'B-reader' qualification for designating persons as competent in classifying pneumoconiosis films, was developed for grading the radiographic severity of pneumoconiosis in epidemiologic studies but has been applied to clinical settings to maintain consistency in classifying films." (p 696)

The ILO classification system is commonly used for the surveillance of workers exposed to occupational dusts. Two recent Morbidity Mortality Weekly Report (MMWR), authored by CDC, detail its role in the examination of nearly 1000 miners in Kentucky

and Virginia and the detection of advanced pneumoconiosis (2,3). The report also lists the examination protocol for repeated radiographic examination at regular intervals during employment for the prevention of pneumoconiosis. In my opinion, this activity by U.S. Public Health physicians screening and removing workers from dangerous exposures qualifies as patient care. This activity has been ongoing for decades.

Dr. Whitehouse states the following: "There is no B Reader in Montana."-(p61)

I know very experienced B-readers at National Jewish in Denver, the University of Washington, and the University of Nebraska. I'm sure they would be available to consult if requested. Published articles detailing large B-reader projects on Libby subjects were completed without difficulty. The ASTDR is currently performing a large B-reader project on Libby subjects and is making the films available to B-readers at convenient locations around the country. Any licensed physician is eligible to take the B-reader certification examination regardless of their state of residence. I do not understand how the paucity of B-readers in any geographic area is a springboard to the conclusion that the B-reader program is mainly for research and not appropriate for clinical practice. Perhaps that conclusion is understandable if you do not use the ILO system or are not familiar with it. Geography should not be a problem.

**Standardization of Medical Imaging Data**

Over the past many years, several scientific papers regarding the asbestos-contaminated vermiculite in the Libby, Montana community have been published (5-9). At least four papers have specifically addressed chest radiographic findings of various populations in the Libby area and in a fifth paper describing the distant exposure of workers to Libby mined products, the radiographic findings were integral to the conclusions. These papers span a period from 1984 through 2008 and describe as few as a dozen participants to as many as over 6,000. They chronicle the various projects of federal and state agencies as well as university-based investigators. While their intended goals or conclusions may vary, they all had at least one thing in common. Each one of these papers and projects used a B-reader interpretation and the ILO classification system to record and standardize the chest x-ray imaging data. This standardization allows comparison of one report to another as well as to other reports with similar or dissimilar exposures. They promote better understanding due to the widespread acceptance and utility of the ILO system in the medical and scientific communities in the US and around the world, and support valid conclusions and longitudinal decision-making. The clearly stated and standardized protocols for interpretation and ILO classification allow others to duplicate the work. Each report builds upon its predecessor creating a foundation for future study and reporting. They have created a scientific precedent for this population. If each of these papers had employed different or non-standardized interpretive methods, comparison would be much more difficult if at all possible and the utility of the data would be isolated and minimized.

In 2004, Dr Whitehouse authored a peer reviewed paper entitled "Asbestos-related pleural disease due to tremolite associated with progressive loss of lung function: serial observations in 123 miners, family members, and residents of Libby, Montana"(10). Chest x-ray or CT imaging was central to this paper since the presence of pleural disease had to be established by imaging tools. Considering Dr. Whitehouse's disdain for the B-reader process and the ILO classification system, I took special note of how the imaging data was organized and recorded. In the "Materials and Methods" section of the paper, the following appears:

"The initial postero-anterior chest x-ray was graded for extent of pleural changes by the principal investigator and also by a board certified radiologist (Dr. Teel). The extent of pleural disease was graded as follows. The percentage of the lateral chest wall involved with pleural changes was measured and the average of both sides was calculated."

The "Materials and Methods" section of most scientific papers is devoted to the protocols, processes, and scientific methods used by the investigator(s) to acquire the results which form the basis for the conclusions reached. The "Results" section usually follows and is somewhat of a mirror image of the "Material and Methods" section listing the tabulations, outcomes, etc from the various methods previously mentioned and employed. The portion of the "Results" section of the Dr. Whitehouse's paper that deals with the imaging data includes the following:

"The majority had pleural changes only, consisting of either pleural plaques or diffuse pleural thickening. Because only about half the patients had high resolution computed tomography (HRCT) scans, it was not possible to differentiate this further with any certainty due to the variations between the plain chest film and the HRCT. A total of 67 of 123 (55%) had no evidence on chest x-ray or HRCT of interstitial changes. The remaining patients (56) had minimal radiographic evidence of irregular interstitial changes involving the bases at profusion category 0/1 or 1/0. Of 123 films reviewed, 4 subject films were felt to be normal or equivocal. Of these, all subsequently developed overt pleural changes within a few years and 3 of 4 had pleural changes consistent with asbestos exposure on HRCT……. Extent of pleural changes as measured as described on the chest x-ray was evaluated in relation to the loss of lung function. There was no statistical correlation between the extent of pleural changes measured on the chest x-ray and the loss of lung function…."

There is no mention in the "Results" section or anywhere else of the percentage measurements of pleural involvement or calculations promised in the " Methods" section. All that is listed are "changes". The protocol for the HRCT is never mentioned nor was the use of HRCT even mentioned in the "Methods" section. HRCT simply appears in the "Results" section. Who interpreted the HRCT's and what criteria were employed to determine the presence of "interstitial changes"? Interestingly, 0/1 and 1/0 are small opacity profusion grades pirated from the ILO classification system that is not used in the

northwest US according to Dr. Whitehouse. There are no illustrations of the chest x-rays or HRCT studies in the article to aid understanding.

What conclusions can be drawn from this study regarding the image data other than there were some pleural and interstitial "changes"? It would have been very useful if the listed physiological changes could have been better correlated with the imaging findings. We don't know if the findings were unilateral or bilateral, calcified or non-calcified, thick or thin. We have no quantification whatsoever of the pleural changes which are the crux of the paper. How can one compare the imaging data in this paper to other papers? What conclusions can be reached? What extent of pleural disease is associated with the progressive physiological changes described in the paper? If there is no correlation, it should be detailed and proven.

Dr. Whitehouse repeatedly finds fault with the B-reader system and the ILO Classification process and has so for some time. I am unaware of any alternative system or meaningful proposal advanced by Dr. Whitehouse to interpret and classify or grade or list the radiographic features of chest x-rays let alone any cross-sectional (CT, HRCT) imaging study. The imaging evaluation methodology described in his paper is primitive, incomplete, and essentially useless.

**Clarification of Terms**

Dr. Whitehouse states the following: "Sometimes the term "asbestosis" is used as an umbrella term, covering asbestos interstitial disease and asbestos pleural disease since they are essentially the same disease process." (p 5-6)

Dr Whitehouse's statement is directly contradictory to the ATS'04 Statement definition of "asbestosis": "Asbestosis specifically refers to interstitial fibrosis caused by the deposition of asbestos fibers in the lung. It does not refer to visceral pleural fibrosis, the subpleural extensions of fibrosis into the interlobular septae or lesions of the membranous bronchioles." (p 697)

Furthermore, Dr. Whitehouse attempts to support his definition of the term" asbestosis" with a textbook quote and reference from Rosenstock: "Some investigators have used the term asbestosis to encompass nonmalignant asbestos-related pleural abnormalities" (p 6). The textbook quote in its entirety, reads as follows: "Although, some investigators have used the term asbestosis to encompass nonmalignant asbestos-related pleural abnormalities, it is employed here to refer solely to the interstitial fibrosis and accompanying peribronchiolar fibrosis found in the parenchyma of affected individuals"(11). I am appalled by this distortion of the medical literature. The Rosenstock statement is in accord with the definition of the term "asbestosis" in the ATS'04 Statement.

Dr. Whitehouse's use of the term "asbestosis" is quite clearly at odds with the ATS'04 Statement guidelines and a distortion of his own reference material. Not surprisingly, his application and use of this term has the potential to create confusion and inappropriate

conclusions. Throughout the "Updated Whitehouse Report", there are several instances where the results or outcomes from other papers and texts are compared or paralleled to Libby data. Caution must be used to avoid comparisons to sources describing data attributed to asbestosis (interstitial fibrosis) by the ATS'04 Statement definition as compared to Libby data based on the Whitehouse use of the term "asbestosis" that is all inclusive of lung parenchymal and pleural disease.

**Diffuse Pleural Thickening**

Dr. Whitehouse states the following: "No pulmonologist would use blunting to determine a diagnosis of asbestos pleural disease (p57)....ATS (2004) does not include blunting in the diagnostic criteria for asbestos related disease (p58)...The 3mm requirement is contrary to standard practice in diagnosing asbestos pleural disease(p60)..."

As I review the numerous paragraphs of the "Updated Whitehouse Report", two key issues seem to be the threshold of pleural thickness at 3mm for pleural plaques and the involvement (blunting or obliteration) of the costophrenic angle as it relates to diffuse pleural thickening (DPT).

Dr. Whitehouse states the following: "Diffuse pleural fibrosis extends continuously over a portion of the visceral pleura, often causing adhesions to the parietal pleura." (p12-13)

The entire quotation from the ATS'04 Statement is as follows: "Diffuse pleural fibrosis extends continuously over a portion of the visceral pleura, often causing adhesions to the parietal pleura, involving the fissures and obliterating the costophrenic angle. The newly revised ILO classification (2000) recognizes pleural thickening as diffuse 'only in the presence of and in continuity with, an obliterated costophrenic angle'" (p 707). This quote would appear to contradict Dr. Whitehouse's comment above regarding blunting of the costophrenic angle. The surgically excised and selective literature quotations continue.

Sargent authored several papers but two relevant to this discussion were published in 1978 and 1984 (12-13). The earlier paper describes pleural thickening and calls attention to it as a marker of asbestos pleural disease, attributing its development to previous asbestos pleural effusion. The latter paper describes subpleural fat and distinguishes it from pleural thickening and reviews 30 patients with chest CT. In these two papers, the concept of diffuse pleural thickening associated with obliteration of the costophrenic angle is developed. Based upon his observations, he concluded that DPT obliterated the costophrenic angle while subpleural fat and pleural plaques did not. Sargent participated in the development of the 1980 ILO Guidelines. He was a member of the ACR Pneumoconiosis Task Force and a faculty member for the ACR course on pneumoconioses for many years and popularized the concept.

McLoud in 1985 discussed DPT observed in a group of asbestos exposed workers and determined that the costophrenic angle may or may not be involved (14). She further extended Sargent's definition of DPT with the requirement of extending over at least one

fourth of the chest wall. Using these parameters, McLoud lists 185 workers as having DPT. Fifty-eight or 31% of the total had DPT attributed to previous asbestos pleural effusion and 90% of this group had obliteration of the costophrenic angle similar to Sargent's experience. A second group of 47 workers or 25% classified as DPT did not have involvement of the costophrenic angle and the pleural thickening was attributed to multiple confluent pleural plaques. Viewing oblique chest radiographs that more clearly characterized the confluent pleural plaques made this distinction. While the confluent plaques appeared smooth on the frontal view, they appeared more irregular on the oblique views. The remaining 80 workers classified as DPT had pleural thickening due to malignancy, infection, trauma, subpleural fat, asbestosis, and unknown. According to McLoud, those classified as DPT but without costophrenic angle involvement (confluent pleural plaques) had no physiologic abnormalities on pulmonary function studies while those with costophrenic angle obliteration did have significant physiologic deficits. The definition in the Fraser and Pare text mentioned in the "Updated Report" is simply a reference to McLoud's article discussed above.

Sargent in '78 was apparently calling attention at that time to the presence of non-calcified pleural thickening as indicative of asbestos exposure in addition to the more commonly and easily recognized calcified pleural plaque. He distinguished between pleural thickening due to confluent plaques of the parietal pleura that did not involve the costophrenic angle and pleural thickening following asbestos effusion and involving the visceral pleura that did involve the costophrenic angle. Both Sargent and McLoud mention the non-specific nature of pleural thickening with involvement of the costophrenic angle since this constellation of findings is seen in other non-asbestos related processes as listed by McLoud. Care was also taken to describe the thickening as smooth to avoid confusion with mesothelioma.

Dr. Whitehouse states the following: "No blunting requirement appeared in the earlier version of the ILO guidelines." (p 57)

That is not an accurate statement. The 1980 ILO Guidelines described pleural thickening as diffuse involving the visceral pleura and circumscribed (non-calcified hyaline plaques) as involvement of the parietal pleura (15). The word 'diffuse' is stated to refer to the tendency to produce a general veiling of the lung parenchymal detail however in some cases the shadow produces a sharply defined line along the chest wall due to it being seen in profile. Note 13 of the 1980 ILO Guidelines states "Diffuse thickening is less specific to past dust exposure and accompanies costophrenic angle obliteration." The 1980 Guidelines are organized with a narrative of "Complete Classification" supported elsewhere by "Explanatory Notes," a somewhat unsettling arrangement. The "Notes" were intended to reduce ambiguities and to bring forth experience from previous "Classifications." The 2000 ILO Guidelines are presented in a more continuous, readable form consolidating the notes from the previous edition into the main body of text entitled " Specific instructions for use of the Complete Classification" (16). This reorganization promotes an easier understanding of the various components without having to refer back and forth from one page to the other. The 2000 Guidelines discuss DPT as historically referring to thickening of the visceral pleura. The Guidelines further state that " diffuse

pleural thickening extending up the lateral chest wall is recorded only in the presence of, and in continuity with, an obliterated costophrenic angle." This is basically a restatement of the 1980 Guidelines with some clarity added by consolidating the notes and text. The 2000 Guidelines are consistent with both Sargent's and McLoud's papers: visceral pleural thickening is associated with costophrenic angle obliteration; parietal pleural thickening as plaques and confluent plaques generally do not involve the costophrenic angle. The goal is to distinguish these two different types of pleural involvement since they have differing physiologic consequences (McLoud). But in medicine there is no "never" or " always". It is not always possible to distinguish between the two different types of pleural involvement by conventional radiography. Also, a blunted costophrenic angle can occur in the absence of diffuse pleural thickening such as in the case of a pleural effusion. Recent textbooks as well as the 2004 ATS Statement mention obliteration of the costophrenic angle in association with diffuse pleural thickening (17). A recent paper also underscores the importance of the obliteration of the costophrenic angle in DPT (18).

Dr. Whitehouse states the following: "There is no scientific basis for a requirement of 3mm thickness in its scoring definition of 'diffuse pleural thickening'"(p59)

The threshold of "about 3mm" from the 2000 ILO Guidelines for the detection of pleural plaques and pleural thickening is obviously an issue for Dr. Whitehouse. Over the last 30 years or so, many observations have been recorded measuring the "normal" pleural stripe on conventional radiographs. The measurements have varied with posterior anterior (PA) views of the chest and oblique views and varied in different areas of the thorax. Over this time period the film techniques changed with wider latitude film being more commonly employed which provided a broader scale of contrast with grayer films as compared to the older black and white films with a shorter scale of contrast. These changes in film technique brought a different perspective and clarity to what was "normal." The inner chest walls and pleural surfaces were more clearly visualized.

One of the contributing and clarifying factors to the 3mm threshold was Sargent's 1984 paper on subpleural fat in asbestos exposed workers. It reported that 48% of workers' chest radiographs interpreted as indicating pleural thickening were in fact due to deposition of subpleural fat when evaluated by chest CT. Furthermore the subpleural fat depositions were not dependent on body habitus although could be increased in overweight individuals. As chest CT became more widespread through the 80's and through today, the recognition of subpleural fat has became commonplace. Thus the improvements in conventional chest x-ray technology combined with the recognition of normal subpleural fat and its potential confusion with pleural abnormalities promoted a need for clarification. In a personal communication from a member of the discussion group that formulated the 2000 ILO Guidelines, the group wanted to take into consideration the issue of subpleural fat and the contributions developed by chest CT since the previous guidelines in 1980. Thus the 3mm threshold was adopted.

The adoption of a 3mm imaging threshold for diffuse pleural thickening is not unique to the 2000 ILO Guidelines. Fraser and Pare, a reference quoted by Dr. Whitehouse, describes diffuse pleural thickening on CT as "a continuous area of pleural thickening greater than 3mm extends for more than 8 cm craniocaudally and 5 cm around the perimeter of the hemithorax."(19). Im et al provide a very detailed discussion of the pleura on HRCT (20). They stress the importance of window level and width, slice thickness, angle of the imaging plane to the various ribs, and the importance of a familiarity with pleural and subpleural anatomy in the diagnosis of pleural thickening. They also point out the pitfalls to be avoided due to such things as intercostal veins, as well as transverse thoracic and subcostal muscles.

Dr. Whitehouse states that the 2004 ATS Official Statement stipulates a 1mm threshold for diffuse pleural thickening on p 707. This description of pleural thickening in the ATS'04 Statement relates to pathologic specimens not chest radiographs or chest CT's. HRCT can detect pleural thickening at perhaps the 1-2mm thickness level (21).

**References:**


1. Crapo J. Written statement/testimony before United States Senate Committee on the Judiciary: A fair and efficient system to resolve claims of victims for bodily injury caused by asbestos, and for other purposes. April 26. 2005. http://judiciary.senate.gov/print_testimony.cfm?id=1482&wit_id=4237

2. American Thoracic Society. Diagnosis and initial management of nonmalignant diseases related to asbestos. Am J Respir Crit Care Med 2004; 170:691-715.

3. Attfield M, Petsonk E. Advanced pneumoconiosis among working underground coal miners-eastern Kentucky and southwestern Virginia, 2006. MMWR,2007; 56(26):652-655

4. Antao V, Petsonk E, Attfield M. Advanced cases of coal workers pneumoconiosis-two counties Virginia, 2006. MMWR 2006; 55(33): 909-913.

5. Lockey et al. Pulmonary changes after exposure to vermiculite contaminated with fibrous tremolite. *American Review of Respiratory Disease* 1984; 129: 952-958.

6. McDonald J, Sebastien P, Armstrong B. Radiologic survey of past and present vermiculite miners exposed to tremolite. *British Journal of Industrial Medicine* 1986; 43:445-449.

7. Amandus H et al, The morbidity and mortality of vermiculite miners and millers exposed to actinolite-tremolite: Part III. Radiographic findings *American Journal of Industrial Medicine* 1987;11:27-37.

8. Piepins et al. Radiographic abnormalities and exposure to asbestos contaminated vermiculite in the community of Libby, Montana USA. *Environmental Health Perspectives*, 2003; 111(14): 1753-1759.

9. Rohs A et al. Low-level fiber induced radiographic changes caused by Libby vermiculite. A 25-year follow-up study. *American Journal of Respiratory and Critical Care Medicine* 2008; 177:630-637.

10. Whitehouse A. Asbestos-related pleural disease due to tremolite associated with progressive loss of lung function: serial observations in 123 miners, family members, and residents of Libby, Montana. *American Journal of Industrial Medicine* 2004; 46:219-225.

11. Brodkin C, Rosenstock L, Asbestosis and asbestos related pleural disease, In Rosenstock L, Cullen M, Brodkin C, Redlich C. Textbook of Clinical Occupational and Environmental Medicine 2nd Ed. Saunders, Elsevier Health Sciences, Philadelphia. 2004; p 374.

12. Sargent E, et al. Bilateral pleural thickening: a manifestation of asbestos dust exposure. Am Journ Roentgenology 1978; 131:579-585.

13. Sargent E, et al. Subpleural fat pads in patients exposed to asbestos: distinction from non-calcified pleural plaques. Radiology 1984;152:273-277.

14. McLoud T, et al. Diffuse pleural thickening in an asbestos- exposed population: prevalence and causes. Am Journ Roentgenology 1985; 144:9-18.

15. International Labour Office Geneva. Guidelines for the use of ILO International Classification of Radiographs of Pneumoconioses Rev. Ed. 1980

16. International Labour Office Geneva. Guidelines for the use of the ILO International Classification of Radiographs of Pneumoconioses Rev. Ed. 2000.

17. Hansel D, Armstrong P, Lynch D, Page McAdams H. *Imaging of Diseases of the Chest.* 4th Ed. Elsevier Mosby, Philadelphia; 2005: 450-461;1056-1062.

18. Amielle et al. Asbestos-related pleural diseases: Dimensional criteria are not appropriate to differentiate diffuse pleural thickening from pleural plaques. Am Journ Of Ind Med 2004; 45: 289-296.

19. Fraser R, Müller N, Colman N, Paré P. *Fraser and Paré's Diagnosis of Diseases of the Chest.* 4th Ed. WB Saunders, Philadelphia, 1999; Vol IV: 2430-2437.

20. Im et al. Costal pleura: appearances on high resolution CT. Radiology 1989; 171:125-131.

21. Webb W, Müller N, Naidich D. *High Resolution CT of the Lung*. 3rd Ed. Lippincott Williams & Wilkins, Philadelphia, 2001: 236-251.

Daniel A. Henry, M.D., F.A.C.R.

April 6, 2009