IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | Related Dkts. Nos. 20538, 20846 |
| | x | |

## CERTIFICATION OF COUNSEL REGARDING FILING CERTAIN DOCUMENTS AND PLEADINGS UNDER SEAL

I, Kathleen M. Miller, counsel to Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. ("Kaneb"), hereby certify as follows:

1. Kaneb filed (1) Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. filed a Motion for an Order Modifying the Automatic Stay (Dkt. No. 20538) and (2) Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc., filed a Motion for an Order Modifying the Automatic Stay: Macon, Georgia Site (Dkt. No. 20846) (collectively, the "Motions").

2. The Court heard oral argument on the Motions and the oppositions thereto on April 1, 2009, during which Kaneb requested permission to file certain settlement agreements under seal (the "Settlement Agreements"). The Court orally granted that request.

3. The Court requested supplemental submissions on the limited issues identified by the Court (the "Submissions"). The parties requested permission to file the Submissions under seal. The Court orally granted that request as well.

---

[1] The Debtors consist of 62 entities, including W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and the particular debtor involved in this Motion, Grace Energy Corporation.

{08008}

4.      Accordingly, Kaneb hereby submits a proposed form of order reflecting the oral rulings relating to the filing of certain documents and pleadings under seal. Counsel for the debtors has approved this form of order.

April 7, 2009                                            SMITH KATZENSTEIN & FURLOW LLP

                                                         _____
                                                         Kathleen M. Miller (I.D. No. 2898)
                                                         Etta R. Wolfe (I.D. No. 4164)
                                                         The Corporate Plaza
                                                         800 Delaware Avenue, 10th Floor
                                                         P.O. Box 410 (Courier 19801)
                                                         Wilmington, DE 19899
                                                         Telephone: (302) 652-8400
                                                         Facsimile: (302) 652-8405
                                                         Email: kmiller@skfdelaware.com

{08008}