IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | : | Case No. 01-1139 (JKF) |
| Debtors. | : | (Jointly Administered) |
| | : | Related Dkts. Nos. 20538, 20846 |
| | x | |

### ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL

WHEREAS, Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. (collectively, "Kaneb") filed (1) Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. filed a Motion for an Order Modifying the Automatic Stay (Dkt. No. 20538) and (2) Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc., filed a Motion for an Order Modifying the Automatic Stay: Macon, Georgia Site (Dkt. No. 20846) (collectively, the "Motions").

WHEREAS, the Court heard oral argument on the Motions and the oppositions thereto on April 1, 2009.

WHEREAS, at the hearing, Kaneb requested permission to file certain settlement agreements under seal (the "Settlement Agreements").

WHEREAS, the Court requested supplemental submissions on the limited issues identified by the Court (the "Submissions"). The parties requested permission to file the Submissions under seal.

---

[1] The Debtors consist of 62 entities, including W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and the particular debtor involved in this Motion, Grace Energy Corporation.

{08008}

IT IS HEREBY ORDERED that:

1. Kaneb is granted permission to file the Settlement Agreements under seal.

2. The parties are granted permission to file Submissions under seal.

Date:_____

                                              Judith K. Fitzgerald
                                              United States Bankruptcy Judge