IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | Related Dkts. Nos. 20538, 20846 |
| | x | |

NOTICE OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.'S FILING CERTAIN SETTLEMENT AGREEMENETS UNDER SEAL

Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. (collectively, "**Kaneb**") hereby provide file under seal of the following documents in support of (1) Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. filed a Motion for an Order Modifying the Automatic Stay (Dkt. No. 20538) and (2) Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc., filed a Motion for an Order Modifying the Automatic Stay: Macon, Georgia Site (Dkt. No. 20846):

1. Settlement Agreement between Certain Debtors and Continental Casualty Company dated May 30, 1997

2. Settlement Agreement between Certain Debtors and Continental Casualty Company dated December 14, 2004

3. Settlement Agreement between Certain Debtors and Unigard Security Insurance Company (nka Seaton Insurance Company) dated August 6, 1992

4. Settlement Agreement between Certain Debtors and Unigard Security Insurance Company (nka Seaton Insurance Company) dated May 15, 1995

5. Settlement Agreement between Certain Debtors and Unigard Security Insurance Company (nka Seaton Insurance Company) dated July 11, 1996

---

[1] The Debtors consist of 62 entities, including W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and the particular debtor involved in this Motion, Grace Energy Corporation.

6. Settlement Agreement between Certain Debtors and Unigard Security Insurance Company (nka Seaton Insurance Company) dated March 5, 1997

7. Settlement Agreement between Certain Debtors and American Employers' Insurance Company (nka OneBeacon Insurance Company) dated May 10, 1993

8. Settlement Agreement between Certain Debtors and American Employers' Insurance Company (nka OneBeacon Insurance Company) dated October 17, 1993

9. Settlement Agreement between Certain Debtors and American Employers' Insurance Company (nka OneBeacon America Insurance Company) dated October 7, 1998

April 7, 2009

SMITH KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com

and

Steve A. Peirce, Bar No. 15731200
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

and

Robert J. Gilbert, Mass. Bar No. 565466
GILBERT & RENTON LLC
344 North Main Street
Andover, MA 01810
Telephone: (978) 475-7580
Facsimile: (978) 475-1881
Email: rgilbert@gilbertandrenton.com
**Attorneys for KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.**