IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF RULE 30(b)(6) DEPOSITION

**TO:  THE DEBTORS AND THEIR ATTORNEYS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30(b)(5) (30(b)(6), and 34 of the Federal Rules of Civil Procedure and Rules 9014, 7026, 7030(b)(5), 7030(b)(6), and 7034 of the Federal Rules of Bankruptcy Procedure, Anderson Memorial Hospital will take the deposition of **DEBTORS,** who shall designate one or more persons who are most knowledgeable to testify as to what is known or reasonably available to the Debtor regarding the following subject:

1. The interpretation of the sales information attached to Anderson Memorial Hospital's ZAI Proof of Claim Form, including the billing registers, and all information contained therein.

The deposition will take place on Friday, April 17, 2009, at 10:00 a.m. at the Law Offices of LOIZIDES, P.A., 1225 King Street, Suite 800, Wilmington, Delaware, before an official Court Reporter, or before some other person authorized by law to administer oaths. The oral deposition will continue from day to day until completed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 34, FRCP and 7034, F.R.Bank.P., the deponent is requested to produce prior to the deposition the following documents:

1. All indices, codes, or other documents which would assist in the interpretation of said sales documents.

DATED: April 7, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

KOZYAK TROPIN & THROCKMORTON, P.A.
John W. Kozyak
David L. Rosendorf
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508