IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                  )       Chapter 11
                                        )       (Jointly Administered)
                                        )
W.R. Grace & Co., et al.,               )       Case No. 01-01139 (JKF)
                                        )
                      Debtors.          )

## NOTICE OF DEPOSITION OF DARRELL W. SCOTT

TO:    THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that Anderson Memorial Hospital will take the deposition of

**DARRELL W. SCOTT** before an official Court Reporter, or before some other person authorized

by law to administer oaths at 8:00 a.m., on Wednesday, April 22, 2009, at the Ramada Spokane

Airport Hotel, 8909 West Airport Drive, Spokane, Washington 99219.  The oral deposition will

continue from day to day until completed.

DATED: April 7, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

KOZYAK TROPIN & THROCKMORTON, P.A.
John W. Kozyak
David L. Rosendorf
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508