IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF DEPOSITION OF EDWARD J. WESTBROOK

TO:    THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that Anderson Memorial Hospital will take the deposition of

**EDWARD J. WESTBROOK** before an official Court Reporter, or before some other person

authorized by law to administer oaths at 10:00 a.m., on Friday, April 24, 2009, at the offices of

Richardson, Patrick, Westbrook & Brickman, LLC, 1037 Chuck Dawley Boulevard, Building A,

Mt. Pleasant, South Carolina 29465, or some other location in Mt. Pleasant, South Carolina, if the

deponent objects to the deposition being taken at his office.  The oral deposition will continue from

day to day until completed.

DATED:  April 7, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924

Telephone: (803) 943-4444
Facsimile: (803) 943-4599

KOZYAK TROPIN & THROCKMORTON, P.A.
John W. Kozyak
David L. Rosendorf
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508