IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 21216, 21217, and 21218 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 7, 2009, true and correct copies of **Anderson Memorial Hospital's (1) Notice of Rule 30(b)(6) Deposition; (2) Notice of Deposition of Darrell W. Scott; and (3) Notice of Deposition of Edward J. Westbrook** were served on the parties listed on the attached service list in the manner indicated thereon.

DATED: April 7, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

*Counsel for Anderson Memorial Hospital*

NOS for Anderson's Rule 30(b)(6), Scott, and Westbrook Depo Notices.DOCX

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

**VIA FACSIMILE AND FIRST CLASS MAIL**

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
*Fax:    (302) 552-4295*

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Fax:    (302) 426-9947*

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
*Fax:    (302) 657-4901*

David M. Klauder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street, Room 2207
Wilmington, DE 19801
*Fax:    (302) 573-6497*

Theodore Tacconelli, Esquire
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351
*Fax:    (302) 575-1714*

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 N. Broom Street
Wilmington, DE 19806
*Fax:    (302) 655 4210*

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
*Fax:* *(212) 446-4900*

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982
*Fax:* *(212) 806-1230*

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Fax:* *(212) 644-6755*

Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
*Fax:* *(202) 429-3301*

Philip Bentley, Esquire
Douglas Mannal, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
*Fax:* *(212) 715-8000*

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005-1706
*Fax:* *(202) 339-8500*

Scott Baena, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*Fax:* *(305) 374-7593*

James Restivo, Jr., Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Fax:    (412) 288-3063*

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899-0068
*Fax:    (302) 888-0606*

**VIA ELECTRONIC MAIL**

Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street
Dallas, TX 75202
**Email: arich@alanrichlaw.com**

Jeffrey M. Boerger, Esquire
Drinker Biddle LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
**Email: Jeffrey.Boerger@dbr.com**

**VIA FIRST CLASS MAIL**

David B. Siegel
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044