## Rebuttal Report of Dr. John Parker

### I.    Introduction

I was asked to review various expert reports submitted in this bankruptcy case and provide a rebuttal report. I reviewed the expert reports of Dr. Laura Welch, Dr. Mark Peterson, and Dr. Alan C. Whitehouse. This report is provided to respond to the reports of these experts. I have also reviewed the expert reports of Drs. Daniel Henry, David Weill, Paul Epstein, Steven Haber, Richard Sellman, Brent Pistorese, and Tim Obermiller. Throughout the course of this report, I have on occasion relied upon literature referenced and opinions expressed in these reports in forming my opinions. This report is offered in the true spirit of encouraging ethical and professional behavior by scientists involved in asbestos litigation.

### II.    Background

I am currently a Professor and Chief of Pulmonary and Critical Care Medicine at West Virginia University Health Sciences Center. From 1985 through 1998, I worked in a number of capacities for the National Institute for Occupational Safety and Health ("NIOSH"). I was the Chief of the Examination Processing Branch at the Division of Respiratory Disease Studies for NIOSH from July 1991 through August 1998. In this position, I provided oversight for the NIOSH Coal Workers' Respiratory Health Program as well as the NIOSH B-reader program and served as faculty for the American College of Radiology View-box Seminar on Pneumoconiosis. Additionally, I was the co-author of NIOSH Hazard Alerts regarding toxicity of silica in sand blasters, rock drillers, and construction workers. I also developed a cooperative agreement with the Finnish Institute for Occupational Health for studying the health effects of asbestos on Russian chrysotile miners and millers. Concurrently to serving as Chief of the Examination Processing Branch, I was also the Acting Chief of the Clinical Investigations Branch and the Acting Chief of the Epidemiological Investigations Branch at the Division of Respiratory

Disease Studies for NIOSH. I also served as the Chief of the Protective Technology Branch of the Division of Safety Research for NIOSH. In this capacity, I supervised NIOSH research in workplace respiratory protection. Recently, I offered extensive expert testimony in the *In re Silica MDL* about the proper methods for conducting an ILO classifications of chest radiographs or B-readings of chest x-rays; generating a differential diagnosis of chest radiographic abnormalities, as well as the dual-occurrence of both asbestosis and silicosis in the same individual.

### III.    Diagnostic Methodology for asbestos-related disease.

I have been asked to comment on the diagnostic methodology discussed by Dr. Welch in her expert report. Before commenting on her methodology, it is important to discuss the proper method for diagnosing an asbestos-related disease. There are five major components to establishing a clinical diagnosis of nonmalignant respiratory disease from asbestos exposures: (1) A pertinent medical history and workplace exposure history must be obtained. The workplace exposure history is obtained to ascertain if sufficient intensity and duration of exposure has occurred to cause asbestos-related disease. Latency from initial exposure is also important. (2) Physical examination is also performed. (3) Imaging abnormalities consistent with asbestos lung injury are identified on the chest radiograph or chest CT scan. (4) Alternate explanations, other than dust exposures, are considered to explain the radiographic abnormalities, i.e. other alternative causes of the observed condition are considered. (5) Lung function testing is administered to assess for possible impairment. (ATS Asbestos Statements 1986 and 2004)

### A.    Occupational History, Medical History and Physical Examination

A variety of strategies are used to obtain the individual's occupational history. Typically, the physician asks the worker to list all employment and job tasks since high school and what his

or her exposures may have been when performing those jobs, specifically asking about the materials and products used and how the employee may have utilized the materials and products. The physician also typically asks about respiratory protection or engineering controls in place that may have served to reduce exposures. Ultimately, the physician seeks to determine the frequency, intensity, duration, and latency of the exposures.

The physician must also obtain the individual's medical history. Because other causes of lung injury may masquerade as asbestos related lung injury, a physician searches for a history of respiratory infection, chest trauma or surgery, medications, radiation, systemic diseases, such as collagen vascular diseases, or other workplace exposures that may cause pleural, parenchymal, or neoplastic lung diseases.

The physician should also conduct a physical examination when evaluating a patient, for possible dust related lung diseases. Among the physical findings relevant to a diagnosis of a nonmalignant asbestos related disease include inspiratory crackles and clubbing of the fingers.

I have reviewed the October 3, 2006 expert report of Dr. Paul Epstein discussing the importance of and methodology for obtaining an occupational history, a medical history, and performing a physical examination and concur with his opinions. Epstein Report at 6-7.

**B.    Latency**

A physician must identify the period of latency between the initial asbestos exposure and the appearance of radiographic abnormalities and determine whether the latency is sufficient. It is uncommon for an asbestos related disease to appear in less than 10 years from first exposure. More often, they occur 15 to 20 years after first exposure. Pleural abnormalities (including both effusions and pleural plaques) typically have shorter latencies than lung parenchymal fibrosis or asbestosis, lung cancer, and mesothelioma.

C.    **Radiographic Findings**

Radiographic abnormalities in asbestos exposed individuals are well described. They include abnormalities of the pleura, specifically pleural effusion, pleural plaques, and diffuse pleural thickening. They also include scarring or fibrosis of the pulmonary parenchyma or interstitium, referred to as asbestosis. Radiographic manifestations of malignant diseases, including lung cancer and mesothelioma, are also recognized and well described in the scientific literature.

International Labour Office (ILO) Guidelines are universally used for the radiographic identification of nonmalignant respiratory disease of the pleura and the lung parenchyma in asbestos exposed workers. These guidelines employ a systematic method for identifying and grading or classifying radiographs for abnormalities. The ILO Classification system includes written guidelines, standard films, and a reading sheet. This system scores or grades parenchymal abnormalities by size, shape, zone, and profusion. Profusion is scored on a 12 point scale. For diagnostic purposes, a profusion abnormality of 1/0 or greater is typically accepted as abnormal for interstitial change. However, there is disagreement in the medical literature over whether a 1/0 or 1/1 should be the "cut off" or dividing point for abnormality. The presence or absence of pleural abnormalities is recorded based on location, width, and extent of the findings. The presence or absence of calcification is also recorded. In addition, pleural abnormalities are recorded as pleural plaques or diffuse pleural thickening.

The 1980 and 2000 ILO Guidelines describe the methodology for applying the ILO Classification system. The utility and short-comings of the ILO system are reviewed by Dr.

Michael Jacobson and by Dr. Daniel Henry.[1]  Physicians using the ILO Classification system need to be familiar with the written guidelines, the reading sheet, and must use the ILO standard films when conducting an ILO classification or a B-reading of a chest radiograph.  Being familiar with and properly applying the ILO Classification system is necessary for generating reliable ILO classifications.  As stated above, my prior work for NIOSH and the ACR, as well as my involvement with the international committee that revised the ILO Guidelines, has provided insight to both the uses and abuses of the ILO Classification system.  This insight has led me to fully understand and recognize the critical importance of physicians reviewing all films with intellectual and scientific honesty.

### D.    Ruling Out Potential or Alternate Causes of Disease

Radiographic abnormalities are rarely, if ever, independently diagnostic or pathognomic of asbestos related diseases and typically require additional diagnostic considerations, specifically ruling out other disease processes that may generate similar radiographic findings.  For example, idiopathic pulmonary fibrosis or usual interstitial pneumonitis, congestive heart failure, infections, radiation injury, as well as the side effects of various medications may cause radiographic changes that mimic those associated with asbestosis.  Moreover, surgical and non-surgical trauma, infection, or extra-pleural fat may mimic pleural abnormalities frequently associated with asbestos exposure.  For these reasons, a careful medical history and clinical evaluation is important to consider when evaluating abnormal chest radiographs.  This process is frequently referred to as a differential diagnosis and is an essential part of the diagnostic process.

---

[1] Jacobson, Michael, *The International Labour Office Classification: Use and Misuse*, Annals of the New York Academy of Sciences, 1991; 643(1) 100-107;

Henry, Daniel, *International Labor Office Classification System in the Age of Imaging: Relevant or Redundant*, Journal of Thoracic Imaging, 2002; 17:179-188.

I have reviewed the October 3, 2006 of Dr. Paul Epstein regarding the importance of conducting a differential diagnosis and concur with his opinion. Epstein Report at 6.

### E.    Lung Function Testing

Lung function testing is necessary for evaluating the severity of nonmalignant asbestos related disease, or the impairment caused by asbestos related lung injuries. Lung function testing primarily includes spirometry, lung volumes, diffusion capacity, and cardiopulmonary exercise testing. I have previously published an article discussing pulmonary lung function testing and incorporate it by reference into this report. Parker, *Understanding Asbestos-Related Medical Criteria*, Mealy's Litigation Report: Asbestos, June 18, 2003 at pp. 45-52. The American Thoracic Society publishes detailed guidelines on the performance, standardization and interpretation of lung function testing as well as reference values for normal or healthy populations.[2] Complying with these ATS Guidelines is critical for generating high quality and scientifically reliable lung function testing. Lung function testing is frequently performed to identify the presence of obstructive or restrictive lung diseases, the severity of the lung disease, and also to monitor disease progression or response to specific therapies

The classic and most commonly described functional impairment in asbestos exposed workers is restriction. The restrictive lung diseases have a larger decrement in the forced vital capacity (FVC) than the forced expiratory volume in one second (FEV1). This finding occurs

---

[2] American Thoracic Society. Snowbird workshop on standardization of spirometry. *Am Rev Respir Dis* 1979;119:831–838; American Thoracic Society. Standardization of Spirometry. 1987 update. *Am Rev Respir Dis* 1987;136:1285–1298; American Thoracic Society. Single breath carbon monoxide diffusing capacity (transfer factor); Recommendations for a standard technique. *Am Rev Respir Dis* 1987;136:1299–1307; American Thoracic Society. Standardization of spirometry: 1994 update. *Am J Respir Crit Care Med* 1995;152:1107–1136; American Thoracic Society. Single breath carbon monoxide diffusing capacity (transfer factor). Recommendations for a standard technique – 1995 update. *Am J Respir Crit Care Med* 1995;152:2185–2198; ATS/ERS Task Force. Standardization of the measurement of lung volumes. *Eur Respir J* 2005; 26:511-522.

because the damaged lungs are stiff and poorly compliant. Obstructive patterns on spirometry show a larger decrement in the FEV1 than the FVC. These patterns are seen when the lungs are excessively compliant and premature airway closure occurs. Smoking related pulmonary diseases commonly cause an obstructive pattern on spirometry. Mixed, restrictive and obstructive abnormalities have also been reported. These are typically seen in populations of smoking asbestos-exposed populations.

I have reviewed Dr. Paul Epstein's October 3, 2006 Expert Report as it relates to lung function testing and pulmonary impairment and concur with his opinions. Epstein Report at 12-14.

**F.      Dr. Welch's Opinion Regarding Diagnosing Patients**

In her October 3, 2006 report, Dr Laura Welch states that a "physician can diagnose asbestosis from medical records without a hands-on examination of the patient." Welch Report at 15. At face value, this may be a true statement, but this methodology in a litigation context has generated unreliable diagnostic labeling. I am in general agreement with Dr. Welch's statements that "the elements used for the diagnosis of asbestosis include, the occupational history, the medical history, a physical examination, radiology (conventional chest x-ray or CT scan), and pulmonary function testing." Welch Report at 15. However, Dr. Welch continues that "all of these elements can be presented in a medical file, and are sufficient for review and diagnosis without an examination of the patient." Welch Report at 15. Clearly, this is not the preferred method for establishing a diagnosis of dust-related lung disease. In fact, this methodology has been followed in the litigation/screening context with disastrous consequences. Evidence of the potential abuses of such a methodology arose in connection with the *In re Silica* proceeding in Corpus Christi, Texas. Specifically, using the methodology that Dr. Welch

7

suggests is acceptable, one individual physician diagnosed 1,389 patients with silicosis. In fact, 1200 of these 1389 individuals were diagnosed in a mere 72 hours, relying on workplace histories and ILO Film Classifications of others. The practices of this physician and other physicians are described in the June 11, 2007 report by Dr. Steven Haber entitled "Diagnostic Practices in a Litigation Context: Screening Companies and the Doctors They Employ." I have reviewed Dr. Haber's report and concur with his opinions.

It should be noted that there is a distinction between relying on medical records generated by a treating physician with an established doctor-patient relationship and the records generated solely for litigation or compensation purposes. A treating physician's primary concern is the well-being of the patient; while physicians aggressively participating in the litigation arena, relying records generated by others, may have additional motivations. The financial incentive for a physician who knows he is working for an attorney or an attorney-contracted screening company to classify films as abnormal appears to be all too attractive. This apparent strong influence or bias can affect the classification or reading of the chest radiograph, and also the opinion of a doctor who patches together a proffered diagnosis based on the rapid review of a litigation-generated "medical" file. This bias apparently generated the significant over-diagnosis of dust attributed disease in the *In re Silica* proceeding. Specifically, the number of diagnoses of silicosis generated in Mississippi, Alabama, and Texas through this style of methodology far exceeded the number of cases identified through public health records and reliable science. Additionally, the high number of chest films classified specifically as 1/0, with very few, if any, classified as 0/0 or 0/1 defied scientific credibility and statistical probability. In the *In re Silica* proceedings, if participating physicians had personally examined the patients, taken the medical and occupational history, and reviewed and classified the chest radiographs in an intellectually

8

and scientifically honest manner, I do not believe some 8,000 to 10,000 people would have been labeled with the diagnosis of silicosis. Certainly, similar concerns are and have been at play in other workplace disorders such as asbestos-related diseases where the "diagnosing" physician has a financial incentive to aggressive identify and diagnose disease, and relies extensively, if not solely, on litigation generated ILO classifications (B-readings) and exposure histories rather than reading the chest radiograph himself or herself and eliciting the occupational and medical history necessary to objectively evaluate the patient. As Dr. Haber points out in his report, certain physicians and screening companies have not acted in an intellectually and scientifically honest manner, let alone used reliable practices, when diagnosing claimants with asbestos-related diseases in this manner.

The methodology of using litigation-generated "medical" files created by screening companies rather than relying on the diagnosis of the treating physician also enabled physicians to generate what has been described as the "dual diagnoses" of asbestosis and silicosis in the same individual patient. In the *In re Silica* proceeding, it was discovered that a large number of the individual patients were given the diagnostic labels of both "asbestosis" and "silicosis." The dual appearance of both asbestosis and silicosis is so rare that I do not recall ever observing both diseases in the same individual in my extensive practice of occupational lung disease. Further, in the medical literature, the incidence of both asbestosis and silicosis in the same person is exceedingly rare.

In a litigation context, these purported "dual-diagnoses" were apparently generated by providing a chest radiograph of the same individual to a physician for an ILO classification on two separate occasions, on the first occasion requesting an "asbestos-related" read, and the second occasion requesting a "silica-related" read. Merely providing the physicians with

different exposure histories and attorney requests resulted in markedly different radiographic readings, often on the very same film. When the reported exposure history was to asbestos, the radiographic report was typical of asbestos lung injury, and when the reported exposure history was to silica, the radiographic report was typical of silica lung injury pattern. Again, these disparate radiographic reports were generated from observations of chest radiographs on the same individuals, often taken from a review of the exact same chest x-ray. In fact, it is noteworthy that the characteristic patterns of these two occupational lung diseases, asbestosis and silicosis, are quite different and do not resemble each other. This "dual diagnosis" observation in the *In re Silica* proceedings could not occur if physicians were practicing with intellectual and scientific honesty. Indeed, many authorities, including NIOSH, recommend classifying films without knowledge of workplace exposures and only later in the diagnostic process to integrate the radiographic findings with the occupational history, specifically to reduce bias in radiographic interpretations.

I have reviewed the October 3, 2006 expert report of Dr. David Weill and the October 3, 2006 expert report of Dr. Paul Epstein, both of which concur with my opinion as to the rarity of the dual incidence of asbestosis and silicosis.

## IV.    Medical Evidence Generated For Litigation

As discussed above, diagnostic testing used in asbestos-related disease and associated impairment evaluation include chest radiography and lung function testing, both of which are widely available. Performance and interpretation standards for these diagnostic tests are well accepted in the medical community. In many scientific and quantitative settings, it is widely acknowledged that garbage in equals garbage out, suggesting of course that only reliable diagnostic testing will generate a reliable diagnosis. Thus, if the accepted methods for

10

conducting these tests are not followed, the results will not be reliable  I have reviewed the expert reports of Dr. Daniel Henry and Dr. David Weill, which evaluate medical evidence submitted by claimants in this case to determine whether the evidence meets the appropriate medical guidelines and concur with their conclusions.

A.    **Henry Chest X-ray Study**

Dr. Daniel Henry designed, conducted, and reported a chest radiographic study that evaluated films submitted by claimants with a non-mesothelioma malignancy who claimed that they had radiographic evidence to attribute their malignancy to asbestos exposure ("Henry X-ray Study"). Applying both the ILO Guidelines and NIOSH recommendations, Dr. Henry developed a protocol to have the films read by three independent and blinded readers, and also inserted "control films" among the study films to assess reader tendencies.  I was one of the three readers. At the time I read and classified the films, I was not aware of who retained me, the source of the films, or any other information about the medical history of the cohort.  Several months after my readings, I was provided a copy of Dr. Henry's report and at that time learned the details about the study population as well as the results of the three independent readings.

The Henry Chest X-ray Study found that 7% of the claimant population had a profusion score of 1/0 or greater based on a majority read by two or more of the independent B-readers. This is contrasted with the claimants' B-readers who read over 80% of the films as having a profusion score of 1/0 or greater.  This dramatic level of disagreement is difficult if not impossible to explain by chance or inter-reader variability.  This strongly suggests reader bias among the claimants' readers.  Bias of this type can be reduced by blinding readers as to source of films and exposure histories, and by carefully adhering to the ILO and NIOSH Guidelines as well as professional ethics and code of conduct.  The Henry X-ray Study incorporated these

11

principles and utilized control films, which support the reliability of the classifications by the independent readers.

## B.    Lung Function Tests

Lung function testing is critical in establishing severity and potential impairment from asbestos-related disease. Lung volumes, spirometry, and carbon monoxide diffusing capacity are the most commonly utilized lung function tests for asbestos-related disease. Quality medically credible data for lung function testing is best collected and interpreted utilizing guidelines established by the American Thoracic Society, along with impairment assessment as outlined by ATS and the AMA. Andersson, G., Cocchiarella, L., *AMA Guides to the Evaluation of Permanent Impairment*, § 5.4d (5th ed. 2001). A review by Dr. David Weill of a sample of lung function tests submitted by the claimants in this case, demonstrated poor compliance with the nationally and internationally accepted guidelines. Specifically, 100% of the tests failed to comply with all ATS Guidelines.

In both clinical and litigation applications, it is imperative to ensure that the lung function testing adheres to ATS Guidelines. Spirometry is effort-dependant and can only provide reliable information about an individual's lung function if he or she makes a conscientious effort to properly perform the test and is properly "coached" by the spirometry technician. Only an individual who is making a full effort to perform the test will be able to meet the reproducibility requirements of the ATS Guidelines. In a litigation context, it is especially important to ensure that ATS Guidelines are met. Full compliance with the ATS guidelines assures accurate and reproducible measurements. In my clinical practice, I do not rely on litigation-generated PFTs that do not meet ATS Guidelines to establish a diagnosis of respiratory disease, to determine impairment, or to prescribe therapy.

12

V.     **Medical Screenings In a Litigation Context**

In her June 2007 report, Dr. Laura Welch defends the use of medical screening, pointing out that it is frequently performed in occupational settings and at times is required by law. Welch Report at 5-6. I do not in any way disagree with the importance of medical screening. In fact, medical screening and medical surveillance occupied a large portion of my medical professional life. I feel passionately about protecting workers from unsafe occupational conditions. However, the misapplication of medical screening, specifically litigation screening, may inaccurately label workers and former workers with disease that may not be present. This may create undue concern, worry, psychological stress, and even financial burden, or unnecessary medical testing for workers and retired workers.

Moreover, it is important to distinguish between an OSHA screening that is supervised by medical professionals who provide appropriate follow up for more definitive diagnostic consideration and medical therapies; and a litigation/compensation-driven screening directed by non-medical professionals whose primary concern is generating as many potential claimants as possible. As discussed in Dr. Haber's report, litigation/compensation-driven screenings do not generate medically reliable findings to establish occupational lung disease diagnoses.

These litigation/compensation-driven screenings may also have the effect of corrupting the medical records of screened individuals. Specifically, individuals who are given a screening diagnostic label of "asbestosis" frequently report this to their treating physician. I am aware of instances in which this "litigation screening diagnostic label" has been incorporated into the medical records of individuals. Ironically, I have seen this diagnostic label persist and appear on death certificates, when the individual clearly did not die of or with an asbestos disease. These

13

types of "litigation screening diagnostic labels" have the potential to corrupt national data on the prevalence of asbestos-related disease.

## VI.    Estimating present and future claims based on past claims

In reviewing the expert report of Dr. Mark Peterson, it is evident that his estimation of present and future claims is influenced by the number of claims filed against Grace prior to its filing for bankruptcy. As discussed above and in Dr. Haber's report, these litigation/compensation-driven claims have frequently been based on unreliable diagnostic methodology and do not accurately reflect the true prevalence of asbestos-related disease. Thus, the influence of litigation/compensation-driven screening activities inflates the apparent prevalence of disease. A future estimation, which relies upon historical litigation/compensation screening-generated claims would be expected to substantially overestimate future claims.

## VII.    Is there a unique "Libby Disease?"

As the third and "tie-breaking" reader for the Libby ATSDR chest radiographic study, I have seen several thousand radiographs of Libby residents and employees of the mine and mill. The radiographic abnormalities, primarily pleural abnormalities, are typical of non-chrysotile asbestos exposures. It has been suggested that there is a unique or distinct pattern of lung injury from exposure to the tremolite contaminants within the Libby vermiculite. I do not share this opinion or concern. The diagnostic methodology and medical standards detailed in Section II of this report are appropriate for evaluating people exposed to tremolite from Libby.

I have had the opportunity to review expert reports authored by Drs. David Weill, Richard Sellman, Brent Pistorese, and Tim Obermiller regarding the Libby population and agree

with their findings.[3]  Specifically, as discussed above, a misdiagnosis or mislabeling, or an

overemphasis of an asbestos-related disease can have important untoward consequences for

individuals.  This includes not only dire psychological consequences for the misdiagnosed

individuals but also may minimize treatable or correctable conditions by attributing an

individual's health problems exclusively to an asbestos related disease.

## VIII.   Medical Ethics and Professionalism

Improper diagnostic labeling may have serious consequences for individuals and society.

In recognition of the ethical concerns raised in the *In re Silica* proceeding and concerns that

similar improper professional behavior was occurring in asbestos-related litigation, NIOSH has

developed a statement about ethical considerations for B-readers and a B-reader Code of Ethics,

which is available on the NIOSH website.  The B-reader Code of Ethics references both the ACR

Code of Ethics (http://www.ama-assn.org/ama/pub/category/13337.html) and the ACOEM Code

of Ethics (http://www.acoem.org/codeofconduct.aspx).  The B-reader Code of Ethics is an

important step forward, and I believe that adhering to this code of ethics could successfully

address many of the concerns raised in this report.

> The B Reader Code of Ethics is intended to assist B Readers in recognizing and
> maintaining a high level of ethical conduct. The outcome of chest radiograph
> classification can have important medical, legal, and social implications. It is
> critical that B Readers perform chest radiograph classifications properly and with
> integrity. This code, modeled after those of the American Medical Association
> and the American College of Radiology, is a framework to help B Readers
> achieve this goal.

---

[3] The reports of Drs. Sellman, Pistorese, and Obermiller were submitted in *U.S. v. W.R. Grace*, No. CR-05-07-M-DWM (D. Mont.) and are attached to this report.

The B Reader's primary commitment is to serve the welfare and best interests of patients, workers, and society by striving to classify chest radiographs as accurately as possible.

B Readers shall uphold the standards of professionalism, be honest and objective in all professional interactions, and strive to report individuals or enterprises that they know to be deficient in character or competence, or engaging in fraud or deception, to appropriate entities.

B Readers shall recognize the limitations of chest radiograph classifications, and shall not make clinical diagnoses about the pneumoconioses based on chest radiograph classification alone.

When a contemporary chest radiograph is classified, the B Reader must either take responsibility for assuring to the extent feasible that the examined individual is promptly notified of all clinically important findings or must be assured that another appropriate party is taking that responsibility.

B Readers shall respect the law; the rights of patients, other health professionals, and clients; and shall safeguard medical information and other confidences within the constraints of the law.

B Readers shall continue to study and apply advances or changes to the International Labour Office International Classification of Radiographs of Pneumoconioses as specified by the NIOSH B Reader Program.

In providing expert medical testimony, B Readers should ensure that the testimony provided is unbiased, medically and scientifically correct, and clinically accurate.

B Readers shall recognize and disclose any conflicts of interest in the outcome of a chest radiograph classification. B Readers shall not accept compensation that is contingent upon the findings of their chest radiograph classifications or the outcome of compensation proceedings or litigation for which they undertake readings.

B Readers shall not advertise or publicize themselves through any medium or forum of public communication in an untruthful, misleading, or deceptive manner.

B Readers shall promptly report to the NIOSH B Reader Program any revocation or suspension of a medical license, voluntary relinquishment of a medical license or conversion to inactive status, or the voluntary surrender of a medical license while under investigation.

Available at http://www.cdc.gov/niosh/topics/chestradiography/breader-ethics.html.

In my opinion, the physicians identified in the Haber Expert Report appear to have fallen short of this code of ethics. I am hopeful that this expert report contributes to creating an environment in which all professionals are compelled to behave ethically, properly, and professionally.

_John E. Parker, M.D._     7.29.2007

John E. Parker, M.D., FCCP          Date

17

**Selected References**

Transcript of Daubert Hearing at 70-143, *In re Silica Products Liability Litigation*, MDL Docket No. 1553 (S.D. Tex. Feb. 18, 2005, 8:30AM)

Expert report of Paul Epstein, M.D., *In re W.R. Grace*, No. 01-1139-JKF (Bankr. D. Del., Oct 3, 2006)

International Labour Office. Guidelines for the use of the ILO international classification of radiographs of pneumoconiosis, Revised Edition 2000.

International Labour Office. Guidelines for the use of the ILO international classification of radiographs of pneumoconiosis, Revised Edition 1980.

Jacobson, Michael, The International Labour Office Classification: Use and Misuse, *Annals of the New York Academy of Sciences*, 1991; 643(1): 100-107;

Henry, Daniel, International Labor Office Classification System in the Age of Imaging: Relevant or Redundant, *Journal of Thoracic Imaging*, 2002; 17:179-188.

Parker, Understanding Asbestos-Related Medical Criteria, *Mealey's Litigation Report: Asbestos*, June 18, 2003 at pp. 45-52.

*American Thoracic Society. Medical Section of the American Lung Association: The diagnosis of nonmalignant diseases related to asbestos.* Am Rev Respir Dis, 1986, 134(2): p. 363-8.

*Diagnosis and initial management of nonmalignant diseases related to asbestos.* Am J Respir Crit Care Med, 2004. 170(6): p. 691-715.

American Thoracic Society. Snowbird workshop on standardization of spirometry. *Am Rev Respir Dis* 1979;119:831–838

American Thoracic Society. Standardization of Spirometry. 1987 update. *Am Rev Respir Dis* 1987;136:1285–1298

American Thoracic Society. Single breath carbon monoxide diffusing capacity (transfer factor); Recommendations for a standard technique. *Am Rev Respir Dis* 1987;136:1299–1307

American Thoracic Society. Standardization of spirometry: 1994 update. *Am J Respir Crit Care Med* 1995;152:1107–1136

American Thoracic Society. Single breath carbon monoxide diffusing capacity (transfer factor). Recommendations for a standard technique – 1995 update. *Am J Respir Crit Care Med* 1995;152:2185–2198

American Thoracic Society / European Respiratory Society Task Force. Standardization of the measurement of lung volumes. *Eur Respir J* 2005; 26:511-522.

Expert report of Laura Welch, M.D., *In re W.R. Grace*, No. 01-1139-JKF (Bankr. D. Del., Oct 3, 2006)

Expert report of Steven Haber, M.D., Diagnostic practices in a litigation context: Screening companies and the doctors they employ, *In re W.R. Grace*, No. 01-1139-JKF (Bankr. D. Del., June 11, 2007)

Expert report of David Weill, M.D., *In re W.R. Grace*, No. 01-1139-JKF (Bankr. D. Del., Oct 3, 2006)

Expert report of Daniel Henry, M.D., *In re W.R. Grace*, No. 01-1139-JKF (Bankr. D. Del., Oct 3, 2006)

Expert report of Daniel Henry, M.D., Henry X-ray Study, *In re W.R. Grace*, No. 01-1139-JKF (Bankr. D. Del., June 11, 2007)

Andersson, G., Cocchiarella, L., *AMA Guides to the Evaluation of Permanent Impairment*, § 5.4d (5th ed. 2001).

Expert report of Laura Welch, M.D., In re W.R. Grace, No. 01-1139-JKF (Bankr. D. Del., June 11, 2007)

Expert report of Mark Peterson, Ph.D., In re W.R. Grace, No. 01-1139-JKF (Bankr. D. Del., June 18, 2007)

Expert report of Alan Whitehouse, M.D., *In re W.R. Grace*, No. 01-1139-JKF (Bankr. D. Del. Oct. 3, 2006)

Expert report of Richard Sellman, M.D., *U.S. v. W.R. Grace*, No. CR-05-07-M-DWM (D. Mont. June 14, 2006)

Expert report of Brent Pistorese, M.D., *U.S. v. W.R. Grace*, No. CR-05-07-M-DWM (D. Mont. June 14, 2006)

Expert report of Tim Obermiller, M.D., *U.S. v. W.R. Grace*, No. CR-05-07-M-DWM (D. Mont. June 14, 2006)

American College of Occupational and Environmental Medicine, ACOEM Code of Ethical Conduct, http://www.acoem.org/codeofconduct.aspx (last visited July 27, 2007)

American Medical Association, Code of Medical Ethics, http://www.ama-assn.org/ama/pub/category/13337.html (last visited July 27, 2007)

National Institute for Occupational Safety and Health, Ethical Considerations for B Readers, http://www.cdc.gov/niosh/topics/chestradiography/breader-ethics.html (last visited July 27, 2007)

American College of Radiology, Code of Ethics, http://www.ama-assn.org/ama/pub/category/13348.html (last visited July 27, 2007)

September 2004    1

# CURRICULUM VITAE

**Name**        **John (Jack) E. Parker, M.D., FACP, FCCP**

**Department**    Medicine and Community Medicine

**Address**      West Virginia University, School of Medicine,
Pulmonary & Critical Care Medicine
Room 4075A, Health Sciences North
P.O. Box 9166
Morgantown, WV 26506-9166

Phone: (304) 293-4661    FAX:    (304) 293-3724
E-mail:  jparker@hsc.wvu.edu

**Date of Birth**    June 11, 1950

**Citizenship**     United States

**Social Security Number**    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

**Education and Training**

Oakland University, Rochester, Michigan, B.A., Chemistry, 1972

Wayne State University, School of Medicine, Detroit, Michigan, M.D., 1976

**Postdoctoral Training**

Internship, Categorical Medicine, United State Public Health Service Hospital,
San Francisco, California, 1976-1977

Residency, Internal Medicine, United States Public Health Service Hospital, San
Francisco, California, 1977-1980

Fellowship, Pulmonary Diseases, National Institute for Occupational Safety and
Health and West Virginia University Health Sciences Center,
Morgantown, West Virginia, 1985-1988

**Military Service**    United States Public Health Service (1976-1998)

**Medical Licensure**    California
West Virginia

**Specialty Certification**

Internal Medicine - American Board of Internal Medicine -  1980
Pulmonary Disease - American Board of Internal Medicine - 1988

## Certifications

National Board of Medical Examiners
Advanced Cardiac Life Support - American Heart Association
Advanced Trauma Life Support - American College of Surgeons
NIOSH B Reader (reading chest radiographs for pneumoconioses)

## Faculty Appointments

Clinical Instructor of Medicine, University of California, San Francisco,
1980-1982

Preceptor, Department of Family and Community Medicine, University of Arizona,
Tucson, 1982-1985

Clinical Instructor of Medicine, West Virginia University, Morgantown, 1985-1988

Adjunct Assistant Professor of Medicine, West Virginia University, Morgantown,
1988-1994

Adjunct Associate Professor of Medicine, West Virginia University, Morgantown,
1994-1997

Adjunct Professor of Medicine, West Virginia
University School of Medicine 1998

Professor of Medicine, West Virginia University, Morgantown, 1998-present

Professor of Community Medicine, Institute of Occupational and Environmental
Medicine, West Virginia University, Morgantown, 1999-present

Chief, Section of Pulmonary and Critical Care Medicine, November 2001

## Hospital Appointments/Location

Assistant Chief, Department of Medicine, United States Public Health Service
Hospital, San Francisco, California, 1979-1981

Deputy Chief, Department of Medicine, United States Public Health Service
Hospital, San Francisco, California, 1981-1982

Chief of Staff, Clinical Director, United States Public Health Service-Indian Hospital,
Whiteriver, Arizona, 1982-1985

Attending Physician West Virginia University Medical Center
Morgantown, West Virginia, 1985-present

Medical Director Pulmonary Rehabilitation MountainView Regional Rehabilitation
Hospital, Morgantown, West Virginia, 1998-present

**Hospital Appointments/Location** (continued):

Medical Director Sleep Disorders Clinic West Virginia University Medical Center, Morgantown, West Virginia, 1999-present

## USPHS Positions

Chief, Examination Processing Branch, Division of Respiratory Disease Studies, National Institute for Occupational Safety and Health (NIOSH), CDC, Morgantown, West Virginia, July 1991-August 1998

Acting Chief, Clinical Investigations Branch, Division of Respiratory Disease Studies, National Institute for Occupational Safety and Health (NIOSH), CDC, Morgantown, West Virginia, March 1997-August 1998

Acting Chief, Epidemiological Investigations Branch, Division of Respiratory Disease Studies, National Institute for Occupational Safety and Health (NIOSH), CDC, Morgantown, West Virginia, December 1994-November 1996

Chief, Protective Technology Branch, Division of Safety Research, NIOSH, Morgantown, West Virginia, July 1990-June 1991

Coordinator, Respiratory Disease Hazard Evaluation and Technical Assistance Program, Division of Respiratory Disease Studies, NIOSH, Morgantown, West Virginia, July 1988-June 1990

Senior Medical Officer, Division of Respiratory Disease Studies, NIOSH, Morgantown, West Virginia, July 1985-June 1988

Clinical Director (Chief of Staff), U.S.P.H.S. - Indian Hospital, Whiteriver, Arizona, November 1981-June 1985

Deputy Chief and Assistant Chief, Dept. of Medicine, United States Public Health Service Hospital, San Francisco, California, July 1979-November 1981

## Awards, Honors

PHS Awards
- The Surgeon General's Exemplary Service Medal
- Outstanding Service Medal
- Commendation Medal
- Achievement Medal
- Bicentennial Unit Commendation
- Unit Commendation (8)
- Outstanding Unit Citation (2)
- Isolated Hardship Service Ribbon
- Regular Corps Service Ribbon
- Meritorious Service Medal
Nominee, Alfred G. Wilson Award, Oakland University
Athletic Hall of Honor, Oakland University

September 2004    4

**Awards, Honors** (continued):

Who's Who in College Athletics
University Scholar
Outstanding House Officer, 1977, USPHS Hospital, San Francisco, CA
Favorite Attending Teaching Award, 1981, USPHS Hospital,
    San Francisco, California
Nominee, J.D. Lane Junior Investigator Award, 1990, USPHS
Member of the Year, 1990 - W. Va. Commissioned Officers Assn.
Fellow, American College of Chest Physicians
Fellow, American College of Physicians
Nominee, 1993 Alice Hamilton Science Award for Occupational
    Safety and Health
Honorable Mention, Federal Government Communicators Blue
    Pencil Award-1992
Recognized by peers in "The Best Doctors in America: Midwest Region,
    "Woodward/White, Inc.
Nominee, NCAA Silver Anniversary Award
Nominee, 1996 USPHS Research Physician of the Year
Recipient, 1996 Alice Hamilton Science Award for Leadership
    in Occupational Safety & Health
Certificate of Appreciation, National Campaign to Eliminate Silicosis (U.S.
    DOL/MSHA), 1997
Outstanding Faculty Award Department of Family Medicine 2005
WVU School of Medicine D. Z. Morgan Mentorship Award 2005
Outstanding Faculty Award Department of Medicine 2005
Recognized by peers in 'The Best Doctors in America'

**Professional Associations**

American College of Physicians
American College of Chest Physicians
American Thoracic Society
West Virginia Thoracic Society
New York Academy of Sciences
American Public Health Association
West Virginia Public Health Association
Association of Occupational and Environmental Clinics
National Rural Health Association
International Society for Respiratory Protection
Commissioned Officers Association, USPHS
Reserve Officers Association of the United States
Association of Military Surgeons of the United States
West Virginia Medical Association

**Offices Held**  Vice President, West Virginia Commissioned Officers Association, USPHS, 1989
President, West Virginia Commissioned Officers Association, USPHS, 1990

September 2004        5

Vice Chair, Scientific Program Committee, 27th Annual PHS Professional
Association Meeting
President, West Virginia Thoracic Society, 1994 to 1997
Member, Board of Directors, American Lung Association of West Virginia
1994 to 1997

**Research**

Respiratory Protection
Pneumoconioses Prevention
Silica Related Respiratory Diseases
Chest Imaging Techniques and Dust Related Diseases
Organic Dust & Immunologic Lung Disease

**_Invited Peer Reviewer_**

Chest
American Journal of Industrial Medicine
American Industrial Hygiene Association Journal
Journal of the International Society for Respiratory Protection
Tobacco Control--An International Journal
European Journal of Epidemiology
Journal of Agricultural Safety and Health
Journal of Occupational and Environmental Medicine

**Publications**

1.  Kinsey VE, McLean IW, **Parker JE**. Studies on the crystalline lens. Kinetics of thallium transport. Investigative Ophthalmology 1971; 10:932-942.

2.  **Parker JE**. An outbreak of toxic organic dust syndrome. Alabama Epidemiology Reports 1987; 1:33-34.

3.  Santosham M, and others. Prevention of Haemophilus Influenzae Type B Infections in high-risk infants treated with Bacterial Polysaccharide Immune Globulin. N Engl J Med 1987; 317:923-929.

4.  Hill RC, **Parker JE**, Stocker PJ, Gustafson RA, Murray GF. Acquired benign bronchoesophogeal fistula in an adult. J Thorac Cardiovasc Surg 1989; 97:320-321.

5.  **Parker JE**, Lapp NL. Coal Workers' Pneumoconiosis: Recognition and Management. Internal Medicine for the Specialist 1989; 10:91-101.

6.  Battigelli MC, Halbritter KA, **Parker JE**. Medical Grand Rounds: Smoke Inhalation. WV Med J 1989; 85:427-430.

7.  Olenchock SA, May JJ, Pratt DS, Piacitelli LA, **Parker JE**. Presence of endotoxins in different agricultural environments. Am J Ind Med 1990; 18:279-284.

September 2004        6

8.  Olenchock SA, Sorenson WG, Marx JJ, **Parker JE**.   Microbial Contamination and Immunologic Reactivity of Stored Oats.  Biodeterioration Research 1990; 3:479-488.

9.  Whitener CJ, **Parker JE**, Lapp NL.   Erythromycin Ototoxicity:   A Call to Heighten Recognition.  Southern Medical Journal 1991; 84:1214-1217.

**Publications** (continued):

10. Turner NL, **Parker JE**, Hudnall J. The Effect of Dry and Humid Hot Air Inhalation on Expired Relative Humidity During Exercise. Am Ind Hyg Assoc J 1992; 53(4):256-260.

11. Wagner, GR, Attfield, MD, Kennedy RD, **Parker, JE**. The NIOSH B Reader Certification Program--An Update Report. J of Occ Med 1992; 34:879-884.

12. Weber S, Kullman G, Petsonk E, Jones WG, Olenchock S, Sorenson W, **Parker J**, Marcelo-Baciu R, Frazer DG, Castranova V. Organic Dust Exposure from Compost Handling: Case Presentation and Respiratory Exposure Assessment. Am J Ind Med 1993; 24:365-374.

13. Kullman GJ, Jones WG, Cornwell RJ, **Parker JE**. Characterization of Air Contaminants Formed by the Interaction of Lava and Sea Water. Environmental Health Perspectives 1994; 102:478-482.

14. Moya C, Anto JM, Newman Taylor AJ, et al. Outbreak of organising pneumonia in textile printing sprayers. Lancet 1994; 344:498-502.

15. Harkin TJ, McGuinness G, Goldring R, Cohen H, **Parker JE**, Crane M, Naidich DP, Rom WN. Differentiation of the ILO Boundary Chest Roentgenograph (0/1 to 1/0) in Asbestosis by High-Resolution Computed Tomography Scan, Alveolitis, and Respiratory Impairment. J Occup Environ Med 1996; 38:46-52.

16. McCurdy SA, Ferguson TJ, Goldsmith DF, **Parker JE**, Schenker MB. Respiratory Health of California Rice Farmers. Am J Respir Crit Care Med 1996; 153:1553-1559.

17. Wilt JL, Banks DE, Weissman DN, **Parker JE**, et al. Reduction of Lung Dust Burden in Pneumoconiosis by Whole-Lung Lavage. J Occup Environ Med 1996; 38:619-624.

18. Beckett W, Abraham J, Becklake M, Christiani D, Cowie R, Davis G, Jones R, Kreiss K, **Parker J**, Wagner G. Adverse Effects of Crystalline Silica Exposure. Am J Respir Crit Care Med 1997; 155:761-768.

19. Hubbs AF, Castranova V, Ma JYC, Frazer DG, Siegel PD, Ducatman BS, Grote A, Schwegler-Berry D, Robinson VA, Van Dyke C, Barger M, Xiang J, **Parker J**. Acute Lung Injury Induced by a Commercial Leather Conditioner. Toxicol Appl Pharmacol 1997; 143:37-46.

20. Henderson DW, Rantanen J, Barnhart S, Dement JM, et al. Consensus Report. Asbestos, Asbestosis, and Cancer: The Helsinki Criteria for Diagnosis and Attribution. Scand J Work Environ Health 1997; 23:311-316.

21. Sauni R, Oksa P, Jarvenpaa R, **Parker JE**, Roto P. Asbestos Exposure, A Potential Cause of Retroperitoneal Fibrosis. Am J Ind Med 1998; 33:418-421.

22. De la Hoz RE, **Parker JE**. Occupational and environmental medicine in the United States. Int Arch Occup Environ Health 1998; 71:155-161.

**Publications** (continued):

23. Jacobsen M, Miller WE and **Parker JE.** New Composite or Quadrant Standard Films for Classifying Radiographs of Pneumoconioses. Industrial Health 1998; 36:380-383.

24. Harari R, Herrera D, **Parker JE.** Silicosis among gold miners in Ecuador: A present problem. Eur. J. Oncol 4:(5)553-555, 1999.

25. Banks, DE, Wang, ML, Parker, JE. Asbestos Exposure, Asbestosis, and Lung Cancer. Chest 1999;115: 320-322.

26. Tossavainen A, Riala R, Zitting A, **Parker J**, Jones W, Groce D, Izmerov N, Elovskaya L, Kovalevsky E, Burmistrova T, Domnin S, Scherbakov S, Kashansky S. Health and exposure surveillance of Siberian asbestos miners: A joint Finnish-American-Russian project. American Journal of Industrial Medicine 1999; 36:142-144.

27. Harber P, Merz B, Lam I, Yuan M, **Parker J**, Chen W. Intelligent database generatedoccupational questionnaire system. Journal of Occupational and Environmental Medicine, May 2000; 42 (5) p. 483-490.

28. Washko RM, Day B, **Parker JE**, Castellan RM, Kreiss K. Epidemiologic Investigation of Respiratory Morbidity at a Nylon Flock Plant. AJIM 38:628-638, 2000.

29. Henderson DW, Rantanen J, **Parker J**, et al. International expert meeting on new advances in the radiology and screening of asbestos-related diseases. Scand J work Environ Health 2000;26(5):449-454.

30. McAnulty JM, Keene WE, Bell BP, Anker AL, Castranova V, **Parker JE**, et al. A Multistate Outbreak of Acute Respiratory Illness Associated with Use of an Aerosolized Leather Protector. Lancet (submitted).

31. Goodwin SS, Stanbury M, Wang M, Silbergeld E, **Parker JE.** . Previously undetected silicosis in New Jersey decedents. Am J Ind Med 2003;44:304-311.

32. Nij ET, Burdoft A, Parker J, et al. Radiographic abnormalities among construction workers exposed to quartz containing dust. Occup Environ Med 2003;60:410-417.

33. Kovalevsky E, Burmistrova T, Milishnikova V, Elovskaja L, Izmerov N., Parker J, et al. Comparison of work history and chest x-ray changes among chrysotile miners and millers. Occup Hyg 46, Supp. 1:157-159, 2002.

**Books**

1. Banks DE and **Parker JE** (editors): Occupational Lung Disease. An international perspective. Chapman & Hall, 1998.

**Book Chapters**                                    September 2004      9

1.  **Parker JE.**  Silicosis.  In Rakel RE (ed): Conn's Current Therapy. Philadelphia, WB Saunders, 1989, p 163-165.

2.  Lapp NL, **Parker JE.** Pulmonary and Critical Care Update: Coal Workers' Pneumoconiosis and the Health Effects of Carbon.  Am Coll Chest Phys 1989; Volume V Lesson 21.

3.  Lapp NL, **Parker JE.**  Coal Workers' Pneumoconiosis.  In Epler GR (ed): Occupational Lung Disease--Clinics in Chest Medicine.  Philadelphia, WB Saunders, 1992; 13(2):243-252.

4.  **Parker JE**, Petsonk EL, Weber SL.  Hypersensitivity Pneumonitis & Organic Dust Toxic Syndrome.  In Banks DE (ed): Immunologically Mediated Lung Disease--Immunology and Allergy Clinics of North America. Philadelphia, WB Saunders 1992; 12(2):279-290.

5.  Wagner GR, Attfield MD, **Parker JE.**  Chest Radiography in Dust-Exposed Miners: Promise and Problems, Potential and Imperfections.  OCCUPATIONAL MEDICINE: State of the Art Reviews. Philadelphia, Hanley & Belfus, Inc. 1993; 8(1):127-141.

6.  **Parker JE.**  Silicosis.  In Rakel RE (ed): Conn's Current Therapy. Philadelphia, WB Saunders, 1994, p. 207-210.

7.  **Parker JE**, Siegel PD, Lewis DM.  Indoor Air Quality and Non IgE-Mediated Immunologic Respiratory Disease.  In: Immunology and Allergy Clinics of North America, 1994, 14:591-605.

8.  Jennison EA, Kullman GJ, **Parker JE.**  Worksite Evaluations.  In: Harber, Schenker, Balmes (eds): Occupational and Environmental Respiratory Disease.  St. Louis, Mosby 1995, p. 141-150.

9.  Linch KD, **Parker JE.**  Taking Silicosis Personally.  West Virginia University Quarterly Newsletter EXCEL 1995; 7:10-15.

10. **Parker JE.**  Silicosis.  In Rakel RE (ed): Conn's Current Therapy. Philadelphia, WB Saunders, 1998, p. 230-232.

11. **Parker JE**, Petsonk EL.  Coal Workers' Lung Diseases and Silicosis.  In: Fishman's Pulmonary Diseases and Disorders (Third Edition). McGraw-Hill, 1998, p. 901-914.

12. Jennison EA, **Parker JE.**  Recognition and Evaluation of Occupational and Environmental Health Problems.  In Rom WN (ed): Environmental and Occupational Medicine (Third Edition). Lippincott - Raven, Philadelphia, 1998, p. 11-23.

13. Jennison EA, **Parker JE.**  The Occupational and Environmental History and Examination. In Rom WN (ed): Environmental and Occupational Medicine (Third Edition).  Lippincott - Raven, Philadelphia, 1998, p. 31-42.

**Book Chapters** (continued):

14. Piekarski C, Jennison EA, Parker JE.  Workers Compensation for Occupational Lung Disease: German - U.S. Parallels.  In Banks DE/Parker JE (eds): Occupational Lung Disease: An International Perspective.  Chapman and Hall, London, 1998, p. 83-93.

15. Parker JE, Banks DE.  Lung Diseases in Coal Workers.  In Banks DE/Parker JE (eds): Occupational Lung Disease: An International Perspective.  Chapman and Hall, London, 1998, p. 161-181.

16. Wilt JL, Parker JE, Banks DE.  The Diagnosis of Pneumoconiosis and Novel Therapies.  In ParkerJE/Banks DE (eds): Occupational Lung Disease: An International Perspective. Chapman and Hall, London, 1998, p. 119-138.

17. Maestrelli P, Saetta M, Mapp CE, Fabbri LM, Parker, JE, Banks, DE.  Occupational Asthma Due to Low-molecular Weight Compounds.  In Banks DE/ParkerJE (eds): Occupational Lung Disease: An International Perspective.  Chapman and Hall, London, 1998, p. 119-138.

## CDC Publications/Proceedings Publications

1. CDC.  Exposure Trends in Silica Flour Plants - United States, 1975-1986.  MMWR 1989; 38:380-83.

2. CDC.  Occupational Disease Surveillance:  Occupational Asthma.  MMWR 1990; 39:119-23.

3. CDC.  Silicosis:  Cluster in Sandblasters - Texas, and Occupational Surveillance for Silicosis.  MMWR 1990; 39:433-37.

4. **Parker J**, Matte T, Hoffman R, Rosenman K, Stanbury M.  Occupational Asthma: Experience with a Model Reporting System.  Environmental Health and Engineering Proceedings, 25th

5. Annual Meeting of the U.S. Public Health Service Professional Assn., June 3-6, 1990, Anchorage, Alaska, pp. 3-7.

6. Bobick TG, Myers JR, Hard DL, **Parker JE**.  Musculoskeletal Injuries in the Major Agricultural Industries.  Proceedings of the Human Factors Society 35th Annual Meeting, September 1991, pp. 867-871.

7. CDC.  Surgeon General's Conference on Agricultural Safety and Health, 1991.  MMWR 1992; 41:5-12.

8. CDC.  Pulmonary Fibrosis Associated with Occupational Exposure to Hard Metal at a Metal-Coating Plant.  MMWR 1992; 41:65-67.

9. Musgrave K, **Parker J**, Short S, Mickelsen L, O'Brien D.  Preventing Silicosis and Deaths from Sandblasting.  NIOSH Alert, Publication No. 92-102, August 1992.

**CDC Publications/Proceedings Publications (continued)**

10. Musgrave K, **Parker J**. Preventing Silicosis and Deaths in Rock Drillers. NIOSH Alert, Publication No. 92-107, September 1992.

11. CDC. Papers and Proceedings of the Surgeon General's Conference on Agricultural Safety and Health. Edited by Myers ML, Herrick RF, Olenchock SA, Myers JR, Parker JE, Hard DL, Wilson K. Public Law 101-517, DHHS (NIOSH) Pub. No. 92-105, September 1992.

12. Wagner GR, Attfield MD, **Parker JE**. Efforts to Improve Consistency and Accuracy in Chest Radiograph Classification in the United States: The NIOSH B Reader Program. Proceedings of the Eighth International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, pp. 827-832.

13. Wagner GR, Attfield, MD, Althouse RB, Castellan RM, **Parker JE**. Surveillance of Pneumoconiosis in Underground Coal Miners in the US 1970-1986. Proceedings of the Eighth International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, pp. 568-573.

14. Hodous TK, Chen R, Kinsley KB, Liu X, McLaughlin JK, Chen J, Wu Z, Blot WJ, Wagner GR, **Parker JE**. Chinese-North American Comparison: A Comparison of Chest Radiographic Classifications for Pneumoconioses. Proceedings of the Eighth International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, pp. 862-867.

15. Musgrave K, **Parker J**, Castellan R, Olenchock S. Preventing Organic Dust Toxic Syndrome. NIOSH Alert, Publication No. 94-102, April 1994.

16. CDC. Work-Related Lung Disease Surveillance Report, 1994. DHHS/NIOSH Publication No. 94-120.

17. Sweeney MH, Gardner LI, **Parker JE**, Waters TR, Flesch J, Hudock SD, Smith SS. Workplace Use of Back Belts, Review and Recommendations. NIOSH, Publication No. 94-122, July 1994.

18. CDC. Proportionate Mortality from Pulmonary Tuberculosis Associated with Occupations--28 States, 1979-1990. MMWR 1995; 1:14-19.

19. CDC. Occupational Silicosis--Ohio, 1989-1994. MMWR 1995; 4:61-64.

20. Bang KM, Althouse RB, Groce DW, Kim JH, Game SR, Hale J, **Parker J**. Occupational Respiratory Health and Hazard Surveillance. Proceedings of the SOEH Annual Meeting, Advances in Medical Surveillance for Environmental and Occupational Health: From Exposure Onset through Health Outcome, Bethesda, Maryland, December 1995, p. 117-126.

21. CDC/NIOSH. Report to Congress on Workers' Home Contamination Study Conducted Under The Workers' Family Protection Act (29 U.S.C. 671a). September 1995.

## CDC Publications/Proceedings Publications (continued)

22.  CDC/NIOSH. Criteria for a Recommended Standard, Occupational Exposure to Respirable Coal Mine Dust. September 1995. DHHS (NIOSH) Publication No. 95-106.

23.  Musgrave K, Piacitelli C, Kullman G, Berardinelli S, Dieffenbach, **Parker J**. Preventing Asthma and Death from Diisocyanate Exposure. NIOSH Alert, Publication No. 96-111, March 1996.

24.  Linch KD, Groce DW, Musgrave KJ, Jajosky RA, Short SR, **Parker JE**. Controlling Exposures to Dust Containing Respirable Crystalline Silica in the Construction Industry. NIOSH Alert, Publication No. 96-112, May 1996.

25.  CDC. Work-Related Lung Disease Surveillance Report, 1996. DHHS/NIOSH Publication No. 96-134.

26.  Jones W, Groce D, Schwegler-Berry D, **Parker J**. Environmental Study of Russian Chrysotile Mine and Mills. In: Dust Measurements in Chrysotile Mining and Milling

27.  Operations of Uralasbest Company, Asbest, Russia. Finnish Institute of Occupational Health Summary Report Series, Helsinki, 1996.

28.  Kullman G, Piacitelli C, **Parker J**, Flesch J, May J. Control of Organic Dust from Bedding Choppers in Dairy Barns. CDC/NIOSH Hazard Control HC12, DHHS/NIOSH Publication No. 97-103, April 1997.

29.  CDC. Sarcoidosis Among U.S. Navy Enlisted Men, 1965-1993. MMWR 1997; 46:539-543.

30.  CDC. Silicosis Among Workers Involved in Abrasive Blasting Cleveland, Ohio, 1995. MMWR 1997; 46:744-47.

31.  CDC. Reduce Contamination at Home. DHHS (NIOSH) Publication No. 97-125.

32.  **Parker, JE**. Radiological Criteria: The Use of Chest Imaging Techniques in Asbestos-Related Diseases. In: Asbestos, Asbestosis, and Cancer. Proceedings of an International Expert Meeting, Finnish Institute of Occupational Health, People and Work Research Reports 14, p. 28-40 (1997).

33.  CDC. Chronic Interstitial Lung Disease in the Nylon Flocking Industry Workers Rhode Island, 1992-1996. MMWR 1997; 46:897-900.

34.  Bang KM, Althouse R, Kim JH, Game S, **Parker JE**. Pneumoconiosis mortality surveillance in the USA, 1968-1992. Proceedings of the 9th International Conference on Occupational Respiratory Diseases, Kyoto, Japan 1998; Pages 180-187. Elsevier Science B.V. Advances in the Prevention of Occupational Respiratory Diseases, Keizo Chiyotani, Yutaka Hosoda, and Yoshiharu Aizawa, editors.

**CDC Publications/Proceedings Publications (continued)**

35. Althouse RB, Castellan RM, Attfield M, Bang KM, **Parker JE.**  Surveillance of pneumoconiosis morbidity in US underground coal miners: 1970-1995. Proceedings of the 9th International Conference on Occupational Respiratory Diseases, Kyoto, Japan 1998; pages 174-179. Elsevier Science B.V.  Advances in the Prevention of Occupational Respiratory Diseases, Keizo Chiyotani, Yutaka Hosoda, and Yoshiharu Aizawa, editors.

36. Green FHY, Althouse R, **Parker JE,** Kahn J, Weber K, Vallyathan V.  Trends in the prevalence of coal workers pneumoconiosis in US autopsied coal miners. Proceedings of the 9th International Conference on Occupational Respiratory Diseases, Kyoto, Japan 1998; pages 145-151. Elsevier Science B.V.  Advances in the Prevention of Occupational Respiratory Diseases, Keizo Chiyotani, Yutaka Hosoda, and Yoshiharu Aizawa, editors.

37. Marfin AA, Hubbs AF, Musgrave KJ, **Parker JE.**  Occupationally Acquired Infections of the Lung.  In Stellman JM (ed): Encyclopaedia of Occupational Health and Safety (Fourth Edition). International Labour Office, Geneva, 1998, p. 10.81-10.90.

38. **Parker JE,** Wagner GR.  Silicosis.  In Stellman JM (ed): Encyclopaedia of Occupational Health and Safety (Fourth Edition).  International Labour Office, Geneva, 1998, p. 10.43-10.46.

39. Buono G, Husberg B, Ortega H, Petsonk E, Tan-Wilhelm D, **Parker J.** Preventing Asthma in Animal Handlers.  NIOSH Alert, Publication No. 97-116, January 1998.

**Published Abstracts**

1. Toxic Syndrome in Farm Workers Following Exposure to Stored Oats.  Am Rev of Respir Dis 1988; 137:297.

2. Denton RA, **Parker JE,** Abrons HL, Gamble JF, Keimig DG.  Lack of Relationship between Low Levels of Formaldehyde and Airway Hyperreactivity or Changes in Ventilatory Function: A Prospective Study.  Am Rev of Respir Dis 1988; 137:299.

3. Sorenson WG, Olenchock SA, **Parker JE.**  Respiratory Illness in Farm Workers Associated with Exposure to Stored Oats.  In: Program and abstracts of the Eighty-eighth Annual Meeting of the American Society for Microbiology (Miami Beach).  Washington, DC:American Society for Microbiology 1988; 47.

4. **Parker JE,** Lapp NL, Banks DE.  Surface Coal Mine Drillers and Silicosis: The Ten Year West Virginia Experience.  Am Rev Respir Dis 1989; 139:A490.

5. Turner N, **Parker JE,** Hudnall J.  The Effect of Hot, Humid Inspired Air on Dynamic Lung Compliance During Exercise.  The FASEB (Federation of American Societies for Experimental Biology) Journal, 74th Annual Meeting, April 1990, Washington, DC, page A690.

6. Mannino DM, **Parker JE,** Townsend MC.  Dairy Farming Production in the United States and Deaths with Farmers Lung Disease from 1979-1986: An Ecologic Study.  Am Rev Respir Dis, 141:(4); A588, 1990.

**Published Abstracts** (continued):

7.  Weber S, Petsonk E, Kullman G, Jones W, Olenchock S, Sorenson W, **Parker J.** Hypersensitivity Pneumonitis or Organic Dust Toxic Syndrome: The Clinical Dilemma in Organic Dust Exposures. Am Rev Respir Dis, 141:(4); A588, 1990.

8.  Kullman GJ, Jones WG, Olenchock SA, Sorenson WG, Marcelo-Baciu R, Petsonk EL, **Parker JE.** Organic Dust Exposures from Compost Handling Operations. Proceedings "Abstracts" of the American Industrial Hygiene Conference, May 1990, Orlando, FL, page 297.

9.  **Parker J,** Matte T, Hoffman R, Rosenman K, Stanbury M. Occupational Asthma: Experience with a Model Reporting System. Proceedings of USPHS Professional Association, The Public Health Service in the 1990's, 25th Annual Meeting, June 1990, Anchorage, Alaska, page 51.

10. Stanevich R, Smith D, Cattledge G, **Parker J.** State-Based Model Construction Safety and Health Program. Proceedings of Third National Injury Control Conference "Setting the National Agenda for Injury Control in the 1990's," April 1991, Denver, Colorado, page 95.

11. Etherton J, **Parker J.** Rollover Protective Structures. Proceedings of Third National Injury Control Conference "Setting the National Agenda for Injury Control in the 1990's," April 1991, Denver, Colorado, page 100.

12. Olenchock SA, Sorenson WG, Marx JJ, **Parker JE.** Microbial Contamination and Immunologic Reactivity of Stored Oats. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 18.

13. **Parker JE,** Castellan RM, Olenchock SA, Sorenson WG, Marx JJ. Organic Dust Toxic Syndrome: Clinical and Laboratory Evaluation of a Cluster of Cases. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 35.

14. Mannino DM, **Parker JE,** Townsend MC. Deaths with Farmers Lung Disease and Dairy Farming Production: A Correlation using National Center for Health Statistics (NCHS) Multiple Cause of Death Tapes. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 36.

15. Weber S, Petsonk E, Kullman G, Jones W, Olenchock S, Sorenson W, **Parker J.** Hypersensitivity Pneumonitis (HP) or Organic Dust Toxic Syndrome (ODTS): The Clinical Dilemma in Organic Dust Exposures. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 37.

16. Kullman GJ, Jones WG, Olenchock SA, Sorenson WG, Marcelo-Baciu R, Petsonk EL, **Parker JE.** Organic Dust Exposure from Compost Handling Operations. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 93.

**Published Abstracts** (continued):

17. Bobick TG, Myers JR, Jensen RC, **Parker JE**. Musculoskeletal Injuries in Agriculture--An Ergonomics Perspective. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 96.

18. Etherton J, **Parker J**, Maines W. Rollover Protective Structures (ROPS) for Farm Tractors: The Stage is Set for Local Action. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 97.

19. Kullman GJ, Jones WG, Cornwell RJ, and **Parker JE**. Characterization of Air Contaminants Formed by the Interaction of Lava and Ocean Water. Proceedings "Abstracts" of the American Industrial Hygiene Conference & Exposition, May 1991, Salt Lake City, Utah, page 83.

20. Etherton J, **Parker J**. Rollover Protective Structures. Abstracts of the National Conference on the Prevention of Primary and Secondary Disabilities, June 1991, Atlanta, Georgia, page 59.

21. **Parker JE**, Wagner GR, Richards TB, Matte TD, Seligman PJ. Silicosis and Occupational Asthma: Surveillance Case Definitions for Reporting Occupational Respiratory Diseases. Proceedings of the USPHS Professional Association 27th Annual Meeting, April 1992, p. 96.

22. Lyman MD, **Parker JE**. Disease Prevention and the HazCom Standard: What Health Care Providers Should Know. Proceedings of the USPHS Professional Association 27th Annual Meeting, April 1992, p. 62.

23. Wagner GR, Attfield MD, **Parker JE**. Efforts to Improve Consistency and Accuracy in Chest Radiograph Classification in the United States: The NIOSH B Reader Program. Abstracts of the 8th International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, p. 241.

24. Althouse RB, Wagner GR, Castellan RM, **Parker JE**. Surveillance of Occupational Lung Diseases in the United States: Use of Data from National Programs. Abstracts of the 8th International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, p. 239.

25. Hodous TK, Chen R, Kinsley KB, Liu X, McLaughlin JK, Chen J, Wu Z, Blot WJ, Wagner GR, **Parker JE**. Chinese-North American Comparison: A Comparison of Chest Radiographic Classifications for Pneumoconioses. Abstracts of the 8th International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, p. 87.

26. Short S, Liston R, O'Brien D, Migliozzi N, Wagner G, **Parker J**. Silico-tuberculosis Death in a Sandblaster: The Utility of the Sentinel Event Notification System for Occupational Risk (SENSOR) Program. Am Rev Respir Dis 1993; 147:A898.

**Published Abstracts** (continued):

27. Jennison E, **Parker** J, Herrick R, Kelly J, Goberna R, Beltran J.  An Outbreak of Organizing Pneumonitis in Textile Workers, Alicante, Spain.  EIS Conference, Atlanta, GA, April 1993.

28. Cocalis JC, **Parker JE**, Short SR, Groce DW.  Preventing Silicosis in Surface Coal Mine Rock Drillers.  Proceedings "Abstracts" of the American Industrial Hygiene Conference & Exposition, New Orleans, LA, May 1993, p. 79.

29. Durand KTH, Kern DG, Sherman CB, Myers WR, Noonan GP, Jones WS, **Parker JE**.  An Inside-the-Mask Sampling Method for Measuring Firefighter Exposures.  Proceedings "Abstracts" of the American Industrial Hygiene Conference & Exposition, New Orleans, LA, May 1993, p. 50.

30. Cocalis JC, **Parker JE**, Groce DW, Linch KD, Roman JM.  Targeted Actions to Prevent Silicosis in Sandblasters.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 30, 1993. Program Syllabus, page 68.

31. Cocalis JC, **Parker JE**, Short SR, Linch KD, Roman JM.  Preventing Silicosis in Overburden Rock Drillers and Driller Helpers.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 28, 1993.  Program Syllabus, page 113.

32. Short SR, **Parker JE**, Musgrave KJ, Jajosky RA, Wagner GR, Migliozzi N, Liston R.  Silicosis in Sandblasters--Reporting and Surveillance: The Utility of the NIOSH SENSOR Program.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 30, 1993.  Program Syllabus, page 33.

33. Linch KD, Groce DW, Cocalis JC, **Parker JE**.  Silica Exposure Surveillance in the Construction Industry.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 28, 1993.  Program Syllabus, page 28.

34. **Parker JE**, Musgrave KJ, Jajosky RA, Wagner GR.  A Surveillance Case Definition for Reporting Silicosis.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 30, 1993.  Program Syllabus, page 32.

35. Marks PJ, Short SR, Cocalis JC, **Parker JE**, Banks DE.  Dust Exposures in Surface Coal Mine Drillers.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 28, 1993.  Program Syllabus, page 112.

36. McCurdy SA, Swartz J, Ferguson T, Goldsmith D, **Parker JE**, Schenker MB.  Rice Farming and Respiratory Health in California.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 29, 1993.  Program Syllabus, pages 52-55.

37. Jacobsen M, **Parker J**.  Boundaries Between Small Opacity Profusion Categories in the ILO Classification of Radiographs of Pneumoconioses.  American Journal of Respiratory and Critical Care Medicine, 149:A402, 1994.

<u>**Published Abstracts**</u> (continued):

38. Wilt JL, Banks DE, Lapp NL, Weissman DN, Dedhia HV, **Parker JE**, et al. Whole Lung Lavage for the Treatment of Silicosis. American Journal of Respiratory and Critical Care Medicine, 149:A405, 1994.

39. Anto JM, Moya C, Newman-Taylor A, et al. Outbreak of Organizing Pneumonia in Textile Dye Sprayers. American Journal of Respiratory and Critical Care Medicine, 149:A409, 1994.

40. Musgrave KJ, **Parker JE**, Olenchock SA, Castellan RM, Reed LD, Flesch JP. Preventing Organic Dust Toxic Syndrome, a NIOSH Alert. Abstracts of Poster Presentations for The First National Conference for NIOSH-Sponsored Centers for Agricultural Disease and Injury Research, Education, and Prevention, Feb. 27-Mar 1, 1994, page 35.

41. Musgrave KJ, Brower PS, **Parker JE**, Attfield MD. Surveillance Data on US Coal Miners' Pneumoconiosis, 1992. Abstracts of the American Public Health Association Annual Meeting, Washington, DC, Oct. 30-Nov. 3, 1994, page 183.

42. Linch KD, Groce DW, Cocalis JC, **Parker JE**. Controlling Crystalline Silica Exposures in the Construction Industry. Abstracts of the American Industrial Hygiene Conference & Exposition, May 22-26, 1995, page 51.

43. Bang KM, Kim JH, **Parker JE**. Pulmonary Tuberculosis Mortality in the United States, 1985-1992: Proportionate Mortality Ratios by Occupation and Geographic Mortality Patterns. The Lancet Conference, Washington, DC, Sept. 14-15, 1995.

44. **Parker, JE**. The Use of the ILO Classification in Surveillance: The NIOSH Perspective. Abstracts of Scientific Presentations, 1996 American Occupational Health Conference, p. 11.

45. Banks DE, Wilt JL, Lapp NL, Vallyathan V, Castranova V, Weissman DN, Dedhia H, **Parker JE**, Shumaker J. Release of Proinflammatory Cytokines and Oxygen Scavengers from Alveolar Macrophages Obtained from Two Silicotic Subjects by Whole Lung Lavage. Am J Respir Crit Care Med, 153;A472, 1996.

46. Avashia S, Wang M-L, **Parker JE**, Tarlo S, Woolf C, Morgan WKC, Roos J, Chan J, Banks DE. Clinical Features Associated with the Development of Progressive Massive Fibrosis (PMF). Chest, 110:10S, 1996.

47. Hubbs AF, Castranova V, Frazer DG, Grote A, Ma JYC, Ducatman BS, Siegel PD, Schwegler-Berry D, Barger M, **Parker J**. Pulmonary Toxicity of Reformulated Aerosols. Abstracts of ACVP Meeting, Seattle, WA, December 2, 1996.

48. Linch KD, Groce D, **Parker J**. Preventing Silicosis and Deaths in Construction Workers. Abstracts of the American Industrial Hygiene Conference & Exposition, Dallas, TX, May 19-23, 1997, page 15.

**Published Abstracts** (continued):

49. Althouse RB, Castellan RM, Attfield MD, Bang KM, **Parker** JE.   Surveillance of Pneumoconiosis Morbidity in United States Underground Coal Miners: 1970-1995. Abstracts of the Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997, page 117.

50. Bang KM, Althouse R, Kim JH, Game S, **Parker** JE.   Pneumoconiosis Mortality Surveillance in the United States, 1968-1992.   Abstracts of the Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997, page 118.

51. MD Rossman, J Regovich, J Aronchick, **J Parker**, MJ Reilly, KD Rosenman.  Radiologic and immunologic screening is necessary to detect chronic beryllim disease among retired beryllium workers. Presented at the 2000 ALA/ATS International Conference, May 5-10, 2000, Toronto, Ontario, Canada.

52. MD Rossman, J Regovich, J Aronchick, **J Parker**, MJ Reilly, KD Rosenman. Unrecognized chronic beryllium disease among retired beryllium workers.  To be presented at the 2000 ALA/ATS International Conference, May 5-10, 2000, Toronto, Ontario, Canada.

53. MD Rossman, KD Rosenman, MJ Reilly, A Bush, V Hertzberg, J Regovich, J Aronchick, **J Parker**, C Rice.  Newly diagnosed chronic beryllium disease (CBD) in former beryllium workers. Presented at the American Thoracic Society 2002, May 17-22, Atlanta, Georgia.

54. HV Dedhia, O Leombruno, R Barzanti, R Benzo, **J Parker**, L Teba.  Outcomes of Post ICU Weaning From Mechanical Ventilation in Patients With Acute Respiratory Failure in Rural Rehabilitation Hospital.

## Invited Presentations – National and International:

1. Organic Dust Toxic Syndrome in Farm Workers following Exposure to Stored Oats. American Thoracic Society, Las Vegas, NV, May 1988.

2. Acute Respiratory Illness in Farm Workers following Exposure to Stored Oats. Chicago Lung Conference, Chicago, IL, October, 1988.

3. Surface Coal Mine Drillers and Silicosis: The Ten Year West Virginia Experience. American Thoracic Society, Cincinnati, OH, May 1989.

4. Occupational Asthma: Experience with a Model Reporting System.  The Public Health Service in the 1990's, 25th Annual Meeting, Anchorage, Alaska, June 1990.

5. Epidemiology of the Pneumoconioses.  American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, September 1991.

**Invited Presentations - National and International** (continued):

6. The NIOSH B Reader Program and Examination--An Overview. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, September 1991.

7. Silicosis and Occupational Asthma: Surveillance Case Definitions for Reporting Occupational Respiratory Diseases. USPHS Professional Association 27th Annual Meeting, Cincinnati, OH, April 1992.

8. Efforts to Improve Consistency and Accuracy in Chest Radiograph Classification in the United States: The NIOSH B Reader Program. 8th International Conference on Occupational Lung Diseases, Prague, Czechoslovakia, September 1992.

9. Surveillance of Occupational Lung Diseases in the United States: Use of Data from National Programs. 8th International Conference on Occupational Lung Diseases, Prague, Czechoslovakia, September 1992.

10. Chinese-North American Comparison: A Comparison of Chest Radiographic Classifications for Pneumoconioses. 8th International Conference on Occupational Lung Diseases, Prague, Czechoslovakia, September 1992.

11. Preventing Silicosis in Rock Drillers. American Public Health Association, Washington, DC, November 1992.

12. Clinical Vignettes & Worksites Where Pneumoconiosis Still Occurs. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, November 1992.

13. The NIOSH B Reader Program and Examination--What to Expect. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, November 1992.

14. Silicosis and Other Pneumoconioses in the 1990's. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, New Orleans, LA, October 1993.

15. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, New Orleans, LA, October 1993.

16. Pulmonary Function and Symptoms of Silica-related Diseases. Mini-Course: Diagnosis, Treatment, and Prevention of Silica-Related Diseases. Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 1993.

17. A Surveillance Case Definition for Reporting Silicosis. Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 1993.

18. Medical Screening and Surveillance of Mineral Dust Exposed Workers. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Mexico City, Mexico, March 1994.

**Invited Presentations - National and International** (continued):

19. The Application of the ILO Classification System--Uses and Misuses. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Mexico City, Mexico, March 1994.

20. The Clinical Picture, Recognition, and Prevention of Silicosis. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Mexico City, Mexico, March 1994.

21. Non-pneumoconiotic Disease in Dust Exposed Workers. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Sao Paulo, Brazil, May 1994.

22. The NIOSH B Reader Program. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Sao Paulo, Brazil, May 1994.

23. The Role of Surveillance and Health Hazard Evaluations in the Prevention of Occupational Lung Diseases. International Conference on Occupational and Environmental Medicine, Bombay, India, January 1995.

24. Lead and Its Effect on Health. International Conference on Occupational and Environmental Medicine, Bombay, India, January 1995.

25. Occupational Lung Diseases in the United States--Then and Now. International Conference on Occupational and Environmental Medicine, Bombay, India, January 1995.

26. Utility of the ILO Chest Radiographic Classification System in the Prevention of Occupational Lung Disease. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

27. The Application of the ILO Classification System--Uses and Misuses. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

28. Silicosis--Clinical Picture, Recognition, and Prevention. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

29. Obstructive Airways Disease in Dust-Exposed Workers. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

30. The U.S. NIOSH B Reader Program. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

**Invited Presentations - National and International** (continued):

31. North American Worksites Where Pneumoconiosis Still Occurs--in the 1990s. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, Arlington, VA, March 1995.

32. The NIOSH B Reader Program--What It Is and How to Prepare for the Examination. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, Arlington, VA, March 1995.

33. History of the ILO Classification System and Standard Film Review. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

34. Silicosis--Clinical Aspects, Prevention, and Therapy. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

35. Health Effects of Occupational Asbestos Exposures. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

36. Obstructive Airways Disease in Dust-Exposed Workers--What the Chest X-ray Doesn't Tell You. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

37. Occupational Work-Related Diseases--Their Identification and Prevention. Workshop on Occupational Health and Environmental Protection, Harare, Zimbabwe, July 1995.

38. Utility of the ILO Chest Radiographic Classification System in the Prevention of Occupational Lung Disease. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

39. The Application of the ILO Classification System--Uses and Misuses. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

40. Silicosis--Clinical Picture, Recognition, and Prevention. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

41. Obstructive Airways Disease in Dust-Exposed Workers. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

42. Byssinosis and Occupational Asthma. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

43. Emerging Problems and International Cooperation in Occupational Respiratory Disease. Second International Conference on Health of Miners, Pittsburgh, PA, November 1995.

**Invited Presentations – National and International** (continued):

44. Sandblasting, Abrasive Blasting Substitutes, and the Prevention of Silicosis. SSPC 1995 International Conference and Exhibition, Dallas, TX, November 1995.

45. The Use and Misuse of the ILO Classification System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

46. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

47. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

48. NIOSH--A Research and Prevention Agency. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

49. Occupational Respiratory Health and Hazard Surveillance. SOEH Annual Meeting, Advances in Medical Surveillance for Environmental and Occupational Health: From Exposure Onset through Health Outcome, Bethesda, Maryland, December 1995.

50. The Use of the ILO Classification in Surveillance: The NIOSH Perspective. American Occupational Health Conference, San Antonio, TX, May 1996.

51. Silicosis as a Sentinel Event and US Worksites Where Silicosis Still Occurs In the 1990s. Allegheny-Erie Chapter--Society of Toxicology Eighth Annual Meeting: Silicosis: Continuing Occurrences of an Ancient Disease. Pittsburgh, PA, May 1996.

52. The Use and Misuse of the ILO Classification System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

53. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

54. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

Invited Presentations - National and International (continued)

55. NIOSH--A Research and Prevention Agency. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

56. Silicosis--Recognition and Prevention. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

57. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

58. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

59. Types of Pneumoconioses. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

60. Clinical Vignettes & Worksites Where Pneumoconiosis Still Occurs. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

61. Clinical Picture of the Pneumoconioses. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

62. Recognition and Prevention of Occupational Lung Disease in Dust Exposed Workers--What the X-ray Doesn't Tell You. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

63. The NIOSH B Reader Program--Examination Preparation and Success Rates. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

64. The Utility of Chest Radiographs in the Prevention of Pneumoconioses. National Training Workshop on Pneumoconioses, Jakarta, Indonesia, October 1996.

65. The Clinical Picture of Silica and Asbestos-Related Diseases. National Training Workshop on Pneumoconioses, Jakarta, Indonesia, October 1996.

66. The ILO Classification System for Chest Radiographs--Principles and Perspectives. National Training Workshop on Pneumoconioses, Jakarta, Indonesia, October 1996.

67. The Use of Chest Imaging Techniques in Asbestos-Related Diseases. Asbestos, Asbestosis, and Cancer: An International Expert Meeting (Finnish Institute of Occupational Health), Helsinki, Finland, January 1997.

**Invited Presentations - National and International** (continued):

68. The Use and Misuse of the ILO Classification System.  Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses,  Santiago and La Serena, Chile, August 1997.

69. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses,  Santiago and La Serena, Chile, August 1997.

70. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Santiago and La Serena, Chile, August 1997.

71. NIOSH--A Research and Prevention Agency. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses,  Santiago and La Serena, Chile, August 1997.

72. Surveillance of Pneumoconiosis Morbidity in United States Underground Coal Miners: 1970-1995.  Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997.

73. Pneumoconiosis Mortality Surveillance in the United States, 1968-1992.  Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997.

74. Optimal Spray System Designs for Continuous Miner Dust Control.  Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997.

75. The ILO classification system for pneumoconiosis.  Training seminar in chest Radiology, Viterbo, Italy, May 1998.

76. The recognition and prevention of Occupational Asthma.  Training seminar in chest Radiology, Viterbo, Italy, May 1998.

77. Silicosis and ancient disease still occurring at the end of the 20th century. Training seminar in chest Radiology, Viterbo, Italy, May 1998.

78. The recognition and prevention of Occupational Asthma.  Training seminar in chest radiology, Viterbo, Italy, May 1998.

79. The Clinical Picture of Silica and Asbestos-Related Diseases.  Workshop on Occupational Lung Disease, Quito, Equador, September 1998.

80. The ILO Classification System for Chest Radiographs--Principles and Perspectives. Workshop on Occupational Lung Disease, Quito, Equador, September 1998.

81. Byssinosis and Occupational Asthma. Workshop on Occupational Lung Disease, Quito, Equador, September 1998.

82. Occupational lung disease--Recognition and Prevention. Latin American Chapter of the IUATLD Caracas, Venezuela, October 1998.

83. Coal workers pneumoconiosis. Latin American Chapter of the IUATLD Caracas, Venezuela, October 1998.

84. Workplace causes of Interstitial Lung Diseases. Brazilian Thoracic Society, Rio de Janeiro, Brazil, November 1998.

85. 1998 Revision of the ILO classification system for pneumoconiosis. Brazilian Thoracic Society, Rio de Janeiro, Brazil, November 1998.

86. Basics of Occupational Lung Disease:1999 Update. American Thoracic Society International Conference, San Diego, California, April 1999

87. Silicosis -- Recognition and Prevention. Workshop and training seminar on Dust-related Lung Diseases, Santiago, Chile, September 1999.

88. Asbestos-related Disorders. Workshop and training seminar on Dust-related Lung Diseases, Santiago, Chile, September 1999.

89. Chest Radiography in Dust Exposed Workers. Workshop and training seminar on Dust-related Lung Diseases, Santiago, Chile, September 1999

90. Screening and Surveillance of Occupational Lung Diseases. Workshop and training seminar on Dust-related Lung Diseases, Santiago, Chile, September 1999

91. Asbestos Exposure and Human Health. Campinas University School of Medicine and Public Health, Campinas, Brazil, November 1999

92. Chest Imaging Techniques in Occupational Lung Disease. Campinas University School of Medicine and Public Health, Campinas, Brazil, November 1999

93. Occupational Asthma. Campinas University School of Medicine and Public Health. Campinas, Brazil, November 1999

94. Asbestosis and HRCT - An approach to standardization. International Experts Meeting on Asbestosis, Espoo, Finland, February 2000.

95. Early lung cancer identification with spiral or helical CT scanning. International Experts Meeting on Asbestosis, Espoo, Finland, February 2000.

96. High resolution CT in abestosis related lung diseases. Nikko, Japan, July 2000.

97. Imaging parameters for high resolution tomography in the pneumoconiosis. Nikko, Japan, July 2000.

98. Surveillance and screening of occupational lung disorders. Fukui, Japan, July 2000.

**Invited Presentations - National and International** (continued):

99. Chest radiography in dust exposed populations. European Respiratory Society, Florence, Italy, September 2000.

100. Whole lung lavage as a method to reduce pulmonary dust burden. European Respiratory Society, Florence, Italy, September 2000.

101. Occupational lung disease: Review of the decade. European Respiratory Society, Florence, Italy, September 2000.

102. Silicosis: Clinical features. European Respiratory Society, Florence, Italy, September 2000.

103. Principles and Perspectives of the ILO Classification System. National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

104. Chest Radiography in Dust Exposed Workers. National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

105. Silicosis - Clinical Picture and Recognition. National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

106. Asbestos Related Disorders. National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

107. Certification and Training Program using the ILO System. National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

108. Radiology of Asbestos Related Diseases. Summer Program, University of Chile, School of Public Health, January 2001.

109. Mesothelioma and Lung Cancer. Summer Program, University of Chile, School of Public Health, January 2001.

110. Manifestations of Silicosis. Summer Program, University of Chile, School of Public Health, January 2001.

111. New Diseases of Work Related Origin. Summer Program, University of Chile, School of Public Health, January 2001.

112. Sleep - The Best Medicine. University of Capetown, Capetown, South Africa, August 8, 2001.

113. Interstitial Lung Disorders. UCT Lung Institute, Capetown, South Africa, August 10, 2001.

114. Public Health and the Importance of the Astute Clinician. Bloemfontein, South Africa, August 21, 2001.

115. New Etiologies of Interstitial Lung Disease, Bloemfontein, South Africa, August 21, 2001.

**Invited Presentations – National and International** (continued):

116. COPD - What to do when the FEV1 is less than 30% predicted.  Bloemfontein, South Africa, August 22, 2001.

117. The Use and Misuse of the ILO Classification System.  Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses.  International Occupational Lung Disease Workshop, Hanoi, Vietnam, May 4-8, 2002.

118. Certification and Training Programs Using the ILO System.  Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, International Occupational Lung Disease Workshop, Hanoi, Vietnam, May 4-8, 2002.

119. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, International Occupational Lung Disease Workshop, Hanoi, Vietnam, May 4-8, 2002.

120. The ILO Classification System for Chest Radiographs--Principles and Perspectives. International Occupational Lung Disease Training Workshop, Viterbo, Italy, June 10-14, 2002.

121. Certification and Training Programs Using the ILO System.  International Occupational Lung Disease Training Workshop, Viterbo, Italy, June 10-14, 2002.

122. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. International Occupational Lung Disease Training Workshop, Viterbo, Italy, June 10-14, 2002.

## Invited Presentations - Local

1. Sleep.  Doctor's On Call WNPB-TV, WSWP-TV and WPBY-TV.  August 26, 1999.

2. Sleep Disorders Including Obstructive Sleep Apnea.  Ohio Valley Medical Center, Wheeling, West Virginia, October 1999.

3. Alpha1 antitrypsin Deficiency.  CPC, Department of Medicine, West Virginia University School of Medicine.  December 14, 1999.

4. Sleep Disorders.  Family Medicine, West Virginia University School of Medicine.  January 5, 2000.

5. Concepts of Disease Emergence & Surveillance Systems for Infectious & Occupational/Environmental Diseases.  NASA Headquarters/Centers and the video-teleconferencing for global viewers. MDTV, West Virginia University School of Medicine. January 28, 2000.

6. Obstructive and restrictive pulmonary disease.  Exercise Physiology, West Virginia University School of Medicine, February 9, 2000.

## Invited Presentations – Local (continued):

7. Sleep. Doctors on Call, WNPB-TV, WSWP-TV and WPBY-TV. February 24, 2000.

8. Sleep disorders. Greenbrier Clinic, April 18, 2000.

9. Bronchiectasis, Resident's Noon Conference, Department of Medicine, West Virginia University School of Medicine, April 20, 2000.

10. Pneumonconiosis in dutch construction workers. International Symposium in Pulmonary Diseases, West Virginia University School of Medicine, Section of Pulmonary and Critical Care Medicine, May 1, 2000.

11. Sleep disordered breathing. Preston Memorial Hospital, Kingwood, West Virginia, May 11, 2000.

12. Occupational Lung Disease: An Overview. Fairmont Clinic, Fairmont, West Virginia, June 2000.

13. Air Flow Obstruction. Department of Family Medicine, West Virginia University School of Medicine, Morgantown, WV, August 4, 2000.

## Lectures/Presentations - Local

WVU-*Pneumonias* Micro 301 MSII 10/14/85
ALOSH-*Lessons from the Tuskegee Study* CIB Seminar 11/14/85
ALOSH-*Methacholine Challenge Studies* CIB Seminar 11/21/85
WVU-*Localized Pulmonary Infiltrates* Med 331 MSIII 12/03/85
WVU-*COPD Management of Complications* ICU-Staff Conf 01/22/86
ALOSH-*Ventilatory Response to Carbon Dioxide* HHE Conf 03/16/86
WVU-*Obstructive Airways Disease* MED 331 MSIII 03/18/86
WVU-*COPD Diagnosis & Therapies* ICU-Staff Conf 04/16/86
ALOSH-*Pulmonary Function Abnormalities in Wollastonite Exposed Workers*, CIB Seminar 05/08/86
WVU-*Respiratory Failure, Lung Cancer, Pleural Effusions, Oxygen Therapy*, Internal Medicine Board Review Course, 05/22/86
ALOSH-*Acute Respiratory Illness in Farm Workers* HHE Conf 09/04/86
WVU-*Localized Pulmonary Infiltrates* MED 331 MSIII 09/09/86
WVU- Toxic Organic Dust Syndrome Allegheny General/WVU Pulmonary Conference 11/04/86
WVU- *Actinomycosis* Medicine Pathology Conference 11/06/86
WVU- Intro. to Clinical Medicine *Clinical Correlations* Med 321 MSII, 11/21/86
WVU-*Interstitial Lung Disease* Med 331 MSIII 12/03/86
WVU-*Localized Pulmonary Infiltrates* Med 331 MSIII 03/17/87
WVU-Internal Medicine Board Review, *Lung Cancer* 04/14/87
WVU-*Pulmonary Function Testing, X-rays* PT 112 04/14/87
ALOSH-HHE Conference *Occupational Hazards of Mercury* 05/28/87
WVU-*Obstructive Airways Disease* Med 331 MSIII 06/09/87
WVU-*Respiratory Failure* Med 331 MSIII 08/25/87
WVU-Allegheny General/WVU Conference *Primary Ciliary Dyskinesia* 09/01/87

**Lectures/Presentations – Local** (continued):

ALOSH-WVU/ALOSH Seminar *Pulmonary Response Patterns: Inhaled Noninfectious Organic Particles* 09/11/87

WVU-*Tumors of Lung & Mediastinum* ICM Med 321  MSII  10/20/87

WVU-*Clinical Pathology of Respiratory System*  Path 351  MSII  10/21/87

WVU-Intro. to Clinical Medicine *Clinical Correlations*  Med 321  MSII 10/22/87

WVU-*Obstructive Airways Disease*  Med 331  MSIII  11/17/87

WVU-*Respiratory Failure*  Med 331  MSIII  03/02/88

WVU-Internal Medicine Board Review, *Lung Cancer*  04/05/88

ALOSH-DRDS Seminar *Organic Dust Toxic Syndrome*  06/01/88

ALOSH-DRDS Seminar *Formaldehyde Exposures and Ventilatory Function*, 06/15/88

WVU-*Localized Pulmonary Infiltrates*  Med 331  MSIII  08/05/88

WVU-*Tumors of Lung & Mediastinum* ICM Med 321  MSII  10/18/88

WVU-*Clinical Pathology of Respiratory System*  Path 351  MSII  10/19/88

WVU-Intro. to Clinical Medicine *Clinical Correlations*  Med 321  MSII, 10/20/88

WVU-*Occupational Respiratory Diseases*  ICM Med 321  12/09/88

WVU-*Lung Masses and Nodules*  Med 331  MSIII  01/25/89

WVU-*AIDS and The Lung*, Residents Conference  02/02/89

WVU-*Nosocomial Pneumonia*, ICU Lecture Series  02/22/89

WVU- *Nosocomial Pneumonia*, ICU Lecture Series  03/22/89

WVU-Internal Medicine Board Review, *Lung Cancer*  04/11/89

WVU- *Nosocomial Infection*  ICU Lecture Series  04/13/89

ALOSH-WVU/ALOSH Seminar *Respiratory Effects of Firesmoke*  4/14/89

ALOSH-DRDS Seminar *Surface Coal Mine Drillers and Silicosis*  05/10/89

WVU Med Path Conf  *Smoke Inhalation*  05/23/89

WVU *Interstitial Lung Disease*  Med 331  MSIII  06/07/89

WVU-*Nosocomial Infection*  ICU Lecture Series  06/26/89

ALOSH-DRDS Seminar *Respiratory and Systemic Effects of Inhaled Exposures to Organic Dusts* 07/19/89

WVU- *Nosocomial Pneumonia*, ICU Lecture Series  08/09/89

WVU-*Tumors of Lung & Mediastinum*  ICM Med 321  MSII  10/12/89

ALOSH-*Diagnostic Approach to Respiratory Disease in Miners*  Black Lung Clinics-Provider Training Program  3/16/90

WVU-Internal Medicine Board Review, *Lung Cancer*  05/15/90

ALOSH- *Wollastonite-Exposures, Health Effects, Fibers, Construction and Future Directions* 6/13/90

WVU-*Diffuse Infiltrative Lung Diseases*, ICM Med 321  MSII  10/2/90

WVU-*Hypersensitivity Pneumonitis*  Residents Lecture  10/8/92

WVU-*Organic Dust Toxic Syndrome*  Core Pulmonary Series  10/8/92

WVU-*Chronic Obstructive Pulmonary Disease*  ICM Med 321  MSII  10/29/92

WVU-Medicine Pathology  CPC  11/16/92

WVU- *Dyspnea*  Med 331  MSIII  7/21/93

WVU-*TB*  Microbiology Technicians  9/24/93

WVU-*Medical Screening, Surveillance, and Sentinel Health Events* IOEH Resident Lecture Series 2/20/96

ALOSH-DRDS/HELD Seminar  *The NIOSH B Reader Program*  2/12/97

WVU-*ILO Classification and Trends in Pneumoconiosis*  IOEH Lecture Series  2/18/97

WVU- *The Future of Public Health in the Federal Sector*  WVU MPH Program IOEH Lecture Series  4/4/97

**Lectures/Presentations – Local (continued):**

WVU- *The ILO Classification System* Core Pulmonary Lecture Series 2/26/98
WVU-*The Critical Interface Between Clinical Medicine and Public Health.*
CORE Pulmonary Lecture Series 6/4/98
WVU-*Exercise and Lung Disease* Exercise Physiology 2/22/99
WVU-*Obstructive Airways Diseases.* Alderson and Broaddus, Philippi, West Virginia
    3/16/99
WVU-*ILO Classification System for Chest Radiography* IOEH Resident Lecture Series
    3/23/99
WVU-*Overview of Sleep Disorders* CORE Lecture Series 4/9/99
WVU-*Polysomnography, Part I,* CORE Lecture Series 4/16/99
WVU-*Polysomnography, Part II,* CORE Lecture Series 5/7/99
WVU-*Obstructive Lung Disease* Medical Residents Noon Conference 5/13/99
WVU-*Sleep Disordered Breathing and Sleep Apnea* CORE Lecture Series 5/14/99
WVU-*Radiology in Occupational Lung Disease* IOEH Lecture Series 8/31/99
WVU-*Surveillance of Occupational Lung Disease* IOEH Lecture Series 9/7/99
WVU-*Obstructive Lung Diseases & Dentistry* 4th Year Dental Students 9/10/99
WVU-*Chronic Obstructive Lung Diseases* MS-2 10/12/99
WVU-*Sleep Medicine Psychiatry* Residents Lecture Series 10/12/99
WVU-*Recognition and Management of COPD* Family Medicine Lecture 10/13/99
WVU-*Obstructive Sleep Apnea* Psychiatry Residents Lecture Series 10/14/99
WVU-*Introduction to Sleep Physiology* MS-1 11/2/99
WVU-*Sleep and Breathing* MS-1 11/9/99
WVU-*Sleep disorders* WVU/UHA POC Staff 08/2000
WVU-*Chronic Obstructive Pulmonary Disease,* MSII, 09/26/00
WVU- *Hypersensitive pneumonitis* IOEH Lecture Series 10/03/00
WVU-WVU-*Surveillance of Occupational Lung Disease* IOEH Lecture Series 10/10/00
WVU-*The Sleep History* Medical Residents Noon Conference 10/12/00
*WVU-Obstructive and Restrictive Pulmonary Disease,* students in Exercise Physiology,
    02/19/01

**Continuing Education**

Advances in Internal Medicine, University of Utah, 1978
Medical and Surgical Advances in Gastroenterology, University of Utah, 1979
American College of Physicians, MKSAP V Course I, II, III, 1979
Annual Session, American College of Physicians, 1979
Critical Care Symposium, University of Southern California, School of Medicine, 1980
American College of Physicians Stanford Infectious Diseases Course, 1980
Advances in Internal Medicine, University of California, San Francisco, 1981
Update in Internal Medicine, University of California, San Diego, 1982
Emergency Management of Critically Ill Patient, American College of Physicians, 1983
Annual Session, American College of Physicians, 1983
Arizona Chapter, American College of Physicians, 1983
Advances in Internal Medicine, University of California, San Francisco, 1984
Advances in Internal Medicine, University of California, San Francisco, 1985
American College of Chest Physicians, Pulmonary Review Course, 1986
Armed Forces Institute of Pathology, Seminar in Pulmonary & Mediastinal Diagnosis, 1986
American Thoracic Society Annual Meeting, New Orleans, LA, 1987
American Thoracic Society Annual Meeting, Las Vegas, NV, 1988
VIIth International Pneumoconioses Conference, Pittsburgh, PA, 1988

**Continuing Education** (continued):

American College of Chest Physicians, Pulmonary Review Course, Philadelphia, PA, 1988

Mount Sinai School of Medicine, Scientific Basis for Evaluation of Asbestos-associated Disease, New York, 1989

American Thoracic Society Annual Meeting, Cincinnati, OH, 1989

West Virginia Thoracic Society Annual Scientific Meeting, Barboursville, WV, 1989

American Thoracic Society Annual Meeting, Boston, MA, 1990

Annual Meeting of USPHS Professional Association, Anchorage, AK, 1990

Occupational Musculoskeletal Injury Prevention, Ann Arbor, MI, 1991

Surgeon General's Conference on Agricultural Safety and Health, Des Moines, IA, 1991

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, Arlington, VA, 1991

American College of Chest Physicians Annual Session, San Francisco, CA, 1991

Annual Meeting of USPHS Professional Association, Cincinnati, OH, 1992

American Thoracic Society Annual Meeting, Miami, FL, 1992

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, Arlington, VA, 1992

NIOSH Workshop on Preventing Occupational Asthma, Pittsburgh, PA, 1993

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, New Orleans, LA, 1993

Second International Symposium on Silica, Silicosis, & Cancer, San Francisco, CA, 1993

Diagnosis, Treatment, and Prevention of Silica-Related Diseases, San Francisco, CA, 1993

Oxygen Radicals & Lung Injury Conference, Morgantown, WV, 1993

American Thoracic Society Annual Meeting, Boston, MA, 1994

SOEH 1994 Annual Conference - Tuberculosis in the Workplace: Science, Implementation and Prevention Policy, Rockville, MD, 1994

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, Arlington, VA, 1995

ATS/ALA International Conference, Seattle, WA, 1995

SOEH Annual Meeting - Advances in Medical Surveillance for Environmental and Occupational Health, Bethesda, MD, 1995

Allegheny-Erie Chapter--Society of Toxicology Eighth Annual Meeting:  Silicosis: Continuing Occurrences of an Ancient Disease, Pittsburgh, PA, May 1996

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean,   VA, 1996

32nd Annual COA Meeting, Tucson, Arizona, 1997

The Stanford School of Sleep Medicine, 1999

ATS/ALA International Conference, San Diego, California, 1999

The Stanford School of Sleep Medicine, 2000

European Respiratory Society Meeting, Florence, Italy, 2000

## Grants

### Received

Department of Health and Human Services
Public Health Service, Indian Health Service
#PL 94-437-83-B
1982 - $28,000
1983 - $44,000
1984 - $44,000
1985 - $50,000
Title:  Pregnancy & Health: Fetal Alcohol Syndrome
Prevention Project
Principal Investigator:  John E. Parker, M.D.

### Received

Department of Health and Human Services
Public Health Service, Indian Health Service
#PL 94-437-84-D
1984 - $20,000
1985 - $22,000
Title:  Hyperimmune Serum Globulin in the Prevention
of Haemophilus Influenza Infections
Principal Investigator:  John E. Parker, M.D.

## Cooperative Agreements

Occupational Respiratory Disease and Musculoskeletal Disorders,
   $880,000 FY91, FY92, FY93, FY94, FY95
Prevention of TB Transmission in Health Care Workers, $215,000 FY93
Model Programs and Networks in Occupational Health, $100,000 FY93, FY94
   FY95, FY96
Occupational Respiratory Disease and Musculoskeletal Disorders,
   $275,000 FY96, FY97
Prevention of TB Transmission in Health Care Workers, $875,000 FY94,
   FY95, FY96, FY97
Finnish-Russian Study of Asbestos Related Diseases, $150,000 FY95, FY96,
   FY97

## Research Projects

Project Officer: Respiratory Disease Hazard Evaluation and Technical Assistance
Project Officer: Agricultural Dusts: Field-Based Evaluation of Exposures
   and Acute Respiratory Illness
Project Officer: Evaluation and Rehabilitation of Occupational
   Respiratory Disease & Injury
Project Officer: Respiratory Hazard Identification in the Construction
   Industry

## COMMITTEES

**United States Public Health Service Hospital, San Francisco, California**
  Member, Tissue and Blood Bank Committee, 1977-1982
  Member, Drug Audit and Utilization Committee, 1979-1982
  Member, Emergency Room Committee, 1979-1982
  Member, House Staff Performance Evaluation Committee, 1979-1982
  Member, Ambulatory Care Committee, 1979-1982
  Chairman, Medical Records Committee, 1980-1982

**United States Public Health Service, Indian Hospital, Whiteriver, Arizona**
  Member, Executive Committee, 1982-1985
  Member, Ambulatory Care Committee, 1982-1985
  Chairman, Medical Records Committee, 1982-1985
  Chairman, Infection Control Committee, 1983-1985
  Chief of Medical Staff, 1982-1985

**West Virginia University School of Medicine, Morgantown, West Virginia**
  Institute of Occupational and Environmental Health, Residency Advisory
      Committee, 1999-present
  Section Chief Search Committee, Section of Nephrology, Department of Medicine, 1999
  Peer Review Committee and Working Group 1999 to present
  West Virginia University School of Medicine, Morgantown, West Virginia
  Housestaff Committee, Department of Medicine, 1999 - present

**National/International/Other**

  DRDS Silica Related Diseases Working Group
  DRDS Agricultural Lung Diseases Working Group
  DRDS Alice Hamilton Science Award Nomination Committee - 1988,
      1989, 1990
  NIOSH Charles C. Shephard Science Award Nomination Committee - 1989
  NIOSH Medical Screening Committee
  NIOSH Immunotoxicology Working Group
  NIOSH Grants Office Advisor
  NIOSH Human Subjects Review Board
  NIOSH Technical Advisor SENSOR - Colorado Department of Health
  NIOSH Technical Advisor SENSOR - Massachusetts State Health Department
  NIOSH Musculoskeletal Injury Working Group
  NIOSH Consultant - Occupational Asthma
  NIOSH Consultant - Silicosis
  NIOSH Respiratory Protection Committee
  NIOSH HIV Working Group
  WHO - World Health Organization-Consultant - Pneumoconiosis
  DSR Laboratory Representative, National Research Council
  Surgeon General's Conference, Agricultural Safety & Health, Planning Committee (Chair,
      Intervention Strategies)

September 2004        34

**National/International/Other (continued):**

Vice Chair, Scientific Program Committee, 27th Annual PHS Professional Association Meeting

International Labour Office Planning Committee for Training Workshop on ILO Classification System, 8th International Conf. on Occupational Lung Diseases, Prague, Czechoslovakia

Society of Occupational and Environmental Health Planning Committee for the 1995 Health and Hazard Surveillance Conference

Previous Testimony of John E. Parker

Shirley A. Crisp  fall 2005 deposition and trial medical malpractice case  Ohio court system

Elmer Daugherty  spring 2005 WV or Federal court system deposition  medical disability case

Boland v Princeton Community Hospital.fall 2005 deposition WV court system medical malpractice case

Jones v. Rice  April 2005 Medical malpractice WV court system

Texas silica MDL Federal court February 2005

Dr. Parker's billing rate for this engagement is $400 per hour.