**Dr. John E. Parker Rebuttal Report April 6, 2009 W.R. Grace Bankruptcy Case**

**Introduction**

I was asked by counsel for W.R. Grace to review the medical criteria discussed in Dr. Laura Welch's December 2008 expert report. I was also asked to review the December 2008 expert reports of Dr. Alan C. Whitehouse and Dr. Arthur Frank, and the deposition of Dr. Alan C. Whitehouse from March 19, 2009. This report will (1) address the medical criteria proposed by Dr. Welch; (2) offer rebuttal opinions to those expressed by Dr. Whitehouse in his expert report and deposition; and (3) offer rebuttal opinions to Dr. Frank's expert report.

In his report, Dr. Whitehouse provides a rudimentary description of the patho-biology of lung and pleural injury from asbestos fiber exposures. This rudimentary discussion either over-simplifies asbestos lung injury or highlights Dr. Whitehouse's lack of sophistication in understanding the complexity of asbestos related disease. There is an extensive epidemiologic literature that describes and predicts human health effects from asbestos exposures. This knowledge accumulated over many decades needs to remain the guiding principle for evaluating disease in Libby, as ultimately, asbestos related disease is driven by type of fiber exposure, fiber toxicity, intensity and duration of exposure, and latency. There are dose-response relationships for pleural disease, parenchymal disease, and the two major cancers: mesothelioma and lung cancer.

**Background**

I am currently a Professor and Chief of Pulmonary and Critical Care Medicine at West Virginia University Health Sciences Center. From 1985 through 1998, I worked in a number of capacities for the National Institute for Occupational Safety and Health ("NIOSH"). I was the Chief of the Examination Processing Branch at the Division of Respiratory Disease Studies for NIOSH from July 1991 through August 1998. In this position, I provided oversight for the NIOSH Coal Workers' Respiratory Health Program as well as the NIOSH B-reader program and served as faculty for the American College of Radiology View-box Seminar on Pneumoconiosis. Additionally, I was the co-author of NIOSH Hazard Alerts regarding toxicity of silica in sand blasters, rock drillers, and construction workers. I also developed a cooperative agreement with the Finnish Institute for Occupational Health for studying the health effects of asbestos on Russian asbestos miners and millers. Concurrently while serving as Chief of the Examination Processing Branch, I was also the Acting Chief of the Clinical Investigations Branch and the Acting Chief of the Epidemiological Investigations Branch at the Division of Respiratory Disease Studies for NIOSH. I also served as the Chief of the Protective Technology Branch of the Division of Safety Research for NIOSH. In this capacity, I supervised NIOSH research in workplace respiratory protection. Recently, I offered extensive expert testimony in *In re Silica MDL* about the proper methods for conducting ILO classifications of chest radiographs or B-readings of chest x-rays, generating a differential diagnosis of chest radiographic abnormalities, as well as the dual-occurrence of both asbestosis and silicosis in the same individual. I also testified in June of 2003 before the U.S. Senate Judiciary Committee while they were

considering "Fair Act" legislation, which related to establishing uniform medical criteria for asbestos related disease compensation. Dr. Welch also testified at this hearing.

I have dedicated my career to the recognition and prevention of occupational lung disease. In the course of this career, I have worked as a consultant for the World Health Organization and the International Labour Office, as well as supported many research projects studying imaging of occupational lung disease. I have a long standing interest in the health effects of the population in Libby, Montana. While working at NIOSH, I performed a formal, internal NIOSH review of Amandus' three manuscripts, which studied the exposures, mortality, and radiographic abnormalities among the vermiculite miners and millers in Libby. Soon after, I traveled to Libby, Montana in the fall of 1985 to meet with W.R. Grace officials, miners, and millers to discuss the findings of Dr. Amandus' study. Beginning in 2000, I assisted the Association of Occupational and Environmental Clinics and the Agency for Toxic Substances and Disease Registry (ATSDR) in the design and conduct of the chest x-ray study of nearly 7,000 Libby residents. In this role, I served as the tiebreaking reader for discordant radiographic interpretations. The results of this study were published in Peipins (2003). I also assisted the ATSDR in their chest CT scan study of Libby residents. The results of this study were published by Muravov (2005). I also served as an author of this manuscript. Currently, I am serving as an expert reader in the ATSDR radiographic study comparing chest CT scans and analog and digital radiography of Libby, Montana residents. I have traveled to Libby, Montana on multiple occasions to support government research and educational outreach activities.

As a pulmonologist, who has worked in various positions at NIOSH and now serves as the Professor and Chief of Pulmonary and Critical Care Medicine at West Virginia University, I am quite familiar with all forms of pneumoconiosis, including asbestosis and other forms of malignant and non-malignant respiratory diseases. Appended to this April 2009 report is the report I submitted in July of 2007, for the *In re Grace Bankruptcy Proceedings*. The opinions I expressed in that report of 2007 have not changed.

## TDP Medical Criteria Discussed in Welch December 2008 Report

Reviewing the Welch December 2008 report, I agree with her recommendations for medical criteria for mesothelioma and asbestos related lung cancer, and find them to be medically reasonable.[1]

According to the Report:

"Mesothelioma (Level VIII) requires (1) Diagnosis of mesothelioma; and (2) Grace Exposure as defined in Section 5.7(b)(3)."

While:

---

[1] My concurrence with the proposed criteria relates only to their use as a consensual allocation of available trust funds. It is not an endorsement of the criteria outside of the context of this consensual trust allocation.

2

"Lung Cancer 1 (Level VII) requires (1) Diagnosis of a primary lung cancer plus evidence of an underlying bilateral asbestos-related nonmalignant disease, (2) six months Grace exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question."

"Lung Cancer 2 (Level VI) requires (1) Diagnosis of a primary lung cancer; (2) Grace exposure, and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question. Lung Cancer 2 (Level VI) claims are claims that do not meet the more stringent medical and/or exposure requirements of Lung Cancer (Level VII) claims. All claims in this disease level shall be individually evaluated."

Dr. Welch's report also addresses non-chest malignancies; that is *other cancers* (not mesothelioma and lung cancer). I do agree with the criteria as proposed for cancer of the **larynx**, but I do not agree with the recommendation for the medical criteria, with the inclusion of *colo-rectal, esophageal, pharyngeal, or stomach* cancer.

According to the Report:

"Other Cancer (Level V) requires (1) Diagnosis of a primary *colo-rectal,* **laryngeal**, *esophageal, pharyngeal, or stomach cancer*, plus evidence of an underlying bilateral asbestos-related nonmalignant disease, (2) six months Grace Exposure, (3) for claimants whose Grace Exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the other cancer in question."

I would recommend the inclusion of only **laryngeal** cancer (as well as mesothelioma and lung cancer) as the TDP compensable malignant disease(s). My recommendation is consistent with the findings of the 2006 Institute of Medicine (IOM) committee. The IOM committee found the evidence to be *sufficient* to infer a causal relationship for **laryngeal** cancer and asbestos exposures; the evidence to be *suggestive (not sufficient)* for *pharyngeal, stomach, and colorectal* cancers and asbestos exposures; and to be *inadequate* for *esophageal* cancer and asbestos exposures. It is my opinion that it is medically reasonable to include only **laryngeal** cancer in the TDP when the criteria require significant occupational exposure to asbestos and supporting medical documentation establishing asbestos exposure as a contributing factor to laryngeal cancer. Again my recommendations are consistent with the IOM conclusion.

I agree with Dr. Welch's use and the TDP recommendation of "severe asbestosis (Level IV-A)."

3

I agree that severe asbestosis requires "[d]iagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%."

The Report states, in full:

"Severe Asbestosis (Level IV-A) requires (1) Diagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months Grace Exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question."

Dr. Welch proposes the medical criteria for diagnosis of bilateral asbestos-related nonmalignant disease (Level III) be defined as:

"Asbestosis/Pleural Disease (Level III) requires (1) diagnosis of bilateral asbestos-related nonmalignant disease, plus (a) TLC less than 80%, or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%, and (2) six months grace exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question."

I agree with this TDP recommendation and Dr. Welch's opinion on Level III asbestosis/pleural disease.

For Levels II and I Asbestosis/Pleural Disease, Dr. Welch proposes:

"Asbestosis/Pleural Disease (Level II) requires (1) diagnosis of a bilateral asbestos-related nonmalignant disease, and (2) six months Grace exposure, and (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, five years cumulative occupational exposure to asbestos. Other Asbestos Disease (Level I) requires (1) diagnosis of a bilateral asbestos-related nonmalignant disease or an asbestos-related malignancy other than mesothelioma, and (2) Grace exposure."

I agree with this TDP recommendation and Dr. Welch's opinion on Level II asbestosis/pleural disease.

Dr. Welch proposes the TDP medical criteria for severe disabling pleural disease be defined as:

"Severe Disabling Pleural Disease (Level IV-B) requires (1) Diagnosis of diffuse pleural thickening of at least extent '2' and at least width 'a' as one component of a

bilateral non-malignant asbestos related disease based on definitions as set forth in the 2000 revision of the ILO classification, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months Grace exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question."

I concur with the medical criteria for severe disabling pleural disease to require radiographic diffuse pleural thickening (DPT), along with the functional impairment as described. The DPT may in my opinion be unilateral, when ILO extent "2" and width "a" or greater are met along with the functional impairment criteria.

### Whitehouse December 2008 Report -- Rebuttal

I have many objections to and disagreements with Dr. Whitehouse's December 2008 report. I would like to address these first by discussing his apparent interest in modifying the diffuse pleural thickening definition, and his insistence or fascination with the importance of adding the measurement of DLCO to all the functional assessments in the TDP. I will discuss other concerns in separate sections.

### Dr. Whitehouse's apparent disagreement with the definition of diffuse pleural thickening:

At Point 75, P. 62, Dr. Whitehouse in his December 2008 Report "reviewed the medical criteria in the Grace/ACC Plan of Reorganization, Trust Distribution Procedures (TDP). The TDP category for 'Severe Disabling Pleural Disease,' p. 26, 'restricts diffuse pleural thickening to cases where there is associated blunting of the costophrenic angle.' The TDP requires a finding of blunting of the costophrenic angle, before the patient is determined to have 'diffuse pleural thickening.' This is an incorrect definition of 'diffuse pleural thickening.' Blunting or obliteration of the costophrenic angle is a chest x-ray sign. The costophrenic angle is on the side of the chest x-ray at the lower end of the lung area. No pulmonologist would use blunting to determine a diagnosis of asbestos pleural disease. Nor would a practitioner use blunting to determine severity of asbestos pleural disease."

I disagree with his conclusion about an "incorrect definition of 'diffuse pleural thickening.'" I also disagree with his statement that "[n]o pulmonologist would use blunting to determine a diagnosis" of asbestos related pleural disease, as pulmonologists throughout the world familiar with occupational lung disease and the ILO classification system routinely use this terminology and concept to describe DPT in the medical literature and in discussions at international conferences and to write medical reports about patients.

Dr. Whitehouse's confusion, misunderstanding, and persistent incorrect explanations about DPT are important to understand and attempt to clarify.

The pleural abnormalities related to asbestos exposure are well described over many decades in the medical literature. By definition pleural plaques refer to pleural changes (discreet

localized thickening with or without calcification) on the parietal pleural surface. These may also be referred to as chest wall or diaphragm plaques. The parietal pleura covers the chest wall, the diaphragm, and the mediastinum. In addition to the parietal pleura, the chest cavity contains a visceral pleura that is distinct from the parietal pleural. The visceral pleura surrounds the lung itself, and is normally separated from the parietal pleura by a small amount of fluid, and a negative pressure gradient.

In addition to plaques on the parietal pleural surface of the chest wall and diaphragm and mediastinum, asbestos related lung injury may also cause thickening, fibrosis, or scarring of the visceral pleura. Visceral pleural thickening is also described or defined as diffuse pleural thickening. The distinction between these 2 types of pleural change or injury may seem trivial and even difficult to comprehend, but it is extremely important in anticipating clinically significant lung functional impairment. It also has different potential therapeutic implications for individual patients.

Parietal pleural plaques never need surgical intervention, while some important functional impairment may be recovered with a thoracic surgery procedure called a decortication, for visceral pleural thickening or diffuse pleural thickening. This procedure releases a "trapped lung" and allows more complete inflation of a lung restricted by the visceral pleural abnormality.

Additional confusion or misunderstanding about diffuse pleural thickening arises from the general understanding of the English word "diffuse", which commonly refers to "extensive or widespread or a large amount." While the medical definition of diffuse pleural thickening specifically means involvement of the visceral pleura, it does not in and of itself imply widespread or extensive in its amount.

Diffuse pleural thickening is not a specific finding for asbestos related diseases. DPT may be seen as a result of pleural space infections, chest wall trauma with rib fractures and blood in the pleural space, and other inflammatory conditions.

The ILO guidelines on P. 7 make it clear that diffuse pleural thickening historically has referred to thickening of the visceral pleura. The radiological distinction between parietal and visceral pleural thickening is not always possible on a posterior-anterior radiograph.

By convention, the ILO 2000 classification defines diffuse pleural thickening as: extending up the lateral chest wall and recorded only in the presence of, and in the continuity with, an obliterated costophrenic angle. Diffuse pleural thickening is recorded as absent or present along the chest wall. If present, it is recorded as in-profile or face-on, and separately for the right and the left side. Additional explanation of the important distinction between parietal and visceral pleural thickening is provided in a nice discussion from Dr. Welch's December 2008 report, and is included below.

"The pleura is a thin lining that surrounds the lung. There are two pleural layers, one on the chest wall and one on the lung, with a negative pressure relative to the atmosphere and a

small amount of fluid between. The pleura allow the lung to expand easily inside the chest wall."

As noted above, asbestos fibers that are breathed into the lung are transported to the outside of the lung into the pleural space, and cause a scar to form in the pleural lining. When these scars reach a certain size they are visible on chest x ray. A majority of persons with heavy exposure to asbestos develop some kind of pleural scarring. Pleural scars are described as pleural plaques, pleural thickening, diffuse pleural thickening, pleural fibrosis, and pleural asbestosis. There is no universal agreement on the meaning of each of these terms. The 2000 revision to the ILO classification clarifies the definition of one type of scarring, diffuse pleural thickening as present "only in the presence of and in continuity with an obliterated costophrenic angle."

It is generally accepted that pleural inflammation from asbestos results in scarring on either the parietal (chest wall) pleural surface, or on the visceral (lung) pleural surface. The American Thoracic Society publication, *Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos*, describes the difference between these two types of pleural scarring, these included plaques, and DPT.

Plaques are circumscribed pleural thickening on the parietal or chest wall pleura. Pleural plaques are indicators of exposure to asbestos. They are clearly the most common manifestation of the inhalation, retention, and biologic effect of asbestos. Pleural plaques are bilateral, but not symmetric, lesions of the parietal pleura. The conventional chest film is a sensitive and appropriate imaging method for plaques, although it may identify abnormalities that resemble plaques but are not. In the PA radiograph, they are best seen in profile on the mid-lateral chest walls and on the diaphragm or face on, and show serrated borders. Slow progression of plaques is typical. Approximately 85% of heavily exposed workers showed predominantly plaques on plain film more than 40 years from first exposure, as did up to 17% of environmentally exposed populations. Pleural plaques have long been recognized as clinically inconsequential markers of asbestos exposure. Studies of large cohorts have shown only mild statistically significant reduction in lung function attributable to the plaques, averaging less than 5% of FVC, while other longitudinal studies of large cohorts have shown no statistically significant loss of lung function attributable to plaques. Most people with pleural plaques alone have well preserved lung function.

Diffuse pleural thickening is diffuse thickening of the visceral pleura, is not sharply demarcated, and is often associated with fibrous strands ("crow's feet") extending into the parenchyma. These findings are best seen on CT imaging. In large surveys of asbestos-exposed workers, diffuse pleural thickening has ranged from 9% to 22% of those with pleural disease, and is most common in amphibole exposed cohorts. This condition affects the visceral or lung pleural surface and is quite different in appearance from the parietal pleural plaque. Diffuse pleural thickening may have a significantly greater impact on pulmonary function than circumscribed plaques. Decrements associated with diffuse pleural thickening reflect pulmonary restriction as a result of adhesions of the parietal with the visceral pleura. Restrictive impairment is characteristic, with relative preservation of diffusing capacity, DLCO.

7

As noted by the ATS document, it is generally accepted that visceral pleural thickening can cause entrapment of the lung and can lead to significant reduction in pulmonary function testing. The current edition of the ILO classification requires that blunting of the costophrenic angle be present in order to describe pleural scarring as diffuse pleural thickening; for many decades, experts have suggested that blunting be required for DPT because it is particularly in cases with obliteration of the costophrenic angle that restrictive lung function occurs. Parietal, or circumscribed, plaques are also associated with a reduction in lung volumes, although to a lesser extent than that seen with visceral thickening and blunting the costophrenic angle.

The criteria for the TDP requires width "a" and extent "2" for diffuse pleural thickening. Width "a" is the minimum width for reporting diffuse pleural thickening using the ILO Classification. The medical criteria must be based around the ILO Classification, since this classification has been used as a standard method for description of asbestos-related disease on chest radiograph for over 50 years. The definitions of *diffuse pleural thickening, extent,* and *width* must come from the 2000 ILO Classification for Pneumoconiosis. The 2000 ILO classification restricts diffuse pleural thickening to cases where there is associated blunting of the costophrenic angle. The dimensional criteria of the ILO classification of extent "2" and width "a" are included to assure that diffuse thickening is radiographically present, and not as a measure of severity. Severity is defined by pulmonary function testing, or lung functional assessment.

The 2000 version of the ILO Classification requires the presence of blunting of the costophrenic angle in order to classify pleural scarring as diffuse pleural thickening. As noted above, for decades experts have included blunting of the costophrenic angle as part of the criteria for diagnosis of diffuse pleural thickening. Blunting of the costophrenic angle was the radiographic finding predictive of restrictive lung disease in a study of over 1500 asbestos workers. Ameille also concluded that obliteration of costophrenic angle was more reliable than any other criteria to characterize DPT. The most recent revision of the ILO classification is consistent with this medical literature.

## DLCO as a Measure of Impairment from Asbestosis and DPT

Single breath diffusing capacity or DLCO is the test most commonly used to measure the capacity of the lung to exchange oxygen and other gases across the alveolar-capillary membrane. While spirometry and total lung capacity measure lung volume and air flow, DLCO measures a different component of lung function. DLCO is determined by many structural and functional properties, including lung volume, the thickness and area of the alveolar capillary membrane, the volume of blood in capillaries supplying ventilated alveoli, absolute levels and distribution of both ventilation and perfusion, the concentration and binding properties of hemoglobin in the alveolar capillaries, and the gas tensions in blood entering the alveolar capillaries. The ATS/ERS also sets standards for diffusion capacity, which ensure uniformity and reproducibility among laboratories.

DLCO is not included in the TDP medical criteria for asbestosis or DPT. It is the case that DLCO is a routine part of the clinical evaluation of asbestosis and other interstitial lung diseases, and DLCO is recommended by the American Thoracic Society as part of the evaluation

8

of asbestosis. Importantly the DLCO is also decreased in emphysema, and therefore a reduction in DLCO is less specific for interstitial lung disease than is a reduction in lung volumes. A reduced DLCO with a normal TLC and normal FVC could be due to emphysema or some other interstitial lung disease and not asbestosis. In addition, as noted in the ATS document *Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos*, restrictive impairment (reduction in lung volume) with relative preservation of diffusing capacity is characteristic of diffuse pleural thickening or DPT. A reduced DLCO in the setting of asbestos-related pleural disease or DPT is more likely to be due to emphysema, asbestosis, or some other interstitial lung disease. Unilateral diffuse pleural thickening may cause significant impairment. Again, unlike parietal plaques, unilateral or bilateral diffuse pleural thickening or visceral pleural thickening may cause significant impairment.

DLCO suffers from additional problems when used as a tool to assess impairment. DLCO has higher test-to-test variation than either TLC or spirometry. The ATS/ERS document on standardization of diffusion capacity reported that in a large university-based laboratory study, the coefficient of variation in repeated measurements of spirometry was 3.1% in normal subjects and 4-4.4% in subjects with abnormal spirometry. In contrast, the inter-session variation for DLCO was up to 9% in normal individuals. The ATS/ERS requires at least two acceptable DLCO tests that meet the repeatability requirement of either being within 3 mL CO or within 10% of the highest value. In contrast, the acceptable variability for spirometry is less than 150 ml, which in an average man is less than 3% of the highest value. Variation from test to test in a single session is primarily due to technique rather than physiology. With a 10% variation acceptable in a single session, and a 9% variation possible over a year's period, one might find as much as a 19% variation from one DLCO determination to another on different days for a single individual, even with adherence to the ATS standards.

Because the DLCO test has high variability reference values for DLCO, the values vary much more than reference values for other lung function testing. The ATS/ERS document on interpretative strategies for lung function tests states: "Selecting reference values for DLCO is more problematic than selecting reference values for spirometry because inter-laboratory differences are much larger for DLCO. Some of these differences can be attributed to the method of calculating DLCO and adjusting for hemoglobin concentration, carboxyhemoglobin concentration and altitude."

The best assessment tool for impairment caused by diffuse pleural thickening is the FVC or TLC. DLCO abnormalities are caused by many conditions and are by no means specific to asbestos related lung injury. Reduction from normal DLCO is associated with many conditions, including reduced effort or respiratory muscle weakness, thoracic deformity preventing full inflation, anemia, pulmonary emboli, valsalva maneuver, increased intra-thoracic pressure, lung resection, emphysema, interstitial lung disease, pulmonary edema, pulmonary vasculitis, and pulmonary hypertension.

## Are Pleural Abnormalities in Libby Different?

On point 22 on page 9, Dr. Whitehouse describes that when "asbestos disease due to Libby asbestos exposure is first diagnosable, there usually are no symptoms, only positive

9

findings on chest x-ray or CT. The disease may take decades to progress to a point of severity." This is a typical textbook description of asbestos related disease. I find this statement curiously at odds with Dr. Whitehouse's strongly held views that suggests the Libby asbestos related disease is distinct, or unique, and progresses very rapidly. In fact, the Libby cohorts have asbestos related disease quite typical of amphibole exposed cohorts.

As the third and "tie-breaking" reader for the Libby ATSDR chest radiographic study, I have seen several thousand radiographs of Libby residents and employees of the mine and mill. The radiographic abnormalities, primarily pleural abnormalities, are typical of non-chrysotile asbestos exposures. It has been suggested that there is a unique or distinct pattern of lung injury from exposure to the tremolite or amphibole contaminants within the Libby vermiculite. I do not share this opinion or concern. The diagnostic methodology and medical standards for diagnosing asbestos, generally, are appropriate for evaluating people exposed to fibrous minerals from Libby.

I applaud Dr. Whitehouse's dedication to this initially underserved Libby population. It is clear to me that he cares immensely about his patients and what may now be referred to as his "cause." While working on a Native American reservation in Arizona, serving as a physician in the U.S. Health Service, I experienced a similar dedication to an underserved population. However, to best serve this population, I needed to maintain my scientific objectivity, and not have my well-placed desire to be helpful to my patients and the Native American population cross-over a line, or extend to a point of representing unhelpful advocacy, while ignoring or misunderstanding medical science, peer reviewed literature, and other important public health principles.

It is my opinion that Dr. Whitehouse has done this in expressing his insistence on a unique Libby disease, his misunderstanding or misrepresentation of DPT, and his tenacity for demanding the inclusion of DLCO in the TDP medical criteria. The Libby radiographic and clinical findings are consistent with international populations exposed to amphibole asbestos. In the Libby cohort, the pleural injury is clearly more severe, and the pleural injury more common, than with chrysotile asbestos exposed populations. Again, this is the international experience with amphibole exposed populations, and is not unique to the Libby cohort.

## The Importance of Proper Diagnostic Labeling

Misdiagnosis or mislabeling, or an overemphasis of an asbestos-related disease, can have important untoward consequences for individuals. This includes not only dire psychological consequences for the misdiagnosed individuals but also may reduce the opportunity for the proper recognition and treatment of correctable conditions by attributing an individual's health problems exclusively to an asbestos related disease.

Dr. Whitehouse's report discusses the Diagnosis of Asbestos-Related Disease, relying upon the ATS 2004 Official statement, beginning on P. 5. He refers to a CARD Clinic general use of "ARD" (asbestos-related disease) to refer to non-malignant asbestos disease, sometimes using the term asbestosis as an umbrella term covering asbestos interstitial disease and asbestos

pleural disease, since they are in his view "essentially the same disease process." In addition, he references the Rosenstock (2005) text, p. 374, as support for this erroneous statement.

Precision in diagnostic labeling is critical for patients, physicians, and society. A fundamental problem with Dr. Whitehouse's report is his imprecision in describing various forms of nonmalignant respiratory disease. The distinction between asbestosis and pleural plaques is important for prognostic implications to patients, including patient education and attendant future health risks. When Dr. Whitehouse blends these two disorders, rather than recognizing them as distinct in prognosis and for patient health education, he does his patients a major disservice.

The prevalence of interstitial lung disease in the non-occupationally exposed population is low in Libby. This is important for long term health risks, and needs to be carefully communicated to individual patients and the Libby community.

### The Dr. Arthur Frank December 2008 report -- Rebuttal

I have reviewed the Arthur Frank December 2008 report. His report provides a review of the nature of asbestos, asbestos related diseases, methods of diagnosis, the Libby experience, and his concurrence with the Dr. Whitehouse report.

The Arthur Frank December report suggests the Libby pleural disease is different from other cohorts in intensity, mortality, and the impact on those environmentally exposed. I find this to be poorly supported, and have seen cohorts in Finland and Turkey that have predominate amphibole exposures with predominantly pleural disease. The limited parenchymal disease in environmentally exposed Libby residents is not a surprising finding. The finding of more pleural abnormalities than parenchymal abnormalities in an amphibole exposed cohort, such as Libby, is also not surprising.

### Summary of opinions

Diffuse pleural thickening is well defined and described in the medical literature. Libby pleural disease is not unique in the experience of medical practitioners and scientists, for amphibole-like mineral exposures, in its predominant pleural injury, its severity, and its rate of progression.

DLCO has limitations in performance and specificity that make it unsuitable for a measure of impairment for the TDP. DLCO abnormalities are caused by many conditions, and the test has wide test variation. Other lung function measurements, such as FVC and TLC, provide excellent information to assess impairment.

Accurate and precise medical diagnostic labeling is critical for proper patient care, education, counseling and treatment. Sloppy diagnostic labeling can lead to serious misunderstandings, unnecessary concerns, and worry by patients and their families.

11

John E. Parker, M.D.                    April 6, 2009

**References**

Ameille J, Matrat M, Paris C, Joly N, Raffaelli C, Brochard P et al. Asbestos-related pleural diseases: dimensional criteria are not appropriate to differentiate diffuse pleural thickening from pleural plaques. Am J Ind Med 2004; 45(3):289-296.

American Thoracic Society. Diagnosis and initial management of nonmalignant diseases related to asbestos. Am J Respir Crit Care Med 2004; 170(6):691-715.

Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution. Scand J Work Environ Health 1997; 23(4):311-316.

Hillerdal G, Malmberg P, Hemmingson A. Asbestos-related lesions of the pleura: parietal plaques compared to diffuse thickening studied with chest roentgenography, computed tomography, lung function, and gas exchange. Am J Ind Med 1990; 18(6):627-639.

Hillerdal G. Mesothelioma: cases associated with non-occupational and low dose exposures. Occup Environ Med 1999; 56(8):505-513.

Institute of Medicine. Asbestos: Selected Cancers. Washington DC: National Academies Press, 2006.

International Labour Office. *Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses, Revised Edition 2000*. Geneva: International Labour Office, 2002.

MacIntyre N, Crapo RO, Viegi G, Johnson DC, van der Grinten CP, Brusasco V et al. Standardisation of the single-breath determination of carbon monoxide uptake in the lung. Eur Respir J 2005; 26(4):720-735.

Miller MR, Hankinson J, Brusasco V, Burgos F, Casaburi R, Coates A et al. Standardisation of spirometry. Eur Respir J 2005; 26(2):319-338.

Muravov OI, Kaye WE, Lewin M, Berkowitz Z, Lybarger JA, Campolucci SS, Parker JE. The usefulness of computed tomography in detecting asbestos-related pleural abnormalities in people who had indeterminate chest radiographs: the Libby, MT experience. *Int J Hyg Environ Health* 2005; 208(1-2): 87-99.

Peipins LA, Lewin M, Campolucci S, Lybarger JA, Miller A, Middleton D, Weis C, Spence M, Black B, Kapil V. Radiographic abnormalities and exposure to asbestos–contaminated vermiculite in the community of Libby, Montana. *Environmental Health Perspectives* 2003; 111(14): 1753-1759.

Wanger J, Clausen JL, Coates A, Pedersen OF, Brusasco V, Burgos F et al. Standardisation of the measurement of lung volumes. Eur Respir J 2005; 26(3):511-522.

## Materials Reviewed and Considered by Dr. John E. Parker

Dr. Alan C. Whitehouse 2008 Expert Report and Cited Materials

Dr. Arthur Frank 2008 Expert Report

March 19, 2009 Deposition of Dr. Alan C. Whitehouse

Dr. Laura Welch 2008 Expert Report

Medical Literature Contained in References of Dr. Parker's Report

CURRICULUM VITAE

| | |
|---|---|
| **Name** | **John (Jack) E. Parker, M.D., FACP, FCCP** |
| **Department** | Medicine and Community Medicine |
| **Address** | West Virginia University, School of Medicine, Pulmonary & Critical Care Medicine Room 4075A, Health Sciences North P.O. Box 9166 Morgantown, WV 26506-9166 |

Phone: (304) 293-4661    FAX:  (304) 293-3724
E-mail:  jparker@hsc.wvu.edu

| | |
|---|---|
| **Date of Birth** | June 11, 1950 |
| **Citizenship** | United States |

### Education and Training

Oakland University, Rochester, Michigan, B.A., Chemistry, 1972

Wayne State University, School of Medicine, Detroit, Michigan, M.D., 1976

### Postdoctoral Training

Internship, Categorical Medicine, United State Public Health Service Hospital, San Francisco, California, 1976-1977

Residency, Internal Medicine, United States Public Health Service Hospital, San Francisco, California, 1977-1979

Fellowship, Pulmonary Diseases, National Institute for Occupational Safety and Health and West Virginia University Health Sciences Center, Morgantown, West Virginia, 1985-1988

**Military Service**    United States Public Health Service (1976-1998)

**Medical Licensure**   California
West Virginia

## Specialty Certification

Internal Medicine - American Board of Internal Medicine  -   1980
Pulmonary Disease - American Board of Internal Medicine - 1988

## Certifications

National Board of Medical Examiners
Advanced Cardiac Life Support - American Heart Association
Advanced Trauma Life Support - American College of Surgeons
NIOSH B Reader (reading chest radiographs for pneumoconioses)

## Faculty Appointments

Clinical Instructor of Medicine, University of California, San Francisco,
1980-1982

Preceptor, Department of Family and Community Medicine, University of
Arizona, Tucson, 1982-1985

Clinical Instructor of Medicine, West Virginia University, Morgantown, 1985-1988

Adjunct Assistant Professor of Medicine, West Virginia University, Morgantown,
1988-1994

Adjunct Associate Professor of Medicine, West Virginia University,
Morgantown, 1994-1997

Adjunct Professor of Medicine, West Virginia University, School of Medicine
1998

Professor of Medicine, West Virginia University, Morgantown,
1998-present

Professor of Community Medicine, Institute of Occupational and
Environmental Medicine, West Virginia University, Morgantown,
1999-present

Chief, Section of Pulmonary and Critical Care Medicine, West Virginia
University, Morgantown, November 2001 - present

## Hospital Appointments/Location

Assistant Chief, Department of Medicine, United States Public Health Service
Hospital, San Francisco, California, 1979-1981

Deputy Chief, Department of Medicine, United States Public Health
Service Hospital, San Francisco, California, 1981-1982

Chief of Staff, Clinical Director, United States Public Health Service-Indian
Hospital,
Whiteriver, Arizona, 1982-1985

**Hospital Appointments/Location** (continued):

Attending Physician West Virginia University Medical Center
Morgantown, West Virginia, 1985-present

Medical Director Pulmonary Rehabilitation MountainView Regional
Rehabilitation
Hospital, Morgantown, West Virginia, 1998-present

Medical Director Sleep Disorders Clinic West Virginia University Medical
Center, Morgantown, West Virginia, 1999-present

## USPHS Positions

Chief, Examination Processing Branch, Division of Respiratory Disease Studies,
National Institute for Occupational Safety and Health (NIOSH), CDC, Morgantown,
West Virginia, July 1991-August 1998.

Acting Chief, Clinical Investigations Branch, Division of Respiratory Disease Studies,
National Institute for Occupational Safety and Health (NIOSH), CDC, Morgantown,
West Virginia, March 1997-August 1998.

Acting Chief, Epidemiological Investigations Branch, Division of Respiratory Disease
Studies, National Institute for Occupational Safety and Health (NIOSH), CDC,
Morgantown, West Virginia, December 1994-November 1996

Chief, Protective Technology Branch, Division of Safety Research, NIOSH,
Morgantown, West Virginia, July 1990-June 1991.

Coordinator, Respiratory Disease Hazard Evaluation and Technical Assistance Program,
Division of Respiratory Disease Studies, NIOSH, Morgantown, West Virginia,
July 1988-June 1990.

Senior Medical Officer, Division of Respiratory Disease Studies, NIOSH, Morgantown,
West Virginia, July 1985-June 1988.

Clinical Director (Chief of Staff), U.S.P.H.S. - Indian Hospital, Whiteriver, Arizona,
November 1981-June 1985.

Deputy Chief and Assistant Chief, Dept. of Medicine, United States Public Health
Service Hospital, San Francisco, California, July 1979-November 1981

**Awards, Honors**

PHS Awards
- The Surgeon General's Exemplary Service Medal
- Outstanding Service Medal
- Commendation Medal
- Achievement Medal
- Bicentennial Unit Commendation
- Unit Commendation (8)
**Awards, Honors** (continued):

- Outstanding Unit Citation (2)
- Isolated Hardship Service Ribbon
- Regular Corps Service Ribbon
- Meritorious Service Medal
Nominee, Alfred G. Wilson Award, Oakland University
Athletic Hall of Honor, Oakland University
Who's Who in College Athletics
University Scholar
Outstanding House Officer, 1977, USPHS Hospital, San Francisco, CA
Favorite Attending Teaching Award, 1981, USPHS Hospital,
   San Francisco, California
Nominee, J.D. Lane Junior Investigator Award, 1990, USPHS
Member of the Year, 1990 - W. Va. Commissioned Officers Assn.
Fellow, American College of Chest Physicians
Fellow, American College of Physicians
Nominee, 1993 Alice Hamilton Science Award for Occupational
  Safety and Health
   Honorable Mention, Federal Government Communicators Blue
Pencil Award-1992
   Recognized by peers in "The Best Doctors in America: Midwest Region,
      "Woodward/White, Inc.
Nominee, NCAA Silver Anniversary Award
Nominee, 1996 USPHS Research Physician of the Year
Recipient, 1996 Alice Hamilton Science Award for Leadership
  in Occupational Safety & Health
Certificate of Appreciation, National Campaign to Eliminate Silicosis (U.S.
  DOL/MSHA), 1997
Recognized by peers in 'The Best Doctors in America'
Favorite Attending Award – Department of Family Medicine, WVU, 2005
DZ Morgan Mentor Award – WVU Department of Medicine, 2005
Outstanding Faculty Award – WVU Department of Medicine, 2005
Best Off-Service Teaching Faculty, WVU Emergency Medicine Residency

Program,
 2007 – 2008.
Outstanding Teacher of the Year, WVU Department of Family Medicine, 2007-
2008

## Professional Associations

American College of Physicians
American College of Chest Physicians
American Thoracic Society
West Virginia Thoracic Society
New York Academy of Sciences
American Public Health Association
 West Virginia Public Health Association
 Association of Occupational and Environmental Clinics
 National Rural Health Association


## Professional Associations (continued):

International Society for Respiratory Protection
Commissioned Officers Association, USPHS
Reserve Officers Association of the United States
Association of Military Surgeons of the United States
West Virginia Medical Association

## Offices Held

Vice President, West Virginia Commissioned Officers Association, USPHS, 1989
 President, West Virginia Commissioned Officers Association, USPHS,
 1990
Vice Chair, Scientific Program Committee, 27th Annual PHS Professional
 Association Meeting
President, West Virginia Thoracic Society, 1994 to 1997
Member, Board of Directors, American Lung Association of West Virginia
 1994 to 1997
 President, Board of Directors, Healthsouth Mountainview Rehabilitation
 Hospital, Morgantown, WV, 2005 - present

## Research

Respiratory Protection
Pneumoconioses Prevention
 Silica Related Respiratory Diseases
Chest Imaging Techniques and Dust Related Diseases
Organic Dust & Immunologic Lung Disease

**Invited Peer Reviewer**

Chest
American Journal of Industrial Medicine
American Industrial Hygiene Association Journal
Journal of the International Society for Respiratory Protection
Tobacco Control--An International Journal
European Journal of Epidemiology
Journal of Agricultural Safety and Health
Journal of Occupational and Environmental Medicine

## Publications

1.  Kinsey VE, McLean IW, **Parker JE**. Studies on the crystalline lens. Kinetics of thallium transport. Investigative Ophthalmology 1971; 10:932-942.

2.  **Parker JE**. An outbreak of toxic organic dust syndrome. Alabama Epidemiology Reports 1987; 1:33-34.

## Publications (continued):

3.  Santosham M, and others. Prevention of Haemophilus Influenzae Type B Infections in high-risk infants treated with Bacterial Polysaccharide Immune Globulin. N Engl J Med 1987; 317:923-929.

4.  Hill RC, **Parker JE**, Stocker PJ, Gustafson RA, Murray GF. Acquired benign bronchoesophogeal fistula in an adult. J Thorac Cardiovasc Surg 1989; 97:320-321.

5.  **Parker JE**, Lapp NL. Coal Workers' Pneumoconiosis: Recognition and Management. Internal Medicine for the Specialist 1989; 10:91-101.

6.  Battigelli MC, Halbritter KA, **Parker JE**. Medical Grand Rounds: Smoke Inhalation. WV Med J 1989; 85:427-430.

7.  Olenchock SA, May JJ, Pratt DS, Piacitelli LA, **Parker JE**. Presence of endotoxins in different agricultural environments. Am J Ind Med 1990; 18:279-284.

8.  Olenchock SA, Sorenson WG, Marx JJ, **Parker JE**. Microbial Contamination and Immunologic Reactivity of Stored Oats. Biodeterioration Research 1990; 3:479-488.

9.  Whitener CJ, **Parker JE**, Lapp NL. Erythromycin Ototoxicity: A Call to Heighten Recognition. Southern Medical Journal 1991; 84:1214-1217.

10. Turner NL, **Parker JE**, Hudnall J. The Effect of Dry and Humid Hot Air Inhalation on Expired Relative Humidity During Exercise. Am Ind Hyg Assoc J 1992; 53(4):256-260.

11. Wagner, GR, Attfield, MD, Kennedy RD, **Parker, JE**. The NIOSH B Reader Certification Program--An Update Report. J of Occ Med 1992; 34:879-884.

12. Weber S, Kullman G, Petsonk E, Jones WG, Olenchock S, Sorenson W, **Parker J**, Marcelo-Baciu R, Frazer DG, Castranova V. Organic Dust Exposure from Compost Handling: Case Presentation and Respiratory Exposure Assessment. Am J Ind Med 1993; 24:365-374.

13. Kullman GJ, Jones WG, Cornwell RJ, **Parker JE**. Characterization of Air Contaminants Formed by the Interaction of Lava and Sea Water. Environmental Health Perspectives 1994; 102:478-482.

14. Moya C, Anto JM, Newman Taylor AJ, et al. Outbreak of organising pneumonia in textile printing sprayers. Lancet 1994; 344:498-502.

15. Harkin TJ, McGuinness G, Goldring R, Cohen H, **Parker JE**, Crane M, Naidich DP, Rom WN. Differentiation of the ILO Boundary Chest Roentgenograph (0/1 to 1/0) in Asbestosis by High-Resolution Computed Tomography Scan, Alveolitis, and Respiratory Impairment. J Occup Environ Med 1996; 38:46-52.

**Publications** (continued):

16. McCurdy SA, Ferguson TJ, Goldsmith DF, **Parker JE**, Schenker MB. Respiratory Health of California Rice Farmers. Am J Respir Crit Care Med 1996; 153:1553-1559.

17. Wilt JL, Banks DE, Weissman DN, **Parker JE**, et al. Reduction of Lung Dust Burden in Pneumoconiosis by Whole-Lung Lavage. J Occup Environ Med 1996; 38:619-624.

18. Beckett W, Abraham J, Becklake M, Christiani D, Cowie R, Davis G, Jones R, Kreiss K, **Parker J**, Wagner G. Adverse Effects of Crystalline Silica Exposure. Am J Respir Crit Care Med 1997; 155:761-768.

19. Hubbs AF, Castranova V, Ma JYC, Frazer DG, Siegel PD, Ducatman BS, Grote A, Schwegler-Berry D, Robinson VA, Van Dyke C, Barger M, Xiang J, **Parker J**. Acute Lung Injury Induced by a Commercial Leather Conditioner. Toxicol Appl Pharmacol 1997; 143:37-46.

20. Henderson DW, Rantanen J, Barnhart S, Dement JM, et al. Consensus Report. Asbestos, Asbestosis, and Cancer: The Helsinki Criteria for Diagnosis and

Attribution. Scand J Work Environ Health 1997; 23:311-316.

21. Sauni R, Oksa P, Jarvenpaa R, **Parker JE**, Roto P. Asbestos Exposure, A Potential Cause of Retroperitoneal Fibrosis. Am J Ind Med 1998; 33:418-421.

22. De la Hoz RE, **Parker JE**. Occupational and environmental medicine in the United States. Int Arch Occup Environ Health 1998; 71:155-161.

23. Jacobsen M, Miller WE and **Parker JE**. New Composite or Quadrant Standard Films for Classifying Radiographs of Pneumoconioses. Industrial Health 1998; 36:380-383.

24. Harari R, Herrera D, **Parker JE**. Silicosis amoung gold miners in Ecuador: A present problem. Eur. J. Oncol 4:(5)553-555, 1999.

25. Banks, DE, Wang, ML, **Parker, JE**. Asbestos Exposure, Asbestosis, and Lung Cancer. Chest 1999;115: 320-322.

26. Tossavainen A, Riala R, Zitting A, **Parker J**, Jones W, Groce D, Izmerov N, Elovskaya L, Kovalevsky E, Burmistrova T, Domnin S, Scherbakov S, Kashansky S. Health and exposure surveillance of Siberian asbestos miners: A joint Finnish-American-Russian project. American Journal of Industrial Medicine 1999; 36:142-144.

27. Harber P, Merz B, Lam I, Yuan M, **Parker J**, Chen W. Intelligent database generatedoccupational questionnaire system. Journal of Occupational and Environmental Medicine, May 2000; 42 (5) p. 483-490.

28. Washko RM, Day B, **Parker JE**, Castellan RM, Kreiss K. Epidemiologic Investigation of Respiratory Morbidity at a Nylon Flock Plant. AJIM 38:628-638, 2000.

**Publications** (continued):

29. Henderson DW, Rantanen J, **Parker J**, et al. International expert meeting on new advances in the radiology and screening of asbestos-related diseases. Scand J work Environ Health 2000;26(5):449-454.

30. McAnulty JM, Keene WE, Bell BP, Anker AL, Castranova V, **Parker JE**, et al. A Multistate Outbreak of Acute Respiratory Illness Associated with Use of an Aerosolized Leather Protector. Lancet (submitted).

31. Goodwin SS, Stanbury M, Wang M, Silbergeld E, **Parker JE**. . Previously undetected silicosis in New Jersey decedents. Am J Ind Med 2003;44:304-311.

32. Nij ET, Burdoft A, **Parker J**, et al. Radiographic abnormalities among

construction
workers exposed to quartz containing dust.  Occup Environ Med 2003;60:410-417.

33.      Kovalevsky E, Burmistrova T, Milishnikova V, Elovskaja L, Izmerov N,
**Parker J**, et al.
Comparison of work history and chest x-ray changes among chrysotile miners and
millers.
Occup Hyg 46, Supp. 1:157-159, 2002.

34.   Muravov OI, Kaye WE, Lewin M, Berkowitz Z, Lybarger A, Campolucci SS,
**Parker J**. The usefulness of computed tomography in detecting asbestos-related
pleural abnormalities in people who had indeterminate chest radiographs:  The
Libby, MT experience.  Int J Hyg Environ Health 2005;208:87-99.

35.      Rosenman K, Hertzberg V, Rice C, Reilly MJ, Aronchick J, **Parker J**,
Regovich J, and
Rossman M.  Chronic beryllium disease and sensitization at a beryllium processing
facility.  Environ Health Perspect 113:1366-1372 (2005).

36.   Suganuma N, Kusaka Y, Hering K G, Vehmas, Kraus T, **Parker JE**, Shida, H and
for the International CT Classification Study Group.  Selection of reference films
based on reliability assessment of a classification of high-resolution computed
tomography for pneumoconiosis.  International Archives of Occupational and
Environmental Health 79(6):472-476 (2006).

37.   Rahman A, Dedhia HV, **Parker JE**, etal.  Prolonged Mechanical Ventilation:  Are
Your Ventilator Patients Ready to be Cared for Outside ICU?  WV Med J (2007)
Vol 103, No.5:24-26.

38.   Donroe JA, Maurtua-Neumann PJ, Gilman RH, Acosta AT, Cain G, **Parker JE**, et
al. Surveillance for Early Silicosis in High Altitude Miners Using Pulse Oximetry.
Int J Occup Environ Health 2008;144:187-192.

**Books**

1.  Banks DE and **Parker JE** (editors): Occupational Lung Disease.  An international
perspective.  Chapman & Hall, 1998.

2.  Kusaka Y, Kering KG and Parker JE (editors):  International Classification of
HRCT for
Occupational and Environmental Respiratory Diseases.  Springer –Verlat, Tokyo
2005.

**Book Chapters**

1.   **Parker JE**.  Silicosis.  In Rakel RE (ed): Conn's Current Therapy. Philadelphia, WB

Saunders, 1989, p 163-165.

2.  Lapp NL, **Parker JE**.  Pulmonary and Critical Care Update: Coal Workers' Pneumoconiosis and the Health Effects of Carbon.  Am Coll Chest Phys 1989; Volume V Lesson 21.

3.  Lapp NL, **Parker JE**.  Coal Workers' Pneumoconiosis.  In Epler GR (ed): Occupational Lung Disease--Clinics in Chest Medicine.  Philadelphia, WB Saunders, 1992; 13(2):243-252.

4.  **Parker JE**, Petsonk EL, Weber SL.  Hypersensitivity Pneumonitis & Organic Dust Toxic Syndrome.  In Banks DE (ed): Immunologically Mediated Lung Disease--Immunology and Allergy Clinics of North America.  Philadelphia, WB Saunders 1992; 12(2):279-290.

5.  Wagner GR, Attfield MD, **Parker JE**.  Chest Radiography in Dust-Exposed Miners: Promise and Problems, Potential and Imperfections.  OCCUPATIONAL MEDICINE: State of the Art Reviews.  Philadelphia, Hanley & Belfus, Inc. 1993; 8(1):127-141.

6.  **Parker JE**.  Silicosis.  In Rakel RE (ed): Conn's Current Therapy. Philadelphia, WB Saunders, 1994, p. 207-210.

7.  **Parker JE**, Siegel PD, Lewis DM.  Indoor Air Quality and Non IgE-Mediated Immunologic Respiratory Disease.  In: Immunology and Allergy Clinics of North America, 1994, 14:591-605.

8.  Jennison EA, Kullman GJ, **Parker JE**.  Worksite Evaluations.  In: Harber, Schenker, Balmes (eds): Occupational and Environmental Respiratory Disease.  St. Louis, Mosby 1995, p. 141-150.

9.  Linch KD, **Parker JE**.  Taking Silicosis Personally.  West Virginia University Quarterly Newsletter EXCEL 1995; 7:10-15.

10. **Parker JE**.  Silicosis.  In Rakel RE (ed): Conn's Current Therapy. Philadelphia, WB Saunders, 1998, p. 230-232.

11. **Parker JE**, Petsonk EL.  Coal Workers' Lung Diseases and Silicosis.  In: Fishman's Pulmonary Diseases and Disorders (Third Edition).  McGraw-Hill, 1998, p. 901-914.

12. Jennison EA, **Parker JE**.  Recognition and Evaluation of Occupational and Environmental Health Problems.  In Rom WN (ed): Environmental and Occupational Medicine (Third Edition).  Lippincott - Raven, Philadelphia, 1998, p. 11-23.

13. Jennison EA, **Parker JE**.  The Occupational and Environmental History and

Examination. In Rom WN (ed): Environmental and Occupational Medicine (Third Edition). Lippincott - Raven, Philadelphia, 1998, p. 31-42.

**Book Chapters** (continued):

14. Piekarski C, Jennison EA, Parker JE.  Workers Compensation for Occupational Lung Disease: German - U.S. Parallels.  In Banks DE/Parker JE (eds): Occupational Lung Disease: An International Perspective.  Chapman and Hall, London, 1998, p. 83-93.

15. Parker JE, Banks DE.  Lung Diseases in Coal Workers.  In Banks DE/Parker JE (eds): Occupational Lung Disease: An International Perspective.  Chapman and Hall, London, 1998, p. 161-181.

16. Wilt JL, Parker JE, Banks DE.  The Diagnosis of Pneumoconiosis and Novel Therapies.  In ParkerJE/Banks DE (eds): Occupational Lung Disease: An International Perspective. Chapman and Hall, London, 1998, p. 119-138.

17. Maestrelli P, Saetta M, Mapp CE, Fabbri LM, Parker, JE, Banks, DE.  Occupational Asthma Due to Low-molecular Weight Compounds.  In Banks DE/ParkerJE (eds): Occupational Lung Disease: An International Perspective.  Chapman and Hall, London, 1998, p. 119-138.

18. Antao VCS and **Parker JE**.  ILO Classification.  Imaging of Occupational and Environmental Disorders of the Chest.  Gevenois PA and DeVuyst P (eds): Medical Radiology.  Diagnostic Imaging.  Springer Berlin Heidelberg, New York, 2006, p.93-100.

19. Pinheiro G and **Parker JE.** Silicosis and Asbestosis. Rakel RE and Bope ET (eds) Conn's Current Therapy 2006, p 341-345.  Saunders Elsevier Philadelphia 200

20. **Parker JE,** Petsonk EL.  Coal Workers' Lung Diseases and Silicosis.  In: Fishman's Pulmonary Diseases and Disorders (Third Edition).  McGraw-Hill, 2008, p. 901-914.

## CDC Publications/Proceedings Publications

1. CDC. Exposure Trends in Silica Flour Plants - United States, 1975-1986. MMWR 1989; 38:380-83.

2. CDC. Occupational Disease Surveillance:  Occupational Asthma.  MMWR 1990; 39:119-23.

3. CDC. Silicosis: Cluster in Sandblasters - Texas, and Occupational Surveillance for

Silicosis. MMWR 1990; 39:433-37.

4. **Parker J**, Matte T, Hoffman R, Rosenman K, Stanbury M. Occupational Asthma: Experience with a Model Reporting System. Environmental Health and Engineering Proceedings, 25th

5. Annual Meeting of the U.S. Public Health Service Professional Assn., June 3-6, 1990, Anchorage, Alaska, pp. 3-7.

**CDC Publications/Proceedings Publications** (continued)

6. Bobick TG, Myers JR, Hard DL, **Parker JE**. Musculoskeletal Injuries in the Major Agricultural Industries. Proceedings of the Human Factors Society 35th Annual Meeting, September 1991, pp. 867-871.

7. CDC. Surgeon General's Conference on Agricultural Safety and Health, 1991. MMWR 1992; 41:5-12.

8. CDC. Pulmonary Fibrosis Associated with Occupational Exposure to Hard Metal at a Metal-Coating Plant. MMWR 1992; 41:65-67.

9. Musgrave K, **Parker J**, Short S, Mickelsen L, O'Brien D. Preventing Silicosis and Deaths from Sandblasting. NIOSH Alert, Publication No. 92-102, August 1992.

10. Musgrave K, **Parker J**. Preventing Silicosis and Deaths in Rock Drillers. NIOSH Alert, Publication No. 92-107, September 1992.

11. CDC. Papers and Proceedings of the Surgeon General's Conference on Agricultural Safety and Health. Edited by Myers ML, Herrick RF, Olenchock SA, Myers JR, Parker JE, Hard DL, Wilson K. Public Law 101-517, DHHS (NIOSH) Pub. No. 92-105, September 1992.

12. Wagner GR, Attfield MD, **Parker JE**. Efforts to Improve Consistency and Accuracy in Chest Radiograph Classification in the United States: The NIOSH B Reader Program. Proceedings of the Eighth International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, pp. 827-832.

13. Wagner GR, Attfield, MD, Althouse RB, Castellan RM, **Parker JE**. Surveillance of Pneumoconiosis in Underground Coal Miners in the US 1970-1986. Proceedings of the Eighth International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, pp. 568-573.

14. Hodous TK, Chen R, Kinsley KB, Liu X, McLaughlin JK, Chen J, Wu Z, Blot WJ, Wagner GR, **Parker JE**. Chinese-North American Comparison: A Comparison of Chest Radiographic Classifications for Pneumoconioses. Proceedings of the Eighth

International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, pp. 862-867.

15. Musgrave K, **Parker J**, Castellan R, Olenchock S. Preventing Organic Dust Toxic Syndrome. NIOSH Alert, Publication No. 94-102, April 1994.

16. CDC. Work-Related Lung Disease Surveillance Report, 1994. DHHS/NIOSH Publication No. 94-120.

17. Sweeney MH, Gardner LI, **Parker JE**, Waters TR, Flesch J, Hudock SD, Smith SS. Workplace Use of Back Belts, Review and Recommendations. NIOSH, Publication No. 94-122, July 1994.


**CDC Publications/Proceedings Publications** (continued)

18. CDC. Proportionate Mortality from Pulmonary Tuberculosis Associated with Occupations--28 States, 1979-1990. MMWR 1995; 1:14-19.

19. CDC. Occupational Silicosis--Ohio, 1989-1994. MMWR 1995; 4:61-64.

20. Bang KM, Althouse RB, Groce DW, Kim JH, Game SR, Hale J, **Parker J**. Occupational Respiratory Health and Hazard Surveillance. Proceedings of the SOEH Annual Meeting, Advances in Medical Surveillance for Environmental and Occupational Health: From Exposure Onset through Health Outcome, Bethesda, Maryland, December 1995, p. 117-126.

21. CDC/NIOSH. Report to Congress on Workers' Home Contamination Study Conducted Under The Workers' Family Protection Act (29 U.S.C. 671a). September 1995.

22. CDC/NIOSH. Criteria for a Recommended Standard, Occupational Exposure to Respirable Coal Mine Dust. September 1995. DHHS (NIOSH) Publication No. 95-106.

23. Musgrave K, Piacitelli C, Kullman G, Berardinelli S, Dieffenbach, **Parker J**. Preventing Asthma and Death from Diisocyanate Exposure. NIOSH Alert, Publication No. 96-111, March 1996.

24. Linch KD, Groce DW, Musgrave KJ, Jajosky RA, Short SR, **Parker JE**. Controlling Exposures to Dust Containing Respirable Crystalline Silica in the Construction Industry. NIOSH Alert, Publication No. 96-112, May 1996.

25. CDC. Work-Related Lung Disease Surveillance Report, 1996. DHHS/NIOSH Publication No. 96-134.

26. Jones W, Groce D, Schwegler-Berry D, **Parker J**. Environmental Study of Russian Chrysotile Mine and Mills. In: Dust Measurements in Chrysotile Mining and Milling

27. Operations of Uralasbest Company, Asbest, Russia. Finnish Institute of Occupational Health Summary Report Series, Helsinki, 1996.

28. Kullman G, Piacitelli C, **Parker J**, Flesch J, May J. Control of Organic Dust from Bedding Choppers in Dairy Barns. CDC/NIOSH Hazard Control HC12, DHHS/NIOSH Publication No. 97-103, April 1997.

29. CDC. Sarcoidosis Among U.S. Navy Enlisted Men, 1965-1993. MMWR 1997; 46:539-543.

30. CDC. Silicosis Among Workers Involved in Abrasive Blasting Cleveland, Ohio, 1995. MMWR 1997; 46:744-47.

31. CDC. Reduce Contamination at Home. DHHS (NIOSH) Publication No. 97-125.


**CDC Publications/Proceedings Publications** (continued):

32. **Parker, JE**. Radiological Criteria: The Use of Chest Imaging Techniques in Asbestos-Related Diseases. In: Asbestos, Asbestosis, and Cancer. Proceedings of an International Expert Meeting, Finnish Institute of Occupational Health, People and Work Research Reports 14, p. 28-40 (1997).

33. CDC. Chronic Interstitial Lung Disease in the Nylon Flocking Industry Workers Rhode Island, 1992-1996. MMWR 1997; 46:897-900.

34. Bang KM, Althouse R, Kim JH, Game S, **Parker JE**. Pneumoconiosis mortality surveillance in the USA, 1968-1992. Proceedings of the 9th International Conference on Occupational Respiratory Diseases, Kyoto, Japan 1998; Pages 180-187. Elsevier Science B.V. Advances in the Prevention of Occupational Respiratory Diseases, Keizo Chiyotani, Yutaka Hosoda, and Yoshiharu Aizawa, editors.

35. Althouse RB, Castellan RM, Attfield M, Bang KM, **Parker JE**. Surveillance of pneumoconiosis morbidity in US underground coal miners: 1970-1995. Proceedings of the 9th International Conference on Occupational Respiratory Diseases, Kyoto, Japan 1998;
pages 174-179. Elsevier Science B.V. Advances in the Prevention of Occupational Respiratory Diseases, Keizo Chiyotani, Yutaka Hosoda, and Yoshiharu Aizawa, editors.

36. Green FHY, Althouse R, **Parker JE**, Kahn J, Weber K, Vallyathan V. Trends in

the prevalence of coal workers pneumoconiosis in US autopsied coal miners. Proceedings of the 9th International Conference on Occupational Respiratory Diseases, Kyoto, Japan 1998; pages 145-151. Elsevier Science B.V. Advances in the Prevention of Occupational Respiratory Diseases, Keizo Chiyotani, Yutaka Hosoda, and Yoshiharu Aizawa, editors.

37. Marfin AA, Hubbs AF, Musgrave KJ, **Parker JE**. Occupationally Acquired Infections of the Lung. In Stellman JM (ed): Encyclopaedia of Occupational Health and Safety (Fourth Edition). International Labour Office, Geneva, 1998, p. 10.81-10.90.

38. **Parker JE**, Wagner GR. Silicosis. In Stellman JM (ed): Encyclopaedia of Occupational Health and Safety (Fourth Edition). International Labour Office, Geneva, 1998, p. 10.43-10.46.

39. Buono G, Husberg B, Ortega H, Petsonk E, Tan-Wilhelm D, **Parker J**. Preventing Asthma in Animal Handlers. NIOSH Alert, Publication No. 97-116, January 1998.

### Published Abstracts

1. Toxic Syndrome in Farm Workers Following Exposure to Stored Oats. Am Rev of Respir Dis 1988; 137:297.

2. Denton RA, **Parker JE**, Abrons HL, Gamble JF, Keimig DG. Lack of Relationship between Low Levels of Formaldehyde and Airway Hyperreactivity or Changes in Ventilatory Function: A Prospective Study. Am Rev of Respir Dis 1988; 137:299.

### Published Abstracts (continued):

3. Sorenson WG, Olenchock SA, **Parker JE**. Respiratory Illness in Farm Workers Associated with Exposure to Stored Oats. In: Program and abstracts of the Eighty-eighth Annual Meeting of the American Society for Microbiology (Miami Beach). Washington, DC:American Society for Microbiology 1988; 47.

4. **Parker JE**, Lapp NL, Banks DE. Surface Coal Mine Drillers and Silicosis: The Ten Year West Virginia Experience. Am Rev Respir Dis 1989; 139:A490.

5. Turner N, **Parker JE**, Hudnall J. The Effect of Hot, Humid Inspired Air on Dynamic Lung Compliance During Exercise. The FASEB (Federation of American Societies for Experimental Biology) Journal, 74th Annual Meeting, April 1990, Washington, DC, page A690.

6. Mannino DM, **Parker JE**, Townsend MC. Dairy Farming Production in the United

States and Deaths with Farmers Lung Disease from 1979-1986: An Ecologic Study. Am Rev Respir Dis, 141:(4); A588, 1990.

7.    Weber S, Petsonk E, Kullman G, Jones W, Olenchock S, Sorenson W, **Parker J.** Hypersensitivity Pneumonitis or Organic Dust Toxic Syndrome: The Clinical Dilemma in
        Organic Dust Exposures. Am Rev Respir Dis, 141:(4); A588, 1990.

8.    Kullman GJ, Jones WG, Olenchock SA, Sorenson WG, Marcelo-Baciu R, Petsonk EL, **Parker JE.** Organic Dust Exposures from Compost Handling Operations. Proceedings "Abstracts" of the American Industrial Hygiene Conference, May 1990, Orlando, FL, page 297.

9.    **Parker J**, Matte T, Hoffman R, Rosenman K, Stanbury M. Occupational Asthma: Experience with a Model Reporting System. Proceedings of USPHS Professional Association, The Public Health Service in the 1990's, 25th Annual Meeting, June 1990, Anchorage, Alaska, page 51.

10.   Stanevich R, Smith D, Cattledge G, **Parker J.** State-Based Model Construction Safety and Health Program. Proceedings of Third National Injury Control Conference "Setting the National Agenda for Injury Control in the 1990's," April 1991, Denver, Colorado, page 95.

11.   Etherton J, **Parker J.** Rollover Protective Structures. Proceedings of Third National Injury Control Conference "Setting the National Agenda for Injury Control in the 1990's," April 1991, Denver, Colorado, page 100.

12.   Olenchock SA, Sorenson WG, Marx JJ, **Parker JE.** Microbial Contamination and Immunologic Reactivity of Stored Oats. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 18.

13.   **Parker JE**, Castellan RM, Olenchock SA, Sorenson WG, Marx JJ. Organic Dust Toxic Syndrome: Clinical and Laboratory Evaluation of a Cluster of Cases. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 35.


**Published Abstracts** (continued):

14.   Mannino DM, **Parker JE**, Townsend MC. Deaths with Farmers Lung Disease and Dairy Farming Production: A Correlation using National Center for Health Statistics (NCHS) Multiple Cause of Death Tapes. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 36.

15.   Weber S, Petsonk E, Kullman G, Jones W, Olenchock S, Sorenson W, **Parker J.** Hypersensitivity Pneumonitis (HP) or Organic Dust Toxic Syndrome (ODTS): The

Clinical Dilemma in Organic Dust Exposures. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 37.

16. Kullman GJ, Jones WG, Olenchock SA, Sorenson WG, Marcelo-Baciu R, Petsonk EL, **Parker JE**. Organic Dust Exposure from Compost Handling Operations. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 93.

17. Bobick TG, Myers JR, Jensen RC, **Parker JE**. Musculoskeletal Injuries in Agriculture--An
Ergonomics Perspective. Abstracts of the Surgeon General's Conference: Agricultural
Safety and Health, May 1991, Des Moines, Iowa, page 96.

18. Etherton J, **Parker J**, Maines W. Rollover Protective Structures (ROPS) for Farm Tractors: The Stage is Set for Local Action. Abstracts of the Surgeon General's Conference: Agricultural Safety and Health, May 1991, Des Moines, Iowa, page 97.

19. Kullman GJ, Jones WG, Cornwell RJ, and **Parker JE**. Characterization of Air Contaminants Formed by the Interaction of Lava and Ocean Water. Proceedings "Abstracts" of the American Industrial Hygiene Conference & Exposition, May 1991, Salt Lake City, Utah, page 83.

20. Etherton J, **Parker J**. Rollover Protective Structures. Abstracts of the National Conference on the Prevention of Primary and Secondary Disabilities, June 1991, Atlanta, Georgia, page 59.

21. **Parker JE**, Wagner GR, Richards TB, Matte TD, Seligman PJ. Silicosis and Occupational Asthma: Surveillance Case Definitions for Reporting Occupational Respiratory Diseases. Proceedings of the USPHS Professional Association 27th Annual Meeting, April 1992, p. 96.

22. Lyman MD, **Parker JE**. Disease Prevention and the HazCom Standard: What Health Care Providers Should Know. Proceedings of the USPHS Professional Association 27th Annual Meeting, April 1992, p. 62.

23. Wagner GR, Attfield MD, **Parker JE**. Efforts to Improve Consistency and Accuracy in Chest Radiograph Classification in the United States: The NIOSH B Reader Program. Abstracts of the 8th International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, p. 241.


**Published Abstracts** (continued):

24. Althouse RB, Wagner GR, Castellan RM, **Parker JE**. Surveillance of Occupational Lung Diseases in the United States: Use of Data from National Programs.

Abstracts of the 8th International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, p. 239.

25. Hodous TK, Chen R, Kinsley KB, Liu X, McLaughlin JK, Chen J, Wu Z, Blot WJ, Wagner GR, **Parker JE**. Chinese-North American Comparison: A Comparison of Chest Radiographic Classifications for Pneumoconioses. Abstracts of the 8th International Conference on Occupational Lung Diseases in Prague, Czechoslovakia, September 1992, p. 87.

26. Short S, Liston R, O'Brien D, Migliozzi N, Wagner G, **Parker J**. Silico-tuberculosis Death in a Sandblaster: The Utility of the Sentinel Event Notification System for Occupational Risk (SENSOR) Program. Am Rev Respir Dis 1993; 147:A898.

27. Jennison E, **Parker J**, Herrick R, Kelly J, Goberna R, Beltran J. An Outbreak of Organizing Pneumonitis in Textile Workers, Alicante, Spain. EIS Conference, Atlanta, GA, April 1993.

28. Cocalis JC, **Parker JE**, Short SR, Groce DW. Preventing Silicosis in Surface Coal Mine Rock Drillers. Proceedings "Abstracts" of the American Industrial Hygiene Conference & Exposition, New Orleans, LA, May 1993, p. 79.

29. Durand KTH, Kern DG, Sherman CB, Myers WR, Noonan GP, Jones WS, **Parker JE**. An Inside-the-Mask Sampling Method for Measuring Firefighter Exposures. Proceedings "Abstracts" of the American Industrial Hygiene Conference & Exposition, New Orleans, LA, May 1993, p. 50.

30. Cocalis JC, **Parker JE**, Groce DW, Linch KD, Roman JM. Targeted Actions to Prevent Silicosis in Sandblasters. Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 30, 1993. Program Syllabus, page 68.

31. Cocalis JC, **Parker JE**, Short SR, Linch KD, Roman JM. Preventing Silicosis in Overburden Rock Drillers and Driller Helpers. Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 28, 1993. Program Syllabus, page 113.

32. Short SR, **Parker JE**, Musgrave KJ, Jajosky RA, Wagner GR, Migliozzi N, Liston R. Silicosis in Sandblasters--Reporting and Surveillance: The Utility of the NIOSH SENSOR Program. Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 30, 1993. Program Syllabus, page 33.

33. Linch KD, Groce DW, Cocalis JC, **Parker JE**. Silica Exposure Surveillance in the Construction Industry. Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 28, 1993. Program Syllabus, page 28.

**Published Abstracts** (continued):

34. **Parker JE**, Musgrave KJ, Jajosky RA, Wagner GR.   A Surveillance Case Definition for Reporting Silicosis.   Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 30, 1993.  Program Syllabus, page 32.

35. Marks PJ, Short SR, Cocalis JC, **Parker JE**, Banks DE.  Dust Exposures in Surface Coal Mine Drillers.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 28, 1993.  Program Syllabus, page 112.

36. McCurdy SA, Swartz J, Ferguson T, Goldsmith D, **Parker JE**, Schenker MB.  Rice Farming and Respiratory Health in California.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 29, 1993.  Program Syllabus, pages 52-55.

37. Jacobsen M, **Parker J**.  Boundaries Between Small Opacity Profusion Categories in the ILO Classification of Radiographs of Pneumoconioses.  American Journal of Respiratory and Critical Care Medicine, 149:A402, 1994.

38. Wilt JL, Banks DE, Lapp NL, Weissman DN, Dedhia HV, **Parker JE**, et al.  Whole Lung Lavage for the Treatment of Silicosis.  American Journal of Respiratory and Critical Care Medicine, 149:A405, 1994.

39. Anto JM, Moya C, Newman-Taylor A, et al.  Outbreak of Organizing Pneumonia in Textile Dye Sprayers.  American Journal of Respiratory and Critical Care Medicine, 149:A409, 1994.

40. Musgrave KJ, **Parker JE**, Olenchock SA, Castellan RM, Reed LD, Flesch JP.  Preventing Organic Dust Toxic Syndrome, a NIOSH Alert.  Abstracts of Poster Presentations for The First National Conference for NIOSH-Sponsored Centers for Agricultural Disease and Injury Research, Education, and Prevention, Feb. 27-Mar 1, 1994, page 35.

41. Musgrave KJ, Brower PS, **Parker JE**, Attfield MD.  Surveillance Data on US Coal Miners' Pneumoconiosis, 1992.   Abstracts of the American Public Health Association Annual Meeting, Washington, DC, Oct. 30-Nov. 3, 1994, page 183.

42. Linch KD, Groce DW, Cocalis JC, **Parker JE**. Controlling Crystalline Silica Exposures in the Construction Industry. Abstracts of the American Industrial Hygiene Conference & Exposition, May 22-26, 1995, page 51.

43. Bang KM, Kim JH, **Parker JE**. Pulmonary Tuberculosis Mortality in the United States, 1985-1992: Proportionate Mortality Ratios by Occupation and Geographic Mortality Patterns. The Lancet Conference, Washington, DC, Sept. 14-15, 1995.

44. **Parker, JE**. The Use of the ILO Classification in Surveillance: The NIOSH Perspective. Abstracts of Scientific Presentations, 1996 American Occupational Health Conference, p. 11.

**Published Abstracts** (continued):

45. Banks DE, Wilt JL, Lapp NL, Vallyathan V, Castranova V, Weissman DN, Dedhia H, **Parker JE**, Shumaker J. Release of Proinflammatory Cytokines and Oxygen Scavengers from Alveolar Macrophages Obtained from Two Silicotic Subjects by Whole Lung Lavage. Am J Respir Crit Care Med, 153;A472, 1996.

46. Avashia S, Wang M-L, **Parker JE**, Tarlo S, Woolf C, Morgan WKC, Roos J, Chan J, Banks DE. Clinical Features Associated with the Development of Progressive Massive Fibrosis (PMF). Chest, 110:10S, 1996.

47. Hubbs AF, Castranova V, Frazer DG, Grote A, Ma JYC, Ducatman BS, Siegel PD, Schwegler-Berry D, Barger M, **Parker J**. Pulmonary Toxicity of Reformulated Aerosols. Abstracts of ACVP Meeting, Seattle, WA, December 2, 1996.

48. Linch KD, Groce D, **Parker J**. Preventing Silicosis and Deaths in Construction Workers. Abstracts of the American Industrial Hygiene Conference & Exposition, Dallas, TX, May 19-23, 1997, page 15.

49. Althouse RB, Castellan RM, Attfield MD, Bang KM, **Parker JE**. Surveillance of Pneumoconiosis Morbidity in United States Underground Coal Miners: 1970-1995. Abstracts of the Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997, page 117.

50. Bang KM, Althouse R, Kim JH, Game S, **Parker JE**. Pneumoconiosis Mortality Surveillance in the United States, 1968-1992. Abstracts of the Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997, page 118.

51. MD Rossman, J Regovich, J Aronchick, **J Parker**, MJ Reilly, KD Rosenman. Radiologic and immunologic screening is necessary to detect chronic beryllim

disease among retired beryllium workers.  To be presented at the 2000 ALA/ATS International Conference, May 5-10, 2000, Toronto, Ontario, Canada.

52. MD Rossman, J Regovich, J Aronchick, **J Parker**, MJ Reilly, KD Rosenman. Unrecognized chronic beryllium disease among retired beryllium workers.  To be presented at the 2000 ALA/ATS International Conference, May 5-10, 2000, Toronto, Ontario, Canada.

53. MD Rossman, KD Rosenman, MJ Reilly, A Bush, V Hertzberg, J Regovich, J Aronchick, **J Parker**, C Rice.  Newly diagnosed chronic beryllium disease (CBD) in former beryllium workers.  Presented at the American Thoracic Society 2002, May 17-22, Atlanta, Georgia.

54. HV Dedhia, O Leombruno, R Barzanti, R Benzo, **J Parker**, L Teba. Outcomes of post ICU weaning from mechanical ventilation in patients with acute respiratory failure in a rural rehabilitation hospital.  (co-author).  ATS Meeting May 2004.

## Invited Presentations - National and International:

1. Organic Dust Toxic Syndrome in Farm Workers following Exposure to Stored Oats. American Thoracic Society, Las Vegas, NV, May 1988.

2. Acute Respiratory Illness in Farm Workers following Exposure to Stored Oats. Chicago Lung Conference, Chicago, IL, October, 1988.

3. Surface Coal Mine Drillers and Silicosis: The Ten Year West Virginia Experience. American Thoracic Society, Cincinnati, OH, May 1989.

4. Occupational Asthma: Experience with a Model Reporting System.  The Public Health Service in the 1990's, 25th Annual Meeting, Anchorage, Alaska, June 1990.

5. Epidemiology of the Pneumoconioses.  American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, September 1991.

6. The NIOSH B Reader Program and Examination--An Overview. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, September 1991.

7.  Silicosis and Occupational Asthma: Surveillance Case Definitions for Reporting Occupational Respiratory Diseases. USPHS Professional Association 27th Annual Meeting, Cincinnati, OH, April 1992.

8.  Efforts to Improve Consistency and Accuracy in Chest Radiograph Classification in the United States: The NIOSH B Reader Program. 8th International Conference on Occupational Lung Diseases, Prague, Czechoslovakia, September 1992.

9.  Surveillance of Occupational Lung Diseases in the United States: Use of Data from National Programs. 8th International Conference on Occupational Lung Diseases, Prague, Czechoslovakia, September 1992.

10. Chinese-North American Comparison:  A Comparison of Chest Radiographic Classifications for Pneumoconioses. 8th International Conference on Occupational Lung Diseases, Prague, Czechoslovakia, September 1992.

11. Preventing Silicosis in Rock Drillers.  American Public Health Association, Washington, DC, November 1992.

12. Clinical Vignettes & Worksites Where Pneumoconiosis Still Occurs. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, November 1992.

**Invited Presentations - National and International** (continued):

13. The NIOSH B Reader Program and Examination--What to Expect.  American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, Arlington, VA, November 1992.

14. Silicosis and Other Pneumoconioses in the 1990's. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, New Orleans, LA, October 1993.

15. American College of Radiology (ACR) Symposium on the Radiology of the Pneumoconioses, New Orleans, LA, October 1993.

16. Pulmonary Function and Symptoms of Silica-related Diseases.  Mini-Course: Diagnosis, Treatment, and Prevention of Silica-Related Diseases.  Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 1993.

17. A Surveillance Case Definition for Reporting Silicosis. Second International Symposium on Silica, Silicosis & Cancer, San Francisco, CA, October 1993.

18. Medical Screening and Surveillance of Mineral Dust Exposed Workers. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Mexico City, Mexico, March 1994.

19. The Application of the ILO Classification System--Uses and Misuses. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Mexico City, Mexico, March 1994.

20. The Clinical Picture, Recognition, and Prevention of Silicosis. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Mexico City, Mexico, March 1994.

21. Non-pneumoconiotic Disease in Dust Exposed Workers. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Sao Paulo, Brazil, May 1994.

22. The NIOSH B Reader Program. International Labour Office Seminar and Workshop on Health Effects, Exposure Monitoring, and Control of Natural and Synthetic Fibers, Sao Paulo, Brazil, May 1994.

23. The Role of Surveillance and Health Hazard Evaluations in the Prevention of Occupational Lung Diseases. International Conference on Occupational and Environmental Medicine, Bombay, India, January 1995.

24. Lead and Its Effect on Health. International Conference on Occupational and Environmental Medicine, Bombay, India, January 1995.

**Invited Presentations - National and International** (continued):

25. Occupational Lung Diseases in the United States--Then and Now. International Conference on Occupational and Environmental Medicine, Bombay, India, January 1995.

26. Utility of the ILO Chest Radiographic Classification System in the Prevention of Occupational Lung Disease. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

27. The Application of the ILO Classification System--Uses and Misuses. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

28. Silicosis--Clinical Picture, Recognition, and Prevention. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

29. Obstructive Airways Disease in Dust-Exposed Workers. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

30. The U.S. NIOSH B Reader Program. Seminar on the Use of International Radiographs for Classification of Pneumoconioses, Lima, Peru, February 1995.

31. North American Worksites Where Pneumoconiosis Still Occurs--in the 1990s. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, Arlington, VA, March 1995.

32. The NIOSH B Reader Program--What It Is and How to Prepare for the Examination. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, Arlington, VA, March 1995.

33. History of the ILO Classification System and Standard Film Review. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

34. Silicosis--Clinical Aspects, Prevention, and Therapy. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

35. Health Effects of Occupational Asbestos Exposures. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

36. Obstructive Airways Disease in Dust-Exposed Workers--What the Chest X-ray Doesn't Tell You. Workshop on the Radiology of Pneumoconioses, Moscow, Russia, June 1995.

37. Occupational Work-Related Diseases--Their Identification and Prevention. Workshop on Occupational Health and Environmental Protection, Harare, Zimbabwe, July 1995.

**Invited Presentations - National and International** (continued):

38. Utility of the ILO Chest Radiographic Classification System in the Prevention of Occupational Lung Disease. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

39. The Application of the ILO Classification System--Uses and Misuses. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

40. Silicosis--Clinical Picture, Recognition, and Prevention. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

41. Obstructive Airways Disease in Dust-Exposed Workers. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

42. Byssinosis and Occupational Asthma. Seminar on Occupational Respiratory Disease and Workshop on the Use of Standard Chest Radiographs for the Classification of Pneumoconioses, Caracas, Venezuela, October 1995.

43. Emerging Problems and International Cooperation in Occupational Respiratory Disease. Second

44. Sandblasting, Abrasive Blasting Substitutes, and the Prevention of Silicosis. SSPC 1995 International Conference and Exhibition, Dallas, TX, November 1995.

45. The Use and Misuse of the ILO Classification System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

46. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

47. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

48. NIOSH--A Research and Prevention Agency. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Antofagasta and Santiago, Chile, November 1995.

**Invited Presentations - National and International** (continued):

49. Occupational Respiratory Health and Hazard Surveillance. SOEH Annual Meeting, Advances in Medical Surveillance for Environmental and Occupational Health: From Exposure Onset through Health Outcome, Bethesda, Maryland, December 1995.

50. The Use of the ILO Classification in Surveillance: The NIOSH Perspective. American Occupational Health Conference, San Antonio, TX, May 1996.

51. Silicosis as a Sentinel Event and US Worksites Where Silicosis Still Occurs In the 1990s. Allegheny-Erie Chapter--Society of Toxicology Eighth Annual Meeting: Silicosis: Continuing Occurrences of an Ancient Disease. Pittsburgh, PA, May 1996.

52. The Use and Misuse of the ILO Classification System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

53. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

54. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

55. NIOSH--A Research and Prevention Agency. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Bogota, Colombia, June 1996.

56. Silicosis--Recognition and Prevention. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

57. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

58. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

59. Types of Pneumoconioses.    Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Mexico City, Mexico, September 1996.

60. Clinical Vignettes & Worksites Where Pneumoconiosis Still Occurs. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

## Invited Presentations - National and International (continued):

61. Clinical Picture of the Pneumoconioses.  American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

62. Recognition and Prevention of Occupational Lung Disease in Dust Exposed Workers--What the X-ray Doesn't Tell You. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

63. The NIOSH B Reader Program--Examination Preparation and Success Rates. American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, McLean, VA, October 1996.

64. The Utility of Chest Radiographs in the Prevention of Pneumoconioses. National Training Workshop on Pneumoconioses, Jakarta, Indonesia, October 1996.

65. The Clinical Picture of Silica and Asbestos-Related Diseases. National Training Workshop on Pneumoconioses, Jakarta, Indonesia, October 1996.

66. The ILO Classification System for Chest Radiographs--Principles and Perspectives. National Training Workshop on Pneumoconioses, Jakarta, Indonesia, October 1996.

67. The Use of Chest Imaging Techniques in Asbestos-Related Diseases.  Asbestos, Asbestosis, and Cancer:  An International Expert Meeting (Finnish Institute of Occupational Health), Helsinki, Finland, January 1997.

68. The Use and Misuse of the ILO Classification System.  Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Santiago and La Serena, Chile, August 1997.

69. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Santiago and La Serena, Chile, August 1997.

70. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography

of the Pneumoconioses, Santiago and La Serena, Chile, August 1997.

71. NIOSH--A Research and Prevention Agency.  Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, Santiago and La Serena, Chile, August 1997.

72. Surveillance of Pneumoconiosis Morbidity in United States Underground Coal Miners: 1970-1995.  Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997.

**Invited Presentations - National and International** (continued):

73. Pneumoconiosis Mortality Surveillance in the United States, 1968-1992.  Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997.

74. Optimal Spray System Designs for Continuous Miner Dust Control.  Ninth International Conference on Occupational Respiratory Diseases (ICORD), Kyoto, Japan, October 1997.

75. The ILO classification system for pneumoconiosis.  Training seminar in chest Radiology, Viterbo, Italy, May 1998.

76. The recognition and prevention of Occupational Asthma.  Training seminar in chest Radiology, Viterbo, Italy, May 1998.

77. Silicosis and ancient disease still occurring at the end of the 20th century. Training seminar in chest Radiology, Viterbo, Italy, May 1998.

78. The recognition and prevention of Occupational Asthma.  Training seminar in chest radiology, Viterbo, Italy, May 1998.

79. The Clinical Picture of Silica and Asbestos-Related Diseases.  Workshop on Occupational Lung Disease, Quito, Equador, September 1998.

80. The ILO Classification System for Chest Radiographs--Principles and Perspectives. Workshop on Occupational Lung Disease, Quito, Equador, September 1998.

81. Byssinosis and Occupational Asthma. Workshop on Occupational Lung Disease, Quito, Equador, September 1998.

82. Occupational lung disease--Recognition and Prevention. Latin American Chapter of the IUATLD Caracas, Venezuela, October 1998.

83. Coal workers pneumoconiosis.  Latin American Chapter of the IUATLD Caracas, Venezuela, October 1998.

84. Workplace causes of Interstitial Lung Diseases. Brazilian Thoracic Society, Rio de Janeiro, Brazil, November 1998.

85. 1998 Revision of the ILO classification system for pneumoconiosis.  Brazilian Thoracic Society, Rio de Janeiro, Brazil, November 1998.

86. Basics of Occupational Lung Disease:1999 Update. American Thoracic Society International Conference, San Diego, California, April 1999.

87. Silicosis -- Recognition and Prevention.  Workshop and training seminar on Dust-related
    Lung Diseases, Santiago, Chile, September 1999.

## Invited Presentations - National and International (continued):

88. Asbestos-related Disorders. Workshop and training seminar on Dust-related Lung Diseases, Santiago, Chile, September 1999.

89. Chest Radiography in Dust Exposed Workers. Workshop and training seminar on Dust-related Lung Diseases, Santiago, Chile, September 1999.

90. Screening and Surveillance of Occupational Lung Diseases.   Workshop and training seminar on Dust-related Lung Diseases, Santiago, Chile, September 1999.

91. Asbestos Exposure and Human Health.  Campinas University School of Medicine and Public Health, Campinas, Brazil, November 1999.

92. Chest Imaging Techniques in Occupational Lung Disease.  Campinas University School of Medicine and Public Health, Campinas, Brazil, November 1999.

93. Occupational Asthma. Campinas University School of Medicine and Public Health. Campinas, Brazil, November 1999.

94. Asbestosis and HRCT - An approach to standardization.  International Experts Meeting on Asbestosis, Espoo, Finland, February 2000.

95. Early lung cancer identification with spiral or helical CT scanning.  International Experts Meeting on Asbestosis, Espoo, Finland, February 2000.

96. High resolution CT in asbestosis related lung diseases. Nikko, Japan, July 2000.

97. Imaging parameters for high resolution tomography in the pneumoconiosis. Nikko, Japan, July 2000.

98. Surveillance and screening of occupational lung disorders.    Fukui, Japan, July 2000.

99. Chest radiography in dust exposed populations.  European Respiratory Society, Florence, Italy, September 2000.

100. Whole lung lavage as a method to reduce pulmonary dust burden.   European Respiratory Society, Florence, Italy, September 2000.

101. Occupational lung disease: Review of the decade.  European Respiratory Society, Florence, Italy, September 2000.

102. Silicosis: Clinical features.    European Respiratory Society, Florence, Italy, September 2000.

**Invited Presentations - National and International** (continued):

103. Principles and Perspectives of the ILO Classification System.  National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

104. Chest Radiography in Dust Exposed Workers.  National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

105. Silicosis - Clinical Picture and Recognition.   National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

106. Asbestos Related Disorders.   National Training Program on Pneumoconiosis. Bangkok, Thailand, December 2000.

107.  Certification and Training Program using the ILO System.  National Training Program
    on Pneumoconiosis. Bangkok, Thailand, December 2000.

108. Radiology of Asbestos Related Diseases.  Summer Program, University of Chile, School of Public Health, January 2001.

109. Mesothelioma and Lung Cancer. Summer Program, University of Chile, School of Public Health, January 2001.

110. Manifestations of Silicosis. Summer Program, University of Chile, School of Public Health, January 2001.

111. New Diseases of Work Related Origin. Summer Program, University of Chile, School of Public Health, January 2001.

112. Sleep - The Best Medicine. University of Capetown, Capetown, South Africa, August 8, 2001.

113. Interstitial Lung Disorders. UCT Lung Institute, Capetown, South Africa, August 10, 2001.

114. Public Health and the Importance of the Astute Clinician. Bloemfontein, South Africa, August 21, 2001.

115. New Etiologies of Interstitial Lung Disease, Bloemfontein, South Africa, August 21, 2001.

116. COPD - What to do when the FEV1 is less than 30% predicted. Bloemfontein, South Africa, August 22, 2001.

117. The Use and Misuse of the ILO Classification System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses. International Occupational Lung Disease Workshop, Hanoi, Vietnam, May 4-8, 2002.

**Invited Presentations - National and International** (continued):

118. Certification and Training Programs Using the ILO System. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, International Occupational Lung Disease Workshop, Hanoi, Vietnam, May 4-8, 2002.

119. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. Workshop and Seminar on the International Classification System for Radiography of the Pneumoconioses, International Occupational Lung Disease Workshop, Hanoi, Vietnam, May 4-8, 2002.

120. The ILO Classification System for Chest Radiographs--Principles and Perspectives. International Occupational Lung Disease Training Workshop, Viterbo, Italy, June 10-14, 2002.

121. Certification and Training Programs Using the ILO System. International Occupational Lung Disease Training Workshop, Viterbo, Italy, June 10-14, 2002.

122. Surveillance and Screening in the Prevention of Occupational Respiratory Diseases. International Occupational Lung Disease Training Workshop, Viterbo, Italy, June 10-14, 2002.

123. WHO/ILO Workshop on Occupational Lung Disease 2005 Ankara, Turkey, Invited course director.

124.    WHO/ILO Workshop on Pneumoconiosis 2005 Hanoi Vietnam, Invited course director.

125.    International Labor Office/WHO -- ICORD 2005 Beijing China Conference Summarizer,
    and four invited presentations: Lung Cancer and Occupation; Radiology of Occupational
    Lung Disease; Asthma and Work; Emerging and Novel Occupational Lung Disorders.

126.    PAHO/ILO Silicosis Prevention Strategies Conference 2005 Santiago, Chile Invited
    presentations on Imaging in Silica related lung diseases; Screening Strategies for dust
    exposed workers.

127.    American Thoracic Society International Conference 2005 San Diego, California invited
    Expert Clinician Session.

128.    American Thoracic Society International Conference 2006 San Diego, California Invited
    Meet the Professor Session.

129.    PAHO/ILO -- 2006 Latin American Symposium on Asbestos related lung diseases ASLAT 2006 Sao Paulo Brazil, invited presentations –Screening and Surveillance of non malignant Asbestos related lung diseases; Imaging in Asbestos exposed workers.

130.    International Commission on Occupational Health (ICOH) Meeting 2006 Milan Italy invited presentation The ATS and Helsinki Criteria for asbestos related diseases.

**Invited Presentations - Local**

1. Sleep. Doctor's On Call WNPB-TV, WSWP-TV and WPBY-TV. August 26, 1999.

2. Sleep Disorders Including Obstructive Sleep Apnea. Ohio Valley Medical Center, Wheeling, West Virginia, October 1999.

3. Alpha1 antitrypsin Deficiency. CPC, Department of Medicine, West Virginia University School of Medicine. December 14, 1999.

4. Sleep Disorders. Family Medicine, West Virginia University School of Medicine. January 5, 2000.

5. Concepts of Disease Emergence & Surveillance Systems for Infectious & Occupational/Environmental Diseases. NASA Headquarters/Centers and the video-teleconferencing for global viewers. MDTV, West Virginia University School of Medicine. January 28, 2000.

6. Obstructive and restrictive pulmonary disease. Exercise Physiology, West Virginia University School of Medicine, February 9, 2000.

7. Sleep. Doctors on Call, WNPB-TV, WSWP-TV and WPBY-TV. February 24, 2000.

8. Sleep disorders. Greenbrier Clinic, April 18, 2000.

9. Bronchiectasis, Resident's Noon Conference, Department of Medicine, West Virginia University School of Medicine, April 20, 2000.

10. Pneumonconiosis in Dutch construction workers. International Symposium in Pulmonary Diseases, West Virginia University School of Medicine, Section of Pulmonary and Critical Care Medicine, May 1, 2000.

11. Sleep disordered breathing. Preston Memorial Hospital, Kingwood, West Virginia, May 11, 2000.

12. Occupational Lung Disease: An Overview. Fairmont Clinic, Fairmont, West Virginia, June 2000.

13.  Air Flow Obstruction.  Department of Family Medicine, West Virginia University School of Medicine, Morgantown, WV, August 4, 2000.

**Lectures/Presentations - Local**

WVU-*Pneumonias* Micro 301  MSII  10/14/85
ALOSH-*Lessons from the Tuskeegee Study*  CIB Seminar  11/14/85
ALOSH-*Methacholine Challenge Studies*  CIB Seminar  11/21/85

**Lectures/Presentations – Local** (continued)

WVU-*Localized Pulmonary Infiltrates*  Med 331  MSIII  12/03/85
WVU-*COPD Management of Complications*  ICU-Staff Conf  01/22/86
ALOSH-*Ventilatory Response to Carbon Dioxide*  HHE Conf  03/16/86
WVU-*Obstructive Airways Disease*  MED 331  MSIII  03/18/86
WVU-*COPD Diagnosis & Therapies*  ICU-Staff Conf  04/16/86
        ALOSH-*Pulmonary Function Abnormalities in Wollastonite Exposed Workers,* CIB
                Seminar  05/08/86
WVU-*Respiratory Failure, Lung Cancer, Pleural Effusions, Oxygen Therapy,* Internal
        Medicine Board Review Course,  05/22/86
ALOSH-*Acute Respiratory Illness in Farm Workers*  HHE Conf  09/04/86
        WVU-*Localized Pulmonary Infiltrates*  MED 331  MSIII  09/09/86
WVU- Toxic Organic Dust Syndrome  Allegheny General/WVU Pulmonary Conference
        11/04/86
WVU- *Actinomycosis*  Medicine Pathology Conference  11/06/86
WVU- Intro. to Clinical Medicine *Clinical Correlations*  Med 321  MSII, 11/21/86
WVU-*Interstitial Lung Disease*  Med 331  MSIII  12/03/86
WVU-*Localized Pulmonary Infiltrates*  Med 331  MSIII  03/17/87
WVU-Internal Medicine Board Review, *Lung Cancer*  04/14/87
WVU-*Pulmonary Function Testing, X-rays*  PT 112  04/14/87
ALOSH-HHE Conference  *Occupational Hazards of Mercury*  05/28/87
WVU-*Obstructive Airways Disease*  Med 331  MSIII  06/09/87
WVU-*Respiratory Failure*  Med 331  MSIII  08/25/87
WVU-Allegheny General/WVU Conference *Primary Ciliary Dyskinesia*  09/01/87
ALOSH-WVU/ALOSH Seminar *Pulmonary Response Patterns: Inhaled
 Noninfectious Organic Particles*  09/11/87
WVU-*Tumors of Lung & Mediastinum*  ICM Med 321  MSII  10/20/87
WVU-*Clinical Pathology of Respiratory System*  Path 351  MSII  10/21/87
WVU-Intro. to Clinical Medicine *Clinical Correlations*  Med 321  MSII 10/22/87
WVU-*Obstructive Airways Disease*  Med 331  MSIII  11/17/87
WVU-*Respiratory Failure*  Med 331  MSIII  03/02/88
WVU-Internal Medicine Board Review, *Lung Cancer*  04/05/88
ALOSH-DRDS Seminar *Organic Dust Toxic Syndrome* 06/01/88
ALOSH-DRDS Seminar *Formaldehyde Exposures and Ventilatory Function,* 06/15/88
WVU-*Localized Pulmonary Infiltrates*  Med 331  MSIII  08/05/88

WVU-*Tumors of Lung & Mediastinum* ICM Med 321 MSII 10/18/88
WVU-*Clinical Pathology of Respiratory System* Path 351 MSII 10/19/88
WVU-Intro. to Clinical Medicine *Clinical Correlations* Med 321 MSII, 10/20/88
WVU-*Occupational Respiratory Diseases* ICM Med 321 12/09/88
WVU-*Lung Masses and Nodules* Med 331 MSIII 01/25/89
WVU-*AIDS and The Lung*, Residents Conference 02/02/89
WVU-*Nosocomial Pneumonia*, ICU Lecture Series 02/22/89
WVU- *Nosocomial Pneumonia*, ICU Lecture Series 03/22/89
WVU-Internal Medicine Board Review, *Lung Cancer* 04/11/89
WVU- *Nosocomial Infection* ICU Lecture Series 04/13/89
ALOSH-WVU/ALOSH Seminar *Respiratory Effects of Firesmoke* 4/14/89
ALOSH-DRDS Seminar *Surface Coal Mine Drillers and Silicosis* 05/10/89

**Lectures/Presentations – Local** (continued)

WVU Med Path Conf *Smoke Inhalation* 05/23/89
WVU *Interstitial Lung Disease* Med 331 MSIII 06/07/89
WVU-*Nosocomial Infection* ICU Lecture Series 06/26/89
ALOSH-DRDS Seminar *Respiratory and Systemic Effects of Inhaled Exposures to Organic Dusts* 07/19/89
WVU- *Nosocomial Pneumonia*, ICU Lecture Series 08/09/89
WVU-*Tumors of Lung & Mediastinum* ICM Med 321 MSII 10/12/89
ALOSH-*Diagnostic Approach to Respiratory Disease in Miners* Black Lung Clinics-Provider Training Program 3/16/90
WVU-Internal Medicine Board Review, *Lung Cancer* 05/15/90
ALOSH- *Wollastonite-Exposures, Health Effects, Fibers, Construction and Future Directions* 6/13/90
WVU-*Diffuse Infiltrative Lung Diseases*, ICM Med 321 MSII 10/2/90
WVU-*Hypersensitivity Pneumonitis* Residents Lecture 10/8/92
WVU-*Organic Dust Toxic Syndrome* Core Pulmonary Series 10/8/92
WVU-*Chronic Obstructive Pulmonary Disease* ICM Med 321 MSII 10/29/92
WVU-Medicine Pathology CPC 11/16/92
WVU- *Dyspnea* Med 331 MSIII 7/21/93
WVU-*TB* Microbiology Technicians 9/24/93
WVU-*Medical Screening, Surveillance, and Sentinel Health Events* IOEH Resident Lecture
Series 2/20/96
ALOSH-DRDS/HELD Seminar *The NIOSH B Reader Program* 2/12/97
WVU-*ILO Classification and Trends in Pneumoconiosis* IOEH Lecture Series 2/18/97
WVU- *The Future of Public Health in the Federal Sector* WVU MPH Program IOEH Lecture Series 4/4/97
WVU- *The ILO Classification System* Core Pulmonary Lecture Series 2/26/98
WVU-*The Critical Interface Between Clinical Medicine and Public Health.*
CORE Pulmonary Lecture Series 6/4/98
WVU-*Exercise and Lung Disease* Exercise Physiology 2/22/99
WVU-*Obstructive Airways Diseases.* Alderson and Broaddus, Philippi, West Virginia

3/16/99

WVU-*ILO Classification System for Chest Radiography* IOEH Resident Lecture Series

3/23/99

WVU-*Overview of Sleep Disorders* CORE Lecture Series 4/9/99

WVU-*Polysomnography, Part I*, CORE Lecture Series 4/16/99

WVU-*Polysomnography, Part II*, CORE Lecture Series 5/7/99

WVU-*Obstructive Lung Disease* Medical Residents Noon Conference 5/13/99

WVU-*Sleep Disordered Breathing and Sleep Apnea* CORE Lecture Series 5/14/99

WVU-*Radiology in Occupational Lung Disease* IOEH Lecture Series 8/31/99

WVU-*Surveillance of Occupational Lung Disease* IOEH Lecture Series 9/7/99

WVU-*Obstructive Lung Diseases & Dentistry* 4th Year Dental Students 9/10/99

WVU-*Chronic Obstructive Lung Diseases* MS-2 10/12/99

WVU-*Sleep Medicine Psychiatry* Residents Lecture Series 10/12/99

WVU-*Recognition and Management of COPD* Family Medicine Lecture 10/13/99

WVU-*Obstructive Sleep Apnea* Psychiatry Residents Lecture Series 10/14/99

WVU-*Introduction to Sleep Physiology* MS-1 11/2/99

**Lectures/Presentations – Local** (continued)

WVU-*Sleep and Breathing* MS-1 11/9/99

WVU-*Sleep disorders* WVU/UHA POC Staff 08/2000

WVU-*Chronic Obstructive Pulmonary Disease*, MSII, 09/26/00

WVU- *Hypersensitive pneumonitis* IOEH Lecture Series 10/03/00

WVU-WVU-*Surveillance of Occupational Lung Disease* IOEH Lecture Series 10/10/00

WVU-*The Sleep History* Medical Residents Noon Conference 10/12/00

*WVU-Obstructive and Restrictive Pulmonary Disease*, students in Exercise Physiology, 02/19/01

**Continuing Education**

Advances in Internal Medicine, University of Utah, 1978

Medical and Surgical Advances in Gastroenterology, University of Utah, 1979

American College of Physicians, MKSAP V Course I, II, III, 1979

Annual Session, American College of Physicians, 1979

Critical Care Symposium, University of Southern California, School of Medicine, 1980

American College of Physicians Stanford Infectious Diseases Course, 1980

Advances in Internal Medicine, University of California, San Francisco, 1981

Update in Internal Medicine, University of California, San Diego, 1982

Emergency Management of Critically Ill Patient, American College of Physicians, 1983

Annual Session, American College of Physicians, 1983

Arizona Chapter, American College of Physicians, 1983

Advances in Internal Medicine, University of California, San Francisco, 1984

Advances in Internal Medicine, University of California, San Francisco, 1985

American College of Chest Physicians, Pulmonary Review Course, 1986

Armed Forces Institute of Pathology, Seminar in Pulmonary & Mediastinal  Diagnosis, 1986

American Thoracic Society Annual Meeting, New Orleans, LA, 1987

American Thoracic Society Annual Meeting, Las Vegas, NV, 1988

VIIth International Pneumoconioses Conference, Pittsburgh, PA, 1988

American College of Chest Physicians, Pulmonary Review Course, Philadelphia, PA, 1988

Mount Sinai School of Medicine, Scientific Basis for Evaluation of Asbestos-associated Disease,

New York, 1989

American Thoracic Society Annual Meeting, Cincinnati, OH, 1989

West Virginia Thoracic Society Annual Scientific Meeting, Barboursville, WV, 1989

American Thoracic Society Annual Meeting, Boston, MA, 1990

Annual Meeting of USPHS Professional Association, Anchorage, AK, 1990

Occupational Musculoskeletal Injury Prevention, Ann Arbor, MI, 1991

Surgeon General's Conference on Agricultural Safety and Health,  Des Moines, IA, 1991

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses,     Arlington, VA, 1991

American College of Chest Physicians Annual Session, San Francisco, CA, 1991

Annual Meeting of USPHS Professional Association, Cincinnati, OH, 1992

American Thoracic Society Annual Meeting, Miami, FL, 1992

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses,

Arlington, VA, 1992

NIOSH Workshop on Preventing Occupational Asthma, Pittsburgh, PA, 1993


**Continuing Education** (Continued):

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses, New

Orleans, LA, 1993

Second International Symposium on Silica, Silicosis, & Cancer,  San Francisco, CA, 1993

Diagnosis, Treatment, and Prevention of Silica-Related Diseases, San Francisco, CA, 1993

Oxygen Radicals & Lung Injury Conference, Morgantown, WV, 1993

American Thoracic Society Annual Meeting, Boston, MA, 1994

SOEH 1994 Annual Conference - Tuberculosis in the Workplace:  Science, Implementation and     Prevention Policy, Rockville, MD, 1994

American College of Radiology (ACR) Symposium on Radiology of the Pneumoconioses,

Arlington, VA, 1995

ATS/ALA International Conference, Seattle, WA, 1995

SOEH Annual Meeting - Advances in Medical Surveillance for Environmental and Occupational

Health, Bethesda, MD, 1995
Allegheny-Erie Chapter--Society of Toxicology Eighth Annual Meeting:    Silicosis:
      Continuing    Occurrences of an Ancient Disease, Pittsburgh, PA, May 1996
American   College   of   Radiology   (ACR)   Symposium   on   Radiology   of   the
      Pneumoconioses,
            McLean,    VA, 1996
32nd Annual COA Meeting, Tucson, Arizona, 1997
The Stanford School of Sleep Medicine, 1999
ATS/ALA International Conference, San Diego, California, 1999
The Stanford School of Sleep Medicine, 2000
European Respiratory Society Meeting, Florence, Italy, 2000

## Grants

### Received
 Department of Health and Human Services
Public Health Service, Indian Health Service
#PL 94-437-83-B
1982 - $28,000
1983 - $44,000
      1984 - $44,000
1985 - $50,000
Title:  Pregnancy & Health: Fetal Alcohol Syndrome
Prevention Project
Principal Investigator:  John E. Parker, M.D.

Department of Health and Human Services
Public Health Service, Indian Health Service
#PL 94-437-84-D
1984 - $20,000
1985 - $22,000
Title:  Hyperimmune Serum Globulin in the Prevention
of Haemophilus Influenza Infections
Principal Investigator:  John E. Parker, M.D.

### Cooperative Agreements
Occupational Respiratory Disease and Musculoskeletal Disorders,
   $880,000 FY91, FY92, FY93, FY94, FY95
Prevention of TB Transmission in Health Care Workers, $215,000 FY93
Model Programs and Networks in Occupational Health, $100,000 FY93, FY94
   FY95, FY96
Occupational Respiratory Disease and Musculoskeletal Disorders,
   $275,000 FY96, FY97
Prevention of TB Transmission in Health Care Workers, $875,000 FY94,

FY95, FY96, FY97
Finnish-Russian Study of Asbestos Related Diseases, $150,000 FY95, FY96, FY97

## Research Projects

Project Officer: Respiratory Disease Hazard Evaluation and Technical Assistance
Project Officer: Agricultural Dusts: Field-Based Evaluation of Exposures and Acute Respiratory Illness
Project Officer: Evaluation and Rehabilitation of Occupational Respiratory Disease & Injury
Project Officer: Respiratory Hazard Identification in the Construction Industry

## COMMITTEES

**United States Public Health Service Hospital, San Francisco, California**
Member, Tissue and Blood Bank Committee, 1977-1982
Member, Drug Audit and Utilization Committee, 1979-1982
Member, Emergency Room Committee, 1979-1982
Member, House Staff Performance Evaluation Committee, 1979-1982
Member, Ambulatory Care Committee, 1979-1982
Chairman, Medical Records Committee, 1980-1982

**United States Public Health Service, Indian Hospital, Whiteriver, Arizona**
Member, Executive Committee, 1982-1985
Member, Ambulatory Care Committee, 1982-1985
Chairman, Medical Records Committee, 1982-1985
Chairman, Infection Control Committee, 1983-1985
Chief of Medical Staff, 1982-1985

**West Virginia University School of Medicine, Morgantown, West Virginia**
Institute of Occupational and Environmental Health, Residency Advisory Committee, 1999-present
Section Chief Search Committee, Section of Nephrology, Department of Medicine, 1999
Peer Review Committee and Working Group 1999 to present
West Virginia University School of Medicine, Morgantown, West Virginia
Housestaff Committee, Department of Medicine, 1999 - present

**National/International/Other**
DRDS Silica Related Diseases Working Group
DRDS Agricultural Lung Diseases Working Group
DRDS Alice Hamilton Science Award Nomination Committee - 1988, 1989, 1990

NIOSH Charles C. Shephard Science Award Nomination Committee - 1989
NIOSH Medical Screening Committee
NIOSH Immunotoxicology Working Group
NIOSH Grants Office Advisor
NIOSH Human Subjects Review Board
NIOSH Technical Advisor SENSOR - Colorado Department of Health
NIOSH Technical Advisor SENSOR - Massachusetts State Health Department
    NIOSH Musculoskeletal Injury Working Group
NIOSH Consultant - Occupational Asthma
NIOSH Consultant - Silicosis
NIOSH Respiratory Protection Committee
NIOSH HIV Working Group
WHO - World Health Organization-Consultant - Pneumoconiosis
    DSR Laboratory Representative, National Research Council
    Surgeon General's Conference, Agricultural Safety & Health, Planning
      Committee (Chair, Intervention Strategies)
        Vice Chair, Scientific Program Committee, 27th Annual PHS Professional
          Association Meeting.
        International Labour Office Planning Committee for Training Workshop on
        ILO Classification System, 8th International Conf. on Occupational Lung
        Diseases, Prague, Czechoslovakia.
    Society of Occupational and Environmental Health Planning Committee for
      the 1995 Health and Hazard Surveillance Conference.

## Previous Deposition and Trial Testimony of Dr. John E. Parker

| Case Name | Description | Type of Testimony | Court Location | Date |
|-----------|-------------|-------------------|----------------|------|
| Shirley A. Crisp | Medical malpractice | Deposition and Trial | OH state ct | Fall-2005 |
| *Daugherty v. Westmoreland Coal Co.* | Medical disability | Deposition | S.D. WV fed ct | Spring-05 |
| *Boland v. Princeton Community Hospital* | Medical malpractice | Deposition | WV state ct | Fall-05 |
| *Jones v. Rice* | Medical malpractice | Deposition and Trial | WV state ct | Apr-05 |
| *In re Silica* (MDL) | Mass tort litigation | Trial | S.D. Texas fed ct | Feb-05 |
| Asbestos disease case | Individual tort case | Deposition and Trial | Mississippi | Fall-08 |
| Michigan "Kelly Case" | Daubert Hearing | Deposition | Michigan state ct | Fall-08 |
| Michigan "Jeffrey Parker Case" | Daubert Hearing | Deposition and Trial | Michigan state ct | Spring-09 |

Dr. Parker's billing rate for this engagement is $400 per hour.