THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket Nos.: 21208, 21209, 21210, 21211, 21212 and 21213, |

## NOTICE OF SERVICE OF EXPERT REPORTS

PLEASE TAKE NOTICE that on the 6th day of April, 2009, true and correct copies of the Expert Reports listed below were served on the individuals listed on Exhibit A attached hereto in the manner indicated therein.

PLEASE TAKE FURTHER NOTICE that on the 7th day of April 2009, true and correct copies of the Expert Reports listed below were served on the individuals listed on Exhibit B attached hereto in the manner indicated therein.

1. **REBUTTAL EXPERT REPORT OF DR. HOWARD ORY;**

2. **REBUTTAL REPORT OF B. THOMAS FLORENCE, PHD TO THE EXPERT REPORT OF ALAN WHITEHOUSE;**

3. **REBUTTAL REPORT OF DR. JOHN PARKER;**

4. **REBUTTAL REPORT OF SURESH H. MOOLGAVKAR, M.D., PH.D, APRIL 6, 2009**

5. **REBUTTAL REPORT OF DAVID WEILL, M.D., APRIL 6, 2009**

6. **REBUTTAL REPORT OF DANIEL A. HENRY, M.D. IN RESPONSE TO EXPERT REPORT OF ALAN C. WHITEHOUSE, M.D., DATED DECEMBER 29, 2008**

Dated: April 7, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 - 4900

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*