# **EXHIBIT B**

**WR Grace – 4/7/09 Expert Report Service List**
Case No. 01-01139 (JKF)
Doc. No. 146851
01 – Overnight Delivery


*Overnight Delivery*
)
Tom L. Lewis, Esquire
Lewis, Slovak & Kovacich, P.C.
725 Third Avenue
North Great Falls, MT  59401