IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 21209** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 6th day of April 2009, I caused a copy of the *Notice of Filing Rebuttal Report of Daniel A. Henry, M.D. in Response to Expert Report of Alan C. Whitehouse, M.D. December 29, 2008* to be served on the individuals on the attached Exhibit A in the manner indicated.

In addition, I hereby certify that on the 7th day of April 2009, I caused a copy of the *Notice of Filing Rebuttal Report of Daniel A. Henry, M.D. in Response to Expert Report of Alan C. Whitehouse, M.D. December 29, 2008* to be served on the individuals on the attached Exhibit B in the manner indicated.

*[signature]*
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:146847.2