Date: 04/08/09     Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 1

    W. R. Grace, Inc. c/o Elihu Inselbuch
    Caplin & Drysdale
    399 Park Avenue, 27th Floor
    New York, New York 10022

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 02/13/09 Peterson / (07) Committee, Creditors' | 1.0 | 800.00 |
| #3408 Conference call, Liesemer and Finch re: discovery requests | 800.00 | |
| 02/24/09 Peterson / (07) Committee, Creditors' | 0.3 | 240.00 |
| #3422 Telephone Finch re: report | 800.00 | |

{D0150294.1 }

Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 02/03/09  Peterson  / (16) Plan and Disclosure Statement | 3.3 | 2640.00 |
| #3402    Work on Trust analysis | 800.00 | |
| 02/20/09  Peterson  / (16) Plan and Disclosure Statement | 2.1 | 1680.00 |
| #3419    Review TDP | 800.00 | |

{D0150294.1 }

Date: 04/08/09   Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 3

   W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 02/02/09  Peterson  / (28) Data Analysis<br>#3401    Review estimation report and materials | 3.2<br>800.00 | 2560.00 |
| 02/04/09  Peterson  / (28) Data Analysis<br>#3403    Analyses of trust liability, review other trust forecasts | 4.4<br>800.00 | 3520.00 |
| 02/09/09  Peterson  / (28) Data Analysis<br>#3404    Work on report | 3.8<br>800.00 | 3040.00 |
| 02/10/09  Peterson  / (28) Data Analysis<br>#3405    Review discovery requests | 2.1<br>800.00 | 1680.00 |
| 02/11/09  Peterson  / (28) Data Analysis<br>#3406    Work on report | 3.1<br>800.00 | 2480.00 |
| 02/12/09  Peterson  / (28) Data Analysis<br>#3407    Review additional discovery requests | 3.1<br>800.00 | 2480.00 |
| 02/13/09  Peterson  / (28) Data Analysis<br>#3409    Review materials re: discovery requests | 2.6<br>800.00 | 2080.00 |
| 02/14/09  Peterson  / (28) Data Analysis<br>#3410    work on report | 3.1<br>800.00 | 2480.00 |
| 02/17/09  Peterson  / (28) Data Analysis<br>#3411    Work on report | 3.2<br>800.00 | 2560.00 |
| 02/17/09  Peterson  / (28) Data Analysis<br>#3412    Work on report | 2.1<br>800.00 | 1680.00 |
| 02/18/09  Peterson  / (28) Data Analysis<br>#3413    Work on discovery responses | 3.2<br>800.00 | 2560.00 |
| 02/18/09  Peterson  / (28) Data Analysis<br>#3414    Work on report | 4.4<br>800.00 | 3520.00 |
| 02/18/09  Relles  / (28) Data Analysis<br>#3601    Review interrogatories, develop responses | 1.0<br>475.00 | 475.00 |
| 02/19/09  Peterson  / (28) Data Analysis<br>#3415    telephone Relles re: interrogatory responses | 0.4<br>800.00 | 320.00 |
| 02/19/09  Peterson  / (28) Data Analysis<br>#3416    Work on discovery responses | 2.9<br>800.00 | 2320.00 |

{D0150294.1 }

Date: 04/08/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | | AMOUNT |
|---|---|---|---|
| 02/19/09  Peterson  / (28) Data Analysis<br>#3417    Review Bates' papers | 2.9 | 800.00 | 2320.00 |
| 02/19/09  Relles    / (28) Data Analysis<br>#3602    Telephone Peterson re: interrogatory responses | 0.4 | 475.00 | 190.00 |
| 02/20/09  Peterson  / (28) Data Analysis<br>#3418    Review estimation report | 3.2 | 800.00 | 2560.00 |
| 02/20/09  Relles    / (28) Data Analysis<br>#3603    Read Bates papers on trust funding levels | 1.0 | 475.00 | 475.00 |
| 02/23/09  Peterson  / (28) Data Analysis<br>#3420    Work on discovery answers | 2.2 | 800.00 | 1760.00 |
| 02/23/09  Peterson  / (28) Data Analysis<br>#3421    Work on report | 3.3 | 800.00 | 2640.00 |
| 02/24/09  Peterson  / (28) Data Analysis<br>#3423    Work on report | 6.8 | 800.00 | 5440.00 |
| 02/25/09  Peterson  / (28) Data Analysis<br>#3424    Work on report | 7.6 | 800.00 | 6080.00 |
| 02/25/09  Peterson  / (28) Data Analysis<br>#3425    work on interrogatories | 1.0 | 800.00 | 800.00 |
| 02/25/09  Relles    / (28) Data Analysis<br>#3604    Work on interrogatories | 1.2 | 475.00 | 570.00 |
| 02/26/09  Peterson  / (28) Data Analysis<br>#3426    review interrogatory answers | 1.4 | 800.00 | 1120.00 |
| 02/26/09  Peterson  / (28) Data Analysis<br>#3427    telephone Relles re: interrogatories | 0.4 | 800.00 | 320.00 |
| 02/26/09  Relles    / (28) Data Analysis<br>#3605    Work on interrogatory answers (1.0); telephone<br>        Peterson (0.4) re: same | 1.4 | 475.00 | 665.00 |
| 02/27/09  Peterson  / (28) Data Analysis<br>#3428    Work on report | 4.6 | 800.00 | 3680.00 |
| 02/28/09  Peterson  / (28) Data Analysis<br>#3429    Work on report | 5.6 | 800.00 | 4480.00 |

{D0150294.1 }

Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                             Page 5

    W. R. Grace

  Summary Of Time Charges, By Month and Activity
    February 2009 - February 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| February | - (07) Committee, Creditors' | 1.3 | 1040.00 |
| February | - (16) Plan and Disclosure Statement | 5.4 | 4320.00 |
| February | - (28) Data Analysis | 85.6 | 66855.00 |
| February | - (99) Total | 92.3 | 72215.00 |
|  |  |  |  |
| Total | - (07) Committee, Creditors' | 1.3 | 1040.00 |
| Total | - (16) Plan and Disclosure Statement | 5.4 | 4320.00 |
| Total | - (28) Data Analysis | 85.6 | 66855.00 |
| Total | - (99) Total | 92.3 | 72215.00 |

{D0150294.1 }

Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 6

    W. R. Grace

Summary Of Time Charges, By Month and Person
February 2009 - February 2009

| MONTH    | PERSON     | HOURS | AMOUNT   |
|----------|------------|-------|----------|
| February | - Relles   | 5.0   | 2375.00  |
| February | - Peterson | 87.3  | 69840.00 |
| February | - Total    | 92.3  | 72215.00 |
|          |            |       |          |
| Total    | - Relles   | 5.0   | 2375.00  |
| Total    | - Peterson | 87.3  | 69840.00 |
| Total    | - Total    | 92.3  | 72215.00 |

--------------------------------------------------------------------

{D0150294.1 }

Date: 04/08/09         Legal Analysis Systems, Inc.
Time: 10:00am                              Page 7

       W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
February 2009 - February 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (07) Committee, Creditors' | | | | |
| February | Peterson | 1.3 | 800. | 1040.00 |
| (16) Plan and Disclosure Statement | | | | |
| February | Peterson | 5.4 | 800. | 4320.00 |
| (28) Data Analysis | | | | |
| February | Relles | 5.0 | 475. | 2375.00 |
| February | Peterson | 80.6 | 800. | 64480.00 |

--------------------------------------------------------------------------------

{D0150294.1 }