THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket Nos.: 21220 & 21221 |

## NOTICE OF SERVICE OF AMENDED EXPERT REPORTS

PLEASE TAKE NOTICE that on the 7th day of April, 2009, true and correct copies of the Expert Reports listed below were served on the individuals listed on <u>Exhibit A</u> attached hereto in the manner indicated therein.

1.   NOTICE OF FILING [AMENDED] REBUTTAL REPORT OF DAVID WEILL, M.D.; AND

2.   NOTICE OF FILING [AMENDED] REBUTTAL REPORT OF DR. JOHN PARKER.

Dated: April 8, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 - 4900

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

91100-001\DOCS_DE:146852.1