IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 28, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
EIGHTY-NINTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporatia, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty,Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/458686

# EXHIBIT A
**(Fee Detail)**

**FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)      $18,195.00 <br> • non-asbestos matters (2725.40)    $ 3,071.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $21,266.00 |
| **FEE APPLICATION – APPLICANT** | $1,696.00 |
| **TOTAL FEES** | $22,962.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 3, 2009
Bill Number 107773
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/02/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 2.50 Hrs | 300.00 |
| 02/02/09 | ARA | Document control. | 2.50 Hrs | 200.00 |
| 02/03/09 | RAM | Read selected documents filed in bankruptcy court (.8). Read updated bankruptcy court docket entries to select documents to read (.1). Telephone call to MTM re: best source for locating any documents that firm may have re: Woburn case is DKM (.1). | 1.00 Hrs | 320.00 |
| 02/03/09 | DKM | Conference with MTM re: Cryovac files. | 0.30 Hrs | 55.50 |
| 02/03/09 | MTM | Receipt and respond to email from K&E counsel re: medical confidential records from repository (.9); receipt and respond to email from K&E counsel re: Government exhibits project (.7). | 1.60 Hrs | 440.00 |
| 02/03/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 4.50 Hrs | 540.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/04/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read MTM memo re: development of Libby tremolite brochure and discuss issue with him (.2). | 0.30 Hrs | 96.00 |
| 02/04/09 | MTM | Email exchange with K&E counsel and in-house counsel re: tremolite and health brochure (1.1); telephone conference with RAM re: same (.1). | 1.20 Hrs | 330.00 |
| 02/04/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/05/09 | RAM | Emails from MTM, with attachment, re: development of Libby tremolite brochure. | 0.10 Hrs | 32.00 |
| 02/05/09 | MTM | Review files re: tremolite brochure issue (.9); email to in-house counsel and K&E counsel re: same (.2). | 1.10 Hrs | 302.50 |
| 02/05/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/06/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/09/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/10/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/11/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/12/09 | RAM | Read selected documents filed in bankruptcy court (1.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 1.30 Hrs | 416.00 |
| 02/12/09 | MTM | Telephone call from Grace paralegal re: contents of boxes in the basement in Cambridge (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | 55.00 |
| 02/12/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (7.2). Telephone calls to and from MTM and Grace paralegal re: boxes of documents in basement in Cambridge (.3). | 7.50 Hrs | 900.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/13/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 6.40 Hrs | 768.00 |
| 02/17/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 4.80 Hrs | 576.00 |
| 02/18/09 | MTM | Telephone call from Holme Roberts paralegal re: Libby common exhibits (.2); draft email to ARA re: same (.3). | 0.50 Hrs | 137.50 |
| 02/18/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/19/09 | MTM | Conference with ARA re: Libby common exhibits (.2); telephone call to Holme Roberts paralegal re: same (.2). | 0.40 Hrs | 110.00 |
| 02/19/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (4.6). Per telephone calls to and from MTM, review Libby common exhibits to locate certain ones, per Holme Roberts paralegal's request (2.4). | 7.00 Hrs | 840.00 |
| 02/20/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 7.00 Hrs | 840.00 |
| 02/23/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.3). | 0.40 Hrs | 128.00 |
| 02/23/09 | ARA | Document control. | 2.00 Hrs | 160.00 |
| 02/23/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 4.30 Hrs | 516.00 |
| 02/24/09 | RAM | Emails re: Grace disclosure statement. | 0.10 Hrs | No Charge |
| 02/24/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (6.3). Telephone call to Grace paralegal and MTM re: review of documents at Grace Cambridge (.2). | 6.50 Hrs | 780.00 |
| 02/25/09 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 32.00 |
| 02/25/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 5.70 Hrs | 684.00 |

Page 3

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/26/09 | MTM | Call from ARA re: privilege boxes in Cambridge (.5); telephone call to Holme Roberts paralegal re: same (.3); review files re: source of documents in privilege boxes (1.0). | 1.80 Hrs | 495.00 |
| 02/26/09 | ARA | To Grace in Cambridge and review boxes of privileged documents (5.1); discussion with MTM re: same (.5). Quality control boxes of documents tagged for copying by criminal defense attorney (.9) | 6.50 Hrs | 780.00 |
| 02/27/09 | RAM | Read and respond to emails re: searching for MK documents to support Grace's plan confirmation. | 0.10 Hrs | 32.00 |
| 02/27/09 | MTM | Email from Reed Smith counsel re: MK-3 sales (.2); review business plans and other documents re: same (2.4); conference with ARA re: same (.3). | 2.90 Hrs | 797.50 |
| 02/27/09 | ARA | Document control. | 1.10 Hrs | 88.00 |
| 02/27/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (3.3). Per MTM's request, review property damage ledgers for MK-3 sales (1.4). | 4.70 Hrs | 564.00 |

TOTAL LEGAL SERVICES   $18,195.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 3.30 | 320.00 | 1,056.00 |
| Matthew T. Murphy | 9.70 | 275.00 | 2,667.50 |
| Douglas K. Mansfield | 0.30 | 185.00 | 55.50 |
| Angela R. Anderson | 116.40 | 120.00 | 13,968.00 |
| Angela R. Anderson | 5.60 | 80.00 | 448.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |
| | 135.40 | | $18,195.00 |

TOTAL THIS BILL   $18,195.00

# Casner & Edwards, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 3, 2009
Bill Number 107772
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

**FOR PROFESSIONAL SERVICES**

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/02/09 | MLL | Review deposition notes and draft memo re: relevant testimony re: Grace (.7); call client (.1). Confer with counsel re: depositions and settlement (.3). Draft e-mail to client (.2). | 1.30 Hrs | 325.00 |
| 02/03/09 | RAM | Telephone conference with MLL re: settlement discussions and his emails re: same. | 0.10 Hrs | 32.00 |
| 02/03/09 | MLL | Receipt and review of notice of deposition. Telephone conference with RAM. | 0.20 Hrs | 50.00 |
| 02/05/09 | RAM | No charge - Emails from/to MLL re: supplemental discovery responses. | 0.10 Hrs | No Charge |
| 02/17/09 | RAM | Email from MLL that co-defendant will not agree to dismiss Grace from case. | 0.10 Hrs | 32.00 |
| 02/18/09 | RAM | Telephone conference with MLL re: what to do about co-defendant's refusal to dismiss Grace. | 0.10 Hrs | 32.00 |
| 02/18/09 | MLL | Prepare and draft outline for Gleeson deposition by review of discovery production and 61 categories of inquiry in 30(b)(6) deposition notice (2.1). Telephone conference with RAM (.1). | 2.20 Hrs | 550.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/19/09 | MLL | Round trip travel to Natick and office for Gleeson deposition (.8 - half time). Attend Gleeson deposition (3.7) | 4.50 Hrs | 1,125.00 |
| 02/24/09 | MLL | Receipt and review of deposition exhibits. | 0.40 Hrs | 100.00 |
| 02/25/09 | MLL | Receipt and review of J. Buchman transcript. | 0.60 Hrs | 150.00 |
| 02/26/09 | MLL | Review Buchman transcript and depo notes and outline relevant testimony. | 1.30 Hrs | 325.00 |
| 02/27/09 | MLL | Review D. Arsenault related depo notes to draft memorandum re: testimony relevant to liability. | 1.40 Hrs | 350.00 |

TOTAL LEGAL SERVICES    $3,071.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.30 | 320.00 | 96.00 |
| Matthew L. Lunenfeld | 11.90 | 250.00 | 2,975.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |
| | 12.30 | | $3,071.00 |

TOTAL THIS BILL    $3,071.00

Page 2

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 3, 2009
Bill Number 107774
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/04/09 | RAM | Work on December fee application. | 0.40 Hrs | 128.00 |
| 02/05/09 | RAM | Work on December fee application. | 0.10 Hrs | 32.00 |
| 02/10/09 | RAM | Work on quarterly fee application. | 0.40 Hrs | 128.00 |
| 02/13/09 | RAM | Work on responses to Fee Auditor's questions re: fee application for Thirtieth Interim Period. | 2.10 Hrs | 672.00 |
| 02/16/09 | RAM | Work on response to fee auditor's questions. | 0.10 Hrs | 32.00 |
| 02/17/09 | RAM | Finalize response to Fee Auditor re: his questions concerning fee application for 30th Interim Period. | 0.10 Hrs | 32.00 |
| 02/23/09 | RAM | Work on January fee application (.4); conference with MTM with questions re: ARA work (.2). | 0.60 Hrs | 192.00 |
| 02/24/09 | RAM | Work on January fee application. | 0.90 Hrs | 288.00 |
| 02/25/09 | RAM | Work on January fee application. | 0.50 Hrs | 160.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

THROUGH FEBRUARY 28, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/26/09 | RAM | Finalize January fee application and send it to in-house counsels to review; email from one in-house counsel that fee application may be filed. | 0.10 Hrs | 32.00 |

TOTAL LEGAL SERVICES    $1,696.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 5.30 | 320.00 | 1,696.00 |
|  | 5.30 |  | $1,696.00 |

TOTAL THIS BILL    $1,696.00

**EXHIBIT B**
(Expense Detail)

# **EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br><br> • asbestos matters (52000.43)　　$13,906.52 <br><br> • non-asbestos matters (2725.40)　　$　0.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $13,906.52 |
| **FEE APPLICATION – APPLICANT** | $54.75 |
| **TOTAL EXPENSES** | $13,961.27 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 3, 2009
Bill Number 107775
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:  Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH MARCH 31, 2009

FEDERAL EXPRESS
02/17/09     FEDERAL EXPRESS CORPORATION: To 655                    190.19
             Fifteenth Street, Kirkland & Ellis, Tyler Mace from
             Casner and Edwards on January 13, 2009.
                                                                            $190.19

OUTSIDE PHOTOCOPYING
02/12/09     MERRILL COMMUNICATIONS, LLC: Copies of early           1,080.94
             interrogatory answers for K & E counsel (01/09/09) re:
             Grace criminal trial
                                                                          $1,080.94

RENT REIMBURSEMENT
02/02/09     RREEF AMERICA REIT III CORP Z1: Rent and              12,219.75
             utilities for document repository at One Winthrop
             Square -February 2009.
                                                                         $12,219.75

MISCELLANEOUS
02/12/09     RECORDKEEPER ARCHIVE CENTERS,: Storage                   403.05
             02/01/09 through 02/28/09.

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

**COSTS**

THROUGH MARCH 31, 2009

| | | |
|---|---|---|
| 02/24/09 | DANIEL GOLDEN: Packing tape purchased for sending boxes back to Denver, CO. re: criminal defense project. | 12.59 |
| | | $415.64 |
| | TOTAL COSTS | $13,906.52 |
| | TOTAL THIS BILL | $13,906.52 |



# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 3, 2009
Bill Number 107776
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH MARCH 31, 2009

FEDERAL EXPRESS

| | | |
|---|---|---:|
| 02/17/09 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on January 13, 2009 by RAM. | 16.02 |
| 02/17/09 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on 02/05/09 by RAM. | 15.05 |
| 02/18/09 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on February 11, 2009 by RAM. | 23.68 |

$54.75

TOTAL COSTS     $54.75

TOTAL THIS BILL     $54.75

Page 1