## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the **Travelers Casualty And Surety Company's And Allstate Insurance Company's Notice Of Deposition TO W.R. Grace & Co., et al. Pursuant To Federal Rule Of Civil Procedure 30(b)(6)** was caused to be made on April 8, 2009, in the manner indicated upon the parties identified on the attached service list.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 8, 2009

                                                              Ann C. Cordo (No. 4817)

2647086.3