# SERVICE LIST

**VIA HAND DELIVERY**

Teresa K. D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE  19801

Marla Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine LLC
800 King Street
Suite 300
Wilmington, DE  19801

Michael R. Lastowski, Esq.
Richard Riley, Esq.
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

David Klauder
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE  19801

Laura Davis Jones, Esq.
James O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
16th Floor
Wilmington, DE  19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19801

Vito I. DiMaio
Parcels, Inc.
10th & King Streets
Wilmington, DE  19801

Steven M. Yoder, Esq.
Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19801

Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
Cory D. Kandestin
Richards Layton & Finger, PA
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899

Michael B. Joseph, Esq.
Ferry & Joseph PA
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, DE  19899

R. Karl Hill, Esq.
Seitz Van Ogtrop & Green
222 Delaware Avenue
Suite 1500
Wilmington, DE  19801

David M. Fournier, Esq.
Evelyn J. Meltzer
James C. Carigan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Richard S. Cobb, Esq.
James S. Green, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Matthew P. Ward, Esq.
Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Matthew P. Ward, Esq.
Womble, Carlyle, Sandridge
   & Rice PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801

James S. Yoder, Esq.
White & Williams
824 N. Market Street
Suite 902
P.O. Box 709
Wilmington, DE  19899

Edward B. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 Market Street
Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

David P. Primack, Esq.
Warren T. Pratt, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street
Suite 1000
Wilmington, DE  19801

Jeffrey R. Waxman, Esq.
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE  19801

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801

Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 King Street
First Floor
P.O. Box 2165
Wilmington, DE  19899-2165

Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

Thomas G. Macauley, Esq.
Virginia Whitehill Guldi, Esq.
Zuckerman Spaeder LLP
919 Market Street
Suite 990
Wilmington, DE  19801

Michael E. Yurkewicz, Esq.
Klehr Harrison Harvey
  Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE  19801

Kathleen M. Miller, Esq.
Etta R. Wolfe, Esq.
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
10th Floor
Wilmington, DE  19801

Katherine L. Mayer, Esq.
Daniel M. Silver, Esq.
McCarter & English
Renaissance Center
405 N. King Street
8th Floor
Wilmington, DE  19899

**VIA FIRST CLASS U.S. MAIL**

Peter Van N. Lockwood, Esq.
Ronald Riensel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY  10153

David M. Bernick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Theodore L. Freedman, Esq.
Deanna D. Boll, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY  10022

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC  20005

Kenneth Pasquale, Esq.
Arlene Krieger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Janet S. Baer, Esq.
Law Offices of Janet S. Baer PC
70 W. Madison Street
Suite 2100
Chicago, IL  60602

Mark D. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Scott L. Baena, Esq.
Bilzin Sumberg Dunn
    Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL  33131

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Alan B. Rich, Esq.
Law Office of Alan B. Rich
One Main Place
1201 Main Street
Suite 1910, LB 75202
Dallas, TX  75202

Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whithsell & Goldberg LLP
101 Arch Street
Boston, MA  02110

Robert S. Hertzberg, Esq.
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI  48243-1157

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

John S. Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road
Suite 375
Hockessin, DE  19707

Alexander Mueller, Esq.
Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019

Daniel M. Glosband, Esq.
Brian H. Mukherjee, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito
    Witmeyer & Glasser
Wall Street Plaza
23rd Floor
New York, NY  10005

Jonathan W. Young, Esq.
Jeff Chang, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606

Michael F. Brown, Esq.
Jeffrey M. Boerger, Esq.
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA  19103

William P. Shelley, Esq.
Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Leonard P. Goldberg, Esq.
Marnie E. Simon, Esq.
Stevens & Lee, P.C.
1818 Market Street
29th Floor
Philadelphia, PA  19103

Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'Melvny & Meyers LLP
Times Square Tower
7 Times Square
New York, NY  10036

Carl J. Pernicone, Esq.
Wilson Elser Moskowitz
    Edelman & Dicker LLP
150 East 42nd Street
New York, NY  10017

Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Eckert Seamans Cherin
    & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC  20006

Richard A. Ifft, Esq.
Karalee C. Morell, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington, DC  20006

James Sottile, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036

Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul, Weiss, Rifkind, Wharton
    & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Ira M. Levee, Esq.
Michael S. Etkin, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ  07068

David Pastor, Esq.
Gilman & Pastor, LLP
999 Broadway
Suite 500
Sagur, MA  01906

Joseph H. Meltzer, Esq.
Katherine Bornstein, Esq.
Schiffin Barroway Topaz
    & Kessler LLP
280 King of Prussia Road
Radnor, PA  19087

Craig Goldblatt, Esq.
Nancy L. Manzer, Esq.
Wilmer Cutler Pickering
    Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

Steve A. Pierce, Esq.
Fulbright & Jaworski LLP
300 Convent Street
Suite 2200
San Antonio, TX  78205

Toby L. Gerber, Esq.
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX  75201

Deborah B. Waldmeir
Assistant Attorney General
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI  48202

2841268