IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Thomas J. Quinn, Esq., of the law firm of Mendes & Mount LLP, to represent Certain London Market Insurance Companies in this action.

Dated: April 6, 2009

                                            Respectfully submitted,

                                            JOHN SHEEHAN SPADARO, LLC

                                            /s/ John S. Spadaro
                                            John S. Spadaro (No. 3155)
                                            724 Yorklyn Road, Suite 375
                                            Hockessin, DE 19707
                                            Telephone: (302) 235-7745
                                            Facsimile: (302) 235-2536
                                            jspadaro@johnsheehanspadaro.com

                                            Attorney for Certain London Market
                                            Insurance Companies

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court *pro hac vice*; am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and practicing and in good standing as a member of the Bar of the State of New Jersey; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 6, 2009

Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2009

_____
Hon. Judith K. Fitzgerald
United States Bankruptcy Judge

2672
785349.1 TJQprohacvice.DOC  04/06/2009 02:42 PM

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. Grace & Co., et al., | : Case No. 01-1139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : |

### CERTIFICATE OF SERVICE

I, John S. Spadaro, hereby certify that on this date I caused true and correct copies of the foregoing to be served on all counsel of record by electronic filing.

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
jspadaro@johnsheehanspadaro.com

Counsel for Certain London Market
Insurance Companies

Dated: April __, 2009

2676