IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>Related Docket Nos. 19581, 19620<br><br>Hearing Date: April 27, 2009 at 10:30 a.m. (EST)<br>Response Deadline: April 20, 2009 at 4:00 p.m. (EST) |

## NOTICE OF MOTION TO STRIKE WHITEHOUSE EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER

TO:   Counsel for the Debtors                        All Parties On The Attached
      Office of the United States Trustee            Service List

Movants[1] have filed their motion **To Strike Whitehouse Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of A Confidentiality Order on April 9, 2009.**

You are required to file a response to the attached motion on or before **April 20, 2009 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon the following:

Tancred V. Schiavoni, Esquire
O'Melveny & Myers LLP
Times Square Tower, 32nd Floor
New York, New York 10036

Garvan McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

A HEARING ON THE MOTION WILL BE HELD ON **APRIL 27, 2009 AT 10:30 A.M** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 3rd FLOOR, WILMINGTON, DE 19801. ONLY IF OBJECTIONS ARE FILED AND RECIVED ON OR BEFORE APRIL 20, 2009 AT 4:00 P.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

---

[1] "Movants" refers to Arrowood Indemnity Company f/k/a Royal Indemnity Company

MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 9, 2009.

BIFFERATO GENTILOTTI LLC

Garvan F. McDaniel, Esq. (#4167)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*

NY1:1776074.2