**EXHIBIT B**



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SHANGHAI |
| CENTURY CITY | New York, New York 10036 | SILICON VALLEY |
| HONG KONG | TELEPHONE (212) 326-2000 | SINGAPORE |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

OUR FILE NUMBER
032,080-006

March 10, 2009

WRITER'S DIRECT DIAL
(212) 326-2129

Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

WRITER'S E-MAIL ADDRESS
allenschwartz@omm.com

Dear Daniel:

In your response to the ACC's Document Requests you attached exhibits and referred the ACC to them numerous times. For some reason, the exhibits were missing in the discovery we saw. I am hoping I can get a copy of the exhibits from you. It just so happens that I am going to be in Boston this Thursday. Would it be ok if I came by your office sometime Thursday afternoon to get a copy. Please let me know what time would be most convenient for you.

Sincerely,

Allen Schwartz
for O'MELVENY & MYERS LLP