**EXHIBIT C**



# O'MELVENY & MYERS LLP

| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SHANGHAI |
| CENTURY CITY | New York, New York 10036 | SILICON VALLEY |
| HONG KONG | | SINGAPORE |
| LONDON | TELEPHONE (212) 326-2000 | TOKYO |
| LOS ANGELES | FACSIMILE (212) 326-2061 | WASHINGTON, D.C. |
| NEWPORT BEACH | www.omm.com | |

March 16, 2009

OUR FILE NUMBER
032080-006

Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston MA 02110

WRITER'S DIRECT DIAL
(212) 326-2129

WRITER'S E-MAIL ADDRESS
allenschwartz@omm.com

Re:  *Libby Claimants Supplemental Expert Report of Dr. Alan Whitehouse*

Dear Dan:

Today you filed a Supplemental Expert Report of Dr. Alan Whitehouse and Dr. Arthur Frank, a Notice of Service and an Affidavit of Service. You failed to serve us the supplemental expert report. Hence, we did not receive a copy of the supplemental expert report, but only a copy of your notice of service and your affidavit of service. If the failure to serve us was inadvertent, please let us know and send us copies tomorrow. If, on the other hand, the failure to serve us was intentional, we object. Given the tight schedule that we are operating under, we will obviously be prejudiced by any intentional delay.

We reiterate that we agree to treat any personal medical information as confidential. This should be adequate. If you purport to want more, you may designate whatever you contend is confidential under the confidentiality order that was entered at the outset of confirmation related discovery. The Court gave you an opportunity at that point to be heard on any confidentiality issue you had that might have held up the schedule.

If you will not comply, we ask to meet and confer with you tomorrow at noon. We cannot defer a meet and confer beyond tomorrow given the schedule and ask that you further agree to allow briefing of a motion in limine on shortend notice.

Sincerely,

Allen Schwartz
for O'MELVENY & MYERS LLP