# EXHIBIT D



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SHANGHAI |
| CENTURY CITY | New York, New York  10036 | SILICON VALLEY |
| HONG KONG | | SINGAPORE |
| LONDON | TELEPHONE  (212) 326-2000 | TOKYO |
| LOS ANGELES | FACSIMILE  (212) 326-2061 | WASHINGTON, D.C. |
| NEWPORT BEACH | www.omm.com | |

March 17, 2009

OUR FILE NUMBER
032,080-006

Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

WRITER'S DIRECT DIAL
(212) 326-2129

WRITER'S E-MAIL ADDRESS
allenschwartz@omm.com

        Re:    *Grace*

Dear Dan:

        We noticed in the original Whitehouse Expert Report that Dr. Whitehouse refers to several databases which he says he used, and/or relied upon, in connection with his expert report. For example, in paragraph 5 of the Dr. Whitehouse report, Dr. Whitehouse states: "Since 1980 I have evaluated or treated over 700 patients for asbestos disease from Libby asbestos.  Since about 2000, patient data has been tracked on a database." Elsewhere in his expert report, Dr. Whitehouse refers to results which appear to be extrapolated from a database.  In paragraph 67, he also references databases which he used, and /or relied upon, for his report.  He also attaches several charts that appear to have been generated from a Libby claimant database.

        We have attached a copy of Dr. Whitehouse's report illustrating the points made above. We need this information to be in a position to go forward with discovery and to prepare for the deposition of Dr. Whitehouse.  We would be very thankful, and very appreciative, if you provided these databases to us.  Thank you in advance.

                Very truly yours,

                Allen Schwartz
                for O'MELVENY & MYERS LLP