**EXHIBIT E**

## Schwartz, Allen

**From:** Schwartz, Allen
**Sent:** Thursday, April 02, 2009 11:09 AM
**To:** Svirsky, Gary
**Subject:** FW: Grace/Attached Letter from OMM

---

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Wednesday, March 11, 2009 2:14 PM
**To:** Schwartz, Allen
**Cc:** Daniel C. Cohn
**Subject:** RE: Grace/Attached Letter from OMM

Allen:

Your letter was forwarded to me. No documents have been or will be produced until the entry of a satisfactory protective/confidentiality order, so a trip by our office tomorrow afternoon is not needed. As you may know, the provisions of a draft protective/confidentiality order are currently being negotiated by many of the parties to the plan confirmation proceeding. We're reviewing whether to supply the documents subject to the discovery request to parties other than the parties that propounded the discovery once the protective/confidentiality order is in place.

On a separate matter, do you have any comments to the BNSF appeal stipulation that I circulated last week and again yesterday?

Regards,
Chris

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone: (617) 951-2505
Fax: (617) 951-0679
*************************************************************************************
Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

---

**From:** Schwartz, Allen [mailto:allenschwartz@omm.com]
**Sent:** Tuesday, March 10, 2009 4:39 PM
**To:** Daniel C. Cohn
**Subject:** Attached Letter from OMM

Hi Daniel,

Please find the attached letter.

4/2/2009