**EXHIBIT K**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | |
| | **Ref. No. 20321** |

### JOINDER OF VERN BYINGTON IN THE DEBTORS', ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S, AND OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' FIRST REQUEST TO ARROWOOD FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 7026, 7034 and 9014 of the Federal Rules of Bankruptcy Procedure, Vern Byington of Columbia Falls, Montana, a holder of an Asbestos PI Claim, hereby joins in the First Request to Arrowood for the Production of Documents, served on December 22, 2008 by W.R. Grace & Co., *et al.*, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants, and the Official Committee of Asbestos Personal Injury Claimants (the "Document Request"). Mr. Byington requests that Arrowood (as defined in the Document Request) produce the documents described in the Document Request for inspection and copying at the offices of Cohn Whitesell & Goldberg LLP, 101 Arch Street, Boston, MA 02110, within 30 days, or at such other time as may be ordered by the Court or agreed to by counsel.

Dated: January 23, 2009
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Mona A. Parikh (No. 4901)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2505
Facsimile:  (617) 951-0679

*Counsel for Libby Claimant
Vern Byington*

393.001-24111