**EXHIBIT P**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | |
| | **Ref. No. 20622** |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 16th day of March, 2009, true and correct copies of

the Supplemental Expert Reports listed on the attached Exhibit A were caused to be served on

the parties on the service list attached hereto as Exhibit B in the manner as indicated.

Dated: March 16, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*

**Exhibit A**
**List of Expert Reports**

1. Supplemental Expert Report of Dr. Alan C. Whitehouse (without the CDs referenced at items 6, 7 and 8, which will be delivered separately once the protective order on patient medical records is finalized)

2. Supplemental Expert Report of Dr. Arthur Frank

## Exhibit B
## Service List

### *Via Hand Delivery (Reports and Reliance Material CDs)*

(Counsel to Debtors)
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

(Counsel to Official Committee of Equity Security Holders)
Richard A. Forsten
Teresa K.D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to Official Committee of PD Claimants)
Theodore Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Via Federal Express (Reports and Reliance Material CDs)*

(Counsel to Debtors)
David M. Bernick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

(Counsel to Debtors)
Janet S. Baer
The Law Offices of Janet S. Baer P. C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

(Counsel to Official Committee of Equity Security Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

(Counsel to Official Committee of Unsecured Creditors)
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

(Counsel to Official Committee of PD Claimants)
Scott L. Baena
Jay Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

(Counsel to Asbestos PD Future Claimants' Representative)
Alan B. Rich
Attorney and Counselor
Elm Place
1401 Elm Street, Suite 4620
Dallas, TX 7520

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-01139 (JKF)

Jointly Administered

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY     )

       Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 16th day of March, 2009, she caused a copy of the following:

### NOTICE OF SERVICE OF DISCOVERY

to be served upon the parties on the attached list via email.

Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 16th day of March, 2009.

Notary Public

**CASSANDRA D. LEWICKI**
**Notary Public - State of Delaware**
**My commission expires Dec. 1, 2012**

**W.R. Grace**
**Email Service List**

klove@kirkland.com
mgaytan@kirkland.com
acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
akrieger@stroock.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arosenberg@paulweiss.com
belias@omm.com
bmukherjee@goodwinprocter.com
carignanj@pepperlaw.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
Catherine.Chen@wilsonelser.com
cbifferato@bglawde.com
collins@rlf.com
david.klauder@usdoj.gov
david.primack@dbr.com
david.turetsky@skadden.com
dbernick@kirkland.com
dfelder@orrick.com
dglosband@goodwinprocter.com
DJ.Baker@skadden.com
dmannal@kramerlevin.com
drosenbloom@mwe.com
dsilver@mccarter.com
dspeights@speightsrunyan.com
ei@capdale.com
ealcabes@stblaw.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@fmew.com
erosenthal@rmgglaw.com
ewestbrook@rpwb.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
gcalhoun@steptoe.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
green@lrclaw.com
gsvirsky@omm.com
hertzbergr@pepperlaw.com
ilevee@lowenstein.com

jal@capdale.com
James.Freeman2@usdoj.gov
jbaer@jsbpc.com
jcohn@cozen.com
jcp@pgslaw.com
jdd@stevenslee.com
jeff.friedman@kattenlaw.com
jguy@orrick.com
jmeltzer@sbtklaw.com
john.mcfarland@grace.com
JOneill@pszjlaw.com
jpruggeri@hhlaw.com
jsakalo@bilzin.com
jspadaro@johnsheehanspadaro.com
JWaxman@cozen.com
jwisler@cblh.com
kabravanel@stblaw.com
kandestin@rlf.com
kbornstein@sbtklaw.com
kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
kpasquale@stroock.com
lepley@crowell.com
lkruger@stroock.com
locasaleg@whiteandwilliams.com
lpg@stevenslee.com
lstover@eckertseamans.com
madigan.andrea@epa.gov
madron@rlf.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
mes@stevenslee.com
meskin@camlev.com
metkin@lowenstein.com
mforshaw@stblaw.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com

mphillips@paulweiss.com
mpiropato@stblaw.com
mwallace@orrick.com
mweis@dilworthlaw.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
Pbentley@kramerlevin.com
pkoepff@omm.com
carl.pernicone@wilsonelser.com
ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rchung@andersonkill.com
RDehney@MNAT.com
rfrankel@orrick.com
rguttman@zeklaw.com
rhorkovich@andersonkill.com
richard.finke@grace.com
richard.forsten@bipc.com
rifft@wileyrein.com
rjsidman@vorys.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
srubin@stblaw.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@fmew.com
teresa.currier@bipc.com
tfreedman@kirkland.com
thomas.quinn@mendes.com
toolee@pepperlaw.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
vguldi@zuckerman.com
warren.pratt@dbr.com
wrussell@stblaw.com
wshelley@cozen.com
wskatchen@duanemorris.com
yoderj@whiteandwilliams.com
young@wildman.com