# EXHIBIT S

## Schwartz, Allen

| From: | Christopher M. Candon [candon@cwg11.com] |
|---|---|
| Sent: | Tuesday, March 17, 2009 3:39 PM |
| To: | Schiavoni, Tancred; Schwartz, Allen |
| Cc: | Daniel C. Cohn |
| Subject: | Grace/Supplemental Expert Reports |
| Attachments: | whitehouse.pdf; frank.pdf |

Tancred and Allen:

We are in receipt of Allen's letter dated March 16, 2009. We did not exclude your firm intentionally, but only served the plan proponents with the Libby Claimants' supplemental expert reports and non-confidential reliance materials. We served all participants in the plan confirmation proceeding the notice of filing of supplemental expert reports. We will include your firm on the service of all subsequent expert reports.

Concerning confidentiality, we are not aware of any pre-existing confidentiality order concerning plan confirmation discovery. As you know, the parties to the plan confirmation proceeding are currently in the process of negotiating one (I believe you have provided comments). In the absence of a confidentiality order, I am attaching the supplemental expert reports to this email and will deliver the non-confidential reliance materials as soon as possible, hopefully by overnight delivery. As we have done with other parties that have been served the supplemental expert reports, we will hold service of the confidential reliance materials until the entry of a confidentiality order.

Regards,
Chris


Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone: (617) 951-2505
Fax:    (617) 951-0679
*********************************************************************************

Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

4/6/2009