**EXHIBIT T**

**[Intentionally Left Blank]**

**[Intentionally Left Blank]**