**EXHIBIT U**

**Schwartz, Allen**

**Subject:** FW: WR Grace -- proposed protective order -- revisions re Libby claimants' information

----- Forwarded by Brian Stansbury/Washington DC/Kirkland-Ellis on 03/31/2009 10:07 PM -----

"Daniel C. Cohn" <cohn@cwg11.com>

03/31/2009 05:35 PM

To "Brian Stansbury" <BStansbury@kirkland.com>, "Lisa Esayian" <lesayian@kirkland.com>

cc <jbaer@jsbpc.com>, "Theodore Freedman" <tfreedman@kirkland.com>, "Dan X-fer" <x-fer@cwg11.com>

Subject RE: WR Grace -- proposed protective order -- revisions re Libby claimants' information

Brian and Lisa:

We cannot agree with your proposed changes. Concerning use of private medical information in the criminal case, I am advised by Montana counsel that the Montana Uniform Health Care Information Act §§ 50-16-501, et seq., MCA, does not authorize Montana counsel to permit the disclosure or use of medical records, on behalf of our clients whose private health care information is at issue, in the manner requested by Grace. Concerning identification of claimants by number rather than name, we regard this as an important safeguard to protect our clients' privacy in the Grace bankruptcy.

Please advise whether the plan proponents are now willing to submit the protective order, in its previously agreed form, for entry by the Court.

Dan

*Daniel C. Cohn*
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: 617-951-2505
Fax: 617-951-0679
**********************************************************************************
Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

---

**From:** Brian Stansbury [mailto:BStansbury@kirkland.com]
**Sent:** Friday, March 27, 2009 3:54 PM
**To:** Lisa Esayian
**Cc:** Daniel C. Cohn; jbaer@jsbpc.com; Theodore Freedman
**Subject:** Re: WR Grace -- proposed protective order -- revisions re Libby claimants' information

4/6/2009