IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> Jointly Administered <br> Related Docket Nos. 19581, 19620 <br><br> Hearing Date: April 27, 2009 at 10:30 a.m. (EST) <br> Response Deadline: April 20, 2009 at 4:00 p.m. (EST) |

## ORDER

Upon the Motion to Strike Whitehouse Expert Report Or, Alternatively, Compel the Production of Documents and Databases On Which He Relies and For Entry of a Confidentiality Order (the "Motion"), and good cause having been shown, it is hereby

ORDERED that the Motion is granted and the expert report of Dr. Allen C. Whitehouse is stricken.

Dated: April 9, 2009

SO ORDERED:

_____
Judge Judith K. Fitzgerald