IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered<br>Related Docket Nos. 19581, 19620 |
| Debtors. | Hearing Date: April 27, 2009 at 10:30 a.m. (EST)<br>Response Deadline: April 20, 2009 at 4:00 p.m. (EST) |

**CERTIFICATE OF SERVICE OF NOTICE OF MOTION TO STRIKE WHITEHOUSE EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER, OF MOTION TO STRIKE WHITEHOUSE EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER**

The undersigned counsel certify that they are not less than 18 years of age, and that service of *Notice Of Motion To Strike Whitehouse Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of A Confidentiality Order* and a copy of the *Motion To Strike Whitehouse Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of A Confidentiality Order* was made on April 9, 2009, upon the attached service list by first class mail:

BIFFERATO GENTILOTTI LLC
/s/Garvan F. McDaniel

_____
Garvan F. McDaniel, Esq. (#4167)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York

*Counsel to Arrowood Indemnity
Company, f/k/a Royal Indemnity Company*

| Name_Address | W. R. Grace 2002 |
|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | (Counsel to Debtors and Debtors in Possession) |
| Steven M. Yoder, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | (Counsel to DIP Lender) |
| Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, #300<br>Wilmington, DE 19801 | (Counsel to Asbestos PI Committee) |
| Robert J. Stearn, Jr., Esq.<br>Cory D. Kandestin, Esq.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | (Counsel to The Scotts Company) |
| Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | (Counsel to The Chase Manhattan Bank) |
| Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE 19899 | (Counsel to Maryland Casualty) |
| Francis A. Monaco, Jr., Esquire<br>Womble Carlye Sandridge & Rice LLC<br>222 Delaware Avenue, 15th Floor<br>Wilmington, DE 19801 | (Counsel to Ingersoll-Rand Fluid Products and State of Montana) |

Name_Address

W. R. Grace 2002

(Counsel to Asbestos PD Committee)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to Official Committee of
Unsecured Creditors)

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

(United States Trustee)

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

(Counsel for General Electric Corporation)

2

| Name_Address | W. R. Grace 2002 |
|---|---|
| Kathleen Miller, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | (Counsel for Reaud, Morgan & Quinn, Inc.<br>and Environmental Litigation Group, PC) |
| Curtis Crowther, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19801 | (Counsel to Century Indemnity Company) |
| John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, Suite 700<br>Wilmington, DE 19801-1270 | (Counsel to First Union Leasing) |
| Thomas G. Whalen, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 | (Counsel to Mark Hankin and HanMar<br>Associates, Fireman's Fund Insurance Co.) |
| Teresa K.D. Currier, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 | (Counsel to Equity Committee)<br>Telephone: 302-552-4200<br>Fax: 302-552-4295 |
| Rachel B. Mersky, Esquire<br>Monzack, Mersky, McLaughlin & Browder,<br>P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 | (Counsel to Union Tank Car Company)<br>Telephone: 302-656-8162<br>Fax: 302-656-2769 |
| Allison E. Reardon<br>Delaware Division of Revenue<br>820 N. French Street, 8th Floor<br>Wilmington, DE 19801 | (Counsel to The Delaware Division of<br>Revenue) |
| Steven K. Kortanek, Esquire<br>Klehr, Harrison, Harvey, Branzburg &<br>Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | (Counsel to the Libby Mine Claimants) |

3

Name_Address

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, DE  19899

Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street, Floor 12
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney,
P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801

W. R. Grace 2002

(L.A. Unified School District)

(Counsel to Prudential and Motley Rice
LLC)

(Counsel for David T. Austern)

(Counsel to Brayton Purcell, LLP)

(Counsel to Allstate Insurance Company)

(Counsel to Everest Reinsurance Company
and Mt. McKinley Insurance Company)

(Counsel to American Employers Insurance
Co., Employers Commercial Union n/k/a
OneBeacon America Insurance Co. and
Unigard Insurance Co.)

(Counsel to Anderson Memorial Hospital)

Name_Address

W. R. Grace 2002

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

(Counsel to PacifiCorp)

Adams G. Landis, Esquire
Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

(Counsel to Anchorage Advisors, LLC;
Avenue Capital Group; Bass Companies;
Caspian Capital Advisors, LLC; Catalyst
Investment Management Co., LLC;
Citigroup Special Situations; Intermarket
Corp.; JD Capital Management, LLC; JP
Morgan Chase, N.A. Credit Trading Group;
Lehman Brothers, Inc.; Loeb Partners
Corporation; MSD Capital, L.P.; Murray
Capital Management, Inc.; Normandy Hill
Capital, L.P.; Ore Hill Partners, LLC; P.
Schoenfeld Asset Management, LLC; and
Restoration Capital Management, LLC)
**[NOA 18981: 6/23/08]**
(302) 467-4400 Telephone
(302) 467-4450 Fax
E-mail:  landis@lrclaw.com
cobb@lrclaw.com
mumford@lrclaw.com

Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

(Counsel to CNA Financial Corporation)

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

(Counsel to State of California, Dept. of
General Svcs.)

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

(Counsel to Sealed Air Corporation)

Name_Address

W. R. Grace 2002

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Counsel to BNSF Railway Company
**[NOA 20219, 12/08/08]**
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: meltzere@pepperlaw.com

Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Counsel to Gloria Munoz
**[NOA DI 20701, 2/20/09]**
Telephone:  (302) 428-8191
Facsimile:  (302) 428-8195
E-mail:  zallinson@sha-llc.com

Derrick C. Tay, Esquire
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

(Canadian Counsel to Debtor)

Yves Lauzon, Esquire
Michel Belanger, Esquire
LAUZON BELANGER, INC.
286 Saint-Paul West, Suite 100
Montréal (Québec) H2Y 2A3

(Counsel to Canadian ZAI Claimants)

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, Ontario M5X 1K6

(Counsel to Her Majesty the Queen in Right
of Canada as represented by The Attorney
General of Canada)

Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario
M9C 5K1

William D. Sullivan, Esquire
4 E. 8th Street, Suite 400
Wilmington, DE 19801

(Counsel to Zonolite Attic Litigation
Plaintiffs and Gamma Holding, NV)

6

Name_Address

David B. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, NY 10036

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

W. R. Grace 2002

(Counsel to Debtor)

(W. R. Grace & Co.)

(Counsel to Asbestos P1 Committee)

(Official Committee of Unsecured
Creditors)

(Official Committee of Property Damage
Claimants)

(Counsel to Equity Committee)

(Counsel to Sealed Air Corporation)

7

Name_Address                           W. R. Grace 2002

Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC 20549

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

David S. Heller, Esquire                (Counsel to DIP Lender)
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

8

Name_Address                                    W. R. Grace 2002

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736-1500

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Charles L. Finke, Assistant General
Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200K. Street, N. W.
Washington, D.C. 20005-4026


Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30 Floor
New York, NY 10154

45788/0001-1517657v1

Name_Address                              W. R. Grace 2002

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Michael J. Hanners, Esquire              (Counsel to Asbestos Claimants)
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX 75219-6403

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

William M. Aukamp, Esquire               (Attorneys for PPG Industries, Inc.)
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Alan B. Rich, Esquire                    Counsel to Hon. Alexander Sanders, Jr.,
Elm Place                                Legal Representative for Future Asbestos-
1401 Elm Street, Suite 4620              Related Property Damage Claimants and
Dallas, TX 75201                         Holders of Demands
                                         [Filed COA 3/1/09, DI # 20879]
                                         Phone:
                                         Fax:
                                         arich@alanrichlaw.com

10

Name_Address

W. R. Grace 2002

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Courtney M. Labson, Esquire
The Mills Corporation
225 W. Washington Street
Indianapolis, IN 46204-3435

*changed per returned mail on 4/22/08 from:*
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

T. Kellan Grant, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Avenue
New York, NY 10174-1299

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3 064

The Gibson Law Firm, PLLC
447 Northpark Drive
Ridgeland, MS 39157

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Name_Address                                  W. R. Grace 2002

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

45788/0001-1517657v1

Name_Address                                    W. R. Grace 2002

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ 07407-1033

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

13

Name_Address

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Paul Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Scott Wert, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

C. Randall Bupp, Esquire
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA 94583

Anton Volovsek
P.O. Box 99
Kooskia, ID 83539-0099

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

W. R. Grace 2002

(Counsel to Public Service Electric and Gas
Company)

(Counsel to Official Committee of
Unsecured Creditors)

(Tennessee Department of Environment and
Conservation — Superfund)

(Counsel to numerous asbestos claimants)

(Counsel to Berry & Berry)

(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)

14

Name_Address                                    W. R. Grace 2002

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Stephanie Nolan Deviney                         (Counsel to SAP America, Inc.)
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD 21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of
New York
100 Church Street, Room 6-127
New York, NY 10007

15

Name_Address                              W. R. Grace 2002

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri, Eqsuire
Scoff A. Shail, Esquire
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

16

Name_Address                              W. R. Grace 2002

Colin D. Moore, Esquire
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View — Suite 700
457 Haddonfleld Road
P.O. Box 2570
Cherry Hill, NJ 08034

Kevin James, Esquire
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Bart Hartman
Treasurer - Tax Collector
Ann:  Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

17

Name_Address                                    W. R. Grace 2002

Diane Leonardo Beckmann, Asst. County
Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Robert T. Aulgur, Jr., Esquire                  (Counsel to Toyota Motor Credit)
P.O. Box 617
Odessa, DE 19730

Kathleen Maxwell                                (Counsel to Dow Chemical Company,
Legal Department                                Hampshire Chemical Corporation and
The Dow Chemical Company                        Union Carbide Corporation)
2030 Dow Center/Office 732
Midland, Ml 48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View — Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

Ronald S. Beacher, Esquire                      (Counsel to General Electric Capital
Pitney, Hardin, Kipp & Szuch LLP                Corporation)
7 Times Square
New York, NY 10036-6524

Attn:  Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN 37243

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

18

Name_Address                                    W. R. Grace 2002

Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA 22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

James M. Garner, Esquire Slier Gamer
Cahill Richter Klein & Hilbert,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112-1033

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Pillsbury Winthrop LLP                          (Counsel to Wells Fargo Bank Minnesota,
1540 Broadway #9                                National Association)
New York, NY 10036-4039

Craig Barbarosh, Esquire                        (Counsel to Wells Fargo Bank Minnesota,
Pillsbury Winthrop LLP                          National Association)
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7 122

Aldine Independent School District              (Counsel to Aldine Independent School
Jonathan C. Hantke, Esquire                     District)
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Name_Address                                    W. R. Grace 2002

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909

Deirdre Woulfe Pacheco, Esquire          (Counsel to Asbestos Claimants)
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Fred Da Veiga                                   (LabVantage Solutions)
Chief Financial Administrative Officer
LabVantage Solutions, Inc.                 908-707-4100
1160 U.S. Highway 22 East                 908-707-1179 (fax)
Bridgewater, NJ  08807                      fdaveiga@lims.com

John W. Havins, Esquire                    (Counsel to Occidental Permian, Ltd.)
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX 77002-6418

Mark Browning, Esquire                     (Counsel to The Texas Comptroller of
Assistant Attorney General                 Public Accounts)
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Leonard P. Goldberger, Esquire          (Counsel to Fireman's Fund Insurance
Stevens & Lee, P.C.                            Company)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

William A. Frazell, Esquire                 (Comptroller of Public Accounts of the
Bankruptcy & Collections Division        State of Texas)
P.O. Box 12548
Austin, TX 78711-2548

20

Name_Address

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department— Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142

W. R. Grace 2002

(Counsel to Anderson Memorial Hospital)

(Counsel to Potash Corp.)

(Counsel for Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, PC)

(Counsel to Huntsman Corporation)

(Zonolite Attic Litigation Plaintiffs)

(Zonolite Attic Litigation Plaintiffs)

21

45788/0001-1517657v1

Name_Address

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, IL 60610

Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY 10112

Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
215 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Denise A. Kuhn, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

W. R. Grace 2002

(Zonolite Attic Litigation Plaintiffs)

(Counsel to Marco Barbanti)

(Missouri Department of Revenue)

(Peters, Smith & Company)

(The Baupost Group LLC)

Attorney General of PA (Commonwealth of
PA, Dept. of Revenue)

Name_Address                                          W. R. Grace 2002

Gibson, Dunn & Crutcher LLP                           (Snack, Inc.)
200 Park Avenue
New York, NY 10166

Vahe Melkonian                                        (Snack, Inc.)
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

Richard B. Specter, Esquire                           (W.C. Baker, E.E. Jaques, B.H. Miller,
Corbett, Steelman & Specter                           M.R. Fisher, S.R. Ormsbee, M. Rea and the
18200 Von Karman Avenue, Suite 900                    Fisher Trust)
Irvine, CA 92612

Barry D. Kleban, Esquire                              (Counsel to AON Consulting, Inc.)
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

Allan H. Ickowitz, Esquire                            (Hearthside Residential Corp.)
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

Oscar B. Fears, III                                   (Georgia Department of Revenue)
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Philip J. Ward, Esquire
Victoria Radd Rollins, Esquire
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

45788/0001-1517657v1

Name_Address                                  W. R. Grace 2002

Margaret A. Holland, Deputy Attorney
General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta ,GA 30303

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

Elizabeth Weller, Esquire                     (Counsel to County Of Dallas)
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P
P.O. Box 26767
Elkins Park, PA 19027

Lynn K. Neuner, Esquire                       (Counsel to Travelers Casualty and Surety
Simpson, Thacher, & Bartlett                  Company)
425 Lexington Avenue
New York, NY 10017-3954

Gerald G. Pecht, Esquire                      (Counsel to Kaneb Pipe Line Operating
Fulbright & Jaworski, LLP                     Partnership LP and Support Terminal
1301 McKinney, Suite 5100                     Services, Inc.)
Houston, TX 77010-3095

24

Name_Address                                    W. R. Grace 2002

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Noel C. Burnham, Esquire                        (Counsel to Novak Landfill RD/RA Group)
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S, Ste 310
San Diego, CA 92108-3419

Ronald D. Gorsline                              (Counsel to Lawson Electric Co.)
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Martha E. Romero, Esquire                       (Counsel to County of San Diego)
6516 Bright Avenue
Whittier, CA 90601-4503

Michael S. Davis, Esquire                       (Counsel to National Union Fire Insurance
Zeichner Ellman & Krause                        Co. of Pittsburgh, PA)
575 Lexington Avenue, 10th Floor
New York, NY 10022

Richard A. O'Halloran, Esquire                  (Counsel to The Burlington Northern and
Bums, White & Hickton, LLC                      Santa Fe Railway Company)
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

Hillary Browning-Jones                          (Counsel to the City of Knoxville)
Assistant City Attorney

25

| Name_Address | W. R. Grace 2002 |
|---|---|
| P.O. Box 1631<br>Knoxville, TN 37901 | |
| Don C. Fletcher, Esquire<br>The Cavanagh Firm, P.A.<br>1850 North Central Avenue, Suite 2400<br>Phoenix, AZ 85004 | (Counsel to Westcor) |
| Mr. Harvey Schultz<br>The Schultz Organization<br>4 Woods End<br>Ocean, NJ 07712-4181 | (Carteret Venture) |
| Barbara G. Billet, Esquire<br>Elaine Z. Cole, Esquire<br>New York State Department of Taxation<br>and Finance<br>340 E. Main Street<br>Rochester, NY 14604 | (Counsel to State of New York, Dept. of Taxation and Finance) |
| James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 | (Special Counsel to Debtors) |
| Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN 55344 | (Counsel to West Group) |
| Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 | (Counsel to Certain Underwriters at Lloyd's London) |
| Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environment and Natural Resource<br>Division<br>Environmental Enforcement Section<br>1961 Stout Street - 8th Floor<br>Denver, CO 80294 | (Counsel to the U.S. Environmental Protection Agency) |
| Ann Beimdiek Kinsella, Esquire<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200 | (Counsel to the State of Minnesota) |

26

Name_Address                                      W. R. Grace 2002

St. Paul, MN 55101-2127

Deborah L. Thorne, Esquire                        (Counsel to Union Tank Car Company)
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Brad N. Friedman, Esquire
Rachel Fleishman, Esquire
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Carl Pericone, Esquire                            (Counsel to Royal Insurance)
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY 10019-5639

Edward L. Jacobs, Esquire                         (Counsel to James Grau, Anna Grau and
Bankemper & Jacobs                                Harry Grau & Sons, Inc.)
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 4 1075-0070

Lori Gruver Robertson, Esquire                    (Counsel to Ben Bolt-Palito-Blanco ISD,
Linebarger Goggan Blair Pena & Sampson,           Brownsville ISD, Cameron County,
LLP                                               Hildalgo County, Orange Grove, Orange
1949 South I.H. 35 (78741)                        Grove ISD, Premont ISD)
P.O. Box 17428
Austin, TX 78760

Anthony F. Parise                                 (Counsel to Cornell University)
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Daniel C. Cohn, Esquire                           (Counsel to the Libby Mine Claimants)
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

27

Name_Address

W. R. Grace 2002

Thomas O. Bean
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775

(Counsel to Town of Acton, MA)

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

(Federal Insurance Company)

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225    )
Greenwich, CT 06830-6263

Debt Acquisition Co of America V LLC
1565 Hotel Cir S, Suite 310
San Diego, CA 92108-3419

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 33rd Fl.
New York, NY 10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

(Counsel for State Street Global Advisors)

John Preefer
128 Willow St., Apt 6B
Brooklyn, NY 11201

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street

28

Name_Address                                    W. R. Grace 2002

Philadelphia, PA 19103

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Roger Frankel, Esquire                          (Counsel to David Austern, the Future
Richard H. Wyron, Esquire                       Claimants' Representative)
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Michael S. Etkin, Esquire                       (Counsel to Keri Evans, on behalf of herself
Ira M. Levee, Esquire                           and all others similarly situated as Plaintiff
Lowenstein Sandler PC                           in ERISA litigation, Civil Action No. 04-
65 Livingston Avenue                            11380)
Roseland, NJ 07068

Amy Pritchard-Williams, Esquire                 (Counsel to Charlotte Transit Center, Inc.)
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman,
LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

Julie Ardoin, Esquire                           (Counsel to Ancel Abadic and 410
Julie Ardoin, LLC                               additional claimants)
2200 Veterans Memorial Boulevard, Suite
210
Kenner, LA 70062-4032

Stefano Calogero, Esquire                       (Counsel to Allstate Insurance Company)
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive

29

Name_Address

Parsippany, NJ 07054

Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ 08054

Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19 103-6996

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street

W. R. Grace 2002

(Counsel to Citicorp Del-Lease, Inc. d/b/a
Citicorp Dealer Finance)
Letter dated 10/7/08
Telephone:  (856) 234-6800
Facsimile:  (856) 235-2786
E-mail:  sscuteri@capehart.com

(Counsel to Everest Reinsurance Company
and Mt. McKinley Insurance Company)

(Counsel to The Van Cott, Bagley,
Cornwall & McCarthy 401(K) Profit
Sharing Plan)

(Counsel to Claimants. American Legion, Catholic Diocese of
Little Rock, City of Barnesville, Cherry Hill Plaza, Church of the
Most Holy Redeemer, Church of St Joseph, Church of St Luke,
Church of St Helena, Church of St Leo the Great, First United
Methodist Church, Fargo Housing Authority. Alvin Foss, State of
Washington and Port of Seattle)

(Counsel to American Employers Insurance Co, Employers
Commercial Union a/k/a OneBeacon A (counsel to American
Employers Insurance Co, Employers Commercial Union a/k/a
OneBeacon America Insurance Co and Unigard Insurance Co)

(Counsel to U.S. Fire Insurance Company)

(Counsel to American Premier
Underwriters, Inc.)

30

Name_Address                                        W. R. Grace 2002

Philadelphia, PA 19103

DK Acquisition Partners                             (Transfer Agent)
65 East 55th Street, 19th Floor
New York, NY 10022

Fair Harbor Capital LLC                             (Transfer Agent)
875 Avenue of the Americas, Ste. 2305
New York, NY 10001

William P. Bowden, Esquire                          (Counsel to Macerich Fresno LP)
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

M. David Minnick, Esquire                           (Counsel to Macerich Fresno LP)
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Gerald F. George, Esquire                           (Counsel to Macerich Fresno LP)
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Joseph D. Frank, Esquire                            (Counsel to HRCL and Eaves)
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

David Jagolinzer, Esquire                           (Counsel to all clients of the Robles law
Ferraro & Associates, P.A., Suite 700              firm)
4000 Ponce de Leon Blvd.
Miami, FL 33146

Steven J. McCardell, Esquire                        (Counsel to PacifiCorp)
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

John Waters, Esquire                                (Counsel to Iowa Dept. of Revenue)
Iowa Department of Revenue
Collections Section

45788/0001-1517657v1

Name_Address                              W. R. Grace 2002

P.O. Box 10457
Des Moines, IA 50306

Martin J. Bienenstock, Esquire            (Counsel to the Ad Hoc Committee of
Judy G.Z. Liu, Esquire                    Equity Security Holders)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Joseph L. Schwartz, Esquire               (Counsel to The Prudential Insurance
Curtis M. Plaza, Esquire                  Company of America)
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962-1981

Steven J. Mandelsberg, Esquire            (Counsel to State of California, Dept. of
Christina J. Kang, Esquire                General Svcs)
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Pryor Cashman LLP                         (Counsel to Dies & Hile LLP)
Attn: Richard Levy, Jr., Esquire
410 Park Avenue
New York, NY 10022-4441

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106

Richard D. Trenk, Esquire                 Counsel to Mian Realty, LLC
Henry M. Karwowski, Esquire               **[NOA DI 18503; 4/11/08]**
Trenk, DiPasquale, Webster, Della Fera &  973-243-8600
Sodono, P.C.                              973-243-8677 (fax)
347 Mt. Pleasant Avenue, Suite 300        hkarwowski@trenklawfirm.com
West Orange, NJ 07052-3303

45788/0001-1517657v1

Name_Address                                W. R. Grace 2002


George J. Marcus, Esquire                   Attorney for J.P. Bolduc and Audrey
Marcus, Clegg & Mistretta, P.A.             Benford **[NOA DI 18518; 4/15/08]**
One Hundred Middle Street – East Tower      (207) 828-8000
Portland, ME 04101

Andrew N. Rosenberg, Esquire                (Counsel to Anchorage Advisors, LLC;
Margaret A. Phillips, Esquire               Avenue Capital Group; Bass Companies;
Paul, Weiss, Rifkind,                       Caspian Capital Advisors, LLC; Catalyst
  Wharton & Garrison LLP                    Investment Management Co., LLC;
1285 Avenue of the Americas                 Citigroup Special Situations; Intermarket
New York, NY 10019-6054                     Corp.; JD Capital Management, LLC; JP
                                            Morgan Chase, N.A. Credit Trading Group;
                                            Lehman Brothers, Inc.; Loeb Partners
                                            Corporation; MSD Capital, L.P.; Murray
                                            Capital Management, Inc.; Normandy Hill
                                            Capital, L.P.; Ore Hill Partners, LLC; P.
                                            Schoenfeld Asset Management, LLC; and
                                            Restoration Capital Management, LLC)
                                            **[NOA 18981: 6/23/08]**
                                            (212) 373-3000 Telephone
                                            (212) 757-3990 Fax
                                            E-mail: arosenberg@paulweiss.com
                                            mphillips@paulweiss.com


Brian D. Salwowski, Esq.                    Counsel for Indiana Department of Revenue
Steve Carter, Esq.                          **[NOA DI 19552, 9/17/08]**
Office of Attorney General                  Telephone: (317) 232-6211
302 West Washington Street, Fifth Floor     Facsimile: (317) 232-7979
Indianapolis, INC 46204-2770                E-mail: bsalwowski@atg.in.gov
Edward J. Westbrook, Esq.                   Counsel to ZAI Claimants
Richardson, Patrick, Westbrook &            **[NOA DI 19820, 10/21/08]**
Brickman, LLC                               Telephone: 843-727-6500
1037 Chuck Dawley Blvd., Bldg. A            Facsimile: 843-727-6688
Mt. Pleasant, SC 29464                      E-mail: ewestbrook@rpwb.com


Nina M. Varughese, Esq.                     Counsel to BNSF Railway Company
Edward C. Toole, Jr. Esq.                   **[NOA DI 20219, 12/08/08]**
Pepper Hamilton, LLP                        Telephone: (215) 981-4000
3000 Two Logan Square                       Facsimile: (215) 981-4750
Eighteenth and Arch Streets                 E-mail: varughesen@pepperlaw.com

33

| Name_Address | W. R. Grace 2002 |
|---|---|
| Philadelphia, PA 19103-2799 | E-mail: toolee@pepperlaw.com |
| Seth B. Shapiro, Esq.<br>U.S. Department of Justice – Civil Division<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 20044 | Counsel for U.S. Department of Justice<br>**[NOA DI 20340, 12/23/08]**<br>Telephone: (202) 514-7164<br>Facsimile: (202) 307-0494<br>E-mail: seth.shapiro@usdoj.gov |
| Christopher E. Grell<br>1814 Franklin Street, Suite 501<br>Oakland, CA 94612 | Counsel for Asbestos claimants<br>**[NOA DI 20414, 01/05/09]**<br>Telephone: (510) 832-2980<br>Facsimile: (510) 832-2986<br>E-mail: grell@lawofficeofcgrell.com |
| Lawrence J. Zweifach<br>Rocco & Zweifach<br>c/o Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166-0193 | Counsel for Rocco & Zweifach<br>**[NOA DI 20639, 1/30/09]**<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6225<br>E-mail: lzweifach@givsondunn.com |
| John W. Kozyak, Esq.<br>Charles W. Throckmorton, Esq.<br>David L. Rosendorf, Esq.<br>Corali Lopez-Castro, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134 | Counsel for Anderson Memorial Hospital<br>**[NOA DI 20684, 2/6/09]**<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>E-mail: jk@kttlaw.com<br>cwt@kttlaw.com<br>dlr@kttlaw.com<br>clc@kttlaw.com |
| Harley E. Riedel, Esq.<br>Stichter Riedel Blain & Prosser, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602 | Counsel for Anderson Memorial Hospital<br>**[NOA DI 20684, 2/6/09]**<br>Telephone: (813) 229-0144<br>Facsimile: (813) 229-1811<br>E-mail: hriedel@srbp.com |
| Anthony Petru, Esq.<br>Quynh L. Nguyen, Esq.<br>Hildebrand McLeod & Nelson LLP<br>350 Frank H. Ogawa Plaza, 4th Floor<br>Oakland, CA 94612 | Counsel to Gloria Munoz<br>**[NOA DI 20701, 2/10/09]**<br>Telephone: (510) 451-6732<br>Facsimile: (510) 465-7023<br>E-mail: petru@hmnlaw.com<br>E-mail: nguyen@hmnlaw.com |