IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## ANDERSON MEMORIAL HOSPITAL'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEBTORS' OBJECTION TO ANDERSON MEMORIAL HOSPITAL'S ZONOLITE ATTIC INSULATION CLASS PROOF OF CLAIM

Anderson Memorial Hospital, on behalf of itself and on behalf of all buildings encompassed in its certified statewide class action ("Anderson"), moves pursuant to Fed.R.Bankr.P. 9006(b) and Local Rule 9006-2 for an enlargement of time to respond to the Debtor's Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim ("Objection"), and states:

1. On October 31, 2008, Anderson filed a proof of claim in this case (Claim No. 17909) on behalf of all buildings encompassed in its Certified Class Action (Statewide) (the "Anderson ZAI Claim").

2. On March 13, 2009, the Debtors filed their Objection to the Anderson ZAI Claim.

3. The Notice of Objection set a deadline of April 10, 2009 to respond to the Objection.

4. Debtors, through counsel, have agreed to an extension of one (1) day for Anderson to respond to the Objection.

5. Accordingly, Anderson moves pursuant to Fed.R.Bankr.P. 9006(b) and Local Rule 9006-2 for a one (1) day extension of time to respond to the Objection, such that the

deadline shall be April 13, 2009, and submits that the agreement of the parties is sufficient "cause" for such extension.

**WHEREFORE**, Anderson respectfully requests that the Court enter an Order in the form attached hereto granting Anderson a one (1) day extension of time through April 13, 2009 within which to respond to the Debtor's Objection to the Anderson ZAI Claim.

DATED: April 10, 2009.

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

- and –

Daniel A. Speights
C. Alan Runyan
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC 29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

- and-

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

299988-1