IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING ANDERSON MEMORIAL HOSPITAL'S AGREED MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO DEBTORS' OBJECTION
TO ANDERSON MEMORIAL HOSPITAL'S ZONOLITE ATTIC INSULATION
CLASS PROOF OF CLAIM**

On April 10, 2009, Anderson Memorial Hospital filed an Agreed Motion for Enlargement of Time to Respond to Debtor's Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim. Without conducting a hearing the Court considered the matter on the papers submitted, and finding good cause to grant the relief requested, it is –

**ORDERED** that the Motion is granted, and Anderson shall be granted a one (1) day extension of time to respond to the Objection, such that the deadline for the response shall be April 13, 2009.

DATED: April 10, 2009

                                    _____
                                    Honorable Judith K. Fitzgerald
                                    United States Bankruptcy Judge