**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: June 12, 2009 at 4:00 p.m. |
| | ) | Hearing: June 29, 2009 at 10:30 a.m. |

**COVER SHEET TO NINETEENTH QUARTERLY INTERIM APPLICATION**
**OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS**
**REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES INCURRED FOR THE PERIOD**
<u>**OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008**</u>

<u>**SUMMARY SHEET**</u>

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | October 1, 2008 – December 31, 2008 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $12,250.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $      0.00 |

This is a     ___ monthly          _x_ interim          ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Eighteenth Quarterly time period: Forty-Eighth Monthly Fee Application for the period October 1-31, 2008 in the amount of $6,040.00 (80% of $7,550.00) in fees and no expenses; Forty-Ninth Monthly Fee Application for the period November 1-30, 2008 in the amount of $1,880.00 (80% of $2,350.00) in fees and no expenses; and Fiftieth Monthly Fee Application for the period December 1-31, 2008 in the amount of $1,880.00 ($2,350.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## OCTOBER 1, 2008 – DECEMBER 31, 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 24.50 | $12,250.00 |
| **Total** | | | | **$12,250.00** |

        **Total Fees:**    $ 16,750.00
        **Total Hours:**    33.50
        **Blended Rate:**    $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 24.50 | $12,250.00 |
| **TOTAL** | **24.50** | **$12,250.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**OCTOBER 1, 2008 – DECEMBER 31, 2008**

| Expense Category | Total |
|---|---|
| No Expenses | **$0.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: March 16, 2009