IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## VERIFICATION

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

2. I have reviewed the Nineteenth Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ DAVID T. AUSTERN*
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 16TH DAY OF MARCH, 2009

*/S/ AUDREY BRIDGES*
Notary Public

My commission expires: 7/29/2012