THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Date:  June 12, 2009 at 4:00 p.m. |
| | ) | Hearing Date: June 29, 2009 at 10:30 a.m. |

**COVER SHEET TO TWELFTH QUARTERLY INTERIM APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | October 1, 2008 – December 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $204.84 |

This is a     ___ monthly          _x_ interim          ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

October 1, 2008 – December 31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 103.2 | NA |
| Financial Analysis / Financial Review | 333.7 | NA |
| Case Administration | 14.5 | NA |
| Hearing Attendance / Meeting | 2.4 | NA |
| **TOTAL** | **453.8** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

October 1, 2008 – December 31, 2008

| Expense Category | Total |
|---|---|
| Research | $204.84 |
| **TOTAL** | **$204.84** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.