# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### October-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 10/1/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/2/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/3/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/6/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/7/2008 | 4.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/7/2008 | 1.5 | Financial Analysis | Review of Grace's competitive landscape |
| Desiree Davis | 10/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/7/2008 | 1.0 | Financial Analysis | Review of Grace's competitive landscape |
| Jason Solganick | 10/7/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/7/2008 | 1.0 | Financial Analysis | Review of Grace's competitive landscape |
| Pei Huang | 10/7/2008 | 5.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/7/2008 | 2.0 | Financial Analysis | Review of Grace's competitive landscape |
| Jason Solganick | 10/8/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/9/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/10/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/13/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/14/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/16/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/17/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/21/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/22/2008 | 1.0 | Business Operations | Conference call re: case status |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### October-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 10/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/23/2008 | 1.5 | Business Operations | Review of motion to sell assets and related materials |
| Jason Solganick | 10/23/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/24/2008 | 2.5 | Business Operations | Review of Motion for Grace to sell certain assets to Alco Iron & Metal Co. |
| Jason Solganick | 10/24/2008 | 3.0 | Business Operations | Review of Motion for Grace to sell certain assets to Alco Iron & Metal Co. |
| Jason Solganick | 10/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/27/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 10/28/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/28/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/28/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/28/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/28/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/29/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/29/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/29/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/29/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/29/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/30/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/30/2008 | 8.0 | Financial Analysis | Preparation of Plan analysis |
| Desiree Davis | 10/30/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/30/2008 | 3.0 | Financial Analysis | Preparation of Plan analysis |
| Jason Solganick | 10/30/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/30/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/30/2008 | 2.0 | Financial Analysis | Review of Plan analysis |
| Pei Huang | 10/30/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/30/2008 | 10.0 | Financial Analysis | Preparation of Plan analysis |
| Bryan Cloncs | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/31/2008 | 2.5 | Financial Analysis | Preparation of Plan analysis |
| Desiree Davis | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/31/2008 | 3.0 | Financial Analysis | Preparation of Plan analysis |
| Jason Solganick | 10/31/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/31/2008 | 2.0 | Financial Analysis | Review of Plan analysis |
| Pei Huang | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/31/2008 | 3.0 | Financial Analysis | Preparation of Plan analysis |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### November-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 11/3/2008 | 8.5 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/3/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/3/2008 | 10.0 | Financial Analysis | Security spread analysis |
| Bryan Cloncs | 11/4/2008 | 10.0 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/4/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/4/2008 | 11.0 | Financial Analysis | Security spread analysis |
| Bryan Cloncs | 11/5/2008 | 9.5 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/5/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/5/2008 | 11.5 | Financial Analysis | Security spread analysis |
| Bryan Cloncs | 11/6/2008 | 5.5 | Financial Analysis | Security spread analysis |
| Desiree Davis | 11/6/2008 | 3.0 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/6/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/6/2008 | 2.0 | Financial Analysis | Review of security spread analysis |
| Pei Huang | 11/6/2008 | 5.5 | Financial Analysis | Security spread analysis |
| Bryan Cloncs | 11/7/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 11/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/7/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/7/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/7/2008 | 1.5 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/7/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/7/2008 | 2.5 | Financial Analysis | Review of security spread analysis |
| Pei Huang | 11/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 11/7/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 11/10/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/10/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/10/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/10/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 11/10/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 11/11/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/11/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/11/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 11/11/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/12/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/13/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 11/14/2008 | 7.5 | Financial Analysis | Coal pricing analysis |
| Desiree Davis | 11/14/2008 | 2.0 | Financial Analysis | Coal pricing analysis |
| Jason Solganick | 11/14/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/14/2008 | 1.0 | Financial Analysis | Review of coal pricing analysis |
| Jason Solganick | 11/14/2008 | 2.0 | Hearings | Telephonic disclosure statement hearing |
| Pei Huang | 11/14/2008 | 2.0 | Financial Analysis | Coal pricing analysis |
| Jason Solganick | 11/17/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 11/18/2008 | 6.0 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/18/2008 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 11/18/2008 | 12.0 | Financial Analysis | Valuation analysis for client |
| Bryan Cloncs | 11/19/2008 | 11.0 | Financial Analysis | Valuation analysis for client |
| Desiree Davis | 11/19/2008 | 2.0 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/19/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/19/2008 | 12.0 | Financial Analysis | Valuation analysis for client |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### November-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 11/20/2008 | 0.5 | Business Operations | Grace earnings call |
| Bryan Cloncs | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 11/20/2008 | 5.0 | Financial Analysis | Valuation analysis for client |
| Desiree Davis | 11/20/2008 | 0.5 | Business Operations | Grace earnings call |
| Desiree Davis | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/20/2008 | 2.5 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/20/2008 | 0.5 | Business Operations | Grace earnings call |
| Pei Huang | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/20/2008 | 8.0 | Financial Analysis | Valuation analysis for client |
| Bryan Cloncs | 11/21/2008 | 8.0 | Financial Analysis | Valuation analysis for client |
| Desiree Davis | 11/21/2008 | 2.0 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/21/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/21/2008 | 3.5 | Financial Analysis | Review of valuation analysis for client |
| Pei Huang | 11/21/2008 | 10.0 | Financial Analysis | Valuation analysis for client |
| Bryan Cloncs | 11/24/2008 | 8.0 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Cloncs | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/24/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/24/2008 | 10.0 | Business Operations | Presentation preparation for client and other related analyses |
| Pei Huang | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 11/25/2008 | 3.0 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Cloncs | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/25/2008 | 2.5 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/25/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/25/2008 | 4.5 | Business Operations | Presentation preparation for client and other related analyses |
| Pei Huang | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 11/26/2008 | 8.0 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Cloncs | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/26/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/26/2008 | 3.0 | Business Operations | Review of presentation prepared for client and other related analyses |
| Jason Solganick | 11/26/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/26/2008 | 10.5 | Business Operations | Presentation preparation for client and other related analyses |
| Pei Huang | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/27/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 11/28/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/28/2008 | 1.0 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 11/28/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/28/2008 | 5.0 | Business Operations | Presentation preparation for client and other related analyses |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### December-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 12/1/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/1/2008 | 0.1 | Case Administration | Review order setting omnibus hearing dates |
| Jason Solganick | 12/1/2008 | 0.1 | Case Administration | Review order setting omnibus hearing dates |
| Bryan Cloncs | 12/2/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/2/2008 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 12/2/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Bryan Cloncs | 12/3/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Bryan Cloncs | 12/3/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/3/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/3/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/3/2008 | 0.8 | Business Operations | Review of monthly operating report |
| Pei Huang | 12/3/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Pei Huang | 12/3/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/4/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/5/2008 | 1.0 | Business Operations | Review of objection to asset sale |
| Desiree Davis | 12/5/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/5/2008 | 0.3 | Case Administration | Review of case management order |
| Jason Solganick | 12/5/2008 | 1.0 | Business Operations | Review of objection to asset sale |
| Jason Solganick | 12/5/2008 | 0.3 | Case Administration | Review of case management order |
| Desiree Davis | 12/8/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/8/2008 | 0.2 | Hearings | Review of hearing agenda |
| Jason Solganick | 12/8/2008 | 0.2 | Hearings | Review of hearing agenda |
| Desiree Davis | 12/9/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/10/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/11/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 12/12/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/12/2008 | 0.1 | Business Operations | Review of plan objection |
| Desiree Davis | 12/12/2008 | 0.5 | Business Operations | Review of notice of proposed asset sale |
| Desiree Davis | 12/12/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/12/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 12/12/2008 | 0.1 | Business Operations | Review of plan objection |
| Jason Solganick | 12/12/2008 | 0.5 | Business Operations | Review of notice of proposed asset sale |
| Pei Huang | 12/12/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/15/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 12/16/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Desiree Davis | 12/16/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/16/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Pei Huang | 12/16/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Bryan Cloncs | 12/17/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Desiree Davis | 12/17/2008 | 0.5 | Business Operations | Review of revised order re: Colowyo sale |
| Desiree Davis | 12/17/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/17/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Jason Solganick | 12/17/2008 | 0.5 | Business Operations | Review of revised order re: Colowyo sale |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### December-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Pei Huang | 12/17/2008 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Bryan Cloncs | 12/18/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/18/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/18/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 12/18/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 12/19/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 12/19/2008 | 4.0 | Financial Analysis | Review of extraordinary items |
| Bryan Cloncs | 12/19/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/19/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 12/19/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/19/2008 | 3.5 | Financial Analysis | Review of extraordinary items |
| Pei Huang | 12/19/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 12/19/2008 | 4.0 | Financial Analysis | Review of extraordinary items |
| Pei Huang | 12/19/2008 | 4.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 12/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/22/2008 | 2.0 | Business Operations | Review of plan documents and amendments |
| Bryan Cloncs | 12/23/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 12/23/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/23/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 12/23/2008 | 1.5 | Business Operations | Review of plan objections |
| Pei Huang | 12/23/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 12/24/2008 | 5.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 12/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/24/2008 | 1.5 | Business Operations | Review of presentation for client and other related analyses |
| Pei Huang | 12/24/2008 | 5.5 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Cloncs | 12/26/2008 | 3.0 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 12/26/2008 | 2.0 | Business Operations | Review of presentation for client and other related analyses |
| Desiree Davis | 12/29/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/30/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 12/31/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/31/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/31/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/31/2008 | 0.8 | Business Operations | Review of monthly operating report |
| Pei Huang | 12/31/2008 | 1.0 | Business Operations | Review of monthly operating report |