# EXHIBIT B

**W.R. Grace**
**PJC Expense Detail Report (October 1, 2008 – December 31, 2008)**
(Dates Represent Posting Date of Expense)

*October*
Research
Jason Solganick            10/17/08           $ 204.84
                  **Total Research:**     **$ 204.84**

*November*
Expenses                                    **$     0.00**

*December*
Expenses                                    **$     0.00**

**TOTAL EXPENSES:**                         **$ 204.84**