IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: June 12, 2009 at 4:00 p.m. |
| ) | Hearing: June 29, 2009 at 10:30 a.m. |

COVER SHEET TO SIXTEENTH QUARTERLY INTERIM APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2008 through December 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $34,513.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |

This is an:   X   interim        monthly        final application.

**COMPENSATION SUMMARY**
**October 1, 2008 through December 31, 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 16.60 | $10,790.00 |
| Julianne Callaway | Analyst (5 years) ACAS | $325 | 13.80 | $4,485.00 |
| Bryan Gillespie | Consulting Actuary (3 years) FCAS | $410 | 1.20 | $492.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 42.00 | $16,800.00 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 3.50 | $875.00 |
| Sarah Maune | Analyst (1 year) | $205 | 1.00 | $205.00 |
| Brent Petzoldt | Analyst (2 years) | $240 | 3.10 | $744.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 0.40 | $122.00 |
| **Total Blended Rate: $422.94** | | | **81.60** | **$34,513.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | **81.60** | **$34,513.00** |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **October – December 2008 – Grand Total** | **$34,513.00** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: February 17, 2009

2