**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date: June 12, 2009 at 4pm |
| | ) | Hearing Date: June 29, 2009 at 10:30am |

**COVER SHEET TO FOURTH QUARTERLY INTERIM APPLICATION OF
TRE ANGELI LLC, AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008 nunc pro tunc to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | October 1, 2008 – December 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,776.67 |

This is a     ___ monthly          _x_ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

October 1, 2008 – December 31, 2008

| Project Category | Total Hours | Total Fees1 |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 212.3 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **212.3** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

October 1, 2008 – December 31, 2008

| Expense Category | | Total |
|---|---|---|
| Telephone | | 576.67 |
| Transportation | | |
|   - Flight | $749.00 | |
|   - Taxis | 53.00 | |
|   - Airport Shuttle | 139.00 | |
|   - Parking | 23.70 | |
|   - Train / Subway | 24.50 | |
| | | 989.20 |
| Meals | | 25.50 |
| Express Mail | | 185.30 |
| **TOTAL** | | **$1,776.67** |

---

1 Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.