# EXHIBIT A

**WR Grace**
**October 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Prep for Blackstone meeting (Liqd Anal, Valuation) | 1.0 |
|  | Blackstone meeting | 1.0 |
|  | Travel | 3.0 |
| Thu 2 | Comm w/PJC (JS) re valuation | 1.2 |
|  | Re-create Debtor value info | 2.5 |
|  | Comm w/OHS (Dfu) re expenses | 0.2 |
|  | Review docket | 0.5 |
| Fri 3 | Comm w/OHS (RW/RS) re market capitalization issues, solvency proxies | 1.5 |
|  | Review docket | 0.4 |
|  | Analysis solvency/covenants | 1.2 |
| Mon 6 | Prep 2nd Q Fee App | 2.3 |
|  | Comm w/OHS (Dfu) re legal expenses | 0.4 |
|  | Prep add value analysis | 3.5 |
|  | Review docket | 0.3 |
| Tue 7 | Review docket | 0.4 |
| Wed 8 | Comm w BS (PZ) re stk trading px, stkholders, exit financing | 0.7 |
|  | Review docket | 0.4 |
|  | Shareholder review | 0.8 |
| Thu 9 | Review docket | 0.8 |
| Fri 10 | Review docket | 0.5 |
| Mon 13 | Review docket | 0.3 |
| Tue 14 | Comm w/OHS (RS) re market cap tests, dilution | 0.3 |
|  | Review docket | 0.6 |
| Wed 15 | Comm w/OHS (Dfe) re 10/20 hearing changes | 0.2 |
|  | Comm w/ OHS (RS) re market cap calc formula | 1.2 |
|  | Review docket | 0.3 |
| Thu 16 | Review docket | 0.2 |
|  | Comm w/ OHS (RS) re market cap calc formula | 0.3 |
| Fri 17 | Analyze/review DS objections | 3.5 |
|  | Review docket | 1.2 |
| Mon 20 | Omnibus hearing | 3.0 |
|  | Prep Sept fee app | 1.0 |
|  | Review docket | 0.9 |
| Tue 21 | Prep Sept fee app | 1.1 |
|  | Review docket | 0.3 |
| Wed 22 | Comm w/OHS (RW) re plan discussion, objections | 0.9 |
|  | Review docket | 0.4 |
| Thu 23 | Comm w/OHS (Dfe) re Alco Iron transaction | 0.4 |
|  | Comm w/OHS (Dfu) re Sept fee app | 0.4 |
|  | Review docket | 0.2 |
| Fri 24 | Comm w/BS (JO) re San Leandro appraisal | 0.3 |
|  | Review docket | 0.6 |
|  | Review/analyze Alco Iron sale | 1.3 |
|  | Review Debtor response to objections | 0.9 |
| Sat 25 | Review/analyze SL appraisal | 4.0 |
| Mon 27 | Disclosure Statement hearing | 8.5 |
|  | Final prep/file Sept fee app | 0.5 |
|  | Review docket | 1.1 |
| Tue 28 | Finish analysis, memo re Alco Iron sale | 0.9 |
|  | Comm w/OHS (RW) re payment pct protocol/analysis | 1.5 |
|  | Review docket | 0.2 |
| Wed 29 | Comm w/OHS (RW) re fee auditor | 0.2 |
|  | Review docket | 0.7 |
|  | Analysis re pymt pct protocol | 2.4 |
| Thu 30 | Comm w/OHS (RW) re payment pct protocol/analysis | 1.0 |
|  | Review ZAI filing | 0.9 |
|  | Initiate spread analysis for ppp | 2.1 |
|  | Review docket | 0.3 |
| Fri 31 | Comm w/OHS (RW) re payment pct protocol/analysis | 0.5 |
|  | Comm w/ PJC re spread analysis | 0.5 |
|  | Spread analysis | 2.2 |
|  | Review docket | 0.4 |
|  | TOTAL TIME (hrs) | 70.3 |

**WR Grace**
**November 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Prepare/research spread analysis | 2.1 |
| | Review docket | 0.5 |
| Tue 4 | Prepare/research spread analysis | 2.0 |
| | Review docket | 0.4 |
| Wed 5 | Review docket | 0.7 |
| Thu 6 | Comm w/Orrick (Dfe) re Disc Stmt hearings | 0.3 |
| | Review docket | 1.0 |
| Fri 7 | Review docket | 0.6 |
| Mon 10 | Prepare/research spread analysis | 2.3 |
| | Review docket | 0.5 |
| Tues 11 | Review docket | 0.3 |
| Wed 12 | Comm w/Orrick (Dfe) re Disc Stmt hearings | 0.3 |
| | Comm w/Orrick (RF) re DPA default provisions | 0.3 |
| | Comm w/BS (MB) re Colowyo sale | 0.2 |
| | Review docket | 1.1 |
| Thu 13 | Review/analyze Colowyo sale info | 1.5 |
| | Comm w/Orrick (RF) re DPA default mechanism | 1.0 |
| | Review docket | 1.1 |
| Fri 14 | Disc Stmt hearing | 1.5 |
| | Review docket | 0.9 |
| Mon 17 | Comm w/Orrick (RW) re DPA | 0.6 |
| | Review/analyze blackline DPA | 3.2 |
| | Comm w/ FCR re market, exit finc | 0.5 |
| | Comm w/BS (MB) re earnings call | 0.2 |
| | Comm w/Orrick (RF) re DPA, FCR mtg, market | 0.5 |
| | Review docket | 0.7 |
| Tue 18 | Review earnings book | 1.4 |
| | Prep presentation for FCR | 3.1 |
| | Comm w/Orrick (RW) re DPA covenants | 1.0 |
| | Review docket | 1.2 |
| Wed 19 | Prep for Colowyo sale call | 0.9 |
| | Colowyo sale call | 1.0 |
| | Comm w/Orrick (RW) re FCR mtg | 0.4 |
| | Review docket | 0.8 |
| Thu 20 | Prep for earnings call | 0.8 |
| | Earnings call | 1.0 |
| | Comm w/BS (JO) re equity | 0.2 |
| | Prep presentation for FCR | 3.5 |
| | Prep Oct 08 fee app | 1.5 |
| | Comm w/Orrick (Dfu) re Oct fee app | 0.2 |
| | Review docket | 0.3 |
| Fri 21 | Prep presentation for FCR | 2.9 |
| | Comm w/Orrick (Dfu) re Jul-Sept fee app | 0.2 |
| | Prep July-Sept fee app | 1.5 |
| | Review docket | 0.7 |
| Mon 24 | Omnibus hearing | 5.0 |
| | Comm/Orrick (RW) re meeting | 0.3 |
| | Review docket | 0.9 |
| Tue 25 | Review Colowyo info/analysis | 0.7 |
| | Presentation to FCR counsel | 1.5 |
| | Review CMO schedule | 0.5 |
| | Review docket | 0.5 |
| Wed 26 | Review/analyze new DPA blackline | 1.9 |
| | Review docket | 0.8 |
| | Prep revised FCR presentation materials | 2.1 |
| Fri 28 | Review market materials | 1.7 |
| | Review comp trading values | 0.5 |
| | Prep revised FCR presentation materials | 2.0 |
| | Review docket | 1.5 |
| Sat 29 | Review final FCR presentation | 1.0 |
| | | |
| | TOTAL TIME (hrs) | 67.8 |

**WR Grace**
**December 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Travel: Wash DC and return | 7.5 |
|  | Meeting, presentation to FCR | 2.0 |
| Tue 2 | Review/analyze potential DPA changes | 2.3 |
|  | Comm w/Orrick (RS) re DPA covenant changes | 1.4 |
|  | Review dockets | 0.8 |
|  | Comm w/Orrick (DS) re dockets | 0.3 |
|  | Prep covenant changes | 2.0 |
| Wed 3 | Prep covenant changes | 2.1 |
|  | Comm w/Orrick (RS) re DPA covenant changes | 0.5 |
|  | Comm w/Orrick (RW) re DPA | 0.5 |
|  | Review RH merger effect on multiples | 0.7 |
|  | Review docket | 0.4 |
| Thu 4 | Review comps | 2.0 |
|  | Review docket | 0.7 |
| Fri 5 | Review docket | 0.8 |
|  | Review market activity | 1.3 |
| Mon 8 | Comm w/Orrick (RW) re DPA | 1.0 |
|  | Review revised DPA | 2.5 |
|  | Review BONY/Mellon obj to Colowyo sale | 0.4 |
|  | Review docket | 0.3 |
| Tue 9 | Comm w/Orrick (all) re DPA (2) | 2.2 |
|  | Comm w/Blackstone (PZ) re DPA (2) | 1.1 |
|  | Rev/analyze leverage/int cov ratios app to DPA | 3.0 |
|  | Review docket | 1.0 |
| Wed 10 | F/U comm w/Orrick (RW) re Debtor FA position | 0.6 |
| Sat 13 | Comm w/Orrick (RF) re new DPA draft | 0.3 |
| Tue 16 | Comm w/Orrick (all) re Debtor revised DPA | 1.0 |
|  | Comm w/Orrick (Dfe) re continued hearing | 0.2 |
| Wed 17 | Review debtor revised DPA | 1.4 |
|  | Comm w/Orrick (RW) re EBITDA def | 0.7 |
|  | Comm w/Orrick (all) re negotiation | 0.9 |
|  | Review dockets | 1.5 |
| Thu 18 | Comm w/Orrick (all) re DPA, K&E meeting | 0.4 |
|  | Review APB 30 for DPA applicability | 2.5 |
|  | Review dockets | 2.1 |
| Fri 19 | Comm w/Orrick (RW,RF) re meetings, DPA response | 0.7 |
|  | Review Lead abatement business sale | 1.2 |
|  | Review ZAI class act sett/revise models | 2.2 |
|  | Review docket | 0.7 |
| Mon 22 | Comm w/Orrick (RW) re DPA | 0.4 |
|  | Comm w/Blackstone (PZ) re Grace internal mtg | 0.3 |
|  | Analyze valuation components | 2.3 |
|  | Review docket | 0.7 |
| Tue 23 | Comm w/Blackstone (PZ) re DPA counter-proposal | 0.8 |
|  | Comm w/Orrick (RW) re counterproposal | 0.8 |
|  | Review obj to Plan, Montana, Libby Claim | 1.5 |
|  | Review docket | 1.0 |
| Wed 24 | Comm w/Orrick (RW,RF) re counterproposal | 1.0 |
|  | Review cp DPA w/PJC | 1.0 |
|  | Design study for PJC re cp analysis | 1.2 |
|  | Review docket | 0.7 |
| Fri 26 | Review/revise PJC analysis | 2.5 |
|  | Route analysis | 0.3 |
|  | Review docket | 0.5 |
| Mon 30 | Present analysis to Orrick | 1.5 |
|  | Review MOP/comp cos | 3.1 |
|  | Review docket | 0.8 |
| Tue 31 | Review docket | 0.6 |
|  | TOTAL TIME (hrs) | 74.2 |