# EXHIBIT B

**W.R. Grace**
**Tre Angeli Expense Detail Report (October 1, 2008 – December 31, 2008)**
(Dates Represent Posting Date of Expense)

October 2008
| | |
|---|---|
| Transportation | $   24.50 |
| Meals | $     9.10 |
| Telephone | $ 173.71 |
| Express Mail | $   53.12 |

November 2008
| | |
|---|---|
| Telephone | $ 234.52 |
| Express Mail | $   52.68 |

December 2008
| | | |
|---|---|---|
| Meals | | $   16.40 |
| Telephone | | $ 168.44 |
| Express Mail | | $   79.50 |
| *Transportation*: | | |
|    Flight | $ 749.00 | |
|    Taxis | $   53.00 | |
|    Airport Shuttle | $ 139.00 | |
|    Parking | $   23.70 | |
| Total Transportation | | $ 964.70 |

**TOTAL EXPENSES[1]:**         **$1,776.67**

[1] All expenses incurred on behalf of Joseph J. Radecki, Jr.