Case 01-01139-AMC   Doc 21258   Filed 04/06/09   Page 1 of 1

**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

**Administrative Expense Tax Liability**

| | |
|---|---|
| Statement date: | 4/6/2009 |
| Amendment: | 1st |
| Case number: | 01-01139 PJW |
| Refer to this number for inquiries | |
| Total claim amount: | $45,162.01 |
| Taxpayer ID#: | B-65-0331979-3 |
| | B-04-2937668-8 |
| | B-94-2361670-7 |
| | et al. |

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801

This is a statement of tax liabilities for WRG (DELAWARE) INC., ADVACARE MANAGEMENT SERVICES, INC. and TIA MARIA WASHINGTON INC, et al.. Additional penalty and interest will accrue if paid after 4/9/2009.

**Administrative Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2006 | L-031735795-6 | 34,495.00 | 0.00 | 10,667.01 | 45,162.01 | AUD |
| | | | | | Total ♦ | 45,162.01 | |

FILED
2009 APR -6  AM 10: 56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

This claim amends and supercedes the previous claim dated 5/5/2004.
Current Annual Interest Rates by Tax Type: Corporation - 6%
Liability Type Descriptions: AUD - Audit Assessment

TC-987 (2/01)    090331180054000013