IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related Docket Nos. 19581, 19620 |

### ARROWOOD'S OBJECTIONS TO ANDERSON MEMORIAL'S NOTICE OF DEPOSITION OF RICHARD FINKE AND THE DEBTORS' RESPONSE

Pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure made applicable to these proceedings by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, Arrowood Indemnity Company, f/k/a/ Royal Indemnity Company ("Arrowood") hereby objects to the notice of deposition of Richard Finke on the grounds that the noticing party has not filed a preliminary objection in accord with the Case Management Order or produced documents. The notice also fails to identify with specificity the individuals and/or entities on whose behalf the notice is issued. Arrowood further objects to the objections and limitations imposed on the deposition by the Debtors in their Objection to Anderson Memorial's Notice of Deposition because such objections and limitations are inconsistent with, and contrary to, the topics on which the Debtor has designated Mr. Finke as a witness for the confirmation hearing. Additionally, the Debtors' positions in their Objection are inconsistent with the "at issue" doctrine, the doctrine of waiver and other basic and widely accepted legal principles. Furthermore, the unreported transcript citations and other references to non-binding legal authority from a single lower court are unavailing, especially given that the situations there are distinguishable from this one. In addition, Arrowood objects on the grounds that the scheduling

DEPOSITION EXHIBIT #1

NY1:1775142.1