| W. R. GRACE & CO. **GRACE** | INVOICE **ZONOLITE** CONSTRUCTION PRODUCTS DIVISION 62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140 | PLEASE REMIT WITH COPY OF INVOICE TO: P.O. BOX 96160 CHICAGO, ILLINOIS 60690 |
|---|---|---|

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NUMBER | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 5-7-73 | 16-083 | 6-039-059 | 616 | 611 | 114 | 10-574 | |

| VIA | CUSTOMER NO. | SHIPPED FROM | CAR NUMBER | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|---|
| TL UP | 04683 | KEARNEY | PU | 57139 | |

D-U-N-S 04-827-2637

SOLD TO: STARS MACHINE CO.
P. O. BOX 466
LAURENS, S. C.

SHIP TO: SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 100 | 100 | BAGS ZONOLITE MK 3 (41-06-01-1-19) | 2.55 | $ 255.00 |
| | | PLUS 4% SALES TAX | | 10.20 |
| | | | | $ 265.20 |

DEPOSITION EXHIBIT #2
3/30/09 ASB

THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT _____

X $ 5.10 CASH DISCOUNT ALLOWED IF PAID BY 5-28-7
☐ NO CASH DISCOUNT - NET 30 DAYS

TO AVOID DELAY, REFER ALL MATTERS REGARDING THIS SHIPMENT, "OTHER THAN PAYMENTS," TO THE SALES BRANCH SERVING

Use of the above goods shall be an acceptance of the conditions of sale on the reverse side hereof as the only conditions applying to the sale of said goods