**W. R. GRACE & CO.** — **GRACE**

**ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140

PLEASE REMIT WITH COPY OF INVOICE TO:
P.O. BOX 96160
CHICAGO, ILLINOIS 60690

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NUMBER | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| ?-6-73 | 16-070 | 2-039-051 | 616 | 611 | 114 | 13-241 | |

| ED VIA | CUSTOMER NO. | SHIPPED FROM | CAR NUMBER | BILL OF LADING NO. | CHECK |
|---|---|---|---|---|---|
| KEARNEY TRUCK | 06727 | KEARNEY | 029593 | 3/70 | |

D-U-N-S 04-827-2637

SOLD TO:
COLUMBIA PLASTERING CO.
68 REEDER POINT DR.
RT. 4
COLUMBIA, S. C. 29209

SHIP TO:
LANDMARK JOB
1501 S. OCEAN BLVD.
MYRTLE BEACH, S. C.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 300 | 300 | BAGS ZONOLITE MK (41-06-01-1-19) | 2.55 | $765.00 |
| | | PLUS FRT. | | 81.00 |
| | | | | $846.00 |

T# 25000482

30086732

X  $ 15.30  CASH DISCOUNT ALLOWED IF PAID BY 3-22-73
☐ NO CASH DISCOUNT - NET 30 DAYS

14250

Use of the above goods shall be an acceptance of the conditions of sale on the reverse side hereof as the only conditions applying to the sale of said goods.



DEPOSITION EXHIBIT #3