# GRACE ZONOLITE
### CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 7-  -71 | 10-538 | 5-039-045 | 616 | 611 | 114 | | |

| SHIPPED VIA | CUST NO | SHIPPED FROM | CAR NO | BILL OF LADING NO | CHECKED |
|---|---|---|---|---|---|
| CUSTOMER PICK UP | 23564 | KEARNEY | | 7/123 | |

**Sold To:** RANGER CONSTRUCTION CO.
2687 BUFORD HIGHWAY
ATLANTA, GEORGIA 30324

**Ship To:** ST. FRANCIS HOSPITAL
GREENVILLE, S. C.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 40 | 40 | BAGS ZONOLITE MK (41-06-01-1-19) | 2.25 | $ 90.00 |
| | | PLUS 4% SALES TAX | | 3.60 |
| | | | | $ 93.60 |

30086919

138122

☒ $ 1.80 CASH DISCOUNT ALLOWED IF PAID BY 8-1-71
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.



DEPOSITION EXHIBIT #4
3/30/09 ASB