**W. R. GRACE & CO.**
**GRACE**

**INVOICE**
**ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 3/70 | 10-421 | 2-039-079 | 616 | 611 | 114 | | VERBAL |

| SHIPPED VIA | CUST NO | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|---|
| ZONOLITE TRUCK | 06727 | KEARNEY | | 7-08 | |

SOLD TO: COLUMBIA PLASTERING CO.
68 REEDER POINT DR. RT. #4
COLUMBIA, S.C. 29209

SHIP TO: S. CAROLINA NAT'L BK. JOB
COLUMBIA, S.C.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 300 | 300 | 50# BAGS ZONOLITE K MK(41-06-01-1-19) | 2.125/BAG | $ 637.50 |

14133

ST#25000482

☒ 11.44 AFX.FRT
☐ NO CASH DISCOUNT - NET 30 DAYS

CASH DISCOUNT ALLOWED IF PAID BY 7/31/70

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT — 30086721

DEPOSITION EXHIBIT #5
3/30/09 ASB