**W. R. GRACE & CO**

**GRACE**

# ZONOLITE

CONSTRUCTION PRODUCTS DIVISION

62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140

PLEASE REMIT
WITH COPY OF INVOICE
TO:
P.O. BOX 96160
CHICAGO, ILLINOIS 60690

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NUMBER | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 5- -73 | 16-066 | 4-039-019 | 616 | 611 | 114 | 10-379 | |

| PED VIA | | CUSTOMER NO. | SHIPPED FROM | CAR NUMBER | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|---|---|
| KEARNEY TRUCK | | L5816 | KEARNEY | 049636 | 5/110 | |

D·U·N·S 04-827-2637

SOLD TO .

C. W. KIRKLAND PLASTERING CO.
P. O. BOX 11394
CHARLOTTE, N. C. 28209

SHIP TO

ROPER HOSPITAL
CHARLESTON, S. C.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 400 | 400 | BAGS ZONOLITE MK 3 (41-06-01-1-19) | 2.55 | $ 1020.00 |
| | | PLUS FRT. | | 100.00 |
| | | | | 1120.00 |
| | | PLUS 4% SALES TAX | | 44.80 |
| | | | | $ 1164.80 |

137503

30086701

X  $  20.40  CASH DISCOUNT ALLOWED IF PAID BY 6-20-73

NO CASH DISCOUNT · NET 30 DAYS

TO AVOID DELAY REFER ALL MATTERS REGARDING THIS SHIPMENT OTHER THAN PAYMENTS TO THE SALES BRANCH SERVING YOU

Use of the above goods shall be an acceptance of the conditions of sale on the reverse side hereof as the only conditions applying to the sale of said goods.

DEPOSITION
EXHIBIT
# 6