**W. R. GRACE & CO.**
**GRACE**

**ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | CUST NO | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|---|
| -19-72 | 16-202 | 2-039-079 | | 616 | 611 | 114 | 10-764 | |
| SH / VIA | | | | SHIPPED FROM | | CAR NO | | BILL OF LADING NO. / CHECKED |
| KEARNEY TRUCK | | | | KEARNEY | | | | 9-202 |

SOLD TO: BANK OF AMERICA CORP.
P. O. BOX 11956
COLUMBIA, S. C. 29402

SHIP TO: FIRST FEDERAL SAVINGS & LOAN
MAIN ST.
COLUMBIA, S. C.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 650 | 650 | BAGS ZONOLITE MK (41-06-01-1-19) | 2.45 | $ 1592.50 |
| | | PLUS FRT. | | 71.50 |
| | | | | 1664.00 |
| | | PLUS 4% SALES TAX | | 66.56 |
| | | | | $ 1730.56 |

30086764

☐ $ 31.85 CASH DISCOUNT ALLOWED IF PAID BY 10-5-72
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

142056


DEPOSITION EXHIBIT #7
3/30/09 ASR