## Dan Speights

**From:** Dan Speights
**Sent:** Thursday, March 17, 2005 12:29 PM
**To:** 'Richard.Finke@grace.com'
**Subject:** Attached hereto is revised Stipulation re claims being put on the shelf. Please advise.
**Attachments:** 03 das revisions.wpd

**Tracking:**

| Recipient | Read |
|---|---|
| 'Richard.Finke@grace.com' | |
| Alan Runyan | |
| Bud Fairey | |
| Rhonda Bowers | Read: 3/17/2005 12:33 PM |



DEPOSITION EXHIBIT #9  3/30/09

3/30/2009

## Dan Speights

**From:** Dan Speights
**Sent:** Thursday, March 17, 2005 12:45 PM
**To:** 'Richard.Finke@grace.com'
**Subject:** attached is the same stipulation in word
**Attachments:** 03 das revisions in Word.doc