**Dan Speights**

| | |
|---|---|
| From: | Dan Speights |
| Sent: | Thursday, April 07, 2005 2:53 PM |
| To: | Richard.Finke@grace.com |
| **Subject:** | Grace |

I just want to confirm that the ball is in your court.



1