IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. Nos. 20622 & 20983 |

## LIBBY CLAIMANTS' FIRST SUPPLEMENT TO PRELIMINARY DESIGNATION OF WITNESSES TO TESTIFY IN CONNECTION WITH PLAN CONFIRMATION

Pursuant to the Court's January 29, 2009 Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, the Libby Claimants,[1] on March 13, 2009, submitted a preliminary designation of individuals that they may call as witnesses at the Confirmation Hearing [Docket No. 20983] (the "Preliminary Designation"). The Libby Claimants, by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby supplement the Preliminary Designation by identifying the following Libby Claimants that may be called as witnesses at the Confirmation Hearing. The identification of any individual on this supplemental preliminary list does not necessarily mean that testimony will be offered from a particular witness. All of the witnesses who are called to testify will testify as to Libby issues.

1. Robert Barnes
2. Robert Conn
3. Shirley Conn
4. Richard Erickson
5. Geraldine Fletcher
6. Bill Fore
7. Hazel Halsey
8. Larry Hill
9. Patricia Hill
10. James Hopkins
11. Eleanora Martin
12. Alfred Miron

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 19927].

393.001-25587.doc

13. Larry Nelson
14. William Powell
15. Billie Schull
16. Judy Shelmerdine
17. Donna Shriner
18. Norita Skramstad
19. Mike Switzer
20. Eva Thomson
21. A. Diane Troyer
22. Kay Vinson

The Libby Claimants reserve their right to further supplement this designation.

Dated: April 13, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*