IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x | **Chapter 11** |
| | : | |
| **W. R. GRACE & CO., et al.,**[1] | : | **Case No. 01-1139 (JKF)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | Hearing Date: June 1, 2009 at 10:30 a.m. |
| | x | |

**SUPPLEMENTAL MEMORANDUM OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC. IN SUPPORT OF MOTION FOR ORDER MODIFYING THE AUTOMATIC STAY [Concerning Docket Nos. 20538 and 20846]**

# DOCUMENTS FILED UNDER SEAL[2]

April 13, 2009

SMITH KATZENSTEIN & FURLOW LLP
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com

---

[1] The Debtors consist of 62 entities, including W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and the particular debtor involved in this Motion, Grace Energy Corporation.

[2] These papers are filed under seal in accordance with the Court's oral ruling and the Certification of Counsel and Proposed Form of Order re: that oral ruling [Docket No. 21214].