# Exhibit A

DM3\971963.1

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008**

**BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant monitored docket activity.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant monitored and attended hearings on estimation of asbestos claims. Applicant also monitored and analyzed litigation relating to ZAI claims and claims of the Libby claimants.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant analyzed issues raised by various creditors, including issues relating to claims for default rates of interest.

**COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)**

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

**EMPLOYMENT APPLICATION, OTHERS (TASK CODE NO. 010)**

Applicant reviewed retention applications filed by other parties.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

**HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

**LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)**

Applicant reviewed and analyzed environmental litigation.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant analyzed issues relating to payment of default interest under a plan.

**RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)**

Applicant monitored and analyzed attempts by third parties to modify the stay or seek relief from the stay.

**TAX ISSUES (TASK CODE NO. 019)**

Applicant analyzed certain tax issues as they related to claims estimation.

**OTHER (TASK CODE NO. 025)**

Applicant reviewed and retrieved miscellaneous pleadings and memos.

**BUSINESS ANALYSIS (TASK CODE NO. 027)**

Applicant analyzed business data produced by the Debtors.

**DATA ANALYSIS (TASK CODE NO. 029)**

Applicant analyzed data relating to default interest calculations.