# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., <u>et al.</u>,<br><br>         Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Adrian C. Maholchic, hereby certify that on April 13, 2009, I caused a copy of the foregoing Thirty-First Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2008 Through December 31, 2008 to be served upon the Notice Parties as indicated on the attached service list.

Dated:  April 13, 2009                    */s/ Adrian C. Maholchic*
                                                  Adrian C. Maholchic
                                                  Duane Morris LLP
                                                  30 S. 17th Street
                                                  Philadelphia, PA 19103

## **W. R. GRACE FEE APPLICATION SERVICE LIST**

### *Hand Delivery*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

### *Via Overnight Mail*

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### *Via E-Mail*

william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com

DM3\971963.1