## NOTICE OF CLAIMS PURCHASE AGREEMENT

CAL-REGION SUPPLY INC, a(n) Indiana Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto BLUE HERON MICRO OPPORTUNITIES FUND LLP, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $765.04 (proof of claim amount, defined as the "Claim") against W.R. GRACE CO (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 01-01140 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the __12__ day of __March__, 2009.

_Cal-Region Supply, Inc._
(Company Name)

WITNESS _Ronnette L. Craig_
(Signature)

_Edward Szczygiel_
(Signature of Corporate Officer)

_Ronnette L Craig   Office Mgr._
(Print Name and Title of Witness)

_Edward Szczygiel, Corp. V.P._
(Print Name and Title of Corporate Officer)

BLUE HERON MICRO OPPORTUNITIES FUND LLP

WITNESS _____
(Signature)

_Lindsay Stover_
(Signature of Fund Representative)

_Lindsay Stover_
(Print Name, Blue Heron Micro Opportunities Fund LLP)

Exhibit "A"