**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE, that on April 10, 2009, true and correct copies of (i) *Fireman's Fund's First Set of Contention Interrogatories to the Asbestos PI Committee Regarding First Amended Joint Plan of Reorganization (Surety Bond Issues)*, and (ii) *Fireman's Fund's First Set of Contention Interrogatories to Debtors Regarding First Amended Joint Plan of Reorganization (Surety Bond Issues)*, were served by electronic mail delivery on the parties identified on the attached service list.

April 15, 2009

By: */s/ John D. Demmy*
STEVENS & LEE, P.C.
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

CROWELL & MORING LLP
Mark D. Plevin
Leslie A. Davis
(Members DC Bar)
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Telecopier: (202) 628-5116
Email: mplevin@crowell.com
Email: ldavis@crowell.com

SL1 916102v1/000000.00000

STEVENS & LEE, P.C.
Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email:  lpg@stevenslee.com
Email:  mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

John D. Demmy hereby certify that on this 15th day of April 2009, a true and correct copy of the foregoing *Notice of Service of Discovery* was served by electronic mail delivery on the persons identified on the attached Service List.

        /s/ *John D. Demmy*
        John D. Demmy

**SERVICE LIST**

| | |
|---|---|
| Mark T. Hurford | mth@camlev.com |
| Nathan D. Finch | ndf@capdale.com |
| Peter N. Van Lockwood | pvnl@capdale.com |
| Robert M. Horkovich | rhorkovich@andersonkill.com |
| Craig A. Bruens | Craig.bruens@kirkland.com |
| David M. Bernick | dbernick@kirkland.com |
| Deanna Boll | Deanna.boll@kirkland.com |
| Janet S. Baer | jbaer@jsbpc.com |
| James E. O'Neill | joneill@pszjlaw.com |
| Kathleen P. Makowski | kmakowski@pszjlaw.com |
| Lisa G. Esayian | lesayian@kirkland.com |
| Laura Davis Jones | ljones@pszjlaw.com |
| Timothy Cairns | tcairns@pszjlaw.com |
| Theodore L. Freedman | tfreedman@kirkland.com |
| Michael F. Brown | michael.brown@dbr.com |
| Warren T. Pratt | warren.pratt@dbr.com |
| David P. Primack | David.primack@dbr.com |
| Jay M. Sakalo | jsakalo@bilzin.com |
| Lisa L. Coggins | lcoggins@ferryjoseph.com |
| Matthew I. Kramer | mkramer@bilzin.com |
| Rick S. Miller | rmiller@ferryjoseph.com |
| Scott L. Baena | sbaena@bilzin.com |
| Theodore J. Tacconelli | ttacconelli@ferryjoseph.com |
| Alan B. Rich | ecfbdel@alanrichlaw.com |
| Debra L. Felder | dfelder@orrick.com |
| Richard H. Wyron | rwyron@orrick.com |
| Roger Frankel | rfrankel@orrick.com |
| Edward C. Toole, Jr. | toolee@pepperlaw.com |
| Evelyn J. Meltzer | meltzere@pepperlaw.com |
| Linda J. Casey | caseyl@pepperlaw.com |
| Douglas Mannal | dmannal@kramerlevin.com |
| Kathleen M. Miller | kmiller@skfdelaware.com |
| Steve A. Peirce | speirce@fulbright.com |
| Toby L. Gerber | tgerber@fulbright.com |
| Kerri K. Mumford | mumford@lrclaw.com |
| James C. Carignan | carignaj@pepperlaw.com |
| Robert J. Sidman | rjsidman@vorys.com |
| Tiffany Cobb | tscobb@vorys.com |
| Kevin Mangan | kmangan@wcsr.com |
| Michael R. Lastowski | mlastowski@duanemorris.com |
| Richard W. Riley | rwriley@duanemorris.com |
| Andrew K. Craig | acraig@cuyler.com |

| | |
|---|---|
| Stefano V. Calogero | scalogero@cuyler.com |
| Allen Schwartz | Allenschwartz@omm.com |
| Brad Elias | belias@omm.com |
| Carl Pernicone | carl.pernicone@wilsonelser.com |
| Catherine Chen | catherine.chen@wilsonelser.com |
| Garvin F. McDaniel | gmcdaniel@bglawde.com |
| Gary Svirsky | gsvirsky@omm.com |
| Tancred V. Schiavoni | tschiavoni@omm.com |
| Marc S. Casarino | casarinom@whiteandwilliams.com |
| Joseph Gibbons | gibbonsj@whiteandwilliams.com |
| Gregory T. LoCasale | locasaleg@whiteandwilliams.com |
| James S. Yoder | yoderj@whiteandwilliams.com |
| Brian H. Mukherjee | bmukherjee@goodwinprocter.com |
| Daniel M. Glosband | dglosband@goodwinprocter.com |
| Elizabeth DeCristofaro | emdecristofaro@fmew.com |
| Michael S. Giannotto | mgiannotto@goodwinprocter.com |
| Shayne W. Spencer | swspencer@fmew.com |
| Beth Stern Fleming | bsf@stevenslee.com |
| David R. Beane | drb@stevenslee.com |
| Leonard P. Goldberger | lpg@stevenslee.com |
| Marnie E. Simon | mes@stevenslee.com |
| Alex Mueller | Alexander.mueller@mendes.com |
| Michael Shiner | mshiner@tuckerlaw.com |
| Tom Quinn | thomas.quinn@mendes.com |
| Edward J. Longosz, II | elongosz@eckertseamans.com |
| Jeffrey C. Wisler | jwisler@cblh.com |
| Karalee C. Morrell | kmorell@wileyrein.com |
| Laura G. Stover | lstover@eckertseamans.com |
| Marc J. Phillips | mphillips@cblh.com |
| Richard A. Ifft | rifft@wileyrein.com |
| Elisa Alcabes | ealcabes@stblaw.com |
| Karen Abravanel | kabravanel@stblaw.com |
| Jeffrey M. Boerger | jeffrey.boerger@dbr.com |
| Leslie Davis | ldavis@crowell.com |
| Mark Plevin | mplevin@crowell.com |

SL1 916102v1/000000.00000