IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. Grace & Co., et al. | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| _____ | : | Case No. 01-01139 (JFK) |

**NOTICE OF FILING OF THIRD AMENDED AND RESTATED RULE 2019 STATEMENT OF REPRESENTATION BY ROBERT PEIRCE & ASSOCIATES, P.C.
(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Robert Peirce & Associates, P.C., in compliance with the October 22, 2004 Order of Court, has filed its Statement pursuant to Fed.R.Bankr.P. 2019.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE  19801

Dated: April 15, 2009                                   /s/Daniel K. Hogan
                                                         Daniel K. Hogan (DE #2814)
                                                         THE HOGAN FIRM
                                                         1311 Delaware Avenue
                                                         Wilmington, DE 19806
                                                         Telephone: 302-656-7540
                                                         Facsimile: 302-656-7599

NOTICE