**SOLIDUS**
**INTEGRATION**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Solidus Integration
29 Raffaele Dr
Waltham, MA 02452-0313

voice: 1-781-894-3450
fax:   1-781-577-1518
e-mail: info@solidusintegration.com

April 6, 2009

Clerk of the United States Bankruptcy Court
824 North Market Street
Wilmington, Delaware 19801

Re:   W.R. Grace & Co., et al. Case No.: 01-01139(JKF),
      claim number CN1138 07022002,
      creditor's address change.

Solidus Integration is an unsecured creditor in the W.R.Grace Chapter 11 case. The claim number is CN1138 07022002. Please be advised that the postal address of Solidus Integration has changed. The new address is

Solidus Integration
29 Raffaele Drive
Waltham, MA 02452-0313

Thank you,

*Sergey Liberman* (signature)

Sergey Liberman
Owner, Solidus Integration