**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
February 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended February 28, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 30+ | Integrated Audit | $698.50 | 43.7 | $ 30,524.45 |
| Chad Soares | Audit Partner | 15 | Integrated Audit | $840.18 | 0.5 | $ 420.09 |
| Edward Abahoonie | Tax Partner | 28+ | Integrated Audit | $812.80 | 10.0 | $ 8,128.00 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 20.0 | $ 11,760.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 12.5 | $ 8,096.25 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 6.0 | $ 5,943.60 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 21.1 | $ 14,738.35 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 6.5 | $ 5,461.17 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 7.0 | $ 4,889.50 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 0.3 | $ 209.55 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $624.84 | 2.5 | $ 1,562.10 |
| Rafael Garcia | Director | 15 | Integrated Audit | $414.75 | 49.0 | $ 20,322.75 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 17.0 | $ 6,973.57 |
| Tami Van Tassell | Audit Senior Manager | 13 | Integrated Audit | $717.55 | 12.0 | $ 8,610.60 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 15.0 | $ 4,457.70 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 151.3 | $ 62,064.77 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 6.0 | $ 2,571.84 |
| Susan Seyfried | Audit Manager | 8 | Integrated Audit | $279.40 | 1.5 | $ 419.10 |

{02411}

| Name | Title | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Amelia John | Tax Manager | Integrated Audit | $283.50 | 12.7 | $ 3,600.45 |
| Mariana Espinoza | Tax Manager | Integrated Audit | $283.50 | 5.0 | $ 1,417.50 |
| Raul Quiroz | Advisory Manager | Integrated Audit | $419.10 | 1.0 | $ 419.10 |
| Craig Chu | Tax Senior Associate | Integrated Audit | $349.26 | 3.1 | $ 1,082.71 |
| Jacqueline Calvo | Tax Senior Associate | Integrated Audit | $199.50 | 55.7 | $ 11,112.15 |
| Todd Chesla | Tax Senior Associate | Integrated Audit | $199.50 | 50.0 | $ 9,975.00 |
| Pamela Barkley | Audit Senior Associate | Integrated Audit | $227.33 | 158.4 | $ 36,009.07 |
| Andrew Ralston | Audit Senior Associate | Integrated Audit | $330.20 | 1.4 | $ 462.28 |
| Erica Margolius | Audit Senior Associate | Integrated Audit | $227.33 | 23.6 | $ 5,364.99 |
| Karen Geung | Audit Senior Associate | Integrated Audit | $223.52 | 2.7 | $ 603.50 |
| Stanislaus Gomes | Audit Senior Associate | Integrated Audit | $330.20 | 15.0 | $ 4,953.00 |
| Lisa Chang | Advisory Senior Associate | Integrated Audit | $360.00 | 7.0 | $ 2,520.00 |
| Oriana Lisker | Advisory Senior Associate | Integrated Audit | $360.00 | 33.6 | $ 12,096.00 |
| Edward Mitchell | Advisory Senior Associate | Integrated Audit | $360.00 | 1.5 | $ 540.00 |
| Vijay Lilaram | Advisory Associate | Integrated Audit | $288.00 | 19.5 | $ 5,616.00 |
| Thomas Duncan | Tax Associate | Integrated Audit | $273.05 | 0.8 | $ 218.44 |
| Phillip Crosby | Audit Associate | Integrated Audit | $175.26 | 7.3 | $ 1,279.40 |
| Lynda Keorlet | Audit Senior Associate | Integrated Audit | $209.55 | 229.2 | $ 48,028.86 |
| Shahin Rahmani | Audit Associate | Integrated Audit | $156.21 | 207.5 | $ 32,413.58 |
| Pavel Katsiak | Audit Associate | Integrated Audit | $156.21 | 240.5 | $ 37,568.51 |
| Adam Lueck | Audit Associate | Integrated Audit | $156.21 | 238.4 | $ 37,240.46 |
| Alan Harkatz | Tax Associate | Integrated Audit | $147.00 | 61.2 | $ 8,996.40 |
| Eugene Hwang | Audit Associate | Integrated Audit | $260.35 | 14.2 | $ 3,696.97 |
| Jonathan Grant | Audit Associate | Integrated Audit | $306.66 | 6.3 | $ 1,931.96 |
| Kristina Johnson | Audit Associate | Integrated Audit | $123.19 | 230.0 | $ 28,333.70 |
| TOTAL | | | | | $ 492,633.42 |

{02411}

2,007.5

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals        43.3        $6,714.12

## Summary of PwC's Fees By Project Category:
### February 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 43.3 | $6,714.12 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |

{02411}

| | | |
|---|---|---|
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,007.5 | $492,633.42 |
| 26-Business Analysis | | |
| 27-Corporate-Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,050.8 | $499,347.54 |

Expense Summary
February 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,118.19 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $26.44 |
| Business Meals | N/A | $2,640.48 |
| TOTAL: | | $4,785.11 |

{02411}