# Exhibit - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended February 28, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment |
|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 2/16/09 | | | | $ 110.98 |
| | Integrated Audit | 2/27/09 | | | | $ 159.80 |
| George Baccash | Integrated Audit | 1/28/09 | | | | $ 84.84 |
| Thomas Smith | Integrated Audit | 2/17/2009 | $ 38.50 | | | |
| | Integrated Audit | 2/25/2009 | $ 38.50 | | | |
| | Integrated Audit | 2/26/2009 | $ 38.50 | | | |
| Martin Burkard | Integrated Audit | 2/4/09 | $ 2.75 | | | |
| | Integrated Audit | 2/4/09 | $ 18.00 | | | |
| | Integrated Audit | 2/11/09 | $ 41.80 | | | |
| | Integrated Audit | 2/23/09 | $ 41.80 | | | |
| Justin Bray | Integrated Audit | 2/2/09 | $ 23.10 | | | |
| | Integrated Audit | 2/5/09 | $ 23.10 | | | |
| | Integrated Audit | 2/9/09 | $ 23.10 | | | |
| | Integrated Audit | 2/12/09 | $ 23.10 | | | |
| | Integrated Audit | 2/16/09 | $ 23.10 | | | |
| | Integrated Audit | 2/18/09 | $ 23.10 | | | |
| | Integrated Audit | 2/19/09 | $ 23.10 | | | |
| | Integrated Audit | 2/23/09 | $ 23.10 | | | |
| | Integrated Audit | 2/25/09 | $ 23.10 | | | |
| | Integrated Audit | 2/26/09 | $ 23.10 | | | |
| Pamela Barkley | Integrated Audit | 2/14/2009 | $ 27.50 | | | |
| | Integrated Audit | 2/12/2009 | | | $ | 23.63 |
| Pavel Katsiak | Integrated Audit | 2/2/09 | $ 29.10 | | | |
| | Integrated Audit | 2/3/09 | $ 29.10 | | | |
| | Integrated Audit | 2/4/09 | $ 29.10 | | | |
| | Integrated Audit | 2/5/09 | $ 29.10 | | | |
| | Integrated Audit | 2/6/09 | $ 29.10 | | | |
| | Integrated Audit | 2/9/09 | $ 29.10 | | | |
| | Integrated Audit | 2/10/09 | $ 29.10 | | | |
| | Integrated Audit | 2/11/09 | $ 29.10 | | | |
| | Integrated Audit | 2/12/09 | $ 29.10 | | | |

| Name | Service | Date | Amount |
|---|---|---|---|
| | Integrated Audit | 2/13/09 | $ 29.10 |
| | Integrated Audit | 1/16/09 | $ 29.10 |
| | Integrated Audit | 1/17/09 | $ 28.10 |
| | Integrated Audit | 1/18/09 | $ 29.10 |
| | Integrated Audit | 1/19/09 | $ 29.10 |
| | Integrated Audit | 1/20/09 | $ 29.10 |
| | Integrated Audit | 1/23/09 | $ 29.10 |
| | Integrated Audit | 1/24/09 | $ 29.10 |
| Rafael Garcia | Integrated Audit | 1/25/09 | $ 29.10 |
| | Integrated Audit | 1/26/09 | $ 29.10 |
| | Integrated Audit | 1/27/09 | $ 29.10 |
| | Integrated Audit | 2/2/09 | $ 17.60 |
| | Integrated Audit | 2/2/09 | $ 17.60 |
| | Integrated Audit | 2/2/09 | $ 87.40 |
| | Integrated Audit | 2/2/09 | $ 5.68 |
| | Integrated Audit | 2/2/09 | $ 12.92 |
| Lynda Keonlet | Integrated Audit | 2/23/09 | $ 16.29 |
| | Integrated Audit | 2/6/09 | $ 35.20 |
| | Integrated Audit | 2/5/09 | $ 40.70 |
| | Integrated Audit | 2/4/09 | $ 49.50 |
| | Integrated Audit | 2/3/09 | $ 41.25 |
| | Integrated Audit | 2/2/09 | $ 35.20 |
| Todd Chesla | Integrated Audit | 2/2/09 | $ 50.60 |
| | Integrated Audit | 2/9/09 | $ 40.70 |
| | Integrated Audit | 2/10/09 | $ 46.20 |
| Kristina Johnson | Integrated Audit | 2/11/09 | $ 42.50 |
| | Integrated Audit | 2/12/09 | $ 46.75 |
| | Integrated Audit | 2/13/09 | $ 35.20 |
| | Integrated Audit | 2/14/09 | $ 52.25 |
| | Integrated Audit | 2/17/09 | $ 35.20 |
| | Integrated Audit | 2/16/09 | $ 38.50 |
| | Integrated Audit | 2/18/09 | $ 40.70 |

| Name | Type | Date | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 2/19/09 | | $ 46.20 | | | |
| | Integrated Audit | 2/20/09 | | $ 35.20 | | | |
| | Integrated Audit | 2/21/09 | | $ 48.40 | | | |
| | Integrated Audit | 2/23/09 | | $ 35.20 | | | |
| | Integrated Audit | 2/24/09 | | $ 40.70 | | | |
| | Integrated Audit | 2/25/09 | | $ 35.20 | | | |
| | Integrated Audit | 2/26/09 | | $ 35.20 | | | |
| | Integrated Audit | 2/27/09 | | $ 35.20 | | | |
| | Integrated Audit | 2/3/09 | | | | | $ 222.23 |
| | Integrated Audit | 2/4/09 | | | | | $ 269.14 |
| | Integrated Audit | 2/5/09 | | | | | $ 158.16 |
| | Integrated Audit | 2/9/09 | | | | | $ 245.01 |
| | Integrated Audit | 2/10/09 | | | | | $ 87.76 |
| | Integrated Audit | 2/11/09 | | | | | $ 218.82 |
| | Integrated Audit | 2/12/09 | | | | | $ 197.54 |
| | Integrated Audit | 2/14/09 | | | | | $ 22.82 |
| | Integrated Audit | 2/14/09 | | | | | $ 49.83 |
| | Integrated Audit | 2/14/09 | | | | | $ 32.26 |
| | Integrated Audit | 2/16/09 | | | | | $ 20.83 |
| | Integrated Audit | 2/16/09 | | | | | $ 227.63 |
| | Integrated Audit | 2/18/09 | | | | | $ 227.63 |
| | Integrated Audit | 2/21/09 | | | | | $ 9.94 |
| | Integrated Audit | 2/19/09 | | $ 132.65 | | | |
| | Integrated Audit | 2/24/09 | | | | | $ 260.61 |
| Adam Lueck | Integrated Audit | 2/24/09 | | | | | |
| | Integrated Audit | 2/7/09 | | $ 23.10 | | | |
| | Integrated Audit | 2/10/09 | | $ 6.00 | | | |
| | Integrated Audit | 2/10/09 | | $ 12.10 | | | |
| | Integrated Audit | 2/14/09 | | $ 23.10 | | | |
| Melissa Noel | Integrated Audit | 2/3/2009 | | | | $ 26.44 | |
| Summary | | | $ 4,785.11 | $ 2,118.19 | $ - | $ 26.44 | $ 2,640.48 |

## Description

Audit team lunch at Luna Bella, Columbia, with J Bray, P Barkley, L Keonfet, P Katsiak, A Lueck, S Rahmani and N Johnson (all PwC, 8 people) to discuss audit status

Audit team lunch at Michael's, Columbia, with P Barkley, L Keonfet, P Katsiak, A Lueck, S Rahmani and N Johnson (all PwC, 7 people) to discuss audit status

Business Lunch Meeting with WR Grace Staff - Alan Gibbons (2 people)

Mileage in excess of base (70 miles * $.55 per mile)
Mileage in excess of base (70 miles * $.55 per mile)
Mileage in excess of base (70 miles * $.55 per mile)

(35 miles - 30 miles regular commute = 5 miles * $0.55 per excess mile)
Parking + valet tip
(106 miles - 30 miles regular commute = 76 miles * $0.55 per excess mile)
(106 miles - 30 miles regular commute = 76 miles * $0.55 per excess mile)

Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)

Mileage for overtime commute (60 miles * $.55/mile) Roundtrip to Columbia Headquarters
Breakfast for the team, E.Margolius, L.Keonfet, P.Barkley, S.Rahmani, A.Lueck, P.Katsiak, N.Johnson (7 people)

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 28.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Team meeting lunch at McCormick & Schmick's which included 6 people.
Taxes for team meeting lunch
Tip for team meeting lunch
32 excess miles of travel from Home to WR Grace (32 miles * $0.55 per mile)
32 excess miles of travel from WR Grace to Home (32 miles * $0.55 per mile)

Individual dinner during overtime work (2/23) (1 person)

Excess mileage for round-trip from Miami to Boca (92 miles * .55)

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
93 miles to the client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 75 miles * .55= 41.25
108 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 90 miles * .55= 49.50
92 miles to the client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 74 miles * .55= 40.70
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
92 miles to the client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 74 miles * .55= 40.70
102 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 84 miles * .55= 46.20
96 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 78 miles * .55= 42.90
103 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 85 miles * .55= 46.75
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
88 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 70 miles * .55= 38.50
80 miles to and from client - 18 miles normal commute to the office = 62 miles every day excess * .55=34.10
82 miles to and from client - 18 miles normal commute to the office, and to the restaurant to get the team breakfast, and to the restaurant to get the audit team and Grace employees supper, then home = 95 miles * .55= 52.25
96 miles to client, to restaurant to get the team breakfast, then home -18 miles normal commute to the office = 78 miles * .55= 42.90

102 miles to client, to restaurant to get the audit team and Grace employees supper, then home - 18 miles normal commute to the office = 84 miles * .55= 46.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

88 miles to client, to restaurant to get breakfast and lunch, then home = 88 miles *.55= 48.40

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

92 miles to client, to restaurant to get the audit team and Grace employees supper, then home - 18 miles normal commute to the office = 74 miles * .55= 40.70

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

Dinner during overtime work for the client and audit team (5 PwC people - L. Keortel, S. Rahmani, P. Katsiak, A. Lueck, and N. Johnson and 2 Grace people - T. Puglisi and S. Hawkins )

Dinner for the client and audit team during overtime work (6 people - L. Keortel, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, and N. Johnson and 4 Grace people - T. Puglisi, T. Dyer, J. Day, H. Janes)

Dinner for the client and audit team during overtime work (4 people - S. Rahmani, A. Lueck, and N. Johnson and 2 Grace people - K. Franks, S. Hawkins)

Dinner for the client and audit team during overtime work (6 people - S. Rahmani, L. Keortel, J. Bray, P. Katsiak, A. Lueck, and N. Johnson and 3 Grace people - K. Franks, S. Hawkins, and T. Puglisi)

Dinner for the client and audit team during overtime work (5 people - S. Rahmani, L. Keortel, P. Katsiak, A. Lueck, and N. Johnson and 2 Grace people - S. Hawkins and T. Puglisi)

Dinner for the client and audit team during overtime work (5 people - S. Rahmani, L. Keortel, P. Katsiak, A. Lueck, and N. Johnson and 3 Grace people - S. Hawkins, B. Dockman, and T. Puglisi)

Dinner for the client and audit team during overtime work (7 people - S. Rahmani, L. Keortel, P. Katsiak, A. Lueck, P. Barkley, J. Bray and N. Johnson and 1 Grace person - K. Franks)

Breakfast for the audit team during overtime work (5 people - S. Rahmani, L. Keortel, P. Barkley, A. Lueck, and N. Johnson)

Lunch for the PwC team during overtime work- 4 people - N. Johnson, A. Lueck, S. Rahmani, and P. Barkley

Dinner for audit team during overtime work (2 PwC people - S. Rahmani and N. Johnson)

Breakfast for the audit team during overtime work (5 people - S. Rahmani, L. Keortel, P. Barkley, A. Lueck, and N. Johnson)

Dinner for the client and audit team during overtime work (7 PwC People - L. Keortel, S. Rahmani, P. Katsiak, A. Lueck, P. Barkley, J. Bray, and N. Johnson and 3 Grace people - T. Puglisi, K. Franks, and S. Hawkins )

Dinner for the client and audit team during overtime work (6 PwC People - L. Keortel, S. Rahmani, P. Katsiak, A. Lueck, P. Barkley, J. Bray, and N. Johnson and 2 Grace people - T. Puglisi and B. Dockman)

Lunch for 1 PwC person during overtime work- N. Johnson

Dinner for the client and audit team during overtime work (4 PwC people - L. Keortel, S. Rahmani, P. Katsiak, J. Bray, and N. Johnson and 5 Grace people - K. Blood, J. McElhenney, S. Hawkins, K. Franks, and B. Dockman )

Round trip overtime mileage to Corporate headquarters ($0.55/ mile *22 miles).

Parking fees

Mileage in excess of normal commute ($0.55/ mile * 22 miles).

Round trip overtime mileage to Corporate headquarters ($0.55/ mile *42 miles).

charge to overnight monthly package

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended February 28, 2009**

| Personnel | Date | Title | Expense |
|---|---|---|---|
| Bill Bishop | 2/16/09 | Audit Partner | $ 110.98 |
| | 2/27/09 | Audit Partner | $ 159.80 |
| | | | $ 270.78 |
| George Baccash | 1/28/09 | Tax Partner | $ 84.84 |
| | | | $ 84.84 |
| Thomas Smith | 2/17/2009 | Audit Partner | $ 38.50 |
| | 2/25/2009 | Audit Partner | $ 38.50 |
| | 2/26/2009 | Audit Partner | $ 38.50 |
| | | | $ 115.50 |
| Martin Burkard | 2/4/09 | Audit Manager | $ 2.75 |
| | 2/4/09 | Audit Manager | $ 18.00 |
| | 2/11/09 | Audit Manager | $ 41.80 |
| | 2/23/09 | Audit Manager | $ 41.80 |
| | | | $ 104.35 |
| Justin Bray | 2/2/09 | Audit Senior Manager | $ 23.10 |
| | 2/5/09 | Audit Senior Manager | $ 23.10 |
| | 2/9/09 | Audit Senior Manager | $ 23.10 |
| | 2/12/09 | Audit Senior Manager | $ 23.10 |
| | 2/16/09 | Audit Senior Manager | $ 23.10 |
| | 2/18/09 | Audit Senior Manager | $ 23.10 |
| | 2/19/09 | Audit Senior Manager | $ 23.10 |
| | 2/23/09 | Audit Senior Manager | $ 23.10 |
| | 2/25/09 | Audit Senior Manager | $ 23.10 |

| Name | Date | Title | Amount |
|---|---|---|---|
| Pamela Barkley | 2/26/09 | Audit Senior Manager | $ 23.10 |
| | | | $ 231.00 |
| | 2/14/2009 | Audit Senior Associate | $ 27.50 |
| | 2/12/2009 | Audit Senior Associate | $ 23.63 |
| | | | $ 51.13 |
| Pavel Katsiak | 2/2/09 | Audit Associate | $ 29.10 |
| | 2/3/09 | Audit Associate | $ 29.10 |
| | 2/4/09 | Audit Associate | $ 29.10 |
| | 2/5/09 | Audit Associate | $ 29.10 |
| | 2/6/09 | Audit Associate | $ 29.10 |
| | 2/9/09 | Audit Associate | $ 29.10 |
| | 2/10/09 | Audit Associate | $ 29.10 |
| | 2/11/09 | Audit Associate | $ 29.10 |
| | 2/12/09 | Audit Associate | $ 29.10 |
| | 2/13/09 | Audit Associate | $ 29.10 |
| | 1/16/09 | Audit Associate | $ 29.10 |
| | 1/17/09 | Audit Associate | $ 29.10 |
| | 1/18/09 | Audit Associate | $ 29.10 |
| | 1/19/09 | Audit Associate | $ 29.10 |
| | 1/20/09 | Audit Associate | $ 29.10 |
| | 1/23/09 | Audit Associate | $ 29.10 |

| Name | Date | Role | Amount |
|---|---|---|---|
| Rafael Garcia | 1/24/09 | Audit Associate | $ 29.10 |
|  | 1/25/09 | Audit Associate | $ 29.10 |
|  | 1/26/09 | Audit Associate | $ 29.10 |
|  | 1/27/09 | Audit Associate | $ 29.10 |
|  |  |  | $ 681.90 |
|  | 2/2/09 | Director | $ 87.40 |
|  | 2/2/09 | Director | $ 5.68 |
|  | 2/2/09 | Director | $ 12.92 |
|  | 2/2/09 | Director | $ 17.60 |
|  | 2/2/09 | Director | $ 17.60 |
|  |  |  | $ 141.20 |
| Lynda Keorlet | 2/23/09 | Senior Associate | $ 16.29 |
|  |  |  | $ 16.29 |
| Todd Chesla | 2/2/2009 | Tax Senior Associate | $ 50.60 |
|  |  |  | $ 50.60 |
| Kristina Johnson | 2/2/09 | Audit Associate | $ 35.20 |
|  | 2/3/09 | Audit Associate | $ 41.25 |
|  | 2/4/09 | Audit Associate | $ 49.50 |
|  | 2/5/09 | Audit Associate | $ 40.70 |
|  | 2/6/09 | Audit Associate | $ 35.20 |
|  | 2/9/09 | Audit Associate | $ 40.70 |
|  | 2/10/09 | Audit Associate | $ 46.20 |
|  | 2/11/09 | Audit Associate | $ 42.90 |

| Date | Title | | Amount |
|---|---|---|---|
| 2/12/09 | Audit Associate | $ | 46.75 |
| 2/13/09 | Audit Associate | $ | 35.20 |
| 2/14/09 | Audit Associate | $ | 52.25 |
| 2/16/09 | Audit Associate | $ | 38.50 |
| 2/17/09 | Audit Associate | $ | 35.20 |
| 2/18/09 | Audit Associate | $ | 40.70 |
| 2/19/09 | Audit Associate | $ | 46.20 |
| 2/20/09 | Audit Associate | $ | 35.20 |
| 2/21/09 | Audit Associate | $ | 48.40 |
| 2/23/09 | Audit Associate | $ | 35.20 |
| 2/24/09 | Audit Associate | $ | 40.70 |
| 2/25/09 | Audit Associate | $ | 35.20 |
| 2/26/09 | Audit Associate | $ | 35.20 |
| 2/27/09 | Audit Associate | $ | 35.20 |
| 2/3/09 | Audit Associate | $ | 222.23 |
| 2/4/09 | Audit Associate | $ | 269.14 |
| 2/5/09 | Audit Associate | $ | 158.16 |
| 2/9/09 | Audit Associate | $ | 245.01 |
| 2/10/09 | Audit Associate | $ | 87.76 |
| 2/11/09 | Audit Associate | $ | 218.82 |
| 2/12/09 | Audit Associate | $ | 197.54 |
| 2/14/09 | Audit Associate | $ | 22.82 |
| 2/14/09 | Audit Associate | $ | 49.83 |
| 2/14/09 | Audit Associate | $ | 32.26 |
| 2/16/09 | Audit Associate | $ | 20.83 |
| 2/18/09 | Audit Associate | $ | 227.63 |

| Name | Date | Role | | Amount |
|------|------|------|---|--------|
| Adam Lueck | 2/19/09 | Audit Associate | $ | 132.65 |
| | 2/21/09 | Audit Associate | $ | 9.94 |
| | 2/24/09 | Audit Associate | $ | 260.61 |
| | 2/7/09 | Audit Associate | $ | 23.10 |
| | 2/10/09 | Audit Associate | $ | 6.00 |
| | 2/10/09 | Audit Associate | $ | 12.10 |
| | 2/14/09 | Audit Associate | $ | 23.10 |
| | | | $ | 3,046.78 |
| Melissa Noel | 2/3/2009 | Project Team Specialist | $ | 26.44 |
| | | | $ | 64.30 |
| | | | $ | 26.44 |
| | | | $ | 4,785.11 |

| Description |
| --- |
| Audit team lunch at Luna Bella, Columbia, with J Bray, P Barkley, L Keoriet, A Lueck, S Rahmani and N Johnson (all PwC, 8 people) to discuss audit status |
| Audit team lunch at Michael's, Columbia, with P Barkley, L Keoriet, P Katsiak, A Lueck, S Rahmani and N Johnson (all PwC, 7 people) to discuss audit status |
| Business Lunch Meeting with WR Grace Staff - Alan Gibbons (2 people) |
| Mileage in excess of base (70 miles * $.55 per mile) |
| Mileage in excess of base (70 miles * $.55 per mile) |
| Mileage in excess of base (70 miles * $.55 per mile) |
| (35 miles - 30 miles regular commute = 5 miles * $0.55 per excess mile) |
| Parking + valet tip |
| (106 miles - 30 miles regular commute = 76 miles * $0.55 per excess mile) |
| (106 miles - 30 miles regular commute = 76 miles * $0.55 per excess mile) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |

Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)

Mileage for overtime commute (50 miles * $.55/mile) Roundtrip to Columbia Headquarters
Breakfast for the team, E.Margolius, L.Keorlet, P.Barkley, S.Rahmani, A.Lueck, P.Katsiak, N.Johnson (7 people)

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.45 miles * $0.55 per mile * 2 for a round trip from Arlington, VA to Columbia, MD

Team meeting lunch at McCormick & Schmick's which included 6 people.

Taxes for team meeting lunch

Tip for team meeting lunch

32 excess miles of travel from Home to WR Grace (32 miles * $0.55 per mile)

32 excess miles of travel from WR Grace to Home (32 miles * $0.55 per mile)

Individual dinner during overtime work (2/23) (1 person)

Excess mileage for round-trip from Miami to Boca (92 miles * .55)

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

93 miles to the client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 75 miles * .55= 41.25

108 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 90 miles * .55= 49.50

92 miles to the client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 74 miles * .55= 40.70

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

92 miles to the client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 74 miles * .55= 40.70

102 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 84 miles * .55= 46.20

96 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 78 miles * .55= 42.90

103 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 85 miles * .55= 46.75

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

95 miles to client, to get the team breakfast, and to the restaurant to get the audit team and Grace employees supper, then home = 95 miles * .55= 52.25

88 miles to Tyson's office, then to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 70 miles * .55= 38.50

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

92 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 74 miles * .55= 40.70

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

102 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 84 miles * .55= 46.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

88 miles to client, to restaurant to get breakfast and lunch, then home = 88 miles * .55= 48.40

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

92 miles to client, to restaurant to get the audit team and Grace employees supper, then home -18 miles normal commute to the office = 74 miles * .55= 40.70

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

Dinner during overtime work for the client and audit team - L. Keorlet, S. Rahmani, P. Katsiak, A. Lueck, and N. Johnson and 2 Grace people - T. Puglisi and S. Hawkins )

Dinner for the client and audit team during overtime work (6 people - L. Keorlet, S. Rahmani, P. Barkley, P. Katsiak, A. Lueck, and N. Johnson and 4 Grace people - T. Puglisi, T. Dyer, J. Day, H. Janes)

Dinner for the client and audit team during overtime work (4 people - S. Rahmani, P. Katsiak, A. Lueck, and N. Johnson and 2 Grace people - K. Franks, S. Hawkins)

Dinner for the client and audit team during overtime work (6 people - S. Rahmani, L. Keorlet, J. Bray, P. Katsiak, A. Lueck, and N. Johnson and 3 Grace people - K. Franks, S. Hawkins, and T. Puglisi)

Dinner for the client and audit team during overtime work (5 people - S. Rahmani, L. Keorlet, P. Katsiak, A. Lueck, and N. Johnson and 2 Grace people - S. Hawkins and T. Puglisi)

Dinner for the client and audit team during overtime work (5 people - S. Rahmani, L. Keorlet, P. Katsiak, A. Lueck, and N. Johnson and 3 Grace people - S. Hawkins, B. Dockman, and T. Puglisi)

Dinner for the client and audit team during overtime work (7 people - S. Rahmani, L. Keorlet, P. Katsiak, A. Lueck, P. Barkley, J. Bray and N. Johnson and 1 Grace person - K. Franks)

Breakfast for the audit team during overtime work (5 people - S. Rahmani, L. Keorlet, P. Barkley, A. Lueck, and N. Johnson)

Lunch for the PwC team during overtime work- 4 people - N. Johnson, A. Lueck, S. Rahmani, and P. Barkley.

Dinner for audit team during overtime work (2 PwC people - S. Rahmani and N. Johnson)

Breakfast for the audit team during overtime work (5 people - S. Rahmani, L. Keorlet, P. Barkley, A. Lueck, and N. Johnson)

Dinner for the client and audit team during overtime work (7 PwC people - L. Keorlet, S. Rahmani, P. Katsiak, A. Lueck, P. Barkley, J. Bray, and N. Johnson and 3 Grace people - T. Puglisi, K. Franks, and S. Hawkins)

Dinner for the client and audit team during overtime work (6 PwC people - L. Keorlet, S. Rahmani, P. Katsiak, A. Lueck, P. Barkley, J. Bray, and N. Johnson and 2 Grace people - T. Puglisi and B. Dockman )

Lunch for 1 PwC person during overtime work- N. Johnson

Dinner for the client and audit team during overtime work (4 PwC people - L. Keorlet, S. Rahmani, P. Katsiak, J. Bray, and N. Johnson and 5 Grace people - K. Blood, J. McElhenney, S. Hawkins, K. Franks, and B. Dockman )

Round trip overtime mileage to Corporate headquarters ($0.55/ mile *42 miles).

Parking fees

Mileage in excess of normal commute ($0.55/ mile * 22 miles).

Round trip overtime mileage to Corporate headquarters ($0.55/ mile *42 miles).

charge to overnight monthly package