**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 2/1/09 through 2/28/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 9.80 | $6,958.00 |
| S. Cunningham | Member | $710 | 19.00 | $13,490.00 |
| R. Frezza | Consultant | $625 | 7.70 | $4,812.50 |
| J. Dolan | Consultant | $420 | 53.40 | $22,428.00 |
| M. DeSalvio | Research | $170 | 6.00 | $1,020.00 |
| N. Backer | Paraprofessional | $110 | 4.60 | $506.00 |
| **For the Period 2/1/09 through 2/28/09** | | | **100.50** | **$49,214.50** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the February 2009 Fee Application**

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 2/1/09 through 2/28/09**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims accrued interest fee scenarios in relation to the POR and Disclosure Statement. | 12.70 | $8,403.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and communicated with counsel and Committee members. | 3.70 | $1,641.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant reviewed and analyzed recent pension funding motion and exhibits. | 7.60 | $4,903.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the November, December 08 and January 09 monthly fee statements, as well as the 20th Quarterly Fee Application. | 13.30 | $4,305.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the December monthly and 3rd and 4th quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as finalized a report to the Committee. | 8.00 | $4,404.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the POR, Disclosure Statement and related exhibits and prepared numerous analyses regarding claims. Prepared objection points to the disclosure statement, in coordination with counsel. | 37.30 | $17,673.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared a report to the Committee related to the stock trading restrictions. | 11.90 | $6,864.50 |
| 21. Research | During the Fee Application period, the Applicant prepared peer group analyses to assist in multiple developments. | 6.00 | $1,020.00 |
| **For the Period 2/1/09 through 2/28/09** | | **100.50** | **$49,214.50** |

**Capstone Advisory Group, LLC**
**Invoice for the February 2009 Fee Application**

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 2/1/09 through 2/28/09

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 2/9/2009 | E. Ordway | 0.70 | Prepared analysis of proposed payment arrangements for ZAI claims. |
| 2/16/2009 | S. Cunningham | 3.30 | Review claims and recovery analysis. |
| 2/23/2009 | S. Cunningham | 3.00 | Read and analyzed unsecured claims and interest rate calculation. |
| 2/24/2009 | R. Frezza | 0.50 | Participation in call with counsel and company re: interest on GUC claims |
| 2/24/2009 | J. Dolan | 1.50 | Prepared analysis for and participated in call with Debtors to discuss Class 9 Unsecured claims. |
| 2/24/2009 | S. Cunningham | 2.10 | Read and analyzed unsecured claims and interest rate calculation. |
| 2/26/2009 | R. Frezza | 0.50 | Discussions with counsel on GUC interest details. |
| 2/27/2009 | R. Frezza | 1.10 | Discussions with counsel on GUC interest details; began review of POR exhibits. |
| Subtotal | | 12.70 | |
| 04. Creditor Committee Matters | | | |
| 2/2/2009 | J. Dolan | 0.70 | Read and analzyed recent docket submissions. |
| 2/9/2009 | J. Dolan | 0.70 | Read and analzyed recent docket submissions. |
| 2/17/2009 | E. Ordway | 0.30 | Calls with a Committee member to discuss case status. |
| 2/23/2009 | J. Dolan | 0.40 | Brief update call with counsel. |
| 2/23/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 2/24/2009 | J. Dolan | 0.50 | Case update with team. |
| Subtotal | | 3.70 | |
| 05. Employee Matters/KERP/Other | | | |
| 2/19/2009 | S. Cunningham | 2.80 | Review of pension motion and related analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/20/2009 | J. Dolan | 1.70 | Read and analyzed draft pension motion. |
| 2/23/2009 | E. Ordway | 0.90 | Analyzed pension motion and impact on cash flow. |
| 2/27/2009 | S. Cunningham | 2.20 | Reviewed pension motion. |
| Subtotal | | 7.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/2/2009 | J. Dolan | 0.50 | Finalized and filed November 08 fee app. |
| 2/2/2009 | N. Backer | 1.10 | Prepared 20th Quarterly fee application. |
| 2/3/2009 | N. Backer | 0.30 | Prepared 20th Quarterly fee application. |
| 2/3/2009 | J. Dolan | 1.60 | Reviewed fee auditor initial report and prepared a response report to the fee auditor. |
| 2/3/2009 | J. Dolan | 1.00 | Prepared December fee application. |
| 2/6/2009 | N. Backer | 2.20 | Continued to prepare 20th Quarterly fee application. |
| 2/9/2009 | J. Dolan | 1.10 | Prepared quarterly fee app for 4Q08. |
| 2/12/2009 | E. Ordway | 0.30 | Prepared fee application. |
| 2/12/2009 | J. Dolan | 0.70 | Prepared Dec 08 fee app. |
| 2/13/2009 | E. Ordway | 0.20 | Prepared fee application. |
| 2/13/2009 | N. Backer | 0.30 | Prepared 20th Quarterly fee application. |
| 2/15/2009 | N. Backer | 0.70 | Prepared January 2009 fee statement. |
| 2/17/2009 | J. Dolan | 0.90 | Prepared Jan 09 fee application. |
| 2/17/2009 | J. Dolan | 1.20 | Prepared quarterly fee application. |
| 2/18/2009 | J. Dolan | 0.70 | Prepared quarterly fee application. |
| 2/19/2009 | J. Dolan | 0.50 | Finalized quarterly fee application. |
| Subtotal | | 13.30 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **08. Financial Analysis - Schedules & Statements** | | | |
| 2/5/2009 | J. Dolan | 2.10 | Read and analyzed 4Q08 press release and prepared a snapshot analysis of 2008. |
| 2/11/2009 | J. Dolan | 2.30 | Read and analyzed December 2008 monthly operating reports and updated analysis. |
| 2/11/2009 | E. Ordway | 0.80 | Prepared/edited outline for report to Committee on 3rd Q results. |
| 2/25/2009 | S. Cunningham | 2.80 | Reviewed monthly financial statements. |
| Subtotal | | 8.00 | |
| **15. Plan & Disclosure Statement** | | | |
| 2/2/2009 | J. Dolan | 2.00 | Reviewed blacklined changes to the Disclosure Stmt. |
| 2/2/2009 | J. Dolan | 0.60 | Reviewed section of Disclosure Stmt as requested by counsel and provided summary. |
| 2/4/2009 | E. Ordway | 1.20 | Read and analyzed plan exhibits and listed items for staff to investigate. |
| 2/5/2009 | E. Ordway | 0.80 | Read and analyzed disclosure statement update. |
| 2/6/2009 | J. Dolan | 2.20 | Read and analyzed filed Exhibits to the Plan documents. |
| 2/9/2009 | J. Dolan | 0.40 | Read and analyzed Exhibit related to Stock Incentive Plan in revised POR. |
| 2/9/2009 | J. Dolan | 1.20 | Review of exhibits filed with revised POR. |
| 2/10/2009 | J. Dolan | 1.50 | Read and analyzed Deferred Payment Agreement for ZAI claims in revised POR. |
| 2/10/2009 | E. Ordway | 0.80 | Directed staff in analyzing various components of disclosure statement. |
| 2/10/2009 | J. Dolan | 1.10 | Read and analyzed Stock Incentive Plan Exhibit in revised POR. |
| 2/10/2009 | J. Dolan | 1.60 | Read and analyzed Deferred Payment Agreement for PD Claims in revised POR. |
| 2/11/2009 | J. Dolan | 2.50 | Detailed review with counsel regarding revised POR and related exhibits. |
| 2/12/2009 | J. Dolan | 3.10 | Read and analzyed Exhibits to the POR including Intercreditor Agreement and Deferred Payment Agreements. |
| 2/12/2009 | J. Dolan | 2.20 | Read and analyzed Exhibits to the POR including Stock incentive Plan and Share Issuance Agreement. |
| 2/13/2009 | J. Dolan | 1.10 | Read and analyzed counsel's memo regarding changes in POR and provided comments to counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/13/2009 | R. Frezza | 1.20 | Prepared for and participation in call with counsel re: intercreditor and new POR exhibits. |
| 2/13/2009 | J. Dolan | 2.70 | Prepared objection points to the POR and discussed with counsel regarding memo to the Committee. |
| 2/13/2009 | J. Dolan | 2.30 | Read and analyzed Exhibits to the POR including Warrant Agreement and Registration Rights Agreement. |
| 2/16/2009 | J. Dolan | 2.20 | Read and analyzed Exhibits to the POR including Grace PI Guaranty Agreement and PD Agreement. |
| 2/16/2009 | R. Frezza | 1.80 | Discussions with counsel re: POR exhibits. |
| 2/17/2009 | J. Dolan | 1.60 | Read and analyzed revised POR and Disclosure Stmt blacklined. |
| 2/18/2009 | R. Frezza | 0.50 | Discussions with counsel re: POR exhibits. |
| 2/19/2009 | J. Dolan | 0.70 | Responded to inquiry from counsel regarding treatment of liabilities. |
| 2/20/2009 | E. Ordway | 0.80 | Continued analysis of POR Exhibits. |
| 2/20/2009 | R. Frezza | 1.20 | Continued review of POR exhibits; Review Pension Motion. |
| Subtotal | | 37.30 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/2/2009 | R. Frezza | 0.90 | Restricted Stock memo finalization. |
| 2/2/2009 | J. Dolan | 2.40 | Prepared report to the Committee regarding stock trading restrictions. |
| 2/2/2009 | E. Ordway | 1.30 | Researched sec. 382 issues regarding trading restrictions of stock. |
| 2/3/2009 | J. Dolan | 1.10 | Finalized report to the Committe regarding trading restrictions and distributed to Committee. |
| 2/3/2009 | J. Dolan | 1.70 | Reviewed report to the Committee regarding trading restrictions with counsel and discussed changes/issues. |
| 2/3/2009 | E. Ordway | 1.20 | Reviewed/edited out report regarding trading restrictions. |
| 2/3/2009 | E. Ordway | 0.50 | Read counsel's memo on stock trading. |
| 2/10/2009 | S. Cunningham | 2.80 | Review of restricted stock issues. |
| Subtotal | | 11.90 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/5/2009 | M. DeSalvio | 2.50 | Prepared Peer Group Analysis to assist in development of market multiple. |
| 2/6/2009 | M. DeSalvio | 3.50 | Prepared Peer Group Analysis to assist in development of market multiple. |
| Subtotal | | 6.00 | |
| **Total Hours** | | **100.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 2/1/09 through 2/28/09

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Research** | | | |
| 2/18/2009 | Capstone Expense | Bloomberg subscription | $94.00 |
| 2/18/2009 | Capstone Expense | Pacer - research subscription | $7.12 |
| Subtotal - Research | | | $101.12 |
| **Copies** | | | |
| 2/17/2009 | Capstone Expense | 9 copies at .10 each | $0.90 |
| Subtotal - Copies | | | $0.90 |
| **Scans** | | | |
| 2/17/2009 | Capstone Expense | January scans - 18 @ .10 each | $1.80 |
| Subtotal - Scans | | | $1.80 |
| **Telecom** | | | |
| 2/16/2009 | Capstone Expense | January Telephone - Saddle Brook office | $78.79 |
| Subtotal - Telecom | | | $78.79 |
| **For the Period 2/1/09 through 2/28/09** | | | **$182.61** |

**Capstone Advisory Group, LLC**  
**Invoice for the February 2009 Fee Application**                                     Page 1 of 1