UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                                       :

In re:                                           :
                                                                       : Chapter 11
                                                                       :

W.R. GRACE & CO., et al.,                 : Case No. 01-01139 (JKF)
                                                                       : Jointly Administered
                                                                       :

                                  Debtors.       :
------------------------------------------------------------x

## TRAVELERS CASUALTY AND SURETY COMPANY'S
## SUPPLEMENTAL NOTICE OF DEPOSITION TO
## W.R. GRACE & CO., ET AL. PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

PLEASE TAKE NOTICE that Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company ("Travelers"), through its undersigned counsel, will take the deposition(s) upon oral examination of W.R. Grace & Co., et al. (the "Debtors") pursuant to Bankruptcy Rules 7030 and 9014 and Federal Rule of Civil Procedure 30(b)(6), before a notary public or an officer authorized by law to administer oaths. The deposition will take place at the offices of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware, on April 29, 2009, or on such other date and at such other location as mutually agreed by Travelers and the Debtors, and shall continue from day to day until concluded. The deposition will be videotaped. You are invited to attend and participate.

Pursuant to Rule 30(b)(6), the Debtors shall designate one or more officers, directors, managing agents or other persons who consent to testify on their behalf as to all facts and other information known or reasonably available to the Debtors relating to the matters set forth in Attachment A.

Dated: April 15, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Ann C. Cordo*

Robert J. Dehney (Bar No. 3578)
Ann C. Cordo (Bar No. 4817)
1201 N. Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: RDehney@MNAT.com
　　　　ACordo@MNAT.com

Mary Beth Forshaw
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
　　　　ealcabes@stblaw.com

*Attorneys for Travelers Casualty and Surety Company*