## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the **Travelers Casualty And Surety Company's Supplemental Notice Of Deposition To W.R. Grace & Co., et al. Pursuant To Federal Rule Of Civil Procedure 30(b)(6)** was caused to be made on April 15, 2009, in the manner indicated upon the parties identified on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 15, 2009

Ann C. Cordo (No. 4817)

2647086.4