IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that, effective April 20, 2009, the Chicago office of KIRKLAND & ELLIS LLP, will relocate their offices to the address listed below:

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
PH: (312) 862-2000
FAX: (312) 862-2200
david.bernick@kirkland.com
lisa.esayian@kirkland.com
samuel.blatnick@kirkland.com

Dated: April 15, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Samuel L. Blatnick
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Theodore Freedman
Deanna Boll
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

PACHULSKI, STANG, ZIEHL, & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession