IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD FEBRUARY 1, 2009, THROUGH FEBRUARY 28, 2009**

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 02/13/2009 | GHL | Preparation of response to office action of November 25, 2008, including review of the action and references cited therein, review of the pending specification and claims, review of Mr. Cross's analysis of the rejection and possible claim amendments consideration of possible claim amendments and arguments to be made to overcome the claim rejections; review of PCT publication also cited in foreign prosecutions to determine possible relevance to claims. | 2.40 |
|---|---|---|---|
| 02/16/2009 | GHL | Further analysis of proposed amendments and PCT reference in preparation for scheduled conference call with Mr. Cross. | 0.80 |
| 02/18/2009 | GHL | Telephone conference with Mr. Cross regarding pending office action and cited art, and amendments to be made to gain allowance of the claims, preparation of amended claim set and forwarding same to Mr. Cross for review. | 1.40 |
| 02/20/2009 | GHL | Preparation of response to the Office Action of November 25, 2008, including review of the action and cited references in view of previous discussions with Mr. Cross, drafting of response to include proposed claim amendments previously discussed with Mr. Cross. | 1.20 |
| 02/21/2009 | GHL | Further work on response, including continuing claim amendments, drafting new claims for addition into case, preparation of written comments in support of the patentability of the amended claims, finalization of draft and dispatch to Mr. Cross for review. | 2.20 |
| 02/23/2009 | GHL | Telephone conference with claim scope and Mr. Cross and Mr. Jordan regarding scope of allowable claims and further strategy for prosecution; revising the draft response in view of the discussions, including drafting of further amendments to the claims and explanation of the amendments. | 2.30 |
| 02/24/2009 | GHL | Further telephone conference with Mr. Cross regarding strategy for responding to office action, further revisions to proposed amendments and arguments to be presented in response, and dispatch of further version of the draft response to Mr. Cross. | 1.80 |
| 02/25/2009 | GHL | Further discussion with Mr. Cross regarding strategy for response to office action, finalize response and attend to filing the response. | 0.80 |

|  | SERVICES |  |  |  | $ | 7,353.00 |
|---|---|---|---|---|---|---|
| GHL | GARY H. LEVIN12.90 | 0.80 | hours @ | $570.00 | | |

**DISBURSEMENTS:**

| PATENT OFFICE FEES | $ | 409.50 |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 409.50 |
| SERVICE TOTAL | $ | 7,353.00 |
| **INVOICE TOTAL** | **$** | **7,762.50** |

## WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| 02/03/2009 | GHL | further analysis of third-party patents relating to particulate conveyancing, revisions to Summary of defenses to possible assertion of the patents, and communication with Mr. Cross regarding same; | 1.60 |
| --- | --- | --- | --- |
| 02/13/2009 | GHL | telephone conference with Mr. Cross regarding third-party patents; further work on summary of defenses to possible assertion of same, and transmittal of summary to Messrs. Maggio and Cross; | 1.50 |
| 02/20/2009 | GHL | Review of recent case law pertinent to validity and claim construction issues involved in evaluation of third-party patents. | 0.80 |

             SERVICES    $ 2,223.00

|  | GHL | GARY H. LEVIN | 3.90 | hours @ | $570.00 |
| --- | --- | --- | --- | --- | --- |

**INVOICE TOTAL**           $ **2,223.00**