IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. Grace & Co., et al. | § | Case No. 01-01139 |
| | § | |
| Debtors | § | Jointly administered |

**TEXAS COMPTROLLER'S OBJECTION TO**
**FIRST AMENDED JOINT PLAN OF REORGANIZATION**

The Texas Comptroller of Public Accounts ("Texas Comptroller"), appearing through the Texas Attorney General's Office, objects as follows to the First Amended Joint Plan of Reorganization ("Plan") proposed by the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders.

1.      The Texas Comptroller objects to Plan Art. 8.1 which attempts to enjoin all setoff rights, including those of tax authorities.  The Plan should not alter tax authorities' rights of setoff under applicable state laws.  The Texas Comptroller has filed an administrative expense claim under 11 U.S.C. § 503(b) for post-petition franchise taxes in the amount of $173,764.45, on which penalties and interest continue to accrue.  The Texas Comptroller intends to assert its right of setoff under applicable Texas state law to recover the amount of its administrative expense claim by applying any post-petition refund claims held by the Debtors.  An objection to such a provision as Art. 8.1 is sufficient to preserve such setoff rights.  In re Alta + Cast, 2004 WL 4881 (Bankr. D. Del.).

WHEREFORE, unless the Plan defect discussed above is cured, the Texas Comptroller requests that confirmation of the Plan be denied and for such further relief to which it may be entitled.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ William A. Frazell*
WILLIAM A. FRAZELL
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4862
Facsimile:  (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on April 16, 2009, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

W.R. Grace & Co
7500 Grace Drive
Columbia, MD 21044
Attn: General Counsel

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Attn: David M. Bernick

2

The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Ste. 2100
Chicago, IL 60602
Attn: Janet S. Baer

Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attn: Laura Davis Jones

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Ste. 1100
Washington, DC 20005
Attn: Peter Lockwood

Caplin & Drysdale, Chartered
375 Park Ave., 35th Fl
New York, NY 10152
Attn: Elihu Inselbuch

Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Ste. 2500
Miami, FL 33131-5340
Attn: Scott L. Baena

David T. Austern
3110 Fairview Park Dr., Ste. 200
Falls Church VA 22042 0683

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005 1706
Attn: Roger Frankel

Alexander M. Sanders, Jr.
19 Water Street
Charleston, South Carolina 29401

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Ste. 4620
Dallas, TX 75202 3909

Stroock & Stroock & Lavan LLP

180 Maiden Lane
New York, NY 10038 4982
Attn: Lewis Kruger

Sealed Air Corporation
200 Riverfront Blvd
Elmwood Park, NJ 07407
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D.J. Baker

Fresenius Medical Care North America
Corporation Headquarters
Corporate Law Department
95 Hayden Ave
Lexington, MA 02420 9192
Attn: General Counsel

McDermott, Will & Emery
227 W. Monroe, Ste. 4400
Chicago, IL 60606
Attn: David S. Resenbloom

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Phillip Bentley

Office of the United States Trustee
Attn: David Kauder, Esq.
844 King Street, Ste. 2207
Wilmington, DE 19801

By Electronic Means as listed on the Court's ECF Noticing System:

Eric B. Abramson eabramson@serlinglaw.com
Carolina Acevedo carolina.acevedo@mendes.com, anna.newsom@mendes.com
Peter M. Acton pacton@nutter.com
David G. Aelvoet davida@publicans.com
Jonathan Holmes Alden jonathan.alden@dep.state.fl.us, syndie.l.kinsey@dep.state.fl.us
Elihu Ezekiel Allinson, III ZAllinson@SHA-LLC.com,

ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Julie A. Ardoin dlawless@ardoinlawfirm.com
Thomas V. Askounis taskounis@askounisdarcy.com
Jonathan David Berger jdberger@bm.net
Scott R. Bickford usbc@mbfirm.com
Ian Connor Bifferato cbifferato@bglawde.com, dfeinberg@lewisfeinberg.com
Mark S. Bostick mbostick@wendel.com
William Pierce Bowden wbowden@ashby-geddes.com
Kay Diebel Brock bk-kbrock@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Charles J. Brown cbrown@archerlaw.com
Charles J. Brown cbrown@harvpenn.com
Cathy Jo Burdette cathy.burdette@usdoj.gov
Noel C. Burnham nburnham@burnhamlawassociates.com
Daniel B. Butz dbutz@mnat.com, aconway@mnat.com
Kathy Byrne kbyrne@cooneyconway.com
LINDSEY W. COOPER lindsey.w.cooper@usdoj.gov
Timothy P. Cairns tcairns@pszjlaw.com
Timothy P. Cairns tcairns@pszjlaw.com
Barbara Lee Caldwell blc@hs-law.com
David W. Carickhoff carickhoff@blankrome.com, senese@blankrome.com
James C. Carignan carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
Linda Marie Carmichael carmichaell@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com
Joseph D. Carona, Jr. dcarjr@aol.com
John T. Carroll jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
Marc Stephen Casarino casarinom@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com
Annie E. Catmull acatmull@hwallp.com
Mark S. Chehi mchehi@skadden.com, debank@skadden.com
Mark S. Chehi
debank@skadden.com;merrick.friel@skadden.com;christopher.heaney@skadden.com;;andrew.th
au@skadden.com;larry.morton@skadden.com;mirjana.mirkovic@skadden.com
William E. Chipman chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com
Richard Scott Cobb cobb@lrclaw.com,
adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com
Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com
Lisa L. Coggins lcoggins@ferryjoseph.com
Elaine Z. Cole elaine_cole@tax.state.ny.us
Bernard George Conaway bconaway@camlev.com, bconaway@camlev.com
Russell L. Cook sburns@fhl-law.com
Ann C. Cordo acordo@mnat.com,
aconway@mnat.com;ecampbell@mnat.com;rfusco@mnat.com
L. Jason Cornell jcornell@frof.com, dkemp@foxrothschild.com;vfrew@foxrothschild.com
Scott D. Cousins bankruptcydel@gtlaw.com

Richard H. Cross rcross@crosslaw.com
Teresa K.D. Currier currier@klettrooney.com, tercurrier@aol.com
Tobey M. Daluz daluzt@ballardspahr.com
Kathleen Campbell Davis kdavis@camlev.com
Michael S. Davis mdavis@zeklaw.com, jvanroy@zeklaw.com;rguttmann@zeklaw.com
Steven T. Davis delbkr@obermayer.com
John D. Demmy jdd@stevenslee.com
Kristi J. Doughty bk.service@aulgur.com
Timothy P Dowling tpdowling@gthm.com
Stuart B. Drowos stuart.drowos@state.de.us
Christopher P. Duffy duffy@coadylaw.com
Jena LeBlanc Duncan jduncan@leblancwaddell.com
Natalie F. Duncan nduncan@baronbudd.com
Derrick A. Dyer dyerda@dilworthlaw.com
Erin Edwards bankfilings@ycst.com
Robert L. Eisenbach reisenbach@cooley.com
Jerel L. Ellington jerry.l.ellington@usdoj.gov, james.bezio@usdoj.gov
Landon Ellis ellis@lrclaw.com
Michael Seth Etkin metkin@lowenstein.com
Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com
Sherry Ruggiero Fallon sfallon@trplaw.com
Bonnie Glantz Fatell fatell@blankrome.com, senese@blankrome.com
Oscar Baldwin Fears bfears@law.ga.gov, 02bf@law.ga.gov
David L. Finger dfinger@delawgroup.com
John V. Fiorella jfiorella@archerlaw.com
David Earl Flowers david.flowers@state.mn.us
David M. Fournier fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
Stephanie Ann Fox sfox@klehr.com, mruddy@klehr.com
Joseph D. Frank jfrank@fgllp.com,
ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
Scott J. Freedman Sfreedman@dilworthlaw.com
James Donald Freeman james.freeman2@usdoj.gov, corrine.lill@usdoj.gov;kelsey.mitchell-
wynne@usdoj.gov
Jeff J. Friedman JJFriedman@kmzr.com
Charles E. Gibson charles@cegibsonlawfirm.com
Matthew A. Gold courts@argopartners.net
Robert Gold rginvestgrp@aol.com
William M. Graham bgraham@wallacegraham.com
George C. Greatrex, Jr. ggreatrex@ssglawfirm.com
James S. Green, Jr. green@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com
Joseph Grey jg@stevenslee.com
Virginia Whitehill Guldi vguldi@zuckerman.com
Kurt F. Gwynne kgwynne@reedsmith.com, llankford@reedsmith.com
Michael J Hanners MikeH@SPLaw.com, LMcPeak@SPLaw.com

Lee Harrington lharrington@nixonpeabody.com
Daniel J. Healy daniel.j.healy@usdoj.gov, eastern.taxcivil@usdoj.gov
Curtis A. Hehn chehn@pszjlaw.com
Curtis A. Hehn chehn@pszyj.com
Leslie C. Heilman heilmanl@ballardspahr.com
Paul D. Henderson bkhendersonlaw@aol.com
Paul D. Henderson bking@paulhendersonlaw.com
Ann B. Hill ann.hill@la.gov, susan.ham@la.gov
Daniel K. Hogan dkhogan@dkhogan.com, keharvey@dkhogan.com
Margaret A. Holland hollamar@law.dol.lps.state.nj.us
Brian David Huben brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com
Peter C. Hughes phughes@dilworthlaw.com
Mark T Hurford cl@camlev.com, mth@camlev.com
David R. Hurst dhurst@mmwr.com
David R. Hurst bankfilings@ycst.com
Carol A. Iancu carol.iancu@ago.state.ma.us
Robert Jacobs Bob@jcdelaw.com, Stephanie@jcdelaw.com
Laura Davis Jones ljones@pszyj.com
Laura Davis Jones ljones@pszjlaw.com, efile1@pszyjw.com
Jonathan A. Karon aflanders@pollackandflanders.com
Brian Lucian Kasprzak bkasprzak@mooclaw.com
Susan E. Kaufman skaufman@coochtaylor.com
Christopher J. Kayser christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov
Carmella P. Keener ckeener@rmgglaw.com
William M. Kelleher kelleherw@ballardspahr.com
Anne Marie P. Kelley akelley@dilworthlaw.com
Timothy James Kern tkern@ag.state.oh.us
Richard Allen Keuler rkeuler@reedsmith.com
Cindy Jo Kiblinger mshamblin@jfhumphreys.com, rhyde@jfhumphreys.com
Shelley A. Kinsella sak@elliottgreenleaf.com
John I. Kittel jkittel@mazur-kittel.com, tfiema@mazur-kittel.com
Barry D Kleban bkleban@mdmc-law.com
David E. Klein dklein@kramerlevin.com
Steven K. Kortanek skortanek@wcsr.com,
pgroff@wcsr.com,;klytle@wcsr.com,;hsasso@wcsr.com
Joseph K. Koury jkk@bgbde.com, jmr@bgbde.com;jjh@bgbde.com
Joseph T. Kremer jkremer@lglaw.com, eking@lglaw.com
Laurie A. Krepto lkrepto@mmwr.com, jperri@mmwr.com;rweiss@mmwr.com
Karen Marie Kronenberg kkronenberg@nixlawfirm.com
Carl N. Kunz, III ckunz@morrisjames.com, wweller@morrisjames.com
Adam G. Landis landis@lrclaw.com,
girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com
Michael R. Lastowski mlastowski@duanemorris.com

James M. Lawniczak jlawniczak@calfee.com
Kimberly Ellen Connolly Lawson klawson@reedsmith.com
Nicholas J. LePore nlepore@schnader.com
Rachel Jeanne Lehr rachel.lehr@law.dol.lps.state.nj.us, rjlehr@aol.com
Ira M. Levee ilevee@lowenstein.com, krosen@lowenstein.com
Bruce D. Levin bdlesq@hotmail.com
Neal J. Levitsky nlevitsky@frof.com, jkittinger@foxrothschild.com.com
Richard Levy rlevy@pryorcashman.com
Tom L. Lewis stacie@lhs.psemail.com
Joseph Walter Lind jlind@sierrafunds.com
Christopher Dean Loizides ecf.admin@loizides.com
Christopher Dean Loizides ecf.admin@loizides.com
Christopher Dean Loizides ecf.admin@loizides.com
Christopher Dean Loizides ecf.admin@loizides.com
Christopher Dean Loizides ecf.admin@loizides.com
Christopher Dean Loizides ecf.admin@loizides.com
Alwyn H. Luckey kelly@alwynluckey.com
Thomas G. Macauley bankr@zuckerman.com
Thomas G. Macauley bankr@zuckerman.com
Jason M. Madron madron@rlf.com, rbgroup@rlf.com
Aileen F. Maguire cl@del.camlev.com
Kathleen P. Makowski kmakowski@pszjlaw.com
Mary M. MaloneyHuss debankruptcy@wolfblock.com, hbooker@wolfblock.com
Kevin J Mangan kmangan@wcsr.com, hsasso@wcsr.com
George J. Marcus bankruptcy@mcm-law.com
Thomas Charles Martin tmartin@foxrothschild.com
Meredith A. Mayberry fedcourt@geraldmaples.com
Katharine L. Mayer kmayer@mccarter.com
Laura L. McCloud agbankdelaware@ag.tn.gov
Garvan F. McDaniel gmcdaniel@bglawde.com, ydalton@bglawde.com
Scotta Edelen McFarland smcfarland@pszyj.com, efile1@pszyj.com
Peter B. McGlynn pmcglynn@bg-llp.com
Patricia P. McGonigle pmcgonigle@svglaw.com, dclack@svglaw.com
Evelyn J. Meltzer meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
Rachel B. Mersky rmersky@monlaw.com
Mark C. Meyer mmeyer@gpwlaw.com
Kathleen M. Miller kmiller@skfdelaware.com, dlm@skfdelaware.com
Rick S. Miller rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com
Maribeth L Minella bankfilings@ycst.com
Chris Momjian crmomjian@attorneygeneral.gov
Francis A. Monaco Jr. fmonaco@monlaw.com, kdalton@wcsr.com;hsasso@wcsr.com
Edward O. Moody crystalf@sbcglobal.net, jpeachey@sbcglobal.net
Sheryl L. Moreau deecf@dor.mo.gov
Alexander J. Mueller alexander.mueller@mendes.com

Kerri K Mumford mumford@lrclaw.com,
girello@lrclaw.com;adams@lrclaw.com;dero@lrclaw.com
Francis J. Murphy fmurphy@msllaw.com
Stephen G. Murphy murphys@dor.state.ma.us
Scott O. Nelson mlscott@cableone.net, dberkley@cableone.net
Quynh L. Nguyen petru@hmnlaw.com, nguyen@hmnlaw.com;sanchez@hmnlaw.com
Richard A O'Halloran raohalloran@bwhllc.com
James E. O'Neill jo'neill@pszyj.com, efile1@pszyj.com
Melissa M. Olson molson@embryneusner.com
Ricardo Palacio rpalacio@ashby-geddes.com
Gary Don Parish gdplaw@sbcglobal.net, parronfirm@sbcglobal.net
Christopher M. Parks cparks@chrisparkslaw.com, gyoungblood@chrisparkslaw.com
Jonathan L. Parshall jonp@msllaw.com
Frank J. Perch III frank.j.perch@usdoj.gov
Joel L. Perrell Jr. jperrell@milesstockbridge.com
Edith Stuart Phillips stuart.phillips@oag.state.tx.us
John C. Phillips cah@pgslaw.com;scs@pgslaw.com
Marc J. Phillips mphillips@cblh.com
Robert Woods Phillips rphillips@simmonscooper.com
Richard G. Placey rplacey@mmwr.com, plorenz@mmwr.com;bfabik@mmwr.com
Laurie S. Polleck lpolleck@jshllp-de.com
Elizabeth D. Power bankr@zuckerman.com
David P. Primack david.primack@dbr.com, amy.kinslow@dbr.com
Leigh-Anne M. Raport raportl@pepperlaw.com, lanoc@pepperlaw.com
Allison E. Reardon bankruptcy@state.de.us
Patrick J. Reilley preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Sheldon K. Rennie bankruptcy@frof.com,
srennie@foxrothschild.com;jkittinger@foxrothschild.com
Richard F. Rescho rrescho2001@yahoo.com
Alan B. Rich ecfbdel@alanrichlaw.com
Tracy E. Richardson Tracy.Richardson@dol.lps.state.nj.us
Richard W. Riley rwriley@duanemorris.com
Lori Gruver Robertson austin.bankruptcy@publicans.com
Brad Q. Rogers rogers.brad@pbgc.gov, efile@pbgc.gov
Martha E. Romero romero@dslextreme.com
David S. Rosenbloom drosenbloom@mwe.com
Edward B. Rosenthal erosenthal@rmgglaw.com, jmeekins@rmgglaw.com
Paul L. Sadler ag@sadlertx.com
Anthony Sakalarios jreeves@morris-sakalarios.com
Kathryn D. Sallie bankserve@bayardlaw.com, ksallie@bayardlaw.com
Brian Salwowski bsalwowski@atg.state.in.us
Cara L. Santosuosso csantosuosso@rotatori.com
Todd Charles Schiltz tschiltz@wolfblock.com

Jennifer Lee Scoliard jscoliard@msn.com
Darrell W. Scott scottgroup@mac.com, ssimatos@mac.com
Sergio I. Scuteri sscuteri@capehart.com
Scott Andrew Shail sashail@hhlaw.com
Maurie J. Shalmone maurie@longacrellc.com
Seth B. Shapiro seth.shapiro@usdoj.gov
Andrea Sheehan sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
Benjamin P. Shein bshein@sheinlaw.com
Charles Stein Siegel siegel@waterskraus.com
Christopher Page Simon csimon@crosslaw.com
Christina C. Skubic cskubic@braytonlaw.com
Ellen W. Slights usade.ecfbankruptcy@usdoj.gov
John S. Spadaro jspadaro@johnsheehanspadaro.com
Rosalie L. Spelman bankruptcy@potteranderson.com
Thomas Alexander Spratt sprattt@pepperlaw.com
Robert J. Stearn Jr. stearn@rlf.com, rbgroup@rlf.com
J. Kate Stickles kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Barbara H. Stratton districtcourt@barbstratton.com, jmaddock@mcguirewoods.com
William David Sullivan bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
Theodore J. Tacconelli ttacconelli@ferryjoseph.com
Theodore J. Tacconelli ttocconelli@ferryjoseph.com
Theodore J. Tacconelli ttacconelli@ferryjoseph.com
Jennifer Seitz Taylor jtaylor@jshllp-de.com, mrust@jshllp-de.com
William F. Taylor bankdel@comcast.net, bankruptcydel@mccarter.com
Sanjay Thapar sthapar@phks.com
Rhonda L. Thomas rlthomas@klettrooney.com, rlthomas@klettrooney.com
Christina Maycen Thompson cthompson@cblh.com
Judy D. Thompson jdthompson@poynerspruill.com
James A Tiemstra jat@tiemlaw.com, sml@tiemlaw.com
Paul W. Turner pturner@carlilelawfirm.com
Renee Doris Veney bankruptcyemail@elzufon.com
Roxie Huffman Viator bustersharem@msn.com
Deborah Waldmeir waldmeird@michigan.gov, gamep@michigan.gov
Thomas D. Walsh TWalsh@foxrothschild.com
Jeffrey P. Wasserman bankruptcy@cicontewasserman.com
John Edward Waters idrbankruptcy@iowa.gov
Jeffrey R. Waxman jwaxman@morrisjames.com,
wweller@morrisjames.com;jdawson@morrisjames.com
John R. Weaver jrweaverlaw@verizon.net, JStraub@stark-stark.com;DCrivaro@stark-stark.com
Jeffrey T. Wegner jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com
Steven G. Weiler sweiler@ferryjoseph.com

Martin J. Weis mweis@dilworthlaw.com
Janet M. Weiss jweiss@gibsondunn.com, kcoleman@gibsondunn.com
Helen Elizabeth Weller dallas.bankruptcy@publicans.com
Scott William Wert swert@fostersear.com, dclement@fostersear.com;tguckert@fostersear.com
Edward J. Westbrook ewestbrook@rpwb.com
Thomas G. Whalen Jr. tgw@stevenslee.com
Linda E. White linda.white@oag.state.ny.us
Amy Pritchard Williams awilliams@kennedycovington.com
Joanne Bianco Wills jwills@klehr.com
Thomas Michael Wilson twilson@kelley-ferraro.com
William Roberts Wilson gingerlynch@lawyersouth.com
James E. Wimberley jwimberley@mc-law.net
Amanda Marie Winfree awinfree@ashby-geddes.com
Christopher Martin Winter cmwinter@duanemorris.com
Christopher Martin Winter cmwinter@duanemorris.com, mlastowski@duanemorris.com
John J. Winter jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
Jeffrey C. Wisler jwisler@cblh.com
Etta Rena Wolfe erw@skfdelaware.com
Etta Rena Wolfe erw@skfdelaware.com
Etta Rena Wolfe erw@skfdelaware.com
James S. Yoder yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
Michael W. Yurkewicz myurkewicz@klehr.com
Matthew G. Zaleski III cl@del.camlev.com
Michael Zoeller michael.zoeller@baachrobinson.com


*/s/ William A. Frazell*
WILLIAM A. FRAZELL