IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Docket Reference Nos. 20991 and 21167 |

**CERTIFICATION OF NO OBJECTION REGARDING
CERTAIN INSURERS' MOTION TO EXTEND TIME TO FILE THE
EXPERT WITNESS REPORT OF PROFESSOR GEORGE L. PRIEST**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Certain Insurers' Motion to Extend Time to File the Expert Witness Report of Professor George L. Priest* (the "Motion") filed on March 13, 2009. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than April 10, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Respectfully submitted,

Dated: April 16, 2009

/s/ David P. Primack
Warren T. Pratt (DE Bar I.D. #4334)
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

- and -

- 2 -

        Michael F. Brown (*pro hac vice*)
        Jeffrey M. Boerger *(pro hac vice)*
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA 19103-6996
        Telephone: (215) 988-2700
        Facsimile: (215) 988-2757

*Counsel for Government Employees Insurance Company, Columbia Insurance Company f/k/a Republic Insurance Company, and Seaton Insurance Company*

*As authorized by and on behalf of each and all of Certain Insurers: Government Employees Insurance Company, Columbia Insurance Company f/k/a Republic Insurance Company, and Seaton Insurance Company; Arrowood Indemnity Company f/k/a Royal Indemnity Company; Continental Casualty Company and Continental Insurance Company and affiliated companies; Federal Insurance Company; Fireman's Fund Insurance Company and Allianz S.p.A. f/k/a Riunione Adriatica Di Sicurta; and Maryland Casualty Company, Zurich Insurance Company, and Zurich International (Bermuda) Ltd.*