# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: May 6, 2009** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-SEVENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | April 14, 2009 |
| RE: | Litigation and litigation consulting | INVOICE: 894523 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2009

| | |
|---|---:|
| FEES | $28,674.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 646.63 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $29,320.63 |

Canadian Funds



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| L. Kolter | 11.2 | $2,072.00 |
| P. Adams | 7 | $1,260.00 |
| K. Smirle | 18.3 | $4,849.50 |
| K. Galpern | 0.5 | $325.00 |
| O. Pasparakis | 10.5 | $7,612.50 |
| D.C. Tay | 5.1 | $5,100.00 |
| R. Wahl | 10.5 | $7,455.00 |
| Total | 63.10 | $28,674.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/3/09 | Penny Adams | Reviewing and revising the motion materials (0.50); meeting with O. Pasparakis regarding the same (0.30); correspondence with US counsel and R. Finke to request comments on 29th Report (0.30). | 1.10 | $198.00 |
| 2/3/09 | Kathrine Smirle | Reviewing and considering the CDN ZAI Minutes of Settlement (0.5); reviewing Rule 60 of the U.S. Federal Court Rules of Procedure (0.2); drafting a factual analysis of the requirement of finality of U.S. Confirmation Order (2.5); forwarding to O. Pasparakis (0.1); revising memo in accordance with O. Pasparakis' suggestions (0.3); receiving and reviewing case law on contract interpretation as gathered by L. Kotler (0.4); adding supporting case law to memo (0.5); searching for a case law supporting the proposition that courts should encourage settlement (0.3). | 4.80 | $1,272.00 |
| 2/3/09 | Livia Kolter | Research on case law related to the interpretation of contracts by the courts. | 7.20 | $1,332.00 |
| 2/3/09 | Orestes Pasparakis | Reviewing and commenting on analysis regarding final order issue (1.2); reviewing caselaw (0.3). | 1.50 | $1,087.50 |
| 3/3/09 | Derrick C. Tay | Reviewing documents served by Delaware counsel. | 0.30 | $300.00 |

INVOICE: 894523



**W.R. GRACE & CO.**                                                                                           01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/3/09 | Penny Adams | Meeting with O. Pasparakis regarding the 29th Report (0.30); correspondence with US counsel and R. Finke regarding 29th Report (0.30); email to K. Ferbers regarding status of 29th Report (0.20). | 0.80 | $144.00 |
| 3/3/09 | Kathrine Smirle | Finish drafting the memorandum of law regarding settlement agreement interpretation (0.8); noting-up cases and verifying quotes (1.20). | 2.00 | $530.00 |
| 3/3/09 | Orestes Pasparakis | Directions regarding report (0.2); email to opposing counsel regarding same (0.2); follow-up on analysis regarding final order issue (0.7). | 1.10 | $797.50 |
| 4/3/09 | Penny Adams | Receiving and reviewing fax from K. Ferbers regarding the 29th Report (0.20); discussions with O. Pasparakis regarding same (0.20). | 0.40 | $72.00 |
| 4/3/09 | Livia Kolter | Follow-up research into case law regarding the judicial interpretation of exemptive clauses. | 2.50 | $462.50 |
| 4/3/09 | Orestes Pasparakis | Reviewing analysis on final order issues (0.5); providing further direction (0.2). | 0.70 | $507.50 |
| 4/3/09 | Kathrine Smirle | Meeting with L. Kolter to discuss research on exemption clauses. | 0.30 | $79.50 |
| 5/3/09 | Livia Kolter | Follow-up research on case law regarding the judicial interpretation of exemptive clauses. | 1.50 | $277.50 |
| 5/3/09 | Orestes Pasparakis | Emails regarding status. | 0.30 | $217.50 |
| 5/3/09 | Kathrine Smirle | Researching law on exemption clauses and law regarding strict construction of contractual clauses (1.5); reviewing relevant cases (1.0); and finishing memo of law for O. Pasparakis regarding interpretation of CDN ZAI Settlement Agreement (2.8). | 5.30 | $1,404.50 |
| 6/3/09 | Penny Adams | Dealing with issues relating to the 29th Monthly. | 0.50 | $90.00 |

INVOICE: 894523



W.R. GRACE & CO.                                                                           01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 6/3/09 | Kathrine Smirle | Arranging for hard copies of the old English cases to file with memorandum regarding interpretation of CDN ZAI Settlement Agreement (0.5); and forwarding memorandum to O. Pasparakis (0.1). | 0.60 | $159.00 |
| 6/3/09 | Orestes Pasparakis | Receipt of interpretation (0.1); considering same (0.3); request for research assistance (0.2). | 0.60 | $435.00 |
| 8/3/09 | Ruth I. Wahl | Considering interpretation of settlement agreement regarding final or non-final U.S. Confirmation Order. | 4.00 | $2,840.00 |
| 9/3/09 | Ruth I. Wahl | Preparing argument and "better view" opinion regarding final versus non-final U.S. Confirmation Order. | 2.50 | $1,775.00 |
| 9/3/09 | Karen Galpern | Discussing with R. Wahl regarding interpretation of settlement agreement. | 0.50 | $325.00 |
| 9/3/09 | Penny Adams | Reviewing comments on the 29th Monthly (0.30); reviewing and revising the same (0.30); meeting with O. Pasparakis to discuss next steps (0.30); email to R. Finke, J. Baer and others regarding the 29th Monthly (0.20). | 1.10 | $198.00 |
| 9/3/09 | Orestes Pasparakis | Reviewing changes to report (0.3); follow-up on analysis and final order issue (0.4). | 0.70 | $507.50 |
| 10/3/09 | Ruth I. Wahl | Reviewing case law on interpretation of settlement agreements and completing memo on interpretation issues. | 4.00 | $2,840.00 |
| 10/3/09 | Penny Adams | Finalizing the motion materials (0.30); serving and filing the same (1.20). | 1.50 | $270.00 |
| 10/3/09 | Kathrine Smirle | Reviewing Plan materials for a definition on whether the CCAA Court requires a "final" U.S. Confirmation Order and reporting to R. Wahl. | 2.30 | $609.50 |
| 11/3/09 | Orestes Pasparakis | Revising analysis of settlement agreement. | 0.80 | $580.00 |
| 12/3/09 | Penny Adams | Dealing with issues relating to the April 1 Motion. | 0.60 | $108.00 |

INVOICE: 894523



**OGILVY RENAULT**

W.R. GRACE & CO.  01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/09 | Derrick C. Tay | Conferences with J. Baer regarding the need for Canadian affidavits and witnesses (0.3); considering question regarding expiry date of Canadian settlement and any approach for dealing with problem (1.2). | 1.50 | $1,500.00 |
| 16/3/09 | Penny Adams | Reviewing and revising the 26th monthly fee application (0.50); correspondence with R. Finke regarding the same (0.20). | 0.70 | $126.00 |
| 17/3/09 | Derrick C. Tay | Communication with Kirkland & Ellis and Company officials. | 0.30 | $300.00 |
| 20/3/09 | Derrick C. Tay | Reviewing factum filed by Thundersky's counsel. | 0.60 | $600.00 |
| 23/3/09 | Derrick C. Tay | Reviewing material served by Thundersky's counsel. | 0.60 | $600.00 |
| 23/3/09 | Orestes Pasparakis | Reviewing Thundersky factum (1.0); reviewing correspondence (0.2). | 1.20 | $870.00 |
| 26/3/09 | Derrick C. Tay | Reviewing documents served in Delaware proceedings. | 0.20 | $200.00 |
| 30/3/09 | Derrick C. Tay | Reviewing material served by government. | 1.60 | $1,600.00 |
| 31/3/09 | Penny Adams | Updating the order for the extension motion (0.20); correspondence with O. Pasparakis regarding the same (0.10). | 0.30 | $54.00 |
| 31/3/09 | Kathrine Smirle | Researching case law on Pierringer Agreements (2.0); preparing memorandum for O. Pasparakis regarding current state of law on Pierringer Agreements (0.7); obtaining clean copies of relevant cases (0.3). | 3.00 | $795.00 |
| 31/3/09 | Orestes Pasparakis | Reviewing factum of Ms. Thundersky (0.6); reviewing factum of Crown and claims against Grace (1.1); reviewing law (0.5); directing research for further jurisprudence to provide to Court (0.3); reviewing further juriprudence (0.7); considering written submissions (0.4). | 3.60 | $2,610.00 |
| | | **TOTAL FEES** | | **$28,674.00** |

INVOICE: 894523



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                  01016442-0006

RE:   **Litigation and litigation consulting**

### DISBURSEMENTS – NON TAXABLE

| | |
|---|---:|
| Copies | 58.90 |
| Long distance calls | 11.13 |
| Courier service | 40.65 |
| External DB Search/Quicklaw | 472.26 |
| Lexis / Nexis | 13.69 |
| Process server fee | 50.00 |
| | **$646.63** |

### DISBURSEMENT DETAIL – NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 2/3/09 | Livia Kolter | External DB Search/Quicklaw | 279.23 |
| 2/3/09 | Livia Kolter | Copies | 9.20 |
| 4/3/09 | Livia Kolter | External DB Search/Quicklaw | 93.44 |
| 5/3/09 | Livia Kolter | External DB Search/Quicklaw | 40.45 |
| 6/3/09 | Kathrine Smirle | Copies | 8.40 |
| 10/3/09 | Derrick C. Tay | Courier service FedEx shipment #689588782105 FROM TORONTO, ON, CA. To: MR. RICHARD FINKE, W.R. GRACE & CO, BOCA RATON, FL, US. ON 10-03-2009, GST: 0.00, QST: 0.00 | 40.65 |
| 10/3/09 | Penny Adams | Copies | 12.00 |
| 10/3/09 | Ruth I. Wahl | External DB Search/Quicklaw | 53.44 |
| 12/3/09 | Derrick C. Tay | Long distance calls 13126412162 | 11.13 |
| 12/3/09 | Crystal Singbeil | Copies | 5.30 |
| 13/3/09 | Penny Adams | Process server fee - KAP LITIGATION SERVICES | 50.00 |
| 16/3/09 | Karen Whibley | Copies | 0.10 |
| 16/3/09 | Karen Whibley | Copies | 0.10 |
| 30/3/09 | Penny Adams | Copies | 3.60 |
| 31/3/09 | Kathrine Smirle | External DB Search/Quicklaw | 5.70 |
| 31/3/09 | Kathrine Smirle | Copies | 18.00 |
| 31/3/09 | Kathrine Smirle | Copies | 2.20 |
| 31/3/09 | Kathrine Smirle | Lexis / Nexis | 13.69 |
| | | **TOTAL** | **$646.63** |

INVOICE: 894523



**OGILVY RENAULT**

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | April 14, 2009 |
| RE: | Fee Applications, Applicant | INVOICE: 894522 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2009

| | |
|---|---:|
| FEES | $492.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 27.62 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $519.62 |



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



OGILVY RENAULT

W.R. GRACE & CO.  01016442-0008

RE: Fee Applications, Applicant

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.3 | $168.00 |
| P. Adams | 1.8 | $324.00 |
| Total | 2.10 | $492.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/3/09 | Penny Adams | Dealing with issues regarding payment of invoices (0.30); drafting the next monthly fee application (0.50); correspondence with D. Bibbs regarding certificate of no objection for December, 2008 (0.20). | 1.00 | $180.00 |
| 18/3/09 | Teresa Walsh | Review and swearing of 26th monthly fee application. | 0.30 | $168.00 |
| 19/3/09 | Penny Adams | Finalizing the 26th monthly fee application (0.40); correspondence with L. Oberholzer and the fee auditor regarding the same (0.20); letter to L. Oberholzer enclosing the 26th monthly fee application (0.20). | 0.80 | $144.00 |
| | | **TOTAL FEES** | | **$492.00** |

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 0.10 |
| Courier service | 27.52 |
| | $27.62 |

INVOICE: 894522



W.R. GRACE & CO.                                                                                           01016442-0008

RE:  Fee Applications, Applicant

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 19/3/09 | Derrick C. Tay | Courier service FedEx shipment #689588782610 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZEIHL & JONES, WILMINGTON, DE, US. ON 19-03-2009, GST: 0.00, QST: 0.00 | 27.52 |
| 19/3/09 | Penny Adams | Copies | 0.10 |
| | | TOTAL | $27.62 |

INVOICE: 894522