IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. Nos. 20622, 20983 & 21260 |

## LIBBY CLAIMANTS' SECOND SUPPLEMENT TO PRELIMINARY DESIGNATION OF WITNESSES TO TESTIFY IN CONNECTION WITH PLAN CONFIRMATION

Pursuant to the Court's January 29, 2009 Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, the Libby Claimants,[1] on March 13, 2009, submitted a preliminary designation of individuals that they may call as witnesses at the Confirmation Hearing [Docket No. 20983], which was first supplemented on April 13, 2009 [Docket No. 21260] (together, the "Preliminary Designation"). The Libby Claimants, by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby submit their second supplement to the Preliminary Designation by identifying the following individuals that they may call as witnesses at the Confirmation Hearing. The identification of any individual on this supplemental preliminary list does not necessarily mean that the Libby Claimants will offer testimony from a particular witness. All of the witnesses who are called to testify will testify as to Libby issues.

1. Dr. Craig Molgaard;
2. Betty Challinor;
3. Linda Collinson;
4. Loren Kujawa;
5. Robert Petrusha;
6. Donald Shea; and
7. Stuart Spady

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 19927].

393.001-25703.doc

The Libby Claimants reserve their right to further supplement this designation.

Dated: April 17, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*(signature)*

Adam G. Landis (No. 3407)
Rebecca L. Butcher (No. 3816)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*