**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors in Possession. | : | |

**CERTIFICATE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on April 17, 2009 I caused a copy of the foregoing to be served upon the individuals on the attached service list via first-class mail.

Date: April 17, 2009

                                                */s/ Marla Rosoff Eskin*
                                              Marla Rosoff Eskin (No. 2989)

{D0150977.1 }