IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DEBTORS' OBJECTIONS TO NOTICES OF DEPOSITION OF
## W.R. GRACE & CO. ET AL PURSUANT TO RULE 30(B)(6)

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable in these proceedings by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Debtors W.R. Grace & Co. et al. (hereinafter "Grace") hereby object to the notices of deposition served by OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company ("GEICO"), Columbia Insurance Company f/k/a Republic Insurance Company, Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica di Scurta, Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company, Allstate Insurance Company, the Libby Claimants, and Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd. seeking Rule 30(b)(6) testimony from Grace insofar as testimony sought is with respect to legal conclusions, information prepared in anticipation of litigation, information obtained by or on behalf of counsel for Grace in preparation for trial, information protected by the work product privilege, information protected by the attorney/client privilege, information protected by the common interest privilege, information protected by the bankruptcy plan settlement negotiation privilege, information protected by Federal Rule of Evidence 408, and/or information otherwise beyond the permissible scope of discovery as set forth in the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Bankruptcy Procedure or this Court's rules.

Grace expressly objects to these Notices of Deposition to the extent that they seek testimony that is improper under the Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure. The courts have concluded that information based on work product and/or legal conclusions are not discoverable in Rule 30(b)(6) depositions. *See Hickman v. Taylor*, 329 U.S. 495, 511 (1947) (finding that the work product doctrine excludes from disclosure attorney statements, memos, correspondence, briefs, and mental impressions obtained or prepared by an attorney in anticipation of litigation); *In re Grand Jury (Impounded)*, 138 F.3d 978, 981 (3d Cir. 1998); *Tobacco and Allied Stocks, Inc. v. Transamerica Corp.*, 16 F.R.D. 537, 541-43 (D. Del. 1954) (finding that "pre-trial discovery does not call for the elicitation of contentions, opinions or legal conclusions of an attorney." The court further determined that where interrogatories required the "attempted probing of mental processes" related to an evaluation of the facts and how they related to the defendant's attorneys' conclusions were "improper.").

Grace also expressly objects to these Notices of Deposition to the extent that they seek testimony that would disclose communications in connection with negotiations of a plan of reorganization and/or draft plan documents. Numerous bankruptcy courts have prohibited discovery into and the disclosure of such information. *See In re Federal-Mogul Global, Inc.*, Case No. 01-10578 (JKF) (Bankr. D. Del. Feb. 26, 2007) (Hr'g Tr. at 31) (finding that draft plan documents are not properly discoverable); *In re Pittsburgh Corning Corp.*, Case No. 00-22876 (JKF) (Bankr. W.D. Pa. Feb. 19, 2004) (Hr'g Tr. at 64-66) (finding that drafts of plan documents are not discoverable); *In re Combustion Eng'g*, Case No. 03-10495 (JKF) (Bankr. D. Del. May 2, 2003) (Hr'g Tr. at 301) (observing that "drafts generally are not relevant to anything"); *In re Babcock & Wilcox Co.*, No. 00-10992 (JAB) (Bankr. E.D. La. Aug. 20, 2003) (Hr'g Tr. 84) (denying insurers' motion to compel discovery on draft plan of reorganization documents and

2

confidential plan of reorganization negotiations); *In re ACandS, Inc.,* No. 02-12687 (RJN) (Bankr. D. Del. Sept. 30, 2003) (Hr'g Tr. at 42-45) (denying discovery into plan negotiations on the grounds that such discovery is irrelevant to the issue of good faith in proposing the plan); *In re Eagle-Picher Indus.*, 169 B.R. 130, 134 (Bankr. S.D. Ohio 1994) (finding that creditors were not entitled to drafts of proposed plans of reorganization).

Grace expressly reserves all other claims of privilege.

Subject to and without waiving any of its objections, Grace designates one or more of the following witnesses pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure: Jay Hughes, Richard Finke, Mark Shelnitz, and Jeffrey Posner.  Prior to the date of the first of these depositions, Grace will provide the specific subject matter to be addressed by each witness.


Dated:  April 17, 2009                         KIRKLAND & ELLIS LLP
                                               David M. Bernick, P.C.
                                               Lisa G. Esayian
                                               300 N. LaSalle
                                               Chicago, Illinois 60654
                                               Telephone:  (312) 862-2000
                                               Facsimile:  (312) 862-2200

                                               Theodore L. Freedman
                                               Citigroup Center
                                               153 East 53rd Street
                                               New York, New York  10022-4611
                                               Telephone:  (212) 446 - 4800
                                               Facsimile:  (212) 446 - 4900


                                               and

                                               PACHULSKI STANG ZIEHL & JONES LLP

                                               _James E. O'Neill_

                                               Laura Davis Jones (Bar No. 2436)
                                               James E. O'Neill (Bar No. 4042)
                                               Timothy Cairns (Bar No. 4228)
                                               919 North Market Street, 17th Floor
                                               Wilmington, Delaware 19899-8705 (Courier 19801)
                                               Telephone: (302) 652-4100
                                               Facsimile:  (302) 652-4400

                                               Co-Counsel for the Debtors and Debtors in
                                               Possession