# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 15, 2009

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11568

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/2/2009 | CR | Update database with e-detail of monthly invoices for K&E 12.08, Day Pitney, 12.08, Ogilvy 12.08 and 30th Interim Initial Report responses from Caplin and Tri Angeli and 30th Interim app 10/1/08-12/31/08 from Ogilvy | 0.40 | 18.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: confirmation of professionals' ability to pay experts  without expert invoice review by fee auditor. | 0.10 | 15.00 |
| | CR | Update database with e-detail of monthly invoice for Reed 12.08 | 0.20 | 9.00 |
| 2/3/2009 | CR | draft e-mail to B.Ruhlander re: request for K&E monthly invoice for 11.08 in wpd format | 0.20 | 9.00 |
| | CR | Update database with e-detail of Holme 30th Interim app | 0.20 | 9.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: Kirkland & Ellis initial report for the thirtieth interim period. | 0.10 | 15.00 |
| 2/4/2009 | CR | Update database with monthly invoices from Stroock 12.08 and Capstone 11.08 | 0.30 | 13.50 |
| | JAW | draft summary of Kirkland & Ellis November 2008 fee application (4.4) | 4.40 | 660.00 |
| 2/5/2009 | CR | Update Project Category Summary Data Spreadsheet for 30th interim | 0.50 | 62.50 |
| | CR | Update database with monthly invoices for 12.08 for Buchanan, Kramer, Piper, Tre Angeli and Austern and 11.09 for Austern (Asbestos PI Claims) | 0.50 | 22.50 |
| | DL | e-file CNO for 11.08 | 0.10 | 12.50 |
| 2/6/2009 | LMH | telephone conference with B. Ruhlander re: K&E's "scanned images" charges. | 0.10 | 15.00 |
| | BSR | telephone conference with Lisa Hamm re issues in K&E application (30th); draft email to Lisa re same | 0.10 | 26.00 |

---

W.R. Grace & Co.                                                                                          Page        2

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/6/2009 | LMH | receive and review e-mail from B. Ruhlander re: scanned images issue raised in prior period final reports for Kirkland & Ellis applications. | 0.10 | 15.00 |
| 2/7/2009 | LMH | detailed review of Kramer Levin's September 2008 application. | 0.50 | 75.00 |
| | LMH | detailed review of Kramer Levin's August 2008 application. | 0.40 | 60.00 |
| | LMH | detailed review of Kramer Levin's July 2008 application. | 0.20 | 30.00 |
| 2/9/2009 | LMH | draft initial report for Kirkland & Ellis' thirtieth interim period application. | 3.80 | 570.00 |
| | LMH | detailed review of Kirkland & Ellis expense detail and fee summaries for the thirtieth interim period. | 2.40 | 360.00 |
| 2/10/2009 | LMH | draft e-mail to B. Ruhlander re: status of initial reports. | 0.10 | 15.00 |
| | CR | Update database with e-detail of 30th interim response from Capstone and monthly invoice for Casner 12.08 | 0.40 | 18.00 |
| 2/11/2009 | CR | Prepare and serve 30th interim Initial Report for K&E | 0.40 | 18.00 |
| | LMH | draft e-mail to B. Ruhlander re: parties to be added to the omnibus final report for the thirtieth interim period. | 0.50 | 75.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: final draft initial report for Kirkland & Ellis' thirtieth interim period application. | 0.10 | 15.00 |
| | CR | Update Project Category Data Spreadsheet for 30th interim | 2.00 | 250.00 |
| | BSR | receive and review draft initial report re Kirkland & Ellis for the 30th interim period | 1.00 | 260.00 |
| | CR | Update database with e-detail of 1st application for Alan Rich 9/29/08-12/31/08 (31st Interim) and monthly invoice for 1.09. Deloitte & Touche 4/1/08-6/30/08 and 7/1/04-8/31/04, Campbell 12.08, Charter Oak 12.08, AKO 12.08 and LAS 12.08 | 0.60 | 27.00 |
| | DTW | Review and revise 30th initial report for K&E (.1). | 0.10 | 16.50 |
| | LMH | draft e-mail to B. Ruhlander re: parties to be added to the omnibus final report for the thirtieth interim period. | 0.50 | 75.00 |
| | LMH | draft revisions to exhibits to Kirkland & Ellis' initial report for the thirtieth interim period. | 0.50 | 75.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: revisions to exhibits to initial report for Kirkland & Ellis' thirtieth interim period application. | 0.10 | 15.00 |
| | LMH | draft initial report for Kirkland & Ellis' thirtieth interim period application. | 1.20 | 180.00 |
| 2/12/2009 | CR | Update database with e-detail of 31st interim app for Ferry 10/1/08-12/31/08 | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                      Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/12/2009 | CR | Update database with 31st interim apps 10/1/08-12/31/08 for Pitney and Ogilvy, 30th interim app 7/1/08-9/30/08 for Beveridge and Holme, Monthly invoices for Reed 12.08, Woodcock 12.08, Beveridge 10.08 & 11.08, Casner 12.08, D.Morris 1.09, and 12.08 for Pachulski, Austern, Towers, Orrick, Pitney, D. Morris and Caplin. | 0.80 | 36.00 |
| | CR | Update database with e-detail of monthly invoices for Capstone 11.08, D.Morris 12.08 and Stroock 12.08 | 0.30 | 13.50 |
| | CR | Update database with e-detail of monthly invoices for D. Morris 1.09 and PwC 12.09 | 0.20 | 9.00 |
| | CR | draft e-mail to B, Ruhlander re: K&E 30th Interim Initial Report pdf version | 0.10 | 4.50 |
| | BSR | draft e-mail to K&E re initial report (30th) | 0.10 | 26.00 |
| 2/13/2009 | BSR | receive and review draft initial report re Kramer Levin (30th) | 0.30 | 78.00 |
| | BSR | detailed review of expense portion of Kramer's July 2008 monthly fee application | 0.20 | 52.00 |
| | BSR | receive and review hearing agenda for Feb. 23 hearing; draft email to Warren re same | 0.10 | 26.00 |
| | WHS | receive and review agenda | 0.10 | 29.50 |
| | BSR | receive and review draft initial report re Duane Morris (30th) | 0.10 | 26.00 |
| | CR | Update database with e-detail of Foley 10/1/08-12/31/08 31st interim app and Buchanan 31st interim app. | 0.40 | 18.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for Duane Morris' thirtieth interim period application. | 0.10 | 15.00 |
| | LMH | draft initial report for Kramer's thirtieth interim period application. | 0.40 | 60.00 |
| | LMH | draft e-mail to B. Ruhlander re: Day Pitney's thirtieth interim period application. | 0.10 | 15.00 |
| | LMH | draft initial report for Duane Morris' thirtieth interim period application. | 0.90 | 135.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: parties to add to omnibus final report for the thirtieth interim period. | 0.10 | 15.00 |
| | LMH | detailed review of Nelson Mullins' quarterly application for the thirtieth interim period. | 0.10 | 15.00 |
| | LMH | detailed review of Nelson Mullins' September 2008 application. | 0.10 | 15.00 |
| | LMH | detailed review of Nelson Mullins' August 2008 application. | 0.10 | 15.00 |
| | LMH | detailed review of Nelson Mullins' July 2008 application. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                     Page      4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/16/2009 | DTW | Review and revise 30th initial report for Duane (.1). | 0.10 | 16.50 |
| 2/17/2009 | MW | Update database with Kirkland & Ellis, PWC & Kramer Levin's monthly fee application (.3) | 0.30 | 13.50 |
| | LMH | receive, review, and respond to e-mail re: period by period billing category spreadsheet. | 0.10 | 15.00 |
| | LMH | receive, review, and respond to second e-mail re: period by period billing category spreadsheet. | 0.10 | 15.00 |
| 2/18/2009 | MW | Update database with Capstone's 59th monthly fee application (.1) | 0.10 | 4.50 |
| 2/19/2009 | JAW | detailed review of Reed Smith December 2008 fee application (3.9); draft summary of same (0.3) | 4.20 | 630.00 |
| | JAW | detailed review of Caplin December 2008 fee application (1.6) | 1.60 | 240.00 |
| | MW | Update database with 25th fee application of Ogilvy Renault (.1) | 0.10 | 4.50 |
| 2/20/2009 | BSR | research server for applications not yet received | 0.40 | 104.00 |
| | BSR | receive and review responses to initial reports from multiple applicants | 0.40 | 104.00 |
| | BSR | draft e-mails (multiple) to Melanie White re documents to be saved to the server and/or printed | 0.80 | 208.00 |
| | MW | Update database with Kramer Levin 86th fee application (.1) | 0.10 | 4.50 |
| | JAW | detailed review of Orrick December 2008 fee application (4.6) | 4.60 | 690.00 |
| | WHS | receive and review amended agenda | 0.10 | 29.50 |
| | JAW | detailed review of Caplin December 2008 fee application (3.0); draft summary of same (0.10) | 3.10 | 465.00 |
| | WHS | receive and review 2nd amended agenda | 0.10 | 29.50 |
| 2/21/2009 | BSR | detailed review of David Austern's quarterly interim fee application (30th) | 0.10 | 26.00 |
| | BSR | detailed review of Blackstone's August and Sept. 2008 monthly fee applications and 30th interim fee application | 0.40 | 104.00 |
| | BSR | draft initial report re Blackstone for the 30th interim period | 0.30 | 78.00 |
| | BSR | draft final report re Buchanan Ingersoll & Rooney for the 30th interim period | 0.50 | 130.00 |
| | BSR | receive and review Caplin & Drysdale's response to our initial report for the 30th interim period | 0.10 | 26.00 |
| | BSR | draft final report re Capstone for the 30th interim period | 0.40 | 104.00 |

W.R. Grace & Co.                                                                                              Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/22/2009 | BSR | receive and review response of PwC to initial report (30th) | 0.10 | 26.00 |
| | BSR | draft final report re PwC for the 30th interim period | 0.60 | 156.00 |
| | BSR | receive and review Woodcock Washburn's 30th interim fee application (.2); draft email to Gary Levin re discrepancy re same (.1) | 0.30 | 78.00 |
| 2/23/2009 | MW | Update database with Foley Hoag 1.09 e-detail (.1), Reed's Response to 30th Interim Fee Application (.1) Woodcock's 31st Interim Fee Application (.1) Deloitte Touche 29th Interim Fee Application and Print same for Case Manager (.2)  Alan Rich Fee Applications (.1) Kirkland & Ellis 31st Interim Fee Application (.1)Ogilvy 1.09 Monthly Application (.1), Receive and Forward Final Report re: PWC to Warren for final approval (.2) Receive, Save & Serve Blackstone Initial Report (.1) | 1.10 | 49.50 |
| | BSR | receive and review response of Motley Rice to initial report re Official Committee of Asbestos Personal Injury Claimants (30th) and research same (.4); draft follow-up email to Joe Rice (.2) | 0.60 | 156.00 |
| | BSR | receive and review Casner & Edwards' response to initial report (30th); draft email to Melanie White re same | 0.10 | 26.00 |
| | MW | Receive and Forward Final Report re: Woodcock to Warren Smith for final approval | 0.10 | 4.50 |
| | BSR | draft final report re Stroock & Stroock & Lavan for the 30th interim period | 0.50 | 130.00 |
| | MW | Update database with Capstone's 31st Interim Fee Application | 0.30 | 13.50 |
| | DTW | Review and revise initial report for Blackstone 30th (.1) | 0.10 | 16.50 |
| | BSR | draft final report re Towers Perrin Tillinghast for the 30th interim period | 0.60 | 156.00 |
| | JAW | draft summary of Orrick December 2008 fee application (2.3) | 2.30 | 345.00 |
| | BSR | receive and review response of Stroock to initial report (30th) | 0.10 | 26.00 |
| | BSR | receive and review response of Reed Smith to initial report (30th) | 0.10 | 26.00 |
| | BSR | draft spreadsheet of fee application preparation fees of Steptoe & Johnson (1.0); draft email to Warren Smith re same (.1) | 1.10 | 286.00 |
| | BSR | detailed review of Steptoe & Johnson's past fees billed for fee application preparation | 3.80 | 988.00 |
| | BSR | research server and docket for Steptoe's quarterly fee application; draft email to Anne Moran re same | 0.20 | 52.00 |
| | BSR | draft e-mail to Pamela Zilly re initial report for Blackstone Advisory Services (30th) | 0.10 | 26.00 |
| | MW | Update database with fee applications re: Ogilvy, Hamilton, Bilzin, Steptoe, Pachulski, Foley Hoag, Kramer, Reed, Lastowski, Capstone and BMC | 1.00 | 45.00 |

W.R. Grace & Co.                                                                              Page      6

| | | Hours | Amount |
|---|---|---|---|
| 2/23/2009 BSR | draft final report re Woodcock Washburn for the 30th interim period | 0.50 | 130.00 |
| 2/24/2009 MW | Update database with Duane Morris 30th Interim Application (.1) | 0.10 | 4.50 |
| MW | Update database with BMC's 30th Interim Application and prepare for service on parties (.3) | 0.30 | 13.50 |
| MW | Update database with 55th and 56th monthly applications of Phillips, Goldman & Spence (0.2), Invoice from Richards Layton (0.1), Forward Final Report for PWC 30th interim to Warren Smith for final approval (.1) | 0.40 | 18.00 |
| MW | Electronic filing with court of final report re Stroock, Stroock, Lavan and prepare for service on parties | 0.30 | 13.50 |
| MW | Update database with Caplin & Drysdale 31st Interim Application, Asbestos Committee 31st Interim Application, Legal Analysis 27th Interim Application, Charter Oak 6th Interim Application, Anderson Kill 14th Fee Application, Campbell Levine 31st Interim Application, Steptoe Johnson November & December Monthly Applications, PWC 31st Interim Application and Kirkland Ellis 31st Interim Application | 1.00 | 45.00 |
| MW | Forward Final Report for 30th Interim to Warren for approval | 0.10 | 4.50 |
| MW | Update database with Casner & Edward's Responses to 30th Interim Fee Application | 0.10 | 4.50 |
| MW | Electronic filing with court of PWC's 30th Interim Final Report | 0.30 | 13.50 |
| MW | Electronic filing with court of Woodcock's Final Report for the 30th Interim; prepare same for service on parties (.3) | 0.30 | 13.50 |
| MW | receive, and  Forward Official Committee 30th Interim Final Report to Warren Smith for final approval. (.1) | 0.10 | 4.50 |
| BSR | draft final report re Official Committee of Asbestos Claimants for the 30th interim period | 1.30 | 338.00 |
| BSR | draft initial report re BMC for the 30th interim period | 0.60 | 156.00 |
| BSR | detailed review of BMC's August and Sept. 2008 monthly fee applications | 1.70 | 442.00 |
| 2/25/2009 WHS | detailed review of, and revisions to, FR Woodcock 30Q 7-9.08 | 0.20 | 59.00 |
| WHS | detailed review of FR Stroock 30Q 7-9.08 | 0.20 | 59.00 |
| WHS | receive and review e-mail from Bobbi Ruhlander re Steptoe | 0.10 | 29.50 |
| WHS | detailed review of, and revisions to, FR PwC 30Q 7-9.08 | 0.20 | 59.00 |
| DTW | Review and revise 30th interim initial report for BMC (.1). | 0.10 | 16.50 |
| LMH | receive and review e-mail from B. Ruhlander re: quarterly period spreadsheet. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                                Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/25/2009 | LMH | draft e-mail to B. Ruhlander re: quarterly period spreadsheet. | 0.10 | 15.00 |
|  | BSR | draft revision to final report re Stroock | 0.30 | 78.00 |
|  | BSR | draft revision to final report re PwC (30th) (.3); draft email to Warren Smith re same (.1) | 0.40 | 104.00 |
|  | BSR | draft e-mails to various applicants concerning initial and final reports (30th) | 0.40 | 104.00 |
|  | BSR | draft initial report re Steptoe & Johnson for the 30th interim period | 0.40 | 104.00 |
|  | BSR | detailed review of Charter Oak's 30th interim fee application and monthly invoices | 0.30 | 78.00 |
| 2/26/2009 | MW | confer with B. Ruhlander (WHS) re: 30th Fee Application (.1) | 0.10 | 4.50 |
|  | MW | draft e-mail to L. Feagins re Conner & Winter's hard copies of fee applications (.1) | 0.10 | 4.50 |
|  | BSR | detailed review of Phillips' Goldman & Spence's past fees for fee application preparation; preparation of spreadsheet re same | 4.10 | 1,066.00 |
|  | MW | Update database with Orrick's 30th Interim Fee Application (.1) | 0.10 | 4.50 |
|  | BSR | detailed review of Holme Roberts & Owen's 30th interim fee application and monthly fee applications | 0.40 | 104.00 |
|  | BSR | draft email to Marie Hendrixson of Protiviti re missing fee detail (after review of fee application) | 0.20 | 52.00 |
| 2/27/2009 | MW | Update database with Orrick's Expense Charts for July - September 2008. | 0.20 | 9.00 |
|  | BSR | detailed review of Orrick's expense detail for the 30th interim period | 0.50 | 130.00 |
|  | BSR | detailed review of Deloitte & Touche's July and August 2004 monthly fee applications (for which a quarterly was not previously filed) | 0.30 | 78.00 |
|  | BSR | research prior fee applications of Deloitte & Touche | 0.40 | 104.00 |
|  | BSR | detailed review of Deloitte & Touche's quarterly fee application for the 29th interim period, as well as monthly fee applications for April and May 2008 | 0.30 | 78.00 |
|  | WHS | detailed review of, and revisions to, FR Towers 30Q 7-9.08 | 0.20 | 59.00 |
|  | BSR | draft initial report re Deloitte & Touche for the 29th interim period | 0.40 | 104.00 |
| 2/28/2009 | BSR | draft final report re Bilzin Sumberg for the 30th interim period | 0.30 | 78.00 |
|  |  | **For professional services rendered** | **75.60** | **$13,109.00** |

W.R. Grace & Co.                                                                    Page        8

     Additional Charges :

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup. | 198.01 | 198.01 |
| **Total costs** | | **$198.01** |
| **Total amount of this bill** | | **$13,307.01** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 26.30 | 260.00 | $6,838.00 |
| Cherie Rogers | 2.50 | 125.00 | $312.50 |
| Cherie Rogers | 5.20 | 45.00 | $234.00 |
| Debbie Lucas | 0.10 | 125.00 | $12.50 |
| Doreen Williams | 0.40 | 165.00 | $66.00 |
| James A. Wehrmann | 20.20 | 150.00 | $3,030.00 |
| Lisa M Hamm | 13.10 | 150.00 | $1,965.00 |
| Melanie White | 6.60 | 45.00 | $297.00 |
| Warren H Smith | 1.20 | 295.00 | $354.00 |