IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 27, 2009, AT 10:30 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878)
OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON APRIL 23, 2009
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET
NO. 7709]**

**CONTINUED MATTERS**

1.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

        Related Documents:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

a.       [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 4/2/09] (Docket No. 21175)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.       Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to June 1, 2009, at 10:30 a.m.

2.      Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.       [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 4/2/09] (Docket No. 21176)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.       Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.       Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.       Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.       Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.       Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.       Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to June 1, 2009, at 10:30 a.m.

**UNCONTESTED MATTERS**

3.    Motion of Debtors for Entry of an Order Approving Stipulations Resolving Proofs of Claims of Certain PRP Group/Entities Pursuant to the EPA Multi-Site Agreement [Filed: 3/10/09] (Docket No. 20957)

Related Documents:

a.    [Proposed] Order Approving Stipulations Resolving Proofs of Claims of Certain PRP Group/Entities Pursuant to the EPA Multi-Site Agreement [Filed: 3/10/09] (Docket No. 20957)

b.    **Certification of No Objection Regarding Motion of Debtors for Entry of an Order Approving Stipulations Resolving Proofs of Claims of Certain PRP Group/Entities Pursuant to the EPA Multi-Site Agreement [Filed: 4/17/09] (Docket No. 21300)**

Response Deadline: April 10, 2009 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of no objection has been filed.**

4.    Certain Insurers' Motion to Extend Time to File the Expert Witness Report of Professor George L. Priest [Filed: 3/13/09] (Docket No. 20991)

Related Documents:

a.    [Proposed] Order [Filed: 3/13/09] (Docket No. 20991)

b.    **Certification of No Objection Regarding Certain Insurers' Motion to Extend Time to File the Expert Witness Report of Professor George L. Priest [Filed: 4/16/09] (Docket No. 21292)**

Response Deadline: April 10, 2009 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of no objection has been filed.**

5.    Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into a New Employment Agreement to Extend the Term of Their Current Chief Executive Officer [Filed: 3/23/09] (Docket No. 21070)

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to Enter Into a New Employment Agreement to Extend the Term of Their Current Chief Executive Officer [Filed: 3/23/09] (Docket No. 21070, Exhibit A)

b.    **Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into a New Employment Agreement to Extend the Term of Their Current Chief Executive Officer [Filed: 4/16/09] (Docket No. 21297)**

Response Deadline: April 10, 2009 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of no objection has been filed.**

6.      Debtors' Application for an Order Authorizing Employment and Retention of Seale & Associates, Inc. as Debtors' Financial Advisor for Sale of Their Gas Equipment Business [Filed: 3/23/09] (Docket No. 21072)

Related Documents:

a.  [Proposed] Order Authorizing Employment and Retention of Seale & Associates, Inc. as Debtors' Financial Advisor for Sale of Their Gas Equipment Business [Filed: 3/23/09] (Docket No. 21072, Exhibit A)

b.  **Certification of No Objection Regarding Debtors' Application for an Order Authorizing Employment and Retention of Seale & Associates, Inc. as Debtors' Financial Advisor for Sale of Their Gas Equipment Business [Filed: 4/17/09] (Docket No. 21305)**

c.  **Notice of Withdrawal of Certification of No Objection Regarding Debtors' Application for an Order Authorizing Employment and Retention of Seale & Associates, Inc. as Debtors' Financial Advisor for Sale of Their Gas Equipment Business [Filed: 4/20/09] (Docket No. 21315)**

d.  **Certification of Counsel Regarding Debtors' Application for an Order Authorizing Employment and Retention of Seale & Associates, Inc. as Debtors' Financial Advisor for Sale of Their Gas Equipment Business [Filed: 4/20/09] (Docket No. 21316)**

Response Deadline: April 10, 2009 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of counsel, together with a revised form of order and blacklined order has been filed.**

7.      Motion of the Debtors for entry of an Order Authorizing the Implementation of the 2009-2011 Long-Term Incentive Plan for Key Employees [Filed: 3/23/09] (Docket No. 21073)

Related Documents:

a.  [Proposed] Order Authorizing the Implementation of the 2009-2011 Long-Term Incentive Plan for Key Employees [Filed: 3/23/09] (Docket No. 21073)

b.  **Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2009-2011 Long-Term Incentive Plan for Key Employees [Filed: 4/16/09] (Docket No. 21299)**

Response Deadline: April 10, 2009 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of no objection has been filed.**

## PROPERTY DAMAGE MATTERS

8.      Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed by Macerich Fresno Limited Partnership [Filed: 3/23/09] (Docket No. 21071)

Related Documents:

a.  [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed by Macerich Fresno Limited Partnership [Filed: 3/23/09] (Docket No. 21071, Exhibit B)

b.  **Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed by Macerich Fresno Limited Partnership [Filed: 4/16/09] (Docket No. 21298)**

Response Deadline: April 10, 2009 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of no objection has been filed.**

## CLAIM OBJECTION

9.      Debtors' Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim [Filed: 3/13/09] (Docket No. 21006)

Related Documents:

a.      [Proposed] Order Granting the Relief Sought in Debtors' Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim [Filed: 3/13/09] (Docket No. 21006)

Response Deadline: April 10, 2009 at 4:00 p.m. *(extended until April 13, 2009 for Anderson Memorial Hospital)*

Responses Received:

a.      **Anderson Memorial Hospital's Response to Debtors' Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim [Filed: 4/13/09] (Docket No. 21266)**

**Status: Anderson Memorial Hospital's Response does not oppose entry of the order sustaining the Debtors' Objection and expunging the claim.  The Debtors will file a certification of counsel.**

## PLAN RELATED DISCOVERY MOTIONS

10.    Motion of Arrowood Indemnity Company, f/k/a Royal Indemnity Company to Strike
Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and
Databases on Which He Relies and for Entry of a Confidentiality Order [Filed: 4/9/09]
(Docket No. 21245)

Related Documents:

a.    Allen Schwartz's Declaration of Good Faith in Connection with Motion to Strike
Whitehouse Expert Report or, Alternatively, Compel the Production of
Documents and Databases on Which He Relies and for Entry of a Confidentiality
Order [Filed: 4/9/09] (Docket No. 21245)

b.    Declaration of Allen Schwartz in Support of Motion to Strike the Expert Report
of Dr. Whitehouse or, in the Alternative, Compel the Production of the Withheld
Databases and Documents Upon Which He Relies and for Entry of a
Confidentiality Order [Filed: 4/9/09] (Docket No. 21245)

c.    [Proposed] Order [Filed: 4/9/09] (Docket No. 21245)

Response Deadline: April 20, 2009 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: This matter will not go forward unless or until proper notice is served.**


Dated: April **20**, 2009

                                      KIRKLAND & ELLIS LLP
                                      David M. Bernick, P.C.
                                      Theodore L. Freedman
                                      Citigroup Center
                                      13 East 53rd Street
                                      New York, NY 10022-4611
                                      (212) 446-4800

                                      -and-

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession