## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

*Objections Due: 5/11/09 @ 4:00 pm*

### SEVENTY-SECOND APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2008 through November 30, 2008 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $75,000.00 | ($15,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,762.45 |

This is a  _x_  monthly __ interim ____ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 140,000.00 | 1,507.33 | 35.000.00 | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 140,000.00 | 3,482.81 | 35.000.00 | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 140,000.00 | 7,491.74 | 35.000.00 | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | 30,000.00 | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | -- | -- | -- | -- |

2591460.DOC

# Blackstone Advisory Services L.P.

April 20, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of November 1, 2008 through November 30, 2008: | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (15,000.00) |

Out-of-pocket expenses processed for the period through November 30, 2008:[1]

| | | | |
|---|---:|---:|---:|
| Airfare | $ | 719.00 | |
| Ground Transportation | | 656.22 | |
| Meals | | 1,030.48 | |
| Document Production | | 122.80 | |
| Research | | 47.45 | |
| Publishing Servces | | 1,186.50 | 3,762.45 |
| **Total Amount Due** | | $ | **63,762.45** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 29776

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through November 30, 2008**
**Invoice No. 29776**

|  | GL Detail Nov-08 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 719.00 | $ | 719.00 |
| Ground Transportation - Car Service - Elite | | 92.62 | | 92.62 |
| Ground Transportation - Local Travel | | 226.60 | | 226.60 |
| Ground Transportation - Railroad | | 337.00 | | 337.00 |
| Meals with Clients | | 524.15 | | 524.15 |
| Employee Meals | | 506.33 | | 506.33 |
| Document Production | | 122.80 | | 122.80 |
| Internal Research | | 37.50 | | 37.50 |
| External Research - Online Database | | 9.95 | | 9.95 |
| Publishing Services | | 1,186.50 | | 1,186.50 |
| **Total Expenses** | $ | 3,762.45 | $ | 3,762.45 |

| | | |
|---|---|---|
| **Airfare** | $ | 719.00 |
| **Ground Transportation** | | 656.22 |
| **Meals** | | 1,030.48 |
| **Document Production** | | 122.80 |
| **Research** | | 47.45 |
| **Publishing Services** | | 1,186.50 |
| **Total Expenses** | $ | 3,762.45 |

W.R. Grace & Co.
Detail of Expenses Processed
Through November 30, 2008
Invoice No. 29776

**Airfare**

| | | | |
|---|---|---|---|
| Bresnahan (travel agency fee for booking of round trip flight to/from Baltimore, MD from to Newark, NJ on 10 15 & 10 16 08) | 10/15/08 | 40.00 | |
| Bresnahan (coach class round trip flight to/from Baltimore, MD from to Newark, NJ) | 10/15/08 - 10/16/08 | 679.00 | |
| | Subtotal - Airfare | $ | 719.00 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (car home from Blackstone after working late) | 09/02/08 | 92.62 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 92.62 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Bonanno (taxi while traveling) | 10/21/08 | 12.00 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/18/08 | 7.80 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/19/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/20/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/21/08 | 8.60 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/22/08 | 10.30 | |
| Bresnahan (weekend taxi to Blackstone from home) | 08/24/08 | 7.70 | |
| Bresnahan (weekend taxi home from Blackstone) | 08/24/08 | 8.10 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/25/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/26/08 | 8.10 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/27/08 | 8.25 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/28/08 | 8.20 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 08/29/08 | 9.25 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/02/08 | 8.20 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/04/08 | 8.20 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/05/08 | 9.90 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/09/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/10/08 | 8.60 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/12/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/16/08 | 8.60 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/16/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/18/08 | 9.90 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 09/19/08 | 8.20 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 10/01/08 | 7.00 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 10/07/08 | 7.25 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 10/08/08 | 7.75 | |
| Bresnahan (weeknight taxi home from Blackstone while working late) | 10/09/08 | 8.20 | |
| | Subtotal - Ground Transportation - Local Travel | | 226.60 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Bresnahan (travel agency fee for booking of round trip train travel to/from Wilmington, DE from to New York, NY on 10.02 08) | 10/01/08 | 40.00 | |
| Bresnahan (round trip train travel to/from Wilmington, DE from to New York, NY) | 10/02/08 | 297.00 | |
| | Subtotal - Ground Transportation - Railroad | | 337.00 |

**Meals with Clients**

| | | | |
|---|---|---|---|
| Zilly (catered meal for 8 people during client meeting held @ Blackstone) | 10/02/08 | 249.12 | |
| Zilly (catered meal for 7 people during client meeting held @ Blackstone) | 10/03/08 | 162.18 | |
| Zilly (catered meal for 7 people during client meeting held @ Blackstone) | 10/03/08 | 112.85 | |
| | Subtotal - Meals with Clients | | 524.15 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 09/18/08 | 25.00 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 09/19/08 | 21.07 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 11/06/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/20/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/22/08 | 4.06 | |
| Bresnahan (weekend working meal @ Blackstone) | 08/23/08 | 4.06 | |
| Bresnahan (weekend working meal @ Blackstone) | 08/24/08 | 2.11 | |
| Bresnahan (weekend working meal @ Blackstone) | 08/24/08 | 11.38 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 08/28/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/02/08 | 12.95 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/03/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/05/08 | 7.10 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/09/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/16/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/18/08 | 20.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/19/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 09/29/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 10/07/08 | 23.60 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 10/08/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 10/09/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 10/14/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 10/20/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone while working late) | 10/23/08 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/28/08 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 09/18/08 | 25.00 | |
| | Subtotal - Employee Meals | | 586.33 |

**Document Production**

| | | | |
|---|---|---|---|
| Bresnahan (1,228 black & white photocopies calculated @ a rate of $0.10 per page) | 11/10/08 | 122.80 | |
| | Subtotal - Document Production | | 122.80 |

**Internal Research**

| | | | |
|---|---|---|---|
| Bresnahan (online data research) | 11/03/08 | 37.50 | |
| | Subtotal - Internal Research | | 37.50 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| Bresnahan (fee for wireless internet access while traveling re: online data research) | 10/16/08 | 9.95 | |
| | Subtotal - External Research - Online Database | | 9.95 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Bonanno | 11/03/08 | 1,089.67 | |
| Bresnahan | 11/10/08 | 96.83 | |
| | Subtotal - Publishing Services | | 1,186.50 |
| | Total Expenses | $ | 3,762.45 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 34.4 |
| Jamie O'Connell | Vice President | 13.2 |
| Matthew Bonnano | Associate | 31.5 |
| Brain Bresnahan | Analyst | 26.9 |
| | Total | 106.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/03/08 | 0.5 | Business Analysis | Review debt and cash flow summaries |
| Pamela Zilly | 11/05/08 | 0.4 | Business Analysis | Call with C. Finke re: Colowyo motion |
| Pamela Zilly | 11/06/08 | 0.8 | Business Analysis | Read and markup Colowyo sale motion |
| Pamela Zilly | 11/06/08 | 1.0 | Business Analysis | Call with C. Finke, E. Filon, J. Baer, J. McFarland re: Colowyo sale motion |
| Pamela Zilly | 11/07/08 | 0.7 | Business Analysis | Read revised draft of Colowyo motion |
| Pamela Zilly | 11/10/08 | 0.6 | Business Analysis | Read revised draft of Colowyo motion |
| Jamie O'Connell | 11/11/08 | 0.2 | Business Analysis | Call with C. Schult re: ALCO sale |
| Jamie O'Connell | 11/11/08 | 0.1 | Business Analysis | Call with J. McFarland regarding Colowyo motion |
| Jamie O'Connell | 11/11/08 | 0.1 | Business Analysis | Correspondence to M. Bonanno regarding Colowyo motion |
| Jamie O'Connell | 11/11/08 | 0.2 | Business Analysis | Correspondence to J. Baer and J. McFarland regarding Colowyo motion |
| Matt Bonanno | 11/11/08 | 0.2 | Business Analysis | Call with C. Schult re: ALCO sale |
| Jamie O'Connell | 11/12/08 | 0.1 | Business Analysis | Call with C. Schult re: ALCO sale |
| Matt Bonanno | 11/12/08 | 0.1 | Business Analysis | Call with C. Schult re: ALCO sale |
| Matt Bonanno | 11/13/08 | 0.3 | Business Analysis | Correspondence with D. Grebow re: various matters |
| Matt Bonanno | 11/13/08 | 0.2 | Business Analysis | Correspondence with C. Schult re: ALCO sale |
| Pamela Zilly | 11/13/08 | 0.6 | Business Analysis | Read Objections to Debtors' Disclosure Statement, Debtors' Motion re: Sale of SC Property, Colowyo LP Interests |
| Matt Bonanno | 11/18/08 | 0.4 | Business Analysis | Call with E. Filon re; Colowyo |
| Matt Bonanno | 11/21/08 | 0.5 | Business Analysis | Colowyo tax call |
| Pamela Zilly | 11/24/08 | 0.3 | Business Analysis | Review liquidity, cash flow, debt analysis |
| Matt Bonanno | 11/25/08 | 0.4 | Business Analysis | Call with C. Finke re: Colowyo tax issues |
| | | 7.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 1/04/08 | 0.7 | Committee | Call with Capstone, Strook and Grace management re: ALCO property sale |
| Matt Bonanno | 1/04/08 | 0.7 | Committee | Call with Capstone, Strook and Grace management re: ALCO property sale |
| Matt Bonanno | 1/10/08 | 0.2 | Committee | Correspondence with committee advisors re: Colovyo motion |
| Matt Bonanno | 1/11/08 | 0.1 | Committee | Correspondence with H. LaForce and S. Smith re: Q3 results |
| Matt Bonanno | 1/11/08 | 0.3 | Committee | Call with J. Dolan re: ALCO sale |
| Matt Bonanno | 1/12/08 | 0.2 | Committee | Call with J. Dolan re: ALCO sale |
| Matt Bonanno | 1/13/08 | 1.0 | Committee | Correspondence with J. Dolan re: ALCO sale |
| Matt Bonanno | 1/17/08 | 0.1 | Committee | Correspondence with J. Dolan re: Colovyo |
| Matt Bonanno | 1/17/08 | 0.3 | Committee | Correspondence with H. LaForce re: Q3 results call |
| Matt Bonanno | 1/17/08 | 0.2 | Committee | Correspondence with committee advisors re: Q3 results call |
| Jamie O'Connell | 1/19/08 | 0.6 | Committee | Colovyo call with committee advisors |
| Matt Bonanno | 1/19/08 | 0.6 | Committee | Colovyo call with committee advisors |
| Jamie O'Connell | 1/20/08 | 0.6 | Committee | Q3 2008 earnings review call with Company and committee advisors |
| Jamie O'Connell | 1/20/08 | 0.1 | Committee | Call with J. Radecki regarding information request |
| Matt Bonanno | 1/20/08 | 0.6 | Committee | Q3 2008 earnings review call with Company and committee advisors |
| Matt Bonanno | 1/20/08 | 0.4 | Committee | Correspondence with J. Dolan re: Colovyo and ALCO |
| Brian Bresnahan | 1/21/08 | 0.1 | Committee | Email to J. Radecki regarding information request |
| Jamie O'Connell | 1/24/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 1/25/08 | 0.1 | Committee | Review correspondence regarding committee information request |
| Matt Bonanno | 1/25/08 | 0.3 | Committee | Manage committee information requests |
| Matt Bonanno | 1/26/08 | 0.3 | Committee | Call with J. Sinclair re: LIFO/FIFO change |
| Matt Bonanno | 1/26/08 | 0.1 | Committee | Call with B. McGowan re: LIFO/FIFO change |
| | | 7.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 11/02/08 | 1.5 | Financing | Exit financing presentation |
| Brian Bresnahan | 11/03/08 | 1.1 | Financing | Debt and cash flow analysis |
| Brian Bresnahan | 11/03/08 | 0.1 | Financing | Email to E. Filon regarding debt and cash flow analysis |
| Pamela Zilly | 11/03/08 | 0.5 | Financing | Call with E. Filon re: credit ratings analysis |
| Matt Bonanno | 11/04/08 | 2.5 | Financing | Exit financing presentation |
| Matt Bonanno | 11/05/08 | 0.3 | Financing | Correspondence with D. Grebow re; historical financial information |
| Matt Bonanno | 11/05/08 | 3.0 | Financing | Exit financing presentation |
| Matt Bonanno | 11/06/08 | 0.4 | Financing | Correspondence with D. Grebow re; historical financial information |
| Matt Bonanno | 11/06/08 | 4.0 | Financing | Exit financing presentation |
| Pamela Zilly | 11/06/08 | 0.7 | Financing | Call with E. Filon, B. Dockman, D. Grebow re: financial items |
| Matt Bonanno | 11/08/08 | 3.5 | Financing | Exit financing presentation |
| Brian Bresnahan | 11/09/08 | 0.5 | Financing | Update lender presentation |
| Matt Bonanno | 11/09/08 | 2.2 | Financing | Exit financing presentation |
| Jamie O'Connell | 11/10/08 | 1.2 | Financing | Review draft exit financing presentation |
| Jamie O'Connell | 11/10/08 | 0.3 | Financing | Status meeting with M. Bonanno |
| Matt Bonanno | 11/10/08 | 0.3 | Financing | Status meeting with J. O'Connell |
| Matt Bonanno | 11/10/08 | 1.6 | Financing | Exit financing presentation |
| Matt Bonanno | 11/10/08 | 0.2 | Financing | Correspondence with E. Filon re: exit financing presentation |
| Pamela Zilly | 11/10/08 | 1.0 | Financing | Review exit financing draft Lender Presentation |
| Jamie O'Connell | 11/11/08 | 0.2 | Financing | Update with M. Bonanno |
| Jamie O'Connell | 11/12/08 | 0.3 | Financing | Call with management regarding exit financing presentation |
| Pamela Zilly | 11/12/08 | 0.5 | Financing | Review correspondence, call with E. Filon |
| Pamela Zilly | 11/12/08 | 0.3 | Financing | Call with E. Filon, B. Dockman, J. McFarland re: Lender Presentation |
| Jamie O'Connell | 11/13/08 | 1.0 | Financing | Call with management regarding exit financing diligence list |
| Pamela Zilly | 11/13/08 | 1.0 | Financing | Call with E. Filon, B. Dockman, J. McFarland re: lender due diligence |
| Brian Bresnahan | 11/18/08 | 0.6 | Financing | Direct cash flow and debt / liquidity analysis |
| Brian Bresnahan | 11/19/08 | 0.1 | Financing | Email to Elyse regarding direct cash flow and debt / liquidity analysis |
| Pamela Zilly | 11/19/08 | 0.2 | Financing | Review capital markets update |
| Brian Bresnahan | 11/24/08 | 0.8 | Financing | Direct cash flow and debt / liquidity analysis |
| Brian Bresnahan | 11/25/08 | 1.3 | Financing | Analysis of exit financing commitments |
| Jamie O'Connell | 11/25/08 | 0.4 | Financing | Research exit financing commitments |
| Brian Bresnahan | 11/26/08 | 2.4 | Financing | Analysis of exit financing commitments |
| Jamie O'Connell | 11/26/08 | 0.3 | Financing | Analysis of exit financing commitments |
|  |  | 34.3 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/14/08 | 2.0 | Hearings | Attend Court Hearing telephonically |
| Pamela Zilly | 11/24/08 | 1.0 | Hearings | Attend Grace Hearing telephonically |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/10/08 | 0.8 | Other | Correspondence with E. Filon, S. Smith re: investor comments |
| Matt Bonanno | 11/21/08 | 0.2 | Other | Call with S. Smith re: Q3 earnings review follow up |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/01/08 | 1.0 | Plan and Disclosure Statement | Read and provide comments on Disclosure Statement classes of claims edits |
| Brian Bresnahan | 11/02/08 | 1.2 | Plan and Disclosure Statement | Claims edits to the disclosure statement |
| Brian Bresnahan | 11/03/08 | 0.4 | Plan and Disclosure Statement | Claims discussion with P. Zilly and M. Bonanno |
| Brian Bresnahan | 11/03/08 | 0.2 | Plan and Disclosure Statement | Claims analysis with M. Bonanno |
| Brian Bresnahan | 11/03/08 | 0.1 | Plan and Disclosure Statement | Email to J. Baer regarding claims edits to the disclosure statement |
| Matt Bonanno | 11/03/08 | 0.4 | Plan and Disclosure Statement | Claims discussion with P. Zilly and B. Bresnahan |
| Matt Bonanno | 11/03/08 | 0.2 | Plan and Disclosure Statement | Claims analysis with B. Bresnahan |
| Pamela Zilly | 11/03/08 | 0.2 | Plan and Disclosure Statement | Read Motion re: Class Certification |
| Pamela Zilly | 11/03/08 | 1.0 | Plan and Disclosure Statement | Rewrite Disclosure Statement edits |
| Pamela Zilly | 11/03/08 | 0.4 | Plan and Disclosure Statement | Discussion with M. Bonanno, B. Bresnahan re: claims summary |
| Brian Bresnahan | 11/04/08 | 0.7 | Plan and Disclosure Statement | Weekly bankruptcy update call |
| Matt Bonanno | 11/04/08 | 0.7 | Plan and Disclosure Statement | Weekly bankruptcy update call |
| Pamela Zilly | 11/04/08 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: court hearings and motions |
| Pamela Zilly | 11/04/08 | 2.0 | Plan and Disclosure Statement | Prepare Disclosure Statement claims summary in response to Objection |
| Pamela Zilly | 11/05/08 | 1.0 | Plan and Disclosure Statement | Complete Disclosure Statement claims summary |
| Brian Bresnahan | 11/06/08 | 0.7 | Plan and Disclosure Statement | Weekly finance team bankruptcy update call |
| Matt Bonanno | 11/06/08 | 0.7 | Plan and Disclosure Statement | Weekly finance team bankruptcy update call |
| Pamela Zilly | 11/06/08 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman, T. Christopher re: negative covenants |
| Pamela Zilly | 11/07/08 | 0.6 | Plan and Disclosure Statement | Read correspondence, call with T. Freedman, T. Christopher re: negative covenants |
| Matt Bonanno | 11/08/08 | 0.2 | Plan and Disclosure Statement | Correspondence with P. Zilly re: amended disclosure statement |
| Pamela Zilly | 11/08/08 | 0.5 | Plan and Disclosure Statement | Review edits, correspondence re: change to Financial Information exhibit |
| Pamela Zilly | 11/08/08 | 1.0 | Plan and Disclosure Statement | Prepare responses to Disclosure Statement Objections |
| Pamela Zilly | 11/08/08 | 1.0 | Plan and Disclosure Statement | Review Deferred Payment Agreements, correspondence, provide comments |
| Brian Bresnahan | 11/09/08 | 0.6 | Plan and Disclosure Statement | Response to DS objection |
| Matt Bonanno | 11/09/08 | 0.2 | Plan and Disclosure Statement | Call with M. Bonanno to discuss DS objection response |
| Brian Bresnahan | 11/09/08 | 0.2 | Plan and Disclosure Statement | Call with B. Bresnahan to discuss DS objection response |
| Jamie O'Connell | 11/09/08 | 0.4 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 11/10/08 | 1.5 | Plan and Disclosure Statement | Correspondence and review re: Plan documents |
| Pamela Zilly | 11/10/08 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman re: Plan documents |
| Pamela Zilly | 11/10/08 | 0.4 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Brian Bresnahan | 11/11/08 | 0.3 | Plan and Disclosure Statement | Bank debt claim analysis |
| Jamie O'Connell | 11/11/08 | 0.3 | Plan and Disclosure Statement | Review correspondence regarding deferred payment agreement |
| Jamie O'Connell | 11/11/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 11/11/08 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending (did not attend entire call) |
| Pamela Zilly | 11/11/08 | 0.2 | Plan and Disclosure Statement | Update with J. O'Connell |
| Brian Bresnahan | 11/13/08 | 1.0 | Plan and Disclosure Statement | Call with management regarding exit financing diligence list |
| Jamie O'Connell | 11/14/08 | 2.0 | Plan and Disclosure Statement | Listen to disclosure statement hearing |
| Pamela Zilly | 11/14/08 | 0.4 | Plan and Disclosure Statement | Read Royalis Objection to Disclosure Statement |
| Pamela Zilly | 11/17/08 | 1.0 | Plan and Disclosure Statement | Read Amended Disclosure Statement |
| Brian Bresnahan | 11/19/08 | 0.2 | Plan and Disclosure Statement | Review financial analysis with M. Bonanno |
| Jamie O'Connell | 11/19/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/19/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and T. Freedman regarding financial analysis |
| Jamie O'Connell | 11/19/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly and management regarding financial analysis |
| Jamie O'Connell | 11/19/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 11/19/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 11/19/08 | 0.2 | Plan and Disclosure Statement | Review financial analysis with B. Bresnahan |
| Pamela Zilly | 11/19/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings, schedule |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/19/08 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman, J. O'Connell re: financial exhibits |
| Pamela Zilly | 11/19/08 | 0.5 | Plan and Disclosure Statement | Call with management, J. O'Connell re: financial analysis and exhibits |
| Pamela Zilly | 11/19/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/20/08 | 0.4 | Plan and Disclosure Statement | Review financial analysis |
| Brian Bresnahan | 11/23/08 | 2.6 | Plan and Disclosure Statement | Model updates including direct cash flow and debt / liquidity analysis |
| Brian Bresnahan | 11/24/08 | 0.1 | Plan and Disclosure Statement | Call with D. Grebow regarding Company's latest estimates |
| Jamie O'Connell | 11/24/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 11/24/08 | 1.5 | Plan and Disclosure Statement | Review revised drafts of corporate documents |
| Pamela Zilly | 11/24/08 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell, Brian Bresnahan |
| Pamela Zilly | 11/24/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, B. Dockman re: financial items |
| Pamela Zilly | 11/24/08 | 0.5 | Plan and Disclosure Statement | Follow-up call with E. Filon |
| Brian Bresnahan | 11/25/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 11/25/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Jamie O'Connell | 11/25/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/25/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and B. Bresnahan |
| Pamela Zilly | 11/25/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings, schedule |
| Pamela Zilly | 11/25/08 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell, Brian Bresnahan |
| Pamela Zilly | 11/26/08 | 0.8 | Plan and Disclosure Statement | Review filed Amendments to Debtors' POR, Disclosure Statement, related documents |
| Brian Bresnahan | 11/30/08 | 5.0 | Plan and Disclosure Statement | Financial model |
| | | 46.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 11/19/08 | 2.1 | Valuation | Update Grace Valuation Materials |
| Brian Bresnahan | 11/19/08 | 2.1 | Valuation | Update Grace Valuation Materials |
| Pamela Zilly | 11/19/08 | 0.6 | Valuation | Review valuation analysis and provide comments |
| Brian Bresnahan | 11/20/2008 | 0.5 | Valuation | Revise Updated Grace Valuation Materials |
| Pamela Zilly | 11/21/08 | 0.4 | Valuation | Review valuation analysis |
|  |  | 5.7 |  |  |