**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointlv Administered)** |
| **Debtors.** | ) | Objections Due: 5/11/09 |

**SEVENTY-THIRD APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

| | | |
|---|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | December 1, 2008 through December 31, 2008 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$75,000.00 | (Holdback @ 20%)<br>($15,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $4,251.05 | |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 140,000.00 | 1,507.33 | 35.000.00 | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 140,000.00 | 3,482.81 | 35.000.00 | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 140,000.00 | 7,491.74 | 35.000.00 | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | 30,000.00 | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | -- | -- | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

April 20, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of December 1, 2008 through December 31, 2008: | | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (15,000.00) |
| Out-of-pocket expenses processed for the period through December 31, 2008:[1] | | | |
| Airfare | $ 1,231.62 | | |
| Ground Transportation | 700.74 | | |
| Communications | 53.25 | | |
| Meals | 361.55 | | |
| Lodging | 1,315.14 | | |
| Document Production | 348.48 | | |
| Research | 240.27 | | 4,251.05 |
| **Total Amount Due** | | **$** | **64,251.05** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 31541

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through December 31, 2008**
**Invoice No. 31541**

| | GL Detail Dec-08 | Total Expenses |
|---|---|---|
| Airfare | $ 1,231.62 | $ 1,231.62 |
| Ground Transportation - Car Service - Elite | 416.21 | 416.21 |
| Ground Transportation - Local Travel | 49.60 | 49.60 |
| Ground Transportation - Out-of-Town Travel | 234.93 | 234.93 |
| Communications - Teleconferencing | 44.50 | 44.50 |
| Communications - Messenger - Other | 8.75 | 8.75 |
| Employee Meals | 361.55 | 361.55 |
| Lodging | 1,315.14 | 1,315.14 |
| Document Production | 348.48 | 348.48 |
| Internal Research | 85.00 | 85.00 |
| External Research - Online Database | 155.27 | 155.27 |
| **Total Expenses** | $ 4,251.05 | $ 4,251.05 |

| | |
|---|---|
| **Airfare** | $ 1,231.62 |
| **Ground Transportation** | 700.74 |
| **Communications** | 53.25 |
| **Meals** | 361.55 |
| **Lodging** | 1,315.14 |
| **Document Production** | 348.48 |
| **Research** | 240.27 |
| **Total Expenses** | $ 4,251.05 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through December 31, 2008**
**Invoice No. 31541**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| **Airfare** | | | |
| Bonanno (travel agency fee for booking of round trip flight to/from Washington, DC from/to Queens, NY on 10/21 &10/22/08) | 10/21/08 | 40.00 | |
| Bonanno (round trip coach class flight to/from Washington, DC from to Queens, NY) | 10/21/08 & 10/22/08 | 448.70 | |
| Bonanno (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 12/15/08) | 12/12/08 | 20.00 | |
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 12/15/08 | 234.22 | |
| Bresnahan (travel agency fee for booking of round trip flight to/from Washington, DC from/to Queens, NY on 10/21 &10/22/08) | 10/21/08 | 40.00 | |
| Bresnahan (round trip coach class flight to/from Washington, DC from to Queens, NY) | 10/21/08 | 448.70 | |
| | **Subtotal - Airfare** | | $ 1,231.62 |
| **Ground Transportation - Car Service - Elite** | | | |
| Bonanno (car to Newark Airport in Newark, NJ from Blackstone) | 10/15/08 | 85.68 | |
| Bonanno (car to LaGuardia Airport in Newark, NJ from Blackstone) | 10/21/08 | 95.57 | |
| Bonanno (car home from LaGuardia Airport in Queens, NY) | 10/22/08 | 81.29 | |
| Bresnahan (car home from Newark Airport in Newark, NJ) | 10/16/08 | 81.40 | |
| Zilly for Client (car to JFK Airport in Queens, NY from Blackstone) | 10/02/08 | 72.27 | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | 416.21 |
| **Ground Transportation - Local Travel** | | | |
| Bresnahan (taxi home from Blackstone to prepare for flight to Washington, DC) | 10/21/08 | 7.25 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 10/24/08 | 11.10 | |
| Bresnahan (weekend taxi to Blackstone from home) | 10/26/08 | 8.10 | |
| Bresnahan (weekend taxi home from Blackstone) | 10/26/08 | 7.25 | |
| Bresnahan (weekend taxi to Blackstone from home) | 11/02/08 | 8.10 | |
| Bresnahan (weekend taxi home from Blackstone) | 11/02/08 | 7.80 | |
| | **Subtotal - Ground Transportation - Local Travel** | | 49.60 |
| **Ground Transportation - Out-of-Town Travel** | | | |
| Bonanno (National car rental during 1 day stay in Washington, DC) | 10/21/08 - 10/22/08 | 93.54 | |
| Bresnahan (hotel parking fee during stay in Washington, DC) | 10/15/08 | 30.00 | |
| Bresnahan (Hertz car rental during 1 day stay in Washington, DC) | 10/15/08 - 10/16/08 | 111.39 | |
| | **Subtotal - Ground Transportation - Out-of-Town Travel** | | 234.93 |
| **Communications - Teleconferencing** | | | |
| Bresnahan (fee for attending Court hearing telephonically) | 10/24/08 | 44.50 | |
| | **Subtotal - Communications - Teleconferencing** | | 44.50 |
| **Communications - Messenger - Other** | | | |
| O'Connell | 11/21/08 | 8.75 | |
| | **Subtotal - Communications - Messenger - Other** | | 8.75 |
| **Employee Meals** | | | |
| Bonanno (working meal while in Washington, DC) | 10/21/08 | 71.32 | |
| Bonanno (working meal while in Washington, DC) | 10/21/08 | 20.00 | |
| Bonanno (working meal while in Washington, DC) | 10/22/08 | 7.15 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 10/22/08 | 36.60 | |
| Bresnahan (meal @ Newark Airport in Newark, NJ) | 10/15/08 | 25.00 | |
| Bresnahan (working meal while in Baltimore, MD) | 10/16/08 | 20.57 | |
| Bresnahan (working meal while in Baltimore, MD) | 10/16/08 | 4.85 | |
| Bresnahan (working meal while in Washington, DC) | 10/21/08 | 71.33 | |
| Bresnahan (working meal while in Washington, DC) | 10/21/08 | 20.00 | |
| Bresnahan (working meal while in Washington, DC) | 10/21/08 | 9.73 | |
| Bresnahan (weeknight working dinner meal @ Blackstone) | 10/24/08 | 25.00 | |
| Bresnahan (weekend working meal @ Blackstone) | 10/26/08 | 25.00 | |
| Bresnahan (weeknight working dinner meal @ Blackstone) | 10/31/08 | 25.00 | |
| | **Subtotal - Employee Meals** | | 361.55 |
| **Lodging** | | | |
| Bonanno (1 day hotel stay in Washington, DC) | 10/21/08 - 10/22/08 | 484.86 | |
| Bresnahan (1 day hotel stay in Baltimore, MD) | 10/15/08 - 10/16/08 | 373.42 | |
| Bresnahan (1 day hotel stay in Washington, DC) | 10/21/08 - 10/22/08 | 456.86 | |
| | **Subtotal - Lodging** | | 1,315.14 |
| **Document Production** | | | |
| Bresnahan (968 color photocopies calculated @ a rate of $0.36 per page) | 12/15/08 | 348.48 | |
| | **Subtotal - Document Production** | | 348.48 |
| **Internal Research** | | | |
| Bresnahan (online data research) | 12/08/08 | 85.00 | |
| | **Subtotal - Internal Research** | | 85.00 |
| **External Research - Online Database** | | | |
| Bresnahan (fee for wireless internet access while traveling) | 10/16/08 | 4.95 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 08/11/08 | 142.72 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 08/21/08 | 7.60 | |
| | **Subtotal - External Research - Online Database** | | 155.27 |
| | **Total Expenses** | | $ 4,251.05 |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## DECEMBER 1, 2008 THROUGH DECEMBER 31, 2009

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 24.8 |
| Jamie O'Connell | Vice President | 12.6 |
| Matthew Bonnano | Associate | 32.7 |
| Brain Bresnahan | Analyst | 28.1 |
| | **Total** | **98.2** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 12/10/08 | 2.1 | Business Analysis | Financial analysis |
| Brian Bresnahan | 12/11/08 | 0.3 | Business Analysis | Revise financial analysis |
| Matt Bonanno | 12/15/08 | 7.0 | Business Analysis | Attend GCP AOP meetings |
| Jamie O'Connell | 12/16/08 | 2.0 | Business Analysis | Listen to Davison operating plan review |
| Matt Bonanno | 12/16/08 | 8.0 | Business Analysis | Attend Davison AOP meetings |
| Pamela Zilly | 12/16/08 | 3.0 | Business Analysis | Listen to Davison Operating Plan call |
| Brian Bresnahan | 12/19/08 | 1.5 | Business Analysis | Prepare financial analysis |
| Brian Bresnahan | 12/19/08 | 2.0 | Business Analysis | Prepare cash flow and liquidity analysis |
| Brian Bresnahan | 12/19/08 | 0.2 | Business Analysis | Review financial analysis with M. Bonanno |
| Matt Bonanno | 12/19/08 | 0.2 | Business Analysis | Review financial analysis with B. Bresnahan |
| Brian Bresnahan | 12/22/08 | 3.0 | Business Analysis | Comparable company dividend policy analysis |
| Pamela Zilly | 12/23/08 | 0.5 | Business Analysis | Review and distribute dividend analysis |
| | | 29.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 12/02/08 | 0.2 | Committee | Correspondence with Charter Oak re: Impact of LIFO FIFO switch on LTIP |
| Matt Bonanno | 12/02/08 | 0.2 | Committee | Correspondence with Capstone re: ZAI settlement motion |
| Brian Bresnahan | 12/09/08 | 0.4 | Committee | Call with J. Radecki regarding Deferred Payment Agreement |
| Jamie O'Connell | 12/09/08 | 0.4 | Committee | Call with J. Radecki regarding Deferred Payment Agreement |
| Pamela Zilly | 12/09/08 | 0.4 | Committee | Call with J. Radecki re: PI DPA |
| Matt Bonanno | 12/17/08 | 0.2 | Committee | Correspondence with Capstone re: lead remediation business sale |
| Matt Bonanno | 12/18/08 | 0.3 | Committee | Correspondence with M. Conron re: lead remediation business sale |
| Matt Bonanno | 12/19/08 | 0.1 | Committee | Correspondence with Capstone re: lead remediation business sale |
| Matt Bonanno | 12/22/08 | 0.4 | Committee | Manage committee information requests |
| Pamela Zilly | 12/23/08 | 0.3 | Committee | Call with J. Radecki |
| | | 2.9 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 12/01/08 | 0.2 | Employee Benefits/Pension | Correspondence with B. McGowan re: Impact of LIFO FIFO switch on LTIP |
| | | **0.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 12/03/08 | 0.5 | Financing | Bank debt pricing analysis |
| Brian Bresnahan | 12/05/08 | 0.2 | Financing | Correspondence with E. Filon regarding financial analysis |
| Brian Bresnahan | 12/07/08 | 1.0 | Financing | Assemble historical credit market data |
| Brian Bresnahan | 12/09/08 | 0.5 | Financing | Assemble primer materials for Grace |
| | | 2.2 | | |



**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 12/15/08 | 2.0 | Hearings | Listen to 12/15 court hearing |
| Jamie O'Connell | 12/15/08 | 1.5 | Hearings | Listen to 12/15 court hearing |
| | | 3.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 12/15/08 | 3.5 | Non-Working Travel Time | Travel from NYC to Columbia, MD |
| Matt Bonanno | 12/16/08 | 7.0 | Non-Working Travel Time | Travel from Columbia, MD to NYC (delayed by snow storm) |
| | | 10.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/09/08 | 0.1 | Other | Call with shareholder regarding plan of reorganization financial projections |
| Jamie O'Connell | 12/10/08 | 0.1 | Other | Call with shareholder regarding plan of reorganization financial projections |
| Jamie O'Connell | 12/10/08 | 0.2 | Other | Call with S. Smith and P. Zilly regarding investor question |
| Pamela Zilly | 12/10/08 | 0.2 | Other | Call with S. Smith, J. O'Connell re: investor question |
| | | 0.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 12/02/08 | 0.1 | Plan and Disclosure Statement | Status update with P. Zilly |
| Brian Bresnahan | 12/03/08 | 0.4 | Plan and Disclosure Statement | Meeting to discuss financial analysis |
| Brian Bresnahan | 12/03/08 | 3.0 | Plan and Disclosure Statement | Prepare financial analysis |
| Brian Bresnahan | 12/03/08 | 0.8 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell |
| Brian Bresnahan | 12/03/08 | 1.9 | Plan and Disclosure Statement | Revise financial analysis |
| Jamie O'Connell | 12/03/08 | 0.4 | Plan and Disclosure Statement | Meeting to discuss financial analysis |
| Jamie O'Connell | 12/03/08 | 0.8 | Plan and Disclosure Statement | Review financial analysis with B. Bresnahan |
| Jamie O'Connell | 12/03/08 | 0.2 | Plan and Disclosure Statement | Correspondence to B. Bresnahan regarding financial analysis |
| Brian Bresnahan | 12/04/08 | 0.1 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial analysis |
| Brian Bresnahan | 12/04/08 | 1.5 | Plan and Disclosure Statement | Revise financial analysis |
| Jamie O'Connell | 12/04/08 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 12/04/08 | 0.1 | Plan and Disclosure Statement | Meeting with B. Bresnahan to discuss financial analysis |
| Matt Bonanno | 12/04/08 | 0.3 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 12/04/08 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 12/05/08 | 0.3 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 12/05/08 | 1.0 | Plan and Disclosure Statement | Review analysis for 12/8 call |
| Brian Bresnahan | 12/08/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and T. Freedman regarding pre-petition bank debt |
| Brian Bresnahan | 12/08/08 | 0.5 | Plan and Disclosure Statement | Status meeting with internal team |
| Brian Bresnahan | 12/08/08 | 1.3 | Plan and Disclosure Statement | Assemble primer materials for Grace |
| Jamie O'Connell | 12/08/08 | 0.3 | Plan and Disclosure Statement | Call with shareholder regarding plan of reorganization financial projections |
| Jamie O'Connell | 12/08/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and T. Freedman regarding pre-petition bank debt |
| Jamie O'Connell | 12/08/08 | 0.5 | Plan and Disclosure Statement | Status meeting with internal team |
| Matt Bonanno | 12/08/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon and T. Freedman regarding pre-petition bank debt |
| Pamela Zilly | 12/08/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, T. Freedman |
| Pamela Zilly | 12/08/08 | 0.9 | Plan and Disclosure Statement | Read revised draft of PI DPA |
| Brian Bresnahan | 12/09/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Brian Bresnahan | 12/09/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting with P. Zilly |
| Jamie O'Connell | 12/09/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 12/09/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting with P. Zilly |
| Jamie O'Connell | 12/09/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Matt Bonanno | 12/09/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 12/09/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting with P. Zilly |
| Pamela Zilly | 12/09/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 12/09/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell re: Plan documents |
| Pamela Zilly | 12/09/08 | 0.2 | Plan and Disclosure Statement | Call with T. Christopher re: PI DPA |
| Pamela Zilly | 12/09/08 | 0.3 | Plan and Disclosure Statement | Review memo re: PI DPA issues |
| Pamela Zilly | 12/09/08 | 0.3 | Plan and Disclosure Statement | Internal team meeting re: status |
| Jamie O'Connell | 12/10/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 12/10/08 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 12/10/08 | 1.5 | Plan and Disclosure Statement | Review updated claim schedules |
| Brian Bresnahan | 12/11/08 | 0.5 | Plan and Disclosure Statement | Claims call with J. Baer, C. Greco, and P. Zilly |
| Jamie O'Connell | 12/11/08 | 0.5 | Plan and Disclosure Statement | Claims call with J. Baer, C. Greco, and P. Zilly |
| Pamela Zilly | 12/11/08 | 1.5 | Plan and Disclosure Statement | Review updated claims schedules vs. 8/08 |
| Pamela Zilly | 12/11/08 | 0.5 | Plan and Disclosure Statement | Call with J. Baer, C. Greco, J. O'Connell, B. Bresnahan |
| Pamela Zilly | 12/12/08 | 1.5 | Plan and Disclosure Statement | Read revised draft of PI DPA, correspondence with A. Mena |
| Jamie O'Connell | 12/17/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 12/17/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/18/08 | 1.2 | Plan and Disclosure Statement | Read revised draft of PI DPA |
| Matt Bonanno | 12/19/08 | 0.6 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 12/19/08 | 2.0 | Plan and Disclosure Statement | Review and analysis of revised claims data |
| Brian Bresnahan | 12/22/08 | 2.3 | Plan and Disclosure Statement | Conference call regarding deferred asbestos payment obligation |
| Jamie O'Connell | 12/22/08 | 1.0 | Plan and Disclosure Statement | Conference call regarding deferred asbestos payment obligation (did not attend entire call) |
| Matt Bonanno | 12/22/08 | 2.3 | Plan and Disclosure Statement | Conference call regarding deferred asbestos payment obligation |
| Pamela Zilly | 12/22/08 | 2.3 | Plan and Disclosure Statement | Call with T. Christopher, A. Mena, J. McFarland, E. Filon, H. La Force re: PI Deferred Payment Agreement |
| Pamela Zilly | 12/22/08 | 1.0 | Plan and Disclosure Statement | Various call and correspondence with T. Christopher, A. Mena re: PI DPA |
| Pamela Zilly | 12/22/08 | 0.2 | Plan and Disclosure Statement | Email T. Christopher |
| Pamela Zilly | 12/23/08 | 0.3 | Plan and Disclosure Statement | Call with T. Christopher re: PI DPA |
| | | 45.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/09/08 | 0.3 | Tax Issues | Call with C. Finke re: trading restrictions |
| Pamela Zilly | 12/09/08 | 1.2 | Tax Issues | Review material re: trading restrictions |
| Jamie O'Connell | 12/10/08 | 0.6 | Tax Issues | Call with management and counsel regarding tax matter |
| Pamela Zilly | 12/10/08 | 1.1 | Tax Issues | Call with C. Finke, T. Maynes, T. Freedman, J. Baer, M. Shelnitz re: trading restrictions |
| | | 3.2 | | |