## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 2/19/2009 | 10/01/08 – 10/31/08 | $75,580.00 | $ 73.92 | $60,464.00 | $ 73.92 | $15,116.00 |
| 2/24/2009 | 11/01/08 – 11/30/08 | $70,104.00 | $ 201.91 | $56,083.20 | $201.91 | $14,020.80 |
| 2/24/2009 | 12/01/08 – 12/31/08 | $31,029.00 | $147.01 | $24,823.20 | $147.01 | $ 6,205.80 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 8.40 | $ 3819.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 308.40 | $ 172,894.00 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
| | Total | 316.80 | $176,713.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $188.09 |
| Copies – Matter 32 (Fee Applications) | $12.90 |
| Copies – Matter 46 (Tax Litigation) | $27.10 |
| Computer Database Research | $105.77 |
| Duplicating Supplies | $0 |
| Federal Express/Overnight Messenger | $0 |
| Facsimile | $86.98 |
| Airfare & Train Fare | $0 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Tax Court Filing Fee | $0 |
| **Total** | **$422.84** |