<u>**Exhibit B**</u>
October Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #20729 Case No. 01-01139.  Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.