# EXHIBIT B

## (General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                              March 24, 2009
Attn: Lydia B. Duff, Esq.                             Client/Matter #  01246-012100
7500 Grace Drive                                      Invoice # 128012
Columbia, MD  21044                                   Federal ID# 52-1247549


For Legal Services Rendered Through 02/28/09 in Connection With: _

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

## General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/12/09 | C. Lewis | 0.20 | Internal correspondence re pesticide inerts regulatory status. |
| 02/17/09 | C. Lewis | 0.50 | Conference and correspondence with G. St. Michel re FIFRA inerts research assignment; correspondence with client re proposed inert ingredient. |
| 02/17/09 | G. St. Michel | 4.80 | Internet and CFR research re EPA approval process and regulation of pesticide inert ingredients. |
| 02/18/09 | C. Lewis | 0.30 | Conference with G. St. Michel re results of review of inert ingredient approval process. |
| 02/18/09 | G. St. Michel | 2.10 | Research re EPA approval process and regulation of pesticide inert ingredients; draft outline and organize thoughts for conference with C. Lewis; speak with M. Neilson re issue; telephone call to EPA. |

BEVERIDGE & DIAMOND, P.C.                                             INVOICE #  128012
                                                                      March 24, 2009
                                                                      PAGE   2


| 02/19/09 | C. Lewis | 0.90 | Conference with G. St. Michel and conference call with client regarding EPA requirements for approval of pesticide product inert ingredients; follow-up telephone conference with L. Duff. |
|---|---|---|---|
| 02/19/09 | G. St. Michel | 1.00 | Attend client conference call with C. Lewis. |

|  |  |
|---|---|
| **Total Hours :** | 9.80 |
| **Total Fees :** | $2,862.00 |

BEVERIDGE & DIAMOND, P.C.  
INVOICE #  128012  
March 24, 2009  
PAGE  3

**Disbursements:**

| | |
|---|---|
| Postage | 1.00 |

Total Disbursements :  $1.00

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.90 | $550.00 | $1,045.00 |
| G. St. Michel | 7.90 | $230.00 | $1,817.00 |

Total Fees :  $2,862.00

Total Disbursements :  $1.00

**TOTAL DUE :**  $2,863.00