# EXHIBIT C

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                      March 24, 2009
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-013923
7500 Grace Drive                              Invoice # 128010
Columbia, MD  21044                           Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/02/09 | P. Marks | 3.80 | Prepare draft response; direct H. Price re research re same; telephone conference with R. Errera re facts re same. |
| 02/02/09 | H. Price | 2.00 | Draft memorandum and continue research re RCRA manufacturing unit exemption and treatment of aerosol cans. |
| 02/02/09 | H. Price | 0.50 | Telephone conference with P. Marks re results of research re RCRA manufacturing unit exemption and treatment of aerosol cans. |
| 02/03/09 | P. Marks | 2.20 | Evaluate research related to EPA response and direct H. price re same. |
| 02/04/09 | P. Marks | 11.20 | Prepare for and attend conference with R. Errera and other site staff re response to EPA request; telephone conference with L. Duff, M. Obradovic, and R. Errera re same; continue preparation of response. |
| 02/04/09 | H. Price | 2.00 | Email correspondence with P. Marks re request for documents, and research re definition of manufacturing process unit. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  128010
March 24, 2009
PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/05/09 | P. Marks | 1.30 | Evaluate and conduct telephone conference with L. Duff and M. Obradovic re analysis of OMC and reporting issues; direct H. Price re research re reporting. |
| 02/05/09 | H. Price | 2.00 | Conferences with L. Grimm re additional research on manufacturing process unit exemption; continue research of Federal Register notices concerning development of manufacturing process unit exemption; research notification requirement for mistakenly sending hazardous waste as non-hazardous waste. |
| 02/06/09 | K. Hansen | 2.50 | Discuss process operation issues as those impact wastewater permit compliance with R. Errera, P. Marks, and in follow up call with R. Errera, P. Marks and plant manager; direct research needed and begin review of documents to support strategy with MDE that operational reductions and associated wastewater changes are within current permit authorization. |
| 02/06/09 | P. Marks | 1.60 | Revise Request for Information Response; direct H. Price re same and review research results. |
| 02/06/09 | P. Marks | 1.50 | Telephone conferences with R. Errera re NPDES permit interpretation and saline discharge during low flows; coordinate with T. Sullivan and K. Hansen re rapid response on same; telephone conference with R. Errera and J. Kimmell re results of preliminary reviews and next step in addressing ongoing issue. |
| 02/06/09 | T. Sullivan | 1.50 | Telephone conference with P. Marks re saline discharge; correspondence with K. Hansen, R. Davis re same; legal research re same. |
| 02/06/09 | J. Abdella | 0.70 | Research effluent limitation guidelines; prepare internal e-mail re same; telephone conference with K. Hansen re assignment. |
| 02/06/09 | H. Price | 0.70 | Conferences and email correspondence with P. Marks re status of research on manufacturing process unit exemption under RCRA and reporting or notification requirement for mistakenly sending hazardous waste as non-hazardous waste. |
| 02/06/09 | H. Price | 0.30 | Conference with L. Grimm re additional research on manufacturing process unit exemption. |

BEVERIDGE & DIAMOND, P.C.                                INVOICE #  128010
                                                         March 24, 2009
                                                         PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/06/09 | H. Price | 3.30 | Continue to research statutes, regulations, Federal Register notices, EPA guidelines, and federal and state caselaw re notification requirement. |
| 02/08/09 | K. Hansen | 4.50 | Review background permit documents and e-mails and related information from inorganic chemicals Effluent Limitation Guidelines (ELGs) to develop strategy outline for approach to MDE re operating flexibility and related compliance issues per discussions with L. Duff and R. Errera; discuss research and issues with J. Abdella; prepare outline of strategic approach preparation for further internal discussions and continued development of factual information. |
| 02/08/09 | P. Marks | 6.90 | Prepare response to EPA and conduct related evaluation, and review of research and summary of issues. |
| 02/08/09 | J. Abdella | 8.50 | Research treatment of non-standard operations in effluent limitation guidelines for inorganic chemical manufacturing point sources; research case law re treatment during partial shut-downs and dilution in lieu of treatment; prepare e-mail to K. Hansen re same. |
| 02/09/09 | K. Hansen | 4.00 | Review additional background materials related to permit and prepare strategy outline for approach to MDE; participate in conference calls with P. Marks, R. Errera, L. Duff re factual information scope of permits and wastewater operations, strategy with MDE. |
| 02/09/09 | P. Marks | 2.00 | Evaluate NPDES documents, including permit application, fact sheet, and correspondence, and discuss (with K. Hansen and client) approach to waste water flow and scaled back operations. |
| 02/09/09 | P. Marks | 10.80 | Conference with B. Corcoran, L. Duff, and management team to review RCRA Request for Information issues; follow-up discussions re same and preparation of Responses with R. Errera and L. Duff; conference with J. Kimmell re same; prepare Responses. |
| 02/09/09 | J. Abdella | 1.20 | Telephone conference with K. Hansen; research Maryland permit modification provisions. |

BEVERIDGE & DIAMOND, P.C.
INVOICE # 128010
March 24, 2009
PAGE 4

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/10/09 | K. Hansen | 2.50 | Finalize strategy outline for approach to MDE and send to L. Duff, R. Errera, P. Marks for review; participate in conference call to review facts, permit scope, wastewater operations and strategy re MDE. |
| 02/10/09 | P. Marks | 0.40 | Telephone conference with K. Hansen and client re NPDES issues. |
| 02/10/09 | P. Marks | 0.60 | Prepare questions for R. Errera to address and coordinate with L. Duff and R. Errera re same. |
| 02/10/09 | J. Abdella | 2.20 | Telephone conference with L. Duff, B. Errera, K. Hansen, and P. Marks re NPDES permit and reduced operations; prepare draft talking points for meeting with MDE. |
| 02/11/09 | K. Hansen | 2.50 | Prepare and send talking points for upcoming meeting with MDE based on review of permit materials, regulations and discussion with R. Errera, L. Duff, P. Marks. |
| 02/11/09 | P. Marks | 7.90 | Attend site inspection and related conference with L. Duff and R. Errera to prepare EPA Response to Request for Information. |
| 02/11/09 | J. Abdella | 2.00 | Prepare draft talking points for meeting with MDE. |
| 02/12/09 | P. Marks | 3.10 | Prepare EPA Request for Information Responses and document log. |
| 02/13/09 | P. Marks | 5.20 | Finalize response to EPA and supervise production of all attachments as a complete package; multiple telephone conference with client re same. |

**Total Hours :**     101.40

**Total Fees :**     $39,149.00

BEVERIDGE & DIAMOND, P.C.
INVOICE # 128010
March 24, 2009
PAGE 5

**Disbursements:**

| | |
|---|---|
| Duplicating | 217.14 |
| Messenger Service | 78.11 |
| Express Delivery | 28.50 |
| Travel Expenses | 118.25 |

Total Disbursements :  $442.00

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Hansen | 16.00 | $495.00 | $7,920.00 |
| P. Marks | 58.50 | $420.00 | $24,570.00 |
| T. Sullivan | 1.50 | $350.00 | $525.00 |
| J. Abdella | 14.60 | $250.00 | $3,650.00 |
| H. Price | 10.80 | $230.00 | $2,484.00 |

Total Fees :  $39,149.00

Less Research Discount:  (2,900.00)

Total Disbursements :  $442.00

**TOTAL DUE :**  $36,691.00