# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 24, 2009
Client/Matter #  01246-012629
Invoice # 128013
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

|  |  |
|---|---:|
| Postage | 9.03 |
| Duplicating | 52.20 |
| Total Disbursements : | $61.23 |
| TOTAL DUE : | $61.23 |