IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF DEPOSITION OF DORI ANNE KUCHINSKY

TO:  THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that Anderson Memorial Hospital will take the deposition of **DORI ANNE KUCHINSKY** before an official Court Reporter, or before some other person authorized by law to administer oaths at 11:00 a.m. EST, on Tuesday, May 5, 2009, at the offices of W.R. Grace & Co., 44084 Riverside Parkway, Suite 300, Leesburg, Virginia 20176, or some other location in Leesburg, Virginia, if the deponent objects to the deposition being taken at her office. The oral deposition will continue from day to day until completed.

_____
Christopher D. Loizides (#3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924

        Telephone: (803) 943-4444
        Facsimile: (803) 943-4599

        KOZYAK TROPIN & THROCKMORTON, P.A.
        John W. Kozyak
        David L. Rosendorf
        2525 Ponce de Leon, 9th Floor
        Coral Gables, FL 33134
        Telephone: (305) 372-1800
        Facsimile: (305) 372-3508

April 21, 2009