IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 21006 and 21266** |
| | ) | **April 27, 2009 Agenda Item # 9** |

## CERTIFICATION OF COUNSEL RE ORDER DISALLOWING AND EXPUNGING ANDERSON MEMORIAL HOSPITAL'S ZAI CLAIM NUMBER 17909

The undersigned counsel hereby certifies:

1. On March 13, 2009 the Debtors filed an Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim, identified as Claim No. 17909. The Debtors objected to the Claim on several grounds including the fact that the Claim (i) was filed as an improper class claim; (ii) is not a class 7B asbestos claim under the Debtors' Plan; (iii) was filed on an incomplete claim form; and (iv) contained insufficient documentation. The Objections was also premised on other defenses relating to the merits of the Claim.

2. On April 13, 2009, Anderson filed its response to Debtors' Objection. (Docket No. 21266). In that response, Anderson stated that: "While Anderson is currently seeking to obtain appellate review of the Memorandum Opinion and Order denying class

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

certification [for Anderson claims 9911 and 9914, Docket No. 18821], Anderson respectfully acknowledges that the Court's ruling in the Memorandum Opinion and Order would be dispositive of the Anderson ZAI Claim as well."

3. In the response, Anderson goes on to state that the Court "may, without further hearing, enter the Debtors' proposed Order Granting the Relief Sought in Debtors' Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim."

4. No other responses were filed to the Debtors' Objection. Thus, there are no objections to the Debtors' Claim Objection and the Debtors respectfully request entry of the attached Order disallowing and expunging Anderson's Claim.

Dated: April 21, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2