IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | | Re: Docket No. _____ |
| | | 6/1/09 Agenda # _____ |

## ORDER GRANTING RELIEF SOUGHT IN DEBTORS' OBJECTION TO CLAIMS FILED BY MARYLAND CASUALTY COMPANY

Upon the Debtor's Objection to Claims Filed By Maryland Casualty Company (the "Objection") (Dkt. No. _____) filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order disallowing and expunging Claim Nos. 15376 through 15436 and Claim No. 15439 (collectively, the "Proofs of Claim") filed by one of their prepetition insurers, Maryland Casualty Company ("Maryland Casualty"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Objection having been given, it is hereby

ORDERED that, the relief sought in the Objection is granted; and it is further

ORDERED that, Claim Nos. 15376 through 15436 and Claim No. 15439 are disallowed and expunged for all purposes; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Objection as to which relief is entered by this Court, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

DOCS_DE:147288.1

33

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2009

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
