## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) |
| | )    Case No. 01-01139 (JKF) |
| Debtors. | )    (Jointly Administered) |
| | )    **RE: D.I. 21307** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Ann C. Cordo, hereby moves the admission pro hac vice of Samuel J. Rubin (the "<u>Admittee</u>") of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017-3954 to represent Travelers Casualty and Surety Company in connection with the above-captioned proceeding.

Dated: April 17, 2009           MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

                                      /s/ Ann. C. Cordo
                                      Robert J. Dehney (Bar No. 3578)
                                      Ann C. Cordo (Bar No. 4817)
                                      1201 N. Market Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 658-9200
                                      Email: rdehney@mnat.com; acordo@mnat.com

                                      *Attorneys for Travelers Casualty and Surety Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Samuel J. Rubin
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: srubin@stblaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: April 22, 2009

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge    SAJ

2849139.1