UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | RE: 21256 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

John D. Demmy, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Mark D. Plevin, a partner with Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, to represent Fireman's Fund Insurance Company in these jointly-administered bankruptcy cases.

Dated: April 10, 2009

STEVENS & LEE, P.C.

/s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone: (302) 425-3308
Fax:   (610) 371-8515
E-mail: jdd@stevenslee.com

*Counsel For Fireman's Fund Insurance Company*

**Motion Granted.**

BY THE COURT:

/s/ Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE
SAS

Date: April 22, 2009

SL1 915198v1/000000.00000

DKT. NO. 21256
DT. FILED 4/13/09

## CERTIFICATION OF MARK D. PLEVIN

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I (i) am eligible for admission *pro hac vice* to this Court; (ii) am admitted to practice and in good standing before the bars of the District of Columbia and the State of California; (iii) submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action; (iv) have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules; and (v) am familiar with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: *[signature]*

Mark D. Plevin
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
mplevin@crowell.com

SL1 915198v1/000000.00000