**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al*., ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on April 22, 2009, copies of **Travelers Casualty And Surety Company's Third Set Of Requests For Admission To Debtors** were served in the manner indicated upon the entities listed below.

**VIA E-MAIL and FED EX**

David M. Bernick, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com;

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022
Email: tfreedman@kirkland.com;
dboll@kirkland.com;
cbruens@kirkland.com

Janet S. Baer
Law Office of Janet S. Baer, P.C.
70 West Madison Street
Suite 2100
Chicago, IL 60602
Email: jbaer@jsbpc.com

**VIA E-MAIL and HAND-DELIVERY**

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com;
joneill@pszjlaw.com;
tcairns@pszjlaw.com

Dated: April 22, 2009  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

                                                                                             */s/ Ann C. Cordo*
                                                 Robert J. Dehney (Bar No. 3578)
Ann C. Cordo (Bar No. 4817)
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Email: rdehney@mnat.com; acordo@mnat.com

                                                 - and -

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Elisa Alcabes
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com

*Attorneys for Travelers Casualty and Surety Company*

2645643.2