**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 20, 2009 at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 21160

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Ninety-Second Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from February 1, 2009 through and including February 28, 2009 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than April 20, 2009 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $42,134.60 which represents 80% of the fees ($52,668.25) and $19,845.32 which represents 100% of the expenses requested in the Application for the

period February 1, 2009 through and including February 28, 2009 upon the filing of this

certification and without the need for entry of a Court order approving the Application.

Dated: April 22, 2009                           Scott L. Baena, Esquire
                                                Jay M. Sakalo, Esquire
                                                BILZIN, SUMBERG, BAENA, PRICE
                                                 & AXELROD, LLP
                                                2500 Wachovia Financial Center
                                                200 South Biscayne Boulevard
                                                Miami, FL 33131-2336
                                                Tel:    (305) 374-7580
                                                Fax:    (305) 374-7593

                                                -and-

                                                FERRY, JOSEPH & PEARCE, P.A.

                                                 /s/ Lisa L. Coggins
                                                Michael B. Joseph (No. 392)
                                                Theodore J. Tacconelli (No. 2678)
                                                Lisa L. Coggins (No. 4234)
                                                824 Market Street, Suite 904
                                                P.O. Box 1351
                                                Wilmington, DE. 19899
                                                Tel:    (302) 575-1555
                                                Fax:    (302) 575-1714

                                                Co-Counsel to the Official Committee of Asbestos
                                                Property Damage Claimants