**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 20, 2009, at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 21163

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Ninety-Fourth Monthly Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from February 1, 2009 through February 28, 2009 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than April 20, 2009 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $22,475.60 which represents 80% of the fees ($28,094.50) and $2,798.67 which represents 100% of the expenses requested in the Application for the period

February 1, 2009 through February 28, 2009, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated:  April 22, 2009　　　　　　　　　　　　　　FERRY, JOSEPH & PEARCE, P.A.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lisa L. Coggins
　　　　　　　　　　　　　　　　　　　　　　　　Michael B. Joseph (No. 392)
　　　　　　　　　　　　　　　　　　　　　　　　Theodore J. Tacconelli (No. 2678)
　　　　　　　　　　　　　　　　　　　　　　　　Lisa L. Coggins (No. 4234)
　　　　　　　　　　　　　　　　　　　　　　　　824 Market Street, Suite 904
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1351
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE. 19899
　　　　　　　　　　　　　　　　　　　　　　　　(302) 575-1555

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel to the Official Committee of Asbestos Property Damage Claimants*