IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO EIGHTY-EIGHTH MONTHLY APPLICATION OF BUCHANAN INGERSOLL & ROONEY, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009 [RE: DOCKET NO. 21147]**

On March 30, 2009, Buchanan Ingersoll & Rooney, ("Buchanan Ingersoll"), co-counsel to the Official Committee of Equity Holders, filed its Eighty-Eighth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 21147] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on April 20, 2009. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Buchanan Ingersoll $15,376.00 which represents eighty percent (80%) of the total fees ($19,220.00), and 15.20, which represents 100% of the

expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

          **BUCHANAN INGERSOLL & ROONEY PC**

By:   /s/ Teresa K.D. Currier
    Teresa K. D. Currier (No. 3080)
    The Brandywine Building
    1000 West St., Suite 1410
    Wilmington, DE 19801

      -and-

    KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
    Philip Bentley, Esq.
    Douglas H. Mannal, Esq.
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100

    Co-Counsel to the Official Committee
    of Equity Holders

Dated: April 23, 2009