IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| W.R. GRACE & CO., et al., | * | Case No. 01-1139 (JKF) |
| Debtor. | * | Jointly Administered |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Michael S. Giannotto, Esquire of Goodwin Procter LLP, to represent Continental Casualty Company in this action.

Dated: April 22, 2009

ROSENTHAL, MONHAIT & GODDESS, P.A.

By /s/
Edward B. Rosenthal (Bar No. 3131)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
Email: erosenthal@rmgglaw.com

*Attorneys for Continental Casualty Company*

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, District of Columbia and to the following federal courts: the Supreme Court of the United States; the United States Court of Appeals for the District of Columbia Circuit; the United States District Court for the District of Columbia; the United States District Court for the District of New Jersey; the United States District Court for the District of Maryland; and the United States Court of Federal Claims, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Michael S. Giannotto, Esquire
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4124
Facsimile: (202) 346-4444

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April____, 2009

United States Bankruptcy Judge

2