# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Related Docket No. 21313 |

## AMENDED NOTICE OF DEPOSITION OF DAVID T. AUSTERN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, OneBeacon America Insurance Company ("OneBeacon"), Seaton Insurance Company ("Seaton"), Government Employees Insurance Company ("GEICO"), and Columbia Insurance Company f/k/a Republic Insurance Company ("Columbia"), through their undersigned counsel, will take the deposition of **David T. Austern, Esq., Asbestos PI Future Claimants' Representative**, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, DC 20005-1706. The deposition will commence on **May 15, 2009**, beginning at **10:00 a.m.**, at Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, DC 20005-1706, and will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. You are hereby invited to attend and examine the witness.

Dated: April 23, 2009

/s/ David P. Primack
Warren T. Pratt (DE Bar I.D. #4334)
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

- and -

- 2 -

        Michael F. Brown (*pro hac vice*)
        Jeffrey M. Boerger *(pro hac vice)*
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA 19103-6996
        Telephone: (215) 988-2700
        Facsimile: (215) 988-2757

        Counsel for OneBeacon America Insurance
        Company, Seaton Insurance Company,
        Government Employees Insurance
        Company, and Columbia Insurance
        Company f/k/a Republic Insurance
        Company