IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 19987, Status Report re |
| Debtors. | ) | Class Proofs of Claim (#9911 and #9914) |
| | ) | filed on behalf of Anderson Memorial Hospital; |
| | ) | Docket No. 20111, Debtors' Status Report re |
| | ) | Anderson Memorial Hospital's Class Proofs of |
| | ) | Claim (#9911 and #9914) |

## NOTICE OF APPEAL

Anderson Memorial Hospital, on behalf of itself and others similarly situated, hereby appeals under 28 U.S.C. §158(a) from the Memorandum Order dated April 13, 2009 of the Bankruptcy Judge, which "reduced to zero" Anderson Memorial Hospital's proofs of claim #9911 ("worldwide class proof of claim") and #9914 ("statewide class proof of claim") (D.I. 21257). The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANTS:**

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed. ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

**DEBTORS/APPELLEES**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100

Janet S. Baer, Esquire
LAW OFFICES OF JANET S. BAER, P.C.
70 West Madison, Suite 2100
Chicago, IL 60602-4253

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone:    (412) 288-3131

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone:    (212) 446-4800

Lisa Esayian, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000

David B. Siegel
W.R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

**OTHER PARTIES**

*Official Committee of Equity Security Holders*
Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

*Official Committee of Asbestos Personal Injury Claimants*
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*Official Committee of Unsecured Creditors*
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

*United States Trustee*
David M. Klauder, III, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

*Official Committee of Unsecured Creditors*
Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

*Official Committee of Asbestos Personal Injury Claimants*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

*Official Committee of Asbestos Personal Injury Claimants*
Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

***Official Committee of Equity Security Holders***
Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

***Counsel for David T. Austern,***
***Asbestos PI Future Claimants' Representative***
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005-1706

***Co-Counsel for David T. Austern,***
***Asbestos PI Future Claimants' Representative***
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

***Official Committee of Asbestos Property Damage Claimants***
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami FL 33131

***Official Committee of Asbestos Property Damage Claimants***
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

***Legal Representative for Future Asbestos-Related Property Damage***
***Claimants and Holders of Demands***
Alexander M. Sanders, Jr.
96 Broad Street, Suite 107
Charleston, SC 29401

*Counsel to Hon. Alexander M. Sanders, Jr.,*
*Legal Representative for Future Asbestos-Related Property Damage*
*Claimants and Holders of Demands*
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202

DATED: April 23, 2009

                                            Christopher D. Loizides (No. 3968)
                                            LOIZIDES, P.A.
                                            1225 King Street, Suite 800
                                            Wilmington, DE 19801
                                            Telephone:   (302) 654-0248
                                            Facsimile:    (302) 654-0728
                                            E-mail:       loizides@loizides.com

                                            Daniel A. Speights (SC Fed. ID No. 4252)
                                            C. Alan Runyan (SC Fed ID No. 3683)
                                            SPEIGHTS & RUNYAN
                                            200 Jackson Avenue East
                                            Post Office Box 685
                                            Hampton, SC 29924
                                            Telephone:    (803) 943-4444
                                            Facsimile: (803) 943-4599

                                                       -and-

                                            John W. Kozyak (FL Bar No. 200395)
                                            David L. Rosendorf (FL Bar No. 996823)
                                            KOZYAK TROPIN & THROCKMORTON
                                            2525 Ponce de Leon, 9th Floor
                                            Coral Gables, FL 33134
                                            Telephone: (305) 372-1800
                                            Facsimile: (305) 372-3508

                                            *Counsel for Anderson Memorial Hospital*