IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al*., | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**TO THE CLERK OF THE BANKRUPTCY COURT AND INTERESTED PARTIES:**

Kindly enter the appearance of Barry M. Klayman of Cozen O'Connor as counsel for Federal Insurance Company a party in interest in the above captioned matter. Pursuant to 11 U.S.C. § 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") Cozen O'Connor hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone numbers, email addresses and facsimile numbers indicated below:

> Barry M. Klayman, Esquire
> Cozen O'Connor
> 1201 N. Market Street
> Suite 1400
> Wilmington, DE  19801
> Phone:  (302) 295-2035
> Fax:     (302) 295-2013
> bklayman@cozen.com

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any hearing agenda letter, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: April 23, 2009
      Wilmington, DE

                        COZEN O'CONNOR

                        /s/ Barry M. Klayman
                        Barry M. Klayman, Esq.
                        (DE No. 3676)
                        1201 N. Market Street
                        Suite 1400
                        Wilmington, DE 19801
                        Telephone: (302) 295-2035
                        Facsimile: (302) 295-2013

                        Counsel for Federal Insurance Company