IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| W.R. GRACE & CO., *et al*., | : |
| | : Case No. 01-1139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |

**CERTIFICATION OF SERVICE REGARDING**
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

I, Barry M. Klayman, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Appearance and Request for Service of Papers** was made on April 23, 2009 upon the following parties via regular, first class mail.

    James E. O'Neill, Esq.
    Pachulski Stang Ziehl & Jones LLP
    919 North Market Street
    17th Floor
    PO Box 8705
    Wilmington, DE 19899-8705
    **Counsel for the Debtor**

    Janet S. Baer, Esq.
    The Law Offices of Janet S. Baer PC
    70 W. Madison Street
    Suite 2100
    Chicago, IL 60602
    **Counsel for the Debtor**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  April 23, 2009
       Wilmington DE                    COZEN O'CONNOR

                                        /s/ Barry M. Klayman
                                        Barry M. Klayman, Esq.
                                        (DE No. 3676)
                                        1201 N. Market Street
                                        Suite 1400
                                        Wilmington, DE 19801
                                        Telephone:  (302) 295-2035
                                        Facsimile:  (302) 295-2013

                                        Counsel for Federal Insurance Company