# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF SERVICE REGARDING LONDON MARKET COMPANIES' FIRST SET OF REQUESTS FOR ADMISSIONS TO DEBTORS

I, John S. Spadaro, hereby certify that on this date I caused true and correct copies of London Market Companies' First Set of Requests for Admissions to Debtors to be served on all counsel of record by electronic filing.

In addition, the following individuals were served by FedEx:

Teresa D. Currier
Buchanin Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE 19801

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801

Michael R. Lastowski
Duane Morris, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801

2416

David Klauder
Office of the United States Trustee
Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801


Laura Davis Jones
James E. O'Neill
Timonthy Cairns
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street
16th Floor
Wilmington, DE 19801

John C. Phillips, Jr.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19801

      Further, the following individuals were served by First Class Mail:

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10153

David M. Bernick, P.C.
Janet S. Baer
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
jspadaro@johnsheehanspadaro.com

Counsel for Certain London Market
Insurance Companies

Dated: April 23, 2009

2416