## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## LONDON MARKET COMPANIES' NOTICE OF DEPOSITION OF DAVID T. AUSTERN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, London Market Insurance Companies, as identified on Exhibit "A" to their Notice of Appearance filed on January 5, 2009 (hereinafter "London Market Companies"), through their undersigned counsel, will take the deposition(s) upon oral examination of **David T. Austern, Esq., Asbestos PI Future Claimants' Representative**, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, DC 20005-1706. The deposition will take place on **May 15, 2009**, beginning at **10:00 a.m.**, at Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, DC 20005-1706, and will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. You are hereby invited to attend and examine the witness.

Dated: April 23, 2009

JOHN SHEEHAN SPADARO, LLC

/s/  John S. Spadaro
John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone:  (302) 235-7745
Facsimile:  (302) 235-2536
jspadaro@johnsheehanspadaro.com

Attorney for Certain London Market
Insurance Companies

Of Counsel:

Alexander J. Mueller
Thomas J. Quinn
MENDES & MOUNT LLP
750 Seventh Avenue
New York, New York 10019
212-261-8000
alexander.mueller@mendes.com
thomas.quinn@mendes.com