IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| W.R. Grace & Co., et al., | : Case No. 01-1139 (JKF) |
| Debtors. | : Jointly Administered |

**CERTIFICATE OF SERVICE**

I, John S. Spadaro, hereby certify that on this date I caused true and correct copies of the foregoing to be served on all counsel of record by electronic filing.

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
jspadaro@johnsheehanspadaro.com

Counsel for Certain London Market
Insurance Companies

Dated: April 23, 2009

2676