# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 05, 2009

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        11405

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/2009 | CR | draft Project Category Summary Data Spreadsheet 30th Interim | 1.50 | 187.50 |
| | CR | continue drafting Project Category Data Summary spreadsheet 30th interim | 2.00 | 250.00 |
| | CR | Update database with Pachulski 30th Interim 7-9.08, Casner 10.08, PwC 10.08 | 0.20 | 9.00 |
| 1/5/2009 | BSR | draft e-mail to Robert Chung of AKO re initial report (30th) | 0.10 | 26.00 |
| | BSR | draft initial report re Caplin & Drysdale for the 30th interim period | 1.00 | 260.00 |
| | CR | Update database with e-detail of monthly invoices for Buchanan 11.08 and Kramer 11.08, Reed Smith 11.08, Stroock 10.08, Ferry 11.08, Bilzin 11.08, Stroock 11.08, K&E 11.08, Duane Morris 11.08 | 0.70 | 31.50 |
| | CR | Update database with e-detail of monthly invoices for  K&E 11.08, Holme 4/1/08-6/30/08, Casner 10.08 and Baker 7.08,8.08,9.08,10.08, and Pachulski 10.08 | 0.60 | 27.00 |
| 1/6/2009 | CR | Update database with e-detail Deloitte Tax 6.08,7.08,8.08,9.08,10.08 monthly invoices | 0.30 | 13.50 |

W.R. Grace & Co.

Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/2009 | CR | Prepare and Serve 30th Interim Initial Report for Caplin | 0.40 | 18.00 |
| | CR | Update database with Buchanan 11.08 and Kramer 11.08, Towers 11.08, Orrick 11.08, Piper 11.08, Tre Angeli 11.08, Pachulski 10.08, Baker 7.08,8.08,9.08,10.08,11.08, Foley 11.08, Deloitte 6.08 Supplemental, 7.08, 8.08, 9.08, 10.08, Duane Morris 11.08, Baker 30th Interim app 7/1/08-9/30/08, Nelson 11.08, Stroock 11.08,K&E 11.08 and forward to J.Wehrmann, Ferry, 11.08, Bilzin, 11.08, Reed 11.08 monthly invoice | 1.20 | 54.00 |
| | DTW | review and revise Caplin and Beveridge initial reports and call to B. Ruhlander regarding same (.2). | 0.20 | 33.00 |
| | BSR | detailed review of Pachulski's Sept. 2008 monthly fee application and 30th interim fee application | 0.30 | 78.00 |
| | BSR | draft initial report re Beveridge & Diamond for the 30th interim period | 0.50 | 130.00 |
| 1/7/2009 | BSR | draft final report re Anderson Kill & Olick  for the 30th interim period (including research of past non-working travel time entries) | 2.50 | 650.00 |
| | BSR | research docket regarding pertinent pleadings and case status | 0.30 | 78.00 |
| | BSR | draft initial report re Bilzin Sumberg for the 30th interim period | 0.50 | 130.00 |
| | BSR | draft e-mails to various applicants concerning initial reports (30th) | 0.30 | 78.00 |
| | WHS | receive and review agenda | 0.20 | 59.00 |
| | BSR | receive and review response of Anderson Kill & Olick to initial report (30th) | 0.10 | 26.00 |
| | CR | Update database with e-detail of AKO 30th Interim Initial Report response | 0.10 | 4.50 |
| | CR | Update database with Ogilvy 11.08 monthly invoice | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                    Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/7/2009 | CR | Prepare and serve 30th interim Initial Report for Beveridge and Bilzin | 0.40 | 18.00 |
| 1/8/2009 | CR | draft e-mail to WHSmith re: AKO 30th interim Final Report | 0.10 | 4.50 |
|  | LMH | telephone conference with B. Ruhlander re: billing category spreadsheet. | 0.10 | 15.00 |
|  | LMH | draft e-mail to B. Ruhlander re: interim period category spreadsheet. | 0.10 | 15.00 |
|  | BSR | research docket regarding David Austern's quarterly fee application; draft email to Debbie Fullem re same | 0.20 | 52.00 |
|  | BSR | draft final report re Anderson Kill & Olick for the 30th interim period | 1.00 | 260.00 |
|  | DTW | telephone call with B. Ruhlander regarding AKO (.1). | 0.10 | 16.50 |
|  | WHS | receive and review amended agenda | 0.10 | 29.50 |
| 1/9/2009 | BSR | detailed review of Reed Smith's August 2008 monthly fee application | 0.30 | 78.00 |
|  | BSR | detailed review of Reed Smith's July 2008 monthly fee application | 0.50 | 130.00 |
|  | WHS | detailed review of, and revisions to, FR Anderson 30Q | 0.30 | 88.50 |
|  | BSR | draft e-mails to various applicants re initial reports for the 30th interim period | 0.20 | 52.00 |
|  | BSR | draft initial report re Reed Smith for the 30th interim period | 0.40 | 104.00 |
|  | BSR | detailed review of Reed Smith's 30th interim fee application and Sept. 2008 monthly fee application | 0.40 | 104.00 |
|  | CR | Electronic filing with court of AKO 30th Interim Final Report | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                              Page      4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/9/2009 | BSR | research regarding David Austern quarterly; respond to email from Debbie Fullem re same | 0.10 | 26.00 |
| | CR | continue drafting Project Category Summary Data Spreadsheet for 30th interim | 0.50 | 62.50 |
| | CR | Update database with Blackstone monthly invoices for 7.08,8.08,9.08, | 0.30 | 13.50 |
| 1/10/2009 | BSR | detailed review of Stroock's 30th interim fee application and monthly fee applications for the period | 1.80 | 468.00 |
| | BSR | draft initial report re Stroock & Stroock & Lavan for the 30th interim period | 0.40 | 104.00 |
| | BSR | detailed review of Foley Hoag's 30th interim fee application and August and Sept. 2008 monthly fee applications | 0.30 | 78.00 |
| 1/11/2009 | BSR | detailed review of Holme Roberts & Owens 29th interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Official Asbestos Claimants Committee expense application for the 30th interim period | 0.20 | 52.00 |
| | BSR | draft initial report re Official Committee of Asbestos Claimants expense application for the 30th interim period | 0.30 | 78.00 |
| | BSR | detailed review of Buchanan's 30th interim fee application and July 2008 monthly fee application | 0.30 | 78.00 |
| 1/12/2009 | CR | Prepare and serve 30th Interim Initial Reports to Committee of Asbestos Claims, Stroock and Reed | 0.70 | 31.50 |
| | DTW | review and revise 10th interim initial reports for Asbestos Committee, Stroock and Reed (.2). | 0.20 | 33.00 |
| | CR | Update database with e-detail Alan Rich interim application including 12.08,11.08,10.08 (their 1st for 30th interim) and monthly invoices for Blackstone 7.08,8.08,9.08, Phillips 11.08 and Caplin's response to 30th interim Initial Report | 0.40 | 18.00 |
| 1/13/2009 | CR | Update database with Blackstone 10.08 | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                   Page      5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/14/2009 | DL | e-filing monthly application 11.08 | 0.10 | 12.50 |
|  | BSR | telephone conference with Arlene Pelton of Anderson Kill & Olick re our final report (30th) | 0.10 | 26.00 |
|  | DL | draft monthly application 11.08 | 0.20 | 25.00 |
|  | CR | draft project summary data worksheet for 30th interim | 0.50 | 62.50 |
|  | CR | Update database with Blackstone 30th Interim app 7/1/08-9/30/08,11.08 monthly invoices for Charter Oak, Caplin, Campbell, LAS, and AKO | 0.40 | 18.00 |
| 1/15/2009 | DL | draft monthly application 12.08 | 0.20 | 25.00 |
|  | DL | e-filing of monthly application 12.08 | 0.10 | 12.50 |
|  | CR | Update Project Category Summary Database for 30th interim | 0.30 | 37.50 |
| 1/16/2009 | CR | continue drafting project category summary data spreadsheet for 30th interim | 0.50 | 62.50 |
|  | CR | Update database with 30th Interim app for Nelson 7/1/08-9/30/08 | 0.20 | 9.00 |
|  | BSR | receive and review hearing agenda from Pachulski; draft email to Warren Smith re same | 0.10 | 26.00 |
|  | CR | Update database with monthly invoices for Woodcock 11.08, Holme 7.08, Pitney 11.08, Casner 11.08 and 30th interim app for Austern 7/1/08-9/30/08 | 0.40 | 18.00 |
|  | CR | Update database with e-detail of monthly invoices for PwC 11.08 and Holme 7.08, Casner 11.08 and 30th interim app for D. Austern 7/1/08-9/30/08 | 0.40 | 18.00 |
|  | WHS | receive and review agenda | 0.10 | 29.50 |

W.R. Grace & Co.

Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/19/2009 | CR | Update database with e-detail of monthly invoice for Holme 8.08 | 0.20 | 9.00 |
| | CR | Update database with monthly invoices for Casner 11.08 and BMC 8.08 | 0.20 | 9.00 |
| 1/20/2009 | CR | update database with E-Detail of Motley Rice's response to 30th Interim Initial Report | 0.20 | 9.00 |
| 1/21/2009 | WHS | receive and review amended agenda | 0.10 | 29.50 |
| | JAW | detailed review of Kirkland & Ellis November 2008 monthly invoice (7.0) | 7.00 | 1,050.00 |
| | DTW | Review and revise 30th interim report for Buchanan (.1). | 0.10 | 16.50 |
| | BSR | draft initial report re Buchanan Ingersoll & Rooney for the 30th interim period | 0.30 | 78.00 |
| 1/22/2009 | JAW | continue detailed review of Kirkland & Ellis November 2008 monthly invoice (3.2) | 3.20 | 480.00 |
| | CR | Update database with e-detail of monthly invoice for Holme 9.08 and Protiviti 31st interim app 10/1/08-12/31/08 and PwC 11.08 monthly invoice | 0.50 | 22.50 |
| | CR | Update database with Holme 8.08 and 9.08 monthly invoices | 0.20 | 9.00 |
| | CR | Prepare and serve 30th interim Initial Report for Buchanan | 0.40 | 18.00 |
| 1/23/2009 | BSR | telephone conference with Arlene Pelton re information concerning non-working travel time (30th) | 0.10 | 26.00 |
| | CR | Update database with e-detail of Woodcock 11.08 monthly invoice | 0.20 | 9.00 |
| 1/26/2009 | BSR | detailed review of Capstone's July, August and Sept. 2008 monthlies and 30th interim fee application | 0.50 | 130.00 |
| | BSR | draft initial report re Capstone for the 30th interim period | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                        Page      7

|            |     |                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 1/26/2009  | BSR | detailed review of Casner & Edwards August and Sept. 2008 monthlies and 30th interim fee application         | 0.40  | 104.00 |
|            | BSR | draft initial report re Casner & Edwards for the 30th interim period                                         | 0.50  | 130.00 |
|            | CR  | Update database with e-detail of Stroock's response to 30th Interim Initial Report                           | 0.20  | 9.00   |
|            | JAW | detailed review of Kirkland & Ellis November 2008 monthly invoice (8.3)                                      | 8.30  | 1,245.00 |
|            | CR  | Update database with e-detail of Asbestos Claim Committee's response to Initial Report                       | 0.20  | 9.00   |
|            | WHS | receive and review response of Motley Rice                                                                   | 0.10  | 29.50  |
|            | WHS | receive and review response of Strook                                                                        | 0.10  | 29.50  |
| 1/27/2009  | CR  | Update database with Woodcock 11.08, Pachulski 11.08, Foley 12.08, K&E 12.08 and Ogilvy 12.08 monthly invoices and Protiviti 31st interim app 10/1/08-12/31/08 | 0.40  | 18.00  |
|            | CR  | Prepare and serve 30th interim Initial Reports to Casner with exhibits and Capstone                          | 0.60  | 27.00  |
|            | DTW | Review and revise 30th initial report for Casner and Capstone (.1).                                          | 0.10  | 16.50  |
| 1/28/2009  | BSR | receive and review responses of various applicants to initial reports (30th)                                 | 0.50  | 130.00 |
|            | BSR | detailed review of Hamilton's 30th interim fee application and monthly invoices                              | 0.10  | 26.00  |
|            | BSR | research server and docket for missing fee applications                                                      | 2.80  | 728.00 |
|            | BSR | telephone conference with Jeff Allgood re preparation of project category spreadsheet                        | 0.10  | 26.00  |

W.R. Grace & Co.                                                                                            Page    8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/28/2009 | JAW | detailed review of Kirkland & Ellis November 2008 monthly invoice (8.6) | 8.60 | 1,290.00 |
| | JBA | telephone conference with B. Ruhlander re: Interim Project Category Spreadsheet | 0.10 | 4.50 |
| 1/29/2009 | LMH | telephone conference with B. Ruhlander re: file reviews for thirtieth interim period. | 0.10 | 15.00 |
| | CR | draft e-mail to J. Wehrmann re: K&E 11.08 | 0.10 | 4.50 |
| | CR | Update database with e-detail of monthly invoices for K&E 12.08, Bilzin 12.08, Ferry 12.08 | 0.30 | 13.50 |
| | CR | Update database with summaries of Kirkland with ex a,b,c for 10.08 | 0.20 | 9.00 |
| | CR | Update database with e-detail of monthly invoices for Austern 11.08 and 12.08, Piper 12.08, Tre Angeli 12.08, Tillinghouse 12.08, Orrick 12.08, Kramer 12.08 and Buchanan 12.08 | 0.60 | 27.00 |
| | CR | draft e-mail to B. Ruhlander copies of pdf Initial Reports for Buchanan, Capstone and Casner | 0.20 | 9.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: summary for Kirkland & Ellis' August 2008 application. | 0.10 | 15.00 |
| | BSR | telephone conference with Lisa Hamm re applicants to be reviewed for the 30th interim period | 0.10 | 26.00 |
| | BSR | conference (additional) with Lisa Hamm re review of certain applications in Grace (30th) | 0.10 | 26.00 |
| 1/30/2009 | LMH | detailed review of Ferry Joseph's August 2008 application. | 0.20 | 30.00 |
| | LMH | detailed review of Legal Analysis' quarterly application for the thirtieth interim period. | 0.10 | 15.00 |
| | CR | Update database with e-detail of Bilzin's response to 30th interim ir | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                    Page        9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/30/2009 | CR | Update database with e-detail of BMC 8.08 and AKO Supplemental response to 30th interim Initial Report | 0.10 | 4.50 |
|  | CR | Update database with Bilzin response to 30th interim Initial Report, Foley's 12.08 monthly invoice and PwC response to 30th interim Initial Report | 0.40 | 18.00 |
|  | LMH | detailed review of Ferry Joseph's September 2008 application. | 0.30 | 45.00 |
|  | LMH | detailed review of Ferry Joseph's quarterly application for the thirtieth interim period. | 0.30 | 45.00 |
|  | LMH | detailed review of Day Pitney's July 2008 application. | 0.10 | 15.00 |
|  | LMH | detailed review of Day Pitney's August 2008 application. | 0.20 | 30.00 |
|  | LMH | detailed review of Day Pitney's September 2008 application. | 0.10 | 15.00 |
|  | LMH | detailed review of Day Pitney's quarterly application for the thirtieth interim period. | 0.10 | 15.00 |
|  | LMH | detailed review of Baker Donelson's quarterly application for the thirtieth interim period. | 0.10 | 15.00 |
|  | LMH | detailed review of Duane Morris' July 2008 application. | 0.20 | 30.00 |
|  | LMH | detailed review of Duane Morris' August 2008 application. | 0.10 | 15.00 |
|  | LMH | detailed review of Duane Morris' September 2008 application. | 0.30 | 45.00 |

**For professional services rendered**                                        **68.20 $10,853.00**

W.R. Grace & Co.                                                                                          Page      10

    Additional Charges :

|  | **Price** | **Amount** |
|---|---|---|
| Pacer Charges January 09 | 63.52 | 63.52 |
| **Total costs** | | **$63.52** |
| **Total amount of this bill** | | **$10,916.52** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 18.00 | 260.00 | $4,680.00 |
| Cherie Rogers | 5.30 | 125.00 | $662.50 |
| Cherie Rogers | 12.90 | 45.00 | $580.50 |
| Debbie Lucas | 0.60 | 125.00 | $75.00 |
| Doreen Williams | 0.70 | 165.00 | $115.50 |
| James A. Wehrmann | 27.10 | 150.00 | $4,065.00 |
| Jeff B. Allgood | 0.10 | 45.00 | $4.50 |
| Lisa M Hamm | 2.50 | 150.00 | $375.00 |
| Warren H Smith | 1.00 | 295.00 | $295.00 |