IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| W.R. GRACE AND CO. | § § § | CASE NO. 01-1139 (JKF) |
| DEBTORS. | § § | |

Ninth Amended and Restated
**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Chris Portner, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Reaud, Morgan & Quinn ("RMQ") with offices at 801 Laurel, Beaumont, Texas 77701.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by RMQ with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. A blank but unredacted exemplar of RMQ's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by RMQ one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos

-1-

Creditor represented by RMQ and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: <u>April 22, 2009</u>.

                                              Respectfully submitted,

                                              REAUD, MORGAN & QUINN, L.L.P.
                                              P.O. Box 26005
                                              801 Laurel Street
                                              Beaumont, Texas 77720-6005
                                              (409) 838-1000
                                              (409) 833-8236 (FAX)

                                              By: _____
                                                  Chris Portner
                                                 Texas Bar No. 24007858

                                              Attorneys for Plaintiff

State of Texas                §
                                 §
County of Jefferson     §

On this the <u>22nd</u> day of <u>April, 2009</u>, before me, the undersigned officer, personally appeared Chris Portner, known to me to be the person whose name is subscribed to the within instrument and acknowledge that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                                              _____
                                              Notary Public

(SEAL)

                                              _____
                                              Notary's name printed

                                              Commission expires: _____