IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Docket No. 21377 |

-------------------------------------------------------x

## JOINDER OF CONTINENTAL CASUALTY COMPANY TO AMENDED NOTICE OF DEPOSITION OF DAVID T. AUSTERN

Continental Casualty Company ("CCC") hereby joins the Amended Notice of Deposition of David T. Austern filed by OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company (Docket No. 21377).

*Remainder of page left intentionally blank*

Dated: April 24, 2009

                        Respectfully Submitted,

                        ROSENTHAL, MONHAIT, & GODDESS, P.A.

                        */s/ Edward B. Rosenthal*
                        Edward B. Rosenthal (Del. Bar No. 3131)
                        919 Market Street, Suite 1401
                        Wilmington, Delaware 19899-1070
                        (302) 656-4433

                              -and-

                        GOODWIN PROCTER LLP
                        Daniel M. Glosband (pro hac vice)
                        Brian H. Mukherjee (pro hac vice)
                        Exchange Place
                        Boston, MA 02109
                        (617) 570-1930

                              -and-

                        FORD MARRIN ESPOSITO WITMEYER
                          & GLESER, L.L.P.
                        Elizabeth DeCristofaro (pro hac vice)
                        Wall Street Plaza, 23rd Floor
                        New York, New York 10005-1875
                        (212) 269-4900

                        *Counsel for Continental Casualty Company*