IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| | * | Related Docket No. 21376 |

------------------------------------------------------x

### JOINDER OF CONTINENTAL CASUALTY COMPANY TO AMENDED NOTICE OF DEPOSITION OF ASBESTOS PI COMMITTEE PURSUANT TO RULE 30(B)(6)

Continental Casualty Company ("CCC") hereby joins the Amended Notice of Deposition of the Official Committee of Asbestos Personal Injury Claimants, c/o Peter Van N. Lockwood, Esq., Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, DC 20005, filed by OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company (Docket No. 21376).

*Remainder of page left intentionally blank*

LIBA/1991500.1

Dated: April 24, 2009

          Respectfully Submitted,

          ROSENTHAL, MONHAIT, & GODDESS, P.A.

          */s/ Edward B. Rosenthal*
          Edward B. Rosenthal (Del. Bar No. 3131)
          919 Market Street, Suite 1401
          Wilmington, Delaware 19899-1070
          (302) 656-4433

          -and-

          GOODWIN PROCTER LLP
          Daniel M. Glosband (pro hac vice)
          Brian H. Mukherjee (pro hac vice)
          Exchange Place
          Boston, MA 02109
          (617) 570-1930

          -and-

          FORD MARRIN ESPOSITO WITMEYER
           & GLESER, L.L.P.
          Elizabeth DeCristofaro (pro hac vice)
          Wall Street Plaza, 23rd Floor
          New York, New York 10005-1875
          (212) 269-4900

          *Counsel for Continental Casualty Company*