## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

RE: 20991 ~ 21292

## ORDER

And now on this 29th day of April, 2009, it is hereby **ORDERED** that Certain Insurers'

Motion to Extend Time to File the Expert Witness Report of Professor George L. Priest is

**GRANTED** and the expert report of Professor Priest is hereby **DEEMED** to have been timely

filed.


BY THE COURT:

*Judith K. Fitzgerald*
_____
Fitzgerald J.    SAJ