IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*             Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                   Chapter 11

                                   **Related to Doc. No. 20538, Motion of Kaneb Pipe Line Operating Partnership, L.P., and Support Terminal Services, Inc., for Order Modifying the Automatic Stay.**

**ORDER SCHEDULING MOTION FOR SUPPLEMENTAL ARGUMENT**

    **AND NOW**, this **27th** day of **April, 2009**, it is **ORDERED** that the Court will hear supplemental argument with respect to the above-captioned motion on **June 1, 20009**, at **10:30 a.m.**, in the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware.

    It is **FURTHER ORDERED** that counsel for Debtors will add this matter to the June 1, 2009, Hearing Agenda.

    It is **FURTHER ORDERED** that counsel for movant shall send a copy of this Order to all parties in interest and shall file a certificate of service forthwith.

                                                     *Judith K. Fitzgerald*
                                                     Judith K. Fitzgerald    **rmab**
                                                     United States Bankruptcy Judge