# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
W.R. GRACE & CO.  
W.R. Grace & Co., et al.

**Case No.:** 01–01139–JKF

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Anderson Memorial Hospital filed a Notice of Appeal on 4/23/09 regarding the Memorandum Order dated 4/13/09

The Notice of Appeal may be viewed at docket number 21379. The order on appeal may be viewed at docket number 21257.

David D. Bird  
CLERK OF COURT

Date: 4/28/09  
(VAN–440)