# Notice Recipients

District/Off: 0311−1        User: Betsy        Date Created: 4/28/2009
Case: 01−01139−JKF        Form ID: van440        Total: 230

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| 2134566 | A.J. Seiler Inc. | James B. Seiler | 7350 Sheed Rd | USPS indicates invalid address |
| 2396553 | A.W. CHESTERTON COMPANY | 225 FALLON RD | USPS indicates invalid address | |
| 2134565 | AEC Inc | Pete Ianbellis | Dept N 59904 | Milwaukee, WI 53259−0904 |
| 1993505 | Abacus Corp.(Amount $12,808.41) | PO Box 64743 | Baltimore, MD 21264 | |
| 1993507 | Abacus Corp.(Amount $6,499.41) | PO Box 64743 | Baltimore, MD 21264 | |
| 2392115 | Alarm Control Co | Rann Oneida | 2166 South 900 East | Salt Lake City, UT 84106 |
| 2398510 | Alchemy−South LTD | 1345 Owenby Drive | Marietta, GA 30066 | |
| 2348965 | American Gas &Chemical Co Ltd | James Zanosky | 220 Pegasus Ave | Northvale, NJ 07647 |
| 2448817 | Andritz Inc | Claim No. 1372 | 35 Sherman St | Muncy, PA 17756 |
| 2396902 | Arbill Industries | Les Antelffy | PO Box 820542 | Philadelphia, PA 19182 |
| 1993506 | Argo Partners | 12 West 37th Street, 9th Floor | New York, NY 10018 | |
| 2348966 | Ascendix Technologies Inc. c/o Barbara Kennedy | Wesley Snow/ Barbara Kennedy | Shannon Grace Ratliff &Miller LLP | 500 N Akard− Suite 2500    Dallas, TX 75201 |
| 2400623 | BRENNTAG NORTHEAST, INC | PO BOX 13788 | READING, PA 19612 | |
| 2397417 | Benham Corp | PO Box 9286 | 207 Eiler Ave | Louisville, KY 40214 |
| 2402869 | Berger Singerman PA | Jessica Hollander | 350 E Las Olas Blvd, Suite 1000 | Fort Lauderdale, FL 33301 |
| 2365135 | Berry &Berry | Phillip S Barry | 24 Professional Center Parkway | Suite 150    Glen Allen, VA 23060 |
| 2434329 | Betts Spring Company Inc. | Marcus Shincey | PO Box 2237 | USPS indicates invalid address |
| 4139425 | Blue Heron Micro Opportunities Fund, LLP | P.O. Box 14610 | Surfside Beach, SC 29587 | |
| 2263560 | Bradley Supply Company | PO Box 29096 | Chicago, IL 60629 | |
| 2251013 | Building Laborers Local Union 310 | 3250 Euclid Ave, Room 100 | Cleveland, OH 44115 | |
| 4139424 | Cal−Region Supply Inc | 475 E 151st St | East Chicago, IN 46312 | |
| 2130476 | Calcasieu Rentals, Inc. | 233 Hwy 397 | Lake Charles, LA 70615 | |
| 2130503 | Calcasieu Rentals, Inc. | 233 Hwy 397 | Lake Charles, LA 70615 | |
| 2434330 | Cardwell Conner PC | Ronald Cardwell | 219 A E Washington St | Greenville, SC 29601 |
| 2391770 | Celanese Ltd fka Hoechst Celanese | (Cl #1547, Amt. $25,748.82) | 1601 W. LBJ Freeway | Dallas, TX 75234−6034 |
| 2399158 | Cetrulo &Capone, LLP | A Scott Marra | 2 Seaport Lane, 10th Fl | Boston, MA 02210 |
| 2397418 | Chemglass Inc | 3800 N Mill Road | Vineland, NJ 08360 | |
| 2346581 | Chemstretch(Amt. #8,902.88) | 340 Bynum Road | Forest Hill, MD 21050 | |
| 2588832 | Cincinnati Belting &Transmission Co. | Dan Corbett | Po Box 14639 | Cincinnati, OH 45250 |
| 2365136 | Cochrane Compressor Company | Thomas Mays | PO Box 1458 | Melrose Park,, IL 60161 |
| 2399502 | Coffee Break Services Inc | 1940 Losantiville Road | Cincinnati, OH 45237 | |
| 2445899 | Colemans Pumping Service | James Coleman | 190 Sturkie Rd | Wagener, SC 29164 |
| 2402791 | Commercial Metals Co. | PO BOX 6187 | Chattanooga, TN 37401−6187 | |
| 2400675 | Continental Causualty Co. | John Tsokolas | 333 South Walbash Ave 23rd flr | Chicago IL 60604 |
| 2211413 | Contrarian Funds, LLC | 411 West Putnam Ave., Ste. 225 | Greenwich, CT 06830 | |
| 2434331 | Control Plus Inc. | Robert Adams | 257 NW Ave, Ste 100 | Elmhurst, IL 60126 |
| 2262283 | Coots Henke &Wheeler | Jeff Zipes | 255 East Carmel Drive | Carmel, IN 46032 |
| 2262659 | Costa Toxicologist | Max Costa | 208 1st St 3 | Hoboken, NJ 07030 |
| 2448813 | Cowles &Thompson PC | Claim No. 67 | 901 Main St | Ste 4000    Dallas, TX 75202 |
| 2262661 | Crane &Co Inc | Karen Steeter | 30 South St | Dalton, MA 01226 |
| 1829889 | Crenshaw Corporation | Rob Ash | 1700 Commerce Road | PO Box 24217    Richmond, VA 23224 |
| 2398511 | Crown Services | 15 Technology Way | Nashua, NH 03060 | |
| 2396615 | DAP Products, Inc. | 2400 Boston Street, #200 | Baltimore, MD 21224 | |
| 2331893 | Daramic Inc.(Cl. #2040, Amt. $126,261.23) | 4838 Jenkins Avenue | North Charleston, SC 29405 | |
| 2393849 | Dauphin &Rodgers | Bruce Rodgers | 119 N Robinson, Ste 650 | Oklahoma City, OK 73102 |
| 2374923 | Dawn Scientific | Stephanie Walker | 164 Emmet St | Newark, NJ 07114 |
| 2397424 | Debt Acquisition Company of America V, LLC | 1565 Hotel Circle South | Suite 310 | San Diego, CA 92108 |
| 2399535 | Dechart Price &Rhoads | Micheal Van Kralingen | 1717 Arch Street | {hiladelphia, PA 19103−2793 |
| 2130477 | Deforest Enterprises, Inc. | 6421 Congress Avenue | Boca Raton, FL 33487 | |
| 2369811 | Del Taco LLC(Amt. $3,750.00.00) | 300 S. Grand Avenue, Ste. 2200 | Los Angeles, CA 90071 | |
| 2371781 | Del Taco LLC(Cl #13964, Amt. $3,750,000.00) | 300 S Grand Avenue, Ste. 2200 | Los Angeles, CA 90071 | |
| 2371780 | Del Taco LLC(Cl #14648, Amt. $3,750,000.00) | 300 S Grand Avenue, Ste. 2200 | Los Angeles, CA 90071 | |
| 2390224 | Delta Plastics | President | 6844 La Cumbre | Orange, CA 92869 |
| 2264145 | Delta Plumbing Inc. | Timothy Todd Irvin | PO Box 975 | Jonesboro, GA 30237 |
| 2402870 | Desselle−Maggard Corp | Kevin Tarleton | PO Box 86630 | Baton Rouge, LA 70879 |
| 2131958 | Dickinson Wright PLLC | Kristi Katsma | 500 Woodward Ave #4000 | Detroit, MI 48226 |
| 2264146 | Dictronics Inc | James Brown Jr | 110 Gould St | PO Box 920403    Needham, MA 02494 |
| 2264147 | Division Of NCH Corporation | Susan Richey | 2727 Chemsearch Blvd. | Irving, TX 75062 |
| 2393850 | Dorn Sprinkler Co. | David Dorn | 4120 Dumont Street | Cincinnati, OH 45226 |
| 2402792 | E J Gaisser Inc. | 49 Liberty Place | Stamford, CT 06902 | |

| | | | | |
|---|---|---|---|---|
| 2370355 | Electronic Label Tech.(Amt. $6727.70) | 708 W Kenosha | Broken Arrow, OK 74012 | |
| 2346758 | Ellis Painter Ratterree &Bart | David Adams | PO Box 9946 | Savannah, GA 31412 |
| 2133148 | Ergon Refining, Inc. | 2829 Lakeland Drive – 3rd Floor | Jackson, MS 39232 | |
| 4142973 | Evans Industries, Inc. | PO Box 972121 | Dallas, TX 75397–2121 | |
| 2368388 | FPF Ent(Amount $9,651.72) | PO Box 31691 | USPS indicates invalid address | |
| 1829886 | Fair Harbor Capital, LLC | 875 Avenue of the Americas, Suite 2305 | New York, NY 10001 | |
| 2588831 | Fair Harbor Capital, LLC | Ansonia Finance Station | PO Box 237037 | New York, NY 10023 |
| 4142974 | Ferguson Enterprises Inc. | 4001 E. Monument St. | PO Box 4139 | Baltimore, MD 21205 |
| 2448275 | Fiberlock Technologies Inc | 150 Dascomb Rd | Andover, MA 01810 | |
| 4140605 | Flavorchem Corp Orchidai(Cl #1714, Amt. $5,200.00) | 1525 Brook Dr | Downers Grove, IL 60515 | |
| 2460795 | Frank Parsons Paper Co. Inc. | KP Wright | 2270 Beaver Road | Landover, MD 20785 |
| 2460796 | Franklen Equipment Inc. | 2324 E Washington Street, | PO Box 700 | New Lenox, IL 60451 |
| 2395804 | G.C.I Incorporated | Jeanie | PO BOX 83657 | Baton Rouge, LA 70884 |
| 2133638 | GC Zarnas &Co Inc | Stephen Zarnas | 850 Jennings St | Bethlehem, PA 18017 |
| 2264148 | GFS Chemicals Inc | Martha Kiner | PO Box 245 | Powell, OH 43065 |
| 2429866 | GIW Industries, Inc. | PO Box 930860 – 5000 Wrightsboro | Atlanta, GA 91193 Grovetown, GA 90 | |
| 2262662 | GLI International | Kent Robert | PO Box 389 | Loveland, CO 80539 |
| 2262767 | GW Mfg. Co., Inc.(Amt $17,930.88) | POB 28238 | USPS indicates invalid address | |
| 2352122 | General Steel Drum Corp.(Cl #15,523.00) | PO Box 651167 | Charlotte, NC 28265 | |
| 2432170 | General Surfactants(Cl. #2070, Amt. $7,128.00) | 30 Industry Ave. | Joliet, IL 60435 | |
| 2399125 | Goulston &Storrs(Amt. 4,389.09) | 400 Atlantic Avenue | Boston, MA 02210 | |
| 2399300 | Goulston &Storrs(Cl #6055, Amt. $5,189.76) | 400 Atlantic Avenue | Boston, MA 02210 | |
| 2399159 | Greenbaum Doll &McDonald PLL | Martin J Cunningham | Section 469 | USPS indicates invalid address |
| 2392116 | Gulf States Engineering | Leon Dressel | PO Box 96456 | USPS indicates invalid address |
| 2251015 | Hain Capital Holdings, LLC | 301 Route 17, 6th Floor | Rutherford, NJ 07070 | |
| 2402684 | Hain Capital Holdings, Ltd | 301 Route 17, 6th Floor | Rutherford, NJ 07070 | |
| 2397419 | Hammond Pest Control Inc | 664 State St | Hammond, IN 46320 | |
| 2129732 | Handex of New England Inc. – CLAIM #2438 | Irvin Heath | 30941 Suneagle Drive | Mount Dora, FL 32757 |
| 2396903 | Harborlite Corporation | Austine Bukhoff | 130 Castilian Dr | Santa Barbara, CA 93117 |
| 2397420 | Harley's Auto Parts Inc | 310 Hampton Ave NE | Aiken, SC 29801 | |
| 2392117 | Harris Turano &Mazza | Euth El Fair | 941 Chatham Lane Ste 201 | Columbus Grove, OH 43221 |
| 2367572 | Hayes Mechanical Inc. | Terry Angel | 2160 N Ashland Ave | Chicago, IL 60614 |
| 2445900 | Henshell &Buccellato Consulting Archite | AIA Paul Buccellato | 2 Harding Road, Ste 2 | Red Bank, NJ 07701 |
| 2390442 | Heritage Environmental Ser Inc | (Cl# 1717, Amt $20,118.63) | 7901 W. Morris Street | Indianapolis, IN 46231 |
| 2370610 | Heritage Environmental Ser. Inc.(Amt. $17181.88) | 7901W. Morris Street | Indianapolis, IN 46231 | |
| 2374924 | Heritage Environmental Services LLC | Melissa Head | 7901 W Morris St+ | Indianapolis, IN 46231 |
| 2207140 | Hinkle Roofing Products, Inc. | 639 First Court North | Birmingham, AL 35211 | |
| 2374925 | Hitt &Hiller | James Hiller | 510 SW Third Ave, Ste 309 | USPS indicates invalid address |
| 2264149 | Hoffman Custom Sieves Inc | Dale Hoffman | RR1 Box 45 | Turbotville, PA 17772 |
| 2399160 | Horiba Instruments Inc. | Thomas P Kalafut | 17671 Armstrong Ave | Irvine, CA 92614 |
| 2434332 | Hughes Associates Inc. | Philip J Dinenno | 3610 Commerce Drive 817 | Baltimore, MD 21227 |
| 2128421 | Hydrite Chemical Co.(Amount $9,331.25) | Box 689227 | Milwaukee, WI 53268 | |
| 2393851 | IESCO Inc | John Doody | 5235 B W 65th Street | Bedford Park, IL 60638 |
| 2262660 | IUPUI School of Dentistry Oral Health RE | Judith A Wilkinson | 415 Lansang St | Indianapolis, IN 46202 |
| 2398914 | IVES EQUIPMENT CORP. | 601 CROTON RD | KING OF PRUSSIA, PA 19406 | |
| 2357441 | Imes Engineering, Inc.(Amt. $5,855.26) | 37056 Cornerview Road | Geismar, LA 70734 | |
| 2398512 | Industrial Scales &Systems Inc | 4295 Cromwell Rd | Suite 615 | Chattanooga, TN 37421 |
| 2390225 | Industrial Tectonics Inc. | Pamela Wilcoxen | 7222 W Huron River | Dexter, MI 48130 |
| 2390226 | International Fiber Co | Annette Seitz | 50 Bridge Street | North Tonawanda, NY 14120 |
| 2349046 | Intertek Caleb Brett | (aka Its Caleb Brett) | Kevin Bakko | PO Box 460709 | USPS indicates invalid address |
| 2402871 | Intransco Inc | PO BOX 239 | Lynnfield, MA 01940 | |
| 2390227 | J &A Sales | Barbara Schlosser | 20 W267 101st Street, Unit D | Lemont, IL 60439 |
| 2125616 | JA Miara Transportation, Inc.(Amount $6,600.00) | 140 W. Street | Wilmington, MA 01887 | |
| 2352909 | Jeremy Green Photography(Amt. $6,198.88) | 2412 Bahama Road | Austin, TX 78733 | |
| 2125692 | Jerry Goldberg Ent., Inc.(Amt. $2,825.62) | R55 Washington Street | Norwell, MA 02061 | |
| 2366016 | KATTEN MUCHIN ZAVIS ROSEMAN | 575 MADISON AVENUE | NEW YORK, NY 10022 | |
| 2428923 | Karski Security Alarm Systems | 3212 Greentree Circle | New Castle, PA 16105 | |
| 2151352 | Keystone Electric Company | 2807 Annapolis Road | Baltimore, MD 21230 | |
| 2264150 | King Clexon &Feola LLC | Gary Clexon | 1670 York Street | Denver, CO 80206 |
| 2442573 | King Pallet, Inc.(Amt. $5,610.00) | 1800 NW 22nd Ct. | Pompano Beach, FL 33069 | |
| 2160793 | L.B. Mechanical Co., Inc. | PO Box 1213 | Abingdon, MD 21009 | |
| 2398513 | LA Tex Rubber &Specialties | PO Box 3050 | Lake Charles, LA 70602 | |
| 2802595 | Lab Safety Supply | 401 S Wright Rd | Janesville, WI 53546 | |
| 2429534 | LabVantage Solutions, Inc | C/O Matthew A Porter ESQ | Dechert LLP | 200 Clarendon St 27th Floor | Boston, MA 02116 |
| 2264188 | Lark Portable Bldgs Inc | Kenneth Young | 6461 Balding Blvd | Jackson, FL 32244 |
| 2463498 | Law Office of John C Mueller | 23480 Park Sorrento Ste 207A | Calabasas, CA 91302 | |
| 2399161 | Linatex Inc. | George Johnson | 1550 Airport Road | Gallatin, TN 37066 |
| 2348967 | Liquid Handling Systems, Inc | President | 1441 Village Way | Santa Ana, CA 92705 |
| 2448276 | Liquidity Solutions Inc | One University Plaza | Ste 312 | Hackensack, NJ 07601 |
| 4142977 | Longacre Master Fund, Ltd. | 810 Seventh Avenue, 33rd Floor | New York, NY 10019 | |

| | | | | |
|---|---|---|---|---|
| 2432786 | Los Angeles County Metropolitan | Transportation Authority | One Gateway Plaza | Los Angeles, CA 90012 |
| 2460797 | Louis M Zigman Law Corporation | Louis Zigman | 473 S Holt Ave | Los Angeles, CA 90048 |
| 2211351 | MCI WorldCom and Its Affliates | Attn: Brian Bejet, Esq. | 1133 19th Street NW | Washington, DC 20036 |
| 2128420 | MD Industrial Group(Amt.$5,900.00) | 233 E. Redwood Street, 5th Floor | | Baltimore, MD 21202 |
| 2264189 | MP Hunter &Sons Inc | MP Hunter | 19448 Hwy 221 N | Laurens, SC 29360 |
| 2460798 | Manchester Inc. (MPS) | Vincent Rivera | One Independent Dr. | Jacksonville, FL 32202 |
| 2351566 | Manning Selvage &Lee(Amt. $22,987.55) | 6500 Wilshire Blvd | | Los Angeles, CA 90048 |
| 2350145 | Mayers Electric Co., Inc. | 4004 Erie Court | Cincinnati, OH 45227 | |
| 2399162 | McFrank Williams Adv | Michael Bruce | 266 West 37th Street–8th | New York, NY 10018 |
| 4139423 | McKenzie Pest Control | PO Box 5602 | Lake Charles, LA 70606 | |
| 2448776 | McLane Graf Raulerson Middleton PA* | Claim No. 373 | 11 S. Main St., Ste. 500 | Concord, NH 03301–4863 |
| 2398514 | Meleney Equipment Inc | 10545 Guilford Road | Unit 102 | Jessup, MD 20794 |
| 2448277 | Mellon Investor Services LLC | PO Box 360857 | Pittsburgh, PA 15251 | |
| 2402872 | Micro Center | Koehler | 727 Memorial Drive | Cambridge, MA 02139 |
| 2393852 | Midwest Suburban Publishing | Linda Young | PO box 757 | Tinley Pak, IL 60477 |
| 2393853 | Midwest Suburban Publishing Inc. | Linda Young | 6901 West 159th Street | Tinley Pak, IL 60477 |
| 2349563 | Miller Nelson Research | Gary Nelson | Harris Ct Bldg C6 | Monterey, CA 93940 |
| 2265361 | Minnesota Pollution Control, Agency | Alan C Williams | 445 Minnesota St, Suite 900 | St Paul, MN 55101 |
| 2397421 | Mitchs Welding &Hitches | 802 Kingsbury Street | Maumee, OH 43537 | |
| 2400646 | Mobilcomm | 1211 W Sharon Road | Cincinnati, OH 45240 | |
| 2256434 | Mobile Storage Group Inc | Chris | 7590 N Glenoaks Blvd | Burbank, CA 91504 |
| 2400676 | Morgan Stanley Senior Funding | Donna Souza | 1858 Broadway | USPS indicates invalid address |
| 2393294 | Motion Industries, Inc. | c/o Barack Ferrazzano Kirschbaum &Nagel | 200 West Madison St. Suite 3900 Chicago, IL 60606–3465 | Attn: Kimberly J. Robinson |
| 2458428 | Munoz, Gloria | c/o Anthony S. Petru, Esq. Nildebrand, McLeod &Nelson, LLP | 350 Frank H. Ogawa Plaza, 4th Floor | Oakland, CA 94612–2006 |
| 2396544 | NORSTONE INC | PO BOX 3 | WYNCOTE, PA 19095 | |
| 2400647 | New York Construction Materials | 6 Century Hill Drive | Latham, NY 12110 | |
| 2350101 | Niro, Inc.(Cl. #717, Amt. $31,235.60) | 1600 Okeefe Rd. | Hudson, WI 54016–7206 | |
| 2129733 | North American MFG Co – CLAIM #1940 | Kathy Ruekberg | 4455 E 71st Street | Cleveland, OH 44105 |
| 2264190 | Northern Tool &Equipment Co | Carlette Mueller | PO Box 1219 | Burnsville, MN 55337 |
| 2374926 | Novigen Sciences Inc./ Exponent Inc. | James Burke | 1730 Rhode Island Ave NW, Ste 110 | Washington, DC 20036 |
| 2429654 | PUBLIC SERVICE ELECTRIC AND GAS COMPANY | | 80 PARK PLAZA | NEWARK, NJ 07101 |
| 2434333 | Packateers Inc. | Kristin Cross | 819 Shadow Farm Road | USPS indicates invalid address |
| 2434426 | Packateers Inc. | Kristin Cross | PO Box 547 | Downingtown, PA 19380 |
| 2442588 | Pallet King, Inc.(Amt. $5,610.00) | 1800 NW 22nd Ct. | Pompano Beach, FL 33069 | |
| 2398515 | Paradyne | PO Box 930224 | Atlanta, GA 31193–0224 | |
| 2391900 | Patrick Engineering(Amt. $9,300.00) | 4985 Varsity Drive | Lisle, IL 60532 | |
| 4139422 | Patterson Truck Repair Inc | 806 16th St | Mendota, IL 61342 | |
| 4142975 | Patton Boggs LLP | 2550 M Street NW | Washington, DC 20037–1350 | |
| 2445901 | Peace Products Co | Ken Trimhle | 143 Pennsylvania Ave | Malvern, PA 19355 |
| 2374927 | Perelson Weiner LLP | Ronald Weiner | One Dag Hammarskjold Plaza 42nd Fl | New York, NY 10017 |
| 2437806 | Petrochem Fluid Controls, Inc.(Amt. $6,772.31) | 3593 Highway 90 | | USPS indicates invalid address |
| 2402873 | Philadelphia Mixers | Stephen Dickor | 1221 East Main Street | Palmyra, PA 17078 |
| 497267 | Phillips, Goldman &Spence, P.A. | Attn.; Richard P.S. Hannum, Esquire | 1200 North Broom Street | Wilmington, DE 19806 |
| 2456615 | Plasmine Technology Inc | PO Box 30209 | Pensacola, FL 32503 | |
| 2432166 | Primark Tool Group(Cl #1187, Amt. $7,650.00) | 33319 Treasury Ctr. | | Glen Allen, VA 23060 |
| 2332033 | Prime Energy Systems(Amt. $13,345.00) | 2306 South Battleground Road | | La Porte, TX 77571 |
| 2447503 | Providence Environmental Inc.(Amt. $13,267.50) | 312 Sharpe Rd | | Columbia, SC 29203 |
| 2446356 | Providence Environmental Inc.(Amt. $5,882.50) | 312 Sharpe Rd | | Columbia, SC 29203 |
| 2393854 | Pumping Systems Inc. | Stone Perez | 1100 Vijay Dr | Atlanta, GA 30341 |
| 2208095 | Pumps &Process Equipment, Inc. | 1234 Remington Road | | Schaumburg, IL 60173 |
| 2370225 | Pumptek | Att: Timothy Marklay | 7275 Edington Drive | Cincinnati, OH 45249 |
| 2366018 | REVENUE MANAGEMENT | ONE UNIVERSITY PLAZA SUITE 312 | | HACKENSACK, NJ 07601 |
| 2256435 | RJMS Corp | Jeannie Clayton | Dba Toyota Material Handling N | 31010 San Antonio St Hayward, CA 94544 |
| 2262284 | RMT Inc. | William Dickerel | PO Box 2189 | Madison, WI 53701 |
| 2264191 | Resin Systems Inc | Joseph Thomas | 1586 Swiseo Rd | Sulpher, LA 70665 |
| 2460799 | Rexam Release Inc. | Ronald Glasshoff | 4201 Contress St., Ste 340 | Charlotte, NC 28209 |
| 2981750 | Richmond Country Tax Commissioner | 530 Green St Room 117 | | Augusta, GA 30911 |
| 2399163 | Rumpke | Paul Hanawm | 10795 Hughes Road | Cinncinati, OH 45251 |
| 2264192 | SC Hydraulic Engineering Corp | Christinia Verbeek | 1130 Columbia Street | Brea, CA 92821 |
| 2133388 | SMR Engineering &Environmental Services, Inc. | Sharon Rosso | PO Drawer 761 | Central City, KY 42330 |
| 2393890 | SOFTWARE SPECTRUM(Cl #2732, Amt. $4,040.80) | 3480 Lotus Drive | | Plano, TX 75075 |
| 2393295 | SPCP Group, LLC, as agent for Silver Point et al | Two Greenwich Plaza, 1st Floor | | Greenwich, Ct 06830 |

| | | | | | |
|---|---|---|---|---|---|
| 2374928 | Selas Fluid Processing Corp | Mark Frank | 5 Sentry Parkway E | Ste 204 | Blue Bell, PA 19422 |
| 2130504 | Sierra Liquidity Fund | 2699 White Road #255 | Irvine, CA 92614 | | |
| 2390443 | Software Spectrum(Cl #2731, Amt. $7,0193.43) | 3480 Lotus Drive | Plano, TX 75075 | | |
| 2390444 | Software Spectrum, Inc(Cl #2733, Amt. $4,040.80) | 3480 Lotus Drive | Plano, TX 75075 | | |
| 2262285 | Solid Gold Distributing Co Inc | Andrew Park | 1055 W 7th Street | USPS indicates invalid address | |
| 4139421 | Soukal Floral Co Inc | 6118 Archer Ave | Chicago, IL 60638 | | |
| 2264193 | Southern X Ray LLC | Paul Eill | PO Box 2656 | Greer, SC 29652 | |
| 2247192 | Specialty Chemical Company, LLC | 2018 King Edward Avenue | Cleveland, OH 37311 | | |
| 2368389 | Spherion Corp.(Amt. $9,500.00) | POB 905514 | USPS indicates invalid address | | |
| 2397422 | Stallings &Co | 250 Irving Blvd. | Chicago Heights, IL 60411 | | |
| 2374929 | TN American Water Co | John Watson | PO Box 11661 | Charleston, WV 25339 | |
| 2133639 | TSI Incorporated | Tammi Oleson | PO BOX 86 | Minneapolis, MN 55486–0764 | |
| 2434334 | Taylor Duane Barton &Gilman LLP | James Duane III | 160 Federal Street | Boston, MA 02110 | |
| 2488864 | Tempo Master Fund LP | c/o JD Capital Management, LLC | 2 Greenwich Plaza, 2nd Floor | Greenwich, CT 06830 | Attn: Michael Owens |
| 2445902 | Tennant Sales &Service Company | Patrick J O'Neil | 701 N Lilac Drive | Minneapolis, MN 55422 | |
| 2446373 | Tennessee Department of Environment | &Conservation, Division of Superfund | 401 Church St | Nashville, TN 37243 | |
| 2434335 | The Baltimore Sun Company | Carol Liotta | 501 N Calvert Street | Baltimore, MD 21278 | |
| 2348157 | Thomas Wilcox Co. Inc.(Amt. $10,125.00) | 241 Old Mill Road | Sellersville, PA 18960 | | |
| 2144157 | Thompson Equipment Company, Inc. | PO Box 4189 | New Orleans, LA 70178 | | |
| 1829888 | Total Fire &Safety | Mary Scholtz | 6808 Hobson Valley Dr | Woodbridge, IL 60517 | |
| 2264509 | Total Fire &Safety | Mary Scholtz | 6808 Hobson Valley Dr | Woodbridge, IL 60517 | |
| 2397423 | Tri County Petroleum | PO Box 108 | Defiance, PA 16633–0108 | | |
| 2129515 | US Int'l. Services Ltd(Cl. #13795, Amt. $7,389.88) | 113 Kresson – Gibbsboro Rd | Voorhees, NJ 08043 | | |
| 2125664 | US Int'l. Services Ltd.(Amount $7,389.88) | 113 Kresson – Bibbsboro Road | Voorhees, NJ 08043 | | |
| 2129520 | US Int'l. Services Ltd.(Cl. #13795, Amt. $7389.88) | 113 Kresson – Gibbsboro Rd | Voorhees, NJ 08043 | | |
| 2396619 | USG Corporation | 550 West Adams Street | Chicago, IL 60661–3676 | | |
| 2437711 | Unidex Group, Inc.(Cl # 1277, Amt. $12,450.00) | 797 Glenn Avenue | Wheeling, IL 60090 | | |
| 2365332 | Uniroyal Chemical Co.(Cl #2091, Amt. $49,039.66) | c/o Chemtura Corporation | 199 Benson Road | Middlebury, CT 06749 | |
| 2390228 | United States Container Corporation | Grace Tsoung | 4950 S Santa Fe Ave | Vernon, CA 90058 | |
| 2370226 | VonWin Capital Management, LP | 60 Madison Avenue, 2nd Floor | New York, NY 10010 | | |
| 2434336 | WH Cooke &Co. | Robert | PO Box 263 | FInksburg, MD 21048 | |
| 2400622 | WHITE AND WILLIAMS LLP | 1800 ONE LIBERTY PLACE | PHILADELPHIA, PA 19103 | | |
| 1829887 | WK Meriman Inc | Mary Ann Merriman | 7038 River Road | Pittsburgh, PA 15225 | |
| 1829885 | Walter G Coale Inc | Raymond Bent | PO Box 39 | Churchville, MD 21028 | |
| 2402681 | Weld–Rite Service Inc | Attn: Joel A Stein | 6 W Hubbard St 8th FL | USPS indicates invalid address | |
| 2448781 | Wisconsin Electric Wisconsin Gas | Claim No. 522; | 231 W Michigan St | Rm P187 | Milwaukee, WI 53290 |
| 2448816 | Woodwise Inc | Claim No. 2019 | 942 ValleyBrook Rd | Bothwyn, PA 19061 | |
| 2397010 | Yokogawa Corporation of America | Matt Ray | 2 Dart Road | Newnan, GA 30265 | |

TOTAL: 230