**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Dkt. No: 21376 |
| | ) | |

**JOINDER OF THE SCOTTS COMPANY LLC TO AMENDED NOTICE OF DEPOSITION OF ASBESTOS PI COMMITTEE PURSUANT TO RULE 30(b)(6)**

The Scotts Company LLC ("Scotts"), by its undersigned counsel, hereby joins the Amended Notice of Deposition of the Official Committee of Asbestos Personal Injury Claimants, c/o Peter Van N. Lockwood, Esq., Caplin & Drysdale, Chartgerd, One Thomas Circle N.W., Suite 1100, Washington, DC 20005, filed by OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company (Docket No. 21376).

2

Dated: April 27, 2009	**VORYS, SATER, SEYMOUR AND PEASE LLP**

/s/ Tiffany Strelow Cobb
Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb (Ohio Bar #0067516)
(admitted *pro hac vice*)
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4663

-and-

Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for The Scotts Company LLC, and certain of its related entities