# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al., ) <br> ) <br>              Debtors. ) <br> ) | Chapter 11 <br> Case No. 01-1139 (JKF) <br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Jack C. Phillips, a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission pro hac vice of Kathleen Orr, Esquire, of Orrick, Herrington & Sutcliffe LLP., 1152 15th Street, N.W., Washington, DC 20005, to represent David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the State of Maryland and the District of Columbia.

/s/John C. Phillips, Jr.
PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

*Co-Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

OHS East:160556661.1
17367-8 SYC/SYC

The Admittee certifies that she is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdiction shown in paragraph 1 above, and that she voluntarily submits herself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in United States District Court Local Rule 83.6(e).

The Admittee is not currently, nor has she ever been, subject to any disciplinary action.

Orrick, Herrington & Sutcliffe LLP

_/s/ Kathleen Orr_

Kathleen Orr
1152 15th Street, N.W.
Washington, DC 20005
(202) 339-8451

DATE: April 27, 2009

MOTION GRANTED.

Date: _____    _____
                                U.S. Bankruptcy Court Judge

OHS East:160556661.1
17367-8 SYC/SYC