IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)
AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9014 AND 7030
DIRECTED TO W.R. GRACE & CO.**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, applicable to proceedings related to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et. al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009 (the "Plan") by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood"), will take the deposition upon oral examination of W.R. Grace & Co., et al (the "Debtors") on the Subject Matters set forth in Exhibit A attached hereto, before a notary public or an officer authorized by law to administer oaths. The deposition will take place at the offices of Bifferato, Gentilotti, LLC, 800 N. King Street, Plaza Level, Wilmington, DE 19801, May 4, 2009, at 9:00 a.m. (Eastern Time), or any agreed upon time under the Case Management Order, as amended, and shall continue from day to day until concluded. The deposition shall be taken by stenographic means. You are invited to attend and participate.

Pursuant to Fed R. Civ. P. 30(b)(6), the Debtors shall designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf as to all facts and other information known or reasonably available to the Debtors relating to the Subject Matters

set forth in Exhibit A attached hereto. For each person designated to testify as to any of the Subject Matters set forth in Exhibit A, Arrowood requests that the Debtors produce at the deposition all documents reviewed by the designated person(s) in their preparation to testify with respect to the matter(s) as to which such person(s) is/are designated to testify, and, unless already made available in discovery, all other documents relating to the Subject Matters set forth in Exhibit A.

Dated: April 27, 2009

/s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTTI, LLC
800 N. King Street – Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

- and -

Carl. J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000

- and -

Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company*