## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the **Notice Of Deposition Of Jeffrey Posner** was caused to be made on April 27, 2009, in the manner indicated upon the parties identified on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 27, 2009

_____
Ann C. Cordo (No. 4817)

2647086.5