IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------ x
In re:                         §    Chapter 11
                               §
W. R. GRACE & CO., et al.,     §    Case No. 01-01139 (JFK)
                               §    Jointly Administered
                Debtors.       §
------------------------------ X
```

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF WILLIAM J. POHLMAN

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of William J. Pohlman, of the law firm of Vorys, Sater, Seymour and Pease LLP, to represent The Scotts Company LLC in the W.R. Grace & Co., et al. bankruptcy cases.

Dated: April 27, 2009

**Richards Layton & Finger P.A.**

／s/ Robert J. Stearn
Robert J. Stearn, Jr., Esq. (No. 2915)
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Fax: (302) 498-7830
Email: stearn@rlf.com

Attorneys for The Scotts Company LLC

RLF1-3390784-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, the United States District Court for the Northern and Southern Districts of Ohio, the United States Court of Appeals for the Sixth Circuit, and all courts in the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: April 27, 2009

William J. Pohlman, Esq. (OH-0040912)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street (P.O. Box 1008)
Columbus, Ohio 43215 (43216-1008)
Telephone:   (614) 464-8349

Attorney for The Scotts Company LLC

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission of William J. Pohlman *pro hac vice* is granted.

Dated: _____, 2009

THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

RLF1-3390784-1