## CERTIFICATE OF SERVICE

I, Robert J. Stearn, Jr., do hereby certify that on April 27, 2009, I caused a copy of the foregoing **Motion and Order for Admission Pro Hac Vice of William J. Pohlman** to be served on the parties on the attached list in the manner indicated.

_____
Robert J. Stearn, Jr. (No. 2915)

## SERVICE LIST

**via Hand Delivery**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
James E. O'Neill
Timothy Cairns
919 North Market Street, 16th Floor
Wilmington, DE 19801
Counsel to Debtors

Office of the United States Trustee
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801