# Exhibit E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,<br><br>Debtors. | )<br>) **Chapter 11**<br>) **Case No. 01-1139 (JKF)**<br>) **(Jointly Administered)**<br>)<br>)<br>) |

## ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE'S JOINDER IN THE OBJECTIONS AND ANSWERS OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO GAYLA BENEFIELD'S AND YOKO CANNON'S AMENDED FIRST INTERROGATORIES PROPOUNDED UPON PLAN PROPONENTS

Pursuant to Federal Rule of Civil Procedure 26 and 33, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026, 7033 and 9014, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR"), by his attorneys, hereby joins in and incorporates by reference all of the objections, reservation of rights, and responses in the Official Committee of Asbestos Personal Injury Claimants' Objections and Answers to Gayla Benefield's and Yoko Cannon's Amended First Interrogatories Propounded upon Plan Proponents (the "Responses"), dated February 23, 2009. The FCR reserves the right to revise, correct, add to or clarify any of the objections, responses and answers propounded in the Responses.

[SIGNATURE ON FOLLOWING PAGE]

Dated:  February 23, 2009

Respectfully submitted,

Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500

and

PHILLIPS, GOLDMAN & SPENCE, P.A.
*/s/ John C. Phillips*
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210

*Co-Counsel for David T. Austern, Asbestos PI*
*Future Claimants' Representative*

## VERIFICATION

I, David T. Austern, am the Court-appointed legal representative for future asbestos personal injury claimants. I declare under penalty of perjury that the facts set forth in the Official Committee of Asbestos Personal Injury Claimants' Objections and Answers to Gayla Benefield's and Yoko Cannon's Amended First Interrogatories Propounded upon Plan Proponents (the "Responses"), dated February 23, 2009, which I have joined and incorporated by reference, are true and correct to the best of my personal knowledge and information. I am aware that if any of the statements made in the Responses are willfully false, I am subject to punishment.

David T. Austern

Dated: February 20, 2009