IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. _____ |

## ORDER GRANTING LIBBY CLAIMANTS' MOTION (A) TO AMEND PLAN CONFIRMATION CASE MANAGEMENT ORDER AND (B) TO POSTPONE PHASE II OF THE CONFIRMATION HEARING

Upon the Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing (the "Motion");[1] and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the CMO be amended to (i) provide a deadline for the Plan Proponents to serve on each party objecting to the Plan (a "Plan Objector") detailed preliminary contentions in response to the Preliminary Objection served by such Plan Objector (each, a "Preliminary Response"); (ii) extend the June 15, 2009 deadline to conclude depositions; and (iii) establish a briefing schedule for Daubert motions, or in the alternative, have this Court compel the Plan Proponents to provide meaningful responses to the Plan Contention Interrogatories on an expedited basis. In either event, the deadline for the contentions to be served should be not later than May 15, 2009

ORDERED that this Court shall retain jurisdiction to enforce this order.

Dated: April _____, 2009
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

---

[1] All capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion.
393.001-25926.doc