IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Hearing Date: June 1, 2009 at 10:30 a.m. (ET)<br>Objection Deadline: May 15, 2009 at 4:00 p.m. (ET)<br><br>Ref. No. 21212 |

## LIBBY CLAIMANTS' MOTION TO STRIKE EXPERT REPORT OF B. THOMAS FLORENCE, PhD

The claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby move this Court to strike the Rebuttal Report of B. Thomas Florence, PhD to the Expert Report of Dr. Alan Whitehouse that the Debtors filed on April 6, 2009 (the "Florence Report"). As set forth more fully below, the Florence Report is a rebuttal report in name only. The report contains no rebuttal opinion, much less any relationship to the reports filed by Dr. Alan C. Whitehouse in the plan confirmation proceeding. In support of this Motion, the Libby Claimants state:

1. In accordance with the Initial Case Management Order related to the First Amended Joint Plan of Reorganization dated December 5, 2008 [Docket No. 20204] and the Second Amended Case Management Order Related to the First Amended Joint Plan of Reorganization dated January 29, 2009 [Docket No. 20622] (together, the "CMO"), on December 31, 2008, the Libby Claimants served the expert reports of Dr. Alan C. Whitehouse,

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

393.001-25929.doc

Dr. Arthur Frank, and Dr. Terry Spear, and, on March 16, 2009, served the supplemental expert reports of Dr. Alan C. Whitehouse and Dr. Arthur Frank.[2] The Debtors did not serve any expert reports by these deadlines.

2. Dr. Whitehouse's reports provide his expert opinions on asbestos disease from exposure to Libby asbestos. Dr. Whitehouse's reports do not provide a statistical analysis of claims, but instead are focused on the disease from Libby asbestos and the discriminatory nature of the medical criteria contained in the proposed Plan and TDP.

3. On March 13, 2009, pursuant to the terms of the CMO, the Debtors submitted their preliminary witness list for the confirmation hearing [Docket No. 21004]. Included on the Debtors' preliminary list of witnesses is Dr. Thomas Florence. Dr. Florence was the Debtors' statistical expert in the claims estimation proceeding. On April 6, 2009, the Debtors served the Florence Report.[3] Apart from an opening sentence that alleges that Dr. Florence "was asked to prepare this report to assist in rebutting the expert report of Dr. Alan C. Whitehouse," Florence Report at p. 1, Dr. Florence offers no opinion on the reports filed by Dr. Whitehouse. Indeed, Dr. Whitehouse's opinions are not the subject of any statement in the Florence Report. Instead, Dr. Florence offers a statistical analysis of "pending asbestos personal injury claims with respect to their meeting the TDP medical criteria for each of the nonmalignant disease categories." Florence Report at p. 2. The Florence Report, if appropriate at all, should have been submitted on December 31, 2008

4. On April 27, 2009, counsel to the Libby Claimants and counsel to the Debtors conferred in good faith about this discovery dispute, but were unable to come to a resolution.

---

[2] Copies of Dr. Alan C. Whitehouse's expert reports in this plan confirmation proceeding are attached as Exhibits A (December 31, 2008 Report) and B (March 16, 2009 Supplemental Report).

[3] A copy of the Florence Report is attached as Exhibit C.

393.001-25929.doc

2

WHEREFORE, the Libby Claimants respectfully request that this Court (i) enter an order granting this Motion; and (ii) grant such other and further relief as this Court may deem just and proper.

Dated: April 27, 2009
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

393.001-25929.doc

3