# Exhibit C

# Rebuttal Report of B. Thomas Florence, PhD
# To the Expert Report of Dr. Alan Whitehouse

*In re W. R. Grace & Co. et al.*
*April 6, 2009*

## Table of Contents

1.0 Background .................................................................................................................. 1
   1.1 History ..................................................................................................................... 2
   1.2 Current .................................................................................................................... 2
2.0 Data on Which Analysis Was Based ........................................................................... 4
3.0 Analysis of ILO Form Data .......................................................................................... 4
4.0 Disclosures and Signature ............................................................................................ 6

**1.0 Background**

At counsel's request, ARPC, as asbestos claims consultant to WR Grace & Co. ("Grace"), was asked to prepare this report to assist in rebutting the expert report of Dr. Alan C. Whitehouse. ARPC has been asked to analyze a sample of Grace pending asbestos personal injury claims with respect to their meeting the draft Grace PI Trust Distribution Procedures ("TDP") criteria for each of the TDP nonmalignant disease categories.

Analysis Research Planning Corporation (ARPC) is an economic and management consulting firm that provides statistical, econometric and financial analysis to a wide variety of clients. We have experience in the area of valuing and estimating asbestos liabilities in connection with asbestos trusts and manufacturers. We have estimated current and future asbestos-related health claims under the TDP's of the A-Best Products Asbestos Settlement Trust, Amatex Asbestos Trust, DII Asbestos Trust, Keene Creditor Trust, JT Thorpe Successor Trust, Manville Personal Injury Settlement Trust, Pacor Trust, Fuller-Austin Asbestos Trust, Shook and Fletcher Trust, Western MacArthur Trust, UNR Asbestos Disease Claims Trust, Celotex Asbestos Settlement Trust, and the Eagle-Picher Personal Injury Trust. We have also estimated current and future asbestos-related health claims and liabilities in connection with Babcock & Wilcox, 48-Insulations, Eagle-Picher Industries, A.P. Green, Federal Mogul, Flintkote Company, Halliburton, Kaiser, NARCO, Pittsburgh Corning, Owens Corning, W.R. Grace, and Union Carbide. The curriculum vita of Dr. B. Thomas Florence, president of ARPC, is attached as Exhibit 2 to this report.

1

*1.1 History*

ARPC staff began working for Grace in 1995. At that time, ARPC staff were members of KPMG Peat Marwick, which was retained to estimate the cost of future property damage and personal injury claims related to exposure to Grace's asbestos-containing products. ARPC was again asked to estimate Grace's pending and future asbestos liability in 1997, 1998, and 2000. Most recently, in 2007, ARPC was asked to estimate the Grace pending and future asbestos personal injury claim liability under a specific set of assumptions as part of the bankruptcy estimation.

*1.2 Current*

ARPC has been asked to analyze the Grace pending asbestos personal injury claims with respect to their meeting the TDP medical criteria for each of the nonmalignant disease categories. The medical criteria in the TDP were analyzed based on chest x-ray findings entered into ILO[1] forms and the following pulmonary function test scores:

- TLC – total lung capacity
- FVC – forced vital capacity of the lungs
- FEV1/FVC – ratio of FVC and forced expiratory volume in 1 second

The medical criteria for the TDP nonmalignant disease categories are:

---

[1] The International Labour Office (ILO) publishes guidelines on how to classify chest radiographs. The ILO form provides a means for describing and recording systematically the radiographic abnormalities in the chest provoked by the inhalation of dusts.

- **Severe Asbestosis (Level IV-A)**

  Diagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%

- **Severe Disabling Pleural Disease (Level IV-B)**

  Diagnosis of diffuse pleural thickening of at least extent "2" and at least width "a" as one component of a bilateral non-malignant asbestos related disease based on definitions set forth in the 2000 revision of the ILO classification, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%

- **Asbestosis/Pleural Disease (Level III)**

  Diagnosis of Bilateral Asbestos-Related Nonmalignant Disease, plus (a) TLC less than 80%, or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%

- **Asbestosis/Pleural Disease (Level II)**

  Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease

- **Asbestosis/Pleural Disease (Level I)**

  Diagnosis of a Bilateral Asbestos-Related Nonmalignant Disease that does not qualify for Level II or an asbestos-related malignancy other than mesothelioma that does not meet the criteria for a higher level.

## 2.0 Data on Which Analysis Was Based

A random sample of over 5,000 claims was selected from the approximately 120,000 claims pending at the time of the bankruptcy. For the approximately 3,200 pending claims in the sample for which there was information, all of the information was sent to the Celotex Asbestos Settlement Trust ("Celotex Trust" – now the Delaware Claims Processing Facility) for data entry. Experienced Celotex Trust claim reviewers entered the information in the attachments for each claim. The information captured in this manner and used in this report was Rust ID number, alleged disease, and pulmonary function test scores.

In addition, the data from every ILO form submitted by the claimants in the sample were entered into a database. The data were entered twice, compared for accuracy, and any discrepancies were resolved by the data entry supervisor. Rust Document ID number, date of X-ray, and all data in Sections 1A to 3D of the ILO form were used for this report.[2]

## 3.0 Analysis of ILO Form Data

At least one ILO form was submitted by 1,676 of the approximately 3,200 claimants in the sample[3]. ARPC merged the pulmonary function test score data with the database of ILO forms and analyzed: (1) the number of claims meeting the TDP nonmalignant criteria described in

---

[2] No personal identifying information was used for this report and all such personal identifying information has been redacted from the analysis database.

[3] 2,912 claimants in the sample also filed a Proof of Claim of which 1,539 submitted at least one ILO form.

4

section 1.2 above, and (2) of those claims meeting the TDP nonmalignant criteria, their allocation among the TDP nonmalignant disease categories. Table 3-1 presents the results of this analysis.

Table 3-1[4]

|  | Claims Meeting TDP Disease Criteria | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
|  | Level IV-A | | Level IV-B | | Level III | | Level II/I | | |
|  | Count | Percent | Count | Percent | Count | Percent | Count | Percent | |
| Pending Non-Mesothelioma Claims | 9 | 0.7% | 9 | 0.7% | 326 | 25.1% | 955 | 73.5% | 1,299 |

---

[4] Of the 1,676 pending claimants in the sample that submitted ILO forms, Table 3-1 does not include 28 claimants alleging mesothelioma, 272 claimants alleging non-mesothelioma malignancies that only met the TDP nonmalignancy disease criteria for categories with lower scheduled values, and 77 claimants that did not meet the TDP criteria for any of the nonmalignant disease categories. If claimants in Table 3-1 met the TDP criteria for more than one disease, they are counted only once in the TDP disease category with the highest scheduled value. Two claims met the TDP criteria for both Level IV-A and Level IV-B (which have the same TDP scheduled value); these claims were counted only as meeting Level IV-A.

## 4.0 Disclosures and Signature

In reaching the opinions and conclusions set forth in this report I have considered the data identified in this report, the reports identified in this report, the analysis database referenced in this report, the documents listed in Exhibit 1, and my knowledge of asbestos claims.

My qualifications to perform the analyses described in this report and provide expert testimony are set forth in Exhibit 2 to this document. Any publications I have authored and my testimony during the past four years are also set forth in Exhibit 2.

My compensation for services rendered in this matter is reflected in invoices submitted in the bankruptcy case. At present my hourly rate is $615.

I reserve the right to modify this report as new information becomes available between now and the time of the hearing.

B. Thomas Florence, Ph.D.
ARPC

**Exhibit 1**
**Documents Relied Upon**

1. Expert Report by Dr. Alan C. Whitehouse (12/29/08).

2. WRG Asbestos PI Trust Distribution Procedures (draft 2/27/09).

3. Preliminary Expert Report on W. R. Grace Trust by Mark Peterson of Legal Analysis Systems (March 2009).

4. Expert Report of Dr. Arthur Frank (12/19/08).

5. Expert Report of Dr. Laura Welch.

6. ILO and PFT Analysis Database

**Exhibit 2**

**B. Thomas Florence, PhD**

**KEY QUALIFICATIONS:**

B. Thomas Florence is the President of *Analysis.Research.Planning Corporation* (ARPC) in Washington, D.C. Dr. Florence has over 30 years of experience in management consulting and research. He has significant experience in litigation consulting, class action and mass tort case management, toxic tort evaluation, environmental risk assessment, forecasting, large-scale statistical modeling, and work flow design and computerization.

Dr. Florence has participated in or provided expert testimony on some of the largest mass tort operations involving toxic substances, medical devices, and pharmaceuticals. He has provided expert financial and statistical consulting on the analysis of claims and liability, on the operations involved in claims resolution, and in the application of statistics to quantification of risk and liability. His work has included:

- Provision of claims valuation and liability assessment in numerous cases involving personal injury and property damage claims stemming from product and premise liability;
- Assistance in the development of reorganization plans of companies facing bankruptcy, retention as an expert witness for the quantification of liability before the Bankruptcy Court;
- Participation in the start-up and on-going operations of entities established to resolve personal injury claims;
- Assistance with the formulation of policies and the structure of operations, including designing and implementing work flow procedures and methods for processing claims, from the receipt of the claim form to the payment of the claim.
- Retention by eight of the asbestos-related personal injury trusts to consult in the area of claims management, and in several instances to perform assessments of the liabilities facing these trusts;
- Design and implementation of fully-integrated computerized management systems for processing more than 850,000 claims and billions of dollars in payments.

Dr. Florence has taught courses and given lectures in the areas of research design, psychometrics, multivariate statistical analysis, systems theory, and communication analysis, and has published in the areas of environmental auditing and environmental risk analysis.

**B. THOMAS FLORENCE**
(Page 2)

PROFESSIONAL EXPERIENCE:

Dr. Florence's consulting experience includes the following representative assignments.

- Estimation of claim values and management methods for the Breast Implant Claims Office.
- Development of claim payment and evaluation methods for class action settlement involving Albuterol.
- Estimation of current and future asbestos-related health claims filed against the Amatex Asbestos Trust, Manville Personal Injury Settlement Trust, Pacor Trust, Fuller-Austin Asbestos Trust, UNR Asbestos Disease Claims Trust, Celotex Asbestos Settlement Trust, Eagle-Picher Personal Injury Settlement Trust, Babcock & Wilcox, 48-Insulations, Eagle-Picher Industries, and Fuller-Austin Co.
- Estimation of the value and timing of personal injury claims resulting from the use of the Dalkon Shield IUD.
- Pricing of resolved claims and valuation of current claims for asbestos, dioxin, PCB and silica liabilities.
- Estimation of the number and timing of asbestos-related health claims filed against the Manville Personal Injury Settlement Trust.
- Estimation of the value of personal injury claims related to alleged exposure to toxic materials at the Love Canal; Times Beach, Missouri; and Three Mile Island.
- Development of a monetary allocation method for distributing settlement funds to over 10,000 DDT exposed claimants.
- Development and implementation of a system for processing 300,000 personal injury claims.
- Design and development of computer tracking and accounting systems for large-scale claims handling.
- Development of an expert system for valuing personal injury claims.
- Estimation of financial impact on the electric utilities industry of proposed federal ban on polychlorinated biphenyls in electric equipment nationwide.
- National surveys and analyses of credit and financing practices in automotive sales, jewelry, consumer credit, residential mortgage, home furnishings, and home improvements industries.
- Financial analysis and budgeting of governmental fee revenues.
- Financial analysis of alternative organization structures for federal agency.

**B. THOMAS FLORENCE**
(Page 3)

- Analysis of the incidence and prevalence of PCB equipment in the electric utility industry.
- Time series analysis of toxicological research findings at hazardous waste site.
- Development of strategic marketing plans for the telecommunications industry.
- Development of a model for assessing the effectiveness of hazardous waste cleanup activities.
- Design and analysis of the long-term behavior of hazardous waste spills in the environment.
- Design of environmental audit procedures for private industry.
- Design and implementation of a computerized system for administering and analyzing the effects of hazardous waste sites.
- Design and management of a toxicological review of hazardous industrial wastes.
- Design and implementation of an exhaust emissions test program.
- Analysis of maintenance and use patterns of automobile owners.
- Design and implementation of statewide management information system for state government.
- Design of minicomputer-based management information system for appellate courts.
- Construction of mathematical model to predict manpower needs for state agency.
- Design of 2,500 and 1,500 employee personnel classification and compensation systems.
- Design of a structural reorganization plan for a state judicial system.
- Design of Affirmative Action Plan for state government.
- Analysis of discriminatory minority employment practices (private industry).
- Design of five-year system development plan for computer information system.
- Design of procedures for state Workmen's Compensation Appeals.
- Workload and procedural analysis of 2,500 employee government agency.
- Design of a national multimedia-training program for governmental planners.
- Management evaluation and audit of large metropolitan data processing department.
- Design of national training conference for governmental planners.
- Analysis of computerized and microfilm information retrieval systems.
- Analysis of technical goods and services in the optical industry.
- Consumer survey and analysis of marketing practices and policies in the vocational schools industry.
- Analysis of national marketing and pricing policies in the accounting industry.

ARPC 1220 19th Street NW, Suite 700, Washington DC, 20036 ▪ tel (202) 797-1111 ▪ fax (202) 797-3619 ▪ www.arpc.com

**B. THOMAS FLORENCE**
(Page 4)

EDUCATION:

Ph.D., Michigan State University M. A.,
Michigan State University B.B. A.,
University of Kentucky

AWARDS AND HONORS:

Summa Cum Laude, University of Kentucky Beta
Gamma Sigma Honor Society Phi Kappa Phi Honor
Society

TESTIMONY (last five years):

- United States Bankruptcy Court District of Delaware In Re: W.R. Grace & Co. et al., Debtors (Case No. 01-1139 JFK) Trial: January to April 2008 (Also provided deposition testimony)
- United States Bankruptcy Court for the District of Delaware In Re: Federal Mogul Global, Inc. (Case No. 01-10578) Confirmation Hearing June 2007
- United States District Court, Eastern District of Pennsylvania In Re: Armstrong World Industries, Debtors (Civil Action No. 00-CV-4471) Trial: May 2006
- United States Bankruptcy Court, Northern District of Illinois, Eastern Division In Re: **Plibrico Company, et al.** (Case No. 02 B 09952) Deposition: November, 2005
- United States District Court, Eastern District of Pennsylvania In Re: **Sheila Brown et al. v. American Home Products Corporation** (Civil Action No. 99-20593) Trial: April, 2004
- United States Bankruptcy Court, Eastern District of Louisiana In Re: **Babcock & Wilcox Company**, et al. Confirmation Hearing: September, 2003 (Also provided deposition testimony)
- Superior Court of the State of California, County of Los Angeles In Re: **Fuller-Austin Insulation Company v. Fireman's Fund Insurance Company**, et al. (Case No. BC 116835) Trial: March, 2003 (Also provided deposition testimony)

PUBLICATIONS (does not include confidential or non-public documents):

"Mass Tort Claim Processing Facilities: Keys to Success' *Loyola of Los Angeles Law Review*, Volume 31, Number 2 (January 1998)

"How Children Spend Their Time: A Sample Survey for Use in Exposure and Risk Assessment," with A. Silvers, D. Rourke and R. Lorimor. *Risk Assessment*, Volume 14, Number 6 (December 1994).

**B. THOMAS FLORENCE**
(Page 5)

"The Computerization of Mass Tort Settlement Facilities," with J. Gurney. *Laiv and Contemporary Problems,* Autumn 1991.

Maryland Court Personnel: District Court Staffing. Report published by the Administrative Office of the Maryland Courts, Summer 1987.

The Environmental Audit Handbook. With T. Truitt, D. Berz, D. Weinberg, J. Molloy, G. Price, and L. Truitt, New York: Executive Enterprises Publications, Inc. Second Edition, 1983.

Report of the Study of PCBs in Equipment Owned by the Electric Utility Industry. Published by the Edison Electric Institute, February 1982.

Analysis of PCB Capacitor Disposal Capacity. Report prepared for the Edison Electric Institute, November 1982.

Judicial Staffing. Report published by the Wisconsin Supreme Court, 1980.

Wisconsin Case Processing. Report published by the Wisconsin Judicial Planning Committee, Summer 1978.

Profile of the Tennessee Courts. Report published by the Tennessee Supreme Court, Fall 1977.

Tennessee Court Reorganization Plan. Report published by the Tennessee Supreme Court, Fall 1977.

"An Empirical Test of the Relationship of Evidence to Belief Systems and Attitude Change." Human Communication Research, Winter 1975.

"An Assessment of Videotape in Criminal Courts," with E. Short and M. Marsh. Brigham Young University Law Review, Volume 1975, No. 2.

A Two-Way Interactive Video/Audio Arraignment System for Suffolk County, New York: Implementation Issues and Costs. Report prepared for the American University, November 1975.

"The Effects of Videotape Testimony in Jury Trials: Studies on Juror Decision Making, Information Retention, and Emotional Arousal," with G. Miller, D. Bender, F. Boster, N. Fontes, J. Hocking, and H. Nicholson. Brigham Young University Law Review, Volume 1975, No. 2.