IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. _____ |

## ORDER GRANTING MOTION OF LIBBY CLAIMANTS FOR LEAVE FROM THIS COURT'S CASE MANAGEMENT ORDER SO AS TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION OF LIBBY CLAIMANTS' MOTION (A) TO AMEND PLAN CONFIRMATION CASE MANAGEMENT ORDER AND (B) TO POSTPONE PHASE II OF THE CONFIRMATION HEARING

Upon the Motion of Libby Claimants for Leave from this Court's Case Management Order so as to Shorten Notice and Expedite Consideration of Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing (the "Motion");[1] and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that a hearing on the Motion will be held at the mid-May discovery hearing proposed during the April 27, 2009 omnibus hearing; and it is further

ORDERED that this Court shall retain jurisdiction to enforce this order.

Dated: April _____, 2009
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

---

[1] All capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion.
393.001-25928.doc