# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

Docket Ref. No. 15014+15298
5/2/07 Agenda No: 6

## ORDER MODIFYING THE AUTOMATIC STAY SO THAT DEBTORS MAY COMMENCE TAX COURT LITIGATION TO RESOLVE CERTAIN TAX CLAIMS

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (1) modifying the automatic stay in order to permit the Debtors to file litigation (the "Tax Suit") in the United States Tax Court against the Commissioner of the Internal Revenue Service ("IRS"), with respect to certain tax claims potentially affecting Debtors' 1989 tax year and (2) authorizing Debtor W. R. Grace & Co.-Conn. to take such action as is necessary to proceed with the Tax Suit; and due and adequate notice having been given under the circumstances; and it appearing that no other notice need be given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is hereby granted; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

91100-001\DOCS_DE:126200.1

ORDERED, that the automatic stay is hereby modified so as to permit the Debtors to file the Tax Suit in the United States Tax Court against the IRS, with respect to certain tax claims potentially affecting Debtors' 1989 tax year; and it is further

ORDERED, that Debtor W. R. Grace & Co.-Conn. is authorized to take such action as is necessary to proceed with the Tax Suit; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: April 26, 2007

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald