# EXHIBIT 2

# WR Grace & Co. et al
Total number of parties: 39

### Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 32279 | 354401 ALBERTA LTD C O REDCLIFF REALTY M, 600-234 DONALD STREET, WINNIPEG, MB, R3C 1M8 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, BALMORAL JUNIOR HIGH 220 16TH AVENUE NW, CALGARY, AB, T2M0H4 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, PARKDALE ELEMENTARY-728 32ND STREET NW, CALGARY, AB, T2N2V9 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, QUEEN ELIZABETH HIGH-512 18TH STREET NW, CALGARY, AB, T2N2G5 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, ALTADORE ELEMENTARY 4506 16TH STREET SW, CALGARY, AB, T2T4H9 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, BRIAR HILL ELEMENTARY 1233 21ST STREET NW, CALGARY, AB, T2N2L8 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, CAMBRIAN HEIGHTS ELEM. 640 NORTHMOUNT DR. NW, CALGARY, AB, T2K3J5 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, VINCENT MASSEY JUNION HIGH-939 45TH ST SW, CALGARY, AB, T3C2B9 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, VISCOUNT BENNETT-2519 RICHMOND ROAD SW, CALGARY, AB, T3E4M2 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, WILDWOOD ELEMENTARY-120 45TH STREET SW, CALGARY, AB, T3C2B3 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, WILLIAM ABERHART-3009 MORLEY TRAIL NW, CALGARY, AB, T2M4G9 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, JAMES FOWLER HIGH 4004-4TH ST. NW, CALGARY, AB, T2K1A1 CANADA | US Mail (1st Class) |
| 32279 | CALGARY BOARD OF EDUCATION, KINGSLAND ELEMENTARY 7430 5TH STREET SW, CALGARY, AB, T2V1B1 CANADA | US Mail (1st Class) |
| 32279 | CITY OF EDMONTON, CENTURY PLACE-9803 102A AVENUE, EDMONTON, AB, T5J3A3 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, SHERBROOKE SCHOOL 12245 131 STREET, EDMONTON, AB, T5L1M8 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, PARKVIEW SCHOOL 14313 92 STREET, EDMONTON, AB, T5R3B3 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, NEWTON SCHOOL 5523 122 AVENUE, EDMONTON, AB, T5W1S3 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, NORTH EDMONTON SCHOOL 6920 128 AVENUE, EDMONTON, AB, T5C1S7 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, STRATHCONA SCHOOL 10450 72 AVENUE, EDMONTON, AB, T6E0Z6 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, VICTORIA SCHOOL 10210 108 AVENUE, EDMONTON, AB, T5H1A8 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, WELLINGTON SCHOOL 13160 127 STREET, EDMONTON, AB, T5L1B2 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, WOODCROFT SCHOOL 13750 WOODCROFT AVENUE, EDMONTON, AB, T5T5X9 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, EASTGLEN SCHOOL 11430 68TH STREET, EDMONTON, AB, T5B1P1 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, JA FIFE SCHOOL 15004 76 STREET, EDMONTON, AB, T6C1C2 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, DELTON SCHOOL 12126 89TH STREET, EDMONTON, AB, T5B3W4 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, ALLENDALE - 6415 106 STREET, EDMONTON, AB, T6H2V5 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, BONNIE DOON SCHOOL 8205 90TH AVENUE, EDMONTON, AB, T6C1N8 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, PRINCE RUPERT SCHOOL 11515 113 AVENUE, EDMONTON, AB, T5G0J3 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, QUEEN ALEXANDRA SCHOOL 7730 106 STREET, EDMONTON, AB, T6G0X4 CANADA | US Mail (1st Class) |
| 32279 | EDMONTON PUBLIC SCHOOLS, RITCHIE SCHOOL 9750 74 AVENUE, EDMONTON, AB, T6J1T4 CANADA | US Mail (1st Class) |

## Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 32279 | EDMONTON PUBLIC SCHOOLS, ROSS SHEPPARD SCHOOL 13546 111 AVENUE, EDMONTON, AB, T5M2P2 CANADA | US Mail (1st Class) |
| 32279 | OXFORD PROPERTIES GROUP, 2000-10025-102A AVENUE, EDMONTON, AB, T5J2Z2 CANADA | US Mail (1st Class) |
| 32279 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, WOODLANDS SECONDARY, 1270 STRATHMORE STREET, NANAIMO, BC, V9S 2L9 CANADA | US Mail (1st Class) |
| 32279 | SPEIGHTS, DANIEL A, (RE: 354401 ALBERTA LTD C O REDCLIFF REALTY M), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 32279 | SPEIGHTS, DANIEL A, (RE: SCHOOL DISTRICT 68 NANAIMO LADYSMITH), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 32279 | SPEIGHTS, DANIEL A, (RE: EDMONTON PUBLIC SCHOOLS), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 32279 | SPEIGHTS, DANIEL A, (RE: CALGARY BOARD OF EDUCATION), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 32279 | SPEIGHTS, DANIEL A, (RE: OXFORD PROPERTIES GROUP), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 32279 | SPEIGHTS, DANIEL A, (RE: CITY OF EDMONTON), SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |

**Subtotal for this group: 39**