REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1847774
One Town Center Road                      Invoice Date       04/27/09
Boca Raton, FL   33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

            Fees                          735.00
            Expenses                        0.00

                      TOTAL BALANCE DUE UPON RECEIPT          $735.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1847774
One Town Center Road                    Invoice Date    04/27/09
Boca Raton, FL    33486                 Client Number      172573
                                        Matter Number       60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 03/02/09 | Ament | E-mails re: K&E hearing preparation. | .10 |
| 03/03/09 | Ament | Circulate agenda re: 3/9/09 hearing to working group. | .10 |
| 03/04/09 | Ament | Various e-mails and telephone calls to coordinate hearing preparation for K&E re: 3/10/09 DS hearing. | .80 |
| 03/05/09 | Ament | Various e-mails to coordinate logistics for hearing preparation for K&E re: 3/9/09 hearing. | .80 |
| 03/06/09 | Ament | Various e-mails and telephone calls to assist K&E with logistics for hearing preparation. | .30 |
| 03/09/09 | Ament | Assist K&E with hearing preparation. | 1.00 |
| 03/10/09 | Ament | Various e-mails and meetings with K&E re: 3/9/09 hearing. | .60 |
| 03/12/09 | Ament | E-mails re: 3/9/09 hearing. | .10 |
| 03/26/09 | Ament | E-mail to K. Love requesting 3/9/09 hearing transcript. | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847774
60026  Litigation and Litigation Consulting  Page    2
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/27/09 | Ament | E-mails with D. Kelleher to obtain 3/9/09 hearing transcript (.10); circulate said transcript to client and team (.10). | .20 |
| 03/30/09 | Ament | E-mails re: 4/1/09 hearing. | .10 |

```
                                            ------
                                TOTAL HOURS   4.20
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 4.20 at $ 175.00 = | | 735.00 |

```
                   CURRENT FEES                         735.00


                                                    ------------
        TOTAL BALANCE DUE UPON RECEIPT                 $735.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1847775
5400 Broken Sound Blvd., N.W.        Invoice Date        04/27/09
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                        4,324.00
         Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $4,324.00
                                                      =============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                         Invoice Number    1847775
5400 Broken Sound Blvd., N.W.        Invoice Date     04/27/09
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60029
```

======================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 03/02/09 | Ament | Attend to billing matters relating to consultant fee (.10); various e-mails re: same (.10); begin reviewing invoices and drafting Jan. monthly fee application (.50); begin preparing spreadsheet to calculate fees and expenses re: same (.50). | 1.20 |
| 03/02/09 | Muha | E-mails and review of materials re: January 2009 monthly fee application. | .30 |
| 03/03/09 | Ament | Attend to billing matters (.10); continue calculating fees and expenses for Jan. monthly fee application (1.0); continue preparing spreadsheet re: same (.50); continue drafting 91st fee application (.40); provide same to A. Muha (.10); e-mails with J. Lord re: same (.10). | 2.20 |
| 03/03/09 | Lord | Draft, e-file and serve CNO to Reed Smith December monthly fee application (.5); correspondence to R. Finke re: same (.1); communicate with S. Ament re: January monthly fee application (.1). | .70 |

172573 W. R. Grace & Co.                    Invoice Number  1847775
60029  Fee Applications-Applicant           Page    2
April 27, 2009

| Date | Name | | Hours |
|------|------|--|-------|

03/05/09 Lord          Revise, e-file and serve Reed         1.20
                       Smith January monthly fee
                       application.

03/05/09 Muha          Review and make revisions to final    1.70
                       version of Jan. 2009 monthly fee
                       application, including emails to
                       J. Lord re: filing and service of
                       same.

03/09/09 Ament         Attend to billing matters.             .20

03/19/09 Ament         Meet with A. Muha re: Feb. monthly     .10
                       fee application.

03/20/09 Muha          Review and revise fee and expense     1.80
                       detail for February 2009 monthly
                       application, including e-mails to
                       T. Klapper and D. Cameron re:
                       additional detail for entries.

03/23/09 Ament         Begin drafting Feb. monthly fee        .30
                       application.

03/25/09 Ament         Attend to billing matters relating     .10
                       to consultant fee.

03/25/09 Muha          Make additional changes to fee and    1.30
                       expense detail for February 2009
                       monthly application, and multiple
                       e-mails re: consultant fee and
                       posting of additional expense.

03/26/09 Ament         Attend to billing matters relating    1.90
                       to consultant fee (.10); review
                       invoices and begin calculating
                       fees and expenses re: Feb. monthly
                       fee application (1.0); prepare
                       spreadsheet re: same (.50); draft
                       Feb. monthly fee application (.30).

03/27/09 Ament         Continue calculating expenses re:      .70
                       Feb. monthly fee application
                       (.40); finalize spreadsheet re:
                       same (.10); finalize draft of fee
                       application (.10); provide same to
                       A. Muha for review (.10).

```
172573 W. R. Grace & Co.                      Invoice Number  1847775
60029  Fee Applications-Applicant             Page   3
April 27, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/30/09 | Ament | Attend to billing matters (.10); e-mails re: Feb. monthly fee application (.10); meet with A. Muha re: same (.10); finalize same (.10); e-mail fee application to J. Lord for DE filing (.10). | .50 |
| 03/30/09 | Lord | Revise, e-file & serve Reed Smith February monthly fee application. | 1.20 |
| 03/30/09 | Muha | Make final review of and revisions to February 2009 monthly fee application materials. | .70 |

```
                                               ------
                               TOTAL HOURS     16.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|----|-------|
| Andrew J. Muha | 5.80 | at $ | 400.00 | = | 2,320.00 |
| John B. Lord | 3.10 | at $ | 240.00 | = | 744.00 |
| Sharon A. Ament | 7.20 | at $ | 175.00 | = | 1,260.00 |

```
                   CURRENT FEES                         4,324.00


                                               ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $4,324.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1847776
One Town Center Road                      Invoice Date        04/27/09
Boca Raton, FL   33486                    Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                32,199.00
         Expenses                                 0.00

                         TOTAL BALANCE DUE UPON RECEIPT        $32,199.00
                                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1847776
One Town Center Road                Invoice Date    04/27/09
Boca Raton, FL   33486              Client Number     172573
                                    Matter Number      60033

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 03/01/09 | Cameron | Continued review of materials relating to future PD claims and e-mails regarding same. | 1.60 |
| 03/02/09 | Ament | Assist team with various issues relating to PD claims (.20); summarize 7/5/07 hearing transcript per D. Cameron request (1.0). | 1.20 |
| 03/02/09 | Aten | Reviewed briefs and prepared memo re: future claims/contamination. | 4.00 |
| 03/02/09 | Aten | Began reviewing materials re: Section 524 issues. | .60 |
| 03/02/09 | Cameron | Multiple e-mails and review of materials regarding future PD claims and e-mails regarding same. | 1.90 |
| 03/02/09 | Restivo | Receipt and review of new emails, correspondence, etc. | .50 |
| 03/03/09 | Aten | Conducted research re: Section 524 issues and conference with J. Restivo re: same. | 4.50 |
| 03/03/09 | Cameron | Attention to PD claims data. | .90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847776
60033  Claim Analysis Objection Resolution  Page    2
       & Estimation (Asbestos)
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/03/09 | Restivo | Meeting with D. Cameron (.2); continuing analysis of Confirmation P.D. proof elements (.8); telephone conference with E. Westbrook (.5); meeting with R. Aten re:  P.D. proof elements (.5). | 2.00 |
| 03/04/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/04/09 | Aten | Began drafting memo re: Section 524 issues. | 1.80 |
| 03/04/09 | Cameron | Attention to PD claims history and summaries re: same. | 1.80 |
| 03/04/09 | Restivo | Emails and meetings re:  evidence for hearing. | .80 |
| 03/05/09 | Cameron | Prepare for and participate in telephone call with expert witness and follow-up from telephone call (1.40); review research materials (.90). | 2.30 |
| 03/05/09 | Restivo | Prepare for and telephone conference with D. Martin, et al. | 1.50 |
| 03/06/09 | Cameron | Review additional materials from W. R. Grace regarding PD claims (0.7); review materials for expert (0.6). | 1.30 |
| 03/09/09 | Ament | Assist team with various issues relating to PD claims (.60); various e-mails re: same (.10). | .70 |
| 03/09/09 | Aten | Continue to draft/revise memo re: Section 524 issues. | 2.30 |
| 03/09/09 | Restivo | Continued work on P.D. evidence for Confirmation hearing. | 1.00 |
| 03/10/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/10/09 | Aten | Finalized memo re: Section 524 issues and sent to J. Restivo. | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847776
60033  Claim Analysis Objection Resolution  Page    3
       & Estimation (Asbestos)
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/10/09 | Cameron | Attention to expert report issues and participate in calls re:  same (1.60); follow-up from calls (.70). | 2.30 |
| 03/11/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/11/09 | Rea | E-mails re: CMO. | .40 |
| 03/11/09 | Restivo | Telephone calls with E. Westbrook, J. Alter, et al. | 1.00 |
| 03/12/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/12/09 | Aten | Checked docket re: DGS appeal (.2); read opinion denying DGS's motion to supplement and figured out briefing schedule (.2). | .40 |
| 03/12/09 | Cameron | Attention to expert report and supporting document issues (.90); multiple calls re:  same (.50). | 1.40 |
| 03/12/09 | Rea | Conference with J. Restivo re: CMO. | .20 |
| 03/12/09 | Restivo | Work on claims estimation (.8); receipt and review of emails re: California DGS appeal (.2); list of settled but not yet approved settlements (.6). | 1.60 |
| 03/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/13/09 | Cameron | Attention to expert report and calls re:  same. | 1.00 |
| 03/13/09 | Rea | E-mail re: CMO. | .30 |
| 03/15/09 | Cameron | Review materials relating to PD CMO (.40); review expert report materials (.80). | 1.20 |
| 03/15/09 | Rea | E-mail re: CMO. | .10 |
| 03/16/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1847776
60033  Claim Analysis Objection Resolution        Page   4
       & Estimation (Asbestos)
April 27, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 03/16/09 | Aten | Reviewed docket re: DGS appeal and e-mail re: new deadlines (.2); pulled documents re: same (.2). | .40 |
| 03/16/09 | Cameron | Review and comment on final expert report and e-mails re:  same (.70); meeting with J. Restivo (.10). | .80 |
| 03/16/09 | Restivo | Review and analyze Martin's report. | .50 |
| 03/17/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/17/09 | Aten | Began working on DGS appeal by reviewing pleadings and transcript. | 2.00 |
| 03/17/09 | Cameron | Attention to PD claims issues. | .70 |
| 03/18/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/18/09 | Rea | Call to J. O'Neil re: settlement motion. | .10 |
| 03/19/09 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails re: same (.10). | .40 |
| 03/19/09 | Cameron | Attention to PD claim issues. | .80 |
| 03/19/09 | Rea | Calls re: Macerich motion. | .20 |
| 03/19/09 | Restivo | Telephone calls with E. Westbrook and R. Finke re:  Solow case. | .60 |
| 03/20/09 | Ament | Assist team with various issues relating to PD claims (.20); various e-mails and meetings re: Macerich (.20). | .40 |
| 03/20/09 | Aten | Continue to review materials to respond to DGS appeal. | 2.30 |
| 03/20/09 | Cameron | Attention to PD claims issue. | .60 |
| 03/23/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573 W. R. Grace & Co.                    Invoice Number  1847776
60033  Claim Analysis Objection Resolution   Page    5
       & Estimation (Asbestos)
April 27, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 03/23/09 | Cameron | Attention to PD claims CMO. | .40 |
| 03/24/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/25/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/25/09 | Cameron | Attention to PD claims issues. | .80 |
| 03/25/09 | Flatley | E-mails from/to R. Aten re: expert report. | .20 |
| 03/26/09 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 03/27/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/27/09 | Aten | Began reviewing medical expert report re: PD claims. | 1.20 |
| 03/27/09 | Aten | Began reading and analyzing DGS's appeal. | .50 |
| 03/29/09 | Cameron | Review PD claims issues, discovery issues and expert report. | .60 |
| 03/30/09 | Ament | Assist team with various issues relating to PD claims (.20); assist R. Aten with appeal of DGS (.50); various e-mails re: same (.20). | .90 |
| 03/30/09 | Aten | Continue to revise case law and to conduct research for response to DGS appeal brief. | 5.70 |
| 03/30/09 | Cameron | Review materials regarding DGS appeal (0.4); review materials regarding Solow mediation (0.3). | .70 |
| 03/31/09 | Ament | Assist team with various issues relating to PD claims (.20); assist R. Aten re: DGS appeal (.20); various e-mails re: same (.10). | .50 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
April 27, 2009

Invoice Number  1847776
Page    6

| Date | Name | | Hours |
|------|------|--|-------|
| 03/31/09 | Aten | Continue to review materials re: response to DGS' appeal. | .40 |
| 03/31/09 | Cameron | Review DGS appeal materials (.70); review materials re: Solow mediation (.40). | 1.10 |

TOTAL HOURS   68.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Lawrence E. Flatley | 0.20 | at $ | 635.00 | = | 127.00 |
| Douglas E. Cameron | 22.20 | at $ | 630.00 | = | 13,986.00 |
| James J. Restivo Jr. | 9.50 | at $ | 685.00 | = | 6,507.50 |
| Traci Sands Rea | 1.30 | at $ | 455.00 | = | 591.50 |
| Rebecca E. Aten | 28.60 | at $ | 345.00 | = | 9,867.00 |
| Sharon A. Ament | 6.40 | at $ | 175.00 | = | 1,120.00 |

CURRENT FEES                              32,199.00


TOTAL BALANCE DUE UPON RECEIPT           $32,199.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1847777
One Town Center Road               Invoice Date      04/27/09
Boca Raton, FL   33486             Client Number     172573

===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

         Fees                          75,528.00
         Expenses                           0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $75,528.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1847777
One Town Center Road               Invoice Date     04/27/09
Boca Raton, FL   33486             Client Number      172573
                                   Matter Number       60035

==============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|--------|------------|---|-----|
| 03/01/09 | Cameron | Follow-up with expert substitution issues. | .90 |
| 03/02/09 | Klapper | Continue prep work for direct examination of experts. | 5.30 |
| 03/02/09 | Ramsey | Prepare documents for cross-examination outlines. | .20 |
| 03/03/09 | Klapper | Continue prep work for direct examination of experts. | 3.20 |
| 03/03/09 | Ramsey | Prepare documents for cross-examination outlines. | 2.00 |
| 03/05/09 | Klapper | Continue prep work for direct examination of experts, meeting with consultants re same. | 5.80 |
| 03/06/09 | Klapper | Continue prep work for direct examination of experts. | 6.60 |
| 03/08/09 | Klapper | Review labeling module for purposes of editing Becker cross outline (2.3); edit Becker outline (2.9). | 5.20 |
| 03/09/09 | Cameron | Meet with R. Finke (0.5); review R.J. Lee materials (0.6). | 1.10 |
| 03/09/09 | Denniston | Research and obtain docket entry from historical case per request of T. Klapper. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847777
60035  Grand Jury Investigation            Page    2
       April 27, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 03/09/09 | Klapper | Continue prep work for direct examination of experts. | 4.20 |
| 03/10/09 | Cameron | Follow-up from meeting with R.J. Lee. | .60 |
| 03/10/09 | Klapper | Continue prep work for direct examination of experts. | 5.10 |
| 03/11/09 | Klapper | Participate in prep session for expert (1.8); continue development of additional prep materials for use with experts, including development of direct examination outline (4.1). | 5.90 |
| 03/12/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline. | 5.60 |
| 03/14/09 | Klapper | Review key trial transcripts for use in prep of expert witnesses. | 5.20 |
| 03/15/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline (3.7); respond to expanding plant questions from Kirkland (.5). | 4.20 |
| 03/16/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials. | 5.80 |
| 03/17/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials. | 5.10 |
| 03/18/09 | Klapper | Prepare for prep session of expert (4.3); work on supplemental cross materials based on feedback from prep sessions (2.2). | 6.50 |
| 03/19/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline (3.2); meet with expert and consultants | 5.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847777
60035  Grand Jury Investigation             Page   3
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | re same (2.2). | |
| 03/20/09 | Klapper | Continue working on additional issue folders for next week's prep session of expert for direct examination. | 3.10 |
| 03/22/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline folders. | 5.60 |
| 03/23/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials for this week's meeting. | 4.20 |
| 03/24/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials for this week's meeting. | 5.40 |
| 03/25/09 | Cameron | Review materials from R.J. Lee Group and R. Finke. | .70 |
| 03/25/09 | Klapper | Prepare for prep session of expert and development of direct examination outline, conferring with other consultants re TSCA issues. | 6.30 |
| 03/26/09 | Klapper | Meet with expert to go over portions of direct examination testimony (4.2); follow-up with consultants on projects relating to questions raised during prep session (.9). | 5.10 |
| 03/27/09 | Cameron | Review PD claims issues. | .20 |
| 03/27/09 | Ramsey | Review Lemen outline and update links in eroom. | .20 |
| 03/29/09 | Klapper | Work on supplemental cross prep materials based on supplemental transcripts recently received. | 6.20 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
April 27, 2009

Invoice Number  1847777
Page    4

| Date | Name | | Hours |
|------|------|---|-------|
| 03/30/09 Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials for this week's meeting. | | 8.30 |

TOTAL HOURS   129.60

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|---|------|---|-------|
| Douglas E. Cameron | 3.50 | at $ | 630.00 | = | 2,205.00 |
| Antony B. Klapper | 123.30 | at $ | 590.00 | = | 72,747.00 |
| Meeghan E. Ramsey | 2.40 | at $ | 210.00 | = | 504.00 |
| Amy E. Denniston | 0.40 | at $ | 180.00 | = | 72.00 |

CURRENT FEES                                    75,528.00

TOTAL BALANCE DUE UPON RECEIPT          $75,528.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1847778 |
| Invoice Date | 04/27/09 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60038)   Property Damage Claim Appeals

| | | |
|---|---|---|
| Fees | 5,005.00 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $5,005.00 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 1847778 |
|---|---|---|
| One Town Center Road | Invoice Date | 04/27/09 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60038 |

===============================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 03/12/09 | Rea | Reviewed district court order and e-mail re: same. | .30 |
| 03/29/09 | Rea | Review of DGS brief. | 1.00 |
| 03/30/09 | Rea | Review of material for appellee brief. | 5.00 |
| 03/31/09 | Rea | Draft appellee brief. | 4.70 |
| | | | ------ |
| | | TOTAL HOURS | 11.00 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Traci Sands Rea | 11.00 at | $  455.00  = | 5,005.00 |

                          CURRENT FEES                       5,005.00

                                                           ------------
        TOTAL BALANCE DUE UPON RECEIPT                       $5,005.00
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1847779
One Town Center Road                      Invoice Date        04/27/09
Boca Raton, FL    33486                   Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60039)  Luis and Heather Santos and Basell USA

        Fees                            1,702.00
        Expenses                            0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $1,702.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1847779 |
| Invoice Date | 04/27/09 |
| Client Number | 172573 |
| Matter Number | 60039 |

================================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 02/24/09 | Burns | Review Complaint, Amended Complaint, discovery requests and docket (.5); communication with R. Finke and Dori S. re: case overview and proposed plan of action (.1). | .60 |
| 02/25/09 | Burns | Review message from R. Finke and respond re: conversation with plant manager and questions regarding location of incident. | .10 |
| 02/27/09 | Burns | Review message from D. Kuchinsky and draft legal hold memo (.3); send comments to D. Kuchinsky (.1). | .40 |
| 02/27/09 | Burns | Review reply from Dori Kuchinsky re: e-discovery issues and respond. | .10 |
| 03/10/09 | Burns | Message from R. Finke re: employee communications and respond. | .10 |
| 03/11/09 | Burns | Review client memo re: employee interview (.1); call to and conversation with M. Tharney of McCarter & English (.1); follow up message re: conversation and documents discussed (.1). | .30 |
| 03/12/09 | Burns | Review documents received from Basell Counsel (.5); call to Plaintiffs' counsel T. Johnson (left message) (.1). | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1847779
60039  Luis and Heather Santos and Basell USA     Page    2
April 27, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 03/13/09 | Burns | Review messages from R. Finke re: case status, proposed strategy and documents to review (.2); draft and send update to client re: case status (.3). | .50 |
| 03/20/09 | Burns | Reviewing client documents. | 1.20 |
| 03/24/09 | Burns | Call to Tara Johnson to discuss dismissal (.1); draft and send update to Richard Finke (.1). | .20 |
| 03/31/09 | Burns | Message to R. Finke requesting permission to share AN report with Plaintiff's counsel (.1); review reply from R. Finke re: AN report (.1); preparing draft letter to Plaintiff's counsel requesting dismissal (.3). | .50 |

                                              ------
                             TOTAL HOURS        4.60


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Thomas J. Burns | 4.60 at $ 370.00 | = | 1,702.00 |

                             CURRENT FEES                    1,702.00

                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT      $1,702.00
                                              ============