REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number    1847788
One Town Center Road                  Invoice Date      04/27/09
Boca Raton, FL    33486               Client Number      172573

===============================================================================

re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                                    0.00
      Expenses                              579.26

                                 TOTAL BALANCE DUE UPON RECEIPT        $579.26
                                                     =============

US_ACTIVE-101533850.1-SAAMENT

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number     1847788
One Town Center Road               Invoice Date       04/27/09
Boca Raton, FL   33486             Client Number       172573
                                   Matter Number        60026

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                     0.20
        PACER                                14.64
        Duplicating/Printing/Scanning       225.60
        Meal Expense                        252.15
        General Expense                      86.67

                    CURRENT EXPENSES                    579.26
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT    $579.26
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1847788
One Town Center Road                      Invoice Date       04/27/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026


================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/11/09 | PACER | 8.16 |
| 02/16/09 | PACER | 1.68 |
| 02/27/09 | PACER | 4.80 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 28 COPIES | 2.80 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.                Invoice Number  1847788
60026  Litigation and Litigation Consulting    Page   2
April 27, 2009

| Date | Description | Amount |
|------|-------------|-------:|
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1847788
60026  Litigation and Litigation Consulting       Page    3
April 27, 2009

| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 284 COPIES | 28.40 |
| 03/06/09 | General Expense - - 3' x 4' dry erase board<br>with markers and erasers for use by K&E during<br>hearing preparation. | 86.67 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 201 COPIES | 20.10 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 348 COPIES | 34.80 |

172573 W. R. Grace & Co.                          Invoice Number  1847788
60026  Litigation and Litigation Consulting        Page    4
April 27, 2009


| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 94 COPIES | 9.40 |
|---|---|---|
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 11 COPIES | 1.10 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 349 COPIES | 34.90 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 110 COPIES | 11.00 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 190 COPIES | 19.00 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |
| 03/11/09 | Telephone Expense<br>973-639-2092/NEWARK, NJ/4 | .20 |
| 03/11/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 25 COPIES | 2.50 |
| 03/17/09 | Meal Expense - - Lunch for 6 attorneys and 1<br>paralegal (counsel for Grace during 3/9/09<br>hearing.) | 132.68 |
| 03/17/09 | Meal Expense - - Breakfast for 6 attorneys and<br>3 paralegals (counsel for Grace) during<br>preparation for 3/9/09 hearing. | 119.47 |

172573 W. R. Grace & Co.                    Invoice Number  1847788
60026  Litigation and Litigation Consulting  Page    5
April 27, 2009

| | | |
|---|---|---|
| 03/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/25/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 52 COPIES | 5.20 |
| 03/26/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 03/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/26/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/30/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 248 COPIES | 24.80 |

                              CURRENT EXPENSES               579.26
                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $579.26
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1847789
One Town Center Road                Invoice Date      04/27/09
Boca Raton, FL   33486              Client Number     172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        692.59

                       TOTAL BALANCE DUE UPON RECEIPT        $692.59
                                                       ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1847789
One Town Center Road                Invoice Date      04/27/09
Boca Raton, FL    33486             Client Number      172573
                                    Matter Number       60033
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        Telephone Expense                    5.10
        Telecopy Expense                    37.00
        PACER                               18.72
        Duplicating/Printing/Scanning      150.10
        Postage Expense                      0.42
        Consulting Fees                    481.25

                    CURRENT EXPENSES                692.59
                                                -------------

                TOTAL BALANCE DUE UPON RECEIPT     $692.59
                                                =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1847789
One Town Center Road                      Invoice Date      04/27/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/05/09 | PACER | .32 |
| 02/23/09 | PACER | 1.68 |
| 02/27/09 | PACER | 16.72 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 4 COPIES | .40 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 4 COPIES | .40 |
| 03/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1847789
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
April 27, 2009


03/02/09   Duplicating/Printing/Scanning                    .30
           ATTY # 000559: 3 COPIES

03/02/09   Duplicating/Printing/Scanning                    .40
           ATTY # 000559: 4 COPIES

03/02/09   Duplicating/Printing/Scanning                    .80
           ATTY # 3928; 8 COPIES

03/02/09   Duplicating/Printing/Scanning                   4.60
           ATTY # 3928; 46 COPIES

03/02/09   Duplicating/Printing/Scanning                   2.30
           ATTY # 4810; 23 COPIES

03/02/09   Duplicating/Printing/Scanning                   2.00
           ATTY # 4810; 20 COPIES

03/03/09   Telephone Expense                                .10
           786-662-5229/MIAMI, FL/2

03/03/09   Telephone Expense                                .90
           843-727-6513/CHARLESTON, SC/18

03/03/09   Duplicating/Printing/Scanning                    .10
           ATTY # 4810; 1 COPY

03/03/09   Duplicating/Printing/Scanning                    .20
           ATTY # 4810; 2 COPIES

03/05/09   Telephone Expense                                .45
           561-482-2257/BOCA RATON, FL/9

03/05/09   Duplicating/Printing/Scanning                   1.10
           ATTY # 4810; 11 COPIES

03/09/09   Duplicating/Printing/Scanning                    .20
           ATTY # 0559; 2 COPIES

03/09/09   Duplicating/Printing/Scanning                  16.70
           ATTY # 4810; 167 COPIES

03/09/09   Duplicating/Printing/Scanning                    .50
           ATTY # 000559: 5 COPIES

03/09/09   Duplicating/Printing/Scanning                    .50
           ATTY # 000559: 5 COPIES

03/10/09   Duplicating/Printing/Scanning                    .50
           ATTY # 000559: 5 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1847789
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
April 27, 2009


03/11/09    Telephone Expense                              1.35
            860-240-2969/HARTFORD, CT/27

03/13/09    Duplicating/Printing/Scanning                  2.00
            ATTY # 0559; 20 COPIES

03/16/09    Duplicating/Printing/Scanning                  4.10
            ATTY # 0559; 41 COPIES

03/16/09    Duplicating/Printing/Scanning                   .10
            ATTY # 000559: 1 COPY

03/16/09    Duplicating/Printing/Scanning                   .10
            ATTY # 000559: 1 COPY

03/16/09    Duplicating/Printing/Scanning                   .10
            ATTY # 000559: 1 COPY

03/19/09    Telephone Expense                               .10
            843-727-6513/CHARLESTON, SC/2

03/19/09    Telephone Expense                               .70
            561-362-1533/BOCA RATON, FL/14

03/19/09    Duplicating/Printing/Scanning                   .30
            ATTY # 0559; 3 COPIES

03/19/09    Duplicating/Printing/Scanning                   .20
            ATTY # 0559; 2 COPIES

03/20/09    Consulting Fees - - VENDOR: JOHN ADAM KERNS,  481.25
            JR, ESQ. - MEDIATION CHARGE

03/20/09    Duplicating/Printing/Scanning                   .80
            ATTY # 0349; 8 COPIES

03/20/09    Postage Expense                                 .42
            Postage Expense: ATTY # 004810 User: Charneicki,

03/23/09    Duplicating/Printing/Scanning                   .20
            ATTY # 4810; 2 COPIES

03/24/09    Telephone Expense                               .95
            561-362-1533/BOCA RATON, FL/19

03/24/09    Duplicating/Printing/Scanning                   .20
            ATTY # 0559; 2 COPIES

03/27/09    Telecopy Expense                               1.00
            Fax Number: 16176702525

```
172573 W. R. Grace & Co.                    Invoice Number  1847789
60033  Claim Analysis Objection Resolution  Page    4
       & Estimation (Asbestos)
April 27, 2009
```

| Date | Description | Amount |
|------|-------------|--------|
| 03/27/09 | Telecopy Expense<br>Fax Number: 16176702525 | 36.00 |
| 03/30/09 | Telephone Expense<br>302-652-4100/WILMINGTON, DE/11 | .55 |
| 03/31/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1091 COPIES | 109.10 |

```
                    CURRENT EXPENSES                  692.59
                                                  ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $692.59
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1847790
One Town Center Road                Invoice Date      04/27/09
Boca Raton, FL   33486              Client Number     172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          0.00
        Expenses                 90,392.31

                TOTAL BALANCE DUE UPON RECEIPT       $90,392.31
                                                    =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      1847790
One Town Center Road                Invoice Date        04/27/09
Boca Raton, FL   33486              Client Number        172573
                                    Matter Number         60035


=============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Documentation Charge              261.37
        Duplicating/Printing/Scanning      67.70
        Westlaw                            75.89
        Postage Expense                     0.42
        Express Mail Service               16.24
        Transcript Expense                152.00
        Consulting Fees                89,787.36
        Courier Service - Outside          13.82
        Library External Charges           17.51


                CURRENT EXPENSES                        90,392.31
                                                       -------------

                TOTAL BALANCE DUE UPON RECEIPT         $90,392.31
                                                       =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1847790
One Town Center Road                Invoice Date     04/27/09
Boca Raton, FL   33486              Client Number     172573
                                    Matter Number       60035
```

==============================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 02/25/09 | Courier Service - Shipped from Reed Smith LLP - Washington to Carol Ward Environ Corp (ARLINGTON VA 22203). | 5.25 |
| 02/25/09 | Courier Service - Shipped from Reed Smith LLP - Washington to Greg Brorby. | 8.57 |
| 02/27/09 | Postage Expense<br>Postage Expense: ATTY # 000559 User: Johnson, Ly | .42 |
| 02/28/09 | Dialog Data Base Expense | 17.51 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 03/06/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 86 COPIES | 8.60 |
| 03/06/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 306 COPIES | 30.60 |
| 03/06/09 | Express Mail Service | 16.24 |
| 03/09/09 | Westlaw<br>Westlaw | 75.89 |
| 03/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 03/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 31 COPIES | 3.10 |
| 03/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 52 COPIES | 5.20 |

172573 W. R. Grace & Co.                    Invoice Number  1847790
60035  Grand Jury Investigation             Page    2
April 27, 2009


03/18/09    Duplicating/Printing/Scanning               2.30
            ATTY # 000559: 23 COPIES

03/18/09    Duplicating/Printing/Scanning               2.20
            ATTY # 000559: 22 COPIES

03/19/09    Transcript Expense -Obtain copy of transcript   152.00
            of Franks testimony - VENDOR: RUANNE MCARTHUR

03/24/09    Duplicating/Printing/Scanning                .70
            ATTY # 000559: 7 COPIES

03/25/09    Duplicating/Printing/Scanning                .60
            ATTY # 0710; 6 COPIES

03/25/09    Duplicating/Printing/Scanning                .10
            ATTY # 000559: 1 COPY

03/25/09    Duplicating/Printing/Scanning               1.70
            ATTY # 000559: 17 COPIES

03/27/09    Duplicating/Printing/Scanning               9.00
            ATTY # 7015; 90 COPIES

03/31/09    Documentation Charge - - VENDOR: DRIVEN, INC. -   261.37
            Preparation of trial binders/materials.

04/22/09    Consulting Fees - - VENDOR: Environ Int'l    89787.36
            Corporation - Preparation of expert for
            potential testimony, including intensive work
            relating to high volume of trial related
            documents and multiple meetings and calls with
            counsel, and additional consulting work
            (including review and analysis of volumes of
            documents) relating to other aspects of
            criminal trial matter.

                        CURRENT EXPENSES                90,392.31
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $90,392.31
                                                      ============