## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF DEPOSITION OF JEFFREY POSNER

TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Wednesday, May 6, 2009 at 9:00 AM, Certain London Market Insurance Companies, as identified on Exhibit "A" to their Notice of Appearance filed on January 5, 2009 (hereinafter "London Market Companies"), through their undersigned counsel, will take the deposition(s) upon oral examination of Jeffrey Posner, pursuant to Federal Rule of Civil Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014. The deposition will be taken before a notary public or an officer authorized by law to administer oaths. The deposition will take place at the offices of Kirkland & Ellis, LLP, 655 Fifteenth Street, Washington, D.C. 20005 (or such other locations as mutually agreed upon by the parties) and shall continue from day to day until concluded and shall be recorded by video, sound, and/or stenographic means. You are invited to attend and participate.

PLEASE TAKE FURTHER NOTICE that London Market Companies reserve the right to notice such other and further depositions as may be necessary in these proceedings.

Dated: April 28, 2009
      Hockessin, Delaware

                                  JOHN SHEEHAN SPADARO, LLC

                                  /s/ John S. Spadaro
                                  John S. Spadaro (No. 3155)
                                  724 Yorklyn Road, Suite 375
                                  Hockessin, DE 19707
                                  Telephone: (302) 235-7745
                                  Facsimile: (302) 235-2536
                                  jspadaro@johnsheehanspadaro.com

                                  Attorney for Certain London Market
                                  Insurance Companies

Of Counsel:

Alexander J. Mueller
Thomas J. Quinn
MENDES 7 MOUNT LLP
750 Seventh Avenue
New York, New York 10019
212-261-8000
alexander.mueller@mendes.com
thomas.quinn@mendes.com