UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                                                                    :

In re:                                                        :
                                                           : Chapter 11
                                                           :
W.R. GRACE & CO., et al.,                  : Case No. 01-01139 (JKF)
                                                           : Jointly Administered
                                                           :
                                     Debtors.      :
-----------------------------------------------------------------x

## NOTICE OF DEPOSITION OF DAVID AUSTERN

TO:    ALL PARTIES AND COUNSEL OF RECORD

       PLEASE TAKE NOTICE that on Wednesday, May 15, 2009 at 9:00 AM, Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company ("Travelers") through their undersigned counsel, will take the deposition upon oral examination of David Austern, pursuant to Federal Rule of Civil Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014. The deposition will be taken before a notary public or an officer authorized by law to administer oaths. The deposition will take place at the offices of Orrick, Herrington & Sutcliffe LLP, Columbia Center, 1152 Fifteenth Street, N.W., Washington, D.C. 20005 (or such other location as mutually agreed upon by the parties) and shall continue from day to day until concluded and shall be recorded by video, sound and/or stenographic means. You are invited to attend and participate.

       PLEASE TAKE FURTHER NOTICE that Travelers reserves the right to notice such other and further depositions as may be necessary in these proceedings.

Dated: April 28, 2009
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Ann C. Cordo*

        Robert J. Dehney (Bar No. 3578)
        Ann C. Cordo (Bar No. 4817)
        1201 N. Market Street
        Wilmington, Delaware 19899
        Telephone: (302) 658-9200
        Email: RDehney@MNAT.com
               ACordo@MNAT.com

        Mary Beth Forshaw
        Elisa Alcabes
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        Telephone: (212) 455-2000
        Email: mforshaw@stblaw.com
               ealcabes@stblaw.com

        *Attorneys for Travelers Casualty and Surety Company*