UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                              :
In re:                                        :
                                              : Chapter 11
                                              :
W.R. GRACE & CO., et al.,                     : Case No. 01-01139 (JKF)
                                              : Jointly Administered
                                              :
                              Debtors.        :
-----------------------------------------------------------x

**TRAVELERS CASUALTY AND SURETY COMPANY'S
NOTICE OF DEPOSITION TO THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)</u>**

PLEASE TAKE NOTICE that Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company ("Travelers"), through its undersigned counsel, will take the deposition(s) upon oral examination of the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), c/o Peter Van N. Lockwood, pursuant to Bankruptcy Rules 7030 and 9014 and Federal Rule of Civil Procedure 30(b)(6), before a notary public or an officer authorized by law to administer oaths. The deposition will take place at the offices of Caplin & Drysdale, One Thomas Circle, N.W., Suite 1100, Washington, D.C., 20005, on May 1, 2009 at 9:30 am, or on such other date and at such other location as mutually agreed by Travelers and the ACC, and shall continue from day to day until concluded. The deposition will be recorded by audio, video and/or stenographic means. You are invited to attend and participate.

Pursuant to Rule 30(b)(6), the ACC shall designate one or more officers, directors, managing agents or other persons who consent to testify on their behalf as to all facts and other information known or reasonably available to the ACC relating to the matters set forth in Attachment A.

Dated: April 28, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

Robert J. Dehney (Bar No. 3578)
Ann C. Cordo (Bar No. 4817)
1201 N. Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: RDehney@MNAT.com
          ACordo@MNAT.com

Mary Beth Forshaw
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
          ealcabes@stblaw.com

*Attorneys for Travelers Casualty and Surety Company*