IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## NOTICE OF DEPOSITION OF JEFFREY M. POSNER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, OneBeacon America Insurance Company ("OneBeacon"), Seaton Insurance Company ("Seaton"), Government Employees Insurance Company ("GEICO"), and Columbia Insurance Company f/k/a Republic Insurance Company ("Columbia"), through their undersigned counsel, will take the deposition of **Jeffrey M. Posner**, formerly Assistant Vice President, Director of Corporate Risk Management at W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601.  By agreement, the deposition will commence on **May 6, 2009**, beginning at **9:00 a.m.**, at the offices of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, D.C. 20005, and will continue from day to day thereafter until complete.  The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means.  You are hereby invited to attend and examine the witness.

Dated: April 28, 2009

/s/ David P. Primack
Warren T. Pratt (DE Bar I.D. #4334)
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1243
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

- and -

- 2 -

>Michael F. Brown (*pro hac vice*)
>Jeffrey M. Boerger *(pro hac vice)*
>DRINKER BIDDLE & REATH LLP
>One Logan Square
>18th & Cherry Streets
>Philadelphia, PA 19103-6996
>Telephone: (215) 988-2700
>Facsimile: (215) 988-2757
>
>Counsel for OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company