

April 14, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   154851

FOR PROFESSIONAL SERVICES RENDERED
THROUGH March 31, 2009

### CLIENT SUMMARY

**BALANCE AS OF- 03/31/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $854.50 | $10,398.03 | $11,252.53 |
| 02 - Debtors' Business Operations - .15538 | $630.50 | $0.00 | $630.50 |
| 03 - Creditors Committee - .15539 | $2,347.50 | $0.00 | $2,347.50 |
| 07 - Applicant's Fee Application - .15543 | $808.50 | $0.00 | $808.50 |
| 08 - Hearings - .15544 | $4,855.00 | $0.00 | $4,855.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,938.50 | $0.00 | $1,938.50 |
| 10 - Travel - .15546 | $4,967.25 | $0.00 | $4,967.25 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) - .15548 | $0.00 | $0.00 | $0.00 |
| 18 - Plan & Disclosure Statement - .15554 | $37,126.50 | $0.00 | $37,126.50 |
| 30 - Fee Application of Others - .17781 | $307.50 | $0.00 | $307.50 |
| 38 - ZAI Science Trial - .17905 | $3,598.50 | $0.00 | $3,598.50 |
| **Client Total** | **$57,434.25** | **$10,398.03** | **$67,832.28** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 19.80 | $675.00 | $13,365.00 |
| Kramer, Matthew I | 34.10 | $381.74 | $13,017.50 |
| Sakalo, Jay M | 43.30 | $437.40 | $18,939.25 |
| Polit, Wendy | 0.50 | $225.00 | $112.50 |
| Schubauer, David | 26.60 | $276.97 | $7,367.50 |
| Snyder, Jeffrey I | 1.90 | $295.00 | $560.50 |
| Flores, Luisa M | 4.20 | $205.00 | $861.00 |
| Rojas, Susana | 4.10 | $190.00 | $779.00 |
| Slanker, Jeffrey | 12.80 | $190.00 | $2,432.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | **$57,434.25** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $679.00 |
| Fares, Mileage, Parking | $127.00 |
| Long Distance Telephone | $133.44 |
| Long Distance Telephone-Outside Services | $841.95 |
| Lodging | $499.32 |
| Meals | $116.04 |
| Miscellaneous Costs | $7,145.00 |
| Parking | $49.00 |
| Searches-Title/Name/Corporate | $21.86 |
| Westlaw-Online Legal Research | $350.72 |
| Copies | $434.70 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$10,398.03** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$67,832.28** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 03/19/09 | SR | 0.10 | 19.00 | Send daily docket to J.Sakalo and M. Kramer |
|----------|-----|------|--------|---------------------------------------------|
| 03/20/09 | SR | 0.10 | 19.00 | E-mail daily docket to J. Sakalo and M.Kramer. |
| 03/23/09 | SR | 0.10 | 19.00 | Attend to daily docket for J.Sakalo and M.Kramer. |
| 03/24/09 | SR | 0.30 | 57.00 | Attend to compiling daily court docket for J.Sakalo and M. Kramer (0.1); analysis docket entries and e-mail to J.Sakalo (0.2) |
| 03/25/09 | SLB | 0.20 | 135.00 | Email from J. O'Neill regarding fee schedule (.2). |
| 03/25/09 | JMS | 0.70 | 339.50 | Review agenda and email to Committee thereon (.3); conference with S. Baena regarding same (.2); review fee order (.2). |
| 03/25/09 | SR | 0.10 | 19.00 | Attend to daily court docket and e-mail to J.Sakalo and M.Kramer. |
| 03/25/09 | JS | 0.50 | 95.00 | Review and legal key document productions for internal records. |
| 03/26/09 | SR | 0.20 | 38.00 | Attend to reviewing and analyzing daily docket for J.Sakalo and M.Kramer. |
| 03/27/09 | SR | 0.10 | 19.00 | Attend to reviewing and analyzing daily court docket for J.Sakalo and M.Kramer. |
| 03/30/09 | SR | 0.20 | 38.00 | Attend to reviewing and analyzing court docket and forwarding daily summary to J.Sakalo and M. Kramer. |
| 03/31/09 | SR | 0.30 | 57.00 | Attend to reviewing and analyzing court docket and forwarding daily summary to J.Sakalo and M.Kramer. |

**PROFESSIONAL SERVICES**                                                                                  **$854.50**

### COSTS ADVANCED

| 01/23/09 | Searches-Title/Name/Corporate VENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: 817635524; DATE: 2/1/2009  -  Account# 1003382864 | 21.86 |
|----------|-----------------------------------------------------------------------------------------------------------------------|-------|
| 01/29/09 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 2.78 |
| 01/29/09 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.39 |
| 01/29/09 | Long Distance Telephone 1(214)532-4437; 7 Mins. | 11.12 |
| 01/29/09 | Long Distance Telephone 1(214)532-4437; 6 Mins. | 8.34 |
| 01/29/09 | Long Distance Telephone 1(310)342-0888; 1 Mins. | 1.39 |
| 01/29/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009  -  Acct. #5306-2200-2539-5504 | 25.00 |
| 01/29/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009  -  Acct. #5306-2200-2539-5504 | 135.50 |
| 01/29/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009  -  Acct. #5306-2200-2539-5504 | 148.50 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/29/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 155.00 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 38.00 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 38.00 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 38.00 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 38.00 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 38.00 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 38.00 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 44.50 |
| 01/30/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - Conference call - VENDOR: DINERS CLUB; INVOICE#: 01/28/09-02/25/09; DATE: 2/25/2009 - Acct. #5306-2200-2539-5504 | 44.50 |
| 02/02/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817872876; DATE: 3/1/2009 - Account# 5306-2200-2539-5504 | 29.62 |
| 02/03/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817872876; DATE: 3/1/2009 - Account# 5306-2200-2539-5504 | 121.39 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 02/05/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02142376; DATE: 2/28/2009 - Account# 306300 | 5.80 |
| 02/12/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02142376; DATE: 2/28/2009 - Account# 306300 | 22.10 |
| 02/17/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817872876; DATE: 3/1/2009 - Account# 5306-2200-2539-5504 | 110.38 |
| 02/17/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817872876; DATE: 3/1/2009 - Account# 5306-2200-2539-5504 | 65.19 |
| 02/18/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817872876; DATE: 3/1/2009 - Account# 5306-2200-2539-5504 | 24.14 |
| 02/19/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02142376; DATE: 2/28/2009 - Account# 306300 | 33.05 |
| 03/05/09 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 4.17 |
| 03/08/09 | Fares, Mileage, Parking Cab fares - travel to Pittsburgh - VENDOR: Schubauer,David; INVOICE#: DS-03/08/09; DATE: 3/8/2009 - Client - 15537 | 40.00 |
| 03/08/09 | Lodging Travel to Pittsburgh - VENDOR: Schubauer,David; INVOICE#: DS-03/08/09; DATE: 3/8/2009 - Client - 15537 | 249.66 |
| 03/08/09 | Meals Travel to Pittsburgh - VENDOR: Schubauer,David; INVOICE#: DS-03/08/09; DATE: 3/8/2009 - Client - 15537 | 22.52 |
| 03/08/09 | Parking Travel to Pittsburgh - VENDOR: Schubauer,David; INVOICE#: DS-03/08/09; DATE: 3/8/2009 - Client - 15537 | 19.00 |
| 03/09/09 | Long Distance Telephone 1(917)549-6892; 1 Mins. | 1.39 |
| 03/09/09 | Airfare Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/09/09; DATE: 3/9/2009 - Client - 15537 | 679.00 |
| 03/09/09 | Fares, Mileage, Parking Cab fares - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/09/09; DATE: 3/9/2009 - Client - 15537 | 87.00 |
| 03/09/09 | Lodging Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/09/09; DATE: 3/9/2009 - Client - 15537 | 249.66 |
| 03/09/09 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/09/09; DATE: 3/9/2009 - Client - 15537 | 93.52 |
| 03/09/09 | Parking Airport parking - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/09/09; DATE: 3/9/2009 - Client - 15537 | 30.00 |
| 03/10/09 | Long Distance Telephone 1(312)861-2000; 1 Mins. | 2.78 |
| 03/10/09 | Long Distance Telephone 1(312)861-2226; 6 Mins. | 8.34 |
| 03/11/09 | Long Distance Telephone 1(212)478-7465; 14 Mins. | 20.85 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 03/11/09 | Long Distance Telephone 1(214)532-4437; 1 Mins. | 1.39 |
| 03/11/09 | Long Distance Telephone 1(214)532-4437; 1 Mins. | 1.39 |
| 03/12/09 | Long Distance Telephone 1(843)812-9435; 17 Mins. | 25.02 |
| 03/17/09 | Long Distance Telephone 1(302)654-0248; 1 Mins. | 2.78 |
| 03/19/09 | Long Distance Telephone 1(202)973-9878; 4 Mins. | 6.95 |
| 03/20/09 | Long Distance Telephone 1(507)333-4566; 2 Mins. | 2.78 |
| 03/20/09 | Long Distance Telephone 1(507)333-4566; 1 Mins. | 1.39 |
| 03/23/09 | Long Distance Telephone 1(507)333-4566; 1 Mins. | 2.78 |
| 03/23/09 | Long Distance Telephone 1(803)943-4444; 7 Mins. | 9.73 |
| 03/25/09 | Long Distance Telephone 1(302)575-1555; 7 Mins. | 11.12 |
| 03/27/09 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.39 |
| 03/27/09 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.39 |
| 03/27/09 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 2.78 |
| 03/31/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for March 2009 $7,145.00. | 7,145.00 |
| 03/04/09 | Copies 1,073 pgs @ 0.10/pg | 107.30 |
| 03/05/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/25/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/23/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/23/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/23/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/23/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 03/23/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/23/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 03/23/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/23/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/23/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/23/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 03/23/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/23/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 03/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/27/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 03/27/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/27/09 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 03/27/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/27/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/27/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/27/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/27/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/27/09 | Copies 4 pgs @ 0.10/pg | 0.40 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 03/27/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/27/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/27/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 03/27/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/27/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/27/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/27/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/27/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/27/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/27/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/27/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/27/09 | Copies 77 pgs @ 0.10/pg | 7.70 |
| 03/27/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/27/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/27/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/27/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/27/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/27/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 03/30/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/30/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/30/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/30/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/30/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/30/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 03/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/30/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 03/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/30/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/30/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/30/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/30/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/30/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/30/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/30/09 | Copies 77 pgs @ 0.10/pg | 7.70 |
| 03/30/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/30/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/30/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/30/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/30/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/30/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/30/09 | Copies 12 pgs @ 0.10/pg | 1.20 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 03/30/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/30/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/30/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 03/30/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/30/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 03/30/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/30/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/30/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/30/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/30/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 03/30/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 03/30/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/30/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/30/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/09 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 03/31/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/31/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/31/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/31/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/31/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/31/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/05/09 | Copies 197 pgs @ 0.10/pg | 19.70 |
| 03/05/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/05/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/05/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/05/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 03/05/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 03/05/09 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 03/05/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 03/05/09 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 03/05/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 03/05/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 03/05/09 | Copies 144 pgs @ 0.10/pg | 14.40 |
| 03/05/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/05/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/05/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/05/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/05/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 03/11/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/11/09 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 03/12/09 | Copies 8 pgs @ 0.10/pg | 0.80 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 03/12/09 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 03/12/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/13/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/13/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/16/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/16/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/16/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/16/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/16/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/16/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/16/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/17/09 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 03/04/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/04/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/04/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/04/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/04/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/04/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 03/04/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 03/04/09 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 03/04/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 03/04/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/04/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/04/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/04/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/04/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 03/04/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 03/04/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/04/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/04/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/04/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 03/04/09 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 03/04/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/04/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/02/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/03/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/03/09 | Copies 197 pgs @ 0.10/pg | 19.70 |
| 03/03/09 | Copies 249 pgs @ 0.10/pg | 24.90 |
| 03/03/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/03/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/03/09 | Copies 143 pgs @ 0.10/pg | 14.30 |
| 03/03/09 | Copies 173 pgs @ 0.10/pg | 17.30 |
| 03/03/09 | Copies 3 pgs @ 0.10/pg | 0.30 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 03/03/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/03/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/03/09 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 03/03/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 03/03/09 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 03/03/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 03/03/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 03/03/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 03/03/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 03/03/09 | Copies 31 pgs @ 0.10/pg | 3.10 |

**TOTAL COSTS ADVANCED**                                                         **$10,398.03**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Sakalo, Jay M | 0.70 | $485.00 | $339.50 |
| Rojas, Susana | 1.50 | $190.00 | $285.00 |
| Slanker, Jeffrey | 0.50 | $190.00 | $95.00 |
| *TOTAL* | *2.90* | | *$854.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $679.00 |
| Fares, Mileage, Parking | $127.00 |
| Long Distance Telephone | $133.44 |
| Long Distance Telephone-Outside Services | $841.95 |
| Lodging | $499.32 |
| Meals | $116.04 |
| Miscellaneous Costs | $7,145.00 |
| Parking | $49.00 |
| Searches-Title/Name/Corporate | $21.86 |
| Westlaw-Online Legal Research | $350.72 |
| Copies | $434.70 |
| *TOTAL* | *$10,398.03* |

**CURRENT BALANCE DUE THIS MATTER**                                              **$11,252.53**

MIAMI 1787169.1 7481715537
4/14/09

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 03/24/09 | JMS | 1.30 | 630.50 | Review and summarize motion to approve CEO/Fred Festa employment contract. |

**PROFESSIONAL SERVICES** $630.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.30 | $485.00 | $630.50 |
| *TOTAL* | *1.30* | | *$630.50* |

**CURRENT BALANCE DUE THIS MATTER** $630.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| 03/05/09 | JMS | 0.10 | 48.50 | Email to Committee regarding Committee call (.1). |
|---|---|---|---|---|
| 03/11/09 | JIS | 0.10 | 29.50 | Conference with M. Kramer regarding answers to interrogatories and applicable rules. |
| 03/12/09 | SLB | 1.40 | 945.00 | Prepare for and conduct meeting (1.4). |
| 03/12/09 | JMS | 0.70 | 339.50 | Prepare for committee call. |
| 03/19/09 | JMS | 0.10 | 48.50 | Email to committee regarding committee call. |
| 03/26/09 | SLB | 0.70 | 472.50 | Email from D. Speights and review file regarding mediation questions (.7). |
| 03/26/09 | JMS | 0.40 | 194.00 | Email to Committee regarding call (.2); email exchange with R. Levy regarding same (.2). |
| 03/31/09 | SLB | 0.40 | 270.00 | Memo to committee regarding John Manville oral argument (.4). |

**PROFESSIONAL SERVICES**                                                                          **$2,347.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.50 | $675.00 | $1,687.50 |
| Sakalo, Jay M | 1.30 | $485.00 | $630.50 |
| Snyder, Jeffrey I | 0.10 | $295.00 | $29.50 |
| *TOTAL* | *3.90* | | *$2,347.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                **$2,347.50**

MIAMI 1787169.1 7481715537
4/14/09

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 03/09/09 | SR | 0.50 | 95.00 | Attend to e-mail from J.Sakalo regarding time records and research regarding same. |
| 03/10/09 | JIS | 0.80 | 236.00 | Review February prebill. |
| 03/11/09 | JIS | 0.80 | 236.00 | Complete review of February prebill (0.7); review of fee auditor's final report on quarterly (0.1) |
| 03/18/09 | LMF | 0.90 | 184.50 | Prepare summary and notice for Bilzin's February fees and submit to local counsel for filing. |
| 03/26/09 | JS | 0.30 | 57.00 | Review docket and fee auditors report and verify correct final totals in BSBPA's fee application. |

**PROFESSIONAL SERVICES**                                                                 **$808.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.60 | $295.00 | $472.00 |
| Flores, Luisa M | 0.90 | $205.00 | $184.50 |
| Rojas, Susana | 0.50 | $190.00 | $95.00 |
| Slanker, Jeffrey | 0.30 | $190.00 | $57.00 |
| *TOTAL* | *3.30* | | *$808.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                        **$808.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 03/03/09 | LMF | 0.50 | 102.50 | Review hearing agenda and confirm telephone appearances with J. Slanker. |
| 03/03/09 | JS | 1.30 | 247.00 | Contact CourtCall and set up all committee members to appear telephonically at 3/9 hearing (.3) Discuss the preparation of hearing notebooks with J. Sakalo and review docket, emails from J. Sakalo, and agenda and begin preparing notebooks for S. Baena and J. Sakalo for 3/9 hearing (1.0). |
| 03/04/09 | JS | 1.60 | 304.00 | Complete notebooks for S. Baena and J. Sakalo for 3/9 disclosure statement hearing. |
| 03/05/09 | JS | 0.50 | 95.00 | Confirm receipt of all CourtCall Confirmations and email to committee members. |
| 03/09/09 | JMS | 4.30 | 2,085.50 | Prepare for and attend disclosure statements hearing (4.0); telephone conference with S. Baena regarding same (.3). |
| 03/09/09 | DS | 3.00 | 1,050.00 | Hearing to approve final disclosure statement. |
| 03/26/09 | SLB | 0.20 | 135.00 | Attention to agenda for 4/1 omnibus hearing (.2). |
| 03/26/09 | JS | 0.50 | 95.00 | Contact CourtCall and setup telephone appearances for all committee members at 4/1 hearing (.1) Emails to Curtis Plaza and Joe Schwartz of Riker Danzig regarding attendance at same hearing (.1) Draft CourtCall confirmation emails to all committee members (.3) |
| 03/27/09 | JS | 0.40 | 76.00 | Contact CourtCall to confirm status of confirmations (.1) email confirmations to all committee members (.3) |
| 03/27/09 | JS | 1.00 | 190.00 | Prepare notebook for M. Kramer for 4/1 omnibus hearing. |
| 03/30/09 | JS | 1.10 | 209.00 | Further attention to the preparation of hearing notebook for M. Kramer. |
| 03/30/09 | JS | 0.10 | 19.00 | Emails to J. Sakalo regarding attendance and preparation for 4/1 hearing. |
| 03/31/09 | JS | 1.30 | 247.00 | Review and analyze docket and email selected pleadings to M. Kramer to review to prepare for 4/1 Omnibus hearing (.7) review docket and agenda and prepare folder of Zonolite pleadings for J. Sakalo to prepare for same hearing (.6) |

PROFESSIONAL SERVICES                                                                      $4,855.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Sakalo, Jay M | 4.30 | $485.00 | $2,085.50 |
| Schubauer, David | 3.00 | $350.00 | $1,050.00 |
| Flores, Luisa M | 0.50 | $205.00 | $102.50 |
| Slanker, Jeffrey | 7.80 | $190.00 | $1,482.00 |
| *TOTAL* | *15.80* | | *$4,855.00* |

CURRENT BALANCE DUE THIS MATTER                                                $4,855.00

MIAMI 1787169.1 7481715537
4/14/09


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 03/04/09 | JS | 0.30 | 57.00 | Review and analyzing asbestos PD claims objection backup files. |
| 03/18/09 | SLB | 0.80 | 540.00 | Attention to J. Buchwalter opinion regarding NJDEP and email from and to T. Taconnelli concerning the same (.8). |
| 03/18/09 | JMS | 0.40 | 194.00 | Email exchange with J. George regarding striking Macerich settlement (.4). |
| 03/19/09 | SLB | 0.90 | 607.50 | Attention to Grace objection and Anderson claims (.3); attention to further witness designations (.6). |
| 03/30/09 | SLB | 0.80 | 540.00 | Review State of California appellate brief (.8). |

PROFESSIONAL SERVICES                                                                 $1,938.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 2.50 | $675.00 | $1,687.50 |
| Sakalo, Jay M | 0.40 | $485.00 | $194.00 |
| Slanker, Jeffrey | 0.30 | $190.00 | $57.00 |
| *TOTAL* | *3.20* | | *$1,938.50* |

CURRENT BALANCE DUE THIS MATTER                                                      $1,938.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

RE: **10 - Travel**

| 03/08/09 | JMS | 3.20 | 776.00 | Non-working travel to Pittsburgh to attend hearing (3.2). |
|----------|-----|------|--------|-----------------------------------------------------------|
| 03/08/09 | DS | 5.50 | 962.50 | Travel to Pittsburgh, PA for hearing to approve final disclosure statement. |
| 03/09/09 | JMS | 5.30 | 1,285.25 | Non-working return travel (5.3). |
| 03/09/09 | DS | 5.60 | 980.00 | Travel returning to Miami, FL from Pittsburgh, PA for hearing to approve final disclosure statement. |
| 03/29/09 | MIK | 4.70 | 963.50 | Travel to deposition in Wilmington (4.7). |

**PROFESSIONAL SERVICES** $4,967.25

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Kramer, Matthew I | 4.70 | $205.00 | $963.50 |
| Sakalo, Jay M | 8.50 | $242.50 | $2,061.25 |
| Schubauer, David | 11.10 | $175.00 | $1,942.50 |
| *TOTAL* | *24.30* | | *$4,967.25* |

**CURRENT BALANCE DUE THIS MATTER** $4,967.25

MIAMI 1787169.1 7481715537
4/14/09

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15548**

RE:  12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)

PROFESSIONAL SERVICES                                                                 $0.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| TOTAL | 0 | | $0.00 |

CURRENT BALANCE DUE THIS MATTER                                          $0.00

MIAMI 1787169.1 7481715537
4/14/09

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| 03/01/09 | JMS | 0.30 | 145.50 | Email response to J. Kozyak regarding Disclosure Statement (.3). |
|---|---|---|---|---|
| 03/02/09 | JMS | 0.70 | 339.50 | Review Disclosure Statement agenda and email to Committee thereon (.3); emails to D. Schubauer regarding review of revised transactional documents and disclosure statement (.4). |
| 03/02/09 | DS | 2.50 | 875.00 | Review revised description of transaction documents in Debtor's Disclosure Statement. |
| 03/03/09 | DS | 2.50 | 875.00 | Review revised description of transaction documents in Debtor's Disclosure Statement. |
| 03/04/09 | SLB | 0.20 | 135.00 | Attention to 10K filing and disclosures regarding exit financing (.2). |
| 03/04/09 | SLB | 0.40 | 270.00 | Review status of criminal trial and email to committee regarding same (.4). |
| 03/04/09 | JMS | 1.20 | 582.00 | Telephone conference with R. Wyron regarding Intercreditor Agreement (.3); emails with D. Schubauer regarding changes to disclosure statement regarding PD transactional documents (.6); review same (.3). |
| 03/04/09 | DS | 7.50 | 2,625.00 | Review revised description of transaction documents in Debtor's Disclosure Statement. |
| 03/05/09 | JMS | 1.60 | 776.00 | Preparation for disclosure statement hearing (1.6). |
| 03/06/09 | SLB | 1.20 | 810.00 | Attention to revised intercreditor agreement (.8); interoffice conference with J. Sakalo regarding Anderson Memorial objections and 3/9 hearing (.4). |
| 03/06/09 | JMS | 2.00 | 970.00 | Review and analysis of Ex 12 - pro forma financial statements and email to S. Arnold thereon (.8); continue preparation for disclosure statement hearing (1.2). |
| 03/06/09 | JS | 0.10 | 19.00 | Review emails from J. Sakalo and email table of contents of exhibit book to disclosure statement to J. Sakalo. |
| 03/08/09 | JMS | 1.60 | 776.00 | Review revised plan and disclosure statement (and exhibits) en route to Pittsburgh (1.4); telephone conference with D. Speights regarding question on disclosure statement (.2). |
| 03/09/09 | SLB | 2.50 | 1,687.50 | Telephonic attendance at disclosure statement hearing (2.5). |
| 03/10/09 | SLB | 1.90 | 1,282.50 | Telephone conference with D. Speights and A. Runyan and interoffice conference with J. Sakalo and M. Kramer regarding ZAI treatment (1.9). |
| 03/10/09 | JMS | 3.00 | 1,455.00 | Email to Committee regarding order approving disclosure statement (.2); follow-up email to A. Runyon thereon (.2); telephone conference with S. Baena and D. Speights regarding settlement motion (1.0); conference with S. Baena regarding issues thereon (.7); conference with S. Baena regarding responses to Grace's discovery requests and conference with M. Kramer thereon (.4); analysis of ZAI settlement issues (.5). |
| 03/10/09 | JIS | 0.20 | 59.00 | Telephone conference with D. Speights and J. Sakalo regarding plan treatment of ZAI claimants opting out of class. |
| 03/10/09 | MIK | 1.50 | 615.00 | Interoffice conference with S. Baena, J. Sakalo regarding plan issues (.5); telephone call with L. Esaysin regarding discovery requests (.2); draft discovery responses (.8). |
| 03/11/09 | SLB | 1.10 | 742.50 | Review and revise answers to discovery requests and email exchange with J. Sakalo and M. Kramer regarding same (.9); interoffice conference with J. Sakalo regarding ZAI issues (.2). |
| 03/11/09 | JMS | 2.10 | 1,018.50 | Review draft response to Debtors' plan discovery (.4); telephone conference with C. King regarding plan questions (.3); telephone conferences with D. Speights regarding questions on ZAI settlement (.6); research regarding same (.8). |
| 03/11/09 | MIK | 0.90 | 369.00 | Telephone call with C. King regarding plan issues (.4); modify responses to interrogatories (.5). |
| 03/12/09 | SLB | 1.10 | 742.50 | Telephone conference with D. Speights regarding ZAI issues under plan (.8); interoffice conference with J. Sakalo regarding same (.3). |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 03/12/09 | JMS | 1.40 | 679.00 | Conferences with S. Baena regarding settlement issues (.7); telephone conference with S. Baena, D. Speights regarding same (.7). |
| 03/13/09 | JMS | 1.10 | 533.50 | Review preliminary witness lists. |
| 03/14/09 | JMS | 0.30 | 145.50 | Email to D. Scott regarding Anderson discovery. |
| 03/16/09 | JMS | 0.20 | 97.00 | Finalize Committee discovery responses and email to Ted Tacconelli regarding same. |
| 03/17/09 | SLB | 1.30 | 877.50 | Telephone call from A. Madian regarding expert report (.1); attention to Anderson Memorial's responses to discovery and propounded discovery (.4); attention to numerous witness designations (.8). |
| 03/17/09 | JMS | 1.10 | 533.50 | Review Anderson and S & R responses to Debtors' discovery requests (.3); email to Committee regarding PD expert report (.2); emails to D. Scott regarding plan discovery (.4); emails with A. Madison regarding PD expert report (.2). |
| 03/17/09 | MIK | 2.30 | 943.00 | Review property damage expert report (.8); review Libby expert reports (.5); review pro forma financials (1.0). |
| 03/18/09 | JMS | 0.50 | 242.50 | Emails regarding protective order. |
| 03/18/09 | MIK | 5.50 | 2,255.00 | Review criminal trial docket (5.5). |
| 03/19/09 | JMS | 1.20 | 582.00 | Telephone conference with A. Madian regarding PD expert report and analysis of same. |
| 03/19/09 | MIK | 6.00 | 2,460.00 | Review criminal proceeding docket entries (1.0); review confirmation-related pleadings (5.0). |
| 03/20/09 | MIK | 3.90 | 1,599.00 | Review expert reports (3.9). |
| 03/23/09 | JMS | 0.20 | 97.00 | Telephone conference with D. Speights regarding Finke deposition. |
| 03/23/09 | JMS | 1.30 | 630.50 | Analysis of plan voting issues. |
| 03/23/09 | JS | 0.10 | 19.00 | Review docket and exhibits to disclosure statement and email J. Sakalo copies of ZAI and PI trust disbursement agreement procedures. |
| 03/25/09 | JMS | 0.80 | 388.00 | Emails with S. Arnold regarding financial presentation and analysis of same. |
| 03/26/09 | JMS | 0.70 | 339.50 | Telephone conference from D. Rosendorf regarding plan voting questions (.4); review deposition schedule for confirmation issues (.3). |
| 03/27/09 | SLB | 0.70 | 472.50 | Attention to issues concerning deposition of R. Finke (.4); interoffice conference with J. Sakalo regarding same (.1); interoffice conference with M. Kramer regarding confirmation issues (.2). |
| 03/27/09 | JMS | 0.80 | 388.00 | Review email exchange regarding Finke discovery (.3); emails with D. Rosendorf regarding same (.3); review Grace's objection Finke deposition (.2) |
| 03/29/09 | JMS | 0.30 | 145.50 | Telephone conference with M. Kramer regarding Finke deposition. |
| 03/30/09 | JMS | 0.40 | 194.00 | Emails with M. Kramer regarding Finke deposition. |
| 03/30/09 | MIK | 9.30 | 3,813.00 | Attend Finke deposition (9.3). |
| 03/31/09 | SLB | 2.30 | 1,552.50 | Attention to memo regarding deposition of R. Finke and telephone conference with M. Kramer regarding same (.5); email from and to D. Speights and interoffice conference with J. Sakalo regarding Finke deposition and 4/1 hearing (.4); review amended requests from Grace and email to committee regarding same (.4); telephone conference with D. Speights and J. Kozyak regarding ZAI settlement (.8); attention to Arrowood objection to Finke deposition (.2). |
| 03/31/09 | JMS | 2.00 | 970.00 | Emails regarding ZAI settlement (.3); telephone conference with S. Baena and M. Kramer regarding Finke deposition (.4); telephone conference with D. Speights regarding same (.7); conference with S. Baena regarding amended discovery of PD committee (.3); email from S. Arnold regarding financial advisors presentation (.3). |

**PROFESSIONAL SERVICES**                                                                 **$37,126.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 12.70 | $675.00 | $8,572.50 |
| Kramer, Matthew I | 29.40 | $410.00 | $12,054.00 |
| Sakalo, Jay M | 24.80 | $485.00 | $12,028.00 |
| Schubauer, David | 12.50 | $350.00 | $4,375.00 |
| Snyder, Jeffrey I | 0.20 | $295.00 | $59.00 |
| Slanker, Jeffrey | 0.20 | $190.00 | $38.00 |
| *TOTAL* | *79.80* | | *$37,126.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                 $37,126.50

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 03/13/09 | LMF | 0.30 | 61.50 | Review of invoice from LECG and Hamilton Rabinovitz for filing. |
| 03/16/09 | LMF | 0.60 | 123.00 | Attend to reimbursement to professionals for fees incurred. |
| 03/18/09 | LMF | 0.60 | 123.00 | Prepare notice and summary for Hamilton Rabinovitz's February fees and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                 **$307.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.50 | $205.00 | $307.50 |
| *TOTAL* | *1.50* | | *$307.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$307.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17905**

RE: 38 - ZAI Science Trial

| | | | | |
|---|---|---|---|---|
| 02/23/09 | SR | 0.90 | 171.00 | Attend to project per W.Polit regarding discovery. |
| 03/01/09 | SR | 0.40 | 76.00 | Research regarding ZAI settlement motion. |
| 03/05/09 | SR | 0.80 | 152.00 | Attention to research . |
| 03/11/09 | WP | 0.50 | 112.50 | Compile documents in preparation for discovery response. |
| 03/18/09 | SLB | 0.50 | 337.50 | Attention to Anderson limited objection to ZAI settlement and email to D. Speights regarding same (.5). |
| 03/20/09 | LMF | 0.50 | 102.50 | Various telephone calls with Rust Consulting regarding ZAI claimants excluded from class action and interoffice conference with J. Sakalo regarding same. |
| 03/20/09 | JMS | 0.40 | 194.00 | Attention to opt-out issues. |
| 03/22/09 | JMS | 0.20 | 97.00 | Email to D. Scott and E. Westbrook regarding opt-outs. |
| 03/23/09 | LMF | 0.80 | 164.00 | Follow up with Rust Consulting regarding notices of ZAI opt outs; (.2); compile all notice and work with assistant on preparing spreadsheet for same (.6). |
| 03/23/09 | JMS | 1.40 | 679.00 | Review ZAI response filed by pro se claimant (.2); emails and telephone conference with H. Mier regarding copies of ZAI opt-outs (.4); conference with L. Flores regarding spreadsheet regarding same (.3); analyze spreadsheets by J. Slanker (.5). |
| 03/23/09 | JS | 3.70 | 703.00 | Review requests for exclusion of ZAI claimants and prepare chart detailing all creditors withdrawing claims (3.0); cross-reference list of ZAI claimants requesting exclusion with those already contacted and update chart (.7) |
| 03/26/09 | SLB | 1.20 | 810.00 | Attention to ZAI opt out list and email to and from J. Sakalo (.3); review supplemental memorandum and exhibits regarding limited objection to approval of ZAI settlement (.9). |

PROFESSIONAL SERVICES                                                              $3,598.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.70 | $675.00 | $1,147.50 |
| Sakalo, Jay M | 2.00 | $485.00 | $970.00 |
| Polit, Wendy | 0.50 | $225.00 | $112.50 |
| Flores, Luisa M | 1.30 | $205.00 | $266.50 |
| Rojas, Susana | 2.10 | $190.00 | $399.00 |
| Slanker, Jeffrey | 3.70 | $190.00 | $703.00 |
| *TOTAL* | *11.30* | | *$3,598.50* |

CURRENT BALANCE DUE THIS MATTER                                                    $3,598.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP