# HR&A                                                               INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

April 7, 2009
Invoice No. HRA20090704

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of March, 2009.

### FEES

Francine F. Rabinovitz
1.00 hours @ $ 625 per hour                                          $ 625.00

                                                              **TOTAL DUE:**
                                           __$ 625.00__


*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

MARCH, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 03/17/09 | 1.00 | Read Declaration of Denise Neuman Martin, Grace Property Damage Expert. |
| Total: | 1.00 | |