# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MARCH 1, 2009 THROUGH MARCH 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 6.7 | $ 3,919.50 |
| | | | | | |
| **TOTAL** | | | | **6.7** | **$ 3,919.50** |


## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2009
Invoice No.: 437045
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through March 31, 2009

|  |  |
|---|---|
| Fees | $3,919.50 |
| **Total Fees and Disbursements** | **$3,919.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 437045
April 28, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/04/09 | Jaffe | Reviewing Northeast Area concept design draft (0.8). | 0.8 |
| 03/05/09 | Jaffe | Reviewing, revising draft Northeast Area concept design and email to team regarding same (1.9). | 1.9 |
| 03/16/09 | Jaffe | Reviewing draft Northeast Area design report and emails with team regarding same (0.6). | 0.6 |
| 03/23/09 | Jaffe | Reviewing draft pre-design results report (0.9). | 0.9 |
| 03/26/09 | Jaffe | Reviewing, revising draft landfill area groundwater pre-design report (1.3). | 1.3 |
| 03/27/09 | Jaffe | Reviewing, revising draft landfill area pre-design report and emails with Ms. Johns regarding same (1.2). | 1.2 |
| | | **Total Hours** | **6.7** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 437045
April 28, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 6.7 |

**Total Fees**      $3,919.50

**Total Fees**      $3,919.50
**Total Fees and Disbursements**      $3,919.50



Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

April 28, 2009
Invoice No.: 437045
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**          **$3,919.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 437045
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 53.5 | $ 31,297.50 |
| Anthony D. Mirenda | Partner | Litigation | $605.00 | 0.1 | $      60.50 |
| Jacob N. Polatin | Partner | Real Estate | $585.00 | 3.3 | $   1,930.50 |
| Nicola M. Lemay | Partner | Taxation | $555.00 | 1.2 | $      666.00 |
| Mark A. Barnett | Associate | Business | $410.00 | 0.4 | $      164.00 |
| Adam D. Wade | Associate | Business | $410.00 | 11.7 | $   4,797.00 |
| Courtney Peters-Manning | Associate | Environmental | $345.00 | 35.9 | $ 12,385.50 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **106.1** | **$ 51,301.00** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $    4.81 |
| Photocopying | $  51.60 |
| Color Photocopying | $    7.50 |
| Document Preparation | $    1.08 |
|  |  |
| **TOTAL** | **$  64.99** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2009
Invoice No.: 437043
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through March 31, 2009

| | |
|---|---:|
| Fees | $51,301.00 |
| Disbursements | 64.99 |
| **Total Fees and Disbursements** | **$51,365.99** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102                                    Invoice No.: 437043
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass                    April 28, 2009
                                                                    Page 2

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 03/02/09 | Jaffe | Team telephone conference and reviewing draft consent decree and scope of work for same (3.2). | 3.2 |
| 03/03/09 | Jaffe | Telephone call with Mr. Campbell (0.3); telephone conference with Mr. Campbell and Mr. Feldman regarding Shaffers (0.8); emails with team regarding special notice and reviewing documents regarding same (0.9). | 2.0 |
| 03/04/09 | Jaffe | Reviewing Ms. Ziegler draft action items and schedule and emails with team regarding same (0.6); emails with Mr. Campbell regarding access agreement and reviewing existing agreement (0.5). | 1.1 |
| 03/05/09 | Peters-Manning | Review materials in preparation for mark-up of Consent Decree and Good Faith Offer letter (3.9); discuss same with S. Jaffe (0.3). | 4.2 |
| 03/05/09 | Jaffe | Telephone call with Mr. Feldman regarding remedial issues (0.3); emails with Ms. Duff and office conference with C. Peters-Manning regarding consent decree mark-up (0.6). | 0.9 |
| 03/06/09 | Peters-Manning | Review site materials in preparation for consent decree mark-up. | 1.7 |
| 03/06/09 | Jaffe | Emails with team regarding deed restrictions, special notice response, and access issues. | 1.4 |
| 03/06/09 | Polatin | Telephone conference with Ms. Johns, review client and title question, and office conference with Ms. Johns regarding title question and chart (1.1). | 1.1 |
| 03/09/09 | Jaffe | Emails with Ms. Duff regarding access issue and reviewing prior agreements (0.5); reviewing Ms. Johns table regarding deed restrictions (0.6); reviewing SHA draft schedule (0.5); reviewing consent decree (0.4). | 2.0 |
| 03/10/09 | Peters-Manning | Review and mark-up draft consent decree. | 3.9 |
| 03/10/09 | Jaffe | Revising Shaffer access agreement and emails with team regarding same (0.7). | 0.7 |
| 03/11/09 | Peters-Manning | Review draft consent decree and prepare mark-up of changes. | 4.0 |
| 03/11/09 | Jaffe | Emails and telephone calls with team and Mr. Feldman regarding Shaffer access issues (1.4); attention to consent decree review (0.6). | 2.0 |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 437043
April 28, 2009
Page 3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/12/09 | Jaffe | Reviewing consent decree, office conference with C. Peters-Manning and telephone call with team regarding same (3.4); emails with team regarding statement of work, schedule, and access (1.1). | 4.5 |
| 03/12/09 | Peters-Manning | Revise consent decree mark-up (1.5); discuss same with S. Jaffe (0.7). | 2.2 |
| 03/13/09 | Peters-Manning | Review consent decree issues and office conference with S. Jaffe regarding same (1.0). | 1.0 |
| 03/13/09 | Jaffe | Reviewing consent decree issues and office conference with C. Peters-Manning regarding same (1.0); emails with team regarding access and institutional controls (0.2). | 1.2 |
| 03/16/09 | Jaffe | Emails with Mr. Feldman and team regarding Shaffers and reviewing brightfields issue (0.7). | 0.7 |
| 03/17/09 | Peters-Manning | Add the Commonwealth to consent decree and revise same based on conference with S. Jaffe (4.8); review comments from Ms. Johns (0.3). | 5.1 |
| 03/17/09 | Jaffe | Reviewing Ms. Johns consent decree comments and emails with Ms. Johns regarding same (0.5). | 0.5 |
| 03/18/09 | Peters-Manning | Meet with S. Jaffe to discuss comments on draft consent decree (1.3); revise draft mark-up of same (0.4). | 1.7 |
| 03/18/09 | Jaffe | Office conference with C. Peters-Manning regarding consent decree, reviewing Ms. Duff mark-up, and emails with team regarding same (1.9); emails with team regarding statement of work (0.4); emails with team and telephone conference with Mr. Green regarding site visit issues (0.9); reviewing solar development issue (0.4). | 3.6 |
| 03/19/09 | Jaffe | Emails with team regarding special notice for mill building and reviewing threat of release issues (0.9); office conference with C. Peters-Manning and reviewing consent decree revisions (1.6); emails with team regarding schedule and meetings (0.4); reviewing brightfields issue and emails with team regarding same (0.8). | 3.7 |
| 03/19/09 | Peters-Manning | Revise consent decree mark-up (2.3); discuss same with S. Jaffe (0.5); emails to Lydia Duff (0.1). | 2.9 |
| 03/20/09 | Peters-Manning | Revise consent decree mark-up (0.5); review W.R. | 1.3 |

Matter No.: 08743.00102                                      Invoice No.: 437043
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass                  April 28, 2009
                                                                        Page 4

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | Grace v. Zotos (0.6); review emails from PRP group (0.2). | |
| 03/20/09 | Jaffe | Final revisions to revised draft consent decree and emails with team regarding same (1.4); emails with team regarding asbestos special notice and reviewing legal issues regarding same (1.1); emails with team regarding brightfields project and deed notice issues (0.6). | 3.1 |
| 03/23/09 | Jaffe | Reviewing EPA letters regarding old mill building removal action, emails and research regarding same (1.6); emails regarding consent decree and schedule (0.4); office conference with A. Wade regarding brightfields (0.5). | 2.5 |
| 03/23/09 | Wade | Meet with S. Jaffe regarding initial structuring questions related to solar installation at Walpole Superfund site (0.5); review proposed aerial photo mockups prepared by Solon (0.6); prepare initial discussion e-mail and list of questions (0.8). | 1.9 |
| 03/24/09 | Lemay | Call with A. Wade regarding stimulus act tax provisions (0.2). | 0.2 |
| 03/24/09 | Peters-Manning | Review draft of consent decree mark-up (0.1). | 0.1 |
| 03/24/09 | Barnett | Meeting with A. Wade regarding brightfields project; telephone conference with S. Jaffe regarding same (0.2). | 0.2 |
| 03/24/09 | Wade | Continue drafting summary of project structure and incentives and review of same (3.2). | 3.2 |
| 03/24/09 | Jaffe | Team telephone conference regarding response to EPA on removal action, emails with team, and reviewing, revising draft letter regarding same (2.4); reviewing draft statement of work (0.7); email from SHA and email with A. Wade regarding brightfields issue (0.3). | 3.4 |
| 03/25/09 | Mirenda | Telephone call with S. Jaffe regarding collateral/security issue (0.1). | 0.1 |
| 03/25/09 | Wade | Continue structuring analysis and revision to initial summary of photovoltaics structure and phone calls with M.B. Gentleman (0.3); telephone conference with S. Jaffe regarding brightfields (0.2). | 0.5 |
| 03/25/09 | Peters-Manning | Discuss asbestos research issues with S. Jaffe (0.2). | 0.2 |
| 03/25/09 | Jaffe | Site visit (3.2); office conference with C. Peters- | 5.9 |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 437043
April 28, 2009
Page 5

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | Manning regarding removal action legal issues (0.2); finalizing letter to EPA regarding removal (0.4); reviewing statement of work draft (1.3); emails with Mr. Feldman (0.2); telephone call with A. Wade regarding brightfields (0.2); attention to Shaffer asset issue and telephone call with A. Mirenda regarding same (0.4). | |
| 03/26/09 | Wade | E-mails to M.B. Gentleman regarding net metering rules and review Brockton Brightfields financing structure and program published by DOE and EPA at time of construction (2.0). | 2.0 |
| 03/26/09 | Peters-Manning | Research former owner liability/time of disposal issue (3.3); review Sutton Brook consent decree mark-up (0.2) ; emails regarding same with S. Jaffe (0.1). | 3.6 |
| 03/26/09 | Jaffe | Reviewing SHA revised draft statement of work and emails with team regarding same (1.8); emails with team regarding Cosmec and Shaffers (0.5). | 2.3 |
| 03/27/09 | Wade | Complete revisions to summary of structuring concerns and office conference with M. Barnett and M.B. Gentleman regarding same (1.9). | 1.9 |
| 03/27/09 | Lemay | Review and revise memorandum regarding estimated cost of project with incentives and e-mails to and from A. Wade regarding same (0.8). | 0.8 |
| 03/27/09 | Peters-Manning | Research asbestos disposal issues (0.8). | 0.8 |
| 03/27/09 | Jaffe | Telephone conference regarding statement of work and reviewing statement of work for same (1.9); telephone call with and email from A. Wade regarding brightfields project (0.4); emails with Mr. Campbell and Mr. Feldman regarding Cosmec (0.7). | 3.0 |
| 03/27/09 | Barnett | A. Wade conference regarding solar economics (0.2). | 0.2 |
| 03/30/09 | Jaffe | Reviewing, revising A. Wade memorandum regarding brightfields and telephone call and email with A. Wade regarding same (1.1); reviewing consent decree for 3/31 call and preparation for drafting special notice response (1.6). | 2.7 |
| 03/30/09 | Polatin | Review Shaffer rights on client (1.3). | 1.3 |
| 03/30/09 | Wade | Review and respond to comments from S. Jaffe regarding possible project structures for solar photovoltaics at the Shaffer site (1.0). | 1.0 |

Matter No.: 08743.00102                                      Invoice No.: 437043
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          April 28, 2009
                                                                      Page 6

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 03/31/09 | Wade | Correspondence with S. Jaffe and M. Barnett regarding draft summary of solar installations at site (0.5); revisions per M. Barnett and confirmation of tax items with N. Lemay (0.7). | 1.2 |
| 03/31/09 | Polatin | Review title and chart prepared by Ms. Johns (0.9). | 0.9 |
| 03/31/09 | Lemay | Discussions with A. Wade regarding federal grant tax issues (0.2). | 0.2 |
| 03/31/09 | Peters-Manning | Participate in conference call regarding consent decree mark-up (2.2); modify consent decree mark-up (0.8); review PRP settlement (0.2). | 3.2 |
| 03/31/09 | Jaffe | Team conference call regarding consent decree, preparing for same, and emails with team regarding same (2.6); reviewing, revising memorandum regarding brightfields and emails with A. Wade regarding same (0.5). | 3.1 |

**Total Hours**    **106.1**

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 437043
April 28, 2009
Page 7

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Mirenda | 0.1 |
| Wade | 11.7 |
| Peters-Manning | 35.9 |
| Polatin | 3.3 |
| Barnett | 0.4 |
| Lemay | 1.2 |
| Jaffe | 53.5 |

**Total Fees**                    **$51,301.00**

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 03/31/09 | Telephone | 4.81 |
| 03/31/09 | In-House Photocopying | 51.60 |
| 03/31/09 | In-House Color Photocopying | 7.50 |
| 03/31/09 | Document Preparation | 1.08 |

**Total Disbursements**                    **$64.99**

| | |
|---|---|
| **Total Fees** | **$51,301.00** |
| **Total Disbursements** | **64.99** |
| **Total Fees and Disbursements** | **$51,365.99** |

To ensure proper credit to your account,
please include remittance page with your payment.



## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2009
Invoice No.: 437043
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$51,365.99**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 437043
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company