UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u> | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF DEPOSITION OF JEFFREY POSNER

PLEASE TAKE NOTICE that on Wednesday, May 6, 2009 at 9:00 a.m., Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica di Sicurta, and possibly other related insurance companies (collectively, "FFIC") through their undersigned counsel, will take the deposition upon oral examination of Jeffrey Posner, pursuant to Federal Rules of Bankruptcy Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014. The deposition will take place at the offices of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Suite 1200, Washington, D.C. 20005 (or such other location as mutually agreed upon by the parties) and shall continue from day to day until concluded. The deposition shall be taken by stenographic means. You are invited to attend and participate.

PLEASE TAKE FURTHER NOTICE that FFIC reserves the right to notice such other and further depositions as may be necessary in these proceedings.

Dated: April 28, 2009                                 STEVENS & LEE, P.C.

                                                                        */s/ John D. Demmy.*
                                                                        John D. Demmy (DE Bar No. 2802)
                                                                        1105 North Market Street, 7th Floor
                                                                        Wilmington, DE 19801
                                                                        Telephone: (302) 425-3308
                                                                        Telecopier: (610) 371-8515
                                                                        Email: jdd@stevenslee.com

SL1 919520v1/021630.00003

and

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email:  lpg@stevenslee.com
Email:  mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND
INSURANCE COMPANY AND ALLIANZ
S.p.A., f/k/a RIUNIONE ADRIATICA DI
SICURTA

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of April 2009, true and correct copies of the foregoing *NOTICE OF DEPOSITION OF JEFFREY POSNER* was served by electronic mail on:

Janet S. Baer (jbaer@jsbpc.com)
Lisa G. Esayian (lesayian@kirkland.com)
Barbara Harding (bharding@kirkland.com)

    */s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)

SL1 919520v1/021630.00003