UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u> | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## <u>NOTICE OF DEPOSITION OF DAVID AUSTERN</u>

PLEASE TAKE NOTICE that on Friday, May 15, 2009 at 9:00 a.m.,

Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica di Sicurta,

and possibly other related insurance companies (collectively, "FFIC") through their

undersigned counsel, will take the deposition upon oral examination of David Austern,

pursuant to Federal Rules of Bankruptcy Procedure 30, applicable to this proceeding by

Federal Rules of Bankruptcy Procedure 7030 and 9014.  The deposition will take place at

the offices of Orrick, Herrington & Sutcliffe LLP, Columbia Center, 1152 Fifteenth Street,

N.W., Washington, D.C. 20005 (or such other location as mutually agreed upon by the

parties) and shall continue from day to day until concluded. The deposition shall be taken

by stenographic means.  You are invited to attend and participate.

PLEASE TAKE FURTHER NOTICE that FFIC reserves the right to notice

such other and further depositions as may be necessary in these proceedings.

Dated: April 28, 2009

STEVENS & LEE, P.C.

_/s/ John D. Demmy._
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone:  (302) 425-3308
Telecopier:  (610) 371-8515
Email:  jdd@stevenslee.com

and

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email:  lpg@stevenslee.com
Email:  mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND
INSURANCE COMPANY AND ALLIANZ
S.p.A., f/k/a RIUNIONE ADRIATICA DI
SICURTA

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 28th day of April 2009, true and correct copies of the foregoing *NOTICE OF DEPOSITION OF DAVID AUSTERN* was served by electronic mail on:

Jonathan Guy (jguy@orrick.com)
Debra L. Felder (dfelder@orrick.com)
John C. Phillips, Jr. (jcp@pgslaw.com)

*/s/ John D. Demmy.*

John D. Demmy (DE Bar No. 2802)