IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Docket No. 21420 |

-----------------------------------------------------------x

### JOINDER OF CONTINENTAL CASUALTY COMPANY TO NOTICE OF DEPOSITION OF JEFFREY POSNER

Continental Casualty Company hereby joins the Notice of Deposition of Jeffrey Posner filed by Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company, and Allstate Insurance Company (Docket No. 21420).

*Remainder of page left intentionally blank*

LIBA/1992347.1

Dated: April 28, 2009

        Respectfully Submitted,

        ROSENTHAL, MONHAIT, & GODDESS, P.A.

        */s/*

        Edward B. Rosenthal (Del. Bar No. 3131)
        919 Market Street, Suite 1401
        Wilmington, Delaware 19899-1070
        (302) 656-4433

        -and-

        GOODWIN PROCTER LLP
        Daniel M. Glosband (pro hac vice)
        Brian H. Mukherjee (pro hac vice)
        Exchange Place
        Boston, MA 02109
        (617) 570-1930

        -and-

        FORD MARRIN ESPOSITO WITMEYER
        & GLESER, L.L.P.
        Elizabeth DeCristofaro (pro hac vice)
        Wall Street Plaza, 23rd Floor
        New York, New York 10005-1875
        (212) 269-4900

        *Counsel for Continental Casualty Company*