## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 27th day of April, 2009, that a copy of the foregoing *Joinder of Continental Casualty Company to Notice of Deposition of Jeffrey Posner* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** in the by first class, prepaid postage mail to the individuals on the attached service list.

_____
Edward B. Rosenthal (Bar No. 3131)

Robert J. Dehney
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Mary Beth Forshaw
Elisa Alcabes
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

James S. Yoder
White and Williams, LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, De 19899

Stefano Calogero
Andrew K. Craig
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

Mark D. Collins
Robert J. Stearn, Jr.
Cory D. Kandestin
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

Jeffrey R. Waxman
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

David P. Primack
Warren T. Pratt
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Teresa K. D. Currier
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Adam G. Landis
Kerri K. Mumford
Richard S. Cobb
James S. Green
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

David M. Fournier
Evelyn J. Meltzer
James C. Carigan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

John D. Demmy
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Steven M. Yoder
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Vito I DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
Wilmington, DE 19801

David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Michael R. Lastowski
Richard Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Marla R. Eskin
Mark T. Hurford
Campbell & Levin, LLC
800 King Street, Suite 300
Wilmington, DE 19801

R. Karl Hill
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Katherine L. Mayer
Daniel M. Silver
McCarter & English
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801

Kathleen M. Miller
Etta R. Wolfe
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

Ian Connor Bifferato
Garvan F. McDaniel
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Michael E. Yurkewicz
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Thomas G. Macauley
Virginia Whitehill Guldi
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Ira M. Levee
Michael S. Etkin
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068

Mark D. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Janet S. Baer
The Law Offices of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

Kirkland & Ellis LLP
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

Scott L. Baena
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019

Alan B. Rich
Law Office of Alan B. Rich
One Main Place
1201 Main Street, Suite 1910
LB 75202
Dallas, TX 75202

David Pastor
Gilman & Pastor, LLP
225 Frankline Street, Suite 1500
Boston, MA 02110

Joseph H. Meltzer
Katherine Bornstein
Schiffin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Craig Goldblatt
Nancy L. Manzer
Wilmier Cutler Pickering Hale and Dorr
LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Steve A. Pierce
Fulbright & Jaworski LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Toby L. Gerber
Fulbright & Jaworski LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 78201

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005

Edward J. Longosz
Laura G. Stover
Exkert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

Tancred Schiavoni
Gary Svirsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

William P. Shelley
Jacob C. Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Carl J. Pernicone
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10019

Michael F. Brown
Jeffrey M. Boerger
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Jonathan W. Young
Jeff Chang
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606

Alexander Mueller
Thomas J. Quinn
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019

William S. Katchen
Duane Morris LLP
744 Broad Street, suite 1200
Newark, NJ 07102-3889

Deborah B. Waldmeir
Assistant Attorney General
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202

Richard A. Ifft
Karalee C. Morell
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

Robert J. Sidman
Tiffany Strelow Cobb
Vorys Sater Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

Robert S. Hertzberg
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Daniel C. Cohn
Christopher M. Candon
Cohn Whithsell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Edward C. Toole, Jr.
Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

James Sottile
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036

Leonard P. Goldberger
Marnie E. Simon
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

John S. Spadaro
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707