**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


April 26, 2009

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    11668

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/2/2009 | WHS | detailed review of FR Bilzin 30Q 7-9.08 | 0.20 | 59.00 |
|  | JAW | detailed review of K&E December 2008 fee application (7.9) | 7.90 | 1,185.00 |
|  | MW | Update database with Alan Rich's 5th monthly fee application | 0.10 | 4.50 |
|  | MW | File with court and serve on parties the final report of Bilzin for the 30th interim period | 0.30 | 13.50 |
| 3/3/2009 | WHS | receive and review agenda | 0.10 | 29.50 |
|  | MW | Update Database with Phillips, Goldman & Spence Fee E-Detail. | 0.10 | 4.50 |
|  | MW | Update Database with Summaries from J. Wehrmann re Orrick, Caplin Drysdale and Reed Smith December Fee Applications. | 0.30 | 13.50 |
|  | MW | Update Database with Kramer 89th Monthly Application and BIR 87th Monthly Application | 0.20 | 9.00 |
|  | MW | Update Database, file with court and serve 30th interim final report re: Bilzin Sumberg | 0.30 | 13.50 |

214 698-3868

W.R. Grace & Co.                                                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/4/2009 | JBA | telephone conference with L. Hamm re: 30th Interim Project Category Spreadsheet | 0.40 | 18.00 |
|  | LMH | telephone conference re: per period category spreadsheet. | 0.10 | 15.00 |
|  | MW | Update database with monthly invoices re: Foley Hoag, Orrick, Tre Angeli, Piper Jaffray, Towers Perrin. | 0.50 | 22.50 |
| 3/5/2009 | MW | Update database with Phillips Goldman October-December 2008 Interim Fee Application (.1), 89th Kramer Monthly Fee Application (.1), Woodcock October-December 2008 Interim Fee Application (.1), Duane Morris October-December Interim Fee Application (.1), Buchanan Monthly fee application for January 2009(.1), 30th Interim responses re: Orrick(.1), Confer with John Lord re: W.R. Grace January Fee Application (.1) | 0.70 | 31.50 |
|  | LMH | telephone conference re: category spreadsheet for thirtieth interim period applications. | 0.10 | 15.00 |
|  | MW | Update database with KPMG January monthly fee application, Goldin combined Polsinelli December and January Monthly fee application (.2), Conner Winters Interim Fee Application for 7/08-11/08 (.1), Lain Faulkner January Monthly fee application (.2), Morrison Foerster's January Monthly fee application (.1), Ogilvy January monthly fee application (.2), Quinn 7/08-10/08 Interim Fee Application (.2), Blank Rome 7/31/08-10/31/08 Interim Fee Application (.2). | 1.20 | 54.00 |
|  | MW | Update database with 94th Monthly Application of Stroock | 0.10 | 4.50 |
|  | LMH | receive and review e-mail re: per period category spreadsheet. | 0.10 | 15.00 |
|  | BSR | telephone conference with Lisa Hamm re preparation of project category spreadsheet for 30th interim period (.1); compile information for Lisa's use in preparing spreadsheet (.2) | 0.30 | 78.00 |
|  | BSR | receive and review additional travel expense information sent by Orrick | 1.00 | 260.00 |
|  | BSR | draft initial report re Orrick for the 30th interim period | 1.00 | 260.00 |

W.R. Grace & Co.                                                                                                               Page     3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/5/2009 | BSR | draft e-mails to Melanie White checking on status of various final reports | 0.40 | 104.00 |
|  | BSR | draft e-mails to various applicants inquiring as to status of responses to initial reports | 0.30 | 78.00 |
| 3/6/2009 | DTW | Review and revise Orrick 30th initial report (.1); continue reviewing Lazard expenses (1.0). | 1.10 | 181.50 |
|  | WHS | detailed review of FR Off Asb Comm 30Q 7-9.08 | 0.30 | 88.50 |
|  | WHS | detailed review of FR Capstone 30Q 7-9.08. | 0.20 | 59.00 |
|  | WHS | detailed review of FR Buchanan 30Q 7-9.08 | 0.30 | 88.50 |
|  | BSR | draft final report re K&E for the 30th interim period | 2.20 | 572.00 |
|  | BSR | receive and review K&E's response to initial report for the 30th interim period and edit same for inclusion in final report | 1.70 | 442.00 |
|  | BSR | draft e-mails to various applicants concerning final reports for their firms for the 30th interim period | 0.30 | 78.00 |
|  | MW | Receive and forward 30th interim Capstone final report for approval by Warren Smith | 0.10 | 4.50 |
|  | MW | Review information re 30th interim final report of Warren H. Smith & Associates and draft same | 3.00 | 375.00 |
|  | MW | Receive and forward 30th interim Official Committee Asbestos final report for approval by Warren Smith | 0.10 | 4.50 |
|  | MW | Receive and forward 30th interim Buchanan final report for approval by Warren Smith | 0.10 | 4.50 |
|  | MW | Update Database with January Monthly fee application for Bilzin, HR&A & FJP. | 0.30 | 13.50 |
|  | MW | Court filing and serve on parties final reports of Buchanan, Ingersoll and final report of Official Committee of Asbestos Claimants. | 0.60 | 27.00 |

W.R. Grace & Co.                          Page     4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/6/2009 | MW | Court Filing and serve on parties final report of Capstone Advisory Group for the 30th interim period | 0.30 | 13.50 |
| 3/8/2009 | BSR | draft final report re Kirkland & Ellis for the 30th interim period | 1.50 | 390.00 |
| 3/9/2009 | JBA | receive and review telephone call from The Blackstone Group re: Lodging expenses and response (.1), telephone conference w/ B. Ruhlandre re: same (.1) | 0.20 | 9.00 |
| | MW | Forward 30th Interim final report re: Kirkland & Ellis to Warren Smith for final approval; update database re same. | 0.10 | 4.50 |
| | MW | Update database with Orrick's 30th Initial Report; serve same on parties | 0.30 | 13.50 |
| | MW | File with the court, update database and serve parties with final report of Kirkland & Ellis re: 30th Interim. | 0.40 | 18.00 |
| | WHS | detailed review of FR KE 30Q 7-9.08 | 0.30 | 88.50 |
| | MW | Update database with PriceWaterhouseCoopers December 2008 Certificate of No Objection. | 0.10 | 4.50 |
| | LMH | draft e-mail re: confirmation of applications filed for the 30th interim period to be added to category spreadsheet. | 0.10 | 15.00 |
| 3/10/2009 | MW | Update database with January monthly applications for Ferry, Joseph & Pearce, Hamilton (.2), Rabinovitz & Alschuler (.1), Bilzin Sumberg Price & Axelrod (.1), Day Pitney (.1), Reed Smith (.1), Anderson Kill & Olick (.1), Caplin Drysdale (.1), Charter Oak (.1), Campbell & Levine (.1). | 1.00 | 45.00 |
| | MW | Update database with BMC's responses to 30th Interim Fee Auditor's Report (.1), Duane Morris' responses to 30th Interim Fee Auditor's Report (.1), Duane Morris's 30th Quarterly Interim Fee Application and revised responses to fee auditor's report (.3), Stroock Stroock & Lavan's 31st Interim fee application (.2). | 0.70 | 31.50 |
| | MW | Update database with K&E's responses to fee auditor's initial report, Interim fee application of BMC group for 07.08-9.30.08. | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                                     Page     5

|            |     |                                                                                                                                                                                                                                       | Hours | Amount |
|------------|-----|-----|-----|-----|
| 3/11/2009  | MW  | Detailed review of invoices, time entries and billed expenses re: 30th Interim fee application of Warren H. Smith & Associates (2.0); revise duplicative time entries and begin draft of 30th Quarter fee application (4.7); confer with J. Allgood and Warren Smith re same (.1). | 6.80  | 850.00 |
|            | MW  | Update database with Kramer Levin CNO re: 27th quarterly interim fee application. | 0.10  | 4.50   |
| 3/12/2009  | BSR | draft final report re BMC Group for the 30th interim period | 0.30 | 78.00 |
|            | BSR | detailed review of BMC's 30th interim fee application | 0.10 | 26.00 |
|            | BSR | draft final report re Duane Morris for the 30th interim period | 0.40 | 104.00 |
|            | MW  | Review, revise and draft 30th Interim fee application of Warren H. Smith & Associates; send same to Warren Smith for final approval. | 3.60 | 450.00 |
|            | MW  | Detailed review of fees re: 31st interim fee application of Warren H. Smith & Associates; revise same and begin draft of fee application. | 5.00 | 625.00 |
|            | BSR | receive and review Blackstone's response to initial report (30th); research hotel information on hotels listed in response | 0.20 | 52.00 |
|            | BSR | receive and review Duane Morris' 30th interim fee application | 0.20 | 52.00 |
| 3/13/2009  | MW  | Draft CNO re WHSA December monthly fee application. | 0.30 | 37.50 |
|            | MW  | Confer with B. Ruhlander re: Orrick Initial Report. | 0.10 | 4.50 |
|            | MW  | receive, review, and forward final report of Duane Morris and of BMC to Warren for final approval; update database re same. | 0.20 | 9.00 |
|            | MW  | Update database with K&E's January monthly invoice. | 0.10 | 4.50 |
|            | MW  | Electronic filing with court of CNO re: Warren H. Smith & Associates; serve parties with same. | 0.30 | 13.50 |

W.R. Grace & Co.          Page    6

| Date | | Description | **Hours** | **Amount** |
|---|---|---|---|---|
| 3/13/2009 | MW | Review, revise and draft final version of Warren H. Smith's 31st Interim Fee Application; forward same to Warren Smith for review. | 3.00 | 375.00 |
| | BSR | draft e-mail to Orrick re initial report (30th) | 0.10 | 26.00 |
| 3/14/2009 | WHS | detailed review of FR BMC 30Q 7-9.08 | 0.10 | 29.50 |
| | WHS | detailed review of our app for 30th period | 0.40 | 118.00 |
| | WHS | detailed review of our 31st fee app | 0.50 | 147.50 |
| | WHS | detailed review of FR Duane Morris 30Q 7-9.08 | 0.20 | 59.00 |
| 3/15/2009 | MW | Electronic filing with court of final reports re: BMC, Duane Morris, 30th interim fee application of Warren H. Smith & Associates and 31st interim fee application of Warren H. Smith & Associates; serve all parties with same. | 1.20 | 54.00 |
| | BSR | draft omnibus final report for the 30th interim period | 0.50 | 130.00 |
| | BSR | draft e-mail to applicants regarding their final reports for the 30th interim period | 0.20 | 52.00 |
| 3/16/2009 | MW | Update database with Legal Analysis January Monthly Fee Application. | 0.10 | 4.50 |
| | MW | Update database with Omnibus 30th Final Report, January monthly application of Casner Edward, Woodcock Washburn January fee application, Ogilvy's February Fee Application & e-detail, Certificates of No Objection for Phillips, Goldman & Spence for July through September, December and January's Fee Applications and Orrick's responses to 30th Initial Report | 1.10 | 49.50 |
| | MW | Confer with B. Ruhlander re Orrick's responses to 30th initial report. | 0.10 | 4.50 |
| | MW | Receive and forward 30th Interim Final Report to Warren Smith for review; update database re same. | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                   Page   7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/16/2009 | BSR | draft fee and expense recommendation exhibit for fee order (30th int.) | 1.00 | 260.00 |
|  | BSR | draft omnibus final report for the 30th interim period | 3.40 | 884.00 |
| 3/17/2009 | BSR | draft fee and expense recommendation chart for the 30th interim fee order (2.3); draft email to Lynzy Oberholzer re same (.2) | 2.50 | 650.00 |
|  | BSR | research docket for recent case developments (.2); review order approving disclosure statement and setting dates (.2); draft email to Warren Smith re same (.1) | 0.50 | 130.00 |
|  | LMH | receive and review second e-mail re: 30th interim period spreadsheet with fee and expense recommendations. | 0.10 | 15.00 |
|  | LMH | receive and review e-mail from L. Oberholzer, Pachulski, re: 30th interim period spreadsheet with fee and expense recommendations. | 0.10 | 15.00 |
|  | LMH | receive and review e-mail re: 30th interim period spreadsheet with fee and expense recommendations. | 0.10 | 15.00 |
|  | WHS | detailed review of omnibus final report 30Q 5-7.08 | 0.30 | 88.50 |
| 3/20/2009 | BSR | receive and review of Orrick's response to initial report for the 30th interim period (including research of air fares listed) | 0.40 | 104.00 |
|  | BSR | draft initial report re Orrick for the 30th interim period | 0.70 | 182.00 |
|  | LMH | draft category spreadsheet for thirtieth interim period. | 4.10 | 615.00 |
|  | LMH | telephone conference re: discrepancies in category spreadsheet. | 0.10 | 15.00 |
|  | LMH | continue draft category spreadsheet for the thirtieth interim period. | 2.60 | 390.00 |
| 3/21/2009 | MW | File with the court and serve parties with Omnibus final report for 30th interim period. | 0.30 | 13.50 |

W.R. Grace & Co.	Page 8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/21/2009 | LMH | Revise category spreadsheet for the thirtieth interim period. | 8.50 | 1,275.00 |
| 3/22/2009 | LMH | telephone conference re: flat fee professionals and reporting fees versus hours in the cumulative category spreadsheet. | 0.20 | 30.00 |
|  | LMH | Additions to draft category spreadsheet for the thirtieth interim period. | 4.20 | 630.00 |
| 3/23/2009 | LMH | receive, review, and respond to e-mail re: category spreadsheet for the 30th interim period. | 0.10 | 15.00 |
|  | MW | Edit and revise category spreadsheet; confer re same with Lisa Hamm | 0.40 | 18.00 |
|  | MW | Electronic filing with court of Final Report of Orrick for the 30th Interim Period; send same to be served on parties. | 0.30 | 13.50 |
|  | MW | Update database with Orrick's 30th final report; February fee application of Ogilvy, January fee application of Casner & Edwards, Woodcock January fee application, Sullivan's monthly fee applications for October through January '09, Pachulski's January fee application and Nelson Mullings January fee application. | 1.00 | 45.00 |
|  | BSR | telephone conferences (2) with Lisa Hamm re project category spreadsheet (.2); telephone conference with Lynzy Oberholzer of Pachulski re same (.1) | 0.30 | 78.00 |
|  | BSR | draft final report re Orrick for the 30th interim period | 0.30 | 78.00 |
|  | BSR | telephone conference with Jeff Allgood (.1) and Lisa Hamm (.4) re project category spreadsheet | 0.50 | 130.00 |
|  | JBA | telephone conference with B. Ruhlander re: Project Category Spreadsheet and inclusion of flat fee applicants time or actual fees per interim period, effects of same on Final Interim chart | 0.20 | 25.00 |
|  | WHS | detailed review of FR Orrick 30Q 5-7.08 | 0.20 | 59.00 |
| 3/24/2009 | LMH | draft e-mail to L. Oberholzer, Pachulski, re: category spreadsheet for the 30th interim period. | 0.10 | 15.00 |

W.R. Grace & Co.  Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2009 | MW | Update database with Steptoe January and February Monthly Fee Applications and Beveridge & Diamond December Monthly Applications. | 0.30 | 13.50 |
| 3/25/2009 | LMH | receive and review e-mail from L. Oberholzer, Pachulski, re: revised Exhibit A to the draft order for 30th quarter fee applications. | 0.10 | 15.00 |
| | LMH | receive and review e-mail re: revised Exhibit A to the draft order for 30th quarter fee applications. | 0.10 | 15.00 |
| | LMH | receive and review second e-mail from L. Oberholzer, Pachulski, re: revised Exhibit A to the draft order for 30th quarter fee applications. | 0.10 | 15.00 |
| | JAW | detailed review of Stroock October 1, 2008 - December 31, 2008 interim fee application (6.6); draft summary of same (1.1) | 7.70 | 1,155.00 |
| | MW | Update database with CNO's re Kramer & Buchanan and agenda for 4.1.09 hearing; confer with J. Allgood re same | 0.20 | 9.00 |
| | BSR | research docket for any objections to our final reports (.2); respond to email from Jamie O'Neill re same (.1) | 0.30 | 78.00 |
| 3/26/2009 | JAW | detailed review of Caplin October 1, 2008 - December 31, 2008 interim fee application (8.7); draft summary of same (0.1) | 8.80 | 1,320.00 |
| | MW | Update database with PWC's January fee application. | 0.10 | 4.50 |
| | MW | Conference with Court Conference to schedule hearing telephonic appearance. | 0.10 | 4.50 |
| 3/27/2009 | JAW | detailed review of Orrick November 2008 fee application (3.8); draft summary of same (0.1) | 3.90 | 585.00 |
| | MW | Update database with CNO's of Piper, Tillinghast, TreAngeli and Orrick | 0.20 | 9.00 |
| 3/29/2009 | BSR | Draft initial report re Anderson Kill & Olick for the 31st interim period | 0.80 | 208.00 |
| | BSR | Detailed review of Anderson Kill & Olick's 31st interim fee application and monthly fee applications | 1.10 | 286.00 |
| 3/30/2009 | BSR | Draft initial report re Bilzin Sumberg for the 31st interim period | 0.90 | 234.00 |

W.R. Grace & Co. Page 10

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/30/2009 | BSR | Detailed review of Bilzin's 31st interim fee application and monthly fee applications | 1.00 | 260.00 |
| | BSR | Detailed review of Baker Donelson's Oct. and Nov. 2008 monthly fee applications | 0.10 | 26.00 |
| | BSR | Detailed review of David Austern's Nov. and Dec. 2008 monthly fee applications (.1); research docket for October 2008 monthly fee application and review of same (.1) | 0.20 | 52.00 |
| | BSR | Research docket re Beveridge & Diamond's Dec. 2008 monthly fee application and review same (.2); detailed review of Beveridge & Diamond's Oct. and Nov. 2008 monthly fee applications | 0.30 | 78.00 |
| 3/31/2009 | BSR | Detailed review of Charter Oak's 31st interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | Detailed review of Blackstone's Oct. 2008 monthly fee application | 0.20 | 52.00 |
| | BSR | Research docket for last minute filings (and proposed fee order) prior to hearing; draft emails to Warren Smith and Jeff Allgood re same | 0.30 | 78.00 |
| | BSR | Detailed review of Buchanan Ingersoll & Rooney's Oct., Nov. and Dec. 2008 monthly fee applications | 0.60 | 156.00 |
| | BSR | Detailed review of Casner & Edwards 31st interim fee application and monthly fee applications | 0.70 | 182.00 |
| | BSR | Draft initial report re Casner & Edwards for the 31st interim period | 0.30 | 78.00 |
| | MW | Update database with Initial reports re Anderson Kill and Bilzin for 31st interim; serve same on parties. | 0.40 | 18.00 |
| | BSR | Detailed review of Day Pitney's 31st interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | Detailed review of Duane Morris Oct., Nov. and Dec. 2008 | 0.50 | 130.00 |
| | BSR | Detailed review of Deloitte Tax's June through Oct. 2008 monthly fee applications | 0.60 | 156.00 |

W.R. Grace & Co.                                       Page 11

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 3/31/2009 | BSR | Receive and respond to email from Jamie O'Neill with questions concerning fee order | 0.20 | 52.00 |
|  | MW | Prepare hearing binder re 30th Interim Hearing. | 0.80 | 100.00 |
|  | MW | Update database with February applications of BIR, Reed Smith, Stroock, Baer, Kramer Levin, Foley Hoag and Beveridge Diamond. | 0.70 | 31.50 |

**For professional services rendered**         **121.30 $19,604.00**

Additional Charges :

| | Price | |
|---|---|---|
| Pacer Charges for 3/1/09-3/31/09 | 33.28 | 33.28 |

**Total costs**       **$33.28**

**Total amount of this bill**       **$19,637.28**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 29.10 | 260.00 | $7,566.00 |
| Doreen Williams | 1.10 | 165.00 | $181.50 |
| James A. Wehrmann | 28.30 | 150.00 | $4,245.00 |
| Jeff B. Allgood | 0.20 | 125.00 | $25.00 |
| Jeff B. Allgood | 0.60 | 45.00 | $27.00 |
| Lisa M Hamm | 20.90 | 150.00 | $3,135.00 |
| Melanie White | 22.50 | 125.00 | $2,812.50 |
| Melanie White | 15.50 | 45.00 | $697.50 |
| Warren H Smith | 3.10 | 295.00 | $914.50 |