# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2009
MATTER : 0066609-000002
INVOICE : 10199224

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

RE:   ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/12/09 | TC | Reviewed Notice of Settlement /[Nineteenth Claim Settlement Notice Filed by W.R. Grace & Co., et al | .40 |
| 03/16/09 | TC | Reviewed Limited Objection to ZAI Claimants' Motion for Order of Final Approval of the U.S. ZAI Class Settlement, and Motion to Defer and Consolidate with Confirmation Filed by Anderson Memorial Hospital | .30 |
| 03/19/09 | TC | Reviewed 20th claim settlement notice and attached settlement documents | .20 |
| 03/24/09 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Authorizing the Settlement of Asbestos Property Damage Claims Filed By Macerich Fresno Limited Partnership and all attached documents | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|-----------|--------|-------|--------|
| T. Currier | 555.00 | 1.30 | 721.50 |
| TOTALS | | 1.30 | 721.50 |

TOTAL FEES :                    721.50

TOTAL DUE  :                    721.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2009
                                              MATTER :  0066609-000003
                                              INVOICE : 10199225


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

     RE:  BUSINESS OPERATIONS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

03/06/09 TC    Reviewed Debtor-In-Possession Monthly Operating      .70
               Report for Filing Period January 1 - 31, 2009
               Filed by W.R. Grace & Co., et al..


                    T I M E   S U M M A R Y
                    -----------------------

                           RATE    HOURS        TOTALS
                           ----    -----        ------

   T. Currier            555.00     .70         388.50
                 TOTALS             .70         388.50


                    TOTAL FEES :                       388.50


                    TOTAL DUE  :                       388.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   APRIL 17, 2009
                                          MATTER : 0066609-000004
                                          INVOICE : 10199226
```

```
       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

       RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 03/03/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/04/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .90 |
| 03/04/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/05/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .40 |
| 03/05/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/06/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .60 |
| 03/06/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/09/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 17, 2009
                                            MATTER : 0066609-000004
                                            INVOICE : 10199226


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

       RE:  CASE ADMINISTRATION


03/09/09 MNF    Reviewed all ECF filings in the case as part of      .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

03/10/09 TC     Reviewed all ecf filings and forwarded as            .50
                appropriate to team counsel and paralegals

03/10/09 MNF    Reviewed all ECF filings in the case as part of      .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

03/11/09 TC     Reviewed all incoming ecf filings and               .50
                distributed as appropriate to team counsel and
                paralegals

03/11/09 MNF    Reviewed all ECF filings in the case as part of      .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

03/12/09 TC     Reviewed all incoming ecf filings and               .50
                distributed as appropriate to team counsel and
                paralegals

03/12/09 MNF    Reviewed all ECF filings in the case as part of      .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

03/13/09 TC     Reviewed all overnight ecfs and distributed as       .60
                appropriate to team counsel and paralegals

03/13/09 MNF    Reviewed all ECF filings in the case as part of      .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2009
MATTER : 0066609-000004
INVOICE : 10199226

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 03/16/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/17/09 | TC | Reviewed all ecf filings and expert witness lists and distributed same to team counsel and paralegals | .70 |
| 03/17/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/18/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 03/18/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/19/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .40 |
| 03/19/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/20/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⅍ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2009
                                             MATTER :  0066609-000004
                                             INVOICE : 10199226


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

    RE:  CASE ADMINISTRATION


| Date | | Description | Hours |
|------|------|-------------|-------|
| 03/20/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/23/09 | TC | Reviewed all weekend ecf filings and distributed as appropriate to team counsel and paralegals | .20 |
| 03/23/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/24/09 | TC | Reviewed all ecf filings and forwarded as appropriate to team counsel and paralegals | .50 |
| 03/24/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/25/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 03/25/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/26/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 03/27/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .60 |

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :  APRIL 17, 2009
                                            MATTER : 0066609-000004
                                            INVOICE : 10199226


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

    RE:  CASE ADMINISTRATION


03/27/09 MNF   Reviewed all ECF filings in the case as part of        .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates

03/30/09 TC    Reviewed all incoming ecf filings and                  .60
               distributed to team counsel and paralegals

03/30/09 MNF   Reviewed all ECF filings in the case as part of        .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates

03/31/09 TC    Act as clearinghouse function: reviewed all ecf        .50
               filings and distributed as appropriate to team
               counsel and paralegals

03/31/09 TC    Check in with david blabey about rebuttal              .10
               expert reports deadline next week

03/31/09 MNF   Reviewed all ECF filings in the case as part of        .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates



               T I M E   S U M M A R Y
               ------------------------

                           RATE      HOURS          TOTALS
                           ----      -----          ------

   T. Currier             555.00     10.30          5716.50
   M. Flores              190.00     10.00          1900.00
                  TOTALS            20.30           7616.50     ,


            TOTAL FEES :                            7,616.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2009
                                              MATTER :  0066609-000004
                                              INVOICE : 10199226


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

      RE:   CASE ADMINISTRATION



                        TOTAL DUE  :                      7,616.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 17, 2009
                                            MATTER : 0066609-000005
                                            INVOICE : 10199227


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----    -------------------------------                    -----

03/09/09 TC    Reviewed Order Permitting Withdrawl of request        .10
               of ZAI Claimant Wendy MacLean for permission to
               file late claim

03/19/09 TC    Reviewed wrgrace's objection to the proof of          .30
               claim of anderson memorial, and all attached
               documents

03/25/09 TC    Reviewed Supplemental Memorandum of the U.S.          .30
               ZAI Class in Support of Final Approval of the
               U.S. ZAI Class Settlement

03/25/09 TC    Reviewed Reply in Opposition to Anderson              .30
               Memorial's Limited Objection to Zai Claimants'
               Motion for Final Approval of the U.S. Zai Class
               Settlement and Anderson Memorial's Motion to
               Defer and Consolidate with Confirmation Filed
               by W.R. Grace & Co., et al, and motion for
               leave to file such reply


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS         TOTALS
                         ----     -----         ------

    T. Currier          555.00     1.00         555.00
                 TOTALS            1.00         555.00


                    TOTAL FEES :                         555.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2009
MATTER :  0066609-000005
INVOICE : 10199227

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

TOTAL DUE  :                              555.00

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2009
                                              MATTER :  0066609-000006
                                              INVOICE : 10199228


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----   -------------------------------                     -----

03/11/09 TC   Reviewed Motion of Debtors for Entry of an            .50
              Order Approving Stipulations Resolving Proofs
              of Claims of Certain PRP Group/Entities
              Pursuant to the EPA Multi-Site Agreement Filed
              by W.R. Grace & Co., et al


                     T I M E   S U M M A R Y
                     -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

 T. Currier              555.00    .50          277.50
                 TOTALS            .50          277.50


                    TOTAL FEES :               277.50


                    TOTAL DUE  :               277.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS             DATE :   APRIL 17, 2009
                                                 MATTER : 0066609-000008
                                                 INVOICE : 10199229


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

    RE:  EMPLOYEE BENEFITS / PENSION


DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
----   ----   -------------------------------                    -----

03/25/09 TC   Reviewed Motion to Authorize the Implementation      .50
              of the 2009-2011 Long-Term Incentive Plan for
              Key Employees Filed by W.R. Grace & Co., et al
              and all attached materials


              T I M E   S U M M A R Y
              -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

T. Currier              555.00    .50        277.50
               TOTALS             .50        277.50


              TOTAL FEES :                          277.50

              TOTAL DUE  :                          277.50


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   APRIL 17, 2009
                                            MATTER :  0066609-000010
                                            INVOICE : 10199230


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

     RE:  EMPLOYMENT APPLICATIONS, OTHERS


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
 ----  ----   -------------------------------                      -----

03/24/09 TC   Reviewed Application to Employ and Retain Seale        .30
              & Associates, Inc. as Debtors' Financial
              Advisor for the Sale of Their Gas Equipment
              Business

03/24/09 TC   Reviewed Motion to Authorize the Debtors to           .50
              Enter Into a New Employment Agreement to Extend
              the Term of Their Current Chief Executive
              Officer Filed by W.R. Grace & Co., including
              attached documents


                   T I M E   S U M M A R Y
                   -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

   T. Currier            555.00     .80         444.00
                  TOTALS            .80         444.00


              TOTAL FEES :                      444.00


              TOTAL DUE  :                      444.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2009
                                              MATTER :  0066609-000011
                                              INVOICE : 10199231


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

        RE:  FEE APPLICATIONS, APPLICANT


   DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                   HOURS
   ----  ----    -------------------------------                    -----
03/03/09 MNF    E-file and serve 87th monthly fee app of BIR          1.00

03/06/09 MNF    Review docket re: objections to 31st Quarterly         .50
                fee app of BIR; draft CNO re: 31st Quarterly
                fee app of BIR

03/09/09 MNF    E-file and serve CNO re: 31st quarterly fee app        .80
                of BIR

03/18/09 MNF    Review/make edit to prebills for February 2009        .50

03/20/09 MNF    Review and finalize final bills                       .50

03/20/09 MNF    Draft/work on 88h monthly fee app of BIR for         1.50
                February 2009

03/24/09 MNF    Review docket re: objections to 87th monthly          .50
                fee app of BIR; Draft CNO re: same

03/25/09 MNF    E-file and serve CNO re: 87th monthly fee app        .80
                of BIR

03/30/09 MNF    Docketing litigation events in computerized           .50
                docketing system

03/30/09 MNF    E-file and serve 88th monthly fee app of BIR        1.00
                for February 2009
```

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   APRIL 17, 2009
                                              MATTER :  0066609-000011
                                              INVOICE : 10199231


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

     RE:  FEE APPLICATIONS, APPLICANT




               T I M E   S U M M A R Y
               -----------------------

                           RATE     HOURS          TOTALS
                           ----     -----          ------

  M. Flores               190.00     7.60          1444.00
                 TOTALS              7.60          1444.00


                    TOTAL FEES :                          1,444.00


                    TOTAL DUE  :                          1,444.00
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   APRIL 17, 2009
                                            MATTER :  0066609-000012
                                            INVOICE : 10199232
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

     RE:   FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/03/09 | MNF | E-file and serve 89th monthly fee app of Kramer Levin | 1.00 |
| 03/09/09 | TC | Reviewed fee auditor reports with respect to other claimants | .50 |
| 03/10/09 | TC | Reviewed Kramer Levin CNO for filing | .20 |
| 03/10/09 | MNF | Draft CNO re: 27th quarterly fee app of Kramer Levin | .50 |
| 03/11/09 | MNF | E-file and serve CNO re: 27th quarterly fee app of Kramer Levin | .80 |
| 03/24/09 | MNF | Review docket re: objections to 89th monthly fee app of kramer; draft CNO re: 89th monthly fee app of Kramer Levin | .50 |
| 03/25/09 | MNF | E-file and serve CNO re: 89th monthly fee app of Kramer Levin | .80 |
| 03/31/09 | TC | Coordinated with david blabey re filing of kramer levin fee app; briefly reviewed kramer levin fee app | .20 |
| 03/31/09 | MNF | E-file and serve 90th monthly fee app of Kramer Levin for February 2009 | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚫ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2009
                                              MATTER :  0066609-000012
                                              INVOICE : 10199232


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

      RE:   FEE APPLICATIONS, OTHERS




                    T I M E   S U M M A R Y
                    -----------------------

                              RATE    HOURS        TOTALS
                              ----    -----        ------

  T. Currier                 555.00    .90         499.50
  M. Flores                  190.00   4.60         874.00
          .          TOTALS           5.50        1373.50


                        TOTAL FEES :                     1,373.50


                        TOTAL DUE  :                     1,373.50
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   APRIL 17, 2009
                                              MATTER :  0066609-000014
                                              INVOICE : 10199233


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

     RE:  HEARINGS


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----   -------------------------------                    -----

03/26/09 TC   Reviewed Notice of Agenda of Matters Scheduled       .20
              for Hearing Before the Honorable Judith K.
              Fitzgerald Filed by W.R. Grace & Co., et al


                   T I M E   S U M M A R Y
                   ----------------------

                       RATE    HOURS        TOTALS
                       ----    -----        ------

 T. Currier           555.00    .20         111.00
               TOTALS           .20         111.00


                   TOTAL FEES :                     111.00


                   TOTAL DUE  :                     111.00
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS
                                DATE : APRIL 17, 2009
                                MATTER : 0066609-000015
                                INVOICE : 10199234

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/04/09 | TC | Reviewed Motion for Relief from Stay of Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc | .50 |
| 03/04/09 | TC | Reviewed ZAI Claimants' Motion and Memorandum in Support of Motion for FInal Approval of the U.S. ZAI Class Settlement Filed by ZAI Claimants | .70 |
| 03/04/09 | TC | Reviewed Certification of Counsel Regarding Order Dismissing As Moot Anderson Memorial Hospital's Motion For Enlargement Of Time To Serve Discovery | .10 |
| 03/05/09 | TC | Reviewed joint discovery responses at the request of david blabey; commuications with david re approval of same. | .50 |
| 03/16/09 | TC | Reviewed Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order Modifying the Automatic Stay Filed by Continental Casualty Company | .30 |
| 03/23/09 | TC | Reviewed Objection to Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site Filed by W.R. Grace & Co., et al | .30 |
| 03/23/09 | TC | Reviewed Objection to Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site Filed by W.R. Grace & Co., et al | .30 |

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 17, 2009
                                            MATTER :  0066609-000015
                                            INVOICE : 10199234


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

     RE:  LITIGATION AND LITIGATION CONSULTING


03/24/09 TC    Reviewd Reply to Debtors' Objection to the          .20
               Motion of Kaneb Pipe Line Operating
               Partnership, L.P. and Support Terminal
               Services, Inc. for an Order Modifying the
               Automatic Stay Filed by Kaneb Pipe Line
               Operating Partnership, L.P. and Support
               Terminal Services, Inc

03/24/09 TC    Reviewd Kanebs Reply To: (1) Debtors Response       .20
               [Dkt. 20703; Insurance Issues Only, (2) One
               Beacon America Insurance Companys Response
               [Dkt. 20706, and (3) Continental Casualty
               Companys Response To The Motion Of Kaneb Pipe
               Line Operating Partnership, L.P. and Support
               Terminal Services, Inc. for An Order Modifying
               the Automatic Stay Filed by Kaneb Pipe Line
               Operating Partnership, L.P. and Support
               Terminal Services, Inc
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS            TOTALS
                         ----      -----            ------

     T. Currier         555.00      3.10           1720.50
                TOTALS              3.10           1720.50


                    TOTAL FEES :                              1,720.50


                    TOTAL DUE  :                              1,720.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   APRIL 17, 2009
MATTER :   0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/27/09 | TC | Briefly reviewed disclosure statement objection chart and accompanying certification | .40 |
| 02/27/09 | TC | Briefly reviewed amended plan, amended disclosure statement and exhibits | .70 |
| 03/04/09 | TC | Reviewed Amended Proposed Confirmation and Solicitation Procedures for First Amended Joint Plan of Reorganization; calendared/compulawed dates and deadlines | .20 |
| 03/04/09 | TC | Reviewd WR Grace Agenda for Disclosure Statement Hearing March 9, 2009 | .20 |
| 03/09/09 | TC | Reviewed Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief | .20 |
| 03/11/09 | TC | Reviewed amended answers to interrogatories and objections served on us by the scotts company | .40 |
| 03/11/09 | TC | Reviewed amended responses of scott company to discovery requests and requests for production | .60 |
| 03/13/09 | TC | Worked with david blabey on statement re witness lists; worked with paralegal on service lists and service of witness lists today | .50 |
| 03/13/09 | TC | Briefly reviewed and forwarded all wrgrace witness lists pursuant to plan deadline for preliminary witness lists | 1.50 |
| 03/13/09 | TC | Reviewed equity committee reservation of rights; approved same for filing | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   APRIL 17, 2009
MATTER :  0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

RE:  PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 03/13/09 MNF | E-file and serve Reservation of Rights with respect to witnesses to be called during plan confirmation hearing | 1.00 |
| 03/14/09 TC | Received more witness lists; distributed same to team counsel and paralegals | .70 |
| 03/14/09 TC | Reviewed Preliminary Designation of Witnesses to Testify in Connection With Plan Confirmation Filed by Libby Claimants | .10 |
| 03/14/09 TC | Reviewed Preliminary Witness Designation Filed by Federal Insurance Company | .10 |
| 03/14/09 TC | Reviewed Reservation of Rights Regarding Witness Designation for Confirmation Hearing Filed by Alexander M. Sanders, Jr.. | .10 |
| 03/14/09 TC | Reviewed Protective Preliminary Witness Designation of Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company Filed by Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd | .10 |
| 03/14/09 TC | Reviewed Columbia Insurance Company's Preliminary Witness List for Phase I and Phase II of the Confirmation Hearing | .10 |
| 03/16/09 TC | Check in with david blabey about today's filing deadline for expert and supplemental expert reports | .10 |
| 03/16/09 TC | Reviewed Government Employees Insurance Company's Preliminary Witness List for Phase I and Phase II of the Confirmation Hearing | .10 |

# Buchanan Ingersoll &amp; Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 17, 2009
                                            MATTER : 0066609-000016
                                            INVOICE : 10199235


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

      RE:  PLAN AND DISCLOSURE STATEMENT


03/16/09 TC      Reviewed Seaton Insurance Company's Preliminary         .10
                 Witness List for Phase I and Phase II of the
                 Confirmation Hearing

03/16/09 TC      Reviewed Protective Preliminary Witness                 .10
                 Designation of Allstate Insurance Company,
                 Solely as Successor in Interest to Northbrook
                 Excess and Surplus Insurance Company, formerly
                 Northbrook Insurance Company Filed by Allstate
                 Insurance Company, as Successor in Interest to
                 Northbrook Excess and Surplus Insurance
                 Company, formerly Northbrook Insurance Company

03/16/09 TC      Reviewed The Official Committee Of Unsecured            .10
                 Creditors Preliminary Witness Disclosure Filed
                 by Official Committee of Unsecured Creditors

03/16/09 TC      Reviewed State of Montana's Preliminary Witness         .10
                 List

03/16/09 TC      Reviewed Preliminary Witness List Filed by             .10
                 Travelers Casualty and Surety Company

03/16/09 TC      Reviewed Certain Insurers' Motion to Extend            .10
                 Time to File the Expert Witness Report of
                 Professor George L. Priest

03/16/09 TC      Reviewed Protective Preliminary Witness                 .10
                 Designation Filed by AXA Belgium as Sucessor to
                 Royale Belge SA.

03/16/09 TC      Reviewed Hartford's Preliminary Witness                 .10
                 Designation

03/16/09 TC      Reviewed Bank Lender Group's Preliminary                .10
                 Witness Disclosure
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

# Buchanan Ingersoll &. Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2009
MATTER :  0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 03/16/09 TC | Reviewed BNSF Railway CompanyÆs Preliminary Witness List And Reservation Of Rights With Respect To Witnesses To Be Called During The Plan Confirmation Hearing | .10 |
| 03/16/09 TC | Reviewed Preliminary Witness List Of Certain Insurers In Compliance With Second Amended Case Management Order | .10 |
| 03/19/09 TC | Reviewed wrgrace list of witnesses (preliminary) | .10 |
| 03/19/09 TC | Reviewed The Scotts Company LLC's Preliminary Witness List in Connection with the Confirmation Hearing | .10 |
| 03/21/09 TC | Briefly reviewed Notice of Service of the Preliminary Expert Disclosure Statement of Bernd G. Heinze | .20 |
| 03/21/09 TC | Briefly reviewed Debtors' Property Damage Expert Report Filed by W.R. Grace & Co., et al.. and Declaration of Denise Neumann Martin | .30 |
| 03/21/09 TC | Briefly reviewed Expert Witness Report of Mark Peterson Filed by Official Committee of Asbestos Personal Injury Claimants | .40 |
| 03/21/09 TC | Reviewed Certain Insurers' Notice of Filing of Mathis Expert Report Filed by CNA Companies, and briefly reviewed attached Mathis Report | .30 |
| 03/21/09 TC | Reviewed Travelers Casualty and Surety Company's Preliminary Witness List for confirmation | .10 |

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2009
MATTER :  0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| Date | | Description | Hours |
|---|---|---|---|
| 03/23/09 | TC | Reviewed Arrowood's Preliminary Witness Designation for Phase I and Phase II of the Confirmation Hearing | .10 |
| 03/23/09 | TC | Reviewed Objections and Responses to Interrogatories and Requests for Admissions of Debtors by the Official Committee of Property Damage Claimants | .10 |
| 03/23/09 | TC | Coordinated for filing equity committee discovery responses tomorrow; conf with paralegal re same | .20 |
| 03/23/09 | TC | Reviewed Updated Responses to Montana and Shea/Thom discovery; approved same for verification and insertion of my electronic signature, communication with david blabey re same | .40 |
| 03/24/09 | TC | Communications with david blabey about delay in service of responses; about verifications, client approval; coordinated backup filing plans | .20 |
| 03/24/09 | TC | Reviewed response to kirk white interrogatories; minor revisions to same; finalized and served same | .30 |
| 03/24/09 | TC | Reviewed Objections and Responses of the Official Committee of Unsecured Creditors to Debtors Interrogatory and Request for the Production of Documents relating to plan process/confirmation. | .20 |
| 03/24/09 | TC | Finished service, finalized notice of service, filing of same | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⟡ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2009
MATTER : 0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 03/24/09 TC | Reviewed response to kirk white document request; minor revisions to same; finalized and served same | .30 |
| 03/24/09 TC | Reviewed response to mary doney document request; minor revisions to same; finalized and served same | .30 |
| 03/24/09 TC | Reviewed response to mary interrogatories; reviewed verification; minor revisions to same; finalized and served same | .30 |
| 03/24/09 TC | Reviewed notices of service that we will file for libby claimants' discovery responses; revised same, conf with paralegal re same | .50 |
| 03/24/09 TC | Reviewed draft byington responses to be jointly submitted with debtors; reviewed and approved same for insertion of my electronic signature as required by DE law | .30 |
| 03/24/09 TC | Reviewed draft mcc responses to be jointly submitted with debtors; reviewed and approved same for insertion of my electronic signature as required by DE law | .30 |
| 03/24/09 TC | Reviewed cannon discovery responses/objections; approved same; conf with paralegal about e-service of each response separately; communication with david blabey re process; served cannon discovery responses/objections | .30 |
| 03/24/09 TC | Reviewed benefield discovery responses/objections; approved same; conf with paralegal about e-service of each response separately; communication with david blabey re process; served benefield discovery responses/objections | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2009
MATTER : 0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 03/24/09 | TC | Reviewed mcc joint discovery responses for verification, approved for my electronic signature, communications to david blabey re same | .30 |
| 03/24/09 | TC | Revised notice of service agan for six sets of discovery responses; checked plan special service list to make sure libby claimants counsel are specially set forth | .40 |
| 03/24/09 | TC | Contact with david blabey about today's service of discovery | .20 |
| 03/24/09 | MNF | Prepare service and draft NOS re: Discovery Responses; Serve Responses and Objections to Libby Claimants first Request for prod. of docs; E-file NOS re: same | 3.00 |
| 03/25/09 | TC | Reviewed communications from libby claimants regarding yesterday's discovery responses and request for a meet and confer; communicated same to kramer levin | .20 |
| 03/25/09 | TC | Reviewed all discovery notices served by all parties relating to plan discovery | .50 |
| 03/26/09 | TC | Reviewed Debtorsᴁ Objections and Responses to First Request for Production of Documents Propounded By Kirk A. White and Debtorsᴁ Objections and Answers to Kirk A. Whiteᴁs First Set of Interrogatories Directed to Plan Proponents | .40 |

# Buchanan Ingersoll ∧ Rooney pc
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   APRIL 17, 2009
MATTER :  0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

RE:  PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 03/26/09 | TC | Reviewed DebtorsÆ Objections and Responses to First Request for Production of Documents Propounded By Mary A. Doney and DebtorsÆ Objections and Answers to Mary A. DoneyÆs First Set of Interrogatories Directed to Plan Proponents | .20 |
| 03/26/09 | TC | Reviewed Debtors, Official Committee of Asbestos Personal Injury Claimants, Asbestos PI Future ClaimantsÆ Representative, and the Official Committee of Equity Security HoldersÆ Response to Maryland Casualty CompanyÆs First Set of Interrogatories, Requests for Production of Documents and Request for Admission | .20 |
| 03/26/09 | TC | Reviewed responses to BNSF Railway Company's Interrogatories, Requests for Admissions and Requests for Production of Documents | .30 |
| 03/26/09 | TC | Reviewed Debtors, Official Committee of Asbestos PI Claimants and the Asbestos PI Future ClaimantsÆ RepresentativeÆs Response to CNA Companies Second Set of Requests for Documents | .10 |
| 03/26/09 | TC | Reviewed Libby Claimants' Response to Debtors' Requests for the Production of Documents and the corresponding Notice of Service of Discovery | .20 |
| 03/26/09 | TC | Reviewed DebtorsÆ Objections and Responses to First Request for Production of Documents Propounded by Yoko Cannon | .20 |
| 03/26/09 | TC | Reviewed Debtors Response to Vern ByingtonÆs First Request for Production of Documents and First Set of Interrogatories | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   APRIL 17, 2009
                                           MATTER : 0066609-000016
                                           INVOICE : 10199235


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

        RE:  PLAN AND DISCLOSURE STATEMENT


03/26/09 TC    Reviewed Debtors Response to Libby ClaimantsÆ        .20
               First Requests for Admission to Plan Proponents

03/26/09 TC    Reviewed DebtorsÆ Objections and Responses to        .20
               First Request for Production of Documents
               Propounded by Gayla Benefield

03/26/09 TC    Reviewed Travelers Casualty and Surety               .10
               Company's Second Set of Requests for Admission
               to Debtors

03/30/09 TC    Reviewed Objection to Anderson Memorial's            .10
               Notice of Deposition of Richard Finke and the
               debtors' response thereto, filed by arrowwood

03/30/09 TC    Reviewed Objection to Anderson Memorial's            .10
               Notice of Deposition of Richard Finke

03/31/09 TC    Reviewed Debtors' Amended Requests for               .10
               Production of Documents, Interrogatories, and
               Requests for Admission to the Official
               Committee of Asbestos PD Claimants, served on
               the equity committee

03/31/09 TC    Reviewed expert report of george priest              .90

03/31/09 TC    Reviewed Debtors' Response to OneBeacon              .70
               American Insurance Co.'s and Seaton Insurance
               Co.'s Request for Production of Documents (0.4)
               and Requests for Admission (0.3)
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : APRIL 17, 2009
MATTER  : 0066609-000016
INVOICE : 10199235

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09    6548

RE:  PLAN AND DISCLOSURE STATEMENT

TIME SUMMARY
-----------------------

|            | RATE   | HOURS | TOTALS   |
|------------|--------|-------|----------|
| T. Currier | 555.00 | 19.60 | 10878.00 |
| M. Flores  | 190.00 | 4.00  | 760.00   |
| TOTALS     |        | 23.60 | 11638.00 |

TOTAL FEES :                    11,638.00

TOTAL DUE  :                    11,638.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚮ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   APRIL 17, 2009
MATTER :   0066609-001000
INVOICE :  10199236

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/09   6548

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 03/03/09 Photocopies M. Flores | 15.80 |
| 03/04/09 Photocopies M. Flores | 1.10 |
| 03/04/09 Photocopies M. Flores | 0.10 |
| 03/05/09 Photocopies M. Flores | 3.90 |
| 03/09/09 Messenger/Delivery Service - Parcels #162664 | 7.50 |
| 03/11/09 Messenger/Delivery Service - Parcels #163322 | 7.50 |
| 03/11/09 Photocopies M. Flores | 2.40 |
| 03/12/09 Photocopies M. Flores | 0.20 |
| 03/20/09 Photocopies M. Flores | 4.50 |
| 03/24/09 Photocopies M. Flores | 4.40 |
| 03/24/09 Messenger/Delivery Service - Parcels #166117 | 7.50 |
| 03/25/09 Messenger/Delivery Service - Parcels #166329 | 7.50 |
| 03/31/09 Photocopies M. Flores | 8.40 |

TOTAL EXPENSE ADVANCES :         70.80

TOTAL DUE  :         70.80

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA