IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. 21329 |

### AMENDED NOTICE OF VIDEO PERPETUATION DEPOSITION OF SHIRLEY CONN

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Libby Claimants,[1] through their undersigned counsel, will take the deposition of Shirley Conn. The deposition will commence on May 27, 2009, beginning at 9:00 a.m. at the Venture Inn, 443 U.S. Highway 2 W., Libby, Montana, and will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by video and stenographic means. You are hereby invited to attend and examine the witnesses.

Dated: April 29, 2009  
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Rebecca L. Butcher
Adam G. Landis (No. 3407)
Rebecca L. Butcher (No. 3816)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 21365].

393.001-25998.DOC

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*