IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | : | |
|         Debtors. | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd. (collectively "MCC/Zurich"), through their undersigned counsel, will take the deposition of **Jeffrey Posner**. The deposition will commence on **May 6, 2009**, beginning at **9:00 a.m.**, at Kirkland & Ellis LLP, 655 Fifteenth Street, Washington, DC, and will continue from day to day thereafter until complete.[1] The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. You are hereby invited to attend and examine the witnesses.

Dated: April 29, 2009

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

---

[1] MCC/Zurich expressly reserves its right to exclusively examine the deponent for seven hours, subject to extension as permitted under Rule 26(b)(2) of the Federal Rules of Civil Procedure. To the extent that any other party-in-interest examines the deponent during the time period designated in this Notice, such examination shall not be deemed to reduce the seven hour period to which MCC/Zurich is entitled.

OF COUNSEL:

Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Attorneys for Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd.

#681685