## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of April, 2009, I caused a copy of the **Notice of Deposition** to be served upon the following parties-in-interest in the manner indicated:

### BY HAND DELIVERY
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy Cairns, Esq.
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

### VIA TELEFAX AND U.S. MAIL
David M. Bernick, Esq.
Theodore L. Freedman, Esq.
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

Marc J. Phillips

#682225