**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 20, 2009 at 4:00 p.m.** |

**NINETY-FIRST MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009**

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | *March 1, 2009 through and including March 31, 2009* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 82,150.50* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 3,410.61* |

This is a(n):    **x**   monthly          __    interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $20,099.00 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – December 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Monthly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 –    January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51, 487.00 / $1,619.93 | $51, 487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $132,776.50 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $24,706.50 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $26,414.00 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $183,897.00/ $12,593.68 |
| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $29,522.00 / $1,323.60 |
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $19,218.50 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $25,731.00 / $119.33 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $31,738.00 / $2,829.07 |
| August 30, 2005 (14th Quarterly) | April 1, 2005 – June 30, 2005 | $74,471.50 / $3,641.49 | $74,471.50 / $3,641.49 |
| September 29, 2005 | August 1, 2005 – August 31, 2005 | $32,109.00 / $2,271.66 / | $32,109.00 / $2,271.66 |
| October 31, 2005 | September 1, 2005 - September 30, 2005 | $15,709.00 / $247.99 | $15,709.00 / $247.99 |
| November 29, 2005 | October 1, 2005 - October 31, 2005 | $19,318.50 / $646.56 | $19,318.50 / $646.56 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 29, 2005 | November 1, 2005 - November 30, 2005 | $38,258.50 / $1,247.28 | $38,258.50 / $1,247.28 |
| January 30, 2006 | December 1, 2005 - December 31, 2005 | $17,967.50 / $1,059.46 | $17,967.50 / $1,059.46 |
| March 1, 2006 | January 1, 2006 - January 31, 2006 | $8,287.00 / $1,176.17 | $8,287.00 / $1,176.17 |
| March 30, 2006 | February 1, 2006 - February 28, 2006 | $22,842.00 / $1,779.77 | $22,842.00 / $1,779.77 |
| May 1, 2006 | March 1, 2006 March 31, 2006 | $43,621.00 / $2,496.06 | $43,621.00 $2,496.06 |
| May 30, 2006 | April 1, 2006 April 30, 2006 | $18,841.00 / $752.39 | $18,841.00 $752.39 |
| July 5, 2006 | May 1, 2006 May 31, 2006 | $34,354.00 / $1,337.49 | $34,354.00 $1,337.49 |
| August 2, 2006 | June 1, 2006 June 30, 2006 | $21,401.00 / $725.30 | $21,401.00 $725.30 |
| August 18, 2006 | April 1, 2006 June 30, 2006 | $74,596.00 / $2,815.18 | $74,596.00 $2,815.18 |
| August 30, 2006 | July 1, 2006 July 31, 2006 | $29,474.50 / $1,604.51 | $29,474.50 $1,604.51 |
| October 2, 2006 | August 1, 2006 August 31, 2006 | $67,103.00 / $1,604.51 | $67,103.00 $1,604.51 |
| October 30, 2006 | September 1, 2006 September 30, 2006 | $50,691.50 / $2,050.23 | $50,691.50 $2,050.23 |
| December 6, 2006 | October 1, 2006 October 31, 2006 | $72,062.75 / $3,977.84 | $72,062.75 $3,977.84 |
| January 5, 2007 | November 1, 2006 November 30, 2006 | $66,045.00 / $5,215.60 | $66,045.00 $5,215.60 |
| February 23, 2007 | December 1, 2006 December 31, 2006 | $101,658.25 / $5,001.94 | $101,658.25 $5,001.94 |
| March 7, 2007 | January 1, 2007 January 31, 2007 | $45,555.00 / $6,097.61 | $45,555.00 $6,097.61 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 29, 2007 | February 1, 2007 February 28, 2007 | $56,976.00 $4,529.94 | $56,976.00 $4,529.94 |
| April 30, 2007 | March 1, 2007 March 31, 2007 | $60,848.00 $4,859.66 | $60,848.00 $4,859.66 |
| June 12, 2007 | April 1, 2007 April 30, 2007 | $56,370.00 $2,554.14 | $56,370.00 $2,554.14 |
| July 2, 2007 | May 1, 2007 May 31, 2007 | $61,684.23 $10,491.04 | $61,684.23 $10,491.04 |
| July 30, 2007 | June 1, 2007 June 30, 2007 | $68,538.00 $6,437.44 | $68,538.00 $6,437.44 |
| August 29, 2007 | July 1, 2007 July 31, 2007 | $40,505.50 $3,124.55 | $40,505.50 / $3,124.55 |
| October 1, 2007 | August 1, 2007 August 31, 2007 | $61,201.50 $1,618.34 | $61,201.50 / $1,618.34 |
| October 29, 2007 | September 1, 2007 September 30, 2007 | $106,912.50 $4,480.51 | $106,912.50 / $4,480.51 |
| November 29, 2007 | October 1, 2007 October 31, 2007 | $165,731.50 $14,100.98 | $165,731.50 / $14,100.98 |
| January 7, 2008 | November 1, 2007 November 30, 2007 | $154,817.00 $12,511.24 | $154,817.00 / $12,511.24 |
| February 11, 2008 | December 1, 2007 December 31, 2007 | $77,688.00 $50,222.40 | $77,688.00 / $50,222.40 |
| April 8, 2008 | February 1, 2008 February 29, 2008[1] | $ 186,440.25 $ 5,761.46 | $186,440.25 / $5,761.46 |
| May 1, 2008 | March 1, 2008 March 31, 2008 | $ 61,062.50 $ 3,272.45 | $61,062.50 / $3,272.45 |

---

[1] The Fee Application filed on April 8, 2008 inadvertently contained time billed and necessary expenses incurred for the time period January 1, 2008 through January 31, 2008 in addition to the time billed and necessary expenses incurred for the time period February 1, 2008 through February 29, 2008.  Kramer Levin Naftalis & Frankel LLP filed a certification of counsel further explicating the error and clarifying the treatment of the Fee Application filed on April 8, 2008 [Docket No. 18659].

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| May 29, 2008 | April 1, 2008 April 30, 2008 | $ 115,451.50 / $ 10,234.48 | $ 115,451.50 / $ 10,234.48 |
| June 30, 2008 | May 1, 2008 May 31, 2008 | $ 35,113.50 / $ 139.19 | $ 35,113.50 / $ 139.19 |
| July 31, 2008 | June 1, 2008 June 30, 2008 | $ 90,179.75 / $ 1,197.96 | $ 90,179.75 / $ 1,197.96 |
| August 31, 2008 | July 1, 2008 July 31, 2008 | $ 46,403.75 / $ 2,634.24 | $ 46,403.75 / $ 2,634.24 |
| September 30, 2008 | August 1, 2008 August 31, 2008 | $ 130,393.00 / $ 1,139.48 | $ 130,393.00 / $ 1,139.48 |
| October 31, 2008 | September 1, 2008 September 30, 2008 | $ 94,751.25 / $ 2,437.87 | $ 94,751.25 / $ 2,437.87 |
| December 1, 2008 | October 1, 2008 October 31, 2008 | $ 96,512.00 / $ 3,351.45 | $ 77,209.60 / $ 3,351.45 |
| January 5, 2009 | November 1, 2008 November 30, 2008 | $ 72,736.50 / $ 5,015.70 | $ 58,189.20 / $ 5,015.70 |
| January 29, 2009 | December 1, 2008 December 31, 2008 | $ 38,727.50 / $ 659.48 | $ 30,982.00 / $ 659.48 |
| March 3, 2009 | January 1, 2009 January 31, 2009 | $ 57,246.00 / $ 774.91 | $ 45,796.80 / $ 774.91 |
| March 31, 2009 | February 1, 2009 February 28, 2009 | $ 58,153.50 / $873.67 | $ 0 / $ 0 |

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

## SUMMARY OF TIME FOR BILLING PERIOD
## MARCH 1, 2009 THROUGH MARCH 31, 2009

| Name | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|------|-------------------|---------------------|--------------------|
| BENTLEY, PHILIP | 4.10 | 760.00 | $ 3,116.00 |
| HOROWITZ, GREGORY | 7.30 | 715.00 | $ 5,219.50 |
| MANNAL, DOUGLAS | 10.80 | 335.00 | $ 3,618.00 |
| MANNAL, DOUGLAS | 20.00 | 670.00 | $ 13,400.00 |
| BLABEY, DAVID E | 10.30 | 280.00 | $ 2,884.00 |
| BLABEY, DAVID E | 94.80 | 560.00 | $ 53,088.00 |
| MAKINDE, MICHAEL | 3.00 | 275.00 | $ 825.00 |
| Total | 150.30 | | $ 82,150.50 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 3/01/09 through 3/31/09 | Total Fees for the Period 3/1/09 through 3/31/09 |
|------------------|----------------------------------------------------|---------------------------------------------------|
| Case Administration | 4.40 | $ 2,596.00 |
| Creditor Committee | 0.50 | $ 335.00 |
| Reorganization Plan | 111.20 | $ 65,818.50 |
| Fee Applications, Applicant | 2.30 | $ 1,288.00 |
| Plan and Disclosure Statement | 3.00 | $ 825.00 |
| Hearings | 7.80 | $ 4,786.00 |
| Travel/Non-Working | 21.10 | $ 6,502.00 |
| **Total** | **150.30** | **$ 82,150.50** |

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 1.20 | 670.00 | 804.00 |
| BLABEY, DAVID E | CRED | 3.20 | 560.00 | 1,792.00 |
| | Subtotal | 4.40 | $ | 2,596.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 0.50 | 670.00 | 335.00 |
| | Subtotal | 0.50 | $ | 335.00 |

### REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.10 | 760.00 | 3,116.00 |
| HOROWITZ, GREGORY A. | LITI | 7.30 | 715.00 | 5,219.50 |
| MANNAL, DOUGLAS | CRED | 14.50 | 670.00 | 9,715.00 |
| BLABEY, DAVID E | CRED | 85.30 | 560.00 | 47,768.00 |
| | Subtotal | 111.20 | $ | 65,818.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BLABEY, DAVID E | CRED | 2.30 | 560.00 | 1,288.00 |
| | Subtotal | 2.30 | $ | 1,288.00 |

### PLAN AND DISCLOSURE STATEMENT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAKINDE, MICHAEL A | CRED | 3.00 | 275.00 | 825.00 |
| | Subtotal | 3.00 | $ | 825.00 |

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

## *HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 3.80 | 670.00 | 2,546.00 |
| BLABEY, DAVID E | CRED | 4.00 | 560.00 | 2,240.00 |
| | Subtotal | 7.80 | $ | 4,786.00 |

## *TRAVEL WON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 10.80 | 335.00 | 3,618.00 |
| BLABEY, DAVID E | CRED | 10.30 | 280.00 | 2,884.00 |
| | Subtotal | 21.10 | $ | 6,502.00 |
| | **Total** | **150.30** | **$** | **82,150.50** |

# EXPENSE SUMMARY

| Expense Category | Total Expenses for the Period 3/01/09 through 3/31/09 |
|---|---|
| PHOTOCOPYING | 299.70 |
| RESEARCH SERVICES | 42.00 |
| LONG-DISTANCE TEL. | 22.75 |
| MESSENGER/COURIER | 47.70 |
| CAB FARES | 511.31 |
| MEALS/IN-HOUSE | 47.11 |
| OUT-OF-TOWN TRAVEL | 1,805.14 |
| MEALS/T&E | 70.10 |
| DOCUMENT RETRIEVAL FEES | 384.80 |
| OTHER FEES | 180.00 |
| **Total** | **$3,410.61** |

Dated: April 29, 2009

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP


                        By:   /s/ David E. Blabey, Jr.
                                Philip Bentley, Esq.
                                Douglas H. Mannal, Esq.
                                David E. Blabey, Jr., Esq.
                                1177 Avenue of the Americas
                                New York, New York 10036
                                (212) 715-9100

                                Counsel to the Official Committee of
                                Equity Holders