# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

April 23, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 516483
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $2,596.00 |
| DISBURSEMENTS | 711.45 |
| MATTER TOTAL | $3,307.45 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $335.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $335.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $65,818.50 |
| DISBURSEMENTS | 188.05 |
| MATTER TOTAL | $66,006.55 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $1,288.00 |
| DISBURSEMENTS | 14.60 |
| MATTER TOTAL | $1,302.60 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A.<br>Citicorp Center 153 E. 53rd Street NY, N.Y. 10043<br>ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 516483 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2249133.1

**056772-00015/PLAN AND DISCLOSURE STATEMENT**

| | |
|---|---|
| FEES | $825.00 |
| DISBURSEMENTS | 497.72 |
| MATTER TOTAL | $1,322.72 |

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES | $4,786.00 |
| DISBURSEMENTS | 16.80 |
| MATTER TOTAL | $4,802.80 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---|
| FEES | $6,502.00 |
| DISBURSEMENTS | 1,981.99 |
| MATTER TOTAL | $8,483.99 |
| CLIENT GRAND TOTAL | $85,561.11 |

Kramer Levin Naftalis & Frankel LLP                                         Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                           April 23, 2009
056772-00001                                                                Invoice No. 516483

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/09 | MANNAL, DOUGLAS | Numerous tels with equity holders re: upcoming disclosure statement hearing and confirmation issues (1.2) | 1.20 | 804.00 |
| 03/04/09 | BLABEY, DAVID E | Review recent docket entries (.2); draft memo re major outstanding case issues (3). | 3.20 | 1,792.00 |

**TOTAL HOURS AND FEES**                                                    **4.40**   **$2,596.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 15.30 |
| MANUSCRIPT SERVICE | 0.00 |
| RESEARCH SERVICES | 42.00 |
| LONG-DISTANCE TEL. | 14.70 |
| CAB FARES | 359.16 |
| MEALS/IN-HOUSE | 23.09 |
| OUT-OF-TOWN TRAVEL | 5.00 |
| MEALS/T & E | 32.60 |
| DOCUMENT RETRIEVAL FEES | 219.60 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                   **$711.45**


**TOTAL FOR THIS MATTER**                                                   **$3,307.45**

KL4 2249133.1

Kramer Levin Naftalis & Frankel LLP                                         Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                           April 23, 2009
056772-00002                                                                Invoice No. 516483

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/20/09 | MANNAL, DOUGLAS | Tel with several equity holders re: case status (.5) | 0.50 | 335.00 |

**TOTAL HOURS AND FEES**                                                    0.50    $335.00

**TOTAL FOR THIS MATTER**                                        $335.00

KL4 2249133.1

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 23, 2009
056772-00007                                                                     Invoice No. 516483

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/09 | BLABEY, DAVID E | Review modifications to Plan and Disclosure Statement. | 1.70 | 952.00 |
| 03/02/09 | BLABEY, DAVID E | Review shareholder releases in Plan (.3) and discuss implications with D. Mannal (.2). | 0.50 | 280.00 |
| 03/02/09 | MANNAL, DOUGLAS | Tel with equity holders re: disclosure statement hearing and PPI litigation (1.1); attention to DS hearing agenda and disclosure statement changes (1.5); disc. D. Blabey shareholder releases (.2) | 2.80 | 1,876.00 |
| 03/03/09 | BLABEY, DAVID E | Discs w D. Mannal re Grace criminal trial (.1) and call to equity holder re same (.5); review draft joint responses to Scotts interrogatories and subsequent edits (.6); review docket and developments in Grace criminal trial (1.1). | 2.30 | 1,288.00 |
| 03/03/09 | BENTLEY, PHILIP | Trade emails | 0.20 | 152.00 |
| 03/04/09 | BLABEY, DAVID E | Analyze Plan's releases (.6); review documents in preparation for March 9 disclosure statement hearing (1.3). | 1.90 | 1,064.00 |
| 03/04/09 | BENTLEY, PHILIP | Trade emails re confirmation issues | 0.20 | 152.00 |
| 03/05/09 | BLABEY, DAVID E | Call to equity holder re criminal trial (.2); call to SEC re releases in Plan (.2); email to equity holder re disclosure statement hearing (.1); review revised drafts of joint responses to Scotts discovery requests (1); exch emails w client re responses to Scotts requests (.2); exch emails with counsel for plan proponents re responses to Scotts requests (.2). | 1.90 | 1,064.00 |
| 03/06/09 | BLABEY, DAVID E | Call with plan proponents re confirmation witnesses (.7) and email to P. Bentley re same (.4); review and edit draft joint responses to Federal discovery requests (.5) and email to client re same (.1); discs w D. Mannal re responses to Scotts discovery requests (.1). | 1.80 | 1,008.00 |
| 03/06/09 | BENTLEY, PHILIP | Trade multiple emails re confirmation issues | 0.60 | 456.00 |
| 03/06/09 | MANNAL, DOUGLAS | Prep for and attend Grace call re: potential witnesses at confirmation hearing (.7); discs. D. Blabey re discovery (.1). | 0.80 | 536.00 |

KL4 2249133.1

Kramer Levin Naftalis & Frankel LLP                                     Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                       April 23, 2009
056772-00007                                                            Invoice No. 516483

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/06/09 | MANNAL, DOUGLAS | Review plan and disclosure statement in advance of Monday DS hearing (4.6) | 4.60 | 3,082.00 |
| 03/07/09 | MANNAL, DOUGLAS | Prep for (.3) and attend (.5) conf call re Equity cmtee confirmation hearing prep | 0.80 | 536.00 |
| 03/07/09 | BLABEY, DAVID E | Call w P. Bentley, D. Mannal, G. Horowitz re confirmation hearing witnesses (.5); revise memo re major upcoming case issues for confirmation (.3). | 0.80 | 448.00 |
| 03/07/09 | BENTLEY, PHILIP | Conf call with Greg Horowitz, Doug Mannal and David Blabey | 0.50 | 380.00 |
| 03/09/09 | BLABEY, DAVID E | Review approved solicitation procedures and ballots (1); email to client re developments at Disclosure Statement hearing (1). | 2.00 | 1,120.00 |
| 03/10/09 | BLABEY, DAVID E | Memo to D. Mannal re solicitation of equity. | 0.30 | 168.00 |
| 03/10/09 | BENTLEY, PHILIP | Work on confirmation issues, and trade emails re same | 0.40 | 304.00 |
| 03/11/09 | BLABEY, DAVID E | Attention to SEC concerns re third party releases (.7) and memo to client re same (1). Review notice of deposition of Dr. Whitehouse (.1) and review expert reports in preparation for same (.9). Review draft notices of confirmation hearing and publication (.7). Monitor Grace criminal trial developments (.3). Review revised draft voting procedures (1.4). Draft memo regarding treatment and funding of PD claims (5.5). | 10.60 | 5,936.00 |
| 03/11/09 | MANNAL, DOUGLAS | Attention to email to Debtor and Ted Weschler re: potential government objection to ballot (.4); attention to publication notice re: disclosure statement/plan (.4); review plan re: distribution question raised by equity holder (.8) | 1.60 | 1,072.00 |
| 03/12/09 | BLABEY, DAVID E | Draft memo regarding treatment and funding of PD claims under Plan and Plan exhibits (5.6). Review revised solicitation materials (.4). Review and edit revised proposed ballots (3.6). | 9.60 | 5,376.00 |
| 03/13/09 | BENTLEY, PHILIP | Trade emails re confirmation issues | 0.40 | 304.00 |
| 03/13/09 | BLABEY, DAVID E | Review and edit revised proposed ballots (1.7). Draft memo on funding and treatment of PI Claims under Plan (4.6). Draft reservation of rights with respect to list of preliminary witnesses for confirmation (.9). | 7.20 | 4,032.00 |

KL4 2249133.1

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/13/09 | HOROWITZ, GREGORY A. | Attention to confirmation discovery issues, witness lists, etc. (2.4), dw David B re same (.1) | 2.50 | 1,787.50 |
| 03/14/09 | BLABEY, DAVID E | Draft memo regarding funding and treatment of PI Claims under plan. | 2.00 | 1,120.00 |
| 03/15/09 | BLABEY, DAVID E | Draft memo regarding funding and treatment of PI Claims under Plan and associated documents. | 2.50 | 1,400.00 |
| 03/16/09 | MANNAL, DOUGLAS | review plan distribution memo (1.3); o/c w/D Blabey re same (.3) | 1.60 | 1,072.00 |
| 03/16/09 | BLABEY, DAVID E | Draft memo re treatment and funding of PI Claims (1). Review preliminary witness designations of other parties (1). Draft memo regarding objections to Plan from insurance companies (3.6). Discs w D. Mannal re Plan's funding of PI and PD claims (.3). Review PD settlement agreements (2.3). | 8.20 | 4,592.00 |
| 03/17/09 | BLABEY, DAVID E | Revise memo analyzing treatment of PD and PI claims under the Plan, TDP, and other Plan Documents. | 6.50 | 3,640.00 |
| 03/17/09 | BLABEY, DAVID E | Review and analyze insurer's proposed changes to confidentiality order regarding confirmation-related discovery. | 0.50 | 280.00 |
| 03/17/09 | BLABEY, DAVID E | Review newly filed expert reports. | 0.50 | 280.00 |
| 03/17/09 | MANNAL, DOUGLAS | attn to SEC potential obj to plan and debtors' inquiry re plan modifications | 1.10 | 737.00 |
| 03/18/09 | BLABEY, DAVID E | Revise memo re treatment and funding of PD claims (1.5) and email to D. Mannal re same (.1). Review proposed revised protective order re confirmation discovery (.5). Review draft responses to BNSF discovery requests (.8) and email to co-counsel re same (.2). | 3.10 | 1,736.00 |
| 03/18/09 | MANNAL, DOUGLAS | Email with David Blabey re: BNSF discovery (.2) | 0.20 | 134.00 |
| 03/19/09 | BLABEY, DAVID E | Review recent case filings (.1). Attend telephonically deposition of Dr. Whitehouse (5). | 5.10 | 2,856.00 |
| 03/20/09 | BLABEY, DAVID E | Email to client re status of confirmation discovery. | 0.50 | 280.00 |
| 03/22/09 | BLABEY, DAVID E | Review and edit joint responses to discovery requests of BNSF (.4) and Libby Claimants Shea & Thoms (.4) and Montana (.5). | 1.30 | 728.00 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                April 23, 2009
056772-00007                                                     Invoice No. 516483

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/23/09 | MANNAL, DOUGLAS | Email with David Blabey re: various discovery responses (.5) | 0.50 | 335.00 |
| 03/23/09 | BLABEY, DAVID E | Review and edit joint responses to discovery from Libby Claimants (.2) Libby Claimant Vern Byington (.4) and Libby Claimants Shea & Thoms (.5) and Montana (.5) and draft email to D Mannal and G Horowitz re same (.2) and exch emails to client re same (.3). Draft responses to discovery propounded by Libby Claimants Doney, White, Cannon, and Benefield (3). | 5.10 | 2,856.00 |
| 03/23/09 | BENTLEY, PHILIP | Review multiple emails re plan issues | 0.60 | 456.00 |
| 03/24/09 | BLABEY, DAVID E | Review and edit draft joint responses to discovery of MCC, Byington, Montana (.6); revise Equity's responses to Cannon and Benefield (.5); draft Equity's responses to Doney and White (.9); edit memo on treatment and funding of PI and PD claims under plan (.5); review and summarize transcript of Dr. Whitehouse deposition (2.1). | 4.60 | 2,576.00 |
| 03/24/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.50 | 380.00 |
| 03/25/09 | BLABEY, DAVID E | Review recent filings (.2); exchange emails re Libby meet and confer re discovery (.4); review new discovery responses served (.3). | 0.90 | 504.00 |
| 03/25/09 | BENTLEY, PHILIP | Trade emails re plan issues | 0.60 | 456.00 |
| 03/26/09 | BLABEY, DAVID E | Email to client re confirmation issues and strategy. | 0.60 | 336.00 |
| 03/27/09 | BLABEY, DAVID E | Meet and confer re Libby objections to interrogatory responses (.4) and email to P. Bentley D. Mannal and G. Horowitz re same (.1). | 0.50 | 280.00 |
| 03/27/09 | MANNAL, DOUGLAS | O/c with David Blabey re: plan confirmation discovery responses (.1); attention same (.4) | 0.50 | 335.00 |
| 03/30/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 03/30/09 | HOROWITZ, GREGORY A. | review expert reports (2.5) | 2.50 | 1,787.50 |
| 03/30/09 | BLABEY, DAVID E | Review ZAI motion for class cert and related filings (.6) and Kaneb motion for relief from stay and related filings (1) and email to D. Mannal re same (.4) in preparation for omnibus hearing. | 2.00 | 1,120.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/31/09 | HOROWITZ, GREGORY A. | Review discovery requests, witness lists (1.4); plan proponents' call re same (.8); dw David B re prep (.1) | 2.30 | 1,644.50 |
| 03/31/09 | BLABEY, DAVID E | Conf w Plan Proponents re discovery strategy. | 0.80 | 448.00 |

**TOTAL HOURS AND FEES**                                      **111.20**    **$65,818.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 8.05 |
| OTHER FEES | 180.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$188.05**

**TOTAL FOR THIS MATTER**                          **$66,006.55**

Kramer Levin Naftalis & Frankel LLP                                                Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                         April 23, 2009
056772-00008                                                                 Invoice No. 516483

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/09 | BLABEY, DAVID E | Prepare fee application. | 0.40 | 224.00 |
| 03/24/09 | BLABEY, DAVID E | Review bill for fee application. | 0.50 | 280.00 |
| 03/30/09 | BLABEY, DAVID E | Draft fee application for february. | 1.30 | 728.00 |
| 03/31/09 | BLABEY, DAVID E | Review fee application for filing. | 0.10 | 56.00 |

**TOTAL HOURS AND FEES**                                                       **2.30**    **$1,288.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 14.60 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                         **$14.60**

**TOTAL FOR THIS MATTER**                                                         **$1,302.60**

KL4 2249133.1

Kramer Levin Naftalis & Frankel LLP

Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00015

April 23, 2009
Invoice No. 516483

## PLAN AND DISCLOSURE STATEMENT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/06/09 | MAKINDE, MICHAEL A | Prepare binders for disclosure statement hearing. | 3.00 | 825.00 |
| **TOTAL HOURS AND FEES** | | | **3.00** | **$825.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 284.40 |
| MESSENGER/COURIER | 33.10 |
| CAB FARES | 7.80 |
| MEALS/IN-HOUSE | 24.02 |
| DOCUMENT RETRIEVAL FEES | 148.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$497.72** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$1,322.72** |

KL4 2249133.1

Kramer Levin Naftalis & Frankel LLP

Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

April 23, 2009
Invoice No. 516483

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/09 | MANNAL, DOUGLAS | Prep for and attend Grace disclosure statement hearing | 3.80 | 2,546.00 |
| 03/09/09 | BLABEY, DAVID E | Prepare for (1.5) and attend, with delayed start, Disclosure Statement hearing (2.5). | 4.00 | 2,240.00 |

**TOTAL HOURS AND FEES**     **7.80**    **$4,786.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 16.80 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**    **$16.80**

**TOTAL FOR THIS MATTER**    **$4,802.80**

KL4 2249133.1

| Kramer Levin Naftalis & Frankel LLP | Page No. 13 |
|---|---|
| W.R. GRACE & CO. EQUITY COMMITTEE | April 23, 2009 |
| 056772-00028 | Invoice No. 516483 |

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/08/09 | MANNAL, DOUGLAS | travel to Pittsburgh, PA from NYC to attend Grace disclosure statement hearing | 4.30 | 1,440.50 |
| 03/08/09 | BLABEY, DAVID E | Travel to Pittsburgh for Disclosure Statement hearing. | 3.80 | 1,064.00 |
| 03/09/09 | MANNAL, DOUGLAS | Travel to NYC from Pittsburgh, PA (delays). | 6.50 | 2,177.50 |
| 03/09/09 | BLABEY, DAVID E | Travel (with delays) from Pittsburgh to NYC following Disclosure Statement hearing. | 6.50 | 1,820.00 |

**TOTAL HOURS AND FEES**  21.10  $6,502.00

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MANUSCRIPT SERVICE | 0.00 |
| CAB FARES | 144.35 |
| OUT-OF-TOWN TRAVEL | 1,800.14 |
| MEALS/T & E | 37.50 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**  $1,981.99

**TOTAL FOR THIS MATTER**  $8,483.99

KL4 2249133.1