# EXHIBIT B

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:48

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                                   TO:
                 UNBILLED DISB FROM:    03/08/2009                     TO:     03/31/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                          FEES                              COSTS
                                          ------                            ------------
       GROSS BILLABLE AMOUNT:                         0.00                               711.45
        AMOUNT WRITTEN DOWN:          _____                 _____
                    PREMIUM:          _____                 _____
           ON ACCOUNT BILLED:         _____                 _____
  DEDUCTED FROM PAID RETAINER:        _____                 _____
               AMOUNT BILLED:         _____                 _____
                  THRU DATE:                                                      03/31/2009
  CLOSE MATTER/FINAL BILLING?     YES    OR   NO
  EXPECTED DATE OF COLLECTION:    _____

       BILLING PARTNER APPROVAL:    _____            _____
                                    BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:
```

```
-----------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                    ----------------------------                       ----------------
                     FEES:                          0.00
             DISBURSEMENTS:                       711.45       UNIDENTIFIED RECEIPTS:           0.00
              FEE RETAINER:                         0.00            PAID FEE RETAINER:           0.00
             DISB RETAINER:                         0.00           PAID DISB RETAINER:          0.00
         TOTAL OUTSTANDING:                       711.45     TOTAL AVAILABLE FUNDS:             0.00
                                                                       TRUST BALANCE:
                                                              BILLING HISTORY
                                                              ----------------
          DATE OF LAST BILL:    03/30/09                   LAST PAYMENT DATE:       04/21/09
           LAST BILL NUMBER:    514733 ACTUAL FEES BILLED TO DATE:        332,725.00
                                       ON ACCOUNT FEES BILLED TO DATE:           0.00
                                       TOTAL FEES BILLED TO DATE:        332,725.00
          LAST BILL THRU DATE:  02/28/09   FEES WRITTEN OFF TO DATE:      81,941.00
                                           COSTS WRITTEN OFF TO DATE:     20,666.34
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       --------------------------
         (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
         (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
         (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:48

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status    : ACTIVE
```

UNBILLED COSTS SUMMARY -------------- Total Unbilled ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|------|------|------|
| 0820 | PHOTOCOPYING | 03/11/09 | 03/11/09 | 15.30 |
| 0840 | MANUSCRIPT SERVICE | 03/11/09 | 03/11/09 | 0.00 |
| 0841 | RESEARCH SERVICES | 03/13/09 | 03/13/09 | 42.00 |
| 0885 | LONG-DISTANCE TEL. | 03/31/09 | 03/31/09 | 14.70 |
| 0940 | CAB FARES | 03/08/09 | 03/09/09 | 359.16 |
| 0942 | MEALS/IN-HOUSE | 03/11/09 | 03/11/09 | 23.09 |
| 0950 | OUT-OF-TOWN TRAVEL | 03/09/09 | 03/09/09 | 5.00 |
| 0951 | MEALS/T & E | 03/09/09 | 03/09/09 | 32.60 |
| 0972 | DOCUMENT RETRIEVAL FEES | 03/31/09 | 03/31/09 | 219.60 |
|      | Total |  |  | 711.45 |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | TAYLOR, P | 03/11/09 | 15.30 | 8638442 | 699260 | 03/12/09 |
| TAYLOR  PATRICIA | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 15.30 | | | |
| | | | | | | |
| MANUSCRIPT SERVICE 0840 | | | | | | |
| MANUSCRIPT SERVICE | TAYLOR, P | 03/11/09 | 0.00 | 8639417 | 699410 | 03/13/09 |
| 0840 MANUSCRIPT SERVICE Total : | | | 0.00 | | | |
| | | | | | | |
| RESEARCH SERVICES 0841 | | | | | | |
| RESEARCH SERVICES | NG, E N | 03/13/09 | 42.00 | 8641074 | 700267 | 03/16/09 |
| Set up docket and news alert for WR GRACE criminal trial | | | | | | |
| 0841 RESEARCH SERVICES Total : | | | 42.00 | | | |
| | | | | | | |
| LONG-DISTANCE TEL. 0885 | | | | | | |
| PREMIERE CONFERRNCING | BLABEY, D E | 03/31/09 | 14.70 | 8662403 | 709723 | 04/01/09 |
| LONG DISTANCE TELEPHONE - VENDOR- PREMIERE CONFERENCING | | | | | | |
| 0885 LONG-DISTANCE TEL. Total : | | | 14.70 | | | |
| | | | | | | |
| CAB FARES 0940 | | | | | | |
| CAB FARES | MANNAL, D M | 03/08/09 | 157.08 | 8648124 | 704777 | 03/24/09 |
| CAB FARES - ODYSSEY | | | | | | |
| CAB FARES | MANNAL, D M | 03/09/09 | 157.08 | 8646215 | 702824 | 03/19/09 |
| CAB FARES - ODYSSEY | | | | | | |
| DOUGLAS MANNAL | MANNAL, D M | 03/09/09 | 45.00 | 8649565 | 705692 | 03/26/09 |
| Cab Fare | | | | | | |
| 0940 CAB FARES Total : | | | 359.16 | | | |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    3
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

UNBILLED COSTS DETAIL
Description/Code                          Employee           Date          Amount      Index#  Batch No  Batch Date
---------------------------------------  --------           ------        ---------    ------- --------- ----------


MEALS/IN-HOUSE 0942
    MEALS/IN-HOUSE                        BLABEY, D E        03/11/09        23.09      8650105  705867   03/26/09
    IN-HOUSE/MEALS
                                         0942 MEALS/IN-HOUSE Total :        23.09


OUT-OF-TOWN TRAVEL 0950
    DOUGLAS MANNAL                        MANNAL, D M        03/09/09         5.00      8649566  705692   03/26/09
    From: Pittsburgh; To: NY; Date(s): 3/9/09---Seat
                                         0950 OUT-OF-TOWN TRAVEL Total :      5.00

MEALS/T & E 0951
    DOUGLAS MANNAL                        MANNAL, D M        03/09/09        25.00      8649563  705692   03/26/09
    Establishment: O'Briens; Guests: Blabey; Affilia
    tion: ,; Business Discussed: lunch with Blabey
    DOUGLAS MANNAL                        MANNAL, D M        03/09/09         7.60      8649564  705692   03/26/09
    Establishment: Starbucks; Guests: ,; Affiliation
    : ,; Business Discussed: ,
                                         0951 MEALS/T & E Total :           32.60

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                  PIZZARELLO, C      03/31/09       219.60      8670630  713990   04/08/09
    Document Retrieval Fees
                                         0972 DOCUMENT RETRIEVAL F Total :  219.60



        Costs Total :                                                      711.45
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                         PAGE    4
                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00001                    Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                         Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount          Bill      W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward
-----------------------  ----------------  -----------  -------------  ------------------------------  -----------------

0920 PHOTOCOPYING           15.30

0840 MANUSCRIPT SERVICE      0.00

0841 RESEARCH SERVICES      42.00

0885 LONG-DISTANCE TEL.     14.70

0940 CAB FARES             359.16

0942 MEALS/IN-HOUSE         23.09

0950 OUT-OF-TOWN TRAVEL      5.00

0951 MEALS/T & E            32.60

0972 DOCUMENT RETRIEVAL FEES 219.60


        Costs Total :      711.45
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49
```

```
Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE
```

Special Billing Instructions:

------------------------------------------------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

------------------------------------------------------------------------------------------------------------------------

```
             UNBILLED TIME FROM:                             TO:
             UNBILLED DISB FROM:    03/26/2009               TO:    03/31/2009
```

------------------------------------------------------------------------------------------------------------------------

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 188.05 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 03/31/2009 |

```
CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:


BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:
```

------------------------------------------------------------------------------------------------------------------------

```
                               ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                               --------------------------                         --------------
                FEES:                         0.00
        DISBURSEMENTS:                       188.05    UNIDENTIFIED RECEIPTS:          0.00
         FEE RETAINER:                         0.00        PAID FEE RETAINER:          0.00
        DISB RETAINER:                         0.00       PAID DISB RETAINER:          0.00
    TOTAL OUTSTANDING:                       188.05   TOTAL AVAILABLE FUNDS:          0.00
                                                             TRUST BALANCE:
                                              BILLING HISTORY
                                              ----------------
    DATE OF LAST BILL:          03/30/09              LAST PAYMENT DATE:      04/21/09
    LAST BILL NUMBER:                     514733 ACTUAL FEES BILLED TO DATE:   489,685.50
                                                 ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                 TOTAL FEES BILLED TO DATE:   489,685.50
 LAST BILL THRU DATE:          02/28/09   FEES WRITTEN OFF TO DATE:          0.00
                                          COSTS WRITTEN OFF TO DATE:     2,111.95
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         ---------------------------
            (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
            (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
            (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2633226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                    Oldest      Latest        Total
                                     Entry       Entry         Amount
----  -----------------------------  ------      ------        -----------
0885  LONG-DISTANCE TEL.             03/31/09    03/31/09           8.05
0990  OTHER FEES                     03/26/09    03/30/09         180.00

        Total                                                     188.05


U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee         Date        Amount       Index#  Batch No  Batch Date
-----------------------------------------  --------        ------       -----------  ------- --------- ----------

LONG-DISTANCE TEL. 0885
   PREMIERE CONFERENCING                  MANNAL, D M      03/31/09         8.05      8662404  709723    04/01/09
   LONG DISTANCE TELEPHONE - VENDOR- PREMIERE
   CONFERENCING
                                          0885 LONG-DISTANCE TEL. Total :       8.05

OTHER FEES 0990
   CITIBANK                               MANNAL, D M      03/26/09        38.00      8655370  707374    03/31/09
   CITIBANK 1/30/09 - COURT CALL - DOUGLAS MANNAL -
   MHU
   PLATINUM PLUS FOR BUSINE               MANNAL, D M      03/30/09       142.00      8655198  707161    03/30/09
   PLATINUM PLUS FOR BUSINESS 01/23/09 - COURT CALL
   , LLC - DOUGLAS MANNAL
                                          0990 OTHER FEES Total :          180.00



        Costs Total :                                                     188.05
```

alp_132r: Matter Detail

Run Date & Time: 04/23/2009 14:54:49

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2833226
Bill Frequency: M

Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0865 LONG-DISTANCE TEL. | 8.05 | | | | | |
| 0990 OTHER FEES | 180.00 | | | | | |
| Costs Total : | 188.05 | | | | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    8
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                      TO:
              UNBILLED DISB FROM:    03/02/2009                        TO:      03/31/2009
-----------------------------------------------------------------------------------------------------------------------------
                                     FEES                              COSTS
                                     ------                            -----------
        GROSS BILLABLE AMOUNT:                    0.00                             14.60
        AMOUNT WRITTEN DOWN:
                   PREMIUM:
          ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                                     03/31/2009
  CLOSE MATTER/FINAL BILLING?   YES   OR   NO
  EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:
```

```
-----------------------------------------------------------------------------------------------------------------------------
                             ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                             ---------------------------                     ---------------
                  FEES:                    0.00
         DISBURSEMENTS:                   14.60    UNIDENTIFIED RECEIPTS:         0.00
          FEE RETAINER:                    0.00       PAID FEE RETAINER:         0.00
         DISB RETAINER:                    0.00      PAID DISB RETAINER:         0.00
     TOTAL OUTSTANDING:                   14.60   TOTAL AVAILABLE FUNDS:         0.00
                                                          TRUST BALANCE:
                                             BILLING HISTORY
                                             -----------------
     DATE OF LAST BILL:                 03/30/09     LAST PAYMENT DATE:      04/21/09
      LAST BILL NUMBER:                 514733 ACTUAL FEES BILLED TO DATE:  191,023.50
                                               ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                  TOTAL FEES BILLED TO DATE: 191,023.50
    LAST BILL THRU DATE:               02/28/09   FEES WRITTEN OFF TO DATE:   18,740.50
                                                  COSTS WRITTEN OFF TO DATE:     500.51
FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                     ---------------------------
         (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted (5) Business Development    (8) Premium
         (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding            (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE     9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00008                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:      2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                    Oldest       Latest         Total
                                     Entry        Entry          Amount
----  -----------------------------  ------       ------         -----------
0930  MESSENGER/COURIER              03/02/09     03/31/09          14.60

       Total                                                        14.60


U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee          Date         Amount       Index#   Batch No  Batch Date
--------------------------------------  --------         ------       -----------  -------- --------- ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT           CHOUPROUTA, A C   03/02/09        7.30       8636957  698611    03/10/09
    Buchanan Ingersoll & Rooney PC
    FEDERAL EXPRESS CORPORAT           MAKINDE, M A      03/31/09        7.30       8684189  739700    04/22/09
    Buchanan Ingersoll & Rooney PC
                                       0930 MESSENGER/COURIER Total :   14.60



       Costs Total :                                                   14.60
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                            PAGE   10
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00008                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount        Bill      W/o / W/u      Transfer  To   Clnt/Mtr      Carry Forward
----------------------  -------------------  ----------  --------------  -------------------------------  ----------------

0930 MESSENGER/COURIER            14.60      _____  _____  _____  _____


        Costs Total :             14.60      _____  _____  _____  _____
```

alp_132r: Matter Detail          KRAMER LEVIN NAFTALIS & FRANKEL LLP          PAGE   11
                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00015                           Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                             Status   : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                     PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
          UNBILLED TIME FROM:                      TO:
          UNBILLED DISB FROM:   03/05/2009            TO:    03/31/2009
------------------------------------------------------------------------------------------------------------------------
                            FEES                   COSTS
                            ------                -----------
        GROSS BILLABLE AMOUNT:            0.00              497.72
        AMOUNT WRITTEN DOWN:
                PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:                         03/31/2009
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                         BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
         BILLING COMMENTS:

--------------------------------------------------------------------------------------------------------------

                         ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                         ---------------------------                ----------------
                 FEES:              0.00
          DISBURSEMENTS:          497.72    UNIDENTIFIED RECEIPTS:        0.00
          FEE RETAINER:           0.00       PAID FEE RETAINER:        0.00
          DISB RETAINER:          0.00      PAID DISB RETAINER:        0.00
      TOTAL OUTSTANDING:          497.72    TOTAL AVAILABLE FUNDS:        0.00
                                           TRUST BALANCE:
                                BILLING HISTORY
                                 ----------------
      DATE OF LAST BILL:          03/30/09     LAST PAYMENT DATE:    04/21/09
      LAST BILL NUMBER:           514733 ACTUAL FEES BILLED TO DATE:   166,005.50
                                ON ACCOUNT FEES BILLED TO DATE:        0.00
                                TOTAL FEES BILLED TO DATE:   166,005.50
      LAST BILL THRU DATE:        02/28/09   FEES WRITTEN OFF TO DATE:    2,391.00
                                COSTS WRITTEN OFF TO DATE:    1,293.78
FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
                        ---------------------------
         (1) Exceeded Fixed Fee      (4) Excessive Legal Time     (7) Fixed Fee
         (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
         (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                   PAGE   12
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00015                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                             Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                        Oldest      Latest         Total
                                         Entry       Entry          Amount
----  ----------------------------       ------      ------      -----------
0820  PHOTOCOPYING                       03/05/09    03/06/09         284.40
0930  MESSENGER/COURIER                  03/06/09    03/06/09          33.10
0940  CAB FARES                          03/23/09    03/23/09           7.80
0942  MEALS/IN-HOUSE                     03/23/09    03/23/09          24.02
0972  DOCUMENT RETRIEVAL FEES            03/31/09    03/31/09         148.40

      Total                                                          497.72

U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee            Date        Amount      Index# Batch No Batch Date
-----------------------------------      ---------           ------     -----------   ------- -------- ----------

PHOTOCOPYING 0820
  PHOTOCOPYING                           MAKINDE, M A        03/05/09       69.20     8633002  698249   03/10/09
  MAKINDE  MICHAEL A
  PHOTOCOPYING                           MAKINDE, M A        03/06/09        0.80     8633003  698249   03/10/09
  MAKINDE  MICHAEL A
  PHOTOCOPYING                           MAKINDE, M A        03/06/09      214.40     8633004  698249   03/10/09
  MAKINDE  MICHAEL A
                                         0820 PHOTOCOPYING Total :         284.40

MESSENGER/COURIER 0930
  FEDERAL EXPRESS CORPORAT               MAKINDE, M A        03/06/09       33.10     8648739  705012   03/25/09
  Kramer Levin
                                         0930 MESSENGER/COURIER Total :     33.10

CAB FARES 0940
  JULIET RAMDIN, CASHIER                 BLABEY, D E         03/23/09        7.80     8658176  707976   03/31/09
  JULIET RAMDIN, CASHIER
                                         0940 CAB FARES Total :              7.80

MEALS/IN-HOUSE 0942
  MEALS/IN-HOUSE                         BLABEY, D E         03/23/09       24.02     8677873  716943   04/16/09
  IN-HOUSE/MEALS
                                         0942 MEALS/IN-HOUSE Total :        24.02

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F                   PIZZARELLO, C       03/31/09      148.40     8670631  713990   04/08/09
  Document Retrieval Fees
                                         0972 DOCUMENT RETRIEVAL F Total :  148.40

      Costs Total :                                                        497.72

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   13
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00015                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                         Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee          Date           Amount        Index#  Batch No  Batch Date
--------------------------------------     --------          ------       -----------      ------- --------- ----------


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description               Amount      Bill       W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward
-----------------------    ------------    --------   ------------   ------------------------   ---------------

0820 PHOTOCOPYING              284.40

0930 MESSENGER/COURIER          33.10

0940 CAB FARES                   7.80

0942 MEALS/IN-HOUSE             24.02

0972 DOCUMENT RETRIEVAL FEES   148.40


        Costs Total :          497.72
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   14
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00019                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------
                                        PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:   03/31/2009                 TO:    03/31/2009
-----------------------------------------------------------------------------------------------------------------------
                                   FEES                              COSTS
                                   ------                            -----------
    GROSS BILLABLE AMOUNT:                   0.00                            16.80
     AMOUNT WRITTEN DOWN:        _____                    _____
                 PREMIUM:        _____                    _____
        ON ACCOUNT BILLED:       _____                    _____
 DEDUCTED FROM PAID RETAINER:    _____                    _____
           AMOUNT BILLED:        _____                    _____
              THRU DATE:                                                     03/31/2009
 CLOSE MATTER/FINAL BILLING?     YES   OR   NO
 EXPECTED DATE OF COLLECTION:    _____

 BILLING PARTNER APPROVAL:       _____
                                 BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
        BILLING COMMENTS:
```

---

```
                                   ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                                   ---------------------------                          ----------------
                    FEES:                   0.00
            DISBURSEMENTS:                  16.80
            FEE RETAINER:                    0.00    UNIDENTIFIED RECEIPTS:         0.00
            DISB RETAINER:                   0.00         PAID FEE RETAINER:        0.00
         TOTAL OUTSTANDING:                 16.80         PAID DISB RETAINER:       0.00
                                                    TOTAL AVAILABLE FUNDS:         0.00
                                                           TRUST BALANCE:
                                                BILLING HISTORY
                                                -----------------
        DATE OF LAST BILL:                   03/30/09    LAST PAYMENT DATE:       04/21/09
        LAST BILL NUMBER:                    514733 ACTUAL FEES BILLED TO DATE:   348,295.00
                                                ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                   TOTAL FEES BILLED TO DATE:     348,295.00
        LAST BILL THRU DATE:                 02/28/09  FEES WRITTEN OFF TO DATE:   10,068.18
                                                   COSTS WRITTEN OFF TO DATE:      1,350.35
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ---------------------------
          (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development      (8) Premium
          (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding         (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   15
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00019                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                         Oldest      Latest         Total
                                          Entry       Entry          Amount
----  -----------------------------       ------      ------      -----------
0972  DOCUMENT RETRIEVAL FEES             03/31/09    03/31/09         16.80

      Total                                                           16.80


U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee          Date         Amount      Index#  Batch No  Batch Date
-------------------------------------      --------          ------    -----------     ------- --------- ----------

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F                     PIZZARELLO, C    03/31/09       16.80       8670632  713990    04/08/09
  Document Retrieval Fees
                                          0972 DOCUMENT RETRIEVAL F Total :    16.80



           Costs Total :                                                       16.80
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   16
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill       W/o / W/u        Transfer  To   Clnt/Mtr      Carry Forward
----------------------  -------------------   ----------- ---------------  ------------------------------ -----------------

0972 DOCUMENT RETRIEVAL FEES       16.80      _____ _____  _____ _____



        Costs Total :              16.80      _____ _____  _____ _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   17
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00028                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:     2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
--------------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                  TO:
              UNBILLED DISB FROM:    03/04/2009                    TO:      03/26/2009
--------------------------------------------------------------------------------------------------------------------------------
                                      FEES                          COSTS
                                      ------                        -----------
          GROSS BILLABLE AMOUNT:                  0.00                          1,981.99
          AMOUNT WRITTEN DOWN:      _____                _____
                        PREMIUM:    _____                _____
               ON ACCOUNT BILLED:   _____                _____
       DEDUCTED FROM PAID RETAINER: _____                _____
                  AMOUNT BILLED:    _____                _____
                     THRU DATE:                                             03/26/2009
    CLOSE MATTER/FINAL BILLING?     YES   OR   NO
    EXPECTED DATE OF COLLECTION:    _____

      BILLING PARTNER APPROVAL:     _____
                                    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:     _____


--------------------------------------------------------------------------------------------------------------------------------
                         ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                         ----------------------------                        ----------------
               FEES:                   0.00
        DISBURSEMENTS:             1,981.99      UNIDENTIFIED RECEIPTS:        0.00
        FEE RETAINER:                  0.00         PAID FEE RETAINER:        0.00
        DISB RETAINER:                 0.00        PAID DISB RETAINER:        0.00
     TOTAL OUTSTANDING:            1,981.99    TOTAL AVAILABLE FUNDS:         0.00
                                                       TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ----------------
        DATE OF LAST BILL:         03/30/09         LAST PAYMENT DATE:     04/21/09
        LAST BILL NUMBER:          514733 ACTUAL FEES BILLED TO DATE:    132,615.50
                                          ON ACCOUNT FEES BILLED TO DATE:      0.00
                                          TOTAL FEES BILLED TO DATE:     132,615.50
        LAST BILL THRU DATE:       02/28/09 FEES WRITTEN OFF TO DATE:     26,306.18
                                          COSTS WRITTEN OFF TO DATE:        123.75
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 -------------------------
        (1) Exceeded Fixed Fee   (4) Excessive Legal Time   (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development   (8) Premium
        (3) Pre-arranged Discount (6) Summer Associate      (9) Rounding        (10) Client Arrangement

    BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____      FRC:_____      CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   18
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                      Oldest      Latest        Total
                                       Entry       Entry         Amount
----  ----------------------------     ------      ------     -----------
0840  MANUSCRIPT SERVICE               03/04/09    03/26/09         0.00
0940  CAB FARES                        03/08/09    03/09/09       144.35
0950  OUT-OF-TOWN TRAVEL               03/08/09    03/09/09     1,800.14
0951  MEALS/T & E                      03/09/09    03/09/09        37.50

         Total                                                  1,981.99


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee           Date          Amount       Index#  Batch No  Batch Date
------------------------------------------   --------           ------        -----------  ------- --------- ----------


MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                       TAYLOR, P          03/04/09         0.00       8631363  696489   03/10/09
    MANUSCRIPT SERVICE                       TAYLOR, P          03/06/09         0.00       8631724  697332   03/10/09
    MANUSCRIPT SERVICE                       TAYLOR, P          03/26/09         0.00       8650837  706474   03/29/09
                                             0840 MANUSCRIPT SERVICE Total :    0.00

CAB FARES 0940
    DAVID E BLABEY                           BLABEY, D E        03/08/09        32.50       8668243  713928   04/08/09
    Cab Fare
    DAVID E BLABEY                           BLABEY, D E        03/08/09        45.00       8668244  713928   04/08/09
    Cab Fare
    DAVID E BLABEY                           BLABEY, D E        03/09/09        26.85       8668248  713928   04/08/09
    Cab Fare
    DAVID E BLABEY                           BLABEY, D E        03/09/09        40.00       8668245  713928   04/08/09
    Cab Fare

                                             0940 CAB FARES Total :            144.35

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN                 BLABEY, D E        03/08/09       399.85       8658532  708205   03/31/09
    DINERS CLUB CITICORP DINERS CLUB LGA TO PIT TO L
    GA
    DINERS CLUB CITICORP DIN                 MANNAL, D M        03/08/09       399.85       8658533  708205   03/31/09
    DINERS CLUB CITICORP DINERS CLUB LGA TO PIT TO L
    GA
    DINERS CLUB CITICORP DIN                 MANNAL, D M        03/08/09        70.25       8658534  708205   03/31/09
    DINERS CLUB CITICORP DINERS CLUB LGA TO PIT TO L
    GA
    DINERS CLUB CITICORP DIN                 MANNAL, D M        03/08/09       198.36       8658537  708205   03/31/09
    DINERS CLUB CITICORP DINERS CLUB (OMNI HOTELS)
    DAVID E BLABEY                           BLABEY, D E        03/09/09       212.13       8668247  713928   04/08/09
    Name: Omni William Penn Hotel; City: Pittsburgh,
    PA; Date(s): 3/9/09
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   19
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2833226
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status      : ACTIVE

U N B I L L E D   C O S T S . D E T A I L
Description/Code                               Employee            Date             Amount      Index#  Batch No  Batch Date
--------------------------------------------  --------            ------           ----------   ------- --------- ----------

    DINERS CLUB CITICORP DIN                  MANNAL, D M         03/09/09          259.85      8658535  708205   03/31/09
    DINERS CLUB CITICORP DINERS CLUB PIT TO LGA
    DINERS CLUB CITICORP DIN                  BLABEY, D E         03/09/09          259.85      8658536  708205   03/31/09
    DINERS CLUB CITICORP DINERS CLUB PIT TO LGA
                                              0950 OUT-OF-TOWN TRAVEL Total :      1,800.14

MEALS/T & E 0951
    DAVID E BLABEY                            BLABEY, D E         03/09/09           37.50      8668246  713928   04/08/09
    Establishment: (L) O' Briens; Guests: David Blab
    ey; Affiliation: --; Business Discussed: --

                                              0951 MEALS/T & E Total :               37.50


        Costs Total :                                                             1,981.99
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 04/23/2009 14:54:49

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2833226
Bill Frequency: M

Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To  Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | |
| 0940 CAB FARES | 144.35 | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 1,800.14 | | | | |
| 0951 MEALS/T & E | 37.50 | | | | |
| Costs Total : | 1,981.99 | | | | |