# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**MARCH 1, 2009 - MARCH 31, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 4.8 | $3,432.00 |
| 0013 | Business Operations | 6.6 | 4,643.00 |
| 0014 | Case Administration | 64.1 | 13,543.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 5 | 3,591.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 19.3 | 13,379.50 |
| 0018 | Fee Application, Applicant | 26 | 8,945.00 |
| 0019 | Creditor Inquiries | 5.1 | 4,211.50 |
| 0020 | Fee Application, Others | 1.5 | 1,012.50 |
| 0021 | Employee Benefits, Pension | 2 | 1,350.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 9.2 | 6,261.50 |
| 0032 | Litigation (Non-Bankruptcy/General) | 44.4 | 25,997.00 |
| 0035 | Travel - Non Working | 7.3 | 5,827.50 |
| 0036 | Plan and Disclosure Statement | 109.7 | 78,076.50 |
| 0037 | Hearings | 10.4 | 8,403.00 |
| 0040 | Employment Applications - Others | 6.2 | 4,505.00 |
| 0041 | Relief from Stay Proceedings | 1.1 | 742.50 |
| | | | |
| | **Sub Total** | **322.7** | **$183,920.50** |
| | **Less 50% Travel** | **(3.7)** | **(2,913.75)** |
| | **Total** | **319.0** | **$ 181,006.75** |

# STROOCK

## INVOICE

| DATE | April 28, 2009 |
|---|---|
| INVOICE NO. | 471745 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2009, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/04/2009 | Attend to ZAI Claimants' motion for order finally approving ZAI Settlement. | Krieger, A. | 1.0 |
| 03/04/2009 | Review ZAI motion for approval order (.3); review memo to committee re: ZAI (.3). | Kruger, L. | 0.6 |
| 03/05/2009 | Exchange memoranda with Capstone re: Class 9 schedules. | Krieger, A. | 0.1 |
| 03/06/2009 | Memorandum to KP re: Class 9 schedules. | Krieger, A. | 1.4 |
| 03/16/2009 | Attend to Debtors' objection to Anderson Memorial's ZAI class proof of claim (.4); attend to Anderson Memorial's limited objection to US ZAI's class settlement (.2). | Krieger, A. | 0.6 |
| 03/17/2009 | Attend to Debtors' response to Libby Claimants' position re: BNSF appeal to District Court. | Krieger, A. | 0.1 |
| 03/23/2009 | Attend to Judge Buckwalter's memorandum decision re appeal by NJDEP to court's order enjoining state's efforts to fix civil penalty against Debtors. | Krieger, A. | 1.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.2 | $ 675 | $ 2,835.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,432.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,432.00 |
|---|---|

# STROOCK

| RE | Business Operations<br>699843 0013 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/20/2009 | Conference call Capstone re financial matters. | Krieger, A. | 0.4 |
| 03/23/2009 | Attend to J. Baer memorandum re motion for approval of LTIP and extended employment agreement for Festa and exchanged memoranda with Capstone re same. | Krieger, A. | 0.4 |
| 03/23/2009 | Review debtors' draft motion re Festa employment. | Pasquale, K. | 0.4 |
| 03/25/2009 | Attend to Debtors' motion to extend Festa employment agreement. | Krieger, A. | 1.1 |
| 03/25/2009 | Review motion to extend Festa Employment Agreement. | Kruger, L. | 0.4 |
| 03/26/2009 | Office conference KP re March 25, 2009 meeting and telephone call J. Baer re financial information and pending motions (.5); prepare draft memorandum requesting financial materials for Capstone (.4); memorandum to R. Frezza, J. Dolan re financial materials requested (.1). preparation for conference call, including review of draft information requests (.5); conference call R. Frezza, J. Dolan re motions to extend Festa's contract and to approve 2009-2011 LTIP and to approve retention of Seale and Associates (.9); conference call R. Frezza and J. Dolan re meeting with Debtors' and other parties' financial advisors to discuss operations. (.6). | Krieger, A. | 3.0 |
| 03/27/2009 | Memorandum to J. Baer re request for financial information (.5); memorandum to J. Dolan re: final forms of information requests on pending motions (.1); attend to final forms of information requests (.3). | Krieger, A. | 0.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.8 | $ 675 | $ 3,915.00 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.4 | 825 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,643.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,643.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2009 | Memorandum to EH re: Court Call arrangements for 3/09/09 hearing. | Krieger, A. | 0.1 |
| 03/02/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case(1.5); prepare documents for attorney review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2) ; review district court case no. 08-250 (.2). | Mohamed, D. | 2.8 |
| 03/03/2009 | Reviewed Docket to update status. | Holzberg, E. | 0.9 |
| 03/03/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.7); research and retrieve documents for attorney review (.5). | Mohamed, D. | 1.5 |
| 03/04/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.9); review adv. pro. case no. 01-77 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2); review case file documents (.1); retrieve documents for attorney (.4). | Mohamed, D. | 3.2 |
| 03/05/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 03/06/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 1.4 |
| 03/09/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.5 |
| 03/09/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8); Research re | Mohamed, D. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | criminal case re USA v. Grace for case information (.5); retrieve pleadings for review (.4); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | | |
| 03/10/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.7); prepare documents for attorney review (.6). | Mohamed, D. | 1.6 |
| 03/11/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently filed pleadings in main case (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 1.3 |
| 03/12/2009 | Memorandum to J . O'Neill re request for hearing transcripts. | Krieger, A. | 0.2 |
| 03/12/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 03/13/2009 | Memorandum to J. O'Neill re:  request for hearing transcripts. | Krieger, A. | 0.1 |
| 03/13/2009 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.3.1); review adv. pro. no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2); prepare documents for attorney review (.4). | Mohamed, D. | 4.7 |
| 03/16/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (2.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.1); prepare table of contents re: witnesses designations in connection with confirmation hearing (1.1). | Mohamed, D. | 4.6 |
| 03/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); revise witness list | Mohamed, D. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | index, obtain documents and prepare binder for review (1.6); research and obtain certain expert reports for attorney review (.6). | | |
| 03/18/2009 | Exchanged memoranda with Pachulski Stang re hearing transcripts (.1); attend to order discussing without prejudice motion to settle claims of Macerich Fresno (.1); office conference DM re expert reports (.1). | Krieger, A. | 0.3 |
| 03/18/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); prepare various documents for attorney review (1.3); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.8 |
| 03/19/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8); research and retrieve documents for attorney review (.7). | Mohamed, D. | 1.8 |
| 03/20/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.8 |
| 03/20/2009 | Office conferences and emails DM re preliminary witness lists and other discovery (.3); office conference DM re fee auditor's position on Firm's 30th quarterly (.2). | Krieger, A. | 0.5 |
| 03/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); prepare documents for review (.5); obtain pleadings re case no. 05-52724 for review (.3); retrieve pleading re district court case no. 08-250 (.2); review adv. pro. case docket no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.6 |
| 03/23/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.9 |
| 03/23/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.5); review case file documents (1.6); retrieve pleadings for attorney review (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/24/2009 | Office conference DM re preparation of certificate of service on Committee's objections and responses to Debtors' discovery and Committee's preliminary witness list. | Krieger, A. | 0.4 |
| 03/24/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.3); prepare cert. of service re discovery and forward to local counsel for filing (.3); retrieve documents for attorney review (.7). | Mohamed, D. | 2.7 |
| 03/25/2009 | Memoranda with DM re J. O'Neill email regarding proposed order on 30th quarterly fees (.1); memorandum from J. Baer re agreeing to extension of deadline to respond to PRP settlements to April 10, 2009 (.1). | Krieger, A. | 0.2 |
| 03/25/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.0); prepare documents for attorney review (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.2 |
| 03/26/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8); research and retrieve certain documents for attorney review (.8). | Mohamed, D. | 1.9 |
| 03/27/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.7 |
| 03/27/2009 | Office conference DM re service list for confirmation related matters. | Krieger, A. | 0.5 |
| 03/27/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.9); research and obtain certain documents for attorney review (.8); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 03/29/2009 | Memorandum to D. Mohamed re: K&E address change. | Krieger, A. | 0.1 |
| 03/30/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/30/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.7); prepare documents for attorney review (.6); revise email service list (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.5 |
| 03/31/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (.9); prepare cert of service re witness disclosure and forward to local counsel for filing (.4). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 8.6 | $ 275 | $ 2,365.00 |
| Krieger, Arlene G. | 2.4 | 675 | 1,620.00 |
| Mohamed, David | 53.1 | 180 | 9,558.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,543.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,543.00 |
|-----------------------|-------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2009 | Attend to Class 9 claim schedules. | Krieger, A. | 0.9 |
| 03/03/2009 | Conference call with R. Frezza, J. Dolan re: Class 9 schedules, 2/27/09 plan documents (.9); further exchange with J. Dolan re: Class 9 schedules (.1). | Krieger, A. | 1.0 |
| 03/03/2009 | Review trade claim reports and analysis. | Kruger, L. | 0.3 |
| 03/03/2009 | Attention to Blackstone analysis of trade claims and related analyses. | Pasquale, K. | 0.5 |
| 03/09/2009 | Exchanged memoranda with J. Dolan re Class 9 schedules. | Krieger, A. | 0.1 |
| 03/10/2009 | Telephone call J. Dolan re Class 9 schedules and meeting to discuss Pro Forma financial statements, potential plan issues. | Krieger, A. | 0.3 |
| 03/13/2009 | Telephone conference Capstone re: Class 9 schedules and memorandum thereon. | Krieger, A. | 1.6 |
| 03/13/2009 | Review e-mails re: data for non-lender PPI claims. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.9 | $ 675 | $ 2,632.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 0.8 | 825 | 660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,591.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,591.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2009 | Memorandum for the Committee re: 2/27/09 Disclosure Statement and related documents and status of objection to the Disclosure Statement. | Krieger, A. | 0.5 |
| 03/03/2009 | Memorandum for the Committee re: Macerich settlement (.3); memorandum for the Committee re: revised Exhibit 12 (.2). | Krieger, A. | 0.5 |
| 03/04/2009 | Memorandum for the Committee re: ZAI motion approving class settlement. | Krieger, A. | 2.3 |
| 03/05/2009 | Attend to memorandum to the Committee re upcoming hearings, pending matters (3.1); memorandum re further revised Exhibit 12 (.3). | Krieger, A. | 3.4 |
| 03/05/2009 | Review memo to committee re: upcoming hearings. | Kruger, L. | 0.3 |
| 03/06/2009 | Memorandum to the Committee re: PD claim settlement. | Krieger, A. | 0.3 |
| 03/06/2009 | Review memo re: Class 9 claims (.3); review memo to committee re: PD claim settlement (.1). | Kruger, L. | 0.4 |
| 03/09/2009 | Attend to memorandum for the Committee re 03/09/09 disclosure statement hearing and related matters. | Krieger, A. | 2.2 |
| 03/11/2009 | Memorandum re Plan treatment of Class 9 Claims. | Krieger, A. | 0.4 |
| 03/12/2009 | Memorandum re Class 9 treatment. | Krieger, A. | 0.4 |
| 03/13/2009 | Memorandum for the Committee re: Stipulations resolving PRP claims. | Krieger, A. | 0.8 |
| 03/13/2009 | Review committee memo re: PRP claims. | Kruger, L. | 0.2 |
| 03/23/2009 | Exchanged memoranda with M. Lastowski and | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | A. Maholchic re: filing and service of Committee's objections and responses to Debtors' discovery demand. | | |
| 03/24/2009 | Exchanged memoranda with A. Maholchic re service of Committee's objections and responses to Debtors' discovery. | Krieger, A. | 0.3 |
| 03/26/2009 | Attend to memorandum for the Committee re Steeler claim settlement (1.5); attend to supplemental memorandum by US ZAI counsel in support of class settlement and Debtors' pleading re ZAI settlement and preparation of memorandum to the Committee thereon (3.0). | Krieger, A. | 4.5 |
| 03/27/2009 | Memorandum to the Committee re: Steeler settlement (.2); prepare for and telephone call Committee member re plan treatment inquiry (.6); attend to Committee memo re US ZAI class settlement (1.4). | Krieger, A. | 2.2 |
| 03/27/2009 | Review memo to committee re: ZAI settlement. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 18.2 | $ 675 | $ 12,285.00 |
| Kruger, Lewis | 1.1 | 995 | 1,094.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,379.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,379.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2009 | Attend to 31st quarterly fee application. | Krieger, A. | 1.2 |
| 03/02/2009 | Attend to 31st quarterly application. | Krieger, A. | 2.6 |
| 03/03/2009 | Worked on and completed 94th Monthly Fee Application and had filed (1.3); worked on 31st Quarterly Application (2.2). | Holzberg, E. | 3.5 |
| 03/03/2009 | Review Stroock 94th monthly fee statement in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 2.0 |
| 03/06/2009 | Worked on and completed 31st Quarterly Application. | Holzberg, E. | 1.8 |
| 03/06/2009 | Office conference EH re: finalizing 31st quarterly fee application. | Krieger, A. | 0.2 |
| 03/06/2009 | Review and revise quarterly fee application. | Pasquale, K. | 0.3 |
| 03/09/2009 | Started to work on 95th Monthly Fee Application for February. | Holzberg, E. | 2.6 |
| 03/09/2009 | Review Stroock's thirty-first quarterly fee application in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 03/10/2009 | Worked on 95th Monthly Fee Application for February. | Holzberg, E. | 2.1 |
| 03/10/2009 | Prepare and effectuate service re Stroock's thirty-first quarterly fee application. | Mohamed, D. | 0.8 |
| 03/11/2009 | Attend to February 2008 fee statement. | Krieger, A. | 1.4 |
| 03/13/2009 | Worked on Monthly Bill. | Holzberg, E. | 0.6 |
| 03/13/2009 | Attend to Feb. 2008 disbursement schedule. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/16/2009 | Worked on 95th Monthly Fee Application for February. | Holzberg, E. | 1.9 |
| 03/20/2009 | Worked on 95th Monthly Fee Applications for February. | Holzberg, E. | 0.7 |
| 03/24/2009 | Worked on 95th Monthly Fee Application for February. | Holzberg, E. | 1.0 |
| 03/30/2009 | Review Stroock's ninety-fifth monthly fee statement in preparation for filing (.6); prepare cert of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.8). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 14.2 | $ 275 | $ 3,905.00 |
| Krieger, Arlene G. | 5.5 | 675 | 3,712.50 |
| Mohamed, David | 6.0 | 180 | 1,080.00 |
| Pasquale, Kenneth | 0.3 | 825 | 247.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,945.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,945.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2009 | Telephone conference trade creditor re: status of POR, Libby. | Pasquale, K. | 0.4 |
| 03/05/2009 | Telephone call trade creditor re: exit financing, plan process. | Krieger, A. | 0.1 |
| 03/06/2009 | Telephone call creditor re: plan treatment, disclosure statement hearing. | Krieger, A. | 0.1 |
| 03/06/2009 | T/c bank debt holder re: status and Libby trial. | Kruger, L. | 0.2 |
| 03/09/2009 | T/c with bank debt holder. | Kruger, L. | 0.3 |
| 03/10/2009 | Attend to memoranda with KP re: creditor discussion. | Krieger, A. | 0.2 |
| 03/10/2009 | Telephone conference bank debt holder re status (.3); internal e-mails re: same (.2). | Pasquale, K. | 0.5 |
| 03/12/2009 | T/c bank debt holder re: Libby. | Kruger, L. | 0.2 |
| 03/13/2009 | T/c creditor re claim. | Holzberg, E. | 0.1 |
| 03/17/2009 | Telephone conference bank debt holder re: status of case. | Pasquale, K. | 0.5 |
| 03/19/2009 | Telephone conferences with creditors (three) re: status of proceedings, Libby criminal. | Pasquale, K. | 0.8 |
| 03/20/2009 | Telephone conference creditor re criminal trial issues. | Pasquale, K. | 0.3 |
| 03/23/2009 | Telephone conference bank debt creditors re status, Libby trial. | Pasquale, K. | 0.5 |
| 03/25/2009 | Telephone conference A. Rosenberg re status. | Pasquale, K. | 0.3 |
| 03/27/2009 | Telephone conference bank debt holder re Libby trial; status. | Pasquale, K. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/31/2009 | Telephone conference bank debt holder re status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 0.1 | $ 275 | $ 27.50 |
| Krieger, Arlene G. | 0.4 | 675 | 270.00 |
| Kruger, Lewis | 0.7 | 995 | 696.50 |
| Pasquale, Kenneth | 3.9 | 825 | 3,217.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,211.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,211.50 |
|-----------------------|-----------|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2009 | Attend to other professionals' fee applications and fee auditor's final reports. | Krieger, A. | 0.2 |
| 03/03/2009 | Attend to fee auditor's final reports and other professionals' fee applications. | Krieger, A. | 0.4 |
| 03/16/2009 | Attend to other professionals' fee applications and examiner's reports. | Krieger, A. | 0.3 |
| 03/17/2009 | Attend to fee applications, examiner's reports of other professionals, committee members. | Krieger, A. | 0.3 |
| 03/20/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,012.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,012.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/05/2009 | Attend to Debtors' motion for authority to make pension contributions. | Krieger, A. | 0.2 |
| 03/09/2009 | Attend to Capstone's proposed memorandum for the Committee re pension motion. | Krieger, A. | 0.5 |
| 03/10/2009 | Telephone call J. Dolan re: Capstone memorandum re: pension motion. | Krieger, A. | 0.2 |
| 03/25/2009 | Attend to Debtors' motion authorizing implementation of 2009-2011 long-term incentive plan for employees. | Krieger, A. | 0.4 |
| 03/31/2009 | Attend to Capstone memorandum re LTIP motion (.6); memo to J. Dolan re LTIP memorandum comments (.1). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.0 | $ 675 | $ 1,350.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,350.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,350.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|----|-----------------------------------------------|
|    | 699843 0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/12/2009 | Attend to Debtors' motion for settlement of certain PRP claims and Debtors' notice of settlements of PRP claims, review underlying settlement and memorandum to J. Baer re failure of stipulations to track settlement. | Krieger, A. | 2.4 |
| 03/17/2009 | Attend to Debtors' Notice of Settlement of the Steeler, Inc. claim. | Krieger, A. | 0.1 |
| 03/18/2009 | Memoranda with J. Baer re inquiries and additional information on Steeler claims settlement. | Krieger, A. | 0.2 |
| 03/19/2009 | Exchanged further memoranda with J. Baer re Steeler's claim. | Krieger, A. | 0.2 |
| 03/20/2009 | Exchanged memorandum with J. Baer re follow-up inquiry on proposed PRP settlements. | Krieger, A. | 0.2 |
| 03/23/2009 | Review Grace v. Zotos decision and court's memorandum re:  injunction barring  NJDEP from pursuing ISRA penalties. | Berg, M. | 0.5 |
| 03/23/2009 | Attend to Judge Buckwalter's memorandum decision enjoining NJDEP from fixing civil penalty against Grace and two former officers (1.2); attend to article re Grace v. Zotos ruling by Second Circuit and related case law (3.4); memorandum to and from M. Berg re same (.8). | Krieger, A. | 5.4 |
| 03/26/2009 | Review Steeler memo. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.5 | $ 650 | $ 325.00 |
| Krieger, Arlene G. | 8.5 | 675 | 5,737.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,261.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,261.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 93.46 |
| Long Distance Telephone | 62.84 |
| Duplicating Costs-in House | 7.40 |
| Word Processing | 570.00 |
| Lexis/Nexis | 183.50 |
| Travel Expenses - Transportation | 254.00 |
| Travel Expenses - Lodging | 198.36 |
| Travel Expenses - Meals | 40.51 |
| Westlaw | 1859.95 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,270.02 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,270.02 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Litigation (Non-Bankruptcy/General) |
| | 699843 0032 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2009 | Attend to article re: Libby criminal trial. | Krieger, A. | 0.2 |
| 03/05/2009 | Attend to articles re Libby criminal trial. | Krieger, A. | 0.2 |
| 03/05/2009 | Review articles on Libby trial. | Kruger, L. | 0.3 |
| 03/09/2009 | Attend to Libby trial-related information for LK (.2); memorandum for LK re: Libby related information (.2). | Krieger, A. | 0.4 |
| 03/10/2009 | Draft internal trial update memo. | Harris, D. | 0.5 |
| 03/10/2009 | Attend to articles re: criminal trial (.6); office conference DH re: memoranda on the criminal trial (.1). | Krieger, A. | 0.7 |
| 03/10/2009 | Review reports on Libby trial. | Kruger, L. | 0.5 |
| 03/11/2009 | Attend to articles re criminal trial (1.0); office conference LK re memorandum for the Committee (.1). | Krieger, A. | 1.1 |
| 03/11/2009 | O/c with AK re memo to committee re Libby trial (.1); review Libby trial articles (.4). | Kruger, L. | 0.5 |
| 03/11/2009 | Attention to criminal trial status and review reports. | Pasquale, K. | 0.5 |
| 03/12/2009 | Research re criminal statutes. | Krieger, A. | 0.4 |
| 03/13/2009 | Memorandum and office conference D. Harris re: memorandum for the Committee re:  Libby criminal trial (.2); attend to articles re: criminal trial (.2). | Krieger, A. | 0.4 |
| 03/13/2009 | Review Libby trial articles. | Kruger, L. | 0.2 |
| 03/16/2009 | Review news articles of Libby trial for memo to committee. | Harris, D. | 2.9 |
| 03/16/2009 | Attend to articles re criminal trial. | Krieger, A. | 0.2 |
| 03/16/2009 | Review Libby trial reports (.3); o/c with AK re | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | discovery, Libby trial and memo re confirmation (.3). | | |
| 03/17/2009 | Reviewed news article and drafted memo on Libby trial for memo to committee. | Harris, D. | 3.4 |
| 03/17/2009 | Attend to articles re: criminal trial (1.0); attend to recent case for applicability to USA's claims for restitution (.3). | Krieger, A. | 1.3 |
| 03/17/2009 | Review Libby trial reports. | Kruger, L. | 0.6 |
| 03/18/2009 | Attend to Libby Trial reports and draft memorandum for the Committee re criminal trial. | Krieger, A. | 2.4 |
| 03/19/2009 | Research on criminal indictments under the Clean Air Act (.6); edit memorandum on criminal trial for distribution to Committee (1.6). | Harris, D. | 2.2 |
| 03/19/2009 | Attend to Libby Trial reports and memorandum for the Committee re criminal trial (4.4); office conference DH re comments to same (.2). | Krieger, A. | 4.6 |
| 03/20/2009 | Edit memo on Libby criminal trial for distribution to committee (0.6) draft week 5 update on Libby criminal trial. (1.2) | Harris, D. | 1.8 |
| 03/20/2009 | Attend to Libby Trial reports and memorandum for the Committee re Libby criminal trial (.9); exchanged memoranda with DH re new memorandum on trial (.2). | Krieger, A. | 1.1 |
| 03/20/2009 | Review and edit memo to committee re criminal trial status. | Pasquale, K. | 0.5 |
| 03/23/2009 | Research recent cases involving the Clean Air Act. | Harris, D. | 1.6 |
| 03/23/2009 | Attend to articles re: Libby trial (.5) and attend to memorandum for the Committee: Weeks 3 and 4 of the criminal trial (.2). | Krieger, A. | 0.7 |
| 03/24/2009 | Research on recent Clean Air Act cases. | Harris, D. | 1.1 |
| 03/24/2009 | Attend to articles re Libby trial and draft | Krieger, A. | 3.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to the Committee thereon. | | |
| 03/24/2009 | Review Libby trial articles and draft memo re: same. | Kruger, L. | 1.1 |
| 03/25/2009 | Draft memo regarding recent cases on Clean Air Act. | Harris, D. | 0.8 |
| 03/25/2009 | Confer D. Harris re research (.3); review memo and case law re criminal remedies (.8). | Pasquale, K. | 1.1 |
| 03/27/2009 | Attend to memorandum re week 5 of the criminal trial. | Krieger, A. | 2.4 |
| 03/27/2009 | Review Libby trial memo. | Kruger, L. | 0.3 |
| 03/27/2009 | Review memo re trial status. | Pasquale, K. | 0.2 |
| 03/30/2009 | Prepare memo on update of Libby criminal trial. | Harris, D. | 2.3 |
| 03/30/2009 | Review case law re: criminal penalties and restitution. | Pasquale, K. | 1.2 |
| 03/31/2009 | Attend to memorandum for the Committee re Libby trial. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Harris, Daniel J. | 16.6 | $ 325 | $ 5,395.00 |
| Krieger, Arlene G. | 20.2 | 675 | 13,635.00 |
| Kruger, Lewis | 4.1 | 995 | 4,079.50 |
| Pasquale, Kenneth | 3.5 | 825 | 2,887.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 25,997.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 25,997.00 |
|-----------------------|-------------|

# STROOCK

| RE | Travel - Non Working |
|----|----------------------|
|    | 699843  0035         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/08/2009 | Travel to hearing in Pittsburgh, PA (air delays). | Pasquale, K. | 3.0 |
| 03/09/2009 | Return travel from Pittsburgh court hearing. | Pasquale, K. | 3.0 |
| 03/30/2009 | Travel to Wilmington, Delaware for Richard Finke deposition (.9); travel from Wilmington, Delaware to New York following deposition (.4). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.3 | $ 675 | $ 877.50 |
| Pasquale, Kenneth | 6.0 | 825 | 4,950.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,827.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,827.50 |
|-----------------------|-----------|

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2009 | Attend to revised 2/27/09 proposed final form of the Plan, Disclosure Statement and related documents. | Krieger, A. | 3.0 |
| 03/02/2009 | Office conference re: 2/27/09 documents and objections. | Krieger, A. | 0.1 |
| 03/02/2009 | Review as-filed POR, DS, exhibits, blacklines. | Pasquale, K. | 2.3 |
| 03/03/2009 | Further exchange of memoranda with Capstone re: Blackstone schedule, plan documents (.2); memorandum to L. Kruger, K. Pasquale re: Class 9 schedule, other (.6); memorandum re 2/27/09 plan documents (.8); attend to revised Exhibit 12 and other plan documents (2.8). | Krieger, A. | 4.4 |
| 03/04/2009 | Attend to plan documents. | Krieger, A. | 3.1 |
| 03/04/2009 | Review plan documents. | Kruger, L. | 1.2 |
| 03/05/2009 | Attend to case law re plan issues (3.2); telephone call C. Geco re revised Exhibit 12 (.1); office conference LK re exit financing and value (.1). | Krieger, A. | 3.4 |
| 03/05/2009 | O/c with AK re exit financing. | Kruger, L. | 0.1 |
| 03/06/2009 | Attend to case law re: plan issues (3.1); attend to discovery (1.8). | Krieger, A. | 4.9 |
| 03/08/2009 | Memorandum from L. Esayian re: protective order (.1); memorandum to KP re: same (.1); attend to discovery responses by Debtors (2.9). | Krieger, A. | 3.1 |
| 03/09/2009 | Attend to revised draft protective order (1.0); attend to discovery (2.6). | Krieger, A. | 3.6 |
| 03/10/2009 | Attend to comments on revised Protective Order (.6); attend to discovery (.7); exchanged | Krieger, A. | 7.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memoranda with LK, KP re plan issues (.2); attend to chapter 11 plan and case law re plan issues (.2). | | |
| 03/10/2009 | Memos with AK and KP re POR issues. | Kruger, L. | 0.2 |
| 03/10/2009 | Drafted preliminary witness list disclosure (.3); e-mails re same (.2); attention to confirmation discovery issues (.3). | Pasquale, K. | 0.8 |
| 03/11/2009 | Attend to plan issues, case law. | Krieger, A. | 4.9 |
| 03/11/2009 | Review POR issues. | Kruger, L. | 0.8 |
| 03/11/2009 | Review recently served discovery responses re: confirmation. | Pasquale, K. | 1.2 |
| 03/12/2009 | Memorandum to KP re preliminary witness list (.1); t/c and memorandum to M. Phillips re preliminary witness list (.1); attend to discovery responses (3.7); o/c KP re discovery response and related issues (.3). | Krieger, A. | 4.2 |
| 03/12/2009 | Review discovery issues. | Kruger, L. | 0.7 |
| 03/13/2009 | Attend to discovery (2.6); memoranda with local counsel re: filing and service of Committee's preliminary witness disclosure (.6); memorandum to all parties re: Committee's witness disclosure (.1). | Krieger, A. | 3.3 |
| 03/13/2009 | Review parties' respective preliminary witness lists. | Pasquale, K. | 0.6 |
| 03/16/2009 | Attend to discovery responses (5.1); attend to preliminary witness disclosures and office conference DM re schedule of same (1.1); office conference LK re discovery, Libby criminal trial, other matters and memorandum re confirmation (.3); attend to motion to extend time to file expert report by Priest (.1). | Krieger, A. | 6.6 |
| 03/16/2009 | Review expert reports. | Kruger, L. | 1.1 |
| 03/16/2009 | Review expert reports filed by various parties. | Pasquale, K. | 2.0 |
| 03/17/2009 | Attend to additional filed witness disclosures and discovery responses (1.6); attend to deposition notices (.1); conference call with | Krieger, A. | 5.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Capstone re: 3/25/09 meeting with financial advisors on POR, Disclosure Statement, other issues (.5); attend to expert reports (2.6); office conferences and exchanged memoranda with DM re: expert reports and witness disclosures (.5). | | |
| 03/17/2009 | Review expert reports (1.4);  review filed witness disclosures and discovery responses (.4). | Kruger, L. | 1.8 |
| 03/17/2009 | Drafted response to Grace's document request and interrogatory to the Committee re: impairment. | Pasquale, K. | 0.8 |
| 03/18/2009 | Attend to revised protective order (.1); attend to discovery (.3). | Krieger, A. | 0.4 |
| 03/19/2009 | Exchanged memoranda with C. Greco re bank debt holders' record list (.4); telephone call C. Freedgood, Naomi Hung re same (.2); memo and office conference KP re same (.2); memorandum to P. Pantealeo re prior communications regarding the recordholders' list (.6); telephone call Capstone re questions for 3/25/09 meeting with Blackstone to discuss the POR, Disclosure Statement  (.3); attend to emails re certain insurers' positions on the draft and  protective order (.1); attend to review of Capstone information request and reviews of Exhibit 12 and Disclosure Statement in connection therewith (1.8); attend to discovery (.6). | Krieger, A. | 4.2 |
| 03/20/2009 | Review of Disclosure Statement and memorandum to Capstone re information request (.6); attend to Committee's response to Debtors' interrogatory and request for documents (.2); office conference KP re discovery (.3) and attend to other plan related matters (.5); attend to Lloyd's settlement agreement (.3); exchanged memoranda with L. Esayian re deposition schedule (.2). | Krieger, A. | 4.8 |
| 03/20/2009 | Confer A. Krieger re discovery issues (.3); revised response to debtors' discovery demands (.5); e-mails to Longacre, Duane Morris re same (.2). | Pasquale, K. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/23/2009 | Attend to expert reports filed by Plan Proponents (.7); memoranda to confirmation parties re Committee's objections and responses to Debtors' discovery demand (.3). | Krieger, A. | 1.0 |
| 03/23/2009 | E-mail J. Baer re confirmation discovery status (.2); review recently served discovery responses (.5). | Pasquale, K. | 0.7 |
| 03/24/2009 | Exchanged memoranda with KP re depositions (.1); exchanged memoranda with J. Baer re depositions (.2); attend to newly filed discovery (.6); exchanged memoranda with M. Phillips re JPM record holders' list (.1). | Krieger, A. | 1.0 |
| 03/24/2009 | Review discovery  responses. | Kruger, L. | 0.7 |
| 03/24/2009 | Review various parties' discovery responses. | Pasquale, K. | 0.8 |
| 03/25/2009 | Attend to discovery (3.4); exchanged memoranda with J. Baer re Welch and Frank depositions (.1); memorandum to KP re same (.1); telephone call M. Phillips re inquiry on record holders' list (.1). | Krieger, A. | 3.7 |
| 03/25/2009 | Review issue of counsel remedies and memo re same (.4); review discovery responses of plan proponents (.2). | Kruger, L. | 0.6 |
| 03/25/2009 | E-mails Libby counsel re witness lists (.2); review discovery responses filed by plan proponents (.3). | Pasquale, K. | 0.5 |
| 03/26/2009 | Memorandum to Debtors' counsel re deposition calendar and Whitehouse transcript (.2); telephone call M. Phillips re status of preparation of record holder's list (.1). | Krieger, A. | 0.3 |
| 03/26/2009 | E-mails re discovery issues. | Pasquale, K. | 0.3 |
| 03/27/2009 | Exchanged memoranda with Debtors' counsel re depositions (.2); attend to discovery (1.6); attend to Whitehouse deposition (.2); attend Debtors' objection to Anderson Memorial re Finke deposition (.1). | Krieger, A. | 2.1 |
| 03/27/2009 | Review plan proponents' discovery responses | Pasquale, K. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to insurers, Libby claimants. | | |
| 03/29/2009 | Attend to discovery. | Krieger, A. | 2.3 |
| 03/30/2009 | Preparation and attendance at Richard Finke deposition. | Krieger, A. | 8.6 |
| 03/31/2009 | Attend to memorandum re Finke deposition. | Krieger, A. | 5.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 91.0 | $ 675 | $ 61,425.00 |
| Kruger, Lewis | 7.2 | 995 | 7,164.00 |
| Pasquale, Kenneth | 11.5 | 825 | 9,487.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 78,076.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 78,076.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

|  | |  |
|---|---|---|
| RE | Hearings<br>699843  0037 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2009 | Attend to 3/9/09 agenda notice. | Krieger, A. | 0.1 |
| 03/06/2009 | Preparation for 3/9 disclosure statement hearing. | Pasquale, K. | 2.0 |
| 03/08/2009 | Prep for disclosure statement hearing and review of revised plan documents. | Pasquale, K. | 1.4 |
| 03/09/2009 | Attend (telephonically) disclosure statement approval hearing (1.8); office conference LK re hearing (.2). | Krieger, A. | 2.0 |
| 03/09/2009 | O/c with AK re Grace DS hearing (.2); e-mails with KP re hearing (.2); review memo to committee re DS hearing (.4). | Kruger, L. | 0.8 |
| 03/09/2009 | Participated in court hearing re disclosure statement. | Pasquale, K. | 3.1 |
| 03/26/2009 | Attend to agenda notice for April 1, 2009 hearing and office conference LK re same. | Krieger, A. | 0.1 |
| 03/26/2009 | O/c with AK re 4/1/09 hearing. | Kruger, L. | 0.1 |
| 03/31/2009 | Prep for 4/1 omnibus hearing. | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 675 | $ 1,485.00 |
| Kruger, Lewis | 0.9 | 995 | 895.50 |
| Pasquale, Kenneth | 7.3 | 825 | 6,022.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,403.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,403.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | **Employment Applications - Others**<br>699843 0040 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/24/2009 | Attend to Debtors' motion to retain financial advisors to assist in selling their equipment businesses and exchanged memoranda with Capstone re same. | Krieger, A. | 1.2 |
| 03/24/2009 | Review motion to retain financial advisor to sell equipment business. | Kruger, L. | 0.4 |
| 03/25/2009 | Attend to Debtors' motion to retain Seale & Associates. | Krieger, A. | 2.6 |
| 03/25/2009 | Review motion to retain Seale & Associates. | Kruger, L. | 0.6 |
| 03/27/2009 | Attend to memorandum to J. Baer re information request re Seale Associates retention. | Krieger, A. | 0.3 |
| 03/29/2009 | Memorandum to J. Baer re: information request on Seale & Associates' retention. | Krieger, A. | 0.3 |
| 03/31/2009 | Attend to Capstone draft memorandum re Seale & Associates and telephone conference R. Frezza, J. Dolan re same (.7); attend to proposed form of order (.1). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.2 | $ 675 | $ 3,510.00 |
| Kruger, Lewis | 1.0 | 995 | 995.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,505.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,505.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Relief from Stay Proceedings<br>699843  0041 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/05/2009 | Attend to Kaneb motion for stay relief relating to Macon, Georgia site. | Krieger, A. | 0.6 |
| 03/16/2009 | Attend to CNA's objection to Kaneb's motion for stay relief re Georgia. | Krieger, A. | 0.2 |
| 03/27/2009 | Attend to Debtors' objections to Kaneb's motions for stay relief and Kaneb's consolidated reply to objections received. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 675 | $ 742.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 742.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 742.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 183,920.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 3,270.02 |
| TOTAL BILL | $ 187,190.52 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.