# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MARCH 1, 2009 - MARCH 31, 2009**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 16.5 | $ 995 | $ 16,417.50 |
| Pasquale, Kenneth | 33.7 | 825 | 27,802.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.5 | 650 | 325.00 |
| Harris, Daniel J. | 16.6 | 325 | 5,395.00 |
| Krieger, Arlene G. | 173.4 | 675 | 117,045.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 22.9 | 275 | 6,297.50 |
| Mohamed, David | 59.1 | 180 | 10,638.00 |
| | | | |
| **Sub Total** | **322.7** | | **$ 183,920.50** |
| **Less 50% Travel** | **(3.7)** | | **(2,913.75)** |
| **Total** | **319.0** | | **$ 181,006.75** |