# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2009 - MARCH 31, 2009**

| | |
|---|---:|
| Outside Messenger Service | $    93.46 |
| Long Distance Telephone | 62.84 |
| Duplicating Costs-in House | 7.40 |
| Word Processing - Logit | 570.00 |
| Lexis/Nexis | 183.50 |
| Travel Expenses - Transportation | 254.00 |
| Travel Expenses - Lodging | 198.36 |
| Travel Expenses - Meals | 40.51 |
| Westlaw | 1,859.95 |
| | |
| **TOTAL** | **$3,270.02** |

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| DATE | April 16, 2009 |
|---|---|
| INVOICE NO. | 471745 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

## **DISBURSEMENTS REGISTER**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| 03/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827109; DATE: 03/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195375983 on 03/03/2009 | 5.99 |
| 03/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827109; DATE: 03/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197935794 on 03/03/2009 | 5.99 |
| 03/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827109; DATE: 03/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199084209 on 03/03/2009 | 5.99 |
| 03/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827109; DATE: 03/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199137214 on 03/03/2009 | 8.50 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10/2009 | VENDOR: UPS; INVOICE#: 0000010X827099; DATE: 02/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195418454 on 02/20/2009 | 8.37 |
| 03/10/2009 | VENDOR: UPS; INVOICE#: 0000010X827099; DATE: 02/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199418027 on 02/20/2009 | 5.90 |
| 03/10/2009 | VENDOR: UPS; INVOICE#: 0000010X827099; DATE: 02/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199500231 on 02/20/2009 | 5.90 |
| 03/10/2009 | VENDOR: UPS; INVOICE#: 0000010X827099; DATE: 02/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199515047 on 02/20/2009 | 5.90 |
| 03/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827119; DATE: 03/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195921436 on 03/10/2009 | 8.99 |
| 03/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827119; DATE: 03/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196208241 on 03/10/2009 | 13.95 |
| 03/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827119; DATE: 03/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198109612 on 03/10/2009 | 8.99 |
| 03/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827119; DATE: 03/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199687228 on 03/10/2009 | 8.99 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service Total** | **93.46** |
| | **Long Distance Telephone** | |
| 03/06/2009 | EXTN.795562, TEL.9734678282, S.T.16:45, DUR.00:01:12 | 1.11 |
| 03/09/2009 | EXTN.795475, TEL.3026574938, S.T.17:56, DUR.00:00:57 | 0.56 |
| 03/13/2009 | EXTN.795485, TEL.7708793500, S.T.13:27, DUR.00:01:23 | 1.11 |
| 03/23/2009 | EXTN.795588, TEL.3026574942, S.T.18:36, DUR.00:02:45 | 1.67 |
| 03/24/2009 | EXTN.795475, TEL.3026574938, S.T.12:42, DUR.00:00:48 | 0.56 |
| 03/24/2009 | EXTN.795475, TEL.3026574938, S.T.14:11, DUR.00:00:53 | 0.56 |
| 03/24/2009 | EXTN.795475, TEL.3026574938, S.T.14:20, DUR.00:08:13 | 5.00 |
| 03/24/2009 | EXTN.795475, TEL.3026574938, S.T.14:38, DUR.00:04:27 | 2.78 |
| 03/26/2009 | EXTN.795544, TEL.3126412162, S.T.17:43, DUR.00:04:22 | 2.78 |
| 03/26/2009 | EXTN.795544, TEL.2015877144, S.T.14:04, DUR.00:53:28 | 30.02 |
| 03/27/2009 | EXTN.795485, TEL.3103420888, S.T.09:20, DUR.00:04:16 | 2.78 |
| 03/27/2009 | EXTN.795485, TEL.3128767700, S.T.16:45, DUR.00:00:15 | 0.56 |
| 03/27/2009 | EXTN.795475, TEL.3024261900, S.T.17:15, DUR.00:00:12 | 0.56 |
| 03/27/2009 | EXTN.795544, TEL.7047151728, S.T.14:58, DUR.00:11:47 | 6.67 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30/2009 | EXTN.795475, TEL.3024261900, S.T.09:37, DUR.00:00:29 | 0.56 |
| 03/30/2009 | EXTN.795475, TEL.3026574938, S.T.09:42, DUR.00:08:56 | 5.00 |
| 03/30/2009 | EXTN.795475, TEL.3026574938, S.T.09:52, DUR.00:00:17 | 0.56 |
| | **Long Distance Telephone Total** | **62.84** |
| **Duplicating Costs-in House** | | |
| 03/09/2009 | By Krieger, Arlene G. | 0.80 |
| 03/20/2009 | By Croston-Williams, Laura V. | 6.40 |
| 03/23/2009 | By Croston-Williams, Laura V. | 0.20 |
| | **Duplicating Costs-in House Total** | **7.40** |
| **Lexis/Nexis** | | |
| 03/24/2009 | Research on 03/24/2009 | 183.50 |
| | **Lexis/Nexis Total** | **183.50** |
| **Travel Expenses - Transportation** | | |
| 03/13/2009 | VENDOR(EE): KPASQUALE: Taxis to and from home/airport ($144) and to/from airport hotel ($85) for court hearing in Pittsburgh, PA on March 8-9, 2009 | 229.00 |
| 03/13/2009 | VENDOR(EE): KPASQUALE: Travel to hearing in Pittsburgh, PA (additional charge to change flight) | 25.00 |
| | **Travel Expenses - Transportation Total** | **254.00** |
| **Travel Expenses - Lodging** | | |
| 03/13/2009 | VENDOR(EE): KPASQUALE: Hotel (The Omni William Penn) in Pittsburgh, PA for court hearing in Pittsburgh, PA on March 9, 2009 | 198.36 |
| | **Travel Expenses - Lodging Total** | **198.36** |
| **Travel Expenses - Meals** | | |
| 03/13/2009 | VENDOR(EE): KPASQUALE: Meals (Dinner) court hearing in Pittsburgh, PA | 40.51 |
| | **Travel Expenses - Meals Total** | **40.51** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| **Westlaw** | | |
| 03/06/2009 | Transactional Search  by Krieger, Arlene G. | 12.50 |
| 03/11/2009 | Transactional Search  by Krieger, Arlene G. | 157.50 |
| 03/12/2009 | Transactional Search  by Krieger, Arlene G. | 85.50 |
| 03/19/2009 | Transactional Search   by Harris, Daniel J. | 422.20 |
| 03/23/2009 | Duration 0:13:55; by Krieger, Arlene G. | 151.25 |
| 03/23/2009 | Transactional Search  by Harris, Daniel J. | 846.50 |
| 03/25/2009 | Transactional Search  by Krieger, Arlene G. | 184.50 |
| **Westlaw Total** | | **1,859.95** |
| **Word Processing - Logit** | | |
| 03/18/2009 | By Mohamed, David | 30.00 |
| 03/18/2009 | By Mohamed, David | 24.00 |
| 03/18/2009 | By Mohamed, David | 270.00 |
| 03/18/2009 | By Mohamed, David | 36.00 |
| 03/18/2009 | By Mohamed, David | 210.00 |
| **Word Processing - Logit Total** | | **570.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| BILL DISBURSEMENT SUMMARY | |
|---|---:|
| Outside Messenger Service | $ 93.46 |
| Long Distance Telephone | 62.84 |
| Duplicating Costs-in House | 7.40 |
| Word Processing | 570.00 |
| Lexis/Nexis | 183.50 |
| Travel Expenses - Transportation | 254.00 |
| Travel Expenses - Lodging | 198.36 |
| Travel Expenses - Meals | 40.51 |
| Westlaw | 1859.95 |
| TOTAL DISBURSEMENTS/CHARGES | $ 3,270.02 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM