## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                          March 1, 2009 to March 31, 2009

Invoice No. 30705

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 17.00 | 4,349.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.00 | 295.00 |
| B18 | Fee Applications, Others - | 6.40 | 935.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 4.50 | 1,327.50 |
| B25 | Fee Applications, Applicant - | 7.40 | 1,417.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.80 | 531.00 |
| B36 | Plan and Disclosure Statement - | 72.40 | 20,887.50 |
| B37 | Hearings - | 8.10 | 2,389.50 |
| B41 | Relief from Stay Litigation - | 2.40 | 708.00 |
| | **Total** | **121.00** | **$32,840.00** |
| | **Grand Total** | **121.00** | **$32,840.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 250.00 | 2.90 | 725.00 |
| Rick S. Miller | 290.00 | 0.50 | 145.00 |
| Steven G. Weiler | 230.00 | 1.60 | 368.00 |
| Theodore J. Tacconelli | 295.00 | 100.60 | 29,677.00 |
| Legal Assistant - MH | 125.00 | 15.40 | 1,925.00 |
| **Total** | | **121.00** | **$32,840.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                 **$699.61**

Invoice No. 30705          Page 2 of 20          April 29, 2009

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-09 | *Case Administration* - Review Campbell Levine 31st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill 14th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 31st Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to Arrowood's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to Libby Claimants' interrogatories | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' proposed voting procedure instructions | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' proposed forms of ballots | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' proposed form of notice re non-voting status | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review proposed confirmation hearing notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Hurford re PI Committee's responses to Libby discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re disclosure statement objection chart | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review disclosure statement objection chart with proposed resolutions | 0.50 | TJT |
| Mar-02-09 | *Case Administration* - 2/23/09 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review A. Rich Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address of A. Rich and forward to paralegal | 0.10 | TJT |
| | *Hearings* - Review agenda for 3/9/09 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review disclosure statement filed on 2/27/09 | 2.30 | TJT |
| Mar-03-09 | *Case Administration* - Review notice of address change and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review agenda for 3/4 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 2/20/09 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Fee Auditor's Final Report re Bilzin and forward to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Congoleum opinion | 0.30 | RSM |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re Congoleum opinion | 0.20 | RSM |
| | *Fee Applications, Others* - e-mail Fee Auditor's Final Report re Bilzin's 30th Quarterly Fee Application to co-counsel | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by A. Wilson re US ZAI class settlement with attachment | 0.20 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney & Conway | 0.10 | TJT |
| | *Case Administration* - Review request for payment of admin claim by NY state tax | 0.10 | TJT |

| Invoice No. 30705 | Page 3 of 20 | | April 29, 2009 |
|---|---|---|---|
| | *Case Administration* - Review Kramer Levine Jan. Fee Application | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 3/9/09 hearing preparation | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. O'Neill re agenda for 3/9/09 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PI Committee's responses to Arrowood's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re PIFCR's responses to Arrowood's request for admissions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re debtors' response to request for admissions by Travelers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to request for admissions by Travelers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re blackline of plan documents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re insurer standing | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review responses by PI Committee to request for admissions by Arrowood | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review responses by PIFCR to request for admissions by Arrowood | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' responses to request for admissions by Travelers | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review 2/25/09 transcript re disclosure statement issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing disclosure statement | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review notice of hearing re final disclosure statement approval | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses of PI Committee to request for admissions by Arrowood | 0.10 | TJT |
| | *Case Administration* - determine allocation of 2/18/09 payment by debtor, update payments received chart, submit chart with respective invoice to T. Tacconelli and accounts receivable | 0.10 | MH |
| Mar-04-09 | *Fee Applications, Applicant* - Review HRA Jan. 09 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Bilzin Jan. 09 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Jan. 09 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re Stroock 30th interim period | 0.10 | TJT |
| | *Case Administration* - Review BIR Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review blackline plan dated 2/27/09 | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review blackline table of contents re exhibits dated 2/27/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blackline exhibit 3 | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review blackline exhibit 4 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review blackline exhibit 6 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review blackline exhibit 8 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blackline exhibit 12 | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby | 0.10 | TJT |

| Invoice No. 30705 | Page 4 of 20 | | April 29, 2009 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | Claimants re comments on proposed plan protective order | | |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel and proposed order re Anderson Memorial Hospital's motion to enlarge time for plan discovery | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review blackline exhibit 25 | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review blackline exhibit 28 | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Jan. prebill | 1.30 | TJT |
| | *Case Administration* - determine allocation of 2/26/09 payment by debtor, update payments received chart, submit chart with respective invoice to T. Tacconelli and accounts receivable | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Jan. Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Jan. Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Jan. Fee Application and related documents, prepare Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Jan. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Jan. prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Jan. 09 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Jan. Fee Application | 0.40 | MH |
| Mar-05-09 | *Case Administration* - Review correspondence from S. Baena re Montana criminal action | 0.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re PWC 30th interim period | 0.10 | TJT |
| | *Case Administration* - Review Stroock Jan. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Prepare for 3/9/09 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from P. Broadwater re corrected exhibit 12 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review corrected exhibit 12 | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' recent 2008 10K filed with SEC as referenced in the corrected exhibit 12 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re corrected exhibit 25 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review corrected exhibit 25 | 0.70 | TJT |
| Mar-06-09 | *Case Administration* - Confer with T. Tacconelli re continued confirmation hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA 26th Quarterly Fee Application for filing and confer with M. Hedden re same | 0.20 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin | 0.10 | LLC |

| | | |
|---|---|---|
| 31st Quarterly Fee Application for filing | | |
| *Fee Applications, Applicant* - Review Certificate of No Objection re 31st Quarterly Fee Application for filing | 0.10 | LLC |
| *Case Administration* - 3/9/09 hearing follow-up | 0.10 | SGW |
| *Case Administration* - Review e-mail signed order dismissing as moot Anderson Memorial Hospital's motion for enlargement of time and send to co-counsel | 0.10 | SGW |
| *Case Administration* - Review Piper, TPT and Tri Angeli Jan. Fee Applications | 0.10 | TJT |
| *Case Administration* - Review Fee Auditor's Final Report re Woodcock Washburn 30th interim period | 0.10 | TJT |
| *Case Administration* - Review debtors' monthly operating report for Jan. 09 | 0.50 | TJT |
| *Case Administration* - Review Charter Oak Jan. Fee Application | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from P. Broadwater re second corrected exhibit 12 | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review second corrected exhibit 12 | 0.50 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of debtors' response to Arrowood's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to Arrowood's request for production | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review MCC's responses to plan proponents' request for production | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review MCC's responses to plan proponents' interrogatories | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review Kaneb's responses to debtors' phase I request for production | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review order re Anderson Memorial Hospital's motion to enlarge discovery deadlines | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review discovery documents produced by debtors | 2.30 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from D. Felder re FCR's discovery responses | 0.10 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's 26th Quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's 26th Quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's 31st Quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 31st Quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 31st Quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 31st Quarterly Fee Application | 0.30 | MH |

| Invoice No. 30705 | Page 6 of 20 | | April 29, 2009 |
|---|---|---|---|
| Mar-07-09 | *Case Administration* - Review Caplin Drysdale Jan. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR's responses to CNA's discovery | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR's responses to Zurich's discovery | 0.50 | TJT |
| | *Plan and Disclosure Statement* - PIFCR's responses to certain insurers' discovery | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to CNA's discovery | 0.10 | TJT |
| Mar-08-09 | *Case Administration* - Review Anderson Kill Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Jan. Fee Application | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 3/9/09 final disclosure statement hearing | 2.20 | TJT |
| | *Hearings* - Correspond with S. Weiler re 3/9/09 hearing preparation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to certain insurers' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from L. Esayian re responses to changes requested by Libby counsel to confirmation protective order | 0.10 | TJT |
| Mar-09-09 | *Case Administration* - Confer with T. Tacconelli re hearing on disclosure statement | 0.10 | LLC |
| | *Case Administration* - Confer further with T. Tacconelli re hearing on disclosure statement and related issues | 0.30 | LLC |
| | *Case Administration* - 3/9/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - Review Orrick Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re TPT 30th interim period | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 2.60 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' response to GEICO and Columbia's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from L. Esayian re revised confirmation protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blackline of new draft of confirmation protective order | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re disclosure statement issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR's responses to GEICO's discovery | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR's response to OneBeacon and Seaton discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by PI Committee of responses to GEICO and Columbia's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review comments by insurance company attorney re changes requested by counsel for Libby Claimants re protective order for plan discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of various discovery responses by PIFCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to Federal's discovery | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Federal Mogul opinion re | 0.50 | TJT |

| | | | |
|---|---|---|---|
| | transfer insurance proceeds to PI trust as cited by PIFCR in various discovery responses | | |
| | *Plan and Disclosure Statement* - e-mail to S. Baena re order approving disclosure, etc. | 0.20 | TJT |
| Mar-10-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re ZAI motion filed by W. McClain | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Bilzin's 30th interim period | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Foley Hoag Jan. Fee Application | 0.10 | TJT |
| | *Hearings* - Review 3/9 hearing notes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from L. Esayian re additional documents produced by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from A. Rich re confirmation of protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to OneBeacon and Seaton's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving disclosure statement and confirmation schedule | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to discovery by Zurich | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to discovery by Scott's Co. | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's responses to discovery by GEICO/Columbia | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re order approving disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's responses to certain insurers' discovery | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's responses to discovery by Zurich | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's responses to discovery by CNA | 0.40 | TJT |
| | *Case Administration* - Review docket re case status for week ending 2/27/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| | *Case Administration* - Review docket re case status for week ending 3/6/09; memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Mar-11-09 | *Case Administration* - Review case status memo for weeks ending 2/27 and 3/6 | 0.10 | LLC |
| | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 2/27/09 | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement filed by E. Moody | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI Committee's responses to Zurich discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's responses to OneBeacon and Seaton's discovery | 0.70 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review debtors' responses to OneBeacon and Seaton's discovery | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by PI Committee to certain insurers' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review verification by R. Finke re debtors' responses to OneBeacon and Seaton's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition filed by debtors re Dr. Whitehouse | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI Committee's responses to OneBeacon and Seaton's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue review of documents produced by debtors | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re PD Committee's responses to debtors' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of PD Committee's responses to debtors' discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from committee member re PD Committee's responses to debtors' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blackline revised draft of PD Committee's response to debtors' discovery | 0.20 | TJT |
| Mar-12-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 3rd circuit opinion in Mission Towers appeal | 0.30 | TJT |
| | *Case Administration* - Review case status memo for week ending 3/6/09 | 0.10 | TJT |
| | *Case Administration* - Review notice of change of attorney for State of Texas and forward to paralegal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - prepare for and attend committee meeting | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI Committee's responses to CNA discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to GEICO and Columbia's discovery | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Brown re Dr. Priest report and motion for extension to file report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by plan proponents of joint responses to Federal Insurance Company's discovery | 0.10 | TJT |
| | *Case Administration* - update 2002 list and labels documents | 0.20 | MH |
| Mar-13-09 | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review second amended 2019 statement of Paul Weiss | 0.10 | TJT |
| | *Case Administration* - Review LAS Jan. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - e-mail to M. Kramer re PD Committee's responses to debtors' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Arrowood re response to discovery by plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re late filing by certain insurers re Priest expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review equity committee's reservation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | of rights re witness designation | | |
| | *Plan and Disclosure Statement* - Review PDFCR's reservation of rights re witness designation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Travelers' response to debtors' Phase I request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Zurich's discovery | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' witness list designation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Scott's amended response to plan proponents' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Hurford re ACC and PIFCR's witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Allstate's witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Seaton's witness designation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review GEICO's witness designation | 0.10 | TJT |
| Mar-14-09 | *Case Administration* - Review debtors' motion to approve settlement with PRP Group with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI Committee's responses to Scott's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses by AXA Belgium to debtors' Phase I request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee/PIFCR's witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Federal Ins. Co.'s witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Columbia's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Zurich's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certain insurers' motion to extend time to provide Priest expert report | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Hartford witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AXA Belgium's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Fund witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Scott's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Anderson Memorial Hospital's discovery to plan proponents | 0.10 | TJT |
| Mar-15-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 19th claims settlement notice with attachments | 0.60 | TJT |
| | *Case Administration* - Review Duane Morris 30th Quarterly Fee Application | 0.10 | TJT |

| Invoice No. 30705 | Page 10 of 20 | | April 29, 2009 |
|---|---|---|---|
| | *Case Administration* - Review Stroock 31st Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender group's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's discovery to plan proponents | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's witness designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of R. Finke by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review limited objection by Anderson Memorial Hospital to ZAI class settlement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - e-mail to S. Baena re limited objection by Anderson Memorial Hospital to ZAI class settlement motion | 0.20 | TJT |
| Mar-16-09 | *Case Administration* - 2/23/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - 3/9/09 hearing follow-up | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re service of PD Committee's responses to debtors' discovery (.1); prepare Notice of Service and begin preparation of service list (.2); confer with M. Hedden re completion of same | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 20th claims settlement notice with attachment | 0.20 | TJT |
| | *Case Administration* - Review W. Smith & Assoc. 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re K&E 30th Quarterly Fee Application with attachments | 0.20 | TJT |
| | *Case Administration* - Review second supplemental declaration of Piper Jaffery | 0.10 | TJT |
| | *Case Administration* - Review second supplemental declaration of Tri Angeli | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 2/23/09 hearing transcript re plan issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to CNA discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review verification of R. Finke to debtors' responses to CNA's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re preparing Notice of Service for PD Committee's discovery responses due today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - e-mail to J. Sakalo re discovery responses due today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with paralegal re discovery responses due today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to certain insurers' discovery | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Correspond with J. Sakalo re PD discovery responses | 0.30 | TJT |
| | *Plan and Disclosure Statement* - work on PD discovery responses and oversee filing and service | 1.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Notice of Service by certain insurers of expert report of H. Mathis | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by PI Committee of expert report of M. Peterson | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review objection by CCC to Kaneb Pipelines' second motion to lift stay (Macon, Georgia) with voluminous attachments | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re service of PD Committee responses to debtors' discovery; prepare service list and labels; prepare e-mail list; serve same | 2.60 | MH |
| Mar-17-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to AMH's ZAI class proof of claim with attachments | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended 2019 statement by Landis Rath & Cobb | 0.10 | TJT |
| | *Case Administration* - Review W. Smith & Assoc.'s 31st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re PI Committee members' 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of B. Melby with attachment | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 3/9/09 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by certain insurers of expert report of J. Shein | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re M. Peterson expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of responses to debtors' discovery by Anderson | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review LMI's witness designation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review expert report of H. Mathis | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review expert report of J. Shein | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re debtors' property damage expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from L. Esayian re debtors' additional document production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson's responses to debtors' discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of objections by S&R to debtors' discovery to S&R | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review S&R's objection to debtors' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing documents produced by debtors re confirmation discovery | 0.90 | TJT |
| | *Case Administration* - download 3/9/09 hearing transcripts | 0.10 | MH |
| Mar-18-09 | *Case Administration* - 3/9/09 hearing follow-up (revised transcript) | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying debtors' motion to approve settlement with Macerich and confer with RSM | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review memorandum opinion re NJDEP appeal 08-250 | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - e-mail to S. Baena re memorandum opinion re NJDEP appeal 08-250 | 0.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re BIR 30th | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Quarterly Fee Application | | |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Arrowood re expert disclosure of B. Heinze | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review preliminary expert disclosure by B. Heinze | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing by debtors of PD expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' expert report by D. Martin with attachments | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from L. Esayian re confirmation protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review blacklined confirmation protective order | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review comments from counsel for Kaneb Pipeline re confirmation protective order | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of preliminary objection to plan by Owens Illinois | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3/9/09 transcript re plan issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI Committee's responses to CNA's discovery | 0.10 | TJT |
| Mar-19-09 | *Case Administration* - Review Fee Auditor's Final Report re Capstone 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Jan. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Review errata sheet for 3/9/09 hearing transcript | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI Committee's responses to OneBeacon and Seaton's discovery with verification | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to Scott's discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service and responses by PI Committee to Zurich's discovery with verification | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for insurers re Kaneb Pipeline's issues re proposed protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 2 e-mails from counsel for insurers re comments on proposed protective order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing Dr. Whitehouse supplemental expert report | 0.30 | TJT |
| Mar-20-09 | *Case Administration* - Review Fee Auditor's Final Report re applications with no issues and forward to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion of J. Rowe to allow late filed ZAI claim | 0.20 | TJT |
| | *Case Administration* - Review Woodcock Washburn Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Jan. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Scott's Co. | 0.10 | TJT |
| Mar-21-09 | *Case Administration* - Review Olgivey Renault Feb. Fee Application | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PI Committee's responses to Federal's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing revised Dr. Whitehouse supplemental report with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review supplemental report by Dr. Frank | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review debtors' objection to Kaneb's motion for relief from stay re Macon, GA site | 0.40 | TJT |
| Mar-22-09 | *Case Administration* - Review PSZJ and Nelson Mullins Jan. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review K&E Jan. Fee Application | 0.30 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing discovery documents by debtors | 1.50 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing Peterson revised expert report | 0.20 | TJT |
| Mar-23-09 | *Case Administration* - Review Fee Auditor's Final Report re Duane Morris 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of R. Finke | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing M. Peterson's revised expert report | 1.80 | TJT |
| | *Relief from Stay Litigation* - Review Kaneb's reply to debtors' objection to motion to lift stay re Macon, GA | 0.30 | TJT |
| Mar-24-09 | *Case Administration* - Review Fee Auditor's Final Report re BMC Group 30th interim period | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 3/13/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from A. Krieger re UCC's responses to debtors' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review UCC's responses to debtors' discovery | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of UCC's responses to debtors' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review equity committee's responses to Y. Cannon's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Libby Claimants' responses to debtors' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of equity committee's responses to various discovery by Libby Claimants | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Kaneb's reply to various insurance company objections to motion to lift stay re Macon, GA with attachment | 0.40 | TJT |
| | *Case Administration* - Review docket re case status for week ending 3/13/09; memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Case Administration - Case Administration* - Review docket re case status for week ending 3/20/09; memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Mar-25-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file reply to Anderson Memorial Hospital's objection to ZAI | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | class settlement and review proposed reply | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI class supplemental memorandum in support of motion to approve class settlement with attachments | 0.60 | TJT |
| | *Case Administration* - Review order authorizing retention of J. Baer | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtor to make April pension contributions | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. O'Neill re 30th interim period quarterly fee chart, review same and confer with paralegal re same | 0.30 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/1/09 hearing preparation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of response by MCC to K. White's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by equity committee to G. Benefield's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review equity committee's response to K. White's interrogatories | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review equity committee's responses to M. Doney's interrogatories | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review equity committee's responses to M. Doney's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review equity committee's responses to K. White's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' responses to debtors' request for production | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of MCC's responses to V. Byington's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to BNSF's discovery | 0.50 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Jan. 09 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Jan. 09 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Jan. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Jan. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Jan. 09 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Jan. 09 Fee Application | 0.30 | MH |
| Mar-26-09 | *Case Administration* - Review agenda re 4/1/09 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 3/13/09 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 3/20/09 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin | 0.10 | LLC |

| | | |
|---|---:|---|
| Jan. 09 Fee Application for filing | | |
| *Fee Applications, Others* - Review Certificate of No Objection re HRA Jan. Fee Application for filing | 0.10 | LLC |
| *Fee Applications, Applicant* - Review Certificate of No Objection re Jan. Fee Application for filing | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion for leave to file reply to Anderson Memorial Hospital's objection to ZAI class settlement | 0.10 | TJT |
| *Case Administration* - Review case status memo for week ending 3/20/09 | 0.10 | TJT |
| *Case Administration* - Review notice of withdrawal of First Liberty Bank | 0.10 | TJT |
| *Case Administration* - Review Steptoe and Johnson Jan. and Feb. Fee Applications | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| *Hearings* - Review agenda for 4/1/09 hearing | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents' responses to CNA's second request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of CNA's responses to BNSF's second request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of MCC's responses to M. Doney's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review numerous e-mails re additional time for certain insurers to produce Priest expert report | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of CNA's responses to M. Doney's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to K. White's interrogatories | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of MCC's responses to BNSF's discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to G. Benefield's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to M. Doney's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to M. Doney's interrogatories | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of CNA's responses to M. Doney's interrogatories | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to K. White's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to Y. Cannon's request for production | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review plan proponents' responses to Libby Claimants' request for production | 0.10 | TJT |
| *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Feb. prebill | 1.20 | TJT |
| *Fee Applications, Others* - Review fee expense chart for 30th interim period re Bilzin and Hamilton | 0.10 | MH |
| *Fee Applications, Applicant* - Review fee expense chart for 30th interim period | 0.10 | MH |

**Invoice No. 30705**  **Page 16 of 20**  **April 29, 2009**

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-27-09 | *Case Administration* - Review Beveridge and Diamond Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review deposition calendar created by debtors as of today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' response to Libby Claimants' request for admissions | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of CNA's responses to V. Byington's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of MCC's supplemental responses to plan proponents' interrogatories | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to MCC's discovery | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PIFCR and PI Committee's responses to various Libby Claimants' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to V. Byington's discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' response to BNSF's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to K. White's interrogatories | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to Y. Cannon's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's responses to D. Biladeau's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to M. Doney's request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to M. Doney's interrogatories | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's responses to R. Barnes' request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to K. White request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to G. Benefield's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to State of Montana's phase II discovery | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' objection to Anderson Memorial Hospital's deposition notice | 0.20 | TJT |
| Mar-28-09 | *Case Administration* - memo to paralegal re sealed air hearing transcripts | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to continue employment agreement with Festa with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review second amended notice of deposition of R. Finke | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' joint response to D. Shea and L. Thom discovery to plan proponents | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to K. White's discovery | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PIFCR and PI Committee's corrected responses to M. Doney and K. White's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to M. Doney's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' second request for production to debtors | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to G. Benefield's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of corrected expert report for H. Mathis by CNA | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to Y. Cannon's request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to V. Byington's discovery | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and finalize Ferry, Joseph & Pearce's Feb. prebill | 0.10 | TJT |
| Mar-29-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Macerich with attachment | 0.40 | TJT |
| | *Case Administration* - Review PWC Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re no objections for 30th interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to K. White's interrogatories to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PIFCR and PI Committee's responses to M. Doney's interrogatories to plan proponents | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' responses to MCC's discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' responses to CNA's 2nd request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing Peterson revised expert report | 0.60 | TJT |
| Mar-30-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Cal.'s opening brief in appeal 08-863 | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to S. Baena re State of Cal.'s opening brief in appeal 08-863 | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Orrick 30th interim period | 0.10 | TJT |
| | *Case Administration* - Review BIR Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to retain Seale with attachments | 0.40 | TJT |
| | *Case Administration* - Review debtors' 2009 - 2011 LTIP motion with attachments | 0.50 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review responses by MCC to plan proponents' request for production | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review responses by MCC to plan proponents' interrogatories | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review responses by BNSF to plan | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | proponents' request for production | | |
| | *Plan and Disclosure Statement* - Review responses by BNSF to plan proponents' interrogatories | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' responses to State of Montana discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' responses to D. Shay and L. Thom discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Kaneb's responses to OneBeacon, et al.'s discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Kaneb's responses to debtors' phase I request for production | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review objection to amended notice of deposition of R. Finke by Arrowood | 0.10 | TJT |
| | *Case Administration* - scan and download 3 sealed air hearing transcripts | 0.20 | MH |
| Mar-31-09 | *Case Administration* - Review notice of substitution of attorney and forward to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Feb. 09 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review HRA Feb. 09 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Feb. 09 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - 4/1/09 hearing preparation | 0.20 | SGW |
| | *Case Administration* - Review Beveridge and Diamond Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review J. Baer Feb. Fee Application | 0.10 | TJT |
| | *Hearings* - Teleconference with M. Kramer re preparation for hearing tomorrow | 0.10 | TJT |
| | *Hearings* - Prepare for hearing tomorrow | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 4/1/09 hearing | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' amended request for production, interrogatories and request for admissions to PD Committee | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Correspond with S. Baena re debtors' amended discovery to PD Committee | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service re debtors' amended discovery to PD Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Travelers' second request for production to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re debtors' amended discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re plan discovery | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Longacre's responses to debtors' discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re recent oral argument in Supreme Court re Travelers' appeal | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Feb. Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's | 0.40 | MH |

| Invoice No. 30705 | Page 19 of 20 | | April 29, 2009 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | Feb. 09 Fee Application | | |
| | *Fee Applications, Others* - download, review and revise HRA's Feb. Fee Application and related documents, prepare Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Feb. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Feb. prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Feb. invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Feb. 09 Fee Application | 0.40 | MH |
| | Totals | 121.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Mar-03-09 | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.10 |
| | Photocopy Cost | 1.40 |
| Mar-04-09 | Photocopy Cost | 17.40 |
| | Photocopy Cost | 1.60 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 2.00 |
| Mar-05-09 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.00 |
| Mar-06-09 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| | Blue Marble - hand deliveries (Inv # 11202) | 28.00 |
| | First State Deliveries - hand deliveries | 13.00 |
| Mar-09-09 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.30 |
| Mar-12-09 | Photocopy Cost | 0.60 |
| | Diaz Data Services - 2/23/09 transcript | 187.50 |
| Mar-13-09 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| Mar-15-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.50 |
| Mar-16-09 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 2.90 |
| Mar-17-09 | Photocopy Cost | 2.10 |
| | Photocopy Cost | 2.10 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.50 |

**Invoice No. 30705** **Page 20 of 20** **April 29, 2009**

| Date | Description | Amount |
|---|---|---|
| Mar-20-09 | Blue Marble - hand deliveries (Inv # 11270) | 28.00 |
| Mar-24-09 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.50 |
| Mar-25-09 | J&J Court Transcribers (3/9/09 transcript) | 271.60 |
| | Blue Marble - copies 12.00; service 12.00 (Inv # 31824) | 24.00 |
| Mar-27-09 | Blue Marble - copies 14.00; service 18.80 (Inv # 31847) | 32.80 |
| | West Law - Legal Research (Jan 09) Acct #1000634693; Inv #0817711092 | 10.31 |
| Mar-28-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.50 |
| Mar-29-09 | Photocopy Cost | 1.30 |
| Mar-30-09 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 3.50 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 0.50 |
| Mar-31-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 2.40 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 4.60 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 7.00 |
| | Photocopy Cost | 2.40 |
| | Photocopy Cost | 4.50 |
| | Totals | **$699.61** |

**Total Fees & Disbursements** $33,539.61

**Balance Due Now** $33,539.61