UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
W.R. Grace & Co., *et al.*,             :    Case No. 01-1139 (JKF)
                                        :    Jointly Administered
                     Debtors.           :
---------------------------------------------------------x

## ALLSTATE INSURANCE COMPANY'S
## NOTICE OF DEPOSITION TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

PLEASE TAKE NOTICE that Allstate Insurance Company, ("Allstate") through its undersigned counsel, will take the deposition(s) upon oral examination of the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), c/o Peter Van N. Lockwood, pursuant to Bankruptcy Rules 7030 and 9014 and Federal Rule of Civil Procedure 30(b)(6), before a notary public or an officer authorized by law to administer oaths. The deposition will take place at the offices of Caplin & Drysdale, One Thomas Circle, N.W., Suite 1100, Washington, D.C., 20005, on May 1, 2009 at 9:30 am, or on such other date and at such other location as mutually agreed by Allstate and the ACC, and shall continue from day to day until concluded. The deposition will be recorded by audio, video and/or stenographic means. You are invited to attend and participate.

Pursuant to Rule 30(b)(6), the ACC shall designate one or more officers, directors, managing agents or other persons who consent to testify on their behalf as to all facts and other

information known or reasonably available to the ACC relating to the matters set forth in Attachment A.

Dated: April 29, 2009
Wilmington, Delaware

          WHITE & WILLIAMS, LLP

          By: *s/ James S. Yoder*
          JAMES S. YODER, ESQ. (DE #2643)
          824 N. Market Street, Suite 902
          P.O. Box 709
          Wilmington, DE 19899
          (302) 467-4524

          -and-

          Stefano Calogero, Esq.
          Andrew K. Craig, Esq.
          CUYLER BURK, P.C.
          Parsippany Corporate Center
          Four Century Drive
          Parsippany, NJ 07054
          (973) 734-3200

          *Counsel for Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company*