IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>Related Docket Nos. 19581, 19620 |

## ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY'S NOTICE OF JOINDER

Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood"), by its undersigned attorneys, hereby joins London Market Companies' Notice Of Deposition To The Official Committee Of Asbestos Personal Injury Claimants Pursuant To Federal Rules Of Civil Procedure 30(b)(6), filed on April 23, 2009 at Dkt. No. 21384; London Market Insurance Companies' Notice Of Deposition To W.R. Grace, Et. Al. Pursuant To Federal Rule Of Civil Procedure 30(b)(6), filed on April 23, 2009 at Dkt. No. 21386; London Market Insurance Companies Notice Of Deposition Of David T. Austern, filed on April 23, 2009 at Dkt. No. 21385; and Certain London Market Insurance Companies' Notice Of Deposition Of Jeffrey Posner, filed on April 28, 2009 at Dkt. No. 21437.

Arrowood also hereby joins Travelers Casualty and Surety Company's Notice of Deposition To The Official Committee Of Asbestos Personal Injury Claimants Pursuant to Federal Rule of Civil Procedure 30(b)(6), filed April 28, 2009 at Dkt. No. 21442; Travelers Casualty And Surety Company's Notice of Deposition Of Jeffrey Posner, filed on April 27, 2009 at Dkt. No. 21420; Travelers Casualty And Surety Company's And Allstate Insurance Company's Notice of Deposition To W.R. Grace & Co., et. al. Pursuant to Federal Rule Of Civil Procedure 30(b)(6), filed on April 8, 2009 at Dkt. No. 21238; and Travelers Casualty and Surety Company's Notice of Deposition Of David Austern, filed on April 28, 2009 at Dkt. No. 21441.

NYI:1778139.1

Arrowood also hereby joins Government Employees Insurance Co. and Columbia Insurance Company f/k/a Republic Insurance Company, OneBeacon America Insurance Company, and Seaton Insurance Company's Amended Notice of Deposition Of Asbestos PI Committee Pursuant to Rule 30(b)(6), filed on April 23, 2009 at Dkt. No. 21376; Government Employees Insurance Co. and Columbia Insurance Company f/k/a Republic Insurance Company, OneBeacon America Insurance Company, and Seaton Insurance Company's Amended Notice of Deposition of David T. Austern, filed on April 23, 2009 at Dkt. No. 21377; Government Employees Insurance Co. and Columbia Insurance Company f/k/a Republic Insurance Company, OneBeacon America Insurance Company, and Seaton Insurance Company's Notice Of Deposition Of Jeffrey Posner, filed on April 28, 2009 at Dkt. No. 21443; Maryland Casualty Company, Zurich International Company, and Zurich International (Bermuda) Ltd.'s Notice of Deposition of Plan Proponents Pursuant to Rule 30(b)(6), filed on April 16, 2009 at Dkt No. 21294; Fireman's Fund Insurance Company's Notice of Deposition Pursuant To Fed. R. Civ. P. 30(b)(6) And Federal Rules of Bankruptcy Procedure 9014 And 7030 Directed to the Asbestos PI Committee, filed on April 13, 2009 at Dkt. Nos. 21264 and 21261; and Fireman's Fund Insurance Company's Notice Of Deposition Pursuant To Fed. R. Civ. P. 30(b)(6) And Federal Rules Of Bankruptcy Procedure 9014 And 7030 Directed To Debtors, W.R. Grace & Co., et. al, filed on April 13, 2009 at Dkt. Nos. 21265, and 21263.

Arrowood also hereby joins Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, Fireman's Fund Insurance Company's Amended Notice Of Deposition Pursuant To Fed. R. Civ. P. 30(b)(6) and Federal Rules Of Bankruptcy Procedure 9014 and 7030 Directed To The Asbestos PI Committee, filed on April 28, 2009 at Dkt. No. 21452; Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, Fireman's Fund Insurance Company's Notice Of Deposition Of

David Austern, filed on April 28, 2009 at Dkt. No. 21450; Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, Fireman's Fund Insurance Company's Notice Of Deposition Of Jeffrey Posner, filed on April 28, 2009 at Dkt. No. 21449; Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd.'s Notice of Deposition, filed on April 29, 2009 at Dkt. No. 21471; and Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd.'s Re-Notice of Deposition of Plan Proponents Pursuant to Rule 30(b)(6), filed on April 29, 2009 at Dkt. No. 21472.

Dated: April 29, 2009
      Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO GENTILOTTI, LLC
800 N. King Street – Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

- and -

Carl. J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000

- and -

Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company*