## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : |  |

### JOINDER OF AXA BELGIUM TO NOTICES OF DEPOSITION

AXA Belgium, as Successor to Royale Belge SA ("AXA Belgium"), hereby joins the following Notices of Deposition:

- Notice of Deposition Directed to Debtors, W.R. Grace & Co., et al., filed by Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica di Sicurta, and possibly other related insurance companies (collectively "FFIC") (docket no. 21265);

- Notice of Deposition of Jeffrey Posner, filed by FFIC (docket no. 21449);

- Notice of Deposition of David Austern, filed by FFIC (docket no. 21450); and

- Notice of Deposition directed to the Official Committee of Asbestos Personal Injury Claimants, filed by FFIC (docket nos. 21264 and 21452).

AXA Belgium further reserves the right to join in other notices of deposition.

Respectfully submitted,
MENDES & MOUNT, LLP


/s/ Carolina Acevedo
Carolina Acevedo (admitted *pro hac vice*)
Eileen T. McCabe (admitted *pro hac vice*)
750 Seventh Avenue
New York, NY  10019

Telephone:  (212)261-8000
Facsimile:  (212)261-8750
carolina.acevedo@mendes.com
eileen.mccabe@mendes.com

Michael A. Shiner
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone:  (412) 566-1212
Facsimile: (412) 594-5619
mshiner@tuckerlaw.com

John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone:  (302) 235-7745
Facsimile:  (302) 235-2536
jspadaro@johnsheehanspadaro.com


Counsel for AXA Belgium