IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>Related Docket Nos. 19581, 19620<br><br>**BRADLEY L. RICE'S DECLARATION IN SUPPORT OF MOTION FOR LEAVE FROM THIS COURT'S SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON MOTION TO STRIKE WHITEHOUSE'S EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER** |

　　　　I, BRADLEY L. RICE, pursuant to 28 U.S.C. § 1746(2), affirm that to the best of my knowledge the following is true under penalty of perjury:

　　　　1.　　I am a member in good standing of the Bar of the State of New Jersey and an associate with the law firm of O'Melveny & Myers LLP, attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood"), the Movants.

　　　　2.　　I offer the following statements as further support for Movants' Motion For Order Shortening Notice Period Under Bankruptcy Rule 9006(c)(1), Local Rule 9006-1(e), And This Court's Case Management Order For Motion To Strike Whitehouse's Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of A Confidentiality Order (the "Motion to Shorten Notice").

　　　　3.　　Only after making good-faith efforts to reach a consensual resolution prior to Dr. Whitehouse's deposition, and only after the Libby Claimants continued to disregard their

discovery obligations, Movants filed their Motion To Strike Whitehouse Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of A Confidentiality Order, April 9, 2009, Dkt. No. 21245 (the "Whitehouse Motion").

4. Movants' good-faith efforts to reach a consensual resolution regarding the databases and other documents and information Dr. Whitehouse referred to, and relied upon, in formulating his expert reports, are documented in Allen Schwartz's Declaration of Good Faith In Connection With Motion to Strike the Whitehouse Expert Report Or, Alternatively, Compel The Production of Documents and Databases on which he relies and for Entry of Confidentiality Order, April 9, 2009, Dkt. No. 21245, and in the exhibits offered as part of the second Declaration of Allen Schwartz in support of the Whitehouse Motion.

5. My colleague Gary Svirsky informs me that he contacted Libby Claimants' counsel on April 14, 2009 to discuss the Whitehouse Motion.

6. Mr. Svirsky advises me that during his conversation with Libby Claimants' counsel, he offered them the opportunity to have the motion heard, with eighteen days notice, at the April 27, 2009 omnibus hearing. Mr. Svirsky informs me that he assumed the Libby Claimants would be interested in resolving this matter as quickly as possible, given the tight discovery and confirmation schedule, and that they would therefore not want to delay the matter till the June 1, 2009 omnibus hearing, which is only a little more than three weeks before the currently scheduled Phase I Confirmation hearing. Mr. Svirsky tells me that they declined his offer.

7. Mr. Svirsky further advises me that during his conversation, Libby Claimants' counsel told him that they had already mapped out their arguments in opposition to the Whitehouse Motion.

Dated: New York, New York
April 29, 2009

_____
Bradley L. Rice