IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 29th day of April 2009, I

caused a copy of the following documents to be served on the individuals on the attached service

list in the manner indicated:

**TWENTY-FIRST CLAIM SETTLEMENT NOTICE.**

Kathleen P. Makowski (Bar No. 3648)

91100-001\DOCS_DE:147590.1

**WR Grace & Company**
**Claim Settlement Negative Notice Parties**
**Fax Service List**
Case No. 01-01139 (JKF)
Document No. 134012
21 – Facsimile

*Facsimile*
302 573-6497
United States Trustee's Office
Attn: David M. Klauder
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Facsimile*
212 806-6006
(Counsel To The Official Committee Of
Unsecured Creditors')
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

*Facsimile*
212 644-6755
(Counsel To The Official Committee Of
Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, New York 10152

*Facsimile*
202 429-3301
(Counsel To The Official Committee Of
Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005

*Facsimile*
302 426-9947
(Counsel To The Official Committee Of
Asbestos Personal Injury Claimants)
Mark T. Hurford, Esquire
Marla Eskin, Esquire
Campbell & Levine
800 North King Street , Suite 300
Wilmington, Delaware 19801

*Facsimile*
305 374-7593
(Counsel To The Official Committee Of
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131

*Facsimile*
312 993-9767
(Counsel To The Dip Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

91100-001\DOCS_DE:134012.1

*Facsimile*
212 715-8000
(Counsel To The Official Committee Of
Equity Security Holders)
Phillip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, New York 10022

*Facsimile*
312 641-2165
(Co-Counsel To The Debtors)
The Law Offices of Janet S. Baer P. C.
Janet S. Baer, Esquire
70 W. Madison St., Suite 2100,
Chicago, IL  60602

*Facsimile*
302-658-6548
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Facsimile*
302-658-6395
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Facsimile*
410-531-4545
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*Facsimile*
302-657-4901
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Facsimile*
973-424-2001
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*Facsimile*
302-552-4295
(Equity Committee Counsel)
Teresa K. D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE  19801

*Facsimile*
302-655-4210
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

*Facsimile*
202-339-8500
(Counsel for David T. Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

*Facsimile*
302-575-1714
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Facsimile*
302-888-0606
(Delaware Counsel to Hon. Alexander M.
Sanders, Jr.
Property Damages Future Claims
Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE   19801

*Facsimile*
212-446-4900
Kirkland & Ellis LLP
Theodore Freedman, Esquire
153 E 53rd St # 38
New York, NY 10022

*Facsimile*
214-744-5101
(Counsel to Hon. Alexander M. Sanders, Jr.
Property Damages Future Claims
Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire
One Main Place, 1201 Main Street
Suite 1910, LB 201
Dallas, TX   75202