## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **RE: Docket Nos. 21413, 21454 and 21476** |

### JOINDER OF BNSF RAILWAY COMPANY TO THE AMENDED NOTICE OF DEPOSITION OF ASBESTOS PI COMMITTEE PURSUANT TO RULE 30(b)(6)

BNSF Railway Company, by its undersigned counsel, hereby joins the Amended

Notice of Deposition to the Official Committee of Asbestos Personal Injury Claimants, c/o Peter

Van N. Lockwood, Esq., Caplin & Drysdale, Chartgerd, One Thomas Circle N. W., Suite 1100,

Washington, DC 20005, filed by OneBeacon America Insurance Company, Seaton Insurance

Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a

Republic Insurance Company (Docket No. 21476), and the Joinder of the Scotts Company LLC

to Amended Notice of Deposition of Asbestos PI Committee Pursuant to Rule 30(b)(6) (Docket

No. 21413), and the Notice of Deposition of Asbestos PI Committee Pursuant to Rule 30(b)(6)

(Ref. No. 20622 ) Filed by Libby Claimants (Docket No. 21454).

Dated: April 30, 2009
Wilmington, DE

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE 4581)
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

-1-

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750


Counsel for BNSF Railway Company