IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., | ) |
| et al., | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly-Administered |
| | ) |
| | ) Re Docket No.: 21485, Motion to Shorten re 21245, Motion to Strike Whitehouse's Expert Report |

**ORDER SHORTENING NOTICE PERIOD ON MOTION TO
STRIKE WHITEHOUSE'S EXPERT REPORT OR, ALTERNATIVELY,
COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON
WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER**

Upon Movants' Motion For Leave From This Court's Scheduling Order And To Shorten Notice Period On Motion To Strike Whitehouse's Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of a Confidentiality Order (the "Motion to Shorten Notice"), it appearing that notice of the Motion to Shorten Notice was good and sufficient under the circumstances and that no other or further notice need be given; the Court having considered the Motion to Shorten Notice and any Responses thereto; this Court having determined that granting the relief requested is in the best interests of the Debtors' estates, their creditors, interest holders, and insurers; and after due deliberation thereon, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is hereby GRANTED;

2. Pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), adequate notice of the Motion to Strike Whitehouse Expert Report Or, Alternatively, Compel the Production of Documents and Databases On Which He Relies And For Entry Of A

1

Confidentiality Order (the "Whitehouse Motion") was served upon all parties with an interest in the matters set forth in the Whitehouse Motion, as well as upon all parties requesting such notice under Fed. R. Bankr. P. 2002;

3. A hearing on the Whitehouse Motion will be held at the mid-May discovery hearing proposed during the April 27, 2009 omnibus hearing.

4. The mid-May discovery hearing will be held on May 14, 2009 at 9:00 a.m. Eastern .m. in Pittsburgh, PA. Responses if any to the Whitehouse Motion to strike ~~are due on~~ shall be filed and served by May 8, 2009.

5. Movant shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

Dated: April 30, 2009

*Judith K. Fitzgerald*
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

2