## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of April, 2009, I caused a copy of the **Joinder of Maryland Casualty Company to Motion to Strike Whitehouse Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order** to be served upon the following in the manner indicated and the attached service list.

**VIA FIRST CLASS U.S. MAIL**
Garvan McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Tancred V. Schiavoni, Esq.
O'Melveny & Myers LLP
Times Square Tower, 32nd Floor
New York, NY  10036

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz
Edelman & Dicker, LLP
150 East 42nd Street
New York, NY  10017-5639

Marc J. Phillips

#682652

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)

Steven M. Yoder, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Counsel to DIP Lender)

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801

(Counsel to Asbestos PI Committee)

Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(Counsel to The Scotts Company)

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(Counsel to The Chase Manhattan Bank)

Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

(Counsel to Ingersoll-Rand Fluid Products
and State of Montana)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

(Counsel to Asbestos PD Committee)

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

Michael R. Lastowski, Esquire                  (Counsel to Official Committee of
Duane Morris LLP                                Unsecured Creditors)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246


Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

David Klauder, Esquire                          (United States Trustee)
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

Todd C. Schiltz, Esquire                        (Counsel for General Electric Corporation)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Kathleen Miller, Esquire                        (Counsel for Reaud, Morgan & Quinn, Inc.
Smith, Katzenstein & Furlow LLP                  and Environmental Litigation Group, PC)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Curtis Crowther, Esquire                        (Counsel to Century Indemnity Company)
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

(Counsel to First Union Leasing)

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

(Counsel to Mark Hankin and HanMar
Associates, Fireman's Fund Insurance Co.)

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

(Counsel to Equity Committee)
Telephone: 302-552-4200
Fax: 302-552-4295

Rachel B. Mersky, Esquire
Monzack, Mersky, McLaughlin & Browder,
P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Union Tank Car Company)
Telephone: 302-656-8162
Fax: 302-656-2769

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801

(Counsel to The Delaware Division of
Revenue)

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

(Counsel to the Libby Mine Claimants)

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, DE 19899

(L.A. Unified School District)

Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street, Floor 12
Wilmington, DE 19801

(Counsel to Prudential and Motley Rice
LLC)

3

John C. Phillips, Jr., Esquire                    (Counsel for David T. Austern)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Daniel K. Hogan, Esquire                          (Counsel to Brayton Purcell, LLP)
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

James S. Yoder, Esquire                           (Counsel to Allstate Insurance Company)
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

Brian L. Kasprzak, Esquire                        (Counsel to Everest Reinsurance Company
Marks, O'Neill, O'Brien and Courtney,             and Mt. McKinley Insurance Company)
P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

David P. Primack, Esquire                         (Counsel to American Employers Insurance
Drinker Biddle & Reath LLP                        Co., Employers Commercial Union n/k/a
1100 North Market Street, Suite 1000              OneBeacon America Insurance Co. and
Wilmington, DE 19801-1254                         Unigard Insurance Co.)

Christopher D. Loizides, Esquire                  (Counsel to Anderson Memorial Hospital)
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801

Richard S. Cobb, Esquire                          (Counsel to PacifiCorp)
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

4

Adams G. Landis, Esquire
Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

(Counsel to Anchorage Advisors, LLC;
Avenue Capital Group; Bass Companies;
Caspian Capital Advisors, LLC; Catalyst
Investment Management Co., LLC;
Citigroup Special Situations; Intermarket
Corp.; JD Capital Management, LLC; JP
Morgan Chase, N.A. Credit Trading Group;
Lehman Brothers, Inc.; Loeb Partners
Corporation; MSD Capital, L.P.; Murray
Capital Management, Inc.; Normandy Hill
Capital, L.P.; Ore Hill Partners, LLC; P.
Schoenfeld Asset Management, LLC; and
Restoration Capital Management, LLC)
**[NOA 18981: 6/23/08]**
(302) 467-4400 Telephone
(302) 467-4450 Fax
E-mail:  landis@lrclaw.com
cobb@lrclaw.com
mumford@lrclaw.com

Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

(Counsel to CNA Financial Corporation)

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

(Counsel to State of California, Dept. of
General Svcs.)

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

(Counsel to Sealed Air Corporation)

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Counsel to BNSF Railway Company
**[NOA 20219, 12/08/08]**
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: meltzere@pepperlaw.com

Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Counsel to Gloria Munoz
**[NOA DI 20701, 2/20/09]**
Telephone:  (302) 428-8191
Facsimile:  (302) 428-8195
E-mail:  zallinson@sha-llc.com

Derrick C. Tay, Esquire
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

(Canadian Counsel to Debtor)

Yves Lauzon, Esquire
Michel Belanger, Esquire
LAUZON BELANGER, INC..
286 Saint-Paul West, Suite 100
Montréal (Québec) H2Y 2A3

(Counsel to Canadian ZAI Claimants)

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, Ontario M5X 1K6

(Counsel to Her Majesty the Queen in Right
of Canada as represented by The Attorney
General of Canada)

Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario
M9C 5K1

William D. Sullivan, Esquire
4 E. 8th Street, Suite 400
Wilmington, DE 19801

(Counsel to Zonolite Attic Litigation
Plaintiffs and Gamma Holding, NV)

David B. Bernick, P.C.
Theodore L. Freedman, Esq.
Kirkland & Ellis
300 North LaSalle
Chicago, IL  60654

(Counsel to Debtor)

Mark Shelnitz                                    (W. R. Grace & Co.)
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esquire                         (Counsel to Asbestos P1 Committee)
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Lewis Kruger, Esquire                            (Official Committee of Unsecured
Stroock & Stroock & Lavan LLP                    Creditors)
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire                          (Official Committee of Property Damage
Bilzin Sumberg Dunn Baena Price &                Claimants)
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Philip Bentley, Esquire                          (Counsel to Equity Committee)
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

D. J. Baker, Esquire                             (Counsel to Sealed Air Corporation)
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, NY 10036

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

45788/0001-1517657v1

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC 20549

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT 59901

David S. Heller, Esquire                    (Counsel to DIP Lender)
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

8

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736-1500

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Charles L. Finke, Assistant General
Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30 Floor
New York, NY 10154

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

45788/0001-1517657v1

Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX 75219-6403

(Counsel to Asbestos Claimants)

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

(Attorneys for PPG Industries, Inc.)

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Alan B. Rich, Esquire
Elm Place
1401 Elm Street, Suite 4620
Dallas, TX 75201

Counsel to Hon. Alexander Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants and
Holders of Demands
[Filed COA 3/1/09, DI # 20879]
Phone:
Fax:
arich@alanrichlaw.com

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Courtney M. Labson, Esquire
The Mills Corporation
225 W. Washington Street
Indianapolis, IN  46204-3435

*changed per returned mail on 4/22/08 from:*
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

10

T. Kellan Grant, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Avenue
New York, NY 10174-1299

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3 064

The Gibson Law Firm, PLLC
447 Northpark Drive
Ridgeland, MS 39157

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

11

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ 07407-1033

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

12

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William E. Frese, Esquire                       (Counsel to Public Service Electric and Gas
Attn:  Sheree L. Kelly, Esquire                 Company)
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

William S. Katchen, Esquire                     (Counsel to Official Committee of
Duane Morris LLP                                Unsecured Creditors)
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Paul Sumers, Esquire                            (Tennessee Department of Environment and
TN Attorney General's Office, Bankr. Unit       Conservation — Superfund)
P.O. Box 20207
Nashville, TN 37202-0207

Scott Wert, Esquire                             (Counsel to numerous asbestos claimants)
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

C. Randall Bupp, Esquire                        (Counsel to Berry & Berry)
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA 94583

Anton Volovsek
P.O. Box 99
Kooskia, ID 83539-0099

Peter S. Goodman, Esquire                         (Counsel to Weatherford U.S. Inc., and
Andrews & Kurth LLP                               Weatherford International Inc.)
450 Lexington Avenue, 15th Floor
New York, NY 10017

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH 43015

Stephanie Nolan Deviney                           (Counsel to SAP America, Inc.)
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD 21043

45788/0001-1517657v1

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of
New York
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri, Eqsuire
Scoff A. Shail, Esquire
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

15

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Colin D. Moore, Esquire
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View — Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Kevin James, Esquire
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Bart Hartman
Treasurer - Tax Collector
Ann: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

16

Diane Leonardo Beckmann, Asst. County
Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Robert T. Aulgur, Jr., Esquire                    (Counsel to Toyota Motor Credit)
P.O. Box 617
Odessa, DE 19730

Kathleen Maxwell                                  (Counsel to Dow Chemical Company,
Legal Department                                  Hampshire Chemical Corporation and
The Dow Chemical Company                          Union Carbide Corporation)
2030 Dow Center/Office 732
Midland, Ml 48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View — Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

Ronald S. Beacher, Esquire                        (Counsel to General Electric Capital
Pitney, Hardin, Kipp & Szuch LLP                  Corporation)
7 Times Square
New York, NY 10036-6524

Attn:  Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN 37243

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

17

Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA 22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

James M. Garner, Esquire Slier Gamer
Cahill Richter Klein & Hilbert,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112-1033

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Pillsbury Winthrop LLP                    (Counsel to Wells Fargo Bank Minnesota,
1540 Broadway #9                          National Association)
New York, NY 10036-4039

Craig Barbarosh, Esquire                  (Counsel to Wells Fargo Bank Minnesota,
Pillsbury Winthrop LLP                    National Association)
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7 122

Aldine Independent School District        (Counsel to Aldine Independent School
Jonathan C. Hantke, Esquire               District)
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909

Deirdre Woulfe Pacheco, Esquire                    (Counsel to Asbestos Claimants)
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Fred Da Veiga                                      (LabVantage Solutions)
Chief Financial Administrative Officer
LabVantage Solutions, Inc.                         908-707-4100
1160 U.S. Highway 22 East                          908-707-1179 (fax)
Bridgewater, NJ  08807                             fdaveiga@lims.com

John W. Havins, Esquire                            (Counsel to Occidental Permian, Ltd.)
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX 77002-6418

Mark Browning, Esquire                             (Counsel to The Texas Comptroller of
Assistant Attorney General                         Public Accounts)
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Leonard P. Goldberger, Esquire                     (Counsel to Fireman's Fund Insurance
Stevens & Lee, P.C.                                Company)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

William A. Frazell, Esquire                        (Comptroller of Public Accounts of the
Bankruptcy & Collections Division                  State of Texas)
P.O. Box 12548
Austin, TX 78711-2548

19

Daniel A. Speights, Esquire                    (Counsel to Anderson Memorial Hospital)
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department— Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

David W. Wirt, Esquire                         (Counsel to Potash Corp.)
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Sander L. Esserman, Esquire                    (Counsel for Reaud, Morgan & Quinn, Inc.
Robert T. Brousseau, Esquire                   and Environmental Litigation Group, PC)
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Randall A. Rios                                (Counsel to Huntsman Corporation)
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

Elizabeth J. Cabraser, Esquire                 (Zonolite Attic Litigation Plaintiffs)
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Thomas M. Sobol, Esquire                       (Zonolite Attic Litigation Plaintiffs)
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA  02142

20

Robert M. Fishman, Esquire                    (Zonolite Attic Litigation Plaintiffs)
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, IL 60610

Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY 10112

Darrell W. Scott                              (Counsel to Marco Barbanti)
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

Missouri Department of Revenue                (Missouri Department of Revenue)
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

Charles C. Trascher III, Esquire             (Peters, Smith & Company)
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

Gary M. Becker, Esquire                       (The Baupost Group LLC)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Christopher R. Momjian, Esquire              Attorney General of PA (Commonwealth of
Senior Deputy Attorney General               PA, Dept. of Revenue)
Office of Attorney General
215 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Denise A. Kuhn, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Gibson, Dunn & Crutcher LLP                   (Snack, Inc.)
200 Park Avenue
New York, NY 10166

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

(Snack, Inc.)

Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA 92612

(W.C. Baker, E.E. Jaques, B.H. Miller,
M.R. Fisher, S.R. Ormsbee, M. Rea and the
Fisher Trust)

Barry D. Kleban, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

(Counsel to AON Consulting, Inc.)

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

(Hearthside Residential Corp.)

Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

(Georgia Department of Revenue)

Philip J. Ward, Esquire
Victoria Radd Rollins, Esquire
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Margaret A. Holland, Deputy Attorney
General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

45788/0001-1517657v1

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta ,GA 30303

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

Elizabeth Weller, Esquire                          (Counsel to County Of Dallas)
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P
P.O. Box 26767
Elkins Park, PA 19027

Lynn K. Neuner, Esquire                            (Counsel to Travelers Casualty and Surety
Simpson, Thacher, & Bartlett                       Company)
425 Lexington Avenue
New York, NY 10017-3954

Gerald G. Pecht, Esquire                           (Counsel to Kaneb Pipe Line Operating
Fulbright & Jaworski, LLP                          Partnership LP and Support Terminal
1301 McKinney, Suite 5100                          Services, Inc.)
Houston, TX 77010-3095

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

45788/0001-1517657v1

Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

(Counsel to Novak Landfill RD/RA Group)

DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S, Ste 310
San Diego, CA 92108-3419

Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

(Counsel to Lawson Electric Co.)

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA 90601-4503

(Counsel to County of San Diego)

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue, 10th Floor
New York, NY 10022

(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)

Richard A. O'Halloran, Esquire
Bums, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

(Counsel to The Burlington Northern and
Santa Fe Railway Company)

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

(Counsel to the City of Knoxville)

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue, Suite 2400
Phoenix, AZ 85004

(Counsel to Westcor)

45788/0001-1517657v1

Mr. Harvey Schultz                          (Carteret Venture)
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

Barbara G. Billet, Esquire                  (Counsel to State of New York, Dept. of
Elaine Z. Cole, Esquire                     Taxation and Finance)
New York State Department of Taxation
and Finance
340 E. Main Street
Rochester, NY 14604

James J. Restivo, Esquire                   (Special Counsel to Debtors)
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Michael S. Sandberg, Esquire               (Counsel to West Group)
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

Thomas J. Quinn, Esquire                    (Counsel to Certain Underwriters at Lloyd's
Mendes & Mount, LLP                         London)
750 Seventh Avenue
New York, NY 10019-6829

Jerel L. Ellington, Esquire                 (Counsel to the U.S. Environmental
U.S. Department of Justice                  Protection Agency)
Environment and Natural Resource
Division
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO 80294

Ann Beimdiek Kinsella, Esquire             (Counsel to the State of Minnesota)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

Deborah L. Thorne, Esquire                  (Counsel to Union Tank Car Company)
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Brad N. Friedman, Esquire
Rachel Fleishman, Esquire
Milberg Weiss Bershad Hynes & Lerach

25

LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Carl Pericone, Esquire                         (Counsel to Royal Insurance)
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY 10019-5639

Edward L. Jacobs, Esquire                      (Counsel to James Grau, Anna Grau and
Bankemper & Jacobs                             Harry Grau & Sons, Inc.)
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 4 1075-0070

Lori Gruver Robertson, Esquire                 (Counsel to Ben Bolt-Palito-Blanco ISD,
Linebarger Goggan Blair Pena & Sampson,        Brownsville ISD, Cameron County,
LLP                                            Hildalgo County, Orange Grove, Orange
1949 South I.H. 35 (78741)                     Grove ISD, Premont ISD)
P.O. Box 17428
Austin, TX 78760

Anthony F. Parise                              (Counsel to Cornell University)
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Daniel C. Cohn, Esquire                        (Counsel to the Libby Mine Claimants)
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Thomas O. Bean                                 (Counsel to Town of Acton, MA)
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775

Jacob C. Cohn, Esquire                         (Federal Insurance Company)
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch

26

411 W. Putnam Ave. S-225   )
Greenwich, CT 06830-6263

Debt Acquisition Co of America V LLC
1565 Hotel Cir S, Suite 310
San Diego, CA 92108-3419

Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 33rd Fl.
New York, NY 10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Daniel M. Glosband, P.C.                    (Counsel for State Street Global Advisors)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

John Preefer
128 Willow St., Apt 6B
Brooklyn, NY 11201

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Roger Frankel, Esquire                      (Counsel to David Austern, the Future
Richard H. Wyron, Esquire                   Claimants' Representative)
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

(Counsel to Keri Evans, on behalf of herself
and all others similarly situated as Plaintiff
in ERISA litigation, Civil Action No. 04-
11380)

Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman,
LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

(Counsel to Charlotte Transit Center, Inc.)

Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite
210
Kenner, LA 70062-4032

(Counsel to Ancel Abadic and 410
additional claimants)

Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

(Counsel to Allstate Insurance Company)

Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ 08054

(Counsel to Citicorp Del-Lease, Inc. d/b/a
Citicorp Dealer Finance)
Letter dated 10/7/08
Telephone:  (856) 234-6800
Facsimile:  (856) 235-2786
E-mail:  sscuteri@capehart.com

Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

(Counsel to Everest Reinsurance Company
and Mt. McKinley Insurance Company)

45788/0001-1517657v1

J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

(Counsel to The Van Cott, Bagley, Cornwall & McCarthy 401(K) Profit Sharing Plan)

Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465

(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, Church of St. Helena, Church of St. Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of Washington and Port of Seattle)

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19 103-6996

(Counsel to American Employers Insurance Co., Employers Commercial Union a/k/a OneBeacon A (counsel to American Employers Insurance Co., Employers Commercial Union a/k/a OneBeacon America Insurance Co. and Unigard Insurance Co.)

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

(Counsel to U.S. Fire Insurance Company)

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

(Counsel to American Premier Underwriters, Inc.)

DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY 10022

(Transfer Agent)

Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY 10001

(Transfer Agent)

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

(Counsel to Macerich Fresno LP)

M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP

(Counsel to Macerich Fresno LP)

50 Fremont Street
San Francisco, CA 94105-2228

Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

(Counsel to Macerich Fresno LP)

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

(Counsel to HRCL and Eaves)

David Jagolinzer, Esquire
Ferraro & Associates, P.A., Suite 700
4000 Ponce de Leon Blvd.
Miami, FL 33146

(Counsel to all clients of the Robles law firm)

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

(Counsel to PacifiCorp)

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA 50306

(Counsel to Iowa Dept. of Revenue)

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

(Counsel to the Ad Hoc Committee of Equity Security Holders)

Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti

(Counsel to The Prudential Insurance Company of America)

LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962-1981

Steven J. Mandelsberg, Esquire                    (Counsel to State of California, Dept. of
Christina J. Kang, Esquire                         General Svcs)
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Pryor Cashman LLP                                 (Counsel to Dies & Hile LLP)
Attn: Richard Levy, Jr., Esquire
410 Park Avenue
New York, NY 10022-4441

Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106

Richard D. Trenk, Esquire                         Counsel to Mian Realty, LLC
Henry M. Karwowski, Esquire                       **[NOA DI 18503; 4/11/08]**
Trenk, DiPasquale, Webster, Della Fera &          973-243-8600
Sodono, P.C.                                      973-243-8677 (fax)
347 Mt. Pleasant Avenue, Suite 300                hkarwowski@trenklawfirm.com
West Orange, NJ  07052-3303


George J. Marcus, Esquire                         Attorney for J.P. Bolduc and Audrey
Marcus, Clegg & Mistretta, P.A.                   Benford **[NOA DI 18518; 4/15/08]**
One Hundred Middle Street – East Tower            (207) 828-8000
Portland, ME 04101

Andrew N. Rosenberg, Esquire                      (Counsel to Anchorage Advisors, LLC;
Margaret A. Phillips, Esquire                     Avenue Capital Group; Bass Companies;
Paul, Weiss, Rifkind,                             Caspian Capital Advisors, LLC; Catalyst
  Wharton & Garrison LLP                          Investment Management Co., LLC;
1285 Avenue of the Americas                       Citigroup Special Situations; Intermarket
New York, NY  10019-6054                          Corp.; JD Capital Management, LLC; JP
                                                  Morgan Chase, N.A. Credit Trading Group;
                                                  Lehman Brothers, Inc.; Loeb Partners
                                                  Corporation; MSD Capital, L.P.; Murray
                                                  Capital Management, Inc.; Normandy Hill
                                                  Capital, L.P.; Ore Hill Partners, LLC; P.
                                                  Schoenfeld Asset Management, LLC; and
                                                  Restoration Capital Management, LLC)
                                                  **[NOA 18981: 6/23/08]**
                                                  (212) 373-3000 Telephone

(212) 757-3990 Fax
E-mail: arosenberg@paulweiss.com
mphillips@paulweiss.com

Brian D. Salwowski, Esq.
Steve Carter, Esq.
Office of Attorney General
302 West Washington Street, Fifth Floor
Indianapolis, INC 46204-2770
Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464

Counsel for Indiana Department of Revenue
**[NOA DI 19552, 9/17/08]**
Telephone: (317) 232-6211
Facsimile: (317) 232-7979
E-mail: bsalwowski@atg.in.gov
Counsel to ZAI Claimants
**[NOA DI 19820, 10/21/08]**
Telephone: 843-727-6500
Facsimile: 843-727-6688
E-mail: ewestbrook@rpwb.com

Nina M. Varughese, Esq.
Edward C. Toole, Jr.Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Counsel to BNSF Railway Company
**[NOA DI 20219, 12/08/08]**
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: varughesen@pepperlaw.com
E-mail: toolee@pepperlaw.com

Seth B. Shapiro, Esq.
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Counsel for U.S. Department of Justice
**[NOA DI 20340, 12/23/08]**
Telephone: (202) 514-7164
Facsimile: (202) 307-0494
E-mail: seth.shapiro@usdoj.gov

Christopher E. Grell
1814 Franklin Street, Suite 501
Oakland, CA 94612

Counsel for Asbestos claimants
**[NOA DI 20414, 01/05/09]**
Telephone: (510) 832-2980
Facsimile: (510) 832-2986
E-mail: grell@lawofficeofcgrell.com

Lawrence J. Zweifach
Rocco & Zweifach
c/o Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

Counsel for Rocco & Zweifach
**[NOA DI 20639, 1/30/09]**
Telephone: (212) 351-4000
Facsimile: (212) 351-6225
E-mail: lzweifach@givsondunn.com

John W. Kozyak, Esq.
Charles W. Throckmorton, Esq.
David L. Rosendorf, Esq.

Counsel for Anderson Memorial Hospital
**[NOA DI 20684, 2/6/09]**
Telephone: (305) 372-1800

32

Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

Facsimile:  (305) 372-3508
E-mail: jk@kttlaw.com
cwt@kttlaw.com
dlr@kttlaw.com
clc@kttlaw.com

Harley E. Riedel, Esq.
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602

Counsel for Anderson Memorial Hospital
**[NOA DI 20684, 2/6/09]**
Telephone:  (813) 229-0144
Facsimile:  (813) 229-1811
E-mail:  hriedel@srbp.com

Anthony Petru, Esq.
Quynh L. Nguyen, Esq.
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

Counsel to Gloria Munoz
**[NOA DI 20701, 2/10/09]**
Telephone:  (510) 451-6732
Facsimile:  (510) 465-7023
E-mail:  petru@hmnlaw.com
E-mail:  nguyen@hmnlaw.com

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL  60602

# Mailing Information for Case 01-01139-JKF

## Electronic Mail Notice List

- Eric B. Abramson eabramson@serlinglaw.com
- Peter M. Acton pacton@nutter.com
- David G. Aelvoet davida@publicans.com
- Jonathan Holmes Alden jonathan.alden@dep.state.fl.us, syndie.l.kinsey@dep.state.fl.us
- Elihu Ezekiel Allinson, III ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com
- Julie A. Ardoin dlawless@ardoinlawfirm.com
- Thomas V. Askounis taskounis@askounisdarcy.com
- Jonathan David Berger jdberger@bm.net
- Neil Matthew Berger neilberger@teamtogut.com, dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com
- Scott R. Bickford usbc@mbfirm.com
- Ian Connor Bifferato cbifferato@bglawde.com, jrandolph@bglawde.com
- Mark S. Bostick mbostick@wendel.com
- William Pierce Bowden wbowden@ashby-geddes.com
- Kay Diebel Brock bk-kbrock.oagpo4.ocs@oag.state.tx.us
- Charles J. Brown cbrown@archerlaw.com
3
- Charles J. Brown cbrown@harvpenn.com
- Cathy Jo Burdette cathy.burdette@usdoj.gov
- Noel C. Burnham nburnham@mmwr.com
- Daniel B. Butz dbutz@mnat.com, aconway@mnat.com
- Kathy Byrne kbyrne@cooneyconway.com
- LINDSEY W. COOPER lindsey.w.cooper@usdoj.gov
- Timothy P. Cairns tcairns@pszjlaw.com
- Timothy P. Cairns tcairns@pszyjw.com
- David W. Carickhoff carickhoff@blankrome.com, senese@blankrome.com
- Linda Marie Carmichael carmichaell@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Joseph D. Carona, Jr. dcarjr@aol.com
- John T. Carroll jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
- Marc Stephen Casarino casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Annie E. Catmull acatmull@hwallp.com
- Mark S. Chehi mchehi@skadden.com, debank@skadden.com
- Mark S. Chehi debank@skadden.com;mfriel@skadden.com
- Richard Scott Cobb cobb@lrclaw.com, adams@lrclaw.com
- Tiffany Strelow Cobb tscobb@vorys.com, eplitfin@vorys.com;cdfricke@vorys.com
- Lisa L. Coggins lcoggins@ferryjoseph.com
- Elaine Z. Cole elaine_cole@tax.state.ny.us
- Bernard George Conaway bconaway@foxrothschild.com, bconaway@foxrothschild.com
- Russell L. Cook sburns@fhl-law.com

34

- L. Jason Cornell jcornell@frof.com, dkemp@foxrothschild.com
- Scott D. Cousins bankruptcydel@gtlaw.com
- Richard H. Cross rcross@crosslaw.com, nmcclendon@crosslaw.com
- Teresa K.D. Currier currier@klettrooney.com, tercurrier@aol.com
- Tobey M. Daluz daluzt@ballardspahr.com
4
- Kathleen Campbell Davis kdavis@camlev.com
- Michael S. Davis mdavis@zeklaw.com,
jvanroy@zeklaw.com;rguttmann@zeklaw.com
- Steven T. Davis delbkr@obermayer.com
- John D. Demmy jdd@stevenslee.com
- Kristi J. Doughty bk.service@aulgur.com
- Timothy P Dowling tpdowling@gthm.com
- Stuart B. Drowos stuart.drowos@state.de.us
- Christopher P. Duffy duffy@coadylaw.com
- Jena LeBlanc Duncan jduncan@leblancwaddell.com
- Natalie F. Duncan nduncan@baronbudd.com
- Derrick A. Dyer dyerda@dilworthlaw.com
- Erin Edwards bankfilings@ycst.com
- Robert L. Eisenbach reisenbach@cooley.com
- Jerel L. Ellington jerry.l.ellington@usdoj.gov, james.bezio@usdoj.gov
- Michael Seth Etkin metkin@lowenstein.com
- Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com
- Sherry Ruggiero Fallon sfallon@trplaw.com
- Bonnie Glantz Fatell fatell@blankrome.com, senese@blankrome.com
- Oscar Baldwin Fears bfears@law.ga.gov, 02bf@law.ga.gov
- David L. Finger dfinger@delawgroup.com
- John V. Fiorella jfiorella@archerlaw.com
- David Earl Flowers david.flowers@state.mn.us
- David M. Fournier fournierd@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com
- Stephanie Ann Fox sfox@klehr.com, mruddy@klehr.com
- Steven E. Fox jguerrier@dreierllp.com
- Joseph D. Frank jfrank@fgllp.com,
ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- James Donald Freeman james.freeman2@usdoj.gov, corrine.lill@usdoj.gov
5
- Jeff J. Friedman JJFriedman@kmzr.com
- Charles E. Gibson charles@cegibsonlawfirm.com
- Matthew A. Gold courts@argopartners.net
- Robert Gold rginvestgrp@aol.com
- William M. Graham bgraham@wallacegraham.com
- George C. Greatrex, Jr. ggreatrex@ssglawfirm.com
- Joseph Grey jg@stevenslee.com
- Kurt F. Gwynne kgwynne@reedsmith.com, llankford@reedsmith.com
- Michael J Hanners MikeH@SPLaw.com, LMcPeak@SPLaw.com

- Daniel J. Healy daniel.j.healy@usdoj.gov, eastern.taxcivil@usdoj.gov
- Curtis A. Hehn chehn@pszyj.com
- Curtis A. Hehn chehn@pszyj.com
- Leslie C. Heilman heilmanl@ballardspahr.com
- Paul D. Henderson bkhendersonlaw@aol.com
- Paul D. Henderson bking@paulhendersonlaw.com
- Daniel K. Hogan dkhogan@dkhogan.com, keharvey@dkhogan.com
- Margaret A. Holland hollamar@law.dol.lps.state.nj.us
- Thomas M. Horan thoran@morrisjames.com,
wweller@morrisjames.com;clewicki@morrisjames.com
- Brian David Huben brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.co
m
- Peter C. Hughes phughes@dilworthlaw.com, smcfadyen@dilworthlaw.com
- Mark T Hurford cl@camlev.com
- David R. Hurst dhurst@mmwr.com
- David R. Hurst dhurst@skadden.com
- Carol A. Iancu carol.iancu@ago.state.ma.us
- Robert Jacobs Bob@JandCLaw.com, Stephanie@JandCLaw.com
- Laura Davis Jones ljones@pszyj.com
- Laura Davis Jones ljones@pszyjw.com, efile1@pszyjw.com
6
- Jonathan A. Karon aflanders@pollackandflanders.com
- Brian Lucian Kasprzak bkasprzak@mooclaw.com
- Susan E. Kaufman skaufman@hgkde.com
- Christopher J. Kayser christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov
- Carmella P. Keener ckeener@rmgglaw.com
- William M. Kelleher kelleherw@ballardspahr.com
- Anne Marie P. Kelley akelley@dilworthlaw.com
- Timothy James Kern tkern@ag.state.oh.us
- Richard Allen Keuler rkeuler@reedsmith.com
- Cindy Jo Kiblinger mshamblin@jfhumphreys.com, rhyde@jfhumphreys.com
- Shelley A. Kinsella skinsella@coochtaylor.com
- John I. Kittel jkittel@mazur-kittel.com, tfiema@mazur-kittel.com
- David E. Klein dklein@kramerlevin.com
- Steven K. Kortanek skortanek@wcsr.com, pgroff@wcsr.com
- Joseph K. Koury jkk@bgbde.com, jmr@bgbde.com;jjh@bgbde.com
- Joseph T. Kremer jkremer@lglaw.com, eking@lglaw.com
- Karen Marie Kronenberg kkronenberg@nixlawfirm.com
- Carl N. Kunz, III ckunz@morrisjames.com, wweller@morrisjames.com
- Adam G. Landis landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com
- Michael R. Lastowski mlastowski@duanemorris.com
- Tara L. Lattomus delawarebankruptcy@escm.com
- James M. Lawniczak jlawniczak@calfee.com
- Kimberly Ellen Connolly Lawson klawson@reedsmith.com
- Nicholas J. LePore nlepore@schnader.com

- Rachel Jeanne Lehr rachel.lehr@law.dol.lps.state.nj.us, rjlehr@aol.com
- Bruce D. Levin blevin@bg-llp.com
- Neal J. Levitsky nlevitsky@frof.com, jkittinger@foxrothschild.com.com
- Richard Levy rlevy@pryorcashman.com
7
- Tom L. Lewis stacie@lhs.psemail.com
- Joseph Walter Lind jlind@sierrafunds.com
- Christopher Dean Loizides ecf.admin@loizides.com
- Christopher Dean Loizides ecf.admin@loizides.com
- Christopher Dean Loizides ecf.admin@loizides.com
- Christopher Dean Loizides ecf.admin@loizides.com
- Christopher Dean Loizides ecf.admin@loizides.com
- Christopher Dean Loizides ecf.admin@loizides.com
- Alwyn H. Luckey kelly@alwynluckey.com
- Thomas G. Macauley bankr@zuckerman.com
- Thomas G. Macauley bankr@zuckerman.com
- Aileen F. Maguire cl@del.camlev.com
- Mary M. MaloneyHuss debankruptcy@wolfblock.com, hbooker@wolfblock.com
- Kevin J Mangan kmangan@wcsr.com, hsasso@wcsr.com
- Thomas Charles Martin tmartin@foxrothschild.com
- Meredith A. Mayberry fedcourt@geraldmaples.com
- Katharine L. Mayer kmayer@mccarter.com
- Garvan F. McDaniel gmcdaniel@bglawde.com
- Scotta Edelen McFarland smcfarland@pszyj.com, efile1@pszyj.com
- Peter B. McGlynn pmcglynn@bg-llp.com, dgelbman@bg-llp.com
- Patricia P. McGonigle pmcgonigle@svglaw.com, dclack@svglaw.com
- Evelyn J. Meltzer meltzere@pepperlaw.com,
  lanoc@pepperlaw.com;wlbank@pepperlaw.com
- Rachel B. Mersky rmersky@monlaw.com
- Mark C. Meyer mmeyer@gpwlaw.com
- Kathleen M. Miller kmiller@skfdelaware.com, tlc@skfdelaware.com
- Rick S. Miller rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com
- Maribeth L Minella bankfilings@ycst.com
- Chris Momjian crmomjian@attorneygeneral.gov
8
- Francis A. Monaco Jr. fmonaco@monlaw.com, kdalton@wcsr.com;hsasso@wcsr.com
- Edward O. Moody crystalf@sbcglobal.net, jpeachey@sbcglobal.net
- Sheryl L. Moreau deecf@dor.mo.gov
- Kerri K Mumford mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com
- Francis J. Murphy fmurphy@msllaw.com
- Stephen G. Murphy murphys@dor.state.ma.us
- Scott O. Nelson mlscott@cableone.net, dberkley@cableone.net
- Richard A O'Halloran raohalloran@bwhllc.com
- James E. O'Neill jo'neill@pszyj.com, efile1@pszyj.com
- Melissa M. Olson molson@embryneusner.com
- Ricardo Palacio rpalacio@ashby-geddes.com

- Gary Don Parish gdplaw@sbcglobal.net, parronfirm@sbcglobal.net
- Christopher M. Parks cparks@chrisparkslaw.com, gyoungblood@chrisparkslaw.com
- Jonathan L. Parshall jonp@msllaw.com
- Frank J. Perch III frank.j.perch@usdoj.gov
- Joel L. Perrell Jr. jperrell@milesstockbridge.com
- Edith Stuart Phillips stuart.phillips@oag.state.tx.us
- John C. Phillips cah@pgslaw.com
- Marc J. Phillips mphillips@cblh.com
- Robert Woods Phillips rphillips@simmonscooper.com
- Laurie S. Polleck lpolleck@jshllp-de.com
- Elizabeth D. Power bankr@zuckerman.com
- David P. Primack david.primack@dbr.com, amy.kinslow@dbr.com
- Allison E. Reardon bankruptcy@state.de.us
- Patrick J. Reilley preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Sheldon K. Rennie bankruptcy@frof.com,
srennie@foxrothschild.com;jkittinger@foxrothschild.com
- Richard F. Rescho rrescho2001@yahoo.com
9
- Alan B. Rich alan.b.rich@sbcglobal.net
- Tracy E. Richardson Tracy.Richardson@dol.lps.state.nj.us
- Richard W. Riley rwriley@duanemorris.com
- Lori Gruver Robertson austin.bankruptcy@publicans.com
- Brad Q. Rogers rogers.brad@pbgc.gov, efile@pbgc.gov
- Martha E. Romero romero@dslextreme.com
- David S. Rosenbloom drosenbloom@mwe.com
- Edward B. Rosenthal erosenthal@rmgglaw.com, jmeekins@rmgglaw.com
- Paul L. Sadler ag@sadlertx.com
- Anthony Sakalarios jreeves@morris-sakalarios.com
- Kathryn D. Sallie bankserve@bayardlaw.com, ksallie@bayardlaw.com
- Cara L. Santosuosso csantosuosso@rotatori.com
- Todd Charles Schiltz tschiltz@wolfblock.com
- Jennifer Lee Scoliard jscoliard@msn.com
- Sergio I. Scuteri sis.efn@farrlawnet.com
- Scott Andrew Shail sashail@hhlaw.com
- Maurie J. Shalmone maurie@longacrellc.com
- Andrea Sheehan sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com
- Benjamin P. Shein bshein@sheinlaw.com
- Charles Stein Siegel siegel@waterskraus.com
- Christopher Page Simon csimon@crosslaw.com
- Christina C. Skubic cskubic@braytonlaw.com
- Ellen W. Slights usade.ecfbankruptcy@usdoj.gov
- Rosalie L. Spelman bankruptcy@potteranderson.com
- Thomas Alexander Spratt sprattt@pepperlaw.com
- J. Kate Stickles kstickles@coleschotz.com,

bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Barbara H. Stratton bhs@knepperstratton.net, jmaddock@mcguirewoods.com
10
- William David Sullivan bill@williamdsullivanllc.com,
ECF@williamdsullivanllc.com;katie@williamdsullivanllc.com
- Theodore J. Tacconelli ttacconelli@ferryjoseph.com
- Theodore J. Tacconelli ttocconelli@ferryjoseph.com
- Theodore J. Tacconelli ttacconelli@ferryjoseph.com
- Jennifer Seitz Taylor jtaylor@jshllp-de.com, mrust@jshllp-de.com
- William F. Taylor bankdel@comcast.net, bankruptcydel@mccarter.com
- Sanjay Thapar sthapar@phks.com
- Rhonda L. Thomas rlthomas@klettrooney.com, rlthomas@klettrooney.com
- Christina Maycen Thompson cthompson@cblh.com
- Judy D. Thompson jdthompson@poynerspruill.com
- James A Tiemstra jat@tiemlaw.com, sml@tiemlaw.com
- Paul W. Turner pturner@carlilelawfirm.com
- Renee Doris Veney bankruptcyemail@elzufon.com
- Roxie Huffman Viator bustersharem@msn.com
- Thomas D. Walsh TWalsh@foxrothschild.com, jkittinger@foxrothschild.com
- Jeffrey Philip Wasserman bankruptcy@cicontewasserman.com
- John Edward Waters idrbankruptcy@iowa.gov
- Jeffrey R. Waxman jwaxman@cozen.com, mmillis@cozen.com
- John R. Weaver jrweaverlaw@verizon.net
- Jeffrey T. Wegner jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com
- Steven G. Weiler sweiler@ferryjoseph.com
- Martin J. Weis mweis@dilworthlaw.com
- Janet M. Weiss jweiss@gibsondunn.com
- Helen Elizabeth Weller dallas.bankruptcy@publicans.com
- Scott William Wert swert@fostersear.com, dclement@fostersear.com
- Thomas G. Whalen Jr. tgw@stevenslee.com
- Linda E. White linda.white@oag.state.ny.us
- Amy Pritchard Williams awilliams@kennedycovington.com
11
- Thomas Michael Wilson twilson@kelley-ferraro.com
- William Roberts Wilson gingerlynch@lawyersouth.com
- James E. Wimberley jwimberley@mc-law.net
- Amanda Marie Winfree awinfree@ashby-geddes.com
- Christopher Martin Winter cmwinter@duanemorris.com
- Christopher Martin Winter cmwinter@duanemorris.com,
mlastowski@duanemorris.com
- John J. Winter jwinter@chartwelllaw.com, tmassa@chartwelllaw.com
- Jeffrey C. Wisler jwisler@cblh.com
- Etta Rena Wolfe erw@skfdelaware.com
- Etta Rena Wolfe erw@skfdelaware.com
- James S. Yoder yoderj@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com

39

- Michael W. Yurkewicz myurkewicz@klehr.com
- Matthew G. Zaleski III cl@del.camlev.com
- Michael Zoeller michael.zoeller@baachrobinson.com
- Brian D. Salwowski bsalwowski@atg.in.gov
- Edward Westbrook ewaestboork@rpwb.com
- Evelyn J. Meltzer Meltzere@pepperlaw.com
- Nina M. Varughese varughesen@pepperlaw.com
- Edward C. Toole, Jr. toolee@pepperlaw.com
- Seth B. Shapiro seth.shapiro@usdoj.gov
- Christopher E. Grell grell@lawofficeofcgrell.com
- lzweifach@gibsondunn.com

**Manual Notice List**

Ameritech Corporation
Attn: Stephanie Viator
P.O. Box 769
Arlington, TX 76004
Amroc Investments, LLC
535 Madison Ave., 15th Floor
New York, NY 10022

40