## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 21327, 21332-21334, |
| | ) | 21339-21342, 21344, 21460, 21462, |
| | ) | 21464, 21466-21470 |
| | ) | Objection Deadline: May 8, 2009 |
| | ) | (proposed) |
| Debtors. | ) | Hearing Date: May 14, 2009 (proposed) |
| | ) | |

## PROTECTIVE ORDER

Upon consideration of the Debtors' protective order, as set forth in the Motion, for enjoining the depositions of seventeen Libby Claimant witnesses noticed, and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the depositions of the seventeen individual witnesses listed on the attachment to this order be enjoined.


Dated: _____

Wilmington, Delaware




_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

## List of Individual Claimant Depositions to Be Enjoined

Robert Barnes
Linda Collinson
Robert Conn
Shirley Conn
Richard Erickson
Geraldine Fletcher
Bill Fore
Hazel Halsey
Larry Hill
James Hopkins
Eleanora Martin
Larry Nelson
Robert Petrusha
Billie Schull
Judy Shelmerdine
Donna Shriner
Kay Vinson