## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | Re: Docket Nos. 21327, 21332-21334, |
| | ) | 21339-21342, 21344, 21460, 21462, |
| | ) | 21464, 21466-21470 |
| | ) | Objection Deadline: May 8, 2009 |
| | ) | (proposed) |
| | ) | Hearing Date: May 14, 2009 (proposed) |
| | ) | |

### ORDER FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON DEBTORS' MOTION FOR PROTECTIVE ORDER AND OBJECTION TO LIBBY CLAIMANTS' DEPOSITION NOTICES

Upon the motion of the Debtors pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from this Court's Scheduling Order and to shorten the notice period with respect to the Debtors' *Motion for Protective Order and Objection to Libby Claimants' Deposition Notices*; and due and proper notice of the Motion to Shorten having been given; and is appearing that sufficient cause exits for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Debtors are granted leave from the Scheduling Order, and it is further

ORDERED that the notice period with respect to the Motion is shortened so that the objection deadline on the Motion is May 8, 2009; and it is further

7

ORDERED that the Motion is scheduled for the Court's discovery hearing on May 14, 2009 at 9:00 a.m. Eastern.

Dated: _____, 2009

_____
Hon. Judith K. Fitzgerald
U.S. Bankruptcy Judge