IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 30th day of April 2009, I caused a

copy of the following documents to be served on the individuals on the attached service list(s) in

the manner indicated:

**DEBTORS' MOTION FOR LEAVE FROM THIS COURT'S
SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON
DEBTGORS' MOTION FOR PROTECTIVE ORDER AND OBJECTION
TO LIBBY CLAIMANTS' DEPOSITION NOTICES**

**PROPOSED ORDER FOR LEAVE FROM SCHEDULING ORDER AND
TO SHORTEN NOTICE PERIOD ON DEBTORS' MOTION FOR
PROTECTIVE ORDER AND OBJECTION TO LIBBY CLAIMANTS'
DEPOSITION NOTICES**

James E. O'Neill (Bar No. 4042)

**W.R. Grace Email Service list**
**of Objecting And Interested Parties to**
**Disclosure Statement.**
Case No. 01-1139 (JKF)
Doc. No. 141636
162 – Electronic Delivery

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of
Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
mlastowski@duanemorris.com
rriley@duanemorris.com
(Delaware Counsel for the GUC's)

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Greg Horowitz, Esquire
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller, Esquire
Merritt A. Pardini, Esquire
Jeff Friedman, Esquire
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ
Bond)

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esquire
Jason M. Madron, Esquire
Dana L. Reynolds, Esquire
Marcos Ramos, Esquire
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ
Bond)

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Robert S. Hertzberg, Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
( Counsel to Longacre Master Fund)

caseyl@pepperlaw.com
(Counsel to BNSF)

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
(Counsel to State of Montana and The
Crown)

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
metkin@lowenstein.com
ilevee@lowenstein.com
(Counsel to the ERISA Plaintiffs)

GILMAN & PASTOR, LLP
David Pastor, Esquire
Dpastor@Gilmanpastor.com
(Counsel to the ERISA Plaintiffs)

SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com
(Counsel to the ERISA Plaintiffs)

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin, Esquire
stearn@rlf.com
kandestin@rlf.com
( Delaware counsel to Scotts)

VORYS, SATER, SEYMOUR and PEASE
LLP
Robert J. Sidman Esquire
Tiffany Strelow Cobb, Esquire
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

PEPPER HAMILTON LLP
Evelyn J. Meltzer, Esquire
Edward C. Toole Jr., Esquire
Anne Marie Aaronson, Esquire
meltzere@pepperlaw.com
toolee@pepperlaw.com
( Counsel to BNSF)

LANDIS RATH & COBB LLP'
Adam G. Landis, Esquire
Rebecca L. Butcher, Esquire
Kerri K. Mumford, Esquire
James S. Green, Jr., Esquire
landis@lrclaw.com
butcher@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
(Delaware counsel to Libby Claimants and
Pre Petition Lender Group)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce, Esquire
Toby L. Gerber, Esquire
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ
LLP
Jeffrey Wisler, Esquire
Marc J. Phillips, Esquire
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich
Insurance)

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com
( Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esquire
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER
& GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft, Esquire
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino , Esquire
Joseph Gibbons, Esquire
Gregory T. LoCasale, Esquire
James S. Yoder, Esquire
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO
and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Stephan J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
William P. Shelley, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
wshelley@cozen.com
jcohn@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com
(Counsel to Royal Indemnity and Arrowood
Indemnity)

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
Catherine Chen, Esquire
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
( Counsel to Royal Insurance and Arrowood
Indemnity)

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com
(Counsel to the PD FCR)

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
David Turetsky, Esquire
D.J. Baker, Esquire
david.turetsky@skadden.com
dj.baker@skadden.com

(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS &
FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Greg Horowitz, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Mary A. Wallace, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Kathleen Orr, Esquire
Peri Mahaley, Esquire
Joshua Cutler, Esquire
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com
(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
Elihu Inselbuch, Esquire
Jeffrey A. Liesemer, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jal@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Mark A. Plevin
Leslie Epley Davis
mplevin@crowell.com
lepley@crowell.com
(Counsel to Firemans' Fund)

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION
AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com
(Counsel to Fresenius)

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
Marla R. Eskin, Esquire
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

O'MELVENY & MYERS LLP
Brad Elias, Esquire
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
Paul R. Koepff, Esquire
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
(Counsel to Royal Indemnity and Arrowood
Indemnity)

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Criag A. Bruens, Esquire
Theodore L. Freedman, Esquire
Kimberly Love,
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com

PACHULSKI STANG ZIEHL & JONES
LLP
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
Lynzy Oberholzer, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com
loberholzer@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
James Sottile, Esquire
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
(Counsel to Equitas)

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
Daniel M. Silver, Esquire
kmayer@mccarter.com
dsilver@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com
(Counsel to AIG and National Union)

JOHN SHEEHAN SPADARO, LLC
John S. Spadaro, Esquire
jspadaro@johnsheehanspadaro.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Thomas J. Quinn, Esquire
Eileen McCabe, Esquire
Anna Newsom, Esquire
Carolina Acevedo, Esquire
alexander.mueller@mendes.com
thomas.quinn@mendes.com
eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
(Counsel to the London Market Companies)

DILWORTH PAXON LLP
Martin J. Weis, Esquire
Anne Marie P. Kelley, Esquire
Scott J. Freedman, Esquire
mweis@dilworthlaw.com
akelley@dilsorthlaw.com
sfreedman@dilworthlaw.com

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com
(Counsel to CNA)

SPEIGHTS & RUNYAN LLP
Daniel Speights, Esquire
dspeights@speightsrunyan.com
(Counsel to Anderson Memorial and other
PD Claimants)

RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick, Esquire
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT &
TUNNELL LLP
Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
rdehney@mnat.com
acordo@mnat.com

FULBRIGHT & JAWORSKI L.L.P.
Toby L. Gerber, Esquire
tgerber@fulbright.com
(Counsel to Kaneb)

BUCHANAN INGERSOLL & ROONEY
P.C.
Teresa K.D. Currier, Esquire
teresa.currier@bipc.com

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato, Esquire
cbifferato@bglawde.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF JANET S. BAER
P. C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

KOZYAK TROPIN &
THROCKMORTON, P.A.
David L. Rosendorf, Esquire
John Kozyak, Esquire
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER,
P.A.
Harley E. Riedel, Esquire
hriedel@srbp.com

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
Doc. No. 144642
042 – Hand Delivery
004 – Foreign First Class
206 - First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Scotts Company LLC)
Robert J. Stearn, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid
Products
and State of Montana)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Hand Delivery*
)
Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*Hand Delivery*
(Counsel for General Electric
Corporation)
Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen
LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Reaud, Morgan & Quinn,
Inc.
and Environmental Litigation Group,
PC)
Kathleen Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Century Indemnity
Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

*Hand Delivery*
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

*Hand Delivery*
(Counsel to Mark Hankin and HanMar
Associates, Fireman's Fund Insurance
Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

**Hand Delivery**
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

**Hand Delivery**
(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

**Hand Delivery**
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19899

**Hand Delivery**
(Counsel to Prudential and Motley Rice LLC)
Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street
Floor 12
Wilmington, DE  19801

**Hand Delivery**
(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**Hand Delivery**
(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Brayton Purcell, LLP)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

**Hand Delivery**
(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE  19899-0709

*Hand Delivery*
(Counsel to Everest Reinsurance
Company and Mt. McKinley Insurance
Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney,
P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to American Employers Insurance Co,
Employers Commercial Union n/k/a OneBeacon
America Insurance Co and Unigard Insurance Co)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

*Hand Delivery*
(Counsel to Anderson Memorial
Hospital)
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to PacifiCorp)
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to CNA Financial Corporation)
Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess,
P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

*Hand Delivery*
(Counsel to State of California, Dept. of
General Svcs)
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*
(Counsel to Zonolite Attic Litigation
Plaintiffs and Gamma Holding, NV)
William D. Sullivan, Esquire
4 E. 8th Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Attorneys for PPG Industries, Inc.)
William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*Hand Delivery*
)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel to PDFCR)
Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Arrowood Indemnity, U.S.
Fire Insurance, Royal Insurance)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato LLC
800 King Street, First Floor
P.O. Box 2165
Wilmington, DE  19899-2165

*Hand Delivery*
(Counsel to Federal Insurance Co.)
Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE  19801

*Foreign First Class Mail*
(Canadian Counsel to Debtor)
Derrick C. Tay
Ogilvy Renault LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J  2Z4
CANADA

*Foreign First Class Mail*
(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
LAUZON BELANGER, INC..
286, rue St. Paul Quest, bureau 100
Montréal (Quebec)  H2Y 2A3

*Foreign First Class Mail*
(Counsel to Her Majesty the Queen in
Right of Canada as represented by The
Attorney General of Canada)
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, Ontario  M5X 1K6

*Foreign First Class Mail*
)
Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario  M9C 5K1

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

*First Class Mail*
)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
(Tennessee Department of Environment
and Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr.
Unit
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

*First Class Mail*
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909

*First Class Mail*
(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
(Comptroller of Public Accounts of the
State of Texas)
William A. Frazell, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

*First Class Mail*
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

*First Class Mail*
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

*First Class Mail*
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

*First Class Mail*
)
Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

*First Class Mail*
)
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

*First Class Mail*
(Counsel to Iowa Dept. of Revenue)
John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

*First Class Mail*
(Co-Counsel to Debtor)
David Boutrous, Esquire
Kirkland & Ellis
300 North LaSalle
Chicago, IL  60654

*First Class Mail*
(Co-Counsel to Debtor)
The Law Offices of Janet S. Baer P. C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**First Class Mail**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod
LLP
2500 Wachovia Financial Center
200 South Biscayne Blvd
Miami, FL  33131

**First Class Mail**
(Counsel to Equity Committee)
Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, NY  10036

**First Class Mail**
)
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

**First Class Mail**
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

**First Class Mail**
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
)
Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC  20549

**First Class Mail**
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street
Floor 8
Denver, CO  80294-1961

**First Class Mail**
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

**First Class Mail**
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

**First Class Mail**
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*

)

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

*First Class Mail*

)

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ  08736-1500

*First Class Mail*

)

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*

)

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*

)

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

*First Class Mail*

)

Charles L. Finke, Assistant General
Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

*First Class Mail*

)

Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154

*First Class Mail*

)

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

*First Class Mail*

(Counsel to Asbestos Claimants)
Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403

*First Class Mail*

)

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*

)

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*

)

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

*First Class Mail*

)

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth,
P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*

)

The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN 46204-3435

*First Class Mail*

)

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*

)

The Gibson Law Firm, PLLC
447 Northpark Drive
Ridgeland, MS 39157

*First Class Mail*

)

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

*First Class Mail*

Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD 21701

*First Class Mail*

)

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

*First Class Mail*

)

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

*First Class Mail*

)

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas,
LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

*First Class Mail*

)

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

*First Class Mail*

)

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

*First Class Mail*

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*

)

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

*First Class Mail*

)

Paul M. Matheny
The Law Offices of Peter G. Angelos,
P.C.
5905 Harford Rd.
Baltimore, MD  21214

*First Class Mail*

)

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth,
P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

*First Class Mail*

)

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

*First Class Mail*

)

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ  07407

*First Class Mail*

)

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*

)

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

*First Class Mail*

)

Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

*First Class Mail*

(Counsel to Public Service Electric and
Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*

(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Counsel to numerous asbestos
claimants)
Scott W. Wert, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place
Suite 330
San Ramon, CA 94583

*First Class Mail*
)
Anton Volovsek
191 Battle Ridge Road
Kooskia, ID 83539-5072

*First Class Mail*
(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH 43215

*First Class Mail*
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
)
Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

*First Class Mail*
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

*First Class Mail*
)
Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD 21043

*First Class Mail*
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY 10007

*First Class Mail*

)

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

*First Class Mail*

)

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

*First Class Mail*

)

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

*First Class Mail*

)

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

*First Class Mail*

)

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

*First Class Mail*

)

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*

)

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

*First Class Mail*

)

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*

)

Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77704

*First Class Mail*

)

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

*First Class Mail*

)

Dorine Vork, Esquire
Stibbe, P.C.
489 Fifth Avenue, 32nd Floor
New York, NY  10017

*First Class Mail*

)

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

*First Class Mail*

)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

*First Class Mail*

)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena
& Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

*First Class Mail*

)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*

(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and
Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

*First Class Mail*

(The Dow Chemical Company)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

*First Class Mail*

(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

*First Class Mail*

)
Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

*First Class Mail*

)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*First Class Mail*

)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

*First Class Mail*

)
E. Katherine Wells, Esquire
South Carolina Department of Health
and Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

*First Class Mail*
)
James M. Garner, Esquire
Sher Garner Cahill Richter Klein &
Hilbert, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA 70112-1033

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank
Minnesota, National Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY 10036-4039

*First Class Mail*
(Counsel to Wells Fargo Bank
Minnesota, National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7122

*First Class Mail*
(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*First Class Mail*
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Havins & Associates PC
2211 Norfolk
Suite 525
Houston, TX 77098

*First Class Mail*
(Counsel to Fireman's Fund Insurance
Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

*First Class Mail*
(Counsel to Anderson Memorial
Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

*First Class Mail*
(Counsel for Reaud, Morgan & Quinn,
Inc.
and Environmental Litigation Group,
PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka
PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

*First Class Mail*
Glen W. Morgan, Esquire
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

*First Class Mail*
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein,
LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman &
Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

*First Class Mail*
)
Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton
LLP
Twenty-fourth Floor, 30 Rockefeller
Plaza
New York, NY  10112

*First Class Mail*
(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 680
Spokane, WA  99201-5071

*First Class Mail*
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Attorney General of
PA(Commonwealth of PA, Dept. of
Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

*First Class Mail*
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*First Class Mail*
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*First Class Mail*
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

*First Class Mail*
(W.C. Baker, E.E. Jaques, B.H. Miller,
M.R. Fisher, S.R. Ormsbee, M. Rea and
the Fisher Trust)
Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA 92612

*First Class Mail*
William A. Grubbs, Jr.
Southeat Region Assistant Controller
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC 27105

*First Class Mail*
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott,
LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

*First Class Mail*
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

*First Class Mail*
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

*First Class Mail*
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson,
LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

*First Class Mail*
(Counsel to Travelers Casualty and
Surety Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

*First Class Mail*
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

*First Class Mail*
(Counsel to Novak Landfill RD/RA
Group)
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*First Class Mail*
)
DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA 92108-3419

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

*First Class Mail*
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA 90601-4503

*First Class Mail*
(Counsel to National Union Fire
Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
10th Floor
New York, NY 10022

*First Class Mail*
(Counsel to The Burlington Northern
and Santa Fe Railway Company)
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428

**First Class Mail**
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

**First Class Mail**
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

**First Class Mail**
(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation
and Finance
340 E. Main Street
Rochester, NY 14604

**First Class Mail**
(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**First Class Mail**
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

**First Class Mail**
(Counsel to Certain Underwriters at
Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

**First Class Mail**
(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environment and Natural Resource
Division
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

**First Class Mail**
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

**First Class Mail**
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

**First Class Mail**
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY 10119-0165

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena &
Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

*First Class Mail*
(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman,
Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

*First Class Mail*
(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

*First Class Mail*
(Counsel to Town of Acton, MA)
Thomas O. Bean
McDermott, Will & Emery
28 State Street
34th Floor
Boston, MA  02109-1775

*First Class Mail*
(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

*First Class Mail*
)
Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

*First Class Mail*
)
Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA  92108-3419

*First Class Mail*
)
Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 33rd Fl.
New York, NY  10019-5818

*First Class Mail*
)
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

*First Class Mail*
(Counsel for State Street Global
Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

*First Class Mail*
)
John Preefer
128 Willow St Apt 6B
Brooklyn, NY  11201

*First Class Mail*
)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

*First Class Mail*
)
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

*First Class Mail*
(Counsel to David Austern, the Future
Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

*First Class Mail*
)
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

*First Class Mail*
(Counsel to Keri Evans, on behalf of
herself and all others similarly situated
as Plaintiff in ERISA litigation, Civil
Action No. 04-11380)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

*First Class Mail*
(Counsel to Charlotte Transit Center,
Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell &
Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

*First Class Mail*
(Counsel to Ancel Abadic and 410
additional claimants)
Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA  70062-4032

*First Class Mail*
(Counsel to Allstate Insurance
Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

*First Class Mail*
(Counsel to Everest Reinsurance
Company and Mt. McKinley Insurance
Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

*First Class Mail*
(Counsel to The Van Cott, Bagley,
Cornwall & McCarthy 401(K) Profit
Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall &
McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

*First Class Mail*
(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of
Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St.
Joseph, Church of St. Luke, Church of St. Helena, Church of St. Leo the Great,
First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of
Washington and Port of Seattle)
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464

*First Class Mail*
(Counsel to American Employers Insurance Co, Employers Commercial Union
n/k/a OneBeacon A (Counsel to American Employers Insurance Co, Employers
Commercial Union n/k/a OneBeacon America Insurance Co and Unigard
Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

*First Class Mail*
(Counsel to U.S. Fire Insurance
Company)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
(Counsel to American Premier
Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*First Class Mail*
(Transfer Agent)
DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY 10022

*First Class Mail*
(Transfer Agent)
Fred Glass
Fair Harbor Capital LLC
1841 Broadway, Suite 1007
New York, NY 10023

*First Class Mail*
(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

*First Class Mail*
(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

*First Class Mail*
(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

*First Class Mail*
(Counsel to all clients of the Robles law
firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL  33146

*First Class Mail*
(Counsel to PacifiCorp)
Steven  J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT  84111

*First Class Mail*
(Counsel to the Ad Hoc Committee of
Equity Security Holders)
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

*First Class Mail*
)
Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
Edwardsville, IL  62025-0510

*First Class Mail*
(Counsel to The Prudential Insurance
Company of America)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
LLP
Headquarters Plaza, 1 Speedwell
Avenue
Morristown, NJ  07962-1981

*First Class Mail*
(Counsel to State of California, Dept. of
General Svcs)
Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

*First Class Mail*
(Counsel to Dies & Hile LLP)
Pryor Cashman LLP
Attn:  Richard Levy, Jr., Esquire
410 Park Avenue
New York, NY  10022-4441

*First Class Mail*
(Counsel to Citicorp Del-Lease, Inc.
d/b/a Citicorp Dealer Finance)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ 08054

*First Class Mail*
)
Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106

*First Class Mail*
(Counsel for Personal Injury Claimants)
Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530

*First Class Mail*
Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770

*First Class Mail*
(Counsel to ZAI)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook &
Brickman
1037 Chuck Dawley Blvd. – Bldg A
Mount Pleasant, SC 29464

*First Class Mail*
(Counsel to The Scotts Company LLC)
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

*First Class Mail*
(Counsel to Arrowood Indemnity
Company)
Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

*First Class Mail*
(Counsel to Hon. Alex. M. Sanders Jr.,
PDFCR)
(Counsel To Hon. A. Sanders Jr.)
Alan B. Rich
Attorney and Counselor
Elm Place
1401 Elm Street, Suite 4620
Dallas, TX 75201

*First Class Mail*
(Counsel to Anderson Mem. Hosp.)
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

*First Class Mail*
(Counsel to Anderson Mem. Hosp.)
Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street
Suite 200
Tampa, FL 33602

*First Class Mail*
Kevin Welch, Esquire
Office of General Counsel
Division of Waste Management
First Floor
200 Fair Oaks Lane
Frankfort, KY 40601