# EXHIBIT A

# EXHIBIT A

## W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on Settlements of Certain Claims and Causes of Action
### January 1, 2009 through March 31, 2009

| Claimant | Debtor | Description of Claim |
|---|---|---|
| Harrington Tools, Inc.<br>4316 Alger St.<br>5440 San Fernando Rd. W.<br>Los Angeles, CA 90039 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about February 10, 2003, the Claimant filed Claim No. 15160 asserting a claim against the Debtors in the amount of $112,547.63 arising from environmental response costs with respect to the Harrington Tools Site located in Los Angeles, California.<br><br>On October 8, 2008, the parties entered into a Stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 15160 as an unsecured, prepetition, non-priority claim in the amount of $112,547.63.<br><br>The Stipulation was filed on March 13, 2009 as part of the Nineteenth Claim Settlement Notice at Docket No. 20969 |
| Hain Capital Holdings, Ltd. as successor to Los Angeles County Metropolitan Transit Authority ("Claimant")<br>One Gateway Plaza<br>Los Angeles, CA 90012 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about September 23, 2002, the Claimant filed proof of claim no. 2087 asserting a claim against the Debtors estimated at $200,000 to $300,000, arising from environmental costs with respect to the Harrington Tools Site located in Los Angeles, California.<br><br>On October 9, 2008, the parties entered into a Stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 2087 as an unsecured, prepetition, non-priority claim in the amount of $893,781.83.<br><br>The Stipulation was filed on March 13, 2009 as part of the Nineteenth Claim Settlement Notice at Docket No. 20969 |
| General Electric Company<br>41 Woodford Ave.<br>Plainville, CT 06062<br>Attn: William M. Feltovic | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about March 31, 2003, the Claimant filed Claim No. 12938 against the Debtors asserting a claim in the amount of $136,562.32 arising from environmental response costs with respect to the Green River Site located in Maceo, Kentucky.<br><br>On October 29, 2008, the parties entered into a Stipulation resolving the claim. The Debtors settled the claim by allowing Claim No. 12938 as an unsecured, prepetition, non-priority claim in the amount of $136,562.32.<br><br>The Stipulation was filed on March 13, 2009 as |


5

| Claimant | Debtor | Description of Claim |
|---|---|---|
| | | part of the Nineteenth Claim Settlement Notice at Docket No. 20969 |
| NL Industries, Inc.<br>c/o John V. Fiorella<br>Anchor & Greenier, P.C.<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE 19801 | W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about January 1, 2003, the Claimant filed proofs of claim nos. 2625, 2626 and 2627 against the Debtors asserting claims with unliquidated amounts. On or about October 10, 2006, the Debtors objected to these claims as part of their Eighteenth Omnibus Objection [Docket No. 13415] on the basis that the Debtors had no liability or the claims were unliquidated and should be expunged.<br><br>On February 10, 2009, the parties entered into a Stipulation resolving the claims. The Debtors settled the claims by allowing claim no. 2627 as a general unsecured, pre-petition, non-priority claim in the amount of $100,000 and agreed that claim nos. 2625 and 2626 are to be disallowed and expunged.<br><br>This Stipulation was filed on February 10, 2009 as part of the Eighteenth Settlement Notice at Docket No. 20705. |