# EXHIBIT A

Case 01-01139-AMC    Doc 21505-1    Filed 05/01/09    Page 1 of 2

## EXHIBIT A

### W. R. Grace & Co., et al.
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on *De Minimis* Asset Sales January 1, 2009 through March 31, 2009

**Part I – Sales in excess of $25,000, but less than $250,000**

NONE

**Part II – Sales equal to or less than $25,000**

NONE