Form 210A (10/06)

# United States Bankruptcy Court

District of __Delaware__

In re W.R.Grace & Co._____, Case No. 01-01139_____

## SECOND AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Longacre Master Fund, Ltd. | Evans Industries, Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:
810 Seventh Avenue, 33rd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
Phone: 212-259-4305
Last Four Digits of Acct #:_____

Court Claim # (if known): _____
Amount of Claim: $37,600.00
Date Claim Filed: _____

Phone: 504-374-6000
Last Four Digits of Acct. #: _____

Name and address where transferee payments
Should be sent (if different from above):

Evans Industries, Inc.
PO Box 972121
Dallas, TX 75397-2121

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____      Date: 4/28/09
    Transferee/Transferee's/Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit B

TO:    United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 Market St., Room 525
Wilmington, DE 19801
Attn: Clerk

AND TO:    W.R. GRACE & CO.-CONN., ("Debtor")
Case No. 01-01140

Claim #

**EVANS INDUSTRIES INC.**, its successors and assigns ("Seller"), for good and valuable consideration, ~~the receipt and sufficiency of which are hereby acknowledged~~, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $37,600.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated November 17, 2004.

**Evans Industries Inc.**
By: _/s/ Michael E. Pfrieder_
Name: Michael E. Pfrieder
Title: V Pres.