## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP
### <u>FOR THE THIRTY-FIRST INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Thirty-First Interim Fee Application of Kramer Levin Naftalis & Frankel LLP</u> (the "Application").

### BACKGROUND

1.      Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") was retained as co-counsel to the Official Committee of Equity Holders.  In the Application, Kramer seeks approval of fees totaling $207,976.00 and expenses totaling $9,026.63 for its services from October 1, 2008 through December 31, 2008 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in

the United States Bankruptcy Court for the District of Delaware, the United States District Court for

the District of Delaware, and the Third Circuit Court of Appeals.  We served on Kramer Levin an

initial report based on our review, and received a response from Kramer Levin, portions of which

response are quoted herein.

## DISCUSSION

3.     In our initial report, we noted the following time entries in which there was a

discrepancy between the total time billed and the time recorded in parentheses:

| | | | | |
|---|---|---|---|---|
| 10/01/08 | MARTORANA, KEITH R. | Review new versions of Corporate Agreements (3.8); summarize same and e-mail to T. Weschler (4.6). | 8.20 | 3,444.00 |
| | | *Time recorded totals:* | 8.40 | 3,528.00 |
| | | *Possible undercharge:* | [0.20] | [84.00] |
| | | | | |
| 10/23/08 | MANNAL, DOUGLAS | Prep for and attend conference call with Debtors and Asbestos committees re draft consolidated response to Disclosure Statement objections (7.8), review emails with T. Weschler re same (.5). | 10.30 | 6,231.50 |
| | | *Time recorded totals:* | 8.30 | 5,021.50 |
| | | *Possible overcharge*: | 2.00 | 1,210.00 |

Thus, we asked Kramer Levin whether or not it agreed that fee adjustments were warranted for these

time entries.  Kramer Levin responded: "Kramer Levin agrees that fee adjustments are warranted for

the time entries of Keith Martorana and Douglas Mannal on October 1, 2008 and October 23, 2008,

respectively."  We appreciate Kramer Levin's response and recommend a reduction of $1,126.00 in

fees.

4.      In our initial report, we noted the following instances in which Timekeeper Michael

A. Makinde ($260) billed time for tasks which appeared to be of a clerical nature:

| | | | | |
|---|---|---|---|---|
| 11/26/08 | MAKINDE, MICHAEL A | Fed Ex'd Fee Application for D. E. Blabey. | 0.30 | 78.00 |
| 12/31/08 | MAKINDE, MICHAEL A | Fed-EX'd application for D. Blabey | 0.50 | 130.00 |
| | | TOTAL: | 0.80 | $208.00 |

We have been consistent in recommending that clerical tasks be billed at no more than $80.00 per

hour.  In *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 855 n.34 (3rd Cir. 1994), the court stated

that "the statute [11 U.S.C. § 330] plainly specifies that the type of service performed by a paralegal

(including whether it is clerical) affects the rate of compensation, not compensability vel non." Thus,

we asked Kramer Levin to explain why this work should be compensated at the paralegal's full

hourly rate.  Kramer Levin responded:

>        Kramer Levin agrees that the referenced tasks performed by Michael Makinde
> were "clerical" in nature and should be billed at $80.00 per hour.  Accordingly,
> Kramer Levin agrees to the following fee adjustments:

| Time Entry | Requested Time/Fee | Adjusted Time/Fee |
|---|---|---|
| 11/26/08 Makinde, Michael A | 0.30/$78.00 | 0.30/$24.00 |
| 12/31/08 Makinde, Michael A | 0.50/$130.00 | 0.50/$40.00 |

We appreciate Kramer Levin's response and recommend a reduction of $144.00 in fees.

5.      In our initial report, we noted the following expense for which more information was

needed:

| | | | |
|---|---|---|---|
| 50.00 | Hyatt, N H | 11/23/08 | DOCUMENT PREP.  D. Mannal |

Word processing and secretarial services are classified as overhead by the U. S. Trustee Guidelines.[1]

Thus, we asked Kramer Levin to explain why the expense should be reimbursed by the estate.

Kramer Levin responded by agreeing to reduce its expense request by $50.00.  We appreciate

Kramer Levin's response and recommend a reduction of $50.00 in expenses.

## CONCLUSION

6.    Thus, we recommend approval of $206,706.00 in fees ($207,976.00 minus $1,270.00)

and $8,976.63 in expenses ($9,026.63 minus $50.00) for Kramer Levin's services for the Application

Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

Republic Center
325 North St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[1]Paragraph II.E.7. of the U. S. Trustee Guidelines provides in part: "Overhead includes word processing, proofreading, secretarial and other clerical services..."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 4th day of May, 2009.

_____

Warren H. Smith

**SERVICE LIST**

Notice Parties

**The Applicant**

Philip Bentley
Douglas H. Mannal
Keith R. Martorana
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10022

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**

David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801