# EXHIBIT A

# O

## O'MELVENY & MYERS LLP

| | Times Square Tower | SAN FRANCISCO |
|---|---|---|
| BEIJING | 7 Times Square | SHANGHAI |
| BRUSSELS | New York, New York 10036 | SILICON VALLEY |
| CENTURY CITY | | SINGAPORE |
| HONG KONG | TELEPHONE (212) 326-2000 | TOKYO |
| LONDON | FACSIMILE (212) 326-2061 | WASHINGTON, D.C. |
| LOS ANGELES | www.omm.com | |
| NEWPORT BEACH | | |

April 21, 2009

OUR FILE NUMBER
0004200-00343

Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110

WRITER'S DIRECT DIAL
(212) 326-2267

WRITER'S E-MAIL ADDRESS
tschiavoni@omm.com

Re: *Grace*

Dear Chris:

You purported to serve more then a dozen notices after the close of business today for depositions that you describe simply as "Video Perpetuation Depositions." We are writing to request that you confirm that each of the individuals you have so noticed are your clients in this case. If this is the case, we are writing to request that you offer a basis for burdening the estate with these depositions. Is the purpose of offering these witnesses to provide testimony concerning their medical condition? Are you calling these witnesses for some other reason?

Is there any reason why any of the noticed witnesses cannot appear in person to give their testimony at the confirmation hearing?

Very truly yours,

/s/ T. Schiavoni

Tancred V. Schiavoni
of O'MELVENY & MYERS LLP

NY1:1777420.1