# EXHIBIT B

## Schwartz, Allen

**From:** Schiavoni, Tancred
**Sent:** Friday, April 24, 2009 8:34 AM
**To:** Schwartz, Allen
**Subject:** FW: W.R. Grace - Libby Claimants' Various Notices of Video Perpetuation Depositions

---

**From:** Schiavoni, Tancred
**Sent:** Thursday, April 23, 2009 8:54 AM
**To:** 'candon@cwg11.com'
**Cc:** 'cohn@cwg11.com'; Schiavoni, Tancred
**Subject:** Re: W.R. Grace - Libby Claimants' Various Notices of Video Perpetuation Depositions

Chris

I appreciate you letting us know that these deponents are your clients. We ask that you please let us know what the purpose of these depositions is in the context of plan confirmation. What do you propose to elicit? While we might not agree on relevance, perhaps the facts themselves could be the subject of stipulation. If there was a way that we could avoid the burden of these depositions for your clients and the estate, everyone might benefit.

T.V.S.

---

**From:** Christopher M. Candon <candon@cwg11.com>
**To:** Schiavoni, Tancred
**Cc:** Daniel C. Cohn <cohn@cwg11.com>; John F. Lacey <jlacey@mcgarveylaw.com>; Jon L. Heberling <jheberling@mcgarveylaw.com>
**Sent:** Wed Apr 22 22:22:09 2009
**Subject:** RE: W.R. Grace - Libby Claimants' Various Notices of Video Perpetuation Depositions

Tanc:

They are our clients. They are very sick. In light of their medical condition, there is no assurance that they will be alive at the time of confirmation, let alone well enough to travel to Pittsburgh or Wilmington.

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Phone: (617) 951-2505
Fax:    (617) 951-0679
*********************************************************************************
Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited   If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

---

**From:** Schiavoni, Tancred [mailto:TSchiavoni@OMM.com]
**Sent:** Tuesday, April 21, 2009 8:59 PM

**To:** Christopher M. Candon
**Cc:** Schiavoni, Tancred; Schwartz, Allen; aaronsona@pepperlaw.com; acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; Elias, Brad; bmukherjee@goodwinprocter.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbifferato@bglawde.com; cbruens@kirkland.com; cgreco@kirkland.com; collins@rlf.com; david.klauder@usdoj.gov; david.primack@dbr.com; david.turetsky@skadden.com; dbernick@kirkland.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; dj.baker@skadden.com; dmannal@kramerlevin.com; Dpastor@Gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; Cathy Adams; green@lrclaw.com; Svirsky, Gary; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; jal@capdale.com; james.freeman2@usdoj.gov; jbaer@jsbpc.com; jcohn@cozen.com; jcp@pgslaw.com; jdd@stevenslee.com; jeff.friedman@kattenlaw.com; jeffrey.boerger@dbr.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; lepley@crowell.com; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; Nancy.Manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentley@kramerlevin.com; pcuniff@pszjlaw.com; Koepff, Paul; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; RDehney@MNAT.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@goodwinprocter.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com
**Subject:** W.R. Grace - Libby Claimants' Various Notices of Video Perpetuation Depositions

service of letter

---

**From:** Cathy Adams [mailto:adams@lrclaw.com]
**Sent:** Tuesday, April 21, 2009 7:12 PM
**To:** aaronsona@pepperlaw.com; acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; Elias, Brad; bmukherjee@goodwinprocter.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbifferato@bglawde.com; cbruens@kirkland.com; cgreco@kirkland.com; collins@rlf.com; david.klauder@usdoj.gov; david.primack@dbr.com; david.turetsky@skadden.com; dbernick@kirkland.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; dj.baker@skadden.com; dmannal@kramerlevin.com; Dpastor@Gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com;

elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; Svirsky, Gary; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; jal@capdale.com; james.freeman2@usdoj.gov; jbaer@jsbpc.com; jcohn@cozen.com; jcp@pgslaw.com; jdd@stevenslee.com; jeff.friedman@kattenlaw.com; jeffrey.boerger@dbr.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; lepley@crowell.com; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; Nancy.Manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentley@kramerlevin.com; pcuniff@pszjlaw.com; Koepff, Paul; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; RDehney@MNAT.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@pepperlaw.com; Schiavoni, Tancred; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com
**Cc:** candon@cwg11.com; cohn@cwg11.com; landis@lrclaw.com; mumford@lrclaw.com
**Subject:** W.R. Grace - Libby Claimants' Various Notices of Video Perpetuation Depositions

All:
Please see attached eighteen (18) Notices of Video Perpetuation Depositions as filed by the Libby Claimants.

Thank you,
Cathy


Cathy A. Adams
Paralegal

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
302-467-4400 (main)
302-467-4432 (direct)
302-467-4450 (fax)
adams@lrclaw.com


This message is intended only for the use of the individual or entity to

which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.