# EXHIBIT C

## Schwartz, Allen

**From:** Schiavoni, Tancred
**Sent:** Thursday, April 23, 2009 12:13 PM
**To:** 'Christopher M. Candon'
**Subject:** Grace re: 18 Deposition Notices

Chris

We would like to meet and confer with you on your deposition notices. We have written asking for information about why you believe these depositions are necessary. If could get back to us on this today, that would helpful. We are being pressed somewhat by the shortness of notices and the need to make travel arrangements.

Thank you.

T.V.S.