# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related Docket Nos. 19581, 19620 |

### ARROWOOD'S OBJECTIONS TO THE EIGHTEEN DEPOSITION NOTICES ISSUED BY LANDIS RATH & COBB LLP AND COHN WHITESELL & GOLDBERG LLP FOR THEIR OWN CLIENTS

Arrowood, by its attorneys, O'Melveny & Myers LLP, hereby submits its objections to the notices ("Notices") purportedly served on Arrowood and others by Landis Rath & Cobb LLP, and Cohn Whitesell & Goldberg LLP (the "Libby Claimant Plaintiff Lawyers"), as follows:

1. Arrowood objects to the Notices to the extent that they unilaterally designate a particular day for the depositions to take place.

2. Arrowood objects to the Notices to the extent that they are overly-broad and seek to impose undue burden and expense on the estate and Arrowood.

3. Arrowood objects to the subject matters of inquiry to be made pursuant to the Notices to the extent they seek discovery concerning information, materials, events, people or other matters that are neither relevant to the subject matter of Confirmation nor reasonably calculated to lead to the discovery of admissible evidence.

4. Arrowood objects to the subject matters of inquiry to be made pursuant to the Notices to the extent they purport to require the witnesses to provide or to testify concerning legal opinions or conclusions, expert opinions or conclusions, or contentions in dispute at Confirmation.

5. Arrowood objects to the subject matters of inquiry to be made pursuant to the Notices on the grounds that they seek information more appropriately sought through other means of discovery and/or information contained in documents already in the possession of the defendants.

6. Arrowood objects to the Notices generally as overbroad, unduly burdensome, oppressive and as causing undue expense.

7. Arrowood objects to the Notices to the extent that the subject matters of the inquiries are overly broad, unduly burdensome, harassing, vexatious, and/or call for production of material that is not the subject of any specific allegation at issue at Confirmation, and are thus not reasonably calculated to lead to the discovery of admissible evidence.

Dated: April 27, 2009

/s/ Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTTI, LLC
800 N. King Street – Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

- and -

Carl. J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000

- and -

Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company*

## CERTIFICATE OF SERVICE

Please take notice that on this 27th day of April 2009, a copy of the *Arrowood's Objections to the Eighteen Deposition Notices Issued by Landis Rath & Cobb LLP and Cohn Whitesell & Goldberg LLP for Their Own Clients* was served on the following via first class mail:

(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

(Counsel to Official Comm of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

(Counsel to Debtor)
David B. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

(Official Comm of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

(Counsel to David Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

(Official Comm of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219


/s/ Garvan F. McDaniel
Garvan F. McDaniel