# EXHIBIT E

### Schwartz, Allen

**From:** Schiavoni, Tancred
**Sent:** Friday, May 01, 2009 5:53 PM
**To:** Schwartz, Allen
**Subject:** FW: Libby depositions

---

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Friday, May 01, 2009 12:26 PM
**To:** Schiavoni, Tancred
**Subject:** Re: Libby depositions

Tanc,

I trust that your request represents acceptance of the confidentiality conditions discussed in my April 29 letter.

Assuming so, and that such terms also apply to the other materials provided to Grace as alluded to in the letter, it is my understanding that you will be receiving those materials separately and promptly from Chris Candon. Should my assumption be incorrect, and your client unwilling to acknowledge the protected nature of these documents, please inform me or Chris Candon immediately.

Finally, although today is the first I heard of your request for copies of complaints, we will be happy to send you the most recently amended and therefore controlling complaint for the individuals in question. These documents are obviously public, and so matters of confidentiality do not apply.

Please feel free to contact me with any questions or concerns.

JFL

----- Original Message -----
**From:** Schiavoni, Tancred
**To:** jlacey@mcgarveylaw.com
**Cc:** Schiavoni, Tancred ; bstansbury@kirkland.com
**Sent:** Friday, May 01, 2009 9:31 AM
**Subject:** FW: Libby depositions

John

We request the information offered in this letter as well as the other information that you allude to having previously produced to Grace. We also reiterate our request for complaints and pleadings concerning any personal injury actions brought by these individuals.

5/3/2009

Thank you.

T.V.S.

---

**From:** John F. Lacey [mailto:jlacey@mcgarveylaw.com]
**Sent:** Wednesday, April 29, 2009 5:12 PM
**To:** Brian Stansbury; Nathan D. Finch; Schiavoni, Tancred
**Subject:** Libby depositions

Please see attached.

Feel free to call with any questions or concerns.

JFL