# EXHIBIT F

**Schwartz, Allen**

From: Schiavoni, Tancred
Sent: Friday, May 01, 2009 5:55 PM
To: Schiavoni, Tancred; Schiavoni, Tancred; Schwartz, Allen
Subject: FW: W.R. Grace - Libby Claimants - Various Deposition Notices

---

**From:** Schiavoni, Tancred
**Sent:** Friday, May 01, 2009 11:21 AM
**To:** candon@cwg11.com; cohn@cwg11.com; jlacey@mcgarveylaw.com; landis@lrclaw.com; mumford@lrclaw.com; 'Cathy Adams'
**Cc:** acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Elias, Brad; bharding@kirkland.com; bklayman@cozen.com; bmukherjee@goodwinprocter.com; bstansbury@kirkland.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.Chen@wilsonelser.com; Christopher.greco@kirkland.com; collins@rlf.com; craig.bruens@kirkland.com; david.bernick@kirkland.com; david.klauder@usdoj.gov; david.primack@dbr.com; david.turetsky@skadden.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; DJ.Baker@skadden.com; dmannal@kramerlevin.com; dpastor@gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@fmew.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; Svirsky, Gary; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; jal@capdale.com; James.Freeman2@usdoj.gov; jbaer@jsbpc.com; jcarroll@cozen.com; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; jeff.friedman@kattenlaw.com; Jeffrey.boerger@dbr.com; jguy@orrick.com; jk@kttlaw.com;

jmeltzer@sbtklaw.com; john.mcfarland@grace.com; JOneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; ldavis@crowell.com; lepley@crowell.com; lisa.esayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; mplevin@crowell.com; mwallace@orrick.com; mweis@dilworthlaw.com; Nancy.Manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; Pbentley@kramerlevin.com; pcuniff@pszjlaw.com; Koepff, Paul; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; RDehney@MNAT.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; RWRiley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@fmew.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tgerber@fulbright.com; theodore.freedman@kirkland.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@pepperlaw.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com
**Subject:** W.R. Grace - Libby Claimants - Various Deposition Notices

Dan

We are writing to reiterate our request that you identify which the individuals that you have noticed are personal representatives for other individuals and whether they have their own claims. We are also writing to request the production of any complaints that these individuals have filed for personal injuries over the last seven years. We otherwise reserve our rights.

5/3/2009

T.V.S.

**From:** Cathy Adams [mailto:adams@lrclaw.com]
**Sent:** Wednesday, April 29, 2009 12:28 PM
**To:** acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Elias, Brad; bharding@kirkland.com; bklayman@cozen.com; bmukherjee@goodwinprocter.com; bstansbury@kirkland.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.Chen@wilsonelser.com; Christopher.greco@kirkland.com; collins@rlf.com; craig.bruens@kirkland.com; david.bernick@kirkland.com; david.klauder@usdoj.gov; david.primack@dbr.com; david.turetsky@skadden.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; DJ.Baker@skadden.com; dmannal@kramerlevin.com; dpastor@gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@fmew.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; Svirsky, Gary; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; jal@capdale.com; James.Freeman2@usdoj.gov; jbaer@jsbpc.com; jcarroll@cozen.com; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; jeff.friedman@kattenlaw.com; Jeffrey.boerger@dbr.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; JOneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; ldavis@crowell.com; lepley@crowell.com; lisa.esayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; madigan.andrea@epa.gov;

madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; mplevin@crowell.com; mwallace@orrick.com; mweis@dilworthlaw.com; Nancy.Manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; Pbentley@kramerlevin.com; pcuniff@pszjlaw.com; Koepff, Paul; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; RDehney@MNAT.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; RWRiley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@fmew.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tgerber@fulbright.com; theodore.freedman@kirkland.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@pepperlaw.com; Schiavoni, Tancred; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpregion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; warren.pratt@dbr.com; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com
**Cc:** candon@cwg11.com; cohn@cwg11.com; jlacey@mcgarveylaw.com; landis@lrclaw.com; mumford@lrclaw.com
**Subject:** W.R. Grace - Libby Claimants - Various Deposition Notices

All:
I have attached the following deposition notices as filed by the Libby Claimants.

- Amended Notice of Video Perpetuation Deposition of Larry Hill [Docket No. 21460]
- Amended Notice – Cancellation of Video Perpetuation Deposition of Patricia Hill [Docket No. 21461]
- Amended Notice of Video Perpetuation Deposition of Robert Barnes [Docket No. 21462]
- Amended Notice of Video Perpetuation Deposition of Robert Conn [Docket No. 21464]

- Notice of Deposition of David T. Austern [Docket No. 21465]
- Amended Notice of Video Perpetuation Deposition of Donna Shriner [Docket No. 21466]
- Amended Notice of Video Perpetuation Deposition of Shirley Conn [Docket No. 21467]
- Amended Notice of Video Perpetuation Deposition of Richard Erickson [Docket No. 21468]
- Amended Notice of Video Perpetuation Deposition of James Hopkins [Docket No. 21469]
- Amended Notice of Video Perpetuation Deposition of Eleanora Martin [Docket No. 21470]

Cathy A. Adams
Paralegal

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
302-467-4400 (main)
302-467-4432 (direct)
302-467-4450 (fax)
adams@lrclaw.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

5/3/2009