# EXHIBIT G

*Law Offices of*
# McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

*Telephones:*
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
*Fax:* (406) 752-7124

May 1, 2009

*Emails:*
dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

Tancred V. Schiavoni, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

**SENT BY E-MAIL
AND U.S. MAIL**

Re:   Libby depositions

Dear Tanc,

This letter is in follow up to our email correspondence of today's date.

Attached by e-mail copy only please find a document reflecting the information that you requested regarding whether individuals noticed for Libby depositions are personal representatives, as well as additional information about their own claim/s.

The attached document also reflects information regarding your request for copies of complaints that individuals noticed for Libby depositions may have filed. I am sending a CD by U.S. Mail to your NY office containing the actual complaints that you requested.

Thank you for the timeliness of your response to my April 29 letter and your request for information thereto. I remain willing to respond to any timely and appropriate requests that you or other parties might make to enable your preparation for the Libby depositions and to ensure that they proceed as scheduled.

Please feel free to contact me with any questions or concerns.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JOHN F. LACEY

Enclosures as stated

cc:   *e-mail only*
      Dan Cohn
      Brian T. Stansbury
      Nathan D. Finch

| LastName | FirstName | Address | City | State | Zip | Libby Residence | Grace Start | Grace End | Dates Residing with Grace Employee |
|---|---|---|---|---|---|---|---|---|---|
| Barnes | Robert | P.O. Box 102 | Libby | MT | 59923 | 49-50, 52-present | 4/5/1965 | 12/17/1966 | |
| Collinson[1] PR for | Linda Charles | P.O. Box 715 dec'd 8/17/02 | Libby | MT | 59923 | 64-present 15-02 | 6/6/1946 | 8/31/1946 | 68-78 |
| Conn[2] | Robert | 6371 Pipe Creek Road | Libby | MT | 59923 | 32-52, 56-present | | | |
| Conn[3] | Shirley | 6371 Pipe Creek Road | Libby | MT | 59923 | 33-57, 63-present | | | |
| Erickson[4] | Richard | 276 Dolphin Way | Libby | MT | 59923 | 53-77, 85-present | | | |
| Fletcher | Geraldine | 377 Thomas Street | Libby | MT | 59923 | 45-47, 48-49, 50-present | | | 46 |
| Fore | Bill | 34437 US Hwy 2 | Libby | MT | 59923 | 51-61, 61-65, 74-present | 12/14/1973 | 1/1/1991 | |
| Halsey[5] | Hazel | P.O. Box 42 | Libby | MT | 59923 | 50-present | | | 50-51 |
| Hill[6] | Larry | 2222 42nd Street | Missoula | MT | 59803 | 52-85 | | | |
| Hopkins[7] | James | 102 Halo Drive | Troy | MT | 59935 | 64-90, 00-present | 9/28/1964 | 1/1/1990 | |
| Martin | Eleanora | 80 Spencer Road | Libby | MT | 59923 | 63-present | | | |
| Nelson | Larry | PO Box 1155 | Troy | MT | 59935 | 46-53, 68-70, 86-00 | | | |
| Petrusha[8] PR for | Robert Lorraine | 551 Florence Road dec'd 2/11/05 | Libby | MT | 59923 | 27-43, 46-present 47-05 | 5/31/1946 | 8/15/1956 | 48-56 |
| Schull | Billie | 235 Timber Lane | Libby | MT | 59923 | 62-present | 10/10/1966 | 7/12/1968 | |
| Shelmerdine | Judy | 57 Leisure Lane | Libby | MT | 59923 | 50-67, 73-75, 80-present | | | 3 mos in 75 |
| Shriner[9] | Donna | 1117 West Balsam | Libby | MT | 59923 | 38-present | | | |
| Vinson | Kay | 701 West 1st Street | Libby | MT | 59923 | 54-present | | | |

[1] Linda Collinson is pursuing a claim based upon her own asbestos disease in a separate action; see Billie Schull (lead plaintiff) complaint
[2] Robert Conn is also the PR for purposes of pursuing a separate asbestos disease claim based on his mother's death
[3] Shirley Conn has not filed a personal injury complaint
[4] Richard Erickson is also the PR for and named in a separate asbestos disease claim based on his father's death; see Rodney Erickson complaint
[5] Hazel Halsey is pursuing a claim under the attached Robert Barnes (lead plaintiff) complaint
[6] Larry Hill has not filed a personal injury complaint
[7] James Hopkins settled his asbestos-related action against W.R. Grace pre-bankruptcy filing
[8] Robert Petrusha is pursuing a claim based upon his own asbestos disease in a separate action; see Robert Petrusha complaint
[9] Donna Shriner has not filed a personal injury complaint