# EXHIBIT H

*Law Offices of*

# McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124

Emails:
dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

April 29, 2009

Brian T. Stansbury, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Washington, DC 20005-5793

**SENT BY E-MAIL
AND U.S. MAIL**

Nathan D. Finch, Esq.
Caplin & Drysdale
One Thomas Circle NW, Suite 1100
Washington, DC 20005

Tancred V. Schiavoni, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Re:   Libby depositions

Dear Gentlemen,

This letter is in follow up to the April 23 telephone discussion among counsel as it related to the 18 depositions of Libby claimants noticed to occur in May in Libby.

As I trust you are all aware, in follow up to Dan Cohn's April 27 e-mail notice and the underlying comments from Judge Fitzgerald on that same date, amended notices have been filed for some of those 18 depositions. Seventeen (17) perpetuation depositions are now noticed by the Libby Claimants to occur in Montana on May 18-22, and May 26-29. As you also know, June 15 represents the deadline for discovery.

I am of course aware that the right of Libby Claimants to proceed with these depositions is under challenge and set to come before the judge prior to the scheduled taking of any of these depositions. There obviously remains the legitimate (if not strong) possibility that these depositions will be permitted to go forward. In the April 23 call, certain parties voiced concern about their ability to be prepared for the depositions. This letter is intended to enable your clients to be prepared for these depositions <u>as currently scheduled</u>, when and if the challenges are resolved, presumably on or about May 11.

Enclosed please find a CD with records regarding the 17 Libby claimants who are noticed for deposition. I have previously offered, and do so once again here, that if there is specific information you wish to receive prior to the depositions regarding these

April 29, 2009
Page 2

individuals, please contact me. I have every intention of responding to your timely and appropriate requests. Potentially delaying these depositions by forestalling any requests for information serves no one.

Please note that consistent with certain past disclosures made to you by Jon Heberling and the Libby Claimants (see, e.g., December 2008, Dr. Whitehouse materials), the enclosed information and documents are provided to you on the specific condition that they will be treated by you and your clients as Confidential Information. In other words, despite the present lack of a signed protective order to address Libby Claimant medical information, we are all obviously working on an assumption, confirmed most recently by Judge Fitzgerald on April 27, that most of this information must be treated as confidential, and that a protective order controlling its use will eventually be in force. Therefore, the information enclosed here should be used only in this action, for Plan Confirmation proceedings, and only for purposes of preparing for the upcoming depositions. Furthermore, this information will be governed by the protective order that will ultimately be entered and intended to address Libby medical information. Nothing herein is intended to waive the Libby Claimants' right to have their medical information treated by all parties as confidential.

If you refuse to accept these reasonable conditions, you should opt against accessing the enclosed CD and the documents thereon. If the Court does not allow the depositions to go forward, I will ask that you return the documents to me.

Finally, know that the Libby Claimants will be giving notice to all parties that the enclosed information will be provided to any other party, consistent with the above terms, who wishes to attend and prepare for the May depositions of Libby claimants in Montana. Please feel free to alert me if you believe additional steps are appropriate to ensure that these depositions can go forward as scheduled, if affirmed by the Court.

As previously stated, I would be happy to discuss any other questions or concerns you may have about these depositions, leaving, of course, the threshold issue of whether they will be permitted to the court. Please do feel free to contact me.

       Yours sincerely,

       McGARVEY, HEBERLING, SULLIVAN
        & McGARVEY

       JOHN F. LACEY

Enclosures as stated

cc: Dan Cohn