## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 4th day of May, 2009, I caused a copy of the **Joinder of Maryland Casualty Company to Debtors' Motion for Protective Order and Objection Libby Claimants' Deposition Notices** to be served upon the attached service list by first class mail.

_____
Marc J. Phillips (#4445)

#683359