IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Nos. 21245<br>Objection Deadline: May 8, 2009<br>Hearing Date: May 14, 2009, 9 a.m. |

------------------------------------------------------x

**JOINDER OF CONTINENTAL CASUALTY COMPANY TO MOTION TO STRIKE WHITEHOUSE EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER**

Continental Casualty Company ("CCC") hereby joins the *Motion To Strike Whitehouse Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of A Confidentiality Order* (Docket No. 21245).

*Remainder of page left intentionally blank*

LIBA/1993756.1

Dated: May 4, 2009

                        Respectfully Submitted,

                        ROSENTHAL, MONHAIT, & GODDESS, P.A.

                        _____

                        Edward B. Rosenthal (Del. Bar No. 3131)
                        919 Market Street, Suite 1401
                        Wilmington, Delaware 19899-1070
                        (302) 656-4433

                                -and-

GOODWIN PROCTER LLP
Daniel M. Glosband (pro hac vice)
Brian H. Mukherjee (pro hac vice)
Exchange Place
Boston, MA 02109
(617) 570-1930

                                -and-

FORD MARRIN ESPOSITO WITMEYER
 & GLESER, L.L.P.
Elizabeth DeCristofaro (pro hac vice)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
(212) 269-4900

*Counsel for Continental Casualty Company*