## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 4th day of May, 2009, that a copy of the foregoing *Joinder of Continental Casualty Company To Motion To Strike Whitehouse Expert Report Or, Alternatively, Compel The Production Of Documents And Databases On Which He Relies And For Entry Of A Confidentiality Order* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** in the by first class, prepaid postage mail to the individuals on the attached service list.

_____
Edward B. Rosenthal (Bar No. 3131)

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
Wilmington, DE 19801

Garvan F. McDaniel
Bifferato Gentilotti LLC
800 King Street, Plaza Level
Wilmington, DE 19801

Carl J. Pernicone
Wilson, Elser, Moskowitz Edelman & Dicker, LLP
150 East 42nd Street
New York, NY 10017

Tancred Schiavoni
Gary Svirsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Adam G. Landis
Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110