## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **RE: Docket Number 21420** |

## JOINDER OF BNSF RAILWAY COMPANY TO NOTICE OF DEPOSITION OF JEFFREY POSNER

BNSF Railway Company, by its undersigned counsel, joins the Notice of Deposition of Jeffrey Posner filed by Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company, and Allstate Insurance Company (Docket No. 21420).

Dated: May 4, 2009
Wilmington, DE

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE 4581)
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

Counsel for BNSF Railway Company