IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/25/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SEVENTH MONTHLY INTERIM PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2009 through April 30, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $25,898.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $2,612.62 |

This is a(n):   ☒ Monthly    ☐ Interim    ☐ Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour. In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 56.3 hours,[2] for a total amount billed of $32,372.50 of which 80% is currently sought, in the amount of $25,898.00.

As stated above, this is the Eighth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 33.9 | $19,492.50 |
| Travel | 41.8 | $12,017.50 |
| Fee Applications (Monthly) (Incl. FCR's) | 4.0 | $2,300.00 |
| TOTAL | 79.7 | $33,810.00 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Travel | $2,607.67 |
| Postage | $4.95 |
| TOTAL | $2,612.62 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 4TH day of May, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (April, 2009)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 4/1/2009 | Attend April Omnibus Hearing in Wilmington | 2.5 |
| 4/1/2009 | Travel (non-productive) to Dallas (7.0 hrs. @ 50%) | 3.5 |
| 4/2/2009 | Prepare Seventh Monthly Fee Application | 1.5 |
| 4/2/2009 | Email from Ted Freedman re witness meet and confer | 0.1 |
| 4/2/2009 | Review ZAI settlement approval order | 0.1 |
| 4/2/2009 | Review expert report of George Priest | 0.4 |
| 4/2/2009 | Review Debtors' Responses to OneBeacon RFA and RFP (second sets) | 0.2 |
| 4/2/2009 | Email to client re status | 0.1 |
| 4/3/2009 | Emails re phasing meet and confer meeting | 0.1 |
| 4/6/2009 | Prepare FCR's Second Monthly Application | 1.2 |
| 4/6/2009 | Emails re meeting with Grace CFO | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/6/2009 | Review of Revised Deposition Calendar | 0.1 |
| 4/7/2009 | Attend (by telephone) meet & confer re witnesses for confirmation hearings | 4.0 |
| 4/7/2009 | Review deposition notices of Grace, Scott and Westbrook | 0.1 |
| 4/8/2009 | Emails to and from opposing counsel re discovery deadlines | 0.1 |
| 4/8/2009 | Emails to and from AMH counsel re depositions | 0.1 |
| 4/8/2009 | Emails re meeting with Grace CFO | 0.1 |
| 4/9/2009 | Review deposition notice of PI Committee | 0.1 |
| 4/9/2009 | Telephone conference with Ted Freedman re scheduling | 0.1 |
| 4/9/2009 | emails to and from client and opposing counsel re CFO meeting | 0.1 |
| 4/9/2009 | Emails to and from counsel re conflicts in deposition scehdule | 0.1 |
| 4/9/2009 | Review rebuttal expert reports (Drs. Parker, Weill, Friedman, Stockman, Welch, Henry, Ory, Moolgavkar, Henry and Hammar) | 1.0 |
| 4/10/2009 | emails to and from client and opposing counsel re CFO meeting | 0.1 |
| 4/10/2009 | Continued Review of rebuttal expert reports (Drs. Parker, Weill, Friedman, Stockman, Welch, Henry, Ory, Moolgavkar, Henry and Hammar) | 3.0 |
| 4/10/2009 | Review Insurers' Motion to Strike Whitehouse report | 2.0 |
| 4/10/2009 | Review letter from insurers regarding production of documents by debtor | 0.1 |
| 4/10/2009 | Review draft Grace 30(b)(6) topics from insurers for meet and confer discussion | 0.1 |
| 4/10/2009 | Review Debtors' response to Longacre confirmation discovery | 0.1 |
| 4/12/2009 | Review correspondence from Grace re additional documents produced to virtual data room | 0.1 |
| 4/13/2009 | Email from Grace counsel re meet and confer | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/13/2009 | Review correspondence from Debtors re additional documents produced to virtual data room | 0.1 |
| 4/13/2009 | Review Anderson Memorial's motion to extend response deadline re ZAI class claim objection | 0.1 |
| 4/13/2009 | Review FFIC 30(b)6 deposition notices (4) to Grace and the ACC, and FFIC interrogatories to Grace and ACC re surety issues | 0.4 |
| 4/13/2009 | Review Court Memorandum Order re status of AMH POC's | 0.2 |
| 4/13/2009 | Review Libby supplemental witness list | 0.1 |
| 4/13/2009 | Review Anderson Memorial's response to ZAI class claim objection | 0.1 |
| 4/13/2009 | Review correspondence from Grace re Anderson Memorial documents produced to virtual data room | 0.1 |
| 4/14/2009 | Attend (by telephone) reconvened Meet and Confer regarding witnesses for confirmation hearings | 1.1 |
| 4/14/2009 | Review Libby proposed protective order | 0.2 |
| 4/14/2009 | Review Memorandum Opinion on Canadian claims | 0.4 |
| 4/15/2009 | Review email from Grace re ZAI depositions and amended deposition notices re ZAI depositions | 0.2 |
| 4/15/2009 | Review Supplemental 30(b)(6) deposition notice to the Debtors | 0.2 |
| 4/16/2009 | Emails re Debtors' and Equity Committee's Phase I witnesses | 0.1 |
| 4/16/2009 | Telephone conference with client re scheduling | 0.1 |
| 4/16/2009 | Review of emails to and from Libby counsel and Equity committee counsel re 30(b)(6) deposition and agreement re same | 0.2 |
| 4/17/2009 | Review final of confirmation discovery protective order and email to J. Baer re same | 0.2 |
| 4/17/2009 | Review confirmation objection by Texas Comptroller | 0.1 |
| 4/17/2009 | Review Libby Claimants' second supplemental witness list | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/17/2009 | Review Maryland Casualty 30b6 Depo notice to Plan Proponents | 0.1 |
| 4/17/2009 | Review letter from equity committee re Maryland Casualty 30(b)(6) deposition | 0.1 |
| 4/20/2009 | Telephone conferences with client re status | 0.2 |
| 4/20/2009 | Emails to and from Ted Freedman re meeting with CFO | 0.1 |
| 4/20/2009 | Review ACC objection and Debtors' objection to 30(b)(6) depos and emails to and from counsel re 30(b)(6) deposition scheduling | 0.3 |
| 4/20/2009 | Review Debtors' Brief re California Property Damage claim appeal | 0.3 |
| 4/20/2009 | Review Revised Deposition Calendar | 0.1 |
| 4/20/2009 | Email re conference call on 30(b)(6) issues | 0.1 |
| 4/20/2009 | Review Agenda for April Omnibus | 0.1 |
| 4/21/2009 | Review emails re ACC 30(b)(6) deposition; telephone conf with client re CFO meeting and emails to and from T. Freedman re same | 0.2 |
| 4/21/2009 | Review Libby preservation deposition notices | 0.1 |
| 4/21/2009 | Review correspondence and emails from various counsel re pending scheduling and 30b6 deposition issues and meet and confer re same | 0.2 |
| 4/21/2009 | Review Maryland Casualty Claim Objection | 0.4 |
| 4/21/2009 | Travel (non-productive) to Spokane for Scott deposition (9 hrs. @ 50%) | 4.5 |
| 4/22/2009 | Deposition of Darrell Scott | 3.5 |
| 4/22/2009 | Travel (non-productive) from Spokane to Dallas (10 hrs. @ 50%) | 5.0 |
| 4/23/2009 | Review emails to and from various counsel re scheduling of expert and 30b6 depositions | 0.1 |
| 4/23/2009 | Review proposed modifications to stipulation regarding attorney testimony | 0.1 |
| 4/23/2009 | Review proposed modifications to third amended CMO | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 4/23/2009 | Travel (non-productive) from Dallas to Charleston, SC (5 hrs. @ 50%) | 2.5 |
| 4/24/2009 | Deposition of Edward Westbrook | 1.8 |
| 4/24/2009 | Review revised protective order | 0.2 |
| 4/24/2009 | Review further revisions to proposed Third Amended CMO | 0.2 |
| 4/24/2009 | Review motion to approve settlement with IRS | 0.1 |
| 4/24/2009 | Review insurers' amended deposition notices to plan proponents and joinders in same | 0.2 |
| 4/24/2009 | Review Notices of Appeal by Anderson Memorial Hospital | 0.1 |
| 4/24/2009 | Travel (non-productive) from Charleston, SC to Dallas (5.8 hrs. @ 50%) | 2.9 |
| 4/25/2009 | Review correspondence from debtor re witness designations for 30b6 deposition notices | 0.3 |
| 4/25/2009 | Review emails from Libby counsel re meet and confer issues and draft protective orders re medical information | 0.3 |
| 4/27/2009 | Review Order expunging Anderson's ZAI class claim | 0.1 |
| 4/27/2009 | Attend telephonic meet and confer re discovery issues | 0.7 |
| 4/27/2009 | Attend telephonic April Omnibus hearing | 0.5 |
| 4/27/2009 | Review letter to libby claimaints re confidentiality issues | 0.1 |
| 4/27/2009 | Review debtors' response to Scotts discovery | 0.1 |
| 4/27/2009 | Preparation of filing of first quarterly fee application of the PD FCR | 1.0 |
| 4/27/2009 | Emails from counsel re Mathis and Shein depositions | 0.1 |
| 4/27/2009 | Review Libby claimants motion to postpone phase II hearing and motion to shorten notice | 0.2 |
| 4/27/2009 | Review Travelers depostion notice of Jeff Posner | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/27/2009 | Review Arrowood deposition notice to debtors and objections to Libby claimant depositions | 0.1 |
| 4/27/2009 | Review Revised Deposition Calendar | 0.1 |
| 4/27/2009 | Review Motion to Strike Florence expert report | 0.2 |
| 4/28/2009 | Review London Market's and Fireman's Fund's and Allianz's deposition notices of Jeff Posner and Austern and ACC | 0.1 |
| 4/28/2009 | Emails to and from client re status | 0.1 |
| 4/28/2009 | Emails to and from various counsel re Lockwood deposition | 0.1 |
| 4/28/2009 | Draft and attend to filing of CNO for PD FCR's second application | 0.3 |
| 4/29/2009 | Review Allstate depo notice to ACC; Libby depo notices of experts and amended notices of claimants, and various insurer joinders in amended notices | 0.3 |
| 4/30/2009 | Travel (non-productive) to Washington DC for Deposition (5 hrs. @ 50%) | 2.5 |

Total: 56.3 hours @ $575.00/hour = **$32,372.50**

<u>Expenses</u>:   Detail on Exhibit 1– **$2,612.62**

**Total Fees and Expenses Due:   $34,985.12**

EXPENSES FOR APRIL 2009                                                                                                                EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 4/14/2009 | Postage | $4.95 |
| 4/22/2009 | Hotel Davenport (Spokane) | $210.72 |
| 4/22/2009 | RT Coach Airfare DFW-Spokane | $411.40 |
| 4/22/2009 | Dinner | $7.77 |
| 4/22/2009 | Taxi | $23.90 |
| 4/23/2009 | Parking at DFW | $36.00 |
| 4/24/2009 | RT Coach Airfare DFW-Charleston | $583.70 |
| 4/24/2009 | dinner | $13.36 |
| 4/24/2009 | Taxi  (Charleston) | $33.00 |
| 4/25/2009 | Hotel Market Pavillion | $291.38 |
| 4/25/2009 | lunch | $30.20 |
| 4/25/2009 | Taxi  (Charleston) | $31.00 |
| 4/25/2009 | Parking DFW | $19.00 |
| 4/27/2009 | cancellation fee due to change to telephonic omnibus hearing | $103.00 |
| 4/30/2009 | RT Coach Airfare DFW-DCA | $509.20 |
| 4/30/2009 | Taxi | $22.00 |
| 4/30/2009 | Westin Hotel, Washington DC | $227.86 |
| 4/30/2009 | Dinner | $13.18 |
| 5/1/2009 | Taxi | $22.00 |
| 5/1/2009 | Parking DFW | $19.00 |
| | TOTAL EXPENSES | $2,612.62 |