**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: None** |
| | § | **Hearing Date: None** |

**NOTICE OF FILING OF COMMUNICATION FROM *PRO SE* PARTY**

TO:    All ECF Notice Parties

Attached please find as Exhbit A, a communication received from a *pro se* party.

//

//

//

//

//

//

//

//

//

//

//

//

//

-1-

Respectfully Submitted,

*[signature]*

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 4th day of May, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and on the special notice parties by electronic mail.

*[signature]*

_____

# EXHIBIT A

# FAX

**DATE:** May 1, 2009

**FROM:**
Joseph W. Parry-Hill, Jr.
3420 Bellevue Road,
Raleigh, NC 27609-7102   Telephone: 919-782-7608
e-mail: TheParryHills@gmail.com

**TO:**
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
**Attn: Scott L. Baena/Jay M. Sakalo/Mindy A. Mora**
Facsimile: (305) 374-7593

**Alexander M. Sanders, Jr.**
19 Water Street
Charleston, South Carolina 29401
Facsimile: (843) 953-7570

✓ **Alan B. Rich, Attorney and Counselor**
1401 Elm Street, Suite 4620
Dallas, Texas 75202-3909   Facsimile: (214) 749-0325

Joseph W. Parry-Hill, Jr.
3420 Bellevue Road,
Raleigh, NC 27609-7102    Telephone: 919-782-7606

May 1, 2009

**The Asbestos PD Committee:**
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340    Facsimile: (305) 374-7593
Attn: Scott L. Baena/Jay M. Sakalo/Mindy A. Mora

**The Asbestos PD Future Claimants' Representative:**
Alexander M. Sanders, Jr.
19 Water Street
Charleston, South Carolina 29401    Facsimile: (843) 953-7570

Alan B. Rich, Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, Texas 75202-3909    Facsimile: (214) 749-0325

Sirs:

I am writing to object to the Joint Plan of Reorganization for W. R. Grace & Co. and its Related Debtors. I am writing on behalf of Joseph W. Parry-Hill, Jr. (self), Helen H. Parry-Hill (wife), Joseph W. Parry-Hill (son) and Jennifer K. Parry-Hill (daughter).

Our objections are:
Joseph W. Parry-Hill, Jr. and Helen H. Parry-Hill have Asbestos Property Damage by a W. R. Grace product but only learned through the Legal Notice in the April 13, 2009 copy of Newsweek, of the plan to end Grace's liability for damages. We built a 1200 square foot addition to our home at 3420 Bellevue Road in Raleigh NC and used Zonolite Insulation manufactured by W. R. Grace & Co. Damages will include the cost of encapsulating the asbestos contaminated insulation, the loss of value of the property for resale (Approximately $130,000), and, the cost of the disposal of the asbestos when the building is demolished, which is not known. <u>The Disclosure Statement understates the liability for property damage, since we were not included as a damaged party</u>. W. R. Grace should contact companies that sold its insulation products for the names of customers in order to develop a more complete list of those who may have been damaged.

Joseph W. Parry-Hill, Jr., Helen H. Parry-Hill, Joseph W. Parry-Hill, and Jennifer K. Parry-Hill have potential Asbestos Personal Injuries from the exposure to asbestos during the construction and living in the house. Health problems from exposure to asbestos may not be evident immediately. Future personal injury costs as a result of the asbestos in W. R. Grace and Co.'s products are not possible to determine at this time. <u>Setting a absolute cap on liability claims when future health damage is unknown is unfair to those who will have Asbestos Personal Injuries from W. R. Grace products.</u> The Plan for Reorganization needs to provide for the possibility of addition costs in the event the provisions for personal injuries in the Plan prove to be inadequate.

Sincerely,

*Joseph W. Parry-Hill, Jr.*
Joseph W. Parry-Hill, Jr.

Cc: Notice to the US Bankruptcy Court and Trustee
Notice by facsimile to:
W. R. Grace & Co.
The Asbestos PD Committee and Representative and
The Asbestos PI Committee and Representative