**EXHIBIT 2**

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_081031**

| Period Ending | 10/31/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $629.75 |
| | | PO Box Renewal | $644.00 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,723.75** |

EXHIBIT 2

BMC GROUP INC.

WR GRACE
EXPENSE DETAIL

OCTOBER 2008

| Invoice No. | Client | Consultant ID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_081031 | WR Grace | BMC10, BMC | BMC | $350.00 | 10/31/08 | B-linx User Fee | B-linx User Fee |
| 21_081031 | WR Grace | BMC10, BMC | BMC | $850.00 | 10/31/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_081031 | WR Grace | BMC10, BMC | BMC | $250.00 | 10/31/08 | Website Hosting | Website Hosting |
| 21_081031 | WR Grace | BMC10, BMC | BMC | $629.75 | 10/31/08 | Document Storage | 422 boxes |
| 21_081031 | WR Grace | BMC10, BMC | USPS | $644.00 | 10/10/08 | PO Box Renewal | PO Box# 913 Renewal - 6mo. |
| | | | | $2,723.75 | | | |

EXHIBIT 2

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

WR Grace & Co et al.

October Production Summary

| Invoice # | Date | Invoice Total |
|---|---|---|
| 021-20081002-2 | 10/2/2008 | 731.03 |
| 021-20081003-1 | 10/3/2008 | 158.02 |
| 021-20081003-2 | 10/3/2008 | 26.48 |
| 021-20081017-1 | 10/17/2008 | 0.95 |
| 021-20081017-2 | 10/17/2008 | 234.94 |
| 021-20081024-1 | 10/24/2008 | 261.64 |
| | Total | 1,413.06 |

EXHIBIT 2

**BMC GROUP**
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date:** October 2, 2008

**Invoice No:**

021-20081002-2

| Job Type | Job Item | Pages / Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Ntc re DS - Shareholders (suppl) | 4 / 741 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 737 Pieces @ $.42 each | 309.54 |
| | | | | USPS - International | 4 Pieces @ $.94 each | 3.76 |
| | | | Production | Fold and Stuff | 741 Pieces @ $.05 each | 37.05 |
| | | | | Printed Impressions | 2964 Pieces @ $.10 each | 296.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 741 Pieces @ $.08 each | 59.28 |
| | | | | | | 731.03 |

EXHIBIT 2

**BMC GROUP INC.**
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date:** October 3, 2008

**Invoice No:** 021-20081003-1

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 19658 - Omni 25 Ord | 23 / 43 | | | |
| | | | Document/Data Preparation | | |
| | | | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | | |
| | | | USPS - 1st Class | 43 Pieces @ $.59 each | 25.37 |
| | | | Production | | |
| | | | Fold and Stuff | 43 Pieces @ $.05 each | 2.15 |
| | | | Printed Impressions | 1012 Pieces @ $.10 each | 101.20 |
| | | | Supplies | | |
| | | | Inkjet and Envelope - #6x9 | 43 Pieces @ $.10 each | 4.30 |
| | | | | Total | 158.02 |

EXHIBIT 2

**BMC GROUP INC.**
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date:** October 3, 2008

**Invoice No:**

021-20081003-2

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 19673 - Omni 26 Ord | 6/2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.00 each | 0.00 |
| | | | Production | Fold and Stuff | 2 Pieces @ $.05 each | 0.10 |
| | | | | Printed Impressions | 12 Pieces @ $.10 each | 1.22 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | 0.16 |
| | | | | | Total | 26.48 |

EXHIBIT 2

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 17, 2008**

**Invoice No:**

021-20081017-1

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Ntc Dscl Hmg | 4 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.42 each | 0.42 |
| | | | Production | Fold and Stuff | 1 Piece @ $.05 each | 0.05 |
| | | | | Printed Impressions | 4 Pieces @ $.10 each | 0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | 0.08 |
| | | | | | | 0.95 |

EXHIBIT 2

**BMC GROUP INC.**
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 17, 2008**

**Invoice No:**
021-20081017-2

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DS and Exh Book (suppl) | 650 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $4.80 each | 14.40 |
| | | | Production | Printed Impressions | 1950 Pieces @ $.10 each | 195.00 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | 0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | 0.39 |
| | | | | | Total | 234.94 |

EXHIBIT 2

**BMC GROUP INC.**
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date:** October 24, 2008

**Invoice No:**

021-20081024-1

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt & Exh Book(Suppl) | 645 / 3 | Document/Data Preparation — Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage — USPS - 1st Class | 3 Pieces @ $14.25 each | 42.75 |
| | | | Production — Printed Impressions | 1935 Pieces @ $.10 each | 193.50 |
| | | | Stuff and Mail | 3 Pieces @ $.05 each | 0.15 |
| | | | Supplies — Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | 0.24 |
| | | | Total | | 261.64 |

EXHIBIT 2