IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 21399 |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8006, Fed.R.Bankr.P., Claimant Anderson Memorial Hospital (Claim Nos. 9911 and 9914) respectfully submits its Designation of Items to be Included in the Record on Appeal.

**Joint Designation of Items to be Included in the Record on Appeal**

| Date | Docket No. | Description |
|---|---|---|
| 09/01/2005 | 9315 | Debtors' Fifteenth Omnibus Objection to Property Damage Claims |
| 10/23/2005 | 10518 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 14885 |
| 10/25/2005 | 10742 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12570 |
| 10/26/2005 | 10856 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12410 |
| 10/26/2005 | 10864 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12412 |
| 10/22/2005 | 10180 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12454 |
| 10/22/2005 | 10186 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12457 |
| 10/25/2005 | 10773 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12590 |

| Date | Docket No. | Description |
| --- | --- | --- |
| 10/25/2005 | 10776 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12591 |
| 10/22/2005 | 10248 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12438 |
| 10/22/2005 | 10250 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12439 |
| 10/26/2005 | 10872 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12442 |
| 10/26/2005 | 10874 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12443 |
| 10/21/2005 | 10003 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12489 |
| 10/21/2005 | 9919 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12388 |
| 10/21/2005 | 9940 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12394 |
| 10/21/2005 | 9789 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12377 |
| 10/22/2005 | 10032 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 10032 |
| 10/21/2005 | 9988 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12576 |
| 10/22/2005 | 10027 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12541 |
| 10/21/2005 | 9918 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12542 |
| 10/25/2005 | 10796 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12537 |
| 10/22/2005 | 10149 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12496 |

| Date | Docket No. | Description |
| --- | --- | --- |
| 10/22/2005 | 10161 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12498 |
| 10/25/2005 | 10750 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12500 |
| 10/25/2005 | 10754 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12501 |
| 10/25/2005 | 10760 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12503 |
| 10/21/2005 | 9986 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12546 |
| 10/21/2005 | 10000 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12548 |
| 10/22/2005 | 10025 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12549 |
| 10/22/2005 | 10028 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12554 |
| 10/22/2005 | 10035 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12423 |
| 10/22/2005 | 10177 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12421 |
| 10/22/2005 | 10172 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 12422 |
| 10/24/2005 | 10617 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 11632 |
| 10/22/2005 | 10191 | Response to Debtor's Fifteenth Omnibus Objection to Property Damage Claims, Claim No. 11620 |
| 12/29/2005 | N/A | Confirmation Order and Confirmed Plan of Reorganization *IN re: United States Mineral Products Co.*, Case No. 01-2471 |

| Date | Docket No. | Description |
| --- | --- | --- |
| 06/15/2006 | N/A | Confirmation Order and Confirmed Plan of Reorganization *In re: United States Gypsum Co.,* Case No. 01-2094 |
| 12/21/2006 | 14136 | Expert Report of Graeme Mew |
| 01/16/2006 | 14328 | Expert Report of Professor Lewis Klar |
| 01/16/2006 | 14322 | Expert Report of Gordon Spratt |
| 01/03/2007 | 14206 | Transcript of December 19, 2006 Omnibus Hearing |
| 02/01/2007 | 14465 | Transcript of January 23, 2007 Omnibus Hearing |
| 03/07/2007 | 14799 | Debtors' Response to Canadian Claimants' First Set of Interrogatories, Request for Production and Request for Admissions |
| 02/16/2007 | 14597 | Debtors' Motion for Summary Judgment with respect to 88 time barred Canadian Property Damage Claims |
| 03/23/2007 | 14965 | Debtors' Memorandum in Support of its Motion for Summary Judgment with respect to 88 time barred Canadian Claims |
| 03/19/20007 | 14898 | Memorandum in Opposition to Debtors' Motion for Summary Judgment of Canadian Claims |
| 03/15/2007 | N/A | Transcript of Deposition of Graeme Mew |
| 05/11/2007 | N/A | Transcript of Deposition of Graeme Mew |
| 04/04/2007 | N/A | Transcript of Deposition of Professor Lewis Klar with Exhibits |
| 04/06/2007 | N/A | Transcript of Deposition of Gordon Spratt with Exhibits |
| 04/06/2007 | 15110 | Motion to Strike Affidavit of Graeme Mew |
| 04/09/2007 | 15117 | Transcript of April 9, 2007 Hearing, pp. 182-189 |
| 05/08/2007 | 15625 | Debtors' Motion to Amend Fifteenth Omnibus Objections |
| 05/16/2007 | 15676 | Transcript of May 9, 2007 Hearing |

| Date | Docket No. | Description |
| --- | --- | --- |
| 05/11/2007 | N/A | Transcript of Deposition of Graeme Mew |
| 06/07/2007 | 15988 | Transcript of May 30, 2007 Hearing, pp. 1-69 |
| 07/31/2007 | 16449 | Transcript of June 25, 2007 Hearing, pp. 12-32 |
| 08/22/2007 | N/A | Transcript of Deposition of Professor John Irvine |
| 08/27/2007 | N/A | Final Expert Report of Professor John Irvine with attachments |
| 08/31/2007 | N/A | Transcript of Deposition of Professor John Irvine |
| 09/26/2007 | 16930 | Transcript of September 10, 2007 Hearing |
| 10/12/2007 | 17059 | Anderson's Supplemental Post-Hearing Memorandum re: Canadian Statutes of Limitations |
| 11/08/2007 | N/A | Confirmation Order and Confirmed Plan of Reorganization *In re: Federal Mogul,* Case No. 01-10578 |
| 12/02/2008 | 20170 | Transcript of November 24, 2008 Hearing, pp. 125-202 |
| 04/14/2009 | 21270 | Memorandum Opinion and Order Disallowing and Expunging Certain Time-Barred Canadian Asbestos Property Damage Claims |
| 04/24/2009 | 21399 | Anderson Memorial's Notice of Appeal of Memorandum Opinion and Order dated 4/14/09 |

DATED: May 4, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

-and-

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*