IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. 20622 |

## NOTICE OF DEPOSITION OF ELIHU INSELBUCH

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, the claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] through their undersigned counsel, will take the deposition upon oral examination of Elihu Inselbuch. By agreement, the deposition will commence on June 12, 2009 at 9:30 a.m., at the offices of Caplin & Drysdale, Chartered, 375 Park Avenue, New York, NY 10152 (or such other location as mutually agreed upon by the parties). The deposition will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. You are invited to attend and participate.

Dated: May 5, 2009
      Wilmington, Delaware

                                **LANDIS RATH & COBB LLP**

                                /s/ *signature*
                                Adam G. Landis (No. 3407)
                                Kerri K. Mumford (No. 4186)
                                919 Market Street, Suite 1800
                                Wilmington, DE 19801
                                Telephone: (302) 467-4400
                                Facsimile: (302) 467-4450

                                - and -

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

393.001-26144.doc

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*