IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Nos. 21327, 21332-21334, 21339-21342, 21344, 21460, 21462, 21464, 21466-21470, 21494, 21521 |
| | | Objection Deadline: May 8, 2009<br>Hearing Date: May 14, 2009, 9 a.m. |

-----------------------------------------------------x

## JOINDER OF CONTINENTAL CASUALTY COMPANY TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND OBJECTION TO LIBBY CLAIMANTS' DEPOSITION NOTICES

Continental Casualty Company ("CCC") hereby joins the *Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices* (Docket No. 21494) and all joinders thereto.

*Remainder of page left intentionally blank*

LIBA/1993578.1

Dated: May 5, 2009

Respectfully Submitted,

ROSENTHAL, MONHAIT, & GODDESS, P.A.

_____
Edward B. Rosenthal (Del. Bar No. 3131)
919 Market Street, Suite 1401
Wilmington, Delaware 19801
(302) 656-4433

-and-

GOODWIN PROCTER LLP
Daniel M. Glosband (pro hac vice)
Brian H. Mukherjee (pro hac vice)
Exchange Place
Boston, MA 02109
(617) 570-1930

-and-

FORD MARRIN ESPOSITO WITMEYER
 & GLESER, L.L.P.
Elizabeth DeCristofaro (pro hac vice)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
(212) 269-4900

*Counsel for Continental Casualty Company*