## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 5th day of May, 2009, that a copy of the foregoing *Joinder of Continental Casualty Company To Debtors' Motion For Protective Order And Objection To Libby Claimants' Deposition Notices* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** in the by first class, prepaid postage mail to the individuals on the attached service list.

_____
Edward B. Rosenthal (Bar No. 3131)

David M. Bernick, P.C.
Theodore L. Freeman
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022

Barbara M. Harding
Brian T. Stansbury
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Janet S. Baer
The Law Offices Of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Adam G. Landis
Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110