IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: May 26, 2009 |
| | : | Hearing Date: September 22, 2009 |

**SUMMARY COVERSHEET TO THIRTY-SECOND QUARTERLY FEE
APPLICATION OF DAY PITNEY LLP[1]
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR JANUARY 1, 2009 THROUGH MARCH 31, 2009**

| | |
|---|---|
| Name of Applicant: | **Day Pitney LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.**, *et al.* |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **January 1, 2009 – March 31, 2009** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$30,747.50** |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary | **$4.00** |

This is a: ___ monthly  **X**  quarterly interim  ___ final application

The total time expended for fee application preparation is approximately 10 hours and the corresponding compensation requested is approximately $1,200.00.[2]

---

[1] As of January 1, 2007 and as the result of a merger, Pitney Hardin LLP became known as Day Pitney LLP. A Notice of Name Change was filed on January 11, 2007 at docket entry #14287.

[2] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

1

83164215A01050409

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

3

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |
| November 27, 2002 #3084 & #3087 Order filed 3/14/03; | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |

4

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #3511 | | | | | |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848.80) | Approved @ 100% |
| December 27, 2002 #3198 Order signed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520.40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131.20) | Approved @ 100% |
| February 14, 2003 Order signed on 7/28/03 | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Approved for $72,625.50 | Approved @ 100% |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 CNO filed 7/3/03 #3999 | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Approved @ 80% ($11,313.60) | Approved @ 100% |
| June 3, 2003 #3864 Order signed 9/22/03 #4480 | 1/1/03 – 3/31/03 | $120,028.00 | $10,873.52 | Approved for $118,379.00 | Approved @ 100% |
| June 18, 2003 #3912 CNO filed 7/11/03 #4054 | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Approved @ 80% ($17,206.00) | Approved @ 100% |
| August 7, 2003 #4181 CNO filed 9/24/03 #4475 | 5/1/03 – 5/31/03 | $22,184.50 | $864.72 | Approved @ 80% ($17,747.60) | Approved @ 100% |
| September 9, 2003 #4407 | 6/1/03 – 6/30/03 | $28,764.50 | $9,472.70 | Approved @ 80% | Approved @ 100% |

|  |  | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| CNO filed 10/2/03 #4524 | | | | ($23,011.60) | |
| September 26, 2003 #4495 & 4496 | 4/1/03 – 6/30/03 | $72,456.50 | $10,707.52 | Approved for $72,456.50 | Approved @ 100% |
| October 17, 2003 #4583 CNO filed 11/12/03 #4685 | 7/1/03 – 7/31/03 | $11,104.50 | $2,829.93 | Approved @ 80% ($8,883.60) | Approved @ 100% |
| November 6, 2003 #4666 CNO filed 12/9/03 #4798 | 8/1/03 – 8/31/03 | $3,427.50 | $2,242.92 | Approved @ 80% ($2,742.00) | Approved @ 100% |
| November 25, 2003 #4751 CNO filed 12/16/03 #4813 | 9/1/03 – 9/30/03 | $9,912.00 | $2,311.40 | Approved @ 80% ($7,929.60) | Approved @ 100 % |
| December 16, 2003 #4822 & 4823 Order filed 4/26/04 | 7/1/03- 9/30/03 | $24,444.00 | $7,370.04 | Approved for $24,440.00 | Approved @ 100% |
| November 25, 2003 # 4752 CNO filed 12/16/03 #4814 | 10/1/03- 10/31/03 | $6,779.00 | $3,507.88 | Approved @ 80% ($5,423.20) | Approved @ 100% |
| December 31, 2003 #4893 CNO filed 2/3/04 #5052 | 11/1/03 – 11/30/03 | $16,464.50 | $2,478.06 | Approved @ 80% ($13,171.60) | Approved @ 100% |
| February 20, 2004 #5144 CNO filed 4/1/04 #5459 | 12/1/03 – 12/31/03 | $18,088.50 | $2,839.22 | Approved @ 80% ($14,470.80) | Approved @ 100% |
| February 25, 2004 #5165 Order filed 6/16/04 #5822 | 10/1/04 – 12/31/04 | $41,332.00 | $8,825.16 | Approved for $41,332.00 | Approved @ 100% |
| March 29, 2004 #5362 CNO filed 4/22/04 | 1/1/04 – 1/31/04 | $39,097.50 | $2,315.38 | Approved @ 80% ($31,278.00) | Approved @ 100% |
| April 20, 2004 #5464 CNO filed 6/22/04 #5872 | 2/1/04 – 2/29/04 | $61,379.50 | $2,435.48 | Approved @ 80% ($49,103.60) | Approved @ 100% |
| June 1, 2004 | 3/1/04 – | $266,775.00 | $9,819.15 | Approved @ | Approved |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #5678 CNO filed 6/22/04 #5873 | 3/31/04 | | | 80% ($213,420.00) | @ 100% |
| June 9, 2004 #5766 & 5767 Order filed 9/27/04 #6465 | 1/1/04 – 3/31/04 | $367,258.00 | $14,570.01 | Approved @ 100% ($367,258.00) | Approved @ 100% |
| July 1, 2004 #5915 CNO filed 7/28/04 | 4/1/04 – 4/30/04 | $242,320.50 | $33,506.28 | Approved @ 80% ($293,806.40) | Approved @ 100% |
| July 29, 2004 #6066 CNO filed 8/19/04 #6219 | 5/1/04 – 5/31/04 | $205,386.50 | $3,393.87 | Approved @ 80% ($164,309.20) | Approved @ 100% |
| August 12, 2004 #6162 CNO filed 9/7/04 #6325 | 6/1/04 – 6/30/04 | $181,394.50 | $41,141.14 | Approved @ 80% ($145,115.60) | Approved @ 100% |
| September 1, 2004 ## 6302; 6303 Order filed 1/26/05 #7622 | 4/1/04 – 6/30/04 | $629,101.50 | $78,003.35 | Approved for $629,101.50 | Approved @ 100% |
| September 17, 2004 #6416 CNO filed 10/13/04 #6609 | 7/1/04- 7/31/04 | $22,957.00 | $8,896.12 | Approved @ 80% ($18,365.60) | Approved @ 100% |
| October 14, 2004 #6631 CNO filed 11/9/04 #6854 | 8/1/04- 8/31/04 | $28,122.50 | $2,338.02 | Approved @ 80% (22,490.00) | Approved @ 100% |
| November 16, 2004 #6943 CNO filed 12/13/04 #7152 | 9/1/2004- 9/30/2004 | $25,615.50 | $3,246.99 | Approved @ 80% (20,492.40) | Approved @ 100% |
| November 17, 2004 #6966 Order filed 3/22/05 #8081 | 7/1/04- 9/30/04 | $76,695.00 | $14,481.13 | Approved for $76,695.00 | Approved @ 100% |
| December 16, 2004 #7198 CNO filed 1/25/05 #7621 | 10/1/04 – 10/31/04 | $27,632.50 | $4,766.94 | Approved @ 80% (22,106.00) | Approved @ 100% |
| January 10, 2005 #7521 CNO filed 2/2/05 #7670 | 11/1/04 – 11/30/04 | $31,261.00 | $11,977.87 | Approved @ 80% (25,008.80) | Approved @ 100% |
| February 11, 2005 #7745 | 12/1/04- 12/31/04 | $112,852.00 | $4,502.70 | Approved @ 80% | Approved @ 100% |

7

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| CNO filed 3/8/05 #7992 | | | | ($90,281.60) | |
| March 16, 2005 ##8051-52 Order filed 6/29/05 #8728 | 10/1/04-12/31/04 | $171,475.50 | $21,247.51 | Approved for $171,475.50 | Approved @ 100% |
| March 18, 2005 #8076 CNO filed 4/26/05 #8286 | 1/1/05-1/31/05 | $44,219.00 | $3,351.01 | Approved @ 80% ($35,375.50) | Approved @ 100% |
| May 10, 2005 #8391 CNO filed 6/24/05 #8683 | 2/1/05-2/28/05 | $38,780.50 | $7,826.47 | Approved @ 80% ($31,024.40) | Approved @ 100% |
| May 16, 2005 #8443 CNO filed 6/24/05 #8684 | 3/1/05 – 3/31/05 | $42,702.00 | $3,222.62 | Approved @ 80% ($34,161.60) | Approved @ 100% |
| May 26, 2005 ##8511-12 Order filed 9/27/05 #9513 | 1/1/05 – 3/31/05 | $125,701.50 | $14,400.10 | Approved for $125,701.50 | Approved @ 100% |
| June 27, 2005 #8691 CNO filed 7/26/05 #9090 | 4/1/05-4/30/05 | $76,920.50 | $3,699.77 | Approved @ 80% ($61,536.40) | Approved @ 100% |
| July 20, 2005 #9035 CNO filed 8/19/05 #9220 | 5/1/05-5/31/05 | $73,041.00 | $4,608.05 | Approved @ 80% ($57,112.80) | Approved @ 100% |
| August 11, 2005 #9175 CNO filed 9/8/05 #9360 | 6/1/05 – 6/30/05 | $246,447.50 | $5,298.28 | Approved @ 80% ($197,158.00) | Approved @ 100% |
| August 19, 2005 #9210 Order filed 12/21/05 #11402 | 4/1/05 – 6/30/05 | $396,409.00 | $13,606.10 | Approved for $396,409.00 | Approved @ 100% |
| October 4, 2005 #9572 CNO filed 10/31/05 #10938 | 7/1/05 – 7/31/05 | $363,936.00 | $10,742.66 | Approved @ 80% ($291,148.80) | Approved @ 100% |
| October 20, 2005 #9708 CNO filed 11/15/05 #11091 | 8/1/05 – 8/31/05 | $276,504.50 | $21,554.17 | Approved @ 80% ($221,203.60) | Approved @ 100% |
| November 23, 2005 #11156 CNO filed December 16, 2005 #11359 | 9/1/05 – 9/30/05 | $243,011.00 | $7,658.60 | Approved @ 80% ($194,408.80) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED Fees | REQUESTED Expenses | APPROVED Fees | APPROVED Expenses |
|---|---|---|---|---|---|
| November 23, 2005 #11162 Order filed 3/27/06 #12121 | 7/1/05 – 9/30/05 | $883,451.50 | $39,955.43 | Approved for $883,451.50 | Approved @ 100% |
| January 31, 2006 #11681 CNO filed 3/9/06 #12027 | 10/1/05 – 10/31/05 | $189,747.50 | $9,364.24 | Approved @ 80% ($151,798.00) | Approved @ 100% |
| January 31, 2006 #11677 CNO filed 3/9/06 #12024 | 11/1/05 – 11/30/05 | $170,059.00 | $25,007.67 | Approved @ 80% ($136,047.20) | Approved @ 100% |
| February 14, 2006 #11774 CNO filed 3/9/06 #12028 | 12/1/05 – 12/31/05 | $135,672.00 | $2,489.35 | Approved @ 80% ($108,537.60) | Approved @ 100% |
| February 14, 2006 #11785 Order filed 6/16/06 #12660 | 10/1/05 – 12/31/05 | $495,478.50 | $36,861.26 | Approved for $495,478.50 | Approved @ 100% |
| April 5, 2006 #12205 CNO filed 5/20/06 # 12479; Amended CNO filed 6/7/06 #12612 | 1/1/06- 1/31/06 | $136,335.50 | $7,996.90 | Approved @ 80% ($109,084.40) | Approved @ 100% |
| April 14, 2006 #12243 CNO filed 5/20/06 #12478 | 2/1/06 – 2/28/06 | $101,184.50 | $6,294.63 | Approved @ 80% ($809,947.60) | Approved @ 100% |
| July 19, 2006 #12834 CNO filed 8/9/06 #12953 | 3/1/06 – 3/31/06 | $108,740.50 | $25,246.79 | Approved @ 80% ($86,992.40) | Approved @ 100% |
| July 19, 2006 #12834 Order filed 9/26/06 #13298 | 1/1/06 - 3/31/06 | $346,260.50 | $39,538.32 | Approved for $346,260.50 | Approved @ 100% |
| July 19, 2006 #12834 CNO filed 8/9/06 #12954 | 4/1/06 – 4/30/06 | $47,442.00 | $363.81 | Approved@ 80% ($37,953.60) | Approved @ 100% |
| August 2, 2006 | 5/1/06 – | $40,694.00 | $16,160.02 | Approved @ | Approved |

9

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #12907 CNO filed 8/29/06 #13096 | 5/31/06 | | | 80% ($32,555.20) | @ 100% |
| August 3, 2006 #12920 CNO filed 8/29/06 #13097 | 6/1/06 – 6/30/06 | $52,860.00 | $11,368.11 | Approved @ 80% ($42,288.00) | Approved @ 100% |
| August 8, 2006 #12949 Order filed 12/19/06 #14069 | 4/1/06 – 6/30/06 | $140,996.00 | $27,891.94 | Approved for $140,996.00 | Approved @ 100% |
| September 5, 2006 #13136 CNO filed 9/28/06 #13315 | 7/1/06 – 7/31/06 | $16,131.00 | $12,069.87 | Approved @ 80% ($33,830.40) | Approved @ 100% |
| September 28, 2006 #13317 CNO filed 10/25/06 #13469 | 8/1/06- 8/31/06 | $36,807.00 | $184.24 | Approved @ 80% ($29,445.60) | Approved @ 100% |
| October 30. 2006 #13526 CNO filed 12/4/06 #13909 | 9/1/06- 9/30/06 | $14,467.00 | $470.65 | Approved @ 80% ($11,573.60) | Approved @ 100% |
| October 30. 2006 #13535 Order filed 3/30/07 #15044 | 7/1/06- 9/30/06 | $67,405.00 | $12,724.76 | Approved @ $67,405.00 | Approved @ 100% |
| December 5, 2006 #13930 CNO filed 1/2/07 #14196 | 10/1/06- 10/31/06 | $26,557.50 | $0.00 | Approved @ 80% ($21,246.00) | $0.00 |
| December 28, 2006 #14179 CNO filed 1/25/07 #14394 | 11/1/06 – 11/30/06 | $23,552.00 | $1,048.56 | Approved @ 80% ($18,841.60) | Approved @ 100% |
| January 30, 2007 #14434 CNO filed 2/21/07 #14627 | 12/1/06- 12/31/06 | $30,737.00 | $255.69 | Approved @ 80% ($24,589.60) | Approved @ 100% |
| January 30, 2007 #14435 Order filed 6/20/07 #16105 | 10/1/06- 12/31/06 | $80,846.50 | $1,304.25 | Approved @ $80,846.50 | Approved @ 100% |

10

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2007 #14723 CNO filed 3/22/07 #14939 | 1/1/07-1/37/07 | $63,053.50 | $1,265.56 | Approved @ 80% ($50,442.80) | Approved @ 100% |
| April 4, 2007 #15091 CNO filed 5/2/07 #15490 | 2/1/07 – 2/28/07 | $36,914.00 | $1,658.23 | Approved @ 80% ($29,531.20) | Approved @ 100% |
| May 3, 2007 #15515 CNO filed 5/24/07 #15807; Amended CNO filed 6/1/07 #15943 | 3/1/07 – 3/31/07 | $39,900.00 | $107.93 | Approved @ 80% ($31,920.00) | Approved @ 100% |
| May 10, 2007 #15638 Order filed 9/25/04 #16916 | 1/1/07-3/31/07 | $139,867.50 | $3,031.72 | Approved @ $139,867.50 | Approved @ 100% |
| June 1, 2007 #15924 CNO filed 6/22/07 #16133 | 4/1/07 – 4/30/07 | $38,637.00 | $686.36 | Approved @ 80% ($30,909.60) | Approved @ 100% |
| July 9, 2007 #16252 CNO filed 7/31/07 #16446 | 5/1/07 – 5/31/07 | $40,494.50 | $39.68 | Approved @ 80% ($32,495.60) | Approved @ 100% |
| July 27, 2007 #16399 CNO filed 8/17/07 #16593 | 6/1/07 – 6/30/07 | $55,820.00 | $311.01 | Approved @ 80% ($44,656.60) | Approved @ 100% |
| July 27, 2007 #16400 Order filed 9/25/04 #17629 | 4/1/07 – 6/30/07 | $134,951.50 | $1,037.05 | Approved @ $134,951.50 | Approved @ 100% |
| August 28, 2007 #16650 CNO filed 9/18/07 #16876 | 7/1/07 – 7/31/07 | $51,718.50 | $375.00 | Approved @ 80% ($41,374.80) | Approved @ 100% |
| September 28, 2007 #16940 CNO filed 10/22/07 #17109 | 8/1/07 – 8/31/07 | $27,529.50 | $2,297.39 | Approved @ 80% ($22,023.60) | Approved @ 100% |

11

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 29, 2007 #17179 CNO filed 11/20/07 #17415 | 9/1/07-9/30/07 | $7,007.50 | $304.50 | Approved @ 80% ($5,606.00) | Approved @ 100% |
| October 29, 2007 #17188 Order filed 3/12/08 #18270 | 7/1/07-9/30/07 | $86,255.50 | $2,976.44 | Approved @ $85,900.50 | Approved @ 100% |
| November 28, 2007 #17472 CNO filed 12/19/07 | 10/1/07 – 10/31/07 | $11,545.00 | $187.35 | Approved @ 80% ($9,236.00) | Approved @ 100% |
| December 28, 2007 #17724 CNO filed 1/22/08 | 11/1/07 – 11/30/07 | $23,387.00 | $0.00 | Approved @ 80% ($18,709.60) | N/A |
| January 28, 2008 #17900 CNO filed 2/19/08 #18067 | 12/1/07 – 12/31/07 | $23,822.50 | $73.90 | Approved @ 80% ($19,058.00) | Approved @ 100% |
| January 28, 2008 #17902 Order filed 6/23/08 #18989 | 10/1/07-12/31/07 | $58,754.50 | $261.25 | Approved @ $58,754.50 | Approved @ 100% |
| February 28, 2008 #18142 CNO filed 3/21/08 #18360 | 1/1/08 – 1/31/08 | $35,066.50 | $1,067.95 | Approved @ 80% ($28,053.20) | Approved @ 100% |
| March 28, 2008 #18411 CNO filed 4/18/08 #18568 | 2/1/08 – 2/29/08 | $76,925.00 | $644.83 | Approved @ 80% ($61,540.00) | Approved @ 100% |
| April 30, 2008 #18640 CNO filed 5/21/08 #18766 | 3/1/08 – 3/31/08 | $11,642.00 | $617.65 | Approved @ 80% ($9,313.60) | Approved @ 100% |
| April 30, 2008 #18651 Order filed 10/1/08 #19663 | 1/1/08 – 3/31/08 | $123,633.50 | $2,330.43 | Approved @ $126,633.50 | Approved @ 100% |
| May 28, 2008 #18801 CNO filed 6/19/08 | 4/1/08 - 4/30/08 | $9,450.00 | $159.12 | Approved @ 80% ($7,560.00) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #18963 | | | | | |
| June 30, 2008 #19015 CNO filed 7/22/08 #19124 | 5/1/08 – 5/31/08 | $19,981.50 | $32.92 | Approved @ 80% ($15,985.20) | Approved @ 100% |
| July 29, 2008 #19192 CNO filed 8/19/08 #19339 | 6/1/08 – 6/30/08 | $31,809.00 | $203.71 | Approved @ 80% ($25,447.20) | Approved @ 100% |
| July 29, 2008 #19193 Order filed 12/17/08 #20283 | 4/1/08 – 6/30/08 | $61,240.50 | $395.75 | Approved @ $61,240.50 | Approved @ 100% |
| August 28, 2008 #19404 CNO filed 9/19/08 #19575 | 7/1/08 – 7/31/08 | $34,325.00 | $201.33 | Approved @ 80% ($27,460.00) | Approved @ 100% |
| September 29, 2008 #19635 CNO filed 10/22/08 #19831 | 8/1/08 – 8/31/08 | $8,748.50 | $182.99 | Approved @ 80% ($6,998.80) | Approved @ 100% |
| October 28, 2008 #19869 CNO filed 11/18/08 #20089 | 9/1/08 – 9/30/08 | $7,063.00 | $86.52 | Approved @ 80% ($5,650.40) | Approved @ 100% |
| October 28, 2008 #19902 (Objections due 11/17/08; Hearing scheduled for 4/1/09) | 7/1/08 – 9/30/08 | $50,136.50 | $470.84 | Pending | Pending |
| December 1, 2008 #20163 CNO filed 12/23/08 #20347 | 10/1/08 – 10/31/08 | $10,083.50 | $95.20 | Approved @ 80% ($8,066.80) | Approved @ 100% |
| January 14, 2009 #20519 CNO filed 2/4/09 #20677 | 11/1/08 – 11/30/08 | $16,599.00 | $126.36 | Approved @ 80% ($13,279.20) | Approved @ 100% |
| January 29, 2009 #20637 CNO filed | 12/1/08 - 12/31/08 | $5,547.00 | $122.45 | Approved @ 80% ($4,437.60) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2/19/09 #20765 | | | | | |
| Pending (Hearing scheduled for 6/29/09) | 10/1/08 – 12/31/08 | $32,229.50 | $344.01 | Pending | Pending |
| March 9, 2009 #20951 CNO filed 3/31/09 #21166 | 1/1/09 - 1/31/09 | $14,027.50 | $0.00 | Approved @ 80% ($11,222.00) | Approved @ 100% |
| April 1, 2009 #21172 CNO filed 4/22/09 #21370 | 2/1/09 – 2/28/09 | $4,633.00 | $0.00 | Approved @ 80% ($3,706.40) | Approved @ 100% |
| April 29, 2009 #21473 | 3/1/09 – 3/31/09 | $12,087.00 | $4.00 | Pending | Pending |
| Pending (Hearing scheduled for) | 1/1/09 – 3/31/09 | $30,787.50 | $400 | Pending | Pending |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## JANUARY 1, 2009 THROUGH MARCH 31, 2009

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 640.00 | 25.7 | $16,448.00 |
| William S. Hatfield | 1993 | 415.00 | 1.4 | $581.00 |
| Scott A. Zuber | 1987 | 495.00 | 3.8 | $1,881.00 |
| Michael J. Dunne | 1984 | 545.00 | .3 | $163.50 |
| **COUNSEL** | | | | |
| Brian E. Moffitt | 1992 | 400.00 | 17.9 | $7,160.00 |
| **ASSOCIATES** | | | | |
| Kristen Jasket Piper | 2000 | 335.00 | 4.5 | $1,597.50 |
| Kristine Russo Begley | 2007 | 250.00 | 6.3 | $1575.00 |
| **PARAPROFESSIONALS** | | | | |
| S. Parker | N/A | 155.00 | 8 | $1,240.00 |
| D. Florence | N/A | 145.00 | .7 | $101.50 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period January 1, 2009 through March 31, 2009** | | | **Total Hours 68.6** | $30,747.50 |

## SUMMARY OF EXPENSES FOR THE FEE PERIOD JANUARY 1, 2009 THROUGH MARCH 31, 2009

| TYPE OF EXPENSE | |
|---|---|
| Photocopying | $4.00 |
| Grand Total Expenses for the Fee Period January 1, 2009 through March 31, 2009 | $4.00 |

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD

| PROJECT CATEGORIES | Total of January 1, 2009 - January 31, 2009 | Total of February 1, 2009 - February 28, 2009 | Total of March 1, 2009 - March 31, 2009 | Total of January 1, 2009 - March 31, 2009 | Total of April 2, 2001 - March 31, 2009 |
|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | | | | | $ 3,888.50 |
| 02 - Asset Disposition | | | | | $ 13,881.00 |
| 03 - Business Operations | | | | | $ 381,336.50 |
| 04 - Case Administration | $ 9,076.00 | $ 3,423.00 | $ 6,480.50 | $ 18,979.50 | $ 1,648,113.10 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | | | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | | | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | | | | |
| 08 - Employee Benefits/ Pension | | | | | $ 1,830.00 |
| 09 - Employment Applications, Applicant | | | | | |
| 10 - Employment Applications, Others | | | | | $ 882.00 |
| 11 - Fee Applications, Applicant | | | | | |
| 12 - Fee Applications, Others | $ 2,191.50 | $ 850.00 | $ 725.00 | $ 3,766.50 | $ 147,789.00 |
| 13 - Financing | | | | | $ 1,179.00 |
| 14 - Hearings | | | | | $ 201.00 |
| 15 - Litigation and Litigation Consulting | | | | | $ 72,325.50 |
| 16 - Plan and Disclosure Statement | $ 2,760.00 | $ 360.00 | $ 4,881.50 | $ 8,001.50 | $ 3,608,096.00 |
| 17 - Relief from Stay Proceedings | | | | | $ 41,393.00 |
| 18 - Tax Issues | | | | | $ 185.50 |
| 19 - Tax Litigation | | | | | $ 4,247.00 |
| 20 - Travel – Non Working | | | | | |
| 21 - Valuation | | | | | |
| 22 - ZAI Science Trial | | | | | |
| 23 - ZAI Science Trial – Expenses | | | | | |
| 24 - Other | | | | | $ 11,459.00 |
| 25 - Accounting/Auditing | | | | | |
| 26 - Business Analysis | | | | | |
| 27 - Corporate Finance | | | | | |
| 28 - Data Analysis | | | | | |
| TOTAL - FEES | $ 14,027.50 | $ 4,633.00 | $ 12,087.00 | $ 30,747.50 | $ 5,943,255.10 |
| TOTAL - EXPENSES | $ - | $ - | $ 4.00 | $ 4.00 | $ 534,324.05 |
| TOTAL FEES AND EXPENSES | $ 14,027.50 | $ 4,633.00 | $ 12,091.00 | $ 30,751.50 | $ 6,477,579.15 |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: May 26, 2009 |
| | : | Hearing Date: September 22, 2009 |

**FEE DETAIL FOR DAY PITNEY LLP'S
THIRTY-SECOND QUARTERLY APPLICATION FOR THE PERIOD
FROM JANUARY 1, 2009 THROUGH MARCH 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83164233A01050409