# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD JANUARY 1, 2009 THROUGH MARCH 31, 2009[2]**

**FEES FOR THE PERIOD
JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/09 | 18 | Attention to November 2008 fee application.<br>K. Piper | 0.2 | 71.00 |
| 01/12/09 | 18 | Review and revise DP's November 2008 Fee Application.<br>S. Zuber | 0.3 | 148.50 |
| 01/14/09 | 18 | Revise November 2008 fee application and attention to filing same.<br>K. Piper | 1.0 | 355.00 |
| 01/16/09 | 14 | Create audit file and assign to paralegal.<br>D. Florence | 0.5 | 72.50 |
| 01/21/09 | 14 | Work on audit letter.<br>A. Marchetta | 1.0 | 640.00 |
| 01/21/09 | 14 | Respond to audit request.<br>W. Hatfield | 0.4 | 166.00 |
| 01/21/09 | 18 | Draft December 2008 fee application.<br>K. Piper | 1.0 | 355.00 |
| 01/21/09 | 14 | Sent out audit letter survey; Worked with attorneys regarding preparation of inserts; Sent out second requests to same; Followed up with attorneys regarding response to same; Prepared draft letter for same.<br>S. Parker | 2.9 | 449.50 |
| 01/22/09 | 14 | Complete audit letter.<br>A. Marchetta | 0.5 | 320.00 |
| 01/22/09 | 18 | Review and revise DP's November 2008 fee application.<br>S. Zuber | 0.3 | 148.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| 01/22/09 18 | Review and revise DP's December 2008 fee application. S. Zuber | 0.3 | 148.50 |
|---|---|---|---|
| 01/22/09 14 | Review audit legal response letter M. Dunne | 0.3 | 163.50 |
| 01/22/09 18 | Draft quarterly fee application for 31st interim period. K. Piper | 1.6 | 568.00 |
| 01/22/09 | Sent out supplemental audit letter survey requests; Worked with attorneys regarding same; Worked with AJ Marchetta regarding draft letter; Prepared file for M. Dunne review; Implemented M. Dunne's revisions to same; Attention to delivery of same to auditor and client via facsimile and first class mail. | | |
| 14 | S. Parker | 2.0 | 310.00 |
| 01/23/09 14 | Scan completed audit letter and update audit database. D. Florence | 0.2 | 29.00 |
| 01/26/09 18 | Review and revise Day Pitney's Fourth Quarter 2008 Fee Application. S. Zuber | 0.3 | 148.50 |
| 01/29/09 18 | Revise December 2008 fee application. K. Piper | 0.4 | 142.00 |
| 01/29/09 18 | Revise Quarterly fee application for the 31st interim period. K. Piper | 0.3 | 106.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| M. Dunne | 14 | 0.3 | 545.00 | 163.50 |
| A. Marchetta | 14 | 1.5 | 640.00 | 960.00 |
| S. Zuber | 18 | 1.2 | 495.00 | 594.00 |
| W. Hatfield | 14 | 0.4 | 415.00 | 166.00 |
| K. Piper | 18 | 4.5 | 355.00 | 1,597.50 |
| D. Florence | 14 | 0.7 | 145.00 | 101.50 |
| S. Parker | 14 | 4.9 | 155.00 | 759.50 |
| TOTAL | | 13.5 | | 4,342.00 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 01/02/09 | Follow up regarding lack of response from DEP. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 320.00 |

| 01/05/09 | Telephone call to client regarding mediator and settlement; e-mails and follow up regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 512.00 |

| 01/05/09 | Preparation of update to draft report; review file material and work with A. Marchetta re same; review e-mail exchange re Third Circuit mediation strategy. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.4 | 560.00 |

| 01/06/09 | E-mails and follow up regarding letter to mediator and timing of same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 384.00 |

| 01/06/09 | Review e-mail exchanges re Third Circuit mediation and draft letter to Court regarding mediation; review file re same; work with A. Marchetta re same and prepare e-mail. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.4 | 560.00 |

| 01/08/09 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 77.50 |

| 01/12/09 | Conference with B. Moffitt regarding time of submission to mediator. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 128.00 |

| 01/13/09 | Telephone calls, e-mails and follow up regarding letter to Torregrossa and telephone call from State regarding same; follow up regarding response. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.0 | 640.00 |

| 01/13/09 | Continued preparation of letter to Third Circuit and preparation of e-mail to mediator re same; work with A. Marchetta re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 160.00 |

| 01/14/09 | Conference with B. Moffitt and follow up regarding information for call to State on settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 384.00 |

| 01/14/09 | Review e-mails re settlement negotiations and confer with A. Marchetta re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 120.00 |

4

| 01/16/09 | Telephone calls and follow up regarding possible settlement negotiations with NJDEP. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 320.00 |
| 01/20/09 | Telephone call with R. Gilson and communicate with client regarding issues for same. | | |
| 14 | A. Marchetta | 1.0 | 640.00 |
| 01/20/09 | Telephone call with Judge Bongiovanni's clerk and prepare letter to court; review file re same and work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 01/21/09 | Follow up regarding settlement discussions and telephone call to clients regarding same; telephone call with B. Moffitt regarding communications with co-counsel regarding same; revise letter to court regarding same. | | |
| 14 | A. Marchetta | 1.4 | 896.00 |
| 01/21/09 | Preparation of audit letter insert. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 01/21/09 | Review D.A.G. Dickinson's proposed edits to status update letter; e-mail exchanges with A. Marchetta and co-counsel re same; telephone call with D.A.G. Dickinson re same. | | |
| 3 | B. Moffitt | 0.9 | 360.00 |
| 01/21/09 | Review e-mails re issues and work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |
| 01/22/09 | Telephone calls and e-mails regarding letter to court; telephone calls with mediator, client and State regarding settlement. | | |
| 14 | A. Marchetta | 1.1 | 704.00 |
| 01/23/09 | E-mails, telephone calls and follow up regarding court filing on status and telephone call from R. Gilson. | | |
| 14 | A. Marchetta | 0.8 | 512.00 |
| 01/23/09 | Review e-mails and voice mails from/re Third Circuit Appellate Mediation Director Torregrossa. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 01/26/09 | Telephone calls and follow up regarding settlement; telephone call to mediator. | | |
| 14 | A. Marchetta | 0.6 | 384.00 |
| 01/28/09 | Telephone call from State and follow up regarding same. | | |

| 14 | A. Marchetta | 0.4 | 256.00 |

01/29/09   Telephone call from New Jersey regarding settlement and follow up regarding same.

| 14 | A. Marchetta | 0.5 | 320.00 |

01/30/09   Telephone call with State and telephone call to mediator regarding settlement; e-mails regarding same.

| 14 | A. Marchetta | 0.7 | 448.00 |

01/30/09   Review e-mail exchanges re settlement issues.

| 3 | B. Moffitt | 0.1 | 40.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 10.7 | 640.00 | 6,848.00 |
| B. Moffitt | 3 | 6.9 | 400.00 | 2,760.00 |
| S. Parker | 14 | 0.5 | 155.00 | 77.50 |
| TOTAL | | 18.1 | | 9,685.50 |

### FEES FOR THE PERIOD
### FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

02/09/09   Reviewed daily docket, printed entries, and discussed same with K. Piper

| 18 | K. Begley | 0.2 | 50.00 |

02/16/09   Reviewed invoice for January fee application and emailed S. Rosenberger regarding same

| 18 | K. Begley | 0.2 | 50.00 |

02/18/09   Drafted January 2009 Fee Application Documents; Emails with S. Rosenberger regarding same

| 18 | K. Begley | 1.6 | 400.00 |

02/19/09   Revised January 2009 Fee Application Documents; Discussed same with K. Piper; Drafted email regarding filing of CNO

| 18 | K. Begley | 1.1 | 275.00 |

02/23/09   Revised January 2009 Fee Application documents and sent to S. Zuber for review

| 18 | K. Begley | 0.3 | 75.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| K. Begley | 3.40 | 250.00 | | 850.00 |
| TOTALS | 3.40 | | | 850.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE | |
|---|---|---|---|---|---|
| K. Begley | 18 | 3.4 | 250.00 | | 850.00 |
| TOTAL | | 3.4 | | | 850.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 02/03/09 | Telephone calls with mediator regarding settlement and follow up e-mail to mediator regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 320.00 |

| 02/04/09 | Telephone calls and e-mails regarding settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 320.00 |

| 02/05/09 | Telephone call to J. Torregrossa regarding call to R. Gilson. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 192.00 |

| 02/06/09 | Telephone calls and e-mails regarding settlement; telephone call with client regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 448.00 |

| 02/12/09 | Telephone call to Third Circuit mediator regarding status and follow up e-mail regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 256.00 |

| 02/12/09 | Review file and draft response to W. Sparks' request for status update to Board of Directors re litigation status. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.7 | 280.00 |

| 02/13/09 | Telephone call from Third Circuit mediator and follow up regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 320.00 |

| 02/14/09 | Review memo from client with question on NJDEP requirements for public | | |

7

| | | | |
|---|---|---|---|
| 14 | notice; memo to URS on status of cleanup.<br>W. Hatfield | 0.3 | 124.50 |
| 02/17/09<br>14 | E-mails regarding status.<br>A. Marchetta | 0.2 | 128.00 |
| 02/18/09<br>14 | Follow up regarding information for client.<br>A. Marchetta | 0.2 | 128.00 |
| 02/18/09<br><br>3 | Review e-mail exchanges, review file and e-mail client re NJDEP motion to file late proof of claim.<br>B. Moffitt | 0.2 | 80.00 |
| 02/24/09<br>14 | Memos with client and URS on NJDEP invoice and oversight issues.<br>W. Hatfield | 0.3 | 124.50 |
| 02/25/09<br><br><br>14 | E-mails and telephone call with W. Hatfield regarding remediation issue in relation to settlement; telephone call to J. Torregrossa, Third Circuit Mediator, regarding settlement.<br>A. Marchetta | 0.8 | 512.00 |
| 02/26/09<br>14 | Torregrossa call regarding briefing order.<br>A. Marchetta | 0.3 | 192.00 |
| 02/26/09<br>14 | Address DEP issues and URS correspondence.<br>W. Hatfield | 0.4 | 166.00 |
| 02/27/09<br><br>14 | Follow up regarding Third Circuit Mediator and moving of case; settlement issues.<br>A. Marchetta | 0.3 | 192.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.00 | 415.00 | 415.00 |
| A. Marchetta | 4.70 | 640.00 | 3,008.00 |
| B. Moffitt | 0.90 | 400.00 | 360.00 |
| TOTALS | 6.60 | | 3,783.00 |

8

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.7 | 640.00 | 3,008.00 |
| W. Hatfield | 14 | 1.0 | 415.00 | 415.00 |
| B. Moffitt | 3 | 0.9 | 400.00 | 360.00 |
| TOTAL | | 6.6 | | 3,783.00 |

## FEES FOR THE PERIOD
## MARCH 1, 2009 THROUGH MARCH 31, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 03/05/09 | Review, revise and discuss with K. Begley DP's January 2009 fee application. | | |
| 14 | S. Zuber | 0.3 | 148.50 |
| 03/06/09 | Correspondence to local counsel and K. Piper regarding filing of January Fee Application; Discussed same with A. Marchetta | | |
| 18 | K. Begley | 0.3 | 75.00 |
| 03/24/09 | Drafted February 2009 Fee Application Documents; Organized docket entries | | |
| 18 | K. Begley | 0.8 | 200.00 |
| 03/27/09 | Review, revise and follow up with K. Begley regarding Day Pitney's February, 2009 Fee Application. | | |
| 14 | S. Zuber | 0.3 | 148.50 |
| 03/27/09 | Drafted February 2009 Fee Application documents and reviewed and responded to emails regarding same | | |
| 18 | K. Begley | 1.4 | 350.00 |
| 03/30/09 | Reviewed docket for objections to January Fee Application and finalized February Fee Application documents | | |
| 18 | K. Begley | 0.4 | 100.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| S. Zuber | 0.60 | 495.00 | | 297.00 |
| K. Begley | 2.90 | 250.00 | | 725.00 |
| TOTAL: | 3.50 | | | 1,022.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 2.9 | 250.00 | 725.00 |
| S. Zuber | 14 | 0.6 | 495.00 | 297.00 |
| TOTAL: | | 3.5 | | 1,022.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 03/03/09 | Telephone calls and e-mails regarding settlement. | | |
| 14 | A. Marchetta | 0.5 | 320.00 |
| 03/04/09 | Telephone calls to J. Torregrossa regarding settlement; review regarding issues. | | |
| 14 | A. Marchetta | 0.4 | 256.00 |
| 03/04/09 | Review Third Circuit briefing and scheduling order and forward to A. Marchetta. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 03/04/09 | Review prior legal analyses and forward to A. Marchetta. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |
| 03/04/09 | Identification and retrieval of Third Circuit Briefing and Scheduling Order as requested by B. Moffitt. | | |
| 14 | S. Parker | 0.2 | 31.00 |

| 03/10/09 | Conference with B. Moffitt and follow up regarding last call from J. Torregrossa, Third Circuit Mediator, regarding briefing schedule. | | |
| 14 | A. Marchetta | 0.5 | 320.00 |

| 03/13/09 | Review, analyze and discuss with A. Marchetta District Court's memorandum opinion affirming Bankruptcy Court's issuance of injunctions vs. NJDEP and individual defendants. | | |
| 3 | S. Zuber | 1.7 | 841.50 |

| 03/13/09 | Review opinion of District Court; e-mails and follow up with mediator regarding same. | | |
| 14 | A. Marchetta | 0.5 | 320.00 |

| 03/13/09 | Review USDC-District of Delaware opinion re injunction appeal and follow up e-mails re legal issues. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |

| 03/15/09 | Review opinion for information to client. | | |
| 14 | A. Marchetta | 0.5 | 320.00 |

| 03/16/09 | Follow up regarding scope of Bankruptcy Court's "related to" jurisdiction; further review of Judge Buckwalter's opinion. | | |
| 14 | S. Zuber | 0.3 | 148.50 |

| 03/16/09 | Work with B. Moffitt and e-mail to client regarding appeal issue; review information on court opinion and e-mail to mediator regarding same. | | |
| 14 | A. Marchetta | 1.0 | 640.00 |

| 03/16/09 | Analysis of Judge Buckwalter's memorandum opinion re Section 105 injunction and indemnification issues; work with A. Marchetta and S. Zuber re same. | | |
| 3 | B. Moffitt | 2.3 | 920.00 |

| 03/16/09 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues, including recent Third Circuit opinion and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 77.50 |

| 03/17/09 | Telephone calls and e-mail with mediator; review regarding issues. | | |
| 14 | A. Marchetta | 0.8 | 512.00 |

| 03/18/09 | Telephone calls regarding settlement. | | |
| 14 | A. Marchetta | 0.4 | 256.00 |

| 03/23/09 | Follow up regarding briefing and not receiving Appendix from State. | | |

11

| 14 | | A. Marchetta | 0.4 | 256.00 |

| 03/24/09 | | Telephone calls and e-mails regarding Third Circuit briefing; follow up with W. Corcoran regarding same. | | |
| 14 | | A. Marchetta | 0.7 | 448.00 |

| 03/24/09 | | Work with A. Marchetta re Third Circuit briefing and joint appendix issues and re former counsel. | | |
| 3 | | B. Moffitt | 0.3 | 120.00 |

| 03/24/09 | | Worked with B. Moffitt regarding issue relating to former counsel. | | |
| 14 | | S. Parker | 0.3 | 46.50 |

| 03/26/09 | | Telephone calls and conference with R. Senftleben regarding former counsel; follow up with B. Moffitt regarding same. | | |
| 14 | | A. Marchetta | 0.8 | 512.00 |

| 03/26/09 | | Review materials re former counsel; work with A. Marchetta re same. | | |
| 3 | | B. Moffitt | 3.1 | 1,240.00 |

| 03/26/09 | | Work with co-counsel re joint appendix. | | |
| 3 | | B. Moffitt | 0.2 | 80.00 |

| 03/27/09 | | Telephone calls and e-mails regarding former counsel and Third Circuit briefing. | | |
| 14 | | A. Marchetta | 0.6 | 384.00 |

| 03/27/09 | | E-mail exchanges with client re former counsel issue and follow up re same. | | |
| 3 | | B. Moffitt | 0.4 | 160.00 |

| 03/27/09 | | Respond to request from co-counsel re joint appendix; work with A. Marchetta re same. | | |
| 3 | | B. Moffitt | 0.5 | 200.00 |

| 03/30/09 | | Third Circuit briefing documents. | | |
| 14 | | A. Marchetta | 0.7 | 448.00 |

| 03/30/09 | | E-mails and follow up with B. Moffitt regarding former counsel issues and Third Circuit appendix. | | |
| 14 | | A. Marchetta | 0.5 | 320.00 |

| 03/30/09 | | Respond to request from co-counsel re joint appendix; work with A. Marchetta and S. Parker re same. | | |
| 3 | | B. Moffitt | 2.4 | 960.00 |

| 03/30/09 | | Conducted searches and reviewed documents in order to compile | | |

12

| | documents requested by co-counsel for inclusion in the joint appendix, and worked with B. Moffitt regarding same. | | |
|---|---|---|---|
| 14 | S. Parker | 1.6 | 248.00 |
| 03/31/09 | E-mails and follow up regarding Third Circuit appendix. | | |
| 14 | A. Marchetta | 0.5 | 320.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 8.80 | 640.00 | 5,632.00 |
| S. Zuber | 2.00 | 495.00 | 990.00 |
| B. Moffitt | 10.10 | 400.00 | 4,040.00 |
| S. Parker | 2.60 | 155.00 | 403.00 |
| TOTAL: | 23.50 | | 11,065.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 8.8 | 640.00 | 5,632.00 |
| S. Zuber | 3 | 1.7 | | |
| | 14 | 0.3 | 495.00 | 990.00 |
| B. Moffitt | 3 | 10.1 | 400.00 | 4,040.00 |
| S. Parker | 14 | 2.6 | 155.00 | 403.00 |
| TOTAL: | | 23.5 | | 11,065.00 |

13