IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 21538** |

## JOINDER OF W.R. GRACE & CO. TO AMENDED NOTICE OF DEPOSITION OF GEORGE PRIEST

W.R. Grace & Co., *et al.*, ("Grace"), by its undersigned counsel, hereby joins the Amended Notice of Deposition of George Priest of the Official Committee of Asbestos Personal Injury Claimants (the "ACC"). The deposition will take place on **May 7, 2009 at 10:00a.m.** at the Philadelphia offices of Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Street, Philadelphia, PA 19103-6996 and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths and will be videotaped.

Dated: May 5, 2009

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.
    Lisa G. Esayian
    300 N. LaSalle
    Chicago, Illinois 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    Theodore L. Freedman
    Citigroup Center
    153 East 53rd Street
    New York, New York 10022-4611
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900

    and

    THE LAW OFFICES OF JANET S. BAER P.C.
    Janet S. Baer
    70 W. Madison St., Suite 2100
    Chicago, IL 60602
    Telephone: (312) 641-2162

    and

    PACHULSKI STANG ZIEHL & JONES LLP

    */s/ James E. O'Neill*
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neill (Bar No. 4042)
    Kathleen P. Makowski (Bar No. 3648)
    Timothy P. Cairns (Bar No. 4228)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899-8705
    (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    Co-Counsel for the Debtors and Debtors in Possession

2