**EXHIBIT A**
**Conferences**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/30/08 | Alex L Karan | 5.5 | $540 | $2,970.00 | Prepare for and participate in team conference with expert consultants (5.5);........... |
| 10/30/08 | Tyler D Mace | 2.0 | $500 | $1,000.00 | ...............; confer with expert re sampling database (2.0);............ |
| 10/30/08 | Timothy J Fitzsimmons | 7.0 | $230 | $1,610.00 | Confer re expert development with B. Harding, S. McMillin, co-counsel and consulting experts (7.0);.............. |
| 10/30/08 | Ellen T Ahern | 4.0 | $570 | $2,280.00 | .............; confer with consultants and client (4.0);............... |
| 10/30/08 | Barbara M Harding | 6.0 | $585 | $3,510.00 | ...............; confer with consultants and joint defense re government exhibits and data analysis (6.0);............ |
| 10/30/08 | Scott A McMillin | 7 | $580 | $4,060.00 | Prepare for and participate in conference with experts and joint defense (7.0);................... |
| 10/29/08 | Scott A McMillin | 1.0 | $580 | $580.00 | Travel from Chicago. IL to Washington, DC for conferences with experts (billed at half time). |
| 10/30/08 | Scott A McMillin | 1.6 | $580 | $928.00 | Return travel to Chicago, IL from Washington, DC after expert conferences (billed at half time). |
|  |  | **34.1** |  | **$16,938.00** |  |
| 12/8/08 | Tyler D Mace | 8.7 | $500 | $4,350.00 | Attend mediation with government (5.0);............ |
| 12/8/08 | David M Bernick, P.C. | 8.5 | $915 | $7,777.50 | Prepare for and participate in mediation. |
| 12/8/08 | Barbara M Harding | 4.5 | $585 | $2,632.50 | ..........; prepare for mediation (1.0); participate in court-ordered mediation (3.5);........... |
| 12/8/08 | Laurence A Urgenson | 6.2 | $835 | $5,177.00 | Draft mediation presentation (1.5); confer with clients, T. Mace and B. Harding re same (.5); participate in mediation (3.2); confer with clients, T. Mace and B. Harding re same (1.0);........... |
|  |  | **27.9** |  | **$19,937.00** |  |