**EXHIBIT B**
**Disclosure Statement Hearing**

| 10/26/08 | Theodore L Freedman | 15.0 | $850 | $12,750.00 | Prepare for disclosure statement hearing. |
|---|---|---|---|---|---|
| 10/27/08 | Craig A Bruens | 7.7 | $590 | $4,543.00 | Attend disclosure statement hearing. |
| 10/27/08 | Craig A Bruens | 2.0 | $590 | $1,180.00 | Prepare for disclosure statement hearing, including conferences with T. Freedman and D. Bernick (2.0);............ |
| 10/27/08 | Christopher T Greco | 11.3 | $390 | $4,407.00 | Attend disclosure statement hearing (9.5); prepare for same (1.8). |
| 10/27/08 | Kimberly K Love | 8.0 | $240 | $1,920.00 | . . . ; attend disclosure statement hearing (8.0). |
| 10/27/08 | Maria D Gaytan | 8.0 | $140 | $1,120.00 | . . .; attend disclosure statement hearing (8.0). |
| 10/27/08 | Janet S Baer | 8.0 | $795 | $6,360.00 | . . . ; attend and participate in disclosure statement hearing (8.0); . . . |
| 10/27/08 | Theodore L Freedman | 15.0 | $850 | $12,750.00 | Prepare for and participate in disclosure statement hearing. |
| 10/27/08 | Deanna D Boll | 8.3 | $625 | $5,187.50 | Prepare for disclosure statement hearing (2.8); attend disclosure statement hearing to assist with various objections to disclosure statement (5.5). |
| 10/25/08 | Kimberly K Love | 2.5 | $240 | $600.00 | Travel from Chicago, IL to Pittsburgh, PA for disclosure statement hearing (billed at half time) |
| 10/25/08 | Maria D Gaytan | 2.7 | $140 | $378.00 | Travel to Pittsburgh, PA for disclosure statement hearing (billed at half time) |
| 10/26/08 | Craig A Bruens | 2.1 | $590 | $1,239.00 | Travel to Pittsburgh, PA for disclosure statement hearing (billed at half time) |
| 10/26/08 | Christopher T Greco | 1.8 | $390 | $702.00 | Travel from New York, NY to Pittsburgh, PA for disclosure statement hearing (billed at half time). |
| 10/26/08 | Deanna D Boll | 1.3 | $625 | $812.50 | Travel from New York, NY to Pittsburgh, PA for disclosure statement hearing preparation (billed at half time). |
| 10/26/08 | Janet S Baer | 1.5 | $795 | $1,192.50 | Travel from Chicago, IL to Pittsburgh, PA for disclosure statement hearing (billed at half time). |

**EXHIBIT B**
**Disclosure Statement Hearing**

| | | | | | |
|---|---|---|---|---|---|
| 10/26/08 | Lisa G Esayian | 2.5 | $675 | $1,687.50 | Travel from Chicago, IL to Pittsburgh, PA for disclosure statement hearing (billed at half time). |
| 10/27/08 | Craig A Bruens | 3.1 | $590 | $1,829.00 | Return travel from Pittsburgh, PA to New York, NY after disclosure statement hearing (flight delay) (billed at half time). |
| 10/27/08 | Christopher T Greco | 2.0 | $390 | $780.00 | Return travel from Pittsburgh, PA to New York, NY after disclosure statement hearing (billed at half time). |
| 10/27/08 | Kimberly K Love | 2.0 | $240 | $480.00 | Return travel from Pittsburgh, PA to Chicago, IL after disclosure statement hearing (billed at half time) |
| 10/27/08 | Maria D Gaytan | 2.0 | $140 | $280.00 | Return travel from Pittsburgh, PA to Chicago, IL after disclosure statement hearing (billed at half time). |
| 10/27/08 | Deanna D Boll | 1.1 | $625 | $687.50 | Return travel from Pittsburgh, PA to New York, NY after disclosure statement hearing (billed at half time). |
| 10/27/08 | Janet S Baer | 2.0 | $795 | $1,590.00 | Return travel from Pittsburgh, PA to Chicago, IL after disclosure statement hearing (billed at half time). |
| 10/27/08 | Lisa G Esayian | 2.5 | $675 | $1,687.50 | Return travel to Chicago, IL from Pittsburgh, PA after disclosure statement hearing (billed at half time). |
| 10/26/08 | David M. Bernick, P.C. | 7.0 | $915 | $6,405.00 | Prepare for and confer re omnibus hearing. |
| 10/27/08 | David M. Bernick, P.C. | 8.0 | $915 | $7,320.00 | Prepare for and attend omnibus hearing. |
| 10/27/08 | David M. Bernick, P.C. | 1.5 | $915 | $1,372.50 | Travel from New York, NY to Pittsburgh, PA for omnibus hearing (billed at half time). |
| | | **128.9** | | **$79,260.50** | |
| | | | | | |
| | | | | | |
| 11/14/08 | Rashad W Evans | 3.5 | $440 | $1,540.00 | Attend disclosure statement hearing. |

**EXHIBIT B**
**Disclosure Statement Hearing**

| 11/14/08 | Craig A Bruens | 4.5 | $590 | $2,655.00 | Prepare for disclosure statement hearing, including conference with P. Lockwood, T. Freedman, R. Wyron, R. Frankel, J. Baer and C. Greco re plan and disclosure statement (2.5); attend disclosure statement hearing (2.0). |
|---|---|---|---|---|---|
| 11/14/08 | Christopher T Greco | 3.3 | $390 | $1,287.00 | Attend hearing re disclosure statement (2.5); prepare for same (.8). |
| 11/14/08 | Kimberly K Love | 5.3 | $240 | $1,272.00 | Prepare and organize various materials for use at disclosure statement hearing (3.0); attend disclosure statement hearing (2.3);............ |
| 11/14/08 | Maria D Gaytan | 8.5 | $140 | $1,190.00 | Prepare and organize materials for 11/14 hearing (6.3); attend hearing (2.2). |
| 11/14/08 | Deanna D Boll | 2.7 | $625 | $1,687.50 | Participate in teleconference with Court on disclosure statement and confer with W. Sparks re same. |
| 11/14/08 | Janet S Baer | 3.0 | $795 | $2,385.00 | Review materials and confer in preparation for disclosure statement hearing (.5); attend disclosure statement hearing (2.5). |
| 11/14/08 | David M Bernick, P.C. | 2.5 | $915 | $2,287.50 | Prepare for hearing and attend hearing via telephone. |
| 11/14/08 | Lisa G Esayian | 2.5 | $675 | $1,687.50 | Participate in disclosure statement hearing. |
| 11/14/08 | Theodore L Freedman | 7.0 | $850 | $5,950.00 | Prepare for and participate in conference with ACC and FCR on disclosure statement hearing (3.0); participate in disclosure statement hearing (4.0). |
| 11/12/08 | Christopher T Greco | 1.5 | $390 | $585.00 | Travel from New York, NY to Pittsburgh, PA for hearing (billed at half time). |
| 11/12/08 | Kimberly K Love | 2.5 | $240 | $600.00 | Travel from Chicago, IL to Pittsburgh, PA for disclosure statement hearing (billed at half time). |
| 11/12/08 | Maria D Gaytan | 2.5 | $140 | $350.00 | Travel from Chicago, IL to Pittsburgh, PA for hearing (billed at half time). |

**EXHIBIT B**
**Disclosure Statement Hearing**

| | | | | | |
|---|---|---|---|---|---|
| 11/12/08 | Janet S Baer | 1.5 | $795 | $1,192.50 | Travel from Chicago, IL to Pittsburgh, PA for disclosure statement hearing (billed at half time). |
| 11/13/08 | Craig A Bruens | 2.3 | $590 | $1,357.00 | Travel from New York, NY to Pittsburgh, PA for disclosure statement hearing (billed at half time). |
| 11/14/08 | Craig A Bruens | 2.0 | $590 | $1,180.00 | Return travel to New York, NY from Pittsburgh, PA after disclosure statement hearing (billed at half time). |
| 11/14/08 | Christopher T Greco | 4.2 | $390 | $1,638.00 | Return travel from Pittsburgh, PA to New York, NY after disclosure statement hearing (weather-related travel delay) (billed at half time). |
| 11/14/08 | Kimberly K Love | 2.3 | $240 | $552.00 | Return travel to Chicago, IL from Pittsburgh, PA after disclosure statement hearing (billed at half time). |
| 11/14/08 | Maria D Gaytan | 2.4 | $140 | $336.00 | Return travel to Chicago, IL from Pittsburgh, PA after disclosure statement hearing (billed at half time). |
| 11/14/08 | Janet S Baer | 1.7 | $795 | $1,351.50 | Return travel to Chicago, IL from Pittsburgh, PA after disclosure statement hearing (billed at half time). |
| 11/14/08 | Lisa G Esayian | 1.5 | $675 | $1,012.50 | Travel from Pittsburgh, PA to Chicago, IL (billed at half time). |
| | | **67.2** | | **$32,096.00** | |
| | | | | | |
| | | | | | |
| 11/24/08 | Craig A Bruens | 2.5 | $590 | $1,475.00 | Attend hearing on disclosure statement and plan confirmation case management order. |
| 11/24/08 | Christopher T Greco | 6.3 | $390 | $2,457.00 | Attend omnibus hearing and disclosure statement status hearing (2.8); prepare for same (3.5). |
| 11/24/08 | Marc Lewinstein | 1.2 | $440 | $528.00 | Prepare for and attend portions of omnibus hearing (telephonically). |

**EXHIBIT B**
**Disclosure Statement Hearing**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/24/08 | Kimberly K Love | 8.0 | $240 | $1,920.00 | Prepare and organize various materials for use at hearing (5.5); attend hearing (2.5);…. |
| 11/24/08 | Janet S Baer | 4.0 | $795 | $3,180.00 | Attend November omnibus hearing. |
| 11/24/08 | David M Bernick, P.C. | 8.0 | $915 | $7,320.00 | Prepare for and participate in omnibus hearing. |
| 11/24/08 | Lisa G Esayian | 2.2 | $675 | $1,485.00 | Listen to portions of disclosure statement hearing re insurance issues and Anderson Memorial issues. |
| 11/24/08 | Theodore L Freedman | 4.0 | $850 | $3,400.00 | Prepare for hearing in Pittsburgh (2.0); participate in hearing (2.0). |
| 11/23/08 | Christopher T Greco | 2.3 | $390 | $897.00 | Travel from New York, NY to Pittsburgh, PA for disclosure statement hearing (billed at half time). |
| 11/23/08 | Kimberly K Love | 2.0 | $240 | $480.00 | Travel from Chicago, IL to Pittsburgh, PA for hearing (billed at half time). |
| 11/23/08 | Janet S Baer | 1.7 | $795 | $1,351.50 | Travel from Chicago, IL to Pittsburgh, PA for omnibus hearing on disclosure statement (billed at half time). |
| 11/24/08 | Craig A Bruens | 4.0 | $590 | $2,360.00 | Travel to Pittsburgh, PA from New York, NY and return for continued disclosure statement hearing (billed at half time). |
| 11/24/08 | Christopher T Greco | 2.2 | $390 | $858.00 | Return travel from Pittsburgh, PA to New York, NY after hearing (billed at half time). |
| 11/24/08 | Kimberly K Love | 2.5 | $240 | $600.00 | Return travel from Pittsburgh, PA to Chicago, IL after hearing (billed at half time). |
| 11/24/08 | Janet S Baer | 2.5 | $795 | $1,987.50 | Return travel from Pittsburgh, PA to Chicago, IL after hearing (travel delays) (billed at half time). |
| 11/24/08 | Theodore L Freedman | 3.0 | $850 | $2,550.00 | Travel to Pittsburgh, PA from New York, NY for disclosure statement hearing and return (billed at half time). |
| | | **56.4** | | **$32,849.00** | |

**EXHIBIT B**
**Montana Status Conference**

| | | | | | |
|---|---|---|---|---|---|
| 10/24/2008 | Tyler D Mace | 5.5 | $500 | $2,750.00 | Prepare for and attend status hearing in Missoula, MT. |
| 10/24/2008 | Peter A Farrell | 3.6 | $395 | $1,422.00 | Confer with K&E team re preparation for status hearing (1.4); attend status hearing re case status and next steps (2.2);................... |
| 10/24/2008 | Barbara M Harding | 3.6 | $585 | $2,106.00 | Prepare for status hearing (1.8); attend and participate in status hearing (1.8);................. |
| 10/24/2008 | Scott A McMillin | 3 | $580 | $1,740.00 | Prepare for and participate in status conference with court (3.0);................... |
| 10/24/2008 | Laurence A Urgenson | 7.5 | $835 | $6,262.50 | Complete preparation for argument and represent client during status conference. |
| 10/22/2008 | Tyler D Mace | 2.5 | $500 | $1,250.00 | Travel to Libby, MT and to Missoula, MT (billed at half time). |
| 10/22/2008 | Barbara M Harding | 1.3 | $585 | $760.50 | Travel from Kalispell, MT to Libby, MT to review site and from Libby, MT to Missoula, MT re hearing (billed at half time). |
| 10/22/2008 | Scott A McMillin | 2 | $580 | $1,160.00 | Travel from Spokane, WA to Libby, MT and from Libby, MT to Missoula, MT (billed at half time). |
| 10/22/2008 | Laurence A Urgenson | 2.5 | $835 | $2,087.50 | Travel from Kalispell, MT to Libby, MT and to Missoula, MT (billed at half time). |
| 10/24/2008 | Tyler D Mace | 3 | $500 | $1,500.00 | Return travel to Washington, DC from status hearing in Missoula, MT (billed at half time). |
| 10/24/2008 | Peter A Farrell | 3.6 | $395 | $1,422.00 | Return travel from status hearing in Missoula, MT (billed at half time). |
| 10/24/2008 | Barbara M Harding | 1.1 | $585 | $643.50 | Return travel from Missoula, MT to Washington, DC after status hearing (billed at half time). |
| 10/24/2008 | Scott A McMillin | 2.6 | $580 | $1,508.00 | Return travel to Chicago, IL from status hearing in Missoula, MT (billed at half time). |
| 10/24/2008 | Laurence A Urgenson | 2.5 | $835 | $2,087.50 | Return travel from Missoula, MT to Washington, DC after status hearing (billed at half time). |
| 10/23/2008 | David M. Bernick, P.C. | 10 | $915 | $9,150.00 | Prepare for hearing and confer with co-defendants. |
| 10/24/2008 | David M. Bernick, P.C. | 7 | $915 | $6,405.00 | Prepare for and attend hearing in Missoula and follow up re same. |

**EXHIBIT B**
**Montana Status Conference**

| 10/22/2008 | David M. Bernick, P.C. | 3 | $915 | $2,745.00 | Travel to Missoula, MT for hearing (billed at half time). |
|---|---|---|---|---|---|
| 10/24/2008 | David M. Bernick, P.C. | 4 | $915 | $3,660.00 | Travel from Missoula, MT after hearing (billed at half time). |
| | | **68.3** | | **$48,659.50** | |

**EXHIBIT B**
**Omnibus Hearing**
**10/20/08**

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2008 | Craig A Bruens | 1.0 | $590 | $590.00 | Attend hearing telephonically. |
| 10/20/2008 | Christopher T Greco | 1.2 | $390 | $468.00 | Attend omnibus hearing telephonically. |
| 10/20/2008 | Deanna D Boll | 0.8 | $625 | $500.00 | Participate telephonically in omnibus hearing, to monitor status of Canadian bar date filing |
| 10/20/2008 | Janet S Baer | 2.7 | $795 | $2,146.50 | Review materials in preparation for omnibus hearing (1.5); attend October omnibus hearing (1.2). |
| 10/20/2008 | Eric F Leon | 4.5 | $635 | $2,857.50 | Prepare for and attend disclosure statement hearing. |
| 10/20/2008 | Janet S Baer | 3.5 | $795 | $2,782.50 | Travel from Boston, MA to Wilmington, DE for October omnibus hearing (1.0) (billed at half time); travel from Wilmington, DE to Chicago, IL after same (2.5) (billed at half time). |
| 10/20/2008 | Eric F Leon | 2.0 | $635 | $1,270.00 | Travel to and from Wilmington, DE for omnibus hearing (billed at half time). |
| 10/20/2008 | David M. Bernick, P.C. | 5.0 | $915 | $4,575.00 | Prepare for and participate in omnibus hearing. |
| | | | | | |
| | | **20.7** | | **$15,189.50** | |

**EXHIBIT B**
**Omnibus Hearing**
**12/15/08**

| 12/15/2008 | Rashad W Evans | 3.6 | $440 | $1,584.00 | Attend omnibus hearing telephonically. |
|---|---|---|---|---|---|
| 12/15/2008 | Christopher T Greco | 2.2 | $390 | $858.00 | Conduct telephonic appearance at 12/15 omnibus hearing. |
| 12/15/2008 | Kimberly K Love | 9.0 | $240 | $2,160.00 | Prepare and organize various materials for use at omnibus hearing (5.5); assist attorneys at hearing (3.5);.............. |
| 12/15/2008 | Janet S Baer | 9.0 | $795 | $7,155.00 | Attend and conduct 12/15 omnibus hearing, especially to address re Charleston, Colowyo, disclosure statement and discovery (4.0); follow up on issues re same (.5); review materials on discovery issues in preparation for hearing on same (2.5); confer with D. Bernick, P. Lockwood, |
| 12/15/2008 | David M Bernick, P.C. | 12.0 | $915 | $10,980.00 | Prepare for and attend omnibus hearing. |
| 12/15/2008 | Lisa G Esayian | 3.3 | $675 | $2,227.50 | Attend portion of hearing re indirect PI claims and insurance issues, via telephone. |
| 12/15/2008 | Theodore L Freedman | 8.0 | $850 | $6,800.00 | Prepare for and participate in hearing on disclosure statement and plan amendments. |
| 12/14/2008 | Kimberly K Love | 2.0 | $240 | $480.00 | Travel from Chicago, IL to Pittsburgh, PA for omnibus hearing (billed at half time). |
| 12/14/2008 | Janet S Baer | 1.5 | $795 | $1,192.50 | Travel from Chicago, IL to Pittsburgh, PA for omnibus hearing (billed at half time). |
| 12/15/2008 | Kimberly K Love | 2.6 | $240 | $624.00 | Return travel from Pittsburgh, PA to Chicago, IL after omnibus hearing (billed at half time). |
| 12/15/2008 | Janet S Baer | 2.5 | $795 | $1,987.50 | Return travel from Pittsburgh, PA to Chicago, IL after omnibus hearing (travel delays) (billed at half time). |
| 12/15/2008 | Theodore L Freedman | 1.0 | $850 | $850.00 | Travel from Washington, DC to Pittsburgh, PA for omnibus hearing (billed at half time). |
| | | **56.7** | | **$36,898.50** | |