**EXHIBIT "C"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/2/2008 | Maria D Gaytan | 3 | $140 | $420.00 | Review and organize ZAI proofs of claim materials and subject files. |
| 10/3/2008 | Kimberly K Love | 3.5 | $240 | $840.00 | Review and organize ZAI materials and update ZAI case file index. |
| 10/3/2008 | Maria D Gaytan | 2 | $140 | $280.00 | Prepare and organize ZAI correspondence files, pleadings and subject files and update ZAI pleadings index. |
| 10/6/2008 | Maria D Gaytan | 2 | $140 | $280.00 | Review and organize PD correspondence and subject files (1.5); review and update pleadings index (.5). |
| 10/7/2008 | Kimberly K Love | 2.7 | $240 | $648.00 | Review and organize various PD materials for distribution to case files and update case file index |
| 10/13/2008 | Kimberly K Love | 2 | $240 | $480.00 | Review and organize various ZAI hearing materials and update ZAI case file index |
| 10/14/2008 | Maria D Gaytan | 2.5 | $140 | $350.00 | Review and organize ZAI and PD correspondence files, pleading files and subject files. |
| 10/9/2008 | Kimberly K Love | 3.5 | $240 | $840.00 | . . . ; prepare and organize Andersen Memorial District Court materials and update case file index (2.5); organize Mission Tower materials and update case file index (1.0). |
| 10/1/2008 | Neal F San Diego | 7 | $155 | $1,085.00 | Review and organize documents re case management. |
| 10/2/2008 | Neal F San Diego | 5.3 | $155 | $821.50 | Review and organize documents re case management. |
| 10/3/2008 | Neal F San Diego | 2.5 | $155 | $387.50 | Review and organize documents re case management. |
| 10/6/2008 | Neal F San Diego | 3 | $155 | $465.00 | Review and organize documents re case management. |
| 10/7/2008 | Neal F San Diego | 2 | $155 | $310.00 | Review and organize documents re case management. |
| 10/8/2008 | Neal F San Diego | 1.5 | $155 | $232.50 | Review and organize documents re case management. |

**EXHIBIT "C"**

| Date | Name | Hours | Rate | | Amount | Description |
|---|---|---|---|---|---|---|
| 10/9/2008 | Neal F San Diego | 1.5 | $155 | | $232.50 | Review and organize documents re case management. |
| 10/10/2008 | Neal F San Diego | 1 | $155 | | $155.00 | Review and organize documents re case management. |
| 10/13/2008 | Neal F San Diego | 1.5 | $155 | | $232.50 | Review and organize documents re case management. |
| 10/13/2008 | Linda L Cordeiro | 3.7 | $145 | | $536.50 | Review and organize materials re case management. |
| 10/14/2008 | Neal F San Diego | 3.5 | $155 | | $542.50 | Review and organize documents re case management. |
| 10/15/2008 | Linda L Cordeiro | 4.7 | $145 | | $681.50 | Review and organize materials re case management and case management database. |
| 10/16/2008 | Linda L Cordeiro | 4.5 | $145 | | $652.50 | Review and organize case materials re case management (4.5);................ |
| 10/17/2008 | Linda L Cordeiro | 3.2 | $145 | | $464.00 | Review and organize materials re case management and case management database |
| 10/22/2008 | Neal F San Diego | 1.5 | $155 | | $232.50 | Review and organize documents re case management. |
| 10/25/2008 | Khalid M Osman | 1.5 | $230 | | $345.00 | ......; update case files accordingly (1.5). |
| 10/27/2008 | Khalid M Osman | 1 | $230 | | $230.00 | .............; update case files (1.0). |
| 10/27/2008 | Neal F San Diego | 1.5 | $155 | | $232.50 | Review and organize documents re case management. |
| 10/27/2008 | Linda L Cordeiro | 1.5 | $145 | | $217.50 | Review and organize documents re case management and case management database. |
| 10/28/2008 | Khalid M Osman | 3.1 | $230 | | $713.00 | ........; review and update case files (3.1). |
| 10/29/2008 | Khalid M Osman | 1.2 | $230 | | $276.00 | .............; update case files (1.2). |
| 10/31/2008 | Linda L Cordeiro | 1.2 | $145 | | $174.00 | Review and organize documents re case management and case management database. |
| 11/11/2008 | Maria D Gaytan | 3 | $140 | | $420.00 | Prepare and organize PD correspondence files, subject files and pleading files (1.5); prepare and organize ZAI correspondence files, subject files and pleading files (1.5). |

**EXHIBIT "C"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/26/2008 | Maria D Gaytan | 0.5 | $140 | $70.00 | Prepare and organize ZAI correspondence and pleadings files. |
| 11/6/2008 | Linda L Cordeiro | 2.8 | $145 | $406.00 | Review and organize case materials re case management and case management databases (2.8);............ |
| 11/7/2008 | Linda L Cordeiro | 2.2 | $145 | $319.00 | Review and organize case materials re case management and case management database. |
| 11/10/2008 | Linda L Cordeiro | 5.7 | $145 | $826.50 | Organize and review case materials re case management and case management database (1.9); review and organize documents (3.8). |
| 11/11/2008 | Khalid M Osman | 1 | $230 | $230.00 | ..............; update case files accordingly (1.0). |
| 11/11/2008 | Linda L Cordeiro | 7.5 | $145 | $1,087.50 | Review and organize case materials re case management and case management database (.7); review and organize case documents (6.8). |
| 11/12/2008 | Linda L Cordeiro | 1.3 | $145 | $188.50 | Review and organize materials re case management and case management database (1.3);............ |
| 11/13/2008 | Linda L Cordeiro | 3 | $145 | $435.00 | Review and organize materials re case management and case management database (2.2); search and organize documents (.8) |
| 11/14/2008 | Linda L Cordeiro | 3.7 | $145 | $536.50 | Review and organize materials re case management and case management database. |
| 11/17/2008 | Linda L Cordeiro | 5.9 | $145 | $855.50 | Review and organize materials re case management and case management database (5.9);............ |
| 11/18/2008 | Linda L Cordeiro | 0.7 | $145 | $101.50 | ...............; review and organize materials re case management and case management database (.7). |
| 11/19/2008 | Linda L Cordeiro | 0.8 | $145 | $116.00 | ................; review and organize materials re case management and case management database (.8). |

**EXHIBIT "C"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/20/2008 | Linda L Cordeiro | 1.2 | $145 | $174.00 | ..............; review and organize materials re case management and case management database (1.2). |
| 11/21/2008 | Khalid M Osman | 0.9 | $230 | $207.00 | ..............; review and update case files accordingly (.9). |
| 11/21/2008 | Linda L Cordeiro | 3.3 | $145 | $478.50 | ................; review and organize materials re case management and case management database (3.3). |
| 11/24/2008 | Linda L Cordeiro | 0.6 | $145 | $87.00 | Review and organize materials re case management and case management database (.6);........... |
| 11/26/2008 | Khalid M Osman | 2.7 | $230 | $621.00 | ..............; organize witness files (1.6); update case files accordingly (1.1). |
| 11/26/2008 | Linda L Cordeiro | 3 | $145 | $435.00 | Review and organize materials re case management and case management database. |
| 12/16/2008 | Carrie L Wildfong | 0.7 | $150 | $105.00 | …; compile recent pleadings and assemble for physical file (.7). |
| 12/23/2008 | Carrie L Wildfong | 1.3 | $150 | $195.00 | …; compile recently-filed pleadings and update physical files (1.3). |
| 12/23/2008 | Maria D Gaytan | 1 | $140 | $140.00 | Prepare and organize correspondence and subject files. |
| 12/3/2008 | Khalid M Osman | 1.9 | $230 | $437.00 | …; review and update case files accordingly (1.9). |
| 12/3/2008 | Linda L Cordeiro | 8.5 | $145 | $1,232.50 | Review and organize materials re case management and case management database. |
| 12/4/2008 | Linda L Cordeiro | 8.7 | $145 | $1,261.50 | Review and organize documents re case management and case management database. |
| 12/5/2008 | Linda L Cordeiro | 5.5 | $145 | $797.50 | Review and organize materials re case management and case management database. |
| 12/7/2008 | Khalid M Osman | 1 | $230 | $230.00 | …; update case files accordingly (1.0). |
| 12/8/2008 | Linda L Cordeiro | 7.7 | $145 | $1,116.50 | Review and organize materials re case management and case management database. |

**EXHIBIT "C"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/9/2008 | Khalid M Osman | 1.5 | $230 | $345.00 | …; review and update witness files accordingly (1.5);… |
| 12/9/2008 | Linda L Cordeiro | 6 | $145 | $870.00 | Review and organize documents re case management and case management database. |
| 12/10/2008 | Khalid M Osman | 1 | $230 | $230.00 | …; update case files accordingly (1.0). |
| 12/11/2008 | Linda L Cordeiro | 7.2 | $145 | $1,044.00 | Review and organize documents re case management and case management database. |
| 12/12/2008 | Linda L Cordeiro | 12.7 | $145 | $1,841.50 | Review and organize materials re case management and case management database. |
| 12/15/2008 | Linda L Cordeiro | 7.2 | $145 | $1,044.00 | Review and organize case materials re case management and case management database. |
| 12/16/2008 | Linda L Cordeiro | 7.2 | $145 | $1,044.00 | Review and organize case materials re case management and case management database. |
| 12/17/2008 | Linda L Cordeiro | 3.7 | $145 | $536.50 | Review and organize case materials re case management and case management database. |
| 12/18/2008 | Linda L Cordeiro | 7 | $145 | $1,015.00 | Review and organize case materials re case management and case management database. |
| 12/19/2008 | Linda L Cordeiro | 6.2 | $145 | $899.00 | Review and organize case materials re case management and case management database. |
| 12/22/2008 | Linda L Cordeiro | 9.2 | $145 | $1,334.00 | Review and organize case materials re case management and case management database. |
| 12/24/2008 | Linda L Cordeiro | 4.2 | $145 | $609.00 | Review and organize documents re case management. |
| 12/31/2008 | Linda L Cordeiro | 6 | $145 | $870.00 | Review and organize documents re case management. |
| | | **243.8** | | **$38,148.50** | |