**RESPONSE EXHIBIT "C-1"**

| DATE | PROFESSIONAL | # HOURS | HOURLY RATE | TOTAL CHARGE | ORIGINAL TIME ENTRY | EXPANDED TIME ENTRY | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/2008 | Maria D Gaytan | 3 | $140 | $420.00 | Review and organize ZAI proofs of claim materials and subject files. | Review and organize recently-obtained ZAI materials for inclusion in applicable database (1.9); organize same for attorney use at upcoming ZAI hearing and prepare index of same for hearing use (1.1). | | | |
| 10/3/2008 | Kimberly K Love | 3.5 | $240 | $840.00 | Review and organize ZAI materials and update ZAI case file index. | Review and organize recently-obtained ZAI materials for purpose of preparing index of such materials (1.5); update ZAI documents for inclusion into applicable case databases and draft related index (2.0). | | | |
| 10/3/2008 | Maria D Gaytan | 2 | $140 | $280.00 | Prepare and organize ZAI correspondence files, pleadings and subject files and update ZAI pleadings index. | Organize various ZAI materials for inclusion into appropriate case databases, including correspondence, pleadings and subject databases (1.0); revise and update ZAI pleading index database with information recently obtained (1.0). | | | |
| 10/6/2008 | Maria D Gaytan | 2 | $140 | $280.00 | Review and organize PD correspondence and subject files (1.5); review and update pleadings index (.5). | Organize various PD materials for inclusion into appropriate case files including correspondence, pleadings and subject files (1.5); revise and update PD pleading index database with information recently obtained (.5). | | | |
| 10/7/2008 | Kimberly K Love | 2.7 | $240 | $648.00 | Review and organize various PD materials for distribution to case files and update case file index | Organize various PD materials received from M. Dierkes for inclusion into appropriate case databases, including correspondence, pleadings and subject databases (1.0); update PD documents for inclusion into case databases and update PD materials index re same (1.0); confer re same with M. Dierkes (.7). | | | |
| 10/13/2008 | Kimberly K Love | 2 | $240 | $480.00 | Review and organize various ZAI hearing materials and update ZAI case file index | Review and organize ZAI materials from previous ZAI hearing and update ZAI materials index of such materials for future ZAI hearing use. | | | |
| 10/14/2008 | Maria D Gaytan | 2.5 | $140 | $350.00 | Review and organize ZAI and PD correspondence files, pleading files and subject files. | Organize various PD materials for inclusion into appropriate case databases, including correspondence, pleadings and subject databases (1.5); organize various ZAI materials for inclusion into appropriate databases (1.0). | | | |
| 10/9/2008 | Kimberly K Love | 3.5 | $240 | $840.00 | . . . ; prepare and organize Andersen Memorial District Court materials and update case file index (2.5); organize Mission Tower materials and update case file index (1.0). | Prepare and organize recently obtained Anderson Memorial District Court materials for L. Esayian briefing purposes (1.5); draft index of such Anderson Materials (1.0); prepare and organize recently obtained Mission Tower materials at request of L. Esayian 1.0). | | | |

**RESPONSE EXHIBIT "C-1"**

| Date | Name | Hours | Rate | Amount | Description | Details |
|---|---|---|---|---|---|---|
| 10/1/2008 | Neal F San Diego | 7 | $155 | $1,085.00 | Review and organize documents re case management. | Locate and provide requested A. Stringer trial testimony per request of S. Moore Weatherby (1.5); prepare binders re export plant, personnel and media sampling for use and review by S. Moore Weatherby (1.5); organize and prepare binder re chronology-104(e) responses re fencing at export plant for use by L. Kozak (1.5); organize and prepare ZAI materials/chronology per request of W. Ackerman (1.5); review and answer various requests from trial team attorneys (1.0). |
| 10/2/2008 | Neal F San Diego | 5.3 | $155 | $821.50 | Review and organize documents re case management. | Review, organize and update ZAI key documents binder for use by W. Ackerman (2.0); organize and update W. Ackerman's narrative binder and case index for use by trial team attorneys (1.8); prepare EPA and other federal agency binders (1.5). |
| 10/3/2008 | Neal F San Diego | 2.5 | $155 | $387.50 | Review and organize documents re case management. | Prepare binder re sampling data (1.0); review and update briefing binder index for use by W. Ackerman (1.5). |
| 10/6/2008 | Neal F San Diego | 3 | $155 | $465.00 | Review and organize documents re case management. | Review and update binder re ZAI for use by trial team attorneys (1.5); review and organize case-related documents and communications for inclusion in case management databases for attorney/support team access and use (1.5). |
| 10/7/2008 | Neal F San Diego | 2 | $155 | $310.00 | Review and organize documents re case management. | Review and gather incoming documents received for preservation into applicable trial databases (1.0); organize and update 104(e) information requests and responses binder (1.0). |
| 10/8/2008 | Neal F San Diego | 1.5 | $155 | $232.50 | Review and organize documents re case management. | Review and update case/matter and management related communications to and from J. Son prior to October 1, 2008 to ensure capture of all relevant correspondence. |
| 10/9/2008 | Neal F San Diego | 1.5 | $155 | $232.50 | Review and organize documents re case management. | Review and update case/matter and management related communications to and from J. Son prior to October 1, 2008 to ensure capture of all relevant correspondence. |
| 10/10/2008 | Neal F San Diego | 1 | $155 | $155.00 | Review and organize documents re case management. | Review and update case/matter and management related communications to and from J. Son prior to October 1, 2008 to ensure capture of all relevant correspondence. |
| 10/13/2008 | Neal F San Diego | 1.5 | $155 | $232.50 | Review and organize documents re case management. | Review and update case/matter and management related communications to and from J. Son prior to October 1, 2008 to ensure capture of all relevant correspondence. |

**RESPONSE EXHIBIT "C-1"**

| Date | Name | Hours | Rate | Amount | Description | Details | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/2008 | Linda L Cordeiro | 3.7 | $145 | $536.50 | Review and organize materials re case management. | Confer with S. Moore Weatherby and L. Kozak re access to transcripts of witnesses A. Stringer, P. Peronard and E. Moeller (.3); confer with National Weather Service re Libby meteorological records per W. Lancaster request (.4); confer with N. Driver re compilation of Federal and State inspections in Libby (.2); retrieve Ninth Circuit decisions re interlocutory appeal and superseding indictment for attorney use in drafting jury instructions (.3); correspond with joint defense team re additions to Los Angeles trial team (.2); correspond with S. Moore Weatherby, T. Stansbury and N. Driver re document collections concerning witness P. Peronard and obstruction and false statements charges and review certain documents from such collections per attorney instructions (1.4); review, update and distribute attorney work product/affirmative defense-related document collections for attorney trial preparation (.9). | | | |
| 10/14/2008 | Neal F San Diego | 3.5 | $155 | $542.50 | Review and organize documents re case management. | Prepare binders re tremolite/wincherite/richterite for use by trial team attorneys (2.5); update and review EPA/P. Peronard binder (1.0). | | | |
| 10/15/2008 | Linda L Cordeiro | 4.7 | $145 | $681.50 | Review and organize materials re case management and case management database. | Coordinate Los Angeles trial team access to trial document review and distribution databases (.5); correspond with N. Driver re witness P. Peronard draft cross examination outline (.2); confer with N. Driver and S. Moore Weatherby re document collections concerning obstruction and false statements charges and review related materials (1.2); review and update/revise attorney work product/affirmative defense-related document collections for attorney review and trial preparation (2.1); review and organize trial-related correspondence for inclusion in case management database for attorney and support team access and use (.7). | | | |

RESPONSE EXHIBIT "C-1"

| Date | Name | Hours | Rate | Amount | Description | Details |
|---|---|---|---|---|---|---|
| 10/16/2008 | Linda L Cordeiro | 4.5 | $145 | $652.50 | Review and organize case materials re case management (4.5);................ | Confer with T. Stansbury re access to government production (.2); confer with S. Delvecchio re document collections concerning obstruction and false statements charges (.1); confer with trial database project manager re LA trial team document collections in response to EPA 104(e) requests (.3); confer and coordinate with technical support re issues concerning attorney access to case management databases (.3); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (2.4); review and organize case-related communications for inclusion in applicable case management databases for Los Angeles attorney and support team access and use (1.2). |
| 10/17/2008 | Linda L Cordeiro | 3.2 | $145 | $464.00 | Review and organize materials re case management and case management database | Confer with D. Rooney and S. Whitney re access to Chicago network trial folders for LA case support team use (.2); coordinate with technical support re creation and revisions to case management distribution databases (.3); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.9); review and organize case-related pleadings and communications for inclusion in case management databases for attorney/support team access and use (.8). |
| 10/22/2008 | Neal F San Diego | 1.5 | $155 | $232.50 | Review and organize documents re case management. | Review and update case/matter and management related communications to and from J. Son prior to October 1, 2008 to ensure capture of all relevant correspondence. |
| 10/25/2008 | Khalid M Osman | 1.5 | $230 | $345.00 | ......; update case files accordingly (1.5). | Confer with various attorneys on K&E defense team re witness preparation for trial (.6); prepare, review and update witness cross-examination trial materials accordingly (.9). |
| 10/27/2008 | Khalid M Osman | 1 | $230 | $230.00 | .............; update case files (1.0). | Review and update witness direct and cross examination materials for trial (1.0). |
| 10/27/2008 | Neal F San Diego | 1.5 | $155 | $232.50 | Review and organize documents re case management. | Review and update case/matter and management related communications to and from J. Son prior to October 1, 2008 to ensure capture of all relevant correspondence. |

**RESPONSE EXHIBIT "C-1"**

| Date | Name | Hours | Rate | Amount | Description | Detail | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2008 | Linda L Cordeiro | 1.5 | $145 | $217.50 | Review and organize documents re case management and case management database. | Confer with S. Moore Weatherby and retrieve materials re A. Stringer testimony (.6); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (.5); review and organize case-related pleadings and communications, witness transcript and witness list for distribution and inclusion in case management databases for attorney/support team access and use (.4). | | | |
| 10/28/2008 | Khalid M Osman | 3.1 | $230 | $713.00 | ........; review and update case files (3.1). | Prepare and review witness direct and cross examination materials for trial (2.3); confer and correspond with K&E team members re same (.8). | | | |
| 10/29/2008 | Khalid M Osman | 1.2 | $230 | $276.00 | .............; update case files (1.2). | Prepare witness binders and cross examination materials for trial (1.2). | | | |
| 10/31/2008 | Linda L Cordeiro | 1.2 | $145 | $174.00 | Review and organize documents re case management and case management database. | Collect and distribute ZAI-related documents re defense narrative module per W. Lancaster and L Kozak request (.4); review, update and distribute case-related document collections for attorney review/trial preparation (.3); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (.5). | | | |
| 11/11/2008 | Maria D Gaytan | 3 | $140 | $420.00 | Prepare and organize PD correspondence files, subject files and pleading files (1.5); prepare and organize ZAI correspondence files, subject files and pleading files (1.5). | Organize various PD materials for inclusion into appropriate case databases, including correspondence, pleadings and subject databases per request of L. Esayian (1.5); organize various ZAI materials for inclusion into appropriate case databases, including correspondence, pleadings and subject databases for future attorney use per the request of M. Dierkes (1.5) | | | |
| 11/26/2008 | Maria D Gaytan | 0.5 | $140 | $70.00 | Prepare and organize ZAI correspondence and pleadings files. | Revise and update ZAI pleading index database for future use by team. | | | |
| 11/6/2008 | Linda L Cordeiro | 2.8 | $145 | $406.00 | Review and organize case materials re case management and case management databases (2.8);........... | Confer with S. Moore Weatherby, D. Rooney, S. Whitney and J. Voskuhl re access to government supplemental productions and Chicago-based pleadings databases (.4); confer with T. Stansbury and K. Cutts re trial calendar (.1); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.4); review case-related materials re Chicago trial database (.8). | | | |

**RESPONSE EXHIBIT "C-1"**

| Date | Name | Hours | Rate | Amount | Description | Details | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/7/2008 | Linda L Cordeiro | 2.2 | $145 | $319.00 | Review and organize case materials re case management and case management database. | Confer and coordinate with Litigation Support, Technical Support, A. Ramos and S. Whitney re LA attorney/trial support team access to trial folders in Chicago case databases (.5); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.7). | | | |
| 11/10/2008 | Linda L Cordeiro | 5.7 | $145 | $826.50 | Organize and review case materials re case management and case management database (1.9); review and organize documents (3.8). | Confer and coordinate with Litigation Support, S. Whitney and S. Moore Weatherby re issues concerning LA trial team access to trial folders in Chicago case matter databases (.7); confer with T. Stansbury and S. Whitney re LA team access to ongoing government supplemental productions (.2); review case-related materials re Chicago trial database (1.9); conduct database searches re EPA communications re sampling issues per W. Lancaster request (2.9). | | | |
| 11/11/2008 | Khalid M Osman | 1 | $230 | $230.00 | ..............; update case files accordingly (1.0). | Correspond with defense team attorneys re direct examination materials needed for trial (.3); review and update related witness binders accordingly (.7). | | | |
| 11/11/2008 | Linda L Cordeiro | 7.5 | $145 | $1,087.50 | Review and organize case materials re case management and case management database (.7); review and organize case documents (6.8). | Confer with S. Delvecchio re supplemental documents for attorney review (.2); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (1.7); conduct database searches re re EPA communications re sampling issues for W. Lancaster review (4.8); confer with N. Driver and S. Delvecchio re same (.8). | | | |
| 11/12/2008 | Linda L Cordeiro | 1.3 | $145 | $188.50 | Review and organize materials re case management and case management database (1.3);............ | Confer with Technical Support concerning access to DC case matter related materials (.2); review and organize attorney work product/affirmative defense-related materials for attorney review (1.1). | | | |
| 11/13/2008 | Linda L Cordeiro | 3 | $145 | $435.00 | Review and organize materials re case management and case management database (2.2); search and organize documents (.8). | Confer with T. Stansbury and A. Ramos re construction of 104(e) matter dedicated database; review, update and distribute case-related document collections for attorney review/trial preparation; review and organize case-related communications for inclusion in case files and case management databases for Los Angeles attorney/support team access and use (2.2) Document search re government exhibit cited in witness interview and confer with S. Moore Weatherby and N. Driver re same; document search and retrieval per W. Lancaster request (.8) | | | |

| Date | Name | Hours | Rate | Amount | Description | Detail | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/14/2008 | Linda L Cordeiro | 3.7 | $145 | $536.50 | Review and organize materials re case management and case management database. | Review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (3.1); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (.6). | | | |
| 11/17/2008 | Linda L Cordeiro | 5.9 | $145 | $855.50 | Review and organize materials re case management and case management database (5.9);............ | Review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.2); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (4.7). | | | |
| 11/18/2008 | Linda L Cordeiro | 0.7 | $145 | $101.50 | ...............; review and organize materials re case management and case management database (.7). | Confer with N. Driver re documents designated as privileged (.3); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (.4). | | | |
| 11/19/2008 | Linda L Cordeiro | 0.8 | $145 | $116.00 | ...............; review and organize materials re case management and case management database (.8). | Confer with N. Driver re report concerning privileged documents (.2); confer with T. Stansbury re ordering of case trial transcript (.1); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (.5). | | | |
| 11/20/2008 | Linda L Cordeiro | 1.2 | $145 | $174.00 | ..............; review and organize materials re case management and case management database (1.2). | Confer with S. Moore Weatherby and Technical Support re adding/accessing witness interview into transcript database (.1); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.1). | | | |
| 11/21/2008 | Khalid M Osman | 0.9 | $230 | $207.00 | ...............; review and update case files accordingly (.9). | Review and update witness direct and cross examination materials for trial (.9). | | | |
| 11/21/2008 | Linda L Cordeiro | 3.3 | $145 | $478.50 | ................; review and organize materials re case management and case management database (3.3). | Review, update and distribute case-related document collections for attorney review/trial preparation (1.5); review and organize case-related pleadings and communications for distribution and inclusion in case management databases for attorney/support team access and use (1.8). | | | |
| 11/24/2008 | Linda L Cordeiro | 0.6 | $145 | $87.00 | Review and organize materials re case management and case management database (.6);........... | Review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (.6). | | | |
| 11/26/2008 | Khalid M Osman | 2.7 | $230 | $621.00 | ..............; organize witness files (1.6); update case files accordingly (1.1). | Review and update witness direct and cross examination materials for trial (2.0); confer with and oversee T. Stansbury and C. Padilla re assistance with same (.7). | | | |

| Date | Name | Hours | Rate | Amount | Description | Detail | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/26/2008 | Linda L Cordeiro | 3 | $145 | $435.00 | Review and organize materials re case management and case management database. | Confer with D. Rooney re W. Lancaster attorney work product concerning obstruction affirmative defense narrative in preparation for trial (.4); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (2.6). | | | |
| 12/16/2008 | Carrie L Wildfong | 0.7 | $150 | $105.00 | …; compile recent pleadings and assemble for physical file (.7). | Organize pleadings for 40-case global case archive of adversary proceedings, Third Circuit Court of Appeals cases, and District Court cases, cross-check applicable dockets and archive where applicable (in main case archive and/or related proceeding archive) (.7). | | | |
| 12/23/2008 | Carrie L Wildfong | 1.3 | $150 | $195.00 | …; compile recently-filed pleadings and update physical files (1.3). | Organize pleadings for 40-case global case archive of adversary proceedings, Third Circuit Court of Appeals cases, and District Court cases, cross-check applicable dockets and archive where applicable (in main case archive and/or related proceeding archive). | | | |
| 12/23/2008 | Maria D Gaytan | 1 | $140 | $140.00 | Prepare and organize correspondence and subject files. | Revise and update PD pleading index database for future use by plan/disclosure statement team (1.0). | | | |
| 12/3/2008 | Khalid M Osman | 1.9 | $230 | $437.00 | …; review and update case files accordingly (1.9). | Review and update witness direct and cross examination materials for trial (1.2); confer and correspond with N. Palma and D. Boutrous re ongoing projects (.4); review work product re same (.3). | | | |
| 12/3/2008 | Linda L Cordeiro | 8.5 | $145 | $1,232.50 | Review and organize materials re case management and case management database. | Locate/retrieve witness transcripts and government interview memos and coordinate remote access to same per W. Lancaster request (1.5); review, collect documents for and quality-check W. Lancaster attorney work product re obstruction affirmative defense narrative for sumbission to Chicago team in preparation for trial (4.1); review and distribute affirmative defense-related document collections for attorney review/trial preparation (1.8); review and organize case-related pleadings and communications for distribution and inclusion in case management databases for attorney/support team access and use (1.1). | | | |

RESPONSE EXHIBIT "C-1"

| Date | Name | Hours | Rate | Amount | Description | Detail |
|---|---|---|---|---|---|---|
| 12/4/2008 | Linda L Cordeiro | 8.7 | $145 | $1,261.50 | Review and organize documents re case management and case management database. | Review, collect documents for and quality-check W. Lancaster attorney work product re obstruction affirmative defense narrative for sumbission to Chicago team in preparation for trial (3.4); coordinate remote access to witness transcripts per W. Lancaster request (.4); confer with T. Stansbury re access to updated government witness compilations (.2); confer and coordinate with Records Management re organization of case-related materials (.5); review, update and distribute affirmative defense-related document collections for attorney review/trial preparation (1.2); review and organize case-related communications and IAR index for distribution and inclusion in case management databases for attorney/support team access and use (3.0). |
| 12/5/2008 | Linda L Cordeiro | 5.5 | $145 | $797.50 | Review and organize materials re case management and case management database. | Review and prepare correspondence to W. Lancaster re supplemental witness materials prepared by joint defense (2.3); confer with S. Whitney re W. Lancaster attorney work product concerning obstruction affirmative defense narrative in preparation for trial (.4); review and update affirmative defense-related document collections for attorney review/trial preparation (1.9); review and organize case-related pleadings and communications for distribution and inclusion in case management databases for attorney/support team access and use (.9). |
| 12/7/2008 | Khalid M Osman | 1 | $230 | $230.00 | …; update case files accordingly (1.0). | Review and prepare witness materials for trial (1.0). |
| 12/8/2008 | Linda L Cordeiro | 7.7 | $145 | $1,116.50 | Review and organize materials re case management and case management database. | Review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (4.5); review and organize case-related pleadings and communications for distribution and inclusion in case management databases for attorney/support team access and use (3.2). |
| 12/9/2008 | Khalid M Osman | 1.5 | $230 | $345.00 | …; review and update witness files accordingly (1.5);… | Review and prepare witness materials for trial (1.5). |

RESPONSE EXHIBIT "C-1"

| Date | Name | Hours | Rate | Amount | Description | Detail |
|---|---|---|---|---|---|---|
| 12/9/2008 | Linda L Cordeiro | 6 | $145 | $870.00 | Review and organize documents re case management and case management database. | Confer with T. Stansbury and S. Whitney re witness binders re E. Moeller, M. Owens, P. Peronard and C. Weiss for LA trial team (.4); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (4.1); review and organize case-related pleadings and communications for distribution and inclusion in case management databases for attorney/support team access and use (1.5). |
| 12/10/2008 | Khalid M Osman | 1 | $230 | $230.00 | …; update case files accordingly (1.0). | Review and prepare witness materials for trial (.5); correspond with defense attorneys re document needs (.5). |
| 12/11/2008 | Linda L Cordeiro | 7.2 | $145 | $1,044.00 | Review and organize documents re case management and case management database. | Confer with K. Osman re EPA documents for consultant, GIS and attorney review (.4); confer with T. Stansbury and J. McCarthy re D. Cockrell and M. Owens witness compilations and key materials for attorney review (.3); review and compile key materials for S. Moore Weatherby and L. Kozak review in preparation for W. Lancaster interviews of witnesses M. Owens and D. Cockrell (4.1) review and organize case-related pleadings, communications and government 12/05/2009 document production for distribution and inclusion in case management databases for attorney/support team access and use (2.4). |
| 12/12/2008 | Linda L Cordeiro | 12.7 | $145 | $1,841.50 | Review and organize materials re case management and case management database. | Confer with S. Moore Weatherby and continue collection, review and compilation of key materials for her review in preparation for W. Lancaster interview of D. Cockrell (6.6); confer with J. McCarthy re additional M. Owens, D. Cockrell and S. Cummings materials (.4); coordinate with Litigation Support re W. Lancaster access to P. Peronard interview transcripts (.1); review and organize case-related pleadings, communications and witness documents for distribution and inclusion in case management databases for attorney/support team access and use (5.6). |

**RESPONSE EXHIBIT "C-1"**

| Date | Name | Hours | Rate | Amount | Description | Detail | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2008 | Linda L Cordeiro | 7.2 | $145 | $1,044.00 | Review and organize case materials re case management and case management database. | Confer with S. Moore Weatherby and continue collection, review and compilation of key materials re her review in preparation for W. Lancaster interview of D. Cockrell (4.4); confer with J. McCarthy re supplemental M. Owens, D. Cockrell and S. Cummings materials (.2); review and organize case-related pleadings, communications and witness document index for distribution and inclusion in case files and case management databases for attorney/support team access and use (2.6). | | | |
| 12/16/2008 | Linda L Cordeiro | 7.2 | $145 | $1,044.00 | Review and organize case materials re case management and case management database. | Prepare binder re issues raised in L Kozak's M. Owens interview outline (3.9); prepare correspondence to D. Rooney re same (.2); review and update attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.9); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (1.2). | | | |
| 12/17/2008 | Linda L Cordeiro | 3.7 | $145 | $536.50 | Review and organize case materials re case management and case management database. | Locate and retrieve documents per W. Lancaster request concerning his re P. Peronard cross examination outline (.6); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (3.1). | | | |
| 12/18/2008 | Linda L Cordeiro | 7 | $145 | $1,015.00 | Review and organize case materials re case management and case management database. | Locate and retrieve expert witness documents per W. Lancaster request (1.1); confer with T. Stansbury re W. Lancaster request concerning P. Peronard expert report (.2); prepare correspondence to W. Lancaster re same (.3); confer with Litigation Support re W. Lancaster access to trial transcript materials (.2); review and update attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.9); review and organize case-related pleadings, communications and government privilege logs for distribution and inclusion in case management databases for attorney/support team access and use (3.1); confer with T. Stansbury, A. Ramos and Litigation Support re issues concerning team access to CaseMap Chronology (.2). | | | |

**RESPONSE EXHIBIT "C-1"**

| Date | Name | Hours | Rate | Amount | Description | Details | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/2008 | Linda L Cordeiro | 6.2 | $145 | $899.00 | Review and organize case materials re case management and case management database. | Confer with T. Stansbury re Bates version of trial material (.2); correspond with D. Rooney re W. Lancaster work product (.3); review and update attorney work product/affirmative defense-related document collections for attorney review/trial preparation (3.1); review and organize case-related pleadings and communications for distribution and inclusion in case management databases for attorney/support team access and use (2.6) | | | |
| 12/22/2008 | Linda L Cordeiro | 9.2 | $145 | $1,334.00 | Review and organize case materials re case management and case management database. | Review, quality-check and collect documents re W. Lancaster attorney work product concerning P. Peronard cross examination in preparation for trial (5.1); locate and retrieve documents re EPA communications for W. Lancaster (.9); review and organize case-related pleadings and communications for distribution and inclusion in case management databases for attorney/support team access and use (2.8); confer with T. Stansbury re issues concerning team access to CaseMap Chronology (.4). | | | |
| 12/24/2008 | Linda L Cordeiro | 4.2 | $145 | $609.00 | Review and organize documents re case management. | Locate and retrieve pleadings per request of J. McCarthy and confer re same (.5); review, quality-check and collect documents re W. Lancaster attorney work product concerning P. Peronard cross examination in preparation for trial (2.4); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (1.3). | | | |
| 12/31/2008 | Linda L Cordeiro | 6 | $145 | $870.00 | Review and organize documents re case management. | Cross check documents re W. Lancaster and P. Peronard against cross examination outline and insert edit notations re same (2.2); review, update and distribute attorney work product/affirmative defense-related document collections for attorney review/trial preparation (1.9); review and organize case-related communications for inclusion in case management databases for attorney/support team access and use (1.9). | | | |
| | | **243.8** | | **$38,148.50** | | | | | |