## EXHIBIT A

### Business Operations (.10 Hours; $ 84.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/10/09 | PVL | 840.00 | 0.10 | Review 1/09 MOR. |

**Total Task Code .03**    **.10**

### Case Administration (22.80 Hours; $ 6,654.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.90 | $840 | 1,596.00 |
| Rita C. Tobin | .60 | $530 | 318.00 |
| Andrew J. Sacket | 4.00 | $295 | 1,180.00 |
| Michael C. Greene | 7.30 | $235 | 1,715.50 |
| Eugenia Benetos | 9.00 | $205 | 1,845.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 03/02/09 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 03/03/09 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 03/03/09 | EB | 205.00 | 3.00 | Review, classify, and annotate relevant material re: plan filing. Create binders for EI, create redwelds for office, and update system (3) |
| 03/04/09 | EB | 205.00 | 3.00 | Continue to review, classify, and annotate relevant material re: plan filing. Create binders for EI, create redwelds for office, and update system (3) |
| 03/06/09 | EB | 205.00 | 0.50 | Review, classify, and annotate relevant material concerning EI's binders re: plan filings. (.5) |

2

| 03/09/09 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
|---|---|---|---|---|
| 03/11/09 | PVL | 840.00 | 0.10 | Review 12 miscellaneous filings. |
| 03/11/09 | EB | 205.00 | 2.00 | Review, classify, annotate and convert to PDFs re: plan filings. (2) |
| 03/12/09 | MCG | 235.00 | 0.50 | Per WBS, locate and provide for attorney review a copy of the original Indictment in Montana Libby criminal case. |
| 03/13/09 | RCT | 530.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 03/16/09 | MCG | 235.00 | 0.20 | Per NDF, make necessary arrangements for duplication of Mark Peterson Expert Report Reliance Materials CD. |
| 03/17/09 | PVL | 840.00 | 0.10 | Review 14 miscellaneous filings. |
| 03/18/09 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 03/19/09 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 03/19/09 | MCG | 235.00 | 5.00 | Per AVG, make necessary content and formatting revisions to chart reflecting Preliminary Witness Designations. |
| 03/20/09 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 03/23/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 03/23/09 | MCG | 235.00 | 0.80 | Per ALV, make necessary formatting changes to Preliminary Witness Designations spreadsheet. |
| 03/24/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 03/24/09 | EB | 205.00 | 0.50 | Perform review of docket re: order and CNO. Draft email to Debtor re: request for monthly fees and expenses. (.5) |
| 03/25/09 | PVL | 840.00 | 0.30 | Review agenda (.1); review email and reply (.1); review 3 miscellaneous filings (.1). |

3

| 03/25/09 | MCG | 235.00 | 0.70 | Per WBS and KB, conduct Pacer docket search for any and all published opinions in Montana criminal case. |
|---|---|---|---|---|
| 03/27/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 03/30/09 | PVL | 840.00 | 0.20 | Review 19 miscellaneous filings. |
| 03/31/09 | PVL | 840.00 | 0.40 | Teleconference Hurford (.1); review 4 miscellaneous filings (.1); prep for omni hearing (.2). |
| 03/31/09 | MCG | 235.00 | 0.10 | Meet with KB re request for copies of certain documents cited in 2009 WL 368240 (D. Mont). |
| 03/31/09 | AJS | 295.00 | 0.20 | Preparation of e-mail to NDF regarding Libby report and review of e-mails from NDF regarding same. |
| 03/31/09 | AJS | 295.00 | 0.20 | Review of e-mails from ALV and BB regarding Libby report. |
| 03/31/09 | AJS | 295.00 | 3.60 | Legal research regarding hearsay exceptions. |

**Total Task Code .04    22.80**

### Claim Analysis Objection & Resolution (Asbestos) (5.50 Hours; $ 4,620.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.50 | $840 | 4,620.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/03/09 | PVL | 840.00 | 0.10 | Review Prokopovich letter. |
| 03/12/09 | PVL | 840.00 | 0.10 | Review 19th claims settlement notice. |
| 03/15/09 | PVL | 840.00 | 0.10 | Review stip re Steeler claim. |
| 03/16/09 | PVL | 840.00 | 0.10 | Review motion re APU/Amtrak settlements. |

4

| 03/17/09 | PVL | 840.00 | 5.10 | Review Heinze report and email NDF re same (.2); review Mathis report (.4); review Stanovich report (.4); review email and reply (.6); teleconference Freedman (.2); review revised Royal TS (.1); prep for Arrowood meet and confer (.3); review draft resps to BNSF disc and email Esayian (.4); teleconference Schwartz, Esayian, Mehaley and JAL (1.8); confer JAL (.1); review Shein report (.4); review Martin report (.3). |
|---|---|---|---|---|

**Total Task Code .05**     **5.50**

**Committee, Creditors', Noteholders' or Equity Holders' (2.10 Hours; $ 1,184.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $840 | 420.00 |
| Rita C. Tobin | 1.20 | $530 | 636.00 |
| Kirsten Burmester | .40 | $320 | 128.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/12/09 | RCT | 530.00 | 1.00 | Draft response to claimant as per EI (1.0) |
| 03/17/09 | RCT | 530.00 | 0.20 | Conference EI re claimant letter (.2) |
| 03/23/09 | KB | 320.00 | 0.40 | Researched restitution issue |
| 03/30/09 | PVL | 840.00 | 0.50 | Draft memo to committee. |

**Total Task Code .07**     **2.10**

**Employee Benefits/Pension (.20 Hours; $ 168.00)**

5

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/25/09 | PVL | 840.00 | 0.20 | Review LTIP motion. |

**Total Task Code .08**          **.20**

**Fee Applications, Applicant (7.70 Hours; $ 3,431.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.70 | $530 | 3,021.00 |
| Eugenia Benetos | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/09 | RCT | 530.00 | 1.50 | Address fee/expense issues (1.5) |
| 03/03/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 03/05/09 | RCT | 530.00 | 0.50 | Work on fee applications (.5) |
| 03/12/09 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 03/13/09 | RCT | 530.00 | 0.80 | Review exhibits (.8) |
| 03/19/09 | RCT | 530.00 | 0.50 | Review exhibits (.5) |
| 03/23/09 | EB | 205.00 | 1.00 | Work on monthly fee application. (1) |
| 03/25/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 03/26/09 | RCT | 530.00 | 0.80 | Address fee issues (.8) |
| 03/30/09 | RCT | 530.00 | 0.60 | Address fee issues (.6) |

6

**Total Task Code .12**     7.70

**Hearings (1.90 Hours; $ 1,385.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 1.40 | $920 | 1,288.00 |
| Marissa A. Fanone | .50 | $195 | 97.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 03/20/09 | EI | 920.00 | 1.40 | Read NDF memo (.2); t/c PVNL/NDF to discuss confirmation hearing prep and strategy (1.0); Peterson report issue (.2). |
| 03/27/09 | MAF | 195.00 | 0.50 | Produce copy of disc containing documents re plaintiff mortality rates for attorney review. |

**Total Task Code .15**     1.90

**Litigation and Litigation Consulting (325.60 Hours; $ 184,351.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 7.90 | $920 | 7,268.00 |
| Walter B. Slocombe | 44.40 | $720 | 31,968.00 |
| Bernard Bailor | 141.60 | $630 | 89,208.00 |
| Nathan D. Finch | 35.50 | $610 | 21,655.00 |
| James P. Wehner | 5.90 | $495 | 2,920.50 |
| Adam L. Vangrack | 75.80 | $360 | 27,288.00 |
| Jeanna M. Rickards | 6.90 | $320 | 2,208.00 |
| Kirsten Burmester | 1.90 | $320 | 608.00 |
| David B. Smith | 2.90 | $235 | 681.50 |
| Marissa A. Fanone | 2.80 | $195 | 546.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 03/01/09 | EI | 920.00 | 0.50 | Read discovery material. |

| 03/01/09 | NDF | 610.00 | 1.00 | Late entry for 2/28/09: Review Horkovich memo re insurance issues (0.5); attention to witnesses needed for insurance issues (0.5). |
|----------|-----|--------|------|--------|
| 03/02/09 | BSB | 630.00 | 7.30 | Review expert report (3.2); research restitution (4.1) |
| 03/02/09 | EI | 920.00 | 0.90 | Conf. PVNL re: status (.3); conf. PVNL re: CIP agreements (.6). |
| 03/02/09 | ALV | 360.00 | 8.50 | Review pleadings for disclosure, documents/pleadings re discovery requests (4.9); draft and edit discovery responses (3.6). |
| 03/03/09 | BSB | 630.00 | 7.20 | Telephone conference with expert witness (1.2); research - Whitehouse issues (3.3); telephone conference with NDF (0.3); research restitution (2.4) |
| 03/03/09 | EI | 920.00 | 0.20 | Obtaining bonding company info for Rice. |
| 03/03/09 | NDF | 610.00 | 1.50 | Review and respond to emails re coverage and plan issues. |
| 03/03/09 | ALV | 360.00 | 8.90 | Confer with JAL re discovery responses (0.4); review expert reports and materials, pleadings for disclosure and documents/pleadings re discovery request (5.2); draft and edit discovery responses (3.3). |
| 03/03/09 | KB | 320.00 | 0.80 | Discussed restitution issue with Bernie Bailor; researched restitution issue |
| 03/04/09 | NDF | 610.00 | 5.20 | Review and respond to emails from Horkovich re insurance and TDP issues (0.9); review Stockton draft report (0.5); review materials re Welch report (1.7); review materials re Peterson report (2.1). |
| 03/04/09 | ALV | 360.00 | 9.10 | Review documents/pleadings re discovery requests, expert reports and materials (4.6); draft and edit discovery responses (4.5). |
| 03/05/09 | EI | 920.00 | 0.30 | Memos re: insurance issues (.2); memo re: Equitas (.1). |

8

| | | | | |
|---|---|---|---|---|
| 03/05/09 | NDF | 610.00 | 6.40 | Teleconference with Horkovich, PVNL and FCR counsel re case issues (1.5); emails to Horkovich re TDP and coverage questions (0.5); draft chart comparing TDP values to Grace historical (0.8); teleconference with Peterson re Grace report (0.5); review and revise Peterson draft report (2.8). |
| 03/05/09 | ALV | 360.00 | 6.20 | Confer with JAL and M. Hurford re discovery responses (0.9); review pleadings for disclosure; review documents/pleadings re discovery requests (2.5); draft and edit discovery responses (2.8). |
| 03/06/09 | EI | 920.00 | 0.10 | Memo PVNL re: insurance issue. |
| 03/06/09 | NDF | 610.00 | 3.60 | Teleconference with Plan Proponents' counsel re witnesses (0.6); teleconference with Peterson and Horkovich re Peterson report (0.7); review and edit Stockman report (0.5); emails to BSB, PVNL, et al. re case issues (0.5); review of pleadings re insurance issue for use in Grace case (0.8); review written discovery served by Libby (0.5). |
| 03/09/09 | BSB | 630.00 | 6.60 | Email Dr. Stockman (0.2); read draft expert report (1.9); conference with NDF (0.3); review various materials regarding Whitehouse trial testimony and trial events (2.8); telephone conference with Dr. Friedman (0.3); medical research (1.1) |
| 03/09/09 | NDF | 610.00 | 3.00 | Prepare for confirmation hearing re Libby issues (2.5); review materials and confer with BSB re restitution issue (0.5). |
| 03/09/09 | ALV | 360.00 | 9.10 | Review discovery responses and pleadings, documents and expert related material (5.9); draft and edit discovery responses (3.2). |
| 03/10/09 | BSB | 630.00 | 7.60 | Read trial testimony of Whitehouse (4.2); telephone conference with Dr. Stockman (0.6); email to Dr. Hammar (0.5); work on expert matters (2.3) |
| 03/10/09 | EI | 920.00 | 0.40 | T/c PVNL re: insurance policy issues (.2); setting up call re: restitution (.2). |
| 03/10/09 | NDF | 610.00 | 5.50 | Work on confirmation hearing discovery matters (witness disclosures, Peterson expert report) and emails re same. |

| 03/10/09 | ALV | 360.00 | 7.30 | Review draft discovery responses, witness disclosures, pleadings, and expert related material (4.5); draft and edit discovery material (2.4); confer with JAL re discovery and strategy (0.4). |
|---|---|---|---|---|
| 03/11/09 | BSB | 630.00 | 10.50 | Review possible expert material - Dr. Friedman (2.); read updated Lockey material (2.0); progress on study analysis (1.6); travel to Houston (4.0) |
| 03/11/09 | WBS | 720.00 | 2.80 | Conference with PVNL, NDF re Libby trial/restitution project (0.9); conference with KB re past research (0.1); review relevant statutes, memos (1.8). |
| 03/11/09 | EI | 920.00 | 1.70 | Review of restitution issues:  reviewed memos and statute (1.0); t/c PVNL/NDF re: same and program for handling issues (.5); review and forward order on disclosure statement (.1) and  pension motion (.1). |
| 03/11/09 | NDF | 610.00 | 4.80 | Trial planning for confirmation hearing (3.0); confer with PVNL and WBS re restitution issues (1.0); confer with EI and PVNL re restitution issues (0.5); edit witness list (0.3). |
| 03/11/09 | ALV | 360.00 | 6.70 | Review draft discovery responses, witness disclosures, pleadings, and expert related material (3.5); draft and edit discovery material (2.3); research related to potential discovery disputes (0.7); confer with JAL re discovery and strategy (0.2). |
| 03/11/09 | MAF | 195.00 | 0.60 | Collect documents to update witness files. |
| 03/11/09 | KB | 320.00 | 1.10 | Reviewed old memos on restitution issue; e-mailed memos and research to Walt Slocombe |
| 03/12/09 | BSB | 630.00 | 10.30 | Meeting in Houston with Dr. Friedman potential expert witness (6.3); travel to D.C. (4.0) |
| 03/12/09 | WBS | 720.00 | 2.00 | Research and outline of issues, notes re restitution questions. |
| 03/12/09 | ALV | 360.00 | 7.10 | Review draft discovery responses, pleadings, and expert related material (3.3); draft, edit, and |

| | | | | analyze discovery responses (2.9); meet with JAL and PVNL re discovery and strategy (0.9). |
|---|---|---|---|---|
| 03/13/09 | BSB | 630.00 | 5.70 | Prepare memorandum regarding Houston trip (2.8); review materials from Houston (2.9) |
| 03/13/09 | WBS | 720.00 | 4.30 | Review indictment, research on restitution issues, especially interplay of other sources of compensation, scope of definition of victim. |
| 03/13/09 | EI | 920.00 | 0.10 | T/c NDF re: status. |
| 03/13/09 | NDF | 610.00 | 4.50 | Review and edit final Peterson report. |
| 03/13/09 | ALV | 360.00 | 8.70 | Review pleadings for disclosure, documents/pleadings re discovery requests (4.6); draft and edit discovery responses (3.7); review and edit expert reports and data provided by ACC expert Mark Peterson (0.4). |
| 03/15/09 | ALV | 360.00 | 4.20 | Review and edit expert reports and data provided by ACC expert Mark Peterson. |
| 03/16/09 | BSB | 630.00 | 6.80 | Review of material from Dr. Friedman (4.9); telephone conference with Dr. Friedman (.3); meeting with NDF and Brian Sansbury (1.6). |
| 03/16/09 | WBS | 720.00 | 4.10 | Review superceding indictment for out-of-Libby allegations (0.5); research and work on memo/outline of issues re restitution (3.6). |
| 03/16/09 | EI | 920.00 | 0.90 | Insurance issue with PVNL (.1); Edwards judgment status inquiry (.1); review of Schein report and t/c NDF re: same (.5); witness list inquiry (.2). |
| 03/16/09 | DBS | 235.00 | 0.30 | Research docket and pleadings for specific claim made by a party. |
| 03/17/09 | BSB | 630.00 | 5.70 | Updated Expert Reports; review and analyze (3.9); research medical literature (1.8). |
| 03/17/09 | WBS | 720.00 | 4.80 | Research on restitution issues, work on memo. |
| 03/17/09 | MAF | 195.00 | 2.20 | Prepare copies of Whitehouse and Frank Supplemental Expert Reports with CDs (1.3); |

| | | | | |
|---|---|---|---|---|
| | | | | collect materials and prepare Fedex shipment to L. Welch (.9). |
| 03/18/09 | BSB | 630.00 | 7.40 | E-mail to Dr. Stockman (.5); review of prime Whitehouse testimony (6.9). |
| 03/18/09 | WBS | 720.00 | 4.10 | Research and drafting on restitution issues (3.6); conference with instructions to KB re work on numerous victims issue (0.5). |
| 03/19/09 | BSB | 630.00 | 8.20 | Whitehouse deposition (6.8); e-mails regarding Whitehouse (1.4). |
| 03/19/09 | WBS | 720.00 | 3.50 | Telephone conference with NDF re possible strategy (0.4); research on restitution issues and new victims rights statute (3.1). |
| 03/20/09 | BSB | 630.00 | 7.20 | Review Aubrey Miller trial testimony (4.3); work on expert matters (2.9). |
| 03/20/09 | WBS | 720.00 | 4.10 | Research and memo re restitution issues (3.7); telephone conference with NDF re deposition scheduling, preparation for addressing restitution issues (0.4). |
| 03/20/09 | DBS | 235.00 | 0.40 | Download criminal trial transcripts and load in database for attorney review. |
| 03/23/09 | BSB | 630.00 | 6.80 | Review and comment on Welch response (4.2); analysis of potential witnesses (2.6). |
| 03/23/09 | WBS | 720.00 | 3.10 | Conference with NDF re strategy re restitution issues (0.8); research and revise memo for strategy meeting (1.2); review legislative history (1.1). |
| 03/23/09 | EI | 920.00 | 0.50 | Stipulation issue. |
| 03/24/09 | BSB | 630.00 | 7.80 | Whitehouse deposition (4.4); Expert Reports (2.8); meeting with WBS, PVNL and NDF (.6). |
| 03/24/09 | WBS | 720.00 | 4.30 | Work on memo for meeting (0.4); meeting with PVNL, KB, NDF re restitution strategy (1.5); meeting with PVNL, BSB, NDF re witnesses/deposition (0.5); outline of issues for further work and start review of materials (1.9). |

| 03/24/09 | EI | 920.00 | 0.50 | Reviewed Libby/premises coverage NDF memo. |
| 03/25/09 | BSB | 630.00 | 7.80 | Whitehouse deposition (3.7); Stockman Report Review (1.9); Dr. Friedman - requests and discussion (2.2). |
| 03/25/09 | WBS | 720.00 | 4.20 | Read and analyze rulings in criminal case relevant to restitution issue, memo to colleagues. |
| 03/25/09 | EI | 920.00 | 1.60 | Memos to set up call (.2); teleconf. PVNL and NDF re: planning court, premises coverage issues and restitution matters (1.4). |
| 03/25/09 | DBS | 235.00 | 1.20 | Compile expert report backup materials for attorney review. |
| 03/26/09 | BSB | 630.00 | 6.90 | Work on expert reports (Stockman, Whitehouse, Friedman) (5.4); telephone conference with Stockman (.4); medical research (1.1). |
| 03/26/09 | WBS | 720.00 | 3.10 | Research regarding restitution issues and notes to KB regarding research to be done. |
| 03/26/09 | DBS | 235.00 | 1.00 | Copy expert reliance materials for service. |
| 03/26/09 | JPW | 495.00 | 1.30 | Meet with BSB re deposition issues (.3); review expert reports (1.0) |
| 03/26/09 | JPW | 495.00 | 2.10 | Correspondence re depositions (.6); meet with BSB re depositions (.3); review LTC bankruptcy filings and remaining claims (1.2) |
| 03/26/09 | JMR | 320.00 | 2.30 | Research when a party can use deposition testimony in lieu of testifying |
| 03/27/09 | BSB | 630.00 | 6.20 | Continuous work on expert; examination of Whitehouse (6.2). |
| 03/27/09 | EI | 920.00 | 0.10 | T/c NDF re: status. |
| 03/27/09 | JMR | 320.00 | 4.60 | Research when a party can use deposition testimony in lieu of testifying |
| 03/30/09 | BSB | 630.00 | 8.50 | Review medical articles (.9); work on expert reports (5.3); research ASTOR (.4); conference call with Laven Welch and NDF (1.9). |

| 03/30/09 | EI | 920.00 | 0.10 | Status inquiry. |
|---|---|---|---|---|
| 03/31/09 | BSB | 630.00 | 7.10 | Voicemail to Dr. Stockman (.2); telephone conference with Hammar's assistant (.2); evidentiary research (2.6); research regarding restitution (2.0); telephone conference with Dr. Friedman (.5); read report (1.6). |
| 03/31/09 | JPW | 495.00 | 2.50 | Review Libby discovery briefing and transcripts |

**Total Task Code.16**     **325.60**

## Plan & Disclosure Statement (361.90 Hours; $ 197,970.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $920 | 460.00 |
| Peter Van N. Lockwood | 81.60 | $840 | 68,544.00 |
| Nathan D. Finch | 40.90 | $610 | 24,949.00 |
| Ann C. McMillan | 8.00 | $580 | 4,640.00 |
| James P. Wehner | 3.20 | $495 | 1,584.00 |
| Jeffrey A. Liesemer | 128.10 | $495 | 63,409.50 |
| Adam L. Vangrack | 62.80 | $360 | 22,608.00 |
| Kirsten Burmester | 36.80 | $320 | 11,776.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/09 | JAL | 495.00 | 3.60 | Drafted and revised objections and responses to confirmation-related discovery requests. |
| 03/02/09 | PVL | 840.00 | 4.30 | Review email and reply (.8); review revised resps to Travelers RFA (.2); review revised resps to Arrowood RFA and email JAL re same (.5); confer EI (.7); review MacArthur v. Manville opinion (.2); review draft resps to Scotts rogs and RFAs and email JAL et al re same (.8); review COC re DS objs (.2); email EI re Rice request (.2); review agenda and email Horkovich re hearing (.2); review draft resps to Zurich disc requests (.5). |
| 03/02/09 | ACM | 580.00 | 0.10 | Exchange e-mails with JAL re discovery request. |

| 03/02/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to M. Hurford re: service of discovery responses. |
| 03/02/09 | JAL | 495.00 | 5.10 | Drafted and revised objections and responses to confirmation-related discovery requests. |
| 03/02/09 | JAL | 495.00 | 0.20 | Teleconf. w/M. Hurford re: draft discovery responses. |
| 03/02/09 | JAL | 495.00 | 0.30 | Reviewed and provided comments on draft discovery responses. |
| 03/02/09 | JAL | 495.00 | 0.90 | Review and analysis of legal research relating to plan confirmation issues. |
| 03/02/09 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to plan confirmation issues. |
| 03/03/09 | PVL | 840.00 | 2.60 | Review email and reply (.8); review draft resps to Zurich and Geico disc requests (1.5); review black-lines of DS, POR and exhibits (.3). |
| 03/03/09 | JAL | 495.00 | 0.80 | Review and analysis of memo from R. Horkovich re: confirmation-related insurance issues. |
| 03/03/09 | JAL | 495.00 | 0.90 | Office conf. w/ALV re: draft discovery responses. |
| 03/03/09 | JAL | 495.00 | 5.10 | Reviewed and provided comments on draft discovery responses. |
| 03/03/09 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to confirmation objections. |
| 03/03/09 | JAL | 495.00 | 0.90 | Drafted and revised e-mail to J. Cooney re: confirmation-related discovery responses. |
| 03/03/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/D. Felder and K. Orr re: draft discovery responses. |
| 03/04/09 | PVL | 840.00 | 5.10 | Review revised Royal term sheet (.1); review email and reply (1); review draft resps to Scotts and Arrowood FRPs and email comments (.5); teleconference Esayian, Felder, Orr, Mehaley and JAL (3.5). |

| 03/04/09 | ACM | 580.00 | 0.50 | Exchange e-mails with JAL re discovery issue and conference TAC members re same. |
|----------|-----|--------|------|----------------------------------------------------------------------------------|
| 03/04/09 | JAL | 495.00 | 1.10 | Review and provided comments on draft discovery responses. |
| 03/04/09 | JAL | 495.00 | 3.50 | Conf. call w/PVNL, FCR's counsel, and debtor's counsel re: draft discovery responses. |
| 03/04/09 | JAL | 495.00 | 0.20 | Office conf. w/ALV re: draft discovery responses. |
| 03/04/09 | JAL | 495.00 | 0.50 | Drafting and revisions to confirmation-related discovery responses. |
| 03/04/09 | JAL | 495.00 | 0.30 | Drafted and revised e-mail to ACM re: confirmation-related discovery issue. |
| 03/04/09 | JAL | 495.00 | 0.70 | Review and analysis of mark-up of draft protective order. |
| 03/04/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to NDF re: confirmation-related discovery issues. |
| 03/04/09 | JAL | 495.00 | 0.50 | Drafted and revised e-mail to NDF re: confirmation-related discovery issue. |
| 03/04/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to D. Felder re: draft discovery responses. |
| 03/04/09 | JAL | 495.00 | 0.20 | Office conf. w/ALV re: draft discovery responses. |
| 03/05/09 | PVL | 840.00 | 7.60 | Review email and reply (1.1); review revised resps to Scotts disc and email JAL (1.1); review draft stip re Libby cls appeal (.2); review NDF memo and reply (.2); teleconference Frankel, Wyron, Mehaley, Guy, Horkovich and NDF (1.5); confer NDF and JAL (.4); confer JAL re Scotts resps (.3); review revised Zurich and Geico disc resps and email comments re same (1.7); review revised resps to FFIC disc and email comments re same (1); confer ACM (.1). |
| 03/05/09 | JAL | 495.00 | 0.10 | Tele. call w/ALV re: draft discovery responses. |

| 03/05/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between PVNL, NDF and R. Horkovich re: insurance-related confirmation issues. |
|---|---|---|---|---|
| 03/05/09 | JAL | 495.00 | 8.30 | Revisions, editing, and comments on draft discovery responses. |
| 03/05/09 | JAL | 495.00 | 0.70 | Drafting and revisions to confirmation-related discovery responses. |
| 03/05/09 | JAL | 495.00 | 0.30 | Tele. conf. w/PVNL re: draft discovery responses. |
| 03/06/09 | PVL | 840.00 | 6.70 | Teleconference Freedman, Baer, Wyron, NDF et al (.7); review email and reply (.8); re revised Geico and Zurich disc resps (.5); confer JAL (.1); review draft Federal disc resps and email comments (.9); review draft Seaton disc resps (1); teleconference Esayian, Mehaley, Felder and Orr (.9); review draft CNA disc resps and email comments (.4); review revised intracreditor agmt and email Wyron (.4); teleconference Cobb (.4); teleconference Wyron (.5); review Arrowood disc resps (.1). |
| 03/06/09 | JAL | 495.00 | 12.20 | Revisions and editing to draft discovery responses. |
| 03/06/09 | JAL | 495.00 | 0.20 | Tel. call w/M. Hurford re: draft discovery responses. |
| 03/06/09 | JAL | 495.00 | 0.20 | Second tel. call w/M. Hurford re: draft discovery responses. |
| 03/06/09 | JAL | 495.00 | 0.10 | Third tel. call w/M. Hurford re: draft discovery responses. |
| 03/06/09 | JAL | 495.00 | 0.10 | Fourth tel. call w/M. Hurford re: draft discovery responses. |
| 03/06/09 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: draft discovery responses. |
| 03/06/09 | JAL | 495.00 | 0.10 | Second. tel. call w/PVNL re: draft discovery responses. |
| 03/06/09 | JAL | 495.00 | 0.30 | Tel. call w/M. Hurford re: discovery responses and upcoming disclosure statement hearing. |
| 03/07/09 | PVL | 840.00 | 0.30 | Review revised POR Ex. 12. |

| 03/08/09 | PVL | 840.00 | 1.30 | Prep for DS hearing (1); confer JAL (.3). |
|----------|-----|--------|------|-------------------------------------------|
| 03/08/09 | JAL | 495.00 | 0.30 | Meeting w/PVNL re: disclosure statement issues. |
| 03/08/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between R. Horkovich and PVNL re: confirmation issues. |
| 03/09/09 | PVL | 840.00 | 5.70 | Attend DS hearing (2.7); confer Frankel, Wyron and JAL (.7); review email and reply (1.2); review disc responses and requests re pending status (.9); confer Frankel and Wyron (.2). |
| 03/09/09 | ACM | 580.00 | 1.20 | Review Peterson report. |
| 03/09/09 | JAL | 495.00 | 0.70 | Breakfast meeting w/PVNL, R. Frankel, and R. Wyron re: disclosure statement hearing and confirmation issues. |
| 03/09/09 | JAL | 495.00 | 2.50 | Appearance at disclosure statement hearing. |
| 03/09/09 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to confirmation issues. |
| 03/09/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF to Libby Claimants re: draft protective order. |
| 03/09/09 | JAL | 495.00 | 0.10 | Reviewed draft preliminary witness list for confirmation hearing. |
| 03/09/09 | JAL | 495.00 | 0.10 | Reviewed PVNL's comments on draft preliminary witness list for confirmation hearing. |
| 03/10/09 | PVL | 840.00 | 1.70 | Review draft witness lists (.1); review Arrowood ltr re Grace disc resps (.3); review Arrowood ltrs to ACC and FCR re disc resps (.2); review Brown ltrs (.1); review email and reply (.7); teleconference EI (.2); confer NDF (.1). |
| 03/10/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchange re: preliminary witness list. |
| 03/10/09 | JAL | 495.00 | 0.10 | Review handwritten mark-up of draft protective order. |

| 03/10/09 | JAL | 495.00 | 0.10 | Drafted e-mail to L. Esayian and D. Felder re: draft protective order. |
| 03/10/09 | JAL | 495.00 | 0.20 | Reviewed and provided comments to NDF on draft preliminary witness. |
| 03/10/09 | JAL | 495.00 | 1.00 | Drafting and revisions to draft discovery responses. |
| 03/10/09 | JAL | 495.00 | 2.30 | Drafted and revised memo to J. Cooney re: draft discovery responses. |
| 03/10/09 | JAL | 495.00 | 1.70 | Review and analysis of Arrowod's letter to Committee re: its RFAs. |
| 03/10/09 | JAL | 495.00 | 0.10 | Reviewed FCR's comments on draft protective order. |
| 03/10/09 | JAL | 495.00 | 0.20 | Review and analysis of revised witness list. |
| 03/10/09 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to confirmation issues. |
| 03/10/09 | JAL | 495.00 | 0.10 | Brief review of disclosure statement order. |
| 03/11/09 | PVL | 840.00 | 2.90 | Teleconference EI and NDF (.4); review email and reply (.6); review DS publication notices (.1); review DS approval order (.2); confer WBS and NDF (1.2); review Scotts amended disc resps (.4). |
| 03/11/09 | JAL | 495.00 | 0.30 | Reviewed and commented on draft publication notice. |
| 03/11/09 | JAL | 495.00 | 0.20 | E-mail exchanges with Plan Proponents counsel re: discovery request. |
| 03/11/09 | JAL | 495.00 | 0.70 | Reviewed and commented on draft confirmation hearing notice. |
| 03/11/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges re: draft protective order. |
| 03/11/09 | JAL | 495.00 | 0.70 | Review and analysis of materials re: confirmation issues. |
| 03/11/09 | JAL | 495.00 | 3.10 | Review and analysis of materials relating to confirmation issues. |

| 03/11/09 | JAL | 495.00 | 0.70 | Office conf. w/ALV re: draft discovery responses. |
| 03/11/09 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to confirmation discovery. |
| 03/11/09 | JAL | 495.00 | 0.10 | Tele. call w/J. Sinclair re: plan financial issues. |
| 03/12/09 | PVL | 840.00 | 3.10 | Review email and reply (.6); review draft prot order and revised confid order (.2); review B&W FOF/COL (.4); review Libby disc requests (.2); confer JAL and ALV re same (1.4); email NDF and Horkovich (.3). |
| 03/12/09 | ACM | 580.00 | 2.10 | Review voting procedures and ballots and send JAL e-mail re same. |
| 03/12/09 | JAL | 495.00 | 1.50 | Reviewed and commented on draft solicitation materials and ballots. |
| 03/12/09 | JAL | 495.00 | 0.70 | Review and analysis of revised drafts of protective order and proposed stipulation. |
| 03/12/09 | JAL | 495.00 | 1.60 | Office conf. w/PVNL re: protective order drafts and draft discovery responses. |
| 03/12/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: draft protective orders. |
| 03/12/09 | JAL | 495.00 | 0.10 | Drafted e-mail to P. Mahaley re: proposed meet and confer w/Arrowood. |
| 03/12/09 | JAL | 495.00 | 0.40 | Drafted and revised e-mail to R. Wyron, P. Mahaley, and D. Felder re: protective order drafts. |
| 03/12/09 | JAL | 495.00 | 1.10 | Drafted and revised e-mail to C. Bruens re: comments on draft solicitation materials and ballots. |
| 03/12/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and NDF re: preliminary witness list. |
| 03/12/09 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to confirmation issues. |
| 03/12/09 | JAL | 495.00 | 0.30 | Drafted further e-mails to PVNL and NDF re: draft preliminary witness list. |

| | | | | |
|---|---|---|---|---|
| 03/12/09 | JPW | 495.00 | 0.60 | Review opt out Tersigni claimant litigation |
| 03/13/09 | PVL | 840.00 | 2.80 | Teleconference with Wyron, Mehaley and JAL (1.7); review emails and reply (.5); review multiple witness lists (.3); emails to Mehaley and JAL (.3). |
| 03/13/09 | JAL | 495.00 | 0.70 | Legal research re: discovery issues. |
| 03/13/09 | JAL | 495.00 | 1.00 | Review and analysis of materials relating to confirmation objections. |
| 03/13/09 | JAL | 495.00 | 3.30 | Drafting and revisions to discovery responses. |
| 03/13/09 | JAL | 495.00 | 1.70 | Tele. conf. w/PVNL and R. Wyron re: issues relating to confirmation objection. |
| 03/13/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/D. Felder re: draft protective orders. |
| 03/13/09 | JAL | 495.00 | 0.20 | Tele. call w/D. Felder and L. Esayian re: draft protective orders. |
| 03/13/09 | JAL | 495.00 | 0.20 | Reviewed preliminary witness lists. |
| 03/14/09 | JAL | 495.00 | 1.90 | Further drafting and revisions to draft discovery responses. |
| 03/15/09 | PVL | 840.00 | 0.90 | Review Anderson Mem disc requests (.3); review emails (.1); review objection to Anderson Mem ZAI claim (.2); review draft resps. to Doney & White rogs. (.3). |
| 03/15/09 | JAL | 495.00 | 1.00 | Review and analysis of materials relating to discovery issues. |
| 03/16/09 | PVL | 840.00 | 2.60 | Review email and reply (.7); review draft resps to Montana disc. and email comments (.4); review Sinclair memos (.1); review 6 add'l witness lists (.1); review Anderson ZAI class obj (.1); confer NDF, JAL and ALV (1); review PD committee disc resps (.1); review Shein report (.1). |
| 03/16/09 | NDF | 610.00 | 7.00 | Trial planning - confirmation hearing needed discovery (0.6); confer with PVNL et al re discovery responses (1.1); teleconference with EI re |

| | | | | expert report from insurer expert (0.2); read insurer expert report re TAC issues (0.5); confer with PVNL re same (0.3); revise and edit Peterson report (0.6); draft pleadings re Peterson report (0.5); confer with B. Stansbury re Whitehouse (1.0); review Whitehouse supplemental report (0.5); final review of Peterson report (0.5); review pleadings and memos re criminal case and restitution (0.7); review witness disclosure documents (0.2); review Peterson reliance materials (0.3). |
|---|---|---|---|---|
| 03/16/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL and NDF re: draft protective orders. |
| 03/16/09 | JAL | 495.00 | 0.20 | Review and comments on draft discovery responses. |
| 03/16/09 | JAL | 495.00 | 0.30 | Review and analysis of confirmation-related expert reports. |
| 03/16/09 | JAL | 495.00 | 1.20 | Meeting w/PVNL, NDF, and ALV re: draft discovery responses. |
| 03/16/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges relating to witnesses for confirmation hearing. |
| 03/16/09 | JAL | 495.00 | 0.80 | Further revisions and editing to draft discovery responses. |
| 03/16/09 | ALV | 360.00 | 5.00 | Coordination for filing of expert material (1.4); meet with NDF, PVNL, JAL regarding discovery and pretrial strategy (0.7); edit and draft discovery responses (2.9). |
| 03/17/09 | EI | 920.00 | 0.50 | T/c Rice and Portner re: Edwards judgment (.5). |
| 03/17/09 | ACM | 580.00 | 0.20 | Exchange e-mails with D. Boll re TDP. |
| 03/17/09 | JAL | 495.00 | 1.80 | Teleconf. w/counsel for Plan Proponents and Arrowood re: responses to discovery. |
| 03/17/09 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: discovery responses. |
| 03/17/09 | JAL | 495.00 | 3.10 | Revisions and editing to draft discovery responses. |

| 03/17/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: pending discovery requests. |
|---|---|---|---|---|
| 03/17/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and NDF re: draft discovery responses. |
| 03/17/09 | JAL | 495.00 | 0.20 | Reviewed materials relating to discovery responses. |
| 03/17/09 | JAL | 495.00 | 0.20 | Drafted e-mail to M. Hurford re: discovery responses. |
| 03/17/09 | ALV | 360.00 | 8.00 | Research regarding expert and pretrial concerns (1.6); coordination with DBS regarding expert research (0.3); edit and draft discovery responses (3.4); review pleadings, correspondence, and draft discovery response (2.7). |
| 03/18/09 | PVL | 840.00 | 1.50 | Review email and reply (.7); review revised draft resps to BNSF disc and email comments (.3); review revised draft prot order and email comments (.2); review revised draft resps to Kirk and Doney rogs and email comments (.3). |
| 03/18/09 | NDF | 610.00 | 2.10 | Confirmation hearing - trial prep and discovery - expert reports review. |
| 03/18/09 | JAL | 495.00 | 0.10 | Drafted e-mail to D. Felder re: confirmation witness. |
| 03/18/09 | JAL | 495.00 | 0.10 | Review of court's decision to dismiss motion for approval of settlement without prejudice. |
| 03/18/09 | JAL | 495.00 | 2.20 | Revisions and editing to draft discovery responses. |
| 03/18/09 | ALV | 360.00 | 4.90 | Edit and draft discovery responses (2.7); review pleadings, correspondence, and draft discovery response (1.8); research regarding expert and pretrial issues (0.4). |
| 03/18/09 | KB | 320.00 | 0.40 | Discussed case with Walt Slocombe |
| 03/19/09 | PVL | 840.00 | 3.40 | Review email and reply (.3); review witness chart (.1); review revised resps to Montana disc and email comments (.3); review draft resps to Libby cls RFPs and email comments (.6); teleconference EI (.8); email EI and NDF (.2); teleconference |

|          |     |        |      |                                                                                                                                                                                                                                                                                                                                |
|----------|-----|--------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |        |      | Cohn and Candon (1); review Cohn letter and reply (.1).                                                                                                                                                                                                                                                                         |
| 03/19/09 | NDF | 610.00 | 3.10 | Work on confirmation hearing discovery - review medical articles and treatises cited by Whitehouse.                                                                                                                                                                                                                             |
| 03/19/09 | ACM | 580.00 | 0.20 | Teleconference D. Boll re Cooperation Agreement.                                                                                                                                                                                                                                                                                |
| 03/19/09 | JAL | 495.00 | 0.50 | Review and analysis of revised draft of protective order.                                                                                                                                                                                                                                                                      |
| 03/19/09 | JAL | 495.00 | 0.10 | Drafted e-mail to ALV re: list of witnesses.                                                                                                                                                                                                                                                                                    |
| 03/19/09 | JAL | 495.00 | 0.10 | Drafted e-mail to ALV re: draft discovery responses.                                                                                                                                                                                                                                                                            |
| 03/19/09 | JAL | 495.00 | 2.30 | Revisions and edits to draft protective order.                                                                                                                                                                                                                                                                                  |
| 03/19/09 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to confirmation issues.                                                                                                                                                                                                                                                               |
| 03/19/09 | ALV | 360.00 | 2.90 | Edit and draft discovery responses.                                                                                                                                                                                                                                                                                             |
| 03/19/09 | KB  | 320.00 | 4.50 | Researched restitution issue                                                                                                                                                                                                                                                                                                    |
| 03/20/09 | PVL | 840.00 | 3.80 | Review email and reply (.5); review AMH disc resps (.1); teleconference EI and NDF re hearing prep (.9); prep for teleconference w/EI (.2); review draft resps to Libby cls. discovery (.7); review Debtors draft disc resps and email comments (.7); review suppl Whitehouse report (.1); review Peterson report (.6).           |
| 03/20/09 | NDF | 610.00 | 4.60 | Work on confirmation hearing discovery and trial prep - articles cited by Whitehouse and Spear, and Welch rebuttal to Whitehouse.                                                                                                                                                                                                |
| 03/20/09 | JAL | 495.00 | 0.10 | Drafted e-mail to L. Esayian re: draft protective order.                                                                                                                                                                                                                                                                        |
| 03/20/09 | JAL | 495.00 | 3.60 | Review and edits on draft discovery responses.                                                                                                                                                                                                                                                                                  |
| 03/20/09 | JAL | 495.00 | 0.20 | Review and analysis of correspondence and materials relating to draft protective order.                                                                                                                                                                                                                                         |
| 03/20/09 | JAL | 495.00 | 0.10 | Tele. call w/ALV re: draft discovery responses.                                                                                                                                                                                                                                                                                 |

| | | | | |
|---|---|---|---|---|
| 03/20/09 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to insurance issues. |
| 03/20/09 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to settlement proposal by plan objector. |
| 03/20/09 | JAL | 495.00 | 1.50 | Drafted and revised memo to J. Cooney re: draft discovery responses. |
| 03/20/09 | ALV | 360.00 | 7.00 | Review pleadings for discovery responses; review reports, and expert related material for pretrial planning (3.8); edit and draft discovery responses; draft material for pretrial planning (2.9); confer with counsel for FCR and counsel for the Debtors regarding discovery responses (0.3). |
| 03/20/09 | KB | 320.00 | 5.80 | Researched restitution issue |
| 03/21/09 | PVL | 840.00 | 2.00 | Review Whitehouse testimony (1.9); review email and reply (.1). |
| 03/21/09 | ACM | 580.00 | 0.90 | Review Peterson report and exchange e-mails with NFF re same. |
| 03/22/09 | PVL | 840.00 | 0.50 | Review email (.1); review revised resps to BNSF and email JAL (.1); review draft stip re Libby Cls and email NDF et al (.3). |
| 03/22/09 | ALV | 360.00 | 0.80 | Review pleadings, correspondence, and draft discovery response. |
| 03/23/09 | PVL | 840.00 | 3.10 | Review UCC disc resps (.1); review revised witness chart (.2); review revised draft disc responses (2); review email and reply (.4); teleconference Esayian (.4). |
| 03/23/09 | NDF | 610.00 | 3.00 | Review/edit Peterson report to fix mistake (0.4); review witness list to make informed decisions re deposition (0.3); review criminal indictment re restitution issue (0.5); confer with WBS re restitution issues (0.5); email to EI re Libby issues and proposed stipulation (0.4); email to PVNL re case issues (0.2); review Stockton draft expert report (0.7). |

| 03/23/09 | NDF | 610.00 | 4.80 | Confer with PVNL and WBS re restitution issues and ACC response to same (2.0); confer with BSB et al re witnesses and deposition coverage (0.7); read insurance case recently decided re 1123a5 (0.5); read draft expert report (0.7); read WBS memo re restitution research (0.4); teleconference with counsel for Libby claimants re Libby witness depositions (0.5). |
|---|---|---|---|---|
| 03/23/09 | ACM | 580.00 | 0.60 | Review Peterson report. |
| 03/23/09 | JAL | 495.00 | 0.20 | Review e-mail exchanges re: proposed Libby stipulation. |
| 03/23/09 | JAL | 495.00 | 4.80 | Reviewed and commented on draft discovery responses. |
| 03/23/09 | JAL | 495.00 | 0.20 | Reviewed e-mails from J. Baer re: debtors' comments on draft discovery responses. |
| 03/23/09 | JAL | 495.00 | 0.10 | Office conf. w/ALV re: draft discovery responses. |
| 03/23/09 | JAL | 495.00 | 0.20 | Second office conf. w/ALV re: draft discovery responses. |
| 03/23/09 | JAL | 495.00 | 0.10 | Review and analysis of materials relating to confirmation issues. |
| 03/23/09 | JAL | 495.00 | 0.10 | Third office conf. w/ALV re: draft discovery responses. |
| 03/23/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: evidence for confirmation hearing. |
| 03/23/09 | JAL | 495.00 | 0.10 | Drafted e-mail to K. Orr re: discovery responses. |
| 03/23/09 | JAL | 495.00 | 0.10 | Reviewed J. Baer's comments on draft discovery responses. |
| 03/23/09 | JAL | 495.00 | 0.40 | Reviewed e-mail from PVNL re: draft discovery responses. |
| 03/23/09 | ALV | 360.00 | 6.00 | Edit and draft discovery responses; draft material for pretrial planning (4.5); review of draft discovery and pleading material (1.1); coordinate with MCG regarding witness planning material (0.3); confer |

| | | | | |
|---|---|---|---|---|
| | | | | with K. Orr (counsel for FCR) regarding discovery responses (0.1). |
| 03/24/09 | PVL | 840.00 | 6.50 | Review suppl MCC disc resps (.1); review Equity comm disc resps (.1); review email and reply (.3); review draft Plan Props disc resps and email comments re same (2.5); review revised draft prot order (.1); teleconference Horkovich (.1); teleconference Freedman (.2); confer WBS, NDF, KB (2.2); confer NDF, WBS and BSB (.8); review Libby cls disc resps (.1). |
| 03/24/09 | ACM | 580.00 | 0.60 | Teleconference NDF, M. Peterson re Peterson report (.3); review final report (.3). |
| 03/24/09 | JAL | 495.00 | 0.20 | Office conf. w/ALV re: draft discovery responses. |
| 03/24/09 | JAL | 495.00 | 0.10 | Second office conf. w/ALV re: draft discovery responses. |
| 03/24/09 | JAL | 495.00 | 5.90 | Reviewed, edited, and commented on draft discovery responses due today. |
| 03/24/09 | JAL | 495.00 | 0.20 | Review and analysis of revised protective order and related e-mail exchanges. |
| 03/24/09 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to confirmation issues. |
| 03/24/09 | ALV | 360.00 | 6.80 | Arrange for filing of discovery (2.5); edit discovery responses (1.6); confer with JAL, M. Hurford, and counsel for FCR regarding discovery responses (1.1); review of draft discovery to be served today (1.6). |
| 03/24/09 | JPW | 495.00 | 2.60 | Meet with NDF re depositions (.2); review docket and scheduling order (1.4); deposition issues, e-mails re same (1.0) |
| 03/24/09 | KB | 320.00 | 8.00 | Researched restitution issue |
| 03/25/09 | PVL | 840.00 | 3.70 | Review Travelers 2d RFAs (.1); review ZAI class reply brief (.3); review Grace memo and email NDF (.4); review WBS memo (.2); review email and reply (.7); review final disc resps of ACC, FCR |

|  |  |  |  | and Debtors (.6); review Debtor reply re ZAI class (.2); teleconference EI and NDF (1.2). |
| --- | --- | --- | --- | --- |
| 03/25/09 | NDF | 610.00 | 3.50 | Confirmation hearing discovery and trial prep - work on expert reports. |
| 03/25/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between Plan Proponents' counsel re: plan and discovery issues. |
| 03/25/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/PVNL and ALV re: draft discovery. |
| 03/25/09 | JAL | 495.00 | 0.10 | Office conf. w/ALV re: draft discovery. |
| 03/25/09 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to confirmation hearing. |
| 03/25/09 | JAL | 495.00 | 0.20 | Reviewed and commented on draft discovery responses. |
| 03/25/09 | JAL | 495.00 | 0.80 | Review and analysis of materials re: prep. for confirmation hearing. |
| 03/25/09 | JAL | 495.00 | 0.30 | Office conf. w/ALV re: draft discovery responses. |
| 03/25/09 | JAL | 495.00 | 0.20 | Review and analysis of recent discovery requests. |
| 03/25/09 | JAL | 495.00 | 0.40 | Office conf. w/KCM re: plan issues. |
| 03/25/09 | ALV | 360.00 | 4.50 | Edit material for pretrial planning (0.9); research information for pretrial planning and organization (1.8); confer with JAL and M. Hurford regarding filing and review discovery responses (0.7); review filed and corrected discovery responses (1.1). |
| 03/25/09 | KB | 320.00 | 6.60 | Researched restitution issue |
| 03/26/09 | PVL | 840.00 | 2.30 | Review email and reply (.8); review Whitehouse depo (.6); confer NDF (.3); teleconference Horkovich (.1); review Horkovich email and reply (.3); review JAL POR revs and reply (.2). |
| 03/26/09 | NDF | 610.00 | 3.50 | Prepare for meet and confer with Heberling on interrogatory answers (0.6); email to EI re IME, other case issues (0.5); review ATSDR study (1.0); |

| | | | | |
|---|---|---|---|---|
| | | | | review criminal case testimony (0.5); work on Welch rebuttal report (0.9). |
| 03/26/09 | JAL | 495.00 | 0.20 | Reviewed e-mails from NDF re: confirmation discovery issues. |
| 03/26/09 | JAL | 495.00 | 1.40 | Review and analysis of materials relating to confirmation issues. |
| 03/26/09 | JAL | 495.00 | 0.60 | Review and analysis of recently serviced discovery requests. |
| 03/26/09 | JAL | 495.00 | 0.30 | Tele. conf. w/D. Boll re: plan issues. |
| 03/26/09 | JAL | 495.00 | 0.10 | Reviewed letter from CNA counsel re: discovery issues. |
| 03/26/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from L. Esayian re: discovery issue. |
| 03/26/09 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: discovery issue. |
| 03/26/09 | JAL | 495.00 | 0.60 | Drafted and revised e-mail to PVNL and FCR's counsel re: plan issue. |
| 03/26/09 | JAL | 495.00 | 0.90 | Review and analysis of materials relating to plan objections. |
| 03/26/09 | JAL | 495.00 | 0.50 | Review and analysis of materials in prep. for tomorrow's meet-and-confer w/the Libby Claimants. |
| 03/26/09 | JAL | 495.00 | 0.30 | Drafted and revised e-mail to PVNL re: plan issues. |
| 03/26/09 | JAL | 495.00 | 0.10 | Drafted e-mail to L. Esayian re: confirmation-related discovery requests. |
| 03/26/09 | JAL | 495.00 | 0.10 | Reviewed deposition calendar and scheduling. |
| 03/26/09 | JAL | 495.00 | 0.30 | Reviewed letter from counsel for Seaton re: plan objections. |
| 03/26/09 | ALV | 360.00 | 0.60 | Review discovery and expert material. |
| 03/26/09 | KB | 320.00 | 4.70 | Researched restitution issue |

| 03/27/09 | PVL | 840.00 | 3.00 | Teleconference Candon, Heberling, Running, Orr, NDF and JAL (.5); confer NDF (.5); review email and reply (.6); review Brown ltr. to Bernick (.1); email Horkovich (.1); review ins. exhaustion chart (.2); review draft prot order (.1); review Libby cls prop stip and email Candon (.4); review draft resps. to AMH disc requests (.5). |
|----------|-----|--------|------|---|
| 03/27/09 | NDF | 610.00 | 2.40 | Draft memo re confirmation hearing witnesses (0.9); emails to Heberling re case issue (0.1); teleconference with PVNL re stipulation with Libby (0.5); communications with plaintiffs' lawyers re vermiculite claimants outside Libby (0.9). |
| 03/27/09 | JAL | 495.00 | 0.50 | Telephonic meet-and-confer w/Libby Claimants' counsel re: discovery responses. |
| 03/27/09 | JAL | 495.00 | 0.10 | Office conf. w/ALV re: discovery issues. |
| 03/27/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: discovery responses. |
| 03/27/09 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL and NDF re: discovery issues. |
| 03/27/09 | ALV | 360.00 | 2.80 | Draft and edit potential discovery responses (0.9); research related to discovery (1.9). |
| 03/27/09 | KB | 320.00 | 0.50 | Researched restitution issue |
| 03/28/09 | PVL | 840.00 | 1.20 | Review Whitehouse depo. |
| 03/30/09 | PVL | 840.00 | 1.70 | Review email and reply (.2); teleconference Freedman (.1); teleconference Horkovich (1.1); review revised Libby stip and email NDF (.1); email Esayian (.1); review Grace disc requests to PD committee (.1). |
| 03/30/09 | NDF | 610.00 | 4.00 | Review and edit Welch report (2.0); teleconference with Welch re report (1.0); confer with BSB re reports (0.5); final review of Stockman report (0.5). |
| 03/30/09 | ACM | 580.00 | 1.30 | Exchange e-mails with L. Busch, JAL, C. Bruens re balloting issues (.5); review voting procedures (.8). |

| 03/30/09 | ALV | 360.00 | 4.80 | Research related to discovery (4.4); review pleadings and expert reports (0.4). |
|---|---|---|---|---|
| 03/30/09 | KB | 320.00 | 5.10 | Researched restitution issue |
| 03/31/09 | PVL | 840.00 | 1.30 | Review email and reply (.1); teleconference Freedman, Baer, Orr, NDF, JAL et al (.9); review Grace draft resps to One Beacon disc (.3). |
| 03/31/09 | NDF | 610.00 | 2.90 | Teleconference with Plan Proponents' counsel re discovery (1.8); read Whitehouse transcript (0.6); review list of trial evidence (0.5). |
| 03/31/09 | ACM | 580.00 | 0.30 | Exchange e-mails with L. Busch, C. Greco, NDF re balloting issues. |
| 03/31/09 | JAL | 495.00 | 0.10 | Tele. call w/ALV re: draft discovery responses. |
| 03/31/09 | JAL | 495.00 | 0.30 | Reviewed and commented on draft discovery responses. |
| 03/31/09 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to plan confirmation issues. |
| 03/31/09 | JAL | 495.00 | 1.00 | Conf. call w/Plan Proponents' counsel re: confirmation and related discovery issues. |
| 03/31/09 | JAL | 495.00 | 0.10 | Reviewed Arrowood's objection to Anderson Memorial Hospital's notice of deposition. |
| 03/31/09 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to confirmation issues. |
| 03/31/09 | ALV | 360.00 | 8.70 | Research related to discovery; research issued concerning admissibility of evidence (6.5); review draft discovery responses, pleadings, and expert reports (0.8); edit draft discovery responses (0.4); teleconference with Plan Proponents regarding depositions and witnesses (1.0). |
| 03/31/09 | KB | 320.00 | 1.20 | Researched restitution issue |

**Total Task Code .17        361.90**

## Relief from Stay Proceedings (.50 Hours; $ 420.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $840 | 420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/17/09 | PVL | 840.00 | 0.20 | Review CCC obj to Kaneb lift stay (.1); review Libby cls. motion re BNSF appeal and Grace resp (.1). |
| 03/23/09 | PVL | 840.00 | 0.10 | Review Grace obj to 2d Kaneb lift stay motion. |
| 03/24/09 | PVL | 840.00 | 0.20 | Review 2 Kaneb lift stay replies. |

**Total Task Code .18        .50**

## Travel – Non Working (11.50 Hours; $ 3,795.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.50 | $420 | 2,310.00 |
| Jeffrey A. Liesemer | 6.00 | $247.50 | 1,485.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/08/09 | PVL | 420.00 | 2.30 | Travel to Pittsburgh for DS hearing. |
| 03/08/09 | JAL | 247.50 | 2.90 | Travel from D.C. to Pittsburgh for Disclosure Statement Hearing. |
| 03/09/09 | PVL | 420.00 | 3.20 | Return travel to DC (3); travel to court (.2). |
| 03/09/09 | JAL | 247.50 | 3.10 | Return travel to DC from Pittsburgh, following disclosure statement hearing. |

32

**Total Task Code .21**       **11.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,279.40 |
| Air Freight & Express Mail | 25.12 |
| Database Research | 4,729.23 |
| Local Transportation - DC | 17.13 |
| Long Distance-Equitrac In-House | 32.83 |
| Meals Related to Travel | 190.53 |
| NYO Long Distance Telephone | 600.32 |
| Outside Photocopying/Duplication Service | 2,897.97 |
| Postage & Air Freight | 91.42 |
| Professional Fees & Expert Witness Fees | 12,000.00 |
| Travel Expenses - Ground Transportation | 367.49 |
| Travel Expenses - Hotel Charges | 1,334.48 |
| Travel Expenses - LD Calls on Hotel Bill | 2.00 |
| Travel Expenses - Miscellaneous | 8.00 |
| Xeroxing | 326.30 |

**Total:**    **$ 27,902.22**