## EXHIBIT B

### Business Operations (.10 Hours; $ 84.00)

      Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**      .10


### Case Administration (22.80 Hours; $ 6,654.50)

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      22.80


### Claim Analysis Objection & Resolution (Asbestos) (5.50 Hours; $ 4,620.00)

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**      5.50


### Committee, Creditors', Noteholders' or Equity Holders' (2.10 Hours; $ 1,184.00)

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**      2.10


### Employee Benefits/Pension (.20 Hours; $ 168.00)

      Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**      .20

**Fee Applications, Applicant (7.70 Hours; $ 3,431.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12      7.70**

**Hearings (1.90 Hours; $ 1,385.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15      1.90**

**Litigation and Litigation Consulting (325.60 Hours; $ 184,351.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16      325.60**

**Plan & Disclosure Statement (361.90 Hours; $ 197,970.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17      361.90**

**Relief from Stay Proceedings (.50 Hours; $ 420.00)**

Services rendered in this category pertain to the analysis and response to motions to lift the automatic stay.

**Total Task Code .18      .50**

**Travel – Non Working (11.50 Hours; $ 3,795.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21      11.50**