## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,279.40 |
| Air Freight & Express Mail | 25.12 |
| Database Research | 4,729.23 |
| Local Transportation - DC | 17.13 |
| Long Distance-Equitrac In-House | 32.83 |
| Meals Related to Travel | 190.53 |
| NYO Long Distance Telephone | 600.32 |
| Outside Photocopying/Duplication Service | 2,897.97 |
| Postage & Air Freight | 91.42 |
| Professional Fees & Expert Witness Fees | 12,000.00 |
| Travel Expenses - Ground Transportation | 367.49 |
| Travel Expenses - Hotel Charges | 1,334.48 |
| Travel Expenses - LD Calls on Hotel Bill | 2.00 |
| Travel Expenses - Miscellaneous | 8.00 |
| Xeroxing | 326.30 |
| **Total:** | **$ 27,902.22** |