| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter     000 | Disbursements | 4/21/2009 |

Attn:

Print Date/Time: 04/21/2009  4:16:16PM

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950  to: 3/31/2009

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/15/2009 | 13,655 |
|---|---|---|---|---|---|---|---|---|
| Client Retainers Available | | $4,759.14 | Committed to Invoices: | | $0.00 | Remaining: | $4,759.14 | |

Total Expenses Billed To Date       $3,163,780.67

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 14,318.17 | 0.00 | 13,917.47 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,891.40 | 0.00 | 2,679.40 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 12.89 | 0.00 | 12.89 |
| 0187 | NDF | Nathan D Finch | 0.00 | 434.01 | 0.00 | 434.01 |
| 0204 | AWG | Ann W Geier | 0.00 | 1.80 | 0.00 | 1.80 |
| 0206 | MMM | Michelle M Maloy | 0.00 | 0.20 | 0.00 | 0.20 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 33.80 | 0.00 | 33.80 |
| 0227 | RH | Roxana  Healy | 0.00 | 3.60 | 0.00 | 3.60 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 2.60 | 0.00 | 2.60 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 90.70 | 0.00 | 90.70 |
| 0243 | IH | Iris  Houston | 0.00 | 0.70 | 0.00 | 0.70 |
| 0253 | SEY | Sheena E Young | 0.00 | 0.40 | 0.00 | 0.40 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 2,226.55 | 0.00 | 2,226.55 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 16.00 | 0.00 | 16.00 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 2,923.60 | 0.00 | 2,923.60 |
| 0816 | KB | Kirsten  Burmester | 0.00 | 11.30 | 0.00 | 11.30 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 5,547.20 | 0.00 | 5,547.20 |
| **Total Fees** | | | **0.00** | **28,514.92** | **0.00** | **27,902.22** |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| Matter 000 | Disbursements | | 4/21/2009 |

Print Date/Time: 04/21/2009 4:16:16PM

Attn:

Invoice #

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulativ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2346522 | Photocopy | E | 03/02/2009 | 0206 MMM | | 0.00 | $0.20 | | 0.00 | $0.20 | 0.2 |
| 2346538 | Photocopy | E | 03/02/2009 | 0204 AWG | | 0.00 | $1.80 | | 0.00 | $1.80 | 2.0 |
| 2342472 | Nathan D. Finch meals for travel to NYC, re: Mtg. w/ EI, 2/2/09 - 2/3/09 | E | 03/02/2009 | 0187 NDF | | 0.00 | $50.18 | | 0.00 | $50.18 | 52.1 |
| 2342473 | Nathan D. Finch Hotel Elysee 1-Night Lodging Expense for travel to NYC, re: Mtg. w/ EI, 2/2/09 - 2/3/09 | E | 03/02/2009 | 0187 NDF | | 0.00 | $357.83 | | 0.00 | $357.83 | 410.0 |
| 2342474 | Nathan D. Finch cab fares for travel to NYC, re: Mtg. w/ EI, 2/2/09 - 2/3/09 | E | 03/02/2009 | 0187 NDF | | 0.00 | $24.00 | | 0.00 | $24.00 | 434.0 |
| 2342475 | Nathan D. Finch Long Distace Calls for travel to NYC, re: Mtg. w/ EI, 2/2/09 - 2/3/09 | E | 03/02/2009 | 0187 NDF | | 0.00 | $2.00 | | 0.00 | $2.00 | 436.0 |
| 2346615 | Photocopy | E | 03/03/2009 | 0317 JAL | | 0.00 | $4.80 | | 0.00 | $4.80 | 440.8 |
| 2346676 | Photocopy | E | 03/04/2009 | 0237 SRB | | 0.00 | $0.10 | | 0.00 | $0.10 | 440.9 |
| 2346683 | Photocopy | E | 03/04/2009 | 0999 C&D | | 0.00 | $6.20 | | 0.00 | $6.20 | 447.1 |
| 2344011 | Jeffrey A. Liesemer cab fares for travel to NYC, re: Grace Plan Confirmation Mtg., 2/24/09 | E | 03/04/2009 | 0317 JAL | | 0.00 | $55.15 | | 0.00 | $55.15 | 502.2 |
| 2344012 | Jeffrey A. Liesemer misc. tips/gratuities for travel to NYC, re: Grace Plan Confirmation Mtg., 2/24/09 | E | 03/04/2009 | 0317 JAL | | 0.00 | $4.00 | | 0.00 | $4.00 | 506.2 |
| 2347749 | Equitrac - Long Distance to 14068621532 | E | 03/04/2009 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 506.3 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 4/21/2009 |
| | | | | | | | | Print Date/Time: 04/21/2009 | | 4:16:16PM |
| Attn: | | | | | | | | | | Invoice # |
| 2347750 | Equitrac - Long Distance to 14067525566 | | E | 03/04/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 506.3 |
| 2347774 | Equitrac - Long Distance to 18054993572 | | E | 03/04/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 506.3 |
| 2347826 | Equitrac - Long Distance to 13024261900 | | E | 03/04/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 506.4 |
| 2347914 | Equitrac - Long Distance to 13024269910 | | E | 03/05/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 506.8 |
| 2346773 | Photocopy | | E | 03/05/2009 | 0999 | C&D | 0.00 | $33.10 | 0.00 | $33.10 | 539.9 |
| 2346792 | Photocopy | | E | 03/05/2009 | 0317 | JAL | 0.00 | $7.40 | 0.00 | $7.40 | 547.3 |
| 2346799 | Photocopy | | E | 03/05/2009 | 0317 | JAL | 0.00 | $6.20 | 0.00 | $6.20 | 553.5 |
| 2346820 | Photocopy | | E | 03/05/2009 | 0317 | JAL | 0.00 | $2.30 | 0.00 | $2.30 | 555.8 |
| 2346828 | Photocopy | | E | 03/05/2009 | 0237 | SRB | 0.00 | $11.80 | 0.00 | $11.80 | 567.6 |
| 2346829 | Photocopy | | E | 03/05/2009 | 0237 | SRB | 0.00 | $17.30 | 0.00 | $17.30 | 584.9 |
| 2346830 | Photocopy | | E | 03/05/2009 | 0237 | SRB | 0.00 | $20.50 | 0.00 | $20.50 | 605.4 |
| 2346832 | Photocopy | | E | 03/05/2009 | 0237 | SRB | 0.00 | $10.90 | 0.00 | $10.90 | 616.3 |
| 2346840 | Photocopy | | E | 03/05/2009 | 0999 | C&D | 0.00 | $16.90 | 0.00 | $16.90 | 633.2 |
| 2346848 | Photocopy | | E | 03/05/2009 | 0237 | SRB | 0.00 | $1.00 | 0.00 | $1.00 | 634.2 |
| 2346921 | Photocopy | | E | 03/06/2009 | 0317 | JAL | 0.00 | $3.70 | 0.00 | $3.70 | 637.9 |
| 2347950 | Equitrac - Long Distance to 13024261900 | | E | 03/06/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 638.1 |
| 2347952 | Equitrac - Long Distance to 13024269910 | | E | 03/06/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 638.2 |
| 2347978 | Equitrac - Long Distance to 13024269910 | | E | 03/06/2009 | 0999 | C&D | 0.00 | $0.84 | 0.00 | $0.84 | 639.0 |
| | | | | | | C&D | | | | | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2009 |

Print Date/Time: 04/21/2009  4:16:16PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2347983 | Equitrac - Long Distance to 12122781322 | E | 03/06/2009 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 639.1: |
| 2348003 | Equitrac - Long Distance to 16144648322 | E | 03/06/2009 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 640.5: |
| 2348006 | Equitrac - Long Distance to 13024269910 | E | 03/06/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 640.7( |
| 2348007 | Equitrac - Long Distance to 13024269910 | E | 03/06/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 641.0< |
| 2348008 | Equitrac - Long Distance to 13024269910 | E | 03/06/2009 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 641.6( |
| 2348009 | Equitrac - Long Distance to 13024269910 | E | 03/06/2009 | 0999 | C&D | 0.00 | $0.88 | 0.00 | $0.88 | 642.4¦ |
| 2348064 | Equitrac - Long Distance to 17138051815 | E | 03/09/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 642.6¦ |
| 2348152 | Equitrac - Long Distance to 13604797707 | E | 03/10/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 642.7( |
| 2348190 | Equitrac - Long Distance to 12123199240 | E | 03/10/2009 | 0999 | C&D | 0.00 | $1.64 | 0.00 | $1.64 | 644.4( |
| 2351593 | Photocopy | E | 03/10/2009 | 0232 | LK | 0.00 | $0.20 | 0.00 | $0.20 | 644.6( |
| 2351684 | Photocopy | E | 03/11/2009 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 645.5( |
| 2351689 | Photocopy | E | 03/11/2009 | 0999 | C&D | 0.00 | $9.50 | 0.00 | $9.50 | 655.0( |
| 2351749 | Photocopy | E | 03/11/2009 | 0232 | LK | 0.00 | $2.00 | 0.00 | $2.00 | 657.0( |
| 2351757 | Photocopy | E | 03/11/2009 | 0999 | C&D | 0.00 | $1.70 | 0.00 | $1.70 | 658.7( |
| 2351758 | Photocopy | E | 03/11/2009 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 659.2 |
| 2348214 | Equitrac - Long Distance to 14062533430 | E | 03/11/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 659.4 |
| 2348224 | Equitrac - Long Distance to 12123197125 | E | 03/11/2009 | 0999 | C&D | 0.00 | $1.56 | 0.00 | $1.56 | 661.0 |
| 2348278 | Equitrac - Long Distance to 19143721874 | E | 03/11/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 661.3 |
| 2347235 | Peter Van N. Lockwood meals for travel to Pittsburgh, PA, re: Hearing, 3/8/09 - 3/9/09 | E | 03/11/2009 | 0020 | PVL | 0.00 | $102.74 | 0.00 | $102.74 | 764.0 |

| Client Number: 4642 | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | | 4/21/2009 |

Grace Asbestos Personal Injury Claimants

Print Date/Time: 04/21/2009  4:16:16PM

Attn:

Invoice #

| ID | Description | | Date | Code | Initials | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 2347236 | Peter Van N. Lockwood Omni William Penn 1-Night Lodging Expense for travel to Pittsburgh, PA, re: Hearing, 3/8/09 - 3/9/09 | E | 03/11/2009 | 0020 | PVL | 0.00 | $272.46 | 0.00 | $272.46 | 1,036.5 |
| 2347239 | Discovery Document Solutions, Inc. -Copy Svc., 1/5/09 (MAF) | E | 03/11/2009 | 0367 | MAF | 0.00 | $2,897.97 | 0.00 | $2,897.97 | 3,934.4 |
| 2351770 | Photocopy | E | 03/12/2009 | 0237 | SRB | 0.00 | $2.40 | 0.00 | $2.40 | 3,936.8 |
| 2351789 | Photocopy | E | 03/12/2009 | 0237 | SRB | 0.00 | $4.90 | 0.00 | $4.90 | 3,941.7 |
| 2351850 | Photocopy | E | 03/13/2009 | 0237 | SRB | 0.00 | $1.30 | 0.00 | $1.30 | 3,943.0 |
| 2351861 | Photocopy | E | 03/13/2009 | 0999 | C&D | 0.00 | $13.90 | 0.00 | $13.90 | 3,956.9 |
| 2351904 | Photocopy | E | 03/13/2009 | 0317 | JAL | 0.00 | $20.60 | 0.00 | $20.60 | 3,977.5 |
| 2351911 | Photocopy | E | 03/13/2009 | 0317 | JAL | 0.00 | $5.30 | 0.00 | $5.30 | 3,982.8 |
| 2348450 | Equitrac - Long Distance to 13128612226 | E | 03/13/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 3,982.9 |
| 2348489 | Gail D Stockman, MD, Phd -Expert Witness Fee, re: Case #01-1139  (BSB) | E | 03/16/2009 | 0001 | BSB | 0.00 | $12,000.00 | 0.00 | $12,000.00 | 15,982.9 |
| 2348490 | Bernard S. Bailor First Class Roundtrip Airfare for travel to Houston, TX, re: Client Deposition, 3/11/09 - 3/12/09 (Coach Fare $1,277.00) | E | 03/16/2009 | 0001 | BSB | 0.00 | $1,677.70 | 0.00 | $1,277.00 | 17,259.9 |
| 2348491 | Bernard S. Bailor Agent Fee for First Class Roundtrip Airfare, re: Travel to Houston, TX, re: Client Deposition, 3/11/09 - 3/12/09 (Coach Fare $1,277.00) | E | 03/16/2009 | 0001 | BSB | 0.00 | $40.00 | 0.00 | $40.00 | 17,299.9 |
| 2348492 | Bernard S. Bailor meals for travel to Houston, TX, re: Client Deposition, 3/11/09 - 3/12/09 | E | 03/16/2009 | 0001 | BSB | 0.00 | $37.61 | 0.00 | $37.61 | 17,337.5 |
| 2348493 | Bernard S. Bailor Omni Hotel 1-Night Lodging Expense for travel to Houston, TX, re: Client Deposition, 3/11/09 - 3/12/09 | E | 03/16/2009 | 0001 | BSB | 0.00 | $431.73 | 0.00 | $431.73 | 17,769.2 |
| 2348494 | Bernard S. Bailor cab fares for travel to | E | 03/16/2009 | 0001 | BSB | 0.00 | $114.00 | 0.00 | $114.00 | 17,883.2 |

| Client Number: | 4642 | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | **Disbursements** | | | | | | | | 4/21/2009 |

Print Date/Time: 04/21/2009 4:16:16PM

Attn:

Invoice #

Houston, TX, re: Client Deposition, 3/11/09 - 3/12/09

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2348507 | Federal Express Delivery to M.Hurford, 2/4/09 (MAF) | E | 03/16/2009 | 0367 | MAF | 0.00 | $12.23 | 0.00 | $12.23 | 17,895.5 |
| 2348529 | Federal Express Delivery to K.Hemming, 2/23/09 (EI) | E | 03/16/2009 | 0120 | EI | 0.00 | $12.89 | 0.00 | $12.89 | 17,908.3 |
| 2348538 | ADA Travel, Inc. -First Class Roundtrip Amtrak Train Fare for travel to New York, NY, 2/24/09 (PVNL)  (Business Class $364.00) | E | 03/16/2009 | 0020 | PVL | 0.00 | $576.00 | 0.00 | $364.00 | 18,272.3 |
| 2348539 | ADA Travel, Inc. -Agent Fee for First Class Roundtrip Amtrak Train Fare, re: Travel to New York, NY, 2/24/09 (PVNL)  (Business Class $364.00) | E | 03/16/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 18,312.3 |
| 2348541 | ADA Travel, Inc. -Agent Fee for Coach Class Roundtrip Airfare, re: Travel to Pittsburgh, PA, 2/24/09 (PVNL) | E | 03/16/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 18,352.3 |
| 2349146 | Equitrac - Long Distance to 14062572037 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 18,352.4 |
| 2349152 | Equitrac - Long Distance to 18054993572 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 18,352.5 |
| 2349167 | Equitrac - Long Distance to 18054993572 | E | 03/16/2009 | 0999 | C&D | 0.00 | $1.76 | 0.00 | $1.76 | 18,354.3 |
| 2349181 | Equitrac - Long Distance to 13024261900 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 18,354.6 |
| 2349195 | Equitrac - Long Distance to 13024261900 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 18,355.2 |
| 2349203 | Equitrac - Long Distance to 13024261900 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 18,355.3 |
| 2349257 | Equitrac - Long Distance to 13024261900 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 18,355.7 |
| 2349261 | Equitrac - Long Distance to 13024269910 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 18,355.7 |
| 2349263 | Equitrac - Long Distance to 13024261900 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 18,355.8 |
| 2349269 | Equitrac - Long Distance to 13024261900 | E | 03/16/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 18,355.9 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2009 |

Attn:                                                                                                          Print Date/Time: 04/21/2009  4:16:16PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2349287 | Petty Cash -Cab Fares & Parking at DCA Airport, re: Travel to Pittsburgh, PA, 3/8/09 (PVNL) | E | 03/16/2009 | 0020 | PVL | 0.00 | $101.00 | 0.00 | $101.00 | 18,456.9 |
| 2351927 | Photocopy | E | 03/16/2009 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 18,458.2 |
| 2351995 | Photocopy | E | 03/16/2009 | 0220 | SKL | 0.00 | $12.80 | 0.00 | $12.80 | 18,471.0 |
| 2352044 | Photocopy | E | 03/17/2009 | 0237 | SRB | 0.00 | $0.30 | 0.00 | $0.30 | 18,471.3 |
| 2352049 | Photocopy | E | 03/17/2009 | 0237 | SRB | 0.00 | $1.90 | 0.00 | $1.90 | 18,473.2 |
| 2352057 | Photocopy | E | 03/17/2009 | 0253 | SEY | 0.00 | $0.40 | 0.00 | $0.40 | 18,473.6 |
| 2352087 | Photocopy | E | 03/17/2009 | 0367 | MAF | 0.00 | $13.40 | 0.00 | $13.40 | 18,487.0 |
| 2351240 | Equitrac - Long Distance to 17138051815 | E | 03/17/2009 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 18,487.6 |
| 2351252 | Equitrac - Long Distance to 19043211587 | E | 03/17/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 18,488.0 |
| 2351273 | Equitrac - Long Distance to 12124464934 | E | 03/17/2009 | 0999 | C&D | 0.00 | $0.96 | 0.00 | $0.96 | 18,488.9 |
| 2351317 | Equitrac - Long Distance to 13024261900 | E | 03/17/2009 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 18,489.6 |
| 2351371 | Postage | E | 03/18/2009 | 0999 | C&D | 0.00 | $31.58 | 0.00 | $31.58 | 18,521.1 |
| 2351398 | Jeffrey A. Liesemer Omni William Penn Hotel 1-Night Lodging Expense for travel to Pittsburgh, PA, re: Hearing, 3/8/09 - 3/9/09 | E | 03/18/2009 | 0317 | JAL | 0.00 | $272.46 | 0.00 | $272.46 | 18,793.6 |
| 2351399 | Jeffrey A. Liesemer cab fares for travel to Pittsburgh, PA, re: Hearing, 3/8/09 - 3/9/09 | E | 03/18/2009 | 0317 | JAL | 0.00 | $73.34 | 0.00 | $73.34 | 18,866.9 |
| 2351400 | Jeffrey A. Liesemer misc. tis/gratuities for travel to Pittsburgh, PA, re: Hearing, 3/8/09 - 3/9/09 | E | 03/18/2009 | 0317 | JAL | 0.00 | $4.00 | 0.00 | $4.00 | 18,870.9 |
| 2351401 | ADA Travel, Inc. -Roundtrip Coach Airfare to Pittsburgh, PA, 3/8/09 - 3/9/09 (PVNL) | E | 03/18/2009 | 0020 | PVL | 0.00 | $1,719.20 | 0.00 | $1,719.20 | 20,590.1 |
| | | | | | PVL | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 4/21/2009 |

Attn:

Print Date/Time: 04/21/2009 4:16:16PM

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2351402 | ADA Travel, Inc. -Agent Fee, re: Roundtrip Coach Airfare to Pittsburgh, PA, 3/8/09 - 3/9/09 (PVNL) | E | 03/18/2009 | 0020 | | 0.00 | $40.00 | 0.00 | $40.00 | 20,630.1 |
| 2351403 | ADA Travel, Inc. -Agent Fee, re: Roundtrip Coach Airfare to Pittsburgh, PA, 3/8/09 - 3/9/09 (JAL) | E | 03/18/2009 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 20,670.1 |
| 2351404 | ADA Travel, Inc. -Roundtrip Coach Airfare to Pittsburgh, PA, 3/8/09 - 3/9/09 (JAL) | E | 03/18/2009 | 0317 | JAL | 0.00 | $1,719.20 | 0.00 | $1,719.20 | 22,389.3 |
| 2352146 | Photocopy | E | 03/18/2009 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 22,390.7 |
| 2352214 | Photocopy | E | 03/18/2009 | 0220 | SKL | 0.00 | $5.50 | 0.00 | $5.50 | 22,396.2 |
| 2352298 | Equitrac - Long Distance to 12123544901 | E | 03/19/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 22,396.3 |
| 2354817 | Photocopy | E | 03/19/2009 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 22,397.5 |
| 2354846 | Photocopy | E | 03/19/2009 | 0816 | KB | 0.00 | $8.40 | 0.00 | $8.40 | 22,405.9 |
| 2354902 | Photocopy | E | 03/20/2009 | 0237 | SRB | 0.00 | $11.90 | 0.00 | $11.90 | 22,417.8 |
| 2354904 | Photocopy | E | 03/20/2009 | 0237 | SRB | 0.00 | $6.40 | 0.00 | $6.40 | 22,424.2 |
| 2354927 | Photocopy | E | 03/20/2009 | 0220 | SKL | 0.00 | $2.90 | 0.00 | $2.90 | 22,427.1 |
| 2354956 | Photocopy | E | 03/20/2009 | 0317 | JAL | 0.00 | $6.20 | 0.00 | $6.20 | 22,433.3 |
| 2352429 | Equitrac - Long Distance to 12123197125 | E | 03/20/2009 | 0999 | C&D | 0.00 | $3.56 | 0.00 | $3.56 | 22,436.9 |
| 2352435 | Equitrac - Long Distance to 13128612226 | E | 03/20/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 22,437.0 |
| 2352438 | Equitrac - Long Distance to 13024261900 | E | 03/20/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 22,437.0 |
| 2353205 | Equitrac - Long Distance to 13024261900 | E | 03/23/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 22,437.1 |
| 2353251 | Equitrac - Long Distance to 12124464934 | E | 03/23/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 22,437.1 |
| 2353257 | Equitrac - Long Distance to 13128612226 | E | 03/23/2009 | 0999 | C&D | 0.00 | $1.44 | 0.00 | $1.44 | 22,438.6 |
| | | | | | C&D | | | | | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2009 |

Attn:                                                                                                          Print Date/Time: 04/21/2009  4:16:16PM

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2355047 | Photocopy | | E | 03/23/2009 | 0999 | | 0.00 | $11.60 | 0.00 | $11.60 | 22,450.2 |
| 2355069 | Photocopy | | E | 03/24/2009 | 0220 | SKL | 0.00 | $3.50 | 0.00 | $3.50 | 22,453.7 |
| 2355171 | Photocopy | | E | 03/24/2009 | 0227 | RH | 0.00 | $3.60 | 0.00 | $3.60 | 22,457.3 |
| 2355173 | Photocopy | | E | 03/24/2009 | 0317 | JAL | 0.00 | $1.90 | 0.00 | $1.90 | 22,459.2 |
| 2353490 | Equitrac - Long Distance to 13024261900 | | E | 03/24/2009 | 0999 | C&D | 0.00 | $1.15 | 0.00 | $1.15 | 22,460.3 |
| 2353496 | Equitrac - Long Distance to 13123790324 | | E | 03/24/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 22,460.4 |
| 2353509 | Equitrac - Long Distance to 12032471834 | | E | 03/24/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 22,460.6 |
| 2353563 | Equitrac - Long Distance to 13024269910 | | E | 03/24/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 22,460.8 |
| 2353578 | Equitrac - Long Distance to 13024269910 | | E | 03/24/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 22,460.9 |
| 2353685 | Red Top Cab Fare to NAP, 3/11/09 (BSB) | | E | 03/25/2009 | 0001 | BSB | 0.00 | $17.13 | 0.00 | $17.13 | 22,478.0 |
| 2353736 | Equitrac - Long Distance to 13024261900 | | E | 03/25/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 22,478.1 |
| 2353746 | Equitrac - Long Distance to 13024269910 | | E | 03/25/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 22,478.4 |
| 2353781 | Equitrac - Long Distance to 12123199240 | | E | 03/25/2009 | 0999 | C&D | 0.00 | $7.76 | 0.00 | $7.76 | 22,486.2 |
| 2355190 | Photocopy | | E | 03/25/2009 | 0816 | KB | 0.00 | $2.90 | 0.00 | $2.90 | 22,489.1 |
| 2355193 | Photocopy | | E | 03/25/2009 | 0232 | LK | 0.00 | $0.40 | 0.00 | $0.40 | 22,489.5 |
| 2355229 | Photocopy | | E | 03/25/2009 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 22,490.5 |
| 2355242 | Photocopy | | E | 03/25/2009 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 22,492.0 |
| 2355251 | Photocopy | | E | 03/25/2009 | 0243 | IH | 0.00 | $0.20 | 0.00 | $0.20 | 22,492.2 |
| 2355293 | Photocopy | | E | 03/26/2009 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 22,492.5 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2009 |

Attn:                                                                                                                       Print Date/Time: 04/21/2009   4:16:16PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2355370 | Photocopy | | E | 03/26/2009 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 22,492.6 |
| 2353819 | Equitrac - Long Distance to 14062533430 | | E | 03/26/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 22,492.7 |
| 2353865 | Equitrac - Long Distance to 12124464759 | | E | 03/26/2009 | 0999 | C&D | 0.00 | $1.12 | 0.00 | $1.12 | 22,493.8 |
| 2354011 | Equitrac - Long Distance to 17138051815 | | E | 03/27/2009 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 22,494.3 |
| 2355446 | Photocopy | | E | 03/27/2009 | 0243 | IH | 0.00 | $0.50 | 0.00 | $0.50 | 22,494.8 |
| 2355507 | Photocopy | | E | 03/30/2009 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 22,496.2 |
| 2355984 | Equitrac - Long Distance to 13604797707 | | E | 03/30/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 22,496.2 |
| 2354702 | NYO Long Distance Telephone - Comm. Conf Call on 1/23 | | E | 03/30/2009 | 0999 | C&D | 0.00 | $514.08 | 0.00 | $514.08 | 23,010.3 |
| 2354721 | NYO Long Distance Telephone - Conference call Portner, Frankel, EI on 2/3 | | E | 03/30/2009 | 0999 | C&D | 0.00 | $86.24 | 0.00 | $86.24 | 23,096.5 |
| 2356069 | Equitrac - Long Distance to 14062533430 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 23,096.6 |
| 2356085 | Equitrac - Long Distance to 13604797707 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 23,096.7 |
| 2356167 | Equitrac - Long Distance to 17138051815 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 23,097.1 |
| 2357443 | Photocopy | | E | 03/31/2009 | 0363 | AJS | 0.00 | $16.00 | 0.00 | $16.00 | 23,113.1 |
| 2359417 | Database Research - Lexis by JMR on 3/31 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $211.49 | 0.00 | $211.49 | 23,324.6 |
| 2359749 | Database Research Westlaw by KB on 3/3-31 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $1,364.98 | 0.00 | $1,364.98 | 24,689.6 |
| 2359750 | Database Research Westlaw by NDF on 3/5 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $33.89 | 0.00 | $33.89 | 24,723.5 |
| 2359751 | Database Research Westlaw by WBS on 3/19 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $174.36 | 0.00 | $174.36 | 24,897.8 |
| 2359752 | Database Research Westlaw by ALV on 3/27-31 | | E | 03/31/2009 | 0999 | C&D | 0.00 | $616.11 | 0.00 | $616.11 | 25,513.9 |

```
Client Number:  4642         Grace Asbestos Personal Injury Claimants                                                              Page: 1
Matter    000                Disbursements                                                                                         4/21/2009

                                                                                                      Print Date/Time: 04/21/2009  4:16:16PM
Attn:
                                                                                                                                   Invoice #
2359753    Database Research Westlaw by AJS on 3/31    E  03/31/2009   0999              0.00    $280.42     0.00    $280.42       25,794.4(
                                                                                C&D
2359754    Database Research Westlaw by JAL on 3/11-13 E  03/31/2009   0999              0.00    $207.76     0.00    $207.76       26,002.1(
                                                                                C&D
2359755    Database Research Westlaw by MCG on 3/25    E  03/31/2009   0999              0.00    $57.09      0.00    $57.09        26,059.2!
                                                                                C&D
2359756    Database Research Westlaw by NR on 3/2      E  03/31/2009   0999              0.00    $19.02      0.00    $19.02        26,078.2
                                                                                C&D
2359757    Database Research Westlaw by KB on 3/19     E  03/31/2009   0999              0.00    $1,448.65   0.00    $1,448.65     27,526.9
                                                                                C&D
2365459    Database Research - Westlaw by JAL on 2/25  E  03/31/2009   0999              0.00    $315.46     0.00    $315.46       27,842.3
                                                                                C&D
2355844    Postage                                     E  03/31/2009   0999              0.00    $28.05      0.00    $28.05        27,870.4
                                                                                C&D
2355865    Postage                                     E  03/31/2009   0999              0.00    $14.30      0.00    $14.30        27,884.7
                                                                                C&D
2355899    Postage                                     E  03/31/2009   0999              0.00    $17.49      0.00    $17.49        27,902.2
Total Expenses                                                                                   $28,514.92
                                                                                                                     $27,902.22
                                                                                         0.00                0.00
           Matter Total Fees                                                                     0.00                0.00
           Matter Total Expenses                                                                 28,514.92           27,902.22
           Matter Total                                                                  0.00    28,514.92   0.00    27,902.22

           Prebill Total Fees
           Prebill Total Expenses                                                                $28,514.92          $27,902.22
           Prebill Total                                                                 0.00    $28,514.92  0.00    $27,902.22


Previous Billings

InvoiceNo     InvoiceDate        InvoiceTotal        OpenTotal
47,114        09/30/2004           6,171.50           1,234.30
48,027        12/27/2004           1,419.00             283.80
50,276        06/27/2005           8,030.50           1,606.10
58,096        04/26/2007         333,488.50           5,124.57
59,278        07/23/2007         287,802.00          16,984.50
60,492        10/29/2007         472,128.75          10,377.15
61,476        01/24/2008         678,109.50          14,038.88
65,672        11/20/2008         165,621.50          33,124.30
66,049        12/18/2008         199,929.75          39,985.95
66,545        01/26/2009         364,903.00          72,980.59
```

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | 4/21/2009 |
| | | | | | Print Date/Time: | 04/21/2009 4:16:16PM |
| Attn: | | | | | | Invoice # |
| 66,959 | 02/25/2009 | | 228,107.00 | 45,621.40 | | |
| 67,377 | 03/24/2009 | | 295,517.10 | 295,517.10 | | |
| | | | 3,041,228.10 | 536,878.64 | | |