# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| April 14, 2009 | INVOICE:              230273 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 03/31/09

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/01/09 | Research re: coverage in place contracts in bankruptcy and related New York State Insurance Law. | W001 | AMA | 5.30 |
| 03/01/09 | Draft and follow-up research of memo regarding potential post-bankruptcy Trust insurance recovery impediments. | W001 | RYC | 3.80 |
| 03/02/09 | Research and draft memo to R. Chung re: insurance issues in bankruptcy. | W001 | AMA | 3.60 |
| 03/02/09 | Attention to framework of insurance in bankruptcy context. | W001 | AMA | 0.60 |
| 03/02/09 | Research re: " Loss Payable/Bankruptcy of the Insured" policy language. | W001 | HEG | 3.20 |
| 03/02/09 | Discussion and charting of findings per R. Horkovich request. | W001 | HEG | 1.30 |
| 03/02/09 | Reviewed Coverage In Place Agreements and insurance policies re:  "loss payable"  and "bankruptcy of the insured" provisions. | W001 | IF | 4.40 |
| 03/02/09 | Attention to settlement discussions. | W001 | RMH | 1.70 |
| 03/02/09 | Attention to discovery. | W001 | RMH | 1.30 |
| 03/02/09 | Finalize memo regarding potential post-bankruptcy Trust insurance recovery impediments (5.00). Summary and analysis in connection with inquiries regarding Trust assets (2.80). | W001 | RYC | 7.80 |
| 03/03/09 | Attention to state statutes in connection with coverage for policyholder after bankruptcy. | W001 | AMA | 0.20 |
| 03/03/09 | Performed research re: state statutes in connection with coverage for policyholder after bankruptcy. | W001 | AMA | 0.60 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

April 14, 2009                                                          INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/03/09 | Performed research and draft e-mail to R. Chung re: insurance related contracts in bankruptcy. | W001 | AMA | 1.90 |
| 03/03/09 | Analysis of selected "coverage in place" agreements re: "bankruptcy" and "performance" issues (1.80); analysis of selected umbrella/excess policies re: bankruptcy, loss payable and other coverage issues (3.80). | W001 | GFF | 5.60 |
| 03/03/09 | Response to FCR status queries. | W001 | HEG | 1.70 |
| 03/03/09 | Continued policy review and analysis for Loss Payable/Bankruptcy language. | W001 | HEG | 2.80 |
| 03/03/09 | Continued to review  insurance policies and Coverage In Place Agreements re:   "release" provision and "bankruptcy of the insured" provision. | W001 | IF | 3.80 |
| 03/03/09 | Revise schedule to proposed plan. | W001 | RMH | 1.20 |
| 03/03/09 | Conference call regarding same. | W001 | RMH | 0.60 |
| 03/03/09 | Attention to Equitas post settlement issues. | W001 | RMH | 1.80 |
| 03/03/09 | Settlement negotiation - send revised term sheet. | W001 | RMH | 0.90 |
| 03/03/09 | Research and analysis in connection with insurance issues implicated by claims treatment in disclosure statement and plan of reorganization (4.20).  Follow-up research and analysis regarding post bankruptcy recoveries under coverage-in-place agreements (2.20). Attention to matters related to coordination of information and strategy with Future Claims Representatives (1.30). | W001 | RYC | 7.70 |
| 03/04/09 | Research re: state statutes relating to coverage for policyholder after bankruptcy. | W001 | AMA | 1.70 |
| 03/04/09 | Analysis of selected umbrella/excess insurance policies re: bankruptcy issues, "loss payable," and other issues. | W001 | GFF | 2.60 |
| 03/04/09 | CIP Agreements analyzed for policy language issues. | W001 | HEG | 1.60 |
| 03/04/09 | Continued Loss Payable/Bankruptcy policy analysis. | W001 | HEG | 3.20 |
| 03/04/09 | Research re: insurance related agreement and allocation queries. | W001 | HEG | 2.20 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| April 14, 2009 | INVOICE:              230273 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/04/09 | Reviewed and updated policy information re: "follow form" "bankruptcy of the insured" and "loss payable" provisions. | W001 | IF | 6.10 |
| 03/04/09 | Attention to reformation of insurance coverage funding agreements (2.90).   Attention to Equitas post settlement issues (1.20).  Amend schedules to plan (.80).   Conference call re: case status and update (.40). | W001 | RMH | 5.30 |
| 03/04/09 | Continued research and analysis in connection with post-bankruptcy recoveries under coverage-in-place agreements (2.50).  Continued research and analysis regarding Trust Distribution Procedures in connection with insurance recoveries (2.90). | W001 | RYC | 5.40 |
| 03/05/09 | Review docket listing in PACER (.20); retrieve, review and prepare documents per attorney request (1.20). | W001 | AHP | 1.40 |
| 03/05/09 | Performed research re: state statutes relating to coverage for policyholder after bankruptcy. | W001 | AMA | 0.80 |
| 03/05/09 | Attention to state statutes relating to coverage for policyholder after bankruptcy. | W001 | AMA | 0.40 |
| 03/05/09 | Analysis of selected "coverage in place" agreements re: bankruptcy issues, failure to perform, and other issues (2.10); analysis of selected primary/umbrella insurance policies re: bankruptcy provisions, "loss payable," and other coverage issues (4.30). | W001 | GFF | 6.40 |
| 03/05/09 | Continued CIP Agreement analysis, discussion and charting of certain policy-related language. | W001 | HEG | 1.80 |
| 03/05/09 | Continued policy review and analysis for certain "Loss Payable" language determinations. | W001 | HEG | 1.20 |
| 03/05/09 | Reviewed Coverage In Place Settlement Agreements re: "follow form" "release language" and "policy language." | W001 | IF | 3.90 |
| 03/05/09 | Reviewed and updated information re: insurance policies' "bankruptcy of the insured" provision. | W001 | IF | 2.80 |
| 03/05/09 | Preparation for trial. | W001 | RMH | 3.00 |
| 03/05/09 | Attention to Equitas termination. | W001 | RMH | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                         EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                               INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/05/09 | Confer with Mark Peterson. | W001 | RMH | 1.20 |
| 03/05/09 | Analysis of discovery responses from insurance parties (2.00).    Follow-up regarding additional issues relating to coverage-in-place provisions (3.60).    Work on responses to coverage issues raised by potential settling insurance companies (2.20). | W001 | RYC | 7.80 |
| 03/06/09 | Attention to state statutes mandating coverage for policyholder even after bankruptcy. | W001 | AMA | 0.60 |
| 03/06/09 | Review, identify and prepare specific policy provisions in W.R. Grace's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.40 |
| 03/06/09 | Analysis of selected coverage in place agreements re: bankruptcy of insured issues, non-performance issues, and other issues (2.20); review/revise data spreadsheets on coverage in place agreements (.90); analysis of selected umbrella/excess insurance policies re: follow form, bankruptcy issues, "loss payable," and other coverage issues (4.10). | W001 | GFF | 7.20 |
| 03/06/09 | Continued review and discussion of CIP agreement policy-related language issues. | W001 | HEG | 1.60 |
| 03/06/09 | Additional policy analysis for "loss payable" language. | W001 | HEG | 2.10 |
| 03/06/09 | Assisted in gathering additional insurance company allocation evidence. | W001 | HEG | 1.60 |
| 03/06/09 | Attention to Insurance company allocation model requests. | W001 | HEG | 1.70 |
| 03/06/09 | Reviewed information re: settlement demands. | W001 | IF | 0.90 |
| 03/06/09 | Reviewed and updated information re:  Coverage in Place Agreements. | W001 | IF | 3.40 |
| 03/06/09 | Searched files and in-house materials re: "asbestos exclusion" policies and Relles reports information. | W001 | IF | 0.90 |
| 03/06/09 | Research re: state of incorporation and "successor information" for agreements. | W001 | IF | 1.80 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                    INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/06/09 | Reviewed and updated information requested by Fireman's Fund in Settlement discussions re: "available limits." | W001 | IF | 0.90 |
| 03/06/09 | Work on chart of available limits. | W001 | MG | 4.40 |
| 03/06/09 | Settlement discussions. | W001 | RMH | 3.70 |
| 03/06/09 | Discovery. | W001 | RMH | 1.10 |
| 03/06/09 | Attention to Peterson draft report. | W001 | RMH | 1.20 |
| 03/06/09 | Prepare documentation and responses to issues raised by potentially settling insurance companies (2.70).  Review and analysis of bankruptcy issues pertaining to settlement and insurance recovery (2.00). | W001 | RYC | 4.70 |
| 03/08/09 | Research and analysis regarding various pre-plan insurance settlement issues (1.50). Research and analysis regarding various post-plan insurance recovery issues (2.80). | W001 | RYC | 4.30 |
| 03/09/09 | Review/revise bill (2.30); revise monitoring chart (.60); multiple discussions with timekeepers (.80). | W011 | AHP | 3.70 |
| 03/09/09 | Research re: state statutes relating to insurance coverage after the bankruptcy of the policyholder. | W001 | AMA | 0.90 |
| 03/09/09 | Attention to billing. | W001 | AMA | 0.40 |
| 03/09/09 | Review, identify and prepare specific policy provisions in W.R. Grace's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 4.30 |
| 03/09/09 | Analysis of selected umbrella/excess insurance policies re: follow form, loss payable, and other coverage issues (4.40); review/revise memo on specific clauses in coverage in place agreements (.80). | W001 | GFF | 5.20 |
| 03/09/09 | Continued policy analysis for critical wording provisions (1.30); ongoing insurance reimbursement agreement analysis per R. Horkovich (1.40). | W001 | HEG | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

April 14, 2009                                                INVOICE:          230273

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/09/09 | Reviewed and updated information re: Reimbursement Agreements and New York Law, "bankruptcy," "release" and Arbitration provisions. | W001 | IF | 3.20 |
| 03/09/09 | Continued to review and update information re: "Loss Payable" and "Bankruptcy of Insured" Clauses. | W001 | IF | 2.80 |
| 03/09/09 | Review spreadsheet. | W001 | MG | 0.80 |
| 03/09/09 | Travel to and from Pittsburgh.    (1/2 time of 4 hours). | W019 | RMH | 2.00 |
| 03/09/09 | Hearing before Judge Fitzgerald. | W001 | RMH | 2.80 |
| 03/09/09 | Follow-up re: hearing. | W001 | RMH | 2.20 |
| 03/09/09 | Attention to and analysis of discovery demands to and responses in connection with insurance coverage (2.90).    Analysis in connection with insurance reimbursement agreements for potential settlement and post-bankruptcy issues (3.30). | W001 | RYC | 6.20 |
| 03/10/09 | Attention to legislative history of New York Insurance Law relevant to insurance recovery. | W001 | AMA | 1.60 |
| 03/10/09 | Research re: state statutes relating to insurance coverage after the bankruptcy of the policyholder. | W001 | AMA | 0.10 |
| 03/10/09 | Search for NY insurance related statutes per M. Antonucci request. | W001 | EQ | 1.00 |
| 03/10/09 | Analysis of coverage in place agreements re: assignment clauses (.90); analysis of selected umbrella/excess policies re: clauses relevant to coverage issues (5.70). | W001 | GFF | 6.60 |
| 03/10/09 | Continued to assist R. Chung with responses to various insurance company information requests. | W001 | HEG | 1.30 |
| 03/10/09 | Researched "Assignment" language in reimbursement agreements. | W001 | HEG | 1.60 |
| 03/10/09 | Continued policy review and charting for "bankruptcy" language provisions. | W001 | HEG | 1.60 |
| 03/10/09 | Searched files and in-house resources re: Coverage In Place Agreement and insurance company background. | W001 | IF | 0.90 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                                            INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/10/09 | Reviewed "remaining limits" chart for insurance company. | W001 | IF | 0.70 |
| 03/10/09 | Reviewed New York Law information re: "bankruptcy" provisions relating to insurance. | W001 | IF | 0.80 |
| 03/10/09 | Updated and reviewed reimbursement agreements re: "assignment" clauses and choice of law provisions. | W001 | IF | 4.30 |
| 03/10/09 | Work on available limits spreadsheet. | W001 | MG | 2.20 |
| 03/10/09 | Attention to Equitas post settlement issues. | W001 | RMH | 0.30 |
| 03/10/09 | Confer with Equitas counsel (Sottile). | W001 | RMH | 0.20 |
| 03/10/09 | Analysis of legal issues in various insurance company jurisdictions as impacting settlement and coverage issues (3.30).   Research and prepare responses to settlement negotiations (2.40). | W001 | RYC | 5.70 |
| 03/11/09 | Attention to legislative history of New York insurance law relevant to insurance company defenses. | W001 | AMA | 0.40 |
| 03/11/09 | Searched Best's Insurance Reports 1996-2000 re: history on various insurance companies. | W001 | CKN | 2.00 |
| 03/11/09 | Search for additional New York insurance statutes per M. Antonucci request. | W001 | EQ | 1.00 |
| 03/11/09 | Analysis of selected umbrella/excess insurance policies re: assignment language, definition of products hazard, combined general aggregates and other coverage issues (5.90); draft/revise memo on specific clauses and other coverage issues (.70). | W001 | GFF | 6.60 |
| 03/11/09 | Researched "Product hazard" definitions in policies. | W001 | HEG | 1.70 |
| 03/11/09 | Continued policy analysis for relevant language as requested. | W001 | HEG | 2.90 |
| 03/11/09 | Continued policy and agreement research re: "assignment" language issues. | W001 | HEG | 1.40 |
| 03/11/09 | Prepared analysis re: "reimbursement agreements" and "assignment" provisions. | W001 | IF | 1.60 |
| 03/11/09 | Searched files and online resources. | W001 | IF | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

April 14, 2009                                                 INVOICE:             230273

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/11/09 | Reviewed and updated information re: primary policies, "products hazard" definition and "combined general aggregates." | W001 | IF | 2.20 |
| 03/11/09 | Continued to review and update information re: insurance policies and "assignment," "bankruptcy" and loss payable" provisions. | W001 | IF | 1.20 |
| 03/11/09 | Work on available limits spreadsheet. | W001 | MG | 1.70 |
| 03/11/09 | Review Peterson draft report. | W001 | RMH | 2.30 |
| 03/11/09 | Attention to non-products coverage. | W001 | RMH | 2.90 |
| 03/11/09 | Confer with Mark Peterson. | W001 | RMH | 0.80 |
| 03/11/09 | Review insurance policies regarding potential expansion of coverage (1.20). Analysis of endorsements impacting breadth or insurance recovery (2.20). Prepare analysis regarding issues pertaining to coverage-in-place agreements (2.50). | W001 | RYC | 5.90 |
| 03/12/09 | Retrieve, review and send information requested by R. Horkovich. | W011 | AHP | 0.40 |
| 03/12/09 | Analysis of selected umbrella/excess policies re: "follow form," loss payable, assignment, defense costs and other coverage issues (4.90); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 5.70 |
| 03/12/09 | Researched aggregate issues in policies per R. Horkovich request (.20); continued review of reimbursement agreement language (.60); continued research re: relevant policy language and follow-form issue (1.90). | W001 | HEG | 2.70 |
| 03/12/09 | Reviewed primary policy and umbrella policies re: "premises" coverage, endorsements and "assignment" provision. | W001 | IF | 1.30 |
| 03/12/09 | Reviewed and updated information from insurance policies and "reimbursement" agreements re: "Follow Form" Endorsements, "Bankruptcy of the insured" and "Assignment" Clauses. | W001 | IF | 3.40 |
| 03/12/09 | Work on revisions. | W001 | MG | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

April 14, 2009                                 INVOICE:          230273

MATTER: CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/13/09 | Analysis of selected umbrella/excess policies re: "follow form," loss payable, defense costs, assignment and other coverage issues (5.20); review/revise insurance policy data spreadsheets (.70). | W001 | GFF | 5.90 |
| 03/13/09 | Continued policy language and follow-form issue research and spreadsheet charting. | W001 | HEG | 2.20 |
| 03/13/09 | Reviewed and updated information re: "follow form" "assignment" and "bankruptcy of the insured" provisions. | W001 | IF | 2.80 |
| 03/13/09 | Work on spreadsheet of available limits. | W001 | MG | 1.20 |
| 03/13/09 | Attention to Equitas termination. | W001 | RMH | 0.70 |
| 03/13/09 | Negotiations with one insurance company. | W001 | RMH | 0.80 |
| 03/13/09 | Provide material to another insurance company. | W001 | RMH | 0.80 |
| 03/13/09 | Attention to witness disclosures. | W001 | RMH | 0.70 |
| 03/13/09 | Revise responses in connection with settlement discussions (1.30). Revise responses in connection with disclosure discovery (1.80). Attention to pending discovery issues (2.80). | W001 | RYC | 5.90 |
| 03/14/09 | Research and analysis in connection with insurance company disputes related to modeling of insurance recoveries. | W001 | RYC | 3.40 |
| 03/15/09 | Research and analysis regarding legal arguments raised by insurance companies as impediments to coverage. | W001 | RYC | 3.80 |
| 03/16/09 | Analysis of selected umbrella/excess policies re: "follow form," loss payable, defense costs, assignment and various other coverage issues (6.10); review/revise insurance policy data spreadsheets (.60). | W001 | GFF | 6.70 |
| 03/16/09 | Continued review, discussion and charting of policy language issues per R. Horkovich request. | W001 | HEG | 1.70 |
| 03/16/09 | Work on materials for spreadsheet. | W001 | MG | 1.70 |
| 03/16/09 | Attention to claim against coverage pursuant to the vendor endorsement. | W001 | RMH | 1.70 |
| 03/16/09 | Attention to proposed settlement. | W001 | RMH | 1.30 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                               EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                     INVOICE:            230273

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 03/16/09 | Review and analysis of potential settlement with third party claimant and draft comments (2.90). Research and analysis in connection with discovery responses of insurance companies and interested third parties (3.20). | W001 | RYC | 6.10 |
| 03/16/09 | Review and comments upon fee application. | W011 | RYC | 0.30 |
| 03/17/09 | Review reimbursement agreements re: interest payment issues (2.10); analysis of selected umbrella/excess insurance policies re: "follow form," defense costs, loss payable, assignment and other coverage issues (3.70). | W001 | GFF | 5.80 |
| 03/17/09 | Reimbursement agreements reviewed for interest provision language and results charted (2.00); continued policy review and discuss re: specific coverage provisions (.80). | W001 | HEG | 2.80 |
| 03/17/09 | Reviewed reimbursement agreements re: "Interest" and "payment" provisions. | W001 | IF | 4.20 |
| 03/17/09 | Work on tranches re: settlement. | W001 | MG | 4.80 |
| 03/17/09 | Work on discovery related analysis and research in connection with potential meet and confers. | W001 | RYC | 2.30 |
| 03/17/09 | Research coverage issues relating to settlement discussions. | W001 | RYC | 3.70 |
| 03/18/09 | Analysis of insurance policies/related documents re: vendor endorsements (1.30); review/revise insurance policy data spreadsheets (90); analysis of selected umbrella/excess insurance policies re: follow form, assignment clauses, defense costs, bankruptcy, and other coverage issues (5.10). | W001 | GFF | 7.30 |
| 03/18/09 | Further reimbursement agreement review and discuss re: "interest" provisions. | W001 | HEG | 0.60 |
| 03/18/09 | Policy review and charting of relevant bankruptcy-related language provisions. | W001 | HEG | 0.80 |
| 03/18/09 | Policy research re: additional insured endorsement issues. | W001 | HEG | 1.60 |
| 03/18/09 | Reviewed and updated chart for reimbursement agreements re: "interest due" provisions. | W001 | IF | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                    INVOICE:           230273

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/18/09 | Reviewed and helped to update information re: Settlement Tranches. | W001 | IF | 0.90 |
| 03/18/09 | Reviewed and began to update materials re: third party coverage claims. | W001 | IF | 2.60 |
| 03/18/09 | Revise tranches for settlement; E-mails R. Horkovich and I. Feldgreber re: same. | W001 | MG | 2.90 |
| 03/18/09 | Attention to formation of a settlement demand. | W001 | RMH | 0.80 |
| 03/18/09 | Research and analysis of potential settlement issues in connection with third party claims to insurance coverage. | W001 | RYC | 2.70 |
| 03/18/09 | Review and analysis of potential meet and confer issues regarding discovery against insurance companies and third parties. | W001 | RYC | 2.80 |
| 03/19/09 | Review monitoring chart and send information requested by R. Horkovich (.40); review draft changes (.20). | W011 | AHP | 0.60 |
| 03/19/09 | Attention to statutes re: insurance coverage and bankruptcy of the policyholder. | W001 | AMA | 0.20 |
| 03/19/09 | Review/revise insurance policy data spreadsheets (1.20); analysis of selected umbrella/excess policies re: "follow form," assignment, defense costs and other coverage issues (5.60). | W001 | GFF | 6.80 |
| 03/19/09 | Researched additional Vendor endorsement issues in policies. | W001 | HEG | 1.20 |
| 03/19/09 | Continued policy review and charting of relevant language provisions. | W001 | HEG | 0.70 |
| 03/19/09 | Researched 1974 coverage tower follow-form strategies. | W001 | HEG | 1.60 |
| 03/19/09 | Updated and reviewed insurance policies re: "Assignment" Clause. | W001 | IF | 2.80 |
| 03/19/09 | Reviewed and updated information re: Reimbursement Agreements and "interest." | W001 | IF | 1.40 |
| 03/19/09 | Organize, review and chart responses to interrogatory and document production requests. | W001 | MC | 3.30 |
| 03/19/09 | Attention to tranches, review email re: same. | W001 | MG | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                    INVOICE:            230273

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/19/09 | Assist in creation of discovery binder. | W001 | NJB | 1.30 |
| 03/19/09 | Assist in project with M. Chung regarding discovery issue. | W001 | NJB | 1.00 |
| 03/19/09 | Review, analyze and request responses. | W001 | NJB | 0.70 |
| 03/19/09 | Attention to claim against coverage based on a vendor endorsement. | W001 | RMH | 1.20 |
| 03/19/09 | Final review and comment regarding fee applications. | W011 | RYC | 0.60 |
| 03/19/09 | Draft analysis in connection with third party claims to insurance coverage (1.40).    Analysis and research in connection with potentially settling insurance company inquiries (3.30). | W001 | RYC | 4.70 |
| 03/20/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," assignment, defense costs, bankruptcy clauses, and other coverage issues (4.60); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 5.40 |
| 03/20/09 | Continued review, discussion and charting of relevant policy language wording. | W001 | HEG | 3.30 |
| 03/20/09 | Reviewed insurance policies re: "loss payable," "bankruptcy of the insured" and "assignment" provisions. | W001 | IF | 3.30 |
| 03/20/09 | Reviewed request re: "Settlement Demand" supporting documentation. | W001 | IF | 1.20 |
| 03/20/09 | Work on information for insurance company with R. Chung and I. Feldgreber. | W001 | MG | 3.60 |
| 03/20/09 | Attention to stipulation proposed by claimants. | W001 | RMH | 1.10 |
| 03/20/09 | Continued analysis and research in connection with potentially settling insurance company inquiries (4.20).  Work on analysis of discovery responses (2.40). | W001 | RYC | 6.60 |
| 03/21/09 | Work on chart re: insurance company responses to document request and interrogatories. | W001 | MC | 2.70 |
| 03/21/09 | Attention to termination clause. | W001 | RMH | 1.70 |
| 03/22/09 | Attention to stipulation proposed by counsel Dan Cohn. | W001 | RMH | 1.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                                           INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/22/09 | Update research addressing insurance coverage issues relating to evidence of underlying claims (1.70).   Update research in connection with Trust insurance recovery issues (2.50). | W001 | RYC | 4.20 |
| 03/23/09 | Brief conference with R. Pajooh (.20); review, revise and proof changes (1.60); review and proof additional changes (.20); finalize bill (.60). | W011 | AHP | 2.60 |
| 03/23/09 | Analysis of selected umbrella/excess insurance policies regarding follow form, assignment issues, bankruptcy policy language, and other coverage issues. | W001 | GFF | 5.70 |
| 03/23/09 | Review/revise insurance policy data spreadsheets. | W001 | GFF | 1.30 |
| 03/23/09 | Reviewed insurance policies re: "Assignment provisions" and "Follow form" Endorsement language. | W001 | IF | 3.30 |
| 03/23/09 | Finalize chart re: document requests and interrogatories. | W001 | MC | 0.70 |
| 03/23/09 | Research on insurance coverage issues: keycite relevant caselaw, read cases and send a brief e-mail memo on findings. | W001 | MC | 3.90 |
| 03/23/09 | Work on documentation for request from insurance company. | W001 | MG | 1.30 |
| 03/23/09 | Attention to termination clause in settlement. | W001 | RMH | 1.10 |
| 03/23/09 | Attention to mediation with one insurance company. | W001 | RMH | 0.80 |
| 03/23/09 | Prepare and follow-up re: mediation. | W001 | RMH | 0.80 |
| 03/23/09 | Confer with David Geronemus. | W001 | RMH | 0.30 |
| 03/23/09 | Follow-up regarding fee application inquiries. | W011 | RYC | 0.20 |
| 03/23/09 | Follow-up regarding outstanding discovery issues in connection with disclosure discovery (1.80). Draft research analysis in connection with responses to insurance settlement issues (2.00). | W001 | RYC | 3.80 |
| 03/24/09 | Review of files and revisions to monitoring chart. | W011 | AHP | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2009                                                  INVOICE:          230273

MATTER:  CLAIMANTS COMMITTEE                                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/24/09 | Review/revise insurance policy data spreadsheets (.60); analysis of selected umbrella/excess insurance policies regarding "follow form", bankruptcy clauses, assignment issues and other coverage issues (5.20). | W001 | GFF | 5.80 |
| 03/24/09 | Review of methodologies used to assist in creation of asbestos products allocation model. | W001 | HEG | 4.20 |
| 03/24/09 | Reviewed insurance policies re: "assignment" provision. | W001 | IF | 0.80 |
| 03/24/09 | Search files and in-house database resources re: depositions and transcripts of insurance company expert witnesses. | W001 | IF | 2.40 |
| 03/24/09 | Research: issues related to insurance contract and interpretation. | W001 | MC | 0.80 |
| 03/24/09 | Work on source materials for information request. | W001 | MG | 2.20 |
| 03/24/09 | Attention to demand for coverage. | W001 | RMH | 1.80 |
| 03/24/09 | Work on discovery issues from insurance company and third party objectors to disclosure statement (2.10).  Research and analysis in response to new insurance settlement related issues from specific counsel for certain insurance company (2.20). | W001 | RYC | 4.30 |
| 03/25/09 | Review various settlement agreements/related documents regarding products coverage exhaustion of selected insurance companies (1.60); analysis of selected insurance policies regarding follow form, assignment provisions, bankruptcy provisions and various other coverage issues (3.60). | W001 | GFF | 5.20 |
| 03/25/09 | Continued review and compilation of various methodologies and support documents used in asbestos claims insurance allocation model. | W001 | HEG | 3.30 |
| 03/25/09 | Reviewed and studied settlement agreement with various insurance companies re: "exhaustion of products aggregate limits." | W001 | IF | 1.70 |
| 03/25/09 | Searched files and in-house database resources re: depositions of designated expert witnesses. | W001 | IF | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

April 14, 2009                                              INVOICE:          230273

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|---|---|---|---|
| 03/25/09 | Reviewed and studied various insurance companies settlement agreements re: "loss runs" and "policy limit allocations." | W001 | IF | 1.40 |
| 03/25/09 | Research for R. Horkovich re: insurance policy interpretation. | W001 | MC | 1.70 |
| 03/25/09 | Assisted in researching Michael Powers depositions. | W001 | MCN | 1.00 |
| 03/25/09 | Work on impairment figures (3.30); work on R. Horkovich information requests (.90); work on data request (.60). | W001 | MG | 4.80 |
| 03/25/09 | Attention to termination notice, confer with counsel Jim Sottile. | W001 | RMH | 1.00 |
| 03/25/09 | Attention to third party claim for coverage under policies. | W001 | RMH | 1.20 |
| 03/25/09 | Research and analysis of potential insurance coverage impediments in connection with settlement discussions. | W001 | RYC | 6.30 |
| 03/26/09 | Analysis of CGL policies within context of the bankruptcy clause. | W001 | AMA | 0.40 |
| 03/26/09 | Analysis of primary insurance policies regarding products coverage limits (1.80); draft email regarding policy limits (.40); review insurance settlement agreement regarding release issues (.30); analysis of selected umbrella/excess policies regarding follow form, bankruptcy provisions, loss payable and other coverage issues (4.80). | W001 | GFF | 7.30 |
| 03/26/09 | Continued review of support documentation and methodologies used in creation of asbestos claims insurance allocation model (2.80); Researched and reviewed various primary and umbrella policy coverage questions per R. Horkovich request (1.70). | W001 | HEG | 4.70 |
| 03/26/09 | Continued to review and study excess policies re: "loss payable" and "bankruptcy" provisions. | W001 | IF | 2.40 |
| 03/26/09 | Helped to prepare materials re: "allocation information." | W001 | IF | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

April 14, 2009                                            INVOICE:            230273

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/26/09 | Reviewed and studied information re: "non-products claims" | W001 | IF | 0.60 |
| 03/26/09 | Reviewed and studied settlement agreements and primary policies issued re: products aggregate limits. | W001 | IF | 2.40 |
| 03/26/09 | Research re: claims payments. | W001 | MC | 0.50 |
| 03/26/09 | Work on requests (.70); work on data backup compilation (3.20); work on additional requests (1.30). | W001 | MG | 5.20 |
| 03/26/09 | Analysis of claim against coverage. | W001 | RMH | 4.30 |
| 03/26/09 | Evaluation of insurance coverage for specific settlement related issues concerning policy language. | W001 | RYC | 2.20 |
| 03/26/09 | Review and analysis of settlement related to recoveries and allocations. | W001 | RYC | 1.80 |
| 03/26/09 | Revise analysis in connection with insurance for non-Grace related parties. | W001 | RYC | 2.50 |
| 03/27/09 | Analysis of selected umbrella/excess policies re: duty to defend/follow form re: coverage issues (2.30); analysis of selected umbrella/excess policies re: follow form, loss payable, assignment issues, bankruptcy and other asbestos coverage issues (5.10). | W001 | GFF | 7.40 |
| 03/27/09 | Researched various R. Horkovich queries re: primaries and defense obligations. | W001 | HEG | 2.30 |
| 03/27/09 | Continued to review specific methodologies utilized to assist with allocation model. | W001 | HEG | 1.70 |
| 03/27/09 | Reviewed and studied primary and umbrella insurance policies re: third party provisions. | W001 | IF | 2.40 |
| 03/27/09 | Reviewed and updated information re: insurance companies. | W001 | IF | 1.60 |
| 03/27/09 | Work on issues re: coverage (1.20); work on data sources (2.20). | W001 | MG | 3.40 |
| 03/27/09 | Attention to termination provision. | W001 | RMH | 1.20 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                           EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:        100055.WRG01

April 14, 2009                                                   INVOICE:           230273

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/27/09 | Revise case law and arguments in connection with responses to settlement issues (2.50). Attention to discovery matters (1.60).   Work on analysis in connection with third party insurance demands (2.20). | W001 | RYC | 6.30 |
| 03/29/09 | Review problems re: insurance discovery responses and prepare chart. | W001 | RYC | 1.20 |
| 03/30/09 | Performed research re: bankruptcy clause and an insurance company's obligation to pay the policyholder's liabilities. | W001 | AMA | 0.90 |
| 03/30/09 | Review/revise insurance policy data spreadsheets (.80); analysis of selected umbrella/excess insurance policies re: follow form, loss payable, bankruptcy issues and other coverage issues (5.40). | W001 | GFF | 6.20 |
| 03/30/09 | Research policy participation and claim submission per R. Horkovich request. | W001 | HEG | 1.20 |
| 03/30/09 | Additional policy review and chart re: certain relevant language provisions. | W001 | HEG | 1.10 |
| 03/30/09 | Research and respond re: R. Horkovich primary/umbrella questions. | W001 | HEG | 0.70 |
| 03/30/09 | Reviewed and studied insurance policies re: "bankruptcy of insured", "loss payable" and "follow form" provisions. | W001 | IF | 3.40 |
| 03/30/09 | Research re: contract interpretation of various policy provisions. | W001 | MC | 2.10 |
| 03/30/09 | Work on Midland claims. | W001 | MG | 1.20 |
| 03/30/09 | Attention to claims for coverage and confer with Peter Lockwood. | W001 | RMH | 1.80 |
| 03/30/09 | Attention to Midland claim. | W001 | RMH | 1.10 |
| 03/30/09 | Attention to claims by third party. | W001 | RMH | 1.10 |
| 03/30/09 | Investigation and analysis re: coverage issues raised by bankruptcy third parties (3.40); Research and revise insurance coverage issues raised by various insurance companies (2.80). | W001 | RYC | 6.20 |
| 03/31/09 | Review e-mails and revise monitoring chart. | W011 | AHP | 0.70 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

April 14, 2009                                                    INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/31/09 | Performed research re: bankruptcy clause and an insurance company's obligation to pay the policyholder's liabilities. | W001 | AMA | 6.80 |
| 03/31/09 | Attention to relevant statutory history of New York insurance law responsive to coverage issues. | W001 | AMA | 0.80 |
| 03/31/09 | Attention to bankruptcy clause and insurance company's defenses to coverage. | W001 | AMA | 0.60 |
| 03/31/09 | Review policy/related documents re: recent letter from counsel on coverage issues (.50); review/revise insurance policy data spreadsheets (.70); analysis of selected umbrella/excess insurance policies re: follow form, loss payable, bankruptcy clauses, and other coverage issues (5.60). | W001 | GFF | 6.80 |
| 03/31/09 | Research re: proof of claim support documentation submission. | W001 | HEG | 1.30 |
| 03/31/09 | Continued policy review, discuss and chart of relevant language. | W001 | HEG | 2.60 |
| 03/31/09 | Assist R. Horkovich with coverage queries. | W001 | HEG | 1.10 |
| 03/31/09 | Reviewed and studied  insurance policies re: "bankruptcy of insured" and "loss payable" and "follow form" clauses. | W001 | IF | 4.10 |
| 03/31/09 | Continue research into law re: contract interpretation issue and begin memo re: same. | W001 | MC | 2.80 |
| 03/31/09 | Continue researching caselaw re: policy interpretation. | W001 | MC | 2.40 |
| 03/31/09 | Prepared depositions per attorney request. | W001 | MCN | 1.00 |
| 03/31/09 | Stipulation re: plan confirmation evidence. | W001 | RMH | 1.30 |
| 03/31/09 | Attention to termination clause. | W001 | RMH | 1.70 |
| 03/31/09 | Attention to inquiries from claimants committee. | W001 | RYC | 0.70 |
| 03/31/09 | Attention to insurance discovery matters. | W001 | RYC | 2.50 |
| 03/31/09 | Research, analyze and prepare response to newly received insurance company response to settlement demand. | W001 | RYC | 3.80 |

**TOTAL FEES:**                                                          **$273,794.50**

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| April 14, 2009 | | INVOICE: | 230273 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| A. Marcello Antonucci | 280.00 | 28.80 | 8,064.00 |
| Arline H Pelton | 230.00 | 10.20 | 2,346.00 |
| Corina K Nastu | 210.00 | 6.70 | 1,407.00 |
| Esther Quiles | 105.00 | 2.00 | 210.00 |
| Glenn F Fields | 315.00 | 129.50 | 40,792.50 |
| Harris E Gershman | 255.00 | 82.60 | 21,063.00 |
| Izak Feldgreber | 275.00 | 101.80 | 27,995.00 |
| Mark Garbowski | 545.00 | 44.90 | 24,470.50 |
| Michael Chung | 280.00 | 20.90 | 5,852.00 |
| Michaela C Nitoi | 100.00 | 2.00 | 200.00 |
| Nicholas J Balsdon | 195.00 | 3.00 | 585.00 |
| Robert M Horkovich | 845.00 | 69.30 | 58,558.50 |
| Robert Y Chung | 555.00 | 148.20 | 82,251.00 |
| **TOTAL FEES:** | | | **$273,794.50** |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

April 14, 2009                                 INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                         | HOURS   | TOTALS        |
| ----------------------- | ------- | ------------- |
| Arline H Pelton         | 1.40    | 322.00        |
| A. Marcello Antonucci   | 28.80   | 8,064.00      |
| Corina K Nastu          | 6.70    | 1,407.00      |
| Esther Quiles           | 2.00    | 210.00        |
| Glenn F Fields          | 129.50  | 40,792.50     |
| Harris E Gershman       | 82.60   | 21,063.00     |
| Izak Feldgreber         | 101.80  | 27,995.00     |
| Michael Chung           | 20.90   | 5,852.00      |
| Michaela C Nitoi        | 2.00    | 200.00        |
| Mark Garbowski          | 44.90   | 24,470.50     |
| Nicholas J Balsdon      | 3.00    | 585.00        |
| Robert M Horkovich      | 67.30   | 56,868.50     |
| Robert Y Chung          | 147.10  | 81,640.50     |
| **TOTAL:**              | **638.00** | **$269,470.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                    | HOURS    | TOTALS       |
| ------------------ | -------- | ------------ |
| Arline H Pelton    | 8.80     | 2,024.00     |
| Robert Y Chung     | 1.10     | 610.50       |
| **TOTAL:**         | **9.90** | **$2,634.50** |

ACTIVITY CODE: W019        Travel (non-working)

|                    | HOURS    | TOTALS       |
| ------------------ | -------- | ------------ |
| Robert M Horkovich | 2.00     | 1,690.00     |
| **TOTAL:**         | **2.00** | **$1,690.00** |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

April 14, 2009                                           INVOICE:            230273

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

## COSTS through 03/31/09

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 02/05/09 | DI - PHOTOCOPYING | E101 | 12.00 |
| 02/06/09 | DI - PHOTOCOPYING | E101 | 64.40 |
| 03/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - February 1 - 28,  2009 | E106 | 479.80 |
| 03/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - February 1 - 28,  2009 | E106 | 307.45 |
| 03/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - February 1 - 28,  2009 | E106 | 42.44 |
| 03/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - February 1 - 28,  2009 | E106 | 103.16 |
| 03/02/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744406 For: ROBERT HORKOVICH on 3/2/2009 Carrier Code: CO to EWR PIT Invoice # 357134 | E110 | 59.60 |
| 03/02/09 | AIRFARE/RAIL EXPS. Ticket #: 7393744407 For: ROBERT HORKOVICH on 3/2/2009 Carrier Code: AA to PIT LGA Invoice # 357135 | E110 | 59.60 |
| 03/02/09 | AIRFARE/RAIL EXPS. Ticket #: 8140767743 For: ROBERT HORKOVICH on 3/2/2009 Carrier Code: XD to AGENT FEE Invoice # 357135 | E110 | 30.00 |
| 03/02/09 | DI - PHOTOCOPYING | E101 | 2.00 |
| 03/03/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 03/04/09 | DI - PHOTOCOPYING | E101 | 2.30 |
| 03/04/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 03/05/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 03/05/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 03/05/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/05/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 03/05/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/06/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 03/06/09 | DI - PHOTOCOPYING | E101 | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

April 14, 2009                                                   INVOICE:        230273

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/06/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 03/09/09 | DI - PHOTOCOPYING | E101 | 3.10 |
| 03/10/09 | LOCAL TRAVEL VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 584398 Local travel expenses for Antonucci on 02/27/09 | E109 | 48.96 |
| 03/11/09 | AP - TELEPHONE VENDOR: HORKOVICH, ROBERT M. Court call teleconference hearings 1/30/09 & 2/9/09 | E124 | 82.50 |
| 03/11/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/12/09 | TRAVEL AND/OR HOTEL EXPS. VENDOR: HORKOVICH, ROBERT M. Pittsburgh 3/9 re: court appearance | E110 | 128.00 |
| 03/12/09 | MEALS AWAY & TRAVEL EXP. VENDOR: HORKOVICH, ROBERT M. Pittsburgh 3/9 re: court appearance | E111 | 12.47 |
| 03/16/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 03/17/09 | DI - FAX CHARGES | E104 | 27.00 |
| 03/17/09 | DI - FAX CHARGES | E104 | 21.00 |
| 03/17/09 | DI - FAX CHARGES | E104 | 4.50 |
| 03/17/09 | DI - FAX CHARGES | E104 | 27.00 |
| 03/17/09 | DI - FAX CHARGES | E104 | 42.00 |
| 03/17/09 | DI - FAX CHARGES | E104 | 22.50 |
| 03/17/09 | DI - PHOTOCOPYING | E101 | 3.80 |
| 03/18/09 | DI - FAX CHARGES | E104 | 3.00 |
| 03/18/09 | DI - FAX CHARGES | E104 | 7.50 |
| 03/18/09 | DI - FAX CHARGES | E104 | 4.50 |
| 03/18/09 | DI - FAX CHARGES | E104 | 4.50 |
| 03/18/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 03/18/09 | DI - PHOTOCOPYING | E101 | 0.90 |

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 23

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

April 14, 2009                                    INVOICE:           230273

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 03/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 913719504 Tracking Number: 790658218706 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas NEW YORK CITY, NY, 10020, US To: Richard Alfft, Esq, Wiley Rein LLP, 1776 K Street, NW, WASHINGTON, DC, 20006, US | E107 | 8.22 |
| 03/23/09 | AP - TELEPHONE VENDOR: AT&T TELECONFERENCE SERVICES 5197521500001 Teleconference | E124 | 145.94 |
| 03/23/09 | DI - PHOTOCOPYING | E101 | 1.50 |
| 03/25/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 03/25/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 03/25/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 03/26/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/26/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/26/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 03/27/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 03/27/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/30/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/30/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 03/30/09 | DI - PHOTOCOPYING | E101 | 6.60 |
| 03/31/09 | LOCAL TRAVEL VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# C029-3061Local travel expenses on 02/11/09 | E109 | 201.75 |
| 03/31/09 | LOCAL TRAVEL VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 585609 Local travel expenses on 03/09/09 | E109 | 76.50 |
| 03/31/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 03/31/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 03/31/09 | DI - PHOTOCOPYING | E101 | 1.10 |
| 03/31/09 | DI - PHOTOCOPYING | E101 | 0.80 |

**TOTAL COSTS:**                                              **$2,060.39**

{D0152058.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                     EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 24

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:        100055.WRG01

April 14, 2009                                                   INVOICE:              230273

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 8.22 |
| AR | AIRFARE/RAIL EXPS. | 149.20 |
| FX | DI - FAX CHARGES - | 163.50 |
| LB | LIBRARY & LEGAL RESEARCH | 932.85 |
| LT | LOCAL TRAVEL | 327.21 |
| TE | AP - TELEPHONE - | 228.44 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 128.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 12.47 |
| XE | DI - PHOTOCOPYING - | 110.50 |
| | **TOTAL COSTS:** | **$2,060.39** |

**TOTAL DUE:**                              **$275,854.89**