Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2009 through March 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 10-Mar-09 | BR | Tel C w/ Mark Hurford re Grace pension motion. | 0.10 | $ 595.00 | $ 59.50 |
| 10-Mar-09 | BR | Review of past Grace pension motions and COFC recommendations with respect thereto for purpose of drafting memo to counsel re current pension funding motions. | 0.70 | $ 595.00 | $ 416.50 |
| 10-Mar-09 | BR | Tel C w/ Jimmy Sinclair to discuss Grace pension motion and other pension issues. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Mar-09 | BR | Drafted memorandum relating to Grace's motion seeking authorization to make a pension funding payment on April 15, 2009. | 1.20 | $ 595.00 | $ 714.00 |
| 10-Mar-09 | BR | Review of Sinclair revisions to memorandum re Grace's motion to make a payment on its defined pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 10-Mar-09 | BR | Drafting cover e-mail to counsel re Grace motion to make a payment on its defined pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 16-Mar-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 22-Mar-09 | BR | Review of monthly operating report and financial report for purpose of on-going financial due diligence. | 3.40 | $ 595.00 | $ 2,023.00 |
| 23-Mar-09 | BR | Review of COFC weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 24-Mar-09 | BR | Review and analysis of financial projections set forth in the (Second) Corrected Exhibit 12 to the disclosure statement in preparation for meeting with debtor's management and other financial advisors. | 3.70 | $ 595.00 | $ 2,201.50 |
| 24-Mar-09 | BR | Other document review in preparation for meeting with debtor's management and other financial advisors. | 2.50 | $ 595.00 | $ 1,487.50 |
| 25-Mar-09 | BR | Meeting with Grace management and other financial advisors at Blackstone offices to discuss 2009 financial projections. | 2.00 | $ 595.00 | $ 1,190.00 |
| 25-Mar-09 | BR | One-half of round-trip travel time from Allentown, PA to NYC to attend meeting with Grace management and other financial advisors. | 2.60 | $ 595.00 | $ 1,547.00 |
| | | Total Bradley Rapp | 17.20 | | $ 10,234.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 06-Mar-09 | JS | Commence review and analysis of Pro-Forma and Prospective Financial Information (Exhibit 12) in preparation for meeting with Company on 3/25/09. | 2.50 | $ 595.00 | $ 1,487.50 |
| 09-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 10-Mar-09 | JS | Review Pension Motion, give comments to B. Rapp, review B. Rapp's memorandum for purposes of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| 11-Mar-09 | JS | Review pricing and valuation information at the request of ACC counsel (Liesemer) for purposes of advising same. | 0.60 | $ 595.00 | $ 357.00 |
| 16-Mar-09 | JS | Review pricing and valuation information, financial press articles regarding valuation for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 16-Mar-09 | JS | Review articles in Chemical Week and Chemical & Engineering News regarding outlook and forecasts for 2009 for specialty chemicals in preparation for meeting with Company on 3/25/09. | 2.20 | $ 595.00 | $ 1,309.00 |
| 17-Mar-09 | JS | Commence review and analysis of Second Corrected Exhibit 12 (Pro-Forma and Prospective Financial Information) in preparation for meeting with Company on 3/25/09. | 2.30 | $ 595.00 | $ 1,368.50 |
| 20-Mar-09 | JS | Review, analyze Grace 2009-2011 LTIP and CEO employment agreement motions for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 20-Mar-09 | JS | Further review of LTIP and CEO employment motions, review prior LTIP and CEO agreements for purposes of advising ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| 23-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 25-Mar-09 | JS | Review Exhibit 12 Pro-Forma and Prospective Financial Information, draft questions for meeting with Company at Blackstone on 3/25/09. | 2.20 | $ 595.00 | $ 1,309.00 |
| 25-Mar-09 | JS | Meeting with Company at Blackstone for financial review and outlook for monitoring and for purposes of advising ACC counsel. | 2.00 | $ 595.00 | $ 1,190.00 |
| 25-Mar-09 | JS | One-half travel time not working to/from Blackstone, 345 Park Ave., and 4 East 95th St. for meeting at Blackstone with Company. | 0.60 | $ 595.00 | $ 357.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2009 through March 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 25-Mar-09 | JS | Review Application to Employ Seale Associates for sale of gas processing equipment business and attendant exhibits for purposes of advising ACC counsel. | 1.80 | $ 595.00 | $ 1,071.00 |
| 31-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| | | Total James Sinclair | 23.60 | | $ 14,042.00 |
| Peter Cramp - Senior Analyst | | | | | |
| 02-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 2.40 | $ 275.00 | $ 660.00 |
| 03-Mar-09 | PC | Review and analyze 10-K filing for guideline company for use in market multiple valuation. | 1.30 | $ 275.00 | $ 357.50 |
| 04-Mar-09 | PC | Review and analyze Sealed Air Corp. 10-K filing for due diligence and monitoring of settlement package. | 2.80 | $ 275.00 | $ 770.00 |
| 05-Mar-09 | PC | Further review and analysis of Grace Pension Motion for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 06-Mar-09 | PC | Commence review and analysis of January Monthly Operating Report for due diligence. | 1.60 | $ 275.00 | $ 440.00 |
| 09-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 10-Mar-09 | PC | Review and analyze Exhibit 12 to the Plan of Reorganization regarding Pro Forma Financial Statements for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 11-Mar-09 | PC | Review for comment memorandum to ACC counsel regarding the Pension Motion and review pension structure. | 0.90 | $ 275.00 | $ 247.50 |
| 11-Mar-09 | PC | Further review and analysis of Exhibit 12 to the Plan of Reorganization. | 1.60 | $ 275.00 | $ 440.00 |
| 16-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.10 | $ 275.00 | $ 302.50 |
| 18-Mar-09 | PC | Further review and analysis of revised Exhibit 12 to the Plan of Reorganization and attached financial statements. | 1.80 | $ 275.00 | $ 495.00 |
| 20-Mar-09 | PC | Commence review and analysis of LTIP and CEO Compensation Motions for due diligence. | 1.70 | $ 275.00 | $ 467.50 |
| 23-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 25-Mar-09 | PC | Further review and analysis of Exhibit 12 to the Plan of Reorganization in preparation for Debtor's presentation at Blackstone. | 2.40 | $ 275.00 | $ 660.00 |
| 25-Mar-09 | PC | One-half travel time not working from 146 East 89th St. to Blackstone for presentation by the Debtor. | 0.30 | $ 275.00 | $ 82.50 |
| 25-Mar-09 | PC | Meeting at Blackstone for 2008 results presentation and 2009 Budget. | 2.00 | $ 275.00 | $ 550.00 |
| 25-Mar-09 | PC | One-half travel time not working from Blackstone to 146 East 89th St. from presenation by the Debtor. | 0.30 | $ 275.00 | $ 82.50 |
| 30-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Peter Cramp | 27.10 | | $ 7,452.50 |
| Gibbons Sinclair - Analyst | | | | | |
| 06-Mar-09 | GS | Research WR Grace Pro Forma 2009 Budget Plan and Financial Credentials per request by J Sinclair. | 0.50 | $ 220.00 | $ 110.00 |
| 25-Mar-09 | GS | Draft WR Grace invoice. | 1.70 | $ 220.00 | $ 374.00 |
| | | Total Gibbons Sinclair | 2.20 | | $ 484.00 |
| | | **TOTAL** | 70.10 | | $ 32,212.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2009 through March 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations | | | | | |
| 02-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 2.40 | $ 275.00 | $ 660.00 |
| 04-Mar-09 | PC | Review and analyze Sealed Air Corp. 10-K filing for due diligence and monitoring of settlement package. | 2.80 | $ 275.00 | $ 770.00 |
| 06-Mar-09 | PC | Commence review and analysis of January Monthly Operating Report for due diligence. | 1.60 | $ 275.00 | $ 440.00 |
| 09-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 11-Mar-09 | PC | Review for comment memorandum to ACC counsel regarding the Pension Motion and review pension structure. | 0.90 | $ 275.00 | $ 247.50 |
| 16-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.10 | $ 275.00 | $ 302.50 |
| 23-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 30-Mar-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Business Operations | 13.30 | | $ 3,657.50 |
| Employee Benefits/Pensions | | | | | |
| 05-Mar-09 | PC | Further review and analysis of Grace Pension Motion for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 10-Mar-09 | BR | Tel C w/ Mark Hurford re Grace pension motion. | 0.10 | $ 595.00 | $ 59.50 |
| 10-Mar-09 | BR | Review of past Grace pension motions and COFC recommendations with respect thereto for purpose of drafting memo to counsel re current pension funding motions. | 0.70 | $ 595.00 | $ 416.50 |
| 10-Mar-09 | BR | Tel C w/ Jimmy Sinclair to discuss Grace pension motion and other pension issues. | 0.40 | $ 595.00 | $ 238.00 |
| 10-Mar-09 | JS | Review Pension Motion, give comments to B. Rapp, review B. Rapp's memorandum for purposes of advising ACC counsel. | 1.40 | $ 595.00 | $ 833.00 |
| 10-Mar-09 | BR | Drafted memorandum relating to Grace's motion seeking authorization to make a pension funding payment on April 15, 2009. | 1.20 | $ 595.00 | $ 714.00 |
| 10-Mar-09 | BR | Review of Sinclair revisions to memorandum re Grace's motion to make a payment on its defined pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 10-Mar-09 | BR | Drafting cover e-mail to counsel re Grace motion to make a payment on its defined pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 20-Mar-09 | JS | Review, analyze Grace 2009-2011 LTIP and CEO employment agreement motions for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 20-Mar-09 | JS | Further review of LTIP and CEO employment motions, review prior LTIP and CEO agreements for purposes of advising ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| 20-Mar-09 | PC | Commence review and analysis of LTIP and CEO Compensation Motions for due diligence. | 1.70 | $ 275.00 | $ 467.50 |
| | | Total Employee Benefits/Pensions | 11.70 | | $ 6,001.50 |
| Employment Applications (Others) | | | | | |
| 25-Mar-09 | JS | Review Application to Employ Seale Associates for sale of gas processing equipment business and attendant exhibits for purposes of advising ACC counsel. | 1.80 | $ 595.00 | $ 1,071.00 |
| | | Total Employment Applications (Others) | 1.80 | | $ 1,071.00 |
| Fee Applications (Applicant) | | | | | |
| 25-Mar-09 | GS | Draft WR Grace invoice. | 1.70 | $ 220.00 | $ 374.00 |
| | | Total Fee Applications (Applicant) | 1.70 | | $ 374.00 |
| Travel (non-working) | | | | | |
| 25-Mar-09 | BR | One-half of round-trip travel time from Allentown, PA to NYC to attend meeting with Grace management and other financial advisors. | 2.60 | $ 595.00 | $ 1,547.00 |
| 25-Mar-09 | JS | One-half travel time not working to/from Blackstone, 345 Park Ave., and 4 East 95th St. for meeting at Blackstone with Company. | 0.60 | $ 595.00 | $ 357.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2009 through March 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 25-Mar-09 | PC | One-half travel time not working from Blackstone to 146 East 89th St. from presenation by the Debtor. | 0.30 | $ 275.00 | $ 82.50 |
| 25-Mar-09 | PC | One-half travel time not working from 146 East 89th St. to Blackstone for presentation by the Debtor. | 0.30 | $ 275.00 | $ 82.50 |
| | | Total Travel (non-working) | 3.80 | | $ 2,069.00 |
| **Plan and Disclosure Statement** | | | | | |
| 06-Mar-09 | GS | Research WR Grace Pro Forma 2009 Budget Plan and Financial Credentials per request by J Sinclair. | 0.50 | $ 220.00 | $ 110.00 |
| 10-Mar-09 | PC | Review and analyze Exhibit 12 to the Plan of Reorganization regarding Pro Forma Financial Statements for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 11-Mar-09 | PC | Further review and analysis of Exhibit 12 to the Plan of Reorganization. | 1.60 | $ 275.00 | $ 440.00 |
| 18-Mar-09 | PC | Further review and analysis of revised Exhibit 12 to the Plan of Reorganization and attached financial statements. | 1.80 | $ 275.00 | $ 495.00 |
| 25-Mar-09 | PC | Further review and analysis of Exhibit 12 to the Plan of Reorganization in preparation for Debtor's presentation at Blackstone. | 2.40 | $ 275.00 | $ 660.00 |
| | | Total Plan and Disclosure Statement | 7.40 | | $ 2,007.50 |
| **Valuation** | | | | | |
| 02-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 03-Mar-09 | PC | Review and analyze 10-K filing for guideline company for use in market multiple valuation. | 1.30 | $ 275.00 | $ 357.50 |
| 06-Mar-09 | JS | Commence review and analysis of Pro-Forma and Prospective Financial Information (Exhibit 12) in preparation for meeting with Company on 3/25/09. | 2.50 | $ 595.00 | $ 1,487.50 |
| 09-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 11-Mar-09 | JS | Review pricing and valuation information at the request of ACC counsel (Liesemer) for purposes of advising same. | 0.60 | $ 595.00 | $ 357.00 |
| 16-Mar-09 | BR | Review of weekly update report for Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 16-Mar-09 | JS | Review pricing and valuation information, financial press articles regarding valuation for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 16-Mar-09 | JS | Review articles in Chemical Week and Chemical & Engineering News regarding outlook and forecasts for 2009 for specialty chemicals in preparation for meeting with Company on 3/25/09. | 2.20 | $ 595.00 | $ 1,309.00 |
| 17-Mar-09 | JS | Commence review and analysis of Second Corrected Exhibit 12 (Pro-Forma and Prospective Financial Information) in preparation for meeting with Company on 3/25/09. | 2.30 | $ 595.00 | $ 1,368.50 |
| 22-Mar-09 | BR | Review of monthly operating report and financial report for purpose of on-going financial due diligence. | 3.40 | $ 595.00 | $ 2,023.00 |
| 23-Mar-09 | BR | Review of COFC weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 23-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 24-Mar-09 | BR | Review and analysis of financial projections set forth in the (Second) Corrected Exhibit 12 to the disclosure statement in preparation for meeting with debtor's management and other financial advisors. | 3.70 | $ 595.00 | $ 2,201.50 |
| 24-Mar-09 | BR | Other document review in preparation for meeting with debtor's management and other financial advisors. | 2.50 | $ 595.00 | $ 1,487.50 |
| 25-Mar-09 | BR | Meeting with Grace management and other financial advisors at Blackstone offices to discuss 2009 financial projections. | 2.00 | $ 595.00 | $ 1,190.00 |
| 25-Mar-09 | JS | Review Exhibit 12 Pro-Forma and Prospective Financial Information, draft questions for meeting with Company at Blackstone on 3/25/09. | 2.20 | $ 595.00 | $ 1,309.00 |
| 25-Mar-09 | JS | Meeting with Company at Blackstone for financial review and outlook for monitoring and for purposes of advising ACC counsel. | 2.00 | $ 595.00 | $ 1,190.00 |
| 25-Mar-09 | PC | Meeting at Blackstone for 2008 results presentation and 2009 Budget. | 2.00 | $ 275.00 | $ 550.00 |
| 31-Mar-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| | | Total Valuation | 30.40 | | $ 17,032.00 |
| | | **TOTAL** | 70.10 | | $ 32,212.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2009 through March 31, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 17.20 | $ 595.00 | $ 10,234.00 |
| James Sinclair - Senior Managing Director | 23.60 | $ 595.00 | $ 14,042.00 |
| Peter Cramp - Senior Analyst | 27.10 | $ 275.00 | $ 7,452.50 |
| Gibbons Sinclair - Analyst | 2.20 | $ 220.00 | $ 484.00 |
| Total Professional Hours and Fees | 70.10 | | $ 32,212.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - March 1, 2009 through March 31, 2009

| Date | Description of Item | Amount |
|---|---|---|
| 06-Mar-09 | Online Research - Pacer | $3.92 |
|  | Total Expenses March 1, 2009 through March 31, 2009 | $3.92 |