## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 21409** |

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8006, Fed.R.Bankr.P., Claimant Anderson Memorial Hospital respectfully submits its Designation of Items to be Included on the Record on Appeal, in its appeal from the judgment and order of the bankruptcy judge granting the Debtors' Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim dated April 27, 2009 (Docket No. 21406).

**Designation of Items to be Included in the Record on Appeal**

**A.    Bankruptcy Court Docket**

| Date | Docket No. | Description |
|---|---|---|
| 04/02/2001 | 6 | Grace's Informational Brief |
| 06/27/2001 | 586 | Debtors' Motion for Entry of Case Management Order for Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 11/10/2001 | 1106 | Debtors' Consolidated Reply in Support of their Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program |
| 02/05/2002 | 1650 | Transcript of January 29, 2002 Hearing |
| 2/12/2002 | 1664 | Debtors' Revised Motion as to all Personal Injury Claims for Entry of a Case Management Order, Establishment of a Bar Date, Approval of Claim Forms and of the Notice Program |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 02/12/2002 | 1665 | Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and of the Notice Program |
| 02/15/2002 | 1677 | Notice of Filing Debtors' Brief regarding Bar Date and Class Notice |
| 03/11/2002 | 1793 | Transcript of February 25, 2002 Hearing |
| 03/13/2002 | N/A | Letter of David Bernick to the Honorable Judith K. Fitzgerald |
| 03/27/2002 | 1912 | Transcript of March 18, 2002 Hearing |
| 04/12/2002 | 1926 | Debtor's Notice of Filing Revised Bar Date Notice Plan, Proof of Claim Forms and Related Material |
| 04/12/2002 | 1927 | Debtor's Notice of Filing Exhibit Tabs C & D to Revised Bar Date Notice Plan, Proof of Claim Forms and Related Materials |
| 04/22/2002 | 1963 | Order Establishing a Bar Date for Filing Proof of Claims |
| 04/22/2002 | 1960 | Claims Bar Date Notice Order |
| 04/22/2002 | 1963 | Order Establishing Bar Date for the Filing of Proofs of Claim |
| 05/06/2002 | 2019 | Asbestos Property Damage Committee's Motion for Leave to Appeal the Bar Date Order to the District Court |
| 05/13/2002 | 2057 | Transcript of April 22, 2002 Hearing |
| 05/16/2002 | 2059 | Debtors' Response in Opposition to Asbestos Property Damage Committee's Motion for Leave to Appeal the Bar Date Order to the District Court |
| 06/21/2002 | 2274 | Asbestos Property Damage Committee's Motion to Amend Bar Date Order |
| 07/16/2002 | 2382-2392 | Declaration of Service re: Claims Bar Date Notice Materials (with Exhibits – Dk. Nos. 2383-2392) |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 08/05/2002 | 2502-2503 | Transcript of July 22, 2002 Hearing |
| 08/16/2002 | 2555 | Order of the District Court Denying Leave to Appeal Bar Date Order |
| 09/23/2002 | 2745 | Amended Order Setting Bar Date for Asbestos PD Claims |
| 03/30/2003 | N/A | Claim #9911 Anderson Memorial Hospital Putative Class Claim with Attachments |
| 03/30/2003 | N/A | Claim #9914 Anderson Memorial Hospital Class Proof of Claim with Attachments |
| 10/10/2003 | 4564 | Notice of Amended Declaration of Service re: Docket No. 2382 |
| 06/21/2004 | 5860 | Status Report of the Official Committee of Asbestos Property Damage Claimants |
| 06/22/2004 | 5864 | Addendum to Status Report of the Official Committee of Asbestos Property Damage Claimants |
| 07/18/2005 | 9008 | Debtors' Motion for Limited Waiver to Permit Filing Omnibus Objection to 2,938 Unauthorized Claims Filed by Speights & Runyan |
| 08/16/2005 | N/A | Affidavit of Professor John P. Freeman |
| 09/01/2005 | 9311 | Debtor's Thirteenth Omnibus Objection to 2,937 Unauthorized Claims filed by Speights & Runyan |
| 09/01/2005 | 9315 | Debtors' Fifteenth Omnibus Objection to Property Damage Claims |
| 09/07/2005 | 9349 | Transcript of August 29, 2005 Hearing |
| 09/23/2005 | 9501 | Order Granting Certain Relief and Directing Certain Discovery with Respect to Speights & Runyan |
| 10/21/2005 | 10001 | Speights & Runyan's Response to Debtors' Brief in Support of 13th Omnibus Objection Seeking the Disallowance & Expungement of 1900 Claims filed by Anderson Memorial Hospital |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 10/21/2005 | 10014 | Anderson Memorial's Motion for Class Certification |
| 11/10/2005 | 11025 | Transcript of October 31, 2005 Hearing |
| 11/10/2005 | 11035 | Scheduling Order Regarding Debtors' Fifteenth Omnibus Objection to Claims |
| | | Anderson Notices of Deposition and Requests for the Production of Documents |
| 11/15/2005 | 11080 | Order Disallowing and Expunging Anderson Memorial-Based Asbestos Property Damage Claims |
| 12/13/2005 | 11335 | Anderson Memorial's Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge of individualized Notice packages |
| 12/13/2005 | 11336 | Anderson Memorial's Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge regarding property damage claims and class action proceedings brought by Anderson Memorial through Speights & Runyan |
| 12/13/2005 | 11337 | Anderson Memorial's Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge of the address, building, location or owners of buildings containing WRG asbestos-containing materials |
| 12/22/2005 | 11413 | Anderson Memorial Hospital's Motion for Limited Relief from Automatic Stay |
| 12/22/2005 | 11408 | Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims |
| 12/22/2005 | 11428 | Debtors' Brief in Support of Fifteenth Omnibus Objection to Asbestos Property Damage Claims |
| 12/29/2005 | N/A | Confirmation Order and Confirmed Plan of Reorganization *IN re: United States Mineral Products Co.*, Case No. 01-2471 |
| 01/20/2006 | 11594 | Speights and Runyan's Sur-reply in Opposition to Debtors' Thirteenth and Fifteenth Omnibus Objections |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 01/24/2006 | 11621 | Debtors' Sur-Reply in Support of the Disallowance of 71 Claims for which Speights & Runyan has not Established Authority to File as of the March 31, 2003 Bar Date |
| 01/25/2006 | 11627 | Anderson Memorial Hospital's Reply Memorandum to the Debtors' Brief Regarding the Notice Program and In Support of Class Certification |
| 02/03/2006 | 11707 | Transcript of January 26, 2006 Hearing |
| 02/07/2006 | 11729 | Transcript of January 25, 2006 Hearing |
| 02/03/2006 | 11709 | Anderson Memorial Hospital's Further Memorandum in Opposition to the Debtors' Thirteenth Omnibus Objection: Ratification of Authority by Claimants |
| 04/05/2006 | 12206 | Affidavit of Katherine Kinsella |
| 06/15/2006 | N/A | Confirmation Order and Confirmed Plan of Reorganization *In re: United States Gypsum Co.,* Case No. 01-2094 |
| 08/29/2006 | 13077 | Transcript of August 21, 2006 Hearing |
| 10/03/2006 | 13342 | Transcript of September 25, 2006 Hearing |
| 10/11/2006 | 13388 | Order for Limited Relief from Automatic Stay of Anderson Memorial |
| 11/06/2006 | 13572 | Transcript of October 23, 2006 Omnibus Hearing |
| 11/14/2006 | N/A | Record obtained from the South Carolina Circuit Court in Anderson v. W. R. Grace & Co., et al., 92-CP-25-279 |
| 12/04/2006 | 13894 | Transcript of November 20, 2006 Omnibus Hearing |
| 12/08/2006 | 13980 | Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian |
| 01/03/2007 | 14206 | Transcript of December 19, 2006 Omnibus Hearing |
| 02/01/2007 | 14465 | Transcript of January 23, 2007 Omnibus Hearing |
| 04/09/2007 | 15117 | Transcript of April 2, 2007 Hearing |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 04/17/2007 | 15209 | Memorandum Opinion Disallowing and Expunging 71 Claims Filed by Speights & Runyan |
| 04/17/2007 | 15210 | Order Disallowing and Expunging 71 Claims Filed by Speights & Runyan |
| 04/23/2007 | 15172 | Motion to Extend Deadlines |
| 05/23/2007 | 15786 | Transcript of May 8, 2007 Hearing |
| 06/04/2007 | 15948 | Transcript of May 21, 2007 Hearing |
| 06/07/2007 | 15988 | Transcript of May 30, 2007 Hearing |
| 07/31/2007 | 16449 | Transcript of June 25, 2007 Hearing |
| 07/30/2007 | 16422 | Transcript of July 5, 2007 Certification Hearing (including Claimant Exhibits 116-122; 125-127; 133-134; 137-138; 140-142B; 147; 149; 151) |
| 08/10/2007 | 16532 | The South Carolina Class:  Anderson's Final Brief in Support of Class Certification of the South Carolina Class |
| 08/10/2007 | 16530 | The Worldwide Class:  Anderson's Final Brief in Support of Class Certification of the Putative Non-South Carolina Class |
| 08/10/2007 | 16533 | Anderson Memorial's Memorandum of Law Regarding Class Certification Evidentiary Issues |
| 08/10/2007 | 16540 | Debtor's Post-Hearing Brief in Opposition to Anderson Memorial's Class Certification Motion |
| 11/08/2007 | N/A | Confirmation Order and Confirmed Plan of Reorganization *In re: Federal Mogul,* Case No. 01-10578 |
| 01/03/2008 | 17743 | Transcript of December 17, 2007 Omnibus Hearing |
| 04/21/2008 | N/A | *In re: Celotex Corporation,* Case Nos. 90-10016-8G1 and 90-10017-8G1, Order on Asbestos Settlement Trust's Motion Seeking Instructions Regarding Payment of Fifty-two Asbestos Property Damage Claims Submitted by Anderson Memorial Hospital |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 5/29/2008 | 18821 | Order Denying Class Certification |
| 03/06/2008 | 18233 | Transcript of February 25, 2008 Hearing |
| 10/31/2009 | N/A | Anderson Memorial Hospital's ZAI class proof of claim, Claim No. 17909 with attachments |
| 12/02/2008 | 20170 | Transcript of November 24, 2008 Hearing, pp. 125-149 |
| 11/03/2008 | 20006 | Amended Transcript of October 27, 2008 Hearing, pp. 255-288 |
| 12/15/2008 | | Motion for Preliminary Approval of ZAI Class Settlement |
| 01/16/2009 | 20535 | Order granting Preliminary Approval of ZAI Class Settlement |
| 02/25/2009 | 20842 | Motion for Final Approval of ZAI Settlement |
| 03/09/2009 | 21104 | Transcript of 3/9/2009 Hearing, pp. 17-41 |
| 03/13/2009 | 20981 | Anderson Memorial Hospital's Limited Objection to ZAI Class Settlement |
| 03/13/2009 | 21006 | Debtors' Objection to Anderson Memorial Hospital's ZAI Class Proof of Claim, Claim No. 17909 |
| 03/16/2009 | 21033 | Notice of Debtors' Property Damage Expert Report with Report Attached |
| 03/26/2009 | 21132 | Reply to Anderson Memorial Hospital's Limited Objection to Final Approval of the ZAI Class Settlement |
| 04/02/2009 | 21174 | Order granting final approval to ZAI Class Settlement |
| 04/13/2009 | 21259 | Transcript of March 30, 2009 Deposition of Richard Finke |
| 04/13/2009 | 21266 | Anderson Memorial Hospital's Response to Debtors' Objection to Anderson's Class ZAI Proof of Claim, Claim No. 17909 |
| 04/22/2009 | N/A | Transcript of Deposition of Darrell Scott |
| 04/24/2009 | N/A | Transcript of Deposition of Edward Westbrook |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 04/27/2009 | 21406 | Order Granting Relief Sought in Debtors' Objection to Anderson Memorial Hospital's ZAI Class Proof of Claim |
| 04/27/2009 | 21409 | Anderson Memorial's Notice of Appeal of Order Granting Relief Sought in Debtors' Objection to Anderson Memorial Hospital's ZAI Class Proof of Claim |

**B.    District Court Docket 1:08-cv-00431-RLB**

| | | |
|------|-----|-------------|
| 7/11/2008 | 2 | Designation of Record and Statement of Issues |

DATED: May 6, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:     (302) 654-0248
Facsimile:      (302) 654-0728
E-mail:           loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC 29924
Telephone:     (803) 943-4444
Facsimile:      (803) 943-4599

-and-

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone:     (305) 372-1800
Facsimile:      (305) 372-3508

*Counsel for Anderson Memorial Hospital*