IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                                 **Debtors.** | Chapter 11<br>Case No. 01-01139 (JKF)<br>   (Jointly Administered)<br><br>Related Docket Nos.: 21503, 21538 |

**SECOND AMENDED[1] NOTICE OF DEPOSITION OF GEORGE PRIEST**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through their undersigned attorneys, will take the deposition of **George Priest**. The deposition will take place on **May 7, 2009 at 10:00 a.m.** at the Philadelphia offices of Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, PA 19103-6996 and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: May 6, 2009

                                                      **CAMPBELL & LEVINE, LLC**

                                                      /s/ Mark T. Hurford
                                                      Marla R. Eskin (#2989)
                                                      Mark T. Hurford (#3299)
                                                      800 N. King Street, Suite 300
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 426-1900
                                                      Facsimile: (302) 426-9947
                                                      meskin@camlev.com
                                                      mhurford@camlev.com

---

[1] This Second Amended Notice of Deposition is being filed to confirm that the deposition will not be videotaped.

{D0152135.1 }NYDOCS1-919429.1

*Co-Counsel for the Official Committee of Asbestos Personal Injury Claimants*

and

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Co-Counsel for the Official Committee of Asbestos Personal Injury Claimants*

and

**ANDERSON KILL & OLICK, P.C.**
Robert M. Horkovich
Mark Garbowski
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

*Insurance Counsel for the Official Committee of Asbestos Personal Injury Claimants*