IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Re: Docket No. 21538, 21548, 21564** | |

## JOINDER OF W.R. GRACE & CO. TO SECOND AMENDED
## NOTICE OF DEPOSITION OF GEORGE PRIEST

W.R. Grace & Co., *et al.,* ("Grace"), by its undersigned counsel, hereby joins the Second Amended Notice of Deposition of George Priest of the Official Committee of Asbestos Personal Injury Claimants (the "ACC"). The deposition will take place on **May 7, 2009 at 10:00a.m.** at the Philadelphia offices of Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Street, Philadelphia, PA 19103-6996 and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

DOCS_DE:147843.1

Dated: May 6, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer
70 W. Madison St., Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2