Joseph W. Parry-Hill, Jr.
3420 Bellevue Road,
Raleigh, NC 27609-7102

May 1, 2009

Honorable Judith K. Fitzgerald,
United States Bankruptcy Court,
Western District Pennsylvania,
5414 U.S. Steel Tower,
600 Grant Street,
Pittsburgh, PA 15219

Office of the United States Trustee
Attn: David Klauder, Esq.,
844 King Street, Suite 2207,
Wilmington, De. 19801

Your Honor:

I am writing to object to the Joint Plan of Reorganization for W. R. Grace & Co. and its Related Debtors.
I am writing on behalf of Joseph W. Parry-Hill, Jr. (self), Helen H. Parry-Hill (wife), Joseph W. Parry-Hill (son) and Jennifer K. Parry-Hill (daughter).

Our objections are:
Joseph W. Parry-Hill, Jr. and Helen H. Parry-Hill have Asbestos Property Damage by a W. R. Grace product but only learned through the Legal Notice in the April 13, 2009 copy of Newsweek, of the plan to end Grace's liability for damages. We built a 1200 square foot addition to our home at 3420 Bellevue Road in Raleigh NC and used Zonolite insulation manufactured by W. R. Grace & Co. Damages will include the cost of encapsulating the asbestos contaminated insulation, the loss of value of the property for resale (Approximately $130,000), and, the cost of the disposal of the asbestos when the building is demolished, which is not known. <u>The Disclosure Statement understates the liability for property damage, since we were not included as a damaged party</u>. W. R. Grace should contact companies that sold its insulation products for the names of customers in order to develop a more complete list of those who may have been damaged.

Joseph W. Parry-Hill, Jr., Helen H. Parry-Hill, Joseph W. Parry-Hill, and Jennifer K. Parry-Hill have potential Asbestos Personal Injuries from the exposure to asbestos during the construction and living in the house. Health problems from exposure to asbestos may not be evident immediately. Future personal injury costs as a result of the asbestos in W. R. Grace and Co.'s products are not possible to determine at this time. <u>Setting a absolute cap on liability claims when future health damage is unknown is unfair to those who will have Asbestos Personal Injuries from W. R. Grace products.</u> The Plan for Reorganization needs to provide for the possibility of addition costs in the event the provisions for personal injuries in the Plan prove to be inadequate.

Sincerely,

*[signature: Joseph W. Parry-Hill, Jr.]*

Joseph W. Parry-Hill, Jr.
3420 Bellevue Road,
Raleigh, NC 27609-7102    Telephone: 919-782-7608

Notice by facsimile to:
W. R. Grace & Co.
The Asbestos PD Committee and Representative and
The Asbestos PI Committee and Representative