### Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 05, 2009

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        11824

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2009 | DTW | Review 3 emails re initial reports served (.1); Review and revise Casner 31st initial report (.1). | 0.20 | 33.00 |
|  | WHS | prepare for and attend fee app hearing via telephone | 0.40 | 118.00 |
|  | MW | Update database with February e-detail of Bilzin (.2), Ferry Joseph & Pearce (.1) and Hamilton (.1). | 0.40 | 18.00 |
|  | MW | Update database with CNO's re Ferry Joseph (.1), Hamilton (.1), Bilzin (.1), Campbell Levine (.1), Caplin Drysdale (.1), Anderson Kill (.1), Charter Oak (.1) and February e-detail of Janet Baer (.1). | 0.80 | 36.00 |
|  | MW | Update database with 31st initial report of Casner Edwards and prepare same for service. | 0.20 | 9.00 |
|  | BSR | Detailed review of Alan Rich's quarterly interim fee application for the 31st interim period (including monthly fee applications for Sept. - Dec. 2008) | 0.60 | 156.00 |
|  | BSR | Research docket for retention application and retention order of Alan B. Rich and review same | 0.40 | 104.00 |
|  | JAW | detailed review of Kirkland & Ellis December 2008 monthly invoice (6.5) | 6.50 | 975.00 |

W.R. Grace & Co.                                                                                    Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2009 | BSR | Draft initial report re Kramer Levin for the 31st interim period | 0.90 | 234.00 |
|  | BSR | Detailed review of Kramer Levin's 31st interim fee application and monthly fee applications | 1.00 | 260.00 |
|  | BSR | Draft e-mails to various applicants re initial reports for the 31st interim period | 0.30 | 78.00 |
|  | BSR | Detailed review of Hamilton's 31st interim fee application and Oct. 2008 monthly fee application | 0.10 | 26.00 |
|  | BSR | Detailed review of Ferry Joseph & Pearce's 31st interim fee application and monthly fee applications | 0.80 | 208.00 |
|  | BSR | Detailed review of Foley Hoag's 31st interim fee application and monthly fee applications | 0.30 | 78.00 |
|  | BSR | Draft e-mail to Alan Rich re quarterly fee application for the 31st interim period | 0.10 | 26.00 |
|  | JAW | Continued detailed review of Kirkland & Ellis December 2008 monthly invoice (9.1) | 9.10 | 1,365.00 |
|  | BSR | Detailed review of 31st interim expense application of Off. Committee of Asbestos Personal Injury Claimants | 0.10 | 26.00 |
|  | BSR | Detailed review of LAS 31st interim fee application and monthly fee applications | 0.10 | 26.00 |
|  | MW | Update database with February fee application of Duane Morris. | 0.10 | 4.50 |
| 4/3/2009 | BSR | Detailed review of Nelson Mullins' Oct., Nov., and Dec. 2008 monthly fee applications | 0.30 | 78.00 |
|  | BSR | Detailed review of Pachulski's 31st interim fee application and monthly fee applications (.9); draft email to Jamie O'Neill with question re same (.1) | 1.00 | 260.00 |
|  | JAW | Continued detailed review of Kirkland & Ellis December 2008 monthly invoice (8.4) | 8.40 | 1,260.00 |

W.R. Grace & Co.                                                                                      Page      3

|            |     |                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/3/2009   | BSR | Draft e-mail to Kramer Levin re initial report for the 31st interim period                                                                                                                                | 0.10  | 26.00  |
|            | MW  | Update database with 31st interim initial report re: Kramer.                                                                                                                                              | 0.30  | 13.50  |
|            | BSR | Detailed review of Phillips, Goldman & Spence's 31st interim fee application and monthly fee applications                                                                                                 | 0.70  | 182.00 |
|            | BSR | Detailed review of Piper Jaffray's Oct., Nov. and Dec. 2008 monthly fee applications                                                                                                                      | 0.30  | 78.00  |
|            | BSR | Detailed review of Protiviti's 31st interim fee application and Oct. and Nov. 2008 monthly fee applications (including Pacer search for fee and expense details to applications) (.4); draft email to Marie Hendrixson requesting fee and expense detail (.1) | 0.50  | 130.00 |
|            | BSR | Detailed review of Ogilvy Renault's 31st interim fee application and monthly fee applications                                                                                                             | 0.80  | 208.00 |
| 4/4/2009   | BSR | Draft final report re Pachulski for the 31st interim period                                                                                                                                               | 0.30  | 78.00  |
| 4/6/2009   | JAW | draft summary of Kirkland & Ellis December 2008 monthly invoice (4.4)                                                                                                                                     | 4.40  | 660.00 |
|            | BSR | Receive, review, and respond to email inquiry from Arline Pelton re billing in tenths of an hour                                                                                                          | 0.20  | 52.00  |
| 4/7/2009   | BSR | Detailed review of Reed Smith's 31st interim fee application and monthly fee applications (as well as Dec. 2008 fee summary)                                                                               | 1.50  | 390.00 |
|            | BSR | Detailed review of Woodcock Washburn's 31st interim fee application and monthly fee applications (.7); research docket and server to see if an amended quarterly application was filed (.2); draft email to Gary Levin re fee discrepancy (.1) | 1.00  | 260.00 |
| 4/8/2009   | DTW | Review and revise 31st interim Caplin initial report (.1).                                                                                                                                                | 0.10  | 16.50  |
|            | BSR | Draft initial report re Caplin & Drysdale for the 31st interim period                                                                                                                                     | 0.60  | 156.00 |

W.R. Grace & Co.

Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/8/2009 | WHS | detailed review of, and revisions to, FR Pachulski 31Q 10-12.08 | 0.30 | 88.50 |
| | BSR | Detailed review of Steptoe & Johnson's Oct., Nov. and Dec. 2008 monthly fee applications | 0.40 | 104.00 |
| | BSR | Draft initial report re Steptoe & Johnson for the 31st interim period | 0.40 | 104.00 |
| | BSR | Detailed review of Kirkland & Ellis' Oct. 2008 monthly fee application, as well as fee summary re same | 3.50 | 910.00 |
| | MW | Electronic filing with court of Pachulski's 31st final report; prepare same for service; update database re same. | 0.30 | 13.50 |
| | MW | Update database with 31st Initial Report re: Caplin Drysdale; prepare same for service. | 0.20 | 9.00 |
| | MW | Update database with February e-detail of Piper (.1), Towers (.1), Tre Angeli (.1), Judge Sanders 2nd Interim Fee application (.2), Reed Smith December e-detail (.1) and all summaries re: Kirkland & Ellis for November 2008 (.3). | 0.90 | 40.50 |
| 4/9/2009 | BSR | Draft e-mail to Caplin & Drysdale re initial report (31st) | 0.10 | 26.00 |
| | BSR | Detailed review (cont.) of Kirkland & Ellis Oct. 2008 monthly fee application | 0.20 | 52.00 |
| | DTW | Review and revise 31st interim initial report for Steptoe (.1). | 0.10 | 16.50 |
| | BSR | Draft initial report re Kirkland & Ellis for the 31st interim period | 1.50 | 390.00 |
| | MW | Update database with actual totals of all fee applications to be reviewed. | 0.50 | 22.50 |
| 4/10/2009 | BSR | Detailed review of Kirkland & Ellis' Nov. 2008 monthly fee application (as well as fee summary re same) | 2.50 | 650.00 |
| | BSR | Continued draft of initial report re Kirkland & Ellis for the 31st interim period | 1.70 | 442.00 |

W.R. Grace & Co.                                                                      Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/10/2009 | BSR | Draft e-mail to Anne Moran re Steptoe & Johnson initial report (31st) | 0.10 | 26.00 |
|  | WHS | detailed review of FR Pachulski 31Q 10-12.08 | 0.20 | 59.00 |
|  | MW | Update database with February fee applications of Piper Jaffray (.1), Tre Angeli (.1), Towers Perrin (.1), Bilzin (.1), Hamilton (.1), Ferry (.1), Orrick (.1), Duane Morris (.1), Reed Smith (.1), Beveridge Diamond (.1), Foley Hoag (.1), Buchanan Ingersoll (.1), Kramer (.1), Janet Baer (.1), Day Pitney (.1), Casner & Edwards (.1), Kirkland & Ellis (.1), January fee applications of Beveridge Diamond (.1), Deloitte (.1) and PWC (.1), November and December fee applications of Deloitte Touche (.3). | 2.30 | 103.50 |
|  | MW | Update database with review status on all 31st interim applications and applicants. | 0.60 | 27.00 |
| 4/11/2009 | MW | detailed review of fees and expenses re: Warren H. Smith & Associates for February fee application. | 0.80 | 100.00 |
| 4/12/2009 | BSR | Detailed review of Kirkland & Ellis' Dec. 2008 monthly fee application (including review of fee summary re same) | 3.00 | 780.00 |
| 4/13/2009 | BSR | Detailed review of Towers Perrin Tillinghast's Oct. and Dec. 2008 monthly fee applications and 31st interim fee application | 0.20 | 52.00 |
|  | BSR | Research server for Duane Morris' 31st interim fee application (.1); detailed review of same (.1) | 0.20 | 52.00 |
|  | BSR | Research server and docket for fee detail to Towers Perrin Tillinghast's Nov. 2008 monthly fee application; draft email to Jenni Biggs re same | 0.10 | 26.00 |
|  | BSR | Draft initial report re Duane Morris for the 31st interim period | 0.30 | 78.00 |
|  | BSR | Detailed review of Reed Smith Dec. 2008 monthly fee application and fee summary re same | 0.20 | 52.00 |
|  | BSR | Detailed review of Piper Jaffray's 31st interim fee application; draft email to Jason Solganick re same | 0.10 | 26.00 |
|  | BSR | Detailed review of David Austern's 31st interim fee application | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                          Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/13/2009 | BSR | Continued draft of initial report re Kirkland & Ellis for the 31st interim period | 4.00 | 1,040.00 |
|  | MW | Update database with 31st interim fee application of Duane Morris. | 0.10 | 4.50 |
|  | BSR | Detailed review of Tre Angeli's 31st interim fee application and monthly fee applications | 0.20 | 52.00 |
| 4/14/2009 | MW | Update database with 31st initial report re: Kirkland & Ellis; prepare same for service. | 0.30 | 13.50 |
|  | MW | Update database with Summaries from J. Wehrmann re: 31st interim of Stroock. | 0.20 | 9.00 |
|  | MW | Update database with 31st initial report re: Duane Morris; prepare same for service. | 0.30 | 13.50 |
|  | DTW | Review and revise Duane Morris and K&E 31st interim initial reports (.2). | 0.20 | 33.00 |
|  | BSR | Detailed review of PwC's 31st interim fee application and monthly fee applications (3.5); draft emails to Yaprak Soysal re expense spreadsheets (.1) | 3.60 | 936.00 |
|  | BSR | Draft e-mail to James Wehrmann re fee summaries for Orrick (31st) | 0.10 | 26.00 |
|  | BSR | Detailed review of Orrick's 31st interim fee application | 0.20 | 52.00 |
|  | BSR | Detailed review of 31st interim fee application and monthly fee applications (with particular emphasis on expenses) as well as fee summary re same | 0.80 | 208.00 |
|  | BSR | Receive and review fee summary re Stroock 31st interim fee application | 0.10 | 26.00 |
| 4/15/2009 | BSR | Receive and review fee summary for Orrick's Dec. 2008 monthly fee application | 0.10 | 26.00 |
|  | BSR | Receive and review response from Arlene Krieger re inquiry concerning Stroock's 31st interim fee application | 0.10 | 26.00 |

W.R. Grace & Co.                                                                              Page    7

|  |  | Hours | Amount |
|---|---|---|---|
| 4/15/2009 BSR | Receive, review, and respond to email from Gary Levin re amount requested in Woodcock Washburn's 31st interim fee application | 0.20 | 52.00 |
| MW | Update database with February fee application of Legal Analysis (.1), 31st interim application of Duane Morris (.2), February fee applications of Caplin (.1), Anderson Kill (.1), Charter Oak (.2), Campbell Levine (.2), Casner Edwards (.1), Interim fee application of Piper (.1), CNO's re Legal Analysis (.1)and 11/08 summaries re Kirkland & Ellis from J. Wehrmann (.2). | 1.40 | 63.00 |
| LMH | draft e-mail re: 31st interim period category spreadsheet. | 0.10 | 15.00 |
| BSR | Detailed review of PwC's expenses for Oct - Dec. 2008 | 0.50 | 130.00 |
| 4/16/2009 MW | Update database with 27th monthly fee application of Ogilvy (.2), Casner's response to 31st interim initial report (.2), Pachulski's February application (.2), Capstone's February application (.1) and Woodcock's February application (.1). | 0.80 | 36.00 |
| 4/17/2009 WHS | receive and review response of Kramer Levin | 0.10 | 29.50 |
| MW | Update database with Kramer's response to initial report for 31st interim (.2), Ogilvy's March fee detail (.1), Pachulski's February e-detail (.1), January fee application of Alan Rich (.2), Steptoe Johnson's January, February and March fee detail (.3) | 0.90 | 40.50 |
| 4/20/2009 MW | Update database with Blackstone's November and December fee applications. | 0.40 | 18.00 |
| MW | Conference with J. Wehrmann re fee applications for Orrick and Freeh for February 2009. | 0.20 | 9.00 |
| MW | Electronic filing with court of February fee application of WHSA. | 0.30 | 37.50 |
| 4/21/2009 MW | Update database with Orrick's CNO for February (.2), Beveridge & Diamond's February fee application (.2), Kirkland & Ellis' January e-detail (.2). | 0.60 | 27.00 |

W.R. Grace & Co.                                                                                           Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/21/2009 | WHS | receive and review agenda | 0.10 | 29.50 |
| 4/22/2009 | MW | Update database with November and December e-detail re Blackstone (.4), PWC's February e-detail (.2), Beveridge & Diamond's February e-detail (.2), 3 CNO's for February applicants received electronically (.2). | 1.00 | 45.00 |
| 4/23/2009 | MW | Electronic filing with court of January fee application of WHSA. | 0.30 | 37.50 |
|  | BSR | Receive and review hearing agenda for April 27 omnibus hearing; draft email to Warren Smith re same | 0.10 | 26.00 |
| 4/25/2009 | BSR | Detailed review of Deloitte Tax November and December 2008 monthly fee applications (.6); research docket and server for Deloitte Tax quarterly for the 31st interim period (.1) | 0.70 | 182.00 |
|  | BSR | Detailed review of Blackstone's 31st interim fee application | 0.10 | 26.00 |
|  | BSR | Draft initial report re Deloitte Tax for the 31st interim period | 0.30 | 78.00 |
|  | BSR | Detailed review of Steptoe & Johnson quarterly fee application (31st) | 0.10 | 26.00 |
|  | MW | detailed review of fees and expenses by WHSA for March fee application. | 1.00 | 125.00 |
| 4/26/2009 | BSR | Continue drafting initial report re Deloitte Tax for the 31st interim period | 1.20 | 312.00 |
|  | BSR | Detailed review (cont'd) of Steptoe & Johnson quarterly (31st) | 0.10 | 26.00 |
| 4/27/2009 | BSR | Draft final report re Steptoe & Johnson's 31st interim fee application | 1.40 | 364.00 |
|  | BSR | Detailed review of Blackstone's Nov. and Dec. 2008 monthly fee applications and 31st interim fee application | 0.60 | 156.00 |
|  | BSR | Draft initial report re Blackstone for the 31st interim period | 0.60 | 156.00 |

W.R. Grace & Co.                                                                                        Page     9

|            |     |                                                                                                                                                                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/27/2009  | BSR | Receive and review Casner & Edwards' response to initial report for the 31st interim period                                                                                                               | 0.10  | 26.00  |
|            | BSR | Research server for BMC fee applications; draft email to Martha Araki of BMC inquiring as to status of same                                                                                               | 0.20  | 52.00  |
|            | BSR | Detailed review of Campbell & Levine's Oct. 2008 monthly fee application                                                                                                                                   | 0.20  | 52.00  |
|            | DTW | Review and revise 31st interim initial reports for Deloitte Tax and Steptoe and telephone call with B. Ruhlander re same (.3).                                                                             | 0.30  | 49.50  |
|            | JAW | detailed review of PwC January 2009 monthly invoice (1.1)                                                                                                                                                  | 1.10  | 165.00 |
| 4/28/2009  | BSR | Draft e-mail to Kathleen Campbell Davis re expense issue on Campbell & Levine's 31st interim fee application                                                                                                | 0.20  | 52.00  |
|            | BSR | Detailed review of Campbell & Levine's Nov. and Dec. 2008 monthly fee applications and 31st interim fee application                                                                                        | 0.60  | 156.00 |
|            | BSR | Detailed review of Orrick's 31st interim fee application and monthly fee applications, as well as fee summaries re same (1.2); detailed review of expense itemization subsequently provided by Orrick (1.0) | 2.20  | 572.00 |
|            | BSR | Draft initial report re Orrick for the 31st interim period                                                                                                                                                 | 2.40  | 624.00 |
|            | JAW | Continued detailed review of PwC January 2009 monthly invoice (8.4)                                                                                                                                        | 8.40  | 1,260.00 |
|            | MW  | Electronic filing with court of March fee application of WHSA.                                                                                                                                             | 0.30  | 37.50  |
|            | BSR | Draft e-mail to Tony Scoles re Deloitte Tax initial report (31st)                                                                                                                                          | 0.10  | 26.00  |
|            | DTW | Review and revise Blackstone 31st interim initial report (.1).                                                                                                                                             | 0.10  | 16.50  |
|            | MW  | Draft final revisions to March fee application of WHSA.                                                                                                                                                    | 0.90  | 112.50 |

W.R. Grace & Co.                                                                                                        Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/28/2009 | WHS | detailed review of, and revisions to, FR Steptoe 31Q 10-12.08. | 0.30 | 88.50 |
| 4/29/2009 | DTW | Review and revise 31st Orrick initial report (.1); telephone call with B. Ruhlander re same (.1). | 0.20 | 33.00 |
|  | BSR | Continued drafting initial report re Orrick for the 31st interim period (1.2); telephone conference with Doreen Williams re same (.1) | 1.30 | 338.00 |
|  | BSR | Detailed review of Capstone's 31st interim fee application and monthly fee applications | 0.60 | 156.00 |
|  | BSR | Draft e-mail to D. Fullem re Orrick initial report (31st) | 0.10 | 26.00 |
|  | BSR | Research server for applications not yet received for the 31st interim period | 0.30 | 78.00 |
|  | BSR | Receive and review Kirkland & Ellis' response to initial report for the 31st interim period | 0.60 | 156.00 |
|  | JAW | detailed review of K&E January 2009 monthly invoice (9.2) | 9.20 | 1,380.00 |
| 4/30/2009 | BSR | Draft e-mail to Pamela Zilly re Blackstone initial report (31st) | 0.10 | 26.00 |
|  | BSR | Telephone conference with Lisa Hamm re project category spreadsheet | 0.10 | 26.00 |
|  | BSR | Detailed review of Protiviti's 31st interim fee application | 0.50 | 130.00 |
|  | BSR | Draft initial report re Protiviti's 31st interim fee application | 0.50 | 130.00 |
|  | JAW | Continued detailed review of K&E January 2009 monthly invoice (8.6) | 8.60 | 1,290.00 |

**For professional services rendered**                                                 **126.60  $23,475.00**

W.R. Grace & Co.                                                                                 Page     11

     Additional Charges :

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup. | 57.52 | 57.52 |
| FedEx Shipping Charges | 11.04 | 11.04 |

**Total costs**                                                                                      **$68.56**

**Total amount of this bill**                                                             **$23,543.56**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 51.80 | 260.00 | $13,468.00 |
| Doreen Williams | 1.20 | 165.00 | $198.00 |
| James A. Wehrmann | 55.70 | 150.00 | $8,355.00 |
| Lisa M Hamm | 0.10 | 150.00 | $15.00 |
| Melanie White | 3.60 | 125.00 | $450.00 |
| Melanie White | 12.80 | 45.00 | $576.00 |
| Warren H Smith | 1.40 | 295.00 | $413.00 |