# EXHIBIT 2

## WR Grace & Co. et al

**Total number of parties: 5**

### Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 32407 | KRAMER LEVIN NAFTALIS & FRANKEL LLP, CHARLES S. WARREN, ESQ, (RE: NAT'L RAILROAD PASSENGER CORP.), 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 32407 | U.S. DEPARTMENT OF JUSTICE, JAMES D. FREEMAN, ESQ, ENVIRONMENTAL ENFORCEMENT SECTION, ENVIRONMENT & NATURAL RESOURCES DIVISION, 1961 STOUT STREET; EIGHTH FLOOR, DENVER, CO, 80294 | US Mail (1st Class) |
| 32407 | U.S. DEPARTMENT OF JUSTICE, RONALD J. TENPAS, ESQ, ASSISTANT ATTORNEY GENERAL, ENVIRONMENT AND NATURAL RESOURCES DIVISION, WASHINGTON, DC, 20530 | US Mail (1st Class) |
| 32407 | U.S. ENVIRONMENTAL PROTECTION AGENCY REGION 8, ANDREA MADIGAN, ESQUIRE, 1595 WYNKOOP STREET, DENVER, CO, 80202 | US Mail (1st Class) |
| 32407 | U.S. ENVIRONMENTAL PROTECTION AGENCY, CATHERINE R. MCCABE, PRINCIPAL DEPUTY ASSISTANT ADMINISTRATOR, OFFICE FOR ENFORCEMENT & COMPLIANCE ASSURANCE, 401 M STREET, S.W., WASHINGTON, DC, 20460 | US Mail (1st Class) |

**Subtotal for this group: 5**