IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF NOTICE OF APPEARANCE
AND REQUEST FOR CESSATION OF SERVICE OF PAPERS**

Please withdraw the appearance of Laurie Schenker Polleck, Esquire of Jaspan Schlesinger LLP as counsel for the Motley Rice LLC Claimants and Prudential Insurance of America in the above-referenced bankruptcy proceeding, The undersigned requests that copies of all papers, including but not limited to, all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein, whether formal or informal, in the above captioned case and any other cases consolidated herewith, NO LONGER be given and to and duly served upon the undersigned or her collages in her firms New York office at the addresses set forth below:

| | |
|---|---|
| Jaspan Schlesinger LLP | Steve Schlesinger |
| /s/:Laurie Schenker Polleck | Jaspan Schlesinger LLP |
| 913 N Market Street | 300 Garden City Plaza |
| Wilmington, DE 19801  12th Floor | Garden City, NY 11530 |
| Telephone (302) 351-8000 | |

Date: May 7, 2009                    **JASPAN SCHLESINGER LLP**

By: */s/ Laurie Schenker-Polleck*
    Laurie Schenker-Polleck (#4300)
    913 Market Street, Suite 1200
    Wilmington, DE 19801
    (302) 351-8005 Telephone
    (302) 351-8010 Fax

    *Counsel to Motley Rice LLC Claimants*
    and Prudential Insurance of America

17834