# EXHIBIT 2

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_081130**

**Period Ending 11/30/2008**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $629.75 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $1.76 |
| **Total** | **$2,081.51** |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

NOVEMBER 2008

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_081130 | WR Grace | BMC10, BMC | BMC | $250.00 | 11/30/08 | Website Hosting | Website Hosting |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $850.00 | 11/30/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $350.00 | 11/30/08 | B-linx User Fee | B-linx User Fee |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $1.76 | 11/30/08 | Website Storage/Traffic | 1 detail record |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $629.75 | 11/30/08 | Document Storage | 422 boxes |
| | | | | $2,081.51 | | | |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al
INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20081126-1 | 11/26/2008 | $39.70 |
| | Total | $39.70 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 11/26/2008
Invoice #: 021-20081126-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 20130 - Ord re Amend 25th Omni | 5 / 14 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 14 Pieces @ $.42 each | $5.88 |
| | | | Production | Fold and Stuff | 14 Pieces @ $.05 each | $0.70 |
| | | | | Printed Impressions | 70 Pieces @ $.10 each | $7.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 14 Pieces @ $.08 each | $1.12 |

**Total Due:** $39.70

EXHIBIT 2
*Invoice Due Upon Receipt*