**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
March 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 30+ | Integrated Audit | $698.50 | 2.4 | $ 1,676.40 |
| Tom Barbieri | Audit Partner | 19 | Integrated Audit | $927.10 | 1.0 | $ 927.10 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 6.0 | $ 3,528.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 8.5 | $ 5,505.45 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 15.5 | $ 10,826.75 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 1.0 | $ 840.18 |
| Rafael Garcia | Director | 15 | Integrated Audit | $414.75 | 15.0 | $ 6,221.25 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 3.0 | $ 1,230.63 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 12.2 | $ 5,004.56 |
| Karen Cronin | Audit Senior Manager | 13 | Integrated Audit | $410.21 | 3.5 | $ 1,435.74 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.55 | 2.5 | $ 1,793.88 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 59.5 | $ 17,682.21 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 20.5 | $ 8,409.31 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 1.0 | $ 428.64 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 1.2 | $ 239.40 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 42.4 | $ 9,369.55 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 3.0 | $ 681.99 |
| Karen Chiem | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 88.5 | $ 19,556.73 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 43.7 | $ 9,157.34 |

| Name | Position | | Category | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 30.1 | $ 4,701.92 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 4.4 | $ 687.32 |
| Eric LaBorde | Audit Associate | 2 | Integrated Audit | $175.26 | 121.1 | $ 21,223.99 |
| Kellen DeMarco | Audit Associate | 2 | Integrated Audit | $175.26 | 5.0 | $ 876.30 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 13.2 | $ 1,626.11 |
| | | TOTAL | | | 504.2 | $ 133,630.75 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals       22.7       $3,130.56

## Summary of PwC's Fees By Project Category: March 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, | | |

| Others | | |
|---|---|---|
| 11-Financing | | |
| 12-Fee Applications, Others | 22.7 | $3,130.56 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 504.2 | $133,630.75 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 526.9 | $136,761.31 |

Expense Summary
March 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,003.74 |
| Lodging | N/A | $347.88 |
| Sundry | N/A | $61.44 |
| Business Meals | N/A | $189.85 |
| TOTAL: | | $3,602.91 |