# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FEE APPLICATION PREPARATION** | | |
| | | |
| **Name: Melissa Noel** | | |
| 3/1/2009 | 1.8 | reformat, clean up time tracking master to submit; clean up fee app; expense spreadsheets and make sure all time ties. |
| 3/3/2009 | 1.4 | make corrections noted in Lynda Keorlets (PwC) response to my drafts; submit time adjustment requests |
| 3/3/2009 | 0.1 | reconcile Dec nonbillable time transfers to make sure time accurate |
| 3/3/2009 | 0.1 | follow up and track $10K reported in January's expenses |
| 3/4/2009 | 0.1 | submit time adjustment request to remove time booked to Grace audit code inappropriately |
| 3/5/2009 | 1.6 | Run reports, update Master template and email to send to team requesting February time and expenses for fee app, based off reports |
| 3/6/2009 | 1.3 | prepare Jan 09 to submit versions and prepare letters; send to L. Keorlet (PwC) for approval |
| 3/6/2009 | 0.3 | coordinate sign off of fee app letter |
| 3/6/2009 | 0.3 | correspond with team regarding receipts of time from email sent yesterday regarding Feb Fee App. |
| 3/12/2009 | 0.8 | log time received, correspond about additional details required, submit reminder email to team about Feb time |
| 3/17/2009 | 1.2 | compile time received for Feb 09 reports |
| 3/18/2009 | 2.2 | compile time received for Feb 09 reports |
| 3/19/2009 | 2.3 | reconcile Feb time and expense, compile time and expense received for Feb 09 reports |
| 3/20/2009 | 3.2 | compile, edit, and review time and expense reports for Feb 09 and submit to Lynda Keorlet (PwC) for review |
| 3/24/2009 | 0.9 | updated Feb time and expenses based off Lynda Keorlet (PwC) comments. Resubmitted for her review. |
| 3/27/2009 | 0.5 | prepare Feb 09 to submit versions and send to Lynda Keorlet (PwC) for review |
| 3/30/2009 | 1.0 | prepare Feb 09 letters and send to partner for sign off |
| 3/31/2009 | 0.6 | prepare and send Feb 09 letters to Yaprak and email with reports |
| | **19.7** | |
| | | |
| **Name: Lynda Keorlet** | | |
| 3/3/2009 | 1.0 | Review January 2009 Fee Application |
| 3/23/2009 | 1.5 | Review February 2009 Fee Application |
| 3/30/2009 | 0.5 | Review February 2009 Fee Application |
| | **3.0** | |
| | | |
| **Totals** | **22.7** | **Total Grace Time Tracking Charged Hours** |

| Bill Rate | | Extended Cost | |
|---|---|---|---|
| $ | 127.00 | $ | 228.60 |
| $ | 127.00 | $ | 177.80 |
| $ | 127.00 | $ | 12.70 |
| $ | 127.00 | $ | 12.70 |
| $ | 127.00 | $ | 12.70 |
| $ | 127.00 | $ | 203.20 |
| $ | 127.00 | $ | 165.10 |
| $ | 127.00 | $ | 38.10 |
| $ | 127.00 | $ | 38.10 |
| $ | 127.00 | $ | 101.60 |
| $ | 127.00 | $ | 152.40 |
| $ | 127.00 | $ | 279.40 |
| $ | 127.00 | $ | 292.10 |
| $ | 127.00 | $ | 406.40 |
| $ | 127.00 | $ | 114.30 |
| $ | 127.00 | $ | 63.50 |
| $ | 127.00 | $ | 127.00 |
| $ | 127.00 | $ | 76.20 |
| $ | 209.55 | $ | 209.55 |
| $ | 209.55 | $ | 314.33 |
| $ | 209.55 | $ | 104.78 |
| | | $ | **3,130.56** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 30+ | Integrated Audit | $698.50 | 2.4 | $ 1,676.40 |
| Tom Barbieri | Audit Partner | 19 | Integrated Audit | $927.10 | 1.0 | $ 927.10 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 6.0 | $ 3,528.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 8.5 | $ 5,505.45 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 15.5 | $ 10,826.75 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 1.0 | $ 840.18 |
| Rafael Garcia | Director | 15 | Integrated Audit | $414.75 | 15.0 | $ 6,221.25 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 3.0 | $ 1,230.63 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 12.2 | $ 5,004.56 |
| Karen Cronin | Audit Senior Manager | 13 | Integrated Audit | $410.21 | 3.5 | $ 1,435.74 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.55 | 2.5 | $ 1,793.88 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 59.5 | $ 17,682.21 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 20.5 | $ 8,409.31 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 1.0 | $ 428.64 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 1.2 | $ 239.40 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 42.4 | $ 9,369.55 |
| Erica Margollus | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 3.0 | $ 681.99 |
| Karen Chiem | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 88.5 | $ 19,556.73 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 43.7 | $ 9,157.34 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 30.1 | $ 4,701.92 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 4.4 | $ 687.32 |
| Eric LaBorde | Audit Associate | 2 | Integrated Audit | $175.26 | 121.1 | $ 21,223.99 |
| Kellen DeMarco | Audit Associate | 2 | Integrated Audit | $175.26 | 5.0 | $ 876.30 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 13.2 | $ 1,626.11 |
| | | TOTAL | | | 504.2 | $ 133,630.75 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| | | |
|------|-------|--------------------------------|
| 3/12/2009 | 0.4 | Read draft annual report |
| 3/20/2009 | 2.0 | Discuss accounting for income taxes issues and processes with H La Force, E Filon, A Gibbons, A Ware, D Nagashike (all Grace), T Smith, G Baccash and R Garcia (both PwC) |

| | | |
|------|-------|--------------------------------|
| | **2.4** | **Total Grace Integrated Audit Charged Hours** |
| | **2.4** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Thomas Barbieri** | | |
| 3/30/2009 | 1.0 | consultation on consolidation of  Advanced Refining Technologies |

| | | |
|---|---|---|
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  George Baccash** | | |
| 3/20/2009 | 4.0 | Meetings with Hudson LaForce (Grace) and Grace Tax dept, to discuss 2008 audit issues, Q1 issues and planning ideas |
| 3/30/2009 | 2.0 | Meetings with Hudson LaForce (Grace) and Grace Tax dept, to discuss 2008 audit issues, Q1 issues and planning ideas |
| | **6.0** | **Total Grace Integrated Audit Charged Hours** |
| | **6.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/1/2009 | 0.8 | Planning and scope review |
| 3/8/2009 | 0.3 | Meeting preparation |
| 3/9/2009 | 1.1 | Meeting with D. Sands, Sr. Manager (PwC), M. Burkard, Manager (PwC), and Seshadri Venkiteswaran, outgoing Sr. Manager (PwC) to discuss the risks of the implementation project review and the PwC approach |
| 3/9/2009 | 1.4 | Meeting with D. Sands, Sr. Manager (PWC), M. Burkard, Manager (PwC), Gloria Keesee, CIO (WR Grace) and Edward Slotwinksi, IT Director (WR Grace) to discuss SLDC requirements and key points on adopting a system implementation methodology. |
| 3/13/2009 | 0.9 | Client meeting with CIO and D. Sands, Sr. Manager (PwC) to discuss status of SDLC review. |
| 3/24/2009 | 0.4 | Meeting preparation |
| 3/24/2009 | 0.6 | Internal meeting with D. Sands (PwC), M. Burkard (PwC), K. Chiem (PwC) and E. LaBorde (PwC) to discuss risks related to New General Ledger |
| 3/25/2009 | 2.0 | Review of system implementation results and related findings |
| 3/27/2009 | 1.0 | Planning and scope review |

| | | |
|---|---|---|
| **8.5** | **Total Grace Integrated Audit Charged Hours** | |

| | | |
|---|---|---|
| **8.5** | **Total Hours** | |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Thomas Smith**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/12/2009 | 0.5 | Phone call w/G. Baccash (PwC) to discuss tax provision |
| 3/16/2009 | 1.0 | Review of Grace bankruptcy report #181-182 |
| 3/17/2009 | 1.0 | Review of Grace bankruptcy report #183-184 |
| 3/20/2009 | 2.4 | Meeting w/G.Baccash, R.Garcia and B.Bishop (all PwC) to discuss tax provision work |
| 3/20/2009 | 2.3 | Meeting w/G.Baccash, R.Garcia (both PwC) E. Filon (Grace La Force), and B.Bishop (PwC) to discuss tax provision work |
| 3/20/2009 | 1.3 | Discussion w/H LaForce (Grace) regarding PwC planning for the 2009 audit |
| 3/23/2009 | 1.5 | Review of 2009 planning information and determination of staffing of audit manager |
| 3/24/2009 | 2.0 | Discussion w/J. Bray (PwC) regarding 2009 planning |
| 3/30/2009 | 1.1 | Call w/G. Baccash and J. Bray (both PwC) to discuss German tax matter |
| 3/30/2009 | 0.3 | Research accounting literature related to tax provision issue |
| 3/30/2009 | 0.9 | Call w/J. Bray and L. Keorlet (both PwC) to discuss chemical industry developments |
| 3/30/2009 | 0.7 | Call to discuss ART transaction - w/J. Bray, M. Sabatini (both Grace) |
| 3/31/2009 | 0.5 | Research accounting literature related to tax provision issue |

| | | |
|---|---|---|
| | **15.5** | **Total Grace Integrated Audit Charged Hours** |
| | **15.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Matthew Sabatini**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/26/2009 | 0.5 | Internal meeting with Justin Bray, Tom E. Smith, Adriana Yepes  and Lynda Keorlet (all PwC) |
| 3/30/2009 | 0.5 | Internal meeting with Mark W Solak, Matthew E Sabatini, Tom E. Smith and Justin Bray (all PwC) |

|  | 1.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|------------------------------------------------|
|  | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Rafael Garcia** | | |
| 3/11/2009 | 1.0 | Review of emails from George Baccash (PwC) regarding meetings |
| 3/12/2009 | 1.0 | Conference call with Bill Bishop, Tom Smith and George Baccash (all PwC) |
| | 1.0 | Review of agenda for meeting on March 20th with Hudson (Grace) |
| 3/18/2009 | 1.0 | AMT Net Operating Loss issues |
| | 0.9 | Update of agenda for meeting on March 20th |
| | 1.3 | Full read of German Tax Case |
| | 0.8 | Research on progression of case into law |
| 3/20/2009 | 1.2 | Preparation and agenda for meetings in Boca |
| | 1.3 | Meeting in Boca with Tom Smith (PwC) |
| | 1.3 | Meeting with Hudson La Force (Grace) |
| | 1.2 | Meeting with Elyse Filon (Grace) |
| 3/24/2009 | 1.8 | Discussion with George Baccash (PwC) regarding decision of German tax case. |
| | 1.2 | Call with Alan Gibbons (Grace) to discuss German tax case. |

**15.0**    **Total Grace Integrated Audit Charged Hours**

**15.0**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Seshadri Venkiteswaran**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/9/2009 | 1.4 | SPA - 404 SDLC Financial System Review Discussion - Risk and Controls - Gloria Keesee, CIO Grace |
| 3/9/2009 | 1.6 | SPA - 404 SDLC Financial System Assessment review of risks and controls |

| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
|--|--|--|
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: David Sands**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/9/2009 | 1.1 | Meeting with John Newstead, Partner (PwC), Martin Burkard, and Seshadri Venkiteswaran (Senior Manager's PwC) to discuss the risks of the implementation project review and the PwC approach |
| 3/9/2009 | 1.4 | Meeting with John Newstead (PwC), Martin Burkard (PwC), and Gloria Keesee, CIO (WR Grace) and Edward Slotwinksi, IT Director (WR Grace) to discuss systems development life cycle requirements and key points on adopting a system implementation methodology. |
| 3/10/2009 | 0.9 | Meeting with Martin Burkard (PwC) on the SysImp review scope and risks |
| 3/10/2009 | 1.3 | Updating of the project scoping document based on discussion with M. Burkard (PwC) |
| 3/10/2009 | 1.5 | Review of project approach |
| 3/13/2009 | 0.5 | Meeting with M. Burkard, and B. Czajkowski (both PwC) |
| 3/13/2009 | 0.9 | Meeting with Michelle Joy (Grace) to discuss Blackline system and debrief with M. Burkard (PwC) |
| 3/13/2009 | 0.5 | Internal meeting with M. Burkard and K. Chiem (both PwC) to discuss project scope and the results of the meeting with Grace Management on 3/11/2009 |
| 3/13/2009 | 0.9 | Client meeting with CIO and J. Newstead (PwC) to discuss status of implementation review. |
| 3/23/2009 | 0.5 | Internal meeting with M. Burkard, B. Czajkowski and K. Chiem (all PwC) to discuss project status and whether or not all key risks are addressed by our testing approach |
| 3/24/2009 | 0.6 | Internal meeting with J. Newstead, M. Burkard, K. Chiem and E. LaBorde (all PwC) to discuss risks related to New General Ledger |
| 3/24/2009 | 2.1 | Review of draft workpapers and testing |

| | | |
|------|-------|--------------------------------|
| | **12.2** | **Total Grace Integrated Audit Charged Hours** |
| | **12.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Karen Cronin**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/24/2009 | 1.0 | Call with L. Keorlet (PwC) and J Bray (PwC) to discuss hedge accounting |
| 3/26/2009 | 1.0 | Review of hedge accounting documentation |
| 3/27/2009 | 1.1 | Meeting with B Dockman (Grace), L Breaux (Grace), L Keorlet (PwC) and Justin Bray (PwC) to discuss hedge accounting |
| 3/27/2009 | 0.4 | Meeting with L Keorlet (PwC) and Justin Bray (PwC) to discuss hedge accounting |

|  | 3.5 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|----------------------------------------------|

|  | 3.5 | **Total Hours** |
|--|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Mark Solak** | | |
| 3/28/2009 | 1.5 | consultation on consolidation of  Advanced Refining Technologies |
| 3/29/2009 | 1.0 | consultation on consolidation of  Advanced Refining Technologies |
| **2.5** | | **Total Grace Integrated Audit Charged Hours** |
| **2.5** | | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Martin Burkard**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 3/2/2009 | 0.8 | Updated initial scoping documents for statement of work |
| 3/2/2009 | 0.2 | Sent initial communication of scope for implementation reviews |
| 3/4/2009 | 0.6 | Performed review whether or not client acceptance and continuance is required |
| 3/4/2009 | 0.4 | Set up initial meetings |
| 3/5/2009 | 0.7 | Reviewed advance client requests |
| 3/5/2009 | 0.3 | Clarify client request with Ed Taylor (WR Grace) |
| 3/6/2009 | 0.2 | Clarify another client request with Ed Taylor (WR Grace) |
| 3/6/2009 | 0.8 | Preparation of kick off and partner planning meeting |
| 3/9/2009 | 1.1 | Meeting with John Newstead, Partner (PwC), David Sands, Senior Manager (PwC, incoming), and Seshadri Venkiteswaran (Senior Manager, outgoing) to discuss the risks of the implementation project review and the PwC approach |
| 3/9/2009 | 1.4 | Meeting with John Newstead, Partner (PwC), David Sands, Senior Manager (PwC, incoming), and Gloria Keesee, CIO (WR Grace) and Edward Slotwinksi, IT Director (WR Grace) to discuss SLDC requirements and key points on adopting a system implementation methodology. |
| 3/9/2009 | 1.3 | Debrief of meeting with CIO and working on providing feedback to her. |
| 3/9/2009 | 1.2 | Updating of work program for upcoming review |
| 3/10/2009 | 0.9 | Meeting with David Sands, Senior Manager (PwC, incoming), on the review scope and risks |
| 3/10/2009 | 1.3 | Updating of the scoping document based on discussion with Dave Sands |
| 3/10/2009 | 0.8 | Internal kick-off call with staff, Karen Chiem, Senior Associate (PwC), Eric LaBorde, Associate (PwC), and Brett Czajkowski, Senior Associate (PwC) to go over the upcoming field work and objectives. |
| 3/11/2009 | 0.5 | Team briefing and adjustment of client request list |
| 3/11/2009 | 2.0 | Kick off and fact finding with client on New GL, including Ed Slotwinksi, Ed Taylor, Srini Vanga, Greg Covington, and Marie Dunbar (all Grace) |
| 3/11/2009 | 2.0 | Fact finding with client on Consolidation migration, including Ed Taylor, and Marie Dunbar (Grace) |
| 3/11/2009 | 1.4 | Regroup after fact finding, structuring the information and the risks |
| 3/11/2009 | 1.3 | Writing of draft risk assessment memo |
| 3/11/2009 | 0.8 | Draft communication to Core Assurance per email with schedules attached |
| 3/12/2009 | 1.4 | Review of preliminary work papers |
| 3/12/2009 | 0.6 | Providing review comments and database notes on review |
| 3/13/2009 | 0.5 | Meeting with David Sands, Senior Manager (PwC, incoming), and Brett Czajkowski, Senior Associate (PwC) |
| 3/13/2009 | 1.1 | Provide database and review comments on the narratives for New General Ledger and discuss the comments with Karen Chiem, Senior Associate (PwC). |
| 3/13/2009 | 0.9 | Meeting with Michelle Joy (Grace) to discuss Blackline system and debrief with David Sands (PwC) |
| 3/13/2009 | 0.5 | Internal meeting with D. Sands, and K. Chiem (both PwC) to discuss project scope and the results of the meeting with Grace Management on 3/11/2009 |
| 3/13/2009 | 0.3 | Running of WIPs and gathering time not reflected in GFS for 2008 audit |
| 3/13/2009 | 0.7 | Analysis of 2008 time |
| 3/16/2009 | 1.0 | Check in on field work and next steps of GL review, including review of materials and updating of to-dos |
| 3/17/2009 | 1.0 | Check in on field work and next steps of ECCS review, including review of materials and updating of to-dos |
| 3/18/2009 | 1.9 | Detailed updates on RCM and database notes for Karen Chiem (PwC) |
| 3/18/2009 | 1.1 | Updates and database notes on narratives for team |
| 3/20/2009 | 2.1 | Second round of detailed updates on RCM and database notes for Karen Chiem (PwC) |
| 3/20/2009 | 0.9 | Second round of updates and database notes on narratives for team |
| 3/23/2009 | 1.2 | Final round of update on RCM and database notes for team |
| 3/23/2009 | 0.8 | Update call with Brett Czajkowski (PwC) |
| 3/24/2009 | 2.2 | Review and update the risk and controls matrix |

| | | |
|---|---|---|
| 3/24/2009 | 2.9 | Defining and understanding management's controls, risks associated with the process, and how these risks have been addressed. |
| 3/24/2009 | 1.1 | Internal discussions over project risks and tests to perform with B. Czajkowsi, K. Chiem and E. LaBorde (all PwC) |
| 3/24/2009 | 1.8 | Reviewing of test plans for the controls identified for implementation testing. |
| 3/25/2009 | 1.1 | Review of risk assessment. |
| 3/25/2009 | 0.9 | Review of test plans for appropriateness. |
| 3/25/2009 | 1.2 | Review of test results. |
| 3/25/2009 | 1.8 | Generate a list of questions based on initial testing results. |
| 3/25/2009 | 1.0 | Provide testing guidance to K. Chiem and E. LaBorde (both PwC). |
| 3/26/2009 | 1.1 | Review of updated test results. |
| 3/26/2009 | 1.4 | Discussion of test results and key risks with B. Czajkowsi and K. Chiem (both PwC) |
| 3/26/2009 | 0.5 | Provide guidance over testing approach to K. Chiem and E. LaBorde (both PwC) |
| 3/27/2009 | 1.0 | Meeting with K. Chiem, E. LaBorde (both PwC) and client: E. Taylor and S. Vanga (both Grace)- status and open items/questions |
| 3/27/2009 | 1.0 | Meeting with B. Czajkowski, K. Chiem (both PwC) and client: E. Taylor, S. Vanga, G. Covington (both Grace) - ASAP methodology |
| 3/27/2009 | 1.0 | Meeting with K. Chiem, E. LaBorde (both PwC) and client: E. Taylor, M. Dunbar, S. Vanga (Grace)- resolution of open items and questions |
| 3/30/2009 | 0.4 | Perform a risk assessment as it relates to SAP configuration settings. |
| 3/30/2009 | 0.5 | Perform detailed testing around SAP settings and risk assessment |
| 3/30/2009 | 1.0 | Meeting with B. Czajkowski (PwC) and M. Brown (Grace) |
| 3/30/2009 | 0.5 | Discussion of test procedures with K. DeMarco (PwC) |
| 3/30/2009 | 0.6 | Discussion of test results with K. DeMarco (PwC) |
| 3/31/2009 | 0.5 | Discussion of test results with K. DeMarco (PwC) |

**59.5**    **Total Grace Integrated Audit Charged Hours**

**59.5**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/2/2009 | 1.7 | 2008 - Review of workpapers |
| 3/2/2009 | 0.6 | 2008 - Review of 10-K |
| 3/4/2009 | 1.1 | Call with B Dockman (Grace) and L Breaux (Grace) |
| 3/6/2009 | 0.4 | Research accounting for divestments and business combinations |
| 3/9/2009 | 1.1 | Call with B Dockman (Grace) and T Puglisi (Grace) |
| 3/9/2009 | 0.7 | Research accounting for restructuring |
| 3/13/2009 | 0.9 | Call with L Keorlet (PwC), M Burkard (PwC) |
| 3/13/2009 | 0.4 | Audit planning / scoping |
| 3/13/2009 | 1.8 | Review annual report |
| 3/20/2009 | 1.2 | 2009 staff preparation |
| 3/23/2009 | 0.4 | 2009 staff preparation |
| 3/24/2009 | 0.6 | Call with B Dockman (Grace) and T Puglisi (Grace) |
| 3/24/2009 | 2.0 | Call with T Smith (PwC) |
| 3/25/2009 | 0.6 | Audit planning / scoping |
| 3/26/2009 | 0.8 | Audit planning / scoping |
| 3/27/2009 | 1.1 | Meeting with B Dockman (Grace), L Breaux (Grace), L Keorlet (PwC) and Karen Cronin (PwC) to discuss hedge accounting |
| 3/27/2009 | 0.6 | Meeting with L Keorlet (PwC) and Karen Cronin (PwC) to discuss hedge accounting |
| 3/27/2009 | 1.4 | Audit planning / scoping |
| 3/30/2009 | 1.1 | Call with T Smith (PwC), G Baccash (PwC), R Garcia (PwC), L Keorlet (PwC), R Worster (PwC) |
| 3/30/2009 | 0.4 | Call with M Solak (PwC), T Smith (PwC), L Koerlet (PwC), M Sabbatini (PwC) |
| 3/30/2009 | 1.3 | Research FIN 46R |
| 3/31/2009 | 0.3 | Research FIN 46R |

|  | 20.5 | **Total Grace Integrated Audit Charged Hours** |
|---|------|------|

|  | 20.5 | **Total Hours** |
|---|------|------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Adriana Yepes**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/26/2009 | 0.5 | Internal meeting with Matthew Sabatini, Justin Bray, Tom E. Smith and Lynda Keorlet (all PwC) |
| 3/30/2009 | 0.5 | Internal meeting with Mark W Solak, Matthew E Sabatini, Tom E. Smith and Justin Bray (all PwC) |

|     |     |
|-----|-----|
| **1.0** | **Total Grace Integrated Audit Charged Hours** |
| **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jacqueline Calvo**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/2/2009 | 0.5 | Made sure reviewers had access to database for sign off- made sure database was appropriately signed off. |
| 3/31/2009 | 0.7 | Call with Alan Gibbons (WR Grace) regarding Germany tax court case. |

| | 1.2 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|---|

| | 1.2 | **Total Hours** |
|--|-----|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Brett Czaklpwslo**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/10/2009 | 0.6 | Time spent reviewing the request list and adding input around SAP-specific questions and document requests |
| 3/11/2009 | 2.0 | Kickoff meeting with Management (E. Slotwinski, E. Taylor, S. Vanga, G. Covington, I. Felman and M. Dunbar - all Grace) and PwC (M. Burkard, K. Chiem and E. LaBorde) |
| 3/11/2009 | 1.5 | Continuation of kickoff meeting and additional technical details around the ECCS and Flex GL projects with Management (E. Taylor, S. Vanga, G. Covington, Ina.S.Felman and M. Dunbar- all Grace) and PwC (M. Burkard, K. Chiem and E. LaBorde) |
| 3/13/2009 | 0.4 | Internal meeting with D. Sands, M. Burkard and K. Chiem (all PwC) to discuss project scope and the results of the meeting with Grace Management on 3/11/2009 |
| 3/23/2009 | 0.5 | Internal meeting with D. Sands, M. Burkard and K. Chiem (all PwC) to discuss project status and whether or not all key risks are addressed by our testing approach |
| 3/23/2009 | 2.4 | Review and update the risk and controls matrix for the implementation projects. |
| 3/23/2009 | 0.8 | Discussion with M. Burkard (PwC) over the risk and controls matrix for the implementation projects |
| 3/24/2009 | 1.6 | Review and update the risk and controls matrix |
| 3/24/2009 | 2.9 | Fully define and understand management's controls, risks associated with the process, and how these risks have been addressed. |
| 3/24/2009 | 0.7 | Internal discussions over project risks and tests to perform with M. Burkard, K. Chiem and E. LaBorde (all PwC) |
| 3/24/2009 | 1.6 | Write test plans for the controls identified for implementation testing. |
| 3/25/2009 | 1.0 | Meeting with K. Chiem, E. LaBorde (both PwC) and E. Taylor, M. Dunbar, S. Vanga (all Grace) |
| 3/25/2009 | 1.1 | Review of risk assessment. |
| 3/25/2009 | 0.9 | Review of test plans for appropriateness. |
| 3/25/2009 | 2.4 | Review of test results. |
| 3/25/2009 | 1.8 | Generate a list of questions based on initial testing results. |
| 3/25/2009 | 1.0 | Provide testing guidance to K. Chiem and E. LaBorde (both PwC). |
| 3/26/2009 | 2.8 | Review of updated test results. |
| 3/26/2009 | 1.4 | Discussion of test results and key risks with M. Burkard and K. Chiem (both PwC) |
| 3/26/2009 | 1.1 | Provide guidance over testing approach to K. Chiem and E. LaBorde (both PwC). |
| 3/27/2009 | 1.0 | Meeting with K. Chiem, E. LaBorde (both PwC) and Grace: E. Taylor and S. Vanga - status and open items/questions |
| 3/27/2009 | 1.0 | Meeting with M. Burkard, K. Chiem (both PwC) and Grace: E. Taylor, S. Vanga, G. Covington - ASAP methodology |
| 3/27/2009 | 1.0 | Meeting with K. Chiem, E. LaBorde (both PwC) and Grace: E. Taylor, M. Dunbar, S. Vanga - resolution of open items and questions |
| 3/27/2009 | 1.7 | Test plan and results review. |
| 3/27/2009 | 0.8 | Consulting with staff on procedures performed and procedures to be performed. |
| 3/27/2009 | 0.9 | Preparation for meetings |
| 3/30/2009 | 0.3 | Perform a risk assessment as it relates to SAP configuration settings. |
| 3/30/2009 | 1.6 | Perform detailed testing around SAP settings and risk assessment |

| | | |
|---|---|---|
| 3/30/2009 | 0.6 | Document SAP testing results. |
| 3/30/2009 | 0.9 | Meeting with M. Burkard (PwC) and M. Brown (Grace) |
| 3/30/2009 | 0.4 | Discussion of test procedures with K. DeMarco (PwC) |
| 3/30/2009 | 0.6 | Discussion of test results with K. DeMarco (PwC) |
| 3/31/2009 | 0.7 | Test results review. |
| 3/31/2009 | 0.5 | Discussion of test results with K. DeMarco (PwC) |
| 3/31/2009 | 1.9 | Perform documentation updates. |

**42.4**  **Total Grace Integrated Audit Charged Hours**

**42.4**  **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/9/2009 | 1.0 | Perform work on Grace international entities. |
| 3/12/2009 | 2.0 | Participate in Grace 2008 audit debrief. |

| 3.0 | **Total Grace Integrated Audit Charged Hours** |
|-----|-----------------------------------------------|

| 3.0 | **Total Hours** |
|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Karen Chiem**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 3/5/2009 | 0.4 | Discuss with Martin Burkard (PwC) to understand the list of request items |
| 3/5/2009 | 0.6 | Create the request list for New General Ledger and EC-CS projects |
| 3/10/2009 | 0.7 | Discuss WR Grace's scope of work with Martin Burkard and Eric LaBorde (both PwC) |
| 3/10/2009 | 0.3 | Discuss Grace visit/ prepare for visit |
| 3/10/2009 | 0.2 | Discuss security and safety requirements at WR Grace |
| 3/10/2009 | 0.3 | Talk through time line of field work |
| 3/10/2009 | 0.5 | Create a draft meeting agenda for the kick-off meeting |
| 3/10/2009 | 0.5 | Draft a list of questionnaire |
| 3/11/2009 | 2.0 | Kickoff meeting with Grace Management (Edward Slotwinski, Ed Taylor, Srini Vanga, Greg Covington, Ina Felman and Marie Dunbar) and PwC (Martin Burkard, Karen Chiem, Brett Czajkowski, and Eric LaBorde) |
| 3/11/2009 | 1.0 | Time spent reviewing the request list, identifying open requested items, document requests, and communicate open items with Grace management (Marie Dunbar and Ed Taylor) |
| 3/11/2009 | 1.5 | Continuation of kickoff meeting and additional technical details around the ECCS and Flex GL projects with Grace Management (Ed Taylor, Srini Vanga, Greg Covington, Ina Felman and Marie Dunbar) and PwC (Martin Burkard and Eric LaBorde) |
| 3/11/2009 | 2.5 | Time spent reviewing the draft the narrative for the New General Ledger consolidation project |
| 3/11/2009 | 1.0 | Create a data flow diagram for the New General Ledger consolidation project |
| 3/12/2009 | 1.0 | Time spent reviewing the requested items provided by Ed Taylor (WR Grace) |
| 3/12/2009 | 2.0 | Meeting with Eric LaBorde (PwC), Ed. Taylor, Marie. Dunbar, Srini. Vanga (all Grace) |
| 3/12/2009 | 1.0 | Creates a data flow diagram for the EC-CS migration project |
| 3/12/2009 | 0.5 | Time spent reviewing the draft the narrative for the New General Ledger consolidation project |
| 3/12/2009 | 0.5 | Coordinate daily meeting with Ed Taylor, Marie Dunbar, and Srini Vanga (Grace) |
| 3/13/2009 | 0.5 | Coordinate a meeting with Grace's Finance Controller and Internal Audit Manager |
| 3/13/2009 | 2.0 | Time spent reviewing the draft the narrative for EC-CS |
| 3/13/2009 | 1.0 | Review edits comments provided by Martin Burkard (PwC) regarding the narratives for New General Ledger and discuss the comments with Eric LaBorde (PwC) |
| 3/13/2009 | 1.0 | Meeting with Eric LaBorde (PwC) and Ed Taylor, Marie Dunbar, Srinivasa Vanga (Grace) to inquire more information regarding the New General Ledger to develop a deep understanding of the system. |
| 3/13/2009 | 0.4 | Internal meeting with Dave Sands, Martin Burkard and Brett Czajkowski (all PwC) to discuss project scope and the results of the meeting with Grace Management on 3/11/2009 |
| 3/13/2009 | 0.4 | Review and verify requested items for New General Ledger and EC-CS |
| 3/13/2009 | 0.5 | Clarify the requested documentation with Marie Dunbar and Ed Taylor (both WR Grace) via phone |
| 3/13/2009 | 0.2 | Inform Marie Dunbar and Ed Taylor (both WR Grace) about open items |
| 3/17/2009 | 2.0 | Develop preliminary observations based on discussion with Marie Dunbar and Ed Taylor (both WR Grace) |
| 3/17/2009 | 0.2 | Discuss progress of work with Martin Burkard (PwC) |
| 3/17/2009 | 1.0 | Review edits comments provided by Martin Burkard (PwC) regarding the narratives for New General Ledger and discuss the comments with Eric LaBorde (PwC) |

| | | |
|---|---|---|
| 3/17/2009 | 1.0 | Meeting with Eric LaBorde (PwC) and Marie Dunbar, Ed Taylor (both WR Grace) to walkthrough the content of requested items for New General Ledger (e.g. project plan, approval of business stake holders at various phases of the project, test plans and results). |
| 3/17/2009 | 1.5 | Create a risk and controls matrix for the implementation projects (e.g. identify inherent and business risk associated with the projects) |
| 3/17/2009 | 0.3 | Distribute to Marie Dunbar, Srinivasa Vanga, and Ed Taylor (all WR Grace) new request list of information |
| 3/18/2009 | 2.0 | Continuation of creating a risk and controls matrix for the implementation projects (e.g. identify inherent and business risk associated with the projects) |
| 3/18/2009 | 1.5 | Finalize edits for New General Ledger and EC-CS narrative and submit to Martin Burkard (PwC) for review |
| 3/18/2009 | 0.5 | Guide Eric LaBorde (PwC) on how to document control activity descriptions. |
| 3/18/2009 | 0.5 | Review a mapping of received documentation to the corresponding control activity descriptions. |
| 3/18/2009 | 0.5 | Identify the documentation gap and communicate with Marie Dunbar and Ed Taylor (both WR Grace) |
| 3/18/2009 | 1.0 | Research potential high risk areas of program development that Grace management does not consider for the implementation projects |
| 3/18/2009 | 1.2 | Review the generic GL audit work program to identify risk associated with SAP application |
| 3/18/2009 | 0.5 | Discus and seek advice from Martin Burkard (PwC) to understand inherent risk related to Grace's business |
| 3/18/2009 | 1.3 | Review control activity descriptions associated with defined objective and risk |
| 3/19/2009 | 2.5 | Finalize first draft of risk control matrix and submit to Martin Burkard (PwC) for review |
| 3/19/2009 | 1.0 | Meeting with Eric LaBorde (PwC) and Ina Felman and Srinivasa Vanga (both WR Grace) to discuss reports analysis worksheet. |
| 3/19/2009 | 1.0 | Continuation of meeting with Marie Dunbar (WR Grace) to understand general ledger comparison and a new reporting structure created for the New General Ledger |
| 3/19/2009 | 1.0 | Refine the observation points based on updated discussion with Marie Dunbar and Ed Taylor (both WR Grace) |
| 3/19/2009 | 1.0 | Create new request list of information as a result of the discussion about the reporting functionality of New General Ledger |
| 3/19/2009 | 0.5 | Inform Martin Burkard (PwC) about progress of work |
| 3/19/2009 | 2.5 | Write test plans for the controls identified for risk assessment, project governance, and implementation testing |
| 3/20/2009 | 0.5 | Participate in internal status call with Eric Laborde and M. Burkard (both PwC). |
| 3/20/2009 | 1.5 | Continuation of writing test plans for the controls identified for implementation testing |
| 3/20/2009 | 0.5 | Follow up status of requested documentation with Marie Dunbar and Ed Taylor (both Grace) |
| 3/23/2009 | 0.5 | Internal meeting with John Newstead, Dave Sands, Eric LaBorde, and Martin Burkard (all PwC) to discuss risk related to New General Ledger and seek internal subject matter expert to acquire guidance on how to audit the New General Ledger |
| 3/23/2009 | 2.2 | Revise and update the risk and controls matrix for the implementation projects. |
| 3/23/2009 | 0.8 | Seek advice from Martin Burkard (PwC) regarding the risk and controls matrix for the implementation projects |
| 3/23/2009 | 1.0 | Clarify issue logs and resolution with Marie Dunbar, Ed Taylor, and Srinivasa Vanga (all Grace) to gain a deep understanding on how management identify and resolve issues for the implementation projects |
| 3/24/2009 | 1.5 | Refine test plans for the controls identified for project governance, and implementation testing. |
| 3/24/2009 | 0.5 | Discuss with Brett Czajkowski (PwC) to refine risk language documented in the risk control matrix |
| 3/24/2009 | 1.0 | Meet with E. Slotwinski (Grace), M. Burkard (PwC), K. Chiem (PwC), and G. Covington (Grace) to discuss current observations. |
| 3/24/2009 | 0.9 | Continuation of clarifying issue logs and resolution with Marie Dunbar, Ed Taylor, and Srinivasa Vanga (Grace) for the implementation projects |

| | | |
|---|---|---|
| 3/25/2009 | 1.0 | Discuss with Marie Dunbar (WR Grace) to understand the ledger comparison tie out for New General Ledger and data load comparison for EC-CS to ensure completeness of data migration |
| 3/25/2009 | 1.0 | Meet with Marie Dunbar, Srinivasa Vanga, and Ed Taylor (WR Grace) to inquire about training provided to end user for New General Ledger |
| 3/25/2009 | 0.7 | Create new request items for the New General Ledger tie out and data load comparison for EC-CS, as well as training material for New General Ledger |
| 3/25/2009 | 0.6 | Meet with Brett Czajkowski, Eric LaBorde, and Martin Burkard (all PwC) to discuss changes to the testing matrix. |
| 3/25/2009 | 0.2 | Review sample selection of issues logs for New General Ledger, EC-CS, and reporting functionality |
| 3/25/2009 | 1.0 | Discuss with internal PwC subject matter expert regarding audit approach for New General Ledger |
| 3/25/2009 | 2.9 | Identify and understand management's controls, risks associated with the process, and how these risks have been addressed. |
| 3/25/2009 | 0.4 | Internal discussions over project risks and tests to perform with Martin Burkard, Brett Czajkowski and Eric LaBorde (all PwC) |
| 3/26/2009 | 1.1 | Review of risk assessment. |
| 3/26/2009 | 1.0 | Review of test plans for appropriateness. |
| 3/26/2009 | 3.0 | Review of test results. |
| 3/26/2009 | 1.8 | Generate a list of questions based on initial testing results. |
| 3/26/2009 | 0.6 | Seek advice for testing guidance with Brett Czajkowski (PwC). |
| 3/27/2009 | 2.0 | Review of updated test results. |
| 3/27/2009 | 1.3 | Discussion of test results and key risks with M. Burkard and K. Chiem (PwC) |
| 3/27/2009 | 0.7 | Seek advice for testing guidance with Brett Czajkowski (PwC). |
| 3/27/2009 | 1.0 | Meeting with Brett Czajkowski, Eric LaBorde (both PwC) and Ed Taylor and Srinivasa Vanga (both Grace) regarding status and open items/questions |
| 3/27/2009 | 1.0 | Meeting with Martin Burkard, Brett Czajkowski (both PwC) and Ed Taylor, Srinivasa Vanga, Greg Covington (both Grace) to discuss ASAP methodology |
| 3/27/2009 | 1.0 | Meeting with Brett Czajkowski, Eric LaBorde (both PwC) and Ed Taylor, Srinivasa Vanga, Marie Dunbar (all Grace) regarding resolution of open items and questions |
| 3/27/2009 | 1.5 | Test plan and results review. |
| 3/30/2009 | 0.6 | Preparation for meetings |
| 3/30/2009 | 2.0 | Observe Grace business users execute reports and inquire about report functionality for New General Ledger |
| 3/30/2009 | 2.0 | Perform detailed testing around reporting functionality for New General Ledger |
| 3/31/2009 | 2.2 | Document reporting functionality testing results. |

|  | 88.5 | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|

|  | 88.5 | **Total Hours** |
|---|---|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/2/2009 | 0.9 | Perform database completion procedures and discuss with S.Rahmani (PwC) completion status |
| 3/3/2009 | 0.5 | Perform database completion procedures |
| 3/6/2009 | 0.2 | Coordinate chemical sector call to discuss business updates at chemical clients, including Grace |
| 3/6/2009 | 0.3 | Review Grace Bankruptcy News number 183 |
| 3/9/2009 | 1.0 | Participate in call on Q1 Restructuring charges with J.Bray (PwC) and B.Dockman and T.Puglisi (both Grace) |
| 3/12/2009 | 2.0 | Prepare for and conduct team debrief meeting on the 2008 audit with P.Barkley, E.Margolius, A.Lueck, P.Katsiak, S.Rahmani, N.Johnson (all PwC) |
| 3/13/2009 | 0.7 | Call with M.Burkhard, J.Bray, D.Sands (all PwC) to discuss Blackline and new General Ledger Project |
| 3/16/2009 | 0.1 | Check in with P.Katsiak (PwC) on status of 2008 deliverables |
| 3/16/2009 | 0.9 | Tie out 2008 annual report |
| 3/16/2009 | 0.2 | Follow up on status of 2008 audit workpapers |
| 3/18/2009 | 0.3 | Consider 2009 Grace requirements and create requests |
| 3/18/2009 | 0.2 | Email team with Q1 2009 planning considerations |
| 3/18/2009 | 0.7 | Discuss Grace advisory project |
| 3/22/2009 | 0.3 | Respond to inquiry from PwC Indonesia on Grace procedures |
| 3/24/2009 | 0.4 | Discuss 2009 audit plan and schedule with N.Johnson (PwC) |
| 3/24/2009 | 0.7 | Prepare for and attend Grace hedge effectiveness meeting with J.Bray and K.Cronin (both PwC) |
| 3/24/2009 | 0.6 | Meet with B.Dockman, T.Puglisi (both Grace), and J.Bray (PwC) on Q1 2009 restructuring |
| 3/24/2009 | 1.4 | Meet with E.Bull & G.Arnold (both Grace) on tax controls testing strategy and prepare for meeting |
| 3/24/2009 | 0.2 | Review Factiva article on Libby Montana criminal trial |
| 3/24/2009 | 0.5 | Meet with T.Puglisi (Grace) on Q1 2009 review planning |
| 3/25/2009 | 1.3 | Discuss audit planning and strategy for 2008 with P.Barkley (PwC) |
| 3/26/2009 | 5.2 | Create Q1 review database for documentation of procedures performed and create notes on procedures to perform for 2009 |
| 3/26/2009 | 0.2 | Discuss Darex Q1 2009 review with B.Gardner (Grace) |
| 3/26/2009 | 0.8 | Call with J.Bray, M.Sabatini, A.Yepes on ART Restructuring Project (all PwC) and review of updated memo |
| 3/26/2009 | 0.3 | Update call with J.Bray (PwC) on 2009 audit planning |
| 3/26/2009 | 0.5 | Discuss SPA project with M.Burkhard (PwC) and email scoping note |
| 3/26/2009 | 1.0 | Prepare agenda for hedging meeting and review notes |
| 3/27/2009 | 1.3 | Prepare for and attend Grace hedge effectiveness meeting with J.Bray and K.Cronin (both PwC) and A.Buffington, L.Breaux, B.Dockman (Grace) |
| 3/27/2009 | 1.2 | Discuss audit planning and strategy for 2009 with J.Bray (PwC) |
| 3/27/2009 | 2.7 | Prepare 2009 audit staffing plan and strategy |
| 3/27/2009 | 1.8 | Prepare Q1 2009 responsibility matrix and audit tasks |
| 3/30/2009 | 1.2 | Call to discuss German tax matter with T.Smith, J.Bray, R.Garcia and German team (all PwC) |
| 3/30/2009 | 0.8 | Call to discuss ART Restructuring project with J.Bray, T.Smith, M.Solak, M.Sabatini (all PwC) |
| 3/30/2009 | 1.0 | Call to discuss chemicals practice with market sector team including J.Bray and T.Smith (PwC) |
| 3/30/2009 | 1.1 | Prepare Q1 2009 Audit Control Tool |
| 3/30/2009 | 3.4 | Prepare 2009 audit staffing plan and strategy |
| 3/31/2009 | 5.8 | Prepare 2009 audit staffing plan and strategy |
| 3/31/2009 | 0.8 | Create meeting agenda for internal audit planning meeting |
| 3/31/2009 | 1.2 | Prepare for meeting with H.LaForce (Grace) with T.Smith and J.Bray (PwC) |

| | 43.7 | Total Grace Integrated Audit Charged Hours |
|---|------|--------------------------------------------|

| | 43.7 | Total Hours |
|---|------|-------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/2/2009 | 3.5 | Completed the financial disclosure checklist |
| | 2.0 | Organized all of the workpapers for filing |
| 3/3/2009 | 4.7 | Reviewed the final filed 10K for consistency with the audit |
| | 2.9 | Tied out the updated wording and numbers from the previous version of the 10K |
| | 2.0 | Tied out sections of MD&A that were changed from the previous version (Cash flow sections) |
| 3/4/2009 | 3.1 | Transferred the MD&A section of the 10K |
| | 2.3 | Tied out the incentive compensation of the 10K |
| | 4.6 | Documented tie out procedures on the 10K that was filed with the SEC |
| 3/6/2009 | 2.0 | Created year end final external workpapers |
| 3/9/2009 | 1.3 | Wrapped up the database to set up for filing |
| 3/12/2009 | 1.7 | Ran database reports to clear all database notes and replication conflicts in order to ensure documentation of audit is complete |

| | 30.1 | **Total Grace Integrated Audit Charged Hours** |
|---|------|--------------------------------|

| | 30.1 | **Total Hours** |
|---|------|--------------------------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| me:  Adam Lueck | | |
| 3/2/2009 | 1.8 | Wrapping up year-end procedures. |
| 3/3/2009 | 0.8 | Documenting 2008 testing perfomed for the IT team. |
| 3/12/2009 | 1.8 | Preparing and attending audit debrief call |
| | 4.4 | **Total Grace Integrated Audit Charged Hours** |
| | 4.4 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Eric LaBorde**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/10/2009 | 1.0 | Participate in preparation meeting with K. Chiem (PwC), B. Czajkowski (PwC), and M. Burkard (PwC). |
| 3/11/2009 | 2.0 | Prepare for upcoming meeting and review notes. |
| 3/11/2009 | 3.0 | Meet with Srinivasa Vanga (Grace), Ed Taylor (Grace), K. Chiem (PwC), B. Czajkowski (PwC), and M. Burkard (PwC) to discuss Flex General Ledger and EC-CS projects. |
| 3/11/2009 | 0.5 | Regroup with K. Chiem (PwC), B. Czajkowski (PwC), and M. Burkard (PwC) to discuss meeting. |
| 3/11/2009 | 3.5 | Begin draft of Flex General Ledger narrative. |
| 3/12/2009 | 1.0 | Reconcile PBC (Provided By Client) request items. |
| 3/12/2009 | 1.0 | Update the PBC (Provided By Client) request list. |
| 3/12/2009 | 3.5 | Continue drafting Flex General Ledger narrative. |
| 3/12/2009 | 1.0 | Participate in status meeting with Ed Taylor (Grace), Srinivasa Vanga (Grace), Marie Dunbar (Grace), and K. Chiem (PwC). |
| 3/12/2009 | 2.0 | Begin drafting EC-CS narrative |
| 3/13/2009 | 0.2 | Receive update draft of Flex General Ledger narrative from K. Cheim (PwC) and take initial look. |
| 3/13/2009 | 1.3 | Review and correct updated Flex General Ledger narrative. |
| 3/13/2009 | 0.2 | Discuss data migration with M. Burkard (PwC) and K. Chiem (PwC). |
| 3/13/2009 | 0.4 | Update EC-CS narrative and change to requested format. |
| 3/13/2009 | 0.7 | Review new requests and update PBC (Provided By Client) list to reflect new requests. |
| 3/13/2009 | 0.6 | Discuss risks and prepare for internal meeting. |
| 3/13/2009 | 0.9 | Make requested updates to diagram and narrative. |
| 3/13/2009 | 0.5 | Participate in internal meeting with D. Sands (PwC), M. Burkard (PwC), K. Chiem (PwC). |
| 3/13/2009 | 0.5 | Status meeting with Marie Dunbar (Grace), K. Chiem (PwC), M. Burkard (PwC), Ed Taylor (Grace), and Srinivasa Vanga (Grace). |
| 3/13/2009 | 1.8 | Update EC-CS narrative. |
| 3/13/2009 | 0.3 | Update Provided By Client request list. |
| 3/13/2009 | 0.4 | Discuss next steps with M. Burkard (PwC) and K. Chiem (PwC) |
| 3/16/2009 | 0.7 | Review PBC (Provided By Client) items and begin creating PBC inventory. |
| 3/16/2009 | 0.3 | Review notes and to-do items. |
| 3/16/2009 | 0.9 | Review each inventory item in detail to gain understanding and draft description. |
| 3/16/2009 | 2.0 | Create control descriptions that correspond to PBC (Provided By Client) items. |
| 3/16/2009 | 0.5 | Participate in internal status meeting with M. Burkard (PwC), B. Czajkowski (PwC), and K. Chiem (PwC). |
| 3/16/2009 | 2.6 | Create initial control activities that correspond to risks. |
| 3/16/2009 | 0.7 | Begin creation of test plans that correspond to control activities. |
| 3/17/2009 | 1.3 | Finish PBC (Provided By Client) inventory. |
| 3/17/2009 | 0.5 | Review risks for control descriptions. |
| 3/17/2009 | 2.5 | Create control descriptions that correspond to updated program development risks and control objectives. |
| 3/17/2009 | 1.0 | Consolidate information in PBC (Provided By Client) request list. |
| 3/17/2009 | 1.0 | Discuss each PBC (Provided By Client) item in detail with K. Chiem (PwC) and identify potential design gaps. |
| 3/17/2009 | 0.4 | Add in filenames to PBC (Provided By Client) request list |

| | | |
|---|---|---|
| 3/17/2009 | 1.3 | Create test plans that correspond to previously created control descriptions. |
| 3/18/2009 | 1.9 | Finalize EC-CS narrative. |
| 3/18/2009 | 1.0 | Meet with Srinivasa Vanga (Grace) and K. Chiem (PwC) to clarify understanding of requests. |
| 3/18/2009 | 4.2 | Work on detailed testing documentation. |
| 3/18/2009 | 0.9 | Update testing status document and outstanding items. |
| 3/19/2009 | 3.0 | Update test plans and control descriptions. |
| 3/19/2009 | 0.5 | Meet with S. Vanga (Grace) and K. Chiem (PwC) to discuss testing script. |
| 3/19/2009 | 1.3 | Finalize test plans. |
| 3/19/2009 | 0.8 | Document previous meeting and prepare for upcoming meetings. |
| 3/19/2009 | 0.7 | Meet with I. Felman (Grace), S. Vanga (Grace) and K. Chiem (PwC)  to discuss reports analysis worksheet. |
| 3/19/2009 | 0.7 | Meet with M. Dunbar (Grace), S. Vanga (Grace), and K. Chiem (PwC) to discuss ledger reconciliation documents. |
| 3/19/2009 | 0.3 | Review testing strategy. |
| 3/19/2009 | 0.7 | Develop action plans for testing and perform initial documentation. |
| 3/20/2009 | 2.3 | Work on initial ledger reconciliation testing and documentation. |
| 3/20/2009 | 2.0 | Work on testing over Flex General Ledger functional test plans/results. |
| 3/20/2009 | 1.1 | Work on testing over reports analysis |
| 3/20/2009 | 0.5 | Participate in internal status call with K. Chiem (PwC) and M. Burkard (PwC). |
| 3/20/2009 | 1.8 | Review issue logs. |
| 3/23/2009 | 0.5 | Review updated testing matrix. |
| 3/23/2009 | 0.9 | Review meetings plans for the week and schedule meetings for outstanding items. |
| 3/23/2009 | 0.6 | Review narratives and testing matrix in preparation for status meeting. |
| 3/23/2009 | 0.7 | Meet with J. Newstead (PwC), B. Czajkowski (PwC), K. Chiem (PwC), M. Burkard (PwC), and D. Sands (PwC) to discuss testing matrix. |
| 3/23/2009 | 0.3 | Review notes from meeting. |
| 3/23/2009 | 1.9 | Review webinars and other requests. |
| 3/23/2009 | 0.2 | Draft agenda for meeting. |
| 3/23/2009 | 2.9 | Work on detailed testing and documentation |
| 3/24/2009 | 0.5 | Prepare for upcoming meeting. |
| 3/24/2009 | 0.9 | Meet with S. Vanga (Grace), K. Chiem (PwC), and E. Taylor (Grace) to discuss request items and discussion points. |
| 3/24/2009 | 0.8 | Review observations and make edits. |
| 3/24/2009 | 0.8 | Select samples from issue logs. |
| 3/24/2009 | 0.9 | Review issues with K. Chiem (PwC) and send out issue log samples. |
| 3/24/2009 | 0.3 | Draft status update document and current status. |
| 3/24/2009 | 1.0 | Meet with E. Slotwinski (Grace), M. Burkard (PwC), K. Chiem (PwC), and G. Covington (Grace) to discuss current observations. |
| 3/24/2009 | 0.9 | Meet with B. Czajkowski (PwC), K. Chiem (PwC), and M. Burkard (PwC) to discuss changes to the testing matrix. |
| 3/24/2009 | 0.9 | Update testing status according to latest testing matrix. |
| 3/24/2009 | 0.3 | Meet with B. Czajkowski (PwC), D. Sands (PwC), K. Chiem (PwC), and M. Burkard (PwC) to discuss changes to testing matrix. |
| 3/24/2009 | 0.7 | Work on detailed testing and documentation. |
| 3/25/2009 | 3.8 | Update testing matrix with testing results |
| 3/25/2009 | 1.0 | Discuss testing matrix with B. Czajkowski (PwC) and Karen Chiem (PwC). |
| 3/25/2009 | 1.5 | Create new PBC (Provided By Client) list. |
| 3/25/2009 | 1.5 | Update testing matrix according to discussion. |
| 3/25/2009 | 1.0 | Participate in status update meeting with B. Czajkowski (PwC), K. Chiem (PwC), S. Vanga (Grace), M. Dunbar (Grace), and E. Taylor (Grace) |
| 3/25/2009 | 0.4 | Review notes from meeting as a recap. |
| 3/25/2009 | 2.5 | Work on detailed testing and documentation. |
| 3/25/2009 | 0.3 | Document meeting results. |

| | | |
|---|---|---|
| 3/26/2009 | 0.2 | Check email and update PBC (Provided By Client) list. |
| 3/26/2009 | 1.2 | Work on testing over project plans. |
| 3/26/2009 | 1.4 | Work on testing over EC-CS user access approval. |
| 3/26/2009 | 2.2 | Work on testing over Flex General Ledger functional test plans/results. |
| 3/26/2009 | 2.3 | Work on updating test matrix according to comments. |
| 3/26/2009 | 1.1 | Work on testing over project plans. |
| 3/26/2009 | 1.3 | Work on updating outstanding items for test matrix. |
| 3/26/2009 | 1.1 | Draft email of PBC (Provided By Client) requests. |
| 3/27/2009 | 2.0 | Work on detailed testing and documentation. |
| 3/27/2009 | 1.2 | Meet with B. Czajkowski (PwC), K. Chiem (PwC), S. Vanga (Grace), and E. Taylor (Grace) to discuss test scripts and other discussion points. |
| 3/27/2009 | 0.9 | Prepare for upcoming meeting. |
| 3/27/2009 | 1.0 | Meet with B. Czajkowski (PwC), K. Chiem (PwC), M. Burkard (PwC), S. Vanga (Grace), and E. Taylor (Grace) to discuss ledger reconciliations. |
| 3/27/2009 | 2.2 | Work on testing of issue logs and resolutions. |
| 3/27/2009 | 1.9 | Work on testing of PMO meetings and project scorecards. |
| 3/27/2009 | 2.8 | Work on testing of project methodology. |
| 3/30/2009 | 2.0 | Update testing matrix according to review notes. |
| 3/31/2009 | 2.6 | Update testing matrix according to review notes. |

| | |
|---|---|
| **121.1** | **Total Grace Integrated Audit Charged Hours** |

| | |
|---|---|
| **121.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Kellen DeMarco**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 3/30/2009 | 0.2 | Review the risk and controls matrix. |
| 3/30/2009 | 0.4 | Discussion of test procedures with B. Czajkowski (PwC) |
| 3/30/2009 | 1.6 | Perform detailed testing around interfaces and documented results in the risk and controls matrix |
| 3/30/2009 | 0.6 | Discussion of results with B. Czajkowski (PwC) |
| 3/30/2009 | 0.2 | Documentation in the risk and controls matrix. |
| 3/31/2009 | 1.1 | Perform detailed testing around system and user test plans and documented results in the risk and controls matrix |
| 3/31/2009 | 0.5 | Discussion of results with B. Czajkowski (PwC) |
| 3/31/2009 | 0.4 | Documentation in the risk and controls matrix. |

**5.0**    **Total Grace Integrated Audit Charged Hours**

**5.0**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Kristina Johnson**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/3/2009 | 1.3 | Compiling the workpapers for the 2008 audit. |
| 3/3/2009 | 1.5 | Tying out the financial statements. |
| 3/3/2009 | 4.1 | Tying out footnotes 1- 10. |
| 3/3/2009 | 2.2 | Tying out footnotes 11-23. |
| 3/4/2009 | 2.1 | Tying out the 10K and workpaper preparation for 2008 audit. |
| 3/12/2009 | 2.0 | Calling in for the Grace team wrap up meeting |

| | | |
|------|------|------|
| | 13.2 | **Total Grace Integrated Audit Charged Hours** |
| | 13.2 | **Total Hours** |