# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment |
|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 3/19/09 | $ 397.20 | | | |
| | Integrated Audit | 3/19/09 | | 173.94 | | |
| | Integrated Audit | 3/20/2009 | | | $ 35.00 | |
| George Baccash | Integrated Audit | 3/2009 | $38.50 | | | |
| Thomas Smith | Integrated Audit | 3/19/2009 | $ 397.20 | | | |
| | Integrated Audit | 3/19/2009 | $ 48.39 | | | |
| | Integrated Audit | 3/19/2009 | $ 35.00 | | | |
| | Integrated Audit | 3/19/2009 | | 173.94 | | |
| | Integrated Audit | 3/20/2009 | | | | $ 87.40 |
| Martin Burkard | Integrated Audit | 3/9/09 | $ 41.80 | | | |
| | Integrated Audit | 3/11/09 | $ 41.80 | | | |
| | Integrated Audit | 3/11/09 | | | | $ 60.29 |
| | Integrated Audit | 3/13/09 | $ 41.80 | | | |
| | Integrated Audit | 3/24/09 | $ 41.80 | | | |
| | Integrated Audit | 3/25/09 | $ 41.80 | | | |
| | Integrated Audit | 3/26/09 | $ 41.80 | | | |
| | Integrated Audit | 3/27/09 | $ 41.80 | | | |
| | Integrated Audit | 3/30/09 | $ 41.80 | | | |
| Justin Bray | Integrated Audit | 3/27/09 | $ 23.10 | | | |
| David Sands | Integrated Audit | 3/25/09 | $ 38.50 | | | |
| Brett Czajkowski | Integrated Audit | 3/25/09 | $ 20.90 | | | |
| | Integrated Audit | 3/26/09 | $ 20.90 | | | |
| | Integrated Audit | 3/27/09 | $ 20.90 | | | |
| | Integrated Audit | 3/30/09 | $ 20.90 | | | |
| | Integrated Audit | 3/31/09 | $ 20.90 | | | |
| Jacqueline Calvo | Integrated Audit | 2/2/09 | $ 58.30 | | | |
| | Integrated Audit | 2/3/09 | $ 9.00 | | | |
| | Integrated Audit | 2/13/09 | | | | $ 20.20 |
| Karen Chiem | Integrated Audit | 3/11/09 | $ 55.00 | | | |
| | Integrated Audit | 3/12/09 | $ 55.00 | | | |
| | Integrated Audit | 3/13/09 | $ 55.00 | | | |
| | Integrated Audit | 3/17/09 | $ 55.00 | | | |
| | Integrated Audit | 3/18/09 | $ 55.00 | | | |
| | Integrated Audit | 3/19/09 | $ 55.00 | | | |
| | Integrated Audit | 3/23/09 | $ 55.00 | | | |
| | Integrated Audit | 3/24/09 | $ 55.00 | | | |
| | Integrated Audit | 3/25/09 | $ 55.00 | | | |
| | Integrated Audit | 3/26/09 | $ 55.00 | | | |
| | Integrated Audit | 3/27/09 | $ 55.00 | | | |
| | Integrated Audit | 3/30/09 | $ 55.00 | | | |

**Eric LaBorde**

| | | |
|---|---|---|
| Integrated Audit | 3/11/2009 | $ 19.80 |
| Integrated Audit | 3/11/2009 | $ 19.80 |
| Integrated Audit | 3/12/2009 | $ 19.80 |
| Integrated Audit | 3/12/2009 | $ 19.80 |
| Integrated Audit | 3/13/2009 | $ 19.80 |
| Integrated Audit | 3/13/2009 | $ 20.35 |
| Integrated Audit | 3/16/2009 | $ 19.80 |
| Integrated Audit | 3/16/2009 | $ 20.35 |
| Integrated Audit | 3/17/2009 | $ 20.35 |
| Integrated Audit | 3/17/2009 | $ 20.35 |
| Integrated Audit | 3/18/2009 | $ 19.80 |
| Integrated Audit | 3/18/2009 | $ 19.80 |
| Integrated Audit | 3/19/2009 | $ 19.80 |
| Integrated Audit | 3/19/2009 | $ 19.80 |
| Integrated Audit | 3/23/2009 | $ 19.80 |
| Integrated Audit | 3/23/2009 | $ 18.70 |
| Integrated Audit | 3/24/2009 | $ 19.80 |
| Integrated Audit | 3/24/2009 | $ 19.80 |
| Integrated Audit | 3/25/2009 | $ 19.80 |
| Integrated Audit | 3/25/2009 | $ 19.80 |
| Integrated Audit | 3/26/2009 | $ 19.80 |
| Integrated Audit | 3/26/2009 | $ 19.80 |
| Integrated Audit | 3/27/2009 | $ 19.80 |
| Integrated Audit | 3/27/2009 | $ 20.35 |

**Shahin Rahmani**

| | | |
|---|---|---|
| Integrated Audit | 1/5/09 | $ 5.50 |
| Integrated Audit | 1/6/09 | $ 5.50 |
| Integrated Audit | 1/7/09 | $ 5.50 |
| Integrated Audit | 1/8/09 | $ 5.50 |
| Integrated Audit | 1/9/09 | $ 5.50 |
| Integrated Audit | 1/12/09 | $ 5.50 |
| Integrated Audit | 1/13/09 | $ 5.50 |
| Integrated Audit | 1/14/09 | $ 5.50 |
| Integrated Audit | 1/15/09 | $ 5.50 |
| Integrated Audit | 1/16/09 | $ 5.50 |
| Integrated Audit | 1/19/09 | $ 5.50 |
| Integrated Audit | 1/20/09 | $ 5.50 |
| Integrated Audit | 1/21/09 | $ 5.50 |
| Integrated Audit | 1/22/09 | $ 5.50 |
| Integrated Audit | 1/23/09 | $ 5.50 |

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 1/24/09 | $ | 27.50 | |
| Integrated Audit | 1/26/09 | $ | 5.50 | |
| Integrated Audit | 1/27/09 | $ | 5.50 | |
| Integrated Audit | 1/28/09 | $ | 5.50 | |
| Integrated Audit | 1/29/09 | $ | 5.50 | |
| Integrated Audit | 1/30/09 | $ | 5.50 | |
| Integrated Audit | 2/2/09 | $ | 5.50 | |
| Integrated Audit | 2/3/09 | $ | 5.50 | |
| Integrated Audit | 2/4/09 | $ | 5.50 | |
| Integrated Audit | 2/5/09 | $ | 5.50 | |
| Integrated Audit | 2/6/09 | $ | 5.50 | |
| Integrated Audit | 2/7/09 | $ | 27.50 | |
| Integrated Audit | 2/9/09 | $ | 5.50 | |
| Integrated Audit | 2/10/09 | $ | 5.50 | |
| Integrated Audit | 2/11/09 | $ | 5.50 | |
| Integrated Audit | 2/12/09 | $ | 5.50 | |
| Integrated Audit | 2/13/09 | $ | 5.50 | |
| Integrated Audit | 2/14/09 | $ | 5.50 | |
| Integrated Audit | 2/16/09 | $ | 27.50 | $ 14.78 |
| Integrated Audit | 2/16/09 | $ | 5.50 | |
| Integrated Audit | 2/17/09 | $ | 5.50 | |
| Integrated Audit | 2/18/09 | $ | 5.50 | |
| Integrated Audit | 2/19/09 | $ | 5.50 | |
| Integrated Audit | 2/20/09 | $ | 5.50 | $ 7.18 |
| Integrated Audit | 2/21/09 | $ | 5.50 | |
| Integrated Audit | 2/21/09 | $ | 27.50 | |
| Integrated Audit | 2/23/09 | $ | 5.50 | |
| Integrated Audit | 2/24/09 | $ | 5.50 | |
| Integrated Audit | 2/25/09 | $ | 5.50 | |
| Integrated Audit | 2/26/09 | $ | 5.50 | |
| Integrated Audit | 2/27/09 | $ | 5.50 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Integrated Audit | 3/3/09 | $ | 5.50 |  |
|  | Integrated Audit | 3/4/09 | $ | 5.50 |  |
| Keilen DeMarco | Integrated Audit | 3/31/09 | $ | 41.80 |  |
| Melissa Noel | Integrated Audit | 2/3/2009 |  |  | $ 26.44 |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
|  | $ 3,602.91 | $ 3,003.74 | 347.88 | $ 61.44 | $ 189.85 |

## Description

Airfare (round trip) - Washington to Fort Lauderdale - visit Grace tax operations in Boca Raton
Hotel - one night - Marriott, Boca Raton - (Room $156.00; tax $17.94)
Parking at airport - 2 days

Personal Car from Plantation to Boca Raton - 70 Miles * .55/ mile - Tax Accrual Discussion with Alan re: Germany

Roundtrip airfare - trip to Boca Raton from Washington DC for meeting with E.Filon (Grace)
Rental car for same trip
Parking at airport for same trip –
Hotel - one night - Marriott, Boca Raton - (Room $156.00; tax $17.94)
Lunch to discuss tax provision work - B.Bishop, G.Baccash, R. Garcia, and self (4 people, all PwC)

(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
Team Lunch for K. Chiem, E. LaBode, M. Burkard (all PwC, 3 people)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)

Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)

Mileage to client (in excess of normal commute to office) 70 miles * .55/ mile

Mileage (74 - 36 miles normal commute = 38 miles *$0.55/ mile) in addition to standard commute to PwC office, McLean, VA.
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/ mile) in addition to standard commute to PwC office, McLean, VA.
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/ mile) in addition to standard commute to PwC office, McLean, VA.
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/ mile) in addition to standard commute to PwC office, McLean, VA.
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/ mile) in addition to standard commute to PwC office, McLean, VA.

70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles * 0.55= $58.30
4.50 tolls each way x 2 = 9.00
Overtime Meal (1 person, dinner)

Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)

Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (38 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles * .55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles * .55)

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50

25 excess miles * $.55 = $13.75 . *2= Round trip cost =27.5
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
25 excess miles * $.55 = $13.75 . *2= Round trip cost = $27.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
25 excess miles * $.55 = $13.75 . *2= Round trip cost = $27.50
Group Breakfast with Nicole Johnson, Pavel Katsiak, Lynda Keorlet, Pamela Barkley (4 people, all PwC)
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Group Breakfast with Nicole Johnson, Pavel Katsiak, Lynda Keorlet, Adam Lueck (4 people, all PwC)
25 excess miles * $.55 = $13.75 . *2= Round trip cost = $27.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50

Mileage (92 - 16 miles normal commute = 76 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA.

charge to overnight monthly package

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended March 31, 2009**

| Personnel | Date | Title | Expense | |
|---|---|---|---|---|
| **Bill Bishop** | 3/19/09 | Audit Partner | $ | 397.20 |
| | 3/19/09 | Audit Partner | $ | 173.94 |
| | 3/20/09 | Audit Partner | $ | 35.00 |
| | | | **$** | **606.14** |
| **George Baccash** | 3/20/09 | Tax Partner | | $38.50 |
| | | | **$** | **38.50** |
| **Thomas Smith** | 3/19/2009 | Audit Partner | $ | 397.20 |
| | 3/19/2009 | Audit Partner | $ | 48.39 |
| | 3/19/2009 | Audit Partner | $ | 35.00 |
| | 3/19/2009 | Audit Partner | $ | 173.94 |
| | 3/20/2009 | Audit Partner | $ | 87.40 |
| | | | **$** | **741.93** |
| **Martin Burkard** | 3/9/09 | Audit Manager | $ | 41.80 |
| | 3/11/09 | Audit Manager | $ | 41.80 |
| | 3/11/09 | Audit Manager | $ | 60.29 |
| | 3/13/09 | Audit Manager | $ | 41.80 |
| | 3/24/09 | Audit Manager | $ | 41.80 |
| | 3/25/09 | Audit Manager | $ | 41.80 |
| | 3/26/09 | Audit Manager | $ | 41.80 |
| | 3/27/09 | Audit Manager | $ | 41.80 |
| | 3/30/09 | Audit Manager | $ | 41.80 |
| | | | **$** | **394.69** |
| **Justin Bray** | 3/27/09 | Audit Senior Manager | $ | 23.10 |
| | | | **$** | **23.10** |
| **David Sands** | 3/25/09 | Audit Senior Manager | $ | 38.50 |
| | | | **$** | **38.50** |
| **Brett Czajkowski** | 3/25/09 | Audit Senior Associate | $ | 20.90 |
| | 3/26/09 | Audit Senior Associate | $ | 20.90 |
| | 3/27/09 | Audit Senior Associate | $ | 20.90 |
| | 3/30/09 | Audit Senior Associate | $ | 20.90 |
| | 3/31/09 | Audit Senior Associate | $ | 20.90 |
| | | | **$** | **104.50** |
| **Jacqueline Calvo** | 2/2/09 | Tax Senior Associate | $ | 58.30 |
| | 2/3/09 | Tax Senior Associate | $ | 9.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 2/13/09 | Tax Senior Associate | $ | 20.20 |
|  |  |  | $ | **87.50** |
| **Karen Chiem** | 3/11/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/12/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/13/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/17/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/18/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/19/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/23/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/24/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/25/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/26/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/27/09 | Audit Senior Associate | $ | 55.00 |
|  | 3/30/09 | Audit Senior Associate | $ | 55.00 |
|  |  |  | $ | **660.00** |
| **Eric LaBorde** | 3/11/2009 | Audit Associate | $ | 19.80 |
|  | 3/11/2009 | Audit Associate | $ | 19.80 |
|  | 3/12/2009 | Audit Associate | $ | 19.80 |
|  | 3/12/2009 | Audit Associate | $ | 19.80 |
|  | 3/13/2009 | Audit Associate | $ | 19.80 |
|  | 3/13/2009 | Audit Associate | $ | 20.35 |
|  | 3/16/2009 | Audit Associate | $ | 19.80 |
|  | 3/16/2009 | Audit Associate | $ | 20.35 |
|  | 3/17/2009 | Audit Associate | $ | 20.35 |
|  | 3/17/2009 | Audit Associate | $ | 20.35 |
|  | 3/18/2009 | Audit Associate | $ | 19.80 |
|  | 3/18/2009 | Audit Associate | $ | 19.80 |
|  | 3/19/2009 | Audit Associate | $ | 19.80 |
|  | 3/19/2009 | Audit Associate | $ | 19.80 |
|  | 3/23/2009 | Audit Associate | $ | 19.80 |
|  | 3/23/2009 | Audit Associate | $ | 18.70 |
|  | 3/24/2009 | Audit Associate | $ | 19.80 |
|  | 3/24/2009 | Audit Associate | $ | 19.80 |
|  | 3/25/2009 | Audit Associate | $ | 19.80 |
|  | 3/25/2009 | Audit Associate | $ | 19.80 |
|  | 3/26/2009 | Audit Associate | $ | 19.80 |
|  | 3/26/2009 | Audit Associate | $ | 19.80 |
|  | 3/27/2009 | Audit Associate | $ | 19.80 |
|  | 3/27/2009 | Audit Associate | $ | 20.35 |
|  |  |  | $ | **476.85** |
| **Shahin Rahmani** | 1/5/09 | Audit Associate | $ | 5.50 |
|  | 1/6/09 | Audit Associate | $ | 5.50 |
|  | 1/7/09 | Audit Associate | $ | 5.50 |
|  | 1/8/09 | Audit Associate | $ | 5.50 |
|  | 1/9/09 | Audit Associate | $ | 5.50 |
|  | 1/12/09 | Audit Associate | $ | 5.50 |

| Date | Title | | Amount |
|------|-------|---|--------|
| 1/13/09 | Audit Associate | $ | 5.50 |
| 1/14/09 | Audit Associate | $ | 5.50 |
| 1/15/09 | Audit Associate | $ | 5.50 |
| 1/16/09 | Audit Associate | $ | 5.50 |
| 1/19/09 | Audit Associate | $ | 5.50 |
| 1/20/09 | Audit Associate | $ | 5.50 |
| 1/21/09 | Audit Associate | $ | 5.50 |
| 1/22/09 | Audit Associate | $ | 5.50 |
| 1/23/09 | Audit Associate | $ | 5.50 |
| 1/24/09 | Audit Associate | $ | 27.50 |
| 1/26/09 | Audit Associate | $ | 5.50 |
| 1/27/09 | Audit Associate | $ | 5.50 |
| 1/28/09 | Audit Associate | $ | 5.50 |
| 1/29/09 | Audit Associate | $ | 5.50 |
| 1/30/09 | Audit Associate | $ | 5.50 |
| 2/2/09 | Audit Associate | $ | 5.50 |
| 2/3/09 | Audit Associate | $ | 5.50 |
| 2/4/09 | Audit Associate | $ | 5.50 |
| 2/5/09 | Audit Associate | $ | 5.50 |
| 2/6/09 | Audit Associate | $ | 5.50 |
| 2/7/09 | Audit Associate | $ | 27.50 |
| 2/9/09 | Audit Associate | $ | 5.50 |
| 2/10/09 | Audit Associate | $ | 5.50 |
| 2/11/09 | Audit Associate | $ | 5.50 |
| 2/12/09 | Audit Associate | $ | 5.50 |
| 2/13/09 | Audit Associate | $ | 5.50 |
| 2/14/09 | Audit Associate | $ | 27.50 |
| 2/16/09 | Audit Associate | $ | 14.78 |
| 2/16/09 | Audit Associate | $ | 5.50 |
| 2/17/09 | Audit Associate | $ | 5.50 |
| 2/18/09 | Audit Associate | $ | 5.50 |

| | | | | |
|---|---|---|---|---|
| | 2/19/09 | Audit Associate | $ | 5.50 |
| | 2/20/09 | Audit Associate | $ | 5.50 |
| | 2/21/09 | Audit Associate | $ | 7.18 |
| | 2/21/09 | Audit Associate | $ | 27.50 |
| | 2/23/09 | Audit Associate | $ | 5.50 |
| | 2/24/09 | Audit Associate | $ | 5.50 |
| | 2/25/09 | Audit Associate | $ | 5.50 |
| | 2/26/09 | Audit Associate | $ | 5.50 |
| | 2/27/09 | Audit Associate | $ | 5.50 |
| | 3/3/09 | Audit Associate | $ | 5.50 |
| | 3/4/09 | Audit Associate | $ | 5.50 |
| | | | $ | **362.96** |
| **Kellen DeMarco** | 3/31/09 | Audit Associate | $ | 41.80 |
| | | | $ | **41.80** |
| **Melissa Noel** | 2/3/2009 | Project Team Specialist | $ | 26.44 |
| | | | $ | **26.44** |
| | | | $ | **3,602.91** |

**Description**

Airfare (round trip) - Washington to Fort Lauderdale - visit Grace tax operations in Boca Raton
Hotel - one night - Marriott, Boca Raton - (Room $156.00; tax $17.94)
Parking at airport - 2 days


Personal Car from Plantation to Boca Raton - 70 Miles * .55/ mile - Tax Accrual Discussion with Alan re:  Germany


Roundtrip airfare - trip to Boca Raton from Washington DC for meeting with E.Filon (Grace)
Rental car for same trip
Parking at airport for same trip
Hotel - one night - Marriott, Boca Raton - (Room $156.00; tax $17.94)
Lunch to discuss tax provision work - B.Bishop, G.Baccash, R. Garcia, and self (4 people, all PwC)


(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
Team Lunch for K. Chiem, E. LaBorde, M. Burkard (all PwC, 3 people)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)
(106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)


Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)


Mileage to client (in excess of normal commute to office)  70 miles * .55/mile


Mileage (74 - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA
Mileage (74 - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA


70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles * 0.55= $58.30
 4.50 tolls each way x 2 = 9.00

Overtime Meal (1 person, dinner)

Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)
Mileage in excess of daily commute (120 miles - 20 normal commute miles * 0.55)

Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (38 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (40 miles - 4 normal commute miles *.55)
Mileage in excess of daily commute (41 miles - 4 normal commute miles *.55)

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
25 excess miles * $.55 = $13.75  * 2=  Round trip cost =27.5
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
25 excess miles * $.55 = $13.75  * 2= Round trip cost = $27.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
25 excess miles * $.55 = $13.75  * 2= Round trip cost = $27.50
Group Breakfast with Nicole Johnson, Pavel Katsiak, Lynda Keorlet, Pamela Barkley (4 people, all PwC)
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Group Breakfast with Nicole Johnson, Pavel Katsiak, Lynda Keorlet, Adam Lueck (4 people, all PwC)
25 excess miles * $.55 = $13.75  * 2= Round trip cost = $27.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $,55 = $2.75)
Round trip cost = $5.50
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.55 = $2.75)
Round trip cost = $5.50

Mileage (92 - 16 miles normal commute = 76 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA

charge to overnight monthly package