## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No.   01-1139 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

SECOND SUPPLEMENTAL
## VERIFIED STATEMENT IN CONNECTION WITH THE
## REPRESENTATION OF CREDITORS AS REQUIRED BY
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Michael P. Thornton, being first duly sworn, hereby deposes and states as follows:

1.     I am an attorney with Thornton & Naumes, LLP, ("Thornton") with offices at 100 Summer Street, 30th Floor, Boston, Massachusetts.

2.     This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3.     Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Thornton with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.     Each of these Creditors has employed Thornton under an employment contract with Thornton. A blank but unredacted exemplar of Thornton's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by Thornton one exemplar of each

such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc.  For each

Asbestos Creditor represented by Thornton and listed on Exhibit A, the form of instrument

executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: May 6, 2009                                        Respectfully submitted,

                                                         Michael P. Thornton, Esq.
                                                         Thornton & Naumes, LLP
                                                         100 Summer Street, 30th Flr
                                                         Boston, MA 02110