# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: May 21, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE NINETY-THIRD MONTHLY INTERIM PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1 through March 31, 2009 |
| Amount of fees sought as actual, reasonable and necessary: | $119,493.00 |
| Amount of expenses sought as actual, reasonable and necessary | $91,664.16 |

This is a(n): __X__ monthly    ___ interim    ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#21486
4/28/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 16 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 9.50 | $6,507.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .20 | $127.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 25.70 | $16,191.00 |
| Antony B. Klapper | Partner | 1996 | Litigation | $590.00 | 123.30 | $72,747.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 12.30 | $5,596.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 5.80 | $2,320.00 |
| Thomas J. Burns | Of Counsel | 1996 | Bankruptcy | $370.00 | 4.60 | $1,702.00 |
| Rebecca E. Aten | Associate | 2003 | Litigation | $345.00 | 28.60 | $9,867.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal 17 Years | Bankruptcy | $240.00 | 3.10 | $744.00 |
| Meegan E. Ramsey | Paralegal 4 Years | Litigation | $210.00 | 2.40 | $504.00 |
| Amy E. Denniston | Senior Research Librarian 11 Years | Knowledge Management | $180.00 | .40 | $72.00 |
| Sharon A. Ament | Paralegal 5 Years | Litigation | $175.00 | 17.80 | $3,115.00 |

**Total Fees: $119,493.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 4.20 | $735.00 |
| Fee Applications | 16.10 | $4,324.00 |
| Claim Analysis Objection Resolution & Estimation | 68.20 | $32,199.00 |
| Montana Grand Jury Investigation | 129.60 | $75,528.00 |
| Property Damage Claim Appeals | 11.00 | $5,005.00 |
| Luis & Heather Santos & Basell USA | 4.60 | $1,702.00 |
| **Total** | **233.70** | **$119,493.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $5.30 | ---- |
| PACER | $33.36 | ---- |
| Westlaw | $75.89 | ---- |
| Telecopy Expense | $37.00 | ---- |
| Documentation Charge | $261.37 | ---- |
| Library External Charges | $17.51 | ---- |
| Transcript Expense | $152.00 | |
| Duplicating/Printing/Scanning | $443.40 | ---- |
| Express Mail Service | $16.24 | ---- |
| Postage Expense | $.84 | ---- |
| Consulting Fees | $90,268.61 | ---- |
| Courier Service – Outside | $13.82 | ---- |
| Meal Expense | $252.15 | ---- |
| General Expense:  dry erase board with markers and erasers for use by K&E during 3/6/09 hearing preparation | $86.67 | ---- |
| SUBTOTAL | $91,664.16 | $0.00 |
| **TOTAL** | **$91,664.16** | |

7

Dated:    April 28, 2009                          REED SMITH LLP
          Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            435 Sixth Avenue
                                            Pittsburgh, PA  15219
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1847788
One Town Center Road                      Invoice Date      04/27/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026

=================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.20
        PACER                                   14.64
        Duplicating/Printing/Scanning          225.60
        Meal Expense                           252.15
        General Expense                         86.67

                        CURRENT EXPENSES                      579.26
                                                        -------------

                        TOTAL BALANCE DUE UPON RECEIPT       $579.26
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1847788 |
| Invoice Date | 04/27/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/11/09 | PACER | 8.16 |
| 02/16/09 | PACER | 1.68 |
| 02/27/09 | PACER | 4.80 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 28 COPIES | 2.80 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1847788
60026  Litigation and Litigation Consulting        Page   3
April 27, 2009

| | | |
|---|---|---:|
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/04/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 284 COPIES | 28.40 |
| 03/06/09 | General Expense - - 3' x 4' dry erase board<br>with markers and erasers for use by K&E during<br>hearing preparation. | 86.67 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 201 COPIES | 20.10 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 348 COPIES | 34.80 |

172573 W. R. Grace & Co.                              Invoice Number  1847788
60026  Litigation and Litigation Consulting           Page    2
April 27, 2009

| | | |
|---|---|---|
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1847788
60026  Litigation and Litigation Consulting       Page   4
April 27, 2009

| | | |
|---|---|---|
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 94 COPIES | 9.40 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 11 COPIES | 1.10 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 349 COPIES | 34.90 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 110 COPIES | 11.00 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 190 COPIES | 19.00 |
| 03/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/10/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |
| 03/11/09 | Telephone Expense<br>973-639-2092/NEWARK, NJ/4 | .20 |
| 03/11/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 25 COPIES | 2.50 |
| 03/17/09 | Meal Expense - - Lunch for 6 attorneys and 1<br>paralegal (counsel for Grace during 3/9/09<br>hearing.) | 132.68 |
| 03/17/09 | Meal Expense - - Breakfast for 6 attorneys and<br>3 paralegals (counsel for Grace) during<br>preparation for 3/9/09 hearing. | 119.47 |

172573 W. R. Grace & Co.                          Invoice Number  1847788
60026  Litigation and Litigation Consulting        Page    5
April 27, 2009


| 03/18/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 03/25/09 | Duplicating/Printing/Scanning ATTY # 4810; 52 COPIES | 5.20 |
| 03/26/09 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPY | .10 |
| 03/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 03/26/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 03/30/09 | Duplicating/Printing/Scanning ATTY # 0718; 248 COPIES | 24.80 |

                              CURRENT EXPENSES                 579.26
                                                            ------------
                      TOTAL BALANCE DUE UPON RECEIPT          $579.26
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1847789
One Town Center Road                      Invoice Date      04/27/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      5.10
        Telecopy Expense                      37.00
        PACER                                 18.72
        Duplicating/Printing/Scanning        150.10
        Postage Expense                        0.42
        Consulting Fees                      481.25

                CURRENT EXPENSES                       692.59
                                                 --------------

                TOTAL BALANCE DUE UPON RECEIPT        $692.59
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1847789
One Town Center Road                      Invoice Date      04/27/09
Boca Raton, FL   33486                    Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        692.59

                    TOTAL BALANCE DUE UPON RECEIPT        $692.59
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1847789
One Town Center Road                    Invoice Date    04/27/09
Boca Raton, FL   33486                  Client Number     172573
                                        Matter Number      60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/05/09 | PACER | .32 |
| 02/23/09 | PACER | 1.68 |
| 02/27/09 | PACER | 16.72 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1847789
60033  Claim Analysis Objection Resolution      Page   2
       & Estimation (Asbestos)
April 27, 2009
```

| Date | Description | Amount |
|------|-------------|-------:|
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 3928; 8 COPIES | .80 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 3928; 46 COPIES | 4.60 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 03/03/09 | Telephone Expense<br>786-662-5229/MIAMI, FL/2 | .10 |
| 03/03/09 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/18 | .90 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 03/03/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 03/05/09 | Telephone Expense<br>561-482-2257/BOCA RATON, FL/9 | .45 |
| 03/05/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 11 COPIES | 1.10 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 167 COPIES | 16.70 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 03/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 03/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1847789
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
April 27, 2009


| 03/11/09 | Telephone Expense<br>860-240-2969/HARTFORD, CT/27 | 1.35 |
| 03/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 03/16/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 41 COPIES | 4.10 |
| 03/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/16/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/19/09 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/2 | .10 |
| 03/19/09 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |
| 03/19/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 03/19/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 03/20/09 | Consulting Fees - - VENDOR: JOHN ADAM KERNS,<br>JR, ESQ. - MEDIATION CHARGE | 481.25 |
| 03/20/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 8 COPIES | .80 |
| 03/20/09 | Postage Expense<br>Postage Expense: ATTY # 004810 User: Charneicki, | .42 |
| 03/23/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 03/24/09 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/19 | .95 |
| 03/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 03/27/09 | Telecopy Expense<br>Fax Number: 16176702525 | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1847789
60033  Claim Analysis Objection Resolution        Page   4
       & Estimation (Asbestos)
April 27, 2009


    03/27/09   Telecopy Expense                              36.00
               Fax Number: 16176702525

    03/30/09   Telephone Expense                               .55
               302-652-4100/WILMINGTON, DE/11

    03/31/09   Duplicating/Printing/Scanning                 109.10
               ATTY # 4810; 1091 COPIES

                             CURRENT EXPENSES                 692.59
                                                        ------------
                      TOTAL BALANCE DUE UPON RECEIPT       $692.59
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1847790
One Town Center Road                          Invoice Date        04/27/09
Boca Raton, FL   33486                        Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

            Fees                              0.00
            Expenses                     90,392.31

                     TOTAL BALANCE DUE UPON RECEIPT      $90,392.31
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1847790
One Town Center Road                Invoice Date      04/27/09
Boca Raton, FL    33486             Client Number       172573
                                    Matter Number        60035

================================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Documentation Charge              261.37
        Duplicating/Printing/Scanning      67.70
        Westlaw                            75.89
        Postage Expense                     0.42
        Express Mail Service               16.24
        Transcript Expense                152.00
        Consulting Fees                89,787.36
        Courier Service - Outside          13.82
        Library External Charges           17.51


              CURRENT EXPENSES                     90,392.31
                                                 -------------

              TOTAL BALANCE DUE UPON RECEIPT      $90,392.31
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1847790 |
| Invoice Date | 04/27/09 |
| Client Number | 172573 |
| Matter Number | 60035 |

================================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/25/09 | Courier Service - Shipped from Reed Smith LLP - Washington to Carol Ward Environ Corp (ARLINGTON VA 22203). | 5.25 |
| 02/25/09 | Courier Service - Shipped from Reed Smith LLP - Washington to Greg Brorby. | 8.57 |
| 02/27/09 | Postage Expense<br>Postage Expense: ATTY # 000559 User: Johnson, Ly | .42 |
| 02/28/09 | Dialog Data Base Expense | 17.51 |
| 03/02/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 03/06/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 86 COPIES | 8.60 |
| 03/06/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 306 COPIES | 30.60 |
| 03/06/09 | Express Mail Service | 16.24 |
| 03/09/09 | Westlaw<br>Westlaw | 75.89 |
| 03/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 03/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 31 COPIES | 3.10 |
| 03/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 52 COPIES | 5.20 |

172573 W. R. Grace & Co.                         Invoice Number  1847790
60035  Grand Jury Investigation                  Page    2
April 27, 2009

| | | |
|---|---|---|
| 03/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 03/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 03/19/09 | Transcript Expense -Obtain copy of transcript<br>of Franks testimony - VENDOR: RUANNE MCARTHUR | 152.00 |
| 03/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 03/25/09 | Duplicating/Printing/Scanning<br>ATTY # 0710; 6 COPIES | .60 |
| 03/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 03/27/09 | Duplicating/Printing/Scanning<br>ATTY # 7015; 90 COPIES | 9.00 |
| 03/31/09 | Documentation Charge - - VENDOR: DRIVEN, INC. -<br>Preparation of trial binders/materials. | 261.37 |
| 04/22/09 | Consulting Fees - - VENDOR: Environ Int'l<br>Corporation - Preparation of expert for<br>potential testimony, including intensive work<br>relating to high volume of trial related<br>documents and multiple meetings and calls with<br>counsel, and additional consulting work<br>(including review and analysis of volumes of<br>documents) relating to other aspects of<br>criminal trial matter. | 89787.36 |

CURRENT EXPENSES                    90,392.31
                                  ------------
TOTAL BALANCE DUE UPON RECEIPT      $90,392.31
                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1847774
One Town Center Road                     Invoice Date        04/27/09
Boca Raton, FL   33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                            735.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $735.00
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1847774 |
| One Town Center Road | Invoice Date    04/27/09 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 03/02/09 | Ament | E-mails re: K&E hearing preparation. | .10 |
| 03/03/09 | Ament | Circulate agenda re: 3/9/09 hearing to working group. | .10 |
| 03/04/09 | Ament | Various e-mails and telephone calls to coordinate hearing preparation for K&E re: 3/10/09 DS hearing. | .80 |
| 03/05/09 | Ament | Various e-mails to coordinate logistics for hearing preparation for K&E re: 3/9/09 hearing. | .80 |
| 03/06/09 | Ament | Various e-mails and telephone calls to assist K&E with logistics for hearing preparation. | .30 |
| 03/09/09 | Ament | Assist K&E with hearing preparation. | 1.00 |
| 03/10/09 | Ament | Various e-mails and meetings with K&E re: 3/9/09 hearing. | .60 |
| 03/12/09 | Ament | E-mails re: 3/9/09 hearing. | .10 |
| 03/26/09 | Ament | E-mail to K. Love requesting 3/9/09 hearing transcript. | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847774
60026  Litigation and Litigation Consulting Page    2
April 27, 2009
```

|  Date    Name                                                          Hours |
| --- |

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 03/27/09 | Ament | E-mails with D. Kelleher to obtain 3/9/09 hearing transcript (.10); circulate said transcript to client and team (.10). | .20 |
| 03/30/09 | Ament | E-mails re: 4/1/09 hearing. | .10 |
| | | TOTAL HOURS | 4.20 |

| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |
| Sharon A. Ament | 4.20  at  $  175.00  = | | 735.00 |
| | CURRENT FEES | | 735.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $735.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number      1847775
5400 Broken Sound Blvd., N.W.           Invoice Date        04/27/09
Boca Raton, FL 33487                    Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                            4,324.00
         Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $4,324.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1847775
5400 Broken Sound Blvd., N.W.        Invoice Date      04/27/09
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

        Date    Name                                              Hours
        ------- -----------                                       -----

        03/02/09 Ament          Attend to billing matters relating    1.20
                                to consultant fee (.10); various
                                e-mails re: same (.10); begin
                                reviewing invoices and drafting
                                Jan. monthly fee application
                                (.50); begin preparing spreadsheet
                                to calculate fees and expenses re:
                                same (.50).

        03/02/09 Muha           E-mails and review of materials        .30
                                re: January 2009 monthly fee
                                application.

        03/03/09 Ament          Attend to billing matters (.10);      2.20
                                continue calculating fees and
                                expenses for Jan. monthly fee
                                application (1.0); continue
                                preparing spreadsheet re: same
                                (.50); continue drafting 91st fee
                                application (.40); provide same to
                                A. Muha (.10); e-mails with
                                J. Lord re: same (.10).

        03/03/09 Lord           Draft, e-file and serve CNO to         .70
                                Reed Smith December monthly fee
                                application (.5); correspondence
                                to R. Finke re: same (.1);
                                communicate with S. Ament re:
                                January monthly fee application
                                (.1).

172573 W. R. Grace & Co.                          Invoice Number  1847775
60029  Fee Applications-Applicant                 Page    2
April 27, 2009

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 03/05/09 | Lord | Revise, e-file and serve Reed Smith January monthly fee application. | 1.20 |
| 03/05/09 | Muha | Review and make revisions to final version of Jan. 2009 monthly fee application, including emails to J. Lord re: filing and service of same. | 1.70 |
| 03/09/09 | Ament | Attend to billing matters. | .20 |
| 03/19/09 | Ament | Meet with A. Muha re: Feb. monthly fee application. | .10 |
| 03/20/09 | Muha | Review and revise fee and expense detail for February 2009 monthly application, including e-mails to T. Klapper and D. Cameron re: additional detail for entries. | 1.80 |
| 03/23/09 | Ament | Begin drafting Feb. monthly fee application. | .30 |
| 03/25/09 | Ament | Attend to billing matters relating to consultant fee. | .10 |
| 03/25/09 | Muha | Make additional changes to fee and expense detail for February 2009 monthly application, and multiple e-mails re: consultant fee and posting of additional expense. | 1.30 |
| 03/26/09 | Ament | Attend to billing matters relating to consultant fee (.10); review invoices and begin calculating fees and expenses re: Feb. monthly fee application (1.0); prepare spreadsheet re: same (.50); draft Feb. monthly fee application (.30). | 1.90 |
| 03/27/09 | Ament | Continue calculating expenses re: Feb. monthly fee application (.40); finalize spreadsheet re: same (.10); finalize draft of fee application (.10); provide same to A. Muha for review (.10). | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847775
60029  Fee Applications-Applicant           Page   3
April 27, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/30/09 | Ament | Attend to billing matters (.10); e-mails re: Feb. monthly fee application (.10); meet with A. Muha re: same (.10); finalize same (.10); e-mail fee application to J. Lord for DE filing (.10). | .50 |
| 03/30/09 | Lord | Revise, e-file & serve Reed Smith February monthly fee application. | 1.20 |
| 03/30/09 | Muha | Make final review of and revisions to February 2009 monthly fee application materials. | .70 |

```
                                          ------
                              TOTAL HOURS   16.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|----|-------|
| Andrew J. Muha | 5.80 | at | $ 400.00 | = | 2,320.00 |
| John B. Lord | 3.10 | at | $ 240.00 | = | 744.00 |
| Sharon A. Ament | 7.20 | at | $ 175.00 | = | 1,260.00 |

```
              CURRENT FEES                          4,324.00


                                                 ------------
              TOTAL BALANCE DUE UPON RECEIPT       $4,324.00
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1847776
One Town Center Road                    Invoice Date        04/27/09
Boca Raton, FL    33486                 Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                           32,199.00
         Expenses                            0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $32,199.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1847776 |
| One Town Center Road | Invoice Date    04/27/09 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
           (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/09 | Cameron | Continued review of materials relating to future PD claims and e-mails regarding same. | 1.60 |
| 03/02/09 | Ament | Assist team with various issues relating to PD claims (.20); summarize 7/5/07 hearing transcript per D. Cameron request (1.0). | 1.20 |
| 03/02/09 | Aten | Reviewed briefs and prepared memo re: future claims/contamination. | 4.00 |
| 03/02/09 | Aten | Began reviewing materials re: Section 524 issues. | .60 |
| 03/02/09 | Cameron | Multiple e-mails and review of materials regarding future PD claims and e-mails regarding same. | 1.90 |
| 03/02/09 | Restivo | Receipt and review of new emails, correspondence, etc. | .50 |
| 03/03/09 | Aten | Conducted research re: Section 524 issues and conference with J. Restivo re: same. | 4.50 |
| 03/03/09 | Cameron | Attention to PD claims data. | .90 |

```
172573 W. R. Grace & Co.                        Invoice Number  1847776
60033  Claim Analysis Objection Resolution      Page    2
       & Estimation (Asbestos)
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/03/09 | Restivo | Meeting with D. Cameron (.2); continuing analysis of Confirmation P.D. proof elements (.8); telephone conference with E. Westbrook (.5); meeting with R. Aten re:  P.D. proof elements (.5). | 2.00 |
| 03/04/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/04/09 | Aten | Began drafting memo re: Section 524 issues. | 1.80 |
| 03/04/09 | Cameron | Attention to PD claims history and summaries re: same. | 1.80 |
| 03/04/09 | Restivo | Emails and meetings re: evidence for hearing. | .80 |
| 03/05/09 | Cameron | Prepare for and participate in telephone call with expert witness and follow-up from telephone call (1.40); review research materials (.90). | 2.30 |
| 03/05/09 | Restivo | Prepare for and telephone conference with D. Martin, et al. | 1.50 |
| 03/06/09 | Cameron | Review additional materials from W. R. Grace regarding PD claims (0.7); review materials for expert (0.6). | 1.30 |
| 03/09/09 | Ament | Assist team with various issues relating to PD claims (.60); various e-mails re: same (.10). | .70 |
| 03/09/09 | Aten | Continue to draft/revise memo re: Section 524 issues. | 2.30 |
| 03/09/09 | Restivo | Continued work on P.D. evidence for Confirmation hearing. | 1.00 |
| 03/10/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/10/09 | Aten | Finalized memo re: Section 524 issues and sent to J. Restivo. | 2.50 |

172573 W. R. Grace & Co.                    Invoice Number  1847776
60033  Claim Analysis Objection Resolution   Page    3
       & Estimation (Asbestos)
April 27, 2009


       Date   Name                                              Hours
       ------ -----------                                        -----

    03/10/09 Cameron      Attention to expert report issues      2.30
                          and participate in calls re:  same
                          (1.60); follow-up from calls (.70).

    03/11/09 Ament        Assist team with various issues         .20
                          relating to PD claims.

    03/11/09 Rea          E-mails re: CMO.                         .40

    03/11/09 Restivo      Telephone calls with E. Westbrook,      1.00
                          J. Alter, et al.

    03/12/09 Ament        Assist team with various issues         .20
                          relating to PD claims.

    03/12/09 Aten         Checked docket re: DGS appeal           .40
                          (.2); read opinion denying DGS's
                          motion to supplement and figured
                          out briefing schedule (.2).

    03/12/09 Cameron      Attention to expert report and        1.40
                          supporting document issues (.90);
                          multiple calls re:  same (.50).

    03/12/09 Rea          Conference with J. Restivo re: CMO.     .20

    03/12/09 Restivo      Work on claims estimation (.8);        1.60
                          receipt and review of emails re:
                          California DGS appeal (.2); list
                          of settled but not yet approved
                          settlements (.6).

    03/13/09 Ament        Assist team with various issues         .20
                          relating to PD claims.

    03/13/09 Cameron      Attention to expert report and        1.00
                          calls re:  same.

    03/13/09 Rea          E-mail re: CMO.                         .30

    03/15/09 Cameron      Review materials relating to PD       1.20
                          CMO (.40); review expert report
                          materials (.80).

    03/15/09 Rea          E-mail re: CMO.                         .10

    03/16/09 Ament        Assist team with various issues         .20
                          relating to PD claims.

```
172573  W. R. Grace & Co.                        Invoice Number   1847776
 60033  Claim Analysis Objection Resolution      Page    4
        & Estimation (Asbestos)
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/16/09 | Aten | Reviewed docket re: DGS appeal and e-mail re: new deadlines (.2); pulled documents re: same (.2). | .40 |
| 03/16/09 | Cameron | Review and comment on final expert report and e-mails re: same (.70); meeting with J. Restivo (.10). | .80 |
| 03/16/09 | Restivo | Review and analyze Martin's report. | .50 |
| 03/17/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 03/17/09 | Aten | Began working on DGS appeal by reviewing pleadings and transcript. | 2.00 |
| 03/17/09 | Cameron | Attention to PD claims issues. | .70 |
| 03/18/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/18/09 | Rea | Call to J. O'Neil re: settlement motion. | .10 |
| 03/19/09 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails re: same (.10). | .40 |
| 03/19/09 | Cameron | Attention to PD claim issues. | .80 |
| 03/19/09 | Rea | Calls re: Macerich motion. | .20 |
| 03/19/09 | Restivo | Telephone calls with E. Westbrook and R. Finke re:  Solow case. | .60 |
| 03/20/09 | Ament | Assist team with various issues relating to PD claims (.20); various e-mails and meetings re: Macerich (.20). | .40 |
| 03/20/09 | Aten | Continue to review materials to respond to DGS appeal. | 2.30 |
| 03/20/09 | Cameron | Attention to PD claims issue. | .60 |
| 03/23/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1847776
60033  Claim Analysis Objection Resolution        Page    5
       & Estimation (Asbestos)
April 27, 2009


      Date    Name                                                    Hours
      ------- -----------                                             -----

      03/23/09 Cameron      Attention to PD claims CMO.                 .40

      03/24/09 Ament        Assist team with various issues            .20
                            relating to PD claims.

      03/25/09 Ament        Assist team with various issues            .10
                            relating to PD claims.

      03/25/09 Cameron      Attention to PD claims issues.             .80

      03/25/09 Flatley      E-mails from/to R. Aten re: expert         .20
                            report.

      03/26/09 Ament        Assist team with various issues            .20
                            relating to PD claims (.10);
                            e-mail to team re: same (.10).

      03/27/09 Ament        Assist team with various issues            .10
                            relating to PD claims.

      03/27/09 Aten         Began reviewing medical expert            1.20
                            report re: PD claims.

      03/27/09 Aten         Began reading and analyzing DGS's          .50
                            appeal.

      03/29/09 Cameron      Review PD claims issues, discovery         .60
                            issues and expert report.

      03/30/09 Ament        Assist team with various issues            .90
                            relating to PD claims (.20);
                            assist R. Aten with appeal of DGS
                            (.50); various e-mails re: same
                            (.20).

      03/30/09 Aten         Continue to revise case law and to        5.70
                            conduct research for response to
                            DGS appeal brief.

      03/30/09 Cameron      Review materials regarding DGS            .70
                            appeal (0.4); review materials
                            regarding Solow mediation (0.3).

      03/31/09 Ament        Assist team with various issues           .50
                            relating to PD claims (.20);
                            assist R. Aten re: DGS appeal
                            (.20); various e-mails re: same
                            (.10).

```
172573 W. R. Grace & Co.                    Invoice Number  1847776
60033  Claim Analysis Objection Resolution  Page    6
       & Estimation (Asbestos)
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/31/09 | Aten | Continue to review materials re: response to DGS' appeal. | .40 |
| 03/31/09 | Cameron | Review DGS appeal materials (.70); review materials re: Solow mediation (.40). | 1.10 |

```
                                                    ------
                                     TOTAL HOURS     68.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 0.20 | at $ | 635.00 | = | 127.00 |
| Douglas E. Cameron | 22.20 | at $ | 630.00 | = | 13,986.00 |
| James J. Restivo Jr. | 9.50 | at $ | 685.00 | = | 6,507.50 |
| Traci Sands Rea | 1.30 | at $ | 455.00 | = | 591.50 |
| Rebecca E. Aten | 28.60 | at $ | 345.00 | = | 9,867.00 |
| Sharon A. Ament | 6.40 | at $ | 175.00 | = | 1,120.00 |

```
                       CURRENT FEES                    32,199.00


                                                    ------------
              TOTAL BALANCE DUE UPON RECEIPT          $32,199.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1847777
One Town Center Road                Invoice Date      04/27/09
Boca Raton, FL   33486              Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

          Fees                          75,528.00
          Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $75,528.00
                                                       ==============

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number     1847777
One Town Center Road                Invoice Date      04/27/09
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60035
```

================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/09 | Cameron | Follow-up with expert substitution issues. | .90 |
| 03/02/09 | Klapper | Continue prep work for direct examination of experts. | 5.30 |
| 03/02/09 | Ramsey | Prepare documents for cross-examination outlines. | .20 |
| 03/03/09 | Klapper | Continue prep work for direct examination of experts. | 3.20 |
| 03/03/09 | Ramsey | Prepare documents for cross-examination outlines. | 2.00 |
| 03/05/09 | Klapper | Continue prep work for direct examination of experts, meeting with consultants re same. | 5.80 |
| 03/06/09 | Klapper | Continue prep work for direct examination of experts. | 6.60 |
| 03/08/09 | Klapper | Review labeling module for purposes of editing Becker cross outline (2.3); edit Becker outline (2.9). | 5.20 |
| 03/09/09 | Cameron | Meet with R. Finke (0.5); review R.J. Lee materials (0.6). | 1.10 |
| 03/09/09 | Denniston | Research and obtain docket entry from historical case per request of T. Klapper. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847777
60035  Grand Jury Investigation            Page    2
       April 27, 2009
```

| Date | Name | | Hours |
|------|------|--|-------|
| 03/09/09 | Klapper | Continue prep work for direct examination of experts. | 4.20 |
| 03/10/09 | Cameron | Follow-up from meeting with R.J. Lee. | .60 |
| 03/10/09 | Klapper | Continue prep work for direct examination of experts. | 5.10 |
| 03/11/09 | Klapper | Participate in prep session for expert (1.8); continue development of additional prep materials for use with experts, including development of direct examination outline (4.1). | 5.90 |
| 03/12/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline. | 5.60 |
| 03/14/09 | Klapper | Review key trial transcripts for use in prep of expert witnesses. | 5.20 |
| 03/15/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline (3.7); respond to expanding plant questions from Kirkland (.5). | 4.20 |
| 03/16/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials. | 5.80 |
| 03/17/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials. | 5.10 |
| 03/18/09 | Klapper | Prepare for prep session of expert (4.3); work on supplemental cross materials based on feedback from prep sessions (2.2). | 6.50 |
| 03/19/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline (3.2); meet with expert and consultants | 5.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847777
60035  Grand Jury Investigation             Page    3
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | re same (2.2). | |
| 03/20/09 | Klapper | Continue working on additional issue folders for next week's prep session of expert for direct examination. | 3.10 |
| 03/22/09 | Klapper | Continue development of additional prep materials for use with experts, including development of direct examination outline folders. | 5.60 |
| 03/23/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials for this week's meeting. | 4.20 |
| 03/24/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials for this week's meeting. | 5.40 |
| 03/25/09 | Cameron | Review materials from R.J. Lee Group and R. Finke. | .70 |
| 03/25/09 | Klapper | Prepare for prep session of expert and development of direct examination outline, conferring with other consultants re TSCA issues. | 6.30 |
| 03/26/09 | Klapper | Meet with expert to go over portions of direct examination testimony (4.2); follow-up with consultants on projects relating to questions raised during prep session (.9). | 5.10 |
| 03/27/09 | Cameron | Review PD claims issues. | .20 |
| 03/27/09 | Ramsey | Review Lemen outline and update links in eroom. | .20 |
| 03/29/09 | Klapper | Work on supplemental cross prep materials based on supplemental transcripts recently received. | 6.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847777
60035  Grand Jury Investigation             Page   4
April 27, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/30/09 | Klapper | Continue prep work for direct examination of experts, including further development of topic outlines and review materials for this week's meeting. | 8.30 |

```
                                                    ------
                                        TOTAL HOURS   129.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 3.50 | at $ | 630.00 | = | 2,205.00 |
| Antony B. Klapper | 123.30 | at $ | 590.00 | = | 72,747.00 |
| Meeghan E. Ramsey | 2.40 | at $ | 210.00 | = | 504.00 |
| Amy E. Denniston | 0.40 | at $ | 180.00 | = | 72.00 |

```
                CURRENT FEES                          75,528.00


                                                    ------------
                TOTAL BALANCE DUE UPON RECEIPT        $75,528.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1847778
One Town Center Road                      Invoice Date      04/27/09
Boca Raton, FL    33486                   Client Number        172573


=============================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

          Fees                            5,005.00
          Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $5,005.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1847778 |
| Invoice Date | 04/27/09 |
| Client Number | 172573 |
| Matter Number | 60038 |

================================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 03/12/09 | Rea | Reviewed district court order and e-mail re: same. | .30 |
| 03/29/09 | Rea | Review of DGS brief. | 1.00 |
| 03/30/09 | Rea | Review of material for appellee brief. | 5.00 |
| 03/31/09 | Rea | Draft appellee brief. | 4.70 |
| | | TOTAL HOURS | 11.00 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Traci Sands Rea | 11.00 at $ 455.00 = | | 5,005.00 |
| | CURRENT FEES | | 5,005.00 |

TOTAL BALANCE DUE UPON RECEIPT                    $5,005.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      1847779
One Town Center Road                          Invoice Date      04/27/09
Boca Raton, FL   33486                        Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60039)  Luis and Heather Santos and Basell USA

         Fees                        1,702.00
         Expenses                        0.00

                   TOTAL BALANCE DUE UPON RECEIPT          $1,702.00
                                                          ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1847779 |
| Invoice Date | 04/27/09 |
| Client Number | 172573 |
| Matter Number | 60039 |

========================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 02/24/09 | Burns | Review Complaint, Amended Complaint, discovery requests and docket (.5); communication with R. Finke and Dori S. re: case overview and proposed plan of action (.1). | .60 |
| 02/25/09 | Burns | Review message from R. Finke and respond re: conversation with plant manager and questions regarding location of incident. | .10 |
| 02/27/09 | Burns | Review message from D. Kuchinsky and draft legal hold memo (.3); send comments to D. Kuchinsky (.1). | .40 |
| 02/27/09 | Burns | Review reply from Dori Kuchinsky re: e-discovery issues and respond. | .10 |
| 03/10/09 | Burns | Message from R. Finke re: employee communications and respond. | .10 |
| 03/11/09 | Burns | Review client memo re: employee interview (.1); call to and conversation with M. Tharney of McCarter & English (.1); follow up message re: conversation and documents discussed (.1). | .30 |
| 03/12/09 | Burns | Review documents received from Basell Counsel (.5); call to Plaintiffs' counsel T. Johnson (left message) (.1). | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1847779
60039  Luis and Heather Santos and Basell USA    Page   2
April 27, 2009
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/13/09 | Burns | Review messages from R. Finke re: case status, proposed strategy and documents to review (.2); draft and send update to client re: case status (.3). | .50 |
| 03/20/09 | Burns | Reviewing client documents. | 1.20 |
| 03/24/09 | Burns | Call to Tara Johnson to discuss dismissal (.1); draft and send update to Richard Finke (.1). | .20 |
| 03/31/09 | Burns | Message to R. Finke requesting permission to share AN report with Plaintiff's counsel (.1); review reply from R. Finke re: AN report (.1); preparing draft letter to Plaintiff's counsel requesting dismissal (.3). | .50 |

```
                                         ------
                        TOTAL HOURS        4.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Thomas J. Burns | 4.60 at $ 370.00 = | | 1,702.00 |

```
                        CURRENT FEES                      1,702.00

                                                       ------------
                TOTAL BALANCE DUE UPON RECEIPT           $1,702.00
                                                       ============
```