# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# MARCH 1-31, 2009



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 17, 2009
Client No. 17367
Invoice No. 1185744

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through March 31, 2009 in connection with the matters described on the attached pages: | $ | 399,976.00 |
| DISBURSEMENTS as per attached pages: | | 19,582.93 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **419,558.93** |

Matter(s): 17367/10, 11, 13, 15, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,548,871.11
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367/ Invoice: 1185744
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1185744
E.I.N. 94-2952627

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1185744
E.I.N. 94-2952627



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 17, 2009
Client No. 17367
Invoice No. 1185744

Orrick Contact: Roger Frankel

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter: 2 - Case Administration**

| 03/31/09 | D. Fullem | Confer with K. Orr regarding updating of calendar of hearings and deadlines. | 0.20 |
| 03/31/09 | D. Fullem | Prepare updated calendar of hearings and deadlines (1.3); e-mail to D. Felder for review and comment (.2). | 1.50 |

|  | Total Hours | 1.70 |  |
|  | Total For Services |  | $433.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra O. Fullem | 1.70 | 255.00 | 433.50 |
| Total All Timekeepers | 1.70 | $255.00 | $433.50 |

Disbursements
    Express Delivery    10.90
    Telephone    0.54
            Total  Disbursements    $11.44

**Total For This Matter**    **$444.94**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

April 17, 2009
Invoice No. 1185744

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 03/01/09 | R. Wyron | Review draft term sheet for settlement and provide comments. | 0.40 |
| 03/01/09 | R. Frankel | Review, consider settlement proposal. | 0.50 |
| 03/02/09 | P. Mahaley | Review and revise responses to insurer discovery requests (1.8); confer with R. Wyron, D. Felder, J. Guy and K. Orr re revisions to responses to insurer discovery requests (.4); revise draft term sheet re settlement with insurer per comments of R. Wyron and L. Esayian (1.0); confer with R. Frankel, R. Wyron and J. Guy re settlement strategy re insurers (1.0). | 4.20 |
| 03/02/09 | J. Guy | Attention to insurance settlements. | 0.50 |
| 03/02/09 | R. Wyron | Review revised term sheet for potential settlement. | 0.30 |
| 03/03/09 | P. Mahaley | Confer with R. Horkovich and J. Guy re strategy for pursuing settlement with insurer (.5); revise draft term sheet for insurer settlement and send to R. Horkovich for transmission to insurer (.5); analyze insurer reimbursement agreements (8.2). | 9.20 |
| 03/03/09 | J. Guy | Telephone call with R. Horkovich and P. Mahaley regarding insurance settlement. | 0.40 |
| 03/03/09 | J. Guy | Attention to related insurance issues. | 0.40 |
| 03/04/09 | P. Mahaley | Analyze past insurance reimbursement agreements (3.1); review and revise responses to insurer discovery requests (4.1). | 7.20 |
| 03/05/09 | P. Mahaley | Confer with counsel for insurance company re settlement terms (.7); confer with R. Wyron and J. Guy re insurer's settlement position and identify next steps (.7); confer with R. Wyron and J. Guy re response to settlement position of another insurer (.3); prepare for and participate in conference with N. Finch, P. Lockwood, R. Horkovich, R. Frankel, R. Wyron and J. Guy re strategy re settlement with insurers (2.0); draft presentation materials for upcoming disclosure statement hearing (2.0); review and revise responses to insurer discovery requests (2.4); analyze past settlement agreements (2.4). | 10.50 |
| 03/05/09 | J. Guy | Telephone call with ACC and Orrick counsel regarding pending insurance matters. | 1.50 |
| 03/05/09 | J. Guy | Attention to settled insurance issues. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

April 17, 2009
Invoice No. 1185744

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/05/09 | J. Guy | Attention to potential settlement. | 0.50 |
| 03/05/09 | R. Wyron | Call regarding settled insurer issues and follow-up (1.2); confer with P. Mahaley re insurance settlement term sheet (.6); review presentation (.4). | 2.20 |
| 03/05/09 | R. Frankel | Telephone conference with P. Lockwood, R. Horkovich, J. Guy, P. Mahaley re Equitas (.5); notes re same (.1). | 0.60 |
| 03/06/09 | P. Mahaley | Draft presentation for disclosure statement hearing (1.3); confer with L. Esayian re facts relevant to response to insurer re settlement position (.4); review and revise responses to insurer discovery requests (1.9); confer with P. Lockwood, L. Esayian and D. Felder re revisions to responses to insurer discovery requests (1.0); confer with T. Freedman, J. Baer, P. Lockwood, and R. Wyron re witnesses to be identified for Phase I and Phase II (.8); analyze and summarize key terms of reimbursement agreement (4.4). | 9.80 |
| 03/06/09 | R. Frankel | Review slide presentation for hearing re insurance reimbursement agreements. | 1.10 |
| 03/09/09 | P. Mahaley | Analyze Debtors' comments on insurer settlement position (.5); revise and finalize summary of insurance reimbursement agreements (5.8). | 6.30 |
| 03/10/09 | P. Mahaley | Analyze insurance reimbursement agreements (2.7); establish plan of action for reviewing insurer discovery responses (.3); analyze case law re bankruptcy court power (.6); confer with R. Wyron, D. Felder and K. Orr re approach to issues to be addressed in Phase I and Phase II (1.3); confer with R. Wyron, J. Guy and D. Felder re insurance settlement strategy (2.0); analyze operation of injunctions (.6). | 7.50 |
| 03/10/09 | R. Wyron | Review settlement letters and follow-up. | 0.30 |
| 03/11/09 | P. Mahaley | Address insurer dispute re alleged deficiencies in responses to discovery requests - analyze responses and work on scheduling meet and confer. | 2.20 |
| 03/11/09 | J. Guy | Attention to insurance settlement. | 0.80 |
| 03/12/09 | R. Frankel | Review chart from P. Mahaley re CIP agreements. | 1.30 |
| 03/13/09 | P. Mahaley | Analyze insurer and third-party discovery responses re settlement issues (3.6); confer with P. Lockwood and R. Wyron re third-party settlement proposal (1.0). | 4.60 |
| 03/16/09 | P. Mahaley | Prepare for meet and confer with insurance company re discovery responses (1.1); analyze value of potential settlement (.9); analyze value of remaining limits of insurance company (5.1). | 7.10 |
| 03/16/09 | R. Wyron | Review insurer's revisions to settlement term sheet. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

April 17, 2009
Invoice No. 1185744

| 03/17/09 | S. Cruzado | Review all preliminary witness lists filed by parties (.5); create spreadsheet for witness lists (1.5); telephone conference with K. Orr re same (.2); review expert reports filed with court and create chart for reports filed (1.0). | 3.20 |
|---|---|---|---|
| 03/17/09 | P. Mahaley | Analyze changes to draft settlement term sheet proposed by insurer and discuss with R. Wyron re acceptability to FCR (1.6); confer with R. Wyron re appropriate response to insurer notice of claimed deficiencies re discovery responses to prepare for meet and confer with insurer representatives (1.0); review and propose changes to draft responses to third-party objector discovery requests (1.0); conduct meet and confer with insurer representatives and L. Esayian, P. Lockwood and J. Liesemer re plan proponents responses to requests for admission and follow up re action items identified during conference (3.0). | 6.60 |
| 03/17/09 | R. Wyron | Review settlement term sheet and confer with P. Mahaley (.4); review additional insurance settlement issues (.3). | 0.70 |
| 03/18/09 | P. Mahaley | Review and revise draft responses to discovery requests (2.5); prepare for continuation of mediation with insurance company and prepare summary of status of negotiations (1.2). | 3.70 |
| 03/19/09 | P. Mahaley | Prepare for continuation of mediation with insurer, including drafting memorandum summarizing status of negotiations and conveying financial proposal to insurer representatives. | 2.20 |
| 03/19/09 | R. Wyron | Review information on mediation (.3); review settlement term sheet (.2); review response to demand and e-mail comments (.3). | 0.80 |
| 03/20/09 | R. Wyron | Review settlement term sheet issue. | 0.30 |
| 03/20/09 | R. Frankel | Review e-mails re insurer response and memo re mediation status with schedule. | 0.90 |
| 03/23/09 | P. Mahaley | Prepare for and participate in conference call with mediator and insurer representatives re progress in mediation (1.3); analyze insurer position re settlement and propose additional points for written response to same (1.8); review and revise responses to insurer discovery requests (1.1); draft analysis of insurer revisions to settlement term sheet (2.2); participate in conference to plan all insurance-related aspects of preparation for confirmation hearing (1.0). | 7.40 |
| 03/23/09 | J. Guy | Conference with P. Mahaley regarding insurance issues. | 0.40 |
| 03/24/09 | P. Mahaley | Review prior settlement agreement with insurer. | 0.50 |
| 03/24/09 | J. Guy | Attention to insurance issues. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

April 17, 2009
Invoice No. 1185744

| | | | |
|---|---|---|---|
| 03/25/09 | P. Mahaley | Analyze insurance issues associated with confirmation proceedings (1.2); confer with counsel for insurer re proposed changes to settlement term sheet (.4). | 1.60 |
| 03/30/09 | P. Mahaley | Analyze preliminary expert witness reports re insurance implications (1.0); analyze settlement position re insurer (1.4); analyze insurer requests for admission re strategic implications of responses (3.6); analyze insurer objections to Plan (1.2); analyze proposed changes to Plan re insurance reimbursement agreements (.8); analyze insurer objection to witness designation (.7). | 8.70 |
| 03/30/09 | R. Wyron | Review terms for possible settlement and follow-up with P. Mahaley. | 0.40 |
| 03/31/09 | P. Mahaley | Confer with R. Wyron, K. Orr, J. Cutler and J. Burke to plan development of testimony for Phase I confirmation hearing (2.5); review and revise draft discovery responses to insurer (.9); confer with representatives of Debtors and ACC re deposition planning and other confirmation preparation efforts (1.8); analyze effect of Plan injunctions (5.0). | 10.20 |

|  |  |  |
|---|---|---|
| Total Hours | 128.90 | |
| Total For Services | | $80,410.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 3.20 | 230.00 | 736.00 |
| Roger Frankel | 4.40 | 945.00 | 4,158.00 |
| Jonathan P. Guy | 5.80 | 755.00 | 4,379.00 |
| Peri N. Mahaley | 109.50 | 605.00 | 66,247.50 |
| Richard H. Wyron | 6.00 | 815.00 | 4,890.00 |
| Total All Timekeepers | 128.90 | $623.82 | $80,410.50 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

April 17, 2009
Invoice No. 1185744

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 17.70 | |
| Local Taxi Expense | 106.08 | |
| NY Conference Room Catering | 520.20 | |
| Out of Town Business Meals | 90.70 | |
| Parking Expense | 72.00 | |
| Telephone | 0.46 | |
| Travel Expense, Air Fare | 1,614.20 | |
| Travel Expense, Out of Town | 310.48 | |
| Westlaw Research | 4,604.50 | |
| Total  Disbursements | | $7,336.32 |

**Total For This Matter**          **$87,746.82**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

April 17, 2009
Invoice No. 1185744

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter:  8 - Litigation**

| 03/01/09 | D. Felder | Review correspondence from Scotts Co. (.1); review case law regarding discovery issues (.3). | 0.40 |
|---|---|---|---|
| 03/01/09 | R. Wyron | Review draft responses to discovery from Zurich, GEICO, Travelers, Arrowood and Fireman's and note issues for Orrick team. | 4.20 |
| 03/01/09 | R. Frankel | Review discovery responses from Montana, Libby & CNA. | 0.70 |
| 03/02/09 | D. Fullem | Review e-mail from R. Frankel regarding 10K filed by Grace; research and send to R. Frankel. | 0.40 |
| 03/02/09 | D. Felder | Review, revise and finalize responses to Arrowood requests for admission (.8); attention to discovery issues regarding Geico, Zurich, and Seaton/OneBeacon and e-mail correspondence with P. Mahaley and K. Orr regarding same (3.0); telephone conference with Orrick team regarding strategy and next steps (1.1). | 4.90 |
| 03/02/09 | K. Orr | Prepare discovery responses (5.5); various e-mails to/from D. Felder, R. Wyron and P. Mahaley regarding same (.3); phone conference with R. Frankel, R. Wyron, J. Guy, P. Mahaley and D. Felder regarding case status, discovery and insurance issues (1.2). | 7.00 |
| 03/02/09 | J. Guy | Attention to Plan discovery. | 0.50 |
| 03/02/09 | J. Guy | Telephone call with Orrick lawyers re strategy. | 1.30 |
| 03/02/09 | R. Wyron | Confer with OHS team on litigation strategy, pending discovery and follow-up (1.2); review revised discovery responses and follow-up (2.8). | 4.00 |
| 03/02/09 | R. Frankel | Telephone conference with R. Wyron, D. Felder and J. Guy in preparation for disclosure hearing re discovery. | 0.80 |
| 03/03/09 | D. Felder | Finalize notice of service of discovery responses (.2); e-mail correspondence with J. Phillips and C. Hartman regarding same (.1); attention to Fireman's Fund requests for production and e-mails regarding same (1.0); attention to discovery issues regarding Geico, Zurich and Fireman's Fund and e-mail correspondence with Debtors, ACC and Orrick team regarding same (1.6); telephone conference with D. Austern regarding same (.1); telephone conferences with K. Orr regarding same (.3); prepare responses to Seaton/OneBeacon discovery (3.4). | 6.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

April 17, 2009
Invoice No. 1185744

| 03/03/09 | K. Orr | Prepare discovery responses (3.7); various e-mails to/from D. Felder, P. Mahaley and R. Wyron regarding same (.3). | 4.00 |
|---|---|---|---|
| 03/03/09 | R. Wyron | Review revised discovery responses to Fireman's Fund, Seaton/OneBeacon and Federal. | 2.30 |
| 03/04/09 | D. Felder | Revise Fireman's Fund discovery responses and e-mail correspondence with Debtors and K. Orr regarding same (1.0); review Debtors' and ACC's draft responses to Arrowood and Scotts' discovery (1.2); telephone conference with J. Monahan regarding discovery issues (.1); attention to e-mail correspondence to/from Debtors and ACC regarding discovery issues and review and revise same (1.5); telephone conference with Debtors, ACC and Orrick team regarding Zurich and GEICO discovery responses (3.5); conference with R. Wyron and P. Mahaley regarding Seaton/OneBeacon discovery responses (1.5); review and revise Zurich and GEICO discovery responses and e-mail correspondence with K. Orr regarding same (1.0). | 9.80 |
| 03/04/09 | K. Orr | Prepare discovery responses (2.2); phone conference with counsel for Debtors and ACC regarding discovery (3.5); various e-mails to/from D. Felder, R. Wyron and P. Mahaley regarding discovery responses (.6); various phone conferences with D. Felder regarding discovery responses (.2). | 6.50 |
| 03/04/09 | R. Wyron | Review revised responses to Seaton/OneBeacon, and follow-up (.8); review revised responses to Zurich and GEICO, and e-mails re same (.4); confer with Orrick team on revised discovery responses and follow-up (1.6). | 2.80 |
| 03/04/09 | R. Frankel | Review draft responses to discovery. | 0.70 |
| 03/05/09 | D. Felder | Review and revise Geico, Zurich, Fireman's Fund and Seaton/OneBeacon discovery responses (9.0); attention to e-mail correspondence and telephone conferences to/from K. Orr regarding same (1.0). | 10.00 |
| 03/05/09 | K. Orr | Prepare and edit discovery responses (6.0); various e-mails to/from D. Felder, R. Wyron, P. Mahaley, counsel for Debtors and counsel for ACC regarding same (.7); phone conferences with D. Felder, P. Mahaley and R. Wyron regarding same (.3). | 7.00 |
| 03/05/09 | J. Guy | Attention to Insurer discovery concerning Plan. | 1.50 |
| 03/05/09 | R. Wyron | Multiple calls regarding responses to discovery and respond to e-mails re same (1.4); review draft discovery responses (.9). | 2.30 |
| 03/05/09 | R. Frankel | Review draft discovery responses. | 1.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

April 17, 2009
Invoice No. 1185744

| | | | |
|---|---|---|---|
| 03/06/09 | D. Fullem | Confer with R. Wyron regarding schedule of Grace payments to the Trusts; review powerpoint slide of schedule and update same; forward new version to R. Wyron for review. | 0.80 |
| 03/06/09 | D. Felder | Attention to Geico, Zurich, Fireman's Fund, Federal, Seaton/OneBeacon, CNA and Scotts' discovery responses and e-mail correspondence to/from Debtors, ACC and Orrick team regarding same (5.7); telephone conference with Debtors, ACC and Orrick team regarding same (.7). | 6.40 |
| 03/06/09 | K. Orr | Prepare and edit discovery responses (6.2); phone conference with counsel for Debtors, counsel for ACC and R. Wyron regarding witness lists (.3); various e-mails to/from D. Felder, R. Wyron, P. Mahaley, counsel for Debtors, counsel for ACC and counsel for Equity Committee regarding discovery (.5). | 7.00 |
| 03/06/09 | R. Wyron | Review and respond to multiple e-mails regarding discovery responses and follow-up (1.9); review draft responses with changes, and calls re same (.8); organize discovery notes (.4); respond to Arrowood inquiry (.2). | 3.30 |
| 03/06/09 | R. Frankel | Review presentation re intercreditor agreement for hearing (.5); telephone conference with R. Wyron re same (.3). | 0.80 |
| 03/06/09 | R. Frankel | Begin to review various discovery responses. | 1.20 |
| 03/08/09 | R. Wyron | Review research re Scotts (.4); review e-mails re responses to discovery and follow-up (.3). | 0.70 |
| 03/09/09 | D. Felder | Prepare and finalize notice of service of discovery and e-mail correspondence with Debtors and ACC regarding same (.8); prepare memorandum regarding Grace next steps and strategy (2.0); telephonic participation in disclosure statement hearing (1.5); review ACC's draft preliminary witness list (.1); review revised draft confidentiality agreement from Debtors and e-mail correspondence regarding same (1.0); attention to discovery issues and strategy (1.4). | 6.80 |
| 03/09/09 | K. Orr | Review various e-mails regarding discovery (.1); e-mails to/from D. Felder regarding contact information and access to virtual data room (.1); office conference with J. Guy regarding case status (.1); review virtual data room (.4). | 0.70 |
| 03/09/09 | J. Guy | Attend Disclosure Statement hearing via telephone. | 1.50 |
| 03/09/09 | J. Guy | Attention to discovery issues. | 0.50 |
| 03/09/09 | R. Frankel | Prepare notes re reimbursement agreement issues and issues re intercreditor agreement for hearing. | 1.10 |
| 03/09/09 | R. Frankel | Confer with P. Lockwood, J. Liesemer, R. Wyron in preparation for hearing. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

April 17, 2009
Invoice No. 1185744

| | | | |
|---|---|---|---|
| 03/10/09 | D. Fullem | Confer with D. Spicuzza regarding Libby Third Circuit case docket. | 0.10 |
| 03/10/09 | D. Felder | Conference with R. Frankel regarding update (.1); review draft preliminary witness list and identify issues (.4); prepare agenda for team meeting and identify issues regarding same (1.5); conference with P. Mahaley regarding update (.2); review discovery issues and update regarding same (2.3); conferences with Orrick team regarding update and strategy (2.0); attention to e-mail correspondence from Debtors and ACC regarding confidentiality issues and discovery (.5); review materials in virtual datarooms (1.2); e-mail correspondence with R. Frankel regarding update (.4); review and revise preliminary witness list and e-mail correspondence with ACC regarding same (1.0). | 9.60 |
| 03/10/09 | K. Orr | Review meeting agenda and D. Felder memo (.2); office conference with R. Wyron, P. Mahaley and D. Felder regarding case status and discovery (1.0); office conference with R. Wyron, P. Mahaley, J. Guy and D. Felder regarding preparation for confirmation (.8); review various case materials, disclosure statement and articles regarding criminal proceeding (.5). | 2.50 |
| 03/10/09 | J. Guy | Attention to insurance discovery. | 0.30 |
| 03/10/09 | J. Guy | Conference with Orrick team regarding next steps. | 0.70 |
| 03/10/09 | R. Wyron | Meet with Orrick team on discovery responses, litigation status and planning, and follow-up (1.9); review discovery responses and follow-up (.9); review ACC draft of preliminary witness list and organize issues (.8); organize open item list (.5). | 4.10 |
| 03/10/09 | R. Frankel | Review e-mails re Phase I, Phase II (.3); review, consider draft ACC witness list (.4); confer with D. Felder re same (.2). | 0.90 |
| 03/10/09 | R. Frankel | Review with R. Wyron issues in preparation for litigation meeting (.3); review various agendas for meeting, e-mails re same (.5). | 0.80 |
| 03/10/09 | R. Frankel | Review issues re confirmation hearing; review D. Felder e-mail re meeting. | 0.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

April 17, 2009
Invoice No. 1185744

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/11/09 | D. Felder | Attention to deposition schedule and review docket regarding same (.2); review Arrowood's letters regarding discovery issues (.3); review draft notice of publication and e-mail regarding same (.6); review recently filed pleadings for April omnibus hearing (2.3); e-mail correspondence with S. Cruzado regarding staffing and update (.3); telephone conferences with K. Orr regarding responses to Montana's discovery and follow-up regarding same (.8); review and revise responses to Montana's discovery requests and e-mail correspondence to/from K. Orr regarding same (1.1). | 5.60 |
| 03/11/09 | K. Orr | Review various correspondence regarding discovery (.4); prepare responses to Montana discovery (2.7); review insurer discovery responses (1.0). | 4.10 |
| 03/11/09 | J. Guy | Attention to insurance discovery. | 1.30 |
| 03/11/09 | R. Wyron | Review Whitehouse issues (.4); confer regarding Royal discovery (.3). | 0.70 |
| 03/12/09 | S. Cruzado | Office conference with D. Felder and K. Orr re Second Amended Case Management Order and upcoming deadlines. | 0.50 |
| 03/12/09 | D. Fullem | Review e-mail from R. Frankel regarding copy of latest Bloomberg health report; research for R. Frankel and R. Wyron. | 0.50 |
| 03/12/09 | J. Cutler | Research prior Priest testimony in Federal Mogul confirmation hearing. | 1.20 |
| 03/12/09 | D. Felder | Telephone conference with K. Orr regarding discovery issues (.2); conference with K. Orr and S. Cruzado regarding next steps and overview (.3); review Libby comments on protective order and e-mail correspondence from ACC regarding same (.8); e-mail correspondence with Debtors and J. Phillips regarding preliminary witness lists (.3); review expert reports from insurance-related witnesses regarding confirmation issues (.6). | 2.20 |
| 03/12/09 | K. Orr | Prepare and edit responses to Montana discovery (1.5); e-mail to P. Mahaley and R. Wyron regarding same (.1); review various insurer discovery responses (2.6); office conference with P. Mahaley regarding same (.1); office conference with D. Felder and S. Cruzado regarding case status and organization (.5). | 4.80 |
| 03/12/09 | R. Wyron | Review draft witness list (.2); follow-up on insurers' experts (.4). | 0.60 |
| 03/12/09 | R. Frankel | Review discovery chart (.4); consider discovery, litigation issues (.4). | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

April 17, 2009
Invoice No. 1185744

| | | | |
|---|---|---|---|
| 03/12/09 | R. Frankel | Review D. Felder e-mail, memo re status of confirmation litigation (.6); prepare notes for litigation strategy memo (.8). | 1.40 |
| 03/12/09 | R. Frankel | Confer with R. Wyron re status, Priest issue. | 0.40 |
| 03/13/09 | D. Fullem | Review news on Grace's financial health; provide to R. Frankel and R. Wyron and note update to follow. | 0.30 |
| 03/13/09 | D. Felder | Review files and identify issues for transition (4.1); review confidentiality issue regarding Libby (.3); conference with R. Wyron regarding same (.1); e-mail correspondence with J. Liesemer regarding same (.1); telephone conference with J. Liesemer and L. Esayian regarding same (.2); conference with R. Frankel regarding same (.1). | 4.90 |
| 03/13/09 | R. Wyron | Review Scotts letter (.2); call with ACC counsel re Scotts litigation and follow-up (1.9); review status of discovery responses and organize notes (.4); begin review of draft response to discovery (1.2). | 3.70 |
| 03/13/09 | R. Frankel | Confer with P. Lockwood, R. Wyron, P. Mahaley re Scotts (.6); notes re same (.2). | 0.80 |
| 03/13/09 | R. Frankel | Review issues re witness lists, review confidentiality order (.6); confer with D. Felder re status (.2). | 0.80 |
| 03/14/09 | R. Frankel | Review multiple designation of witnesses, notes re same, discovery issues. | 1.40 |
| 03/14/09 | R. Frankel | Review Anderson Memorial propounded discovery. | 0.40 |
| 03/15/09 | R. Wyron | Begin review of draft responses to Montana discovery. | 0.50 |
| 03/16/09 | D. Felder | E-mail correspondence to/from Orrick team regarding expert reports and preliminary witness lists. | 0.70 |
| 03/16/09 | K. Orr | Various e-mails from S. Cruzado, D. Felder, R. Wyron and P. Mahaley regarding witness lists, expert reports and case status (.5); phone conference with S. Cruzado regarding witness lists (.1); edit responses to Montana discovery (.4); office conference with R. Wyron regarding same (.2); various e-mails to Debtors' counsel and counsel for ACC regarding discovery (.2). | 1.40 |
| 03/16/09 | R. Wyron | Review Arrowood meet and confer letter and responses (1.9); review draft responses to Montana discovery (1.2); follow-up on open discovery items with K. Orr and D. Felder (.6); begin review of expert reports (.9); calls to consulting experts and follow-up (.8); continue review of witness lists and organize notes (.6); organize notes for litigation plan (1.1). | 7.10 |
| 03/17/09 | D. Felder | Review docket regarding preliminary expert witness lists (.5); e-mail correspondence with K. Orr and S. Cruzado regarding same (.3); review and revise preliminary expert witness spreadsheet (.7). | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 17, 2009
Invoice No. 1185744

| 03/17/09 | K. Orr | Various e-mails to/from D. Felder, S. Cruzado and R. Wyron regarding expert reports and table of preliminary witness designations (.5); prepare table of preliminary witness designations (1.5); review draft responses to BNSF (1.3); various e-mails to/from counsel for Debtors and ACC regarding discovery (.3). | 3.60 |
| --- | --- | --- | --- |
| 03/17/09 | R. Wyron | Review Arrowood meet and confer letter and responses with P. Mahaley (1.2); review and respond to e-mails re witness lists, expert reports, discovery timing and follow-up items (.8); continue review of responses to BNSF discovery and e-mails re same (.7); work on strategy outline for confirmation hearing (2.2); call with T. Freedman re confirmation hearing and follow-up (.4). | 5.30 |
| 03/17/09 | R. Frankel | Prepare strategy memo in connection with discovery, confirmation hearing. | 1.80 |
| 03/17/09 | R. Frankel | Review NARCO briefs in connection with standing of insurers. | 1.60 |
| 03/17/09 | R. Frankel | Review MacArthur v. Manville case in connection with injunction v. Scotts. | 0.80 |
| 03/18/09 | D. Felder | Review e-mail correspondence regarding confidentiality issues (.3); review e-mail correspondence from Debtors and ACC regarding discovery issues (1.0); review and revise preliminary witness list spreadsheet and e-mail correspondence with K. Orr regarding same (.6); review RFPs from Libby claimants and e-mail correspondence regarding same (1.0). | 2.90 |
| 03/18/09 | K. Orr | Prepare e-mail to counsel for Debtors and ACC regarding BNSF discovery responses (.4); prepare and edit table of preliminary witnesses designations and e-mails to/from D. Felder regarding same (1.3); edit responses to Montana discovery (.6); prepare agenda/to do list for office conference with R. Wyron and P. Mahaley, including discovery status (.3); review draft discovery responses to various Libby claimants (.8); various e-mails to/from counsel for Debtors and ACC regarding discovery (.2); office conference with R. Wyron and P. Mahaley regarding discovery (1.0); prepare responses to Shea and Thom discovery (1.0). | 5.60 |
| 03/18/09 | R. Wyron | Continue review of discovery responses (.8); meet with P. Mahaley and K. Orr re discovery responses and status of pending issues, and follow-up notes (1.4); begin review of expert reports (.8); review changes to protective order and respond to e-mails re same (.6). | 3.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 17, 2009
Invoice No. 1185744

| 03/18/09 | R. Frankel | Review series of discovery issues, e-mails (.8); review draft protective order re confidentiality issues (.6). | 1.40 |
| 03/19/09 | S. Cruzado | Review expert report binders. | 1.00 |
| 03/19/09 | D. Felder | Review and revise Plan Proponents' draft responses to Shea and Thom interrogatories and requests for documents and provide comments to K. Orr regarding same. | 1.00 |
| 03/19/09 | K. Orr | Prepare discovery responses and verifications to same (2.5); various e-mails to/from D. Felder, D. Austern and R. Wyron regarding same (.3); review and edit various discovery responses circulated by the ACC (1.7); office conference with S. Cruzado regarding expert reports (.1); brief review of Whitehouse and Frank supplemental reports (.2); various e-mails to/from counsel for Debtors and ACC regarding discovery responses (.2). | 5.00 |
| 03/19/09 | J. Guy | Attend Dr. Whitehouse deposition via telephone. | 6.00 |
| 03/19/09 | J. Guy | Prepare for Dr. Whitehouse deposition. | 0.50 |
| 03/19/09 | J. Guy | E-mails and conference with R. Frankel, R. Wyron and ACC counsel regarding Dr. Whitehouse deposition. | 0.20 |
| 03/19/09 | R. Wyron | Review and organize discovery responses (1.3); review strategy memo on confirmation hearing issues (.8); review outline of open issues (.6). | 2.70 |
| 03/19/09 | R. Frankel | Review discovery responses from Scotts interrogatories and RFPs. | 1.30 |
| 03/19/09 | R. Frankel | Review discovery issues, e-mails (.5); confer with J. Guy re Whitehouse (.3). | 0.80 |
| 03/20/09 | S. Cruzado | Review supplemental expert reports (1.0); conference re same (.2) | 1.20 |
| 03/20/09 | K. Orr | Telephone conference with P. Mahaley regarding discovery (.1); various e-mails to/from R. Wyron regarding discovery responses (.2); review, prepare and edit various discovery responses (1.7). | 2.00 |
| 03/20/09 | J. Guy | Telephone call with R. Wyron and R. Frankel regarding status of case, next steps and staffing. | 0.60 |
| 03/20/09 | J. Guy | Attention to pending discovery. | 0.40 |
| 03/20/09 | R. Wyron | Review and revise strategy outline (.4); review discovery responses to Libby claimants and provide comments (1.3); review protective order issues and follow-up (.4); review and respond to e-mails re scheduling various meetings on strategy (.3); call with R. Frankel and J. Guy on strategy, and follow-up (.7); review draft responses to interrogatories and organize notes for discussion (1.3). | 4.40 |
| 03/20/09 | R. Frankel | Review 1995 PI-PD Report. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

April 17, 2009
Invoice No. 1185744

| | | | |
|---|---|---|---|
| 03/20/09 | R. Frankel | Review strategy memo in advance of conference call (.7); conference call with R. Wyron, J. Guy re litigation issues (.7). | 1.40 |
| 03/20/09 | R. Frankel | Review schedule of preliminary witness designations for confirmation (.7); notes re same (.2). | 0.90 |
| 03/21/09 | R. Frankel | Review M. Peterson expert report. | 1.80 |
| 03/21/09 | R. Frankel | Prepare notes re witness prep., discovery responses. | 1.20 |
| 03/23/09 | J. Burke | Confer with J. Guy, P. Mahaley, K. Orr, and J. Cutler regarding confirmation hearing strategy. | 0.60 |
| 03/23/09 | J. Cutler | Conference with team to discuss strategy for confirmation hearing. | 0.90 |
| 03/23/09 | K. Orr | Telephone conference with R. Wyron and P. Mahaley regarding discovery (.5); review, prepare and edit various discovery responses (4.1); various e-mails to/from D. Felder, R. Wyron, P. Mahaley, D. Austern, J. Phillips, Debtors' counsel and ACC counsel regarding discovery responses (1.0); prepare notice of service of discovery and certificate of service (.2); office conference with J. Guy, P. Mahaley, J. Cutler and J. Burke regarding case status, deposition prep and hearing prep (1.0). | 6.80 |
| 03/23/09 | J. Guy | Conference with Orrick team regarding next steps in connection with Confirmation Hearing and discovery. | 0.60 |
| 03/23/09 | J. Guy | Review discovery and related materials. | 2.00 |
| 03/23/09 | J. Guy | Analyze confirmation issues. | 1.00 |
| 03/23/09 | R. Wyron | Review draft discovery responses (1.1); confer with K. Orr and P. Mahaley on comments and follow-up (.7). | 1.80 |
| 03/23/09 | R. Frankel | Review expert reports of Peterson, Shein, Mathis, Frank, Whitehouse and Stanovich. | 3.80 |
| 03/24/09 | D. Felder | E-mail correspondence to/from K. Orr regarding discovery issues and review same. | 1.00 |
| 03/24/09 | K. Orr | Telephone conference with R. Wyron regarding discovery (.2); various e-mails to/from R. Wyron, P. Mahaley, D. Austern, J. Phillips, Debtors' counsel, ACC counsel, R. Frankel and J. Guy regarding discovery (1.0); review Finke notice of deposition and e-mails to/from S. Cruzado regarding same (.1); prepare and update deposition calendar (.1); office conference with J. Guy regarding case status and depositions (.2); phone conferences with J. Baer regarding discovery responses (.2); phone conference with A. VanGrack regarding discovery responses (.1); review, edit and comment on various discovery responses (5.5). | 7.40 |
| 03/24/09 | J. Guy | Attention to litigation issues. | 0.90 |
| 03/24/09 | R. Wyron | Review and respond to e-mails regarding discovery responses (1.7); call with K. Orr and follow-up (.3). | 2.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

April 17, 2009
Invoice No. 1185744

| 03/24/09 | R. Frankel | Review UCC discovery responses re impairment. | 0.60 |
| 03/25/09 | K. Orr | Finalize notice of service, certificate of service and attention to service of same (.3); various e-mails to/from R. Frankel, J. Guy, D. Felder, C. Hartman, Debtors' counsel, and ACC counsel regarding discovery, deposition schedule, R. Finke deposition, circulation lists, Libby meet and confer, discovery conference call and other case status issues and attention to same issues (3.0); review Anderson Memorial preliminary objection and relevant Plan provisions and identify other relevant documents on docket (.7); phone conference with R. Frankel regarding R. Finke deposition (.3); review responses to Cannon and Benefield interrogatories in connection with meet and confer (.5); update discovery chart (.2). | 5.00 |
| 03/25/09 | R. Wyron | Review and respond to e-mails regarding discovery issues, meet and confers, and follow-up. | 1.00 |
| 03/25/09 | R. Frankel | Telephone conference with K. Orr re PD claims, prepare for R. Finke deposition, notes re same (.5); review series of e-mails re discovery (.6). | 1.10 |
| 03/25/09 | R. Frankel | Review various discovery charts, consider preparation for depositions. | 0.70 |
| 03/26/09 | D. Felder | E-mail correspondence to/from Orrick team regarding confirmation issues. | 0.50 |
| 03/26/09 | K. Orr | Various e-mails to/from R. Wyron, P. Mahaley, R. Frankel, J. Guy, Debtors' counsel and ACC counsel regarding discovery, depositions, and plan issues (.8); review Travelers' discovery to Debtors (.2); update discovery chart (.1); attention to updating Plan Proponents' discovery material and office conference with assistant regarding same (.4); review various Plan Documents in connection with PD issues, Debtors' objection to Anderson Memorial claim, and ZAI settlement materials in preparation for R. Finke deposition (1.7). | 3.20 |
| 03/26/09 | R. Frankel | Review detailed witness list and description of witness subject. | 0.80 |
| 03/26/09 | R. Frankel | Review new discovery from Travelers. | 0.60 |
| 03/26/09 | R. Frankel | Review responses of ACC to various Libby claimants. | 0.70 |
| 03/26/09 | R. Frankel | Review plan proponents' responses to Libby and Maryland Casualty. | 0.60 |
| 03/26/09 | R. Frankel | Review Debtors' responses to Libby claimants. | 0.70 |
| 03/26/09 | R. Frankel | Review Equity Committee responses to Libby claimants' discovery. | 0.50 |
| 03/26/09 | R. Frankel | Review supplemental memorandum and attached declarations supporting ZAI Class settlement. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

April 17, 2009
Invoice No. 1185744

| | | | |
|---|---|---|---|
| 03/27/09 | J. Burke | Case law research regarding discovery issue. | 1.60 |
| 03/27/09 | K. Orr | Meet and confer conference call with counsel for Libby Claimants, Debtors, ACC and Equity Committee (.4); e-mail to R. Frankel, R. Wyron, P. Mahaley, J. Guy and D. Felder regarding same (.1). | 0.50 |
| 03/28/09 | R. Wyron | Review e-mails on discovery status and respond (.4); review hearing agenda and e-mails re same (.2). | 0.60 |
| 03/29/09 | J. Burke | Case law research regarding discovery issue. | 5.10 |
| 03/29/09 | K. Orr | Review Arrowood objection to R. Finke deposition and second notice of deposition regarding same (.2); e-mail to Debtors' counsel regarding R. Finke deposition (.1). | 0.30 |
| 03/29/09 | R. Frankel | Review, prepare notes for meeting re confirmation issues. | 0.80 |
| 03/30/09 | J. Burke | Case law research regarding discovery issue (6.2); research and draft memorandum regarding discovery issue (4.4). | 10.60 |
| 03/30/09 | J. Cutler | Review materials relating to certain plan objectors. | 0.40 |
| 03/30/09 | K. Orr | Attend R. Finke deposition (7.8); review materials in preparation for same (3.5). | 11.30 |
| 03/30/09 | J. Guy | Attend portion of R. Finke deposition (via telephone). | 1.40 |
| 03/30/09 | J. Guy | Attention to numerous discovery issues. | 1.20 |
| 03/30/09 | R. Wyron | Review agenda for 3/31 meeting and follow-up (.3); organize notes for 3/31 meeting (.4); review revisions to draft discovery responses (.6); begin review of expert reports (.8); confer with R. Frankel on open issues and follow-up e-mails (.6); organize notes for D. Austern meeting on 4/2 (.7); review witness designations and prepare outline for discussions re same (.9); begin review of FCR testimony issues (.5); review research on common interest issues and confer with J. Burke re same (.4); prepare litigation outline (1.3); call with T. Freedman and follow-up on 3/31 call (.4). | 6.90 |
| 03/30/09 | R. Frankel | Review series of e-mails, updates re litigation, discovery. | 0.70 |
| 03/30/09 | R. Frankel | Confer with R. Wyron re status. | 0.30 |
| 03/30/09 | R. Frankel | Review new discovery from Scotts, Travelers & Anderson Memorial. | 0.90 |
| 03/30/09 | R. Frankel | Review issues in connection with witnesses. | 0.70 |
| 03/31/09 | J. Burke | Attend confirmation hearing strategy session with R. Frankel, R. Wyron, P. Mahaley, D. Felder, K. Orr, and J. Cutler (1.4); research and draft memorandum regarding discovery issue (6.6). | 8.00 |
| 03/31/09 | J. Cutler | Prepare for and attend team meeting. | 1.30 |
| 03/31/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps (1.0); review expert report by G. Priest (.1). | 1.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

April 17, 2009
Invoice No. 1185744

| Date | Person | Description | Hours |
|---|---|---|---|
| 03/31/09 | K. Orr | Prepare and circulate agenda for internal case status meeting, including review and identification of relevant deadlines and tasks (.4); office and phone conference with R. Frankel, D. Felder, R. Wyron, P. Mahaley, J. Cutler and J. Burke regarding status of discovery, confirmation hearing prep and insurance issues (1.2); various e-mails to/from R. Wyron, P. Mahaley, D. Fullem, S. Cruzado, J. Guy, Debtors' counsel and ACC counsel regarding discovery responses, case calendar, conference call to discuss depositions and case materials (1.0); office conference with D. Fullem regarding case calendar (.1); office conference with R. Wyron regarding case calendar, internal document availability and conference call regarding depositions (.1); review, edit and circulate comments to responses to Debtors' responses to discovery (1.8); office and phone conference with J. Guy, P. Mahaley, Debtors' counsel and ACC counsel regarding depositions and confirmation hearing prep (1.4). | 6.00 |
| 03/31/09 | J. Guy | Telephone call with plan proponents regarding discovery. | 0.50 |
| 03/31/09 | J. Guy | Attention to discovery. | 2.00 |
| 03/31/09 | J. Guy | Conference with R. Frankel and R. Wyron regarding discovery and next steps. | 0.50 |
| 03/31/09 | R. Wyron | Review status notes for Orrick team meeting (.5); participate in team meeting on strategy (1.0); follow-up discussion with P. Mahaley and J. Burke (.4); call with Debtors and ACC on strategy and follow-up (1.4); call with R. Frankel on strategy, and follow-up e-mails re same (.4); review discovery responses to Seaton (.4); call with P. Mahaley re discovery responses and follow-up (.3); prepare for 4/1 hearing (1.4); review witness lists and organize notes (.8). | 6.60 |
| 03/31/09 | R. Frankel | Review witness designation charts in preparation for deposition issues. | 0.70 |
| 03/31/09 | R. Frankel | Review G. Priest declaration, report in Federal Mogul case. | 1.40 |
| 03/31/09 | R. Frankel | Review Travelers transcript. | 1.20 |
| 03/31/09 | R. Frankel | Telephone conference with Orrick team re discovery, confirmation issues (1.0); notes re same (.3). | 1.30 |

|  |  |  |
|---|---|---|
| Total Hours | 357.80 | |
| Total For Services | | $243,993.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

April 17, 2009
Invoice No. 1185744

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 25.90 | 360.00 | 9,324.00 |
| Stephen C. Cruzado | 2.70 | 230.00 | 621.00 |
| Joshua M. Cutler | 3.80 | 555.00 | 2,109.00 |
| Debra Felder | 76.00 | 590.00 | 44,840.00 |
| Roger Frankel | 49.00 | 945.00 | 46,305.00 |
| Debra O. Fullem | 2.10 | 255.00 | 535.50 |
| Jonathan P. Guy | 25.40 | 755.00 | 19,177.00 |
| Kathleen Orr | 101.70 | 620.00 | 63,054.00 |
| Richard H. Wyron | 71.20 | 815.00 | 58,028.00 |
| Total All Timekeepers | 357.80 | $681.93 | $243,993.50 |

Disbursements
| | | |
|---|---|---|
| Color Document Reproduction | | 2.50 |
| Document Reproduction | | 1,727.80 |
| Express Delivery | | 67.21 |
| Out of Town Business Meals | | 195.67 |
| Outside Services | | 575.00 |
| Postage | | 1,645.36 |
| Telephone | | 71.23 |
| Travel Expense, Air Fare | | 3,513.40 |
| Travel Expense, Out of Town | | 397.86 |
| Westlaw Research | | 366.50 |
| | Total Disbursements | $8,562.53 |

**Total For This Matter**    **$252,556.03**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

April 17, 2009
Invoice No. 1185744

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---:|
| 03/01/09 | D. Felder | Review CE documents regarding Grace plan issues. | 1.00 |
| 03/01/09 | R. Frankel | Review various scenarios re Intercreditor Agreement from Z. Finley. | 0.80 |
| 03/02/09 | D. Felder | Review CE opinion and findings of fact regarding plan issues and e-mail correspondence to R. Frankel and R. Wyron regarding same. | 2.50 |
| 03/02/09 | R. Frankel | Preliminary review of Form 10-K. | 0.50 |
| 03/02/09 | R. Frankel | Review exhibit on best interests test. | 0.70 |
| 03/02/09 | R. Frankel | Review as filed disclosure, plan exhibits. | 2.40 |
| 03/03/09 | D. Felder | Review first amended joint plan and related documents filed February 27. | 1.00 |
| 03/03/09 | Z. Finley | Review R. Wyron's comments to current draft of Intercreditor Agreement. | 0.70 |
| 03/03/09 | R. Wyron | Review plan comments and 10-K (.9); review new plan language (.6); organize presentation on reimbursement agreements (.7). | 2.20 |
| 03/03/09 | R. Frankel | Review issues, statements re exit financing; telephone conference with J. Radecki re same. | 0.80 |
| 03/03/09 | R. Frankel | Review plan and exhibits as filed. | 1.40 |
| 03/03/09 | R. Frankel | Review redlined plan and disclosure statement. | 2.20 |
| 03/04/09 | Z. Finley | Telephone conferences with R. Wyron regarding Intercreditor Agreement (1.0); revise same (3.5). | 4.50 |
| 03/04/09 | R. Wyron | Review plan documents (1.4); call with T. Freedman re disclosure statement hearing and follow-up (.5); work on demonstratives for hearing (.6). | 2.50 |
| 03/04/09 | R. Frankel | Telephone conference with R. Wyron re disclosure issues in preparation for hearing (.4); review series of e-mails re same (.4). | 0.80 |
| 03/05/09 | Z. Finley | E-mail to R. Wyron (.2); telephone conference with A. Rich and R. Wyron to discuss Intercreditor Agreement (.5); follow-up telephone conference with R. Wyron regarding same (.3). | 1.00 |
| 03/05/09 | R. Wyron | Review revised Intercreditor Agreement (1.2); follow-up with Z. Finley and e-mails re same (.4); call with A. Rich regarding Intercreditor Agreement and follow-up (.8); review revised plan language and follow-up (.6); organize notes for disclosure statement hearing (.8). | 3.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

April 17, 2009
Invoice No. 1185744

| 03/05/09 | R. Frankel | Review as filed exhibits. | 0.90 |
|---|---|---|---|
| 03/05/09 | R. Frankel | Review redlined Intercreditor Agreement. | 0.70 |
| 03/06/09 | J. Burke | Meet with R. Wyron to discuss plan development issue. | 0.20 |
| 03/06/09 | D. Felder | Review joint plan and disclosure statement (.6); e-mail correspondence with Debtors, ACC and Orrick team regarding edits (.2). | 0.80 |
| 03/06/09 | Z. Finley | Revise Intercreditor Agreement (1.1); review and revise description of Intercreditor Agreement for Disclosure Statement (1.5); telephone conference with R. Wyron regarding Intercreditor scenarios (.8); revise spreadsheet modeling outcomes of same (.5). | 3.90 |
| 03/06/09 | R. Wyron | Review revised intercreditor language and follow-up (1.7); calls with Z. Finley and R. Frankel re changes and follow-up (.6); call with P. Lockwood on hearing and open issues, and e-mails re same (.5); review and organize notes for hearing (.9). | 3.70 |
| 03/06/09 | R. Frankel | Telephone conference with R. Wyron re disclosure issues, prepare for hearing (.4); notes re hearing (.3). | 0.70 |
| 03/07/09 | Z. Finley | Review A. Rich comments to Intercreditor Agreement (.2); telephone conference with R. Wyron (.1); revise Intercreditor Agreement (.5); e-mail regarding same (.3). | 1.10 |
| 03/07/09 | R. Smith | Attention to e-mail messages. | 0.20 |
| 03/07/09 | R. Wyron | Review Intercreditor Agreement changes and follow-up (.8); call with Z. Finley on changes, and e-mails re same (.4); review final version of Intercreditor Agreement and section 5.8 of the Disclosure Statement (.4). | 1.60 |
| 03/07/09 | R. Frankel | Review further versions of Intercreditor Agreement (.7); review related changes to disclosure statement (.8); e-mails re same (.3). | 1.80 |
| 03/08/09 | J. Burke | Case law research regarding plan development issue. | 2.90 |
| 03/08/09 | M. Wallace | Review multiple correspondence regarding Intercreditor Agreement. | 0.20 |
| 03/08/09 | R. Wyron | Organize documents for hearing (1.3); confer with R. Frankel on open items and follow-up e-mails (.6); organize outline for hearing (.8). | 2.70 |
| 03/08/09 | R. Frankel | Review changes to plan, disclosure statement, exhibits to transfer agreement. | 1.30 |
| 03/08/09 | R. Frankel | Review filed plan, disclosure, exhibits during travel. | 0.60 |
| 03/08/09 | R. Frankel | Confer with R. Wyron re plan, disclosure issues in preparation for hearing. | 1.20 |
| 03/09/09 | J. Burke | Case law research regarding plan development issue. | 2.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

April 17, 2009
Invoice No. 1185744

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/09/09 | R. Wyron | Meet with ACC counsel to discuss strategy (.5); attend disclosure statement hearing (2.6); various follow-up discussions with R. Frankel, P. Lockwood and T. Freedman on open issues and next steps (1.6); review final plan issues (.2). | 4.90 |
| 03/09/09 | R. Frankel | Attend hearing in Pittsburgh on approval of Disclosure Statement. | 2.70 |
| 03/09/09 | R. Frankel | Prepare notes re hearing, possible exchange offer during travel. | 0.90 |
| 03/10/09 | D. Fullem | Review reports on Grace's approved disclosure statement and schedule regarding confirmation. | 0.20 |
| 03/10/09 | R. Frankel | Telephone conference with D. Austern re disclosure hearing, possible Debtor proposal, notes re same. | 0.30 |
| 03/11/09 | R. Wyron | Review financial data on buy-back proposal (.6); call with J. Radecki and R. Frankel re issues, and follow-up e-mails re same (.5); review filed blacklines of procedures order (.3). | 1.40 |
| 03/11/09 | R. Frankel | Telephone conference with R. Wyron, J. Radecki re note issues, notes re same. | 0.50 |
| 03/11/09 | R. Frankel | Review publication notices, e-mails re same (.3); review revised notices (.3). | 0.60 |
| 03/12/09 | D. Felder | Review and note comments on Debtors' voting procedures, notices, ballots and instructions (4.4); e-mail correspondence with C. Bruens regarding same (.2). | 4.60 |
| 03/12/09 | R. Frankel | Review modified, updated financial information filed by Grace. | 0.90 |
| 03/13/09 | D. Felder | E-mail correspondence with C. Bruens regarding voting procedures and related documents. | 0.10 |
| 03/13/09 | R. Wyron | Review blackline documents and draft e-mail re same. | 0.30 |
| 03/13/09 | R. Frankel | Consider plan issues. | 0.60 |
| 03/16/09 | R. Wyron | Review e-mails re Grace debt plan and follow-up (.3); call with J. Radecki on debt plan (.4). | 0.70 |
| 03/24/09 | R. Frankel | Review motions re F. Festa employment agreement and LTIP (.8); review agreement, various affidavits in support (.9). | 1.70 |
| 03/26/09 | R. Frankel | Review detailed agenda, work plan for plan proponents meeting, e-mail re same. | 0.90 |
| 03/30/09 | R. Frankel | Review, edit proposed agenda with J. Radecki. | 0.50 |

Total Hours            78.00

Total For Services            $59,469.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

April 17, 2009
Invoice No. 1185744

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 6.00 | 360.00 | 2,160.00 |
| Debra Felder | 10.00 | 590.00 | 5,900.00 |
| Zachary S. Finley | 11.20 | 600.00 | 6,720.00 |
| Roger Frankel | 26.40 | 945.00 | 24,948.00 |
| Debra O. Fullem | 0.20 | 255.00 | 51.00 |
| Richard V. Smith | 0.20 | 815.00 | 163.00 |
| Mary A. Wallace | 0.20 | 650.00 | 130.00 |
| Richard H. Wyron | 23.80 | 815.00 | 19,397.00 |
| Total All Timekeepers | 78.00 | $762.42 | $59,469.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 185.20 |
| Local Taxi Expense | 120.71 |
| Online Database | 22.53 |
| Other Business Meals | 16.60 |
| Out of Town Business Meals | 5.62 |
| Parking Expense | 57.00 |
| Secretarial/Staff Overtime | 48.08 |
| Telephone | 14.68 |
| Travel Expense, Air Fare | 829.20 |
| Travel Expense, Local | 5.28 |
| Travel Expense, Out of Town | 272.46 |
| Westlaw Research | 1,579.25 |
| Total Disbursements | $3,156.61 |

**Total For This Matter**                     **$62,625.61**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 24

April 17, 2009
Invoice No. 1185744

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/11/09 | D. Felder | Telephone conference with J. Radecki regarding supplemental disclosure (.1); review and revise same (.3). | 0.40 |
| 03/11/09 | R. Wyron | Review second supplemental disclosure of Tre Angeli and provide comments. | 0.40 |
| 03/12/09 | D. Felder | Review and revise J. Radecki supplemental declaration and e-mail correspondence to/from R. Wyron regarding same (.4); telephone conference with J. Radecki regarding same (.1); e-mail correspondence with J. Solganick regarding Piper Jaffray supplemental declaration (.1). | 0.60 |
| 03/12/09 | R. Wyron | Review declarations for Tre Angeli and Piper and follow-up. | 0.40 |
| 03/13/09 | D. Felder | Review and finalize Tre Angeli and Piper Jaffray supplemental declarations (.4); e-mail correspondence with J. Phillips and C. Hartman regarding same (.1). | 0.50 |

Total Hours 2.30
Total For Services $1,537.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 590.00 | 885.00 |
| Richard H. Wyron | 0.80 | 815.00 | 652.00 |
| Total All Timekeepers | 2.30 | $668.26 | $1,537.00 |

Disbursements
Document Reproduction 208.00
Postage 260.88
Total Disbursements $468.88

**Total For This Matter** **$2,005.88**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 25

April 17, 2009
Invoice No. 1185744

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| 03/03/09 | D. Fullem | Prepare notices and certificates of service of Piper, Tillinghast and Tre Angeli January 09 fee applications (1.0); finalize documents for local counsel to file (.5); e-mail to local counsel regarding filing (.2); prepare e-mail service of same (.1). | 1.80 |
|---|---|---|---|
| 03/04/09 | D. Fullem | Review and calendar objection deadlines in connection with January 2009 fee application filings by FCR professionals. | 0.50 |
| 03/09/09 | D. Fullem | Begin draft of Austern quarterly for Oct-Dec 08. | 1.00 |
| 03/09/09 | D. Fullem | Calendar fee application related deadlines. | 0.20 |
| 03/10/09 | D. Fullem | Review e-mail from K. Boeger at Tillinghast regarding February fee application. | 0.10 |
| 03/11/09 | D. Felder | Review fee auditor's report. | 0.10 |
| 03/12/09 | D. Fullem | Finalize quarterly fee application for D. Austern for Oct-Dec 08 (.8); prepare e-mail regarding same (.2); telephone call from D. Austern regarding timing to receive signed documents (.1). | 1.10 |
| 03/12/09 | D. Fullem | Review and assemble package to C. Hartman of original signed fee applications. | 0.20 |
| 03/17/09 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO deadlines for January fee apps. | 0.20 |
| 03/19/09 | D. Fullem | Telephone call from J. Radecki regarding status of quarterly fee application for Oct-Dec 08 time period. | 0.10 |
| 03/19/09 | D. Fullem | E-mail to C. LaRuffa regarding status of Tre Angeli last quarterly 08 and latest monthly fee application. | 0.10 |
| 03/24/09 | D. Fullem | Review and respond to e-mail from C. Laoffa and J. Solganick regarding quarterly fee application for Oct-Dec 08. | 0.50 |
| 03/24/09 | D. Fullem | Prepare calendar date for CNOs to be filed. | 0.20 |
| 03/26/09 | D. Fullem | Review e-mail from D. Felder with proposed exhibit to fee order on quarterly applications for Jul-Sep 08; confirm amounts are correct as to FCR and professionals; prepare e-mail to D. Felder regarding same. | 0.90 |
| 03/26/09 | D. Fullem | Prepare CNOs for Jan fee applications of Tillinghast, Tre Angeli, Piper (.8); forward to R. Frankel for review signature (.1); coordinate filing and serving of same (.2). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

April 17, 2009
Invoice No. 1185744

| 03/31/09 | D. Fullem | Review e-mail from K. Boeger regarding Tillinghast Feb 09 fee application; review same; reply to K. Boeger regarding comments. | 0.30 |

Total Hours 8.40
Total For Services $2,175.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 590.00 | 59.00 |
| Debra O. Fullem | 8.30 | 255.00 | 2,116.50 |
| Total All Timekeepers | 8.40 | $258.99 | $2,175.50 |

Disbursements
Document Reproduction 1.90
Express Delivery 36.10
Postage 4.95
Total Disbursements $42.95

**Total For This Matter**                    **$2,218.45**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

April 17, 2009
Invoice No. 1185744

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| 03/01/09 | D. Felder | Review and revise Orrick's quarterly fee application and e-mail correspondence with D. Fullem regarding same. | 0.70 |
|---|---|---|---|
| 03/02/09 | D. Fullem | Continue work on expense chart regarding meals in Jul-Oct 08 quarterly (1.4); prepare e-mail to B. Ruhlander at fee auditors' office (.2). | 1.60 |
| 03/02/09 | D. Fullem | Finalize January fee application (.5); coordinate signature (.1); prepare e-mail and documents to C. Hartman regarding filing (.2); e-mail service on parties (.1). | 0.90 |
| 03/03/09 | D. Fullem | Coordinate finalizing and filing of Orrick's January 09 monthly fee application. | 1.00 |
| 03/03/09 | D. Fullem | Continue to analyze air, train and hotel expenses during Jul-Sept 08 time period to respond to fee auditor. | 1.50 |
| 03/04/09 | D. Fullem | Review e-mail from and prepare e-mail to B. Ruhlander and forward travel and hotel expense charts. | 0.30 |
| 03/04/09 | D. Fullem | Review expense spreadsheet for time period Jul-Sept 08 prior to sending final travel and hotel charts to B. Ruhlander at fee auditors' office. | 0.40 |
| 03/06/09 | D. Fullem | Continue to review/revise quarterly fee application for Orrick for Oct-Dec 08 period. | 1.00 |
| 03/06/09 | D. Fullem | Begin review of February prebill. | 0.80 |
| 03/06/09 | D. Felder | Review Orrick quarterly fee application. | 0.20 |
| 03/09/09 | D. Fullem | Follow up on certain time entries in February prebill (.2); complete review of February prebill (.9); e-mail to R. Wyron and D. Felder regarding same (.2). | 1.20 |
| 03/09/09 | D. Fullem | Calendar fee application related deadlines. | 0.20 |
| 03/09/09 | D. Felder | Review February prebill. | 1.80 |
| 03/11/09 | R. Wyron | Review February prebill and provide comments. | 0.80 |
| 03/12/09 | D. Fullem | Review and assemble package to C. Hartman of original signed fee applications. | 0.20 |
| 03/13/09 | D. Fullem | Review e-mail from B. Ruhlander with initial report; review and respond to e-mail from D. Felder regarding same. | 0.20 |
| 03/17/09 | D. Fullem | Prepare response letter to fee auditor regarding initial report on Jul-Sep 08 quarterly; gather receipts for backup for travel charges. | 2.00 |
| 03/17/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding revisions to Orrick response to fee auditor report. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 28

April 17, 2009
Invoice No. 1185744

| | | | |
|---|---|---|---|
| 03/17/09 | D. Fullem | Review draft of February 09 fee application; provide comments; forward to D. Felder for review. | 0.80 |
| 03/17/09 | R. Wyron | Review draft response to fee auditor and revise (.6); follow-up with D. Fullem (.1). | 0.70 |
| 03/18/09 | D. Felder | Review and revise Orrick's February fee application (.3); e-mail correspondence to D. Fullem regarding same (.1). | 0.40 |
| 03/18/09 | R. Wyron | Finalize February fee application. | 0.20 |
| 03/19/09 | D. Fullem | Review and revise fee auditor response letter; confer with R. Wyron re same; telephone call from fee auditor, B. Ruhlander regarding status. | 1.00 |
| 03/19/09 | D. Fullem | Update notices of quarterly fee applications to prepare for R. Wyron signature. | 1.50 |
| 03/20/09 | D. Fullem | Review and revise Orrick response to fee auditor report (.5); confer with R. Wyron regarding same (.1); update chart attachments (.5); discuss additional information on travel expenses which receipts were requested and provide summary (.6); finalize letter and attachments (.3); prepare e-mail to B. Ruhlander regarding same (.2). | 2.20 |
| 03/20/09 | R. Wyron | Review and finalize response to fee auditor with D. Fullem. | 0.30 |
| 03/23/09 | D. Fullem | Review and respond to e-mail from B. Ruhlander, fee auditor, regarding addtional detail on R. Smith travel in August 08 (.2); review final report as filed with Court (.3); prepare e-mail to R. Wyron, R. Frankel and D. Felder summarizing final report (.2). | 0.70 |
| 03/26/09 | D. Fullem | Prepare CNO for Orrick Jan 09 fee application; forward to R. Frankel to review and sign; finalize; file and serve. | 0.40 |
| 03/30/09 | D. Fullem | Coordinate finalizing, filing and serving of Orrick's Feb 09 fee application. | 1.00 |

|  | | | |
|---|---|---|---|
| | Total Hours | 24.20 | |
| | Total For Services | | $8,329.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.10 | 590.00 | 1,829.00 |
| Debra O. Fullem | 19.10 | 255.00 | 4,870.50 |
| Richard H. Wyron | 2.00 | 815.00 | 1,630.00 |
| Total All Timekeepers | 24.20 | $344.19 | $8,329.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

April 17, 2009
Invoice No. 1185744

Disbursements
    Document Reproduction                    4.20
                      Total  Disbursements               $4.20

**Total For This Matter**              **$8,333.70**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 30

April 17, 2009
Invoice No. 1185744

For Legal Services Rendered Through March 31, 2009 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 03/08/09 | R. Wyron | Travel to Pittsburgh for Disclosure Statement hearing. | 1.80 |
| 03/08/09 | R. Frankel | Travel to Pittsburgh for hearing. | 1.20 |
| 03/09/09 | R. Wyron | Return to DC from Disclosure Statement hearing. | 2.00 |
| 03/09/09 | R. Frankel | Travel to DC from Pittsburgh. | 1.70 |
| 03/30/09 | R. Frankel | Travel to NY. | 1.50 |

|  |  |  |  |
|---|---|---|---|
| Total Hours | 8.20 | | |
| Total For Services | | | $3,627.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 4.40 | 472.50 | 2,079.00 |
| Richard H. Wyron | 3.80 | 407.50 | 1,548.50 |
| Total All Timekeepers | 8.20 | $442.38 | $3,627.50 |

**Total For This Matter**          **$3,627.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 609.50 | |
| Total Fees, all Matters | | $399,976.00 |
| Total Disbursements, all Matters | | $19,582.93 |
| Total Amount Due | | $419,558.93 |