IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## **VERIFICATION**

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

      David T. Austern, after being duly sworn according to law, deposes and says:

    1.    I am the Asbestos PI Future Claimants' Representative appointed by the Court in these cases.

    2.    I personally performed the work as set forth in the attached Exhibit A.

    3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                          */S/ DAVID T. AUSTERN*
                                          DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 5TH DAY OF MAY, 2009

*/S/ AUDREY BRIDGES*
Notary Public

My commission expires: 7/29/2012