**David Austern, Asbestos PI Futures Representative for W.R. Grace**
**Billing Statement for January 2009**

| Date | Services | Hours |
|------|----------|-------|
| 1/9 | Meeting at Orrick re litigation discovery (R. Frankel, R. Wyron, J. Guy, D. Felder, insurance counsel, etc.) | 3.6 |
| **Total Hours:** | | **3.6** |
| **Total Fees ($500.00 per hour)** | | **$1,750.00** |

**Expenses:** There are no expenses.