IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | Hearing Date: June 1, 2009 at 10:30 am |
| Debtor | ) | |
| | ) | Related Docket Nos.: 20538, 20704, 20846, 20984, 21262 |

**FURTHER RESPONSE AND OBJECTION OF
CONTINENTAL CASUALTY COMPANY TO MOTION OF KANEB PIPE LINE
OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL
SERVICES, INC., FOR AN ORDER MODIFYING THE AUTOMATIC STAY**

# DOCUMENTS FILED UNDER SEAL[1]

---

[1] These papers are filed under seal in accordance with the Court's oral ruling, and the Certificate of Counsel and Proposed form of Order filed by counsel for Kaneb related to the Court's oral ruling [Docket 21214].

178675


Dated: May 8, 2009

    Respectfully Submitted,

    ROSENTHAL, MONHAIT, & GODDESS, P.A.

    _____
    Edward B. Rosenthal (DE 3131)
    919 Market Street, Suite 1401
    Wilmington, Delaware 19899-1070
    (302) 656-4433

    -and-

    GOODWIN PROCTER LLP
    Daniel M. Glosband (pro hac vice)
    Brian H. Mukherjee (pro hac vice)
    Exchange Place
    Boston, MA 02109
    (617) 570-1930

    -and-

    FORD MARRIN ESPOSITO WITMEYER
    & GLESER, L.L.P.
    Elizabeth DeCristofaro (pro hac vice)
    Wall Street Plaza, 23rd Floor
    New York, New York 10005-1875
    (212) 269-4900
    Counsel for Continental Casualty Company