## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 8th day of May, 2009, that a copy of the foregoing Notice of *Further Response And Objection of Continental Casualty Company To Motion Of Kaneb Pipe Line Operating Partnership, L.P. And Support Terminal Services, Inc., For An Order Modifying The Automatic Stay (Filed Under Seal)* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties.

I, Edward B. Rosenthal, also hereby certify that on this 8th day of May, 2009, that a copy of the foregoing Notice of *Further Response And Objection of Continental Casualty Company To Motion Of Kaneb Pipe Line Operating Partnership, L.P. And Support Terminal Services, Inc., For An Order Modifying The Automatic Stay (Filed Under Seal)* **and** documents to be served by first class, prepaid postage mail to the individuals on the attached service list.

_____
Edward B. Rosenthal (Bar No. 3131)

Kathleen M. Miller
Etta R. Wolfe
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19801

David M. Bernick, PC
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Warren T. Pratt
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

David Klauder
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Theodore L. Freeman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

Janet S. Baer
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602

Michael F. Brown
Jeffrey M. Boerger
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996