IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-1139 (JKF) Jointly Administered |
| Debtors. | ) ) ) |  |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

      David T. Austern, after being duly sworn according to law, deposes and says:

      1.    I am the Asbestos PI Future Claimants' Representative appointed by the Court in these cases.

      2.    I personally performed the work as set forth in the attached Exhibit A.

      3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                          */S/ DAVID T. AUSTERN*
                                          DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 5 DAY OF MAY, 2009

*/S/ AUDREY BRIDGES*
Notary Public

My commission expires: 7/29/2012