**David Austern, Asbestos PI Futures Representative for W.R. Grace**
**Billing Statement for February 2009**

| Date | Services | Hours |
|---|---|---|
| 2/11 | Review of financial adviser report re Grace EBITDA | .5 |
| 2/19 | Review of Interrogatories Response and Verification | .8 |
| 2/20 | Review of Lilly Interrgatories and Telephone conference with D. Felder re same | 1.4 |

**Total Hours:** 2.7

**Total Fees ($500.00 per hour)** **$1,350.00**

**Expenses:**   There are no expenses.