IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Objection Date: May 28, 2009 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**NOTICE OF FILING OF THIRTY-EIGHTH MONTHLY INTERIM
APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Unsecured Creditors;
(5) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(6) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(7) Counsel to the Official Committee of Equity Holders; and
(8) Counsel to the Debtors-in-Possession Lender; and (9) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR"), has filed and served its Thirty-Eighth Monthly Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period March 1, 2009 through March 31, 2009 seeking payment of fees in the amount of $40,000.00 (80% of $50,000.00) and no expenses (the "Application") for a total of $40,000.00.

This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and

Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **May 28, 2009 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) Jason Solganick, Vice President, Piper Jaffray & Co., 150 East 42nd Street, New York, NY 10017; (ii) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe, Columbia Center, 1152 15th Street, Washington, DC 20005; (iii) co-counsel to the FCR, John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iv) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl & Jones LLP, 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the

Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (x) the Office of the United States Trustee, ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201.

    Any questions regarding this Notice or attachments may be directed to undersigned counsel.

|  |  |
|---|---|
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Dated: May 8, 2009 | By:*/S/ RICHARD H. WYRON* |
|  |   Roger Frankel, admitted *pro hac vice* |
|  |   Richard H. Wyron, admitted *pro hac vice* |
|  |   Debra L. Felder, admitted *pro hac vice* |
|  |   1152 15th Street, NW |
|  |   Washington, DC  20005 |
|  |   (202) 339-8400 |
|  | —and— |
|  |  PHILLIPS, GOLDMAN & SPENCE, P.A. |
|  |  John C. Phillips, Jr. (#110) |
|  |  1200 North Broom Street |
|  |  Wilmington, DE 19806 |
|  |  (302) 655-4200 |
|  |  *Co-Counsel to David T. Austern,* |
|  |  *Asbestos PI Future Claimants' Representative* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: May 28, 2009 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**THIRTY-EIGHTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**MARCH 1, 2009 THROUGH MARCH 31, 2009**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | March 1, 2009 – March 31, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a    _x_ monthly         __ interim         ___ final application

# COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

## MARCH 1-31, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 110.0 | NA |
| Case Administration Related | 5.0 | NA |
| Financial Analysis Related | 82.5 | NA |
| Hearings | 3.0 | NA |
| **TOTAL** | **200.5** | **NA** |

# EXPENSE SUMMARY (Exhibit B, Expense Detail)

Out-of-Pocket Expenses *(March 1, 2009 – March 31, 2009):*

**TOTAL Out-of-Pocket Expenses:**                             $0.00

 

Respectfully submitted,

PIPER JAFFRAY & CO.

By: */S/ JASON SOLGANICK*
    Jason Solganick
    150 East 42nd St.
    New York, New York 10017
    (212) 284-9586
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: April 27, 2009

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**March-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Pei Huang | 3/1/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/2/2009 | 5.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/2/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/2/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/2/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/2/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/2/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/3/2009 | 3.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/3/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/4/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/3/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/3/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/4/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/4/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/4/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/4/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/4/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/4/2009 | 5.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/5/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/5/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/5/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/6/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/5/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/5/2009 | 0.5 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/5/2009 | 4.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/6/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/6/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/6/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/9/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/9/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/9/2009 | 3.0 | Hearing | Telephonic court hearing |
| Pei Huang | 3/9/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/10/2009 | 1.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/10/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/10/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/11/2009 | 4.5 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/11/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/11/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/12/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 3/12/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/12/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/13/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/13/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/13/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/13/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/13/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Pei Huang | 3/14/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/15/2009 | 3.5 | Business Operations | Preparation of presentation for client |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**March-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 3/15/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/15/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/16/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/16/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/16/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/16/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/16/2009 | 6.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/17/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/17/2009 | 4.0 | Financial Analysis | Preparation of analysis of expert report |
| Desiree Davis | 3/17/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/17/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/17/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/17/2009 | 2.0 | Financial Analysis | Review of expert report |
| Pei Huang | 3/17/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/17/2009 | 3.0 | Financial Analysis | Preparation of analysis of expert report |
| Desiree Davis | 3/18/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/18/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/19/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/19/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/19/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/19/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/20/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/20/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/20/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/23/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/23/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/23/2009 | 2.0 | Business Operations | Review of LTIP / CEO motions |
| Jason Solganick | 3/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/23/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/23/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/24/2009 | 3.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/24/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/24/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/24/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/24/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/25/2009 | 3.0 | Business Operations | Grace financial update at Blackstone's offices |
| Jason Solganick | 3/25/2009 | 3.0 | Business Operations | Grace financial update at Blackstone's offices |
| Jason Solganick | 3/25/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/25/2009 | 5.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/26/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/26/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/26/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/27/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/27/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/27/2009 | 1.5 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/27/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/27/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/30/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/30/2009 | 1.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/30/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/30/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/30/2009 | 0.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/31/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/31/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/31/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/31/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/31/2009 | 0.5 | Business Operations | Preparation of presentation for client |

# EXHIBIT B

**W.R. Grace**
**Detail of expenses (March 1, 2009 – March 31, 2009)**

**TOTAL EXPENSES:**                                                                 **$0.00**

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Jason Solganick being duly sworn, deposes and says:

1. I am a Principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. During the period of March 1, 2009 through March 31, 2009, no agreement or understanding in any form or guise existed between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Thirty-Eighth Monthly Interim Application of Piper Jaffray & Co. for the time period March 1, 2009 through March 31, 2009 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

*/S/ JASON SOLGANICK*
Jason Solganick

Sworn to and subscribed before me
this 27TH day of APRIL 2009

*/S/ CORI A. LARUFFA*
Notary Public

My commission expires: 7/24/2010

2

## **CERTIFICATE OF SERVICE**

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on May 8, 2009, I caused the *Notice, Thirty-Eighth Monthly Interim Application of Piper Jaffray & Co., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation and Reimbursement of Expenses for the Period March 1, 2009 through March 31, 2009, Affidavit and Exhibit A* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

      */S/ DEBRA O. FULLEM*
      Debra O. Fullem
      Orrick, Herrington, & Sutcliffe LLP

**SERVICE LIST**

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Federal Express*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com and bruhlander@whsmith.com*
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1250
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: dboll@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
Deanna Boll, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP