# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**March-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Pei Huang | 3/1/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/2/2009 | 5.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/2/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/2/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/2/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/2/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/2/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/3/2009 | 3.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/3/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/4/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/3/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/3/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/4/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/4/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/4/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/4/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/4/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/4/2009 | 5.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/5/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/5/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/5/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/6/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/5/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/5/2009 | 0.5 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/5/2009 | 4.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/6/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/6/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/6/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/9/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/9/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/9/2009 | 3.0 | Hearing | Telephonic court hearing |
| Pei Huang | 3/9/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/10/2009 | 1.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/10/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/10/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/11/2009 | 4.5 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/11/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/11/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/12/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 3/12/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/12/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/13/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/13/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/13/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/13/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/13/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Pei Huang | 3/14/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/15/2009 | 3.5 | Business Operations | Preparation of presentation for client |

Case 01-01139-AMC   Doc 21585-5   Filed 05/08/09   Page 2 of 2

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**March-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 3/15/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/15/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/16/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/16/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/16/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/16/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/16/2009 | 6.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/17/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/17/2009 | 4.0 | Financial Analysis | Preparation of analysis of expert report |
| Desiree Davis | 3/17/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/17/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/17/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/17/2009 | 2.0 | Financial Analysis | Review of expert report |
| Pei Huang | 3/17/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/17/2009 | 3.0 | Financial Analysis | Preparation of analysis of expert report |
| Desiree Davis | 3/18/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/18/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/19/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/19/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/19/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/19/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/20/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/20/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/20/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/23/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/23/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/23/2009 | 2.0 | Business Operations | Review of LTIP / CEO motions |
| Jason Solganick | 3/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/23/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/23/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/24/2009 | 3.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/24/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/24/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/24/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/24/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/25/2009 | 3.0 | Business Operations | Grace financial update at Blackstone's offices |
| Jason Solganick | 3/25/2009 | 3.0 | Business Operations | Grace financial update at Blackstone's offices |
| Jason Solganick | 3/25/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/25/2009 | 5.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/26/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/26/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/26/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/27/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/27/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/27/2009 | 1.5 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/27/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/27/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/30/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/30/2009 | 1.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/30/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/30/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/30/2009 | 0.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/31/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/31/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/31/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/31/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/31/2009 | 0.5 | Business Operations | Preparation of presentation for client |