**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., <u>et al.</u> | ) Case No. 01-1139 (JKF) |
|  | ) Jointly Administered |
|  | ) |
| **Debtor.** | ) Objection Date: May 28, 2009 at 4:00pm |
|  | ) Hearing: Scheduled if Necessary (Negative Notice) |

**THIRTEENTH MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC,
FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD
<u>MARCH 1, 2009 THROUGH MARCH 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008, *nunc pro tunc* to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | March 1, 2009 – March 31, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $157.78 |

This is a    <u> x </u> monthly        __ interim        ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### March 1-31, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | 75.7 | NA |
| Hearings | | NA |
| **TOTAL** | **75.7** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $  85.41 |
| Express Mail | $  37.37 |
| Meals | $  35.00 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 157.78** |

Respectfully submitted,

TRE ANGELI LLC

By: */S/ JOSEPH J. RADECKI, JR.*
    Joseph J. Radecki, Jr.
    Connecticut Business Centers
    Six Landmark Square, Suite 415
    Stamford, CT 06901
    (203) 359-5646
    Financial Advisor to David T. Austern
    Asbestos PI Future Claimants' Representative

Dated: April 13, 2009

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.