# EXHIBIT A

**WR Grace**
**March 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review 10-K filing | 3.5 |
| | Review docket | 0.5 |
| Tue 3 | Review/analyze financial projections | 3.0 |
| | Comm w/OHS (RF) re exit financing | 0.4 |
| | Review docket | 0.9 |
| Wed 4 | Review liquidation materials | 2.1 |
| | Review docket | 0.2 |
| Thu 5 | Analyze 2008 fincl results | 4.2 |
| | Review docket | 0.6 |
| Fri 6 | Comp new projection | 2.6 |
| | Review amended exhibits | 2.1 |
| | Review docket | 0.6 |
| | Comm w/Blackstone (PZ) re corrections, repurchase | 0.3 |
| Mon 9 | Hearing | 1.5 |
| | FY08-09 financial analysis | 2.0 |
| | Comm w/OHS (RF)re debt repurchase | 0.4 |
| | Review docket | 0.2 |
| Tue 10 | Comm wOHS (RW) re call | 0.2 |
| | FY08-09 financial analysis | 1.5 |
| | Review docket | 1.1 |
| Wed 11 | Comm w/OHS (RF,RW) re debt repurchase | 1.0 |
| | Comm w/OHS (Dfe) re APU | 0.5 |
| | Research APU relationship/motion | 3.2 |
| | Draft Sec Supplemental Dec | 1.0 |
| | Review docket | 0.8 |
| Thu 12 | Comm w/OHS (Dfe) re Sec Supp Dec | 0.3 |
| | Comm w/Blackstone (PZ) re presentation | 0.3 |
| | Comm w/PJC re supplement | 0.3 |
| | FY08-09 financial analysis | 2.2 |
| | Review docket | 0.7 |
| Fri 13 | Review Blackstone presentation | 1.5 |
| | Comm w/PJC re presentation | 1.0 |
| | Review docket | 0.4 |
| Mon 16 | Call w/Grace re debt repurchase | 1.5 |
| | Review docket | 0.6 |
| Tue 17 | Review K&E comments of certs | 0.8 |
| | Review draft FCR presentation | 1.7 |
| | Comm w PJC re meeting FCR | 0.7 |
| | Review Mathis report | 1.3 |
| | Review docket | 0.9 |
| Wed 18 | Comm w/OHS re Mathis report | 0.5 |
| | Review docket | 0.8 |
| Thu 19 | Review and analyze Mathis report | 2.6 |
| | Review PJC analysis re warrants | 1.0 |
| | Review docket | 0.3 |
| Fri 20 | Comm w/OHS re quarterly fee app | 0.3 |
| | Review docket | 0.9 |
| Mon 23 | Review Seale & Co app | 0.6 |
| | Comm w/PJC re presentation | 1.2 |
| | Comm w/OHS re fee apps | 0.2 |
| | Review docket | 1.0 |
| Tue 24 | Review docket | 0.3 |
| | Comm w/PJC re financial pre-meet, 10-K | 1.2 |
| Wed 25 | Pre-meet with PJC | 0.8 |
| | Travel | 3.0 |
| | Meeting with Grace financial officers, presentation | 1.7 |
| | Review docket | 0.5 |
| Thu 26 | Review docket | 0.5 |
| | Review draft FCR presentation | 2.5 |
| Fri 27 | Review docket | 0.6 |
| | Draft debt analysis for FCR | 2.9 |
| | Comm w/PJC re presentation | 0.7 |
| Mon 30 | Review docket | 0.6 |
| | Review draft FCR presentation | 2.0 |
| Tue 31 | Review docket | 0.4 |
| | TOTAL TIME (HRS) | 75.7 |