# EXHIBIT B

**W.R. Grace**
**Detail of expenses (March 1, 2009 – March 31, 2009)**

| | | |
|---|---|---|
| Communication | | |
| Telephone | $ 85.41 | |
| Express Mail | $ 37.37 | |
| **Total Communication:** | | **$ 122.78** |
| | | |
| Meals | $ 35.00 | |
| **Total Meals:** | | **$ 35.00** |

**TOTAL EXPENSES:** $ 157.78