**EXHIBIT A**

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Mar-09** |
| Jeff Kimble | 3/18/2009 | 1.00 | $425 | $425.00 | Review of Peterson Expert Report |
| Jeff Kimble | 3/26/2009 | 1.50 | $425 | $637.50 | Review of Peterson Expert Report |
| | | 2.50 | | $1,062.50 | |
| | | 2.50 | | $1,062.50 | |