# **<u>EXHIBIT 4</u>**

{D0091341.1 }

Laura S. Welch, MD, FACP, FACOEM
December 2008

**Qualifications:** I am a physician with board certification in both Occupational and Environmental Medicine and Internal Medicine. I received my medical degree from the State University of New York at Stony Brook, and have held faculty positions at the Schools of Medicine at Albert Einstein, Yale and George Washington Universities.

I have extensive experience in the diagnosis, epidemiology and treatment of asbestos-related diseases. I have been in occupational medicine practice for over 25 years, and a substantial part of my practice has always been devoted to examination of workers exposed to asbestos.

In addition, I have many years of experience in medical surveillance programs for asbestos. Since 1987 I have been the medical advisor to the Sheet Metal Occupational Health Institute Trust (SMOHIT), a joint labor-management organization within the sheet metal industry established to provide medical examinations for sheet metal workers exposed to asbestos and other respiratory hazards. To date, SMOHIT has provided medical examinations to over 20,000 sheet metal workers, and is now the largest epidemiological database of asbestos-exposed workers in the country. I also developed similar medical screening programs for the Laborers National Health and Safety Fund and other construction trades, in conjunction with the Occupational Health Foundation. I currently serve as medical director for a Department of Energy-funded medical screening program to provide medical examinations for former construction workers at a number of former atomic weapons production facilities. In each of these programs I have designed procedures for detection of asbestos-related disease, and designed algorithms for the examining physicians to use in interpretation of the results. I have been active in efforts to improve validity and reliability of x-ray reading to detect asbestos related disease in the United States; this work included publication of a paper on variability between readers' classification of x-rays using the International Labor Organization Guide to Classification of Pneumoconiosis, based on an analysis of results from these screening programs [1].

I am currently medical director at CPWR: The Center for Construction Research and Training, a research institute devoted to improving health and safety in the construction industry. Because of my expertise in medical programs for asbestos-exposed workers, I participated in a working group with representatives from labor, industry, and insurance companies to develop medical criteria for Senate Bill 1125 and later versions, a bill that proposed to establish a national trust fund for compensation of asbestos related disease in the United States. I testified before the Senate Judiciary committee on three occasions, speaking about the epidemiology and diagnosis of asbestos-related diseases, and the rationale for the medical criteria proposed for the fund

Attached as Exhibit 1 is a true and correct copy of my current curriculum vitae, which sets forth my education, training, professional affiliations, research activities and publications.

**Data considered**:  In reaching the opinions set forth in this report, I am relying upon my background, training, and experience; the literature cited below; and generally available medical knowledge about asbestos-related diseases.  I include by reference the opinions I have expressed in my expert reports and testimony in the WR Grace bankruptcy proceedings.

 In addition to the literature cited I have reviewed:

- Libby Claimants' Objection To Debtors' Disclosure Statement For Joint Plan of Reorganization And Approval Motion, filed 10/17/08
- Whitehouse AC, Black CB, Heppe MS, Ruckdeschel J, Levin SM. Environmental exposure to Libby asbestos and mesotheliomas. Am J Ind Med. 2008 Nov;51(11):877-80.
- Whitehouse AC. Asbestos-related pleural disease due to tremolite associated with progressive loss of lung function: serial observations in 123 miners, family members, and residents of Libby, Montana. Am J Ind Med. 2004 Sep;46(3):219-25.
- Sullivan PA.  Vermiculite, respiratory disease, and asbestos exposure in Libby, Montana: update of a cohort mortality study.  Environ Health Perspect. 2007 Apr;115(4):579-85
- Expert reports of Alan Whitehouse MD dated September 25, 2006, May 8, 2007 and July 23, 2007 in this matter; and expert report of Arthur Frank MD dated September 26, 2006 in this matter, with accompanying exhibits and subsequent rebuttal reports
- Expert reports of William Longo PhD dated September 15, 2006 and July 24, 2007

**Compensation:** My fee schedule is attached as exhibit 2.

**Prior testimony:** A listing of all cases within the past four years in which I have testified as an expert at trial or at deposition is attached as exhibit 3.

THE LEGACY OF ASBESTOS

Decades of uncontrolled use of asbestos, even after its hazards were known, have resulted in an occupational disease crisis both in the United States and throughout the world of monumental scope. In 1982, William Nicholson at the Mt. Sinai School of Medicine published a detailed projection of expected cases of cancers due to asbestos exposure from 1967 to 2030 [2]. He estimated that in this country, from 1940 to 1979, 27.5 million workers were occupationally exposed to asbestos in shipyards, manufacturing operations, construction work and a wide range of other industries and occupations; 18.8 million of these had high levels of exposure. As a result hundreds of thousands of workers and their family members suffered from or died of asbestos-related cancers and lung disease, and more than a million more cases of malignant and non-malignant disease are expected. Because of the long lag between exposure to asbestos and the development of an asbestos related cancer or another asbestos disease, the asbestos disease epidemic reached a peak only recently in the US, and will be with us for decades to come.

Groups known to be at highest risk at the time of the Nicholson report were insulators, shipyard workers (many who worked during World War II) and workers engaged in the manufacture of asbestos products [3-6]. Other high-risk industries and occupations included other construction trades, railroad engine repair, utility services, stationary engineers, chemical plant and refinery maintenance, automobile maintenance and marine engine room personnel.

Many of these workers were in the group sometimes referred to as the "first wave" of asbestos exposed workers – those directly involved in the manufacture or installation of asbestos insulation or products before there were any control measures or standards in place [7]. Exposures for some of these workers regularly exceeded 20 – 40 fibers/cubic centimeter (f/cc), levels that are 200 – 400 times the current OSHA standard of 0.1 f/cc, with exposures of several months resulting in an increased risk of mesothelioma and lung cancer. The 1982 Nicholson analysis projected that the occupational exposures that occurred between 1940 and 1979 would result in 8,200 – 9,700 asbestos related cancer deaths annually, peaking in 2000 and then declining but remaining substantial for another 3 decades. Overall, the Nicholson study projected that nearly 500,000 workers would die from asbestos related cancers between 1967 and 2030.

It is important to point out that these projections did not include illness or death from non-malignant asbestos diseases, which have or will affect an even greater number of workers. Nor do these projections reflect the full risk of disease among populations who were exposed in the 1950s and 1960s but didn't have sufficient latency for asbestos related diseases to be manifested at the time the Nicholson study was conducted. This includes many of the building trades and construction workers who not only installed asbestos products, but also were exposed during removal, demolition, and renovation; this group is often referred to as the "second wave" of asbestos exposed workers. Similarly, the Nicholson study did not address the risk of exposures that occurred after 1979. While, OSHA and EPA regulations reduced asbestos exposures in the 1970's, strict regulation of asbestos did not occur until 1986. Even today, some workers, particularly those in the construction industry, may be exposed to levels of asbestos that place them at increased risk of disease if work is performed without appropriate controls.

Due to the long delay between exposure to asbestos and the onset of most asbestos related diseases ( this latency can be over 40 years), many of the cases of disease today are occurring among workers who were first exposed in the 1940s, 1950s and 1960s, before asbestos was regulated and controlled.

Nicholson's work provides an excellent foundation for estimating the future cases of asbestos disease, and has been utilized in many of the models to develop future asbestos disease claims projections, including claims projections made by consultants to the Manville Trust. His estimates of mesothelioma and the of time course of the disease curve have been shown to be generally accurate when actual mesothelioma incidence and mortality  is compared to his projections developed decades ago [8].   See also www.seer.cancer.gov.

It is important to recognize however that there is a good deal of uncertainty associated with these projections, reflected in the wide range of future disease projected by the Manville Trust and others.  There are a number of factors responsible for this uncertainty.  As noted above, the Nicholson study and model projected cancer mortality related to asbestos.  There have been no similar studies or estimates made for the non-malignant asbestos related diseases, such as asbestosis.  All of the estimates in the projections for future disease and future claims for non-malignant disease have been based upon ratios of non-malignant disease to lung cancer cases or claims, not independent estimates of non-malignant disease.  Epidemiological evidence shows that hundreds of thousands of workers have developed and will develop non-malignant disease.  While we know that certain groups of workers are at increased risk, and that the risk of disease will decrease as a result of reduced exposures, the extent and magnitude of non-malignant asbestos disease is not as well defined as the malignant diseases.

The most recently available Federal report from the National Institute for Occupational Safety and Health (NIOSH) shows that non-malignant lung disease from asbestos is still causing a significant number of deaths in this country [8].  Exhibit 4 is taken from this report, and shows an increase in the number of deaths due to asbestosis from 1968 to 2004.  Although some of the increase in deaths from asbestosis is likely due to increasing recognition of asbestos as a cause of serious lung disease and therefore lung disease deaths, the number of deaths in 2004 is a significant finding in its own right.

There are several medical diseases that occur as a result of asbestos exposure. The ones of greatest concern and importance are mesothelioma, lung cancer, asbestosis, and pleural plaques and thickening. For many workers, these diseases are disabling or fatal. Below I describe the important characteristics of each medical definition in the Grace Trust Distribution Procedures (TDP) and explain why it is my opinion that the criteria for compensation for each specific medical condition are medically reasonable.

**Exposure requirements:**

**Latency:** Every category requires a minimum of 10 years since first exposure to asbestos, as described in section 5.7(a)(1) of the TDP. It is my opinion that this is medically reasonable. The time between first exposure and onset of disease is called latency; the latency for both non-malignant and malignant asbestos-related diseases is generally considered to be more than 10 years, but can be much longer. In the Selikoff studies of insulators, many cases had a latency for mesothelioma and lung cancer longer than 40 years [6;9;10]. Latency has been increasing since Selikoff's studies; in Scandinavia mean latency for a case series of mesothelioma was 45 years [11] and Miller reported in 2005 that the latency for mesothelioma from household exposure was over 40 years for the majority of cases. Relatively lower exposures have longer latency; among workers in a British naval yard the latency for mesothelioma among the heavily exposed groups was 42 years, versus 49.5 for the less heavily exposed [12]. In Miller's study the latency for some cases was over 70 years [13]; there is no upper bound on the latency of mesothelioma [14].

**Exposure:** In addition to the 10 year minimum latency, to meet the presumptive exposure requirements of expedited review set forth in the TDP the claimant must show:
  (i)      for all disease levels, Grace exposure as defined in Section 5.7(b)(3)
  (ii)     for asbestosis/pleural disease Level II, 6 months Grace exposure plus, for certain types of Grace exposure, five years cumulative occupational asbestos exposure; and
  (iii)    for asbestosis/pleural disease (disease level III), severe asbestosis (disease Level IV-A), severe disabling pleural disease (disease level IV-B), other cancer (disease level V) or lung cancer 1 (disease level VII), the claimant must show 6 months Grace exposure plus, for certain types of Grace exposure, significant occupational exposure to asbestos.
  (If the claimant cannot meet these relevant presumptive exposure requirements, the claimant may seek individual review as described in the TDP).

**Grace exposure:** For all disease levels the claimant must demonstrate Grace exposure (as defined in Section 5.7(b)(3)):
  (i) meaningful and credible exposure, which occurred prior to December 31, 1982, to
        (a) any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by Grace (or any past or present Grace affiliate, or any of the predecessors of Grace or any of their past or present affiliates, or any other entity for whose products or operations Grace allegedly has liability or is otherwise liable) *or*
        (b) asbestos-containing winchite asbestos or asbestos-containing vermiculite mined, milled or processed by Grace (or any past or present Grace affiliate, or any of the predecessors of Grace or any of their past or present affiliates, or any other

entity for whose products or operations Grace allegedly has liability or is otherwise liable) *or*

(ii) meaningful and credible exposure which occurred prior to the effective date [of the Plan] to

(a) asbestos, asbestos-containing winchite asbestos or unexpanded asbestos-containing vermiculite ore in Lincoln County, Montana *or*

(b) asbestos, asbestos-containing winchite asbestos or asbestos-containing vermiculite ore from Lincoln County, Montana during transport or use prior to the completion of a finished product at an expansion plant ("Grace Exposure").

These criteria require evidence that exposure to ore from the vermiculite mine in Libby MT or an asbestos-containing product manufactured by Grace was meaningful and credible. In my view such exposure can constitute a substantial contributing cause of the asbestos-related diseases defined in levels I-VIII. It is my opinion that these exposure criteria in the TDP are medically reasonable.

**Significant occupational exposure:** For disease levels III-VII the claimant must show 6 months Grace exposure plus, for certain types of Grace exposure, "significant occupational exposure" to asbestos. Significant occupational exposure means employment for a cumulative period of at least five (5) years with a minimum of 2 years prior to December 31, 1982, in an industry and an occupation in which the claimant:

(a) handled raw asbestos fibers on a regular basis;

(b) fabricated asbestos-containing products so that the claimant in the fabrication process was exposed on a regular basis to raw asbestos fibers;

(c) altered, repaired or otherwise worked with an asbestos-containing product such that the claimant was exposed on a regular basis to asbestos fibers; or

(d) was employed in an industry and occupation such that the claimant worked on a regular basis in close proximity to workers engaged in the activities described in (a), (b) and/or (c).

Overall it is my opinion that the requirement for significant occupational exposure is medically reasonable.

In 1997 a meeting of experts was convened in Helsinki to agree upon criteria both for the diagnosis of disorders of the lung and pleura associated with asbestos and attribution to asbestos exposure; the consensus document is referred to as the Helsinki criteria [15]. These criteria conclude that 1 year of heavy exposure (e.g., manufacturing of asbestos products, asbestos spraying, insulation work with asbestos materials, demolition of old buildings), or 5-10 years of moderate exposure (e.g., construction shipbuilding) may increase the risk of lung cancer 2 fold or more. This report concluded that the exposures described were estimated to represent a cumulative exposure of 25 fiber-years, and that clinical cases of asbestosis occur at similar cumulative exposure levels. The requirements for significant occupational exposure set forth in the TDP establish a level of exposure similar to, or higher than, those described by the Helsinki criteria for a doubling of lung cancer risk or sufficient to cause clinical asbestosis. Overall it is my opinion that these exposure criteria are medically reasonable.

Workers who handled raw asbestos fibers, manufactured asbestos products, or were asbestos insulators are required to have 5 years of occupational exposure under the TDP while the Helsinki consensus says 1 year of exposure could be sufficient to cause asbestosis or lung cancer; in my opinion the significant occupational exposure requirements may be too stringent for these groups of workers, and they should take advantage of the individual review provision. It should be noted that there are likely to be a relatively small number of workers who handled raw asbestos fibers, manufactured asbestos products, or were asbestos insulators among all the workers exposed to Grace products.

**Mesothelioma (Level VIII) requires (1) Diagnosis of mesothelioma; and (2) Grace Exposure as defined in Section 5.7(b)(3)**

Mesothelioma is a rare cancer of the pleura, the lining of the lung, and the peritoneum, the lining of the abdomen, that occurs in persons exposed to asbestos [16]. Mesothelioma can result from a limited exposure to asbestos, such as living with a worker exposed to asbestos at work [13;17]. All types of asbestos fibers cause mesothelioma [18-27]. There is no "safe" or threshold dose of asbestos; low dose asbestos exposures (<1 f/ml-yr) can cause mesothelioma, and epidemiology shows the risk of mesothelioma rises as asbestos dose increases. Any non-trivial asbestos exposure contributing to the cumulative dose can cause or contribute to the cause of mesothelioma [28-36].

The age of death from mesothelioma is increasing [8] In France the mean age for diagnosis was 70 between 1998 and 2002. Hodgson reports cases of mesothelioma in men over age 90. He also reported the highest death rates from mesothelioma were among men born around 1940; these men will not reach age 90 until 2030 [37].

Virtually all of mesotheliomas in this country are caused by past exposure to asbestos. Asbestos exposure causes mesothelioma not just among workers who handle asbestos and asbestos-containing products, but also among bystanders (workers who work in the vicinity of those using asbestos and asbestos-containing products), household members of asbestos-exposed workers, and communities near asbestos mines and manufacturing plants [13;31;33;38-46]. In my opinion the criteria set for mesothelioma are medically reasonable.

**Lung Cancer 1 (Level VII) requires (1) Diagnosis of a primary lung cancer plus evidence of an underlying bilateral asbestos-related nonmalignant disease, (2) six months Grace exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question**.

**Lung Cancer 2 (Level VI) requires (1) Diagnosis of a primary lung cancer; (2) Grace exposure, and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer in question. Lung Cancer 2 (Level VI) claims are claims that do not meet the more stringent medical and/or exposure requirements of Lung Cancer 1 (Level VII) claims. All claims in this disease level shall be individually evaluated.**

**Evidence of "Bilateral Asbestos-Related Nonmalignant Disease," for purposes of meeting the criteria for establishing Disease Levels I, II, III, V, and VII, means either**

    **(i)**      **a chest X-ray read by a qualified B reader of 1/0 or higher on the ILO scale or**

    **(ii)**     **(x) a chest X-ray read by a qualified B reader or other Qualified Physician, (y) a CT scan read by a Qualified Physician, or (z) pathology, in each case showing either bilateral interstitial fibrosis, bilateral pleural plaques, bilateral pleural thickening, or bilateral pleural calcification. (see TDP for additional details)**

All major types of lung cancer are caused by asbestos. Numerous studies and expert reviews show that there is a dose-response relationship between exposure to asbestos and the risk of lung cancer, with increasing exposure leading to increasing risk of disease [6;18;47-55]. Workers with asbestosis have a higher risk than other exposed workers, but the asbestosis may simply be a surrogate measure of exposure, for significant asbestos exposure is required to cause asbestosis. Asbestosis is not a necessary intermediary for development of asbestos related lung cancer [49;53;56].

It is medically reasonable to require the presence of an underlying bilateral asbestos-related non-malignant disease to meet the presumption of the TDP, but it is well recognized that a lung cancer can be attributed to asbestos in the absence of such disease. Workers with pleural plaque do not appear to be at higher risk for lung cancer than their co-workers with similar exposure who did not develop plaque. Pleural plaque is a convenient marker of prior exposure to asbestos, and so has frequently been used as a surrogate for significant occupational exposure in bankruptcy settlement agreements. In my opinion is it important that individual evaluation be available for lung cancers that occur in the absence of an underlying bilateral asbestos-related non-malignant disease. As describe above, the Helsinki Criteria [15] established an exposure level of 25 fiber-years, or the equivalent exposure using an occupational history, as a level of exposure that significantly increases the risk of lung cancer; underlying asbestos-related non-malignant disease is not required. Several European countries have established this or a similar level of exposure as the criterion to be used for compensation of a lung cancer in an asbestos exposed worker.

In my opinion the definition of a bilateral asbestos-related nonmalignant disease is medically reasonable. The TDP relies upon the reading by a B reader or other qualified physician. A B reader is someone who is certified by the National Institute for Occupational Safety and Health (NIOSH) as competent in the use of the International Labor Organization (ILO) classification. The ILO provides a system of grading chest x-rays for dust diseases of the lung (pneumoconiosis) that is accepted around the world. The most recent version is the 2000 Classification of the Radiographic Appearance of Pneumoconioses [57]. It provides a standard notation, so that if one reader calls a film a "1/1" another reader will know to what the first reader is referring. The TDP additionally allows use of a CT scan or pathology for diagnosis.

**Other Cancer (Level V) requires (1) Diagnosis of a primary colo-rectal, laryngeal, esophageal, pharyngeal, or stomach cancer, plus evidence of an underlying bilateral asbestos-related nonmalignant disease, (2) six months Grace Exposure, (3) for claimants whose Grace Exposure is not described in clause (ii) of the definition of Grace exposure,**

**significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the other cancer in question.**

In 2006 the Institute of Medicine was charted with reviewing the evidence on the relationship between asbestos exposure and cancers other than cancer of the lung [58]. Cancers previously identified as caused by asbestos included pharyngeal, laryngeal, esophageal, stomach, or colorectal cancer. The committee report summarizes the review, which included a broad array of evidence from observational and experimental research. Its review emphasized epidemiologic studies of cancer rates in cohorts of asbestos-exposed workers and of risk factors in sets of individuals with cancer at the selected sites in comparison to the general population. The observational evidence was systematically identified and evaluated for its consistency and strength of association. The committee also considered the biologic plausibility of causal associations of asbestos with cancers at the specified sites, recognizing that asbestos is an established cause of mesothelioma and lung cancer. The full committee reviewed the final integration of the evidence to assure uniformity of application of the causal criteria across the sites.

Of the five sites considered, the committee found the evidence to be *sufficient* to infer a causal relationship for laryngeal cancer; to be *suggestive* for pharyngeal, stomach, and colorectal cancers; and to be *inadequate* for esophageal cancer. It is my opinion that it is medically reasonable to include all these cancers in the TDP when the criteria require significant occupational exposure to asbestos and supporting medical documentation establishing asbestos exposure as a contributing factor in causing the cancer in question. Although the IOM concluded that the evidence was inadequate for esophageal cancer, the available data is limited. There was strong evidence of increased risk of esophageal cancer with any asbestos exposure among UK asbestos-factory workers [59] and North American insulation workers [4]; in my opinion these data make inclusion of esophageal cancer medically reasonable when the TDP requirements are met.

The evidence for causality for laryngeal cancer reviewed by the IOM committee included a substantial number of both worker cohorts and general-population case-control studies, an indication of greater risk among more highly exposed persons, and the finding of an association with exposure in studies that addressed potential confounding by tobacco-smoking and alcohol consumption. In considering biologic plausibility, the committee noted that the epithelium of the larynx is similar to the respiratory epithelium lining the conducting airways of the lung. Inhaled fibers pass through the larynx and may deposit there; although fiber deposition and persistence in the larynx have not been studied extensively, there are reports of fibers and asbestos bodies being recovered from laryngeal tissues.

The committee concluded that for pharyngeal, stomach, and colorectal cancers, the case-control information was less abundant than for laryngeal cancer. For stomach and colorectal cancers, there actually were a few more informative cohorts, but fewer than half as many cohorts provided data on pharyngeal cancer as had on laryngeal cancer. The occupational-cohort studies for colon cancer suggested fairly consistently, although not uniformly, that the risk of colorectal

cancer was higher in exposed people than in the general population but there was only limited indication of exposure-response relationships.

 The evidence was most sparse for cancer of the esophagus. There was a suggestion of an exposure-response relationship from the available cohort studies.  Only three case-control studies were identified, and investigation of potential confounding was limited.

I have reviewed the same data reviewed by the IOM and reviewed the IOM report; it is my opinion that the criteria set by the TDP for compensation of these other cancers are medically reasonable.   There is at least a potential causal relationship between asbestos exposure and these cancers, as discussed by the IOM.  The TDP then requires evidence of an underlying bilateral asbestos-related nonmalignant disease, occupational exposure to asbestos as specifically defined in the TDP, and supporting medical documentation establishing asbestos exposure as a contributing factor in causing the other cancer in question.  These criteria assure there has been asbestos exposure in the same range as the exposures seen in the cohort studies used to support the causal relationship.  This is a reasonable approach to the uncertainty surrounding causality in any specific case.

**Severe Asbestosis (Level IV-A) requires (1) Diagnosis of asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathological evidence of asbestos, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months Grace Exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question.**

The criteria used for this category of disease have been included in prior TDPs from other bankruptcies. Someone who meets these criteria has asbestosis with a high degree of certainty, since the requirement for an ILO classification of 2/1 (or asbestosis on pathology) ensures that significant fibrosis is present. The pulmonary function test criteria establish that impairment exists and that the impairment is predominately restrictive. As noted under Levels III, II, and I, individuals with asbestosis who do not meet these criteria will be included in other levels. It is my opinion that this approach is medically reasonable.

Asbestosis occurs when asbestos exposure causes scar formation in the substance of the lung itself. These scars can interfere with lung function, for they block the transport of oxygen from the air in the lungs into the blood vessels that travel through the lungs. Oxygen can only cross the membranes of the lung if they are thin; asbestosis causes them to thicken. Asbestosis also makes the lungs stiffer, which results in a decrease in lung volume and an increase in the energy needed for chest expansion. As a general rule the greater the exposure to asbestos the more likely the disease is to be present and the more severe the scarring; there is a dose-response relationship between exposure and disease. However, some people seem to form scars more readily than others, and so we see a range in the severity of disease after similar levels of exposure to asbestos.

The International Labor Organization provides a system of grading chest x-rays for dust diseases of the lung (pneumoconiosis) that is accepted around the world. The most recent version is the 2003 Classification of the Radiographic Appearance of Pneumoconioses[57]. It provides a standard notation, so that if one reader calls a film a "1/1" another reader will know to what the first reader is referring.

The classification uses a 12-point scale to define the degree, or severity, of increased lung markings. This scale runs from 0/- to 3/+; a "0" film is normal and a "3" film has the most severe scarring. Each reading on the scale is characterized by a number between 0 and 3, and a second number, separated from the first by "/". The first number, preceding the "/", is the final score assigned to that film by the reader. The second number, following the "/", is a qualifier. The numbers 0, 1, 2, and 3 are the main categories. An x-ray read as a category 1 film might be described as 1/0, 1/1, or 1/ 2. When the reader uses the descriptor "1/1", he is rating the film as a 1, and only considered it as a 1 film. If he uses "1/0", he is saying he rated the film as a "1", but considered calling it a "0" film before deciding it was category 1. Finally, when the reader uses "1/2", he is saying he is rating the film as a "1", but did consider calling it a "2" film. Any category "1" film is abnormal; therefore a 1/0 film in an asbestos-exposed worker is consistent with asbestosis.

Even though the ILO system was designed to standardize reading x-rays for asbestosis and other dust diseases of the lung, studies using the classification in asbestos exposed workers have found readers often disagree about classification of the same x-rays [1;60;61].  Using the classification is somewhat of an art. The "best" readers agree 80% of the time with each other; 20% of the time they assign a different score to the same x-ray. If the scarring is extensive, a difference of one grade on the scale is not important.  But if the x-ray shows less extensive scarring, a difference of one grade can be the difference between making diagnosis of asbestosis or deciding asbestosis is not present.   The TDP requires an ILO classification of 2/1; with this severity of scarring variability between readers is unlikely to ever result in classification of that radiograph as normal.

*Brief Overview of Lung Function*

The lung's primary function is to transfer oxygen from the air into the blood stream, and transfer carbon dioxide from the blood stream into the air.  To accomplish this, the lung must deliver oxygen to air sacs deep in the lung (alveoli).  The alveoli are located into close proximity to small blood vessels (capillaries) so that the gases can cross from lung to blood and vice versa by diffusion across a very thin membrane.  Any process that thickens the membrane between the alveolus and the capillary will reduce oxygen transfer into the blood stream.

The chest around the lungs acts like a bellows.  When the chest expands, the lungs are stretched; pressure inside the chest drops relative to the atmosphere outside the chest, and air is pulled in through the nose and mouth into the lungs.  When the chest relaxes the lung springs back to its resting shape, expelling air out of the lungs. Any disease process in the lung that makes the lung stiffer will decrease chest expansion and so limit how much air can be inhaled with each breath, as well as increase the energy needed to breathe.  Scarring of the lining of the lung in any way that interferes with chest wall motion will have the same effect.

The lung has mechanisms to defend against foreign substances, from bacteria to asbestos.  Those defense mechanisms are an integral part of the disease process after asbestos exposure.  Inhaled air is delivered to the alveoli along a duct system of bronchi, and the bronchial tubes are lined with mucus to trap particles before those particles penetrate into the lung.  If foreign substances do reach the alveoli, scavenger cells called macrophages attach them.  Macrophages engulf asbestos fibers and try to destroy them.  In many cases, the fiber survives, the macrophage dies, and oxygen radicals and inflammatory substances are released into the lung.  The end result is scar formation in the lung from the release of substances that promote activity of fibroblasts, the cells that lay down scar after injury.

The lung also gets rid of foreign substances through the lymphatic drainage system.  Asbestos fibers are carried through the lymph system to the pleural space, and can become trapped there.  Once located in the pleura space, these fibers can induce scar formation.

*Pulmonary function testing*

**Spirometry** measures lung volume and air flow with equipment that is readily available in many physicians' offices. Spirometry is reliable and reproducible when performed according to the

specifications set by the American Thoracic Society and the European Respiratory Society (ATS/ERS) [62].  The primary measures produced by spirometry are the forced vital capacity (FVC), the forced expiratory volume in one second (FEV1) and the ratio of the two (FEV1/FVC).  FVC is a measure of lung volume.  The FEV1/FVC ratio measures how quickly that lung volume is expelled from the lung, and so measures airflow.  A reduction in FVC with a normal FEV1/FVC ratio is due to loss of lung volume, while a reduction in FEV1 with a reduced FEV1/FVC is likely due to air flow obstruction.

**Total lung capacity** (TLC) is a more extensive test than spirometry; it also measures lung function.  Determination of lung volumes can be done by the gas dilution method or by body plethysmography; both are standard measures and also are reliable and reproducible [63].  The advantage of measuring lung volume with the TLC is this method is less dependent on the effort of the patient, and TLC measures different compartments of lung volume.  The disadvantage to using TLC as part of the testing required for a compensation trust is that determination of TLC is considerably more expensive, and less available, than spirometry.

**Single breath diffusing capacity (DLCO)** is the test most commonly used to measure the capacity of the lung to exchange oxygen and other gases across the alveolar-capillary membrane.  While spirometry and total lung capacity measure lung volume and air flow, DLCO measures a different component of lung function.  DLCO is determined by many structural and functional properties, including lung volume, the thickness and area of the alveolar capillary membrane, the volume of blood in capillaries supplying ventilated alveoli, absolute levels and distribution of both ventilation and perfusion, the concentration and binding properties of hemoglobin in the alveolar capillaries, and the gas tensions in blood entering the alveolar capillaries [64].  The ATS/ERS also sets standards for diffusion capacity, which ensure uniformity and reproducibility among laboratories [64].

DLCO is not included in the TDP medical criteria for severe asbestosis.   It is the case that DLCO is a routine part of the clinical evaluation of asbestosis and other interstitial lung diseases, and DLCO is recommended by the American Thoracic Society as part of the evaluation of asbestosis [65].  DLCO is also decreased in emphysema, and therefore a reduction in DLCO is less specific for interstitial lung disease than is a reduction in lung volumes [65-67].  A reduced DLCO with a normal TLC and normal FVC could be due to emphysema or some other interstitial lung disease and not asbestosis.

DLCO has higher test-to-test variation than either TLC or spirometry.  The ATS/ERS document on standardization of diffusion capacity reported that in a large university-based laboratory study the coefficient of variation in repeated measurements of spirometry was 3.1% in normal subjects and 4-4.4% in subjects with abnormal spirometry.  In contrast, the inter-session variation for DLCO was up to 9% in normal individuals over a 1 year period [64].  The ATS/ERS requires for there should be at least two acceptable DLCO tests that meet the repeatability requirement of either being within 3 mL CO or within 10% of the highest value.  In contrast, the acceptable variability for spirometry is less than 150 ml, which in an average man is less than 3% of the highest value.  Variation from test to test in a single session is primarily due to technique rather than physiology [64].  With a 10% variation acceptable in a single session, and a 9% variation possible over a year's period, one might find as much as a 19% variation from one DLCO

determination to another on different days for a single individual, even with adherence to the ATS standards.

Because the DLCO test has high variability reference values for DLCO vary much more than reference values for other lung function testing.   The ATS/ERS document on interpretative strategies for lung function tests states: "Selecting reference values for DLCO is more problematic than selecting reference values for spirometry because inter-laboratory differences are much larger for DLCO.  Some of these differences can be attributed to the method of calculating DLCO and adjusting for hemoglobin concentration, carboxyhemoglobin concentration and altitude. Laboratory directors should thoughtfully select reference values that match the numbers produced in their laboratories. Optimally, it would require individual laboratories to measure DLCO in a sample of healthy subjects and compare the results with several reference equations. At the very least, laboratory directors should be alert to frequent interpretations that do not match the clinical situation. Such mismatches may signal inappropriate reference values or problems with the DLCO measurement. Predicted values for alveolar volume (VA) inspired volume (VI), DLCO and transfer coefficient of the lung for carbon monoxide (KCO) should be derived from the same source…a statement should be included describing which parameters might have been used to adjust the predicted values (e.g. VA, hemoglobin and carboxyhemoglobin concentrations, and altitude)." [68].   Because of the variability in the test within and between testing days, and because reference values also vary significantly, DLCO has not been considered a reliable enough test to use as a presumption for compensation in the TDP.

**FEV1/FVC ratio**: When the FVC is used to measure the presence and extent of restrictive impairment, the TDP requires that the FEV1/FVC ratio must be greater than 65%.  Setting the lower limit of the FEV1/FVC ratio at 65% will exclude claimants who have an obstructive defect from asthma, asbestosis or smoking.  If a claimant has several co-existing medical conditions such as asbestosis and COPD from smoking, an individual evaluation would be needed to determine if the asbestosis was a substantial contributing factor to the impairment.

**Severe Disabling Pleural Disease (Level IV-B) requires (1) Diagnosis of diffuse pleural thickening of at least extent "2" and at least width "a" as one component of a bilateral non-malignant asbestos related disease based on definitions as set forth in the 2000 revision of the ILO classification, plus (a) TLC less than 65%, or (b) FVC less than 65% and FEV1/FVC ratio greater than 65%, (2) six months Grace exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question.**

The pleura is a thin lining that surrounds the lung. There are two pleural layers, one on the chest wall and one on the lung, with a negative pressure relative to the atmosphere and a small amount of fluid between. The pleura allow the lung to expand easily inside the chest wall.

As noted above, asbestos fibers that are breathed into the lung are transported to the outside of the lung into the pleural space, and cause a scar to form in the pleural lining. When these scars reach a certain size they are visible on chest x ray. A majority of persons with heavy exposure to asbestos develop some kind of pleural scarring. Pleural scars are described as pleural plaques, pleural thickening, diffuse pleural thickening, pleural fibrosis, and pleural asbestosis. There is no universal agreement on the meaning of each of these terms. The 2000 revision to the ILO classification clarifies the definition of one type of scarring, diffuse pleural thickening as present "only in the presence of and in continuity with an obliterated costophrenic angle."

It is generally accepted that pleural inflammation from asbestos results in scarring on either the parietal (chest wall) pleural surface, or on the visceral (lung) pleural surface. The American Thoracic Society publication *Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos* [65] describes the difference between these two types of pleural scarring:

"***Plaques: circumscribed pleural thickening.*** Pleural plaques are indicators of exposure to asbestos. They are clearly the most common manifestation of the inhalation, retention, and biologic effect of asbestos.. ). Pleural plaques are bilateral, but not symmetric, lesions of the **parietal pleura**… The conventional chest film is a sensitive and appropriate imaging method for plaques, although it may identify abnormalities that resemble plaques but are not. In the PA radiograph, they are best seen in profile on the midlateral chest walls and on the diaphragm or face on, and show serrated borders… Slow progression of plaques is typical. Approximately 85% of heavily exposed workers showed pleural thickening (predominantly plaques) on plain film more than 40 years from first exposure, as did up to 17% of environmentally exposed populations… Although pleural plaques have long been considered inconsequential markers of asbestos exposure, studies of large cohorts have shown a significant reduction in lung function attributable to the plaques, averaging about 5% of FVC, even when interstitial fibrosis (asbestosis) is absent radiographically. Even so, most people with pleural plaques alone have well preserved lung function." ….

"***Diffuse pleural thickening.*** Diffuse thickening of the **visceral pleura** is not sharply demarcated and is often associated with fibrous strands ("crow's feet") extending into the

parenchyma. In large surveys of asbestos-exposed workers, diffuse pleural thickening has ranged from 9 to 22% of those with pleural disease… **This condition affects the visceral pleural surface** and is quite different in appearance from the parietal pleural plaque. Diffuse pleural thickening may have a significantly greater impact on pulmonary function than circumscribed plaques…Decrements associated with diffuse pleural thickening reflect pulmonary restriction as a result of adhesions of the parietal with the visceral pleura. Restrictive impairment is characteristic, with relative preservation of diffusing capacity."

As noted by the ATS document, it is generally accepted that visceral pleural thickening can cause entrapment of the lung and can lead to significant reduction in pulmonary function testing. The current edition of the ILO classification requires that blunting of the costophrenic angle be present in order to describe pleural scarring as diffuse pleural thickening; for many decades experts have suggested that blunting be required since it is particularly in cases with obliteration of the costophrenic angle that restrictive lung function occurs [69-71]. Parietal, or circumscribed, plaques are also associated with a reduction in lung volumes, although to a lesser extent than that seen with visceral thickening and blunting the costophrenic angle [72-74] . Generally the effect of circumscribed plaques on lung volume reported in the literature is a decrement in the range of 1.5-5% [75]. The loss of lung volume seen with parietal plaques could be due to parenchymal asbestosis not visible on chest radiograph as well, although several of the studies cited have found that pleural scarring predicts reduced lung function while controlling for parenchymal disease in the analysis.

The criteria for the TDP require width "a" and extent 2 for diffuse pleural thickening. Width "a" is the minimum width for reporting diffuse pleural thickening using the ILO Classification. The medical criteria must be based around the ILO Classification, since this classification has been used as a standard method for description of asbestos-related disease on chest radiograph for over 50 years. The definitions of *diffuse pleural thickening, extent* and *width* must come from the 2000 ILO Classification for Pneumoconiosis. The 2000 ILO classification restricts diffuse pleural thickening to cases where there is associated blunting of the costophrenic angle; this is a change from the prior versions of the ILO classification [57].

The dimensional criteria, and the use of the ILO classification, are included to assure that diffuse thickening is present, and not as a measure of severity. Severity is defined by pulmonary function testing.

The 2000 version of the ILO Classification requires the presence of blunting of the costophrenic angle in order to classify pleural scarring as diffuse pleural thickening. As noted above, for decades experts have included blunting of the costophrenic angle as part of the criteria for diagnosis of diffuse pleural thickening [76;77]. Blunting of the costophrenic angle was the radiographic finding predictive of restrictive lung disease in a study of over 1500 asbestos workers [77]. Ameille concluded that obliteration of costophrenic angle was more reliable than any other criteria to characterize DPT [78]. The most recent revision of the ILO classification is consistent with this medical literature.

DLCO is not included in the medical criteria for severe disabling pleural disease. It is the case that DLCO is a routine part of the clinical evaluation of asbestosis and other interstitial lung diseases, and is often reduced when any interstitial lung disease is present. DLCO is also decreased in emphysema. In addition, as noted in the ATS document *Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos* [65], restrictive impairment (reduction in lung volume) with relative preservation of diffusing capacity is characteristic of diffuse pleural thickening. A reduced DLCO in the setting of asbestos-related pleural disease would be more likely to be due to emphysema, asbestosis, or some other interstitial lung disease that was not visible on the chest radiograph than to asbestos-related pleural disease [67].

When the FVC is used to measure the presence and extent of restrictive impairment, the TDP requires that FEV1/FVC ratio must be greater than 65%. Setting the lower limit of the FEV1/FVC ratio at 65% will exclude claimants who have an obstructive defect from asthma, asbestosis or smoking. The criteria for severe disabling pleural disease are designed to compensate those who have a severe impact on lung function attributable to pleural disease, and not to compensate those who have pleural disease in combination with functional impairment caused by another medical condition. If a claimant has several co-existing medical conditions such as asbestos-related pleural disease and COPD from smoking, an individual evaluation would be needed to determine if the asbestos-related pleural disease was a substantial contributing factor to the impairment.

**Asbestosis/Pleural Disease (Level III) requires (1) diagnosis of bilateral asbestos-related nonmalignant disease, plus (a) TLC less than 80%, or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%, and (2) six months grace exposure, (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, significant occupational exposure to asbestos, and (4) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the pulmonary disease in question.**

This category will compensate individuals who have a non-malignant asbestos related disease on chest radiograph or CT scan in conjunction with restrictive lung disease. Individuals with asbestosis who do not meet the stricter radiographic criteria set under IV-A and IV-B fall into this category. In my opinion the criteria for this disease level are medically reasonable; people who meet these medical and exposure criteria in all likelihood have an asbestos-related non-malignant disease caused in whole or in part by exposure to Grace asbestos, even though they are not severely impaired by the disease.

**Asbestosis/Pleural Disease (Level II) requires (1) diagnosis of a bilateral asbestos-related nonmalignant disease, and (2) six months Grace exposure, and (3) for claimants whose Grace exposure is not described in clause (ii) of the definition of Grace exposure, five years cumulative occupational exposure to asbestos.**

This category will compensate individuals who have a non-malignant asbestos related disease on chest radiograph or CT scan, and not have characteristic restrictive lung disease. Individuals

with asbestosis who do not meet the stricter criteria set under IV-A, IV-B and III fall into this category.  In my opinion the criteria for this disease level are medically reasonable; people who meet these medical and exposure criteria in all likelihood have an asbestos-related non-malignant disease caused in whole or in part by exposure to Grace asbestos, even though they are not impaired by the disease. As described in the ATS document *Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos* [65] there is no requirement for lung function impairment to make a diagnosis of an asbestos-related non-malignant disease.

**Other Asbestos Disease (Level I) requires (1) diagnosis of a bilateral asbestos-related nonmalignant disease or an asbestos-related malignancy other than mesothelioma, and (2) Grace exposure.**

This category will compensate individuals who have a non-malignant asbestos related disease on chest radiograph or CT scan, and either do not have characteristic restrictive lung disease or do not have enough exposure to asbestos to be included under categories II or III.   In my opinion it is medically reasonable that this category be included, for there will be individuals with asbestosis or asbestos-related pleural disease who cannot meet the criteria set for Levels IV-A, IV-B and III.

**Exposure to asbestos-containing vermiculite ore from Lincoln County, Montana can and does occur outside of Libby MT, as can happen during transport of the ore or its use prior to the completion of a finished product at an expansion plant.  Disease among persons exposed to the asbestos in this ore has arisen and is likely to arise in the future.**

ATSDR Summarized information about exposure to asbestos-containing vermiculite from Libby, Montana, at 28 processing sites in the United States in a report published in October 2008 [79].  ATSDR identified these three groups of people who experienced significant exposure to asbestos (specifically Libby amphiboles) associated with facilities that exfoliated vermiculite: former employees, household contacts of former employees, and some community members, particularly children, who had frequent, direct contact with VC or waste rock from these facilities.  ATSDR concluded that these groups were exposed to asbestos in the past, when the facilities actively were exfoliating VC from Libby, and that they likely have increased risk for developing both carcinogenic and non-carcinogenic asbestos-related diseases.  Rohs and colleagues found that over 30% of workers at one such vermiculite expansion plant had non-malignant asbestos-related disease on chest x-ray [80]; disease from this occupational exposure had previously been described by Lockey [81].

In general I find the medical and exposure criteria of the TDP to be medically reasonable.

12/23/08

_____

Signature                          Date

Reference List

(1)   Welch LS, Hunting KL, Balmes J, Bresnitz EA, Guidotti TL, Lockey JE et al. Variability in the classification of radiographs using the 1980 International Labor Organization Classification for Pneumoconioses. Chest 1998; 114(6):1740-1748.

(2)   Nicholson WJ, Perkel G, Selikoff IJ. Occupational exposure to asbestos: population at risk and projected mortality -- 1980-2003. Am J Ind Med 1982; 3:259-311.

(3)   Selikoff IJ, Churg J, Hammond EC. ASBESTOS EXPOSURE AND NEOPLASIA. J Am Med Assoc 1964; 188:22-26.

(4)   Selikoff IJ, Seidman H. Asbestos-associated deaths among insulation workers in the United States and Canada, 1967-1987. Ann N Y Acad Sci 1991; 643:1-14.

(5)   Selikoff IJ, Hammond EC. Asbestos-associated disease in United States shipyards. CA-A Cancer Journal for Clinicians 1978; 28:87-99.

(6)   Seidman H, Selikoff IJ, Gelb SK. Mortality experience of amosite asbestos faculty workers: dose-response relationships of 5 to 40 years after onset of short-term work exposure. Am J Ind Med 1986; 10:479-514.

(7)   Landrigan P. The Third Wave of Asbestos Disease: Exposure to Asbestos in Place: Preface. Ann N Y Acad Sci 1991; 643:xv-xvi.

(8)   National Institute for Occupational Safety and Health. Work-Related Lung Disease (eWoRLD) Surveillance System; http://www2a.cdc.gov/drds/WorldReportData/ . 2008. DHHS (NIOSH) .

(9)   Selikoff IJ, Hammond EC, Seidman H. Mortality experience of insulation workers in the United States and Canada, 1943-1976. Ann NY Acad Sci 1978; 330:91-116.

(10)  Selikoff IJ, Seidman H. Asbestos-associated deaths among insulation workers in the United States and Canada, 1967-1987. Ann NY Acad Sci 1991; 643:1-14.

(11)  Langard S. Nordic experience: expected decline in the incidence of mesotheliomas resulting from ceased exposure? Med Lav 2005; 96(4):304-311.

(12)  Hilliard AK, Lovett JK, McGavin CR. The rise and fall in incidence of malignant
      mesothelioma from a British Naval Dockyard, 1979-1999. Occup Med (Lond) 2003;
      53(3):209-212.

(13)  Miller A. Mesothelioma in Household Members of Asbestos-Exposed Workers:  32
      United States cases since 1990. Am J Ind Med 2005; 47:458-462.

(14)  Hillerdal G. Mesothelioma: cases associated with non-occupational and low dose
      exposures. Occup Environ Med 1999; 56(8):505-513.

(15)  Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution. Scand
      J Work Environ Health 1997; 23(4):311-316.

(16)  Bang KM, Pinheiro GA, Wood JM, Syamlal G. Malignant mesothelioma mortality in the
      United States, 1999-2001. Int J Occup Environ Health 2006; 12(1):9-15.

(17)  Magnani C, Dalmasso P, Biggeri A, Ivaldi C, Mirabelli D, Terracini B. Increased Risk of
      Mesothelioma of the Pleura after Residential or Domestic Exposure to Asbestos:  A
      Case-Control Study in Casale Monferrato, Italy. Environ Health Perspect 2001; 109:915-
      919.

(18)  IARC. Asbestos: Monograph on the Evaluation of Carcinogenic Risk to Man. Lyon:
      International Agency for Research on Cancer, 1988.

(19)  Mirabelli D, Calisti R, Barone-Adesi F, Fornero E, Merletti F, Magnani C. Excess of
      mesotheliomas after exposure to chrysotile in Balangero, Italy. Occup Environ Med
      2008; 65(12):815-819.

(20)  World Health Organization. Environmental Health Criteria 53: Asbestos and Other
      Natural Mineral Fibres. Geneva: World Health Organization, 1986.

(21)  World Health Organization. Environmental Health Criteria 203: Chyrsotile Asbestos.
      Geneva: World Health Organization, 1998.

(22)  Li L, Sun TD, Zhang X, Lai RN, Li XY, Fan XJ et al. Cohort studies on cancer mortality
      among workers exposed only to chrysotile asbestos: a meta-analysis. Biomed Environ Sci
      2004; 17(4):459-468.

(23)  Yano E, Wang ZM, Wang XR, Wang MZ, Lan YJ. Cancer mortality among workers
      exposed to amphibole-free chrysotile asbestos. Am J Epidemiol 2001; 154(6):538-543.

(24)  Welch LS. Asbestos exposure causes mesothelioma, but not this asbestos exposure: an
      amicus brief to the Michigan Supreme Court. International journal of occupational and
      environmental health : official journal of the International Commission on Occupational
      Health 2007; 13(3).

(25)   Stayner LT, Dankovic DA, Lemen R. Occupational exposure to chrysotile asbestos and cancer risk: a review of the amphibole hypothesis. Am J Public Health 1996; 86:179-186.

(26)   Nicholson WJ. The Carcinogenicity of Chrysotile Asbestos- A Review. Industr Health 2001; 39(2001):57-64.

(27)   Camus M, Siemiatycki J, Meek B. Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer. N Engl J Med 1998; 338(22):1565-1571.

(28)   World Health Organization. Elimination of asbestos related diseases.  2006.

(29)    Letter to EPA Adminstrator from Science Advisotry Board Asbestos Committee regarding charge questions about the Office of Solid Waste and Emergency Response (OSWER) Proposed Approach for Estimation of Bin-Specific Cancer Potency Factors for Inhalation Exposure to Asbestos.: 2008.

(30)   Pan X, Day HW, Wang W, Beckett L, Schenker M. Residential Proximity to Naturally Occurring Asbestos and Mesothelioma Risk in California. Am J Respir Crit Care Med 2004; 172(2005):1019-1025.

(31)   Iwatsubo Y, Pairon JC, Boutin C, Menard O, Massin N, Caillaud D et al. Pleural mesothelioma: dose-response relation at low levels of asbestos exposure in a French population-based case-control study. Am J Epidemiol 1998; 148(2):133-142.

(32)   Lin RT, Takahashi K, Karjalainen A, Hoshuyama T, Wilson D, Kameda T et al. Ecological association between asbestos-related diseases and historical asbestos consumption: an international analysis. Lancet 2007; 369(9564):844-849.

(33)   Hillerdal G. Mesothelioma: cases associated with non-occupational and low dose exposures. Occup Environ Med 1999; 56(8):505-513.

(34)   Environmental Protection Agency. Airborne Asbestos Health Assessment Update. EPA/600/8-84/003F, 1-197. 1986. Springfield VA, NTIS.

(35)   Rodelsperger K, Jockel KH, Pohlabeln H, Romer W, Woitowitz HJ. Asbestos and man-made vitreous fibers as risk factors for diffuse malignant mesothelioma: results from a German hospital-based case-control study. Am J Ind Med 2001; 39(3):262-275.

(36)    Comments to EPA Science Advisory Board Asbestos Committee On Office of Solid Waste and Emergency Response (OSWER) Proposed Approach for Estimation of Bin-Specific Cancer Potency Factors for Inhalation Exposure to Asbestos. Washington DC: 2008.

(37)   Hodgson JT, McElvenny DM, Darnton AJ, Price MJ, Peto J. The expected burden of mesothelioma mortality in Great Britain from 2002 to 2050. Br J Cancer 2005; 92(3):587-593.

(38)  Ferrante D, Bertolotti M, Todesco A, Mirabelli D, Terracini B, Magnani C. Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy. Environ Health Perspect 2008; 115(10):1401-1405.

(39)  Bourdes V, Boffetta P, Pisani P. Environmental exposure to asbestos and risk of pleural mesothelioma: review and meta-analysis. Eur J Epidemiol 2000; 16(5):411-417.

(40)  Orenstein MR, Schenker MB. Environmental asbestos exposure and mesothelioma. Curr Opin Pulm Med 2000; 6(4):371-377.

(41)  Michaels D, Zoloth S. Asbestos disease in sheet metal workers: Proportional mortality update. Am J Ind Med 1988; 13:731-734.

(42)  Zoloth S, Michaels D. Asbestos disease in sheet metal workers: the results of proportional mortality analysis. Am J Ind Med 1985; 7:315-321.

(43)  Welch LS, Acherman YI, Haile E, Sokas RK, Sugarbaker PH. Asbestos and peritoneal mesothelioma among college-educated men. Int J Occup Environ Health 2005; 11(3):254-258.

(44)  Reid A, Berry G, de Klerk N, Hansen J, Heyworth J, Ambrosini G et al. Age and sex differences in malignant mesothelioma after residential exposure to blue asbestos (crocidolite). Chest 2007; 131(2):376-382.

(45)  Reid A, Heyworth J, de Klerk NH, Musk B. Cancer incidence among women and girls environmentally and occupationally exposed to blue asbestos at Wittenoom, Western Australia. Int J Cancer 2008; 122(10):2337-2344.

(46)  Rom WN, Hammar SP, Rusch V, Dodson R, Hoffman S. Malignant mesothelioma from neighborhood exposure to anthophyllite asbestos. Am J Ind Med 2001; 40(2):211-214.

(47)  Banks DE, Wang ML, Parker JE. Asbestos exposure, asbestosis, and lung cancer. Chest 1999; 115(2):320-322.

(48)  Hein MJ, Stayner LT, Lehman E, Dement JM. Follow-up study of chrysotile textile workers: cohort mortality and exposure-response. Occup and Environ Med 2007; 64(9):616-625.

(49)  Cullen M, Barnett MJ, Balmes JR, Cartmel B, Redlich CA, Brodkin C et al. Predictors of Lung Cancer among Asbestos-exposed Men in the Beta-Carotene and Retinol Efficacy Trial. Am J Epidemiol 2005; 161(3):260-270.

(50)  Dement JM, Brown DP. Lung cancer mortality among asbestos textile workers: a review and update. Ann Occup Hyg 1994; 38(4):525-32, 412.

(51)  Ehrlich R, Lilis R, Chan E, Nicholson WJ, Selikoff IJ. Long term radiological effects of short term exposure to amosite asbestos among factory workers. Brit J Ind Med 1992; 49:268-275.

(52)  Finkelstein MM. Mortality among employees of an Ontario asbestos-cement factory. Am Rev Respir Dis 1984; 129(5):754-761.

(53)  Finkelstein MM. Radiographic asbestosis is not a prerequisite for asbestos-associated lung cancer in Ontario asbestos-cement workers. Am J Ind Med 1997; 32(4):341-348.

(54)  Henderson DW, Rodelsperger K, Woitowitz HJ, Leigh J. After Helsinki: a multidisciplinary review of the relationship between asbestos exposure and lung cancer, with emphasis on studies published during 1997-2004. Pathology 2004; 36(6):517-550.

(55)  Occupational Safety and Health Administration. Occupational exposure to asbestos; final rule. Federal Register 1994; 59:40964-41162.

(56)  Reid A, de Klerk N, Ambrosini GL, Olsen N, Pang SC, Berry G et al. The effect of asbestosis on lung cancer risk beyond the dose related effect of asbestos alone. Occup Environ Med 2005; 62(12):885-889.

(57)  International Labour Office.  *Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses, Revised Edition 2000*. Geneva: International Labour Office, 2002.

(58)  Institute of Medicine. Asbestos: Selected Cancers. Washington DC: National Academies Press, 2006.

(59)  Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London 1933-80. Occup Environ Med 2000; 57(11):782-785.

(60)  Ducatman AM. B-readers and asbestos medical surveillance. J Occup Med 1988; 30:644-647.

(61)  Bourbeau J, Ernst P. Between- and within-reader variability in the assessment of pleural abnormality using the ILO 1980 classifiation of pneumoconiosis. Am J Ind Med 1988; 14:537-543.

(62)  Miller MR, Hankinson J, Brusasco V, Burgos F, Casaburi R, Coates A et al. Standardisation of spirometry. Eur Respir J 2005; 26(2):319-338.

(63)  Wanger J, Clausen JL, Coates A, Pedersen OF, Brusasco V, Burgos F et al. Standardisation of the measurement of lung volumes. Eur Respir J 2005; 26(3):511-522.

(64)  MacIntyre N, Crapo RO, Viegi G, Johnson DC, van der Grinten CP, Brusasco V et al. Standardisation of the single-breath determination of carbon monoxide uptake in the lung. Eur Respir J 2005; 26(4):720-735.

(65)  American Thoracic Society. Diagnosis and initial management of nonmalignant diseases related to asbestos. Am J Respir Crit Care Med 2004; 170(6):691-715.

(66)  Gold WM, . ***Pulmonary Function Testing***. In: Mason RJ, Murray JF, Broaddus VC, Nadel JA, editors. Textbook Of Respiratory Medicine. Philadelphia: Elsevier Saunders, 2005.

(67)  Crapo RO, Jensen RL, Wanger JS. Single-breath carbon monoxide diffusing capacity. Clin Chest Med 2001; 22(4):637-649.

(68)  Pellegrino R, Viegi G, Brusasco V, Crapo RO, Burgos F, Casaburi R et al. Interpretative strategies for lung function tests. Eur Respir J 2005; 26(5):948-968.

(69)  Lilis R, Miller A, Godbold J, Chan E, Selikoff IJ. Pulmonary function and pleural fibrosis: quantitative relationships with an integrative index of pleural abnormalities. Am J Ind Med 1991; 20(2):145-161.

(70)  Hillerdal G, Malmberg P, Hemmingson A. Asbestos-related lesions of the pleura: parietal plaques compared to diffuse thickening studied with chest roentgenography, computed tomography, lung function, and gas exchange. Am J Ind Med 1990; 18(6):627-639.

(71)  Cugell DW, Kamp DW. Asbestos and the pleura: a review. Chest 2004; 125(3):1103-1117.

(72)  Schwartz DA, Fuortes JL, Galvin JR, Burmeister LF, Schmidt LE, Leistikow BN et al. Asbestos-induced pleural fibrosis and impaired lung function. Am Rev Respir Dis 1990; 141:321-326.

(73)  Rosenstock L, Hudson LD. The increasing importance of asbestos-related pleural disease. Ann N Y Acad Sci 1991; 643:296-300.

(74)  Rosenstock L. Roentgenographic manifestations and pulmonary function effects of asbestos-induced pleural thickening. Toxicol Ind Health 1991; 7(1-2):81-87.

(75)  Schwartz DA, Davis CS, Merchant JA, Bunn WB, Galvin JR, Van Fossen DS et al. Longitudinal changes in lung function among asbestos-exposed workers. Am J Respir Crit Care Med 1994; 150(5 Pt 1):1243-1249.

(76)  McGavin CR, Sheers G. Diffuse pleural thickening in asbestos workers: disability and lung function abnormalities. Thorax 1984; 39(8):604-607.

(77)  Lilis R, Miller A, Godbold J, Chan E, Benkert S, Selikoff IJ. The effect of asbestos-
      induced pleural fibrosis on pulmonary function: quantitative evaluation. Ann N Y Acad
      Sci 1991; 643:162-168.

(78)  Ameille J, Matrat M, Paris C, Joly N, Raffaelli C, Brochard P et al. Asbestos-related
      pleural diseases: dimensional criteria are not appropriate to differentiate diffuse pleural
      thickening from pleural plaques. Am J Ind Med 2004; 45(3):289-296.

(79)  Agency for Toxic Substances and Disease Registry. Summary Report on Exposure to
      Asbestos-Containing Vermiculite from Libby, Montana, at 28 Processing Sites in the
      United States.  1-100. 10-29-2008.  US Department Health and Human Services,
      ATSDR.

(80)  Rohs AM, Lockey JE, Dunning KK, Shukla R, Fan H, Hilbert T et al. Low-level fiber-
      induced radiographic changes caused by Libby vermiculite: a 25-year follow-up study.
      Am J Respir Crit Care Med 2008; 177(6):630-637.

(81)  Lockey JE, Brooks SM, Jarabek AM, Khoury PR, McKay RT, Carson A et al. Pulmonary
      changes after exposure to vermiculite contaminated with fibrous tremolite. Am Rev
      Respir Dis 1984; 129(6):952-958.

```
Curriculum Vitae
```

Laura Stewart Welch

**PERSONAL DATA:**

|  |  |
|---|---|
| Office address: | Center to Protect Workers Rights |
|  | 8484 Georgia Ave |
|  | Silver Spring, MD 20910 |
|  |  |
| Telephone: | 301-578-8500 |
| e-mail: | lwelch@cpwr.com |

**EDUCATION:**

BA with distinction, 1974, Swarthmore College, Swarthmore, PA

M.D., 1978, State University of New York at Stony Brook,
Stony Brook, New York

Residency in Internal Medicine, 1978-1981, Montefiore Hospital, New York, New York

**Professional Registration, Licenses**

| | |
|---|---|
| Licensure: | Maryland |
| Certification: | American Board of Internal Medicine (1981) |
| | American Board of Preventive Medicine - Occupational Medicine (1990) |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| Professorial Lecturer in Environmental and Occupational Health<br>School of Public Health and Health Services,<br>George Washington University | 1997-present |
| Chair, Department of Environmental and Occupational Health<br>School of Public Health and Health Services,<br>George Washington University | 1997 |
| Professor of Medicine and Health Care Sciences<br>The George Washington University<br>School of Medicine | 1995 - 1997 |
| Associate Professor of Medicine and Health Care Sciences<br>The George Washington University<br>School of Medicine | 1989 - 1995 |
| Assistant Professor of Medicine | 1985 - 1989 |

The George Washington University
School of Medicine

Assistant Professor of Medicine                          1982 - 1985
Yale University School of Medicine

Instructor, Department of Medicine                       1981 - 1982
Montefiore Hospital and Department of Community Medicine
Albert Einstein College of Medicine, NY, NY

Chief Resident, Residency Program in Social Medicine     1980 - 1981
Montefiore Hospital, NY, NY


**Fellowships:**        American College of Occupational and Environmental Medicine
                        American College of Physicians


**Administrative appointments (intramural and extramural):**

Medical Director, Center to Protect Workers Rights       2003-present

Chief, Section of Occupational & Environmental Medicine  1997-2003
The Washington Hospital Center

Director, Division of Occupational & Environmental Medicine   1985 - 1997
The George Washington University School of Medicine

Director, Occupational Health Clinics                    1985 - 1993
Metropolitan Washington Airports

Co-director, Occupational Medicine Clinic                1982 - 1985
Yale University School of Medicine

Medical Director, Occupational Medicine Clinic           1981 - 1982
Montefiore Hospital, NY, NY

Governing Council and Action Board, American Public Health   1984 - 1987
Association

Governing Council, Society for Occupational              1986 - 1989
and Environmental Health

President, Association of Occupational and               1987 - 1991
Environmental Clinics (AOEC)
Treasurer, AOEC                                          1991 - 1993
Chair, Quality Assurance Committee, AOEC                 1993 - 1995
Member, Quality Assurance Committee, AOEC                1995 - present

2

| | |
|---|---|
| Chairperson, Safety Committee, George Washington University Hospital | 1995 - 1997 |
| Parliamentarian, George Washington University Medical Center (GWUMC) Faculty Senate | 1993 - 1997 |
| Quadrennial Review Committee, GWUMC | 1992 -3, 1996 - 7 |
| Committee on the Status of Women, GWU | 1996 - 7 |
| Appointment and Promotions Committee, Schools of Medicine and Public Health, George Washington University | 1996-7 |

**Consulting and teaching (selected):**

| | |
|---|---|
| Peer Review Committee, Centers for Disease Control studies of: | |
| (1) health effects of 2,4,7,8-TCDD (dioxin). | 1985 |
| (2) reproductive health effects of 2,4,7,8-TCDD | 1986 |
| (3) body burden study of 2,4,7,8,-TCDD | 1987 |
| Peer Review Committee, Love Canal Habitability Criteria Document for the EPA and New York State | 1986 |
| Consultant, Sheet Metal Occupational Health Institute | 1985 - present |
| Consultant, National Institutes of Health | 1988 - 1993 |
| Consultant, Boeing Corporation and the United Auto Workers | 1999 - 2005 |
| Consultant, US Railroad Retirement Board | 1997 - present |
| Consultant, Pan American Health Organization | 2000-1 |
| | |
| NIH Study Section for Occupational Safety and Health | 1989 |
| Member, Injury Control Research Centers review panel, CDC | 1999 |
| | |
| Editorial Board, *Environmental and Nutritional Interactions* | 1992-2002 |
| Editorial Board, *The Guides Newsletter*, American Medical Assn. | 1997-2003 |
| Editorial Board, *Official Disability Guidelines*, Work-Loss Institute | 1997-2004 |
| | |
| Member, National Occupational Research Agenda (NIOSH) | 1997-2003 |
| Member, ACOEM Special Committee on Quality of Care | 2000-2 |
| Member, ACOEM Board of Scientific Counselors | 2000-present |
| Member, ACOEM Special Committee on Ethics | 2007- |
| Institute of Medicine Steering Committee: *Gulf War and Health II* | 2001-3 |
| Member, Advisory Committee to Office of Worker Advocacy, Department of Energy | 2001-3 |
| Member, National Academy of Science panel: Beryllium | 2007- |

Occasional Reviewer for:
      American Journal of Industrial Medicine
      Journal of Occupational and Environmental Medicine
      Environmental Research
      American Journal of Epidemiology
      Environmental Health Perspectives

**Grants and Contracts (since 1990):**

1)      Principal Investigator: Investigation of Asbestos-Related Disease in Sheet Metal Workers.  Sheet Metal Occupational Health Institute.  1985 - present.

2)      Principal Investigator: Social and Economic Impact of Injury among Roofers. National Institute of Occupational Safety and Health (NIOSH) RO1OH003699-01A2, 2001-2007

3)      Former Workers' Notification and Medical Screening:  Building Trades National Medical Screening Program. CPWR/Department of Energy (DOE). 1996-2008 (combines all awards for all sites)

4)      Co Principal Investigator: Mortality in Workers with Intermittent Asbestos Exposure: Investigation of Asbestos-Related Disease in Sheet Metal Workers. National Institute of Occupational Safety and Health (NIOSH), 1995-8.

5)      Co Principal Investigator:  Health and Safety Programs in Construction.  CPWR/NIOSH 1991-2003.

6)       Co Principal Investigator:  Work-related musculoskeletal disease in construction workers. CPWR/NIOSH 1992-1995.

8)      Co Principal Investigator: Investigation of task variability among sheet metal workers.  NIOSH 1994-6

9)      Longitudinal surveillance of workers with hazardous exposures.  Marine Spill Response Corporation.  1993-1996

10)     Principal Investigator:  Chronic Bronchitis in Sheet Metal Workers.  American Lung Association.  1989 - 1991.

11)     Principal Investigator: Investigator of a Leukemia Cluster.  Department of Health and Human Services.  District of Columbia 1990.

**Publications:**

Welch LS.  Asbestos Exposure Causes Mesothelioma, But Not This Asbestos Exposure: An Amicus Brief to the Michigan Supreme Court.  Int J Occ Env Health 2007 13:318-327

Entzel PE, Albers J, Welch LS.  Best Practices for Preventing Musculoskeletal Disorders in Masonry: Stakeholder Perspectives.  Appl Ergo 2007 38:557-566

Yan TD, Welch L, Black D and Sugarbaker PH.  A systematic review on the efficacy of cytoreductive surgery combined with perioperative intraperitoneal chemotherapy for diffuse malignancy peritoneal mesothelioma.  Ann Oncol 2007. 18:827-834

Welch LS, Haile E, Dement J and Michaels D.  Change in Prevalence of Asbestos-Related Disease among Sheet Metal Workers 1988-2004.  Chest, 2007 131:863-869

Welch LS, Dong X, Carre F, and Ringen K.  Is the Decease in Injury and Illness Rates in Construction due to Changes in Reporting? Intl J Occ Env Health, 2007 13:39-45

Bingham E., Ringen KR, Dement J, Cameron W, McGowan W, Welch Lw, Quinn P: Frequency and Quality of Radiation Monitoring of Construction Workers at Two Gaseous Diffusion Plants. Annals of the New York Academy of Sciences 2006 1076:394–404

Dement J, Ringen KR, Welch LS, Bingham E, and Quinn P.  Surveillance of Hearing Loss Among Older Construction and Trade Workers at Department of Energy Nuclear Sites.  Amer J Ind Med 2005 48:348-358

Welch LS, Hunting KL, Murawski JA. Occupational Injuries Among Construction Workers Treated in a Major Metropolitan Emergency Department in the United States.  Scan J Work Environ Health, 2005: 31 suppl 2:11-21.

Welch LS, Acherman YIZ, Haile E, Sokas RK, Sugarbaker PH.  Asbestos and Peritoneal Mesothelioma among College Educated Men. Intl J Occ Environ Health 2005 11:254-258

Welch L, Ringen K, Bingham E, Dement J, Takaro T, McGowan W, Chen A, Quinn P.  Screening For Beryllium Disease among Construction Trade Workers at Department Of Energy Nuclear Sites.  Am J Ind Med. 2004 Sep; 46(3):207-18

Welch LS, Rappaport SM, Susi P. Construction Welding Exposures to Manganese Likely to Exceed Proposed TLV.  J Occ Environ Hygiene 2004 1:63-65

Acherman YA, Welch LS, Marchettini P, Sugarbaker, PH  Clinical presentation of peritoneal mesothelioma. Tumori 2003 89:269-273

Sugarbaker PH, Welch LS, Mohamed F, Glehen O.  A review of peritoneal mesothelioma at the Washington  Cancer Institute.  Surg Oncol Clin N Am 2003 12:605-621

Dement J, Welch, L, Bingham E, Cameron B, Rice C, Quinn P, Ringen K.  Surveillance Of Respiratory Diseases Among Construction And Trade Workers At Department Of Energy Nuclear Sites.  Am J Ind Med. 2003 Jun;43(6):559-73.

Welch LS, Hunting KL.  Injury Surveillance in Construction:  What Is an "Injury", Anyway?  Amer J Ind Med 44:191-196 2003

McCann M, Hunting KL, Murawski JTL, Chowdhury R, Welch LS.  Causes of electrical deaths and injuries among construction workers.  Amer J Ind Med 43:398-406 2003

Stuart OA, Stephens AD, Welch LS, Sugarbaker PH.  Safety monitoring of the Coliseum technique for heated intraoperative intraperitoneal chemotherapy with Mitomycin C.  Ann Surg Oncol 9:186-191 2002

Hunting KL, Welch LS, Mawudeku A.  Injury surveillance in construction: eye injuries. Applied Occupational and Environmental Hygiene 16:1-7, 2001

Hunting KL, Welch LS, Anderson JA.  Injury surveillance in construction – injuries to laborers.  J Occup Env Med. 42:898-905, 2000

Welch LS, Hunting KL, Anderson JTL.  Concrete form work, injury, and musculoskeletal disorders. Proceedings of the International Ergonomic Association, San Diego, August 2000

Welch LS, Goldenhar LM, Hunting KL.  Women in construction: occupational health and working conditions.  JAMWA 55:1-4, 2000

Anderson JTL, Hunting KL, Welch LS.  Injury and employment patterns among Hispanic construction workers.  J Occup Environ Med 42:176-186, 2000.

Welch, LS, Hunting KL., and Nessel-Stephens, L. Chronic symptoms in construction workers treated for musculoskeletal injuries.  Amer J Ind Med 36:532-540 1999

Hunting KL, Welch LS, Nessel-Stephens L, Anderson J, and Mawadeku A.  Surveillance of construction worker injuries: utility of trade specific analysis.  Applied Occ Env Hyg 14:458-469 1999

Welch LS, Hunting KL, Weeks JL.  Fatal and Non-Fatal Injuries from Vessels Under Air Pressure in Construction. J Occ Env Med 41:100-104, 1999

Welch LS, Hunting KL, Schiffman A, Balmes J, Bresnitz E, Guidotti T, Lockey J, Mahele W, Myo-Lwin T. Variability In The Classification Of Pneumoconioses Using The 1980 International Labor Organization Classification System For Pneumoconioses. Chest 114:1740-48 1998

Sokas RK, Simmens S, Sophar K, Welch LS, and Liziewski T.  Lead levels in Maryland construction workers.  Am J Ind Med 31:188-194 1997

Schrader SM, Turner TW, Simon SD, Ratcliffe J, Welch LS, Simon, SD.  Combining reproductive studies of men exposed to 2-ethoxyethanol to increase statistical power.  Occupational Hygiene, 2:411-414 1996

Hunting KL, Longbottom H, Kalavar SS, Stern F, Schwartz E, Welch LS.  Haematopoietic cancer mortality among vehicle mechanics.  Occup Environ Med 52:673-378, 1995.

Welch LS, Hunting KL, Kellogg, J.  Work-related musculoskeletal symptoms among sheet metal workers. Amer J Ind Med 27:783-791 1995.

Nessel-Stephens L, Welch LS, Weeks JS, Hunting KL, Cardenas-Amaya J.  Carbon monoxide poisoning from use of gasoline powered power washers in an underground parking garage. MMWR, 44 (18):356-364, May 12, 1995

Schrader SM, Ayers-Cumbow M, Turner TW, Simon SD, Ratcliffe J, Welch LS, Grajewski B and Weyandt T. Semen quality across populations. Molecular Andrology 7(107):105-122, 1995

6

Sokas RK, Kolb LS, Welch LS, Chang L, Horowitz BC, El-Bayoumi J.  A Single-session Exercise to Address Medical Residents' Attitudes toward Work Disability Evaluations.  Academic Medicine, 70:167 1995

Welch LS, Michaels D, and Zoloth S.  Asbestos-Related Disease among Sheet Metal Workers. American Journal of Industrial Medicine 25:635-48, 1994

Hunting KH, Nessel-Stephens L, Sanford SM, Shesser R, Welch LS.  Surveillance of construction worker injuries through an urban emergency department. Journal of Occupational Medicine 36:356-364, 1994

Hunting KL, Welch LS, Cuccherini BA, Seiger LS.  Musculoskeletal symptoms among electricians. Amer J Ind Med 25:149-63, 1994

Paul M, and Welch LS: Improving education and resources for health care providers:  Occupational and environmental reproductive hazards.  Environmental Health Perspectives, Vol 110 Supp 2:191-198, 1993

Hunting KL, Welch LS.  Occupational exposure to dust and lung disease among sheet metal workers. Brit J Indust Med 50:432-442, 1993.

Welch LS, Sokas RK.  Development of Multiple Chemical Sensitivity after an Outbreak of Sick-Building Syndrome.  Toxicology and Industrial Health.  Vol 8(4) 47-50 1992

Cottrell A, Schwartz E, Sokas R, Kofie V, Welch, L.  Surveillance of Sentinel Occupational Mortality in The District of Columbia:  1980 - 1987.  American Journal of Public Health.  Vol 82 pp 117-119 1992

Figueroa S, Gerstenhaber B, Welch LS, Klimstra D, Smith GJW, Beckett W.  Fatal Hard Metal Interstitial Pulmonary Disease Associated with a Form of Welding in a Metal Parts Coating Plant.  American Journal of Industrial Medicine.  21(3) 363-374 1992

Welch LS.  Occupational Asthma.  in:  Multiple Chemical Sensitivities.  National Academy Press 1992

Hunting KL, Welch LS.  "Occupational dust exposure and lung disease among sheet metal workers," in Proceedings of the Ninth International Symposium on Epidemiology in Occupational Health, Cincinnati, OH, September 23-25, 1992.  LJ Fine (ed). p 491-497

Sokas RK, Simmens S, Sophar K, Welch LS and Liziewski T.  " 'Background' lead levels in construction workers," in Proceedings of the Ninth International Symposium on Epidemiology in Occupational Health, Cincinnati, OH, September 23-25, 1992.  LJ Fine (ed).p 359-362

Beckett W, Figueroa S, Gerstenhaber B, Welch LS, Klimstra D, Smith GJW.  Pulmonary Fibrosis Associated with Occupational Exposure to Hard Metal in a Metal-Coating Plant. MMWR 41(4):65-67, January 31, 1992

Welch LS, Michaels D, and Zoloth S.  Asbestos-Related Disease among Sheet Metal Workers: Preliminary Results of the National Sheet Metal Workers Asbestos Disease Screening Program.  Annals of New York Academy of Sciences, Vol 64B pp 287-295 1991

Welch LS.  Severity of Health Effects Associated with Building Related Illness.  Environmental Health Perspectives 95 pp 67-69 1991.

Welch LS, Plotkin B and Schrader, SM.  Fertility analysis of men exposed to ethylene glycol ethers; sensitivity and specificity. in press, American Journal of Industrial Medicine.  20:229-240 1991

Welch LS.  Health Effects of Video Display Terminals.  Journal of the American Academy of Physician Assistants.  4:395-400 1991

Teitelman A, Welch, LS and Bracken MB.  Work activity during pregnancy and risk of prematurity.  American Journal of Epidemiology, 131: 104-113, 1990

Welch LS.  The Role of Occupational Health Clinics in Surveillance for Occupational Disease.  American Journal of Public Health, 79 (supplement): 53-58, 1989

Sparer J, Welch LS, Cullen MR, and McMannus K.  Effects of exposure to ethylene glycol ethers: I: exposure evaluation.  American Journal of Industrial Medicine, 14:497-508, 1988

Welch LS, Schrader S, Cullen MR and Sparer J.  Effects of exposure to ethylene glycol ethers: II: Male reproductive function.  American Journal of Industrial Medicine, 14:509-526, 1988

Welch LS and Cullen MR.  Effects of exposure to ethylene glycol ethers: III: Hematologic function.  American Journal of Industrial Medicine, 14:527-536, 1988

Welch LS. Decision-making About Occupational Reproductive Hazards.  Seminars in Occupational Medicine, l: 97-106, 1986

Cullen MR, Rado T, Waldron JA, Sparer J, Welch LS.  Bone Marrow Injury in Lithographers Exposed to Glycol Ethers and Organic Solvents Used in Multi-color Offset and Ultraviolet Copy Printing Processes:  Archives of Environmental Health 38:347-354 1983

Chavkin W and Welch LS. Occupational Hazards to Reproduction: An Annotated Bibliography.  Department of Social Medicine, Montefiore Hospital, NY, NY.  1980

**In Press:**

Welch LS, Hunting KL, Haile E and Boden L.  Musculoskeletal and Medical Conditions among Construction Roofers.  Work.  Accepted for publication

Welch LS, Hunting KL, Haile E and Boden L.  Musculoskeletal and Medical Conditions among Construction Roofers – A Longitudinal Study. Amer J Ind Med, in press

**Abstracts, Letters, Book Chapters, Reviews, and Technical Reports**

Welch LS. Occupational and Environmental Disease in Barker R, et al *Principles of Ambulatory Medicine.* Lippincott Williams and Wilkins.  2006

Welch LS, Baron S, Lipscomb J.  Addressing Health and Safety hazards in Specific Industries.  In: Wegman D, Levy B, Baron S, Sokas R.  <u>Occupational and Environmental Health: Recognizing and Preventing Work Related Disease and Injury, 5th Edition</u>. 2006

Welch LS.  Occupational Exposures and Endocrine Disorders/Reproductive Disorders in: Weeks, J., Levy, B.(eds): <u>Preventing Occupational Disease and Injury</u>.  American Public Health Association. 2005

Oliver LC, Welch LS, Harbut MR. Comparison of B readers' interpretations of chest radiographs for asbestos related changes. Letters to the Editor. Acad Radiology 2004;11(12):1397-1399

Welch LS.  <u>Construction.</u> In: Rosenstock L, Cullen MR, Brodkin D, Redlich C.: Textbook of Occupational and Environmental Medicine, Harcourt Health Sciences 2004

Welch L, Ringen K, Bingham E, Dement J, Chen A, Quinn P.  Screening for beryllium disease among construction trade workers at Department of Energy nuclear sites.  Sarcoidosis, Vasculitis and Diffuse Lung Diseases, 20:160 2003

Welch LS. Occupational and Environmental Disease in Barker R, et al *Principles of Ambulatory Medicine*. Lippincott Williams and Wilkins.  2002

Welch, LS. Environmental Agents and Endocrinology.  in: <u>Principles and Practices of Endocrinology and Metabolism, 3rd edition</u>. J.B. Lippincott Co. 2001

Hunting KL and Welch LS. Shipyard Hazards, in: Sullivan, and Kreiger (eds): <u>Medical Toxicology of Hazardous Materials</u> Williams and Wilkins. 2001

Welch LS. Health and Safety in Construction.  in: Sullivan, and Kreiger (eds): <u>Medical Toxicology of Hazardous Materials</u> Williams and Wilkins. 2001 pp 614-622

Welch, LS. Evaluating Impairment for Allergic Disorders.  *The Guides Newsletter*, AMA, Chicago 1999

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J.  Health and Safety in Construction. Encyclopedia of Health and Safety, International Labour Organization. 1998

Welch, LS.  Dermatological Impairment Assessment.  *The Guides Newsletter*, AMA, Chicago 1998

Welch, LS. Environmental Agents and Endocrinology.  in: <u>Principles and Practices of Endocrinology and Metabolism</u>. J.B. Lippincott Co. 1995

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds).  Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA 10:2, 1995

Welch LS and Roto P.  Medical Surveillance for construction workers.  in Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds).  Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA, 10(2), 421-434, 1995

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J.  Why Construction is Different, in: Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds).  Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA 10 (2):255-260, 1995

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J.  Perspectives on the Future, in: Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds).  Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA 10 (2):445-452, 1995

Welch LS, Michaels DM, and Zoloth SR.  Asbestos-related disease among sheet metal workers.  in Peters GA and Peters BJ (eds)  Sourcebook of Asbestos Diseases, Vol 10, Butterworth Pub, Slem, NH 1994

Welch, LS, Hunting KL and Cuccherini BC. Health Effects of Organic Solvents. in Corn M (ed) Handbook of Hazardous Materials, Academic Press, 1994

Welch LS. Case Studies in Environmental Medicine: Reproductive and Developmental Hazards.  The Agency for Toxic Substances and Disease Registry.  1993 Case #29.

Book review, Chest:  Unusual Occupational Diseases.  State-of-the Art Reviews:  Occupational Medicine Vol 7(3) 1992

Welch, LS. Organic Solvents.  in Paul, M (ed). Occupational and Environmental Reproductive Hazards. Williams and Wilkins, 1992

Hunting KL and Welch LS. Shipyard Hazards, in: Sullivan, and Kreiger (eds): Medical Toxicology of Hazardous Materials Williams and Wilkins, 1992

Welch LS.  Occupational Exposures and Endocrine Disorders/Reproductive Disorders in: Weeks, J., Wagner, G, and Levy, B.(eds): Preventing Occupational Disease and Injury.  American Public Health Association.  1991

Welch, LS. Environmental Agents and Endocrinology.  in: Principles and Practices of Endocrinology and Metabolism. J.B. Lippincott Co. 1990

Welch LS (editor).  Case Studies in Environmental Medicine: Vinyl Chloride.  published by the Agency for Toxic Substances and Disease Registry, 1990

Welch LS (editor).  Case Studies in Environmental Medicine: Methylene Chloride.  published by the Agency for Toxic Substances and Disease Registry, 1990

Welch LS and Bauer W. Epidemiology of Foot and Ankle Injuries.  in: Wiesel, S.  Foot and Ankle Injuries.  1989

Welch, LS.  Reproductive Hazards.  The Genetic Resource, Mass Dept. of Public Health, 4 (2) 12-20, 1988

Hattis D, Welch LS, Schrader S. Male fertility effects of ethoxyethanol:  A quantitative analysis. NIOSH Technical Report, 1988

Messite J and Welch LS.  Occupational Health of Women Workers:  An Overview. <u>Women and Work</u>. Sage Publications, Beverly Hills, CA. 1987, p 2-18.

Welch LS.  Occupational Endocrine and Reproductive Disorders. in: Rosenstock L and Cullen MR. <u>Clinical Occupational</u> <u>Medicine</u>. WB Saunders.  1986

Welch LS, Hertz J, Cullen MR and Gee JBL: Occupational Lung  Disease. in:  <u>Current Pulmonology</u> Vol 6. Simmons DH Ed.  Year Book Medical Publishers p. 137-165, 1985

**Abstracts/Papers Presented at Scientific Meetings (since 1988):**

Teitelman A, Welch LS and Bracken MB.  Work Activity and Prematurity (abstract), annual meeting of the American Public Health Association, Boston MA, November 1988

Welch LS, Michaels D, and Zoloth S, Asbestos Disease in the Sheet Metal Industry.  (abstract).  annual meeting of the American Public Health Association, Boston MA, November 1988

Indoor Air Quality: Severity of Health Effects.  EPA sponsored conference on assessment of health effects of complex mixtures in indoor air, Arlington, VA April 1990

Health Effects of Ethylene Glycol Ethers.  Society for Occupational and Environmental Health Annual Meeting. Bethesda, MD, April 1990

Welch LS, Michaels D, and Zoloth S.  Asbestos Disease in the Sheet Metal Industry. presented June 1990 at conference of Annals of New York Academy of Sciences: The Third Wave of Asbestos Disease

Multiple Chemical Sensitivity following an outbreak of tight building syndrome. Presented at National Workshop on MCS, Washington, DC, September 1991

Hunting KL and Welch LS.  Occupational Dust Exposure and Lung Disease Among Sheet Metal Workers.  Epidemiology in Occupational Health, ICOH, Cincinnati, OH September 1992

Sokas RK, Simmens S, Welch LS.  "Background" lead levels in construction workers.  Epidemiology in Occupational Health, ICOH, Cincinnati, OH September 1992

Welch LS and Cuccherini B. Medical Surveillance for Hazardous Waste Workers.  presented at annual meeting of the American Public Health Association, Washington, DC, November 1992

McGarahan S, Zoloth S, Michaels D and Welch LS.  Asbestos exposure and medical symptoms in sheet metal workers.  American Public Health Association, San Francisco, October 1993.

Schrader SM, Turner TW, Ratcliffe JM, Welch LS and Simon SD.  Combining reproductive studies of men exposed to 2-ethoxyethanol to increase statistical power.  Presented at ICOH meeting on glycol ethers, Nancy France, April 1994.

Welch, LS.  Use of a passive surveillance system for construction worker injury and illness.  NIOSH Symposium on Efforts to Prevent Injury and Disease among Construction Workers, Cincinnati Ohio, July 1994

Hunting KH, Nessel-Stephens L, Sanford SM, Shesser R, Welch LS.  Surveillance of construction worker injuries through an urban emergency department. Presented at the American Public Health Association, New York, NY, November 1996

Hunting KL, Nessel-Stephens L, Welch, LS.   Longitudinal study of musculoskeletal injuries in construction workers.  Presented at the American Public Health Association, New York, NY, November 1996

Welch, LS, Hunting KL, Nessel-Stephens L.  Longitudinal study of musculoskeletal injuries in construction workers.  Presented at the International Ergonomics Association/International Committee on Occupational Health, Tampere Finland, July 1997

Hunting KL, Nessel-Stephens L, Welch, LS. Validity of task assessment in sheet metal workers. Presented at the International Ergonomics Association/International Committee on Occupational Health, Tampere Finland, July 1997

Nessel-Stephens L, Welch LS, Hunting KL.  Trade specific injury rates among construction workers. National Occupational Injury Research Symposium, Morgantown WVa November 1997

Welch LS, Hunting KL, Mendes M.  Trade specific injury rates at a large construction project. Presented at American Public Health Association, Washington DC, November 1998

Welch LS, Hunting KL, Mendes M.  Morbidity surveillance in sheet metal workers. Presented at American Public Health Association, Washington DC, November 1998

Hunting KL, Welch, LS, Anderson JTL, Mawudeku A.  A follow-up study of falls among construction workers. Presented at American Public Health Association, Washington DC, November 1998

Hunting KL, Welch, LS, Anderson JTL, Mawudeku A. Use of emergency department records for construction injury surveillance. Presented at American Public Health Association, Washington DC, November 1998

Hunting KL, Welch, LS, Anderson JTL, Mawudeku A.  A follow-up study of falls among construction workers. Presented at American Public Health Association, Washington DC, November 1998

Welch LS and the NORA Musculoskeletal Team.  Implementing the NIOSH-NORA agenda for work-related musculoskeletal disorders.  Presented at Work and Stress, the American Psychological Association, Baltimore MD March 1999

Welch, LS, Hunting KL, Anderson JTL. Occupational injuries among laborers. Presented at American Public Health Association, Indianapolis, November 1999

Mawudeku A, Hunting KL, Welch, LS, Anderson JTL. Follow-up study of eye injuries among construction workers. Presented at American Public Health Association, Indianapolis, November 1999

Anderson JTL, Hunting KL, Welch, LS.. Non-fatal injuries among Hispanic construction workers. Presented at American Public Health Association, Indianapolis, November 1999

Welch LS, Hunting KL, Anderson JTL.  Concrete form work, injury, and musculoskeletal disorders. Presented at the International Ergonomic Association, San Diego, August 2000

Hunting KL, Anderson JTL, Welch LS.  Follow-up Study of Musculoskeletal Injuries Among Construction Workers. Presented at the International Ergonomic Association, San Diego, August 2000

Hunting KL, Welch LS, Hsu L.  Follow-up Study of Musculoskeletal Injuries Among Construction Workers.  National Occupational Injury Research Symposium, Pittsburgh PA November 2000

Hunting KL, Anderson JTL, Welch LS. Injuries and Employment Patterns Among Hispanic Construction Workers.  National Occupational Injury Research Symposium, Pittsburgh PA November 2000

Tim K. Takaro, Katherine Ertell, John Dement[1], Kathleen Omri, Knut Ringen[2], Laura S.Welch[3], Elaine Faustman, Scott Barnhart. Beryllium Sensitization and Respiratory Disease in Former Workers at a Nuclear Weapons Site.  American Thoracic Society, 2002

Tim Takaro, Kathlene Omri, Knut Ringen, Carl Brodkin, Kathy Ertell, Laura Welch, Lillian Sjong, Hank Hartley, Jeanne Sears, John Dement, and Scott Barnhart Latent Disease Findings in Former Hanford Workers.  North West Occupational Health Conference, Pasco, WA. Oct. 17 2002

Tim K. Takaro, Katherine Ertell, John Dement[1], Kathleen Omri, Knut Ringen[2],Laura S.Welch[2], Elaine Faustman, Scott Barnhart.  Beryllium Sensitization And Respiratory Disease In Former Workers At A Large Nuclear Weapons Site.  Current Issues in Beryllium Disease.  Denver, CO Jan 2003

,Laura S.Welch, John Dement, Knut Ringen, Tom Petersen, Tim K. Takaro.  Beryllium Sensitization In Former DOE Construction Workers.  Current Issues in Beryllium Disease.  Montreal, CA March 2005

Hunting KL, Welch LS, Haile, E.  Social/Economic Impact Of Injury/Illness In Career Roofers.  NIOSH National Occupational Research Agenda (NORA) symposium. Washington DC, April 2006

Welch LS, Haile E, Hunting KL.  Social/Economic Impact Of Injury/Illness In Career Roofers. International Commission on Occupational Health.  Milan, Italy June 2006

Welch LS, Albers J, Entzel P.  Best Practices For Preventing Musculoskeletal Disorders In Masonry: Stakeholder Perspective.  International Commission on Occupational Health.  Milan, Italy June 2006

Welch LS, Haile E, Hunting KL.  Social/Economic Impact of Injury/Illness In Career Roofers.  Sixth International Scientific Conference on Prevention of Work-Related Musculoskeletal Disorders, Boston MA August 2007

Welch LS, Dement J.  Beryllium Exposure and Disease Among Construction Workers.  3rd International Conference on Beryllium Disease 2007.  Philadelphia PA Oct 2007

**Other invited papers (since 1999):**

Welch LS.  Social and economic costs of injuries in construction.  Metropolitan Washington Public Health Association, April 1999.

Welch LS. Accommodation of musculoskeletal disorders in construction workers. Occupational Ergonomics: Control of Work Related Upper Extremity Disorders, Milbrae CA, Sponsored by the University of Michigan and the University of California, Dec 2001

Welch LS. Accommodation of musculoskeletal disorders in construction workers. Occupational Ergonomics: Control of Work Related Upper Extremity Disorders, Milbrae CA, Sponsored by the University of Michigan and the University of California, Dec 2002

Welch LS Bend Your Knees, not your Back: Work Accommodation for Stooped Postures among Construction Workers.  UC Davis Conference on Stopped Postures July 2004

Welch LS. Screening For Asbestos-Related Disease: A Medical Perspective.  Mealy's National Asbestos Litigation Conference, Philadelphia, PA September 2004

Welch LS, Goldberg M, Trahan C.  Reducing Dermal Exposure to Portland Cement and Epoxies in the Trowel Trades.  Meeting of Contact Dermatitis Society, Bethesda MD, October 2004

Welch LS. Women in Construction: Occupational Health and Working Conditions.  Annual meeting of American Women's Medical Association, Washington DC January 2005

Platner J, Welch LS Developing a Databank of Solutions and Controls for Construction Hazards. Construction Safety Conference, Chicago IL February 2005

Welch LS, Entzel P, Albers J, Schneider S. Ergonomic Best Practices for Masonry Construction. Construction Safety Conference, Chicago IL February 2005

Platner J, Welch LS Developing a Databank of Solutions and Controls for Construction Hazards. Construction Safety Conference, Boston MA March 2005

Welch LS, Dement J, Ringen, KR, Susi P, Peterson, T. Beryllium Exposure and Disease Among Construction Workers.  Beryllium Disease 2005.  IRRST, Quebec March 2005

Welch LS. Barriers to Integration of Health Promotion and Health Protection.  STEPS.  Georgetown University, May 2005

Eula Bingham, John Dement, Wilfrid Cameron, Knut Ringen, William McGowan, Laura Welch. Frequency and Quality of Radiation Monitoring of Construction Workers at Two Gaseous Diffusion Plants.  Collegium Ramazzini, Milan Italy, September 2005

Welch LS, Haile E, Hunting KL.  Social/Economic Impact of Injury/Illness In Career Roofers.  Johns Hopkins Center for Injury Research and Policy, Johns Hopkins School of Public Health.  Baltimore, MD October 2006

Last revised 01/03/08

Laura S Welch, MD
Occupational and Environmental Medicine
7118 Cedar Ave.
Takoma Park, MD 20912
Laurawelch123@msn.com
301-928-1624

Consulting fee schedule

| | |
|---|---|
| Record review, telephone consultation, report preparation | $400/hour |
| Travel | $400/hour |
| Deposition, court testimony | $400/hour |
| Cancellation with at least 48 hours notice | no charge |
| Cancellation with less than 48 hours notice | charge for 2 hours |

Laura S Welch
Depositions and trials 2005- June 2008

|  | Date | Plaintiff/Party |  | Attorney | Location | Disease |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| **2008** |  |  |  |  |  |  |
|  | 5/28/08 | Thomas Millar and William Shipley | Deposition | Law Offices of Jonathan Ruckdeschel | Ellicott City, MD | mesothelioma |
| **2007** |  |  |  |  |  |  |
|  | 6/4/07 | Anthony Smith | Deposition | Law Offices of Peter Angelos | Baltimore, MD | mesothelioma |
|  | 10/4/07 | WR Grace ACC | Deposition | Caplan and Drysdale | Washington, DC | N/A |
| **2006** |  |  |  |  |  |  |
|  | 02/01/06 | Joseph Kapraun | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|  | 04/04/06 | Charles Beeman | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|  | 04/25/06 | Armstrong ACC | Deposition | Caplan and Drysdale | Washington, DC | N/A |
|  | 5/23/06 | Armstrong ACC | Trial | Caplan and Drysdale | Philadelphia | N/A |
|  | 05/26/06 | Francis Grochowski | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|  | 5/31/06 | Roger Beckner | Deposition | Karlin and Associates | Silver Spring | peripheral neuropathy |
|  | 12/14/06 | Property Damage Committee, Grace bankruptcy | Deposition | Martin Dies Dies and Hile | Washington, DC | N/A |
| **2005** |  |  |  |  |  |  |
|  | 01/14/05 | Owens Corning ACC | Trial | Caplan and Drysdale | Philadelphia | N/A |

| | 02/01/05 | Charles Winkler | Deposition | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|---|---|---|---|---|---|---|
| | 05/11/05 | Charles Winkler | Trial | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| | 06/15/05 | Federal Mogul ACC | Trial | Caplan and Drysdale | Camden, NJ | N/A |

## Asbestosis: Number of deaths, crude and age-adjusted death rates, U.S. residents age 15 and over, 1968–2004



NOTE: See selected limitations for general cautions regarding inferences based on small numbers of deaths, and see appendices for source description, methods, and ICD codes.

SOURCE: National Center for Health Statistics multiple cause-of-death data.  Population estimates from U.S. Census Bureau.