**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on May 8, 2008 I caused a copy of the *Opposition of Official Committee of Asbestos Personal Injury Claimants to Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing* to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.

Dated: May 8, 2008

                                              */s/Mark T. Hurford*
                                              Mark T. Hurford (DE No. 3299)

{D0152267.1 }