IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that General Insurance Company of America ("General Insurance") hereby enters its appearance through counsel and, pursuant to Bankruptcy Rules 2002, 3017, 9007, 9010(b), 11 U.S.C. §§ 102(1) and 1109(b) and other applicable law, requests notice of all events relevant to the above-referenced bankruptcy cases and copies of all notices, pleadings and documents filed in the above-referenced bankruptcy cases, including without limitation, all notices given or required to be given in these cases, all applications, motions, requests and other papers filed herein by any party, and that such pleadings and documents be served upon the following:

Robert B. Millner, Esquire
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
rmillner@sonnenschein.com

Christopher E. Prince, Esquire
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
cprince@sonnenschein.com

Frederick B. Rosner, Esq.
Messana, Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 777-1111
frosner@mrs-law.com

00000528.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or transmitted by mail, delivery, telephone, telegraph, facsimile, or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Special Notice is without prejudice to General Insurance's rights, remedies, and claims against other entities or any objection that may be made to the jurisdiction and venue of the Court or venue of this case. Neither this Notice of Appearance and Request for Special Notice nor any later appearance, pleading, claim, proof of claim, document, motion, suit, nor any other writing or conduct shall constitute, or be deemed to constitute, a waiver of General Insurance's: (1) right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (2) right to trial by jury in any proceeding as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (3) right to seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal; (4) right to receipt of service of process in all actions, causes, claims or proceedings arising in, arising under or related to these proceedings to be served directly on General Insurance as required by law; (5) right to contest

service of process; or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which General Insurance is or may be entitled under any agreements or at law or in equity or under the United States Constitution.

**PLEASE TAKE FURTHER NOTICE** that all such rights are hereby reserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Dated: May 8, 2009
Wilmington, Delaware

**MESSANA ROSNER & STERN LLP**

_____
Frederick B. Rosner (DE #3995)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 777-1111

*Local Counsel for General Insurance Company of America*