IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 8th day of May 2009, I caused a copy of the following document to be served on the individuals on the attached service lists in the manner indicated:

**DEBTORS' RESPONSE TO SUPPLEMENTAL MEMORANDUM OF KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC. IN SUPPORT OF THEIR MOTION FOR ORDER MODIFYING THE AUTOMATIC STAY**

_James E. O'Neill_
James E. O'Neill (DE Bar No. 4042)

91100-001\DOCS_DE:123224.41

**WR Grace – Seaton Ins. Co. and
OneBeacon America Ins. Co. Service List**
Case No. 01-1139 (JKF)
Doc. No. 145674
01 – Hand Delivery
01 – First Class Mail

*Hand Delivery*
(Counsel to Seaton Ins. Co. and OneBeacon America Ins. Co.)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801-1254

*First Class Mail*
(Counsel to OneBeacon America Ins. Co.)
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

**WR Grace - Continental Casualty Co., Transportation Ins. Co. Discovery Service List**
Case No. 01-1139 (JKF)
Doc. No. 145669
01 – Hand Delivery
08 - First Class Mail
03 – Via Email Delivery

Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

***Via Electronic Delivery and Hand Delivery***
(Counsel for Continental Casualty Co., Transportation Ins. Co. and their American Ins. Affiliates)
Edward B. Rosenthal, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
erosenthal@rmgglaw.com

***First Class Mail***
(Co-Counsel to Debtor)
The Law Offices of Janet S. Baer P. C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

***First Class Mail***
(Co-Counsel to Debtor)
David M. Bernick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

***First Class Mail***
(Co-Counsel to Debtor)
Theodore L. Freedman, Esquire
Craig A. Bruens, Esquire
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022

***First Class Mail***
(Counsel for Continental Casualty Co., Transportation Ins. Co. and their American Ins. Affiliates)
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

***First Class Mail***
(Counsel for Continental Casualty Co., Transportation Ins. Co. and their American Ins. Affiliates)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer
& Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005

***First Class Mail***
(Counsel for Continental Casualty Co., Transportation Ins. Co. and their American Ins. Affiliates)
Jonathan W. Young, Esquire
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

***Via Electronic Delivery and First Class Mail***
(Co-Counsel to Debtor)
Deanna D. Boll, Esquire
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022
dboll@kirkland.com

*Via Electronic Delivery and First Class Mail*
(Counsel for Continental Casualty Co., Transportation Ins. Co. and their American Ins. Affiliates)
Jeff Chang, Esquire
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
chang@wildman.com


**W. R. Grace - Kaneb Service List**
Case No. 01-1139 (JKF)
Doc. No. 144821
01 - Hand Delivery
03 - First Class Mail

*Hand Delivery*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Kathleen Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Steve A. Peirce, Esquire
Fulbright & Jaworski, LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Toby L. Gerber, Esquire
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Robert J. Gilbert, Esquire
Gilbert & Renton LLC
344 North Main Street
Andover, MA 01810