# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MONTANA
 2                      MISSOULA DIVISION

 3  ─────────────────────────────────────────────────────────

    UNITED STATES OF AMERICA,
 4
                 Plaintiff,
 5                                         CASE NO.
           vs.                             CR 05-07-M-DWM
 6
    W.R. GRACE & COMPANY, HENRY A.         Missoula, Montana
 7  ESCHENBACH, JACK W. WOLTER,            Wednesday, 3.04.09
    WILLIAM J. McCAIG, ROBERT J.           1:15 p.m.
 8  BETTACCHI, and ROBERT C. WALSH,

 9               Defendants.

10  ─────────────────────────────────────────────────────────

11

12
            JURY TRIAL - VOLUME 7 - AFTERNOON SESSION
13                     PAGES 1583-1733

14                  TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE DONALD W. MOLLOY,
15          UNITED STATES DISTRICT JUDGE, and a jury.

16

17

...

23
            Proceedings recorded by mechanical stenography and
24                transcript produced by computer by
                    Julie M. Lake, RDR, RMR, CCR,
25               Martin-Lake & Associates, Inc.
```

1   there's going to be.  I'm making the prediction that there's
2   been enough exposure over a long enough period of time and,
3   knowing that there is a 30- to 40-year latency period, that
4   it's going to keep going up.
5   Q.   You don't know that.
6   A.   Sure I do.
7   Q.   Because the people who do the epidemiology, they
8   actually quantify the exposures before they make predictions;
9   and you have never quantified the exposures, correct?
10  A.   No, but I'm talking about common sense, a physician
11  who's in the front lines of seeing what's happening.
12  Q.   I'm not talking only about common sense and I'm not
13  talking about your clinical practice.  I'm talking about
14  science.  Science.  And you don't have the science to make a
15  scientific prediction, do you?
16  A.   Not to the numbers, no.
17  Q.   Not to the numbers.  You don't even have the beginnings
18  of an epidemiological analysis to make the prediction, do you?
19  A.   You know, I have some other numbers here that you
20  haven't allowed me to talk about; that's one of the problems.
21  Q.   You don't have the exposure numbers and you don't have a
22  curve.  True or not?
23  A.   I don't have exposure numbers and I do not have a curve.
24  Q.   Now, Libby is not so unique and different.  Back in
25  connection with the miners, there were epidemiological studies