# Exhibit H

Case 01-01139-AMC    Doc 21591-8    Filed 05/08/09    Page 1 of 3

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

March 26, 2009

**VIA FEDERAL EXPRESS AND FACSIMILE**

Jon Heberling
McGarvey, Heberling, Sullivan & McGarvey
745 South Main
Kalispell, MT 59904-5399

Re:   *In re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Jon:

I write with regard to the March 19, 2009 deposition of Dr. Whitehouse. As you recall, Dr. Whitehouse walked out of the deposition. Accordingly, we seek $17,487.70 in costs and attorney's fees associated with that deposition. Specifically, we request that you compensate W. R. Grace for attorney fees, court reporter and videographer fees, lodging, and travel expenses to and from Spokane, Washington. (*See* attached table.)

We agree that a future opportunity to conclude the deposition is necessary. But providing this opportunity (which you are legally required to do) is not sufficient to remedy the injury caused by Dr. Whitehouse's decision to walk out of the Mach 19, 2009 deposition.

Please send a check for $17,487.70 made out to W.R. Grace & Co., to my attention, at the address listed above. And please indicate which days Dr. Whitehouse is available to continue his deposition.

If you have any questions, do not hesitate to contact me at the number listed above.

Sincerely,

Brian T. Stansbury

cc: Nathaniel Finch

Chicago     Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco

**Costs and Fees associated with March 19, 2009 deposition of Dr. Whitehouse in Spokane, Washington:**

| Fees | | |
|---|---|---|
| Date | Description | Amount |
| 3/18-20/09 | Attorney's fees for B. Stansbury: 16 hours travel at $275/hr; 4.4 hours attending the deposition at $550/hr. | $6,820.00 |
| 3/18-20/09 | Attorney's fees for K. Lee: 16 hours travel at $160/hr; 4.4 hours attending the deposition at $320/hr. | $3,968.00 |
| | Total Fees | $10,788.00 |
| Costs | | |
| Date | Description | Amount |
| 3/19/09 | Court Reporter and Videographer | $3,611.43 |
| 3/18/09 | Hotel Costs for B. Stansbury and K. Lee | $346.03 |
| 3/18-19/09 | Plane Tickets for B. Stansbury and K. Lee | $2,742.24 |
| | Total Costs | $6,699.70 |
| | Grand Total | $17,487.70 |