IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 14, 2009, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH
K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878)
OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON MAY 12, 2009
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET
NO. 7709]**

**CONTESTED MATTERS:**

1.    Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition
      Notices [Filed: 4/30/09] (Docket No. 21494)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.     [Proposed] Protective Order [Filed: 4/30/09] (Docket No. 21494)

b.     [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices [Filed: 5/1/09] (Docket No. 21498)

c.     Arrowood's Joinder to Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices [Filed: 5/4/09] (Docket No. 21521)

d.     Joinder of Maryland Casualty Company to Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices [Filed: 5/4/09] (Docket No. 21522)

e.     Joinder of Continental Casualty Company to Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices [Filed: 5/5/09] (Docket No. 21541)

Response Deadline: May 8, 2009

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

2.     Motion of Arrowood Indemnity Company, f/k/a Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order [Filed: 4/9/09] (Docket No. 21245)

Related Documents:

a.     Allen Schwartz's Declaration of Good Faith in Connection with Motion to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order [Filed: 4/9/09] (Docket No. 21245)

b.     Declaration of Allen Schwartz in Support of Motion to Strike the Expert Report of Dr. Whitehouse or, in the Alternative, Compel the Production of the Withheld Databases and Documents Upon Which He Relies and for Entry of a Confidentiality Order [Filed: 4/9/09] (Docket No. 21245)

c.     [Proposed] Order [Filed: 4/9/09] (Docket No. 21245)

d.     [Signed] Order Shortening Notice Period on Motion to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order [Filed: 4/30/09] (Docket No. 21491)

e.     Joinder of Maryland Casualty Company to Motion to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order [Filed: 4/30/09] (Docket No. 21492)

f.      Joinder of Continental Casualty Company to Motion to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order [Filed: 5/4/09] (Docket No. 21523)

g.      Arrowood's Request to Take Judicial Notice, Pursuant to Federal Rule of Evidence 201, of Decision and Order Barring Expert Testimony of Dr. Whitehouse in Further Support of Motion to Strike Whitehouse Expert Report [Filed: 5/4/09] (Docket No. 21525)

Response Deadline: May 8, 2009

Responses Received:

a.      Debtors' Response in Support of the Motion to Strike Whitehouse Expert Report [Filed: 5/8/09] (Docket No. 21591)

Status: This matter will be going forward.

3.      Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing [Filed: 4/27/09] (Docket No. 21428)

Related Documents:

a.      [Proposed] Order Granting Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing [Filed: 4/27/09] (Docket No. 21428)

b.      [Signed] Order Granting Motion of Libby Claimants' for Leave From This Court's Case Management Order so as to Shorten Notice and Expedite Consideration of Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing [Filed: 4/30/09] (Docket No. 21489)

Response Deadline: May 8, 2009

Responses Received:

a.      Limited Objection of Bank Lender Group to Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing [Filed: 5/8/09] (Docket No. 21579)

b.      Opposition of Official Committee of Asbestos Personal Injury Claimants to Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing [Filed: 5/8/09] (Docket No. 21588)

c.      Debtors' Response to Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing [Filed: 5/8/09] (Docket No. 21592)

Status: This matter will go forward.

Dated: May 8, 2009

                                        KIRKLAND & ELLIS LLP
                                        David M. Bernick, P.C.
                                        Theodore L. Freedman
                                        Citigroup Center
                                        153 East 53rd Street
                                        New York, NY 10022-4611
                                        (212) 446-4800

                                        -and–

                                        PACHULSKI STANG ZIEHL & JONES LLP

                                        *James E. O'Neill*

                                        Laura Davis Jones (Bar No. 2436)
                                        James E. O'Neill (Bar No. 4042)
                                        Kathleen P. Makowski (Bar No. 3648)
                                        Timothy P. Cairns (Bar No. 4228)
                                        919 North Market Street, 17th Floor
                                        Wilmington, DE  19801
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400

                                        Co-Counsel for the Debtors and Debtors in Possession