# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF DR. ALAN C. WHITEHOUSE

STATE OF WASHINGTON)
:ss
County of Spokane )

DR. ALAN C. WHITEHOUSE, being first duly sworn upon oath, deposes and states as follows:

1. I am Dr. Alan C. Whitehouse, of 28810 North Milan Road, Chattaroy, WA 99003.

2. I am licensed in Washington and Montana. I am Board Certified in pulmonology and internal medicine. I currently practice chest medicine at the Center for Asbestos Related Disease (CARD) in Libby, Montana, where we have over 1,800 active cases of asbestos disease from exposure to Libby asbestos. I have practiced pulmonary medicine in Spokane, Washington, from 1969 - 2004, and in Libby, Montana, from 2004 to date.

3. My CV is attached to the Expert Report of Dr. Alan C. Whitehouse

12/29/08, as Exh. 1.

4. As a clinical physician practicing pulmonology for about 40 years, I have regularly used and interpreted epidemiologic medical literature. The vast majority of publications in the medical literature are based upon principles of epidemiology. It is necessary to be familiar with principles of epidemiology to use and interpret the literature. I took courses in epidemiology in medical school. I have specialized knowledge in epidemiology.

5. I am the author of Whitehouse (2004), "Asbestos Related Pleural Disease Due to Tremolite Associated With Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana," Am J Ind Med 46:219-225, and Whitehouse et al (2008), "Environmental Exposure to Libby Asbestos and Mesotheliomas," Am J Ind Med., both of which are descriptive epidemiology publications.

6. A Dictionary of Epidemiology, edited by John M. Last, 4th Ed., defines "epidemiology" as "the study of the distribution and determinants of health-related states or events in specified populations, and the application of this study to control of health problems." A "descriptive study" is defined as "a study concerned with and designed only to describe the existing distribution of variables, without regard to causal or other hypotheses.

7. It is standard practice to follow the diagnostic criteria in ATS (2004),

Official Statement, "Diagnosis and Initial Management of Non-Malignant Diseases Related to Asbestos," Am J Respir Crit Care Med, 170:691-715. Along with the other physicians at the Center for Asbestos Related Disease in Libby, Montana, I follow the ATS (2004) criteria. One of the diagnostic criteria requires "evidence of causation by asbestos as documented by the occupational and environmental history . . .." In every diagnosis of asbestos-related disease from exposure to Libby winchite asbestos, I have made a determination that there was evidence of causation by asbestos. The CARD Clinic doctors have entered over 900 diagnoses of asbestos-related disease on Libby Claimants.

8. I have reviewed considerable data on asbestos contamination in the Libby area, including W.R. Grace data, EPA data, and State of Montana data. See ¶ 35, Expert Report of Dr. Alan C. Whitehouse 12/29/08. Data on community exposures to asbestos in the 1950s, 1960s, 1970s, 1980s, and 1990s, is not in sufficient detail for the preparation of an analytic epidemiologic dose/response study. No such study has been done. However, there is ample data on the presence of Libby winchite asbestos in the community, and ample evidence of asbestos-related disease from asbestos exposures in the Libby area for a pulmonologist to find causation of disease by asbestos.

9. There are many epidemiologic studies on asbestos-related disease secondary to exposure to Libby winchite asbestos. See the list Libby Studies,

attached to the Expert Report of Dr. Alan C. Whitehouse 12/29/08.

10.  It is standard practice for physicians to discuss and describe findings made based upon experience with groups of patients. Over the years I have made observations on the disease process caused by exposure to Libby winchite asbestos, and I have stated many of them in the Expert Report of Dr. Alan C. Whitehouse 12/29/08. These observations were made with the same rigor required in clinical practice, and in addition a number of the observations have been quantified.

11.  I am a co-investigator in the CARD mortality study. This is a descriptive epidemiologic study. On epidemiology matters, we have consulted with Dr. Craig Molgaard, epidemiologist, and professor at the University of Montana, Missoula.

DATED this 7 day of May, 2009.

_____
Dr. Alan C. Whitehouse

SUBSCRIBED AND SWORN to before me this 7th day of May, 2009.

(SEAL)

_____
Notary Public for the State of Washington
Residing at: _____
My Commission Expires: _____

Affidavit of Dr. Alan C. Whitehouse        4                    5/6/09