# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF DR. ALAN C. WHITEHOUSE

STATE OF WASHINGTON)
:ss
County of Spokane )

DR. ALAN C. WHITEHOUSE, being first duly sworn upon oath, deposes and states as follows:

1. I am Dr. Alan C. Whitehouse, of 28810 North Milan Road, Chattaroy, WA 99003.

2. I am licensed in Washington and Montana. I am Board Certified in pulmonology and internal medicine. I currently practice chest medicine at the Center for Asbestos Related Disease (CARD) in Libby, Montana, where we have over 1,800 active cases of asbestos disease from exposure to Libby asbestos. I have practiced pulmonary medicine in Spokane, Washington, from 1969 - 2004, and in Libby, Montana from 2004 to date.

3. My CV is attached to the Expert Report of Dr. Alan C. Whitehouse

Affidavit of Dr. Alan C. Whitehouse    1    5/6/09

12/29/08, as Exh. 1.

4. The "550 database," was a database which I kept on my computer up to about 2005 or 2006. After writing the paper titled Whitehouse (2004), "Asbestos Related Pleural Disease due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana." AM J Ind. Med. 46:219-225, I attempted to follow lung functions on a large group of patients, by entering lung function data. The data was never complete. It was difficult to maintain, as I was at the CARD Clinic only part time. The database remained in an informal format. After a time it became too time consuming to attempt to maintain it.

5. There were various proposals for a medical database at the CARD Clinic, which would accomplish the tracking of lung function numbers. For the past few years I had been expecting to be able to use such a database. It has not been completed.

6. In the preparation of the Expert Report by Dr. Alan C. Whitehouse 12/29/08, what I have referred to as the "550 database" was not a part of the information considered for the report.

7. Attached to the report of 12/29/08 are various lists and charts of Libby Claimants. See e.g., Exhibits 4, 8, 10. Such charts were prepared by the

Affidavit of Dr. Alan C. Whitehouse     2     5/6/09

law firms for the Libby Claimants, and contain the full extent of information I reviewed as to these exhibits. There is no more.

DATED this __7__ day of May, 2009.

_signature_
Dr. Alan C. Whitehouse

SUBSCRIBED AND SWORN to before me this _7th_ day of May, 2009

(SEAL)



_signature_
Notary Public for the State of Washington
9425 N. Nevada St. 114
Residing at: Spokane, WA 99218
My Commission Expires: June 10, 2009