EXHIBIT E

**Christopher M. Candon**

| | |
|---|---|
| **From:** | Lisa Esayian [lesayian@kirkland.com] |
| **Sent:** | Tuesday, February 17, 2009 1:05 PM |
| **To:** | caseyl@pepperlaw.com; ealcabes@stblaw.com; david.turetsky@skadden.com; sbaena@bilzin.com; Pbentley@kramerlevin.com; kbornstein@sbtklaw.com; michael.brown@dbr.com; gcalhoun@steptoe.com; Christopher M. Candon; carignanj@pepperlaw.com; locasaleg@whiteandwilliams.com; casarinom@whiteandwilliams.com; Catherine.Chen@wilsonelser.com; tscobb@vorys.com; Daniel C. Cohn; jcohn@cozen.com; collins@rlf.com; acraig@cuyler.com; mdavis@zeklaw.com; emdecristofaro@fmew.com; dfelder@orrick.com; pmahaley@orrick.com; richard.finke@grace.com; fournierd@pepperlaw.com; rfrankel@orrick.com; James.Freeman2@usdoj.gov; gibbonsj@whiteandwilliams.com; mgiannotto@goodwinprocter.com; dglosband@goodwinprocter.com; green@lrclaw.com; noah.heller@kattenlaw.com; hertzbergr@pepperlaw.com; jal@capdale.com; jdd@stevenslee.com; mjoseph@ferryjoseph.com; kandestin@rlf.com; david.klauder@usdoj.gov; mkramer@bilzin.com; akrieger@stroock.com; lkruger@stroock.com; landis@lrclaw.com; lepley@crowell.com; ilevee@lowenstein.com; lpg@stevenslee.com; elongosz@eckertseamans.com; madron@r.kirkland.com; lf.com@kirkland.com; kmangan@wcsr.com; dmannal@kramerlevin.com; nancy.manzer@wilmer.com; madigan.andrea@epa.gov; maward@wcsr.com; gmcdaniel@bglawde.com; meltzere@pepperlaw.com; jmeltzer@sbtklaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; metkin@lowenstein.com; miller@skfdelaware.com; fmonaco@wcsr.com; bmukherjee@goodwinprocter.com; mumford@lrclaw.com; ppantaleo@stblaw.com; kpasquale@stroock.com; speirce@fulbright.com; tgerber@fulbright.com; kmiller@skfdelaware.com; erw@skfdelaware.com; perniconec@wilsonelser.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; david.primack@dbr.com; jpruggeri@hhlaw.com; pvnl@capdale.com; rifft@wileyrein.com; arosenberg@paulweiss.com; drosenbloom@mwe.com; wrussell@stblaw.com; jsakalo@bilzin.com; wshelley@cozen.com; mark.shelnitz@grace.com; sshimshak@paulweiss.com; rjsidman@vorys.com; swspencer@fmew.com; stearn@rlf.com; lstover@eckertseamans.com; ttacconelli@ferryjoseph.com; toolee@pepperlaw.com; david.turetsky@skadden.com; mwallace@orrick.com; jwaxman@orrick.com; jwisler@cblh.com; rwyron@orrick.com; arich@alanrichlaw.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; JOneill@pszjlaw.com; tfreedman@kirkland.com; DJ.Baker@skadden.com; jguy@orrick.com; tschiavoni@omm.com; gsvirsky@omm.com; belais@omm.com; mhurford@camlev.com; rhorkovich@andersonkill.com; ramos@rlf.com; john.mcfarland@grace.com; ndf@capdale.com; GSvirsky@OMM.com; jeff.friedman@kattenlaw.com; rguttman@zeklaw.com; mdavis@zeklaw.com; vguldi@zuckerman.com; mweis@dilworth.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; kmayer@mccarter.com; dsilver@mccarter.com; acordo@mnat.com; rdehney@mnat.com; mforshaw@stblaw.com; ealcabes@stblaw.com; young@wildman.com; decristofaro@fnew.com; yoderj@whiteandwilliams.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; carolina.acevedo@mendes.com; ealcabes@stblaw.com; anna.newsom@mendes.com; carignanj@pepperlaw.com; mwdies@aol.com; rlevy@pryorcashman.com; DBlabey@kramerlevin.com |
| **Cc:** | jbaer@jsbpc.com; tfreedman@kirkland.com; Andrew Running; Joy Monahan |
| **Subject:** | WR Grace: proposed protective order for confidential documents requested in confirmation discovery requests |
| **Attachments:** | Protective Order re Confidentiality for Confirmation Discovery - February 2009_(14255063_ 1).DOC |

Dear Counsel:

Various objectors have propounded discovery requests to the Debtors and to certain co-Plan Proponents and certain insurers that seek confidential documents/information. We've drafted a Protective Order that is intended to allow production of such information in these confirmation proceedings while also protecting the confidentiality of such

1

information from parties not involved.  This Protective Order is patterned as closely as possible on the protective order that Jan negotiated with some of you in December for certain PI estimation materials, but we have tailored this draft to the current discovery requests where needed.

Please let us know if this draft protective order is agreeable to you or, if you have comments, please let us know.

In addition, Grace and certain of Grace's insurers have been asked to produce Grace/insurer pre-petition settlement agreements which contain confidentiality provisions.  Grace will be unable to produce such agreements absent consent of the settling insurers.  We would appreciate it if the settled insurers could reply to me and let me know if they are agreeable to production of their settlement agreements if protected by the attached protective order.  For any settled insurers who are not agreeable to Grace producing their settlement agreement with the protection of the attached order, Grace will so note in its discovery responses and will suggest that such insurers and the parties requesting the settlement agreements attempt to resolve the issue.

Thank you and we look forward to hearing from you.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************

**Christopher M. Candon**

| | |
|---|---|
| **From:** | Lisa Esayian [lesayian@kirkland.com] |
| **Sent:** | Wednesday, February 25, 2009 1:10 PM |
| **To:** | caseyl@pepperlaw.com; ealcabes@stblaw.com; david.turetsky@skadden.com; sbaena@bilzin.com; Pbentley@kramerlevin.com; kbornstein@sbtklaw.com; michael.brown@dbr.com; gcalhoun@steptoe.com; Christopher M. Candon; carignanj@pepperlaw.com; locasaleg@whiteandwilliams.com; casarinom@whiteandwilliams.com; Catherine.Chen@wilsonelser.com; tscobb@vorys.com; Daniel C. Cohn; jcohn@cozen.com; collins@rlf.com; acraig@cuyler.com; mdavis@zeklaw.com; emdecristofaro@fmew.com; dfelder@orrick.com; pmahaley@orrick.com; richard.finke@grace.com; fournierd@pepperlaw.com; rfrankel@orrick.com; James.Freeman2@usdoj.gov; gibbonsj@whiteandwilliams.com; mgiannotto@goodwinprocter.com; dglosband@goodwinprocter.com; green@lrclaw.com; noah.heller@kattenlaw.com; hertzbergr@pepperlaw.com; jal@capdale.com; jdd@stevenslee.com; mjoseph@ferryjoseph.com; kandestin@rlf.com; david.klauder@usdoj.gov; mkramer@bilzin.com; akrieger@stroock.com; lkruger@stroock.com; landis@lrclaw.com; lepley@crowell.com; ilevee@lowenstein.com; lpg@stevenslee.com; elongosz@eckertseamans.com; madron@r.kirkland.com; lf.com@kirkland.com; kmangan@wcsr.com; dmannal@kramerlevin.com; nancy.manzer@wilmer.com; madigan.andrea@epa.gov; maward@wcsr.com; gmcdaniel@bglawde.com; meltzere@pepperlaw.com; jmeltzer@sbtklaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; metkin@lowenstein.com; miller@skfdelaware.com; fmonaco@wcsr.com; bmukherjee@goodwinprocter.com; mumford@lrclaw.com; ppantaleo@stblaw.com; kpasquale@stroock.com; speirce@fulbright.com; tgerber@fulbright.com; kmiller@skfdelaware.com; erw@skfdelaware.com; perniconec@wilsonelser.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; david.primack@dbr.com; jpruggeri@hhlaw.com; pvnl@capdale.com; rifft@wileyrein.com; arosenberg@paulweiss.com; drosenbloom@mwe.com; wrussell@stblaw.com; jsakalo@bilzin.com; wshelley@cozen.com; mark.shelnitz@grace.com; sshimshak@paulweiss.com; rjsidman@vorys.com; swspencer@fmew.com; stearn@rlf.com; lstover@eckertseamans.com; ttacconelli@ferryjoseph.com; toolee@pepperlaw.com; david.turetsky@skadden.com; mwallace@orrick.com; jwaxman@cozen.com; jwisler@cblh.com; rwyron@orrick.com; arich@alanrichlaw.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; JOneill@pszjlaw.com; tfreedman@kirkland.com; DJ.Baker@skadden.com; jguy@orrick.com; tschiavoni@omm.com; gsvirsky@omm.com; belais@omm.com; mhurford@camlev.com; rhorkovich@andersonkill.com; ramos@rlf.com; john.mcfarland@grace.com; ndf@capdale.com; GSvirsky@OMM.com; jeff.friedman@kattenlaw.com; rguttman@zeklaw.com; mdavis@zeklaw.com; vguldi@zuckerman.com; mweis@dilworth.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; kmayer@mccarter.com; dsilver@mccarter.com; acordo@mnat.com; rdehney@mnat.com; mforshaw@stblaw.com; ealcabes@stblaw.com; young@wildman.com; decristofaro@fnew.com; yoderj@whiteandwilliams.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; carolina.acevedo@mendes.com; ealcabes@stblaw.com; anna.newsom@mendes.com; carignanj@pepperlaw.com; mwdies@aol.com; rlevy@pryorcashman.com; DBlabey@kramerlevin.com |
| **Cc:** | jbaer@jsbpc.com; Theodore Freedman |
| **Subject:** | WR Grace: 2/25 revised proposed prot order for confidential documents requested in confirmation discovery requests |
| **Attachments:** | Protective Order re Confidentiality for Confirmation Discovery - March 2009_(14255063_2).DOC |

Dear Counsel:

Following up on my February 17 email to you (attached below), we have received comments from several parties and have incorporated virtually all of them (and I have communicated with specific parties to the extent that we did not incorporate one of their comments.)  Attached is a revised version, in track changes.  If you intend to provide comments

1

on behalf of your client(s), please send me your comments.

Thank you.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

----- Forwarded by Lisa Esayian/Chicago/Kirkland-Ellis on 02/25/2009 12:04 PM -----
**Lisa Esayian/Chicago/Kirkland-Ellis**

02/17/2009 12:04 PM

To caseyl@pepperlaw.com, ealcabes@stblaw.com, david.turetsky@skadden.com, sbaena@bilzin.com, Pbentley@kramerlevin.com, kbornstein@sbtklaw.com, michael.brown@dbr.com, gcalhoun@steptoe.com, candon@cwg11.com, carignanj@pepperlaw.com, locasaleg@whiteandwilliams.com, casarinom@whiteandwilliams.com, Catherine.Chen@wilsonelser.com, tscobb@vorys.com, cohn@cwg11.com, jcohn@cozen.com, collins@rlf.com, acraig@cuyler.com, mdavis@zeklaw.com, emdecristofaro@fmew.com, dfelder@orrick.com, pmahaley@orrick.com, richard.finke@grace.com, fournierd@pepperlaw.com, rfrankel@orrick.com, James.Freeman2@usdoj.gov, gibbonsj@whiteandwilliams.com, mgiannotto@goodwinprocter.com, dglosband@goodwinprocter.com, green@lrclaw.com, noah.heller@kattenlaw.com, hertzbergr@pepperlaw.com, jal@capdale.com, jdd@stevenslee.com, mjoseph@ferryjoseph.com, kandestin@rlf.com, david.klauder@usdoj.gov, mkramer@bilzin.com, akrieger@stroock.com, lkruger@stroock.com, landis@lrclaw.com, lepley@crowell.com, ilevee@lowenstein.com, lpg@stevenslee.com, elongosz@eckertseamans.com, madron@rlf.com, kmangan@wcsr.com, dmannal@kramerlevin.com, nancy.manzer@wilmer.com, madigan.andrea@epa.gov, maward@wcsr.com, gmcdaniel@bglawde.com, meltzere@pepperlaw.com, jmeltzer@sbtklaw.com, merritt.pardini@kattenlaw.com, mes@stevenslee.com, metkin@lowenstein.com, millerg@skfdelaware.com, fmonaco@wcsr.com, bmukherjee@goodwinprocter.com, mumford@lrclaw.com, ppantaleo@stblaw.com, kpasquale@stroock.com, speirce@fulbright.com, tgerber@fulbright.com, kmiller@skfdelaware.com, erw@skfdelaware.com, perniconec@wilsonelser.com, mphillips@cblh.com, mphillips@paulweiss.com, mpiropato@stblaw.com, david.primack@dbr.com, jpruggeri@hhlaw.com, pvnl@capdale.com, rifft@wileyrein.com, arosenberg@paulweiss.com, drosenbloom@mwe.com, wrussell@stblaw.com, jsakalo@bilzin.com, wshelley@cozen.com, mark.shelnitz@grace.com, sshimshak@paulweiss.com, rjsidman@vorys.com, swspencer@fmew.com, stearn@rlf.com, lstover@eckertseamans.com, ttacconelli@ferryjoseph.com, toolee@pepperlaw.com, david.turetsky@skadden.com, mwallace@orrick.com, jwaxman@cozen.com, jwisler@cblh.com, rwyron@orrick.com, arich@alanrichlaw.com, dspeights@speightsrunyan.com, ewestbrook@rpwb.com, JOneill@pszjlaw.com, tfreedman@kirkland.com, DJ.Baker@skadden.com, jguy@orrick.com, tschiavoni@omm.com, gsvirsky@omm.com, belais@omm.com, mhurford@camlev.com, rhorkovich@andersonkill.com, ramos@rlf.com, john.mcfarland@grace.com, ndf@capdale.com, GSvirsky@OMM.com, jeff.friedman@kattenlaw.com, rguttman@zeklaw.com, mdavis@zeklaw.com, vguldi@zuckerman.com, mweis@dilworth.com, akelley@dilworthlaw.com, sfreedman@dilworthlaw.com, kmayer@mccarter.com, dsilver@mccarter.com, acordo@mnat.com, rdehney@mnat.com, mforshaw@stblaw.com, ealcabes@stblaw.com, young@wildman.com, decristofaro@fmew.com, yoderj@whiteandwilliams.com, jspadaro@johnsheehanspadaro.com, alexander.mueller@mendes.com, thomas.quinn@mendes.com, eileen.mccabe@mendes.com, carolina.acevedo@mendes.com, ealcabes@stblaw.com, anna.newsom@mendes.com, carignanj@pepperlaw.com, mwdies@aol.com, rlevy@pryorcashman.com, David Blabey

cc jbaer@jsbpc.com, tfreedman@kirkland.com, Andrew Running/Chicago/Kirkland-Ellis@K&E, Joy Monahan/Chicago/Kirkland-Ellis

Subject WR Grace: proposed protective order for confidential documents requested in confirmation discovery requests

## Christopher M. Candon

| | |
|---|---|
| **From:** | Christopher M. Candon |
| **Sent:** | Wednesday, February 25, 2009 3:29 PM |
| **To:** | 'Lisa Esayian' |
| **Cc:** | 'Nathan Finch'; Peter Lockwood; Daniel C. Cohn; 'Jon L. Heberling'; Tom Lewis; 'jlacey@mcgarveylaw.com'; mark@lsklaw.net |
| **Subject:** | RE: WR Grace:  2/25 revised proposed prot order for confidential documents requested in confirmation discovery requests |
| **Attachments:** | Protective Order re Confidentiality for Confirmation Discovery (3 bl vs. 1).doc; Protective Order re Confidentiality for Confirmation Discovery 3.DOC |

Lisa:

Attached is the Libby Claimants' revised draft of the Protective Order, together with a blackline comparing this draft to the draft that you circulated last week.  Because I am circulating this draft before receiving all comments from our co-counsel, I must reserve our right to make further changes.

Regards,
Chris

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:     (617) 951-0679

*********************************************************************************
Note:  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited.  If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Lisa Esayian [mailto:lesayian@kirkland.com]
**Sent:** Wednesday, February 25, 2009 1:10 PM
**To:** caseyl@pepperlaw.com; ealcabes@stblaw.com; david.turetsky@skadden.com; sbaena@bilzin.com; Pbentley@kramerlevin.com; kbornstein@sbtklaw.com; michael.brown@dbr.com; gcalhoun@steptoe.com; Christopher M. Candon; carignanj@pepperlaw.com; locasaleg@whiteandwilliams.com; casarinom@whiteandwilliams.com; Catherine.Chen@wilsonelser.com; tscobb@vorys.com; Daniel C. Cohn; jcohn@cozen.com; collins@rlf.com; acraig@cuyler.com; mdavis@zeklaw.com; emdecristofaro@fmew.com; dfelder@orrick.com; pmahaley@orrick.com; richard.finke@grace.com; fournierd@pepperlaw.com; rfrankel@orrick.com; James.Freeman2@usdoj.gov; gibbonsj@whiteandwilliams.com; mgiannotto@goodwinprocter.com; dglosband@goodwinprocter.com; green@lrclaw.com; noah.heller@kattenlaw.com; hertzbergr@pepperlaw.com; jal@capdale.com; jdd@stevenslee.com; mjoseph@ferryjoseph.com; kandestin@rlf.com; david.klauder@usdoj.gov; mkramer@bilzin.com; akrieger@stroock.com; lkruger@stroock.com; landis@lrclaw.com; lepley@crowell.com; ilevee@lowenstein.com; lpg@stevenslee.com; elongosz@eckertseamans.com; madron@r.kirkland.com; lf.com@kirkland.com; kmangan@wcsr.com; dmannal@kramerlevin.com; nancy.manzer@wilmer.com; madigan.andrea@epa.gov; maward@wcsr.com; gmcdaniel@bglawde.com; meltzere@pepperlaw.com; jmeltzer@sbtklaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; metkin@lowenstein.com; miller@skfdelaware.com; fmonaco@wcsr.com; bmukherjee@goodwinprocter.com; mumford@lrclaw.com; ppantaleo@stblaw.com; kpasquale@stroock.com; speirce@fulbright.com; tgerber@fulbright.com; kmiller@skfdelaware.com; erw@skfdelaware.com;

**Christopher M. Candon**

| | |
|---|---|
| **From:** | Lisa Esayian [lesayian@kirkland.com] |
| **Sent:** | Sunday, March 08, 2009 4:51 PM |
| **To:** | acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; belias@omm.com; bmukherjee@goodwinprocter.com; Christopher M. Candon; carignanj@pepperlaw.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.Chen@wilsonelser.com; Daniel C. Cohn; collins@rlf.com; david.klauder@usdoj.gov; david.primack@dbr.com; david.turetsky@skadden.com; DBlabey@kramerlevin.com; emdecristofaro@fnew.com; dfelder@orrick.com; dglosband@goodwinprocter.com; DJ.Baker@skadden.com; dmannal@kramerlevin.com; drosenbloom@mwe.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@fmew.com; erw@skfdelaware.com; ewestbrook@rpwb.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; gsvirsky@omm.com; hertzbergr@pepperlaw.com; ilevee@lowenstein.com; jal@capdale.com; James.Freeman2@usdoj.gov; jbaer@jsbpc.com; jcohn@cozen.com; jdd@stevenslee.com; jeffrey.boerger@dbr.com; jeff.friedman@kattenlaw.com; jguy@orrick.com; jmeltzer@sbtklaw.com; JOneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; kpasquale@stroock.com; landis@lrclaw.com; lepley@crowell.com; lkruger@stroock.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; madigan.andrea@epa.gov; madron@r.kirkland.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; metkin@lowenstein.com; mforshaw@stblaw.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; miller@skfdelaware.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mphillips@paulweiss.com; mphillips@cblh.com; mpiropato@stblaw.com; mumford@lrclaw.c; om@kirkland.com; mwallace@orrick.com; mwdies@aol.com; mweis@dilworth.com; nancy.manzer@wilmer.com; npf@capdale.com; noah.heller@kattenlaw.com; Pbentley@kramerlevin.com; perniconec@wilsonelser.com; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; rdehney@mnat.com; rfrankel@orrick.com; rguttman@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rlevy@pryorcashman.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@fmew.com; tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com; toolee@pepperlaw.com; tschiavoni@omm.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; vguldi@zuckerman.com; warren.pratt@dbr.com; david.primack@dbr.com; wrussell@stblaw.com; wshelley@cozen.com; Dan X-fer; yoderj@whiteandwilliams.com; young@wildman.com |
| **Subject:** | WR Grace: Revised Draft Protective Order re confidential Information in connection with confirmation |
| **Attachments:** | Protective Order re Confidentiality for Confirmation Discovery - March 2009_(14255063_3).DOC |

Counsel,

Attached is a red-line of a revised draft Protective Order, reflecting all revisions I have received since circulating the second draft on February 25, except if I communicated directly with you regarding one of your proposed revisions and indicated that we would prefer not to incorporate it, and except the following revisions proposed by the Libby Claimants:

(1) In Paragraph 1, Libby claimants proposed a new phrase at the end of the Paragraph, " "[N]or any ... order ... based ... indirectly on Confidential Information may be utilized in any proceeding other than Plan Confirmation (including any appeal therefrom)." Counsel for the ACC has expressed some concerns regarding this language. Perhaps counsel for

the Libby Claimants and the ACC could confer to reach agreement.

(2) In Paragraph 3, line 12, with regard to the language that the Libby claimants have proposed (which is included in the attached draft for purposes of discussion), counsel for the ACC has expressed a concern that if a Party such as counsel for the Libby Claimants chooses voluntarily to file in the confirmation proceeding otherwise confidential information from his/her clients, as written this language appears to preclude that from being treated as a waiver of confidentiality, which seems to be inappropriate.  Again we suggest counsel for the Libby Claimants and the ACC confer.

(3) In Paragraph 10, Libby claimants proposed a new phrase, "no finding, ruling, order or other determination of this Court in conjunction with Plan Confirmation shall bind any person ... in any later determination of the validity or amount of any Asbestos PI Claim or the liability of any person therefor."  Counsel for the ACC has expressed some concerns regarding this language.  Perhaps counsel for the Libby Claimants and the ACC could also confer regarding this to reach agreement.

(4) Also in Paragraph 10, the Libby claimants added the phrase "Patient Identifying Information" among other revisions. This phrase is not defined and we will need a definition.

(5) In Paragraph 21, the Libby claimants proposed some language leading to an alternative definition of Destruction Date which was unintelligible.  Thus, we did not incorporate it.

It has also been suggested that counsel for the Debtors and Committees should be added to Appendix A.  We intend to do so in the final version.

To the extent that you have comments or concerns on the proposed revisions, please let us know.  Otherwise, as soon as the above-mentioned items are resolved, the proposed Order will be submitted to the Court.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

---

During the month of April, we are relocating to our new offices. Effective April 13, 2009, our new address will be:

   300 North LaSalle
   Chicago, IL 60654

Our telephone number will have a new prefix and our new general number will be (312) 862-2000.

---

*********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this

## Christopher M. Candon

| | |
|---|---|
| **From:** | Lisa Esayian [lesayian@kirkland.com] |
| **Sent:** | Wednesday, March 18, 2009 11:45 AM |
| **To:** | acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; belias@omm.com; bmukherjee@goodwinprocter.com; Christopher M. Candon; carignanj@pepperlaw.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.Chen@wilsonelser.com; Daniel C. Cohn; collins@rlf.com; david.klauder@usdoj.gov; david.primack@dbr.com; david.turetsky@skadden.com; DBlabey@kramerlevin.com; emdecristofaro@fmew.com; dfelder@orrick.com; dglosband@goodwinprocter.com; DJ.Baker@skadden.com; dmannal@kramerlevin.com; drosenbloom@mwe.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; erw@skfdelaware.com; ewestbrook@rpwb.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; gsvirsky@omm.com; hertzbergr@pepperlaw.com; ilevee@lowenstein.com; j@kirkland.com; al@capdale.com; James.Freeman2@usdoj.gov; jbaer@jsbpc.com; jcohn@cozen.com; jdd@stevenslee.com; jeffrey.boerger@dbr.com; jeff.friedman@kattenlaw.com; jguy@orrick.com; jmeltzer@sbtklaw.com; JOneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; landis@lrclaw.com; lepley@crowell.com; lkruger@stroock.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; madigan.andrea@epa.gov; madron@r.kirkland.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; metkin@lowenstein.com; mforshaw@stblaw.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; michael.brown@dbr.com; miller@skfdelaware.com; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mphillips@paulweiss.com; mphillips@cblh.com; mpiropato@stblaw.com; mumford@lrclaw.com; mwall@kirkland.com; ace@orrick.com; mwdies@aol.com; mweis@dilworth.com; nancy.manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; Pbentley@kramerlevin.com; perniconec@wilsonelser.com; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; rdehney@mnat.com; rfrankel@orrick.com; rguttman@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rlevy@pryorcashman.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@fmew.com; tfreedman@kirkland.com; tgerber@fulbright.com; thomas.quinn@mendes.com; toolee@pepperlaw.com; tschiavoni@omm.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; vguldi@zuckerman.com; warren.pratt@dbr.com; david.primack@dbr.com; wrussell@stblaw.com; wshelley@cozen.com; Dan X-fer; yoderj@whiteandwilliams.com; young@wildman.com |
| **Subject:** | WR Grace:  final version of protective order for confidential confirmation discovery, to be submitted to the Court |
| **Attachments:** | Protective Order re Confidentiality for Confirmation Discovery - March 2009_(14255063_ 3).DOC; Protective Order re Confidentiality for Confirmation Discovery - Clean - March 2009 _(14255063_4).DOC |

Dear Counsel:

Following up on my March 8 email, we have incorporated all comments that we have received since March 8 regarding the revised draft order that I distributed on March 8.  Attached are red-lined and clean versions.  As you will see, the revisions compared to the March 8 version are not extensive.

We would like to proceed with submitting this to the Court.  Accordingly, if you have any final comments, please let us

1

know by close of business on Thursday, March 19.  We will then submit this to the Court.  Thank you.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

During the month of April, we are relocating to our new offices. Effective April 13, 2009, our new address will be:

    300 North LaSalle
    Chicago, IL 60654

Our telephone number will have a new prefix and our new general number will be (312) 862-2000.

```
**********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
**********************************************************
```

**Christopher M. Candon**

| | |
|---|---|
| **From:** | Daniel C. Cohn |
| **Sent:** | Tuesday, March 31, 2009 5:36 PM |
| **To:** | 'Brian Stansbury'; Lisa Esayian |
| **Cc:** | jbaer@jsbpc.com; Theodore Freedman; Dan X-fer |
| **Subject:** | RE: WR Grace -- proposed protective order -- revisions re Libby claimants' information |

Brian and Lisa:

We cannot agree with your proposed changes. Concerning use of private medical information in the criminal case, I am advised by Montana counsel that the Montana Uniform Health Care Information Act §§ 50-16-501, et seq., MCA, does not authorize Montana counsel to permit the disclosure or use of medical records, on behalf of our clients whose private health care information is at issue, in the manner requested by Grace. Concerning identification of claimants by number rather than name, we regard this as an important safeguard to protect our clients' privacy in the Grace bankruptcy.

Please advise whether the plan proponents are now willing to submit the protective order, in its previously agreed form, for entry by the Court.

*Dan*

*Daniel C. Cohn*
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: 617-951-2505
Fax: 617-951-0679

Note: This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information. Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Brian Stansbury [mailto:BStansbury@kirkland.com]
**Sent:** Friday, March 27, 2009 3:54 PM
**To:** Lisa Esayian
**Cc:** Daniel C. Cohn; jbaer@jsbpc.com; Theodore Freedman
**Subject:** Re: WR Grace -- proposed protective order -- revisions re Libby claimants' information

Dan-

I wanted to follow up on Lisa's e-mail below. Please let us know if you have any concerns about the proposed language.

Thanks,

Brian

Brian Stansbury | Partner | Kirkland & Ellis LLP
655 15th Street NW | Suite 1200

Washington DC 20005
(202) 879-5969 | (202) 879-5200 fax

**Lisa Esayian/Chicago/Kirkland-Ellis**

03/26/2009 07:09 PM

To cohn@cwg11.com

cc jbaer@isbpc.com, Theodore Freedman/New York/Kirkland-Ellis@K&E, Brian
   Stansbury/Washington DC/Kirkland-Ellis@K&E

Subject WR Grace -- proposed protective order -- revisions re Libby claimants' information

Dan,

Attached are proposed revisions to Paragraphs 1 and 9 of the protective order for confirmation discovery.  We are
proposing these revisions in light of comments we received from and in light of developments at Dr. Whitehouse's
deposition.  Please let us know if your clients are agreeable to these revisions.  Thanks.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

```
*******************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*******************************************************
```

## Christopher M. Candon

| | |
|---|---|
| **From:** | Janet S. Baer [jbaer@jsbpc.com] |
| **Sent:** | Friday, April 17, 2009 1:39 PM |
| **To:** | 'Theodore Freedman'; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; aaronsona@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cblh.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; jwaxman@cozen.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden.com; dj.baker@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrankel@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.com; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; Jonathan W. Young; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; teresa.currier@bipc.com; cbifferato@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; 'Barbara Harding'; Deb Scarcella; Thomas J. White III |
| **Subject:** | Grace Protective Order |
| **Attachments:** | 4.15.09 Grace protective order.doc |

Dear Counsel: After several go rounds with various parties, I think we have landed on the final form of the Grace Protective Order on our confirmation discovery. And, the form of the Order we believe everyone is in agreement on is the draft that was previously circulated on March 20, 2009, another copy of which is attached. Please review and provide me

any comments or objections you have by noon on Monday April 20.  If we are all in agreement, I will submit it on a certificate of counsel and ask for its immediate entry.  Thanks Jan

Janet S Baer
The Law Offices of Janet S. Baer P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
312-641-2162
jbaer@jsbpc.com

**Christopher M. Candon**

| | |
|---|---|
| **From:** | Christopher M. Candon |
| **Sent:** | Tuesday, April 21, 2009 9:13 AM |
| **To:** | 'Janet S. Baer'; Daniel C. Cohn |
| **Cc:** | bstansbury@kirkland.com; 'Kimberly Love' |
| **Subject:** | RE: Protective Order |

Thanks, Jan.

The Libby Claimants are fine with this latest version of the Protective Order.

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110
Phone:  (617) 951-2505
Fax:      (617) 951-0679
*********************************************************************************
Note:  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information.  Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited.  If you have received this communication in error, please notify us immediately by return e-mail or by telephone.


-----Original Message-----
From: Janet S. Baer [mailto:jbaer@jsbpc.com]
Sent: Monday, April 20, 2009 3:15 PM
To: Christopher M. Candon; Daniel C. Cohn
Cc: bstansbury@kirkland.com; 'Kimberly Love'
Subject: Protective Order

Chris and Dan:  Attached is a comparison of the March draft Lisa sent you to the document I circulated last week that had been dated March 20. As you can see, the only changes were changing dates from March to April, a couple of para references and adding the Acknowledgment form.  Jan

Janet S Baer
The Law Offices of Janet S. Baer P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
312-641-2162
jbaer@jsbpc.com

**Christopher M. Candon**

| | |
|---|---|
| **From:** | Janet S. Baer [jbaer@jsbpc.com] |
| **Sent:** | Thursday, April 23, 2009 4:43 PM |
| **To:** | lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; aaronsona@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cblh.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; jwaxman@cozen.com; wshelley@cozen.com; jcohn@cozen.com; gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden.com; dj.baker@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; dfelder@orrick.com; rfrankel@orrick.com; mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com; korr@orrick.com; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.com; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; teresa.currier@bipc.com; cbifferato@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com; mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com; jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com |
| **Subject:** | Grace Protective Order, again. |
| **Attachments:** | WSComparison_#14502874v1_LEGAL_ - 4.15.09 Grace protective order.doc-#14502877v1 _LEGAL_ - Protective.doc; Protective Order 4-23 version.doc |

Dear Counsel:  Well, here we go again.  Attached is yet another version of the draft Confirmation Protective Order.  This version is new and has two significant changes from the one I circulated last week. First, it eliminates the paragraph re medical information and second, it adds references to the previously entered protective orders. I attach a redline comparing the two.  I believe this order is agreeable to all parties except perhaps the Libby folks. Please review and let me know if you have any further issues on it.  We will be having a meet and confer with the Libby folks tomorrow at 1 eastern to discuss this in a last attempt to see if we can agree.  That discussion will also focus on the separate protective order for Libby that Royal suggested in various communications including in their Whitehouse objection.  It is our intention to file this Protective Order tomorrow either on a COC if we can agree or with a motion in the event we cannot reach full agreement.  Thanks to everyone for their continued patience.

The dial in for the meet and confer with the Libby folks tomorrow at 1 eastern is 866-657-2552. Code:  31264621867#.  It is not necessary for everyone to participate tomorrow unless they have a specific issue with the Protective Order. However, the Libby folks have requested that the ACC participate as the likely issues will be germane to the ACC. Thanks Jan

Janet S Baer
The Law Offices of Janet S. Baer P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
312-641-2162
jbaer@jsbpc.com