IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of J. David Slovak of Lewis, Slovak & Kovacich, P.C. to represent the Libby Claimants in these cases.

Dated: May __, 2009

Kerri K. Mumford (No. 4186)
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Montana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 8th, 2009

J. David Slovak
LEWIS, SLOVAK & KOVACICH, P.C.
725 Third Avenue North
Great Falls, MT 59401
Telephone: (406) 761-5595
Facsimile: (406) 761-5805

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: May ___, 2009

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

MOTION & ORDER PRO HAC VICE--JDS