# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 0.7 | $409.50 |
| | | | | | |
| **TOTAL** | | | | **0.7** | **$409.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopy | $2.40 |
| Facsimile | $6.00 |
| | |
| **TOTAL** | **$8.40** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 28, 2009
Invoice No.: 433864
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through January 31, 2009

| | |
|---|---|
| Fees | $409.50 |
| Disbursements | 8.40 |
| **Total Fees and Disbursements** | **$417.90** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 433864
February 28, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 01/22/09 | Jaffe | Emails with Ms. Johns and review schedule provided by Ms. Johns (0.3). | 0.3 |
| 01/26/09 | Jaffe | Telephone call with Ms. Johns and review GeoTrans work schedule (0.4). | 0.4 |
| | | **Total Hours** | **0.7** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 433864
February 28, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 0.7 |

|  |  |
|--|--|
| **Total Fees** | **$409.50** |

## Disbursement Summary

| Date | | Amount |
|------|--|--------|
| 01/31/09 | Facsimiles | 6.00 |
| 01/31/09 | In-House Photocopying | 2.40 |
| | **Total Disbursements** | **$8.40** |

| | |
|--|--|
| **Total Fees** | **$409.50** |
| **Total Disbursements** | **8.40** |
| **Total Fees and Disbursements** | **$417.90** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2009
Invoice No.: 433864
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**                         **$417.90**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 433864
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 2.1 | $1,228.50 |
| Jacob N. Polatin | Partner | Environmental | $585.00 | 8.0 | $4,680.00 |
| Malcolm G. Henderson | Partner | Business | $550.00 | 0.9 | $495.00 |
| | | | | | |
| **TOTAL** | | | | **11.0** | **$6,403.50** |

Expenses

| Description | Total |
|---|---|
| Photocopy | $4.92 |
| Outside Professional Fees: Adelson Loria & Weisman Reports and Title Examinations with the Norfolk County Registry of Deeds for 11 Parcels Re: South Street, Walpole, MA | $4,302.50 |
| | |
| **TOTAL** | **$4,307.42** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 28, 2009
Invoice No.: 433866
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through January 31, 2009

| | |
|---|---:|
| Fees | $6,403.50 |
| Disbursements | 4,307.42 |
| **Total Fees and Disbursements** | **$10,710.92** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 433866
February 28, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 01/06/09 | Jaffe | Audit letter response (0.4). | 0.4 |
| 01/07/09 | Polatin | Review title abstracts and draft memo regarding title status (3.8). | 3.8 |
| 01/08/09 | Polatin | Draft memo regarding title status (4.2). | 4.2 |
| 01/09/09 | Jaffe | Review J. Polatin memorandum to client regarding deed research and office conference with J. Polatin regarding same (0.9). | 0.9 |
| 01/11/09 | Henderson | Opinions Committee review of audit letter (0.5). | 0.5 |
| 01/12/09 | Jaffe | Review J. Polatin final memorandum to client regarding title issues (0.4). | 0.4 |
| 01/12/09 | Henderson | Attention to audit letter (0.1). | 0.1 |
| 01/14/09 | Henderson | Attention to audit letter (0.3). | 0.3 |
| 01/14/09 | Jaffe | Revising audit letter response (0.4). | 0.4 |
| | | **Total Hours** | **11.0** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 433866
February 28, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Polatin | 8.0 |
| Henderson | 0.9 |
| Jaffe | 2.1 |

**Total Fees**      $6,403.50

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/31/09 | In-House Photocopying | 4.92 |
| 01/31/09 | Outside Professional Fees | 4,302.50 |

**Total Disbursements**      $4,307.42

| | |
|---|---|
| **Total Fees** | $6,403.50 |
| **Total Disbursements** | 4,307.42 |
| **Total Fees and Disbursements** | $10,710.92 |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2009
Invoice No.: 433866
Matter No.: 08743.00102

**Re:  Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**            **$10,710.92**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 433866
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM