# EXHIBIT A

## Twenty-Fifth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #20775 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

# EXHIBIT B

## Twenty-Sixth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #21054 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

# EXHIBIT C

## Twenty-Seventh Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #21295 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.