# EXHIBIT A

February Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 21145 under Case No. 01-01139. Also available upon request from The Law Offices of Janet S. Baer, P.C. or Pachulski, Stang, Ziehl, & Jones LLP.

J.S. Baer