IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W. R. GRACE & CO.., et al., | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtors. / | |

### CERTIFICATION OF COUNSEL FOR THE STATE OF MICHIGAN DEPARTMENT OF TREASURY PURSUANT TO LOCAL RULE 9010-1 (e)

Deborah Benedict Waldmeir, Assistant Attorney General, representing the State of Michigan Department of Treasury, certifies to this Honorable Court the following:

1. I am admitted to practice in the following Courts:

Michigan Supreme Court, California Supreme Court[1], U.S. District Court for the Eastern District of Michigan, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, and the U.S. Supreme Court.

2. I am an attorney in good standing in all jurisdictions in which I have been admitted.

1

3.    I agree to be bound by the Local Rules of the U.S. Bankruptcy Court for the District of Delaware, and I submit to the jurisdiction of this Court for disciplinary purposes.

Respectfully submitted,

Michael A. Cox
Attorney General

/s/Deborah Benedict Waldmeir
Deborah Benedict Waldmeir (P60869)
Assistant Attorney General
3030 W. Grand Blvd
Ste 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
Fax: (313) 456-0141

Dated: April 8, 2009

---

[1] INACTIVE