IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) <br> ) <br> W.R. GRACE & CO., et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1139(JKF) <br> Jointly Administered <br><br> Re: Docket Nos. 9301, <br> 11023, 11403 |

## SUPPLEMENTAL VERIFIED STATEMENT OF SCOTT O. NELSON, MAPLES AND LOMAX, P.A. UNDER BANKRUPTCY RULE 2019

I, Scott O. Nelson, declare as follows:

1. I am an attorney with the law firm of Maples and Lomax, P.A. I am a member in good standing of the Bar of the State of Mississippi. My Mississippi State Bar Number is 10063.

2. I have personal knowledge of the facts set forth herein. I make this Supplemental Verified Statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. Maples and Lomax, P.A. is a Professional Corporation organized under the laws of the State of Mississippi, with its office for the practice of law located at 2502 Market Street, Pascagoula, MS 39567.

4. As of the date of this Statement, Maples and Lomax, P.A. represents personal injury and/or wrongful death Claimants (the "Claimants" or individually, a "Claimant") who have been injured by exposure to asbestos or asbestos-containing products and who have claims against *W. R. Grace & Co., et al.,* ("Debtors"). In accordance with the Court's Order of October 22, 2004, the undersigned previously filed a Verified Statement on March 27, 2006, which included 365 Claimants. The undersigned now wishes to supplement his previously filed Verified Statement, also in accordance with the Court's Order of October 22, 2004, by including 3,799 additional Claimants, whose information is set forth in the exhibits to this Supplemental Verified Statement and are being provided on CDs (two copies, Set 1 and Set 2). Said CDs include the additional Claimants' name

and address, as well as other information required under the Court's order as set forth below.

5. The nature of each Claimant's claim is a personal injury and/or wrongful death tort claim for damages caused by exposure to asbestos and/or asbestos-containing products. The dates that such claims were acquired (i.e., date of diagnosis) is set forth in Exhibit "A" (CDs being provided to the Court).

6. The amount of each Claimant's claim is unliquidated.

7. Maples and Lomax, P.A. was retained to represent the Claimants as plaintiffs, based upon power of attorney known as a contingent fee contract, in connection with their personal injury and/or wrongful death claims against all parties potentially liable. Such engagement was to include representing the claimants in the bankruptcy cases of any such potentially liable defendants. These Claimants contacted our firm directly for representation, with the exception of a few Claimants who were referred to our firm by other attorneys and/or law firms, which Claimants are identified on Exhibit "A" (CDs being provided to the Court), along with the name of the referring attorney and/or law firm.

8. Maples and Lomax, P.A. has authority to vote for each Claimant on whose behalf counsel executes a ballot on a proposed plan of reorganization pursuant to Contracts of Legal Representation executed by each Claimant. In accordance with the Court's Order of October 22, 2004, exemplars of each such Contracts of Legal Representation are being provided on CDs (two copies), and have been numbered "Exemplars #1 through #4". We have identified which Claimants signed which exemplar contract by indicating the appropriate exemplar number on the Court's spreadsheet (Exhibit "A" - CDs being provided to the Court).

9. Maples and Lomax, P.A. does not own any claims against or interests in W. R. Grace & Co., et al.

10. The filing of the Supplemental Verified Statement of Maples and Lomax, P.A. is not intended to waive any rights including (i) the Claimants' rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Claimants' rights to trial by jury in any proceeding, (iii) the Claimants' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights in not submitting themselves to the jurisdiction of the Bankruptcy Court; or (v) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Claimants are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments the Claimants expressly reserve.

Respectfully submitted, this the \_\_8th\_\_ day of May, 2009.

_____
Scott O. Nelson, Attorney
Mississippi State Bar No. 10063
MAPLES AND LOMAX, P.A.
2502 Market Street
Post Office Drawer 1368
Pascagoula, MS 39568-1368
Telephone: (228) 762-3161
Facsimile: (228) 762-5768

SWORN TO AND SUBSCRIBED BEFORE ME, this the \_\_8th\_\_ day of May, 2009.

_____
Notary Public

My Commission Expires: \_\_10-29-2010\_\_