**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**Related to Docket No. 21377**

## JOINDER TO AMENDED NOTICE OF DEPOSITION OF DAVID T. AUSTERN

Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, hereby join the *Amended Notice of Deposition of David T. Austern* filed by OneBeacon America Insurance Company and Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company f/k/a Republic Insurance Company.

Dated: May 11, 2009
   Wilmington, Delaware

STEVENS & LEE, P.C.

 */s/ John D. Demmy.*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

and

Leonard P. Goldberger
Marnie E. Simon
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND
INSURANCE COMPANY AND
ALLIANZ S.p.A., f/k/a RIUNIONE
ADRIATICA DI SICURTA