**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**W.R. GRACE & CO.,** *et al.*,<br><br>                    **Debtors.** | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>       **(Jointly Administered**) |

## NOTICE OF DEPOSITION OF JAMES B. SHEIN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through their undersigned attorneys, will take the deposition of **James B. Shein**. The deposition will take commence at **10:00 a.m. on May 14, 2009** at the Hilton Chicago O'Hare Airport, O'Hare International Airport, Chicago, IL 60666 and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: May 11, 2009

                                                            **CAMPBELL & LEVINE, LLC**

                                                            /s/ Mark T. Hurford
                                                            Marla R. Eskin (#2989)
                                                            Mark T. Hurford (#3299)
                                                            800 N. King Street, Suite 300
                                                            Wilmington, DE 19801
                                                            Telephone: (302) 426-1900
                                                            Facsimile: (302) 426-9947
                                                            meskin@camlev.com
                                                            mhurford@camlev.com

                                                            and

{D0152448.1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Co-Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

{D0152448.1 }