IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 21628** |

## JOINDER OF W.R. GRACE & CO. TO
## NOTICE OF DEPOSITION OF JAMES B. SHEIN

W.R. Grace & Co., *et al.*, ("Grace"), by its undersigned counsel, hereby joins the Notice of Deposition of James B. Shein of the Official Committee of Asbestos Personal Injury Claimants (the "ACC"). The deposition will take place on **May 14, 2009 at 10:00 a.m.** at the Hilton Chicago O'Hare Airport, O'Hare International Airport, Chicago, IL 60666 and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

DOCS_DE:147843.1

Dated: May 11, 2009

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Lisa G. Esayian
        300 N. LaSalle
        Chicago, Illinois 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        Theodore L. Freedman
        Citigroup Center
        153 East 53rd Street
        New York, New York 10022-4611
        Telephone: (212) 446-4800
        Facsimile: (212) 446-4900

        and

        THE LAW OFFICES OF JANET S. BAER P.C.
        Janet S. Baer
        70 W. Madison St., Suite 2100
        Chicago, IL 60602
        Telephone: (312) 641-2162

        and

        PACHULSKI STANG ZIEHL & JONES LLP

        /s/ James E. O'Neill
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Kathleen P. Makowski (Bar No. 3648)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705
        (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:147843.1