## Summary of PwC's Fees By Individual:
### Thirty Second Interim Quarterly Reporting Period
### January 1 - March 31, 2009

Professoinal Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended March 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | 698.50 | 75.0 | 52,387.50 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | 647.70 | 22.3 | 14,443.71 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 990.60 | 6.0 | 5,943.60 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | 698.50 | 7.0 | 4,889.50 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | 698.50 | 59.1 | 41,281.35 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | 840.18 | 12.0 | 10,082.16 |
| Thomas Barbieri | Audit Partner | 19 | Integrated Audit | 927.10 | 1.0 | 927.10 |
| Chad Soares | Audit Partner | 15 | Integrated Audit | 840.18 | 0.5 | 420.09 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 588.00 | 50.0 | 29,400.00 |
| Matias Pedevilla | Tax Partner | 12 | Integrated Audit | 561.75 | 6.0 | 3,370.50 |
| Edward Abahoonie | Tax Partner | 28+ | Integrated Audit | 812.80 | 10.0 | 8,128.00 |
| Lisa Slotznick | Director | 29 | Integrated Audit | 601.98 | 1.3 | 782.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jennifer James | Director | 16 | Integrated Audit | 698.50 | 7.8 | 5,448.30 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | 624.84 | 5.5 | 3,436.62 |
| Rafael Garcia | Director | 15 | Integrated Audit | 414.75 | 132.5 | 54,954.38 |
| Jesse Tracey | Director | 11 | Integrated Audit | 552.45 | 2.0 | 1,104.90 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | 410.21 | 33.0 | 13,536.93 |
| Tami Van Tassell | Audit Senior Manager | 13 | Integrated Audit | 717.55 | 12.0 | 8,610.60 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | 410.21 | 309.7 | 127,042.04 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | 717.55 | 2.5 | 1,793.88 |
| David Sands | Audit Senior Manager | 8 | Integrated Audit | 410.21 | 12.2 | 5,004.56 |
| Karen Cronin | Audit Senior Manager | 13 | Integrated Audit | 410.21 | 3.5 | 1,435.74 |
| Pamela Barkley | Audit Senior Manager | 6 | Integrated Audit | 227.33 | 284.4 | 64,652.65 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | 297.18 | 74.7 | 22,199.35 |
| Keith Palmer | Audit Manager | 6 | Integrated Audit | 444.50 | 5.1 | 2,266.95 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | 428.64 | 18.0 | 7,715.52 |
| Susan Seyfried | Audit Manager | 8 | Integrated Audit | 279.40 | 3.5 | 977.90 |
| Louis Richard Weintraub | Audit Manager | 8 | Integrated Audit | 476.25 | 0.4 | 190.50 |
| Raul Quiroz | Advisory Manager | 8 | Integrated Audit | 419.10 | 1.0 | 419.10 |
| Amelia John | Tax Manager | 5 | Integrated Audit | 283.50 | 43.8 | 12,417.30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mariana Espinoza | Tax Manager | 8 | Integrated Audit | 283.50 | 18.5 | 5,244.75 | |
| Lisa Chang | Advisory Senior Associate | 2 | Integrated Audit | 360.00 | 7.0 | 2,520.00 | |
| Oriana Lisker | Advisory Senior Associate | 3 | Integrated Audit | 360.00 | 33.6 | 12,096.00 | |
| Edward Mitchell | Advisory Senior Associate | 3 | Integrated Audit | 360.00 | 1.5 | 540.00 | |
| Andrew Ralston | Audit Senior Associate | 3 | Integrated Audit | 330.20 | 3.3 | 1,089.66 | |
| Stanislaus Gomes | Audit Senior Associate | 4 | Integrated Audit | 330.20 | 16.0 | 5,283.20 | |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | 220.98 | 42.4 | 9,369.55 | |
| Karen Chiem | Audit Senior Associate | 4 | Integrated Audit | 220.98 | 88.5 | 19,556.73 | |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | 199.50 | 129.9 | 25,915.05 | |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 349.25 | 19.9 | 6,950.08 | |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 156.21 | 428.2 | 66,889.12 | |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | 156.21 | 443.5 | 69,279.14 | |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | 227.33 | 169.0 | 38,418.77 | |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | 209.55 | 464.9 | 97,419.80 | |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | 156.21 | 452.8 | 70,731.89 | |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | 223.52 | 111.1 | 24,833.07 | |
| Jian Hui Lee | Advisory Associate | 2 | Integrated Audit | 298.45 | 5.0 | 1,492.25 | |
| Vijay Lilaram | Advisory Associate | 1 | Integrated Audit | 288.00 | 19.5 | 5,616.00 | |

{02411}

| | | | | | | |
|---|---|---|---|---|---|---|
| Todd Chesla | Tax Senior Associate | 1 | Integrated Audit | 199.50 | 132.0 | 26,334.00 |
| Majored Perez | Tax Senior Associate | 5 | Integrated Audit | 199.50 | 2.0 | 399.00 |
| Thomas Duncan | Tax Associate | 1 | Integrated Audit | 273.05 | 14.3 | 3,904.62 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | 147.00 | 132.7 | 19,506.90 |
| Eric LaBorde | Audit Associate | 2 | Integrated Audit | 175.26 | 121.1 | 21,223.99 |
| Kellen DeMarco | Audit Associate | 2 | Integrated Audit | 175.26 | 5.0 | 876.30 |
| Kristina Johnson | Audit Associate | 1 | Integrated Audit | 123.19 | 456.6 | 56,248.55 |
| Alex DiZio | Audit Associate | 1 | Integrated Audit | 129.54 | 38.9 | 5,039.11 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | 175.26 | 18.6 | 3,259.84 |
| Jonathan Grant | Audit Associate | <1 | Integrated Audit | 306.66 | 11.9 | 3,649.25 |
| Janet Kang | Audit Associate | 4 | Integrated Audit | 227.33 | 4.4 | 1,000.25 |
| Leah Morelle | Audit Associate | 1 | Integrated Audit | 170.18 | 102.6 | 17,460.47 |
| Eugene Hwang | Audit Associate | <1 | Integrated Audit | 260.35 | 17.0 | 4,425.95 |
| Grace Muthengi | Audit Associate | 1 | Integrated Audit | 203.20 | 29.7 | 6,035.04 |
| Annie Park | Audit Associate | <1 | Integrated Audit | 129.54 | 1.1 | 142.49 |
| Kristen Krouchick | Audit Associate | <1 | Integrated Audit | 123.19 | 58.0 | 7,145.02 |
| Zinkeng Afiadata | Audit Associate | <1 | Integrated Audit | 129.54 | 92.6 | 11,995.40 |
| Johanna Sears | Audit Associate | <1 | Integrated Audit | 123.19 | 10.5 | 1,293.50 |
| Grand Total | | | | | 4,905.4 | 1,158,448.04 |

{02411}

**Summary of PwC's Fees By Project:**
**Thirty Second Interim Quarterly Reporting Period**
**January 1 - March 31, 2009**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 90.7 | $13,479.68 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 4,905.4 | $1,158,448.04 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 4,996.1 | $1,171,927.72 |

{02411}

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Thirty Second Interim Quarterly Reporting Period**
**January 1 - March 31, 2009**

| Type of Expense | |
|---|---|
| Transportation | $30,523.27 |
| Lodging | 1,710.61 |
| Sundry | 662.39 |
| Business Meals | 6,146.08 |
| **Grand Total for the Fee Period January 1 through March 31, 2009** | **$39,042.35** |

{02411}