## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


May 12, 2009

In Reference To:      Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      11861


Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/2009 | CR | draft Project Category Summary Data Spreadsheet 30th Interim | 1.50 | 187.50 |
| | CR | continue drafting Project Category Data Summary spreadsheet 30th interim | 2.00 | 250.00 |
| | CR | Update database with Pachulski 30th Interim 7-9.08, Casner 10.08, PwC 10.08 | 0.20 | 9.00 |
| 1/5/2009 | BSR | draft initial report re Caplin & Drysdale for the 30th interim period | 1.00 | 260.00 |
| | CR | Update database with e-detail of monthly invoices for  K&E 11.08, Holme 4/1/08-6/30/08, Casner 10.08 and Baker 7.08,8.08,9.08,10.08, and Pachulski 10.08 | 0.60 | 27.00 |
| | CR | Update database with e-detail of monthly invoices for Buchanan 11.08 and Kramer 11.08, Reed Smith 11.08, Stroock 10.08, Ferry 11.08, Bilzin 11.08, Stroock 11.08, K&E 11.08, Duane Morris 11.08 | 0.70 | 31.50 |
| | BSR | draft e-mail to Robert Chung of AKO re initial report (30th) | 0.10 | 26.00 |
| 1/6/2009 | BSR | detailed review of Pachulski's Sept. 2008 monthly fee application and 30th interim fee application | 0.30 | 78.00 |

---

W.R. Grace & Co.                                                                                           Page      2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 1/6/2009 | DTW | review and revise Caplin and Beveridge initial reports and call to B. Ruhlander regarding same (.2). | 0.20 | 33.00 |
|  | BSR | draft initial report re Beveridge & Diamond for the 30th interim period | 0.50 | 130.00 |
|  | CR | Update database with Buchanan 11.08 and Kramer 11.08, Towers 11.08, Orrick 11.08, Piper 11.08, Tre Angeli 11.08, Pachulski 10.08, Baker 7.08,8.08,9.08,10.08,11.08, Foley 11.08, Deloitte 6.08 Supplemental, 7.08, 8.08, 9.08, 10.08, Duane Morris 11.08, Baker 30th Interim app 7/1/08-9/30/08, Nelson 11.08, Stroock 11.08,K&E 11.08 and forward to J.Wehrmann, Ferry, 11.08, Bilzin, 11.08, Reed 11.08 monthly invoice | 1.20 | 54.00 |
|  | CR | Prepare and Serve 30th Interim Initial Report for Caplin | 0.40 | 18.00 |
|  | CR | Update database with e-detail Deloitte Tax 6.08,7.08,8.08,9.08,10.08 monthly invoices | 0.30 | 13.50 |
| 1/7/2009 | CR | Prepare and serve 30th interim Initial Report for Beveridge and Bilzin | 0.40 | 18.00 |
|  | CR | Update database with Ogilvy 11.08 monthly invoice | 0.20 | 9.00 |
|  | BSR | draft final report re Anderson Kill & Olick  for the 30th interim period (including research of past non-working travel time entries) | 2.50 | 650.00 |
|  | BSR | receive and review response of Anderson Kill & Olick to initial report (30th) | 0.10 | 26.00 |
|  | BSR | research docket regarding pertinent pleadings and case status | 0.30 | 78.00 |
|  | BSR | draft initial report re Bilzin Sumberg for the 30th interim period | 0.50 | 130.00 |
|  | WHS | receive and review agenda | 0.20 | 59.00 |
|  | BSR | draft e-mails to various applicants concerning initial reports (30th) | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                                Page     3

|            |     |                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
| 1/7/2009   | CR  | Update database with e-detail of AKO 30th Interim Initial Report response                                 | 0.10  | 4.50   |
| 1/8/2009   | BSR | draft final report re Anderson Kill & Olick for the 30th interim period                                   | 1.00  | 260.00 |
|            | BSR | research docket regarding David Austern's quarterly fee application; draft email to Debbie Fullem re same | 0.20  | 52.00  |
|            | LMH | draft e-mail to B. Ruhlander re: interim period category spreadsheet.                                     | 0.10  | 15.00  |
|            | DTW | telephone call with B. Ruhlander regarding AKO (.1).                                                      | 0.10  | 16.50  |
|            | WHS | receive and review amended agenda                                                                        | 0.10  | 29.50  |
|            | CR  | draft e-mail to WHSmith re: AKO 30th interim Final Report                                                 | 0.10  | 4.50   |
|            | LMH | telephone conference with B. Ruhlander re: billing category spreadsheet.                                  | 0.10  | 15.00  |
| 1/9/2009   | BSR | detailed review of Reed Smith's July 2008 monthly fee application                                        | 0.50  | 130.00 |
|            | BSR | draft e-mails to various applicants re initial reports for the 30th interim period                        | 0.20  | 52.00  |
|            | BSR | draft initial report re Reed Smith for the 30th interim period                                           | 0.40  | 104.00 |
|            | BSR | detailed review of Reed Smith's 30th interim fee application and Sept. 2008 monthly fee application       | 0.40  | 104.00 |
|            | BSR | detailed review of Reed Smith's August 2008 monthly fee application                                      | 0.30  | 78.00  |
|            | BSR | research regarding David Austern quarterly; respond to email from Debbie Fullem re same                   | 0.10  | 26.00  |

W.R. Grace & Co.                                                                                    Page    4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/9/2009 | CR | Electronic filing with court of AKO 30th Interim Final Report | 0.40 | 18.00 |
| | CR | Update database with Blackstone monthly invoices for 7.08,8.08,9.08, | 0.30 | 13.50 |
| | CR | continue drafting Project Category Summary Data Spreadsheet for 30th interim | 0.50 | 62.50 |
| | WHS | detailed review of, and revisions to, FR Anderson 30Q | 0.30 | 88.50 |
| 1/10/2009 | BSR | detailed review of Stroock's 30th interim fee application and monthly fee applications for the period | 1.80 | 468.00 |
| | BSR | draft initial report re Stroock & Stroock & Lavan for the 30th interim period | 0.40 | 104.00 |
| | BSR | detailed review of Foley Hoag's 30th interim fee application and August and Sept. 2008 monthly fee applications | 0.30 | 78.00 |
| 1/11/2009 | BSR | draft initial report re Official Committee of Asbestos Claimants expense application for the 30th interim period | 0.30 | 78.00 |
| | BSR | detailed review of Buchanan's 30th interim fee application and July 2008 monthly fee application | 0.30 | 78.00 |
| | BSR | detailed review of Holme Roberts & Owens 29th interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Official Asbestos Claimants Committee expense application for the 30th interim period | 0.20 | 52.00 |
| 1/12/2009 | DTW | review and revise 10th interim initial reports for Asbestos Committee, Stroock and Reed (.2). | 0.20 | 33.00 |
| | CR | Update database with e-detail Alan Rich interim application including 12.08,11.08,10.08 (their 1st for 30th interim) and monthly invoices for Blackstone 7.08,8.08,9.08, Phillips 11.08 and Caplin's response to 30th interim Initial Report | 0.40 | 18.00 |
| | CR | Prepare and serve 30th Interim Initial Reports to Committee of Asbestos Claims, Stroock and Reed | 0.70 | 31.50 |

W.R. Grace & Co.                                                                                    Page        5

| Date | | Description | Hours | Amount |
|------|------|------------|-------|--------|
| 1/13/2009 | CR | Update database with Blackstone 10.08 | 0.10 | 4.50 |
| 1/14/2009 | CR | draft project summary data worksheet for 30th interim | 0.50 | 62.50 |
| | DL | draft monthly application 11.08 | 0.20 | 25.00 |
| | CR | Update database with Blackstone 30th Interim app 7/1/08-9/30/08,11.08 monthly invoices for Charter Oak, Caplin, Campbell, LAS, and AKO | 0.40 | 18.00 |
| | DL | e-filing monthly application 11.08 | 0.10 | 12.50 |
| | BSR | telephone conference with Arlene Pelton of Anderson Kill & Olick re our final report (30th) | 0.10 | 26.00 |
| 1/15/2009 | CR | Update Project Category Summary Database for 30th interim | 0.30 | 37.50 |
| | DL | e-filing of monthly application 12.08 | 0.10 | 12.50 |
| | DL | draft monthly application 12.08 | 0.20 | 25.00 |
| 1/16/2009 | WHS | receive and review agenda | 0.10 | 29.50 |
| | CR | Update database with monthly invoices for Woodcock 11.08, Pitney 11.08, Casner 11.08 and 30th interim app for Austern 7/1/08-9/30/08 | 0.40 | 18.00 |
| | CR | Update database with e-detail of monthly invoices for PwC 11.08 and Holme 7.08, Casner 11.08 and 30th interim app for D. Austern 7/1/08-9/30/08 | 0.40 | 18.00 |
| | CR | Update database with 30th Interim app for Nelson 7/1/08-9/30/08 | 0.20 | 9.00 |
| | CR | continue drafting project category summary data spreadsheet for 30th interim | 0.50 | 62.50 |

W.R. Grace & Co.

Page     6

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 1/16/2009 | BSR | receive and review hearing agenda from Pachulski; draft email to Warren Smith re same | 0.10 | 26.00 |
| 1/19/2009 | CR | Update database with e-detail of monthly invoice for Holme 8.08 | 0.20 | 9.00 |
| | CR | Update database with monthly invoices for Casner 11.08 and BMC 8.08 | 0.20 | 9.00 |
| 1/20/2009 | CR | update database with E-Detail of Motley Rice's response to 30th Interim Initial Report | 0.20 | 9.00 |
| 1/21/2009 | DTW | Review and revise 30th interim report for Buchanan (.1). | 0.10 | 16.50 |
| | BSR | draft initial report re Buchanan Ingersoll & Rooney for the 30th interim period | 0.30 | 78.00 |
| | WHS | receive and review amended agenda | 0.10 | 29.50 |
| | JAW | detailed review of Kirkland & Ellis November 2008 monhtly invoice (7.0) | 7.00 | 1,050.00 |
| 1/22/2009 | JAW | continue detailed review of Kirkland & Ellis November 2008 monhtly invoice (3.2) | 3.20 | 480.00 |
| | CR | Prepare and serve 30th interim Initial Report for Buchanan | 0.40 | 18.00 |
| | CR | Update database with e-detail of monthly invoice for Holme 9.08 and Protiviti 31st interim app 10/1/08-12/31/08 and PwC 11.08 monthly invoice | 0.50 | 22.50 |
| | CR | Update database with Holme 8.08 and 9.08 monthly invoices | 0.20 | 9.00 |
| 1/23/2009 | BSR | telephone conference with Arlene Pelton re information concerning non-working travel time (30th) | 0.10 | 26.00 |
| | CR | Update database with e-detail of Woodcock 11.08 monthly invoice | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                   Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/26/2009 | JAW | detailed review of Kirkland & Ellis November 2008 monthly invoice (8.3) | 8.30 | 1,245.00 |
|  | BSR | draft initial report re Casner & Edwards for the 30th interim period | 0.50 | 130.00 |
|  | BSR | detailed review of Casner & Edwards August and Sept. 2008 monthlies and 30th interim fee application | 0.40 | 104.00 |
|  | BSR | draft initial report re Capstone for the 30th interim period | 0.20 | 52.00 |
|  | BSR | detailed review of Capstone's July, August and Sept. 2008 monthlies and 30th interim fee application | 0.50 | 130.00 |
|  | WHS | receive and review response of Stroock | 0.10 | 29.50 |
|  | WHS | receive and review response of Motley Rice | 0.10 | 29.50 |
|  | CR | Update database with e-detail of Stroock's response to 30th Interim  Initial Report | 0.20 | 9.00 |
|  | CR | Update database with e-detail of Asbestos Claim Committee's response to Initial Report | 0.20 | 9.00 |
| 1/27/2009 | CR | Update database with Woodcock 11.08, Pachulski 11.08, Foley 12.08, K&E 12.08 and Ogilvy 12.08 monthly invoices and Protiviti 31st interim app 10/1/08-12/31/08 | 0.40 | 18.00 |
|  | DTW | Review and revise 30th initial report for Casner and Capstone (.1). | 0.10 | 16.50 |
|  | CR | Prepare and serve 30th interim Initial Reports to Casner with exhibits and Capstone | 0.60 | 27.00 |
| 1/28/2009 | BSR | telephone conference with Jeff Allgood re preparation of project category spreadsheet | 0.10 | 26.00 |
|  | BSR | detailed review of Hamilton's 30th interim fee application and monthly invoices | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                    Page    8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/28/2009 | BSR | research server and docket for missing fee applications | 2.80 | 728.00 |
| | BSR | receive and review responses of various applicants to initial reports (30th) | 0.50 | 130.00 |
| | JAW | Continue detailed review of Kirkland & Ellis November 2008 monthly invoice (8.6) | 8.60 | 1,290.00 |
| | JBA | telephone conference with B. Ruhlander re: Interim Project Catgory Spreadsheet | 0.10 | 4.50 |
| 1/29/2009 | BSR | telephone conference with Lisa Hamm re applicants to be reviewed for the 30th interim period | 0.10 | 26.00 |
| | LMH | telephone conference with B. Ruhlander re: file reviews for thirtieth interim period. | 0.10 | 15.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: summary for Kirkland & Ellis' August 2008 application. | 0.10 | 15.00 |
| | BSR | conference (additional) with Lisa Hamm re review of certain applications in Grace (30th) | 0.10 | 26.00 |
| | CR | draft e-mail to B. Ruhlander copies of pdf Initial Reports for Buchanan, Capstone and Casner | 0.20 | 9.00 |
| | CR | Update database with e-detail of monthly invoices for Austern 11.08 and 12.08, Piper 12.08, Tre Angeli 12.08, Tillinghouse 12.08, Orrick 12.08, Kramer 12.08 and Buchanan 12.08 | 0.60 | 27.00 |
| | CR | Update database with summaries of Kirkland with ex a,b,c for 10.08 | 0.20 | 9.00 |
| | CR | Update database with e-detail of monthly invoices for K&E 12.08, Bilzin 12.08, Ferry 12.08 | 0.30 | 13.50 |
| | CR | draft e-mail to J. Wehrmann re: K&E 11.08 | 0.10 | 4.50 |
| 1/30/2009 | LMH | detailed review of Duane Morris' September 2008 application. | 0.30 | 45.00 |

W.R. Grace & Co.                                                                                                    Page      9

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/30/2009 | LMH | detailed review of Day Pitney's July 2008 application. | 0.10 | 15.00 |
| | LMH | detailed review of Duane Morris' August 2008 application. | 0.10 | 15.00 |
| | CR | Update database with e-detail of BMC 8.08 and AKO Supplemental response to 30th interim Initial Report | 0.10 | 4.50 |
| | CR | Update database with Bilzin response to 30th interim Initial Report, Foley's 12.08 monthly invoice and PwC response to 30th interim Initial Report | 0.40 | 18.00 |
| | LMH | detailed review of Ferry Joseph's August 2008 application. | 0.20 | 30.00 |
| | LMH | detailed review of Ferry Joseph's September 2008 application. | 0.30 | 45.00 |
| | LMH | detailed review of Ferry Joseph's quarterly application for the thirtieth interim period. | 0.30 | 45.00 |
| | CR | Update database with e-detail of Bilzin's response to 30th interim initial report. | 0.20 | 9.00 |
| | LMH | detailed review of Day Pitney's August 2008 application. | 0.20 | 30.00 |
| | LMH | detailed review of Day Pitney's September 2008 application. | 0.10 | 15.00 |
| | LMH | detailed review of Day Pitney's quarterly application for the thirtieth interim period. | 0.10 | 15.00 |
| | LMH | detailed review of Baker Donelson's quarterly application for the thirtieth interim period. | 0.10 | 15.00 |
| | LMH | detailed review of Legal Analysis' quarterly application for the thirtieth interim period. | 0.10 | 15.00 |
| | LMH | detailed review of Duane Morris' July 2008 application. | 0.20 | 30.00 |

W.R. Grace & Co.                                                                                           Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2009 | CR | Update database with e-detail of monthly invoice for Reed 12.08 | 0.20 | 9.00 |
|  | CR | Update database with e-detail of monthly invoices for K&E 12.08, Day Pitney, 12.08, Ogilvy 12.08 and 30th Interim Inital Report responses from Caplin and Tri Angeli and 30th Interim app 10/1/08-12/31/08 from Ogilvy | 0.40 | 18.00 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: confirmation of professionals' ability to pay experts  without expert invoice review by fee auditor. | 0.10 | 15.00 |
| 2/3/2009 | LMH | receive and review e-mail from B. Ruhlander re: Kirkland & Ellis initial report for the thirtieth interim period. | 0.10 | 15.00 |
|  | CR | draft e-mail to B.Ruhlander re: request for K&E monthly invoice for 11.08 in wpd format | 0.20 | 9.00 |
|  | CR | Update database with e-detail of Holme 30th Interim app | 0.20 | 9.00 |
| 2/4/2009 | CR | Update database with monthly invoices from Stroock 12.08 and Capstone 11.08 | 0.30 | 13.50 |
|  | JAW | draft summary of Kirkland & Ellis November 2008 fee application (4.4) | 4.40 | 660.00 |
| 2/5/2009 | DL | e-file CNO for 11.08 | 0.10 | 12.50 |
|  | CR | Update database with monthly invoices for 12.08 for Buchanan, Kramer, Piper, Tre Angeli and Austern and 11.09 for Austern (Asbestos PI Claims) | 0.50 | 22.50 |
|  | CR | Update Project Category Summary Data Spreadsheet for 30th interim | 0.50 | 62.50 |
| 2/6/2009 | BSR | telephone conference with Lisa Hamm re issues in K&E application (30th); draft email to Lisa re same | 0.10 | 26.00 |
|  | LMH | receive and review e-mail from B. Ruhlander re: scanned images issue raised in prior period final reports for Kirkland & Ellis applications. | 0.10 | 15.00 |
|  | LMH | telephone conference with B. Ruhlander re: K&E's "scanned images" charges. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                  Page    11

|            |     |                                                                                                                | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/7/2009   | LMH | detailed review of Kramer Levin's September 2008 application.                                                   | 0.50  | 75.00  |
|            | LMH | detailed review of Kramer Levin's July 2008 application.                                                        | 0.20  | 30.00  |
|            | LMH | detailed review of Kramer Levin's August 2008 application.                                                      | 0.40  | 60.00  |
| 2/9/2009   | LMH | draft initial report for Kirkland & Ellis' thirtieth interim period application.                               | 3.80  | 570.00 |
|            | LMH | detailed review of Kirkland & Ellis expense detail and fee summaries for the thirtieth interim period.         | 2.40  | 360.00 |
| 2/10/2009  | LMH | draft e-mail to B. Ruhlander re: status of initial reports.                                                    | 0.10  | 15.00  |
|            | CR  | Update database with e-detail of 30th interim response from Capstone and monthly invoice for Casner 12.08      | 0.40  | 18.00  |
| 2/11/2009  | LMH | draft revisions to exhibits to Kirkland & Ellis' initial report for the thirtieth interim period.              | 0.50  | 75.00  |
|            | LMH | receive, review, and respond to e-mail from B. Ruhlander re: revisions to exhibits to initial report for Kirkland & Ellis' thirtieth interim period application. | 0.10  | 15.00  |
|            | LMH | Continue drafting initial report for Kirkland & Ellis' thirtieth interim period application.                   | 1.20  | 180.00 |
|            | DTW | Review and revise 30th initial report for K&E (.1).                                                            | 0.10  | 16.50  |
|            | BSR | receive and review draft initial report re Kirkland & Ellis for the 30th interim period                        | 1.00  | 260.00 |
|            | LMH | receive, review, and respond to e-mail from B. Ruhlander re: final draft initial report for Kirkland & Ellis' thirtieth interim period application. | 0.10  | 15.00  |
|            | LMH | draft e-mail to B. Ruhlander re: parties to be added to the omnibus final report for the thirtieth interim period. | 0.50  | 75.00  |

W.R. Grace & Co.                                                                                                    Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/11/2009 | CR | Update Project Category Data Spreadsheet for 30th interim | 2.00 | 250.00 |
|  | CR | Prepare and serve 30th interim Initial Report for K&E | 0.40 | 18.00 |
|  | CR | Update database with e-detail of 1st application for Alan Rich 9/29/08-12/31/08 (31st Interim) and monthly invoice for 1.09. Deloitte & Touche 4/1/08-6/30/08 and 7/1/04-8/31/04, Campbell 12.08, Charter Oak 12.08, AKO 12.08 and LAS 12.08 | 0.60 | 27.00 |
| 2/12/2009 | BSR | draft e-mail to K&E re initial report (30th) | 0.10 | 26.00 |
|  | CR | Update database with 31st interim apps 10/1/08-12/31/08 for Pitney and Ogilvy, 30th interim app 7/1/08-9/30/08 for Beveridge and Holme, Monthly invoices for Reed 12.08, Woodcock 12.08, Beveridge 10.08 & 11.08, Casner 12.08, D.Morris 1.09, and 12.08 for Pachulski, Austern, Towers, Orrick, Pitney, D. Morris and Caplin. | 0.80 | 36.00 |
|  | CR | Update database with e-detail of 31st interim app for Ferry 10/1/08-12/31/08 | 0.20 | 9.00 |
|  | CR | Update database with e-detail of monthly invoices for Capstone 11.08, D.Morris 12.08 and Stroock 12.08 | 0.30 | 13.50 |
|  | CR | Update database with e-detail of monthly invoices for D. Morris 1.09 and PwC 12.09 | 0.20 | 9.00 |
|  | CR | draft e-mail to B, Ruhlander re: K&E 30th Interim Initial Report pdf version | 0.10 | 4.50 |
| 2/13/2009 | BSR | receive and review draft initial report re Duane Morris (30th) | 0.10 | 26.00 |
|  | BSR | detailed review of expense portion of Kramer's July 2008 monthly fee application | 0.20 | 52.00 |
|  | BSR | receive and review draft initial report re Kramer Levin (30th) | 0.30 | 78.00 |
|  | BSR | receive and review hearing agenda for Feb. 23 hearing; draft email to Warren re same | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                          Page    13

|            |     |                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 2/13/2009  | WHS | receive and review agenda                                                                            | 0.10  | 29.50  |
|            | LMH | draft e-mail to B. Ruhlander re: Day Pitney's thirtieth interim period application.                  | 0.10  | 15.00  |
|            | CR  | Update database with e-detail of Foley 10/1/08-12/31/08 31st interim app and Buchanan 31st interim app. | 0.40  | 18.00  |
|            | LMH | draft initial report for Kramer's thirtieth interim period application.                              | 0.40  | 60.00  |
|            | LMH | draft initial report for Duane Morris' thirtieth interim period application.                         | 0.90  | 135.00 |
|            | LMH | receive and review e-mail from B. Ruhlander re: parties to add to omnibus final report for the thirtieth interim period. | 0.10  | 15.00  |
|            | LMH | detailed review of Nelson Mullins' quarterly application for the thirtieth interim period.           | 0.10  | 15.00  |
|            | LMH | detailed review of Nelson Mullins' September 2008 application.                                       | 0.10  | 15.00  |
|            | LMH | detailed review of Nelson Mullins' August 2008 application.                                          | 0.10  | 15.00  |
|            | LMH | detailed review of Nelson Mullins' July 2008 application.                                            | 0.10  | 15.00  |
|            | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for Duane Morris' thirtieth interim period application. | 0.10  | 15.00  |
| 2/16/2009  | DTW | Review and revise 30th initial report for Duane (.1).                                                | 0.10  | 16.50  |
| 2/17/2009  | MW  | Update database with Kirkland & Ellis, PWC & Kramer Levin's monthly fee application (.3)             | 0.30  | 13.50  |
|            | LMH | receive, review, and respond to second e-mail re: period by period billing category spreadsheet.    | 0.10  | 15.00  |

W.R. Grace & Co.                                                                                   Page    14

|            |     |                                                                                   | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------|-------|--------|
| 2/17/2009  | LMH | receive, review, and respond to e-mail re: period by period billing category spreadsheet. | 0.10  | 15.00  |
| 2/18/2009  | MW  | Update database with Capstone's 59th monthly fee application (.1)                  | 0.10  | 4.50   |
| 2/19/2009  | JAW | detailed review of Caplin December 2008 fee application (1.6)                      | 1.60  | 240.00 |
|            | JAW | detailed review of Reed Smith December 2008 fee application (3.9); draft summary of same (0.3) | 4.20  | 630.00 |
|            | MW  | Update database with 25th fee application of Ogilvy Renault (.1)                   | 0.10  | 4.50   |
| 2/20/2009  | BSR | draft e-mails (multiple) to Melanie White re documents to be saved to the server and/or printed | 0.80  | 208.00 |
|            | BSR | research server for applications not yet received                                 | 0.40  | 104.00 |
|            | BSR | receive and review responses to initial reports from multiple applicants          | 0.40  | 104.00 |
|            | JAW | detailed review of Caplin December 2008 fee application (3.0); draft summary of same (0.10) | 3.10  | 465.00 |
|            | MW  | Update database with Kramer Levin 86th fee application (.1)                        | 0.10  | 4.50   |
|            | JAW | detailed review of Orrick December 2008 fee application (4.6)                      | 4.60  | 690.00 |
|            | WHS | receive and review 2nd amended agenda                                              | 0.10  | 29.50  |
|            | WHS | receive and review amended agenda                                                  | 0.10  | 29.50  |
| 2/21/2009  | BSR | receive and review Caplin & Drysdale's response to our initial report for the 30th interim period | 0.10  | 26.00  |

W.R. Grace & Co.

Page    15

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/21/2009 | BSR | draft final report re Buchanan Ingersoll & Rooney for the 30th interim period | 0.50 | 130.00 |
| | BSR | draft final report re Capstone for the 30th interim period | 0.40 | 104.00 |
| | BSR | detailed review of Blackstone's August and Sept. 2008 monthly fee applications and 30th interim fee application | 0.40 | 104.00 |
| | BSR | detailed review of David Austern's quarterly interim fee application (30th) | 0.10 | 26.00 |
| | BSR | draft initial report re Blackstone for the 30th interim period | 0.30 | 78.00 |
| 2/22/2009 | BSR | receive and review response of PwC to initial report (30th) | 0.10 | 26.00 |
| | BSR | draft final report re PwC for the 30th interim period | 0.60 | 156.00 |
| | BSR | receive and review Woodcock Washburn's 30th interim fee application (.2); draft email to Gary Levin re discrepancy re same (.1) | 0.30 | 78.00 |
| 2/23/2009 | BSR | draft final report re Stroock & Stroock & Lavan for the 30th interim period | 0.50 | 130.00 |
| | DTW | Review and revise initial report for Blackstone 30th (.1) | 0.10 | 16.50 |
| | MW | Update database with fee applications re: Ogilvy (.1), Hamilton (.1), Bilzin (.1), Steptoe (.1), Pachulski (.1), Foley Hoag (.1), Kramer (.1), Reed (.1), Lastowski (.1), Capstone and BMC (.1) | 1.00 | 45.00 |
| | MW | Receive and Forward Final Report re: Woodcock to Warren Smith for final approval | 0.10 | 4.50 |
| | MW | Update database with Foley Hoag 1.09 e-detail (.1), Reed's Response to 30th Interim Fee Application (.1) Woodcock's 31st Interim Fee Application (.1) Deloitte Touche 29th Interim Fee Application and Print same for Case Manager (.2)  Alan Rich Fee Applications (.1) Kirkland & Ellis 31st Interim Fee Application (.1)Ogilvy 1.09 Monthly Application (.1), Receive and | 1.10 | 49.50 |

W.R. Grace & Co.                                                                                      Page     16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Forward Final Report re: PWC to Warren for final approval (.2) Receive, Save & Serve Blackstone Initial Report (.1) |  |  |
| 2/23/2009 | MW | Update database with Capstone's 31st Interim Fee Application | 0.30 | 13.50 |
|  | BSR | receive and review Casner & Edwards' response to initial report (30th); draft email to Melanie White re same | 0.10 | 26.00 |
|  | BSR | receive and review response of Motley Rice to initial report re Official Committee of Asbestos Personal Injury Claimants (30th) and research same (.4); draft follow-up email to Joe Rice (.2) | 0.60 | 156.00 |
|  | JAW | draft summary of Orrick December 2008 fee application (2.3) | 2.30 | 345.00 |
|  | BSR | detailed review of Steptoe & Johnson's past fees billed for fee application preparation | 3.80 | 988.00 |
|  | BSR | research server and docket for Steptoe's quarterly fee application; draft email to Anne Moran re same | 0.20 | 52.00 |
|  | BSR | draft e-mail to Pamela Zilly re initial report for Blackstone Advisory Services (30th) | 0.10 | 26.00 |
|  | BSR | draft final report re Towers Perrin Tillinghast for the 30th interim period | 0.60 | 156.00 |
|  | BSR | receive and review response of Stroock to initial report (30th) | 0.10 | 26.00 |
|  | BSR | draft spreadsheet of fee application preparation fees of Steptoe & Johnson (1.0); draft email to Warren Smith re same (.1) | 1.10 | 286.00 |
|  | BSR | draft final report re Woodcock Washburn for the 30th interim period | 0.50 | 130.00 |
|  | BSR | receive and review response of Reed Smith to initial report (30th) | 0.10 | 26.00 |
| 2/24/2009 | MW | Update database with 55th and 56th monthly applications of Phillips, Goldman & Spence (0.2), Invoice from Richards Layton (0.1), Forward Final Report for PWC 30th interim to Warren Smith for final approval (.1) | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                    Page    17

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 2/24/2009 | MW | Update database with BMC's 30th Interim Application and prepare for service on parties (.3) | 0.30 | 13.50 |
|  | MW | Electronic filing with court of PWC's 30th Interim Final Report | 0.30 | 13.50 |
|  | MW | Electronic filing with court of final report re Stroock, Stroock, Lavan and prepare for service on parties | 0.30 | 13.50 |
|  | MW | Update database with Caplin & Drysdale 31st Interim Application (.1), Asbestos Committee 31st Interim Application (.1), Legal Analysis 27th Interim Application (.1), Charter Oak 6th Interim Application (.1), Anderson Kill 14th Fee Application (.1), Campbell Levine 31st Interim Application (.1), Steptoe Johnson November & December Monthly Applications (.2), PWC 31st Interim Application (.1) and Kirkland Ellis 31st Interim Application (.1) | 1.00 | 45.00 |
|  | MW | Update database with Casner & Edward's Responses to 30th Interim Fee Application | 0.10 | 4.50 |
|  | MW | Electronic filing with court of Woodcock's Final Report for the 30th Interim; prepare same for service on parties (.3) | 0.30 | 13.50 |
|  | MW | receive, and  Forward Official Committee 30th Interim Final Report to Warren Smith for final approval. (.1) | 0.10 | 4.50 |
|  | MW | Update database with Duane Morris 30th Interim Application (.1) | 0.10 | 4.50 |
|  | MW | Forward Final Report for 30th Interim to Warren for approval | 0.10 | 4.50 |
|  | BSR | detailed review of BMC's August and Sept. 2008 monthly fee applications | 1.70 | 442.00 |
|  | BSR | draft initial report re BMC for the 30th interim period | 0.60 | 156.00 |
|  | BSR | draft final report re Official Committee of Asbestos Claimants for the 30th interim period | 1.30 | 338.00 |
| 2/25/2009 | BSR | draft e-mails to various applicants concerning initial and final reports (30th) | 0.40 | 104.00 |

W.R. Grace & Co.                                                                                     Page    18

|            |     |                                                                                  | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------|-------|----------|
| 2/25/2009  | WHS | detailed review of, and revisions to, FR Woodcock 30Q 7-9.08                     | 0.20  | 59.00    |
|            | LMH | receive and review e-mail from B. Ruhlander re: quarterly period spreadsheet.     | 0.10  | 15.00    |
|            | DTW | Review and revise 30th interim initial report for BMC (.1).                       | 0.10  | 16.50    |
|            | WHS | receive and review e-mail from Bobbi Ruhlander re Steptoe                         | 0.10  | 29.50    |
|            | BSR | draft revision to final report re Stroock                                         | 0.30  | 78.00    |
|            | BSR | draft revision to final report re PwC (30th) (.3); draft email to Warren Smith re same (.1) | 0.40  | 104.00   |
|            | WHS | detailed review of FR Stroock 30Q 7-9.08                                          | 0.20  | 59.00    |
|            | BSR | draft initial report re Steptoe & Johnson for the 30th interim period            | 0.40  | 104.00   |
|            | BSR | detailed review of Charter Oak's 30th interim fee application and monthly invoices | 0.30  | 78.00    |
|            | WHS | detailed review of, and revisions to, FR PwC 30Q 7-9.08                          | 0.20  | 59.00    |
|            | LMH | draft e-mail to B. Ruhlander re: quarterly period spreadsheet.                    | 0.10  | 15.00    |
| 2/26/2009  | BSR | detailed review of Holme Roberts & Owen's 30th interim fee application and monthly fee applications | 0.40  | 104.00   |
|            | BSR | detailed review of Phillips' Goldman & Spence's past fees for fee application preparation; preparation of spreadsheet re same | 4.10  | 1,066.00 |
|            | MW  | Update database with Orrick's 30th Interim Fee Application (.1)                   | 0.10  | 4.50     |

W.R. Grace & Co.                                                                                        Page    19

|            |     |                                                                                                                              | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/26/2009  | MW  | confer with B. Ruhlander (WHS) re: 30th Fee Applications (.1)                                                                 | 0.10  | 4.50     |
|            | MW  | draft e-mail to L. Feagins re Conner & Winter's hard copies of fee applications (.1)                                          | 0.10  | 4.50     |
|            | BSR | draft email to Marie Hendrixson of Protiviti re missing fee detail (after review of fee application)                         | 0.20  | 52.00    |
| 2/27/2009  | WHS | detailed review of, and revisions to, FR Towers 30Q 7-9.08                                                                   | 0.20  | 59.00    |
|            | BSR | research prior fee applications of Deloitte & Touche                                                                          | 0.40  | 104.00   |
|            | BSR | draft initial report re Deloitte & Touche for the 29th interim period                                                        | 0.40  | 104.00   |
|            | MW  | Update database with Orrick's Expense Charts for July - September 2008.                                                       | 0.20  | 9.00     |
|            | BSR | detailed review of Orrick's expense detail for the 30th interim period                                                       | 0.50  | 130.00   |
|            | BSR | detailed review of Deloitte & Touche's July and August 2008 monthly fee applications (for which a quarterly was not previously filed) | 0.30  | 78.00    |
|            | BSR | detailed review of Deloitte & Touche's quarterly fee application for the 29th interim period, as well as monthly fee applications for April and May 2008 | 0.30  | 78.00    |
| 2/28/2009  | BSR | draft final report re Bilzin Sumberg for the 30th interim period                                                             | 0.30  | 78.00    |
| 3/2/2009   | MW  | File final report of Bilzin for the 30th interim period electronically with the Court and prepare same for service.          | 0.30  | 13.50    |
|            | MW  | Update database with Alan Rich's 5th monthly fee application                                                                 | 0.10  | 4.50     |
|            | JAW | detailed review of K&E December 2008 fee application (7.9)                                                                    | 7.90  | 1,185.00 |

W.R. Grace & Co.

Page    20

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/2/2009 | WHS | detailed review of FR Bilzin 30Q 7-9.08 | 0.20 | 59.00 |
| 3/3/2009 | MW | Update Database with 30th interim final report re: Bilzin Sumberg | 0.30 | 13.50 |
| | MW | Update Database with Kramer 89th Monthly Application and BIR 87th Monthly Application | 0.20 | 9.00 |
| | MW | Update Database with Summaries from J. Wehrmann re Orrick, Caplin Drysdale and Reed Smith December Fee Applications. | 0.30 | 13.50 |
| | MW | Update Database with Phillips, Goldman & Spence Fee E-Detail. | 0.10 | 4.50 |
| | WHS | receive and review agenda | 0.10 | 29.50 |
| 3/4/2009 | MW | Update database with monthly invoices re: Foley Hoag, Orrick, Tre Angeli, Piper Jaffray, Towers Perrin. | 0.50 | 22.50 |
| | LMH | telephone conference with J. Allgood re: per period category spreadsheet. | 0.10 | 15.00 |
| | JBA | telephone conference with L. Hamm re: 30th Interim Project Category Spreadsheet | 0.40 | 18.00 |
| 3/5/2009 | BSR | draft e-mails to various applicants inquiring as to status of responses to initial reports | 0.30 | 78.00 |
| | BSR | draft e-mails to Melanie White checking on status of various final reports | 0.40 | 104.00 |
| | BSR | draft initial report re Orrick for the 30th interim period | 1.00 | 260.00 |
| | LMH | telephone conference re: category spreadsheet for thirtieth interim period applications. | 0.10 | 15.00 |
| | BSR | receive and review additional travel expense information sent by Orrick | 1.00 | 260.00 |

W.R. Grace & Co.                                                                                            Page     21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/5/2009 | LMH | receive and review e-mail re: per period category spreadsheet. | 0.10 | 15.00 |
|  | MW | Update database with Phillips Goldman October-December 2008 Interim Fee Application (.1), 89th Kramer Monthly Fee Application (.1), Woodcock October-December 2008 Interim Fee Application (.1), Duane Morris October-December Interim Fee Application (.1), Buchanan Monthly fee application for January 2009(.1), 30th Interim responses re: Orrick(.1), Confer with John Lord re: W.R. Grace January Fee Application (.1) | 0.70 | 31.50 |
|  | MW | Update database with 94th Monthly Application of Stroock | 0.10 | 4.50 |
|  | MW | Update database with KPMG January monthly fee application, Goldin combined Polsinelli December and January Monthly fee application (.2), Conner Winters Interim Fee Application for 7/08-11/08 (.1), Lain Faulkner January Monthly fee application (.2), Morrison Foerster's January Monthly fee application (.1),  Ogilvy January monthly fee application (.2),  Quinn 7/08-10/08 Interim Fee Application (.2),  Blank Rome 7/31/08-10/31/08 Interim Fee Application (.2). | 1.20 | 54.00 |
|  | BSR | telephone conference with Lisa Hamm re preparation of project category spreadsheet for 30th interim period (.1); compile information for Lisa's use in preparing spreadsheet (.2) | 0.30 | 78.00 |
| 3/6/2009 | BSR | draft final report re K&E for the 30th interim period | 2.20 | 572.00 |
|  | WHS | detailed review of FR Capstone 30Q 7-9.08. | 0.20 | 59.00 |
|  | WHS | detailed review of FR Off Asb Comm 30Q 7-9.08 | 0.30 | 88.50 |
|  | DTW | Review and revise Orrick 30th initial report (.1); continue reviewing Lazard expenses (1.0). | 1.10 | 181.50 |
|  | WHS | detailed review of FR Buchanan 30Q 7-9.08 | 0.30 | 88.50 |
|  | BSR | receive and review K&E's response to initial report for the 30th interim period and edit same for inclusion in final report | 1.70 | 442.00 |

W.R. Grace & Co.                                                                                    Page     22

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 3/6/2009 | BSR | draft e-mails to various applicants concerning final reports for their firms for the 30th interim period | 0.30 | 78.00 |
| | MW | Court Filing of final report of Capstone Advisory Group for the 30th interim period. | 0.30 | 13.50 |
| | MW | Review information re 30th interim final report of Warren H. Smith & Associates and draft same | 3.00 | 375.00 |
| | MW | Court filing of final reports of Buchanan, Ingersoll (.3) and final report of Official Committee of Asbestos Claimants (.3) | 0.60 | 27.00 |
| | MW | Update Database with January Monthly fee application for Bilzin, HR&A & FJP. | 0.30 | 13.50 |
| | MW | Receive and forward 30th interim Official Committee Asbestos final report for approval by Warren Smith | 0.10 | 4.50 |
| | MW | Receive and forward 30th interim Capstone final report for approval by Warren Smith | 0.10 | 4.50 |
| | MW | Receive and forward 30th interim Buchanan final report for approval by Warren Smith | 0.10 | 4.50 |
| 3/8/2009 | BSR | draft final report re Kirkland & Ellis for the 30th interim period | 1.50 | 390.00 |
| 3/9/2009 | MW | Update database with PriceWaterhouseCoopers December 2008 Certificate of No Objection. | 0.10 | 4.50 |
| | MW | File with the court, update database and serve parties with final report of Kirkland & Ellis re: 30th Interim. | 0.40 | 18.00 |
| | MW | Update database with Orrick's 30th Initial Report; serve same on parties | 0.30 | 13.50 |
| | JBA | receive and review telephone call from The Blackstone Group re: Lodging expenses and response (.1), telephone conference w/ B. Ruhlander re: same (.1) | 0.20 | 9.00 |
| | LMH | draft e-mail re: confirmation of applications filed for the 30th interim period to be added to category spreadsheet. | 0.10 | 15.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/9/2009 | WHS | detailed review of FR KE 30Q 7-9.08 | 0.30 | 88.50 |
| | MW | Forward 30th Interim final report re: Kirkland & Ellis to Warren Smith for final approval; update database re same. | 0.10 | 4.50 |
| 3/10/2009 | MW | Update database with K&E's responses to fee auditor's initial report, Interim fee application of BMC group for 07.08-9.30.08. | 0.20 | 9.00 |
| | MW | Update database with BMC's responses to 30th Interim Fee Auditor's Report (.1), Duane Morris' responses to 30th Interim Fee Auditor's Report (.1), Duane Morris's 30th Quarterly Interim Fee Application and revised responses to fee auditor's report (.3), Stroock Stroock & Lavan's 31st Interim fee application (.2). | 0.70 | 31.50 |
| | MW | Update database with January monthly applications for Ferry, Joseph & Pearce, Hamilton (.2), Rabinovitz & Alschuler (.1), Bilzin Sumberg Price & Axelrod (.1), Day Pitney (.1), Reed Smith (.1), Anderson Kill & Olick (.1), Caplin Drysdale (.1), Charter Oak (.1), Campbell & Levine (.1). | 1.00 | 45.00 |
| 3/11/2009 | MW | Detailed review of invoices, time entries and billed expenses re: 30th Interim fee application of Warren H. Smith & Associates (2.0); revise duplicative time entries and begin draft of 30th Quarter fee application (4.7); confer with J. Allgood and Warren Smith re same (.1). | 6.80 | 850.00 |
| | MW | Update database with Kramer Levin CNO re: 27th quarterly interim fee application. | 0.10 | 4.50 |
| 3/12/2009 | BSR | draft final report re BMC Group for the 30th interim period | 0.30 | 78.00 |
| | BSR | detailed review of BMC's 30th interim fee application | 0.10 | 26.00 |
| | MW | Begin draft of 31st fee application of Warren H. Smith & Associates. | 5.00 | 625.00 |
| | BSR | receive and review Duane Morris' 30th interim fee application | 0.20 | 52.00 |
| | BSR | draft final report re Duane Morris for the 30th interim period | 0.40 | 104.00 |

W.R. Grace & Co.

Page    24

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/12/2009 | BSR | receive and review Blackstone's response to initial report (30th); research hotel information on hotels listed in response | 0.20 | 52.00 |
| | MW | Review, revise and draft 30th Interim fee application of Warren H. Smith & Associates. | 3.60 | 450.00 |
| 3/13/2009 | MW | Electronic filing with court of CNO re: Warren H. Smith & Associates; serve parties with same. | 0.30 | 13.50 |
| | MW | Confer with B. Ruhlander re: Orrick Initial Report. | 0.10 | 4.50 |
| | MW | receive, review, and forward final report of Duane Morris and of BMC to Warren for final approval; update database re same. | 0.20 | 9.00 |
| | MW | Draft CNO re WHSA December monthly fee application. | 0.30 | 37.50 |
| | MW | Update database with K&E's January monthly invoice. | 0.10 | 4.50 |
| | MW | Review, revise and draft final version of Warren H. Smith's 31st Interim Fee Application. | 3.00 | 375.00 |
| | BSR | draft e-mail to Orrick re initial report (30th) | 0.10 | 26.00 |
| 3/14/2009 | WHS | detailed review of FR Duane Morris 30Q 7-9.08 | 0.20 | 59.00 |
| | WHS | detailed review of our app for 30th period | 0.40 | 118.00 |
| | WHS | detailed review of our 31st fee app | 0.50 | 147.50 |
| | WHS | detailed review of FR BMC 30Q 7-9.08 | 0.10 | 29.50 |
| 3/15/2009 | MW | Electronic filing with court of final reports re: BMC (.3), Duane Morris (.3), 30th interim fee application of Warren H. Smith & Associates (.3) and 31st interim fee application of Warren H. Smith & Associates (.3). | 1.20 | 54.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/15/2009 | BSR | draft omnibus final report for the 30th interim period | 0.50 | 130.00 |
| | BSR | draft e-mail to applicants regarding their final reports for the 30th interim period | 0.20 | 52.00 |
| 3/16/2009 | MW | Update database with Legal Analysis January Monthly Fee Application. | 0.10 | 4.50 |
| | MW | Update database with Omnibus 30th Final Report, January monthly application of Casner Edward, Woodcock Washburn January fee application, Ogilvy's February Fee Application & e-detail, Certificates of No Objection for Phillips, Goldman & Spence for July through September, December and January's Fee Applications and Orrick's responses to 30th Initial Report | 1.10 | 49.50 |
| | MW | Confer with B. Ruhlander re Orrick's responses to 30th initial report. | 0.10 | 4.50 |
| | MW | Receive and forward 30th Interim Final Report to Warren Smith for review; update database re same. | 0.10 | 4.50 |
| | BSR | draft fee and expense recommendation exhibit for fee order (30th int.) | 1.00 | 260.00 |
| | BSR | draft omnibus final report for the 30th interim period | 3.40 | 884.00 |
| 3/17/2009 | BSR | draft fee and expense recommendation chart for the 30th interim fee order (2.3); draft email to Lynzy Oberholzer re same (.2) | 2.50 | 650.00 |
| | BSR | research docket for recent case developments (.2); review order approving disclosure statement and setting dates (.2); draft email to Warren Smith re same (.1) | 0.50 | 130.00 |
| | LMH | receive and review second e-mail re: 30th interim period spreadsheet with fee and expense recommendations. | 0.10 | 15.00 |
| | LMH | receive and review e-mail from L. Oberholzer, Pachulski, re: 30th interim period spreadsheet with fee and expense recommendations. | 0.10 | 15.00 |
| | LMH | receive and review e-mail re: 30th interim period spreadsheet with fee and expense recommendations. | 0.10 | 15.00 |

W.R. Grace & Co.

Page    26

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/17/2009 | WHS | detailed review of omnibus final report 30Q 5-7.08 | 0.30 | 88.50 |
| 3/20/2009 | BSR | receive and review of Orrick's response to initial report for the 30th interim period (including research of air fares listed) | 0.40 | 104.00 |
| | BSR | draft initial report re Orrick for the 30th interim period | 0.70 | 182.00 |
| | LMH | draft category spreadsheet for thirtieth interim period. | 4.10 | 615.00 |
| | LMH | continue draft category spreadsheet for the thirtieth interim period. | 2.60 | 390.00 |
| | LMH | telephone conference with B. Ruhlander re: discrepancies in category spreadsheet. | 0.10 | 15.00 |
| 3/21/2009 | MW | Electronic filing with Court of Omnibus final report for 30th interim period. | 0.30 | 13.50 |
| | LMH | Revise category spreadsheet for the thirtieth interim period. | 8.50 | 1,275.00 |
| 3/22/2009 | LMH | telephone conference with B. Ruhlander re: flat fee professionals and reporting fees versus hours in the cumulative category spreadsheet. | 0.20 | 30.00 |
| | LMH | Additions to draft category spreadsheet for the thirtieth interim period. | 4.20 | 630.00 |
| 3/23/2009 | LMH | receive, review, and respond to e-mail re: category spreadsheet for the 30th interim period. | 0.10 | 15.00 |
| | BSR | draft final report re Orrick for the 30th interim period | 0.30 | 78.00 |
| | BSR | telephone conferences (2) with Lisa Hamm re project category spreadsheet (.2); telephone conference with Lynzy Oberholzer of Pachulski re same (.1) | 0.30 | 78.00 |
| | MW | Edit and revise category spreadsheet; confer re same with Lisa Hamm | 0.40 | 18.00 |

W.R. Grace & Co.                                                                      Page    27

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/23/2009 | MW | Electronic filing with court of Final Report of Orrick for the 30th Interim Period; prepare same to be served on parties. | 0.30 | 13.50 |
|  | MW | Update database with Orrick's 30th final report; February fee application of Ogilvy, January fee application of Casner & Edwards, Woodcock January fee application, Sullivan's monthly fee applications for October through January '09, Pachulski's January fee application and Nelson Mullings January fee application. | 1.00 | 45.00 |
|  | BSR | telephone conference with Jeff Allgood (.1) and Lisa Hamm (.4) re project category spreadsheet | 0.50 | 130.00 |
|  | JBA | telephone conference with B. Ruhlander re: Project Category Spreadsheet and inclusion of flat fee applicants time or actual fees per interim period, effects of same on Final Interim chart | 0.20 | 25.00 |
|  | WHS | detailed review of FR Orrick 30Q 5-7.08 | 0.20 | 59.00 |
| 3/24/2009 | MW | Update database with Steptoe January and February Monthly Fee Applications and  Beveridge & Diamond December Monthly Applications. | 0.30 | 13.50 |
|  | LMH | draft e-mail to L. Oberholzer, Pachulski, re: category spreadsheet for the 30th interim period. | 0.10 | 15.00 |
| 3/25/2009 | LMH | receive and review e-mail from L. Oberholzer, Pachulski, re: revised Exhibit A to the draft order for 30th quarter fee applications. | 0.10 | 15.00 |
|  | BSR | research docket for any objections to our final reports (.2); respond to email from Jamie O'Neill re same (.1) | 0.30 | 78.00 |
|  | JAW | detailed review of Stroock October 1, 2008 - December 31, 2008 interim fee application (6.6); draft summary of same (1.1) | 7.70 | 1,155.00 |
|  | LMH | receive and review e-mail re: revised Exhibit A to the draft order for 30th quarter fee applications. | 0.10 | 15.00 |
|  | LMH | receive and review second e-mail from L. Oberholzer, Pachulski, re: revised Exhibit A to the draft order for 30th quarter fee applications. | 0.10 | 15.00 |
|  | MW | Update database with CNO's re Kramer & Buchanan and agenda for 4.1.09 hearing; confer with J. Allgood re same | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                          Page    28

|            |     |                                                                                                                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/26/2009  | MW  | Conference with Court Conference to schedule hearing telephonic appearance.                                                                                | 0.10  | 4.50   |
|            | JAW | detailed review of Caplin October 1, 2008 - December 31, 2008 interim fee application (8.7); draft summary of same (0.1)                                    | 8.80  | 1,320.00 |
|            | MW  | Update database with PWC's January fee application.                                                                                                        | 0.10  | 4.50   |
| 3/27/2009  | MW  | Update database with CNO's of Piper, Tillinghast, TreAngeli and Orrick                                                                                     | 0.20  | 9.00   |
|            | JAW | detailed review of Orrick's November 2008 fee application (3.8); draft summary of same (0.1)                                                                | 3.90  | 585.00 |
| 3/29/2009  | BSR | Draft initial report re Anderson Kill & Olick for the 31st interim period                                                                                  | 0.80  | 208.00 |
|            | BSR | Detailed review of Anderson Kill & Olick's 31st interim fee application and monthly fee applications                                                        | 1.10  | 286.00 |
| 3/30/2009  | BSR | Draft initial report re Bilzin Sumberg for the 31st interim period                                                                                         | 0.90  | 234.00 |
|            | BSR | Detailed review of Baker Donelson's Oct. and Nov. 2008 monthly fee applications                                                                            | 0.10  | 26.00  |
|            | BSR | Detailed review of Bilzin's 31st interim fee application and monthly fee applications                                                                       | 1.00  | 260.00 |
|            | BSR | Detailed review of David Austern's Nov. and Dec. 2008 monthly fee applications (.1); research docket for October 2008 monthly fee application and review of same (.1) | 0.20  | 52.00  |
|            | BSR | Research docket re Beveridge & Diamond's Dec. 2008 monthly fee application and review same (.2); detailed review of Beveridge & Diamond's Oct. and Nov. 2008 monthly fee applications | 0.30  | 78.00  |
| 3/31/2009  | BSR | Research docket for last minute filings (and proposed fee order) prior to hearing; draft emails to Warren Smith and Jeff Allgood re same                    | 0.30  | 78.00  |
|            | BSR | Detailed review of Blackstone's Oct. 2008 monthly fee application                                                                                          | 0.20  | 52.00  |

W.R. Grace & Co.                                                                                                Page      29

|  |  | Hours | Amount |
|---|---|---|---|
| 3/31/2009 MW | Update database with February applications of BIR (.1), Reed Smith (.1), Stroock (.1), Baer (.1), Kramer Levin (.1), Foley Hoag (.1) and Beveridge Diamond (.1). | 0.70 | 31.50 |
| MW | Update database with Initial reports re Anderson Kill (.2) and Bilzin for 31st interim (.2). | 0.40 | 18.00 |
| MW | Prepare hearing binder re 30th Interim Hearing. | 0.80 | 100.00 |
| BSR | Receive and respond to email from Jamie O'Neill with questions concerning fee order | 0.20 | 52.00 |
| BSR | Detailed review of Duane Morris Oct., Nov. and Dec. 2008 | 0.50 | 130.00 |
| BSR | Detailed review of Day Pitney's 31st interim fee application and monthly fee applications | 0.40 | 104.00 |
| BSR | Detailed review of Charter Oak's 31st interim fee application and monthly fee applications | 0.30 | 78.00 |
| BSR | Draft initial report re Casner & Edwards for the 31st interim period | 0.30 | 78.00 |
| BSR | Detailed review of Casner & Edwards 31st interim fee application and monthly fee applications | 0.70 | 182.00 |
| BSR | Detailed review of Buchanan Ingersoll & Rooney's Oct., Nov. and Dec. 2008 monthly fee applications | 0.60 | 156.00 |
| BSR | Detailed review of Deloitte Tax's June through Oct. 2008 monthly fee applications | 0.60 | 156.00 |

**For professional services rendered**                                                        **264.60 $43,491.00**

Additional Charges :

|  | Price |  |
|---|---|---|
| Pacer Charges January 09 | 63.52 | 63.52 |

W.R. Grace & Co.                                                                                         Page    30

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup. | 198.01 | 198.01 |
| Pacer Charges for 3/1/09-3/31/09 | 33.28 | 33.28 |
| Third party copies & document prep/setup 3/1-3/31/09. | 656.36 | 656.36 |

**Total costs**                                                                                              **$951.17**

**Total amount of this bill**                                                                         **$44,442.17**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 73.40 | 260.00 | $19,084.00 |
| Cherie Rogers | 7.80 | 125.00 | $975.00 |
| Cherie Rogers | 18.10 | 45.00 | $814.50 |
| Debbie Lucas | 0.70 | 125.00 | $87.50 |
| Doreen Williams | 2.20 | 165.00 | $363.00 |
| James A. Wehrmann | 75.60 | 150.00 | $11,340.00 |
| Jeff B. Allgood | 0.20 | 125.00 | $25.00 |
| Jeff B. Allgood | 0.70 | 45.00 | $31.50 |
| Lisa M Hamm | 36.00 | 150.00 | $5,400.00 |
| Melanie White | 22.50 | 125.00 | $2,812.50 |
| Melanie White | 22.10 | 45.00 | $994.50 |
| Warren H Smith | 5.30 | 295.00 | $1,563.50 |