IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                    Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>       (Jointly Administered) |

## AMENDED[1] NOTICE OF DEPOSITION OF JAMES B. SHEIN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through their undersigned attorneys, will take the deposition of **James B. Shein**. The deposition will commence at **10:45 a.m. on May 14, 2009** at Kirkland & Ellis LLP, 300 N. LaSalle Chicago, Illinois 60654 and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths.

Dated: May 12, 2009

                    CAMPBELL & LEVINE, LLC

                    /s/ Mark T. Hurford
                    Marla R. Eskin (#2989)
                    Mark T. Hurford (#3299)
                    800 N. King Street, Suite 300
                    Wilmington, DE 19801
                    Telephone: (302) 426-1900
                    Facsimile:  (302) 426-9947
                    meskin@camlev.com
                    mhurford@camlev.com

                    -and-

---

[1] This Amended Notice of Deposition was filed to confirm the deposition will now begin at 10:45 a.m. and will be held at Kirkland & Ellis, LLP.

{D0152587.1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Co-Counsel for the Official Committee
of Asbestos Personal Injury Claimants*

{D0152587.1 }