Date: 05/12/09          Legal Analysis Systems, Inc.
Time: 10:00am                                         Page 1


       W. R. Grace, Inc. % Elihu Inselbuch
       Caplin & Drysdale
       399 Park Avenue, 27th Floor
       New York, New York 10022


Date/Slip# Description                                              HOURS/RATE           AMOUNT
--------------------------------------------------------------------
 03/28/09  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)     1.2                 570.00
 #4027     Review Moolgavkar article                                          475.00

{D0152546.1 }

Date: 05/12/09        Legal Analysis Systems, Inc.
Time: 10:00am                            Page 2

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | | AMOUNT |
|---|---|---|---|
| 03/03/09  Peterson  / (07) Committee, Creditors'<br>#3805    Telephone Finch | 0.6 | 800.00 | 480.00 |
| 03/05/09  Peterson  / (07) Committee, Creditors'<br>#3808    Conference call Finch, Horkovich | 0.6 | 800.00 | 480.00 |
| 03/05/09  Peterson  / (07) Committee, Creditors'<br>#3809    Telephone Relles re: discuss simulation runs for<br>    Horkovich | 0.3 | 800.00 | 240.00 |
| 03/05/09  Relles    / (07) Committee, Creditors'<br>#4009    Telephone Peterson re: discuss simulation runs for<br>    Horkovich | 0.3 | 475.00 | 142.50 |
| 03/06/09  Peterson  / (07) Committee, Creditors'<br>#3811    Telephone Relles to discuss analysis for Horkovich | 0.4 | 800.00 | 320.00 |
| 03/06/09  Peterson  / (07) Committee, Creditors'<br>#3813    Review draft report and Finch comments | 3.2 | 800.00 | 2560.00 |
| 03/06/09  Relles    / (07) Committee, Creditors'<br>#4010    Telephone Peterson to discuss analysis for Horkovich | 0.4 | 475.00 | 190.00 |
| 03/11/09  Peterson  / (07) Committee, Creditors'<br>#3817    Conference call, Finch and Horkovich | 0.6 | 800.00 | 480.00 |
| 03/14/09  Relles    / (07) Committee, Creditors'<br>#4020    Revise report wording, summarize differences for<br>    Peterson and Finch to review | 7.6 | 475.00 | 3610.00 |
| 03/16/09  Peterson  / (07) Committee, Creditors'<br>#3823    Telephone Finch re: proofreading edits to report;<br>    make edits | 1.0 | 800.00 | 800.00 |
| 03/16/09  Peterson  / (07) Committee, Creditors'<br>#3825    Telephone Finch re: list of testimony in last 4<br>    years | 0.5 | 800.00 | 400.00 |
| 03/16/09  Relles    / (07) Committee, Creditors'<br>#4025    Organize and prepare additional exhibits for report<br>    submission, send materials to Finch and Hurford | 3.7 | 475.00 | 1757.50 |
| 03/17/09  Relles    / (07) Committee, Creditors'<br>#4026    Review Finch pdf showing derivation of TDP values<br>    Grace | 0.4 | 475.00 | 190.00 |

{D0152546.1 }

Date: 05/12/09         Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 3

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 03/24/09  Peterson  / (07) Committee, Creditors' | 0.8 | 640.00 |
| #3828    Telephone Finch and preparation | 800.00 | |

{D0152546.1 }

Date: 05/12/09      Legal Analysis Systems, Inc.
Time: 10:00am                             Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 03/01/09  Peterson  / (16) Plan and Disclosure Statement<br>#3801    Work on draft of report on WRG Trust | 5.8<br>800.00 | 4640.00 |
| 03/02/09  Peterson  / (16) Plan and Disclosure Statement<br>#3802    Work on draft of report on WRG Trust | 5.9<br>800.00 | 4720.00 |
| 03/02/09  Relles    / (16) Plan and Disclosure Statement<br>#4003    Work on Trust simulations for report | 2.0<br>475.00 | 950.00 |
| 03/03/09  Peterson  / (16) Plan and Disclosure Statement<br>#3804    Work on Trust report and analysis | 7.3<br>800.00 | 5840.00 |
| 03/03/09  Relles    / (16) Plan and Disclosure Statement<br>#4005    Work on simulations for Trust report | 1.5<br>475.00 | 712.50 |
| 03/03/09  Relles    / (16) Plan and Disclosure Statement<br>#4006    Work on Trust report | 4.5<br>475.00 | 2137.50 |
| 03/04/09  Peterson  / (16) Plan and Disclosure Statement<br>#3807    Work on report on Trust | 6.0<br>800.00 | 4800.00 |
| 03/04/09  Relles    / (16) Plan and Disclosure Statement<br>#4007    Work on report, work on Trust simulations | 5.0<br>475.00 | 2375.00 |
| 03/05/09  Peterson  / (16) Plan and Disclosure Statement<br>#3810    Finish draft of report on Trust | 5.2<br>800.00 | 4160.00 |
| 03/09/09  Peterson  / (16) Plan and Disclosure Statement<br>#3814    Work on Trust report | 3.0<br>800.00 | 2400.00 |
| 03/09/09  Relles    / (16) Plan and Disclosure Statement<br>#4014    Revise Trust computations for 2010 start date | 2.5<br>475.00 | 1187.50 |
| 03/10/09  Peterson  / (16) Plan and Disclosure Statement<br>#3815    Work on Trust report | 7.4<br>800.00 | 5920.00 |
| 03/11/09  Peterson  / (16) Plan and Disclosure Statement<br>#3816    Work on Trust report | 6.7<br>800.00 | 5360.00 |
| 03/12/09  Peterson  / (16) Plan and Disclosure Statement<br>#3818    Review and final edits to draft report on Trust | 4.8<br>800.00 | 3840.00 |
| 03/23/09  Peterson  / (16) Plan and Disclosure Statement<br>#3827    Review Trust report | 1.6<br>800.00 | 1280.00 |

{D0152546.1 }

Date: 05/12/09     Legal Analysis Systems, Inc.
Time: 10:00am                                Page 5

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 03/01/09  Relles   / (28) Data Analysis<br>#4001    Work on report | 5.0<br>475.00 | 2375.00 |
| 03/02/09  Peterson / (28) Data Analysis<br>#3803    Telephone Relles re: trust simulations | 0.5<br>800.00 | 400.00 |
| 03/02/09  Relles   / (28) Data Analysis<br>#4002    Telephone Peterson re: trust simulations | 0.5<br>475.00 | 237.50 |
| 03/02/09  Relles   / (28) Data Analysis<br>#4004    Work on report | 3.2<br>475.00 | 1520.00 |
| 03/04/09  Peterson / (28) Data Analysis<br>#3806    Review Grace discovery responses and data on verdicts | 2.8<br>800.00 | 2240.00 |
| 03/05/09  Relles   / (28) Data Analysis<br>#4008    Work on report | 6.5<br>475.00 | 3087.50 |
| 03/06/09  Peterson / (28) Data Analysis<br>#3812    Review analysis of present-day liability | 0.7<br>800.00 | 560.00 |
| 03/06/09  Relles   / (28) Data Analysis<br>#4011    Work on additional simulation of present-day tort liability | 4.3<br>475.00 | 2042.50 |
| 03/06/09  Relles   / (28) Data Analysis<br>#4012    Produce documentation for present-day tort liability analysis | 0.7<br>475.00 | 332.50 |
| 03/08/09  Relles   / (28) Data Analysis<br>#4013    Work on report | 4.0<br>475.00 | 1900.00 |
| 03/09/09  Relles   / (28) Data Analysis<br>#4015    Work on report | 4.0<br>475.00 | 1900.00 |
| 03/10/09  Relles   / (28) Data Analysis<br>#4016    Work on report | 5.6<br>475.00 | 2660.00 |
| 03/11/09  Relles   / (28) Data Analysis<br>#4017    Work on report | 4.5<br>475.00 | 2137.50 |
| 03/12/09  Relles   / (28) Data Analysis<br>#4018    Update report | 2.2<br>475.00 | 1045.00 |

{D0152546.1 }

Date: 05/12/09       Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 6

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 03/13/09  Peterson  / (28) Data Analysis<br>#3819    Review trust report and changes from last draft | 3.6<br>800.00 | 2880.00 |
| 03/13/09  Relles    / (28) Data Analysis<br>#4019    Read report, check all computations | 3.2<br>475.00 | 1520.00 |
| 03/14/09  Peterson  / (28) Data Analysis<br>#3820    Review trust report and changes from last draft | 1.6<br>800.00 | 1280.00 |
| 03/15/09  Peterson  / (28) Data Analysis<br>#3821    Review trust report and changes from last draft | 5.2<br>800.00 | 4160.00 |
| 03/15/09  Peterson  / (28) Data Analysis<br>#3822    Telephone Relles re: report | 0.3<br>800.00 | 240.00 |
| 03/15/09  Relles    / (28) Data Analysis<br>#4021    Resolve report formatting issues | 1.0<br>475.00 | 475.00 |
| 03/15/09  Relles    / (28) Data Analysis<br>#4022    Read and revise report | 2.8<br>475.00 | 1330.00 |
| 03/15/09  Relles    / (28) Data Analysis<br>#4023    Telephone Peterson re: report | 0.3<br>475.00 | 142.50 |
| 03/15/09  Relles    / (28) Data Analysis<br>#4024    Incorporate Peterson revisions into report | 1.9<br>475.00 | 902.50 |
| 03/16/09  Peterson  / (28) Data Analysis<br>#3824    Review report for final edits | 3.4<br>800.00 | 2720.00 |
| 03/18/09  Peterson  / (28) Data Analysis<br>#3826    Review demonstratives; work on additional<br>    demonstratives for trust analysis | 5.6<br>800.00 | 4480.00 |
| 03/24/09  Peterson  / (28) Data Analysis<br>#3829    Work on forecast materials | 2.4<br>800.00 | 1920.00 |
| 03/26/09  Peterson  / (28) Data Analysis<br>#3830    Review reports | 2.7<br>800.00 | 2160.00 |
| 03/28/09  Relles    / (28) Data Analysis<br>#4028    Review Bates article | 1.3<br>475.00 | 617.50 |

{D0152546.1 }

Date: 05/12/09         Legal Analysis Systems, Inc.
Time: 10:00am                              Page 7

    W. R. Grace

Summary Of Time Charges, By Month and Activity
March 2009 - March 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| March | - (05) Claims Anal Objectn/Resolutn (Asbest) | 1.2 | 570.00 |
| March | - (07) Committee, Creditors' | 20.4 | 12290.00 |
| March | - (16) Plan and Disclosure Statement | 69.2 | 50322.50 |
| March | - (28) Data Analysis | 79.8 | 47265.00 |
| March | - (99) Total | 170.6 | 110447.50 |
| | | | |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 1.2 | 570.00 |
| Total | - (07) Committee, Creditors' | 20.4 | 12290.00 |
| Total | - (16) Plan and Disclosure Statement | 69.2 | 50322.50 |
| Total | - (28) Data Analysis | 79.8 | 47265.00 |
| Total | - (99) Total | 170.6 | 110447.50 |

{D0152546.1 }

```
Date: 05/12/09         Legal Analysis Systems, Inc.
Time: 10:00am                              Page 8

       W. R. Grace

    Summary Of Time Charges, By Month and Person
        March 2009 - March 2009

 MONTH      PERSON                      HOURS        AMOUNT
------------------------------------------------------------
 March    - Relles                       80.1        38047.50
 March    - Peterson                     90.5        72400.00
 March    - Total                       170.6       110447.50

 Total    - Relles                       80.1        38047.50
 Total    - Peterson                     90.5        72400.00
 Total    - Total                       170.6       110447.50

------------------------------------------------------------
```

{D0152546.1 }

Date: 05/12/09    Legal Analysis Systems, Inc.
Time: 10:00am                        Page 9

W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
March 2009 - March 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| March | - Relles | 1.2 | 475. | 570.00 |
| (07) Committee, Creditors' | | | | |
| March | - Relles | 12.4 | 475. | 5890.00 |
| March | - Peterson | 8.0 | 800. | 6400.00 |
| (16) Plan and Disclosure Statement | | | | |
| March | - Relles | 15.5 | 475. | 7362.50 |
| March | - Peterson | 53.7 | 800. | 42960.00 |
| (28) Data Analysis | | | | |
| March | - Relles | 51.0 | 475. | 24225.00 |
| March | - Peterson | 28.8 | 800. | 23040.00 |

---

{D0152546.1 }