IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtor. | In Proceedings for a<br>Reorganization under<br>Chapter 11<br><br>Case No. 01-1139 (JKF) |

**SECOND SUPPLEMENTALVERIFIED STATEMENT
IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019
FILED BY MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC**

<u>GARY W. KENDALL</u>, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the firm of Michie Hamlett Lowry Rasmussen & Tweel PLLC, 500 Court Square, Suite 300, Charlottesville, Virginia 22902.

2. This Supplemental Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004, (the "Revised Order").

3. The law firm of Michie Hamlett Lowry Rasmussen & Tweel PLLC has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto. This list consists of those creditors identified in our original Verified Statement, Document No. 7161; Supplemental Verified Statement, Docket No. 8687; and additional creditors identified herein.

4. Each creditor named on the attached list has executed a Power of Attorney Agreement authorizing Michie Hamlett Lowry Rasmussen & Tweel PLLC to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor is provided as set forth in the exhibit list.

6. Michie Hamlett Lowry Rasmussen & Tweel PLLC does not hold any claims against or interest in the Debtor.

7. Michie Hamlett Lowry Rasmussen & Tweel PLLC will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

8. Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access.

DATED: May 11, 2009

MICHIE HAMLETT LOWRY
RASMUSSEN & TWEEL PLLC

By: _____
Gary W. Kendall

Sworn to before me this 11th day of
May, 2009 in the
City of Charlottesville, Virginia.

_____
Kelly G. Donato
Notary Public

KELLY G. DONATO
REGISTRATION # 187556
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
NOVEMBER 30, 2012

My commission expires: November 30, 2012.