IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 21317 |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 21317**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for February 1, 2009 through February 28, 2009 filed on April 20, 2009. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than May 11, 2009. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

May 12, 2009						WARREN H. SMITH & ASSOCIATES, P.C.

							By: _____
							     Warren H. Smith
							     State Bar No. 18757050

							325 N. St. Paul Street, Suite 1250
							Republic Center
							Dallas, Texas 75201
							(214) 698-3868
							(214) 722-0081 (FAX)
							**FEE AUDITOR**

WRGraceCNO2.09.rtf