# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# FEBRUARY 1, 2009 THROUGH
# FEBRUARY 28, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

May 5, 2009

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   84814

Re:   W. R. Grace & Co.
      David T. Austern
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only: 02/28/09      $17,780.50
         Subtotal for COSTS only: 02/28/09        $246.50
                                              -----------
CURRENT PERIOD FEES AND COSTS: 02/28/09        $18,027.00
                                              -----------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

May 5, 2009

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number   84814

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 12.7 | 5,397.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.2 | 85.00 |
| PLAN AND DISCLOSURE STATEMENT | 23.4 | 9,752.50 |
| CASE ADMINISTRATION | 1.4 | 210.00 |
| FEE/EMPLOYMENT APPLICATIONS | 7.9 | 1,613.00 |
| RELIEF FROM STAY PROCEEDINGS | 1.7 | 722.50 |
| Subtotal for FEES only: 02/28/09 | 47.3 | $17,780.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 38.90 | 38.90 | 16,532.50 | 0.00 | 0.00 |
| 150.00 | CAH | 7.20 | 7.20 | 1,080.00 | 0.00 | 0.00 |
| 140.00 | TLB | 1.20 | 1.20 | 168.00 | 0.00 | 0.00 |
| Totals | | 47.30 | 47.30 | 17,780.50 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/05/09   Page 3

| Cl Code Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/02/09 | Review of Debtors' 13th Quarterly Report of Asset Sales; review of Debtors' 13 Quarterly Report of Settlements; review of miscellaneous pleadings. | 0.30 | 127.50 | Li |
| WRG | LITIGATION | JCP | 02/03/09 | Review of Notice of Filing Transcript in District Court. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 02/04/09 | Review of Elmer Biladeau's Joinder in BNSF's Second Request for Production and First Request for Admissions for Arrowood (.1); review of Biladeau's Joinder in BNSF's Second Request for Production and Request for Admissions to Zurich and Continental (.1); review of Biladeau's Joinder in BNSF's Request for Admissions and Request for Production to Plan Proponents (.1); review of Certification of Counsel re: blacklines of proposed Confirmation and Solicitation Procedures for First Amended Plan (.1); review of blacklines of Confirmation Procedures Order, Voting Procedures, Form of Ballots, Notice of Non-Voting Class Status, Form of Confirmation Hearing Notice, Form of Non-Voting Claim Notice, Form of Publication Notice, Form of Notice to Counterparties to Executory Contracts and Form of Notice of Procedures re: Payment of Post-Petition Interest on General Unsecured Claims (1.0). | 1.40 | 595.00 | |
| WRG | LITIGATION | JCP | 02/09/09 | E-mail from and e-mail to Debbie Felder re: upcoming discovery response due dates; review of chart re: same; memorandum to file re: same. | 0.30 | 127.50 | |
| WRG | LITIGATION | JCP | 02/16/09 | Review of Agenda for 2/23/09 Hearing. | 0.10 | 42.50 | |
| WRG | LITIGATION | JCP | 02/17/09 | Review of Certificate of No Objection re: Debtors' Motion for Entry of an Order Approving the Third Amendment to the Sale of Debtors' Real Property in San Leandro, CA to Alco Iron & Metal Co. (.1); review of Notice and Motion of Anderson Memorial Hospital for Enlargement of Time to Serve Discovery (.2); review of Debtors' Request for Production, Interrogatories and Request for Admissions to the Official Committee of Asbestos PD Claimants, Asbestos PD Future Claimants' Representative, Anderson Memorial Hospital and Speights & Runyan (.2); review of draft Joint Response of Plan Proponents to Owens-Illinois' Request for Admissions, Request for Production and Interrogatories (.2); review of Hartford's Joinder in Federal's Objection to Confirmation; review of Anderson Memorial's Motion to Reconsider Second Amended Case Management Order (.2). | 0.90 | 382.50 | |
| WRG | LITIGATION | JCP | 02/18/09 | Review of Order Continuing Debtors' 25th Omnibus Objection to Claims (.2); review of Order Continuing Debtors' Objection to Massachusetts Claim (.1); review of Motion to Approve Settlement of Macerich Fresno's PD Claim with exhibits and Debtors' Motion to Shorten Time for Hearing on Anderson's Motion to Enlarge Time to Serve Discovery (.2); review of Order Granting same (.1); e-mail from Debbie Felder (2x) re: revised and further revised draft responses | 1.10 | 467.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/05/09   Page 4

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 02/19/09 | E-mail from Debbie Felder re: Future Claimants Representative's draft responses to Certain Insurers' Revised (1st Set) Interrogatories with enclosure (.1); review of same (.4); e-mail from counsel for Debtors (2x) re: 2/24/09 teleconference (.1); e-mail from New York counsel for Personal Injury Committee (2x) re: same; calendar same (.1); review of Order Approving Third Amendment to Sale of San Leandro property (.1); e-mail from Kate Orr re: 2/24/09 teleconference re: Future Claimants Representative's revised Answers to Interrogatories (certain Insurers) (.1); e-mail from counsel for Debtors re: 2/23/09 hearing to be held telephonically (.1). | 1.00 | 425.00 | |
| WRG LITIGATION | JCP | 02/20/09 | Review of Longacre's Responses to Debtors' Phase 1 Request for Production (.3); review of Federal Insurance Co.'s Responses to Plan Proponents' Interrogatories and Request for Production (1st Set) (.2); e-mail from Defense Coordinator re: Court Call arrangements for 2/23/09 Hearing (.1); conference with paralegal re: same (.1); e-mail from Debbie Felder (3x) re: 2/20/09 filing (.1); e-mail from counsel for Debtors re: 2/23/09 Hearing with enclosure (.1); review of Amended Agenda for same (.1); e-mail to and e-mail from Celeste A. Hartman re: 2/23/09 filing (.1); e-mail from Debbie Felder re: filing Notice of Service of discovery with enclosure (.1); review of same (.2); e-mail from Debbie Felder re: Plan Proponents' Joint Response to Owens-Illinois' Request for Admissions, Interrogatories and Request for Production with enclosure (.1); review of same (.2); review of Zurich's Response to Plan Proponents' Designation of Confirmation Issues (.2); review of PD Future Claimants Representative's Objection to Disclosure Statement (.4); e-mail from Debbie Felder re: Personal Injury Committee's Answers to Interrogatories (Cannon's Amended 1st Set and Benefield's Amended 1st Set) and Future Claimants Representative's Joinder thereto with enclosure (.2); review of same (.5); review of Allstate's Notice of service (.1); review of Montana's Responses to Debtors' Request for Production (1st Set) (.2); review of Zurich's Responses to Plan Proponents' Request for Production and Interrogatories (.1); review of Maryland Casualty's Responses to Plan Proponents' Request for Production and Interrogatories (.1); review of Fireman's Fund's Responses to Plan Proponents' Request for Production and Interrogatories (.1); review of Fireman's Fund's Responses to Debtors' Phase 1 Request for Production (.1); e-mail from NY counsel for Property Damage Committee re: revisions to answers to Fireman's Fund's Interrogatories (.1); e-mail from Kate Orr re: rescheduling 2/24/09 teleconference (.1); e-mail from NY counsel for Personal Injury Committee re: same (.1); review of Debtors' Response to BNSF's Request | 3.90 | 1,657.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/05/09  Page 5

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 02/24/09 | Review of miscellaneous pleadings (.1); e-mail from (3x) and e-mail to (2x) Debbie Felder re: Maryland Casualty's and Zurich's discovery responses (.1); locate hard and electronic copy of same (.2); e-mail to Debbie Felder forwarding electronic copy of same (.2); review of Scott's 2nd Set of Interrogatories, Request for Production and Request for Admissions to Plan Proponents (.2). | 0.80 | 340.00 | WRG |
| LITIGATION | JCP | 02/25/09 | Review of 2/17/09 District Court Order Granting Libby Claimants' Motion for Leave to Appeal (.1); review of Appeal Transmittal Sheet (.1); phone conference with counsel for Plan Proponents re: FCR's Answers to Interrogatories (Fireman's) (.7); review of preparation of Committee's Notices of Services re: Answers to Interrogatories (Biladeau's), Answers to Interrogatories (Benefields' 1st Amended), Answers to Interrogatories (Cannon's 1st Amended) and Answers to Interrogatories (Barnes') (.1); review of BNSF's Answers to Interrogatories (Plan Proponents') (.5); review of BNSF's Response to Plan Proponents' Request for Production (.5). | 2.00 | 850.00 | WRG |
| LITIGATION | JCP | 02/26/09 | Review of ZAI Claimants' Motion for Final Approval of U.S. ZAI Class Settlement (.5); review of miscellaneous pleadings (.2); review of Kaneb Pipe Line's Motion to Modify Automatic Stay re: Macon, Georgia Site with Exhibits (Annex 1 and 2)(.1). | 0.80 | 340.00 | WRG |
|  |  |  |  | 12.70 | 5,397.50 |  |
|  |  |  |  | 12.70 | 5,397.50 |  |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/05/09   Page 2

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 02/06/09 | Review of ZAI Claimants' Response to MacLean Motion to File Late Proof of Claim; review of Debtors' 2008 Monthly Operating Report. | 0.20 | 85.00 | Co |
| | | | | ------- | ------- | |
| | | | | 0.20 | 85.00 | |
| | | | | ------- | ------- | |
| | | | | 0.20 | 85.00 | |
| | | | | ------- | ------- | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 02/07/09 | Review of Certification of Counsel re: blacklines of First Amended Plan of Reorganization, Disclosure Statement and Exhibit Book (.1); review of blackline of Plan (.6 hrs); review of blackline of Disclosure Statement (.8 hrs); review of blackline of Asbestos PI Trust Agreement (.4 hrs); review of blackline of Asbestos PI Trust Agreement (.3 hrs); review of blackline of Asbestos PD Trust Distribution Procedures (.3 hrs); review of blackline of Schedule of Settled Asbestos Insurers (.2 hrs); review of Best Interest Analysis (.1 hrs); review of Canadian ZAI Minutes of Settlement (.3 hrs); review of blackline of Cooperation Agreement (.1 hrs); review of Asbestos PI Deferred Payment Agreement (.3 hrs); review of financial information (.3 hrs); review of Fresenius Settlement Agreement (.2 hrs); review of Fresenius Settlement Order (.2 hrs); review of Grace PI Guarantee (.3 hrs); review of Non-Debtor Affiliates Schedule (.1 hrs); review of Plan Registration Rights Agreement (.3 hrs); review of Rejected Executory Contracts and Unexpired Leases (.1 hrs); review of Share Issuance Agreement (.2 hrs); review of Unresolved Asbestos PD Claims Schedule (.1 hrs); review of Sealed Air Settlement Agreement and Settlement Order (.4 hrs); review of Warrant Agreement (.3 hrs); review of blacklined Case Management Order for Class 7A Asbestos PD Claims (.1 hrs); review of Asbestos PI/PD Inter-Creditor Agreement (.3 hrs); review of Deferred Payment Agreement re: Class 7A PD (.3 hrs); review of Deferred Payment Agreement re: Class 7B ZAI (.3 hrs); review of Grace Guarantee Agreement re: Class 7A PD (.3 hrs); review of Grace Guarantee Agreement re: Class 7B ZAI (.3 hrs); review of Stock Incentive Plan (.1 hrs); review of Stock Trading Restrictions Agreement (.1 hrs); review of ZAI PD Trust Distribution Procedures (.2 hrs); review of Notice of Filing First Amended Disclosure Statement and Joint Plan, Final Disclosure Statement Hearing and Final Deadline for Filing Disclosure Statement Objections (.1 hrs). | 8.10 | 3,442.50 | ps |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 02/09/09 | Review of Plan Discovery Requests to all parties; forward to John C. Phillips, Jr. | 0.30 | 45.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 02/23/09 | Conference with John C. Phillips, Jr.; phone conference with D. Felder; phone conference with Brian E. Farnan to get Notice of Service filed. | 0.40 | 60.00 | |
| | | | | 0.70 | 105.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 02/08/09 | Review of Debtors' First Amended Disclosure Statement Joint Plan of Reorganization with Exhibit Book (3.7 hrs); review of proposed Amended Confirmation & Substitution Procedures Order (.7 hrs). | 4.40 | 1,870.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 02/21/09 | Review of Debtors' Opposition to Anderson Memorial's Motion to Enlarge Time to Serve Discovery with Exhibits (.1); | 2.50 | 1,062.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/05/09  Page 9

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | JCP | 02/23/09 | Review of USA's Objections to Debtors' First Amended Disclosure Statement (.1); review of Anderson Memorial's Objection to Debtors' First Amended Disclosure Statement (.1); review of Property Damage Future Claimants Representative's Objection to same (.1); review of CNA's Objection to same (.1); review of Seconded Amended Agenda for 2/23/09 Hearing (.1); review of Fireman Fund's Joinder in CNA's Objection (.1); review of Maryland Casualty's Protective Objection to Debtors' Disclosure Statement for First Amended Plan (.1); phone conference with Judge Fitzgerald and all counsel (.6); e-mail from Debbie Felder re: serving Joinder to ACC's responses to Libby Claimants' Interrogatories (.1); e-mail from Debbie Felder forwarding same (.1); review of same (.1); review of Notice of Service for same (.1); phone conference with Celeste A. Hartman re: filing same (.1); conference with Brian E. Farnan re: filing same (.1); e-mail from and e-mail to Debbie Felder (2x) re: filing same (.1); review of Debtors' Objections and Responses to Arrowood's Interrogatories, Request for Admissions and Request for Production (1.0); review of Debtors' Answers to Interrogatories (Libby Claimants) (.6). | 3.60 | 1,530.00 | |
| PLAN AND DISCLOSURE STATEMENT | JCP | 02/27/09 | E-mail from and e-mail to Debbie Felder serving FCR's responses to Arrowood's Request for Admissions with enclosure (.1); review of draft responses (.5); e-mail from Celeste A. Hartman re: same (.2); review of Notice of filing of Amended Proposed Confirmation and Solicitation Procedures for 1st Amended Plan with enclosure (.2); preliminary review of voluminous enclosure (.5); review of Certification of Counsel re: Blacklines of Amended Proposed Confirmation and Solicitation Procedures with enclosure; | 1.40 | 595.00 | |

(continued above row) ...review of UniFirst's Objection to Disclosure Statement for First Amended Plan with Exhibits (.2); review of Maryland Casualty's Objection to Disclosure Statement (.2); e-mail from counsel for Personal Injury Committee re: 2/25/09 defense teleconference (.1); e-mail from Kathy Orr re: time and call-in number for same (.1); memorandum to file re: same (.1); calendar same (.1); review of Scotts' Responses to Plan Proponents' Request for Production and Interrogatories (.2); review of Order Expediting Hearing on Anderson Memorial's Motion to Enlarge Time to Serve Discovery (.2); review of OneBeacon's Responses to Plan Proponents' Interrogatories and Request for Production (.2); review of Seaton's Responses to Plan Proponents' Interrogatories and Request for Production (.2); review of OneBeacon's Responses to BNSF's Request for Production (.2); review of Seaton's Responses to BNSF's Request for Production (.1); review of Allstate's Responses to Debtors' Phase 1 Request for Production (.1); review of OneBeacon's Responses to Debtors' Phase 1 Request for Production (.1); review of Geico's Responses to Debtors' Phase 1 Request for Production (.2); review of Columbia's Responses to Debtors' Phase 1 Request for Production (.2).

WRG-AUS                             LEGALMASTER MIRC For Transactions                             05/05/09 Page 10
                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 02/28/09 | Review of 10 e-mails from counsel for Debtors forwarding Disclosure Statement for 1st Amended Plan, First Amended Plan, Exhibit Book to First Amended Plan, Notice of Filing of same, Certification of Counsel re: Disclosure Statement Objection Chart, Blacklines of all foregoing and corrected Exhibit 25 (.5); review of Disclosure Statement of Objection Chart (.1); review of Blacklines of all other documents (2.1). | 2.70 | 1,147.50 | |
| | | | review of same (.2); review of Scotts' Notice of Service (2x)(.2). | | | |
| | | | | 22.70 | 9,647.50 | |
| | | | | 23.40 | 9,752.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/05/09  Page 1

Sort Fields:
   Grouping code        (Paginate)
   Client code
   Actual employee code (Subtotals)
   Transaction date

Range Fields:
   Client code         I  WRG - WRG
   Invoice Number     I  84814 - 84814

| Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 02/09/09 | Download and attempt to file 11th Declaration of Frankel; note mistake and e-mail D. Fullem re: same; review of and revise Declaration; scan and file corrected version. | 0.80 | 120.00 | Ca |
| CASE ADMINISTRATION | CAH | 02/24/09 | Update docket to system. | 0.10 | 15.00 | |
| CASE ADMINISTRATION | CAH | 02/27/09 | Update 2002 list; prepare labels for Fee Application. | 0.50 | 75.00 | |
| | | | | 1.40 | 210.00 | |
| | | | | 1.40 | 210.00 | |

WRG-AUS                                   LEGALMASTER MIRC For Transactions                              05/05/09  Page 6
                                                          -Fees-

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/18/09 | Code December and January pre-bills to comply with local rules. | 0.40 | 60.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/19/09 | E-mail response to D. Fullem re: filing of Certificate of No Objection conflict. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/23/09 | Begin Phillips, Goldman & Spence Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/24/09 | Draft December Fee Application for Phillips, Goldman & Spence. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/24/09 | Draft January Fee Application for Phillips, Goldman & Spence. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/24/09 | Draft Certificate of No Objection for November Fee Application for Phillips, Goldman & Spence. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/24/09 | Review of and revise January Fee Application; forward to John C. Phillips, Jr. for review. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/25/09 | Further review of and revise December and January Fee Applications for Phillips, Goldman & Spence. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/25/09 | Scan file and serve Certificate of No Objection for November Phillips, Goldman & Spence Fee Application and December and January Fee Applications. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/26/09 | Begin 19th Quarterly Fee Application. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/27/09 | Complete 19th Quarterly Fee Application of Phillips, Goldman & Spence. | 0.70 | 105.00 | |
| | | | | | 5.10 | 765.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/10/09 | Review of Orrick's 11th Supplemental Declaration; review of miscellaneous pleadings. | 0.20 | 85.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/13/09 | Review of and revise downward December 2008 and January 2009 prebill. | 0.50 | 212.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/24/09 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 54th Monthly Fee Application (.2); review of, revise and execute Phillips, Goldman & Spence 55th Monthly fee Application (.2); review of, revise and execute Phillips, Goldman & Spence 56th Monthly Fee Application (.1); conference with Celeste A. Hartman re: correcting and filing all of above (.1). | 0.60 | 255.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/27/09 | Review of, revise and execute Phillips, Goldman & Spence 19th Quarterly Fee Application; conference with Celeste A. | 0.30 | 127.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/05/09  Page 7

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | | | | |
| FEE/EMPLOYMENT APPLICATIONS | TLB | 02/19/09 | E-file 6 Certificates of No Objections for Orrick, Piper Jaffe, Tre Angeli, Towers Perrin and Austern related to November and December Fee Applications. | 1.20 | 168.00 | |
| | | | Hartman re: filing same. | 1.60 | 680.00 | |
| | | | | 1.20 | 168.00 | |
| | | | | 7.90 | 1,613.00 | |

| WRG-AUS | | | | LEGALMASTER MIRC For Transactions -Fees- | 05/05/09 Page 11 | |
|---|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | | Billable Hours | Billable Dollars | Grp Cd |
| WRG   RELIEF FROM STAY PROCEEDINGS | JCP | 02/11/09 | Review of Debtors' Objection to Kaneb's Motion to Modify Automatic Stay with Exhibits (.9); review of Continental Casualty's Response to Kaneb Motion to Modify Automatic Stay (.1); review of Debtors' 18 Claim Settlement Notice with Exhibit (.1); review of One Beacon's Response to Kaneb's Motion to Modify Automatic Stay (.1). | 1.20 | 510.00 | rp |
| WRG   RELIEF FROM STAY PROCEEDINGS | JCP | 02/12/09 | Review of OneBeacon America Insurance Company's Response to the Motion of Kaneb Pipe Line for an Order Modifying the Automatic Stay. | 0.10 | 42.50 | |
| WRG   RELIEF FROM STAY PROCEEDINGS | JCP | 02/13/09 | Review of Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line for an Order Modifying the Automatic Stay; review of Debtors' Application to Employ Law Offices of Janet Baer with Exhibits and proposed Order; review of Debtors' Request for Production of Documents, Interrogatories and Request for Admissions to Plan Proponents. | 0.40 | 170.00 | |
| | | | | 1.70 | 722.50 | |
| | | | | 1.70 | 722.50 | |
| | | | | 47.30 | 17,780.50 | |

8 records printed.