# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## FEBRUARY 1, 2009 THROUGH
## FEBRUARY 28, 2009

Phillips, Goldman & Spence, P.A.

May 5, 2009

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   84814

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 02/01/09 | Long distance phone charges | 0.57 |
| 02/04/09 | Check No.: 39563 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 02/04/09 | Check No.: 39564 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 02/16/09 | Facsimile | 1.00 |
| 02/23/09 | Photocopies | 73.90 |
| 02/25/09 | Postage | 2.53 |
| 02/27/09 | Check No.: 39759 - John C. Phillips, Jr. - expense reimbursement - Court Call Teleconference | 148.50 |
| | Subtotal for COSTS only: 02/28/09 | $246.50 |