# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MARCH 1, 2009 THROUGH
# MARCH 31, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


May 5, 2009


Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number  84815

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)


                    Subtotal for FEES only: 03/31/09    $21,595.00
                    Subtotal for COSTS only: 03/31/09      $741.49
                                                        -------------
          CURRENT PERIOD FEES AND COSTS: 03/31/09       $22,336.49
                                                        -------------


*************************************************************

Please remit duplicate copy with payment.  Thank you.

*************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

May 5, 2009

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  84815

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 4.7 | 952.50 |
| PLAN AND DISCLOSURE STATEMENT | 13.1 | 5,100.00 |
| LITIGATION | 36.2 | 15,385.00 |
| CASE ADMINISTRATION | 0.2 | 30.00 |
| RELIEF FROM STAY PROCEEDINGS | 0.3 | 127.50 |
| Subtotal for FEES only: 03/31/09 | 54.5 | $21,595.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 48.80 | 48.80 | 20,740.00 | 0.00 | 0.00 |
| 150.00 | CAH | 5.70 | 5.70 | 855.00 | 0.00 | 0.00 |
| Totals | | 54.50 | 54.50 | 21,595.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/11/09   Page 8

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | | | | | | |
| | JCP | 03/25/09 | E-mail from counsel for Debtor re: 4/1/09 Fee Order with enclosure; review of same. | 0.10 | 42.50 | fa |
| | | | | 0.90 | 382.50 | |
| | | | | 4.70 | 952.50 | |

LEGALMASTER MIRC For Transactions
-Fees-

WRG-AUS

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | CAH | 03/02/09 | E-mail to John C. Phillips, Jr. and D. Felder re: Court system being down after numerous attempts to use. | 0.20 | 30.00 | ps |
| PLAN AND DISCLOSURE STATEMENT | CAH | 03/06/09 | E-mail to D. Felder (3x) re: service of discovery. | 0.30 | 45.00 | |
| PLAN AND DISCLOSURE STATEMENT | CAH | 03/09/09 | Download, print and file Notice of Service for multiple responses of David Austern. | 0.30 | 45.00 | |
| PLAN AND DISCLOSURE STATEMENT | CAH | 03/09/09 | Download, print and file Notice of Service of Joint Discovery Responses. | 0.30 | 45.00 | |
| PLAN AND DISCLOSURE STATEMENT | CAH | 03/25/09 | Download, print and scan 2 Notices of service of Discovery Responses; file same. | 0.60 | 90.00 | |
| | | | | 1.70 | 255.00 | |
| PLAN AND DISCLOSURE STATEMENT | JCP | 03/02/09 | E-mail from Celeste A. Hartman re: filing today (.1); e-mail from Debbie Felder re: same (.1); review of Prokopich ZAI claim (.1); review of Certification of Counsel re: Blacklines of Amended Proposed Confirmation and Solicitation Procedures with enclosure re: Voting Instructions (.1); review of Certification of Counsel re: Disclosure Statement Objection Chart with enclosure (.1); review of Chart (.1); review of Notice of Filing of 1st Amended Disclosure Statement and 1st Amended Plan (.1); review of Certification of Counsel re: same (.1); preliminary review of same (.7); preliminary review of Exhibit Book (.4); review of Agenda for 3/9/09 Hearing (.1); e-mail from Kate Orr re: FCR's draft responses to Geico's and Zurich's discovery with enclosure (.1); preliminary review of FCR's Answers to Interrogatories, Request for Admissions and Request for Production (Geico's) (.6); preliminary review of FCR's Answers to Interrogatories, Request for Admissions and Request for Production (Zurich's) (.6); review of FCR's Responses to Arrowood's discovery (.1). | 3.40 | 1,445.00 | |
| PLAN AND DISCLOSURE STATEMENT | JCP | 03/13/09 | Review of Anderson Memorial's Notice of Deposition of Finke (.1); review of Judge Buckwalter's 3/12/09 Memorandum and Order Granting Debtors'/Appellees' Motion to File a Sur-Reply Brief and Denying New Jersey's Appeal of Bankruptcy Court's Injunction (.2); review of Order Approving Disclosure Statement (.1); e-mail from local counsel for Personal Injury Committee re: revised Witness List with enclosure (.1); review of same (.1); e-mail to counsel for Personal Injury Committee approving same (.1); review of Zurich's Witness List (.1); review of Federal's Witness List (.1); review of Libby Claimants' Witness List (.1); review of CNA's Witness List (.1); review of Montana's Witness List (.1); review of Hartford's Witness List; review of One Beacon's Witness List (.1); review of Seaton's Witness List (.1); review of Geico's Witness List | 2.00 | 850.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/11/09   Page 10

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | JCP | 03/16/09 | Review of Debtors' 20th Claim Settlement Notice (.1); review of Anderson Memorial's Interrogatories, Request for Admissions and Request for Production to Plan Proponents (.3); review of Anderson's Preliminary Witness List (.1); review of Anderson's Objections and Responses to Debtors' Request for Production and Interrogatories (.1); review of Federal's Preliminary Witness Designation (.1); review of BNSF's Preliminary Witness List and Reservation of Rights with Respect to Witnesses to be called during the Plan Confirmation Hearing (.1); review of Anderson's Notice of Deposition of Richard Finke (.1); review of Bank Lender Group's Preliminary Witness Disclosure (.1); review of One Beacon's Preliminary Witness List for Phase I and Phase II of the Confirmation Hearing (.1); review of Seaton Insurance Company's preliminary Witness List for Phase I and Phase II of the Confirmation Hearing (.1); review of Government Employees Insurance Company's Preliminary Witness List for Phase I and Phase II of the Confirmation Hearing (.1); review of Columbia's Preliminary Witness List for Phase I and Phase II of the Confirmation Hearing (.1); review of the Expert Witness Report of Professor George L. Priest (.1); review of Libby Claimant's Preliminary Designation of Witnesses to Testify in Connection with Plan Confirmation (.1); review of Debtors' Preliminary Witness Designation of Zurich (.1); and Maryland Casualty's Preliminary Witness Designations (.1); review of Travelers' Preliminary Witness List (.1); review of Debtors' Objection to Anderson's ZAI Class Proof of Claim with Exhibits (.3); review of Libby Claimants' Notice of Service and Supplemental Expert Reports of Dr. Alan C. Whitehouse (voluminous) (.6); review of Arthur Frank's Supplemental expert report; review of Scott's Preliminary Witness List (.1); review of miscellaneous pleadings (.1); review of Equity Committee's Reservation of Rights re: Plan Confirmation Witnesses (.1); review of Anderson Memorial's Objection to ZAI Class Settlement (.1); review of Property Damage Future Claims Representatives' Reservation of Rights re: Plan Confirmation Witnesses (.1); review of Continental's Response to Kanab's Motion to Modify Stay with Exhibits (.1); review of Hartford's Preliminary Witness Designation Disclosure (.1); review of Creditors' Committee's Preliminary Witness Disclosure (.1); review of Certain Insurers' Preliminary Witness List (.1); review of Bernd Heinze's (Artzwood's) Preliminary Witness List (.1); review of Continental's Expert Report re: Debtors' Plan; review of Scotts' Expert Report (Stanovich) re: Scotts' entitlement to Vendors' | 4.10 | 1,742.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/11/09  Page 11

| C1 Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/17/09 | Review of Personal Injury Committee's and FCR's Preliminary list of Witnesses that they intend to call during the Confirmation Hearing (.1); review of Certain Insurers' Notice of Filing and Expert Report of James B. Shein (.6); review of Certain Insurers' Notice of Filing and Expert Report of H. Sean Mathis (.5); review of Notice of Filing and Debtors' Property Damage Expert Report (Denise Neumann Martin) (.6); review of miscellaneous pleadings (.1). | 1.90 | 807.50 | |
| | | | | coverage (.4). | | | |
| | | | | | 11.40 | 4,845.00 | |
| | | | | | 13.10 | 5,100.00 | |

LEGALMASTER MIRC for Transactions
-Fees-

05/11/09   Page 2

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG-AUS | | | | | | |
| WRG | | | | | | |
| WRG LITIGATION | JCP | 03/02/09 | Review of 1st Amended Plan and Disclosure Statement as Approved by Court for publication. | 0.00 | 0.00 | Li |
| WRG LITIGATION | JCP | 03/03/09 | Review of Agenda for 3/9/09 Hearing (.1); e-mail from 3rd Circuit Court re: briefing schedule (.1); e-mail from Debbie Felder re: filing Notice of Service re: FCR's Responses to Arrowood's Request for Admissions (.1); review of proposed CNO for Class 7A Property Damage Claims (.1); e-mail from paralegal for local counsel for plaintiff re: corrected Exhibit 12 with enclosure (.1); review of same (.1), e-mail from counsel for Personal Injury Committee re: 3/4/09 teleconference re: FCR's draft response to Geico and Zurich discovery (.1); e-mail from Kate Orr re: separate responses to Federal's discovery (.1). | 0.80 | 340.00 | |
| WRG LITIGATION | JCP | 03/05/09 | Review of Certification of Counsel re: Order Dismissing As Moot Anderson Memorial's Motion to Enlarge Time to Serve Discovery with proposed Order (.1); e-mail from Debbie Felder re: FCR's response to Fireman's discovery with enclosure (.1); review of FCR's draft Responses to Fireman's Request for Admissions, Revised Interrogatories and Request for Production (1.5); e-mail from counsel for Personal Injury Committee (2x) re: same (.1); e-mail from Kate Orr re: red-lined copies of FCR's responses to Fireman's discovery with enclosure (.1); review of same (.4); e-mail from counsel for Debtor re: same(.1); e-mail from counsel for Personal Injury Committee (2x) re: standing Objection (.1); review of e-mail from counsel for Personal Injury Committee (Capdale) re: RFA's 86 and 87 (.1); e-mail from counsel for Debtors' re' Debtors' Responses to Arrowood's Request for Production with enclosure (.1); review of same (.1). | 2.80 | 1,190.00 | |
| WRG LITIGATION | JCP | 03/06/09 | Review of 2nd Amended Exhibit 12 (.2); e-mail from Debbie Felder (3x) re: FCR's and Plan Proponent's Responses top various discovery with enclosure; review of FCR's Response to CNA's Request for Admissions, Interrogatories and Request for Production (.7); review of FCR's Response to Certain Insurer's Request for Admissions, Interrogatories and Request for Production (1.8); review of FCR's Response to Geico's Request for Admissions, Interrogatories and review of (1.0); review of FCR's Response to Zurich's Joinder in CNA's Request for Admissions, Interrogatories and Request for Production (.7); review of Plan Proponent's Response to Federal's Request for Production, Interrogatories and Request for Production (.7); review of FCR's Response to One Beacon's Request for Admissions, Interrogatories and Request for Production (.5). | 5.60 | 2,380.00 | |
| WRG LITIGATION | JCP | 03/07/09 | Review of Debtors' Response and Notice of Service to One Beacon's Interrogatories, Request for Admissions, Request for Production (.5); review of Debtors' Response and Notice of Service to CNA's Interrogatories, Request for Production (.5); | 3.80 | 1,615.00 | |

LEGALMASTER MMC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 03/09/09 | Admissions and Request for Production (.6), review of Debtors' Response and Notice of Service of Zurich's Interrogatories, Request for Admissions and Request for Production (.6); review of Debtors' Response and Notice of Service to Geico's Interrogatories, Request for Admissions and Request for Production (1.0) review of Debtors' Response and Notice of Service to Certain Insurer's Interrogatories, Request for Admissions and Request for Production (1.0); review of Debtors' January 2009 Monthly Operating Report (.1). | | | |
| LITIGATION | JCP | 03/09/09 | Review of Order Dismissing as Moot Anderson Memorial's Motion to Enlarge Time (.1); e-mail from Debbie Felder (2x) re: filings to be made today with enclosure (.1); review of FCR's Notice of Service of Discovery Responses to Zurich, CNA Certain Insurers, Geico and One Beacon (.1); e-mail from Celeste A. Hartman re: same (.1); phone conference with Judge Fitzgerald and all counsel (2.6); review of Plan Proponents' Notice of Service of Discovery Responses to Federal (.1); e-mail from Celeste A. Hartman re: same (.1); e-mail from paralegal for Debtors (5x) forwarding verifications to Debtors' discovery responses; review of Scotts' Amended Responses to Plan Proponents' Interrogatories and review of (.7). | 3.90 | 1,657.50 | |
| LITIGATION | JCP | 03/10/09 | Review of Notice of Filing of Transcript in District Court; review of Order Approving Disclosure Statement; review of Order Allowing Withdrawal of Maclean ZAI Motion; review of miscellaneous pleadings. | 0.30 | 127.50 | |
| LITIGATION | JCP | 03/11/09 | Review of Debtors' Motion to Approve Stipulations Resolving Proofs of Claims of PRP Group re: EPA Multi-Site Agreement with Exhibits and proposed Order; review of Debtors' Notice of Deposition of Dr. Whitehouse; review of miscellaneous pleadings. | 0.30 | 127.50 | |
| LITIGATION | JCP | 03/12/09 | Review of Judge Buckwalter's 3/11/09 Memorandum denying California's Motion for Judicial Notice (.1); review of 3rd Circuit's 3/11/09 Opinion affirming dismissal of 44 Speights and Runyan Property Damage Claims (.1); review of 3rd Circuit's Judgment (.1); review of miscellaneous pleadings (.1); e-mail from and e-mail to Debbie Felder re: filing on 3/13/09 (.1); e-mail from Celeste A. Hartman re: same (.1); review of 3 Stipulations resolving claims (GE, Harrington Tools and Los Angeles)(.1); e-mail from Debbie Felder re: approving FCR's Preliminary Witness list with enclosure (.1); review of same (.1); e-mail to and e-mail from Debbie Felder re: revising same (.1); e-mail from and e-mail to counsel for Personal Injury Committee re: same (.1). | 1.20 | 510.00 | |
| LITIGATION | JCP | 03/18/09 | Review of Property Damage Committee's Objections and Responses to Interrogatories and Request for Admissions of | 2.80 | 1,190.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Debtors (.1); review of Anderson Memorial's Objections and Responses to Request for Production and Interrogatories of Debtors (.2); review of Speights and Runyan's Objections to Request for Production and Interrogatories of Debtors (.1); review of Notice of Service of Supplemental Expert Report of Dr. Mark A. Peterson by Personal Injury Committee (2.0); review of Supplemental Expert Report of Dr. Peterson (.1); review of Certificate of No Objection re: Order Authorizing Minimum Contribution to Pension Plan (.1); review of review of Certificate of No Objection re: Order Authorizing Settlement of Macerich's Property Damage Claim (.1); review of Certificate of No Objection re: Retention of Janet Baer (.1). | | | |
| LITIGATION | | JCP | 03/19/09 | Review of Order Dismissing Debtors' Motion to Approve Settlement with Macerich Fresno. | 0.10 | 42.50 | |
| LITIGATION | | JCP | 03/23/09 | Review of Johnetta Rowe's Motion to File Late ZAI Proof of Claim (.1); e-mail from and e-mail to Kate Orr re: filing numerous discovery responses on 3/24/09 with enclosure (.1); review of Plan Proponents' response to ENSF's Interrogatories; Request for Admissions and Request for Production (.3); Request for Production Plan Proponents' responses to Montana's Interrogatories and Request for Production (.2); e-mail from Kate Orr re: verification for ENSF responses with enclosure (.2); review of same (.2); review of Creditors' Committee's Responses to Debtors Interrogatories and Request for Production (.1). | 1.20 | 510.00 | |
| LITIGATION | | JCP | 03/24/09 | E-mail from Kate Orr (2x) re: approving various discovery responses with enclosure (.2); review of Plan Proponent's Responses to: Montana's Phase II Interrogatories and Request for Production (.8); Shea's/Thom's Interrogatories and Request for Production (.8); Benefield's Request for Production (.2); Libby Claimants' Request for Admissions (.2); Byington's Request for Production and Interrogatories, Request for (.5); Maryland Casualty's Interrogatories, Request for Production and Request for Admissions (.2); Doney's Request for Production (.2) and White's Request for Production (.2); review of Personal Injury Committee's and FCR's Responses to: Doney's Interrogatories (.2) and White's Interrogatories (.2); review of David Austen's 8 verifications (.2); e-mail from and e-mail to counsel for Personal Injury Committee (2x) re: approving various joint discovery responses (.2); e-mail from Kate Orr (3x) re: same (.2); review of Anderson Memorial's Amended Notice of Deposition of Finke (.2); review of Kaneb Pip Line's Reply in support of Order Modifying Automatic Stay re: Otis Pipeline; review of Kaneb's Response to Debtors', One Beacon's and Continental's Insurance/lift Stay Issues with Supporting Affidavit (.2); review of Motion to Authorize Settlement of Macerich Fresno's Property Damage Claim with exhibits and proposed Order (.2); review of Motion to Authorize Implementation of 2009-2011 Long Term Incentive | 5.70 | 2,422.50 | |

LEGALMASTER MIRC For Transactions
-Fees-

05/11/09  Page 5

| C1 Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 03/25/09 | E-mail from Kate Orr re: filing Notices of Service and Certificates of Service for Discovery served on 3/24/09 (.1); e-mail to and e-mail from Celeste A. Hartman re: same (.1); phone conference with local counsel for Personal Injury Committee re: servicing "corrected" versions of Plan Proponents' Answers to Interrogatories from White and Answers to Interrogatories from Downey (.2); e-mail from local counsel for Personal Injury Committee re: same with enclosure (.1); review of same (.1); e-mail from Kate Orr approving same (.1); e-mail from local counsel for Personal Injury Committee approving signing and serving same (.1); e-mail from counsel for Equity Committee re: same (.1); e-mail from local counsel for Personal Injury Committee re: additional revisions to Notice of Service with enclosure (.1); review of same (.2); e-mail from counsel for Equity Committee approving same (.1); e-mail from local counsel for Personal Injury Committee re: service of corrected versions (.2); review of Maryland Casualty's Objections to Downey's Joinder in Plan Proponents' 1st Request for Production to MCC (.2); review of MCC's Supplemental Responses to Plan Proponents' 1st Set of Interrogatories (.2); review of Libby Claimants' Response to Debtors' Request for Production (.2); review of Creditors' Committee's Responses to Debtors' Interrogatories and Request for Production (.2); review of Debtors' Responses to: Cannon's Request for Production (.2); Benefield's Request for Production; Downey's Interrogatories and Request for Production (.2); White's Interrogatories and Request for Production (.2); CNA's 2nd Request for Production (.2); review of Plan Proponents' Response to Byington's Interrogatories and Request for Production (.2); Maryland Casualty's Interrogatories, Request for Production and Request for Admissions (.2); review of U.S.A. ZAI Class' Supplemental Memo re: approval of ZAI Class Settlement with Attachments (.2); review of Travelers' Request for Admissions to Debtors; (2nd Set)(.2). | 4.20 | 1,785.00 | |
| | LITIGATION | JCP | 03/26/09 | Review of Agenda for 4/1/09 Hearing; review of Order Approving Retention of Janet Baer; review of Order Authorizing Debtors' Contributions to Defined Pension Plan; review of Notice of Filing of Transcript; review of Notice of Correction to Mathis expert report. | 0.40 | 170.00 | |
| WRG | LITIGATION | JCP | 03/27/09 | Review of Order Allowing Debtors to File Reply to Anderson Memorial's Objection to ZAI Claimants' Motion to Approve | 1.90 | 807.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/11/09   Page 6

| WRG Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 03/30/09 | Class Settlement (.1); review of Notice of Correction of Mathis Expert Report (.1); review of Debtors' Reply to Anderson Memorial's Objection to ZAI Claimants' Motion to Approve Class Settlement (.1); review of California's Opening Brief in support of appeal of 10/10/08 Order Granting Debtors Summary Judgment with Appendix (1.5); review of Debtor's Objection to Anderson Memorial's Notice of Deposition of Richard Finke (.1). | | | |
| LITIGATION | JCP | 03/30/09 | Review of Anderson Memorial's 2nd Amended Notice of Deposition of Finke; review of Debtors' Amended Request for Production, Interrogatories and Request for Admissions to Property Damage Committee; review of Order Approving Disclosure Statement; review of Notice of Confirmation Hearing. | 0.40 | 170.00 | |
| LITIGATION | JCP | 03/31/09 | Review of Arrowood's Objection to Anderson Memorial's Notice of Deposition Finke (.2); review of Debtors' Responses to One Beacon's Request for Production (2nd Set)(.2); review of Debtors' Responses to One Beacon's Request for Admissions (2nd Set)(.2); e-mail from and e-mail to Rich Wyron re: 4/1/09 Hearing(.2). | 0.80 | 340.00 | |
| | | | | 36.20 | 15,385.00 | |
| | | | | 36.20 | 15,385.00 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/02/09 | E-mail to D. Fullem (3x) re: filing of January Fee Application for Orrick. | 0.20 | 30.00 | fa |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/03/09 | Scan file and serve Phillips, Goldman & Spence Quarterly Fee Application. | 0.30 | 45.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/03/09 | Download, print and file January Fee Applications for Orrick Herrington, Tre Angeli, Piper Jaffray and Towers Perrin; e-mail to D. Fullem re: same. | 0.70 | 105.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/13/09 | Download, print and file 2nd Amended 2104 Statement for Piper Jaffray and 2nd Amended 2014 Statement for Tre Angeli. | 0.50 | 75.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/20/09 | Draft Certificate of No Objection for Phillips, Goldman & Spence 18th Quarterly Fee Application; draft Certificate of No Objection for Phillips, Goldman & Spence December and January Fee Applications. | 0.70 | 105.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/20/09 | Scan file and serve Certificates of No Objection of 18th Quarterly, December and January Fee Applications of Phillips, Goldman & Spence. | 0.50 | 75.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/26/09 | Download, print and file Certificates of No Objection for Orrick's, Towers Perrin's, Piper Jaffray's and Tre Angeli's January Fee Applications. | 0.30 | 45.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/27/09 | Reconcile payment to Fee Application. | 0.20 | 30.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 03/30/09 | Download and file February Fee Application for Orrick Herrington. | 0.40 | 60.00 | |
| | | | | 3.80 | 570.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 03/09/09 | Review of miscellaneous Fee Applications. | 0.10 | 42.50 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 03/13/09 | E-mail from Debbie Felder with enclosure; review of Solganick's 2nd Supplemental Declaration for Piper Jaffray; review of Radecki's 2nd Supplemental Declaration for Tre Angeli; conference with Celeste A. Hartman re: filing same. | 0.30 | 127.50 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 03/20/09 | Review of and execute Certificate of No Objection for Phillips, Goldman & Spence 55th Monthly Fee Application; review of and execute Certificate of No Objection for Phillips, Goldman & Spence 56th Monthly Fee Application; review of and execute Certificate of No Objection for Phillips, Goldman & Spence 18 Quarterly Fee Application; conference with Celeste A. Hartman re: filing same. | 0.30 | 127.50 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 03/24/09 | Review of Fee Auditor's Report re: Orrick's 30th Interim Fee Application. | 0.10 | 42.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/11/09   Page 1

Sort Fields:
Grouping code          (Paginate)
Client code
Actual employee code   (Subtotals)
Transaction date

Range Fields:
Client code      I   WRG - WRG
Invoice Number   I   84815 - 84815

| Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|------|---------------------------|---------|-----------|------------------------|----------------|------------------|--------|
| WRG | CASE ADMINISTRATION | | | | | | |
| WRG | | CAH | 03/20/09 | Update docket to system. | 0.20 | 30.00 | Ca |
| | | | | | 0.20 | 30.00 | |
| | | | | | 0.20 | 30.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

05/11/09   Page 12

| WRG-AUS | | | | | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| Cl Code Grouping code description | | Act Emp | Trans Date | Transaction description | | | |
| WRG | RELIEF FROM STAY PROCEEDINGS | JCP | 03/21/09 | Review of Debtors' Objection to Kaneb's Motion to Modify Automatic Stay re: Macon, Georgia site. | 0.30 | 127.50 | rp |
| | | | | | ------- | ------- | |
| | | | | | 0.30 | 127.50 | |
| | | | | | ------- | ------- | |
| | | | | | 0.30 | 127.50 | |
| | | | | | ======= | ======= | |
| | | | | | 54.50 | 21,595.00 | |
| | | | | | ======= | ======= | |

records printed.