EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
MARCH 1, 2009 THROUGH
MARCH 31, 2009

Phillips, Goldman & Spence, P.A.

May 5, 2009

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   84815

Re:  W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/01/09 | Federal Express | 86.34 |
| 03/01/09 | Long distance phone charges | 0.57 |
| 03/03/09 | Postage | 2.68 |
| 03/03/09 | Photocopies | 51.50 |
| 03/18/09 | Check No.: 39911 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 03/27/09 | Check No.: 39973 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 589.40 |
| 03/31/09 | Facsimile | 1.00 |
|  | Subtotal for COSTS only: 03/31/09 | $741.49 |