# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Dkt. No: 21286 |
| | ) | |

## JOINDER OF THE SCOTTS COMPANY LLC TO NOTICE OF 30(b)(6) DEPOSITION (OF RICHARD FINKE)

The Scotts Company LLC ("Scotts"), by its undersigned counsel, hereby joins the Notice of 30(b)(6) Deposition (of Richard Finke) filed by Travelers Casualty and Surety Company, fka The Aetna Casualty and Surety Company (Dkt. No. 21286).

Dated: May 13, 2009

**VORYS, SATER, SEYMOUR AND PEASE LLP**

/s/ Tiffany Strelow Cobb
Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb (Ohio Bar #0067516)
(admitted *pro hac vice*)
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4663

-and-

Robert J. Stearn, Jr. (No. 2915)

2

Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for The Scotts Company LLC, and certain of its related entities