## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al*.<br>    Debtor(s) | Bankruptcy No. 01-1139-JKF<br><br>Chapter 11<br><br>**Related to Doc. No. 21599, Libby Claimants' (A) Response to Motion to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order and Joinders Filed by Various Insurers and (B) Cross-Motion for Entry of Protective Order, Agenda Item 2 for May 14, 2009, Hearing** |

**ORDER STRIKING WITHOUT PREJUDICE LIBBY CLAIMANTS' CROSS-MOTION FOR ENTRY OF PROTECTIVE ORDER**

**AND NOW**, this **13th** day of **May, 2009**, **WHEREAS** Libby Claimants filed a response to Doc. No. 21245 (Arrowood Indemnity Company's Motion to Strike Whitehouse Expert Report or to Compel Production of Documents and Databases and for Entry of a Confidentiality Order);

**WHEREAS** Libby Claimants combined a Cross-Motion for Entry of Protective Order with that response;

**WHEREAS** a request for affirmative relief cannot be combined with a response or objection;

It is **ORDERED** that the Court shall treat Doc. No. 21599 as a response to Arrowood's motion to strike.

It is **FURTHER ORDERED** that the Libby Claimants' Cross-Motion is **STRICKEN without prejudice** to being refiled as a motion, with appropriate notice and in accordance with

applicable provisions of the Bankruptcy Code, Bankruptcy Rules and the Case Management Order in effect in this case.

It is **FURTHER ORDERED** that counsel for Libby Claimants shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge