IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## JOINDER OF GENERAL INS. CO. OF AMERICA TO PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF INSURANCE AND CERTAIN OTHER CONFIRMATION DISCOVERY

**PLEASE TAKE NOTICE** that General Insurance Company of America ("General Insurance") hereby joins the Protective Order Regarding Confidentiality of Insurance and Certain Other Confirmation Discovery entered on May 5, 2009 [Dkt. No. 21544] and pursuant to paragraph 18 thereof, should be added to the list of Objectors and Discovery Recipients set forth in Appendix A thereto.

Dated:  May 13, 2009

  **SONNENSCHEIN NATH & ROSENTHAL LLP**
  Robert B. Millner
  Christopher E. Prince
  233 S. Wacker Drive, Suite 7800
  Chicago, Illinois  60606
  Telephone: 312-876-8000
  Facsimile: 312-876-7934
  *Counsel for General Insurance Company of America*

  and

  **MESSANA ROSNER & STERN LLP**

  _____
  Frederick B. Rosner (DE #3995)
  1000 N. West Street, Suite 1200
  Wilmington, DE 19801
  Telephone: 302-777-1111

  *Counsel for General Insurance Company of America*

00000585.