Date: 03/09/09          Legal Analysis Systems, Inc.
Time: 2:00pm                                          Page 1

        W. R. Grace, Inc. % Elihu Inselbuch
        Caplin & Drysdale
        399 Park Avenue, 27th Floor
        New York, New York 10022

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 01/06/09 Peterson / (07) Committee, Creditors' | 0.4 | 320.00 |
| #3007    Telephone Finch re: report on Grace Trust | 800.00 | |
| 01/16/09 Peterson / (07) Committee, Creditors' | 1.0 | 800.00 |
| #3023    Review data on judgments; email to Finch | 800.00 | |
| 01/21/09 Peterson / (07) Committee, Creditors' | 0.4 | 320.00 |
| #3028    Telephone Finch re: verdicts | 800.00 | |

{D0148238.1 }

Date: 03/09/09         Legal Analysis Systems, Inc.
Time: 2:00pm                                  Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 12/19/08  Peterson  / (16) Plan and Disclosure Statement  #3001     Review materials re: plan objections | 3.1  800.00 | 2480.00 |
| 12/20/08  Peterson  / (16) Plan and Disclosure Statement  #3002     Review materials re: plan objections | 2.2  800.00 | 1760.00 |
| 12/21/08  Peterson  / (16) Plan and Disclosure Statement  #3003     Review materials re: plan objections | 2.7  800.00 | 2160.00 |
| 01/07/09  Peterson  / (16) Plan and Disclosure Statement  #3009     Outline report on Grace Trust | 3.2  800.00 | 2560.00 |
| 01/16/09  Peterson  / (16) Plan and Disclosure Statement  #3024     Review TDP and parameters | 2.2  800.00 | 1760.00 |
| 01/21/09  Peterson  / (16) Plan and Disclosure Statement  #3030     Review TDPs in other cases | 3.0  800.00 | 2400.00 |

{D0148238.1 }

Date: 03/09/09     Legal Analysis Systems, Inc.
Time: 2:00pm                                Page 3

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 12/24/08 Peterson / (28) Data Analysis | 4.3 | 3440.00 |
| #3004 Review materials on Libby asbestos disease, data and claims | 800.00 | |
| 01/04/09 Peterson / (28) Data Analysis | 3.3 | 2640.00 |
| #3005 Read ATSDR report on vermiculite and disease | 800.00 | |
| 01/05/09 Peterson / (28) Data Analysis | 3.1 | 2480.00 |
| #3006 Review June 2007 estimation report | 800.00 | |
| 01/07/09 Peterson / (28) Data Analysis | 2.7 | 2160.00 |
| #3008 Review forecasting sections of LAS Estimation Report | 800.00 | |
| 01/07/09 Peterson / (28) Data Analysis | 0.3 | 240.00 |
| #3010 Telephone Relles re: analyses of Libby claims | 800.00 | |
| 01/07/09 Relles / (28) Data Analysis | 1.2 | 570.00 |
| #3201 Review steps in Libby projections | 475.00 | |
| 01/07/09 Relles / (28) Data Analysis | 0.3 | 142.50 |
| #3202 Telephone Peterson re: analyses of Libby claims | 475.00 | |
| 01/08/09 Peterson / (28) Data Analysis | 1.3 | 1040.00 |
| #3011 Read ATSDR report on vermiculite and disease | 800.00 | |
| 01/08/09 Peterson / (28) Data Analysis | 0.6 | 480.00 |
| #3012 Review letter and table from K&E (0.2); telephone Relles re: verdicts (0.4) | 800.00 | |
| 01/08/09 Peterson / (28) Data Analysis | 1.0 | 800.00 |
| #3013 Telephone Relles re: revisions for nonmalignant forecast in report (.3); review report sections (.7) | 800.00 | |
| 01/08/09 Relles / (28) Data Analysis | 3.5 | 1662.50 |
| #3203 Update June 2007 graphics and report to reflect 2000-2001 nonmalignant to cancer ratio | 475.00 | |
| 01/08/09 Relles / (28) Data Analysis | 0.3 | 142.50 |
| #3204 Telephone Peterson re: revisions for nonmalignant forecast in report | 475.00 | |
| 01/08/09 Relles / (28) Data Analysis | 0.5 | 237.50 |
| #3205 Review Grace verdicts, compare to K&E's list | 475.00 | |
| 01/08/09 Relles / (28) Data Analysis | 0.4 | 190.00 |
| #3206 Telephone Peterson re: verdicts | 475.00 | |

{D0148238.1 }

Date: 03/09/09         Legal Analysis Systems, Inc.
Time: 2:00pm                                      Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 01/09/09  Peterson  / (28) Data Analysis<br>#3014    Telephone Relles re: discuss report update | 0.3<br>800.00 | 240.00 |
| 01/09/09  Peterson  / (28) Data Analysis<br>#3015    Review estimation report | 2.6<br>800.00 | 2080.00 |
| 01/09/09  Relles    / (28) Data Analysis<br>#3207    Telephone Peterson re: discuss report update | 0.3<br>475.00 | 142.50 |
| 01/12/09  Peterson  / (28) Data Analysis<br>#3016    Work on report | 3.2<br>800.00 | 2560.00 |
| 01/12/09  Relles    / (28) Data Analysis<br>#3208    Review Grace data for information on Libby payouts | 0.5<br>475.00 | 237.50 |
| 01/12/09  Relles    / (28) Data Analysis<br>#3209    Summarize Libby vs other settlements and verdicts | 1.6<br>475.00 | 760.00 |
| 01/13/09  Peterson  / (28) Data Analysis<br>#3017    Work on outline for report | 1.3<br>800.00 | 1040.00 |
| 01/14/09  Peterson  / (28) Data Analysis<br>#3018    Telephone Relles re: Libby and other verdicts | 0.3<br>800.00 | 240.00 |
| 01/14/09  Peterson  / (28) Data Analysis<br>#3019    Telephone Relles re: values by jurisdictions | 0.4<br>800.00 | 320.00 |
| 01/14/09  Peterson  / (28) Data Analysis<br>#3020    Review materials on verdicts | 0.7<br>800.00 | 560.00 |
| 01/14/09  Peterson  / (28) Data Analysis<br>#3021    Review order statistics and other data on values by jurisdiction | 2.4<br>800.00 | 1920.00 |
| 01/14/09  Relles    / (28) Data Analysis<br>#3210    Perform Libby analyses | 2.4<br>475.00 | 1140.00 |
| 01/14/09  Relles    / (28) Data Analysis<br>#3211    Telephone Peterson re: Libby and other verdicts | 0.3<br>475.00 | 142.50 |
| 01/14/09  Relles    / (28) Data Analysis<br>#3212    Telephone Peterson re: values by jurisdictions | 0.4<br>475.00 | 190.00 |
| 01/14/09  Relles    / (28) Data Analysis<br>#3213    Respond to Nate's question about questionnaire diseases | 0.4<br>475.00 | 190.00 |

{D0148238.1 }

Date: 03/09/09        Legal Analysis Systems, Inc.
Time: 2:00pm                                    Page 5

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 01/16/09  Peterson  / (28) Data Analysis<br>#3022    Telephone Relles re: judgment comparisons | 0.3<br>800.00 | 240.00 |
| 01/16/09  Relles    / (28) Data Analysis<br>#3214    Summarize Grace judgment data | 1.8<br>475.00 | 855.00 |
| 01/16/09  Relles    / (28) Data Analysis<br>#3215    Telephone Peterson re: judgment comparisons | 0.3<br>475.00 | 142.50 |
| 01/19/09  Peterson  / (28) Data Analysis<br>#3025    Review judgment data | 0.4<br>800.00 | 320.00 |
| 01/19/09  Peterson  / (28) Data Analysis<br>#3026    Telephone Relles re: judgments | 0.5<br>800.00 | 400.00 |
| 01/19/09  Relles    / (28) Data Analysis<br>#3216    Review judgment data and analyses | 1.4<br>475.00 | 665.00 |
| 01/19/09  Relles    / (28) Data Analysis<br>#3217    Telephone Peterson re: judgments | 0.5<br>475.00 | 237.50 |
| 01/20/09  Peterson  / (28) Data Analysis<br>#3027    Work on report | 4.9<br>800.00 | 3920.00 |
| 01/21/09  Peterson  / (28) Data Analysis<br>#3029    Review jurisdiction settlement and verdict amounts | 2.3<br>800.00 | 1840.00 |
| 01/21/09  Peterson  / (28) Data Analysis<br>#3031    Work on report | 2.9<br>800.00 | 2320.00 |
| 01/22/09  Peterson  / (28) Data Analysis<br>#3032    Work on report | 5.3<br>800.00 | 4240.00 |
| 01/23/09  Peterson  / (28) Data Analysis<br>#3033    Work on report | 6.4<br>800.00 | 5120.00 |
| 01/26/09  Peterson  / (28) Data Analysis<br>#3034    Work on report | 7.8<br>800.00 | 6240.00 |
| 01/27/09  Peterson  / (28) Data Analysis<br>#3035    Review discovery requests | 2.4<br>800.00 | 1920.00 |
| 01/27/09  Peterson  / (28) Data Analysis<br>#3036    Work on report | 4.3<br>800.00 | 3440.00 |

{D0148238.1 }

Date: 03/09/09        Legal Analysis Systems, Inc.
Time: 2:00pm                                    Page 6

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 01/28/09  Peterson  / (28) Data Analysis | 5.4 | 4320.00 |
| #3037    Review and prepare to respond to discovery requests | 800.00 | |
| 01/28/09  Peterson  / (28) Data Analysis | 2.6 | 2080.00 |
| #3038    Review USCS technical information | 800.00 | |
| 01/29/09  Peterson  / (28) Data Analysis | 4.5 | 3600.00 |
| #3039    Work on report | 800.00 | |
| 01/29/09  Peterson  / (28) Data Analysis | 2.7 | 2160.00 |
| #3040    Work on report | 800.00 | |

{D0148238.1 }

Date: 03/09/09         Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 7

    W. R. Grace

Summary Of Time Charges, By Month and Activity
December 2008 - January 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| December | - (16) Plan and Disclosure Statement | 8.0 | 6400.00 |
| December | - (28) Data Analysis | 4.3 | 3440.00 |
| December | - (99) Total | 12.3 | 9840.00 |
| | | | |
| January | - (07) Committee, Creditors' | 1.8 | 1440.00 |
| January | - (16) Plan and Disclosure Statement | 8.4 | 6720.00 |
| January | - (28) Data Analysis | 92.3 | 68607.50 |
| January | - (99) Total | 102.5 | 76767.50 |
| | | | |
| Total | - (07) Committee, Creditors' | 1.8 | 1440.00 |
| Total | - (16) Plan and Disclosure Statement | 16.4 | 13120.00 |
| Total | - (28) Data Analysis | 96.6 | 72047.50 |
| Total | - (99) Total | 114.8 | 86607.50 |

--------------------------------------------------------------------------------

{D0148238.1 }

Date: 03/09/09         Legal Analysis Systems, Inc.
Time: 2:00pm                              Page 8

    W. R. Grace

Summary Of Time Charges, By Month and Person
December 2008 - January 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| December | - Peterson | 12.3 | 9840.00 |
| December | - Total | 12.3 | 9840.00 |
| | | | |
| January | - Relles | 16.1 | 7647.50 |
| January | - Peterson | 86.4 | 69120.00 |
| January | - Total | 102.5 | 76767.50 |
| | | | |
| Total | - Relles | 16.1 | 7647.50 |
| Total | - Peterson | 98.7 | 78960.00 |
| Total | - Total | 114.8 | 86607.50 |

--------------------------------------------------------------------------

{D0148238.1 }

Date: 03/09/09    Legal Analysis Systems, Inc.
Time: 2:00pm                                    Page 9

    W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
December 2008 - January 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (07) Committee, Creditors' | | | | |
| January | - Peterson | 1.8 | 800. | 1440.00 |
| (16) Plan and Disclosure Statement | | | | |
| January | - Peterson | 8.4 | 800. | 6720.00 |
| December | - Peterson | 8.0 | 800. | 6400.00 |
| (28) Data Analysis | | | | |
| January | - Relles | 16.1 | 475. | 7647.50 |
| January | - Peterson | 76.2 | 800. | 60960.00 |
| December | - Peterson | 4.3 | 800. | 3440.00 |

--------------------------------------------------------------------------------

{D0148238.1 }