Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 1


        W. R. Grace, Inc. c/o Elihu Inselbuch
        Caplin & Drysdale
        399 Park Avenue, 27th Floor
        New York, New York 10022


| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 02/13/09  Peterson  / (07) Committee, Creditors' | 1.0 | 800.00 |
| #3408    Conference call, Liesemer and Finch re: discovery requests | 800.00 | |
| 02/24/09  Peterson  / (07) Committee, Creditors' | 0.3 | 240.00 |
| #3422    Telephone Finch re: report | 800.00 | |

Date: 04/08/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 2

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | | AMOUNT |
|---|---|---|---|
| 02/03/09  Peterson  / (16) Plan and Disclosure Statement | 3.3 | | 2640.00 |
| #3402    Work on Trust analysis | | 800.00 | |
| | | | |
| 02/20/09  Peterson  / (16) Plan and Disclosure Statement | 2.1 | | 1680.00 |
| #3419    Review TDP | | 800.00 | |

Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 3

      W. R. Grace

| Date/Slip# Description | HOURS/RATE | | AMOUNT |
|---|---|---|---|
| 02/02/09  Peterson  / (28) Data Analysis | 3.2 | | 2560.00 |
| #3401    Review estimation report and materials | | 800.00 | |
| 02/04/09  Peterson  / (28) Data Analysis | 4.4 | | 3520.00 |
| #3403    Analyses of trust liability, review other trust forecasts | | 800.00 | |
| 02/09/09  Peterson  / (28) Data Analysis | 3.8 | | 3040.00 |
| #3404    Work on report | | 800.00 | |
| 02/10/09  Peterson  / (28) Data Analysis | 2.1 | | 1680.00 |
| #3405    Review discovery requests | | 800.00 | |
| 02/11/09  Peterson  / (28) Data Analysis | 3.1 | | 2480.00 |
| #3406    Work on report | | 800.00 | |
| 02/12/09  Peterson  / (28) Data Analysis | 3.1 | | 2480.00 |
| #3407    Review additional discovery requests | | 800.00 | |
| 02/13/09  Peterson  / (28) Data Analysis | 2.6 | | 2080.00 |
| #3409    Review materials re: discovery requests | | 800.00 | |
| 02/14/09  Peterson  / (28) Data Analysis | 3.1 | | 2480.00 |
| #3410    work on report | | 800.00 | |
| 02/17/09  Peterson  / (28) Data Analysis | 3.2 | | 2560.00 |
| #3411    Work on report | | 800.00 | |
| 02/17/09  Peterson  / (28) Data Analysis | 2.1 | | 1680.00 |
| #3412    Work on report | | 800.00 | |
| 02/18/09  Peterson  / (28) Data Analysis | 3.2 | | 2560.00 |
| #3413    Work on discovery responses | | 800.00 | |
| 02/18/09  Peterson  / (28) Data Analysis | 4.4 | | 3520.00 |
| #3414    Work on report | | 800.00 | |
| 02/18/09  Relles    / (28) Data Analysis | 1.0 | | 475.00 |
| #3601    Review interrogatories, develop responses | | 475.00 | |
| 02/19/09  Peterson  / (28) Data Analysis | 0.4 | | 320.00 |
| #3415    telephone Relles re: interrogatory responses | | 800.00 | |
| 02/19/09  Peterson  / (28) Data Analysis | 2.9 | | 2320.00 |
| #3416    Work on discovery responses | | 800.00 | |

Date: 04/08/09          Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 4

       W. R. Grace

| Date/Slip# Description | HOURS/RATE | | AMOUNT |
|---|---|---|---|
| 02/19/09  Peterson  / (28) Data Analysis | 2.9 | | 2320.00 |
| #3417    Review Bates' papers | | 800.00 | |
| 02/19/09  Relles    / (28) Data Analysis | 0.4 | | 190.00 |
| #3602    Telephone Peterson re: interrogatory responses | | 475.00 | |
| 02/20/09  Peterson  / (28) Data Analysis | 3.2 | | 2560.00 |
| #3418    Review estimation report | | 800.00 | |
| 02/20/09  Relles    / (28) Data Analysis | 1.0 | | 475.00 |
| #3603    Read Bates papers on trust funding levels | | 475.00 | |
| 02/23/09  Peterson  / (28) Data Analysis | 2.2 | | 1760.00 |
| #3420    Work on discovery answers | | 800.00 | |
| 02/23/09  Peterson  / (28) Data Analysis | 3.3 | | 2640.00 |
| #3421    Work on report | | 800.00 | |
| 02/24/09  Peterson  / (28) Data Analysis | 6.8 | | 5440.00 |
| #3423    Work on report | | 800.00 | |
| 02/25/09  Peterson  / (28) Data Analysis | 7.6 | | 6080.00 |
| #3424    Work on report | | 800.00 | |
| 02/25/09  Peterson  / (28) Data Analysis | 1.0 | | 800.00 |
| #3425    work on interrogatories | | 800.00 | |
| 02/25/09  Relles    / (28) Data Analysis | 1.2 | | 570.00 |
| #3604    Work on interrogatories | | 475.00 | |
| 02/26/09  Peterson  / (28) Data Analysis | 1.4 | | 1120.00 |
| #3426    review interrogatory answers | | 800.00 | |
| 02/26/09  Peterson  / (28) Data Analysis | 0.4 | | 320.00 |
| #3427    telephone Relles re: interrogatories | | 800.00 | |
| 02/26/09  Relles    / (28) Data Analysis | 1.4 | | 665.00 |
| #3605    Work on interrogatory answers (1.0); telephone Peterson (0.4) re: same | | 475.00 | |
| 02/27/09  Peterson  / (28) Data Analysis | 4.6 | | 3680.00 |
| #3428    Work on report | | 800.00 | |
| 02/28/09  Peterson  / (28) Data Analysis | 5.6 | | 4480.00 |
| #3429    Work on report | | 800.00 | |

Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 5

     W. R. Grace

Summary Of Time Charges, By Month and Activity
February 2009 - February 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| February | - (07) Committee, Creditors' | 1.3 | 1040.00 |
| February | - (16) Plan and Disclosure Statement | 5.4 | 4320.00 |
| February | - (28) Data Analysis | 85.6 | 66855.00 |
| February | - (99) Total | 92.3 | 72215.00 |
| | | | |
| Total | - (07) Committee, Creditors' | 1.3 | 1040.00 |
| Total | - (16) Plan and Disclosure Statement | 5.4 | 4320.00 |
| Total | - (28) Data Analysis | 85.6 | 66855.00 |
| Total | - (99) Total | 92.3 | 72215.00 |

Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                            Page 6

    W. R. Grace

Summary Of Time Charges, By Month and Person
February 2009 - February 2009

| MONTH | PERSON | HOURS | AMOUNT |
|-------|--------|-------|--------|
| February | - Relles | 5.0 | 2375.00 |
| February | - Peterson | 87.3 | 69840.00 |
| February | - Total | 92.3 | 72215.00 |
| | | | |
| Total | - Relles | 5.0 | 2375.00 |
| Total | - Peterson | 87.3 | 69840.00 |
| Total | - Total | 92.3 | 72215.00 |

Date: 04/08/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 7

     W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
February 2009 - February 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| (07) Committee, Creditors' | | | | |
| February  - Peterson | | 1.3 | 800. | 1040.00 |
| (16) Plan and Disclosure Statement | | | | |
| February  - Peterson | | 5.4 | 800. | 4320.00 |
| (28) Data Analysis | | | | |
| February  - Relles | | 5.0 | 475. | 2375.00 |
| February  - Peterson | | 80.6 | 800. | 64480.00 |