# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| February 11, 2009 | INVOICE:            229246 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 01/31/09

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/02/09 | Begin research re: relation of whether Grace's potential liabilities for a product as impacting insurance coverage. | W001 | KES | 0.70 |
| 01/02/09 | Review and analysis of assignment issues in connection with insurance coverage (2.80). Review and update regarding status of discovery regarding plan (1.20).  Review and research issues related to third parties regarding products specific coverage (.60).   Review and update various settlement issues  regarding certain insurance companies (1.00). | W001 | RYC | 5.60 |
| 01/05/09 | Review and revise relevant documents. | W011 | AHP | 0.60 |
| 01/05/09 | Review Fee Auditor's report and begin preparing response. | W011 | AHP | 2.30 |
| 01/05/09 | Review specific Insurance policies/related documents re: possible production of revised data to insurance company (1.30); analysis of selected umbrella/excess policies re: follow form, defense costs and other issues related to asbestos premises coverage (4.30). | W001 | GFF | 5.60 |
| 01/05/09 | Insurance policy research and Net Present Value creation assistance (1.80); Assisted R. Chung with Proof of Claim review and current disbursement research queries (1.20). | W001 | HEG | 3.00 |
| 01/05/09 | Reviewed specified Insurance Company Settlement Agreements re:  coverage availability. | W001 | IF | 2.60 |
| 01/05/09 | Reviewed Grace insurance policies re:  "defense costs" and "premises coverage." | W001 | IF | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| February 11, 2009 | INVOICE: | 229246 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/05/09 | Worked on memo re: insurance recovery issues in Montana and New York. | W001 | JAH | 2.50 |
| 01/05/09 | Continue research re: Grace operations in the context of products liability (2.10); read and review documents re: same (1.30); prepare communication to R. Chung re: research (1.20). | W001 | KES | 4.60 |
| 01/05/09 | Attention to discovery. | W001 | RMH | 4.00 |
| 01/05/09 | Follow-up research regarding assignment issues in connection with insurance coverage (1.70). Follow-up on research regarding breadth of products coverage (1.00).  Work on response to inquiries from future claimants regarding insurance coverage. (.70). | W001 | RYC | 3.40 |
| 01/05/09 | Attention to issues regarding fee auditor inquiries. | W001 | RYC | 0.20 |
| 01/06/09 | Continue to draft response for Auditor (1.40); continue and finish draft response (.40); finish team e-mail (.60). | W011 | AHP | 2.40 |
| 01/06/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," defense costs, and other issues related to asbestos premises coverage (5.50); review/revise insurance policy data spreadsheets (1.20). | W001 | GFF | 6.70 |
| 01/06/09 | Assisted with research and production of various documents and charts in response to Futures Committee requests for information. | W001 | HEG | 3.00 |
| 01/06/09 | Reviewed Grace insurance policies re:  "follow form" "defense costs" and "available coverage." | W001 | IF | 4.50 |
| 01/06/09 | Worked on memo re: insurance recovery issues in Montana and New York. | W001 | JAH | 4.80 |
| 01/06/09 | Work on Mahoney requests for figures | W001 | MG | 2.50 |
| 01/06/09 | Attention to settlement discussions. | W001 | RMH | 6.00 |
| 01/06/09 | Work on responses to inquiries from future claimants regarding insurance coverage (1.70). Research regarding assignment issues (1.00). | W001 | RYC | 2.70 |
| 01/06/09 | Follow-up on concerns regarding fee auditor inquiries. | W001 | RYC | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| February 11, 2009 | INVOICE:     229246 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 01/07/09 | Review backup materials. | W011 | AHP | 0.70 |
| 01/07/09 | Revise monitoring chart. | W011 | AHP | 0.60 |
| 01/07/09 | Begin reviewing/revising time and expense entries. | W011 | AHP | 0.60 |
| 01/07/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," defense costs and other issues related to asbestos premises coverage. | W001 | GFF | 5.10 |
| 01/07/09 | Continued to review and prepare information re: "premises coverage," "loss payable" and "defense costs." | W001 | IF | 2.40 |
| 01/07/09 | Reviewed and studied updated information re: Grace insurance policies and Product Liability "coverage for defense costs." | W001 | IF | 2.10 |
| 01/07/09 | Prepare new models at two new dollar levels for future claimants | W001 | MG | 6.70 |
| 01/07/09 | Attention to settlements. | W001 | RMH | 2.00 |
| 01/07/09 | Work on settlement analysis of various insurance companies. | W001 | RYC | 2.90 |
| 01/07/09 | Further follow-up on concerns regarding fee auditor inquiries. | W001 | RYC | 0.10 |
| 01/08/09 | Continue reviewing and revising time and expense entries. | W011 | AHP | 1.60 |
| 01/08/09 | Analysis of selected umbrella/excess policies re: "follow form," defense costs, and other asbestos premises coverage issues (1.80); review/revise insurance policy data spreadsheets (2.10). | W001 | GFF | 3.90 |
| 01/08/09 | Reviewed and studied Grace insurance policies re: "premises coverage" and "defense costs." | W001 | IF | 2.40 |
| 01/08/09 | Reviewed and studied specific Insurance Company allocation information, policies and Settlement Agreements. | W001 | IF | 1.60 |
| 01/08/09 | Work on request for futures committee. | W001 | MG | 1.80 |
| 01/08/09 | Attention to settlement discussions (3.80). Conference call with one insurance company (1.30). Conference call regarding another insurance company (.90). | W001 | RMH | 6.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

February 11, 2009                              INVOICE:              229246

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/08/09 | Work on issues in connection with settlement demands (3.70).  Attention to future request for information (1.50). | W001 | RYC | 5.20 |
| 01/09/09 | Review and comment on revised research memo; met with J. Horne re: same. | W001 | EJS | 0.90 |
| 01/09/09 | Review/revise insurance policy data spreadsheets (1.60); analysis of selected umbrella/excess insurance policies re: "follow form," defense costs, and various asbestos premises coverage issues (5.60). | W001 | GFF | 7.20 |
| 01/09/09 | Assisted with research, review and edit of current insurance companies erosion and allocation amounts for R. Chung. | W001 | HEG | 2.00 |
| 01/09/09 | Reviewed and studied Grace insurance policies and settlement agreements re:  "defense costs" and "available coverage amounts." | W001 | IF | 2.10 |
| 01/09/09 | Reviewed and studied Grace Insurance policies re: specified insurance company. | W001 | IF | 0.90 |
| 01/09/09 | Met with E. Stein regarding edits to insurance recovery memo (.90); worked on edits (5.10). | W001 | JAH | 6.00 |
| 01/09/09 | Work on more information requests for P. Mahoney, including creation of new report. | W001 | MG | 5.20 |
| 01/09/09 | Settlement discussions (1.20).  Attention to non-products coverage (.80). | W001 | RMH | 2.00 |
| 01/09/09 | Work on support for settlement demands (1.00). Participate in conference call regarding settlement issues and follow-up tasks (.80). Prepare memo regarding impact of case law on potential insurance settlement issues (4.10). | W001 | RYC | 5.90 |
| 01/10/09 | Research and analysis of erosion, allocation and coverage issues in anticipation of settlement discussions. | W001 | RYC | 2.30 |
| 01/11/09 | Attention to non-products coverage (1.30). Attention to discovery (3.70). | W001 | RMH | 5.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

February 11, 2009                             INVOICE:          229246

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/12/09 | Continue reviewing/revising time and expense entries (2.30); receive/review final auditor's report and request internal backup (1.10); draft e-mail to R. Chung re: auditor's final report (.60); Review all correspondence (.60). | W011 | AHP | 4.60 |
| 01/12/09 | Analysis of selected primary/umbrella policies re: "follow form," defense costs, and various issues related to asbestos premises coverage. | W001 | GFF | 6.20 |
| 01/12/09 | Grace's insurance companies allocation numbers reviewed for continuity in various spreadsheets and solvent companies listings discussed and edited. | W001 | HEG | 2.00 |
| 01/12/09 | Continued to review Grace insurance polices re: "defense costs" and follow form." | W001 | IF | 2.00 |
| 01/12/09 | Work on specified insurance company allocation (1.10); work on future claimants' information requests (1.20). | W001 | MG | 2.30 |
| 01/12/09 | Settlement meeting with insurance company (6.30). Prepare for same (1.00).  Preparatory meeting with FCR counsel and Grace principal (.50). Follow up report (1.00).  Attention to non-products coverage (1.00). | W001 | RMH | 9.80 |
| 01/12/09 | Research and analysis regarding coverage issues for settlement (2.20).  Research and analysis regarding Plan issues relating to assignment (1.50). Review and analysis of future claimants inquiries (.80).  Work on settlement demands against certain insurance companies (2.30). | W001 | RYC | 6.80 |
| 01/12/09 | Attention to fee auditor inquiries. | W001 | RYC | 0.20 |
| 01/13/09 | Review changes made to time and expense entries. | W011 | AHP | 1.60 |
| 01/13/09 | Analysis of selected umbrella/excess policies re: "follow form," defense costs and various issues related to asbestos premises coverage. | W001 | GFF | 2.60 |
| 01/13/09 | Assisted with response to recent insurance company queries. | W001 | HEG | 0.50 |
| 01/13/09 | Reviewed and updated information for certain impaired insurance company. | W001 | IF | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

February 11, 2009                                          INVOICE:          229246

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/13/09 | Work on specified insurance company allocation and submission (1.80); draft response to certain insurance company inquiry (.40). | W001 | MG | 2.20 |
| 01/13/09 | Retrieve materials off court website for attorney review. | W001 | NJB | 1.00 |
| 01/13/09 | Attention to settlement discussions (1.00). Prepare for mediation (1.00).  Confer with FCR counsel (Wyron) and co-counsel (Lockwood) (2.00). | W001 | RMH | 4.00 |
| 01/13/09 | Preparation and analysis of settlement demands against certain insurance companies (3.90). Research and analysis regarding potential coverage impediments (2.80). | W001 | RYC | 6.70 |
| 01/14/09 | Review revisions (.70); draft e-mail to fee auditor providing additional information (.70). | W011 | AHP | 1.40 |
| 01/14/09 | Analysis of selected umbrella/excess policies re: "follow form," defense costs and various issues related to asbestos premises coverage (3.90); review/revise insurance policy data spreadsheets (.40). | W001 | GFF | 4.30 |
| 01/14/09 | Reviewed and prepared information re:  Grace insurance policies and "follow form" language. | W001 | IF | 3.00 |
| 01/14/09 | Research for case law on standard for impact of recent case law on coverage issues. | W001 | MC | 1.90 |
| 01/14/09 | Retrieve case materials off court website for attorney review. | W001 | NJB | 1.00 |
| 01/14/09 | Hearing with Judge Fitzgerald (5.20).  Report re: non-products coverage (2.00). | W001 | RMH | 7.20 |
| 01/14/09 | Work on background and documentation for settlements with various insurance companies (3.30).  Update of New York law regarding potential impediments to coverage/settlement (3.10). | W001 | RYC | 6.40 |
| 01/14/09 | Review and comment upon fee application. | W001 | RYC | 0.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 11, 2009                                           INVOICE:              229246

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 01/15/09 | Finalize e-mail to fee auditor documenting discussion and supplying additional support documents (1.30); review and forward prior final report of fee auditor to accounting for reconciliation of bills (.60); finalize time and expense entries (.80); review additional correspondence (.60). | W011 | AHP | 3.30 |
| 01/15/09 | Analysis of selected umbrella/excess policies re: "follow form," defense costs and asbestos premises coverage issues (5.70); review/revise insurance policy data spreadsheets (.70). | W001 | GFF | 6.40 |
| 01/15/09 | Insurance company parent research request per R. Horkovich. | W001 | HEG | 1.00 |
| 01/15/09 | Reviewed and studied Grace insurance policies and "allocation information." | W001 | IF | 2.50 |
| 01/15/09 | Attention to settlement discussions (1.70). Attention to discovery (1.30). | W001 | RMH | 3.00 |
| 01/15/09 | Research and summarize allocation and erosion information in connection with settlement analysis (3.80). Research regarding New York coverage law regarding issues raised by settlement discussions (3.00). | W001 | RYC | 6.80 |
| 01/16/09 | Review/revise insurance policy data spreadsheets (1.60); analysis of selected umbrella/excess policies re: "follow form," defense costs, and asbestos premises coverage issues (3.60). | W001 | GFF | 5.20 |
| 01/16/09 | Worked on edits to memo re: insurance recovery issues. | W001 | JAH | 8.20 |
| 01/16/09 | Emails re: Application to Court for appointment of mediator (.40). Researching sample pleadings to draft Application (.60). Conduct legal research for basis of Application and drafting Application (3.60). | W001 | KA | 4.60 |
| 01/16/09 | Review case law on evidence required for establishing insurance coverage. | W001 | MC | 0.90 |
| 01/16/09 | Conference call with Debtor's, FCR counsel and co-counsel re: discovery (1.30). Attention to settlement discussions (.70). | W001 | RMH | 2.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 11, 2009                                                 INVOICE:           229246

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 01/16/09 | Work on settlement demands for various insurance companies including underlying analysis (4.30). Follow-up regarding Plan discovery issues (1.00). Respond to inquiries relating to settlements (1.90). | W001 | RYC | 7.20 |
| 01/17/09 | Continue research on issue of what evidence is required to prove insurance coverage. | W001 | MC | 1.20 |
| 01/18/09 | Analysis of settlement demand issues and evaluation. | W001 | RYC | 2.30 |
| 01/20/09 | Analysis of selected umbrella/excess insurance policies re: "follow form," defense costs and asbestos premises coverage issues. | W001 | GFF | 4.40 |
| 01/20/09 | Research and discuss impaired insurance company claim submission status in preparation for J. Posner call. | W001 | HEG | 2.00 |
| 01/20/09 | Worked on revisions to memo re: insurance recovery issues. | W001 | JAH | 6.40 |
| 01/20/09 | Continuing with and completing research and drafting of motion to appoint mediator (2.30). Drafting documents in support of motion (2.80). | W001 | KA | 5.10 |
| 01/20/09 | Research re: breadth of insurance coverage for Grace operations. | W001 | KES | 3.10 |
| 01/20/09 | Conference with English and American counsel (.60); Prepare for same (.30).  Follow-up (.10). | W001 | RMH | 1.00 |
| 01/20/09 | Research and evaluate current settlement demand evaluations (3.80).   Attention to products liability insurance coverage issues (2.50). | W001 | RYC | 6.30 |
| 01/21/09 | Analysis of insurance policies/related documents re: various impaired insurance company coverage settlement issues (1.90); analysis of selected umbrella/excess policies re: "follow form," defense costs and asbestos premises coverage issues (2.70). | W001 | GFF | 4.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

| February 11, 2009 | INVOICE: | 229246 |
|---|---|---|

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/21/09 | Review of CIP participants per R. Chung request (.50); R. Horkovich queries re: insurance company groups with both settled & unsettled policies (1.00); additional impaired insurance company Proof of Claim and potential remaining policy limits researched and discussed (2.00). | W001 | HEG | 3.50 |
| 01/21/09 | Finished revisions to memo on insurance recovery issues. | W001 | JAH | 4.80 |
| 01/21/09 | Making amendments to motion and supporting papers. | W001 | KA | 0.40 |
| 01/21/09 | Confer with Westlaw representative re: research regarding whether or not something is a "product" in the context of products liability coverage in general liability policies (.20); perform additional research re: same (1.20); read and analyze case law re: same (3.80). | W001 | KES | 5.20 |
| 01/21/09 | Research law re: assignability of an insurance policy for claims that have occurred but not yet been reported (2.80); send e-mail with relevant cases and parentheticals (.70). | W001 | MC | 3.50 |
| 01/21/09 | Conference call with co-counsel Peter Lockwood, FCR counsel Peri Mahaley and Jonathan Guy regarding settlement discussions with one insurance company (1.30).  Prepare for same (1.20).  Attention to discovery (1.80). Attention to issues concerning coverage in place agreements (.70).  Conference call with another insurance company seeking mediation (1.30). | W001 | RMH | 6.30 |
| 01/21/09 | Research and evaluation regarding remaining non-settling insurance companies in connection with potential settlement demands (3.80). Research insurance related issues concerning bankruptcy Plan approval (1.30).  Research insurance coverage issues relating to settlement (1.50). | W001 | RYC | 6.60 |
| 01/22/09 | Query re:  auditor's report (.70); multiple e-mails with R. Horkovich and R. Chung (1.20); telephone conversations with Fee Auditor re: reconsideration of final report (.20). | W011 | AHP | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

February 11, 2009                                     INVOICE:              229246

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/22/09 | Review/revise insurance policy data spreadsheets (.80); analysis of selected insurance policies re: "follow form," asbestos exclusion language and premises asbestos coverage issues (1.80). | W001 | GFF | 2.60 |
| 01/22/09 | Additional impaired insurance company Proof of Claim and settlement issues reviewed and discussed per R. Chung request. | W001 | HEG | 1.00 |
| 01/22/09 | Made final edits to insurance recovery memo. | W001 | JAH | 2.20 |
| 01/22/09 | Continue legal research re: products completed operations coverage (2.70); review and analyze research (1.20). | W001 | KES | 3.90 |
| 01/22/09 | Attention to discovery (1.00).  Attention to settlement demand on insurance company group (2.10).  Attention to upcoming mediation (1.90). | W001 | RMH | 5.00 |
| 01/22/09 | Work on settlement and erosion evaluation (4.70). Attention to issues relating to discovery from objecting insurance companies (1.60). | W001 | RYC | 6.30 |
| 01/22/09 | Attention to fee auditor issues relating to expenses. | W001 | RYC | 0.30 |
| 01/23/09 | Participate in conference call with Horkovich, Posner and others re: insurance recovery issues (.90); document review re: policy impairment/allocation issues (.80); analysis of selected insurance policies re: "follow form," defense costs and asbestos premises coverage issues (2.70). | W001 | GFF | 4.40 |
| 01/23/09 | Participated in conference call with J. Posner & F. Zaremby re: allocation/impairment methodologies (2.00); discuss and edit certain allocation docs for Grace review (1.50). | W001 | HEG | 3.50 |
| 01/23/09 | Reviewed specified insurance policies and Settlement Agreements. | W001 | IF | 2.20 |
| 01/23/09 | Meeting with Team, J. Posner and F. Zaremby re: insolvents. | W001 | IF | 1.80 |
| 01/23/09 | Conference call with Posner, et al. re: allocations and responses re: same. | W001 | MG | 2.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 11, 2009                                          INVOICE:            229246

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/23/09 | Conference with insolvent insurance company and W.R. Grace principals (1.20).  Conference regarding mediation (.30).  Attention to mediation brief (.80). | W001 | RMH | 2.30 |
| 01/23/09 | Prepare for, participate in, and work on following up tasks regarding conference call with Grace regarding insurance coverage settlement, erosion issues and follow-up tasks (3.20).  Research and evaluate analysis of available coverage in connection with settlements (1.50).  Prepare mediation memo for settlement discussions (2.60). | W001 | RYC | 7.30 |
| 01/25/09 | Read and analyze case law re: definition of products in context of products completed operations coverage. | W001 | KES | 1.10 |
| 01/25/09 | Research and analysis regarding potential mediation memo for settlement discussions with insurance companies (2.20).  Review and update research regarding coverage issues significant to potential settlement with insurance companies (1.60). | W001 | RYC | 3.80 |
| 01/26/09 | Analysis of selected umbrella/excess insurance policies re: limits, "follow form," defense costs and asbestos premises coverage issues. | W001 | GFF | 3.10 |
| 01/26/09 | Reviewed Grace Settlement Agreements with insurance companies and information about insurance company participation. | W001 | IF | 2.00 |
| 01/26/09 | Continue to research and analyze case law re: definition of "products" for the purposes of products-completed operations coverage. | W001 | KES | 2.30 |
| 01/26/09 | Work on changes to allocation. | W001 | MG | 1.50 |
| 01/26/09 | Hearing with Judge Fitzgerald (1.10).  Confer with Equities counsel Jim Sottile (.60). Attention to Equities settlement potential termination (1.90). | W001 | RMH | 3.60 |
| 01/26/09 | Prepare and research mediation memo for settlement discussions including review of underlying documents. | W001 | RYC | 5.20 |

{D0147870.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

February 11, 2009                                         INVOICE:            229246

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/27/09 | Review specified insurance company Settlement Agreements re: various asbestos coverage issues (1.90); umbrella insurance policy analysis re: various asbestos coverage issues (.80). | W001 | GFF | 2.70 |
| 01/27/09 | Insurance company agreement interpretation research and discussions per R. Horkovich request. | W001 | HEG | 2.50 |
| 01/27/09 | Reviewed and studied Grace Settlement Agreements with certain insurance company. | W001 | IF | 2.00 |
| 01/27/09 | Work on mediation preparation. | W001 | MG | 2.80 |
| 01/27/09 | Attention to Exhibit 5 to plan (.70). Attention to settlement demand to one set of insurance companies (1.30). Attention to mediation with an insurance company (1.00). | W001 | RMH | 3.00 |
| 01/27/09 | Research and analysis of issues and supporting information for insurance mediation and settlement. | W001 | RYC | 5.20 |
| 01/28/09 | Analysis of selected umbrella/excess policies re: aggregates, "follow form," defense costs and various asbestos premises coverage issues (3.20). | W001 | GFF | 3.20 |
| 01/28/09 | Review recent outside counsel interpretation of remaining coverage (1.00); explored discrepancies and differences between their assertions and Grace/AKO remaining limits evidence (1.50); communications re: findings (.50). | W001 | HEG | 3.00 |
| 01/28/09 | Reviewed and searched insurance policies and demands for potential settlement. | W001 | IF | 1.50 |
| 01/28/09 | Continue legal research and review and analyze case law re: definition of "products" for purpose of products/completed operations coverage (3.40); prepare memorandum of law re: same (1.30). | W001 | KES | 4.70 |
| 01/28/09 | Draft mediation statement and related mediation preparation. | W001 | MG | 5.60 |
| 01/28/09 | Provide material in advance of upcoming mediation (.70);  Attention to Exhibit 5 of plan (2.30). | W001 | RMH | 3.00 |
| 01/28/09 | Draft and review insurance company mediation background, potential issues, and supporting documentation (3.50).  Research and analysis of critical insurance coverage issues (3.10). | W001 | RYC | 6.60 |

{D0147870.1 }

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 11, 2009                                 INVOICE:           229246

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/29/09 | Review of insurance policies/related documents re: limits/exhaustion other coverage issues for mediation (1.40); analysis of selected umbrella/excess policies re: "follow form," defense costs and various asbestos premises coverage issues (2.60); review/revise insurance policy data spreadsheets (.60). | W001 | GFF | 4.60 |
| 01/29/09 | Discuss and create new "color coverage chart" isolating policies for proposed mediation. | W001 | HEG | 3.50 |
| 01/29/09 | Reviewed and studied Grace insurance policies re: "follow form" and "ultimate net loss" language. | W001 | IF | 1.00 |
| 01/29/09 | Continue preparation of memorandum of law re: definition of "products" (.60); complete additional research re: same (1.00). | W001 | KES | 1.60 |
| 01/29/09 | Reconfigure and revise color-coded insurance charts using CorelDraw software. | W001 | KS | 2.40 |
| 01/29/09 | Work on mediation preparation. | W001 | MG | 1.80 |
| 01/29/09 | Edit mediation statement. | W001 | RMH | 2.00 |
| 01/29/09 | Finalize Mediation Statement regarding potential insurance settlement for team review (6.50). Review and analysis of research regarding additional impediments to coverage (1.00). | W001 | RYC | 7.50 |
| 01/30/09 | Review/revise insurance policy data spreadsheets (.90); analysis of selected umbrella/excess insurance policies re: "follow form," aggregates, defense costs and various asbestos premises coverage issues (3.20). | W001 | GFF | 4.10 |
| 01/30/09 | Helped to prepare information for demand letters to insurance companies with CIP Agreements. | W001 | IF | 0.60 |
| 01/30/09 | Reviewed and studied Grace insurance policies re: "follow form" language and "ultimate net loss" language. | W001 | IF | 0.90 |
| 01/30/09 | Finalize memorandum of law re: definition of products under products-completed operations coverage. | W001 | KES | 1.50 |
| 01/30/09 | Work on mediation statement. | W001 | MG | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 11, 2009                                                     INVOICE:              229246

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 01/30/09 | Revise statement in anticipation of mediation for plan proponent review (4.80).  Follow-up analysis and review regarding additional impediments to coverage (1.90). | W001 | RYC | 6.70 |

**TOTAL FEES:**                                                                              **$236,973.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 11, 2009                                         INVOICE:                229246

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

## FEE SUMMARY

|                      | RATE   | HOURS  | TOTALS      |
|----------------------|--------|--------|-------------|
| Arline H Pelton      | 230.00 | 21.80  | 5,014.00    |
| Edward J Stein       | 585.00 | 0.90   | 526.50      |
| Glenn F Fields       | 315.00 | 86.90  | 27,373.50   |
| Harris E Gershman    | 255.00 | 30.50  | 7,777.50    |
| Izak Feldgreber      | 275.00 | 42.30  | 11,632.50   |
| Jane A Horne         | 280.00 | 34.90  | 9,772.00    |
| Kanishka Agarwala    | 345.00 | 10.10  | 3,484.50    |
| Kathleen Samet       | 150.00 | 2.40   | 360.00      |
| Kenneth E. Sharperson| 460.00 | 28.70  | 13,202.00   |
| Mark Garbowski       | 545.00 | 35.80  | 19,511.00   |
| Michael Chung        | 280.00 | 7.50   | 2,100.00    |
| Nicholas J Balsdon   | 195.00 | 2.00   | 390.00      |
| Robert M Horkovich   | 845.00 | 77.20  | 65,234.00   |
| Robert Y Chung       | 555.00 | 127.20 | 70,596.00   |
| **TOTAL FEES:**      |        |        | **$236,973.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 11, 2009                                  INVOICE:            229246

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Edward J Stein | 0.90 | 526.50 |
| Glenn F Fields | 86.90 | 27,373.50 |
| Harris E Gershman | 30.50 | 7,777.50 |
| Izak Feldgreber | 42.30 | 11,632.50 |
| Jane A Horne | 34.90 | 9,772.00 |
| Kanishka Agarwala | 10.10 | 3,484.50 |
| Kenneth E. Sharperson | 28.70 | 13,202.00 |
| Kathleen Samet | 2.40 | 360.00 |
| Michael Chung | 7.50 | 2,100.00 |
| Mark Garbowski | 35.80 | 19,511.00 |
| Nicholas J Balsdon | 2.00 | 390.00 |
| Robert M Horkovich | 77.20 | 65,234.00 |
| Robert Y Chung | 127.20 | 70,596.00 |
| **TOTAL:** | **486.40** | **$231,959.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 21.80 | 5,014.00 |
| **TOTAL:** | **21.80** | **$5,014.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 11, 2009                                  INVOICE:        229246

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

**COSTS through 01/31/09**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|--|--------|
| 12/08/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243730 For: ROBERT HORKOVICH on 12/8/2008 Carrier Code: US to LGA PIT Invoice # 356891 | E110 | 119.50 |
| 12/08/08 | AIRFARE/RAIL EXPS. Ticket #: 8150819005 For: ROBERT HORKOVICH on 12/8/2008 Carrier Code: XD to AGENT FEE Invoice # 356891 | E110 | 30.00 |
| 12/08/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243731 For: ROBERT HORKOVICH on 12/8/2008 Carrier Code: AA to PIT LGA Invoice # 356892 | E110 | 149.50 |
| 12/31/08 | MEALS (IN-OFFICE OT) Order ID 104441271 on 12/31/08 at 11:35 AM vend or Cosi Catering NYC for Negron Vanessa (W.R. Grace Mediation on 01/12/2009, 8 People, Breakfast). | E111 | 135.16 |
| 01/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - December 1 - 31,  2008 | E106 | 157.78 |
| 01/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges - December 1 - 31,  2008 | E106 | 323.76 |
| 01/05/09 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 01/06/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 904566218 Tracking Number: 798075556540 Reference: 100055 wrg01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Elisa Alcabes, Esq, Simpson Thacher & Barlett LLP, 425 Lexington Avenue , NEW YORK CITY, NY, 10017 , US | E107 | 7.44 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 17.80 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 0.10 |

{D0147870.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:      100055.WRG01

February 11, 2009                                         INVOICE:         229246

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 4.80 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/06/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/09/09 | DI - PHOTOCOPYING - | E101 | 16.60 |
| 01/09/09 | DI - PHOTOCOPYING - | E101 | 3.80 |
| 01/09/09 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 01/12/09 | MEALS (IN-OFFICE OT) Order ID 105334935 on 01/12/09 at 12:27 PM vend or Cafe Metro (Sixth Avenue) for Negron Vanessa (W.R. Grace mediation on 01/12/2009, 8 people, Lunch) | E111 | 92.89 |
| 01/12/09 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 01/13/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Telephonic hearing participation 12/3/08 | E124 | 51.00 |
| 01/13/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Telephonic hearing participation 12/23/08 | E124 | 77.00 |
| 01/14/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/14/09 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 01/14/09 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/14/09 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 01/14/09 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 01/14/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/14/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/15/09 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 01/16/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 906311260 Tracking Number: 790151610189 Reference: 100055 wrg01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Cheryl A Gartland, Home Insurance Co  in Liquidat, 59 MAIDEN LN  5  , NEW YORK CITY, NY, 10038, US | E107 | 17.44 |
| 01/16/09 | CLIENT - ON-LINE COMP SVC - VENDOR: PACER SERVICE CENTER AK0010 Document retrieval | E124 | 18.00 |
| 01/16/09 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 01/16/09 | DI - PHOTOCOPYING - | E101 | 0.30 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

February 11, 2009                              INVOICE:           229246

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 01/16/09 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 01/16/09 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/20/09 | LIBRARY & LEGAL RESEARCH - VENDOR: LEXIS-NEXIS MATTHEW BENDER 10038U 12/08 Services | E124 | 601.50 |
| 01/20/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/20/09 | DI - PHOTOCOPYING - | E101 | 4.00 |
| 01/20/09 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/20/09 | DI - PHOTOCOPYING - | E101 | 9.00 |
| 01/22/09 | CLIENT - ON-LINE COMP SVC - VENDOR: PACER SERVICE CENTER AK0726 Document retrieval | E124 | 0.32 |
| 01/22/09 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# A059-3008 Local travel expenses for Horkovich on 12/15/08 | E109 | 186.50 |
| 01/22/09 | DI - POSTAGE - | E108 | 0.76 |
| 01/22/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/22/09 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/22/09 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/22/09 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 01/22/09 | DI - PHOTOCOPYING - | E101 | 6.00 |
| 01/22/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/22/09 | DI - PHOTOCOPYING - | E101 | 9.00 |
| 01/23/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/23/09 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/26/09 | AP-TELEPHONE -VENDOR: AT&T TELECONFERENCE SERVICES 5197521500001 Teleconference | E105 | 126.65 |
| 01/26/09 | DI - PHOTOCOPYING - | E101 | 28.00 |
| 01/26/09 | DI - PHOTOCOPYING - | E101 | 6.90 |
| 01/26/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/27/09 | DI - PHOTOCOPYING - | E101 | 54.20 |
| 01/27/09 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/27/09 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 01/27/09 | DI - PHOTOCOPYING - | E101 | 0.20 |

{D0147870.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 11, 2009                                 INVOICE:          229246

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 01/29/09 | DI - FAX CHARGES - | E104 | 18.00 |
| 01/29/09 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 01/30/09 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                              **$2,299.80**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 11, 2009                                 INVOICE:         229246

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 24.88 |
| AR | AIRFARE/RAIL EXPS. | 299.00 |
| CM | CLIENT - ON-LINE COMP SVC | 18.32 |
| FX | DI - FAX CHARGES - | 18.00 |
| LB | LIBRARY & LEGAL RESEARCH | 1,083.04 |
| LT | LOCAL TRAVEL | 186.50 |
| ME | MEALS (IN-OFFICE OT) | 228.05 |
| PG | DI - POSTAGE - | 0.76 |
| TE | AP - TELEPHONE - | 254.65 |
| XE | DI - PHOTOCOPYING - | 186.60 |
| | **TOTAL COSTS:** | **$2,299.80** |

**TOTAL DUE:**                                    **$239,273.30**