**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:        3000-01D
STATEMENT NO:                75

Asset Analysis and Recovery

PREVIOUS BALANCE                                                                        $19.50

BALANCE DUE                                                                              $19.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2009 |
| Wilmington  DE | ACCOUNT NO:      3000-02D |
|  | STATEMENT NO:               93 |

Asset Disposition

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $991.30 |
| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -78.00 |
| | BALANCE DUE | $913.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

02/28/2009
ACCOUNT NO:       3000-03D
STATEMENT NO:              81

Business Operations

PREVIOUS BALANCE                                                                              $364.00

02/09/2009      Payment - Thank you. (October, 2008 - 80% Fees)                       -130.00

BALANCE DUE                                                                                   $234.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:          93 |

Case Administration

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $2,105.97 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/06/2009 |  |  |  |  |
| PEM | Review December MOR. |  | 0.80 | 332.00 |
| 02/24/2009 |  |  |  |  |
| MB | Update deposition distribute list |  | 0.20 | 19.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 1.00 | 351.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $415.00 | $332.00 |
| Matthew Brushwood | 0.20 | 95.00 | 19.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK |  | 351.00 |

|  |  |  |
|---|---|---|
| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -501.60 |

|  |  |  |
|---|---|---|
| BALANCE DUE |  | $1,955.37 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:    3000-05D
STATEMENT NO:    93

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $13,299.50 |
| 02/03/2009 | | | | |
| MTH | Telephone conference with ZAI Claimant re possible personal injury claim | | 0.30 | 105.00 |
| 02/04/2009 | | | | |
| MTH | Review correspondence from BT re asbestos claims and response to same | | 0.10 | 35.00 |
| 02/10/2009 | | | | |
| MTH | Telephone conference with ZAI claimant re possible PI Claims | | 0.30 | 105.00 |
| 02/17/2009 | | | | |
| MTH | Correspondence to and from SB re Macerich settlement motion | | 0.10 | 35.00 |
| 02/18/2009 | | | | |
| MTH | Review correspondence from ML re discovery and confirmation email list; reviewing same and discussion with KLH and MB re format issues re same | | 0.50 | 175.00 |
| 02/20/2009 | | | | |
| MTH | Telephone conference with possible PI Claimants WH re status of claims | | 0.30 | 105.00 |
| MTH | Correspondence to and from PVNL re Macerich asbestos settlement motion | | 0.30 | 105.00 |
| 02/23/2009 | | | | |
| MTH | Telephone conference with AR re ZAI asbestos claims and correspondence to EI and PVNL re same | | 0.40 | 140.00 |
| 02/26/2009 | | | | |
| MTH | Correspondence to TR re Macerich settlement agreement motion | | 0.10 | 35.00 |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 2.40 | 840.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.40 | $350.00 | $840.00 |

| TOTAL CURRENT WORK | 840.00 |
|---|---|

| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -2,652.00 |
|---|---|---|

| BALANCE DUE | $11,487.50 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                      |                           |
|----------------------|---------------------------|
|                      | Page: 1                   |
| W.R. Grace           | 02/28/2009                |
| Wilmington  DE       | ACCOUNT NO:    3000-06D   |
|                      | STATEMENT NO:         93  |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,290.20 |
| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -390.00 |
| | BALANCE DUE | $900.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                        02/28/2009
Wilmington  DE                                              ACCOUNT NO:      3000-07D
                                                            STATEMENT NO:             93

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                        $38,756.84

|  |  | HOURS |  |
|---|---|---|---|
| **02/02/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Calendar omnibus hearing dates | 0.30 | 30.00 |
| MB | Retrieval and distribution of documents relating to daily memo. | 0.40 | 38.00 |
| MTH | Review daily memorandum | 0.10 | 35.00 |
| **02/03/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Prepare weekly recommendation memo | 0.30 | 30.00 |
| MB | Retrieval and distribution of documents relating to daily memo. | 0.30 | 28.50 |
| DBS | Telephone conference with MTH re: developments | 0.30 | 142.50 |
| MTH | Review daily memorandum | 0.10 | 35.00 |
| **02/04/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| MB | Retrieval and distribution of documents relating to daily memo. | 1.60 | 152.00 |
| MB | Attention to document management | 1.00 | 95.00 |
| MB | Retrieval and distribution of documents per MTH | 0.60 | 57.00 |
| MTH | Review daily memorandum | 0.10 | 35.00 |
| **02/05/2009** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Finalize weekly recommendation memo | 1.00 | 100.00 |
| MB | Retrieval and distribution of documents relating to daily memo. | 1.00 | 95.00 |

Page: 2
W.R. Grace                                                                                                                           02/28/2009
ACCOUNT NO:          3000-07D
STATEMENT NO:                 93

Committee, Creditors, Noteholders, Equity Holders

|     |     |     | HOURS |     |
| --- | --- | --- | --- | --- |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 35.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo | | 0.80 | 280.00 |
| **02/06/2009** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MB | Retrieval and distribution of documents relating to daily memo. | | 0.30 | 28.50 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 95.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| MTH | Review correspondence from NDF re hearings; reviewing correspondence from PVNL re same; correspondence to and from SB re same; correspondence to NDF re same | | 0.20 | 70.00 |
| **02/09/2009** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| SMB | Begin preparation of weekly recommendation memo | | 0.40 | 40.00 |
| MB | Retrieval and distribution of documents relating to daily memo. | | 0.40 | 38.00 |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| **02/10/2009** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| MB | Retrieval and distribution of documents relating to daily memo. | | 0.40 | 38.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| **02/11/2009** | | | | |
| MB | Retrieval and distribution of documents relating to daily memo. | | 0.40 | 38.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| MB | Attention to document management | | 0.50 | 47.50 |
| **02/12/2009** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| **02/13/2009** | | | | |
| PEM | Review weekly recommendation memo re: pending matters and motions. | | 0.20 | 83.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | | |

Page: 3
02/28/2009
ACCOUNT NO:        3000-07D
STATEMENT NO:            93

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | distribute daily memo | 0.10 | 10.00 |
| SMB | Review docket and retrieve pleadings per MTH | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memo | 1.00 | 100.00 |
| MTH | Review daily memorandum | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo | 1.50 | 525.00 |
| MTH | Review correspondence from SB re weekly recommendation memo | 0.10 | 35.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |

02/16/2009

| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.00 |
|---|---|---|---|
| MTH | Review daily memorandum | 0.10 | 35.00 |
| MB | Attention to Document Management | 0.60 | 57.00 |

02/17/2009

| PEM | Review memo re: daily filings. | 0.10 | 41.50 |
|---|---|---|---|
| MTH | Review daily memorandum | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| MB | Attention to Document Management | 0.50 | 47.50 |

02/18/2009

| MRE | Review of daily memo and meeting with S. Boyd regarding same | 0.10 | 41.50 |
|---|---|---|---|
| MTH | Review daily memorandum | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |

02/19/2009

| MTH | Meeting with MRE re upcoming hearing and pending matters | 0.20 | 70.00 |
|---|---|---|---|
| MTH | Review daily memorandum | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Prepare weekly recommendation memo | 1.00 | 100.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |

02/20/2009

| MTH | Review daily memorandum | 0.10 | 35.00 |
|---|---|---|---|
| MTH | Prepare weekly recommendation memoranda and correspondence to Committee re same | 1.20 | 420.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 83.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Continue preparation of weekly recommendation memo | 0.80 | 80.00 |
| SMB | Address filing on Eleventh Verified Statement 2019 of Motley Rice | 0.40 | 40.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| MB | Create discovery service e-mail distribution list | 1.00 | 95.00 |

Page: 4
02/28/2009
ACCOUNT NO:        3000-07D
STATEMENT NO:              93

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| **02/23/2009** |  |  |  |  |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MB | Attention to document management | | 0.40 | 38.00 |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.00 |
| **02/24/2009** |  |  |  |  |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| KH | Draft Memorandum for 3/23/09 Hearing | | 0.30 | 33.00 |
| **02/25/2009** |  |  |  |  |
| MTH | Drafting, reviewing and revising February 23 hearing memorandum; correspondence to and from PVNL re revisions to same; distribution of same to Committee | | 1.40 | 490.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| DAC | Review 2/23/09 hearing memorandum | | 0.10 | 47.50 |
| **02/26/2009** |  |  |  |  |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| MB | Retrieval and distribution of documents relating to daily memo | | 0.80 | 76.00 |
| MK | Review committee hearing memorandum | | 0.10 | 13.00 |
| KH | Preparation and retrieval of documents for Daily Memorandum | | 0.30 | 33.00 |
| **02/27/2009** |  |  |  |  |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| SMB | Prepare weekly recommendation memo | | 1.50 | 150.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 95.00 |
| MTH | Review daily memorandum | | 0.10 | 35.00 |
| MTH | Preparing weekly recommendation memo | | 1.50 | 525.00 |
|  | FOR CURRENT SERVICES RENDERED | | 31.40 | 6,216.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Douglas A. Campbell | 0.90 | $475.00 | $427.50 |
| David B. Salzman | 0.30 | 475.00 | 142.50 |
| Philip E. Milch | 1.20 | 415.00 | 498.00 |
| Michele Kennedy | 0.40 | 130.00 | 52.00 |
| Santae M. Boyd | 8.70 | 100.00 | 870.00 |

Page: 5
02/28/2009
ACCOUNT NO:      3000-07D
STATEMENT NO:           93

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 10.20 | 95.00 | 969.00 |
| Mark T. Hurford | 9.00 | 350.00 | 3,150.00 |
| Marla R. Eskin | 0.10 | 415.00 | 41.50 |
| Katherine Hemming | 0.60 | 110.00 | 66.00 |

TOTAL CURRENT WORK                                6,216.50

02/09/2009      Payment - Thank you. (October, 2008 - 80% Fees)                -8,615.60

BALANCE DUE                                $36,357.74

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:        3000-08D
STATEMENT NO:              92

Employee Benefits/Pension

PREVIOUS BALANCE                                                                               -$643.00

|  |  | | HOURS |  |
|---|---|---|---|---|
| 02/19/2009 | | | | |
| | MTH | Reviewing draft pension plan motion and correspondence to JS, BR, and PC re same | 0.50 | 175.00 |
| | MTH | Reviewing draft pension plan motion and correspondence to EI, PVNL and JS re same; reviewing correspondence from JS re same | 0.70 | 245.00 |
| 02/22/2009 | | | | |
| | MTH | Correspondence to DF re pension plan motion | 0.10 | 35.00 |
| 02/24/2009 | | | | |
| | MTH | Brief review of pension plan motion and correspondence to Charter Oak and C&D re same | 0.30 | 105.00 |
| 02/25/2009 | | | | |
| | MTH | Correspondence regarding Debtors' pension plan motion | 0.30 | 105.00 |
| 02/27/2009 | | | | |
| | MTH | Telephone conference with DF re pension plan motion | 0.20 | 70.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.10 | 735.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.10 | $350.00 | $735.00 |

TOTAL CURRENT WORK                                                                          735.00

BALANCE DUE                                                                                    $92.00

W.R. Grace

Employee Benefits/Pension

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      02/28/2009
Wilmington  DE                                         ACCOUNT NO:        3000-09D
                                                              STATEMENT NO:              45

Employee Applications, Applicant

PREVIOUS BALANCE                                                          $104.00

BALANCE DUE                                                              $104.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:    3000-10D
STATEMENT NO:    93

Employment Applications, Others

PREVIOUS BALANCE                                                        $1,138.70

HOURS

02/13/2009
MTH        Correspondence to and from PVNL re Debtors' application to retain Jan
           Baer PC and review of same                                    0.50        175.00
           FOR CURRENT SERVICES RENDERED                                 0.50        175.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $350.00 | $175.00 |

TOTAL CURRENT WORK                                                          175.00

02/09/2009        Payment - Thank you. (October, 2008 - 80% Fees)                -208.00

BALANCE DUE                                                              $1,105.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                           02/28/2009
Wilmington  DE                                                     ACCOUNT NO:            3000-11D
                                                                   STATEMENT NO:                  91

Expenses

PREVIOUS BALANCE                                                                  $13,925.56

| | | |
|---|---|---|
| 02/01/2009 | IKON - Copy/ Service CNO November fee applications | 61.31 |
| 02/01/2009 | Pacer charges for the month of January | 78.56 |
| 02/02/2009 | 1/14/09 - Lunch in Pittsburgh, PA (3 people) | 48.70 |
| 02/02/2009 | 1/13/09 - Dinner in Pittsburgh, PA (1 person) | 55.00 |
| 02/02/2009 | 1/13/09 - Lunch in Pittsburgh, PA (1 person) | 35.00 |
| 02/02/2009 | 1/14/09 - Overnight Parking at Philadelphia Airport | 32.00 |
| 02/02/2009 | 1/14/09 - Breakfast at Omni William Penn in Pittsburgh, PA (1 person) | 11.53 |
| 02/02/2009 | 1/13/09 - Omni William Penn Hotel in Pittsburgh, PA, 1 night (includes tax) | 198.36 |
| 02/02/2009 | 12/14/08 - Overnight stay at Omni William Penn Hotel in Pittsburgh, PA for hearing (split between 2 cases) | 118.67 |
| 02/02/2009 | 12/14/08 - Parking at Philadelphia Airport (split between 2 cases) | 20.00 |
| 02/02/2009 | 12/14/08 - Roundtrip airfare from Philadelphia, PA to Pittsburgh, PA for hearing (split between 2 cases) | 158.25 |
| 02/02/2009 | 11/14/08 - Overnight Parking at Philadelphia Airport | 20.00 |
| 02/02/2009 | 10/28/08 - Omni Hotel in Pittsburgh, PA for hearing, 2 nights | 351.68 |
| 02/02/2009 | 10/28/08 - Overnight parking at Philadelphia Airport | 26.00 |
| 02/02/2009 | 10/28/08 - Roundtrip airfare from Philadelphia, PA to Pittsburgh, PA for hearing | 261.00 |
| 02/02/2009 | 11/14/08 - Roundtrip airfare from Philadelphia, PA to Pittsburgh, PA for hearing | 271.00 |
| 02/03/2009 | IKON - Copy/ Service December fee applications | 290.55 |
| 02/09/2009 | IKON - Copy/ Service interim fee applications for October through December 2008 | 578.25 |
| 02/11/2009 | Courtcall appearance of Jeff Liesmer | 109.50 |
| 02/11/2009 | Courtcall appearance of Kathleen Campbell Davis | 44.50 |
| 02/11/2009 | Courtcall appearance of Nathan Finch | 51.00 |
| 02/16/2009 | AT&T Long Distance Phone Calls | 12.25 |
| 02/17/2009 | Postage - ACC's objection and answers | 10.15 |
| 02/26/2009 | IKON - Copy/ Service December CNO's | 72.22 |
| 02/28/2009 | Printing - February printing charges | 833.40 |
| 02/28/2009 | Scanning - February scanning charges | 25.90 |

Page: 2

W.R. Grace

02/28/2009

ACCOUNT NO:      3000-11D

STATEMENT NO:               91

Expenses

|  |  |  |
|---|---|---|
| TOTAL EXPENSES |  | 3,774.78 |
| TOTAL CURRENT WORK |  | 3,774.78 |
| 02/09/2009 | Payment - Thank you. (October, 2008 - 100% Expenses) | -1,252.47 |
| BALANCE DUE |  | $16,447.87 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:    91 |

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $5,569.40 |

|  |  | HOURS |  |
|---|---|---|---|
| **02/03/2009** |  |  |  |
| KCD | Review and sign C&L monthly application | 0.30 | 91.50 |
| PEM | Review and revise January prebill for Pgh time. | 0.20 | 83.00 |
| KH | Prepare C&L December spreadsheet re: professional hours v. project categories | 0.40 | 44.00 |
| KH | Review email from D. Seitz re: December bill(.1); Prepare C&L December Fee Application(.7); Finalize and e-file Fee Application(.3) | 1.10 | 121.00 |
| **02/09/2009** |  |  |  |
| KH | Prepare C&L October-December Interim Fee Application | 2.10 | 231.00 |
| **02/13/2009** |  |  |  |
| KCD | Review and sign C&L interim application | 0.30 | 91.50 |
| KH | Finalize and e-file C&L October-December Interim Fee Application | 0.30 | 33.00 |
| **02/17/2009** |  |  |  |
| MTH | Reviewing pre-bill | 1.50 | 525.00 |
| **02/26/2009** |  |  |  |
| KCD | Review and sign CNO re: C&L application | 0.20 | 61.00 |
| KH | Review case docket for objections to C&L December Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
|  | FOR CURRENT SERVICES RENDERED | 6.90 | 1,336.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 1.50 | 350.00 | 525.00 |
| Kathleen Campbell Davis | 0.80 | 305.00 | 244.00 |
| Katherine Hemming | 4.40 | 110.00 | 484.00 |

Page: 2
02/28/2009

W.R. Grace

ACCOUNT NO:        3000-12D
STATEMENT NO:             91

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| | TOTAL CURRENT WORK | 1,336.00 |
| | | |
| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -1,319.20 |
| | | |
| | BALANCE DUE | $5,586.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 02/28/2009 |
| Wilmington DE | ACCOUNT NO: | 3000-13D |
|  | STATEMENT NO: | 78 |

Fee Applications, Others

PREVIOUS BALANCE            $15,249.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/03/2009 |  |  |  |  |
|  | KCD | Review C&D monthly application | 0.30 | 91.50 |
|  | KCD | Review AKO monthly application | 0.30 | 91.50 |
|  | KCD | Review LAS monthly application | 0.30 | 91.50 |
|  | KCD | Review Charter Oak monthly application | 0.30 | 91.50 |
|  | KH | Review email from A. Pelton re: December bill(.1); Prepare AKO December Fee Application(.7); Finalize and e-file Fee Application(.3) | 1.10 | 121.00 |
|  | KH | Review email from B. Lindsay re: December bill(.1); Prepare Charter Oak December Fee Application(.7); Finalize and e-file Fee Application(.3) | 1.10 | 121.00 |
|  | KH | Review email from D. Relles re: December bill(.1); Prepare LAS December Fee Application(.5); Finalize and e-file Fee Application(.3) | 0.90 | 99.00 |
|  | KH | Review email from E. Benetos re: December fee application(.1); Update C&D December Fee Application(.3); Finalize and e-file Fee Application(.3) | 0.70 | 77.00 |
| 02/05/2009 |  |  |  |  |
|  | KH | Review December Fee Application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review December Fee Application of Orrick, Herrington & Sutcliffe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review December Fee Application of Towers Perrin Tillinghast(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review December Fee Application of Tre Angeli(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review December Fee Application of Piper Jaffray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review November Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review December Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

Page: 2
02/28/2009
ACCOUNT NO:    3000-13D
STATEMENT NO:    78

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | KH | Review December Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim Fee Application of Ogilvy(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim Fee Application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review November Fee Application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-September Interim Fee Application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 02/09/2009 | | | | |
| | KH | Update Committee Fee and Expense Tracking Chart | 0.50 | 55.00 |
| 02/11/2009 | | | | |
| | KH | Prepare LAS October-December Interim Fee Application | 1.20 | 132.00 |
| 02/12/2009 | | | | |
| | KH | Review email from E. Benetos re: October-December Interim(.1); Update C&D October-December Interim Application(.4) | 0.50 | 55.00 |
| | KH | Prepare Charter Oak October-December Interim Fee Application | 1.50 | 165.00 |
| | KH | Prepare AKO October-December Interim Fee Application | 1.60 | 176.00 |
| 02/13/2009 | | | | |
| | KCD | Review Charter Oak application sign COS re: same | 0.30 | 91.50 |
| | KCD | Review LAS interim application and sign COS re: same | 0.30 | 91.50 |
| | KCD | Review C&D interim application and sign COS re: same | 0.30 | 91.50 |
| | KCD | Review AKO interim application and sign COS re: same | 0.30 | 91.50 |
| | KCD | Review and sign committee expense application | 0.30 | 91.50 |
| | KH | Review December Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July-Sept Interim Fee Application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October Fee Application of Beveridge & Diamond(.1); Update | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November Fee Application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January Fee Application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December Fee Application of PricewaterhouseCoopers(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim Fee Application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Meet with KCD re: Committee Expense Application and email D. Greve re: the same(.3); Prepare Committee October-December Expense Application(.4); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Finalize and e-file C&D October-December Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file AKO October-December Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file LAS October-December Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file Charter Oak October-December Interim Fee Application | 0.30 | 33.00 |
| **02/20/2009** | | | |
| KH | Review Oct-Dec Interim Fee Application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of Hamilton Rabinovitz(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-Sept Interim Fee Application of Casner Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-Sept Interim Fee Application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Oct-Dec Interim Fee Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December Fee Application of Capstone(.1); Update Grace | | |

Page: 4
W.R. Grace                                                                                          02/28/2009
ACCOUNT NO:        3000-13D
STATEMENT NO:              78

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | | Review October Fee Application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **02/24/2009** | | | | |
| KCD | | Review fee auditor e-mail regarding committee member expenses | 0.10 | 30.50 |
| KH | | Review email from E. Benetos re: outstanding payments; draft responsive email | 0.10 | 11.00 |
| **02/25/2009** | | | | |
| MTH | | Review correspondence from JON re service of fee applications and response to same | 0.20 | 70.00 |
| KH | | Review email from E. Benetos re: outstanding payments; draft responsive email | 0.10 | 11.00 |
| **02/26/2009** | | | | |
| KCD | | Review and sign CNO re: AKO application | 0.20 | 61.00 |
| KCD | | Review and sign CNO re: LAS application | 0.20 | 61.00 |
| KCD | | Review and sign CNO re: C&D application | 0.20 | 61.00 |
| KCD | | Review and sign CNO re: Charter Oak application | 0.20 | 61.00 |
| MTH | | Review correspondence from KH re CNO's on fee applications; discussion with KLH re same; correspondence to JON re same | 0.30 | 105.00 |
| KH | | Review case docket for objections to C&D December Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | | Review case docket for objections to AKO December Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | | Review case docket for objections to LAS December Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | | Review case docket for objections to Charter Oak December Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | | Email December CNOs to W. Sparks | 0.10 | 11.00 |
| **02/27/2009** | | | | |
| KH | | Review January Fee Application of Ogilvy Renault(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | | Review July-September Interim Fee Application of BMC Group(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | | Review September Fee Application of BMC Group(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | | Review December Fee Application of Phillips Goldman(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | | Review January Fee Application of Phillips Goldman(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review December Fee Application of Nelson Mullins(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim Fee Application of Duane Morris(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November Fee Application of Steptoe(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December Fee Application of Steptoe(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim Fee Application of Capstone(.1); Finalize and e-file Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | FOR CURRENT SERVICES RENDERED | 27.70 | 3,869.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $350.00 | $175.00 |
| Kathleen Campbell Davis | 3.60 | 305.00 | 1,098.00 |
| Katherine Hemming | 23.60 | 110.00 | 2,596.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 3,869.00 |

| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -2,896.40 |
|---|---|---|

| BALANCE DUE | $16,222.50 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                        02/28/2009
Wilmington  DE                              ACCOUNT NO:        3000-14D
                                            STATEMENT NO:            63

Financing

PREVIOUS BALANCE                                                    $6.50

BALANCE DUE                                                         $6.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    02/28/2009
Wilmington  DE                                                        ACCOUNT NO:        3000-15D
                                                                      STATEMENT NO:              93

Hearings

PREVIOUS BALANCE                                                                              $29,563.75

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/02/2009 | | | | |
| | MTH | Correspondence to and from SB re hearing dates | 0.10 | 35.00 |
| 02/11/2009 | | | | |
| | MTH | Review correspondence from DEB re draft discovery responses | 0.20 | 70.00 |
| 02/13/2009 | | | | |
| | MTH | Review correspondence from PVNL re Feb hearing and response to same | 0.10 | 35.00 |
| | MTH | Reviewing Agenda for hearing and correspondence to PVNL, NDF, WBS and RH re same | 0.50 | 175.00 |
| 02/16/2009 | | | | |
| | MTH | Correspondence to and from SB re Feb hearing preparations | 0.10 | 35.00 |
| | MTH | Begin hearing preparations | 0.50 | 175.00 |
| 02/20/2009 | | | | |
| | MTH | Reviewing Amended Agenda; reviewing correspondence from JON re hearing; multiple correspondence to and from C&D counsel re hearing; begin hearing preparations | 0.70 | 245.00 |
| | MTH | Preparing for hearing | 0.80 | 280.00 |
| | SMB | Coordinate logistics for hearing on February 23, 2009 at 10:30 a.m.; e-mail confirmation of same | 0.20 | 20.00 |
| 02/23/2009 | | | | |
| | MTH | Attending hearing | 0.80 | 280.00 |
| | MTH | Preparing for hearing | 0.50 | 175.00 |
| 02/24/2009 | | | | |
| | MTH | Multiple correspondence to and from JAL and NDF re service of various | | |

Page: 2

W.R. Grace                                                                          02/28/2009
                                                              ACCOUNT NO:        3000-15D
                                                              STATEMENT NO:            93

Hearings

|  | HOURS |  |
|---|---|---|
| discovery and notices of service, service of substantive pleadings re D/S objections | 0.40 | 140.00 |
| FOR CURRENT SERVICES RENDERED | 4.90 | 1,665.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $100.00 | $20.00 |
| Mark T. Hurford | 4.70 | 350.00 | 1,645.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,665.00 |

| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -4,432.00 |
|---|---|---|

| BALANCE DUE | $26,796.75 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:      3000-16D
STATEMENT NO:               78

Litigation and Litigation Consulting

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | -$480.00 |
| 02/09/2009 | Payment - Thank you. (October, 2008 - 80% Fees) | -650.00 |
| | CREDIT BALANCE | -$1,130.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2009 |
| Wilmington  DE | ACCOUNT NO:     3000-17D |
|  | STATEMENT NO:         78 |

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $47,733.50 |

| | | HOURS | |
|---|---|---|---|
| **02/01/2009** | | | |
| PEM | Review revised TDP and Trust Agreement. | 1.50 | 622.50 |
| | | | |
| **02/02/2009** | | | |
| MTH | Telephone conference with NDF re discussions with counsel to Libby Claimants re Confidentiality Agreement | 0.20 | 70.00 |
| MTH | Review correspondence from DF re expert related materials and correspondence to and from DS re same | 0.20 | 70.00 |
| MTH | Reviewing TDP and Trust Agreement | 1.00 | 350.00 |
| MTH | Reviewing revised D/S | 0.50 | 175.00 |
| MTH | Correspondence to DS re expert back up materials | 0.10 | 35.00 |
| SMB | Update discovery chart to include recently filed discovery | 0.10 | 10.00 |
| | | | |
| **02/03/2009** | | | |
| MTH | Review correspondence from CC re protective order | 0.10 | 35.00 |
| | | | |
| **02/04/2009** | | | |
| PEM | Review First Amended Chapter 11 Plan of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 3, 2009  and Amended Disclosure Statement for the First Amended Joint Plan of Reorganization. | 1.50 | 622.50 |
| MTH | Review correspondence from NDF re disclosure statement and confirmation objection | 0.10 | 35.00 |
| | | | |
| **02/06/2009** | | | |
| MTH | Review correspondence from NDF and RH re estimation materials | 0.20 | 70.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/09/2009** |  |  |  |  |
| | MTH | Review correspondence from DF re updated discovery chart | 0.10 | 35.00 |
| | MTH | Reviewing status of discovery and discussion with SB re same | 0.40 | 140.00 |
| **02/10/2009** |  |  |  |  |
| | MTH | Telephone conference with DBS re document review for discovery | 0.20 | 70.00 |
| | KCD | Discussions with MTH and research regarding TDP | 0.70 | 213.50 |
| | MK | Retrieval of plan documents for attorney. | 0.30 | 39.00 |
| | MTH | Review correspondence from DF re draft responses to certain insurers discovery requests | 0.30 | 105.00 |
| | MTH | Review correspondence from DF re draft responses to OI discovery | 0.20 | 70.00 |
| | MTH | Document review for discovery responses and correspondence to DS re same | 2.40 | 840.00 |
| | SMB | Organize and prepare confirmation discovery binders | 3.00 | 300.00 |
| **02/11/2009** |  |  |  |  |
| | MTH | Review correspondence from DF re Longacre's discovery directed to Debtors | 0.20 | 70.00 |
| | MTH | Discussion with SB re confirmation related discovery; correspondence re same | 0.30 | 105.00 |
| | MTH | Correspondence to DF re Longacre discovery | 0.10 | 35.00 |
| | SMB | Organize and prepare confirmation discovery binders | 2.00 | 200.00 |
| **02/12/2009** |  |  |  |  |
| | KH | Meet with MTH re: multiple TDPs(.2); Review multiple emails re: the same(.2) | 0.40 | 44.00 |
| **02/13/2009** |  |  |  |  |
| | MTH | Review correspondence from Debtors re discovery served on PD entities | 0.30 | 105.00 |
| | SMB | Update confirmation discovery chart and binder | 0.10 | 10.00 |
| **02/16/2009** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| | SMB | Coordinate logistics for hearing on February 23, 2009 at 10:30 a.m.; e-mail confirmation of same | 0.30 | 30.00 |
| | SMB | Begin preparation of weekly recommendation memo | 0.20 | 20.00 |
| | MTH | Correspondence to counsel at C&D and AKO re Hartford's Joinder | 0.10 | 35.00 |
| | MTH | Correspondence to PVNL re Anderson Memorial Motion to Reconsider and Debtors' PD related discovery | 0.10 | 35.00 |
| **02/17/2009** |  |  |  |  |
| | MTH | Reviewing correspondence from DF re PD FCR discovery requests | 0.30 | 105.00 |
| | MTH | Reviewing chart re status of pending confirmation discovery | 0.20 | 70.00 |
| | MTH | Review correspondence from NDF re Second Amended Confirmation CMO and response to same | 0.20 | 70.00 |

Page: 3
W.R. Grace                                                                                        02/28/2009
ACCOUNT NO:        3000-17D
STATEMENT NO:                78

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing draft responses to OI discovery, RFA | 0.40 | 140.00 |
| MTH | Review correspondence from LE re discovery responses and proposed order re same | 0.20 | 70.00 |
| MTH | Correspondence re service of confirmation related discovery | 0.20 | 70.00 |
| **02/18/2009** | | | |
| MTH | Review correspondence from DF and JB re discovery logistics | 0.10 | 35.00 |
| MTH | Review correspondence from ML and JB re discovery logistics | 0.10 | 35.00 |
| MTH | Correspondence to and from SB re Order entered on motion to shorten and reviewing correspondence from MEC re same | 0.20 | 70.00 |
| MTH | Correspondence to and from DF re Order on Anderson Memorial motion to shorten | 0.10 | 35.00 |
| **02/19/2009** | | | |
| MTH | Reviewing draft notice of service of discovery and correspondence to DF re same; additional correspondence re same | 0.50 | 175.00 |
| MTH | Review correspondence from DF re service lists for distribution of discovery | 0.10 | 35.00 |
| MTH | Review correspondence from JON re Feb hearing | 0.10 | 35.00 |
| MTH | Correspondence to and from JAL re service of discovery responses and related notices of service; reviewing draft discovery and discussion with SB re notices | 0.70 | 245.00 |
| MTH | Reviewing various correspondence re FF discovery responses | 0.20 | 70.00 |
| MTH | Reviewing various correspondence re service lists for discovery responses | 0.50 | 175.00 |
| MTH | Reviewing correspondence re OI discovery responses | 0.20 | 70.00 |
| MTH | Reviewing draft notice of service of discovery and correspondence to DF re same; follow up correspondence re same | 0.30 | 105.00 |
| MTH | Correspondence to PVNL re Order entered re hearing on Anderson Memorial Motion | 0.10 | 35.00 |
| MTH | Review correspondence from RC re discovery responses and response to same | 0.20 | 70.00 |
| MTH | Review correspondence from JAL (x2) and DF re OI discovery responses | 0.20 | 70.00 |
| MTH | Reviewing additional correspondence re OI discovery responses | 0.30 | 105.00 |
| **02/20/2009** | | | |
| MTH | Reviewing revised discovery responses to Owens Illinois and multiple correspondence to and from counsel at C&D and DF re same; discussion with SB re drafting notices of service of discovery responses; reviewing draft service lists and correspondence re same | 1.20 | 420.00 |
| MTH | Reviewing Debtors' Opposition to Anderson Memorial's Motion to Enlarge Time to Serve Discovery | 0.20 | 70.00 |
| MTH | Correspondence to and from LE re draft discovery; reviewing correspondence from PVNL re same | 0.20 | 70.00 |
| MTH | Reviewing discovery requests of PD FCR | 0.20 | 70.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Multiple correspondence to and from DF re confirmation related discovery and service | | 0.30 | 105.00 |
| MTH | Review correspondence from RH re confirmation related discovery | | 0.10 | 35.00 |
| MTH | Review correspondence from DF re service of PP responses to OI discovery requests | | 0.10 | 35.00 |
| MTH | Review correspondence from DF re ftp site for discovery | | 0.10 | 35.00 |
| MTH | Review correspondence from JAL re FF discovery responses | | 0.10 | 35.00 |
| MTH | REviewing various correspondence re discovery responses and correspondence to RC and WBS re same | | 0.20 | 70.00 |
| **02/21/2009** | | | | |
| MTH | Review correspondence from PVNL and JAL re discovery responses to FF | | 0.10 | 35.00 |
| MTH | Review correspondence from KO re discovery | | 0.10 | 35.00 |
| **02/23/2009** | | | | |
| MTH | Review correspondence from JAL re responses to Royal RFA's | | 0.30 | 105.00 |
| MTH | Reviewing correspondence from W&R re discovery responses; correspondence to and from NDF re same; reviewing and revising correspondence to NDF and RH re copy of correspondence from W&R and production CD | | 0.40 | 140.00 |
| MTH | Reviewing various correspondence re service of discovery responses from other parties and multiple correspondence to SB re same | | 0.50 | 175.00 |
| MTH | Reviewing four sets of discovery to be served by Committee and reviewing and revising four notices of service re same; reviewing email distribution lists re same and correspondence to various confirmation related parties re same | | 2.60 | 910.00 |
| SMB | Prepare letter to Nathan Finch and Robert Horkovich enclosing a CD of Maryland Casualty's initial production of documents in response to Debtors', Asbestos PI Future Claimants' Representative's and Official Committee of Asbestos Personal Injury Claimants' First Request for Production of Documents | | 0.20 | 20.00 |
| SMB | Prepare Notice of Service of Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Gayla Benefield's Amended First Interrogatories Propounded upon Plan Proponents, prepare service list | | 0.60 | 60.00 |
| SMB | Prepare Notice of Service of Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Yoko Cannon's Amended First Interrogatories Propounded upon Plan Proponents; prepare service list | | 0.60 | 60.00 |
| SMB | Prepare Notice of Service of Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Elmer Biladeau's Interrogatories Propounded Upon Asbestos PI Committee; prepare service list | | 0.60 | 60.00 |
| SMB | Prepare Notice of Service of Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Robert Barnes' | | | |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | Interrogatories Propounded Upon Asbestos PI Committee; prepare service list |  | 0.60 | 60.00 |
| **02/24/2009** |  |  |  |  |
| MTH | Reviewing multiple correspondence to DF re discovery responses; reviewing chart re same; reviewing correspondence from JB re same; responses to same; reviewing discovery received |  | 0.50 | 175.00 |
| MTH | Review correspondence from DF re MCC discovery responses, Zurich discovery responses and follow up re same |  | 0.30 | 105.00 |
| MTH | Review correspondence from JB, LE, and DF re Arrowood interrogatory responses |  | 0.20 | 70.00 |
| **02/25/2009** |  |  |  |  |
| MTH | Reviewing various correspondence re D/S objection and response to same |  | 0.20 | 70.00 |
| MTH | Review correspondence from LE re protective order |  | 0.20 | 70.00 |
| **02/26/2009** |  |  |  |  |
| MTH | Multiple correspondence to and from JAL, AVG and NDF re exhibits to discovery responses; reviewing and distribution of exhibits |  | 1.30 | 455.00 |
| MTH | Review correspondence from NDF re daubert pleadings; telephone conversation with AVG re same; correspondence to NDF re same; reviewing correspondence from AVG re same |  | 0.30 | 105.00 |
| MTH | Review correspondence from RC re motion to compel; and response to same; additional correspondence re same |  | 0.30 | 105.00 |
| MTH | Multiple correspondence to and from DF re legal research; review re same; correspondence to RC re same |  | 0.40 | 140.00 |
| MTH | Correspondence to DF re Scotts discovery |  | 0.10 | 35.00 |
| MTH | Correspondence to and from DF re Scotts discovery |  | 0.10 | 35.00 |
| MTH | Multiple correspondence to and from RC re insurance issues |  | 0.20 | 70.00 |
| MTH | Review correspondence from ML re correspondence from LE re web site |  | 0.10 | 35.00 |
| KH | Meet with MTH re: discovery email service list; Update service list |  | 0.30 | 33.00 |
| **02/27/2009** |  |  |  |  |
| MTH | Telephone conference with TR re Macerich motion |  | 0.10 | 35.00 |
| MTH | Discussion with KH re Macerich asbestos PD settlement motion |  | 0.30 | 105.00 |
| MTH | Review correspondence from NDF re verifications of discovery responses and discussion with KH re distribution and service of same |  | 0.50 | 175.00 |
| MTH | Review correspondence from NDF and AVG re pre trial briefs |  | 0.10 | 35.00 |
| MTH | Multiple correspondence to and from SB re recent Plan filings |  | 0.10 | 35.00 |
| MTH | Reviewing Scotts discovery directed to Plan Proponents and Scotts' discovery responses |  | 0.40 | 140.00 |
| KH | Multiple meetings with MTH re: discovery service and NOS |  | 0.30 | 33.00 |
| KH | Update ACC Objections and Answers to Canon, Barnes, Biladeau, and Benefield; Draft email to service list and attend to service of discovery |  | 1.30 | 143.00 |

W.R. Grace

Plan and Disclosure Statement

Page: 6
02/28/2009
ACCOUNT NO:      3000-17D
STATEMENT NO:           78

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/28/2009 |  |  |  |  |
| MTH | Review correspondence from MRE re Plan documents and response to same |  | 0.10 | 35.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 39.70 | 11,340.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 3.00 | $415.00 | $1,245.00 |
| Michele Kennedy | 0.30 | 130.00 | 39.00 |
| Santae M. Boyd | 8.40 | 100.00 | 840.00 |
| Mark T. Hurford | 25.00 | 350.00 | 8,750.00 |
| Kathleen Campbell Davis | 0.70 | 305.00 | 213.50 |
| Katherine Hemming | 2.30 | 110.00 | 253.00 |

TOTAL CURRENT WORK                                                     11,340.50


02/09/2009      Payment - Thank you. (October, 2008 - 80% Fees)                    -6,422.80


BALANCE DUE                                                          $52,651.20


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:      3000-18D
STATEMENT NO:           78

Relief from Stay Proceedings

|  |  | | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $535.80 |
| 02/11/2009 | | | | |
| MTH | Correspondence to PVNL re responses and objections to Kaneb Pipe Stay Relief Motion | | 0.10 | 35.00 |
| 02/17/2009 | | | | |
| MTH | Review correspondence from RH re Kaneb Stay Relief Motion and response to same; additional correspondence re same | | 0.50 | 175.00 |
| 02/26/2009 | | | | |
| MTH | Brief review of Kaneb's second stay relief motion and correspondence to PVNL, RH re same | | 0.30 | 105.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.90 | 315.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $350.00 | $315.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 315.00 |
| BALANCE DUE | $850.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                      02/28/2009
Wilmington  DE                              ACCOUNT NO:       3000-20D
                                            STATEMENT NO:            77

Tax Litigation

PREVIOUS BALANCE                                               $468.80

BALANCE DUE                                                    $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              02/28/2009
Wilmington  DE                               ACCOUNT NO:        3000-21D
                                             STATEMENT NO:              69

Travel-Non-Working

PREVIOUS BALANCE                                              $4,635.00

02/09/2009     Payment - Thank you. (October, 2008 - 80% Fees)        -988.00

BALANCE DUE                                                  $3,647.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2009 |
| Wilmington  DE | ACCOUNT NO:        3000-22D |
|  | STATEMENT NO:              82 |

Valuation

| | |
|---|---|
| PREVIOUS BALANCE | $1,185.00 |
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          02/28/2009
Wilmington  DE                                              ACCOUNT NO:        3000-23D
                                                            STATEMENT NO:               82

ZAI Science Trial

PREVIOUS BALANCE                                                            $1,203.30

BALANCE DUE                                                                 $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:        3000-24D
STATEMENT NO:              55

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                                                    -$56.00

CREDIT BALANCE                                                                                      -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2009
ACCOUNT NO:      3000-25D
STATEMENT NO:            48

Others

PREVIOUS BALANCE                                                                    $56.00

BALANCE DUE                                                                          $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
02/28/2009

W.R. Grace
Wilmington  DE                                                   ACCOUNT NO:         3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 19.50 | 0.00 | 0.00 | 0.00 | 0.00 | $19.50 |
| 3000-02 Asset Disposition | | | | | |
| 991.30 | 0.00 | 0.00 | 0.00 | -78.00 | $913.30 |
| 3000-03 Business Operations | | | | | |
| 364.00 | 0.00 | 0.00 | 0.00 | -130.00 | $234.00 |
| 3000-04 Case Administration | | | | | |
| 2,105.97 | 351.00 | 0.00 | 0.00 | -501.60 | $1,955.37 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 13,299.50 | 840.00 | 0.00 | 0.00 | -2,652.00 | $11,487.50 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,290.20 | 0.00 | 0.00 | 0.00 | -390.00 | $900.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 38,756.84 | 6,216.50 | 0.00 | 0.00 | -8,615.60 | $36,357.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -643.00 | 735.00 | 0.00 | 0.00 | 0.00 | $92.00 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 104.00 | 0.00 | 0.00 | 0.00 | 0.00 | $104.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,138.70 | 175.00 | 0.00 | 0.00 | -208.00 | $1,105.70 |

W.R. Grace

ACCOUNT NO:            3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 13,925.56 | 0.00 | 3,774.78 | 0.00 | -1,252.47 | $16,447.87 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,569.40 | 1,336.00 | 0.00 | 0.00 | -1,319.20 | $5,586.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,249.90 | 3,869.00 | 0.00 | 0.00 | -2,896.40 | $16,222.50 |
| 3000-14 Financing | | | | | |
| 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | $6.50 |
| 3000-15 Hearings | | | | | |
| 29,563.75 | 1,665.00 | 0.00 | 0.00 | -4,432.00 | $26,796.75 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -480.00 | 0.00 | 0.00 | 0.00 | -650.00 | -$1,130.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 47,733.50 | 11,340.50 | 0.00 | 0.00 | -6,422.80 | $52,651.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 535.80 | 315.00 | 0.00 | 0.00 | 0.00 | $850.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 4,635.00 | 0.00 | 0.00 | 0.00 | -988.00 | $3,647.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 177,023.52 | 26,843.00 | 3,774.78 | 0.00 | -30,536.07 | $177,105.23 |

Page: 3

W.R. Grace

02/28/2009

ACCOUNT NO:        3000D

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.