**EXHIBIT B**

**Asset Analysis and Recovery (.50 Hours; $ 420.00)**

  Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**    .50

**Business Operations (.10 Hours; $ 84.00)**

  Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**    .10

**Case Administration (201.90 Hours; $ 95,086.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    201.90

**Claim Analysis Objection & Resolution (Asbestos) (6.60 Hours; $ 5,544.00)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**    6.60

**Committee, Creditors', Noteholders' or Equity Holders' (6.80 Hours; $ 5,316.00)**

  Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**    6.80

**Employee Benefits/Pension (.40 Hours; $ 336.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08         .40**


**Fee Applications, Applicant (19.10 Hours; $ 8,738.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         19.10**


**Hearings (1.90 Hours; $ 1,385.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15     1.90**


**Litigation and Litigation Consulting (675.30 Hours; $ 366,532.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  675.30**


**Plan & Disclosure Statement (711.00 Hours; $ 413,677.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  711.00**


**Relief from Stay Proceedings (.60 Hours; $ 504.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18  .60**
**Tax Issues (4.00 Hours; $ 1,880.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtors' estates and a possible reorganization plan.

{D0152658.1 }

**Total Task Code .19  4.00**


**Travel Non-working (55.20 Hours; $ 18,936.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  55.20**


**Fee Auditor Matters (2.10 Hours; $ 1,113.00)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32                 2.10**