**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 136.15 |
| Outside Local Deliveries | 22.31 |
| Research Materials | 171.05 |
| Professional Fees & Expert Witness Fees | 25,000.00 |
| Charge of Cell and/or Home Phone Useage | 75.15 |
| Air & Train Transportation | 9,162.60 |
| Meals Related to Travel | 653.48 |
| Conference Meals | 37.70 |
| Court Reporting/Transcript Service | 2,468.00 |
| Outside Photocopying/Duplication Service | 3,160.41 |
| Travel Expenses - Hotel Charges | 2,241.73 |
| Travel Expenses - Ground Transportation | 1,059.93 |
| Travel Expenses – Miscellaneous | 23.00 |
| Travel Expenses - LD Calls on Hotel Bill | 2.00 |
| Local Transportation – DC | 27.13 |
| Local Transporation – NY | 36.72 |
| Database Research | 5,467.02 |
| Xeroxing | 1,612.70 |
| Postage & Air Freight | 257.81 |
| Telecopier/Equitrac | 21.30 |
| Long Distance-Equitrac In-House | 34.71 |
| NYO Long Distance Telephone | 688.80 |
| **Total for Report** | **$52,359.70** |

{D0152659.1 }