IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF THIRTY-SECOND INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2009 THROUGH MARCH 31, 2009**

Name of Applicant: Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to: The Official Committee of Asbestos Personal Injury
Claimants

Date of Retention: April 12, 2001

Period for which Compensation and Reimbursement is sought: January 1, 2009 through March 31, 2009

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $919,553.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $52,359.70

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $735,642.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $52,359.70

Total Amount of Holdback Fees Sought for applicable period: $183,910.60

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2009 THROUGH MARCH 31, 2009**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested |  | Paid |  |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 2/28/03; 3434 | 1/1/03-1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | $12,007.20 (80% of $15,009.00) | $2,623.50 |
| 3/31/03; 3572 | 2/1/03-2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | **Pending** | **Pending** |
| 4/29/03; 3719 | 3/1/03-3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March, 2009 Hours | Cumulative January to March, 2009 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .5 | $ 420.00 | 22.4 | $ 11,758.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .1 | 84.00 | 18.1 | 8,065.00 |
| Case Administration | 201.9 | 95,086.50 | 3,706.4 | 1,009,644.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 6.6 | 5,544.00 | 1,873.2 | 783,683.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 6.8 | 5,316.00 | 128.5 | 82,658.00 |
| Employee Benefits/Pension | .4 | 336.00 | 15.1 | 9,341.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Others | .0 | .00 | 83.2 | 40,989.00 |
| Fee Applications, Applicant | 19.1 | 8,738.50 | 577.6 | 174,155.50 |
| Fee Applications, Others | .0 | .00 | 120.9 | 47,240.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | 1.9 | 1,385.50 | 390.4 | 308,184.00 |
| Litigation and Litigation Consulting | 675.3 | 366,532.00 | 22,817.2 | 9,652,114.50 |
| Plan & Disclosure Statement | 711.0 | 413,677.50 | 3,123.3 | 1,849,586.00 |
| Relief from Stay Proceedings | .6 | 504.00 | 3.3 | 2,236.00 |
| Tax Issues | 4.0 | 1,880.00 | 129.1 | 52,841.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 55.2 | 18,936.00 | 1,409.4 | 363,866.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 2.1 | 1,113.00 | 128.1 | 63,103.50 |
| **Totals** | **1,685.5** | **$919,553.00** | **33,731.5** | **$14,539,989.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/09 – 3/31/09 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 5,467.02 | $ 292,951.28 |
| Research Material | 171.05 | 10,622.90 |
| Air Freight & Express Mail | 136.15 | 19,020.55 |
| Outside Local Deliveries | 22.31 | 4,152.46 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 37.70 | 13,122.76 |
| Outside Photocopy Service | 3,160.41 | 259,761.81 |
| Professional Fees & Expert Witness Fees | 25,000.00 | 1,886,387.50 |
| Court Reporting/Transcript Service | 2,468.00 | 170,521.28 |
| Miscellaneous Client Advances | .00 | 39,068.13 |
| Air & Train Transportation | 9,162.60 | 166,483.49 |
| Meals Related to Travel | 653.48 | 19,713.31 |
| Travel Expenses – Hotel Charges | 2,241.73 | 95,222.09 |
| Travel Expenses – Ground Transportation | 1,059.93 | 59,151.80 |
| Travel Expenses – Miscellaneous | 23.00 | 1,174.50 |
| Travel Expenses – LD Calls on Hotel Bill | 2.00 | 1,865.09 |
| Local Transportation - DC | 27.13 | 4,921.00 |
| Local Transportation – NY | 36.72 | 446.11 |
| Xeroxing | 1,612.70 | 101,916.85 |
| Postage | 257.81 | 5,643.89 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 21.30 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 34.71 | 2,359.57 |
| NYO Long Distance Telephone | 688.80 | 13,771.64 |
| Use of Cell/Home Phone | 75.15 | 2,259.39 |
| **TOTAL** | **$ 52,359.70** | **$ 3,174,218.74** |