# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related Dkt. No: 21377 |
| | ) |

### JOINDER OF THE SCOTTS COMPANY LLC TO AMENDED NOTICE OF DEPOSITION OF DAVID T. AUSTERN

The Scotts Company LLC ("Scotts"), by its undersigned counsel, hereby joins the Amended Notice of Deposition of David T. Austern filed by OneBeacon America Insurance Company, Seaton Insurance Company, Government Employees Insurance Company, and Columbia Insurance Company fka Republic Insurance Company (Dkt. No. 21377).

| | |
|---|---|
| Dated:  May 14, 2009 | **VORYS, SATER, SEYMOUR AND PEASE LLP** |
| | /s/ Tiffany Strelow Cobb |
| | Robert J. Sidman (Ohio Bar #0017390) |
| | (admitted *pro hac vice*) |
| | Tiffany Strelow Cobb (Ohio Bar #0067516) |
| | (admitted *pro hac vice*) |
| | 52 East Gay Street |
| | P.O. Box 1008 |
| | Columbus, OH 43215 |
| | Telephone: (614) 464-6400 |
| | Facsimile:  (614) 719-4663 |

2

-and-

Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for The Scotts Company LLC, and certain of its related entities