IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
NINETIETH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc, CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., FiveAlewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, In., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/460674

# EXHIBIT A
**(Fee Detail)**

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br><br> • asbestos matters (52000.43)　　$14,967.50 <br><br> • non-asbestos matters (2725.40)　　$ 880.00 <br><br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $15,847.50 |
| **FEE APPLICATION – APPLICANT** | $672.00 |
| **TOTAL FEES** | $16,519.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 11, 2009
Bill Number 109782
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH MARCH 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/02/09 | RAM | Telephone conference with MTM and Reed Smith attorney re: MK document review. | 0.20 Hrs | 64.00 |
| 03/02/09 | MTM | Conference with RAM and telephone call to Reed Smith counsel re: request for MK sales information (.3); review briefing books and resource materials re: consolidated MK sales information (2.0); telephone call from Holme Roberts paralegal re: boxes of privileged documents at CPD headquarters (.1). | 2.40 Hrs | 660.00 |
| 03/03/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 64.00 |
| 03/03/09 | ARA | Review binders for sales of MK-3. | 1.00 Hrs | 120.00 |
| 03/04/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 6.20 Hrs | 744.00 |
| 03/05/09 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 64.00 |
| 03/05/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 5.00 Hrs | 600.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH MARCH 31, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 03/06/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 5.50 Hrs | 660.00 |
| 03/09/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 6.00 Hrs | 720.00 |
| 03/10/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 6.50 Hrs | 780.00 |
| 03/11/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 3.00 Hrs | 360.00 |
| 03/11/09 | ARA | Document control. | 2.90 Hrs | 232.00 |
| 03/12/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 6.00 Hrs | 720.00 |
| 03/13/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.1). | 0.30 Hrs | 96.00 |
| 03/13/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 6.50 Hrs | 780.00 |
| 03/17/09 | ARA | Document control. | 2.80 Hrs | 224.00 |
| 03/18/09 | ARA | Document control | 4.50 Hrs | 360.00 |
| 03/18/09 | ARA | Prepare list of Libby personnel files copied for criminal trial. | 1.00 Hrs | 120.00 |
| 03/19/09 | MTM | Review list of Libby personnel files re: ARA's work on same (.1); conference with ARA re: same (.1). | 0.20 Hrs | 55.00 |
| 03/19/09 | ARA | Telephone call from MTM to discuss Libby personnel file list (.1); review notes and confirm accuracy of list (2.6). | 2.70 Hrs | 324.00 |
| 03/19/09 | ARA | Document control. | 3.70 Hrs | 296.00 |
| 03/20/09 | MTM | Meeting with ARA at Winthrop Square re: Libby personnel files. | 0.70 Hrs | 192.50 |
| 03/20/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (5.7). Meet with MTM re: Libby personnel files (.7). | 6.40 Hrs | 768.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH MARCH 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/23/09 | MTM | Receipt and review of email from K&E counsel re: missing page from privileged document (.2); respond to email (.2); email to HRO paralegal re: same (.2); conference with ARA re: same (.1); review Winthrop Square indices re: same (.4); telephone call to ARA re: same (.2); telephone call from Holme Roberts paralegal re: her search for privileged document at issue (.2). | 1.50 Hrs | 412.50 |
| 03/23/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (3.9). Per MTM, search WRG privilege documents for document requested by K&E attorney for criminal trial (3.3); telephone conference with MTM re: same (.2). | 7.40 Hrs | 888.00 |
| 03/24/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 96.00 |
| 03/24/09 | MTM | Telephone call from Holme Roberts paralegal re: missing page from privileged document. | 0.20 Hrs | 55.00 |
| 03/25/09 | RAM | Read selected documents filed in bankruptcy court. | 1.10 Hrs | 352.00 |
| 03/25/09 | MTM | Telephone call from in-house counsel re: production of certain document categories to Speights and Runyan (.2); review files re: same (.6); telephone call to ARA re: same (.2); email to in-house counsel re: same (.1). | 1.10 Hrs | 302.50 |
| 03/25/09 | ARA | Per telephone call from MTM, review production files for categories of documents produced to Speights & Runyan (1.2). Quality control boxes of documents tagged for copying by criminal defense attorney (3.7). | 4.90 Hrs | 588.00 |
| 03/26/09 | MTM | Review emails and follow up with Holme Roberts paralegal re: missing page from privileged document (.3); receipt and review of box tracking sheets from Holme Roberts paralegal re: same (.2); email to Grace employee re: locating boxes re: same (.1); telephone call to ARA re: same (.1). | 0.70 Hrs | 192.50 |

Page 3

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH MARCH 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/26/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (6.0). Returned MTM's call re: privilege document requested by K&E attorney (.1). | 6.10 Hrs | 732.00 |
| 03/27/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney. | 5.20 Hrs | 624.00 |
| 03/30/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorney (6.0). Telephone calls to and from MTM re: search for privilege documents (.2). | 6.20 Hrs | 744.00 |
| 03/31/09 | MTM | Email from Grace employee re: search for privileged document (.1); conference with ARA re: same (.2); telephone call from ARA at Cambridge re: search for privileged document (.2). | 0.50 Hrs | 137.50 |
| 03/31/09 | ARA | Telephone call from MTM re: reviewing boxes for privilege documents (.2); review boxes at Grace, Cambridge for privilege document (6.6); telephone call to MTM re: results (.2). | 7.00 Hrs | 840.00 |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $14,967.50 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.30 | 320.00 | 736.00 |
| Matthew T. Murphy | 7.30 | 275.00 | 2,007.50 |
| Angela R. Anderson | 92.60 | 120.00 | 11,112.00 |
| Angela R. Anderson | 13.90 | 80.00 | 1,112.00 |
| | 116.10 | | $14,967.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $14,967.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 11, 2009
Bill Number 109781
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH MARCH 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/18/09 | RAM | Read plaintiff's settlement demand letter. | 0.10 Hrs | 32.00 |
| 03/19/09 | RAM | Telephone conference with MLL re: whether to respond to settlement demand; advise J. Hughes of recommendation that no response is required. | 0.10 Hrs | 32.00 |
| 03/25/09 | RAM | Read transcript of J. Buchman's deposition. | 1.20 Hrs | 384.00 |
| 03/27/09 | RAM | Read summary of D. Arsenault's (Gleeson rep) deposition. | 0.10 Hrs | 32.00 |
| 03/30/09 | MLL | Receipt and review of Arsenault transcript (.6). Draft outline (.5). Finalize outline of Buchman depo (.5), | 1.60 Hrs | 400.00 |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $880.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.50 | 320.00 | 480.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

| | | | |
|---|---:|---:|---:|
| Matthew L. Lunenfeld | 1.60 | 250.00 | 400.00 |
| | 3.10 | | $880.00 |

|  |  |
|---|---:|
| TOTAL THIS BILL | $880.00 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 11, 2009
Bill Number 109783
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:  Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH MARCH 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/13/09 | RAM | Work on January fee application. | 0.20 Hrs | 64.00 |
| 03/16/09 | RAM | Finalize January fee application and send it to Delaware counsel to file. | 0.20 Hrs | 64.00 |
| 03/18/09 | RAM | Send January fee application to fee auditor. | 0.10 Hrs | 32.00 |
| 03/26/09 | RAM | Work on February fee application. | 1.60 Hrs | 512.00 |
| 03/27/09 | RAM | NO CHARGE - Telephone call from in-house counsel that fee application may be filed. | 0.10 Hrs | No Charge |

TOTAL LEGAL SERVICES    $672.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.10 | 320.00 | 672.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |
| | 2.20 | | $672.00 |

Page 1

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| TOTAL THIS BILL | $672.00 |

# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| **LITIGATION AND LITIGATION CONSULTING** <br><br> •     asbestos matters (52000.43)     $14,217.79 <br><br> •     non-asbestos matters (2725.40)     $     709.95 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $14,927.74 |
|---|---|
| **FEE APPLICATION – APPLICANT** | $0.00 |
| **TOTAL EXPENSES** | $14,927.74 |



# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 12, 2009
Bill Number 109819
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:  Litigation and Litigation Consulting

LEGAL SERVICES

COSTS

THROUGH MARCH 31, 2009

PHOTOCOPYING
03/18/09      20 copies at $.10 per copy                                     2.00
                                                                                    $2.00

RENT REIMBURSEMENT
03/02/09      RREEF AMERICA REIT III CORP Z1: Rent and              13,812.74
              utilities for document repository at One Winthrop
              Square - March 2009.
                                                                                    $13,812.74

MISCELLANEOUS
03/10/09      RECORDKEEPER ARCHIVE CENTERS,: Storage                  403.05
              3/01/09 through 3/31/09.
                                                                                    $403.05

                                            TOTAL COSTS                   $14,217.79


                                            TOTAL THIS BILL                $14,217.79

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 12, 2009
Bill Number 109818
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

LEGAL SERVICES

**COSTS**

THROUGH MARCH 31, 2009

STENOGRAPHER/TRANSCRIPT

| | | | |
|---|---|---|---|
| 03/19/09 | ACCURATE REPORTING SERVICES: Copy of transcript depo-Jonathan M. Buchman. | 664.35 | |
| | | | $664.35 |
| TRAVEL | | | |
| 03/04/09 | MATTHEW LUNENFELD: 44 mi. x .55 = $24.20; tolls $5.40; parking $16.00; Roundtrip travel to Natick for 2/19 deposition of Gleeson. | 45.60 | |
| | | | $45.60 |
| | | TOTAL COSTS | $709.95 |
| | | TOTAL THIS BILL | $709.95 |