

# EXHIBIT A
January Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 6, 2009 at 4:00 p.m.
Hearing Date:  TBD only if necessary

### SUMMARY OF THE EIGHTY-EIGHTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through January 31, 2009 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                        $25,997.00  (80% = $20,797.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                $18,035.63

This is a:    X monthly        __ interim        __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |

2

| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |

3

| | | | | | |
|---|---|---|---|---|---|
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | No objections served on counsel | No objections served on counsel |
| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $16,557.87 | No objections served on counsel | No objections served on counsel |
| 10/31/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | No objections served on counsel | No objections served on counsel |
| 12/18/08 | 10/01/08 through 10/31/08 | $206,090.00 | $17,150.06 | No objections served on counsel | No objections served on counsel |
| 1/14/09 | 11/01/08 through 11/30/08 | $31,818.50 | $17,853.27 | No objections served on counsel | No objections served on counsel |
| 2/6/09 | 12/01/08 through 12/31/08 | $18,652.00 | $13,260.97 | No objections served on counsel | No objections served on counsel |
| 3/16/09 | 01/01/09 through 01/31/09 | $25,997.00 | $18,035.63 | Pending | Pending |

As indicated above, this is the eighty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $800.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 42 | Litigation | $320.00 | 9.30 | $2976.00 |
| Robert A. Murphy | Senior Counsel | 42 | Litigation | No charge | 0.35 | $0.00 |
| Matthew T. Murphy | Partner | 21 | Litigation | $275.00 | 6.80 | $1,870.00 |
| Matthew L. Lunenfeld | Partner | 11 | Litigation | $250.00 | 14.70 | $3,675.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 25 | Litigation | $120.00 | 28.40 | $3,408.00 |
| Angela R. Anderson | Paralegal | 25 | Litigation | $80.00 | 98.60 | $7,888.00 |
| Jared Tanz | Temporary Paralegal | --- | Litigation | $120.00 | 13.50 | $1,620.00 |
| Jared Tanz | Temporary Paralegal | --- | Litigation | $80.00 | 57.00 | $4,560.00 |
| TOTALS | | | | | 228.65 | $25,997.00 |

**Total Fees:**     **$25,997.00**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $6.46 |
| Boston Express Delivery | $79.20 |
| Federal Express | $1,837.75 |
| Pacer Online Search | $54.72 |
| Outside Photocopying | $42.74 |
| Photocopying ($0.10/page) | $48.80 |
| Rent Reimbursement | $12,425.66 |
| Miscellaneous | $3,540.30 |
| TOTAL | $18,035.63 |

**Total Expenses:    $18,035.63**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 226.55 | $25,357.00 |
| Fee Applications, Applicant | 2.10 | $640.00 |
| Expenses | N/A | $18,035.63 |
| TOTALS | 228.65 | $44,032.63 |

Dated:  March 16, 2009          CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/456245.1

8

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 6, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTY-EIGHTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

**FEES**

| LITIGATION AND LITIGATION CONSULTING | | |
|---|---|---|
| • asbestos matters (52000.43) $21,330.00 | | |
| • non-asbestos matters (2725.40) $ 4,027.00 | | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | | $25,357.00 |
| **FEE APPLICATION – APPLICANT** | | $640.00 |
| **TOTAL FEES** | | $25,997.00 |



# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number  107121
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/02/09 | RAM | Review my notes, taken during several of former employee's depositions, for privilege before having them copied at request of former employee's defense attorney. | 0.30 Hrs | 96.00 |
| 01/02/09 | ARA | Document control. | 3.00 Hrs | 240.00 |
| 01/05/09 | MTM | Conference with ARA re: materials produced to Libby criminal defendant's counsel last week. | 0.20 Hrs | 55.00 |
| 01/05/09 | ARA | Quality control documents to be scanned for criminal defense attorney and remove work product prior to scanning (3.5); arrange for pick-up for scanning re: criminal trial production (.3); conference with MTM re: production (.2). | 3.80 Hrs | 456.00 |
| 01/06/09 | RAM | Telephone conference with in-house counsel re: what, if any, premises liability cases there were. | 0.10 Hrs | 32.00 |
| 01/06/09 | ARA | Quality control former employee's documents prior to scanning for ciminal defense attorney. | 1.30 Hrs | 156.00 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/08/09 | ARA | Document control. | 3.70 Hrs | 296.00 |
| 01/08/09 | ARA | Quality control former employee's documents and MT case file documents and remove work product prior to scanning for criminal defense attorney. | 3.00 Hrs | 360.00 |
| 01/09/09 | MTM | Conference with K&E counsel re: earliest date project (.3); meeting with ARA re: same (2.0). | 2.30 Hrs | 632.50 |
| 01/09/09 | ARA | Quality control and remove work product from documents prior to scanning for criminal defense attorney (5.4). Meeting with MTM re: earliest date project (2.0). | 7.40 Hrs | 888.00 |
| 01/12/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.40 Hrs | 128.00 |
| 01/12/09 | MTM | Memo to K&E counsel re: earliest date project (3.5); email to K&E counsel re: same (.5). | 4.00 Hrs | 1,100.00 |
| 01/12/09 | ARA | Document control. | 4.80 Hrs | 384.00 |
| 01/12/09 | ARA | Per MTM's telephone call, search for particular interrogatories for earliest date project and produce them to MTM. | 2.30 Hrs | 276.00 |
| 01/12/09 | JT | Document control. | 7.50 Hrs | 600.00 |
| 01/13/09 | ARA | Document control. | 5.30 Hrs | 424.00 |
| 01/13/09 | ARA | Quality control certain interrogatories for Kirkland & Ellis counsel re: criminal trial. | 2.50 Hrs | 300.00 |
| 01/13/09 | JT | Document control. | 4.50 Hrs | 360.00 |
| 01/13/09 | JT | Quality control documents for earliest date project for K&E. | 2.50 Hrs | 300.00 |
| 01/14/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 01/14/09 | JT | Quality control documents for earliest date project. | 7.00 Hrs | 840.00 |
| 01/15/09 | ARA | Document control | 4.50 Hrs | 360.00 |
| 01/15/09 | ARA | Receipt of original documents from copy service and quality control same re: criminal trial. | 3.00 Hrs | 360.00 |
| 01/15/09 | JT | Document control. | 3.50 Hrs | 280.00 |
| 01/15/09 | JT | Quality control documents for earliest date project. | 4.00 Hrs | 480.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/16/09 | RAM | Read selected documents filed in bankruptcy court (.8). Read updated bankruptcy court docket entries to select documents to read (.2). | 1.00 Hrs | 320.00 |
| 01/16/09 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 01/16/09 | ARA | Remove work product and quality control documents for scanning re: criminal trial production. | 1.50 Hrs | 180.00 |
| 01/16/09 | JT | Document control. | 5.50 Hrs | 440.00 |
| 01/20/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 01/21/09 | ARA | Document control. | 7.70 Hrs | 616.00 |
| 01/21/09 | JT | Document control. | 7.00 Hrs | 560.00 |
| 01/22/09 | ARA | Document control. | 10.00 Hrs | 800.00 |
| 01/22/09 | JT | Document control. | 7.00 Hrs | 560.00 |
| 01/23/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.4). | 0.50 Hrs | 160.00 |
| 01/23/09 | ARA | Document control. | 7.80 Hrs | 624.00 |
| 01/23/09 | JT | Document control. | 7.50 Hrs | 600.00 |
| 01/26/09 | RAM | Emails from/to in-house counsel re: criminal case. | 0.10 Hrs | No Charge |
| 01/26/09 | ARA | Document control. | 7.10 Hrs | 568.00 |
| 01/27/09 | ARA | Document control. | 7.30 Hrs | 584.00 |
| 01/27/09 | ARA | Search for, obtain and have Libby personnel file copied for in-house counsel (.7). Search for and obtain former employee's testimony for criminal defense attorney (.3). | 1.00 Hrs | 120.00 |
| 01/27/09 | JT | Document control. | 7.50 Hrs | 600.00 |
| 01/28/09 | RAM | Read outline of defense of criminal charges. | 1.70 Hrs | 544.00 |
| 01/28/09 | ARA | Document control. | 7.70 Hrs | 616.00 |
| 01/28/09 | JT | Document control. | 7.00 Hrs | 560.00 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/29/09 | MTM | Conference with ARA re: production to Libby criminal defendant's counsel last month and request by counsel for transcript of former Libby employee (.1). Receipt and review of email from Grace criminal defendant counsel re: transcript (.1); email to in-house Grace counsel re: same (.1). | 0.30 Hrs | 82.50 |
| 01/29/09 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 01/29/09 | ARA | Per MTM's request, forward emails from criminal defense attorney's firm to him and discuss former employee's testimony re: criminal trial. | 0.30 Hrs | 36.00 |
| 01/30/09 | RAM | Finish review of outline of defense of criminal charges (1.2); telephone conference with in-house counsel to discuss same (1.0). | 2.20 Hrs | 704.00 |
| 01/30/09 | ARA | Inventory remaining boxes of documents to be scanned for criminal defense attorney and quality control other boxes of documents that were scanned for criminal trial. | 2.30 Hrs | 276.00 |
| 01/30/09 | ARA | Document control. | 4.70 Hrs | 376.00 |

TOTAL LEGAL SERVICES    $21,330.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 6.20 | 320.00 | 1,984.00 |
| Matthew T. Murphy | 6.80 | 275.00 | 1,870.00 |
| Angela R. Anderson | 28.40 | 120.00 | 3,408.00 |
| Jared Tanz | 13.50 | 120.00 | 1,620.00 |
| Angela R. Anderson | 98.60 | 80.00 | 7,888.00 |
| Jared Tanz | 57.00 | 80.00 | 4,560.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |
| | 210.60 | | $21,330.00 |

TOTAL THIS BILL    $21,330.00

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number  107120
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

## FOR PROFESSIONAL SERVICES

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/01/09 | MLL | Receipt and review of notice of depo of Gleason and 61 categories of inquiry (.3); review file and outline deposition (1.2) | 1.50 Hrs | 375.00 |
| 01/06/09 | RAM | Telephone conference with J. Hughes re: status of responding to supplemental discovery requests. | 0.10 Hrs | 32.00 |
| 01/07/09 | RAM | Emails from/to MLL re: documents being sent by Grace to respond to supplemental discovery requests. | 0.10 Hrs | No Charge |
| 01/13/09 | RAM | Email from MLL with draft answers to supplemental discovery requests; review and comment on same. | 0.20 Hrs | 64.00 |
| 01/13/09 | MLL | Receipt and review of Mondavi files and assess for privilege and production (1.0). Review prior submitted documents regarding other claims and determine whether to produce or withhold (2.0). Draft supplemental response (.3). Determine strategy (.2). Draft letter re: production and costs (.2). | 3.70 Hrs | 925.00 |

Page 1

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

THROUGH JANUARY 31, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/14/09 | RAM | Telephone conference with MLL to discuss responses to supplemental discovery requests and documents being produced to plaintiff. | 0.20 Hrs | 64.00 |
| 01/15/09 | RAM | Read revised responses to supplemental discovery requests and email MLL re: same. | 0.10 Hrs | 32.00 |
| 01/15/09 | MLL | Further draft response to 2d request for documents (.4) and draft letter to client (.1). | 0.50 Hrs | 125.00 |
| 01/21/09 | RAM | No charge - Read emails re: rescheduling deposition of Gleeson Power. | 0.05 Hrs | No Charge |
| 01/23/09 | MLL | Prepare for deposition of J. Buchman (1.0). Review plaintiff's discovery responses and draft outline (1.0). | 2.00 Hrs | 500.00 |
| 01/25/09 | RAM | Prepare suggested questions for Buchman's deposition; telephone call to MLL with suggestions. | 0.20 Hrs | 64.00 |
| 01/26/09 | RAM | Telephone conference with MLL re: Buchman's deposition. | 0.20 Hrs | 64.00 |
| 01/26/09 | MLL | Attend and conduct plaintiff's deposition (6.0) and draft parts of report of same (.8); conference with RAM re: same (.2). | 7.00 Hrs | 1,750.00 |
| 01/30/09 | RAM | Telephone conference with J. Hughes re: settlement discussions; telephone call to MLL re: same. | 0.10 Hrs | 32.00 |

TOTAL LEGAL SERVICES        $4,027.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.10 | 320.00 | 352.00 |
| Matthew L. Lunenfeld | 14.70 | 250.00 | 3,675.00 |
| Robert A. Murphy | 0.15 | 320.00 | No Charge |
|  | 15.95 |  | $4,027.00 |

TOTAL THIS BILL        $4,027.00



CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number  107122
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JANUARY 31, 2009

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/12/09 | RAM | Finalize November fee application and send it to Delaware counsel to file. | 0.20 Hrs | 64.00 |
| 01/15/09 | RAM | Send letter and email to Fee Auditor with November fee application. | 0.10 Hrs | 32.00 |
| 01/20/09 | RAM | Work on December fee application. | 1.20 Hrs | 384.00 |
| 01/23/09 | RAM | Work on December fee application. | 0.40 Hrs | 128.00 |
| 01/28/09 | RAM | Work on December fee application. | 0.10 Hrs | 32.00 |
| 01/30/09 | RAM | Telephone call from in-house counsel that fee application may be filed. | 0.10 Hrs | No Charge |

TOTAL LEGAL SERVICES          $640.00

**LEGAL SERVICES SUMMARY**

| <u>Attorney Name</u> | <u>Hrs</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| Robert A. Murphy | 2.00 | 320.00 | 640.00 |
| Robert A. Murphy | 0.10 | 320.00 | No Charge |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

2.10                                    $640.00

TOTAL THIS BILL                    $640.00

**<u>EXHIBIT B</u>**
(Expense Detail)

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
| •     asbestos matters (52000.43)    $17,970.68 | |
| •     non-asbestos matters (2725.40)    $    48.80 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $18,019.48 |
| **FEE APPLICATION – APPLICANT** | $16.15 |
| **TOTAL EXPENSES** | $18,035.63 |



# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107126
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH JANUARY 31, 2009

EXCESS POSTAGE
01/31/09     EXCESS POSTAGE                                6.46
                                                                        $6.46

BOSTON EXPRESS DELIVERY
01/14/09     BOSTON EXPRESS DELIVERY GROUP: From 62        79.20
             Whittemore Avenue - December 10, 2008.
                                                                        $79.20

FEDERAL EXPRESS
01/14/09     FEDERAL EXPRESS CORPORATION: To 1700          1,821.60
             Lincoln St, Holme Roberts & Owen LLP, Joan
             Sherman from Casner and Edwards on December 17,
             2008-1000 lbs.
                                                                        $1,821.60

PACER ONLINE SEARCH
01/30/09     Delaware Bankruptcy Court - 10/2/2008 - 12/23/2008    54.72
                                                                        $54.72

OUTSIDE PHOTOCOPYING
01/09/09     MERRILL COMMUNICATIONS, LLC: Libby personnel    42.74

Page 1

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

**COSTS** ..

THROUGH JANUARY 31, 2009

file for in-house counsel 12/9/08

$42.74

RENT REIMBURSEMENT
01/09/09    RREEF AMERICA REIT III CORP Z1: Rent and      12,425.66
            utilities for document repository at One Winthrop
            Square - January 2009

$12,425.66

MISCELLANEOUS
01/09/09    RECORDKEEPER ARCHIVE CENTERS,: Storage          537.30
            January 1, 2009 through January 31, 2009.
01/30/09    WILLIAM WALSH, INC.: Move storage boxes        3,003.00
            (balance due).

$3,540.30

TOTAL COSTS            $17,970.68

TOTAL THIS BILL        $17,970.68

Page 2



# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number  107125
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.


**LEGAL SERVICES**


**COSTS**

THROUGH JANUARY 31, 2009

PHOTOCOPYING
01/15/09        488 copies at $.10 per copy                                48.80
                                                                                              $48.80
                                                                          ─────────
                                       TOTAL COSTS                          $48.80


                                       TOTAL THIS BILL                      $48.80



## CASNER & EDWARDS, LLP
### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 11, 2009
Bill Number 107127
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2009

FEDERAL EXPRESS

| 01/15/09 | FEDERAL EXPRESS CORPORATION: To 919 North Market St., Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on December 12, 2008. | 16.15 | |
|---|---|---|---|
| | | | $16.15 |
| | TOTAL COSTS | | $16.15 |
| | TOTAL THIS BILL | | $16.15 |

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors

in the above-captioned action, and that on the 17th day of March, 2009, she caused a copy of the

following documents to be served upon the attached service list in the manner indicated:

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Eighty-Eighth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursment of Expenses as Special Litigation Counsel to Debtors for the Period from January 1, 2009 through January 31, 2009.**

Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 17th day of March 2009.

Notary Public
My Commission Expires: July 18, 2009

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2009

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
12- E-Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1250
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*E-mail: bruhlander@whsmithlaw.com*
(Fee Auditor)
Bobbie Ruhlander
Warren H. Smith & Associates

*Email: khill@svglaw.com*
(Delaware Counsel to Hon. Alexander M.
Sanders, Jr.
Property Damages Future Claims
Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.

*Email: arich@alanrichlaw.com*
(Counsel to Hon. Alexander M. Sanders, Jr.
Property Damages Future Claims
Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire