**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**

**JANUARY 1, 2009 THROUGH MARCH 31, 2009**

1.      **Case Administration – 15537 - 2.9 hours ($854.50)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2.      **Creditors Committee – 15539 - 44.92 hours ($16,632.50)**

This matter covers formation and membership issues of the PD Committee.  It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee.  The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefore, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee.  Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD

Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

3. **Applicant's Fee Applications – 15543 - 21.3 hours ($5,183.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

4. **Hearings – 15544 - 42.6 hours ($17,591.50)**

This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended various omnibus hearings.

5. **Claims Analysis, Objection (asbestos) - 15545 - 16 hours ($5,157.50)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections and research thereto. The matter covers all aspects of the Applicant's involvement in the estimations of asbestos property damage and personal injury claims and the on-going objections to property damage claims and settlements of same.

During the Application Period, the Applicant attended to preparing a memorandum regarding class certification and attended to settlement issues and agreements. Further, the Applicant reviewed the State of California appellate brief and the District Court's decision on NJDEP, and attended to the Debtors' claims objections and the Anderson claims.

6. **Travel – 15546 - 34.7 hours ($7,489.25)**

The Applicant traveled to attend omnibus hearings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

7. **Fee Applications of Others – 17781 - 3.6 ($732.00)**

The Applicant attended to the preparation of monthly statements and quarterly applications for Hamilton Rabinovitz & Alschuler. In addition, the Applicant reviewed various applications and reports from the fee auditor.

8. **Plan & Disclosure Statement – 15554 - 394.85 hours ($174,832.75)**

The Applicant spent considerable time reviewing the Debtors' plan and disclosure statement, the objections thereto filed by other parties, researching issues raised by the plan that impacted the claims of the committee's constituents, negotiating and discussing resolution of any potential objections with the Debtors, including proposed changes to the plan and disclosure statement, and generally keeping the committee members apprised of the plan and disclosure statement developments. Further, Applicant attended all relevant hearings on the plan and disclosure issues. During the Application Period, the Applicant attended to the CMO and extensive review of the corporate and transactional documents in connection with the Plan. The Applicant summarized the corporate documents and prepared a summary for the committee members. In addition, the Applicant also attended to various issues raised regarding the Plan discovery process.

9. **ZAI Science Trial – 17905 - 12.4 hours ($4,170.00)**

During the Application period, the Applicant continued attending to issues regarding the global settlement motion and prepared for discovery response. Further, the Applicant conducted research and prepared an analysis of the ZAI claims and withdrawal of same.

10.     **Debtors' Business Operations- 15542 - 1.30 hours ($630.50)**

The Applicant reviewed the motion to borrow against COLI policies and the motion to authorize loans.