# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### January 1, 2009 through March 31, 2009

1.  Asbestos: Claims Analysis & Evaluation – 4.5 ($2,812.50)

    - Review sections of final property damage documents, PD Committee's objection to disclosure statement and Declaration of Denise Neuman Martin