# EXHIBIT "C"

# HR&A                                                              INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

February 12, 2009
Invoice No. HRA20091202

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of January, 2009.

### **FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>3.0 hours @ $ 625 per hour | $ 1,875.00 |
| **TOTAL DUE:** | **$ 1,875.00** |

```
JANUARY, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE        TIME   TASK

01/29/09    3.00   Review sections of "final" property damage
                     documents.
Total:      3.00
```

# HR&A                                                        INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*


March 10, 2009
Invoice No. HRA20091003


Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336


Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of February, 2009.

### FEES

Francine F. Rabinovitz
0.50 hours @ $ 625 per hour                                     $ 312.50

                                                       **TOTAL DUE:**
                                              **$ 312.50**

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351

FEBRUARY, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 02/18/09 | 0.50 | Read PD objection to disclosure statement. |
| Total: | 0.50 | |

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

April 7, 2009
Invoice No. HRA20090704

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of March, 2009.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>1.00 hours @ $ 625 per hour | $ 625.00 |
| | **TOTAL DUE:** |
| | **$ 625.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351

MARCH, 2009 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 03/17/09 | 1.00 | Read Declaration of Denise Neuman Martin, Grace Property Damage Expert. |
| Total: | 1.00 | |