**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF DEPOSITION OF ELIHU INSELBUCH**

TO:    THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that Anderson Memorial Hospital will take the deposition of **ELIHU INSELBUCH** before an official Court Reporter, or before some other person authorized by law to administer oaths at 9:30 a.m., on Friday, June 12, 2009, at the offices of Caplin & Drysdale, Chartered, 375 Park Avenue, 35th Floor, New York, New York. The oral deposition will continue from day to day until completed.

DATED:  May 14, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:       loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:  (803) 943-4444
Facsimile:   (803) 943-4599

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:   (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*