### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 21257, 21379, 21532,** |
| | ) | **21533** |

---

## DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE
## INCLUDED IN THE RECORD ON APPEAL

Debtors, in accordance with Federal Rule of Bankruptcy Procedure 8006 and Local

Bankruptcy Rule 8006-1, hereby designate additional items to be included in the record for

Anderson Memorial Hospital's appeal (Dkt. 21379) from the April 13, 2009 Memorandum Order

of the United States Bankruptcy Court for the District of Delaware (Dkt. 21257).

**Additional Items From the Bankruptcy Court Docket to be Included in the Record on Appeal**

| Date | Bankruptcy Dkt. No. | Description |
|------|---------------------|-------------|
| 1/14/1993 | 16422, Ex. 1[1] | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, First Amended Class Action Complaint |
| 4/4/1994 | 16422, Ex. 2 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Defendants' Motion to Strike Class Action Allegations as to Non-Residents Whose Causes of Action are Foreign to South Carolina |
| 7/6/1994 | 16422, Ex. 4 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Transcript of Hearings Before Honorable William L. Howard, July 6, 1994: pgs. 69-72 |
| 8/12/1994 | 16422, Ex. 5 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Memorandum Order Granting Certain Defendants' Motion to Strike Class Allegations as to Non-Residents Whose Causes of Actions are Foreign to South Carolina |
| 5/31/1996 | 16422, Ex. 9 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Order Denying Anderson Memorial's Motion to Reconsider |
| 9/5/1996 | 16422, Ex. 10 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Anderson Memorial's Second Amended Class Action Complaint |

---

[1]  Documents enumerated as Bankruptcy Dkt. No. "16422, Ex. __" are Debtors' Exhibits to the July 5, 2007 *Anderson Memorial* Class Certification hearing held in the Bankruptcy Court, the transcript of which is Bankr. Ct. Docket No. 16422.

| | | | |
|---|---|---|---|
| | 3/5/1998 | 16422, Ex. 13 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Affidavit of Robert Beber in Support of Defendants' Opposition to Anderson Memorial's Motion to Certify a Class, with Exhibits |
| | 3/5/1998 | 16422, Ex. 14 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendants' Memorandum in Opposition to Class Certification |
| | 5/26/1998 | 16422, Ex. 16 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendants' Response to Plaintiffs' Reply Brief, with Exhibits |
| | 10/19/2000 | 16422, Ex. 17 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Affidavit of Richard Finke, with Exhibit |
| | 10/23/2000 | 16422, Ex. 18 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Certain Defendants' Post-Hearing Brief in Opposition to Class Certification, Anderson Memorial, with Exhibits |
| | 2/9/2001 | 16422, Ex. 20 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Conditional Order Certifying a Statewide Class |
| | 3/5/1998 | 16422, Ex. 21 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Memorandum of Defendants W. R. Grace in Response to February 9 Show Cause Order |
| | 3/19/2001 | N/A | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, March 19, 2001 hearing transcript |
| | 4/2/2001 | 1 | Voluntary Petition Under Chapter 11 |
| | 5/7/2001 | 16422, Ex. 25 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Letter from Judge Hayes to Dan Speights |
| | 5/24/2001 | N/A | Letter giving notice of election of co-chairpersons of Property Damage Committee |

3

| | 7/5/2001 | 16422, Ex. 26 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Final Certification Order |
|---|---|---|---|
| | 4/12/2002 | 1926 | Notice of Filing Revised Bar Date Notice Plan |
| | 4/15/2002 | 1930 | Affidavit of Service of Bar Date Notice Plan, Proof of Claim Forms, and Related Materials |
| | 5/6/2002 | 2018 | Notice of Appeal |
| | 5/13/2002 | 2057 | Transcript of 4/22/2002 Hearing |
| | 7/8/2002 | 2347 | Debtors' Response to Motion of the Asbestos Property Damage Committee for Clarification of the Bar Date Order, Extending or Abating Deadlines and Modification of the Bar Date Order |
| | 3/30/2003 | N/A | Claim No. 11008  (Anderson Memorial Hospital Individual Claim) |
| | 7/21/2004 | 6009 | Order Granting Debtors Leave from Local Rule 3007-1 |
| | 10/22/2004 | 6715 | Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 |
| | 10/25/2004 | 6712 | Order Denying Motion of Intercat, Inc. for Leave to File Late Proof of Claim |
| | 12/20/2004 | 7221 | Verified Statements of Multiple Representation and Exhibits |
| | 1/6/2005 | 7462 | Transcript of 9/27/2004 Hearing |
| | 6/17/2005 | 8640 | Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan (Non-Substantive) |
| | 6/21/2005 | 8645 | Notice of Rule 30(b)(6) Deposition of American Medical Association |
| | 6/21/2005 | 8646 | Notice of Rule 30(b)(6) Deposition of Maryland Casualty Company |

| | | | |
|---|---|---|---|
| 6/21/2005 | 8650 | | Notice of Rule 30(b)(6) Deposition of The Harvard Vanguard Medical Associates Management Offices |
| 6/29/2005 | 8710 | | Notice of Withdrawal of Claim No. 6661 |
| 6/29/2005 | 8712 | | Notice of Withdrawal of Claim No. 6726 |
| 6/29/2005 | 8713 | | Notice of Withdrawal of Claim No. 6721 |
| 6/29/2005 | 8778 | | Notice of Withdrawal of Claim No. 11591 |
| 9/22/2005 | 9488 | | Order Denying Pacific Corp. and VanCott Bagley Cornwall & McCarthy Motion for Leave to File Late Proofs of Claim |
| 9/27/2005 | 9517 | | Order Allowing Withdrawal of Certain Claims Filed by the Law Firm of Speights & Runyan |
| 9/30/2005 | 9546 | | Debtors' Brief in Support of the Disallowance and Expungement of 1,900 Improper Claims Filed by the Law Firm of Speights & Runyan |
| 11/1/2005 | 10961 | | Order for the Withdrawal and Expungement of 1495 Asbestos PD Claims |
| 12/2/2005 | 11245 | | Debtors' brief in opposition to Anderson Memorial's motion for class certification |
| 12/19/2005 | 11365 | | Debtors' Motion for a Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents |
| 1/3/2006 | 11473 | | Transcript of 12/19/2005 Hearing |
| 1/10/2006 | 11520 | | Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief From the Automatic Stay |
| 1/13/2006 | 11547 | | Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar Date Notice Program |
| 2/3/2006 | 11712 | | Debtors' Brief in Support of the Disallowance of 71 Claims |
| 8/3/2006 | 12919 | | Transcript of 7/24/2006 Hearing |
| 8/31/2006 | 13120 | | Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, with Exhibits |

| 9/15/2006 | 13236 | Debtors' Supplement to Objection to Anderson Memorial's Motion for Limited Relief from Automatic Stay |
|---|---|---|
| 10/13/2006 | 13406 | Order [AMENDED] Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, with Exhibits |
| 10/13/2006 | 13412 | Debtors' Motion for Leave to File a Reply in Support of is Motion for Protective Order Against Anderson Memorial's Request for 30(B)(6) Depositions and Documents |
| 10/24/2006 | 13457 | Order Disallowing and Expunging as Time-Barred Two Asbestos PD Claims Filed by Prudential Insurance Company on Account of Building Locating in Georgia |
| 10/30/2006 | N/A | Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production |
| 11/6/2006 | 13588 | Debtors' Motion for Protective Order Against Anderson Memorial's October 30, 2006 Requests for 30(b)(6) Depositions and Documents |
| 11/10/2006 | 13630 | Debtors' Supplemental Brief re Federal Rule of Evidence 408 in Support of Their Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents, with Exhibits |
| 12/13/2006 | N/A | Debtors' Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production |
| 12/21/2006 | 14136 | December 21, 2006 Expert Report of Graeme Mew, Opinion Limitations Issues |
| 1/3/2007 | 14205 | Transcript of 12/18/2006 Hearing |
| 1/5/2007 | 14236 | Debtors' Response to Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian |
| 1/17/2007 | N/A | Debtors' Response to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production, with enclosures |
| 4/2/2007 | 16422, Ex. 60 | Federal Mogul Hearing Transcript: Pages 31-44 |

| | 4/2/2007 | 15062 | Amended Motion to Compel Filed by Anderson Memorial Hospital. |
|---|---|---|---|
| | 5/2/2007 | 16422, Ex. 61 | Federal Mogul Hearing Transcript: Pages 11-77 |
| | 5/23/2007 | 15801 | Anderson Memorial Hospital's Motion to Strike the Debtors' December 12, 2006 Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production and Compel Complete Responses |
| | 5/28/2007 | 15826 | Debtors' Response to Anderson Memorial Hospital's Motion to Strike the Debtors' December 13, 2006 Responses and Objections to Anderson Memorial Hospital's Motion to Compel the Debtors to Provide Full and Complete Responses to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production |
| | 6/7/2007 | N/A | Letter from L. Esayian to D. Speights re Anderson Memorial Class Certification Hearing |
| | 6/13/2007 | N/A | Letter from M. Dierkes to D. Speights enclosing documents in response to Anderson Memorial's Amended Requests for Production |
| | 6/15/2007 | N/A | Grace's Supplemental Response to Anderson Memorial Hospital's October 23, 2006 Amended Requests for Production |
| | 7/13/2007 | 16273 | Transcript of 6/29/2007 Hearing |
| | 7/30/2007 | 16422 | Transcript of 7/5/2007 Hearing |
| | 12/7/2007 | 17572 | Memorandum Affirming Bankruptcy's Court Order Dated April 17, 2007 |
| | 12/7/2007 | 17573 | Order Affirming Bankruptcy Court's Order Dated April 17, 2007 |
| | 6/9/2008 | 18895 | Notice of Appeal |
| | 6/9/2008 | 18896 | Anderson Memorial's Motion for Leave to Appeal Order Denying Class Certification |
| | 6/19/2008 | 18962 | Brief In Opposition To Anderson Memorial's Application For Appeal Of Order Denying Class Certification Under |

| | | | |
|---|---|---|---|
| | | | Fed. R. Bankr. P. 7023 |
| 7/15/2008 | 19091 | | Order Granting the Motion of Anderson Memorial Hospital for Leave to File Reply in Support of its Application for Appeal of Order Denying Class Certification |
| 9/8/2008 | 19491 | | Memorandum Regarding Anderson Memorial's Motion for Leave to Appeal |
| 9/8/2008 | 19492 | | Order Denying Anderson Memorial's Motion for Leave to Appeal |
| 11/14/2008 | 20031 | | Memorandum Denying Anderson Memorial's Motion for Leave to Appeal |
| 11/14/2008 | 20032 | | Order Denying Anderson Memorial Hospital's Motion to Reconsider Denial of Motion for Leave to Appeal |
| 11/20/2008 | 20111 | | Status Report (Debtors') Regarding Anderson Memorial Hospital's Class Proofs of Claim (#9911 and #9914) |

### District Court Docket No. # 1:07-cv-00287-RLB

| | Date | District Court Dkt. | Description |
|---|---|---|---|
| | 7/16/2007 | 7 | Appellant's Brief |
| | 8/20/2007 | 8 | Appellee's Brief |
| | 9/21/2007 | 15 | Appellant's Reply Brief |
| | 1/4/2008 | 20 | Notice of Appeal |
| | 4/2/2009 | 24 | Mandate of U.S. Court of Appeals for Third Circuit |

### U.S. Court of Appeals for Third Circuit Docket No. # 08-1044

| | Date | COA Dkt. | Description |
|---|---|---|---|
| | 4/21/2008 | N/A | Appellants' Brief |
| | 5/21/2008 | N/A | Appellee's Brief |

| | 6/23/2008 | N/A | Appellants' Reply Brief |
|---|---|---|---|
| | 3/11/2009 | N/A | Opinion |
| | 3/11/2009 | N/A | Judgment |

## District Court Docket No. # 1:08-mc-00118-RLB

| | Date | District Court Dkt. | Description |
|---|---|---|---|
| | 6/19/2008 | 2 | Opposition filed by W. R. Grace & Co. |
| | 10/1/2008 | 13 | Debtors' Brief in Opposition to Anderson Memorial's Motion for Reconsideration |
| | 12/12/2008 | 16 | Notice of Appeal |

Dated: May 14, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Samuel L. Blatnick
300 N. LaSalle
Chicago, Illinois 60654
(312) 862-2000

And

PACHULSKI, STANG, ZIEHL, & JONES
LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)

919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in
Possession