**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: June 5, 2009 at 4:00 p.m.<br>Hearing Date: June 29, 2009 at 10:30 a.m. |

**TWENTY-EIGHTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE <u>PERIOD FROM JANUARY 1, 2009 THROUGH MARCH 31, 2009</u>**

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001*

Period for which compensation
and reimbursement is sought: *January 1, 2009 through and including March 31, 2009*

Amount of Compensation sought as
actual, reasonable and necessary: *$ 197,550.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$ 5,059.19*

This is a(n):  _   monthly        **X**    interim application

**SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – JANUARY 1, 2009 THROUGH MARCH 31, 2009**

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 03/03/2009 20887 January 1, 2009 – January 31, 2009 | $57,246.00 | $774.91 | $58,020.91 | $45,796.80 | $774.91 | 03/25/2009 Docket No. 21108 |
| 03/31/2009 21158 February 1, 2009 – February 28, 2009 | $58,153.50 | $873.67 | $59,027.17 | N/A | N/A | 04/23/2009 Docket No. 21378 |
| 04/29/2009 21474 March 1, 2009 – March 31, 2009 | $82,150.50 | $3,410.61 | $85,561.11 | N/A | N/A | Not yet filed |
| **Total** | **$197,550.00** | **$5,059.19** | **$202,609.19** | **$45,796.80** | **$774.91** | |

| | | |
|---|---|---|
| Current Period Unpaid: | Fees | $151,753.20 |
| | Expenses | $   4,284.28 |
| | Total | $156,037.48 |
| Prior Periods Unpaid: | Fees | $ 41,595.20 |
| | **TOTAL DUE:** | **$197,632.68** |

## SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL THROUGH MARCH 31, 2009

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $-0- |

---

[1] July 1-September 30, 2002 Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 30, 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 31, 2003 Order Granted on June 16, 2004 (Docket No. 5822); January 1-March 31, 2004 Order Granted on September 27, 2004 (Docket No. 6465); April 1-June 30, 2004 Order granted on January 26, 2005 (Docket No. 7622); July 1- September 30, 2004 Order granted on March 22, 2005 (Docket No. 8081); October 1- December 31, 2004 Granted on June 29, 2005 (Docket No. 8728); January 1 – March 31, 2005 Order Granted on September 27, 2005 (Docket No. 9513); April 1 – June 30, 2005 Order Granted on December 21, 2005 (Docket No. 11402); July 1 – September 30, 2005 Order Granted on March 27, 2006 (Docket No. 12121); October 1 – December 31, 2005 Order Granted on June 16, 2006 (Docket No. 12660);  January 1 – March 31, 2006 Order Granted on September 26, 2006 (Docket No. 13298); April 1 – June 30, 2006 Order Granted on December 19, 2006 (Docket No. 14069); July 1 – September 30, 2006 Order Granted on March  30, 2007 (Docket No. 15044); October 1 – December 31, 2006 Order Granted on June 20, 2007 (Docket No. 16105); January 1 – March 31, 2007 Order Granted on September 25, 2007 (Docket No. 16916); April 1 – June 30, 2007 Order Granted on December 13, 2007 (Docket No. 17629); July 1 – September 30, 2007 Order Granted on March 12, 2008 (Docket No. 18270); October 1, 2007 – December 31, 2007 Order Granted on June 23, 2008 (Docket No. 18989); January 1 – March 31, 2008 Order Granted on October 1, 2008 (Docket No. 19663); April 1 – June 30, 2008 Order Granted on December 17, 2008 (Docket No. 20283); July 1, 2008 – September 30, 2008 Order Granted on April 2, 2009 (Docket No. 21173); October 1, 2008 – December 31, 2008 Order Still Pending.

| | | | | |
|---|---|---|---|---|
| January 1, 2005 March 31, 2005 | $183,897.00 $12,593.68 | $ 183,897.00 $ 12,593.68 | $ 183,897.00 $ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50 $3,641.49 | $ 74,471.50 $ 3,641.49 | $ 74,471.50 $ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00 $5,348.72 | $ 79,556.00 $ 5,348.72 | $ 79,556.00 $ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50 $2,953.30 | $ 75,544.50 $ 2,953.30 | $ 75,544.50 $ 2,953.30 | $-0- |
| January 1, 2006 March 31, 2006 | $74,750.00 $5,452.00 | $ 74,750.00 $ 5,452.00 | $ 74,750.00 $ 5,452.00 | $-0- |
| April 1, 2006 June 30, 2006 | $74,596.00 $2,815.18 | $ 74,596.00 $ 2,815.18 | $ 74,596.00 $ 2,815.18 | $-0- |
| July 1, 2006 September 30, 2006 | $147,269.00 $4,500.72 | $ 147,269.00 $ 4,500.72 | $ 147,269.00 $ 4,500.72 | $-0- |
| October 1, 2006 December 31, 2006 | $238,312.00 $14,195.38 | $ 238,312.00 $ 14,195.38 | $ 238,312.00 $ 14,195.38 | $-0- |
| January 1, 2007 March 31, 2007 | $163,379.00 $15,286.40 | $ 163,379.00 $ 15,286.40 | $ 163,379.00 $ 15,286.40 | $-0- |
| April 1, 2007 June 30, 2007 | $187,246.00 $19,482.62 | $ 186,592.23 $ 19,482.62 | $ 186,592.23 $ 19,482.62 | $-0- |
| July 1, 2007 September 30, 2007 | $208,619.50 $9,223.40 | $ 205,265.50 $ 9,223.40 | $ 205,265.50 $ 9,223.40 | $-0- |
| October 1, 2007 December 31, 2007 | $398,236.50 $76,834.62 | $ 394,987.81 $ 76,834.62 | $ 394,987.81 $ 76,834.62 | $-0- |
| January 1, 2008 March 31, 2008 | $247,502.75 $9,033.91 | $ 247,502.75 $ 9,033.91 | $ 247,108.84 $ 9,033.91 | $-0- |
| April 1, 2008 June 30, 2008 | $240,744.75 $11,571.63 | $ 240,744.75 $ 11,571.63 | $ 240,744.75 $ 11,571.63 | $-0- $-0- |
| July 1, 2008 September 30, 2008 | $271,548.00 $6,211.59 | $ 271,548.00 $ 6,211.59 | $ 271,548.00 $ 6,211.59 | $-0- $-0- |
| October 1, 2008 December 31, 2008 | $207,976.00 $9,026.63 | $ -0- $ -0- | $ 166,380.80 $ 9,026.63 | $ 41,595.20 $-0- |
| January 1, 2009 March 31, 2009 | $197,550.00 $5,059.19 | $ -0- $ -0- | $ 45,796.80 $ 774.91 | $ 151,753.20 $ 4,284.28 |
| **TOTAL** | **$3,994,777.40** **$ 255,822.20** | **$3,575,344.54** **$ 242,369.78** | **$3,801,429.00** **$ 251,538.01** | **$ 193,348.40** **$ 4,284.28** |

### SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Kolevzon, Peter S. | 835.00 | 11.50 | $ 9,602.50 |
| Bentley, Philip | 760.00 | 9.30 | $ 7,068.00 |
| Mayer, Thomas Moers | 930.00 | 0.10 | $ 93.00 |
| Herzog, Barry | 750.00 | 3.70 | $ 2,775.00 |

4

| | | | |
|---|---|---|---|
| Horowitz, Gregory | 715.00 | 8.10 | $ 5,791.50 |
| Rigel, Blake | 650.00 | 5.90 | $ 3,835.00 |
| Mannal, Douglas H. | 335.00 | 10.80 | $ 3,618.00 |
| Mannal, Douglas H. | 670.00 | 53.30 | $ 35,711.00 |
| Schulman, Brendan | 650.00 | 4.00 | $ 2,600.00 |
| Blabey, David E. | 280.00 | 10.30 | $ 2,884.00 |
| Blabey, David E. | 560.00 | 218.70 | $ 122,472.00 |
| Wierman, Lauren E. | 275.00 | 0.50 | $ 137.50 |
| Makinde, Michael A. | 275.00 | 3.50 | $ 962.50 |
| **Total** | | **339.70** | **$ 197,550.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/09 through 3/31/09 | Total Fees for the Period 1/1/09 through 3/31/09 |
|---|---|---|
| Case Administration | 13.60 | $ 8,439.00 |
| Creditor Committee | 0.50 | $ 335.00 |
| Reorganization Plan | 156.00 | $ 94,727.50 |
| Fee Applications, Applicant | 12.00 | $ 6,577.50 |
| Plan and Disclosure Statement | 97.20 | $ 53,937.00 |
| Hearings | 14 | $ 8,115.50 |
| Tax Issues | 25.30 | $ 18,916.50 |
| Travel/Non-Working | 21.10 | $ 6,502.00 |
| **Total** | **339.70** | **$ 197,550.00** |

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period 1/1/09 through 3/31/09 |
|---|---|
| Photocopying | $ 371.10 |
| Westlaw On-Line Research | $ 516.19 |
| Cab Fares | $ 621.13 |
| Out of Town Travel | $ 2,434.84 |
| Meals In-House | $ 68.03 |
| Messenger/Courier | $ 70.30 |
| Meals/T&E | $ 70.10 |
| Document Retrieval Fee | $ 592.48 |
| Research Services | $ 56.00 |
| Corp. Documents & Materials | $ 5.27 |
| Long Distance Tel. | $ 22.75 |
| Other Fees | $ 231.00 |
| **Total** | **$ 5,059.19** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").  Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period January 1, 2009 through March 31, 2009, it be allowed the total amount of fees of $197,550.00 and disbursements of $5,059.19, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: May 15, 2009　　　　　　　　　　　　KRAMER LEVIN NAFTALIS & FRANKEL LLP


By:  /s/ David E. Blabey, Jr.
　　　Philip Bentley
　　　Douglas H. Mannal
　　　David E. Blabey, Jr.
　　　1177 Avenue of the Americas
　　　New York, New York 10022
　　　(212) 715-9100

　　　Counsel to the Official Committee of
　　　Equity Security Holders