IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. Nos. 20588, 21079 & 21544 |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on May 12, 2009, true and correct copies of the following:

- *LIBBY CLAIMANTS' SUPPLEMENTAL RESPONSE TO DEBTORS' REQUESTS FOR THE PRODUCTION OF DOCUMENTS*

were caused to be served on the parties as indicated in the Affidavit of Service attached hereto as Exhibit A.

Dated: May 15, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

393.001-26348.DOC