# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF MONTANA   )
                                    ) SS
FLATHEAD COUNTY  )

Linda Ranes, being duly sworn according to law, deposes and says that she is employed by the law firm of McGarvey, Heberling, Sullivan & McGarvey, P.C., attorneys for the Libby Claimants in the above-referenced cases, and on the 12th day of May, 2009, she caused true and correct copies of the following:

**LIBBY CLAIMANTS' SUPPLEMENTAL RESPONSE TO DEBTORS' REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

to be served upon the parties on the attached list via Federal Express and email.

_____
Linda Ranes

SWORN TO AND SUBSCRIBED before me this 14th day of May, 2009.

_____
Notary Public

My Commission expires 8/20/2011

393.001-26349.DOC

*(Counsel to BNSF)*
Linda Casey, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Email: caseyl@pepperlaw.com

*(Counsel to the ACC)*
Nathan Finch, Esq.
CAPLAN & DRYSDALE
One Thomas Circle N.W., Suite 1100
Washington, DC 20005
Email: ndf@capdale.com

*(Counsel to the PI FCR)*
Roger Frankel, Esq.
ORRICK, HERRINGTON
& SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Email: rfrankel@orrick.com

*(Counsel to Debtors)*
Barbara Harding, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Email: barbara.harding@kirkland.com

*(Counsel to the Equity Committee)*
Gregory Horowitz, Esq.
KRAMER LEVIN NAFTALIS
& FRANKEL LP
1177 Avenue of the Americas
New York, NY 10036
Email: ghorowitz@kramerlevin.com

*(Counsel to State of Montana)*
Kevin Mangan, Esq.
WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Email: kmangan@wcsr.com

*(Counsel to CNA)*
Brian Mukherjee, Esq.
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Email: bmukherjee@goodwinprocter.com

*(Counsel to Arrowood Indemnity)*
Tancred Schiavoni, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Email: tschiavoni@omm.com

*(Counsel to Maryland Casualty and Zurich)*
Laura Stover, Esq.
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC 20006
Email: lstover@eckertseamans.com

*(Counsel to Maryland Casualty and Zurich Insurance)*
Jeffrey Wisler, Esq.
CONNOLLY BOVE LODGE
& HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
Email: jwisler@cblh.com

393.001-26349.DOC