IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | [Related to Docket No. 9382] |
| | ) | |

**FIRST SUPPLEMENTAL VERIFIED STATEMENT IN CONNECTION WITH
THE REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Lori K. Slocum, being first duly sworn, hereby deposes and states as follows:

1.  I am an attorney with Brent Coon & Associates ("BCA") with offices at 3550 Fannin, Beaumont, TX 77701.

2.  This First Supplemental Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3.  Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by BCA with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.  Each of these Creditors has employed BCA under an employment contract with BCA. A blank but unredacted exemplar of BCA's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such

---

[1] Debtors are referred to herein collectively as the "Debtor" or "Grace."

-1-

-2-

standard form of agreement or instrument is used by BCA one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by BCA and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May, 14, 2009

Respectfully submitted,

Brent W. Coon
Texas State Bar No. 04769750
Lori K. Slocum
Texas State Bar No. 24048597
Brent Coon & Associates
3550 Fannin Street
Beaumont, TX 77001
(409) 835-2666
(409) 833-4483 (facsimile)
Lori.slocum@bcoonlaw.com
Brent@bcoonlaw.com