## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 JKF |
| W.R. Grace & Co., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this 15th day of May, 2009, that copies of *Government Employees Insurance Company's Final Witness List for Phase I and Phase II of the Confirmation Hearing*, *Republic Insurance Company's Final Witness List for Phase I and Phase II of the Confirmation Hearing*, *Seaton Insurance Company's Final Witness List for Phase I and Phase II of the Confirmation Hearing*, and *OneBeacon America Insurance Company's Final Witness List for Phase I and Phase II of the Confirmation Hearing* were electronically filed on the CM/ECF system for the United States Bankruptcy Court for the District of Delaware, and thereby served on all registered parties. In addition, copies of the same were served by the manner indicated on all recipients identified on the attached Service List.

Dated: May 15, 2009

/s/ David P. Primack
David P. Primack (DE Bar I.D. #4449)