IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>WR GRACE & CO., et al.<br><br>Debtor. | Chapter 11<br><br>Case Nos. 01-01139<br><br>(Jointly Administered) |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Jeffrey S. Mutnick, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law offices of Jeffrey S. Mutnick, 737 S.W. Vista Avenue, Portland, Oregon 97205.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated July 31, 2006 ("the Order").

3. The law office of Jeffrey S. Mutnick has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto as Exhibit "A".

4. The undersigned certies that each creditor named on the attached list has executed an Agreement or Retainer authorizing the Law Office of Jeffrey S. Mutnick to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Jeffrey S. Mutnick, Law

Law Office of Jeffrey S. Mutnick
737 S.W. Vista Avenue
Portland, OR 97205
(503) 595-1033
jmutnick@mutnicklaw.com

Page

JEFFREY S. MUTNICK
Attorney at Law
737 SW Vista Avenue
Portland, OR 97205
Telephone 503-595-1033
Fax 503-227-4866
jmutnick@mutnicklaw.com

Office of Jeffrey S. Mutnick, 737 SW Vista Avenue, Portland, Oregon 97205.

6. The Creditors hold claims in varying amounts for monetary damages due to their personal injury resulting from asbestos exposure. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Office of Jeffrey S. Mutnick does not hold any claims against or interest in the Debtor.

8. The Law Office of Jeffrey S. Mutnick will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/15/09

Respectfully Submitted:

Jeffrey S. Mutnick, OSB #72178

Sworn to before me this 15 day of May, 2009.

Notary Public

OFFICIAL SEAL
LINDSAY A CLUTE
NOTARY PUBLIC-OREGON
COMMISSION NO. 428525
MY COMMISSION EXPIRES APRIL 28, 2012

Law Office of Jeffrey S. Mutnick
737 S.W. Vista Avenue
Portland, OR 97205
(503) 595-1033
jmutnick@mutnicklaw.com

Page

JEFFREY S. MUTNICK
Attorney at Law
737 SW Vista Avenue
Portland, OR 97205
Telephone 503-595-1033
Fax 503-227-4866
jmutnick@mutnicklaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF VERIFIED STATEMENT

## PURSUANT TO FED.R.BANKR.P.2019

Pursuant to the above-entitled Court's order, please TAKE NOTICE that the LAW OFFICE OF JEFFREY S. MUTNICK has filed its Fed.R.Bankr.P.2019 statement with the Court identifying claimants represented by this office.

DATED: 5/15/09

LAW OFFICE OF JEFFREY S. MUTNICK

By: _____
JEFFREY S. MUTNICK
Attorneys for Plaintiffs

Law Office of Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, OR 97205
(503) 595-1033
jmutnick@mutnicklaw.com

Page

JEFFREY S. MUTNICK
Attorney at Law
737 SW Vista Avenue
Portland, OR 97205
Telephone 503-595-1033
Fax 503-227-4866
jmutnick@mutnicklaw.com