1

2          IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF DELAWARE
3

4    IN RE:
                                            Chapter 11
5    W.R. GRACE & CO., et al
                                            Case Nos. 01-01139 (JFK)
6           Debtors.
                                            (Jointly Administered)
7

8                    **CERTIFICATE OF SERVICE**

9          The undersigned certifies that a true and correct copy of the LAW OFFICE OF JEFFREY

10   S. MUTNICK's Notice of Filing 2019 Statement has been served on all parties of the official

11   service list in this matter. The service list, is hereby attached.  Said service was completed by

12   United States First Class Mail, postage prepaid, this ___ day of May, 2009.

13

14

15                               LAW OFFICE OF JEFFREY S. MUTNICK

16

17                          By:

18                               JEFFREY S. MUTNICK
                                 Attorneys for Plaintiffs
19

20

21

22

23

24

25

26

Page

JEFFREY S. MUTNICK
Attorney at Law
737 SW Vista Avenue
Portland, OR 97205
Telephone 503-595-1003
Fax 503-227-4865
jmutnick@mutnicklaw.com

**W.R. GRACE & CO.**
**Official Service List**
Case Nos. 01-01139 (JFK)

W.R. GRACE & CO.
01-01139 (JFK)
Notice Parties

Kirkland & Ellis LLP
David M. Bernick, PC
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
153 East 53rd Street
New York, NY 10022
*Debtor's Co-Counsel*

The Law Offices of Janet S. Baer, PC
Janet S. Baer, PC
70 W. Madison Street
Suite 2100
Chicago IL 60602
*Debtor's Co-Counsel*

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Timothy P. Cairns
919 North Market Street, 17th Floor
PO Box 8705
Wilmington DE 19899-8705
*Debtor's Co-Counsel*

Office of the United States Trustee
Attention: David Klauder, Esq
844 King Street, Room 2207
Wilmington, DE 19801

United States Bankrupcy Court
District of Delaware
Attention: Anissa/Clerk's Office
824 Market Street, 3rd Floor
Wilimington Delaware 19801