# DEBTOR SUBSIDIARIES OF W. R. GRACE & CO.

## Directors and Officers

May 8, 2009

For each of the Debtors listed on <u>Exhibit A</u> hereto, the directors and officers shall be as follows:

| **Directors** | **Officers** | |
|---|---|---|
| Alfred E. Festa<br>Hudson La Force III<br>Mark A. Shelnitz | President:<br>Vice President, Treasurer:<br>Secretary: | Alfred E. Festa<br>Hudson La Force III<br>John A. McFarland |

Darex Puerto Rico, Inc.

| **Directors** | **Officers** | |
|---|---|---|
| Jens Ebinghaus<br>Larry Golen<br>Hudson La Force III<br>Mark A. Shelnitz | President:<br>Vice President:<br>Vice President-Finance and Secretary<br>Assistant Vice President:<br>Treasurer:<br>Assistant Treasurer:<br>Assistant Treasurer:<br>Assistant Treasurer<br>Assistant Secretary: | Larry Golen<br>Mark A. Shelnitz<br>Jens Ebinghaus<br><br>Dudley L. Bobolts<br>Hudson La Force III<br>William C. Dockman<br>Salim Hasham<br>David Nakashige<br>John A. McFarland |

Grace International Holdings, Inc.

| **Directors** | **Officers** | |
|---|---|---|
| Elyse Filon<br>Richard C. Finke<br>Hudson La Force III | President:<br>Vice President and Assistant Secretary:<br>Vice President:<br>Vice President and Treasurer:<br>Secretary<br>Assistant Treasurer:<br>Assistant Treasurer:<br>Assistant Treasurer | Mark A. Shelnitz<br>Carol M. Finke<br><br>Richard C. Finke<br>Hudson La Force III<br><br>John A. McFarland<br>William C. Dockman<br>Elyse Filon<br>David Nakashige |

Litigation Management, Inc.

| Directors | Officers | |
|---|---|---|
| Elyse Filon<br>Carol M. Finke<br>Richard C. Finke<br>Hudson La Force III<br>Mark A. Shelnitz | President:<br>Vice President and Assistant Secretary:<br>Vice President<br>Vice President and Treasurer:<br>Secretary:<br>Assistant Treasurer:<br>Assistant Treasurer:<br>Assistant Treasurer: | Mark A. Shelnitz<br>Carol M. Finke<br><br>Richard C. Finke<br>Hudson La Force III<br>John A. McFarland<br>William C. Dockman<br>Elyse Filon<br>David Nakashige |

Remedium Group, Inc.

| Directors | Officers | |
|---|---|---|
| William M. Corcoran<br>Alfred E. Festa<br>Elyse Filon<br>Hudson La Force III<br>Michael A. Miller[1]<br>Mark A. Shelnitz | President:<br>Vice President and Treasurer:<br>Vice President and Assistant Secretary:<br>Secretary:<br>Assistant Treasurer:<br>Assistant Treasurer:<br>Assistant Treasurer | William M. Corcoran<br>Hudson La Force III<br><br>Mark A. Shelnitz<br><br>John A. McFarland<br>William C. Dockman<br>Elyse Filon<br>David Nakashige |

W. R. Grace & Co.-Conn.

| Directors | Officers | |
|---|---|---|
| Alfred E. Festa<br>Hudson La Force III<br>Mark A. Shelnitz | President:<br>Vice President, Treasurer:<br>Secretary: | Alfred E. Festa<br>Hudson La Force III<br>Mark A. Shelnitz |

---

[1] Michael A. Miller is the President and CEO of de maximis, inc.

# EXHIBIT A

| | |
|---|---|
| A-1 Bit & Tool Company | Grace H-G Inc. |
| Alewife Boston Ltd. | Grace H-G II, Inc. |
| Alewife Land Corporation | Grace Hotel Services Corporation |
| Amicon, Inc. | Grace Offshore Company |
| CB Biomedical, Inc. | Grace PAR Corporation |
| CCHP, Inc. | Grace Petroleum Libya Incorporated |
| Coalgrace, Inc. | Grace Tarpon Investors, Inc. |
| Coalgrace II, Inc. | Grace Ventures Corp. |
| Creative Food 'N Fun Company | Grace Washington, Inc. |
| Del Taco Restaurants, Inc. | Gracoal, Inc. |
| Ecarg, Inc. | Gracoal II, Inc. |
| Five Alewife Boston Ltd. | Guanica-Caribe Land Development Corporation |
| G C Limited Partners I, Inc. | Hanover Square Corporation |
| G C Management, Inc. | Homco International, Inc. |
| GEC Management Corporation | Kootenai Development Company |
| Gloucester New Communities Company, Inc. | LB Realty, Inc. |
| | Monolith Enterprises, Incorporated |
| GN Holdings, Inc. | Monroe Street, Inc. |
| GPC Thomasville Corp. | MRA Holdings Corp. |
| Grace A-B Inc. | MRA Intermedco, Inc. |
| Grace A-B II Inc. | MRA Staffing Systems, Inc. |
| Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
| Grace Culinary Systems, Inc. | Water Street Corporation |
| Grace Drilling Company | W. R. Grace Capital Corporation |
| Grace Energy Corporation | W. R. Grace Land Corporation |
| Grace Environmental, Inc. | |
| Grace Europe, Inc. | |