## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | x<br>:<br>: | **Chapter 11** |
| **W. R. GRACE & CO., et al.,** | :<br>: | **Case No. 01-1139 (JKF)** |
| **Debtors.** | :<br>:<br>x | **(Jointly Administered)**<br>**Docket No. 20872** |

### KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND
### SUPPORT TERMINAL SERVICES, INC.'S

### FINAL OBJECTION TO

### CONFIRMATION OF THE "FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 27 2009"

Now come Kaneb Pipe Line Operating Partnership, L.P. ("**Kaneb**")[1] and Support

Terminal Services, Inc. ("**STS**")[2] [collectively, "**Kaneb Objectors**"] and file this their Final

Objection to the Confirmation of the First Amended[3] Joint Plan of Reorganization Under

Chapter 11 of the Bankruptcy Code filed by W.R. Grace & Co., et al.,[4] the Official Committee of

---

[1] Effective March 31, 2008, Kaneb changed its name to Nustar Pipeline Operating Partnership. L.P. This objection is also on behalf of Nustar Pipeline Operating Partnership. L.P.

[2] Effective March 31, 2008, STS changed its name to Nustar Terminal Services, Inc. This objection is also on behalf of Nustar Terminal Services, Inc.

[3] See Docket 20872.

[4] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.). W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc.. Alewife Boston Ltd.. Alewife Land Corporation. Amicon, Inc.. CB Biomedical. Inc. (f/k/a Circe Biomedical, Inc.). CCHP, Inc.. Coalgrace, Inc.. Coalgrace II. Inc.. Creative Food 'N Fun Company. Darex Puerto Rico, Inc., Del Taco Restaurants, Inc.. Dewey and Almy. LLC (f/k/a Dewey and Almy Company). Ecarg. Inc.. Five Alewife Boston Ltd., G C Limited Partners I. Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.). G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.). GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc.. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company. Grace Energy Corporation. Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc.. Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.). Grace Offshore Company. Grace PAR Corporation, Grace Petroleum Libya Incorporated. Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation. W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International. Inc.. Kootenai Development Company. L B Realty. Inc.. Litigation Management, Inc. (f/k/a

- 1 -

the Official Committee of

Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the

Official Committee of Equity Security Holders ("**Plan**") and state as follows:

## I.
## Objection

For their Final Objection,[5] the Kaneb Objectors rely upon and incorporate by reference

the arguments found in Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal

Services, Inc.'s Preliminary Objection to Confirmation of the First Amended Joint Plan of

Reorganization filed on December 22, 2008 at Docket No. 20307 ("**Preliminary Objection**").

Furthermore, in the Preliminary Objection, the Kaneb Objectors state:

A.    Objection Concerning Use of Insurance

The Plan proposes the use of an Asbestos PI Trust and an Asbestos PD Trust,
funded in part by insurance coverage, to pay asbestos related claims. There may
be insurance policies that provide coverage or payment for the claims of the
Kaneb Objectors, including those in connection with the Cape Cod/Otis Pipeline
and the Macon, Georgia site, that the Debtors propose to use for asbestos
claimants. To the extent that the Debtors are using insurance policies that are not
property of the estate, the Kaneb Objectors object.

As part of its Final Objection, in supplement to its Objection Concerning Use of

Insurance, the Kaneb Objectors incorporate by reference, and request that the Court take judicial

notice of, its arguments concerning ownership, rights, and use of insurance found in the

following:

| Docket No. | Date | Name |
|---|---|---|
|  |  |  |

---

GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.
[5] Kaneb is a "Phase II" plan objector.

| 20538 | 01/16/2009 | Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay |
|---|---|---|
| 20846 | 02/25/2009 | Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site |
| 21067 | 3/23/2009 | Reply to Debtors' Objection to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay |
| 21068 | 03/23/2009 | Kanebs Reply To: (1) Debtors Response [Dkt. 20703; Insurance Issues Only], (2) One Beacon America Insurance Company's Response [Dkt. 20706], and (3) Continental Casualty Company's Response [Dkt. 20704] To: The Motion Of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for An Order Modifying the Automatic Stay |
| 21262 | 4/13/2009 | Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for Order Modifying The Automatic Stay (Filed Under Seal) |

## II.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. request that the Court deny confirmation of the Plan, and for all other relief to which the Kaneb Objectors show themselves justly entitled.

Dated: May 15, 2009                    Respectfully submitted,

SMITH KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (I.D. No. 2989)
Etta R. Wolfe (I.D. No. 4164)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, De 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com
erw@skfdelaware.com

Steve A. Peirce, Bar No. 15731200
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

and

Toby L. Gerber, Bar No. 07813700
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8080
Email: tgerber@fulbright.com

**ATTORNEYS FOR KANEB PIPE LINE
OPERATING PARTNERSHIP, L.P. AND
SUPPORT TERMINAL SERVICES, INC.**