## CERTIFICATE OF SERVICE

I certify that on this 15 day of May, 2009, a copy of the foregoing KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.'S FINAL OBJECTION TO CONFIRMATION OF THE "FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 27 2009" AT DOCKET 20872 was served by first class mail on the flowing:

David M. Bernick, PC
Janet S. Baer
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE  19801

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE  19806

{08008}75762898.1                                                                         - 5 -

- 6 -

1152 15th Street, NW
Washington, DC  20005

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

David Klauder
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

Bilzin Sumberg Baena Price & Axelrod LLP
Attn:  Scott L. Baena/Jay Sackalo
200 South Biscayne Blvd., Suite 2500
Miami, Florida  33131

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  D. J. Baker
Four Times Square
New York, NY 10036

Alan Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202

Teresa D. Currier
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Stroock & Stroock & Lavan LLP
Attn:  Lewis Kruger/Arlene Krieger/
       Kenneth Pasquale
180 Maiden Lane
New York, New York 10038-4982

Ferry, Joseph & Pearce, P.A.
Attn:  Theodore Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899

McDermott, Will & Emery
Attn:  David S. Rosenbloom
227 W. Monroe, Suite 4400
Chicago, IL 60606

_____
Kathleen M. Miller