IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE AND CO., *et. al.*,<br><br>                    Debtors | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John D. Demmy, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Tacie H. Yoon, an associate at Crowell & Moring LLP, 1001 Pennsylvania Avenue N.W., Washington, DC 20004-2595, to represent Fireman's Fund Insurance Company in this action.

/s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3308
Fax: (610) 371-8515
E-mail: jdd@stevenslee.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and that I am admitted, practicing and in good standing as a member of the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules and with this Court's Standing Order for the District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004-2595
Telephone: 202.624.2557
Fax: 202.628.5116
E-mail: tyoon@crowell.com

Motion granted.

Date:_____

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE