# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## PHASE I WITNESS DESIGNATION OF
## ZURICH INSURANCE COMPANY AND
## ZURICH INTERNATIONAL (BERMUDA) LTD.

In accordance with paragraph 3 of the *Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [D.I. 21544] ("Third CMO") dated May 5, 2009, Zurich Insurance Company and Zurich International (Bermuda) Ltd. (jointly, "Zurich"), by and through its undersigned counsel, hereby state as follows:

1. Zurich anticipates that it may call a records custodian of Zurich as a witness at the Confirmation Hearing in support of any objections that Zurich may raise to the confirmation of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders* ("Joint Plan").

2. Additionally, Zurich may call Mr. George Priest and/or Mr. James B. Shein as expert witnesses to testify at the Confirmation Hearing.

3. Additionally, Zurich reserves the right to affirmatively call any witnesses designated and/or called by other parties.

4. Finally, Zurich may call any witnesses necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of Zurich.

5. Because discovery relating to the Joint Plan is ongoing, and because final Plan objections have not yet been filed, this Phase I Witness Designation is submitted without prejudice to (i) the designation or presentation of any and all witnesses that Zurich may deem necessary, and (ii) the rights of Zurich to neither designate nor present any witnesses.

Dated: May 15, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
Kelly M. Conlan (#4786)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Attorneys for Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

#686500v1

2