## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 15th day of May, 2009, I caused a copy of the *Phase I Witness Designation of Zurich Insurance Company and Zurich International (Bermuda) Ltd* to be served upon the following parties-in-interest in the manner indicated:

### BY HAND DELIVERY

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Marla Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Jeffrey R. Waxman, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Marc S. Casarino, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801

Eward B. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801

Garvan F. McDaniel, Esq.
Bifferato & Gentilotti, Esq.
800 King Street, First Floor
Wilmington, DE 19801

Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Warren T. Pratt, Esq.
David P. Primack, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
Richards Layton & Finger P.A.
920 N. King Street
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
William S. Katchen, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

Philip Bentley, Esq.
Douglas Manual, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Theodore L. Freedman, Esq.
Deanna D. Boll, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152

David M. Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Roger Frankel, Esq.
Richard H. Wryon, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Joseph G. Gibbons, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

William P. Shelley, Esq.
Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Daniel M. Glosband, Esq.
Brian H. Mukherjee, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer
    & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

Michael F. Brown, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz,
    Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Leonard P. Goldberger, Esq.
Marnie E. Simon, Esq.
Stevens & Lee, P.C.
1818 N. Market Street, 29th Floor
Philadelphia, PA 19103-1702

Edward C. Toole, Jr., Esq.
Anne Marie Aaronson, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL  60602

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

_____
Marc J. Phillips

#686503