## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of May, 2009, true and correct copies of the foregoing *Certain Insurers' Final Witness List For Phase I In Compliance With Third Amended Case Management Order* was served on the parties on the attached service list by electronic mail.

                                                   */s/ John D. Demmy.*
                                                   John D. Demmy

**SERVICE LIST**

| | |
|---|---|
| Parisi, Jennifer | tfreedman@kirkland.com |
| cohn@cwg11.com | klove@kirkland.com |
| candon@cwg11.com | joneill@pszjlaw.com |
| kmayer@mccarter.com | vguldi@zuckerman.com |
| dsilver@mccarter.com | rguttmann@zeklaw.com |
| kpasquale@stroock.com | mdavis@zeklaw.com |
| akrieger@stroock.com | mhurford@camlev.com |
| jsakalo@bilzin.com | ewestbrook@rpwb.com |
| ttacconelli@ferryjoseph.com | rhorkovich@andersonkill.com |
| david.klauder@usdoj.gov | jbaer@jsbpc.com |
| fournierd@pepperlaw.com | ilevee@lowenstein.com |
| carignanj@pepperlaw.com | stearn@rlf.com |
| caseyl@pepperlaw.com | tscobb@vorys.com |
| fmonaco@wcsr.com | cobb@lrclaw.com |
| kmangan@wcsr.com | green@lrclaw.com |
| warren.pratt@dbr.com | jwisler@cblh.com |
| david.primack@dbr.com | elongosz@eckertseamans.com |
| michael.brown@dbr.com | lstover@eckertseamans.com |
| jeffrey.boerger@dbr.com | dglosband@goodwinprocter.com |
| lpg@stevenslee.com | bmukherjee@goodwinprocter.com |
| mes@stevenslee.com | mgiannotto@goodwinprocter.com |
| bsf@stevenslee.com | emdecristofaro@fmew.com |
| mphillips@paulweiss.com | swspencer@fmew.com |
| rzubaty@paulweiss.com | rifft@wileyrein.com |
| ppantaleo@stblaw.com | kmorell@wileyrein.com |
| wrussell@stblaw.com | gibbonsj@whiteandwilliams.com |
| mpiropato@stblaw.com | gcalhoun@steptoe.com |
| ealcabes@stblaw.com | acraig@cuyler.com |
| srubin@stblaw.com | rfrankel@orrick.com |
| kabravanel@stblaw.com | rwyron@orrick.com |
| jwaxman@cozen.com | jguy@orrick.com |
| jcohn@cozen.com | dfelder@orrick.com |
| carl.pemicone@wilsonelser.com | pmahaley@orrick.com |
| gmcdaniel@bglawde.com | korr@orrick.com |
| dbernick@kirkland.com | richard.finke@grace.com |
| lesayian@kirkland.com | mark.shelnitz@grace.com |
| cgreco@kirkland.com | john.mcfarland@grace.com |
| cbruens@kirkland.com | david.turetsky@skadden.com |
| jal@capdale.com | tschiavoni@omm.com |
| pvnl@capdale.com | jheberling@mcgarveylaw.com |
| ndf@capdale.com | Pbentley@kramerlevin.com |
| lepley@crowell.com | dmannal@kramerlevin.com |
| arich@alanrichlaw.com | dblabey@kramerlevin.com |
| alexander.mueller@mendes.com | young@wildman.com |
| anna.newsom@mendes.com | landis@lrclaw.com |
| mumford@lrclaw.com | currier@klettrooney.com |

SL1 923391v1/021630.00003