# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**FINAL WITNESS DISCLOSURE FOR "PHASE I" MATTERS**

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. *et al.* (the "Debtors"), by its undersigned counsel, in compliance with the schedule set forth in the Third Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization, dated May 5, 2009 [Docket No. 21544], states that it does not plan to introduce testimony with respect to the "Phase I" issues to be addressed on June 22 through 25, 2009. The Committee reserves the right to introduce testimony in "Phase I" from any witness called by any other party to the confirmation proceedings and to cross-examine such witnesses.

Dated: May 15, 2009

    Respectfully submitted,

    **STROOCK & STROOCK & LAVAN LLP**

    Lewis Kruger
    Kenneth Pasquale
    (members of the Firm)
    180 Maiden Lane
    New York, New York 10038
    Telephone: (212) 806-5400
    Facsimile: (212) 806-6006

    -and-

- 2 -

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4942
Facsimile:  (302) 657-4901

Counsel for The Official Committee
   of Unsecured Creditors of W.R. Grace & Co. *et al*.