IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| | * | Related Docket No. 21544 |

------------------------------------------------------x

## CNA COMPANIES' FINAL LIST OF WITNESSES TO BE CALLED AT THE HEARINGS ON PHASE I PLAN CONFIRMATION ISSUES

Continental Casualty Company and Continental Insurance Company, on their behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively "CNA"), as insurer and creditor of the Debtors, pursuant to the Third Amended Case Management Order (the "CMO") [Docket No. 21544] related to the First Amended Joint Plan of Reorganization (the "Plan"), hereby submits its final list of witnesses it may call at the hearings on Phase I Plan confirmation issues:

1. Sean T. Mathis, Managing Director, Miller Mathis & Co., LLC, 675 Third Avenue, New York, New York 10017 (expert witness).

2. James B. Shein, Clinical Professor of Management & Strategy, Kellogg School of Management – Northwestern University, Jacobs Center Room 607, Evanston, Illinois 60208 (expert witness).

3. George L. Priest, Professor of Law and Economics, Yale Law School, P.O. Box 208215, New Haven, Connecticut 06520 (expert witness).

4. Richard Finke, Assistant General Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (in both his individual capacity and as Debtors' Rule 30(b)(6) designee on certain topics) (live or by deposition testimony).

LIBA/1997405.1

5. Jeffrey M. Posner, Consultant and former Assistant Vice President, Director of Corporate Risk Management at W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (live or by deposition testimony).

6. Peter Van N. Lockwood, Member, Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, D.C. 20005 (Asbestos PI Committee's Rule 30(b)(6) designee on all topics) (live or by deposition testimony).

7. David T. Austern, Asbestos PI Future Claimants' Representative, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, D.C. 20005-1706 (live or by deposition testimony).

8. Elihu Inselbuch, Member, Caplin & Drysdale, Chartered, 375 Park Avenue, New York, New York 10152 (live or by deposition testimony).

9. Any other party or individual deposed in connection with the Plan confirmation proceedings.

CNA respectfully submits that the demarcation between Phase I and Phase II objections is not entirely clear, and as such, should the Court determine that a witness CNA has identified as a Phase I witness should properly be presented in Phase II, CNA is prepared to present such witness in Phase II. CNA may identify additional witnesses in response to any issue raised by the Plan Proponents or other parties as part of the Plan confirmation process. CNA also may call as witnesses any individuals disclosed as potential witnesses or called as witnesses by the other parties to this proceeding. CNA further reserves the right to submit in support of its Plan objections deposition testimony from any deposition taken in connection with the Plan confirmation proceedings.

The Plan Proponents bear the burden of proof as to the confirmability of the Plan, and CNA accordingly also reserves the right to call any witness needed for rebuttal or impeachment purposes, or as it may deem necessary to address any argument or evidence that may be advanced that may impact the interests of CNA. CNA also reserves the right to call witnesses

LIBA/1997405.1

for the purpose of authenticating and/or laying the foundation for documents and evidence used in connection with its Plan objections.

*Remainder of page left intentionally blank*

LIBA/1997405.1

Respectfully submitted,

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/
Edward B. Rosenthal (*Bar No. 3131*)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
FACSIMILE: (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
facsimile: (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
FACSIMILE: (212) 344-4294

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: (312) 201-2662
FACSIMILE: (312) 416-4524

*Counsel for Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates*

Dated: May 15, 2009

LIBA/1997405.1