IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: D.I. No. 21544** |
| | : | |
| | : | |

**FINAL WITNESS LIST OF LONGACRE MASTER FUND, LTD. AND LONGACRE
CAPITAL PARTNERS (QP), L.P. FOR PHASE I IN COMPLIANCE WITH
THIRD AMENDED CASE MANAGEMENT ORDER**

Longacre Master Fund, Ltd. And Longacre Capital Partners (QP), L.P. (collectively, "Longacre"), by and through their undersigned attorneys, pursuant to paragraph 3 of the Court's Third Amended Case Management Order [Docket No. 21544] (the "Hearings") on confirmation of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February 27, 2009* (the "Plan")[1]

       1.      Longacre's corporate representative to provide evidence necessary to establish the admissibility of any document or exhibit proffered by Longacre; and

       2.      Any and all witnesses that have been or which will be identified by any other party pursuant to the CMO or otherwise in connection with the Hearings with respect to the Plan or in connection with any other proposed plan of reorganization to which the CMO may relate.

In addition to the foregoing specifically identified witnesses, Longacre reserves the right to call as witnesses:

---

[1] Capitalized terms not defined herein have the meanings given to them in the Plan.

#10985062 v1

A. Individuals to provide testimony in support of one or more summaries consistent with Federal Rule of Evidence 1006;

B. Any individual designated at any time as a witness by any other party; and

C. Any individual identified by any other party in discovery.

Longacre reserves the right to join in any other Final Witness Lists for Phase I of the Hearings.  Longacre further reserves the right to revise and/or amend the foregoing list; to make any adjustments or changes thereto as they believe are necessary; and to seek to introduce into evidence any admission made by any party, whether or not such party or person making the admission was identified herein or not.  Further, this witness list is submitted without prejudice to (i) the designation or presentation of any and all witnesses that Longacre may deem necessary at the Hearings, and (ii) the rights of Longacre to present no witnesses at the Hearings.

Dated:  May 15, 2009
Wilmington, DE

PEPPER HAMILTON LLP

/s/ James C. Carignan
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

- and –

PEPPER HAMILTON LLP
Robert S. Hertzberg, Esq.
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
(313) 259-7110

*Counsel to Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P.*

#10985062 v1