IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., | ) |
| et al.,[1] | ) Case No. 01-1139 (JFK) |
| | ) |
| Debtors. | ) Jointly-Administered |
| | ) |

## ARROWOOD'S FINAL WITNESS DESIGNATION FOR PHASE I AND PHASE II OF THE CONFIRMATION HEARING

In accordance with the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, Arrowood Indemnity Company, f/k/a Royal Indemnity Company ("Arrowood") by and through its undersigned counsel, hereby submits the following final list of witnesses that it may call to testify at both the Phase I and Phase II hearings to consider confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal

---

[1] The Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co: Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (a/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation; Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders.

### Reservation of Rights Regarding Witness List

Arrowood reserves the right to call: (1) any individual designated as a witness or identified by any Plan Proponent, Plan Objector, BNSF, the Libby Claimants or any other party in interest, regardless whether such witness is called by that party to testify; (2) any other witnesses who are not listed herein in order to authenticate documents related to objections asserted to the Plan or for the purpose of laying a foundation for the admission of documents and evidence, to any extent necessary; (3) all persons who have been deposed as part of confirmation discovery; (4) the individuals referred to by name in the Objection to the Disclosure Statement filed by Arrowood and in the exhibits supporting Arrowood's Objection; (5) any individual providing rebuttal testimony; (6) any individual for the purpose of impeachment; (7) the individual Libby Claimants that have purported to propound discovery on Arrowood and other insurers and such other Libby Claimants who may assert objections directed at the rights and interests of Arrowood; and (8) any witness from Arrowood's preliminary witness list to the extent that issues are raised regarding the BNSF contractual indemnity agreement or Arrowood's settlement agreements with Grace, or in response to any other objections.

Arrowood further reserves the right to enter deposition testimony into the record in lieu of live testimony to the extent permitted by Rule 32 of the Federal Rules of Civil Procedure. Arrowood also reserves its right to withdraw any designated witness.

## Arrowood's Final Witness List

Arrowood intends to call the following witnesses:

A. Kemp Hooper.

B. Hudson La Force,

C. J. L. Toot.

D. Richard V. Wicka.

E. Jay Hughes.

F. Paul R. Hoferer.

G. Jon Heberling.

H. Perry Weitz.

I. Joseph Rice.

J. Steve Baron.

K. John Cooney.

L. Sean T. Mathis.

M. George L. Priest.

N. James B. Shein.

O. Bernd Heinz.

P. Any party or individual deposed in connection with the plan confirmation proceedings.

Q. Any witnesses necessary to establish the authenticity and/or admissibility of exhibits, and any witnesses necessary for impeachment or rebuttal.

R. Any witnesses designated by any other party.

Dated: May 15, 2009                              Respectfully submitted,

/s/ Garvan F. McDaniel
Garvan F. McDaniel (#4167)
BIFFERATO GENTILOTTI LLC
800 King Street – Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Carl J. Pernicone (*pro hac vice*)
150 East 42nd Street
New York, NY 10017-5639

- and -

Tancred V. Schiavoni (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

*Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company*