IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**PLAN PROPONENTS' FINAL WITNESS LIST FOR PHASE I OF THE
CONFIRMATION HEARING**

Debtors W. R. Grace & Co., *et al.*, The Official Committee of Asbestos Personal Injury Claimants, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants, and the Official Committee of Equity Security Holders (collectively, the "Plan Proponents"), by and through their undersigned counsel, respectfully submit that the issues pertaining to Phase I of the Confirmation Hearing are all legal considerations. Because the issues before the Court are questions of law, no fact or expert witnesses are required. Consequently, at this time, the Plan Proponents are not designating any fact or expert witnesses for Phase I of the Confirmation Hearing.

Certain parties may disagree, believing that factual disputes or matters requiring expert testimony are at issue in Phase I of the Confirmation Hearing. In the event any such parties designate fact or expert witnesses in Phase I, the Plan Proponents intend to object or move to strike any such testimony. The Plan Proponents reserve the right to call rebuttal witnesses if the Court permits fact or expert witness testimony in Phase I of the Confirmation Hearing. In addition, the Plan Proponents reserve the right to call witnesses related to the impairment or non-impairment of Class 9 to the extent it becomes apparent that events subsequent to the date hereof raise issues of fact that need to be addressed at the Confirmation

Hearing including, without limitation, as a consequence of a ruling by this Court on the default interest dispute with Grace's pre-petition lenders.

Dated: May 15, 2009
Wilmington, Delaware

Respectfully submitted,

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Barbara Harding
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

      /s/ James E. O'Neill
PACHULSKI, STANG, ZIEHL & JONES LLP
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

2

CAMPBELL & LEVIN, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

PHILIPS, GOLDMAN & SPENCE, P.A.

/s/ John Phillips
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

5

BUCHANAN INGERSOLL & ROONEY P.C.

*/s/ Teresa K.D. Currier*
Teresa K.D. Currier (Bar No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security Holders*

DOCS_DE:148279.1