IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## FINAL WITNESS DESIGNATION OF AXA BELGIUM

## AS SUCCESSOR TO ROYAL BELGE SA

In accordance with the Court's Third Amended Case Management Order, AXA Belgium, as successor to Royal Belge SA ("AXA Belgium"), by and through its undersigned counsel, hereby submits the following final list of witnesses that it may call to testify at both the Phase I and Phase II hearings to consider confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of theBankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders.

1. Richard Finke, Assistant General Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (in both his individual capacity and as Debtors' Rule 30(b)(6) designee on certain topics).

2. Jay Hughes, Senior Litigation Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (Debtors' Rule 30(b)(6) designee on certain topics).

3.  Jeffrey M. Posner, Consultant and former Assistant Vice President, Director of Corporate Risk Management at W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

4.  Peter Van N. Lockwood, Member, Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, D.C. 20005 (Asbestos PI Committee's Rule 30(b)(6) designee on all topics).

5.  David T. Austern, Asbestos PI Future Claimants' Representative, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, D.C. 20005-1706.

6.  Elihu Inselbuch, Member, Caplin & Drysdale, Chartered, 375 Park Avenue, New York, New York 10152.

AXA Belgium reserves the right to call as witnesses persons identified as such by any other insurer, the Plan Proponents, or by any other party in interest in its witness list and otherwise reserve the right to modify or amend this submission. AXA Belgium reserves the right to re-direct their witnesses, and to call any and all rebuttal witnesses, as necessary.

Dated: May 15, 2009
      Wilmington, Delaware

    /s/Michael Shiner
Michael A. Shiner, pro hac vice
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619
Email: mshiner@tuckerlaw.com

Eileen T. McCabe, pro hac vice
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019
Telephone: (212)261-8254
Facsimile: (302)235-2536
Email: eileen.mccabe@mendes.com

John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
Email: jspadaro@johnsheehanspadaro.com

Counsel for AXA Belgium