IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

## SUPPLEMENTAL VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

The undersigned, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Goldberg, Persky & White, P.C., 1030 Fifth Avenue, Pittsburgh, Pennsylvania 15219.

2. This Supplemental Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order"). This Statements supplements Statements previously filed with the Court.

3. The law firm of Goldberg, Persky & White, P.C. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditor's names and addresses is attached hereto.

4. The claimants' claims are based on exposure to asbestos or asbestos-containing products of W.R. Grace Corporation or one or more other entities for which W.R. Grace has legal responsibility. These claims arose under applicable State law and were not "acquired" as that term is used in Rule 2019.

5. The Firm is authorized to act on the claimants' behalf in these Chapter 11 cases. Blank or redacted exemplars of the form of agreement or instrument commonly employed to authorize the firm to act on behalf of a claimant are included in the Exhibits. For each claimant listed, the form of agreement or instrument executed by that claimant is indicated on the attached spreadsheet.

6. The claimants hold claims in varying amounts for monetary damages due to asbestos-related injuries. Pursuant to the Revised Order, all of the relevant information identifying the claimants and the nature and amount of their claims is contained in Exhibits which have not been scanned, but are available upon motion and Order of the Court.

7. The address of each claimant for purposes hereof is: c/o Goldberg, Persky & White, P.C., 1030 Fifth Avenue, Pittsburgh, PA 15219.

8. The law offices of Goldberg, Persky & White, P.C. does not hold any claims against or interest in the Debtor.

9. The law offices of Goldberg, Persky & White, P.C. will file and amended and supplement statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
Mark C. Meyer

Sworn to and subscribed
before me this 18th day
of May, 2008.

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kimberly J. Siebert, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires June 27, 2009

Member, Pennsylvania Association of Notaries

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Supplemental Verified Statement in Connection with Representation of Creditors Pursuant to Bankruptcy Rule 2019** was filed electronically with the Court and has been served upon the following counsel via first class U.S. Mail, postage prepaid, on the 18th day of May, 2009, addressed to counsel as follows:

> Frank J. Perch, III, Esquire
> Office of the U.S. Trustee
> 844 King Street, Suite 2207
> Lock Box 35
> Wilmington, DE  19801
>
> James E. O'Neill, Esquire
> Pachulski, Stang, Ziehl & Jones
> 919 North Market Street
> 17th Floor
> Wilmington, DE  19899-8705

_____
Mark C. Meyer, Esquire