**Exhibit II**

**Fee Application for the period**

**January 1, 2009 through January 31, 2009**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.[1];** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline:**
May 5, 2009 at 4:00 p.m.
**Hearing date:  To be scheduled only if objections
are timely filed and served.**

### <u>NOTICE OF FILING OF MONTHLY FEE APPLICATION</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Sixtieth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date Filed:  4/15/2009

Docket No:  21283

Incurred for the period from January 1, 2009 through January 31, 2009 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $41,368.40, representing 80% of $51,710.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $167.65.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 5, 2009 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Buchanan Ingersoll & Rooney PC, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, Delaware 19801-1054 (Fax number 302-552-4295); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: April 15, 2009
       Wilmington, DE

**RESPECTFULLY SUBMITTED,**

   **/s/ Michael R. Lastowski**
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com
               rriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:        wskatchen@duanemorris.com


           and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:        lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,**
**FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through January 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $51,710.50): | $  41,368.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 167.65 |
| Total Amount Due: | $  41,536.05 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the November and December monthly fee statements and 15.9 hours and corresponding compensation requested is $4,409.00.

This is the Sixtieth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**


**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
|  | Adjustment for July photocopies |  | $(6.55) |  |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| April 13, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |

**SIXTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
<u>**(FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH JANUARY 31, 2009)**</u>

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 1/1/09 through 1/31/09**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 10.40 | $7,384.00 |
| S. Cunningham | Member | $710 | 11.80 | $8,378.00 |
| R. Frezza | Consultant | $625 | 12.70 | $7,937.50 |
| J. Dolan | Consultant | $420 | 64.50 | $27,090.00 |
| M. Desalvio | Research | $170 | 0.50 | $85.00 |
| N. Backer | Paraprofessional | $110 | 7.30 | $803.00 |
| P. Foose | Paraprofessional | $110 | 0.30 | $33.00 |
| **For the Period 1/1/09 through 1/31/09** | | | **107.50** | **$51,710.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 1/1/09 through 1/31/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motion regarding asset sale. | 0.70 | $294.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of recovery  and claims and prepared accrued interest for General Unsecured Claims. | 9.60 | $4,815.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in Committee meetings. | 10.20 | $4,876.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the November and December monthly fee statements. | 15.90 | $4,409.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the November monthly and 3rd 2008 quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports, and prepared a report to the Committee thereon. | 43.40 | $23,276.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the revised POR, Disclosure Statement and related exhibits. | 1.60 | $672.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared various analyses related to the Sec. 382 stock trading restrictions, and prepared a report to the Committee thereon. | 25.60 | $13,282.50 |
| 21. Research | During the Fee Application period, the Applicant Prepared peer group analyses for 3Q report to the Committee. | 0.50 | $85.00 |
| **For the Period 1/1/09 through 1/31/09** | | **107.50** | **$51,710.50** |

**Capstone Advisory Group, LLC**  
**Invoice for the January 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 1/1/09 through 1/31/09

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions/Divestitures** | | | |
| 1/26/2009 | J. Dolan | 0.70 | Read and analyzed motion to approve the 3rd amendment to the ALCO sale post-closing. |
| Subtotal | | 0.70 | |
| **03. Claims Analysis & Valuation** | | | |
| 1/5/2009 | J. Dolan | 0.40 | Responded to counsel request for information regarding GUC interest. |
| 1/6/2009 | S. Cunningham | 1.30 | Reviewed and updated recovery analysis. |
| 1/14/2009 | J. Dolan | 2.50 | Prepared various analyses of recent performance for lender discussion meeting. |
| 1/16/2009 | E. Ordway | 0.50 | Directed staff in updating recovery analysis. |
| 1/16/2009 | J. Dolan | 1.10 | Update to recovery analysis assumptions based on changes. |
| 1/19/2009 | J. Dolan | 0.80 | Update to recovery analysis and claim information. |
| 1/27/2009 | J. Dolan | 2.10 | Update to recovery analysis using recent stock prices and updates of assumptions. |
| 1/30/2009 | E. Ordway | 0.90 | Analyzed recent debt offerings to analyze debt capacity limitations. |
| Subtotal | | 9.60 | |
| **04. Creditor Committee Matters** | | | |
| 1/5/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 1/12/2009 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 1/15/2009 | E. Ordway | 0.40 | Discussed case status with Committee member. |
| 1/15/2009 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding case update. |
| 1/15/2009 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 1/19/2009 | R. Frezza | 0.50 | Read counsel's memo re: CMO update and call scheduling for update. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/19/2009 | J. Dolan | 1.30 | Responded to counsel regarding request for information. |
| 1/20/2009 | R. Frezza | 0.50 | Follow up with counsel on committee meeting tomorrow. |
| 1/20/2009 | E. Ordway | 0.30 | Communications with Committee member. |
| 1/21/2009 | R. Frezza | 0.90 | Prepared for and participated in committee conf call. |
| 1/22/2009 | J. Dolan | 1.10 | Update with team regarding case status and hearing status. |
| 1/26/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 1/26/2009 | J. Dolan | 0.50 | Reviewed case management order related to latest POR. |
| 1/26/2009 | J. Dolan | 0.30 | Discussion with counsel regarding case status. |
| Subtotal | | 10.20 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/5/2009 | N. Backer | 1.10 | Prepared December fee statement. |
| 1/5/2009 | N. Backer | 0.90 | Prepared November fee statement. |
| 1/12/2009 | J. Dolan | 1.10 | Prepared November fee statement. |
| 1/13/2009 | P. Foose | 0.30 | Prepared the November fee statement. |
| 1/15/2009 | N. Backer | 1.70 | Prepared the December fee statement. |
| 1/15/2009 | N. Backer | 1.40 | Prepared the November fee statement. |
| 1/15/2009 | J. Dolan | 1.00 | Prepared November fee statement. |
| 1/16/2009 | J. Dolan | 1.10 | Prepared monthly fee app. |
| 1/20/2009 | N. Backer | 0.50 | Prepared November fee statement. |
| 1/20/2009 | J. Dolan | 1.30 | Prepared December fee statement. |
| 1/22/2009 | J. Dolan | 1.00 | Prepared November fee statement. |
| 1/22/2009 | N. Backer | 0.60 | November fee statement. |
| 1/23/2009 | E. Ordway | 0.30 | Prepared fee application. |
| 1/26/2009 | N. Backer | 1.10 | December fee statement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/26/2009 | J. Dolan | 1.20 | Prepared December fee statement. |
| 1/26/2009 | J. Dolan | 0.80 | Prepared November fee statement. |
| 1/27/2009 | J. Dolan | 0.50 | Prepared November fee statement. |
| Subtotal | | 15.90 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/2/2009 | R. Frezza | 0.80 | Read and analyzed Q3 08 results. |
| 1/5/2009 | R. Frezza | 0.90 | Q3 rpt analysis/discussion with counsel re: upcoming hearings |
| 1/5/2009 | E. Ordway | 0.90 | Prepared/edited report to the Committee regarding 3rd Q results. |
| 1/6/2009 | J. Dolan | 0.70 | Prepared analysis of gross margin based on latest estimate provided by the Debtors for the 3Q08 report to the Committee. |
| 1/6/2009 | R. Frezza | 0.80 | Read and analyzed Q308 results and report to the Committee. |
| 1/6/2009 | J. Dolan | 2.30 | Prepared analysis for 3Q08 results report to the Committee including peer analysis and multiple analysis. |
| 1/6/2009 | J. Dolan | 2.90 | Prepared report to the Committee on 3Q results including commentary and various analyses. |
| 1/7/2009 | S. Cunningham | 2.10 | Review of Q308 results and prepared analysis. |
| 1/7/2009 | E. Ordway | 1.20 | Prepared analysis of revenue trends for inclusion in 3rd Q report. |
| 1/7/2009 | R. Frezza | 0.90 | Continued to analyze Q308 results for inclusion in report to the Committee. |
| 1/8/2009 | R. Frezza | 0.80 | Prepared Q3 report to the Commitee; conferred with counsel on lender update request. |
| 1/8/2009 | J. Dolan | 0.70 | Prepared 3Q08 report to Committee including industry outlook and analysis. |
| 1/8/2009 | J. Dolan | 2.20 | Preparation of 3Q08 report including commentary on 3Q events: acquisitions, acctg change, liquidity, hedging, etc. |
| 1/8/2009 | J. Dolan | 2.50 | Prepared 3Q08 Report to the Committee including cash flow analysis and related commentary, year to date and to Plan. |
| 1/9/2009 | J. Dolan | 2.40 | Read and analyzed November monthly operating statements. |
| 1/9/2009 | R. Frezza | 0.50 | Finalized Q3 report to the Commitee; conferred with counsel on lender update request. |
| 1/9/2009 | E. Ordway | 0.90 | Read analysts reports regarding chemical industry. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/12/2009 | R. Frezza | 1.90 | Performed final review of Q308 report to the Committee. |
| 1/12/2009 | S. Cunningham | 1.60 | Review of Q308 results and prepared analysis. |
| 1/12/2009 | J. Dolan | 2.10 | Prepared financial analysis in anticipation of lender discussion meeting. |
| 1/13/2009 | E. Ordway | 0.40 | Prepared/edited 3rd Q report to the Committee. |
| 1/13/2009 | S. Cunningham | 1.80 | Read and analyzed Q3 report re: results of operation vs prior. |
| 1/13/2009 | R. Frezza | 1.90 | Performed final review of Q308 report to the Committee. |
| 1/13/2009 | J. Dolan | 2.50 | Finalized analyses and commentary of 3q08 results report to the Committee. |
| 1/15/2009 | E. Ordway | 0.80 | Analyzed 3rd Q peer group data. |
| 1/15/2009 | J. Dolan | 1.80 | Discussed 3Q08 report to the Committee with counsel, made revisions accordingly and distributed to Committee. |
| 1/16/2009 | J. Dolan | 0.90 | Finalized analyses for 3Q08 report support. |
| 1/27/2009 | E. Ordway | 0.60 | Analyzed 4th Operating data and listed items for staff to include in our report. |
| 1/27/2009 | J. Dolan | 2.50 | Began preparation of 4Q08 analysis including set up of tables and report format. |
| 1/29/2009 | E. Ordway | 1.10 | Continued to review 2008 Operating result data. |
| Subtotal | | 43.40 | |

15. Plan & Disclosure Statement

| 1/20/2009 | J. Dolan | 1.60 | Prepared analyses based on revised POR and Disclosure Stmt. |
|------|-------------|-------|---------------------------|
| Subtotal | | 1.60 | |

19. Tax Issues

| 1/16/2009 | E. Ordway | 0.60 | Directed staff in reviewing tax issues. |
|------|-------------|-------|---------------------------|
| 1/21/2009 | E. Ordway | 0.80 | Researched tax issues regarding section 382. |
| 1/22/2009 | R. Frezza | 0.50 | Coordinated call with Debtors on tax-related restriction on Grace Stock. |
| 1/22/2009 | J. Dolan | 1.90 | Read and analyzed term sheet regarding Sec 382. |
| 1/23/2009 | J. Dolan | 1.50 | Researched IRS Sec 382 in connection with proposed term sheet. |

**Capstone Advisory Group, LLC**
**Invoice for the January 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/26/2009 | J. Dolan | 1.30 | Analysis of term sheet related to Sec 382. |
| 1/26/2009 | E. Ordway | 0.70 | Prepared/edited tax report to the Committee. |
| 1/27/2009 | R. Frezza | 0.50 | Reviewed Stock Trading Restictions documents in preparation for tomorrow's call. |
| 1/28/2009 | S. Cunningham | 2.30 | Reviewed tax-stock related issues as well as report to the Committee. |
| 1/28/2009 | J. Dolan | 1.40 | Prepared report to the Committee regarding Debtors term sheet regarding stock trading restrictions. |
| 1/28/2009 | J. Dolan | 1.90 | Prepared for and participated in call with Debtors and Blackstone to discuss Sec 382 restrictions. |
| 1/28/2009 | R. Frezza | 1.30 | Prepared for and participated in call with Debtors and advisors on Stock Restrictions memorandum. |
| 1/29/2009 | S. Cunningham | 1.30 | Reviewed tax-stock related issues. |
| 1/29/2009 | J. Dolan | 1.70 | Prepared analyses for report to the Committee regarding trading restrictions. |
| 1/29/2009 | J. Dolan | 3.40 | Prepared report to the Committee regarding stock trading restrictions. |
| 1/30/2009 | S. Cunningham | 1.40 | Reviewed tax-stock related issues as well as report to the Committee. |
| 1/30/2009 | J. Dolan | 2.20 | Prepared report to the Committee regarding trading restrictions. |
| 1/30/2009 | J. Dolan | 0.90 | Researched Sec 382 of the IRC in connection with Debtors proposed stock trading restrictions. |
| Subtotal | | 25.60 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/29/2009 | M. Desalvio | 0.50 | Prepared peer group analysis from 10K filings. |
| Subtotal | | 0.50 | |
| **Total Hours** | | **107.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 1/1/09 through 1/31/09

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Capstone Expense | | | |
| 1/8/2009 | Telecom | Intercall | $16.27 |
| 1/19/2009 | Telecom | Telephone - Saddle Brook Office | $70.38 |
| 1/20/2009 | Research | Bloomberg | $81.00 |
| Subtotal - Capstone Expense | | | $167.65 |
| **For the Period 1/1/09 through 1/31/09** | | | $167.65 |

**Capstone Advisory Group, LLC**
**Invoice for the January 2009 Fee Application**