**Exhibit III**

**Fee Application for the period**

**February 1, 2009 through February 28, 2009**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.[1];** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline:**
May 5, 2009 at 4:00 p.m.
**Hearing date:  To be scheduled only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone  Advisory  Group,  LLC  ("Capstone"),  financial  advisors  to  the  Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Sixty-First Interim Application for

Allowance  of  Compensation  and  for  Services  Rendered  and  Reimbursement  of  Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date Filed:_ 4/15/2009

Docket No:_ 21284

Incurred for the period from February 1, 2009 through February 28, 2009 (the "Monthly Fee Application").  Capstone is seeking compensation in the amount of $39,371.60, representing 80% of $49,214.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $182.61.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 5, 2009 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Buchanan Ingersoll & Rooney PC, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, Delaware 19801-1054 (Fax number 302-552-4295); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: April 15, 2009
        Wilmington, DE

**RESPECTFULLY SUBMITTED,**


 __/s/ Michael R. Lastowski__
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:         mlastowski@duanemorris.com
                   rriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:         wskatchen@duanemorris.com


                        and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:         lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,**
**FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | February 1, 2009 through February 28, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $49,214.50): | $  39,371.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 182.61 |
| Total Amount Due: | $  39,554.21 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the November, December and January 2009 monthly fee statements, as well as the 20th Quarterly Fee Application was 13.3 hours and corresponding compensation requested is $4,305.00.

This is the Sixty-First Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 13, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 13, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39, 371.60 |

**SIXTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 2/1/09 through 2/28/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 9.80 | $6,958.00 |
| S. Cunningham | Member | $710 | 19.00 | $13,490.00 |
| R. Frezza | Consultant | $625 | 7.70 | $4,812.50 |
| J. Dolan | Consultant | $420 | 53.40 | $22,428.00 |
| M. DeSalvio | Research | $170 | 6.00 | $1,020.00 |
| N. Backer | Paraprofessional | $110 | 4.60 | $506.00 |
| **For the Period 2/1/09 through 2/28/09** | | | **100.50** | **$49,214.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 2/1/09 through 2/28/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims accrued interest fee scenarios in relation to the POR and Disclosure Statement. | 12.70 | $8,403.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and communicated with counsel and Committee members. | 3.70 | $1,641.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant reviewed and analyzed recent pension funding motion and exhibits. | 7.60 | $4,903.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the November,  December 08 and January 09 monthly fee statements, as well as the 20th Quarterly Fee Application. | 13.30 | $4,305.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the December monthly and 3rd and 4th quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as finalized a report to the Committee. | 8.00 | $4,404.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the POR, Disclosure Statement and related exhibits and prepared numerous analyses regarding claims. Prepared objection points to the disclosure statement, in coordination with counsel. | 37.30 | $17,673.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared a report to the Committee related to the stock trading restrictions. | 11.90 | $6,864.50 |
| 21. Research | During the Fee Application period, the Applicant prepared peer group analyses to assist in multiple developments. | 6.00 | $1,020.00 |
| **For the Period 2/1/09 through 2/28/09** | | **100.50** | **$49,214.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 2/1/09 through 2/28/09

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 2/9/2009 | E. Ordway | 0.70 | Prepared analysis of proposed payment arrangements for ZAI claims. |
| 2/16/2009 | S. Cunningham | 3.30 | Review claims and recovery analysis. |
| 2/23/2009 | S. Cunningham | 3.00 | Read and analyzed unsecured claims and interest rate calculation. |
| 2/24/2009 | R. Frezza | 0.50 | Participation in call with counsel and company re: interest on GUC claims |
| 2/24/2009 | J. Dolan | 1.50 | Prepared analysis for and participated in call with Debtors to discuss Class 9 Unsecured claims. |
| 2/24/2009 | S. Cunningham | 2.10 | Read and analyzed unsecured claims and interest rate calculation. |
| 2/26/2009 | R. Frezza | 0.50 | Discussions with counsel on GUC interest details. |
| 2/27/2009 | R. Frezza | 1.10 | Discussions with counsel on GUC interest details; began review of POR exhibits. |
| Subtotal | | 12.70 | |
| **04. Creditor Committee Matters** | | | |
| 2/2/2009 | J. Dolan | 0.70 | Read and analzyed recent docket submissions. |
| 2/9/2009 | J. Dolan | 0.70 | Read and analzyed recent docket submissions. |
| 2/17/2009 | E. Ordway | 0.30 | Calls with a Committee member to discuss case status. |
| 2/23/2009 | J. Dolan | 0.40 | Brief update call with counsel. |
| 2/23/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 2/24/2009 | J. Dolan | 0.50 | Case update with team. |
| Subtotal | | 3.70 | |
| **05. Employee Matters/KERP/Other** | | | |
| 2/19/2009 | S. Cunningham | 2.80 | Review of pension motion and related analysis. |

**Capstone Advisory Group, LLC**
**Invoice for the February 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/20/2009 | J. Dolan | 1.70 | Read and analyzed draft pension motion. |
| 2/23/2009 | E. Ordway | 0.90 | Analyzed pension motion and impact on cash flow. |
| 2/27/2009 | S. Cunningham | 2.20 | Reviewed pension motion. |
| Subtotal | | 7.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/2/2009 | J. Dolan | 0.50 | Finalized and filed November 08 fee app. |
| 2/2/2009 | N. Backer | 1.10 | Prepared 20th Quarterly fee application. |
| 2/3/2009 | N. Backer | 0.30 | Prepared 20th Quarterly fee application. |
| 2/3/2009 | J. Dolan | 1.60 | Reviewed fee auditor initial report and prepared a response report to the fee auditor. |
| 2/3/2009 | J. Dolan | 1.00 | Prepared December fee application. |
| 2/6/2009 | N. Backer | 2.20 | Continued to prepare 20th Quarterly fee application. |
| 2/9/2009 | J. Dolan | 1.10 | Prepared quarterly fee app for 4Q08. |
| 2/12/2009 | E. Ordway | 0.30 | Prepared fee application. |
| 2/12/2009 | J. Dolan | 0.70 | Prepared Dec 08 fee app. |
| 2/13/2009 | E. Ordway | 0.20 | Prepared fee application. |
| 2/13/2009 | N. Backer | 0.30 | Prepared 20th Quarterly fee application. |
| 2/15/2009 | N. Backer | 0.70 | Prepared January 2009 fee statement. |
| 2/17/2009 | J. Dolan | 0.90 | Prepared Jan 09 fee application. |
| 2/17/2009 | J. Dolan | 1.20 | Prepared quarterly fee application. |
| 2/18/2009 | J. Dolan | 0.70 | Prepared quarterly fee application. |
| 2/19/2009 | J. Dolan | 0.50 | Finalized quarterly fee application. |
| Subtotal | | 13.30 | |

**Capstone Advisory Group, LLC**
**Invoice for the February 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **08. Financial Analysis - Schedules & Statements** | | | |
| 2/5/2009 | J. Dolan | 2.10 | Read and analyzed 4Q08 press release and prepared a snapshot analysis of 2008. |
| 2/11/2009 | J. Dolan | 2.30 | Read and analyzed December 2008 monthly operating reports and updated analysis. |
| 2/11/2009 | E. Ordway | 0.80 | Prepared/edited outline for report to Committee on 3rd Q results. |
| 2/25/2009 | S. Cunningham | 2.80 | Reviewed monthly financial statements. |
| Subtotal | | 8.00 | |
| **15. Plan & Disclosure Statement** | | | |
| 2/2/2009 | J. Dolan | 2.00 | Reviewed blacklined changes to the Disclosure Stmt. |
| 2/2/2009 | J. Dolan | 0.60 | Reviewed section of Disclosure Stmt as requested by counsel and provided summary. |
| 2/4/2009 | E. Ordway | 1.20 | Read and analyzed plan exhibits and listed items for staff to investigate. |
| 2/5/2009 | E. Ordway | 0.80 | Read and analyzed disclosure statement update. |
| 2/6/2009 | J. Dolan | 2.20 | Read and analyzed filed Exhibits to the Plan documents. |
| 2/9/2009 | J. Dolan | 0.40 | Read and analyzed Exhibit related to Stock Incentive Plan in revised POR. |
| 2/9/2009 | J. Dolan | 1.20 | Review of exhibits filed with revised POR. |
| 2/10/2009 | J. Dolan | 1.50 | Read and analyzed Deferred Payment Agreement for ZAI claims in revised POR. |
| 2/10/2009 | E. Ordway | 0.80 | Directed staff in analyzing various components of disclosure statement. |
| 2/10/2009 | J. Dolan | 1.10 | Read and analyzed Stock Incentive Plan Exhibit in revised POR. |
| 2/10/2009 | J. Dolan | 1.60 | Read and analyzed Deferred Payment Agreement for PD Claims in revised POR. |
| 2/11/2009 | J. Dolan | 2.50 | Detailed review with counsel regarding revised POR and related exhibits. |
| 2/12/2009 | J. Dolan | 3.10 | Read and analzyed Exhibits to the POR including Intercreditor Agreement and Deferred Payment Agreements. |
| 2/12/2009 | J. Dolan | 2.20 | Read and analyzed Exhibits to the POR including Stock incentive Plan and Share Issuance Agreement. |
| 2/13/2009 | J. Dolan | 1.10 | Read and analyzed counsel's memo regarding changes in POR and provided comments to counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/13/2009 | R. Frezza | 1.20 | Prepared for and participation in call with counsel re: intercreditor and new POR exhibits. |
| 2/13/2009 | J. Dolan | 2.70 | Prepared objection points to the POR and discussed with counsel regarding memo to the Committee. |
| 2/13/2009 | J. Dolan | 2.30 | Read and analyzed Exhibits to the POR including Warrant Agreement and Registration Rights Agreement. |
| 2/16/2009 | J. Dolan | 2.20 | Read and analyzed Exhibits to the POR including Grace PI Guaranty Agreement and PD Agreement. |
| 2/16/2009 | R. Frezza | 1.80 | Discussions with counsel re: POR exhibits. |
| 2/17/2009 | J. Dolan | 1.60 | Read and analyzed revised POR and Disclosure Stmt blacklined. |
| 2/18/2009 | R. Frezza | 0.50 | Discussions with counsel re: POR exhibits. |
| 2/19/2009 | J. Dolan | 0.70 | Responded to inquiry from counsel regarding treatment of liabilities. |
| 2/20/2009 | E. Ordway | 0.80 | Continued analysis of POR Exhibits. |
| 2/20/2009 | R. Frezza | 1.20 | Continued review of POR exhibits; Review Pension Motion. |
| Subtotal | | 37.30 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/2/2009 | R. Frezza | 0.90 | Restricted Stock memo finalization. |
| 2/2/2009 | J. Dolan | 2.40 | Prepared report to the Committee regarding stock trading restrictions. |
| 2/2/2009 | E. Ordway | 1.30 | Researched sec. 382 issues regarding trading restrictions of stock. |
| 2/3/2009 | J. Dolan | 1.10 | Finalized report to the Committe regarding trading restrictions and distributed to Committee. |
| 2/3/2009 | J. Dolan | 1.70 | Reviewed report to the Committee regarding trading restrictions with counsel and discussed changes/issues. |
| 2/3/2009 | E. Ordway | 1.20 | Reviewed/edited out report regarding trading restrictions. |
| 2/3/2009 | E. Ordway | 0.50 | Read counsel's memo on stock trading. |
| 2/10/2009 | S. Cunningham | 2.80 | Review of restricted stock issues. |
| Subtotal | | 11.90 | |

21. Research

**Capstone Advisory Group, LLC**
**Invoice for the February 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/5/2009 | M. DeSalvio | 2.50 | Prepared Peer Group Analysis to assist in development of market multiple. |
| 2/6/2009 | M. DeSalvio | 3.50 | Prepared Peer Group Analysis to assist in development of market multiple. |
| Subtotal | | 6.00 | |
| **Total Hours** | | **100.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 2/1/09 through 2/28/09

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Research | | | |
| 2/18/2009 | Capstone Expense | Bloomberg subscription | $94.00 |
| 2/18/2009 | Capstone Expense | Pacer - research subscription | $7.12 |
| Subtotal -  Research | | | $101.12 |
| Copies | | | |
| 2/17/2009 | Capstone Expense | 9 copies at .10 each | $0.90 |
| Subtotal - Copies | | | $0.90 |
| Scans | | | |
| 2/17/2009 | Capstone Expense | January scans - 18 @ .10 each | $1.80 |
| Subtotal - Scans | | | $1.80 |
| Telecom | | | |
| 2/16/2009 | Capstone Expense | January Telephone - Saddle Brook office | $78.79 |
| Subtotal - Telecom | | | $78.79 |
| **For the Period 2/1/09 through 2/28/09** | | | $182.61 |

**Capstone Advisory Group, LLC**                                                    **Page 1 of 1**
**Invoice for the February 2009 Fee Application**