**Exhibit IV**

**Fee Application for the period**

**March 1, 2009 through March 31, 2009**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline:
June 2, 2009 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Sixty-Second Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date Filed:  5/13/2009

Docket No:  21663

Incurred for the period from March 1, 2009 through March 31, 2009 (the "Monthly Fee Application").  Capstone is seeking compensation in the amount of $64,282.80, representing 80% of $80,353.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $338.04.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 2, 2009 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Buchanan Ingersoll & Rooney PC, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, Delaware 19801-1054 (Fax number 302-552-4295); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: May 13, 2009
     Wilmington, DE

**RESPECTFULLY SUBMITTED,**

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
    rriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | March 1, 2009 through March 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $80,353.50): | $  64,282.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 338.04 |
| Total Amount Due: | $  64,620.84 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the January and February 2009 monthly fee statements, as well and a response to the fee auditor's report was 6.7 hours and corresponding compensation requested is $2,004.00.

This is the Sixty-Second Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39, 371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |

**SIXTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 3/1/09 through 3/31/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 10.90 | $7,739.00 |
| S. Cunningham | Member | $710 | 18.50 | $13,135.00 |
| R. Frezza | Consultant | $625 | 32.50 | $20,312.50 |
| J. Dolan | Consultant | $420 | 89.00 | $37,380.00 |
| M. Desalvio | Research | $170 | 8.70 | $1,479.00 |
| N. Backer | Paraprofessional | $110 | 2.80 | $308.00 |
| **For the Period 3/1/09 through 3/31/09** | | | **162.40** | **$80,353.50** |

**Capstone Advisory Group, LLC**
**Invoice for the March 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 3/1/09 through 3/31/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motion regarding authorization to hire financial advisor to assist in asset sale, performed various analyses and prepared report to Committee thereon. | 9.50 | $4,687.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and prepared accrued interest and recovery fee scenarios in relation to the POR and Disclosure Statement. | 25.40 | $13,524.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding criminal trial and participated in Committee meetings. | 10.20 | $5,067.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motions related to the 2009-2011 LTIP and CEO term extension and employment agreement, performed various analyses, and prepared reports to the Committee thereon. | 45.60 | $22,803.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January and February 2009 monthly fee statements. | 6.70 | $2,004.00 |
| 08. Financial Analysis - Schedules & Statements 2008 full year 10K results including comparing sales, margin to Plan and prior year, as well | During the Fee Application Period, the Applicant analyzed data regarding the January monthly and EBIT, and gross as a review of industry reports. | 11.50 | $6,193.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the POR, Disclosure Statement and related exhibits and prepared numerous analyses regarding claims. Analyzed Exhibits of the disclosure statement, prepared various analyses prospective financial information. | 42.40 | $23,588.50 |
| 21. Research | During the Fee Application period, the Applicant researched comparable compensation data for CEO analysis and peer information for business plan review. | 8.70 | $1,479.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor and advisors to discuss Exhibit 12 to the POR. | 2.40 | $1,008.00 |
| **For the Period 3/1/09 through 3/31/09** | | **162.40** | **$80,353.50** |

**Capstone Advisory Group, LLC**                                                                 **Page 1 of 1**
**Invoice for the March 2009 Fee Application**
# W.R. Grace & Co.

**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 3/1/09 through 3/31/09**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 3/25/2009 | J. Dolan | 1.80 | Read and analyzed motion regarding the authorization to hire financial advisor to assist in sale of certain assets. |
| 3/25/2009 | R. Frezza | 0.80 | Read and analyzed motion regarding the authorization to hire financial advisor to assist in sale of certain assets. |
| 3/26/2009 | J. Dolan | 1.20 | Prepared request for additional information related to authorization to hire financial advisor Seale & Associates. |
| 3/26/2009 | R. Frezza | 0.60 | Reviewed info requests sent to Company re: Seale engagement. |
| 3/30/2009 | J. Dolan | 0.80 | Reviewed information and prepared analysis related to retention of financial advisor for sale of assets. |
| 3/30/2009 | R. Frezza | 1.20 | Performed due diligence on Seale retention. |
| 3/31/2009 | R. Frezza | 0.80 | Discussed Seale engagement with counsel. |
| 3/31/2009 | J. Dolan | 2.30 | Prepared report to the Committee regarding retention of financial advisor for sale of assets and discussed with counsel. |
| Subtotal | | 9.50 | |
| 03. Claims Analysis & Valuation | | | |
| 3/3/2009 | J. Dolan | 1.00 | Called counsel to discuss Debtors unsecured claims analysis. |
| 3/3/2009 accruals. | J. Dolan | 1.20 | Reviewed spreadsheets received from Debtor regarding Class 9 interest |
| 3/9/2009 | J. Dolan | 0.70 | Read and analyzed counsel's memo on PD claims. |
| 3/9/2009 | E. Ordway | 0.50 | Read and analyzed Counsel's memo regarding PD claim settlement. |
| 3/11/2009 | R. Frezza | 1.40 | Prepared for and participated in call with Company regarding GUC and related interest rates to be applied; discussion regarding revised exhibit 12. |
| 3/11/2009 | J. Dolan | 1.20 | Prepared for and participated in call with Blackstone regarding unsecured claims and related interest. |
| 3/12/2009 | R. Frezza | 1.40 | Held discussions with Company on interest assumed on other than bank debt GUC claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/12/2009 | J. Dolan | 1.20 | Read and analyzed updated claims schedule received from Blackstone. |
| 3/13/2009 | S. Cunningham | 2.00 | Read and analyzed updated claims schedule received from Blackstone and discussed claims with staff. |
| 3/13/2009 | J. Dolan | 1.30 | Prepared for and participated in call with counsel regarding unsecured claims and related interest accrual. |
| 3/13/2009 | R. Frezza | 1.50 | Followed up with counsel on interest assumed on other than bank debt GUC claims; provided guidance on Counsel's memo to committee on Class 9 claims; pension motion finalization. |
| 3/16/2009 | J. Dolan | 2.30 | Began updating recovery analysis based on Exhibit 12 financial information. |
| 3/17/2009 | E. Ordway | 0.40 | Analyzed expert report from Mathers. |
| 3/17/2009 | R. Frezza | 1.30 | Discussed with counsel interest scenarios and compounding concepts. |
| 3/17/2009 | J. Dolan | 0.90 | Prepared for and participated in call with counsel regarding interest scenarios. |
| 3/17/2009 | J. Dolan | 1.70 | Updated recovery analysis for extended interest calculations through 12.31.09. |
| 3/18/2009 | E. Ordway | 0.90 | Reviewed updated recovery analysis prepared by staff. |
| 3/18/2009 | R. Frezza | 0.80 | Review and discussion with counsel regarding Phase I and II. |
| 3/23/2009 | J. Dolan | 1.40 | Prepared claims analysis agreeing amounts from Blackstone to Disclosure Statement to Exhibit 12. |
| 3/26/2009 | E. Ordway | 1.10 | Read and analyzed omnibus procedures for settling non-asbestos claims. |
| 3/27/2009 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding settlement of claims. |
| 3/31/2009 | R. Frezza | 0.60 | Called counsel on interest scenarios. |
| Subtotal | | 25.40 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 3/10/2009 | J. Dolan | 1.30 | Read and analyzed recent docket submissions. |
| 3/12/2009 | J. Dolan | 0.40 | Prepared case status report and updated near-term workplan. |
| 3/13/2009 | E. Ordway | 0.40 | Called committee member to discuss case status. |
| 3/16/2009 | S. Cunningham | 2.30 | Read and reviewed expert testimony re: PDI claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/17/2009 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 3/20/2009 | J. Dolan | 0.70 | Read and analyzed counsel's memo regarding Libby criminal trial. |
| 3/23/2009 | J. Dolan | 1.60 | Read and analyzed recent docket submissions including disclosure statement documents. |
| 3/26/2009 | J. Dolan | 1.40 | Called counsel to discuss request for information related to the LTIP, CEO and Financial Advisor motions. |
| Subtotal | | 10.20 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2009 | J. Dolan | 3.20 | Prepared report to the Committee regarding the Debtors request for pension funding. |
| 3/3/2009 | J. Dolan | 0.90 | Prepared additional request for information related recent pension funding motion. |
| 3/8/2009 | J. Dolan | 0.70 | Prepared analysis for pension report to the Committee regarding funding of April 2009 payment. |
| 3/9/2009 | J. Dolan | 1.30 | Prepared report to the Committee regarding pension funding motion. |
| 3/10/2009 | J. Dolan | 1.20 | Finalized and distributed report to the Committee regarding pension funding motion. |
| 3/23/2009 | E. Ordway | 1.30 | Read and analyzed executive compensation data and directed staff in analyzing. |
| 3/24/2009 | S. Cunningham | 3.10 | Reviewed reports to the Committee regarding LTIP and CEO employment agreement and provided comments to staff. |
| 3/24/2009 | R. Frezza | 1.30 | Reviewed/analyzed CEO motion/LTIP motion. |
| 3/24/2009 | J. Dolan | 2.00 | Read and analyzed CEO Term Extension Motion and related final exhibits. |
| 3/24/2009 | J. Dolan | 1.90 | Prepared analysis of peers and request for additional information related to the CEO motion. |
| 3/24/2009 | J. Dolan | 1.50 | Prepared analyses related to the request for authorization to approve the 2009 - 2011 LTIP. |
| 3/25/2009 | R. Frezza | 1.80 | Continued reading/analyzing motions (CEO/LTIP) |
| 3/26/2009 | R. Frezza | 1.10 | Reviewed info requests sent to Company re: CEO/LTIP. |
| 3/26/2009 | J. Dolan | 1.40 | Prepared report to the Committee regarding approval of CEO extension of term. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/26/2009 | J. Dolan | 2.70 | Prepared report to the committee regarding authorization of the 2009-2011 LTIP. |
| 3/27/2009 | J. Dolan | 0.90 | Prepared report and analysis regarding CEO motion. |
| 3/27/2009 | J. Dolan | 1.10 | Prepared analyses and report to the Committee regarding 2009 - 2011 LTIP motion. |
| 3/30/2009 | R. Frezza | 0.70 | Finalized CEO employment agreement report to the Committee. |
| 3/30/2009 | J. Dolan | 1.10 | Reviewed information received from the Company regarding the 2009 - 2011 LTIP and requested additional information. |
| 3/30/2009 | R. Frezza | 0.90 | Prepared revised LTIP report to the Committee for counsel comments. |
| 3/30/2009 | S. Cunningham | 3.10 | Reviewed LTIP and CEO employment agreement motions and exhibits. |
| 3/30/2009 | J. Dolan | 2.60 | Prepared analyses and report to the Committee regarding 2009 - 2011 LTIP. |
| 3/30/2009 | J. Dolan | 2.20 | Reviewed information received from the Company regarding CEO employment agreement and prepared related analysis and report to the Committee. |
| 3/30/2009 | J. Dolan | 1.80 | Prepared peer EBIT analysis in connection with evaluating LTIP and preparing report to the Committee. |
| 3/31/2009 | J. Dolan | 2.40 | Prepared report to the Committee related to 2009 - 2011 LTIP and incorporated comments from team. |
| 3/31/2009 | J. Dolan | 2.00 | Prepared peer comparables and related analysis included in report to the Committee regarding CEO employment agreement. |
| 3/31/2009 | R. Frezza | 1.40 | Finalized LTIP and CEO reports for counsel comments. |
| Subtotal | | 45.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2009 | J. Dolan | 0.40 | Prepared January fee app. |
| 3/11/2009 | E. Ordway | 0.20 | Read fee auditor's report. |
| 3/19/2009 | N. Backer | 1.60 | Prepared February fee statement. |
| 3/23/2009 | J. Dolan | 0.90 | Prepared February fee app. |
| 3/25/2009 | N. Backer | 0.50 | Prepared fee application. |
| 3/30/2009 | N. Backer | 0.30 | Prepared January Fee statement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/30/2009 | N. Backer | 0.40 | Prepared Feb. Fee Statement. |
| 3/30/2009 | J. Dolan | 0.50 | Prepared fee application. |
| 3/31/2009 | J. Dolan | 1.20 | Prepared January 2009 fee app. |
| 3/31/2009 | J. Dolan | 0.70 | Prepared February 2009 fee application. |
| Subtotal | | 6.70 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/10/2009 | S. Cunningham | 2.60 | Review monthly financial package. |
| 3/11/2009 | S. Cunningham | 2.10 | Read and analyzed monthly operating reports. |
| 3/11/2009 | J. Dolan | 2.30 | Read and analyzed Jan 09 operating statements. |
| 3/16/2009 | J. Dolan | 4.50 | Read and analyzed the Debtors 10K for 2008 and prepared additional request for information from the Company. |
| Subtotal | | 11.50 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2009 | E. Ordway | 0.60 | Read and analyzed revised disclosure statement. |
| 3/2/2009 | R. Frezza | 2.10 | Began review of revised disclosure statement financial exhibits. |
| 3/4/2009 | E. Ordway | 1.60 | Continued to review and analyze disclosure statement. |
| 3/5/2009 | E. Ordway | 0.60 | Analyzed prospective financial information included in disclosure statement. |
| 3/9/2009 | J. Dolan | 2.20 | Read and analyzed second correct Exhibit 12, financial information, to the POR. |
| 3/11/2009 | E. Ordway | 0.90 | Read counsel's report regarding disclosure statement hearing. |
| 3/12/2009 | J. Dolan | 3.10 | Prepared analyses of financial information included in Exhibit 12 including 2008 and 2009 financials. |
| 3/16/2009 | R. Frezza | 1.90 | Reviewed and analyzed of revised/corrected Exhibits to the POR.  Finished projections in preparation for meeting with Company. |
| 3/17/2009 | S. Cunningham | 1.30 | Reviewed and analyzed revised/corrected Exhibits containing financial projections for 2009 - 2010. |
| 3/17/2009 | J. Dolan | 1.40 | Reviewed and analyzed Exhibits to the POR. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 3/17/2009 | J. Dolan | 0.70 | Developed request list for additional information for 3.25.09 meeting. |
| 3/17/2009 | J. Dolan | 1.10 | Analyzed Exhibits information including 2009 and 2010 projections. |
| 3/19/2009 | J. Dolan | 1.40 | Reviewed financial prospective assumptions and analyzed 2009 and 2010 plans. |
| 3/19/2009 | R. Frezza | 1.70 | Prepared questions/info requests based on revised/corrected Exhibit 12; provided comments to counsel re: POR. |
| 3/19/2009 | J. Dolan | 1.60 | Prepared analyses and follow up questions for the Debtor concerning prospective financial information. |
| 3/20/2009 | E. Ordway | 1.60 | Analyzed exhibits to the disclosure statement and listed items for staff to investigate. |
| 3/20/2009 | J. Dolan | 1.10 | Prepared for and participated in call with counsel regarding Exhibit 12 request for additional information. |
| 3/20/2009 | R. Frezza | 1.50 | Discussed questions on POR with counsel; reviewed motions on new CEO agreement; continued review of POR/Exhibit 12. |
| 3/23/2009 | J. Dolan | 1.30 | Analyzed the Best Interests Test Exhibit of the Disclosure Statement. |
| 3/23/2009 | R. Frezza | 2.20 | Read and analyzed revised best interests test and revised corrected Fin Exhibit 12 in prep for meeting with Company. |
| 3/23/2009 | J. Dolan | 0.80 | Finalized request list to Blackstone related to Proforma financial meeting this week. |
| 3/24/2009 | R. Frezza | 0.80 | Continued review of POR. |
| 3/24/2009 | J. Dolan | 2.60 | Prepared various analyses in anticipation of Debtor meeting on Proforma Statements. |
| 3/25/2009 | R. Frezza | 1.20 | Prepared for and participated in Co presentation on POR Exhibits and 2008 results/2009 + 2010 Plan. |
| 3/25/2009 | J. Dolan | 0.80 | Summarized items discussed at meeting and updated near-term work plan. |
| 3/25/2009 | E. Ordway | 0.80 | Prepared list of items for staff to investigate regarding 2009 and 2010 business plan. |
| 3/26/2009 | R. Frezza | 0.70 | Conferred with counsel on 2009 Plan requests. |
| 3/27/2009 | R. Frezza | 2.20 | Prepared/edited question lists for Blackstone re: latest motions; follow up questions from fin presentation; debrief counsel and prepare additional info. request on fin exhibits. |
| 3/31/2009 | S. Cunningham | 2.00 | Read and analyzed revised POR and related exhibits. |

**Capstone Advisory Group, LLC**
**Invoice for the March 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/31/2009 | R. Frezza | 0.60 | Followed up on formal information request re: 2009 Plan to begin report. |
| Subtotal | | 42.40 | |
| 21. Research | | | |
| 3/12/2009 | M. Desalvio | 0.80 | Retrieved comparable CEO compensation data to assist in analysis of CEO employment agreement. |
| 3/13/2009 | M. Desalvio | 1.30 | Prepared peer analysis for market multiple analysis. |
| 3/24/2009 | M. Desalvio | 1.80 | Retrieved comparable CEO compensation data to assist in analysis of CEO employment agreement. |
| 3/26/2009 | M. Desalvio | 1.50 | Retrieved comparable CEO compensation data to assist in analysis of CEO employment agreement. |
| 3/30/2009 | M. Desalvio | 2.50 | Prepared peer analysis and actual - projected amounts for raw materials and foreign currency analysis. |
| 3/31/2009 | M. Desalvio | 0.80 | Retrieved comparable CEO compensation data to assist in analysis of CEO employment agreement. |
| Subtotal | | 8.70 | |
| 26. Meetings with Debtors/Advisors | | | |
| 3/25/2009 | J. Dolan | 2.40 | Prepared for and participated in meeting with Debtors regarding Exhibit 12 Pro forma Financial Statements. |
| Subtotal | | 2.40 | |
| **Total Hours** | | **162.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 3/1/09 through 3/31/09

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| Airfare/Train | | | |
| 3/25/2009  J. Dolan | | Train fare for NYC Meeting. | $22.25 |
| Subtotal - Airfare/Train | | | $22.25 |
| Parking/Tolls | | | |
| 3/25/2009  R. Frezza | | Parking - $43.80 Tolls - $8 | $51.80 |
| 3/25/2009  J. Dolan | | Parking at train station for NYC Meeting. | $2.75 |
| Subtotal - Parking/Tolls | | | $54.55 |
| Research | | | |
| 3/12/2009  Capstone Expense | | Pacer - research subscription | $62.96 |
| 3/12/2009  Capstone Expense | | Bloomberg - research | $22.00 |
| 3/12/2009  Capstone Expense | | Factiva - research subscription | $20.65 |
| Subtotal - Research | | | $105.61 |
| Telecom | | | |
| 3/2/2009  Capstone Expense | | March Telephone - Saddle Brook Office | $155.63 |
| Subtotal - Telecom | | | $155.63 |
| **For the Period 3/1/09 through 3/31/09** | | | $338.04 |