# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. Nos. 21245 & 21599 |

## CERTIFICATION OF COUNSEL REQUESTING ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF MEDICAL INFORMATION

1.  On April 9, 2009, Arrowood Indemnity Company ("Arrowood") filed its Motion of Arrowood Indemnity Company f/k/a Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order [Docket No. 21245]. Arrowood's motion was noticed for hearing on May 14, 2009 (the "May 14 Hearing"). The Libby Claimants on May 8, 2009, filed the Libby Claimants' (A) Response to Motion to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order and Joinders Filed by Various insurers and (B) Cross-Motion for Entry of Protective Order [Docket No. 21599] (the "Libby Response"), responding, *inter alia*, to the request for entry of a protective order by taking the position that a different form of protective order—the one annexed to the Libby Response as Exhibit A (the "Libby Proposed Protective Order")—should be entered instead.

2.  At the May 14 Hearing, this Court directed that any comments on the Libby Proposed Protective Order be supplied to Libby Claimants' bankruptcy counsel by email within 24 hours, following which Libby Claimants' bankruptcy counsel was to submit the Libby Proposed Protective Order to this Court by Certification of Counsel.

393.001-26425.DOC

3. The Libby Claimants solicited comments from the parties to the Libby Proposed Protective Order, and incorporated changes suggested by Arrowood and the State of Montana. Arrowood requested that clarifying language be added to paragraph 9, to make clear that documents produced by the Libby Claimants be in unredacted form. The State of Montana requested that "insurers" be included to the list of parties identified in paragraph 2, consistent with the non-medical information protective order entered on May 14, 2009. Accordingly, the Libby Claimants respectfully request that the Court enter the attached Libby Proposed Protective Order.

Dated: May 18, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

2

393.001-26425.DOC