## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | Re: Docket Nos.: 21428, 21579, 21588, 21592 |
| | ) | Hearing Date: May 14, 2009 Agenda No. 3 |

## CERTIFICATION OF COUNSEL RE: ORDER DENYING MOTION TO AMEND CMO

1.      On April 27, 2009, the Libby Claimants filed the *Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing* (the "CMO Motion") (Docket No. 21428) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801. The Debtors and other parties opposed the CMO Motion. *See* Docket Nos. 21579, 21588, 21592.

2.      The Court heard arguments on the CMO Motion on May 14, 2009, and as a result of its ruling, requested that the Debtors prepare an order reflecting its ruling.

3.      On May 15, 2009, the Plan Proponents circulated a proposed order to the Libby Claimants. On May 18, 2009, the Libby Claimants incorporated an additional change to the proposed order. All parties have now come to a consensus on the proposed order.

4.      As a result, the Debtors respectfully request that the Court enter the

proposed order regarding the CMO attached hereto as Exhibit A.

Dated: May 18, 2009                          Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5200

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

PACHULSKI, STANG, ZIEHL, & JONES LLP

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in
Possession

2