IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.* ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket Nos.: 21245, 21591, 21599 |
| ) | May 14, 2009, Agenda Item No. 2 |

### CERTIFICATION OF COUNSEL RE: ORDER GRANTING IN PART MOTION TO STRIKE WHITEHOUSE REPORT

1. On April 9, 2009, Arrowood Indemnity Company filed the *Motion of Arrowood Indemnity Company, f/k/a Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order* (the "Whitehouse Motion") (Docket No. 21245) with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware 19801. The Debtors filed a response in support of the Whitehouse Motion. *See* Docket No. 21591. The Libby Claimants opposed the Whitehouse Motion. *See* Docket No. 21599.

2. The Court heard arguments on the Whitehouse Motion on May 14, 2009, and as a result of its ruling, requested that the Debtors prepare an order reflecting its ruling.

3. On May 15, 2009, the Plan Proponents submitted a proposed order to the Libby Claimants. Subsequently, on May 18, 2009, the Libby Claimants made several changes to the proposed order that did not reflect the Court's rulings at the May 14, 2009 hearing. Plan Proponents attempted to confer with the Libby Claimants regarding these changes, but an agreement could not be reached.

4. The Plan Proponents contend that their proposed order more accurately reflects the Court's rulings at the May 14, 2009 hearing. The Libby Claimants requested that the Plan Proponents change the proposed order in a manner that would enable Dr. Whitehouse to produce no additional records without placing any meaningful limitations on his potential testimony. Moreover, while this Court determined that the next deposition of Dr. Whitehouse should take place in Washington, D.C., the Libby Claimants' proposed changes to the order would reward noncompliance with the Court's ruling by stating that were Dr. Whitehouse to produce no additional records, the deposition would occur in Spokane, Washington rather than Washington, D.C.

5. Given that the parties could not agree on a proposed order, the Plan Proponents are submitting what they believe is the more accurate form of the Whitehouse Order.

6. As a result, the Debtors respectfully request that the Court enter the Plan Proponents' version of the proposed order regarding Dr. Whitehouse attached hereto as <u>Exhibit A</u> at its earliest convenience.

Dated: May 18, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5200

-and-

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

-and-

PACHULSKI, STANG, ZIEHL, & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession