IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No.: 21245 |
| | ) | Objection Deadline: May 8, 2009 |
| | ) | Hearing Date: May 14, 2009 |
| Debtors. | ) | |

**ORDER GRANTING IN PART MOTION OF ARROWOOD INDEMNITY COMPANY, F/K/A ROYAL INDEMNITY COMPANY TO STRIKE WHITEHOUSE EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER**

WHEREAS on April 9, 2009, Arrowood Indemnity Company, f/k/a/ Royal Indemnity Company, filed a Motion to Strike the Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order (Docket No. 21245) (the "Motion");

WHEREAS the Libby Claimants[1] filed a response on May 8, 2009 objecting to the Motion (Docket No. 21595);

WHEREAS counsel for the Libby Claimants claim that they and Dr. Whitehouse no longer have the 550 Database formerly maintained by Dr. Whitehouse;

WHEREAS Debtors filed a response on May 8, 2009 supporting the Motion (Docket No. 21591);

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

WHEREAS Maryland Casualty Company on April 30, 2009 (Docket No. 21492) and Continental Casualty Company on May 4, 2009 (Docket No. 21523) joined in support of the Motion;

WHEREAS the Court heard arguments on the Motion on May 14, 2009;

WHEREAS, at the hearing, the ACC and FCR orally joined in the Motion;

It is hereby ORDERED:

1. The Motion is granted in part as more specifically set forth below.

2. The court is informed that there are approximately 850 patients of the CARD Clinic in Libby who are not Libby Claimants ("Non-Claimant Patients") as well as approximately 950 patients of the CARD Clinic who are Libby Claimants. Medical records of Non-Claimant Patients that are produced in connection with the confirmation hearing shall be produced with personal information redacted and shall instead be assigned an identifying number. The Libby Claimants shall be barred from offering testimony by Dr. Whitehouse in reliance upon medical records of any Non-Claimant Patient whose medical records are not produced to the movants on or before May 21, 2009. Dr. Whitehouse may testify to observations and opinions in reliance on medical records of the 950 patients who are Libby Claimants and whose medical records have been produced, and the medical records of Non-Claimant Patients whose redacted medical records have previously been delivered, or are delivered on or before May 21, 2009.

3. If any medical records of Non-Claimant Patients not previously produced are produced by May 21, 2009, then Dr. Whitehouse will be made available for another deposition in Washington, D.C. no later than the week of June 15, 2009, or as soon as possible thereafter (which deposition shall concern the medical records of Non-Claimant Patients and also serve as a

continuation of the March 19, 2009 deposition of Dr. Whitehouse), and the parties will further agree on a date for rebuttal reports related to the additional records of Non-Claimant Patients produced since the May 14 Hearing. If no additional medical records of Non-Claimant Patients are produced by May 21, 2009, then the second part of Dr. Whitehouse's deposition commenced March 19, 2009, shall take place in Spokane, Washington, where his office is located, at a date and time agreed to by the parties.

4. The cost of production of medical records of Non-Claimant Patients shall be borne by the Libby Claimants.

5. The Libby Claimants shall produce an affidavit from Dr. Whitehouse on the status of the 550 Database.

6. Dr. Whitehouse shall have in his possession at the deposition and at his cross-examination at the confirmation hearing a list of the patients' identifying numbers for the redacted medical records of Non-Claimant Patients so that he may recognize who a particular patient is when questioned on that patient.

Dated: May ____, 2009
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge