## UNITED STATES BANKRUPTCY COURT
### District of Delaware

In Re:  
W.R. GRACE & CO.  
W.R. Grace & Co., et al.

Case No.:01–01139–JKF

Chapter:11

**FILED 2009 MAY 15 PM 12:53 US BANKRUPTCY COURT DISTRICT OF DELAWARE**

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Anderson Memorial Hospital filed a Notice of Appeal on 4/23/09 regarding the Memorandum Order dated 4/13/09

The Notice of Appeal may be viewed at docket number 21379. The order on appeal may be viewed at docket number 21257.

David D. Bird  
CLERK OF COURT

Date: 4/28/09  
(VAN–440)

*Handwritten note:*  
5/11/09 To whom it may concern: Please remove GIW Industries, Inc. from the noticing mailing list for this W.R. Grace case. GIW sold this claim last year and has no need to receive these notices any longer. Thank you!  
– Karl Bergmann  
Credit Manager  
GIW Industries  
706-863-1011



RECEIVED  
MAY 0 8 2009  
Accounting Dept.

000458