IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| , | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Matthew P. Bergman, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Offices of Matthew Bergman, whose principal place of business is 17530 Vashon Highway SW, Vashon Island, WA 98070 (mailing address: Post Office Box 2010).

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The Law Offices of Matthew Bergman has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto as Exhibit A.

4. The undersigned certifies that each creditor named on the attached list has executed a Power of Attorney authorizing the Law Firm of Matthew Bergman to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The creditors hold claims in varying amounts for monetary damages due to injuries caused by asbestos or asbestos containing products that were manufactured, marketed, distributed, sold, installed or produced by the above-referenced debtors/debtors-in-possession (hereinafter referred to as the "Debtors") and others, and

thus hold claims against, *inter alia*, the Debtors. Pursuant to the Revised Order, all of the relevant information identifying the creditors and the nature and amount of their claim is contained in exhibits which have been scanned, available upon motion and order of the Court.

7. The Law Offices of Matthew Bergman does not hold any claims against or interest in the Debtors.

8. The Law Offices of Matthew Bergman will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: May 18, 2009.

LAW OFFICES OF MATTHEW BERGMAN

_____
Matthew Bergman

## **VERIFICATION**

I, Matthew Bergman, declare under penalty of perjury under the laws of the United States of America that the foregoing Rule 2019 Statement is true and correct to the best of my knowledge, information and belief, and that this declaration was executed on May 18, 2009 at Vashon Island, Washington.

_____
Matthew Bergman