# EXHIBIT A

## LETTERS OF CREDIT AND REIMBURSEMENT AGREEMENTS


Bank of America 

DATE: OCTOBER 17, 2000

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 7404289

| BENEFICIARY | APPLICANT |
| --- | --- |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA<br>AMERICAN HOME ASSURANCE COMPANY<br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br>COMMERCE AND INDUSTRY INSURANCE COMPANY<br>AIU INSURANCE COMPANY<br>BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA<br>ILLINOIS NATIONAL INSURANCE COMPANY<br>AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY<br>NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA<br>AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY<br>GRANITE STATE INSURANCE COMPANY<br>NEW HAMPSHIRE INSURANCE COMPANY<br>LANDMARK INSURANCE COMPANY,<br>AND ANY OTHER AFFILIATE OF ANY OF THESE, AS THEIR INTERESTS MAY APPEAR<br>P.O. BOX 923<br>WALL STREET STATION<br>NEW YORK, N.Y. 10268<br>ATTN: MR. ART STILLWELL | W.R. GRACE & CO. - CONN<br>7500 GRACE DRIVE<br>COLUMBIA, MD 21044 |

AMOUNT
USD 10,439,830.00
TEN MILLION FOUR HUNDRED THIRTY NINE THOUSAND EIGHT HUNDRED THIRTY AND 00/100'S US DOLLARS

EXPIRATION
OCTOBER 17, 2001 AT OUR COUNTERS

WE HEREBY ESTABLISH THIS IRREVOCABLE LETTER OF CREDIT IN FAVOR OF THE AFORESAID ADDRESSEE ("BENEFICIARY") FOR DRAWINGS UP TO UNITED STATES DOLLARS 10,439,830.00 (TEN MILLION FOUR HUNDRED THIRTY NINE THOUSAND EIGHT HUNDRED THIRTY AND 00/100'S UNITED STATES DOLLARS) EFFECTIVE IMMEDIATELY. THIS LETTER OF CREDIT IS ISSUED, PRESENTABLE AND PAYABLE AT OUR OFFICE AT 231 S. LASALLE STREET, CHICAGO, ILLINOIS 60697, ATTENTION: STANDBY L/C DEPT., MAIL CODE: IL1-231-17-00 AND EXPIRES WITH OUR CLOSE OF BUSINESS ON OCTOBER 17, 2001.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF THE NAMED BENEFICIARY, INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR, REHABILITATOR, RECEIVER OR CONSERVATOR.

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN ON US, INDICATING OUR CREDIT NUMBER 7404289, FOR ALL OR ANY PART OF THIS CREDIT IF PRESENTED AT OUR OFFICE SPECIFIED IN PARAGRAPH ONE ON OR BEFORE THE EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED EXPIRY DATE.

COPY

Recycled Paper

OCT 27 2004 1 Case 01-01139-AMC Doc 21752-1 Filed 05/19/09 Page 3 of 13 P.02

**Bank of America**

PAGE: 2

THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 7404289

EXCEPT AS EXPRESSLY STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO ANY AGREEMENT, CONDITION OR QUALIFICATION. THE OBLIGATION OF BANK OF AMERICA N.A. UNDER THIS LETTER OF CREDIT IS THE INDIVIDUAL OBLIGATION OF BANK OF AMERICA N.A., AND IS IN NO WAY CONTINGENT UPON REIMBURSEMENT WITH RESPECT THERETO.

IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE DEEMED AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ONE YEAR FROM THE EXPIRY DATE HEREOF, OR ANY FUTURE EXPIRATION DATE, UNLESS THIRTY DAYS PRIOR TO ANY EXPIRATION DATE WE NOTIFY YOU BY REGISTERED MAIL THAT WE ELECT NOT TO CONSIDER THIS LETTER OF CREDIT RENEWED FOR ANY SUCH ADDITIONAL PERIOD.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK, AND THE 1993 REVISION OF THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS OF THE INTERNATIONAL CHAMBER OF COMMERCE (PUBLICATION 500) AND, IN THE EVENT OF ANY CONFLICT, THE LAWS OF THE STATE OF NEW YORK WILL CONTROL. IF THIS CREDIT EXPIRES DURING AN INTERRUPTION OF BUSINESS AS DESCRIBED IN ARTICLE 17 OF SAID PUBLICATION 500, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT PAYMENT IF THIS CREDIT IS DRAWN AGAINST WITHIN THIRTY (30) DAYS AFTER THE RESUMPTION OF BUSINESS.

IF YOU REQUIRE ANY ASSISTANCE OR HAVE ANY QUESTIONS REGARDING THIS TRANSACTION, PLEASE CALL 312-828-7814.

[signature] 14447     [signature] 10345

AUTHORIZED SIGNATURE     AUTHORIZED SIGNATURE

THIS DOCUMENT CONSISTS OF 2 PAGE(S).

Bank of America, N.A., Trade Operations
Mail Code: IL1-231-17-40
231 S. LaSalle Street, 17th Floor, Chicago, IL 60697

COPY

Recycled Paper

**Bank of America**

For Bank of America Use Only

L/C No. ____________

## Application and Agreement for Standby Letter of Credit

TO: Bank of America, N.A. ("Bank of America")

**A. Application.**

1. W. R. Grace & Co. - Conn ("Applicant") requests Bank of America to issue an irrevocable standby letter of Credit ("Letter of Credit") as follows:

☐ Full text teletransmission ☐ Airmail with brief preliminary teletransmission advice ☐ Airmail ☒ Courier

2. Applicant Address:

W.R. Grace & Co. - Conn
7500 Grace Drive
Columbia, MD 21044
410-531-4000

3. For Account of (Name and address, if different from Applicant):

4. Advising Bank:

5. In favor of (Beneficiary Name and Address):

See attached format

6. Amount: TEN MILLION FOUR HUNDRED THIRTY NINE THOUSAND EIGHT HUNDRED THIRTY DOLLARS AND 00/100 ($10,439,830) (in words and figures)

Currency United States Dollar

Expiration Date. Drafts to be drawn on and presented at Bank of America's Address set forth in the Letter of Credit on or before: OCT-16-01

☐ If this box is marked, Applicant authorizes Bank of America to effect payment of any sums due under this Application and Agreement by means of debiting Applicant's account with Bank of America set forth below. This authorization does not affect the obligation of Applicant to pay such sums when due, If there are insufficient funds in such account to make such payment when due, or if Bank of America fails to debit the account, and this authorization does not affect any setoff rights of Bank of America at law or equity. Applicant's account number with Bank of America is ____________

7. Available by drafts drawn at sight on Bank of America when accompanied by the following documentation:

1. The original Letter of Credit.
2. The signed statement of the Beneficiary worded as follows (state wording that is to appear in the statement accompanying the draft; Specify if such wording must be exact): See attached format.

8. Special Instructions:

1 - also fax copy of final documents to attn: Ren Lapidario at fax# 410-531-4461

2 - part B of this Application and Agreement for Standby Letter of Credit is amended by the attached "Rider to Application and Agreement for Standby Letter of Credit made by W. R. Grace & Co. - Conn."

eement.

...nsideration of Bank of America's issuing the Letter of Credit at [illegible] request of Applicant, Applicant ...the following.

Applicant Payments.

a) Applicant shall pay Bank of America, on demand, all amounts paid by Bank of America under or in respect ...r of Credit.

b) On each fee payment date, so long as any undrawn amount of the Letter of Credit remains ..., Applicant shall pay Bank of America a Letter of Credit fee. The fee payment date(s) shall be the ... Applicant and Bank of America may agree, or in the absence of such agreement, the fee payment ... be the date on which the Bank of America issues the Letter of Credit. The fee shall be at such rate ...n as Applicant and Bank of America may agree, or in the absence of such agreement, at the rate ...ly charged by Bank of America at the time such fee is payable, based upon Applicant's ...itness, as determined by Bank of America in its sole discretion. The applicable Letter of Credit fee calculated and payable on the undrawn amount of the Letter of Credit as of each fee payment date, ... be for the period commencing on such fee payment date and ending on the day preceding the next ...nent date (or the expiration date of the Letter of Credit, as the case may be), both dates inclusive. ...er of Credit fee will be computed on the basis of a 360-day year and actual days elapsed. Bank of ... shall not be required to refund any portion of the Letter of Credit fee paid for any period during which ...etter of Credit expires or otherwise terminates, or (b) the undrawn amount of the Letter of Credit is ... by drawings or by amendment.

(c) Applicant shall pay Bank of America, on demand, commissions and fees for amendments to, ...le under, extensions of or cancellation of the Letter of Credit, and other services in the amounts ...nt and Bank of America may agree, or, in the absence of such agreement, in the amounts customarily ...d by Bank of America on the date of Bank of America's demand.

(d) All payments and deposits by Applicant under this Application and Agreement shall be made at ...king center or office Bank of America may designate from time to time. Bank of America shall have no ...ion to pay Applicant interest on any deposit made by Applicant under this Application and Agreement.

(e) (i) All payments and deposits by Applicant under this Application and Agreement shall be in the ...cy in which the Letter of Credit is payable, except that Bank of America may, at its option, require ...nts and deposits by Applicant under this Application and Agreement to be made in U.S. Dollars if the ...of Credit is payable in a foreign currency.

(ii) The amount of each payment and each deposit by Applicant under this Application and ...ment in U.S. Dollars for a Letter of Credit payable in a foreign currency shall be determined by ...ting the relevant amount to U.S. Dollars at the Conversion Rate in effect:

(A) with respect to each payment under Section 1(a) of this Agreement, on the date the ...ent is made by Bank of America under or in respect of the Letter of Credit, and

(B) with respect to each payment not falling under the preceding clause (A) and each ...sit, on the date of Bank of America's demand for such payment or deposit.

(iii) If a U.S. Dollar deposit by Applicant under this Application and Agreement for a Letter of ...it payable in a foreign currency becomes less than the U.S. Dollar equivalent of the undrawn amount of ...etter of Credit because of any variation in rates of exchange, Applicant shall deposit with Bank of ...rica, on demand, additional amounts in U.S. Dollars so that the total amount deposited by Applicant ...r this Application and Agreement is not less than the U.S. Dollar equivalent of the undrawn amount of the ...r of Credit, determined by using the Conversion Rate on the date of Bank of America's latest demand.

(iv) "Conversion Rate" means the rate quoted by Bank of America for the purchase from Bank of ...rica of the relevant foreign currency with U.S. Dollars.

(f) Applicant shall reimburse or compensate Bank of America, on demand, for all costs incurred, ...es suffered and payments made by Bank of America which are applied or allocated by Bank of America to ...Letter of Credit (as determined by Bank of America) by reason of any and all present or future reserve, ...ial, deposit, assessment or similar requirements against (or against any class of or change in or in the ...unt of) assets or liabilities of, or commitments or extensions of credit by, Bank of America.

(g) Applicant shall pay interest, on demand, on any amount not paid when due under this Application ...Agreement from the due date until payment in full at a rate per annum equal to the rate of interest publicly ...unced from time to time by Bank of America as its prime rate, plus three percentage points (not to ...eed the maximum rate permitted by applicable law). The prime rate is set by Bank of America based on ...ous factors, including Bank of America's costs and desired return, general economic conditions and other ...ors, and is used as a reference point for pricing some credits. Bank of America may price credit at, above ...below the prime rate. Any change in Bank of America's prime rate shall take effect at the opening of ...iness on the day specified in Bank of America's public announcement of a change in Bank of America's ...me rate. Interest will be computed on the basis of a 360-day year and actual days elapsed.

2. Deposit Events. Upon the occurrence of any of the following events, Applicant shall deposit with ...nk of America, on demand (except that such demand shall not be required in the event of an occurrence ...scribed in (b) below) and as cash security for Applicant's obligations to Bank of America under this ...plication and Agreement, an amount equal to the undrawn amount of the Letter of Credit:

(a) Applicant defaults under any provision of this Application and Agreement;

(b) Any bankruptcy or similar proceeding is commenced with respect to Applicant;

(c) Any default occurs under any other agreement involving the borrowing of money or the extension ...credit under which Applicant may be obligated as borrower, installment purchaser or guarantor, if such ...fault consists of the failure to pay any indebtedness when due or if such default permits or causes the ...celeration of any indebtedness or the termination of any commitment to lend or to extend credit;

(d) Applicant or any of its affiliates defaults on any other obligation to Bank of America;

(e) In the opinion of Bank of America, any material adverse change occurs in Applicant's business, ...erations, financial condition or ability to perform its obligations under this Application and Agreement;

(f) Any guarantee of Applicant's obligations under this Application and Agreement terminates, is revoked or its ...lidity is contested by the guarantor, or any of the events set forth in (b) through (e) above occur with respect to the ...arantor rather than the Applicant; or

(g) Any court order, injunction or other legal process is issued restraining or seeking to restrain ...wing of payment under the Letter of Credit.

3. Charge to Accounts. If Bank of America is unable to debit the account, if any, specified on the ...plication, Applicant authorizes Bank of America to charge any of Applicant's accounts with Bank of ...erica, or any affiliate of Bank of America, for all amounts then due and payable to Bank of America under ...s Application and Agreement.

4. Indemnities.

(a) Applicant will indemnify and hold Bank of America (such term to include for purposes of this ...tion 4 affiliates of Bank of America and its and its affiliates' officers, directors, employees and agents) ...mless from and against (i) all loss or damage arising out of the issuance by Bank of America of, or any ...er action taken by any such indemnified party in connection with, the Letter of Credit including any loss or ...mage arising in whole or in part from the negligence of the party seeking indemnification, but excluding any ...s or damage resulting from the gross negligence or willful misconduct of the party seeking indemnification, ...d (ii) all costs and expenses (including reasonable attorneys' fees and allocated costs of in-house counsel ...d legal expenses) of all claims or legal proceedings arising out of the issuance by Bank of America of the ...tter of Credit or incident to the collection of amounts owed by Applicant hereunder or the enforcement of ...rights of Bank of America hereunder, including, without limitation, legal proceedings related to any court ...er, injunction, or other process or decree restraining or seeking to restrain Bank of America from paying ...amount under the Letter of Credit. Additionally, Applicant will indemnify and hold Bank of America attorneys' fees and allocated costs [illegible] ... or any other conduct or failure to timely procure licenses or comply with applicable laws, regulations or rules, or any other conduct or failure of Applicant relating to or affecting the Letter of Credit.

(b) If any award, judgment or order is given or made for the payment of any amounts due under this Application and Agreement and such award, judgment or order is expressed in a currency other than the currency required under this Application and Agreement, Applicant shall indemnify Bank of America against and hold Bank of America harmless from all loss and damage incurred by Bank of America as a result of any variation in rates of exchange between the date of such award, judgment or order and the date of payment (or, in the case of partial payments, the date of each partial payment thereof) in the required currency.

(c) Each of these indemnities shall constitute an obligation separate and independent from the other obligations contained in this Application and Agreement, shall give rise to a separate and independent cause of action, shall apply irrespective of any indulgence granted by Bank of America from time to time, and shall continue in full force and effect notwithstanding any award, judgment or order for a liquidated sum in respect of an amount due under the Application and Agreement.

5. Governing Law and Rules. The Letter of Credit will be subject to, and performance under the Letter of Credit by Bank of America, its correspondents, and the beneficiary will be governed by, the rules of the "International Standby Practices 1998" ("ISP98") or such later revision as may be published by the Institute of International Banking Law & Practice, subject to applicable laws. The Letter of Credit and this Application and Agreement shall be governed by and construed under the laws of the state in the United States where Bank of America issues the Letter of Credit, without reference to that state's provisions regarding conflicts of laws, to the jurisdiction of which the parties hereto submit. If the Letter of Credit is not issued in any state, the law of the State of California will govern.

6. Applicant Status. The word "Applicant" in this Application and Agreement refers to each signer (other than Bank of America) of this Application and Agreement. If this Application and Agreement is signed by more than one Applicant, their obligations under this Application and Agreement shall be joint and several.

7. Representations and Warranties. Applicant represents and warrants to Bank of America that it has the authority to enter into this Application and Agreement and it will not violate or conflict with any of the provisions of its constituent documents or any other agreement or undertaking to which it is a party or to which it is bound.

8. Miscellaneous.

(a) No delay, extension of time, renewal, compromise or other indulgence which may occur or be granted by Bank of America shall impair the rights and powers of Bank of America hereunder. Bank of America shall not be deemed to have waived any of its rights hereunder, unless Bank of America shall have signed such waiver in writing.

(b) Any notice from Bank of America to Applicant shall be sent to the address of Applicant set forth on the Application and shall be effective upon receipt by Applicant. Any notice from Applicant to Bank of America shall be sent to the address of Bank of America specified by Bank of America to Applicant and shall be effective upon receipt by Bank of America.

(c) Each provision of this Application and Agreement shall be interpreted in such manner as to be effective and valid under applicable law but if any provision of this Application and Agreement shall be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Application and Agreement.

(d) Any and all payments made to Bank of America hereunder shall be made free and clear of and without deduction for any present or future taxes, levies, imposts, deductions, charges or withholdings, and all liabilities with respect thereto, excluding income or franchise taxes imposed by the United States and any political subdivisions thereof (such nonexcluded taxes being herein called "Taxes"). If Applicant shall be required by law to deduct any Taxes from or in respect of any sum payable hereunder, (i) the sum payable shall be increased as may be necessary so that after making all required deductions (including deductions applicable to additional sums payable under this Section 8(d)), Bank of America shall receive an amount equal to the sum Bank of America would have received had no such deductions been made, (ii) Applicant shall make such deductions, and (iii) Applicant shall pay the full amount deducted to the relevant authority in accordance with applicable law. Applicant will indemnify Bank of America for the full amount of Taxes (including, without limitation, any Taxes imposed by any jurisdiction on amounts payable under this Section 8(d)) paid by Bank of America and any liability (including penalties, interest and expenses) arising therefrom or with respect thereto, whether or not such Taxes were correctly or legally asserted. This indemnification shall be made within 30 days from the date Bank of America makes written demand therefor. Within 30 days after the date of any payment of Taxes, Applicant will furnish to Bank of America the original or a certified copy of a receipt evidencing payment thereof.

(e) This Application and Agreement shall be binding upon Applicant, its successors and assigns, and shall inure to the benefit of Bank of America, its successors, transferees and assigns; provided that any assignment by Applicant of any of its rights or obligations under this Application and Agreement without the prior written consent of Bank of America shall be void.

(f) Unless the Applicant has specified in the Application that the wording of the Letter of Credit must be exact, Applicant understands that the final form of the Letter of Credit may vary from the wording specified in the Application, and Applicant authorizes Bank of America to make such changes, not materially inconsistent with the Application, which Bank of America deems necessary or appropriate. Applicant understands that the risk to Applicant is greater if Applicant requests a standby letter of credit which requires only a draft, rather than a standby letter of credit which requires supporting documentation.

(g) In the event of any change or modification, with the consent of Applicant, which consent may be given by any means of submission acceptable to Bank of America, including, without limitation, computer, facsimile or telex, relative to the Letter of Credit or any instrument called for hereunder, including any waiver made or in good faith believed by Bank of America to have been made by Applicant of any term hereof or the noncompliance of any such instruments with the terms of the Letter of Credit, this Application and Agreement shall be binding upon Applicant with regard to the Letter of Credit as so changed or modified, and to any action taken by Bank of America or any of its correspondents relative thereto. No term or provision of this Application and Agreement can be changed orally, but only in writing and signed by Applicant and Bank of America.

(h) Bank of America assumes no liability or responsibility for the consequences arising out of delay and/or loss in transit of any message, letter or documentation, or for delay, mutilation or other error arising in the transmission of any telecommunication. In no event shall Bank of America be liable for any special, indirect, consequential or exemplary damages.

(i) If Applicant includes in the Application any language describing events or conditions that would not be possible for Bank of America to verify solely from the documents required to be presented under the Letter of Credit, Applicant acknowledges and agrees that Bank of America has no obligation to verify compliance with such requirements.

NOTICE OF FINAL AGREEMENT. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

This Application and Agreement is executed by Applicant on Oct. 13, 2000

...me of Applicant

...R. Grace & Co. - Conn

[signature]

...ert M. Tarola Title S.V.P. & C.F.O.

...me of Applicant (if any, co-signing with the Applicant above)

Title

...HERE SPECIMEN SIGNATURES OF THE APPLICANT NAMED ABOVE ARE NOT ON FILE WITH BANK ...AMERICA, THE FOLLOWING SIGNATURE VERIFICATION IS REQUIRED.

...above signature of an officer, partner or agent of each Applicant indicated above conforms to that on file ...h us and such officer, partner or agent is fully authorized to sign this Agreement for such Applicant.

BANK (Full Name) (Bank Address)

...orized Signature/Title (Specimen signature of the signer must be on file with Bank of America):

...-05215 11-1999

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| 05-35-05219: | ☐ Trade Operations | | Mail Code# |
| COMMISSION | ☐ Per Standard Fee Schedule<br>☐ Charge Directly | ☐ Other<br>☐ Commissions and Charges only | ☐ Charge Banking Center<br>☐ Drawings, Commissions and Charges |
| APPROVING OFFICER (Printed Name) | | PHONE # | |
| OFFICER TELEPHONE # | | FAX # | |
| DDA APPLICANT A/C # | | | |
| APPROVING BANK OFFICER SIGNATURE | | | |
| OFFICER - INTEROFFICE ADDRESS | | | |
| OFFICER NUMBER AND COST CENTER | | | |

BankofAmerica

06/10/02
Attn: Michael J. McKenney
Fax: 704-386-1759

From: Dale J. Robertson
Fax: 312-974-0142

PAGE: 1

DATE: JULY 31, 2000

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 7403968

BENEFICIARY
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA
AMERICAN HOME ASSURANCE COMPANY
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
COMMERCE AND INDUSTRY INSURANCE COMPANY
AIU INSURANCE COMPANY
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA
ILLINOIS NATIONAL INSURANCE COMPANY
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY
NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA
AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY
GRANITE STATE INSURANCE COMPANY
NEW HAMPSHIRE INSURANCE COMPANY
LANDMARK INSURANCE COMPANY
AND ANY OTHER AFFILIATE OF ANY OF THESE, AS THEIR INTERESTS MAY APPEAR
P.O. BOX 923
WALL STREET STATION
NEW YORK, NY 10268
ATTN: MR. ART STILLWELL

APPLICANT
W.R. GRACE AND COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

AMOUNT
USD 2,190,000.00
TWO MILLION ONE HUNDRED NINETY THOUSAND AND 00/100'S US DOLLARS

EXPIRATION
JULY 31, 2001 AT OUR COUNTERS

WE HEREBY ESTABLISH THIS IRREVOCABLE LETTER OF CREDIT NO. 7403968 IN FAVOR OF THE AFORESAID ADDRESSEE ("BENEFICIARY") FOR DRAWINGS UP TO UNITED STATES DOLLARS USD.2,190,000.00 (TWO MILLION ONE HUNDRED NINETY THOUSAND AND NO/100 UNITED STATES DOLLARS) EFFECTIVE IMMEDIATELY. THIS LETTER OF CREDIT IS ISSUED, PRESENTABLE AND PAYABLE AT OUR OFFICE AT 231 S. LASALLE STREET, CHICAGO, ILLINOIS 60697, MAIL CODE: IL1-231-17-00 AND EXPIRES WITH OUR CLOSE OF BUSINESS ON JULY 31, 2001.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF THE NAMED BENEFICIARY, INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR, REHABILITATOR, RECEIVER OR CONSERVATOR.

WE HEREBY UNDERTAKE TO DULY HONOR YOUR SIGHT DRAFT(S) DRAWN ON US, INDICATING OUR CREDIT NUMBER 7403968, FOR ALL OR ANY PART OF THIS CREDIT IF PRESENTED AT OUR OFFICE SPECIFIED IN PARAGRAPH ONE ON OR

OCT 27 2004 Case 01-01139-AMC Doc 21752-1 Filed 05/19/09 Page 7 of 13 P.02/04

Bank of America

PAGE: 2

THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 7403968

BEFORE THE EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED EXPIRY DATE.

EXCEPT AS EXPRESSLY STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO ANY AGREEMENT, CONDITION OR QUALIFICATION. THE OBLIGATION OF BANK OF AMERICA N.A. UNDER THIS LETTER OF CREDIT IS THE INDIVIDUAL OBLIGATION OF BANK OF AMERICA N.A., AND IS IN NO WAY CONTINGENT UPON REIMBURSEMENT WITH RESPECT THERETO.

IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE DEEMED AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ONE YEAR FROM THE EXPIRY DATE HEREOF, OR ANY FUTURE EXPIRATION DATE, UNLESS AT LEAST THIRTY DAYS PRIOR TO ANY EXPIRATION DATE WE NOTIFY YOU BY REGISTERED MAIL OR COURIER THAT WE ELECT NOT TO CONSIDER THIS LETTER OF CREDIT RENEWED FOR ANY SUCH ADDITIONAL PERIOD.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK, AND THE 1993 REVISION OF THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS OF THE INTERNATIONAL CHAMBER OF COMMERCE (PUBLICATION NO. 500) AND, IN THE EVENT OF ANY CONFLICT, THE LAWS OF THE STATE OF NEW YORK WILL CONTROL. IF THIS CREDIT EXPIRES DURING AN INTERRUPTION OF BUSINESS AS DESCRIBED IN ARTICLE 17 OF SAID PUBLICATION 500, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT PAYMENT IF THIS CREDIT IS DRAWN AGAINST WITHIN THIRTY (30) DAYS AFTER THE RESUMPTION OF BUSINESS.

IF YOU REQUIRE ANY ASSISTANCE OR HAVE ANY QUESTIONS REGARDING THIS TRANSACTION, PLEASE CALL 312-923-5885.

AUTHORIZED SIGNATURE AUTHORIZED SIGNATURE

THIS DOCUMENT CONSISTS OF 2 PAGE(S).

Bank of America, N.A. Trade Operations
Mail Code: IL1-231-17-00
231 S. LaSalle Street, 17th Floor, Chicago, IL 60697
00-33-6201NSD

COPY

Recycled

**Bank of America**

Application and Agreement for Standby Letter of Credit
TO: Bank of America, N.A. ("Bank of America)

For Bank of America Use Only
L/C No. ____________

## A. Application.

1. W. R. Grace & Co. - Conn ("Applicant") requests Bank of America to issue an irrevocable standby letter of Credit ("Letter of Credit") as follows:

☐ Full text teletransmission ☐ Airmail with brief preliminary teletransmission advice ☐ Airmail ☒ Courier

2. Applicant Address:
W.R. Grace & Co. - Conn.
7500 Grace Drive
Columbia, MD 21044
410-531-4000

3. For Account of (Name and address, if different from Applicant):

4. Advising Bank:

5. In favor of (Beneficiary Name and Address):
AIG
PO Box 923
Wall Street Station
NYC, NY 10268
attn: Art Stillwell

6. Amount: TWO MILLION ONE HUNDRED AND NINETY THOUSAND DOLLARS ( $2,190,000 )
(in words and figures)

Currency: United States Dollar

Expiration Date. Drafts to be drawn on and presented at Bank of America's Address set forth in the Letter of Credit on or before: Jul 31,2001

☐ If this box is marked, Applicant authorizes Bank of America to effect payment of any sums due under this Application and Agreement by means of debiting Applicant's account with Bank of America set forth below. This authorization does not effect the obligation of Applicant to pay such sums when due. If there are insufficient funds in such account to make such payment when due, or if Bank of America fails to debit the account, and this authorization does not affect any setoff rights of Bank of America at law or equity. Applicant's account number with Bank of America is ____________.

7. Available by drafts drawn at sight on Bank of America when accompanied by the following documentation:
1. The original Letter of Credit.
2. The signed statement of the Beneficiary worded as follows (state wording that is to appear in the statement accompanying the draft; Specify if such wording must be exact): SEE ATTACHED

8. Special Instructions:

1 - also fax copy of final documents to attn: Martin Hunter at fax# 410-531-4461

2 - part B of this Application and Agreement for Standby Letter of Credit is amended by the attached "Rider to Application and Agreement for Standby Letter of Credit made by W. R. Grace & Co. - Conn."

## F. Agreement.

In consideration of Bank of America's issuing the Letter of Credit at the request of Applicant, Applicant agrees to the following:

1. *Applicant Payments.*

(a) Applicant shall pay Bank of America, on demand, all amounts paid by Bank of America under or in respect of the Letter of Credit.

(b) On each fee payment date, so long as any undrawn amount of the Letter of Credit remains available, Applicant shall pay Bank of America a Letter of Credit fee. The fee payment date(s) shall be the date(s) as Applicant and Bank of America may agree, or in the absence of such agreement, the fee payment date shall be the date on which the Bank of America issues the Letter of Credit. The fee shall be at such rate per annum as Applicant and Bank of America may agree, or in the absence of such agreement, at the rate customarily charged by Bank of America at the time such fee is payable, based upon Applicant's creditworthiness, as determined by Bank of America in its sole discretion. The applicable Letter of Credit fee shall be calculated and payable on the undrawn amount of the Letter of Credit as of each fee payment date, and shall be for the period commencing on such fee payment date and ending on the day preceding the next fee payment date (or the expiration date of the Letter of Credit, as the case may be), both dates inclusive. The Letter of Credit fee will be computed on the basis of a 360-day year and actual days elapsed. Bank of America shall not be required to refund any portion of the Letter of Credit fee paid for any period during which (a) the Letter of Credit expires or otherwise terminates, or (b) the undrawn amount of the Letter of Credit is reduced by drawings or by amendment.

(c) Applicant shall pay Bank of America, on demand, commissions and fees for amendments to, payments under, extensions of or cancellation of the Letter of Credit, and other services in the amounts Applicant and Bank of America may agree, or, in the absence of such agreement, in the amounts customarily charged by Bank of America on the date of Bank of America's demand.

(d) All payments and deposits by Applicant under this Application and Agreement shall be made at the banking center or office Bank of America may designate from time to time. Bank of America shall have no obligation to pay Applicant interest on any deposit made by Applicant under this Application and Agreement.

(e) (i) All payments and deposits by Applicant under this Application and Agreement shall be in the currency in which the Letter of Credit is payable, except that Bank of America may, at its option, require payments and deposits by Applicant under this Application and Agreement to be made in U.S. Dollars if the Letter of Credit is payable in a foreign currency.

(ii) The amount of each payment and each deposit by Applicant under this Application and Agreement in U.S. Dollars for a Letter of Credit payable in a foreign currency shall be determined by converting the relevant amount to U.S. Dollars at the Conversion Rate in effect:

(A) with respect to each payment under Section 1(a) of this Agreement, on the date the payment is made by Bank of America under or in respect of the Letter of Credit; and

(B) with respect to each payment not falling under the preceding clause (A) and each deposit, on the date of Bank of America's demand for such payment or deposit.

(iii) If a U.S. Dollar deposit by Applicant under this Application and Agreement for a Letter of Credit payable in a foreign currency becomes less than the U.S. Dollar equivalent of the undrawn amount of the Letter of Credit because of any variation in rates of exchange, Applicant shall deposit with Bank of America, on demand, additional amounts in U.S. Dollars so that the total amount deposited by Applicant under this Application and Agreement is not less than the U.S. Dollar equivalent of the undrawn amount of the Letter of Credit, determined by using the Conversion Rate on the date of Bank of America's latest demand.

(iv) "Conversion Rate" means the rate quoted by Bank of America for the purchase from Bank of America of the relevant foreign currency with U.S. Dollars.

(f) Applicant shall reimburse or compensate Bank of America, on demand, for all costs incurred, losses suffered and payments made by Bank of America, which are applied or allocated by Bank of America to the Letter of Credit (as determined by Bank of America) by reason of any and all present and future reserve, capital, deposit, assessment or similar requirements against (or against any class of or change in or in the amount of) assets or liabilities of, or commitments or extensions of credit by, Bank of America.

(g) Applicant shall pay interest, on demand, on any amount not paid when due under this Application and Agreement from the due date until payment in full at a rate per annum equal to the rate of interest publicly announced from time to time by Bank of America as its prime rate, plus three percentage points (not to exceed the maximum rate permitted by applicable law). The prime rate is set by Bank of America based on various factors, including Bank of America's costs and desired return, general economic conditions and other factors, and is used as a reference point for pricing some credits. Bank of America may price credit at, above or below the prime rate. Any change in Bank of America's prime rate shall take effect at the opening of business on the day specified in Bank of America's public announcement of a change in Bank of America's prime rate. Interest will be computed on the basis of a 360-day year and actual days elapsed.

2. *Deposit Events.* Upon the occurrence of any of the following events, Applicant shall deposit with Bank of America, on demand (except that such demand shall not be required in the event of an occurrence described in (b) below) and as cash security for Applicant's obligations to Bank of America under this Application and Agreement, an amount equal to the undrawn amount of the Letter of Credit:

(a) Applicant defaults under any provision of this Application and Agreement;

(b) Any bankruptcy or similar proceeding is commenced with respect to Applicant;

(c) Any default occurs under any other agreement involving the borrowing of money or the extension of credit under which Applicant may be obligated as borrower, installment purchaser or guarantor, if such default consists of the failure to pay any indebtedness when due or if such default permits or causes the acceleration of any indebtedness or the termination of any commitment to lend or to extend credit;

(d) Applicant or any of its affiliates defaults on any other obligation to Bank of America;

(e) In the opinion of Bank of America, any material adverse change occurs in Applicant's business, operations, financial condition or ability to perform its obligations under this Application and Agreement;

(f) Any guarantee of Applicant's obligations under this Application and Agreement terminates, is revoked or its validity is contested by the guarantor, or any of the events set forth in (b) through (e) above occur with respect to the guarantor rather than the Applicant; or

(g) Any court order, injunction or other legal process is issued restraining or seeking to restrain drawing of payment under the Letter of Credit.

3. *Charge to Accounts.* If Bank of America is unable to debit the account, if any, specified on the Application, Applicant authorizes Bank of America to charge any of Applicant's accounts with Bank of America, or any affiliate of Bank of America, for all amounts then due and payable to Bank of America under this Application and Agreement.

4. *Indemnities.*

(a) Applicant will indemnify and hold Bank of America (such term to include for purposes of this Section 4 affiliates of Bank of America and its and its affiliates' officers, directors, employees and agents) harmless from and against (i) all loss or damage arising out of the issuance by Bank of America of, or any other action taken by any such indemnified party in connection with, the Letter of Credit including any loss or damage arising in whole or in part from the negligence of the party seeking indemnification, but excluding any loss or damage resulting from the gross negligence or willful misconduct of the party seeking indemnification, and (ii) all costs and expenses (including reasonable attorneys' fees and allocated costs of in-house counsel and legal expenses) of all claims or legal proceedings arising out of the issuance by Bank of America of the Letter of Credit or incident to the collection of amounts owed by Applicant hereunder or the enforcement of the rights of Bank of America hereunder, including, without limitation, legal proceedings related to any court order, injunction, or other process or decree restraining or seeking to restrain Bank of America from paying any amount under the Letter of Credit. Additionally, Applicant will indemnify and hold Bank of America harmless from and against all claims, losses, damages, suits, costs or expenses (including reasonable attorneys' fees and allocated costs of in-house counsel, and legal expenses) arising out of Applicant's failure to timely procure licenses or comply with applicable laws, regulations or rules, or any other conduct or failure of Applicant relating to or affecting the Letter of Credit.

(b) If any award, judgment or order is given or made for the payment of any amount due under this Application and Agreement and such award, judgment or order is expressed in a currency other than the currency required under this Application and Agreement, Applicant shall indemnify Bank of America against and hold Bank of America harmless from all loss and damage incurred by Bank of America as a result of any variation in rates of exchange between the date of such award, judgment or order and the date of payment (or, in the case of partial payments, the date of each partial payment thereof) in the required currency.

(c) Each of these indemnities shall constitute an obligation separate and independent from the other obligations contained in this Application and Agreement, shall give rise to a separate and independent cause of action, shall apply irrespective of any indulgence granted by Bank of America from time to time, and shall continue in full force and effect notwithstanding any award, judgment or order for a liquidated sum in respect of an amount due under this Application and Agreement.

5. *Governing Law and Rules.* The Letter of Credit will be subject to, and performance under the Letter of Credit by Bank of America, its correspondents, and the beneficiary will be governed by, the rules of the "International Standby Practices 1998" ("ISP98") or such later revision as may be published by the Institute of International Banking Law & Practice, subject to applicable laws. The Letter of Credit and this Application and Agreement shall be governed by and construed under the laws of the state in the United States where Bank of America issues the Letter of Credit, without reference to that state's provisions regarding conflicts of laws, to the jurisdiction of which the parties hereto submit. If the Letter of Credit is not issued in any state, the law of the State of California will govern.

6. *Applicant Status.* The word "Applicant" in this Application and Agreement refers to each signer (other than Bank of America) of this Application and Agreement. If this Application and Agreement is signed by more than one Applicant, their obligations under this Application and Agreement shall be joint and several.

7. *Representations and Warranties.* Applicant represents and warrants to Bank of America that it has the authority to enter into this Application and Agreement and it will not violate or conflict with any of the provisions of its constituent documents or any other agreement or undertaking to which it is a party or to which it is bound.

8. *Miscellaneous.*

(a) No delay, extension of time, renewal, compromise or other indulgence which may occur or be granted by Bank of America shall impair the rights and powers of Bank of America hereunder. Bank of America shall not be deemed to have waived any of its rights hereunder, unless Bank of America shall have signed such waiver in writing.

(b) Any notice from Bank of America to Applicant shall be sent to the address of Applicant set forth on the Application and shall be effective upon receipt by Applicant. Any notice from Applicant to Bank of America shall be sent to the address of Bank of America specified by Bank of America to Applicant and shall be effective upon receipt by Bank of America.

(c) Each provision of this Application and Agreement shall be interpreted in such manner as to be effective and valid under applicable law but if any provision of this Application and Agreement shall be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Application and Agreement.

(d) Any and all payments made to Bank of America hereunder shall be made free and clear of and without deduction for any present or future taxes, levies, imposts, deductions, charges or withholdings, and all liabilities with respect thereto, excluding income or franchise taxes imposed by the United States and any political subdivisions thereof (such nonexcluded taxes being herein called "Taxes"). If Applicant shall be required by law to deduct any Taxes from or in respect of any sum payable hereunder, (i) the sum payable shall be increased as may be necessary so that after making all required deductions (including deductions applicable to additional sums payable under this Section 8(d)), Bank of America shall receive an amount equal to the sum Bank of America would have received had no such deductions been made, (ii) Applicant shall make such deductions, and (iii) Applicant shall pay the full amount deducted to the relevant authority in accordance with applicable law. Applicant will indemnify Bank of America for the full amount of Taxes (including, without limitation, any Taxes imposed by any jurisdiction on amounts payable under this Section 8(d)) paid by Bank of America and any liability (including penalties, interest and expenses) arising therefrom or with respect thereto, whether or not such Taxes were correctly or legally asserted. This indemnification shall be made within 30 days from the date Bank of America makes written demand therefor. Within 30 days after the date of any payment of Taxes, Applicant will furnish to Bank of America the original or a certified copy of a receipt evidencing payment thereof.

(e) This Application and Agreement shall be binding upon Applicant, its successors and assigns, and shall inure to the benefit of Bank of America, its successors, transferees and assigns; provided that any assignment by Applicant of any of its rights or obligations under this Application and Agreement without the prior written consent of Bank of America shall be void.

(f) Unless the Applicant has specified in the Application that the wording of the Letter of Credit must be exact, Applicant understands that the final form of the Letter of Credit may vary from the wording specified in the Application, and Applicant authorizes Bank of America to make such changes, not materially inconsistent with the Application, which Bank of America deems necessary or appropriate. Applicant understands that the risk to Applicant is greater if Applicant requests a standby letter of credit which requires only a draft, rather than a standby letter of credit which requires supporting documentation.

(g) In the event of any change or modification, with the consent of Applicant, which consent may be given by any means of submission acceptable to Bank of America, including, without limitation, computer, facsimile or telex, relative to the Letter of Credit or any instrument called for hereunder, including any waiver made or in good faith believed by Bank of America to have been made by Applicant of any term hereof or the noncompliance of any such instruments with the terms of the Letter of Credit, this Application and Agreement shall be binding upon Applicant with regard to the Letter of Credit as so changed or modified, and to any action taken by Bank of America or any of its correspondents relative thereto. No term or provision of this Application and Agreement can be changed orally, but only in writing and signed by Applicant and Bank of America.

(h) Bank of America assumes no liability or responsibility for the consequences arising out of delay and/or loss in transit of any message, letter or documentation, or for delay, mutilation or other error arising in the transmission of any telecommunication. In no event shall Bank of America be liable for any special, indirect, consequential or exemplary damages.

(i) If Applicant includes in the Application any language describing events or conditions that would not be possible for Bank of America to verify solely from the documents required to be presented under the Letter of Credit, Applicant acknowledges and agrees that Bank of America has no obligation to verify compliance with such requirements.

**NOTICE OF FINAL AGREEMENT. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

This Application and Agreement is executed by Applicant on ____________________

Name of Applicant
W. R. Grace & Co. - Conn

By: [signature] Title:
Elyse Napoli Filon — Assistant Treasurer

Name of Applicant (if any, co-signing with the Applicant above)

By: Title:

(WHERE SPECIMEN SIGNATURES OF THE APPLICANT NAMED ABOVE ARE NOT ON FILE WITH BANK OF AMERICA, THE FOLLOWING SIGNATURE VERIFICATION IS REQUIRED.)

The above signature of an officer, partner or agent of each Applicant indicated above confirms to that on file with us and such officer, partner or agent is fully authorized to sign this Agreement for such Applicant.

By: BANK (Full Name) (Bank Address)

Authorized Signature/Title (Specimen signature of the signer must be on file with Bank of America)

05-35-0521B 11-1999

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| 05-35-0521B | ☐ Trade Operations | Mail Code# | |
| Commission | ☐ Per Standard Fee Schedule<br>☐ Charge Directly | ☐ Other<br>☐ Commitment and Charges only | ☐ Charge Banking Center<br>☐ Drawings, Commissions and Charges |
| APPROVING OFFICER (Printed Name) | | PHONE # | |
| OFFICER TELEPHONE # | | FAX # | |
| DDA APPLICANT A/C # | | | |
| APPROVING BANK OFFICER SIGNATURE | | | |
| OFFICER - INTEROFFICE ADDRESS | | | |
| OFFICER NUMBER AND COST CENTER | | | |

**Bank of America**

DATE SEPTEMBER 16, 2002

AMENDMENT TO IRREVOCABLE DOCUMENTARY CREDIT NUMBER 07404163

BENEFICIARY
NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA
AMERICAN HOME ASSURANCE COMPANY
THE INSURANCE COMPANY OF THE STATE

APPLICANT
W.R. GRACE AND CO. - CONN
7500 GRACE DRIVE
COLUMBIA, MD 21044

EXPIRY
SEPTEMBER 15, 2003

DEAR SIR(S),

THIS AMENDMENT IS TO BE CONSIDERED AS PART OF THE ABOVE LETTER OF CREDIT AND MUST BE ATTACHED HERETO.

THE ABOVE NAMED LETTER OF CREDIT IS AMENDED AS FOLLOWS:

VALIDITY EXTENDED TO: SEPTEMBER 15, 2003

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

BANK OF AMERICA

FOR CASHIER

FOR CASHIER

Bank of America, N.A. Trade Operations
Mail Code: IL1-231-17-00
231 S. LaSalle Street, 17th Floor, Chicago, IL 60697


DATE: SEPTEMBER 15, 2000

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 7404163

BENEFICIARY
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA
AMERICAN HOME ASSURANCE COMPANY
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
COMMERCE AND INDUSTRY INSURANCE COMPANY
AIU INSURANCE COMPANY
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA
ILLINOIS NATIONAL INSURANCE COMPANY
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY
NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA
AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY
GRANITE STATE INSURANCE COMPANY
NEW HAMPSHIRE INSURANCE COMPANY
LANDMARK INSURANCE COMPANY,

AND ANY OTHER AFFILIATE OF ANY OF THESE, AS THEIR INTERESTS MAY APPEAR
P.O. BOX 923
WALL STREET STATION
NEW YORK, N.Y. 10268
ATTN: MR. ART STILLWELL

APPLICANT
W.R. GRACE AND CO. - CONN
7500 GRACE DRIVE
COLUMBIA, MD 21044

AMOUNT
USD 6,000,000.00
SIX MILLION AND 00/100'S US DOLLARS

EXPIRATION
SEPTEMBER 15, 2001 AT OUR COUNTERS

WE HEREBY ESTABLISH THIS IRREVOCABLE LETTER OF CREDIT IN FAVOR OF THE AFORESAID ADDRESSES ("BENEFICIARY") FOR DRAWINGS UP TO UNITED STATES DOLLARS 6,000,000.00 (SIX MILLION AND NO/100 UNITED STATES DOLLARS) EFFECTIVE IMMEDIATELY. THIS LETTER OF CREDIT IS ISSUED, PRESENTABLE AND PAYABLE AT OUR OFFICE AT 231 S. LASALLE STREET, CHICAGO, ILLINOIS 60697, MAIL CODE: IL1-231-17-00 AND EXPIRES WITH OUR CLOSE OF BUSINESS ON SEPTEMBER 15, 2001.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF THE NAMED BENEFICIARY, INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR, REHABILITATOR, RECEIVER OR CONSERVATOR.

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN ON US, INDICATING OUR CREDIT NUMBER 7404163, FOR ALL OR ANY PART OF THIS CREDIT IF PRESENTED AT OUR OFFICE SPECIFIED IN PARAGRAPH ONE ON OR BEFORE THE EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED EXPIRY DATE.

**Application and Agreement for Standby Letter of Credit**
TO: Bank of America, N.A. ("Bank of America")

L/C N° 7404163

Doc TRK 6560582

**A. Application.**

1. W. R. Grace & Co. - Conn ("Applicant") requests Bank of America to issue an irrevocable standby letter of Credit ("Letter of Credit") as follows:

☐ Full text teletransmission ☐ Airmail with brief preliminary teletransmission advice ☐ Airmail ☒ Courier

2. Applicant Address:
W.R. Grace & Co. - Conn
7500 Grace Drive
Columbia, MD 21044
410-531-4000

3. For Account of (Name and address, if different from Applicant):

4. Advising Bank:

5. In favor of (Beneficiary Name and Address):
See attached format

6. Amount: Six million dollars (in words and figures) ( $6,000,000 )

Currency United States Dollar

Expiration Date. Drafts to be drawn on and presented at Bank of America's Address set forth in the Letter of Credit on or before: 1 year after LC is issued

☐ If this box is marked, Applicant authorizes Bank of America to effect payment of any sums due under this Application and Agreement by means of debiting Applicant's account with Bank of America set forth below. This authorization does not effect the obligation of Applicant to pay such sums when due, if there are insufficient funds in such account to make such payment when due, or if Bank of America fails to debit the account, and this authorization does not affect any setoff rights of Bank of America at law or equity. Applicant's account number with Bank of America is ______

7. Available by drafts drawn at sight on Bank of America when accompanied by the following documentation:
1. The original Letter of Credit
2. The signed statement of the Beneficiary worded as follows (state wording that is to appear in the statement accompanying the draft. Specify if such wording must be exact): See attached format.

8. Special Instructions:

1 - also fax copy of final documents to attn: Ren Lapidario at fax# 410-531-4461

2 - part B of this Application and Agreement for Standby Letter of Credit is amended by the attached "Rider to Application and Agreement for Standby Letter of Credit made by W. R. Grace & Co. - Conn."

RELEASED
S. Perez
EP 9-15-00
Standby - Chicago

(a) Applicant shall pay Bank of America, on demand, all amounts paid by Bank of America under or in respect of the Letter of Credit.

(b) On each fee payment date, so long as any undrawn amount of the Letter of Credit remains available, Applicant shall pay Bank of America a Letter of Credit fee. [illegible] fee payment date(s) shall be the date(s) as Applicant and Bank of America may agree, or in the absence of such agreement, the fee payment date shall be the date on which the Bank of America issues the Letter of Credit. The fee shall be at such rate per annum as Applicant and Bank of America may agree, or in the absence of such agreement, at the rate customarily charged by Bank of America at the time such fee is payable, based upon Applicant's creditworthiness, as determined by Bank of America in its sole discretion. The applicable Letter of Credit fee shall be calculated and payable on the undrawn amount of the Letter of Credit as of each fee payment date, and shall be for the period commencing on such fee payment date and ending on the day preceding the next fee payment date (or the expiration date of the Letter of Credit, as the case may be), both dates inclusive. The Letter of Credit fee will be computed on the basis of a 360-day year and actual days elapsed. Bank of America shall not be required to refund any portion of the Letter of Credit fee paid for any period during which (a) the Letter of Credit expires or otherwise terminates, or (b) the undrawn amount of the Letter of Credit is reduced by drawings or by amendment.

(c) Applicant shall pay Bank of America, on demand, commissions and fees for amendments to, payments under, extensions of or cancellation of the Letter of Credit, and other services in the amounts Applicant and Bank of America may agree, or, in the absence of such agreement, in the amounts customarily charged by Bank of America on the date of Bank of America's demand.

(d) All payments and deposits by Applicant under this Application and Agreement shall be made at the banking center or office Bank of America may designate from time to time. Bank of America shall have no obligation to pay Applicant interest on any deposit made by Applicant under this Application and Agreement.

(e) (i) All payments and deposits by Applicant under this Application and Agreement shall be in the currency in which the Letter of Credit is payable, except that Bank of America may, at its option, require payments and deposits by Applicant under this Application and Agreement to be made in U.S. Dollars if the Letter of Credit is payable in a foreign currency.

(ii) The amount of each payment and each deposit by Applicant under this Application and Agreement in U.S. Dollars for a Letter of Credit payable in a foreign currency shall be determined by converting the relevant amount to U.S. Dollars at the Conversion Rate in effect:

(A) with respect to each payment under Section 1(a) of this Agreement, on the date the payment is made by Bank of America under or in respect of the Letter of Credit and [illegible]

(B) with respect to each payment not falling under the preceding clause (A) and each deposit, on the date of Bank of America's demand for such payment or deposit.

(iii) If a U.S. Dollar deposit by Applicant under this Application and Agreement for a Letter of Credit payable in a foreign currency becomes less than the U.S. Dollar equivalent of the undrawn amount of the Letter of Credit because of any variation in rates of exchange, Applicant shall deposit with Bank of America, on demand, additional amounts in U.S. Dollars so that the total amount deposited by Applicant under this Application and Agreement is not less than the U.S. Dollar equivalent of the undrawn amount of the Letter of Credit, determined by using the Conversion Rate on the date of Bank of America's latest demand.

(iv) "Conversion Rate" means the rate quoted by Bank of America for the purchase from Bank of America of the relevant foreign currency with U.S. Dollars.

(f) Applicant shall reimburse or compensate Bank of America, on demand, for all costs incurred, losses suffered and payments made by Bank of America which are applied or allocated by Bank of America to the Letter of Credit (as determined by Bank of America) by reason of any and all present or future reserve, capital, deposit, assessment or similar requirements against (or against any class of or change in or in the amount of) assets or liabilities of, or commitments or extensions of credit by, Bank of America.

(g) Applicant shall pay interest, on demand, on any amount not paid when due under this Application and Agreement from the due date until payment in full at a rate per annum equal to the rate of interest publicly announced from time to time by Bank of America as its prime rate, plus three percentage points (not to exceed the maximum rate permitted by applicable law). The prime rate is set by Bank of America based on various factors, including Bank of America's costs and desired return, general economic conditions and other factors, and is used as a reference point for pricing some credits. Bank of America may price credit at, above or below the prime rate. Any change in Bank of America's prime rate shall take effect at the opening of business on the day specified in Bank of America's public announcement of a change in Bank of America's prime rate. Interest will be computed on the basis of a 360-day year and actual days elapsed.

2. **Deposit Events.** Upon the occurrence of any of the following events, Applicant shall deposit with Bank of America, on demand (except that such demand shall not be required in the event of an occurrence described in (b) below) and as cash security for Applicant's obligations to Bank of America under this Application and Agreement, an amount equal to the undrawn amount of the Letter of Credit:

(a) Applicant defaults under any provision of this Application and Agreement.

(b) Any bankruptcy or similar proceeding is commenced with respect to Applicant.

(c) Any default occurs under any other agreement involving the borrowing of money or the extension of credit under which Applicant may be obligated as borrower, installment purchaser or guarantor, if such default consists of the failure to pay any indebtedness when due or if such default permits or causes the acceleration of any indebtedness or the termination of any commitment to lend or to extend credit.

(d) Applicant or any of its affiliates defaults on any other obligation to Bank of America.

(e) In the opinion of Bank of America, any material adverse change occurs in Applicant's business, operations, financial condition or ability to perform its obligations under this Application and Agreement.

(f) Any guarantee of Applicant's obligations under this Application and Agreement terminates, is revoked or its validity is contested by the guarantor, or any of the events set forth in (b) through (e) above occur with respect to the guarantor rather than the Applicant; or

(g) Any court order, injunction or other legal process is issued restraining or seeking to restrain drawing or payment under the Letter of Credit.

3. **Charge to Accounts.** If Bank of America is unable to debit the account, if any, specified on the Application, Applicant authorizes Bank of America to charge any of Applicant's accounts with Bank of America, or any affiliate of Bank of America, for all amounts then due and payable to Bank of America under this Application and Agreement.

4. **Indemnities.**

(a) Applicant will indemnify and hold Bank of America (such term to include for purposes of this section 4 affiliates of Bank of America and its and its affiliates' officers, directors, employees and agents) harmless from and against (i) all loss or damage arising out of the issuance by Bank of America of, or any other action taken by any such indemnified party in connection with, the Letter of Credit (including any loss or damage arising in whole or in part from the negligence of the party seeking indemnification, but excluding any loss or damage resulting from the gross negligence or willful misconduct of the party seeking indemnification), and (ii) all costs and expenses (including reasonable attorneys' fees and allocated costs of in-house counsel and legal expenses) of all claims or legal proceedings arising out of the issuance by Bank of America of the Letter of Credit or incident to the collection of amounts owed by Applicant hereunder or the enforcement of the rights of Bank of America hereunder, including, without limitation, legal proceedings related to any court order, injunction, or other process or decree restraining or seeking to restrain Bank of America from paying any amount under the Letter of Credit. Additionally, Applicant will indemnify and hold Bank of America

(b) If any award, judgment or order is given or made for the payment of any amount due under this Application and Agreement [illegible] award, judgment or order is expressed in a currency other than the currency required under this Application and Agreement, Applicant shall indemnify Bank of America against and hold Bank of America harmless from all loss and damage incurred by Bank of America as a result of variation in rates of exchange between the date of such award, judgment or order and the date of payment (or, in the case of partial payments, the date of such partial payment thereof) in the required currency.

(c) Each of these indemnities shall constitute an obligation separate and independent from the other obligations contained in this Application and Agreement, shall give rise to a separate and independent cause of action, shall apply irrespective of any indulgence granted by Bank of America from time to time, and shall continue in full force and effect notwithstanding any award, judgment or order for a liquidated sum in respect of an amount due under this Application and Agreement.

5. **Governing Law and Rules.** The Letter of Credit will be subject to, and performance under the Letter of Credit by Bank of America, its correspondents, and the beneficiary will be governed by, the rules of the "International Standby Practices 1998" ("ISP98") or such later revision as may be published by the Institute of International Banking Law & Practice, subject to applicable laws. The Letter of Credit and this Application and Agreement shall be governed by and construed under the laws of the state in the United States where Bank of America issues the Letter of Credit, without reference to that state's provisions regarding conflicts of laws, to the jurisdiction of which the parties hereto submit. If the Letter of Credit is not issued in any state, the law of the State of California will govern.

6. **Applicant Status.** The word "Applicant" in this Application and Agreement refers to each signer (other than Bank of America) of this Application and Agreement. If this Application and Agreement is signed by more than one Applicant, their obligations under this Application and Agreement shall be joint and several.

7. **Representations and Warranties.** Applicant represents and warrants to Bank of America that it has the authority to enter into this Application and Agreement and it will not violate or conflict with any of the provisions of its constituent documents or any other agreement or undertaking to which it is a party or to which it is bound.

8. **Miscellaneous.**

(a) No delay, extension of time, renewal, compromise or other indulgence which may occur or be granted by Bank of America shall impair the rights and powers of Bank of America hereunder. Bank of America shall not be deemed to have waived any of its rights hereunder, unless Bank of America shall have signed such waiver in writing.

(b) Any notice from Bank of America to Applicant shall be sent to the address of Applicant set forth on the Application and shall be effective upon receipt by Applicant. Any notice from Applicant to Bank of America shall be sent to the address of Bank of America specified by Bank of America to Applicant and shall be effective upon receipt by Bank of America.

(c) Each provision of this Application and Agreement shall be interpreted in such manner as to be effective and valid under applicable law but if any provision of this Application and Agreement shall be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Application and Agreement.

(d) Any and all payments made to Bank of America hereunder shall be made free and clear of and without deduction for any present or future taxes, levies, imposts, deductions, charges or withholdings, and all liabilities with respect thereto, excluding income or franchise taxes imposed by the United States and any political subdivisions thereof (such non-excluded taxes being herein called "Taxes"). If Applicant shall be required by law to deduct any Taxes from or in respect of any sum payable hereunder, (i) the sum payable shall be increased as may be necessary so that after making all required deductions (including deductions applicable to additional sums payable under this Section 8(d)), Bank of America shall receive an amount equal to the sum Bank of America would have received had no such deductions been made, (ii) Applicant shall make such deductions, and (iii) Applicant shall pay the full amount deducted to the relevant authority in accordance with applicable law. Applicant will indemnify Bank of America for the full amount of Taxes (including, without limitation, any Taxes imposed by any jurisdiction on amounts payable under this Section 8(d)) paid by Bank of America and any liability (including penalties, interest and expenses) arising therefrom or with respect thereto, whether or not such Taxes were correctly or legally asserted. This indemnification shall be made within 30 days from the date Bank of America makes written demand therefor. Within 30 days after the date of any payment of Taxes, Applicant will furnish to Bank of America the original or a certified copy of a receipt evidencing payment thereof.

(e) This Application and Agreement shall be binding upon Applicant, its successors and assigns, and shall inure to the benefit of Bank of America, its successors, transferees and assigns; provided that any assignment by Applicant of any of its rights or obligations under this Application and Agreement without the prior written consent of Bank of America shall be void.

(f) Unless the Applicant has specified in the Application that the wording of the Letter of Credit must be exact, Applicant understands that the final form of the Letter of Credit may vary from the wording specified in the Application, and Applicant authorizes Bank of America to make such changes, not materially inconsistent with the Application, which Bank of America deems necessary or appropriate. Applicant understands that the risk to Applicant is greater if Applicant requests a standby letter of credit which requires only a draft, rather than a standby letter of credit which requires supporting documentation.

(g) In the event of any change or modification, with the consent of Applicant, which consent may be given by any means of submission acceptable to Bank of America, including, without limitation, computer, facsimile or telex, relative to the Letter of Credit or any instrument called for hereunder, including any waiver made or in good faith believed by Bank of America to have been made by Applicant of any term hereof or the noncompliance of any such instruments with the terms of the Letter of Credit, this Application and Agreement shall be binding upon Applicant with regard to the Letter of Credit as so changed or modified, and to any action taken by Bank of America or any of its correspondents relative thereto. No term or provision of this Application and Agreement can be changed orally, but only in writing and signed by Applicant and Bank of America.

(h) Bank of America assumes no liability or responsibility for the consequences arising out of delay and/or loss in transit of any message, letter or documentation, or for delay, mutilation or other error arising in the transmission of any telecommunication. In no event shall Bank of America be liable for any special, indirect, consequential or exemplary damages.

(i) If Applicant includes in the Application any language describing events or conditions that would not be possible for Bank of America to verify solely from the documents required to be presented under the Letter of Credit, Applicant acknowledges and agrees that Bank of America has no obligation to verify compliance with such requirements.

**NOTICE OF FINAL AGREEMENT. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

This Application and Agreement is executed by Applicant on Sep. 13, 00

Name of Applicant:
W. R. Grace & Co. - Conn

[signature]
Name: Mark M. Tarola — Title: S.V.P. & C.F.O.

Name of Applicant (if any, co-signing with the Applicant above)

Title

(IF THE SPECIMEN SIGNATURES OF THE APPLICANT NAMED ABOVE ARE NOT ON FILE WITH BANK OF AMERICA, THE FOLLOWING SIGNATURE VERIFICATION IS REQUIRED.)

The above signature of an officer, partner or agent of each Applicant indicated above conforms to that on file with us and such officer, partner or agent is fully authorized to sign this Agreement for such Applicant.

BANK (Full Name) (Bank Address)

Authorized Signature/Title (Specimen signature of the signer must be on file with Bank of America)

14-KA16 11-1999

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| 05-35-0521B: | ☐ Trade Operations | | Mail Code# |
| COMMISSION | ☐ Per Standard Fee Schedule ☐ Charge Directly | ☐ Other ☐ Commissions and Charges only | ☐ Charge Banking Center ☐ Drawings, Commissions and Charges |
| APPROVING OFFICER (Printed Name) | | PHONE # | |
| OFFICER TELEPHONE # | | FAX # | |
| DDA APPLICANT A/C # | | | |
| APPROVING BANK OFFICER SIGNATURE | | | |
| OFFICER – INTEROFFICE ADDRESS | | | |
| OFFICER NUMBER AND COST CENTER | | | |