**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | **Case No. 01-01139 (JKF)** |
| | : | |
| **W. R. GRACE & CO., <u>et al.</u>,** | : | **Jointly Administered** |
| | : | |
| Debtors. | : | **Chapter 11** |
| | : | |
| | : | Related to: Docket Nos. 19579, 20864 |
| | : | |
| | : | |

<u>**POST-PETITION INTEREST DETERMINATION NOTICE**</u>

Morgan Stanley Senior Funding, Inc. ("<u>Morgan Stanley</u>") respectfully submits this Post-Petition Interest Determination Notice as required pursuant to the approved Notice of Procedures Relating to Payment of Post-Petition Interest on General Unsecured Claims.

<u>**Background**</u>

1.      On April 2, 2001 (the "<u>Petition Date</u>"), W. R. Grace & Co., W. R. Grace & Co. – Conn. ("<u>Grace-Conn</u>") and certain of their affiliates and subsidiaries (together with W. R. Grace & Co. and Grace-Conn, the "<u>Debtors</u>") filed with this Court their petitions for relief under chapter 11 of title 11 of the United States Code.

2.      Prior to the Petition Date, Bank of America, N.A. ("<u>BofA</u>") issued three standby letters of credit for the account of Grace-Conn (collectively, the "<u>Letters of Credit</u>") as collateral for certain insurance transactions and surety bonds issued in favor of the Debtors.  Upon any draw under the Letters of Credit, Grace-Conn was obligated to reimburse BofA in accordance with the terms of certain agreement(s) between Grace-Conn and BofA (the "<u>Reimbursement Agreements</u>").

3.      On November 11, 2005, the Debtors and BofA entered into that certain Stipulation Regarding Allowance of Certain Claims (the "<u>2005 Stipulation</u>"), pursuant to which

the Debtors agreed that, as a result of National Union Fire Insurance Company of Pittsburgh, PA

having drawn on two of the Letters of Credit, BofA was entitled to (i) an allowed, unsecured

nonpriority claim against Grace-Conn in the amount of $9,779,270, and (ii) an allowed,

contingent, unliquidated and undisputed claim against Grace-Conn with respect to all undrawn

amounts of the outstanding Letters of Credit.  On November 14, 2005, this Court entered its

Order Authorizing Settlement with Bank of America, N.A. and Granting Related Relief which

authorized the Debtors' entry into the 2005 Stipulation.

4.       In light of National Union's subsequent draws under the Letters of Credit, BofA's

allowed, contingent, unliquidated and undisputed claim against Grace-Conn with respect to all

undrawn amounts of the outstanding Letters of Credit was liquidated in the amount of

$6,710,110 (the $6,710,110 claim and the $9,779,270 claim being, collectively, the "<u>Claims</u>").

Pursuant to Section 3.2.16 of the Disclosure Statement in these cases, the Debtors confirmed  the

amount of the Claims.

5.       Pursuant to Transfer of Claim Agreements dated April 24, 2006 and February 22,

2008, Morgan Stanley became the owner of all of BofA's right, title and interest in and to the

Claims.

6.       Pursuant to a Stipulation Regarding Classification of Claims of Morgan Stanley

Senior Funding, Inc. as Assignee of Certain Claims of Bank or America, N.A. Under the Plan,

the Claims are allowed in full as Class 9 General Unsecured Claims.

### <u>Non-Default Contract Rate of Interest</u>

7.       The Reimbursement Agreements provide for the payment of interest "on demand,

on any amount not paid when due . . . from the due date until payment in full at a rate per annum

equal to the rate of interest publicly announced from time to time by Bank of America as its

prime rate, plus three percentage points (not to exceed the maximum rate permitted by applicable law)".  See Reimbursement Agreement at ¶ 1(g).

8.      Copies of the Letters of Credit and Reimbursement Agreements are attached as Exhibit "A" hereto and fully incorporated herein by reference.  A more legible copy of the form of Reimbursement Agreement is attached as Exhibit "B" hereto.

Dated: May 19, 2009

                                    /s/ *Stuart M. Brown*                           .
                                    EDWARDS ANGELL PALMER & DODGE LLP
                                    Stuart M. Brown (Bar No. 4050)
                                    919 North Market Street
                                    15th Floor
                                    Wilmington, Delaware 19801
                                    (302) 777-7770

                                    -and-

                                    KATTEN MUCHIN ROSENMAN LLP
                                    Jeff J. Friedman (admitted pro hac vice)
                                    Noah Heller (admitted pro hac vice)
                                    Merritt A. Pardini (admitted pro hac vice)
                                    575 Madison Avenue
                                    New York, New York 10022
                                    (212) 940-8800

                                    *Attorneys for Morgan Stanley*
                                    *Senior Funding, Inc.*