IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FIRST AMENDED AND RESTATED
SUPPLEMENTAL VERIFIED STATEMENT IN CONNECTION WITH
THE REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

IAN P. CLOUD, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with HEARD ROBINS CLOUD BLACK & LUBEL LLP ("HEARD ROBINS") with offices at 3800 Buffalo Speedway, 5th Floor, Houston, Texas 77098.

2. This Supplemental Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by HEARD ROBINS with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed HEARD ROBINS under an employment contract with HEARD ROBINS. A blank but unredacted exemplar of HEARD ROBINS' standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by

-2-

HEARD ROBINS one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by HEARD ROBINS and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 19, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEARD ROBINS CLOUD BLACK & LUBEL LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Ian P. Cloud
　　　　　　　　　　　　　　　　　　　　TBA No. 00783843
　　　　　　　　　　　　　　　　　　　　3800 Buffalo Speedway, 5th Floor
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77098
　　　　　　　　　　　　　　　　　　　　(713) 650-1200
　　　　　　　　　　　　　　　　　　　　(713) 650-1400 facsimile