IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. Grace and Co., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered under |
| | : | Case No. 01-1139 (JKF) |

**NOTICE OF FILING OF FIRST AMENDED AND RESTATED
SUPPLEMENTAL RULE 2019 STATEMENT OF REPRESENTATION BY
HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD, LLP
(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Heard, Robins, Cloud, Lubel & Greenwood, LLP, in compliance with the October 22, 2004 Order of Court, has filed its Statement pursuant to Fed.R.Bankr.P. 2019.

Exhibits have been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address sat forth below, on compact disc ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United State Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Dated: May 20, 2009         */s/Daniel K. Hogan*
                            Daniel K. Hogan (#2814)
                            THE HOGAN FIRM
                            1311 Delaware Avenue
                            Wilmington, DE 19806
                            Telephone: (302) 656-7540
                            Facsimile: (302) 656-7599

NOTICE
12/20/2004