## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 20th day of May 2009, I caused a copy of the foregoing *Limited Objection by Tyco Healthcare Group LP d/b/a Covidien to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009* to be served upon the parties on the attached list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

*May 20, 2009*  
Date

／s/ *William D. Sullivan*  
William D. Sullivan

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2297
Wilmington, DE 19801

**HAND DELIVERY**
Laura Davis Jones
James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Fax: (302) 652-4400

**FIRST CLASS MAIL & FACSIMILE**
Attn: General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: General Counsel
Fax: (410) 531-4545

**FIRST CLASS MAIL & FACSIMILE**
David M. Bernick, P.C.
Theodore L. Freedman
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Fax: (21) 446-4900

**FIRST CLASS MAIL & FACSIMILE**
Peter Lockwood
Ronald Reinsel
Caplin & Drysdale, Chartered
One Thomas Cirlce, NW, Suite 1100
Washington, DC 20005
Fax: (202) 682-3301

**FIRST CLASS MAIL & FACSIMILE**
Scott L. Baena
Jay M. Sakaloa
Mindy A. Mora
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340
Fax: (305) 374-7593

**FIRST CLASS MAIL & FACSIMILE**
David T. Austern
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
Fax: (703) 205-6249

**FIRST CLASS MAIL & FACSIMILE**
Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Fax: (202) 339-8500

**FIRST CLASS MAIL & FACSIMILE**
Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC 29401
Fax: (843) 953-7570

**FIRST CLASS MAIL & FACSIMILE**
Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
Fax: (214) 749-0325

**FIRST CLASS MAIL & FACSIMILE**
Kruger
Arlene Krieger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Fax: (212) 806-6006

- 6 -

**FIRST CLASS MAIL & FACSIMILE**
Elihu Inselbuch
Chaplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152
Fax: (212) 644-6755

**FIRST CLASS MAIL & FACSIMILE**
Attn: General Counsel
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ  07407
Fax: (201) 703-4113

**FIRST CLASS MAIL & FACSIMILE**
Attn: General Counsel
Fresenius Medical Care North America
Corporate Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA  02420-9192
Fax: (781) 402-9700

**FIRST CLASS MAIL & FACSIMILE**
D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Fax: (212) 735-2000

**FIRST CLASS MAIL & FACSIMILE**
David S. Rosenbloom
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL  60606
Fax: (312) 984-7700

**FIRST CLASS MAIL & FACSIMILE**
Phillip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Fax: (212) 715-8000