UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Ira M. Levee, of full age, certify that on May 20, 2009, I caused to be served a copy of ERISA Plaintiffs' Protective Objection to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., Inc., *et al.*, Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009, via first class mail and facsimile on the parties listed on Exhibit A.

Dated: May 20, 2009

                                                              LOWENSTEIN SANDLER PC

                                                              By: /s/ Ira M. Levee
                                                              65 Livingston Avenue
                                                              Roseland, NJ 07068
                                                              Tel.: 973.597.2480
                                                              Fax: 973.597.2481

                                                             *Bankruptcy Counsel for the ERISA*
                                                             *Plaintiffs*

## EXHIBIT A TO CERTIFICATE OF SERVICE

David M. Bernick, Esq.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800 (Telephone)
(212) 446-4900 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
(312) 641-2162 (Telephone)
(312) 641-2165 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100 (Telephone)
(302) 652-4400 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

Peter Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
(202) 862-5000 (Telephone)
(202) 862-3301 (Facsimile)

*Counsel to the Asbestos PI Committee*

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
(212) 319-7125 (Telephone)
(212) 644-6755 (Facsimile)

*Counsel to the Asbestos PI Committee*

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131-5340
Wilmington, DE 19801
(305) 374-7580 (Telephone)
(305) 374-374-7593 (Facsimile)

*Counsel to the Asbestos PD Committee*

17175/2
05/20/2009 11716154.1

David T. Austern, Esq.
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
(703) 205-0835 (Telephone)
(703) 205-6249 (Facsimile)

*Counsel to the Asbestos PI Future Claimants' Representative*

Alexander M. Sanders, Jr., Esq.
19 Water Street
Charleston, SC 29401
(843) 953-5755 (Telephone)
(843) 953-7570 (Facsimile)

*Counsel to the Asbestos PD Future Claimants' Representative*

Lewis Kruger, Esq.
Arlene Krieger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400 (Telephone)
(212) 806-6006 (Facsimile)

*Counsel to the Unsecured Creditors' Committee*

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606
(312) 372-2000 (Telephone)
(312) 984-7700 (Facsimile)

*Counsel to Fresnius Medical North America*

Roger Frankel., Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N. W.
Washington, DC 20005-1706
(202) 339-8400 (Telephone)
(202) 339-8500 (Facsimile)

*Counsel to the Asbestos PI Future Claimants' Representative*

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
(214) 744-5100 (Telephone)
(214) 744-5101 (Facsimile)

*Counsel to the Asbestos PD Future Claimants' Representative*

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)

*Counsel to Sealed Air Corporation*

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100 (Telephone)
(212) 715-8000 (Facsimile)

*Counsel to the Equity Committee*

Office of the United States Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2313
Wilmington, DE 19801
(302) 573-6491 (Telephone)
(302) 573-6497 (Facsimile)

*United States Trustee*