# EXHIBIT A



**DETROIT INSURANCE AGENCY**

Mr. James C. Kenady
Land and Tax Commissioner
Lease Division
Great Northern Railway Company
St. Paul 1, Minnesota

Dear Mr. Kenady:

This is in response to your letter of May 3 in which you expressed
the opinion that Endorsement 9 of Royal Indemnity Company General
Liability Policy RLG 021621 does not fully protect you as provided
for in the Permit involving the bridge and conveyor belt at Libby,
Montana, used by Zonolite Company. You are correct that the
policy you refer to does not fully protect the Great Northern
Railway Company. However, your files should contain an ad-
ditional policy issued by the Royal Indemnity Company numbered
RLH 021669, which is issued for the period April 20, 1959 to
April 20, 1962, specifically naming the Great Northern Railway
Company as the insured and covering the construction, main-
tenance, use and removal of suspension bridges and conveyors.
This obligation has been handled in this manner in a separate
policy for many years because of Article 9 of your agreement
with Zonolite Company which specifically requires that Zonolite
Company provide and pay for a Liability policy protecting the
Railway Company against loss. It has been our understanding
since 1950 that this method of providing for the Great Northern
Railway was satisfactory. If there is some other arrangement
you wish us to make we will be most happy to do so.

In reviewing Policy RLH 021669, I note that the word "contraction"
has been used rather than the word "construction". We will
prepare an endorsement correcting the word "contraction" to
read "construction" and forward the endorsement on to you.

Yours very truly,

J. L. Toot
Account Executive

JLT:ed

# EXHIBIT B

SA-919

AUG 11 1954 ENDORSEMENT

This endorsement is attached to and hereby made part of the Policy designated below and is effective as of the date and hour indicated (standard time at the address of the named insured as stated in the Policy).

| POLICY NUMBER | NAME OF COMPANY | | EXPIRES (Month) (Day) (Year) |
|---|---|---|---|
| RLG 11840 | Royal Indemnity Company | | DATE March 11, 1954 |
| NAMED INSURED | | | EXPIRES ☐ 12 01 A.M.   ☐ 12 00 Noon |
| Zonolite Company | | | PRODUCERS CODE NUMBER |

In consideration of an additional premium charged the Company agrees to assume the liability for bodily injuries including resulting death and for damage to property, which liability the insured has assumed by virtue of the following wording contained in a contract entered into between the insured and Great Northern Railway Company, dated April 20, 1950 and supplemental agreements dated 10-12-50 and 4-25-52 in connection with suspension bridge and conveyor belt, as follows:

The applicant shall, and hereby does, release and discharge the Railway Company of and from any and all liability for damage to or destruction of the said suspension bridge and conveyor belt and all other property of the applicant located upon said premises, however such damage or destruction may occur or be caused. The applicant shall, and hereby does, further agree to indemnify and hold harmless the Railway Company of and from any and all liability, damage, recoveries, judgments, cost, expense or other charges and demands, on account of injuries to or death of one or more persons, or damage to or destruction of the property of one or more persons (including the property of the Railway Company) resulting from or during the construction, repair, maintenance or operation of said bridge and conveyor belt, or resulting from or during the use of said premises by the applicant, the applicant's agents, servants, employees, patrons or customers, or by any other persons, whether caused by the negligence of the Railway Company, its agents, servants and employees, or otherwise. The applicant further agrees to appear and defend in the name of the Railway Company any suits or actions at law brought against it on account of any such personal injuries, death, or damage to property, and to pay and satisfy any final judgment that may be rendered against the Railway Company in any such suit or action. The liability assumed by the applicant herein shall not be affected or diminished by the fact, if it be a fact, that any such suit or action brought against the Railway Company may arise in whole or in part out of the negligence of the Railway Company, its officers, agents, servants or employees, or be contributed to in whole or in part by such negligence. The foregoing language of this section 8 shall not be construed as imposing on the applicant liability for any loss or damage to persons or property which would have occurred in the absence of the construction, repair, maintenance, operation or existence of the said suspension bridge, conveyor belt (continued)

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of this Policy except as herein stated, nor shall this endorsement bind the Company unless countersigned by a duly authorized representative of the Company

Countersigned by

INDEMNITY INSURANCE AGENCY

By

By    Authorized Representative

PRESIDENT

| | | | | FOR OFFICE USE ONLY | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS FORM | STATE TERR. | CLASS ZONE | CLASS | LIMITS L.P.D. | EXPO INDEX | ITEM | EFFECTIVE MO. RATE YR. | EXP. MO. YR. | B.I. PREMIUM | P.D. PREMIUM | APP NOW CO BY CHANGE BY |
| | | | | | | | | | | | ENTRY BY EXP |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SA-920

ENDORSEMENT

This endorsement is attached to and hereby made part of the Policy designated below and is effective as of the date and hour indicated (standard time at the address of the named insured as stated in the Policy).

| POLICY NUMBER | NAME OF COMPANY | EFFEC. (ADVAN) DATE (FINAL) |
|---|---|---|
| HLO 21840 | Royal Indemnity Company | DATE March 11, 1954 |
| NAMED INSURED | | EFFEC. TIME ☒ 12.01 A.M. ☐ 12.00 Noon |
| Zonolite Company | | |
| PRODUCER | | PRODUCER CODE NUMBER |

(Continued)     and loading dock and their appurtenances upon the property of the Railway Company.

This endorsement is issued subject to all agreements, exclusions, conditions, declarations, and other terms contained in the policy, except as modified by this endorsement.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of this Policy, except as herein stated, nor shall this endorsement bind the Company unless countersigned by a duly authorized representative of the Company

Countersigned by:

DETROIT INSURANCE AGENCY

*Sa Duncan*
Authorized Representative

*O. Smith*
PRESIDENT

Ja 1954

| | | | | | | | FOR OFFICE USE ONLY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE | FORM | STATE | TERR. | CLASS ZONE | CLASS | LIMITS B.I. P.D. | EXPOSURE | RATE | EFFECTIVE EXPIR. mo. day yr. | | | A.I. PREMIUM | O.T. PREMIUM | P.D. PREMIUM | ADDITION (D) OR CREDIT (C) EXTRA IT EMP |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

# EXHIBIT C

## SA-1725



CONTRACTUAL LIABILITY ENDORSEMENT  END. NO. 11

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective at the date indicated, at 12:01 A.M. standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement (Month, Day, Year) Effective Date |
|---|---|---|
| RLG 021622 | ROYAL INDEMNITY COMPANY | April 1, 1962 |

Named Insured: PONOLITE COMPANY, ETAL

Additional Premium: $ INCLUDED

Countersigned by DETROIT INSURANCE AGENCY

Authorized Representative

It is agreed that such Contractual Liability insurance as is afforded by the policy for Bodily Injury Liability and for Property Damage Liability also applies to the liability assumed by the named insured under that part of a contract between the named insured and GREAT NORTHERN RAILWAY COMPANY dated APRIL 20, 1950 reading as follow:
SUPPLEMENTED BY 10-12-50 AND 4-25-52 AGREEMENTS

THE APPLICANT SHALL, AND HEREBY DOES, RELEASE AND DISCHARGE THE RAILWAY COMPANY OF AND FROM ANY AND ALL LIABILITY FOR DAMAGE TO OR DESTRUCTION OF THE SAID SUSPENSION BRIDGE AND CONVEYOR BELT AND ALL OTHER PROPERTY OF THE APPLICANT LOCATED UPON SAID PREMISES, HOWEVER SUCH DAMAGE OR DESTRUCTION MAY OCCUR OR BE CAUSED. THE APPLICANT SHALL, AND HEREBY DOES, FURTHER AGREE TO INDEMNIFY AND HOLD HARM- LESS THE RAILWAY COMPANY OF AND FROM ANY AND ALL LIABILITY, DAMAGE, RECOVERIES, JUDGMENTS, COST, EXPENSE OR OTHER CHARGES AND DEMANDS, ON ACCOUNT OF INJURIES TO OR DEATH OF ONE OR MORE PERSONS, OR DAMAGE TO OR DESTRUCTION OF THE PROPERTY OF ONE OR MORE PERSONS (INCLUDING THE PROPERTY OF THE RAILWAY COMPANY) RESULTING FROM OR DURING THE CONSTRUCTION, REPAIR, MAINTENANCE OR OPERATION OF SAID BRIDGE AND CONVEYOR BELT, OR RESULTING FROM OR DURING THE USE OF SAID PREMISES
LOCATION: LIBBEY, MONTANA
(CONTINUED ON REVERSE SIDE)

The insurance afforded under this endorsement is only with respect to such and so many of the following coverages as the classes for specific limits of liability.

| Coverage | | Limits of Liability | | |
|---|---|---|---|---|
| Bodily Injury Liability | $ 200,000.00 | each person | $ 500,000.00 | each accident |
| Property Damage Liability | $ 500,000.00 | each accident | $ 500,000.00 | aggregate |

| Designation of Contract | Premium Bases (a) Named Insured | Rates (a) Per Premium (b) Per Remuneration | | Advance Premium | |
|---|---|---|---|---|---|
| | | Insure | Damage | Insure | Damage |
| GREAT NORTHERN RAILWAY CO. DATED 4-20-50 AND SUPPLEMENTAL AGREE- MENTS DATED 10-12-50 AND 4-25-52 IN CONNECTION WITH SUSPENSION BRIDGE AND CONVEYOR BELT. 0521 | ONE | 48.60 | 52.50 | 48.60 | 52.50 |
| Minimum Premium: B.I. $ | P.D. $ | Total Advance Premiums | | 48.60 | 52.50 |

The other premiums of this endorsement are printed on the back of this sheet.

FOR OFFICE USE ONLY

| LIABILITY | CLASS CODE | CLASS | LIMITS | ITEM | EFFECTIVE DATE | E.P. PREMIUM | P.B. PREMIUM | APPROVED BY OFFICER BY |
|---|---|---|---|---|---|---|---|---|
| 04 | 04 | | | | | | | ENTRY STAMP |
| | | | | | | | | |
| | | | | | | | | |

CL 211209 (7-109-5-53)

SA-1726

Notwithstanding anything to the contrary contained in the contract referred to herein, it is agreed between the company and the named insured that the insurance provided by this endorsement does not apply

1. to injuries to persons, including death, or to damage to or destruction of property, including the loss of use thereof, which are excluded by the printed terms, conditions and exclusions of the policy or any printed immediatory endorsement, unless such terms, conditions and exclusions are specifically amended by this endorsement by wording other than that contained in the contract referred to herein;

2. to any action on a contract by a person not a party thereto;

3. to damages awarded in any arbitration proceedings
   (a) involving questions of policy coverage,
   (b) in which the company is given no part in the selection of the arbitrators and in the arbitration proceedings, or
   (c) which are not confined to disputes between the parties to the contract referred to herein;

4. to injury, sickness, disease, death or destruction due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

5. to liability for the sale, gift, distribution or use of any alcoholic beverage.

The premium with respect to which "cost" is the basis, is an estimated premium only. Upon termination of this endorsement, the earned premium shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to this insurance. If the earned premium thus computed exceeds the estimated advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

When used as a premium basis the word "cost" means the total cost to any indemnitee of all work let or sublet in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

PRESIDENT

BY THE APPLICANT, THE APPLICANT'S AGENTS, SERVANTS, EMPLOYEES, PATRONS OR CUSTOMERS, OR BY ANY OTHER PERSONS, WHETHER CAUSED BY THE NEGLIGENCE OF THE RAILWAY COMPANY, ITS AGENTS, SERVANTS AND EMPLOYEES, OR OTHERWISE. THE APPLICANT FURTHER AGREES TO APPEAR AND DEFEND IN THE NAME OF THE RAILWAY COMPANY ANY SUITS OR ACTIONS AT LAW BROUGHT AGAINST IT ON ACCOUNT OF ANY SUCH PERSONAL INJURIES, DEATH, OR DAMAGE TO PROPERTY AND TO PAY AND SATISFY ANY FINAL JUDGMENT THAT MAY BE RENDERED AGAINST THE RAILWAY COMPANY IN ANY SUCH SUIT OR ACTION. THE LIABILITY ASSUMED BY THE APPLICANT HEREIN SHALL NOT BE AFFECTED OR DIMINISHED BY THE FACT, IF IT BE A FACT, THAT ANY SUCH SUIT OR ACTION BROUGHT AGAINST THE RAILWAY COMPANY MAY ARISE IN WHOLE OR IN PART OUT OF THE NEGLIGENCE OF THE RAILWAY COMPANY, ITS OFFICERS, AGENTS, SERVANTS OR EMPLOYEES, OR BE CONTRIBUTED TO IN WHOLE OR IN PART BY SUCH NEGLIGENCE. THE FOREGOING LANGUAGE OF THIS SECTION 8 SHALL NOT BE CONSTRUED AS IMPOSING ON THE APPLICANT LIABILITY FOR ANY LOSS OR DAMAGE TO PERSONS OR PROPERTY WHICH WOULD HAVE OCCURRED IN THE ABSENCE OF THE CONSTRUCTION, REPAIR, MAINTENANCE, OPERATION OR EXISTENCE OF THE SAID SUSPENSION BRIDGE, CONVEYOR BELT AND LOADING DOCK AND THEIR APPURTENANCES UPON THE PROPERTY OF THE RAILWAY COMPANY.