**NO ORDER REQUIRED**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 19, 2009, at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 21477**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Ninety-Fifth Monthly Application of Ferry, Joseph &

Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of

Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the

Period from March 1, 2009 through March 31, 2009 ("the Application").  The undersigned further

certifies that she has caused the Court's docket in this case to be reviewed and no answer,

objection or other responsive pleading to the Application appears thereon.  Pursuant to the

Application, objections to the Application were to be filed and served no later than May 19, 2009

at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $26,272.00 which represents 80% of the fees ($32,840.00) and

$699.61 which represents 100% of the expenses requested in the Application for the period

March 1, 2009 through March 31, 2009, upon the filing of this certification and without the need

for entry of a Court order approving the Application.

Dated:  May 20, 2009                                    FERRY, JOSEPH & PEARCE, P.A.


                                                       /s/ Lisa L. Coggins
                                                       Michael B. Joseph (No. 392)
                                                       Theodore J. Tacconelli (No. 2678)
                                                       Lisa L. Coggins (No. 4234)
                                                       824 Market Street, Suite 904
                                                       P.O. Box 1351
                                                       Wilmington, DE. 19899
                                                       (302) 575-1555

                                                       *Counsel to the Official Committee of Asbestos
                                                       Property Damage Claimants*