## CERTIFICATE OF SERVICE

I certify that on this 20th day of May, 2009, a true and correct copy of:

OBJECTION OF THE EDWARDS JUDGMENT CLAIMANTS TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO. ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 27, 2009

was served via facsimile and via first-class mail, postage prepaid, upon the parties listed on Exhibit A to this Certificate of Service.

/s/ Kathleen M. Miller
Kathleen M. Miller

{02044|COS|10070670.DOC}

<u>EXHIBIT A TO CERTIFICATE OF SERVICE</u>

David M. Bernick, Esq.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800 (Telephone)
(212) 446-4900 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100 (Telephone)
(302) 652-4400 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
(212) 319-7125 (Telephone)
(212) 644-6755 (Facsimile)

*Counsel to the Asbestos PI Committee*

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
(312) 641-2162 (Telephone)
(312) 641-2165 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

Peter Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
(202) 862-5000 (Telephone)
(202) 862-3301 (Facsimile)

*Counsel to the Asbestos PI Committee*

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131-5340
(305) 374-7580 (Telephone)
(305) 374-374-7593 (Facsimile)

*Counsel to the Asbestos PD Committee*

| | |
|---|---|
| David T. Austern, Esq.<br>3110 Fairview Park Drive<br>Suite 200<br>Falls Church, VA 22042-0683<br>(703) 205-0835 (Telephone)<br>(703) 205-6249 (Facsimile)<br><br>*Counsel to the Asbestos PI Future*<br>*Claimants' Representative* | Roger Frankel., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N. W.<br>Washington, DC 20005-1706<br>(202) 339-8400 (Telephone)<br>(202) 339-8500 (Facsimile)<br><br>*Counsel to the Asbestos PI Future*<br>*Claimants' Representative* |
| Alexander M. Sanders, Jr., Esq.<br>19 Water Street<br>Charleston, SC 29401<br>(843) 953-5755 (Telephone)<br>(843) 953-7570 (Facsimile)<br><br>*Counsel to the Asbestos PD Future*<br>*Claimants' Representative* | Alan B. Rich<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909<br>(214) 744-5100 (Telephone)<br>(214) 744-5101 (Facsimile)<br><br>*Counsel to the Asbestos PD Future*<br>*Claimants' Representative* |
| Lewis Kruger, Esq.<br>Arlene Krieger, Esq.<br>Kenneth Pasquale, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>(212) 806-5400 (Telephone)<br>(212) 806-6006 (Facsimile)<br><br>*Counsel to the Unsecured*<br>*Creditors Committee* | D. J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 (Telephone)<br>(212) 735-2000 (Facsimile)<br><br>*Counsel to Sealed Air Corporation* |
| David S. Rosenbloom, Esq.<br>McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606<br>(312) 372-2000 (Telephone)<br>(312) 984-7700 (Facsimile)<br><br>*Counsel to Fresenius Medical North*<br>*America* | Philip Bentley, Esq.<br>Kramer Levin Naftalis & Frankel<br>LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 (Telephone)<br>(212) 715-8000 (Facsimile)<br><br>*Counsel to the Equity Committee* |

Office of the United States Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2313
Wilmington, DE 19801
(302) 573-6491 (Telephone)
(302) 573-6497 (Facsimile)

*United States Trustee*

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900 (Telephone)
(302) 426-9947 (Facsimile)

*Counsel for Asbestos PI Committee*

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 (Telephone)
(302) 655-4210 (Facsimile)

*Counsel for Asbestos PI Future Claimants; Representative*

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
PO Box 1266
Wilmington, DE 19899-1266
(302) 421-6826 (Telephone)
(302) 421-5861 (Facsimile)

*Counsel for Equity Committee*

Theodore Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE 19899
(302) 575-1555 (Telephone)
(302) 575-1714 (Facsimile)

*Counsel for Asbestos PD Committee*

{02044|COS|10070681.RTF}