# EXHIBIT 1

## BALLOT

PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| FIREMANS FUND INSURANCE COMPANY<br>ATTN THELMA THOMPSON CORP CREDIT SM1<br>777 SAN MARIN DR<br>NOVATO, CA 94998-1000 | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK)<br><br>**Class 6 Asbestos PI Claims**<br>**(Indirect PI Trust Claims)** |

Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.

**Item 1.** PRINCIPAL AMOUNT OF INDIRECT PI TRUST CLAIM. Amount of your claim for voting purposes only: $1.00.

**Item 2.** VOTE ON THE PLAN. The undersigned Holder of the Indirect PI Trust Claim in the amount set forth in Item 1 hereby votes all of its Claim to (check one box only):

☐   ACCEPT the Plan

☒   REJECT the Plan

Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan.

**Item 3.** TELEPHONE NUMBER / AUTHORIZATION

Telephone Number: 415-899-2851

Name of Signatory (if different from claimant): John Stevens, Senior Counsel

If by Authorized Agent, Title or Agent:

**Item 4.** ACKNOWLEDGEMENTS AND CERTIFICATIONS. By signing and returning this Ballot, you make the following acknowledgements and certifications:

(i)   I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and

(ii)  I was the Holder of an Indirect PI Trust Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Indirect PI Trust Claim as of the Voting Record Date.

**Item 5.** SIGNATURE AND DATE:

Signature of Claimant or Authorized Agent  *[signed] John Stevens*  Date 5-19-09

**Item 6.** ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)

Name

Address 1

Address 2

City, State and ZIP Code (US)

2135008
K&E 13304194.13

1