# EXHIBIT 2

## BALLOT

**PLEASE COMPLETE THE FOLLOWING:**

| | |
|---|---|
| Firemans Fund Insurance Co<br>c/o Leslie A Davis Esq<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave NW<br>Washington, DC 20004 | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK)<br><br>**Class 9 General Unsecured Claims** |

| | |
|---|---|
| Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly. |
| Item 1. | **PRINCIPAL AMOUNT OF GENERAL UNSECURED CLAIM.** The undersigned certifies that as of March 11, 2009 (the "Voting Record Date"), the undersigned was the Holder, or had the authority to vote for the Holder, of a General Unsecured Claim in the amount set forth below.<br>Amount of your claim for voting purposes only: . |
| Item 2. | **VOTE ON THE PLAN.** The undersigned Holder of the General Unsecured Claim in the amount set forth in Item 1 hereby votes all of its Claim to (check one box only):<br><br>☒ ACCEPT the Plan<br>☐ REJECT the Plan |
| Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan. |
| Item 3. | **TELEPHONE NUMBER / AUTHORIZATION** |
| Telephone Number: 415-899-2851 |
| Name of Signatory (if different from claimant): John Stevens, Senior Counsel |
| If by Authorized Agent, Title or Agent: |
| Item 4. | **ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgements and certifications: |
| (i) | I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and |
| (ii) | I was the Holder of a General Unsecured Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of a General Unsecured Claim as of the Voting Record Date. |
| Item 5. | **SIGNATURE AND DATE:** |
| Signature of Claimant or Authorized Agent  *[signed]*   Date 5-19-09 |
| **Item 6. ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)** |
| Name |
| Address 1 |
| Address 2 |
| City, State and ZIP Code (US) |