## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on the 20th day of May, 2009, I caused a true and correct copy of *Objection of Certain AIU Insurers to the Debtors' First Amended Join Plan or Reorganization Dated February 27, 2009* to be served upon the attached service list in the manner so indicated.

_____
Ricardo Palacio (I.D. #3765)

{00202794;v1}

General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
David M. Bernick,
Theodore L. Freedman

Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Attn: Laura Davis Jones
James E. O'Neill

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Attn: Peter Lockwood
Ronald Reinsel

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Attn: Elihu Inselbuch

Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Attn: Scott L. Baena
Jay M. Sakalo
Mindy A. Mora

David T. Austern
3110 Fairview Park Drive Suite 200
Falls Church VA 22042-0683

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W. Washington, D.C. 20005-1706 Attention
Roger Frankel

Alan B. Rich
Attorney and Counselor 1401 Elm Street, Suite 4620
Dallas, Texas 75202-3909

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Attn: Lewis Kruger
Arlene Krieger
Kenneth Pasquale

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D. J. Baker

Fresenius Medical Care North America Corporate
Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Attn: General Counsel

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Phillip Bentley

Office of the United States Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

{00298310;v1}

BMC Group, Inc.
Attn: W.R. Grace Voting Agent
P.O. Box 2007
Chanhassen, MS 55317-2007

)0298310;v1}