# CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, do hereby certify that on the 20th day of May, 2009, I did serve the foregoing *Objection of Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P., to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace AND Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009* by causing a true and correct copy thereof to be served in the manner indicated upon those parties listed on the attached service list.

/s/ Leigh-Anne M. Raport
Leigh-Anne M. Raport (DE No. 5055)

#11002357 v1

## SERVICE LIST

Office of the United States Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
Facsimile: (302) 573-6497
*VIA HAND DELIVERY
AND FACSIMILE*

Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Attn: Laura Davis Jones/James E. O'Neill
Facsimile: (302) 652-4400
*VIA HAND DELIVERY
AND FACSIMILE*

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Attn: David M. Bernick, P.C./Theodore L. Freedman
Facsimile: (212) 446-4900
*VIA FIRST CLASS MAIL
AND FACSIMILE*

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Attn: Peter Lockwood/Ronald Reinsel
Facsimile: (202) 862-3301
*VIA FIRST CLASS MAIL
AND FACSIMILE*

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Attn: Elihu Inselbuch
Facsimile: (212) 644-6755
*VIA FIRST CLASS MAIL
AND FACSIMILE*

Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Attn: Scott L. Baena/Jay M. Sakalo/Mindy A. Mora
Facsimile: (305) 374-7593
*VIA FIRST CLASS MAIL
AND FACSIMILE*

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church VA 22042-0683
Facsimile: (703) 205-6249
*VIA FIRST CLASS MAIL
AND FACSIMILE*

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Attention: Roger Frankel
Facsimile: (202) 339-8500
*VIA FIRST CLASS MAIL
AND FACSIMILE*

Alexander M. Sanders, Jr.
19 Water Street
Charleston, South Carolina 29401
Facsimile: (843) 953-7570
*VIA FIRST CLASS MAIL
AND FACSIMILE*

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, Texas 75202-3909
Facsimile: (214) 749-0325
*VIA FIRST CLASS MAIL
AND FACSIMILE*

#11002357 v1

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Attn: Lewis Kruger/Arlene Krieger/Kenneth Pasquale
Facsimile: (212) 806-6006
***VIA FIRST CLASS MAIL AND FACSIMILE***

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D. J. Baker
Facsimile: (212) 735-2000
***VIA FIRST CLASS MAIL AND FACSIMILE***

Fresenius Medical Care North America
Corporate Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Attn: General Counsel
Facsimile: (781) 402-9700
***VIA FIRST CLASS MAIL AND FACSIMILE***

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: General Counsel
Facsimile: (410) 531-4545
***VIA FIRST CLASS MAIL AND FACSIMILE***

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407
Attn: General Counsel
Facsimile: (201) 703-4113
***VIA FIRST CLASS MAIL AND FACSIMILE***

McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606
Attn: David S. Rosenbloom
Facsimile: (312) 984-7700
***VIA FIRST CLASS MAIL AND FACSIMILE***

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Phillip Bentley
Facsimile: (212) 715-8000
***VIA FIRST CLASS MAIL AND FACSIMILE***

#11002357 v1