## EXHIBIT A

**Ballot Indicating MCC's Vote if
Debtors' Proposed Classification of the MCC Claims is Upheld**

## BALLOT

**PLEASE COMPLETE THE FOLLOWING:**

| | |
|---|---|
| Maryland Casualty Company<br>3910 Keswick Rd.<br>Baltimore, MD 21211-2226 | *In re W.R. Grace & Co., et al.*<br>Case No. 01-01139 (JKF)<br><br>**Class 6 Asbestos PI Claims**<br>**(Indirect PI Trust Claims)** |

**Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.**

| | |
|---|---|
| **Item 1.** | **PRINCIPAL AMOUNT OF INDIRECT PI TRUST CLAIM.** Amount of your claim for voting purposes only: **$1.00** |
| **Item 2.** | **VOTE ON THE PLAN.** The undersigned Holder of the Indirect PI Trust Claim in the amount set forth in Item 1 hereby votes <u>all</u> of its Claim to (check one box only): |
| ☐ | ACCEPT the Plan |
| X | REJECT the Plan |

**Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in section 8.8.7 of the Plan.**

**Item 3.    TELEPHONE NUMBER/AUTHORIZATION**

Name of Signatory (if different from claimant):

| | | |
|---|---|---|
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Edward J. Longosz, II, Esq.<br>Laura G. Stover, Esq.<br>Eckert, Seamans Cherin<br>  & Mellott, LLC<br>1747 Pennsylvania Ave., N.W<br>Suite 1200<br>Washington, D.C. 20006<br>(202) 659-6600 | Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7170 |

If by Authorized Agent, Title or Agent:  **Counsel for Maryland Casualty Company**

| | |
|---|---|
| **Item 4.** | **ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgments and certifications: |
| (i) | I have been provided with a copy of the Plan, Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and |
| (ii) | I was the Holder of an Indirect PI Trust Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Indirect PI Trust Claim as of the Voting Record Date. |

**Item 5.    SIGNATURE AND DATE:**

Signature of Claimant or Authorized Agent                                           Date

Jeffrey C. Wisler, Esq., Counsel for Maryland Casualty Company

| | |
|---|---|
| **Item 6.** | **ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)**    **Not Applicable** |

2172330