**CERTIFICATE OF SERVICE**

John D. Demmy hereby certifies that on this 20th day of May, 2009, in addition to the service provided under the Court's CM/ECF system, true and correct copies of the foregoing *FINAL PHASE I AND NON-SURETY CLAIM RELATED PHASE II OBJECTIONS OF FIREMAN'S FUND INSURANCE COMPANY, ALLIANZ S.P.A., F/K/A RIUNIONE ADRIATICA DI SICURTA, AND ALLIANZ SE, F/K/A ALLIANZ AKTIENGESELLSCHAFT TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION* were served on all parties in interest by email.

*/s/ John D. Demmy*
John D. Demmy