## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of May, 2009, I caused a copy of the **Maryland Casualty Company's Objection to First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

Philip Bentley, Esq.
Douglas Manual, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David M. Bernick Esq.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Roger Frankel, Esq.
Richard H. Wryon, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Scott L. Baena, Esq.
Jay M Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340

Lewis Kruger, Esq.
Arlene Kreiger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David T. Austern
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC 29401

Alan B. Rich, Esq.
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

| | |
|---|---|
| D.J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| Fresenius Medical Care North America<br>Corporate Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02420-9192<br>Attn: General Counsl | David S. Rosenbloom, Esq.<br>McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606 |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | |

_____
Jeffrey C. Wisler

#688171