# MASTER BALLOT

For purposes of section 524(g) of the Bankruptcy Code, the Debtors are soliciting your clients' votes on the Plan described in and annexed as Exhibit 1 to the Exhibit Book accompanying the Disclosure Statement and this Master Ballot. Please review the Plan and Disclosure Statement carefully before you complete this Master Ballot.

**PLEASE COMPLETE THE FOLLOWING:**

Item 1. **TABULATION OF VOTES WITH RESPECT TO THE PLAN.** The undersigned certifies that:

☐ **ALL** of the individuals or entities listed on the Exhibit accompanying this Master Ballot, all of whom are Holders of Class 7A Asbestos PD Claims, **ACCEPT** the Plan.

☐ **ALL** of the individuals or entities listed on the Exhibit accompanying this Master Ballot, all of whom are Holders of Class 7A Asbestos PD Claims, **REJECT** the Plan.

☒ **SOME** of the individuals or entities listed on the Exhibit accompanying this Master Ballot, all of whom are Holders of Class 7A Asbestos PD Claims, **ACCEPT** the Plan while other individuals or entities on the Exhibit accompanying this Master Ballot **REJECT** the Plan.

**Please note that each Holder of a Class 7A Asbestos PD Claim that votes to accept the Plan will be deemed to have granted the releases set forth in Section 8.8.7 of the Plan.**

Item 2. **SUMMARY OF VOTES.** Please summarize the votes of the Holders of Class 7A Asbestos PD Claims for whom you are voting on the table below:

| Number of Holders of Class 7A Asbestos PD Claims Voting to <u>Accept</u> the Plan | Number of Holders of Class 7A Asbestos PD Claims Voting to <u>Reject</u> the Plan |
|---|---|
| 121 | 3 |

Item 3. **REQUIRED EXHIBIT: LIST OF HOLDERS OF ASBESTOS PD CLAIMS REPRESENTED BY ATTORNEY.** You must include as an exhibit to this Master Ballot (the "<u>Exhibit</u>") an electronic list on a CD-ROM, which list should be in Excel™ or a comparable application and should be in substantially the same format as the table below. A sample template for the Exhibit may be obtained from the Voting Agent's website at www.bmcgroup.com/wrgrace. *If you (a) certify that you do not have access to Excel™ or a comparable application and (b) represent fewer than 100 Holders of Asbestos PD Claims, then you may provide the Exhibit in hard copy.* If you have any technical questions or need to arrange for special delivery of your Exhibit, please contact the Voting Agent at (888) 909-0100.

| Proof of Claim No. | Last Name | First Name | Street Address | Town | State | Zip Code | Accept or Reject |
|---|---|---|---|---|---|---|---|
| 1234 | Smith | John | Any Street | Town | State | 12345 | Accept |

Item 4. **CERTIFICATIONS OF AUTHORITY TO VOTE.** The undersigned certifies, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

- I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto.

- Each of the individuals or entities set forth on the Exhibit was the Holder of a Class 7A Asbestos PD Claim, as defined in the Plan, as of the Voting Record Date.

- I have the full power and authority to vote and accept or reject the Plan with respect to and on behalf of the Holders of Class 7A Asbestos PD Claims set forth on the Exhibit through the execution and filing of this Master Ballot with the Voting Agent.

- I acknowledge that I am obligated to furnish the Voting Agent, no later than 21 days after the Solicitation Date (as defined in the Voting Procedures), with the names and addresses of all Holders of Class 7A Asbestos PD Claims for whom I filed a proof of Claim and represent but do not have the authority to accept or reject the Plan.

| | |
|---|---|
| Signature of Attorney: | *(signed)* |
| Name of Attorney: | Daniel A. Speights |
| Name of Law Firm: | Speights & Runyan |
| Street Address: | 200 Jackson Ave East<br>PO Box 685 |
| City, State, and Zip Code: | Hampton, SC 29924 |
| Telephone Number: | (803)943-4444 |
| Email Address: | dspeights@speightsrunyan.com |
| Date: | May 19, 2009 |

**IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT, IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, EXHIBIT BOOK, OR VOTING PROCEDURES, IF YOU RECEIVED COPIES OF THESE MATERIALS IN CD-ROM FORMAT AND DESIRE TO OBTAIN PAPER COPIES, OR**

## EXHIBIT TO SPEIGHTS & RUNYAN LAW FIRM'S MASTER BALLOT

| Proof of Claim No. | Claimant | Street Address | Town | State | Zip Code | Country | Accept or Reject |
|---|---|---|---|---|---|---|---|
| 6636 | F.F. Thompson Continuing Care Center, Inc. | 350 Parish St. | Canandaigua | NY | 14424 | USA | ACCEPT |
| 6637 | Gulf Atlantic Properties, Inc. - Bayview Tower | 100 1st Ave., S. | St. Petersburg | FL | 33701 | USA | ACCEPT |
| 6901 | Bayshore Community Hospital | 722 N. Beers Street | Holmdel | NJ | 7733 | USA | ACCEPT |
| 9684 | Olympus 555 Properties LLC | 555 Broad Hollow Road | Melville | NY | 11747 | USA | ACCEPT |
| 9840 | Regents of the University of California - Hillcrest Hospital Medical Center | UC San Diego | La Jolla | CA | 92093 | USA | ACCEPT |
| 9841 | Regents of the University of California - Humanities & | UC San Diego | La Jolla | CA | 92093 | USA | ACCEPT |
| 9844 | Regents of the University of California - Shields Library | UC Davis | Davis | CA | 95616 | USA | ACCEPT |
| 9845 | Regents of the University of California - Physical Science Library | UC Davis | Davis | CA | 95616 | USA | ACCEPT |
| 9846 | Regents of the University of California - Mrack Bldg | UC Davis | Davis | CA | 95616 | USA | ACCEPT |
| 9847 | Regents of the University of California - Chemistry | UC Davis | Davis | CA | 95616 | USA | ACCEPT |
| 9848 | Regents of the University of California - ASUC - King Union Bldg | UC Berkeley | Berkeley | CA | 94720 | USA | ACCEPT |
| 9850 | Regents of the University of California - Calvin Lab | UC Berkeley | Berkeley | CA | 94720 | USA | ACCEPT |
| 9851 | Regents of the University of California - Boelter Hall | UC Los Angeles | Los Angeles | CA | 90095 | USA | ACCEPT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9852 | Regents of the University of California - Hedrick Hall | UC Los Angeles | Los Angeles | CA | 90095 | USA | **ACCEPT** |
| 9853 | Regents of the University of California - Life Sciences Bldg. | UC Los Angeles | Los Angeles | CA | 90095 | USA | **ACCEPT** |
| 9854 | Regents of the University of California - Math Sciences Bldg | UC Los Angeles | Los Angeles | CA | 90095 | USA | **ACCEPT** |
| 9855 | Regents of the University of California - Melnitz Hall | UC Los Angeles | Los Angeles | CA | 90095 | USA | **ACCEPT** |
| 9856 | Regents of the University of California - Rieber Hall | UC Los Angeles | Los Angeles | CA | 90095 | USA | **ACCEPT** |
| 9858 | Regents of the University of California - Engineering I | UC Irvine | Irvine | CA | 92697 | USA | **ACCEPT** |
| 9859 | Regents of the University of California - Medical Center Bldg 53 | UC Irvine | Irvine | CA | 92697 | USA | **ACCEPT** |
| 9860 | Regents of the University of California - Science Lecture Hall | UC Irvine | Irvine | CA | 92697 | USA | **ACCEPT** |
| 9862 | Regents of the University of California - Ambulatory Care Center | UC San Francisco | San Francisco | CA | 94143 | USA | **ACCEPT** |
| 9863 | Regents of the University of California - Health Sciences IR East | UC San Francisco | San Francisco | CA | 94143 | USA | **ACCEPT** |
| 9865 | Regents of the University of California - Health Sciences IR West | UC San Francisco | San Francisco | CA | 94143 | USA | **ACCEPT** |
| 9866 | Regents of the University of California - Laurel | UC San Francisco | San Francisco | CA | 94143 | USA | **ACCEPT** |
| 9867 | Regents of the University of California - Milberry Union Bldg | UC San Francisco | San Francisco | CA | 94143 | USA | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9868 | Regents of the University of California - Physical Science 1 - Rowland | UC Irvine | Irvine | CA | 92697 | USA | **ACCEPT** |
| 9869 | Regents of the University of California - Computer Science Bldg | UC Irvine | Irvine | CA | 92697 | USA | **ACCEPT** |
| 9870 | Regents of the University of California - Biology II | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9871 | Regents of the University of California - Buchannan Hall | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9872 | Regents of the University of California - Campbell Hall 1301 | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9873 | Regents of the University of California - Campbell Hall Projection | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9874 | Regents of the University of California - Music Bldg | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9875 | Regents of the University of California - North Hall | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9876 | Regents of the University of California - Psychology Bldg | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9877 | Regents of the University of California - Student Health Bldg | UC Santa Barbara | Santa Barbara | CA | 93106 | USA | **ACCEPT** |
| 9878 | Regents of the University of California - Lawrence Hall | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |
| 9879 | Regents of the University of California - Zellerbach | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |
| 9880 | Regents of the University of California - Zellerbach Playhouse Lobby | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |
| 9882 | Regents of the University of California - A&I Dorms | UC Riverside | Riverside | CA | 92521 | USA | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9883 | Regents of the University of California - Olmsted Hall Theater | UC Riverside | Riverside | CA | 92521 | USA | **ACCEPT** |
| 9884 | Regents of the University of California - Physics Room 2158 | UC Riverside | Riverside | CA | 92521 | USA | **ACCEPT** |
| 9885 | Regents of the University of California - Physics 2000 Theater | UC Riverside | Riverside | CA | 92521 | USA | **ACCEPT** |
| 9886 | Regents of the University of California - Watkins House | UC Riverside | Riverside | CA | 92521 | USA | **ACCEPT** |
| 9887 | Regents of the University of California - Watkins Art Gallery | UC Riverside | Riverside | CA | 92521 | USA | **ACCEPT** |
| 9888 | The California State University - Education Resource Center | CSU Dominguez Hills | Carson | CA | 90747 | USA | **ACCEPT** |
| 9890 | Regents of the University of California - Professional Bldg | UC Davis Medical Center | Sacramento | CA | 95817 | USA | **ACCEPT** |
| 9891 | Regents of the University of California - Hospital | UC Davis Medical Center | Sacramento | CA | 95817 | USA | **ACCEPT** |
| 9892 | Regents of the University of California - Cypress Bldg | UC Davis Medical Center | Sacramento | CA | 95817 | USA | **ACCEPT** |
| 9893 | Regents of the University of California - McGill Hall | US San Diego | La Jolla | CA | 92093 | USA | **ACCEPT** |
| 9895 | Regents of the University of California - Eschelman Hall | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |
| 9896 | Regents of the University of California - Etcheverey Hall | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |
| 9897 | Regents of the University of California - Kroeber | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9909 | Regents of the University of California - Campbell Hall | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |
| 9910 | Regents of the University of California - Davis Hall | UC Berkeley | Berkeley | CA | 94720 | USA | **ACCEPT** |
| 9912 | KARK-TV Inc. Morris Multimedia, Inc. - East Building | Third & Louisiana Sts. | Little Rock | AR | 72201 | USA | **ACCEPT** |
| 9913 | KARK-TV Inc. Morris Multimedia, Inc. - East Building | Third & Center Sts. | Little Rock | AR | 72201 | USA | **ACCEPT** |
| 9915 | Hyatt Corporation - Hyatt Regency San Francisco | 5 Embarcadero | San Francisco | CA | 94111 | USA | **ACCEPT** |
| 9925 | The California State University - Aztec Center | San Diego State Univ. | San Diego | CA | 92182 | USA | **ACCEPT** |
| 9928 | The California State University - Art II | San Diego State Univ. | San Diego | CA | 92182 | USA | **ACCEPT** |
| 9970 | The California State University - Kadema Hall | CSU Sacramento | Sacramento | CA | 95819 | USA | **ACCEPT** |
| 9988 | The California State University - Alpine Hall | CSU Sacramento | Sacramento | CA | 95819 | USA | **ACCEPT** |
| 9993 | The California State University - West Commons | San Diego State Univ. | San Diego | CA | 92182 | USA | **ACCEPT** |
| 10018 | The California State University - Gymnasium | CSU Pomona | Pomona | CA | 91768 | USA | **ACCEPT** |
| 10019 | The California State University - Physical Education | CSU Fullerton | Fullerton | CA | 92834 | USA | **ACCEPT** |
| 10020 | The California State University - PJ&G Pollak Library | CSU Fullerton | Fullerton | CA | 92834 | USA | **ACCEPT** |
| 10053 | The California State University - Humanities - Social Science | CSU Fullerton | Fullerton | CA | 92834 | USA | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10058 | The California State University - Performing Arts Center | CSU Fullerton | Fullerton | CA | 92834 | USA | **ACCEPT** |
| 10078 | The California State University - Darlene May Gymnasium | CSU Pomona | Pomona | CA | 91768 | USA | **ACCEPT** |
| 10160 | The California State University - Hensill Hall | SF State Univ. | San Francisco | CA | 94132 | USA | **ACCEPT** |
| 10208 | The California State University - East Commons | San Diego State Univ. | San Diego | CA | 92182 | USA | **ACCEPT** |
| 10230 | The California State University - Dramatic Arts | San Diego State Univ. | San Diego | CA | 92182 | USA | **ACCEPT** |
| 10237 | The California State University - Main Library | CSU Long Beach | Long Beach | CA | 90840 | USA | **ACCEPT** |
| 10303 | The California State University - Psychology/Human Services | CSU Fresno | Fresno | CA | 93740 | USA | **ACCEPT** |
| 10319 | The California State University - North Gymnasium | CSU Fresno | Fresno | CA | 93740 | USA | **ACCEPT** |
| 10597 | The California State University - Butte Hall | CSU Chico | Chico | CA | 95929 | USA | **ACCEPT** |
| 10621 | The California State University - Physical Science Building | CSU Chico | Chico | CA | 95929 | USA | **ACCEPT** |
| 10749 | Glen Oaks Country Club | 151 Post Avenue | Old Westberry | NY | 11568 | USA | **ACCEPT** |
| 10930 | Pacific Freeholds | 100 Pine Street | San Francisco | CA | 94111 | USA | **ACCEPT** |
| 10962 | Childrens' Hospital of Pittsburgh | Corner of 5th & Desoto | Pittsburgh | PA | | USA | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10995 | North Arkansas Regional Medical Center | 620 N. Willow | Harrison | AR | 72601 | USA | **ACCEPT** |
| 11008 | Anderson Memorial Hospital | 800 N. Fant St. | Anderson | SC | 29261 | USA | **REJECT** |
| 11009 | 211 Main Street Building (f/k/a Folger Building # 1) | 211 Main St. | San Francisco | CA | 94105 | USA | **ACCEPT** |
| 11026 | John Muir Hospital | 1601 Ygnacio Valley Rd. | Walnut Creek | CA | 94598 | USA | **ACCEPT** |
| 11027 | Burgdoff Building | 80 Coventry St. | Hartford | CT | 6112 | USA | **ACCEPT** |
| 11036 | Allegheny Center Associates | Two Allegheny Center | Pittsburgh | PA | 15212 | USA | **ACCEPT** |
| 11037 | Allegheny Center Associates | One Allegheny Center | Pittsburgh | PA | 15212 | USA | **ACCEPT** |
| 11104 | Chicago Historical Society | 1601 N. Clark St. | Chicago | IL | 60614 | USA | **ACCEPT** |
| 11243 | St. Joseph's Hospital | 555 E. Market St. | Elmira | NY | 14901 | USA | **ACCEPT** |
| 11322 | Hamilton School District - Sherwood Secondary School | 25 High Street | Hamilton | ON | L8T3Z4 | Canada | **ACCEPT** |
| 11323 | Hamilton School District - Scott Park Secondary | 1055 King St., West | Hamilton | ON | L8M1E2 | Canada | **ACCEPT** |
| 11428 | Presidential Towers Condominium | 1836 Metserott Road | Adelphi | MD | 20783 | USA | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11627 | School District 68 Nanaimo Ladysmith - Nanaimo District Senior Secondary | 3955 Wakesiah Avenue | Nanaimo | BC | V9R3K5 | Canada | **REJECT** |
| 11678 | Hamilton School District - Pauline Johnson Public School | 25 Hummingbird Lane | Hamilton | ON | L9A4B1 | Canada | **ACCEPT** |
| 11680 | Hamilton School District - Sherwood Heights School | 105 High Street | Hamilton | ON | L8T3Z4 | Canada | **ACCEPT** |
| 11681 | Hamilton School District - Sir Alan MacNabb School | 145 Magnolia Drive | Hamilton | ON | L9C5P4 | Canada | **ACCEPT** |
| 11682 | Hamilton School District - Sir John A. MacDonald Secondary School | 130 York Blvd. | Hamilton | ON | L8RLY5 | Canada | **ACCEPT** |
| 11684 | Hamilton School District - Westview School | 60 Rolston Drive | Hamilton | ON | L9C3X7 | Canada | **ACCEPT** |
| 11735 | The California State University - Administration | CSU San Luis Obispo | San Luis Obispo | CA | 93407 | USA | **ACCEPT** |
| 11745 | The California State University - Transportation Services | CSU San Luis Obispo | San Luis Obispo | CA | 93407 | USA | **ACCEPT** |
| 11800 | The California State University - Research Development | CSU San Luis Obispo | San Luis Obispo | CA | 93407 | USA | **ACCEPT** |
| 11802 | The California State University - Mott Physical Education | CSU San Luis Obispo | San Luis Obispo | CA | 93407 | USA | **ACCEPT** |
| 11817 | The California State University - Farm Shop | CSU San Luis Obispo | San Luis Obispo | CA | 93407 | USA | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11819 | The California State University - Engineering West | CSU San Luis Obispo | San Luis Obispo | CA | 93407 | USA | **ACCEPT** |
| 11866 | The California State University - Music Building | CSU Stanilaus | Turlock | CA | 95382 | USA | **ACCEPT** |
| 11876 | The California State University - Drama Building | CSU Stanilaus | Turlock | CA | 95382 | USA | **ACCEPT** |
| 11918 | The California State University - Cafeteria | San Jose State University | San Jose | CA | 95192 | USA | **ACCEPT** |
| 11957 | The California State University - Music and Business | CSU Hayward | Hayward | CA | 94542 | USA | **ACCEPT** |
| 11962 | The California State University - Meikle John Hall | CSU Hayward | Hayward | CA | 94542 | USA | **ACCEPT** |
| 12304 | Toronto District School Board - Deer Park Junior and Senior School | 23 Ferndale Avenue | Toronto | ON | M4T2B4 | Canada | **ACCEPT** |
| 12329 | University of Guelph | 488 Gordon St. | Guelph | ON | N1G2W1 | Canada | **ACCEPT** |
| 12346 | City of Vancouver - Parkade | 700 Georgia St. | Vancouver | BC | | Canada | **ACCEPT** |
| 12368 | McMaster University | 1280 Main St., West | Hamilton | ON | L8S4M3 | Canada | **ACCEPT** |
| 12396 | Fairmall Leasehold, Inc. - Cadillac Fairview Mall | 1800 Sheppard Avenue | Willowdale | ON | M2J5A7 | Canada | **ACCEPT** |
| 12427 | Morguard Investments Limited | 55 City Centre Drive | Mississauga | ON | L5B1M3 | Canada | **ACCEPT** |
| 12476 | City of Vancouver - Queen Elizabeth Playhouse | 649-695 Cambie Street | Vancouver | BC | | Canada | **REJECT** |
| 12490 | Atlantic Shopping Centres - Cogswell Tower | 2000 Barrington St. | Halifax | NS | B3J3K1 | Canada | **ACCEPT** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12491 | Avalon East School Board - Hazelwood Elementary School | 391 Topsail Rd. | St. John's | NL | A1E2B7 | Canada | **ACCEPT** |
| 12493 | Health Care Corporation of St. John's | 300 Prince Philip Drive | St. John's | NL | A1B3V6 | Canada | **ACCEPT** |
| 12533 | Conssellers Immobiliers GWL Inc. | 2001 University St. | Montreal | QC | H3A2A6 | Canada | **ACCEPT** |
| 12534 | Great West Life | 199 Bay St. | Toronto | ON | M5I1E2 | Canada | **ACCEPT** |
| 12536 | Canadian Imperial Bank of Comerce - Atlantic Place | 215 Water St. | St. John's | NL | A1C6C9 | Canada | **ACCEPT** |
| 12616 | The California State University - University Theater | CSU Long Beach | Long Beach | CA | 90804 | USA | **ACCEPT** |
| 14410 | Jameson Memorial Hospital | 1211 Wilmington Avenue | New Castle | PA | 16105 | USA | **ACCEPT** |