# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.,* ) | Jointly Administered |
| Debtors. ) | **Objection Deadline: June 12, 2009** |
| ) | **Hearing Date: June 29, 2009 at 10:30 am** |

**NOTICE OF MOTION BY FIREMAN'S FUND INSURANCE COMPANY
PURSUANT TO BANKRUPTCY RULE 3018 FOR
TEMPORARY ALLOWANCE OF PROOF OF CLAIM NO. 15175**

To: The parties on the attached service list.

PLEASE TAKE NOTICE THAT Fireman's Fund Insurance Company ("Fireman's Fund"), in the above-captioned Chapter 11 case, has today filed the attached Motion By Fireman's Fund Insurance Company Pursuant To Bankruptcy Rule 3018 For Temporary Allowance Of Proof Of Claim No. 15175.

PLEASE TAKE FURTHER NOTICE THAT you are required to file with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, any objection to the attached Motion on or before June 12, 2009 at 5:00 p.m. Eastern Time prior to the hearing to be held on June 29, 2009 at 10:30 a.m. Eastern Time.

At the same time, you must also serve a copy of the objection or response, if any, upon the following attorneys for Fireman's Fund:

| | |
|---|---|
| John D. Demmy (DE Bar No. 2802) | Mark D. Plevin |
| STEVENS & LEE, P.C. | Leslie A. Davis |
| 1105 North Market Street, 7th Floor | Tacie H. Yoon |
| Wilmington, DE 19801 | CROWELL & MORING, LLP |
| Telephone: (302) 425-3308 | 1001 Pennsylvania Avenue, NW |
| Telecopier: (610) 371-8515 | Washington, D.C. 20004 |
| Email: jdd@stevenslee.com | Telephone: (202) 624-2500 |
| | Telecopier: (202) 628-5116 |
| | Email: mplevin@crowell.com |
| | ldavis@crowell.com |
| | tyoon@crowell.com |

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 20, 2009

Respectfully submitted,

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Telecopier: (202) 628-5116
Email: mplevin@crowell.com
Email: ldavis@crowell.com
Email: tyoon@crowell.com

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone: (215) 751-2864/2885
Telecopier: (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND INSURANCE COMPANY

7939322