# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |

### ORDER GRANTING MOTION BY FIREMAN'S FUND INSURANCE COMPANY PURSUANT TO BANKRUPTCY RULE 3018 FOR TEMPORARY ALLOWANCE OF PROOF OF CLAIM NO. 15175

THIS MATTER having been presented to the Court upon the motion (the "Motion") of Fireman's Fund Insurance Company ("Fireman's Fund") pursuant to Fed. R. Bankr. P. 3018, for the entry of an order temporarily allowing its Proof of Claim No. 15175 for the purpose of voting on the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co. (the "Plan," Dkt. No. 20872) in an amount other than that proposed by Debtors in the Voting Procedures approved in ¶ 17 of the Court's Order Approving Disclosure Statement, Solicitation And Confirmation Procedures, Confirmation Schedule And Related Relief (Dkt. No. 20944); and the Court having considered the Motion, the brief in support of the Motion, any opposition to the Motion, and the arguments of counsel; and the Court having determined that good cause exists for entry of the requested order, it is hereby **ORDERED** as follows:

1.   The Motion be and is hereby GRANTED;

2.   Fireman's Fund's Proof of Claim No. 15175 is valued, for purposes of voting to accept or reject the Plan, at $3.86 million;

- 2 -

      3.      This valuation is for voting purposes only, and not for purposes of allowance or distribution, which are reserved for determination in future proceedings;

      4.      Counsel for Debtors shall serve this Order on: (i) the Office of the United States Trustee; (ii) counsel for the Official Committee of Asbestos Personal Injury Claimants; (iii) counsel for the Asbestos PI Future Claimants Representative; (iv) counsel for the Official Committee of Equity Security Holders; (v) counsel for Fireman's Fund; (vi) all parties listed on the Official Service List; and (vii) the Bankruptcy 2002 Notice List.

 

_____
Hon. Judith K. Fitzgerald
United States Bankruptcy Judge

Date: _____

7938986