IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the Notice of Filing of the *Objection Of The Official Committee Of Unsecured Creditors To Confirmation Of The First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders, Dated February 27, 2009* was made on May 20, 2009, upon the individuals on the attached Service List in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 20, 2009
       Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE I.D. 3892)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Tel: (302) 657-4942
Fax: (302) 657-4901

*Counsel for the Official
Committee of Unsecured Creditors*