IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

**DECLARATION OF LESLIE A. DAVIS IN SUPPORT OF PHASE II "SURETY CLAIM" RELATED OBJECTIONS OF FIREMAN'S FUND INSURANCE COMPANY, AS A CREDITOR, TO CONFIRMATION OF THE FIRST AMENDED PLAN OF REORGANIZATION**

I, Leslie A. Davis, declare as follows:

1. I am a licensed attorney in the State of Maryland and the District of Columbia and counsel at Crowell & Moring LLP, attorneys for Fireman's Fund Insurance Company ("Fireman's Fund"), a creditor and party in interest in Debtors' case.

2. I submit this Declaration in support of the Phase II "Surety Claim" Related Objections Of Fireman's Fund Insurance Company, As A Creditor, To Confirmation Of The First Amended Plan Of Reorganization. I make this declaration based on personal knowledge.

3. Except as may be indicated below, I have personal knowledge of the facts stated herein, and could and would competently testify to them if called as a witness.

4. Attached as Exhibit 1 are true and correct copies of (a) an e-mail from Mark Plevin to Theodore Freedman, sent at 7:49 a.m. on May 6, 2009, and (b) an e-mail from Theodore Freedman to Mark Plevin, sent at 9:27 a.m. on May 7, 2009. Both e-mails were copied to me in their original transmission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2009, in Washington, D.C.

                                        */s/ Leslie A. Davis*
                                        Leslie A. Davis

8006383

# EXHIBIT A

## Davis, Epley Leslie

**From:** Plevin, Mark
**Sent:** Wednesday, May 06, 2009 7:49 AM
**To:** 'Theodore Freedman'; Barbara Harding
**Cc:** aaronsona@pepperlaw.com; acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Barbara Harding; belias@omm.com; bmukherjee@goodwinprocter.com; bstansbury@kirkland.com; butcher@lrclaw.com; candon@cwg11.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbifferato@bglawde.com; cbruens@kirkland.com; cgreco@kirkland.com; cohn@cwg11.com; collins@rlf.com; david.klauder@usdoj.gov; Primack, David P.; david.turetsky@skadden.com; dbernick@kirkland.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; dj.baker@skadden.com; dmannal@kramerlevin.com; Dpastor@Gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; gsvirsky@omm.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; jal@capdale.com; james.freeman2@usdoj.gov; Janet S. Baer; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; Boerger, Jeffrey M.; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; landis@lrclaw.com; Davis, Epley Leslie; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; Brown, Michael F.; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; nancy.manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentley@kramerlevin.com; pcuniff@pszjlaw.com; pkoepff@omm.com; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; rdehney@mnat.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tgerber@fulbright.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@pepperlaw.com; tschiavoni@omm.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpreg@kirkland.com; ion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; Pratt, Warren T.; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com; Mark.Shelnitz@grace.com; NDF@Capdale.com; JAL@Capdale.com

**Subject:** RE: Phase I Issues

Ted: Your e-mail reproduced below provides an appropriate opportunity to ask that you confirm, on behalf of Grace and the other Plan Proponents, that any objection Fireman's Fund may raise to the Plan on account of its contingent claim based on the indemnity agreement supporting the Edwards supersedeas bond is in its capacity as a creditor and, accordingly, is part of Phase II, rather than Phase I. Please confirm as soon as possible that that is Plan Proponents' understanding.

Please let me know if you have any questions.

---

**From:** Theodore Freedman [mailto:tfreedman@kirkland.com]
**Sent:** Tuesday, May 05, 2009 5:11 PM
**To:** Barbara Harding
**Cc:** aaronsona@pepperlaw.com; acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Barbara Harding; belias@omm.com; bmukherjee@goodwinprocter.com; bstansbury@kirkland.com;

butcher@lrclaw.com; candon@cwg11.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbifferato@bglawde.com; cbruens@kirkland.com; cgreco@kirkland.com; cohn@cwg11.com; collins@rlf.com; david.klauder@usdoj.gov; Primack, David P.; david.turetsky@skadden.com; dbernick@kirkland.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; dj.baker@skadden.com; dmannal@kramerlevin.com; Dpastor@Gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; gsvirsky@omm.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; jal@capdale.com; james.freeman2@usdoj.gov; Janet S. Baer; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; Boerger, Jeffrey M.; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; landis@lrclaw.com; Davis, Epley Leslie; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; Brown, Michael F.; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; Plevin, Mark; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; nancy.manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentley@kramerlevin.com; pcuniff@pszjlaw.com; pkoepff@omm.com; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; rdehney@mnat.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tgerber@fulbright.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@pepperlaw.com; tschiavoni@omm.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpreg@kirkland.com; ion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; Pratt, Warren T.; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com; Mark.Shelnitz@grace.com; NDF@Capdale.com; JAL@Capdale.com
**Subject:** Phase I Issues


Counsel

The Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization entered by Judge Fitzgerald today, May 5, 2008 (the "CMO") expressly sets forth the scope of issues that will be heard by the Court during Phase I of the Confirmation hearing with respect to insurance matters. Those issues are: " (i) whether the Plan improperly affects the rights of Debtors' insurers (in their capacity as insurers, but not creditors); [and] (ii) the standing of the Debtors' insurers (in their capacity as insurers, but not creditors) to litigate confirmation objections that involve issues other than those described in section (i) herein provided however, that the Plan Proponents shall not challenged the standing of the insurers, to the extent they are parties to Asbestos Insurance Reimbursement Agreements, to object to, in Phase II, the Plan's proposed treatment of the Asbestos Insurance Reimbursement Agreements, under the Plan".

Grace believes that under the foregoing guidelines, the matters of insurance neutrality and standing will not require the court to resolve any factual issues. In particular, Grace does not believe that there is any need to address issues related to claims and contentions raised by Scotts, or by insurance carriers as to whom Scotts may assert that it has indemnity or coverage rights, as to the nature or existence of such rights.

Accordingly this is to request that any insurers who contend that during Phase I they will be permitted within the terms of the CMO to raise or address any factual issues (i) to immediately identify those issues to Grace; and (ii) explain why it will be appropriate to address those issues during the Phase I hearing.

---
Theodore L. Freedman
Kirkland & Ellis LLP
212-446-4934
212-446-4900
Citigroup Center
153 East 53rd Street

5/20/2009

New York, NY 10022-4675

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

```
***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************
```

5/20/2009

## Davis, Epley Leslie

| | |
|---|---|
| **From:** | Theodore Freedman [tfreedman@kirkland.com] |
| **Sent:** | Thursday, May 07, 2009 9:27 AM |
| **To:** | Plevin, Mark |
| **Cc:** | aaronsona@pepperlaw.com; acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; belias@omm.com; Barbara Harding; bmukherjee@goodwinprocter.com; bstansbury@kirkland.com; butcher@lrclaw.com; candon@cwg11.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbifferato@bglawde.com; cbruens@kirkland.com; cgreco@kirkland.com; cohn@cwg11.com; collins@rlf.com; david.klauder@usdoj.gov; Primack, David P.; david.turetsky@skadden.com; dbernick@kirkland.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; dj.baker@skadden.com; dmannal@kramerlevin.com; Dpastor@Gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; gsvirsky@omm.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; ion03.wl.ecf@usdoj.gov; jal@capdale.com; james.freeman2@usdoj.gov; Janet S. Baer; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; Boerger, Jeffrey M.; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; landis@lrclaw.com; Davis, Epley Leslie; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; Brown, Michael F.; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@paulweiss.com; mphillips@cblh.com; mpiropato@stblaw.com; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; nancy.manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentley@kramerlevin.com; pcuniff@pszjlaw.com; pkoepff@omm.com; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; rdehney@mnat.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tgerber@fulbright.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@pepperlaw.com; tschiavoni@omm.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpreg@kirkland.com; vguldi@zuckerman.com; Pratt, Warren T.; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com |
| **Subject:** | RE: Phase I Issues |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Mark: The Plan Proponents agree that any objection Fireman's Fund may raise to theto the Plan on account of its contingent claim based on the indemnity agreement supporting the Edwards supersedeas bond is in its capacity as a creditor and, accordingly, is part of Phase II, rather than Phase I. In particular, to the extent Firemen's Fund raises issues related to the classification of its contingent claim in Class 6, or its assertion of setoff rights against other assets of Grace, those issues would be heard as part of Phase II.

Theodore L. Freedman
Kirkland & Ellis LLP
212-446-4934
212-446-4900

5/20/2009

Citigroup Center
153 East 53rd Street
New York, NY 10022-4675

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

| | |
|---|---|
| "Plevin, Mark" <MPlevin@crowell.com><br><br>05/06/2009 07:49 AM | To "Theodore Freedman" <tfreedman@kirkland.com>, "Barbara Harding" <bharding@kirkland.com><br>cc <aaronsona@pepperlaw.com>, <acordo@mnat.com>, <acraig@cuyler.com>, <akelley@dilworthlaw.com>, <akrieger@stroock.com>, <alexander.mueller@mendes.com>, <anna.newsom@mendes.com>, <arich@alanrichlaw.com>, <arosenberg@paulweiss.com>, <arunning@kirkland.com>, "Barbara Harding" <bharding@kirkland.com>, <belias@omm.com>, <bmukherjee@goodwinprocter.com>, <bstansbury@kirkland.com>, <butcher@lrclaw.com>, <candon@cwg11.com>, <carignanj@pepperlaw.com>, <carl.pernicone@wilsonelser.com>, <carolina.acevedo@mendes.com>, <casarinom@whiteandwilliams.com>, <caseyl@pepperlaw.com>, <Catherine.chen@wilsonelser.com>, <cbifferato@bglawde.com>, <cbruens@kirkland.com>, <cgreco@kirkland.com>, <cohn@cwg11.com>, <collins@rlf.com>, <david.klauder@usdoj.gov>, "Primack, David P." <David.Primack@dbr.com>, <david.turetsky@skadden.com>, <dbernick@kirkland.com>, <dblabey@kramerlevin.com>, <dfelder@orrick.com>, <dglosband@goodwinprocter.com>, <dj.baker@skadden.com>, <dmannal@kramerlevin.com>, <Dpastor@Gilmanpastor.com>, <drosenbloom@mwe.com>, <drosendorf@kttlaw.com>, <dsilver@mccarter.com>, <dspeights@speightsrunyan.com>, <ealcabes@stblaw.com>, <ei@capdale.com>, <eileen.mccabe@mendes.com>, <elongosz@eckertseamans.com>, <emdecristofaro@FMEW.com>, <erosenthal@rmgglaw.com>, <ewestbrook@rpwb.com>, <ewolfe@skfdelaware.com>, <fmonaco@wcsr.com>, <fournierd@pepperlaw.com>, <gcalhoun@steptoe.com>, <ghorowitz@kramerlevin.com>, <gibbonsj@whiteandwilliams.com>, <gmcdaniel@bglawde.com>, <green@lrclaw.com>, <gsvirsky@omm.com>, <hertzbergr@pepperlaw.com>, <hriedel@srbp.com>, <ilevee@lowenstein.com>, <jal@capdale.com>, <james.freeman2@usdoj.gov>, "Janet S. Baer" <jbaer@jsbpc.com>, <jcohn@cozen.com>, <jcp@pgslaw.com>, <jcutler@orrick.com>, <jdd@stevenslee.com>, "Boerger, Jeffrey M." <Jeffrey.Boerger@dbr.com>, <jeff.friedman@kattenlaw.com>, <jguy@orrick.com>, <jk@kttlaw.com>, <jmeltzer@sbtklaw.com>, <john.mcfarland@grace.com>, <joneill@pszjlaw.com>, <jpruggeri@hhlaw.com>, <jsakalo@bilzin.com>, <jsottile@zuckerman.com>, <jspadaro@johnsheehanspadaro.com>, <jwaxman@cozen.com>, <jwisler@cblh.com>, <kandestin@rlf.com>, <kbornstein@sbtklaw.com>, <klove@kirkland.com>, <kmakowski@pszjlaw.com>, <kmangan@wcsr.com>, <kmayer@mccarter.com>, <kmiller@skfdelaware.com>, <korr@orrick.com>, <kpasquale@stroock.com>, <landis@lrclaw.com>, "Davis, Epley Leslie" <ldavis@crowell.com>, <lesayian@kirkland.com>, <lkruger@stroock.com>, <loberholzer@pszjlaw.com>, <locasaleg@whiteandwilliams.com>, <lpg@stevenslee.com>, <lstover@eckertseamans.com>, <Madigan.andrea@epa.gov>, <madron@rlf.com>, <mark.shelnitz@grace.com>, <maward@wcsr.com>, <mdavis@zeklaw.com>, <meltzere@pepperlaw.com>, <merritt.pardini@kattenlaw.com>, <mes@stevenslee.com>, <meskin@camlev.com>, <metkin@lowenstein.com>, <mgiannotto@goodwinprocter.com>, <mhurford@camlev.com>, "Brown, Michael F." <Michael.Brown@dbr.com>, <mjoseph@ferryjoseph.com>, <mkramer@bilzin.com>, <mlastowski@duanemorris.com>, <mphillips@cblh.com>, <mphillips@paulweiss.com>, <mpiropato@stblaw.com>, <mshiner@tuckerlaw.com>, <mumford@lrclaw.com>, <mwallace@orrick.com>, <mweis@dilworthlaw.com>, <nancy.manzer@wilmer.com>, <ndf@capdale.com>, <noah.heller@kattenlaw.com>, <pbentley@kramerlevin.com>, <pcuniff@pszjlaw.com>, <pkoepff@omm.com>, <pmahaley@orrick.com>, <ppantaleo@stblaw.com>, <pvnl@capdale.com>, <ramos@rlf.com>, <rdehney@mnat.com>, <Reynolds@rlf.com>, <rfrankel@orrick.com>, <rguttmann@zeklaw.com>, <rhorkovich@andersonkill.com>, <richard.finke@grace.com>, <rifft@wileyrein.com>, <rjsidman@vorys.com>, <rriley@duanemorris.com>, <rwyron@orrick.com>, <sbaena@bilzin.com>, <sfreedman@dilworthlaw.com>, <speirce@fulbright.com>, <sshimshak@paulweiss.com>, <stearn@rlf.com>, <swspencer@FMEW.com>, <tcairns@pszjlaw.com>, <teresa.currier@bipc.com>, <tgerber@fulbright.com>, <thomas.quinn@mendes.com>, <tmacauley@zuckerman.com>, <toolee@pepperlaw.com>, <tschiavoni@omm.com>, <tscobb@vorys.com>, <ttacconelli@ferryjoseph.com>, <ustpreg@kirkland.com>, <ion03.wl.ecf@usdoj.gov>, <vguldi@zuckerman.com>, "Pratt, Warren T." <Warren.Pratt@dbr.com>, <wrussell@stblaw.com>, <wshelley@cozen.com>, <yoderj@whiteandwilliams.com>, <young@wildman.com>, <Mark.Shelnitz@grace.com>, <NDF@Capdale.com>, <JAL@Capdale.com><br>Subject RE: Phase I Issues |

5/20/2009

Ted: Your e-mail reproduced below provides an appropriate opportunity to ask that you confirm, on behalf of Grace and the other Plan Proponents, that any objection Fireman's Fund may raise Please confirm as soon as possible that that is Plan Proponents' understanding.

Please let me know if you have any questions.

---

**From:** Theodore Freedman [mailto:tfreedman@kirkland.com]
**Sent:** Tuesday, May 05, 2009 5:11 PM
**To:** Barbara Harding
**Cc:** aaronsona@pepperlaw.com; acordo@mnat.com; acraig@cuyler.com; akelley@dilworthlaw.com; akrieger@stroock.com; alexander.mueller@mendes.com; anna.newsom@mendes.com; arich@alanrichlaw.com; arosenberg@paulweiss.com; arunning@kirkland.com; Barbara Harding; belias@omm.com; bmukherjee@goodwinprocter.com; bstansbury@kirkland.com; butcher@lrclaw.com; candon@cwg11.com; carignanj@pepperlaw.com; carl.pernicone@wilsonelser.com; carolina.acevedo@mendes.com; casarinom@whiteandwilliams.com; caseyl@pepperlaw.com; Catherine.chen@wilsonelser.com; cbifferato@bglawde.com; cbruens@kirkland.com; cgreco@kirkland.com; cohn@cwg11.com; collins@rlf.com; david.klauder@usdoj.gov; Primack, David P.; david.turetsky@skadden.com; dbernick@kirkland.com; dblabey@kramerlevin.com; dfelder@orrick.com; dglosband@goodwinprocter.com; dj.baker@skadden.com; dmannal@kramerlevin.com; Dpastor@Gilmanpastor.com; drosenbloom@mwe.com; drosendorf@kttlaw.com; dsilver@mccarter.com; dspeights@speightsrunyan.com; ealcabes@stblaw.com; ei@capdale.com; eileen.mccabe@mendes.com; elongosz@eckertseamans.com; emdecristofaro@FMEW.com; erosenthal@rmgglaw.com; ewestbrook@rpwb.com; ewolfe@skfdelaware.com; fmonaco@wcsr.com; fournierd@pepperlaw.com; gcalhoun@steptoe.com; ghorowitz@kramerlevin.com; gibbonsj@whiteandwilliams.com; gmcdaniel@bglawde.com; green@lrclaw.com; gsvirsky@omm.com; hertzbergr@pepperlaw.com; hriedel@srbp.com; ilevee@lowenstein.com; jal@capdale.com; james.freeman2@usdoj.gov; Janet S. Baer; jcohn@cozen.com; jcp@pgslaw.com; jcutler@orrick.com; jdd@stevenslee.com; Boerger, Jeffrey M.; jeff.friedman@kattenlaw.com; jguy@orrick.com; jk@kttlaw.com; jmeltzer@sbtklaw.com; john.mcfarland@grace.com; joneill@pszjlaw.com; jpruggeri@hhlaw.com; jsakalo@bilzin.com; jsottile@zuckerman.com; jspadaro@johnsheehanspadaro.com; jwaxman@cozen.com; jwisler@cblh.com; kandestin@rlf.com; kbornstein@sbtklaw.com; klove@kirkland.com; kmakowski@pszjlaw.com; kmangan@wcsr.com; kmayer@mccarter.com; kmiller@skfdelaware.com; korr@orrick.com; kpasquale@stroock.com; landis@lrclaw.com; Davis, Epley Leslie; lesayian@kirkland.com; lkruger@stroock.com; loberholzer@pszjlaw.com; locasaleg@whiteandwilliams.com; lpg@stevenslee.com; lstover@eckertseamans.com; Madigan.andrea@epa.gov; madron@rlf.com; mark.shelnitz@grace.com; maward@wcsr.com; mdavis@zeklaw.com; meltzere@pepperlaw.com; merritt.pardini@kattenlaw.com; mes@stevenslee.com; meskin@camlev.com; metkin@lowenstein.com; mgiannotto@goodwinprocter.com; mhurford@camlev.com; Brown, Michael F.; mjoseph@ferryjoseph.com; mkramer@bilzin.com; mlastowski@duanemorris.com; mphillips@cblh.com; mphillips@paulweiss.com; mpiropato@stblaw.com; Plevin, Mark; mshiner@tuckerlaw.com; mumford@lrclaw.com; mwallace@orrick.com; mweis@dilworthlaw.com; nancy.manzer@wilmer.com; ndf@capdale.com; noah.heller@kattenlaw.com; pbentley@kramerlevin.com; pcuniff@pszjlaw.com; pkoepff@omm.com; pmahaley@orrick.com; ppantaleo@stblaw.com; pvnl@capdale.com; ramos@rlf.com; rdehney@mnat.com; Reynolds@rlf.com; rfrankel@orrick.com; rguttmann@zeklaw.com; rhorkovich@andersonkill.com; richard.finke@grace.com; rifft@wileyrein.com; rjsidman@vorys.com; rriley@duanemorris.com; rwyron@orrick.com; sbaena@bilzin.com; sfreedman@dilworthlaw.com; speirce@fulbright.com; sshimshak@paulweiss.com; stearn@rlf.com; swspencer@FMEW.com; tcairns@pszjlaw.com; teresa.currier@bipc.com; tgerber@fulbright.com; thomas.quinn@mendes.com; tmacauley@zuckerman.com; toolee@pepperlaw.com; tschiavoni@omm.com; tscobb@vorys.com; ttacconelli@ferryjoseph.com; ustpreg@kirkland.com; ion03.wl.ecf@usdoj.gov; vguldi@zuckerman.com; Pratt, Warren T.; wrussell@stblaw.com; wshelley@cozen.com; yoderj@whiteandwilliams.com; young@wildman.com; Mark.Shelnitz@grace.com; NDF@Capdale.com; JAL@Capdale.com
**Subject:** Phase I Issues


Counsel

The Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization entered by Judge Fitzgerald today, May 5, 2008 (the "CMO") expressly sets forth the scope of issues that will be heard by the Court during Phase I of the Confirmation hearing with respect to insurance matters. Those issues are: "(i) whether the Plan improperly affects the rights of Debtors' insurers (in their capacity as insurers, but not creditors); [and] (ii) the standing of the Debtors' insurers (in their capacity as insurers, but not creditors) to litigate confirmation objections that involve issues other than those described in section (i) herein provided however, that the Plan Proponents shall not challenged the standing of the insurers, to the extent they are parties to Asbestos Insurance Reimbursement Agreements, to object to, in Phase II, the Plan's proposed treatment of the Asbestos Insurance Reimbursement Agreements, under the Plan".

Grace believes that under the foregoing guidelines, the matters of insurance neutrality and standing will not require the court to

5/20/2009

resolve any factual issues. In particular, Grace does not believe that there is any need to address issues related to claims and contentions raised by Scotts, or by insurance carriers as to whom Scotts may assert that it has indemnity or coverage rights, as to the nature or existence of such rights.

Accordingly this is to request that any insurers who contend that during Phase I they will be permitted within the terms of the CMO to raise or address any factual issues (i) to immediately identify those issues to Grace; and (ii) explain why it will be appropriate to address those issues during the Phase I hearing.

Theodore L. Freedman
Kirkland & Ellis LLP
212-446-4934
212-446-4900
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************


***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************