## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

### SCHOOL DISTRICT 68 NANAIMO-LADYSMITH'S
### JOINDER IN ANDERSON MEMORIAL HOSPITAL'S
### OBJECTION TO DEBTORS' FIRST AMENDED JOINT PLAN

The School District 68 Nanaimo-Ladysmith is the holder of an asbestos property damage claim against the Debtors (Claim No. 11627) who has voted to reject the Debtors' First Amended Joint Plan of Reorganization. The School District respectfully joins in the Plan Objection filed by Anderson Memorial Hospital, reserving all rights.

DATED: May 20, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

Joinder of Nanaimo to Anderson Memorial's Objection to Plan Confirmation.DOC\