# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

| | |
|---|---|
| STATE OF DELAWARE : | |
| | : SS |
| NEW CASTLE COUNTY : | |

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 20, 2009, I caused to be served:

**OBJECTION OF GARLOCK SEALING TECHNOLOGIES, LLC TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO., ET AL., THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 27, 2009**

Service was completed upon the parties on the attached list in the manner indicated.

Date: May 20, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 20th day of May, 2009

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

WWW/099999-7777/2223476/1

**VIA HAND DELIVERY**
David Klauder, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA HAND DELIVERY AND FACSIMILE**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Facsimile: (302) 652-4400
[Counsel to the Debtors]

**VIA FACSIMILE**
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: General Counsel
Facsimile: (410) 531-4545

David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Facsimile: (212) 446-4900
[Counsel to the Debtors]

Peter Van Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Facsimile: (202) 862-3301
[Counsel to the Asbestos PI Committee]

**VIA FACSIMILE**
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Facsimile: (212) 644-6755
[Counsel to the Asbestos PI Committee]

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
Facsimile: (305) 374-7593
[Counsel to the Asbestos PD Committee]

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
Facsimile: (703) 205-6249
[Counsel to Asbestos PI Future Claimants' Representative]

Roger Frankel, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Facsimile: (202) 339-8500
[Counsel to Asbestos PI Future Claimants' Representative]

Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC 29401
Facsimile: (843) 953-7570
[Counsel to Asbestos PD Future Claimants' Representative]

**VIA FACSIMILE**
Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
Facsimile: (214) 749-0325
[Counsel to Asbestos PD Future Claimants' Representative]

Lewis Kriguer
Arlene Krieger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Facsimile: (212) 806-6006
[Counsel to the Official Committee of Unsecured Creditors]

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407
Facsimile: (201) 703-4113

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Facsimile: (212) 735-2000
[Counsel to Sealed Air Corporation]

Fresenius Medical Care North America
Corporate Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
Facsimile: (781) 402-9700

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606
Facsimile: (312) 984-7700
[Counsel to Fresenius Medical Care North America]

**VIA FACSIMILE**
Phillip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 715-8000
[Counsel to the Equity Committee]

WWW/099999-7777/2223476/1