UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                                                 :
In re:                                                           :
                                                                 : Chapter 11
                                                                 :
W.R. GRACE & CO., et al.,                                        : Case No. 01-01139 (JKF)
                                                                 : Jointly Administered
                                                                 :
                              Debtors.                           :
-----------------------------------------------------------------x

**CONFIDENTIAL FILED UNDER SEAL [RE: D.I. 21671]**

**TRAVELERS CASUALTY AND SURETY COMPANY'S FINAL
OBJECTIONS TO CONFIRMATION OF FIRST AMENDED
JOINT PLAN OF REORGANIZATION DATED FEBRUARY 27, 2009**

> Robert J. Dehney (#3578)
> Ann C. Cordo (#4817)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, Delaware 19899
> Telephone: (302) 658-9200
> Email: rdehney@mnat.com
>        acordo@mnat.com
>
> Mary Beth Forshaw
> Kathrine McLendon
> Elisa Alcabes
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, New York 10017-3954
> Telephone: (212) 455-2000
> Email: mforshaw@stblaw.com
>        kmclendon@stblaw.com
>        ealcabes@stblaw.com
>
> *Attorneys for Travelers Casualty and Surety Company*