IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

      **IT IS CERTIFIED** that on the 20th day of May, 2008, the Acting United States Trustee's Objection to the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Pi Future Claimants' representative, and the Official Committee of Equity Security Holders dated February 27, 2009, was caused to be served via electronic mail on the Debtors' Master Email Service List, which is attached hereto.

By: *David M. Klauder*
David M. Klauder
Trial Attorney
Office of the United States Trustee