IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. ) | Jointly Administered |
| ) | |
| Debtors. ) | Re: Docket No. 20872 |
| ) | |

## JOINDER IN PLAN OBJECTIONS OF OTHER INSURERS

TIG Insurance Company ("TIG") and United States Fire Insurance Company ("U.S. Fire"), by and through their undersigned counsel, hereby join in the final objections to the Amended Joint Plan of Reorganization filed by other insurers to the extent pertinent to the policies and agreements pertaining to TIG and U.S. Fire (without regard to the validity or amount of any claim that other parties may have asserted against the Debtors, or any question of insurance coverage relating to policies issued by other insurers).

Dated: May 20, 2009

Respectfully submitted

/s/ Garvan F. McDaniel
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Fax: (302) 429-8600
Tel.: (302) 429-1900

-and-

George R. Calhoun, V
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Fax: (202) 261-0610
Tel: (202) 429-6226

*Attorneys for TIG Insurance Company and United States Fire Insurance Company*