**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 21796 |

## JOINDER TO PLAN OBJECTIONS

Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation (collectively, "Hartford") hereby join the objections of Travelers Casualty and Surety Company to Confirmation of First Amended Joint Plan of Reorganization Dated February 27, 2009 [Docket No. 21796], filed May 20, 2009, as applicable to Hartford and its Asbestos Settlement Agreement and Release with W.R. Grace dated October 8, 1998.

Respectfully submitted,

 _/s/ Michael W. Yurkewicz_ _____
**KLEHR, HARRISON, HARVEY**
  **BRANZBURG AND ELLERS LLP**
919 Market St., Suite 1000
Wilmington, DE 19801
Telephone: 302-426-1189
Facsimile: 302-426-9193

- and –

Craig Goldblatt
Nancy L. Manzer
**WILMER CUTLER PICKERING**
 **HALE AND DORR LLP**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363

Counsel for Hartford

Dated: May 20, 2009