IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 21784 |

**ORDER GRANTING
ANDERSON MEMORIAL HOSPITAL'S MOTION FOR
TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES**

Upon consideration of Anderson Memorial Hospital's Motion for Temporary Allowance of Claim for Voting Purposes (the "Motion"); and upon finding that the Motion is within the core jurisdiction of this Court under 28 U.S.C. §§ 134 and 157; and that notice of the Motion was proper and sufficient; and that the Motion is duly supported by the factual record and applicable law; and any objections to the Motion having been resolved or overruled; IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Claim, as defined in the Motion, is temporarily allowed for the purposes of voting in Class 7A in the amount of $16,000,000 (without waiver of any arguments regarding improper classification set forth in Anderson Memorial Hospital's objections to confirmation of the Debtors' Plan).

DATED: _____

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge