**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | ) | CHAPTER 11<br>(Jointly Administered)<br><br>Case No. 01-01139 (JKF)<br><br>**Objection Deadline: June 12, 2009 at 4:00 p.m.**<br>**Hearing Date: June 29, 2009 at 10:30 a.m.**<br><br>**Re: Docket No. 21786** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on May 20, 2009, City of Vancouver ("Movant") filed its Motion for Temporary Allowance of Claim for Voting Purposes (D.I. 21786) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware (the "Bankruptcy Court").

PLEASE TAKE NOTICE that objections or other responses to the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **4:00 p.m. EDT on June 12, 2009**.

At the same time, you must also serve a copy of the objections or responses, if any, upon counsel for Movant listed below.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING. IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801 ON **JUNE 29, 2009 AT 10:30 A.M. (EDT)**.

DATED: May 20, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

*Counsel for City of Vancouver*