# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 21786** |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on May 20, 2009, I did cause true and correct copies of **City of Vancouver's Motion for Temporary Allowance of Claim for Voting Purposes** to be served on the parties listed on the attached service list in the manner indicated thereon:

DATED: May 20, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

NOM, PO, and COS re City of Vancouver's Motion for Temporary Allowance of Claim.DOCX

## SERVICE LIST

## VIA FACSIMILE AND FIRST CLASS MAIL

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801
*Fax:   (302) 652-4400*

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
*Fax:   (302) 552-4295*

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Fax:   (302) 426-9947*

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
*Fax:   (302) 657-4901*

David M. Klauder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street, Room 2207
Wilmington, DE 19801
*Fax:   (302) 573-6497*

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Fax:   (212) 644-6755*

Theodore Tacconelli, Esquire
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351
*Fax:   (302) 575-1714*

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 N. Broom Street
Wilmington, DE 19806
*Fax:   (302) 655 4210*

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
*Fax:   (212) 446-4900*

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982
*Fax:   (212) 806-1230*

Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
*Fax:   (202) 429-3301*

Philip Bentley, Esquire
Douglas Mannal, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
*Fax:   (212) 715-8000*

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005-1706
*Fax:   (202) 339-8500*

Scott Baena, Esquire
Jay Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*Fax:   (305) 374-7593*

James Restivo, Jr., Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Fax:* *(412) 288-3063*

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899-0068
*Fax:* *(302) 888-0606*

W.R. Grace & Co.
ATTN: General Counsel
7500 Grace Drive
Columbia, MD 21044
*Fax:* *(410) 531-4545*

David T. Austern
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
*Fax:* *(703) 205-6249*

Alexander M. Sanders, Jr., Esquire
19 Water Street
Charleston, SC 29401
*Fax:* *(843) 953-7570*

Sealed Air Corporation
ATTN: General Counsel
200 Riverfront Bl.
Elmwood Park, NJ 07407
*Fax:* *(201) 703-4113*

D.J. Baker, Esquire
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
*Fax: (212) 735-2000*

Fresenius Medical Care North America Corporate Headquarters
ATTN: Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192
*Fax:* *(781) 402-9700*

David S. Rosenbloom, Esquire
McDERMOTT WILL & EMERY
227 W. Monroe Street, Suite 4400
Chicago, IL 60606
*Fax: (312) 984-7700*

**VIA ELECTRONIC MAIL**

Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street
Dallas, TX 75202
**Email: arich@alanrichlaw.com**

Jeffrey M. Boerger, Esquire
Drinker Biddle LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
**Email: Jeffrey.Boerger@dbr.com**