# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-1139 (JKF) |
| *et al.*,[1] | ) | |
| | ) | Jointly-Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE OF THE PRELIMINARY EXPERT DISCLOSURE STATEMENT OF BERND G. HEINZE

The undersigned counsel to Arrowood Indemnity Company f/k/a Royal Indemnity

Company hereby certifies that the Preliminary Expert Disclosure Statement of Bernd G. Heinze,

attached hereto as Exhibit A, was served via electronic mail to the parties on the attached Service

List.

---

[1]    The Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co: Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (a/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation; Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

/s/ Garvan F. McDaniel
Garvan F. McDaniel (#4167)
BIFFERATO LLC
800 King Street, First Floor
Wilmington, DE 19899-2165
(302) 225-7600

Tancred V. Schiavoni (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Carl J. Pernicone (*pro hac vice*)
150 East 42nd Street
New York, NY 10017-5639

*Attorneys for Arrowood Indemnity Company
f/k/a Royal Indemnity Company*

2

## Service List

Robert Horkavich   rhorkovich@andersonkill.com
David M. Bernick   dbernick@kirkland.com
Elihu Inselbuch   ei@capdale.com
Mark T. Hurford   mhuford@camlev.com
Richard H. Wyron   rwyron@orrick.com
Peter Van N. Lockwood   pvnl@capdale.com
Teresa D. Currier   teresa.currier@bipc.com
Theodore Friedman   tfreedman@kirkland.com
Debra Felder   dfelder@orrick.com

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-1139 (JKF) |
| et al.,[1] | ) | |
| | ) | Jointly-Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## PRELIMINARY EXPERT DISCLOSURE STATEMENT

## OF BERND G. HEINZE

1.     I, Bernd G. Heinze, Esq., offer the following report pertaining to my review of Plan of Reorganization and other matters relevant and material to the captioned matter, and a statement of my preliminary opinions and conclusions, as well as the basis and reasons in support thereof. This report is submitted on behalf of Arrowood Indemnity Company f/k/a Royal Indemnity Company (collectively, "Arrowood").

## I.     BACKGROUND AND QUALIFICATIONS

2.     I graduated from the Canisius College in Buffalo, New York in 1978 with a Bachelor of Arts Degree. I double majored in International Relations and Economics. In 1977, I was selected to attend the American University School of Foreign Policy in Washington D.C.,

---

[1]     The Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co: Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (a/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G 11 Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation; Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and during that time, continued my employment with the Honorable Jack F. Kemp in the House of Representatives in Washington, D.C. first as an intern and then as a legislative assistant on his staff. Subsequently, I served as the executive assistant and press secretary for the Honorable Edward J. Rutkowski, County Executive for Erie County, NY.

3.    In 1983, I graduated from the Temple University School of Law in Philadelphia, Pennsylvania and, thereafter, became a member of the Bar of the Commonwealth of Pennsylvania. I am admitted to practice law in the United States Supreme Court, U.S. Court of Appeals for the Third Circuit, the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania, and the Supreme Court of the Commonwealth of Pennsylvania.

4.    I began the practice of law in 1983 at the law firm of Marshall, Dennehey, Warner, Coleman and Goggin in Philadelphia, Pennsylvania as the associate to the senior partner Frances E. Marshall, Sr. The scope of my activities included all aspects of representing self-insured corporations, insurance, reinsurance, excess and umbrella, and captive insurance companies in respect of claims made by first party policyholders and third party claimants. This included the litigation of a variety of property and casualty claims, with an area of specialization in the environmental, asbestos and toxic tort areas. I was personally involved in the issues and adjudication of bodily injury asbestos claims against the Johns Manville Company following its entering into Chapter XI bankruptcy in 1982.

5.    I was also involved in evaluating and providing coverage opinions regarding obligations insurance companies and policyholders have on various property and casualty primary, excess, umbrella policies and reinsurance treaties. Clients entrusting these matters for resolution were both U.S. domestic and international insurance entities including Lloyd's of London syndicates and other London Market underwriters as well as insurers from the European continent.

6.    These general activities and responsibilities continued when I began working at the Wilson, Elder, Moskowitz, Edelman and Dicker law firm in 1987, at which I became litigation partner in 1989. I accepted the position of Vice President and National Chief Litigation Counsel to a Fortune 500 insurance company in 1997. I was responsible for a $120 million annual operating budget in developing and implementing the litigation, claims management, audit and training strategies in the position of general counsel to the Claims Division. In this role, my responsibilities included the direction of all property and casualty, mass tort, environmental, asbestos, insurance coverage, bad faith, coverage and declaratory judgment actions on behalf of the company; establishment and management of the triage unit for large losses and complex claims; development and management of a national network of outside liability and coverage attorneys, eleven staff counsel operations, the environmental, asbestos and mass tort unit, the bad faith and compliance unit; and providing legal advice to the insurance company's home office and field claim operations, underwriters, reserving actuaries, ceded and assumed reinsurance units. I led and was personally responsible for the efforts involving the adjudication of asbestos claims against Armstrong World Industries, an insured of the insurance company, after it sought Chapter XI bankruptcy protection in 2000. I was a member of the claims leadership team. I also provided training programs to company employees in regard to litigation and insurance coverage matters. This included working with company underwriters in

2

the drafting of new manuscript insurance forms, insuring agreements, endorsements and insurance products to be offered to the marketplace.

7.      In September 2000, I formed the Beacon Management Group, with offices in King of Prussia, Pennsylvania and at Lloyd's, London in England. This insurance consultancy provides property and casualty, insurance claim, litigation, audit, reinsurance and other services. I have also served as an expert witness and party appointed arbitrator in a variety of commercial insurance disputes. I also continue my past experience in reviewing and providing coverage opinions on insurance policies for policyholders, insurance agents, brokers, third party administrators, managing general agents, insurance companies, reinsurance companies, captive insurers, retrocessional insurance companies and self-insured entities in the United States and internationally. In 2008, I rebranded the Company as the Heinze Group, LLC, and continue to provide the same service offerings as I have continuously as set forth above.

8.      Since 2001, I have also been serving as executive director of the American Association of Managing General Agents (AAMGA), and its University Foundation. The AAMGA is an international insurance trade association with 487 members. The membership is comprised qualifying managing general agents across the United States underwriting insurance business in excess of $22.9 billion in annual premium, domestic and international insurers, reinsurers, agents, brokers, third party administrators, law firms, premium financing companies and others providing services to the wholesale insurance marketplace.

9.      The AAMGA University is a recognized provider of tracked curriculums in the United States and the United Kingdom and offers continuing education classes approved and certified by all 50 state insurance departments and the Chartered Insurance Institute in London, England. I have personally provided numerous insurance coverage, underwriting, claims, litigation and audit training sessions both as an approved instructor by all 50 state insurance departments as well as independently, throughout the United States, in the Lloyd's and London insurance marketplace, and at the Queens, Sidney Sussex and Kings Colleges at Cambridge University in England.

10.     A copy of curriculum vitae is attached to this report as "Exhibit A."

## II.    STATEMENT OF DISCLOSURE

11.     If permitted to testify at the confirmation hearing, I may offer testimony or rebuttal testimony on various topics addressed in Arrowood's Preliminary Objections to the Plan of Reorganization, including, but not limited to the following topics:

(a)     Whether the Plan of Reorganization adversely affects Arrowood's economic, contractual rights and other legal and monetary interests including, but not limited to:

> (1)  how the Plan may be used to establish and accelerate obligations under Arrowood's policies,
>
> (2)  how the Plan may be used to enjoin Arrowood's claims for contribution, subrogation, reimbursement and similar claims, and

3

       (3)  how the granting of exculpations and releases in favor of third parties may impair and prejudice Arrowood's contractual rights and interests.

(b)    Whether the Plan is "insurance neutral."

(c)    Whether the Plan provides Arrowood with compensation to the extent that it impairs Arrowood's rights and interests, or any right to vote on the Plan.

(d)    Whether the 1995 Settlement Agreement resolving the parties' coverage dispute about certain policies that Arrowood issued to the Zonolite Company, Grace's predecessor, provides a broad, unconditional, and all-encompassing release as to any and all past, present and future asbestos-related claims.

(e)    Whether the consideration provided in connection the 1995 Settlement Agreement was fair and reasonable, represents an exchange of equivalent value and constitutes a substantial benefit to the estate.

## RESERVATION OF RIGHTS

33.    This preliminary disclosure is preliminary in nature only, submitted only for the purpose of framing the issues, and without prejudice to Arrowood's objections and argument at any hearing on confirmation of the Plan or other matters before the Court.  I respectfully reserve the right to amend, modify or supplement this preliminary disclosure for any reason, including *inter alia*, in response to, or as a result of, the filing of any Plan supplement or any other submission in connection with this bankruptcy case or any discovery being conducted in connection with confirmation proceeding concerning the Plan.

*     *     *     *

I will be pleased to review any additional materials which might come into the record following the issuance of this disclosure as warranted, and, in the interim, thank you for the opportunity to assist in the viewing the issues.

Dated: March 16, 2009

Bernd G. Heinze

4

**EXHIBIT A**

# BERND G. HEINZE

ATTORNEY AT LAW
150 SOUTH WARNER ROAD - SUITE 156
KING OF PRUSSIA, PA 19406
610-225-2300 (o) • 610-225-2364 (f)
bernie@heinzegroup.biz

## Professional Employment:

September 2000 to present:      President and Chief Executive Officer
**The Heinze Group, LLC**
King of Prussia, PA and at Lloyd's, London, England

- Founded and manage an international/multi-disciplinary group of trial attorneys and insurance professionals to provide risk, litigation, claim administration, audit, coverage, bad faith, reinsurance, run-off, expert witness, party-appointed arbitrator, ADR and outcome management solutions to policyholders, self-insured entities, insurance and reinsurance/retrocessional (ceded and assumed) companies, consultants, and investors; as well as to design, implement and direct coverage, claim and litigation best practices, strategies and budgets and claim avoidance strategies.

January 2001 to present:      Executive Director
**American Association of Managing General Agents**
King of Prussia, PA

- Manage the regulatory, governmental affairs, legal, information technology, business, insurance industry, media relations and administrative requirements of this international insurance trade association of 497 members, including its meetings and University offering continuing education and professional development classes across the country.

August 1997 to June 2000:      Vice President & Chief Litigation Counsel
**Reliance Insurance Company**
Philadelphia, PA

- Developed and implemented the overall litigation and claims management, audit, coverage and training strategy, and the outcomes produced nationwide, as general counsel to the claims division;
- Directed the trial of all property, casualty, fire, product liability, wrongful death, municipal and employment liability, medical malpractice, liquor/premises liability; construction defect, advertising injury, professional liability/errors and omissions, asbestos, toxic/mass tort, class action, trucking and transportation, and insurance coverage/bad faith claims, ADR/arbitration matters, special investigations/fraud, subrogation and declaratory judgment/coverage actions;
- Established and managed the Triage Unit for large losses and complex claims; catastrophic/crises events response unit; the national network of outside liability and

6

coverage attorneys, the eleven staff counsel operations, and the bad faith and state compliance unit, and the environmental, asbestos and mass tort team;

- Responsible for a $120 million annual operating budget for allocated loss adjustment expenses; all claim-related state regulatory inquiries and compliance; and devised diversity and litigation performance measures of all offices and vendors; reporting directly to president and CEO of the Company;
- Liaised directly with reinsurers, the company's Assumed & Ceded Reinsurance Unit, reserve actuaries, company underwriters, excess and umbrella carriers, and industry associations; monitored and analyzed the impact of proposed legislation and new laws and implemented new procedures to maximize opportunities and minimize exposures;
- Prepared insurance products and insuring agreements, and provided training sessions on claims-related investigation, evaluation, creative negotiation strategies, trials and appeals.

June 1987 to August 1997:           Litigation Associate; Contract Partner; and Equity Partner
                                    **Wilson, Elser, Moskowitz, Edelman & Dicker**
                                    Philadelphia, PA

- Trial partner litigating complex property, casualty, products, medical malpractice, professional liability, employment practices, trucking and transportation; premises/liquor liability; asbestos, fire, environmental/toxic torts, fraud and bad faith claims in state and federal courts nationwide for domestic and international insurance, reinsurance and captive carriers, excess and surplus lines carriers, and self-insured corporations and pools; prepared and edited the firm's quarterly *Transportation Advisor* and *Employment Discrimination Reporter;*
- Evaluated primary, excess and reinsurance coverage matters, conducted mediations and arbitrations, selected and directed local counsel, prepared insurance policies and endorsements;
- Counsel to the American Association of Managing General Agents and the AAMGA University; presented over 80 programs, speeches, mock trials and continuing education seminars to industry and governmental organizations on a variety of insurance and legal related matters.

August 1983 to June 1987:           Litigation Associate to the Senior Partner
                                    **Marshall, Dennehey, Warner, Coleman & Goggin**
                                    Philadelphia, PA

- Responsible for all pre-trial activities and trial preparation of senior partner's cases, second chaired cases litigated, and carried personal caseload defending significant product liability, environmental, toxic tort, wrongful death and survival, breach of contract, fraud, advertising injury personal injury claims, medical malpractice, asbestos, personal injury and property claims and insurance and reinsurance coverage/declaratory judgment actions across the United States and Europe.

June 1978 to August 1980:          Executive Assistant & Deputy Press Secretary
                                   **Erie County Executive Edward J. Rutkowski**
                                   Buffalo, NY

- Liaised with county and state legislators, county finance, environmental planning, economic development and energy departments and several public advisory committees; delivered press briefings; resolved constituent problems and inquiries; made public appearances and gave policy speeches on behalf of the county executive.

September 1974 to June 1978:       Congressional Assistant & Deputy Press Secretary
                                   **Congressman Jack F. Kemp**
                                   Washington, D.C. and Buffalo, NY

- Researched policy issues and drafted legislation, speeches and press releases on economic development, national security/defense and tax reduction; resolved constituent problems and inquiries; made public appearances and gave speeches on behalf of the congressman.

**Education:**                     **Temple University School of Law**, Philadelphia, PA – Juris Doctor 1983; International Association of Trial Lawyers Award; Legal and Professional Ethics Award; Best Orator Award-American Bar Association Moot Court Competition; National Moot Court Team Captain; Editor-in-Chief of *The Jurist*; Highest Grade in Class: Trial Advocacy; Professional Responsibility; and Land Use Planning; Researcher for U.S. Justice Department Organized Crime Project.

                                   **Canisius College**, Buffalo, NY – B.A International Relations & Economics [dual major] 1978; (Di Gamma Honor Society; Best Speaker and Best Delegate Awards – Harvard University Model United Nations Convention; Vice President Campus Programming Board; General Manager - Radio Station WCCG).

                                   **American University**, Washington, D.C. – School of Domestic & Foreign Policy 1977; (assigned to the Defense Intelligence and Appropriations Committees of the United States Congress).

**Professional Honors:**           AV Peer Review Rated by LexisNexis/Martindale-Hubbell. Named as one of the "100 Most Powerful People in the Insurance Profession – North America" annually since 2001 by the *Insurance Letter & Insurance Distribution* magazine. Named to the Business Advisory Council of the US House of Representatives, and Head of the Pennsylvania State Delegation since 2001.

8

<u>Resume of Bernd G. Heinze, Esquire</u>                                                    <u>Page Four</u>

**Professional Activities:**      Licensed by all 50 state insurance departments to provide continuing education seminars on property and casualty insurance claims, coverage, and legal related matters; member: AIDA Reinsurance & Insurance Arbitration Society (ARIAS); Property and Casualty Insurance Association Defense Counsel and Policy Committees; National Association of Subrogation Professionals. Serve as arbitrator in alternative dispute resolution proceedings on commercial, insurance/reinsurance and legal disputes.

**Professional Affiliations:**    Admitted to practice in the U.S. Supreme Court; Pennsylvania Supreme Court, U.S. Court of Appeals for the Third Circuit; U.S. District Courts for the Eastern and Middle Districts of Pennsylvania. Member of the Defense Research Institute and American Corporate Counsel Association. General Counsel to the "Whydah" Expedition and Historic Shipwrecks, Inc.

**Community Activities:**         President and active firefighter of the Fire Department of Montgomery Township; Member of the Montgomery Township Public Safety and Chair of the Industrial Development Authority.

**Personal Information:**          Birthdate: March 29, 1956; married with two daughters; fluent in the German language.