IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 21032, 21723 |
| | | Objection Deadline: May __, 2009 |
| | | Hearing Date: June 1, 2009 |

**ORDER GRANTING MOTION OF THE PLAN PROPONENTS TO STRIKE EXPERT REPORT AND EXCLUDE TESTIMONY OF BERND G. HEINZE**

Upon consideration of the Plan Proponents' motion for striking the expert report and excluding the testimony of Bernd D. Heinze (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted.

Dated: _____
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:148469.1