**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 21809, 21032, 21723**<br>**[Proposed] Objection Deadline: May __, 2009**<br>**[Proposed] Hearing Date: June 1, 2009** |

**PLAN PROPONENTS' MOTION FOR LEAVE FROM THIS COURT'S SCHEDULING
ORDER AND TO SHORTEN NOTICE PERIOD ON: MOTION OF THE PLAN
PROPONENTS TO STRIKE EXPERT REPORT AND
EXCLUDE TESTIMONY OF BERND G. HEINZE**

The Plan Proponents hereby move this Court pursuant to Del. Bankr. L.R. 9006-1(e),

Rule 9006(c) of the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from

this Court's Scheduling Order and to shorten the notice period with respect to the *"Motion of the*

*Plan Proponents to Strike Expert Report and Exclude Testimony of Bernd G. Heinze"* (Docket

No. 21032) (the "Motion"), so that the Motion may be heard at the June 1, 2009 Omnibus

hearing and setting the Objection Deadline on the Motion for a time convenient to the Court. In

support of this Motion, the Plan Proponents respectfully represent as follows:

1.      Pursuant to the Second and Third Amended CMOs, initial expert reports were due

on March 16, 2009 and rebuttal reports on May 15, 2009.

2.      On March 16, 2009, Arrowood served the Preliminary Expert Disclosure

Statement of Bernd G. Heinze ("Heinze Report"). The document utterly fails to make the

disclosures required by Rule 26(a)(2), and Arrowood has not supplemented it in the intervening

months.

3.      On May 15, 2009, Arrowood served its final witness list for Phase I and Phase II.

*See* Docket No. 21723. Arrowood included Mr. Heinze on its list of final witness designations.

4.      The Debtors have had several conversations with counsel for Arrowood since receiving Arrowood's final witness designations with respect to Mr. Heinze and the matters addressed in the Motion to Strike. However, the parties have been unable to reach an agreement on these matters regarding Mr. Heinze.

5.      Given that Arrowood apparently intends to call Mr. Heinze as a witness at the confirmation hearing, Arrowood's failure to comply with Rule 26(a)(2) with respect to the Heinze Report must be brought to Court's attention at this time.

6.      Confirmation discovery is currently ongoing. Pursuant to the Third Amended CMO, Phase II depositions are to conclude on June 15, 2009. Thus, in the event that Arrowood actually attempts to call Mr. Heinz as a witness, the Plan Proponents need to address the issues outlined in the Motion to Strike by June 15, 2009.

7.      As a result, the Plan Proponents cannot wait until the June 26, 2009 Omnibus hearing to have the matters with respect to Mr. Heinze resolved. Therefore, the Plan Proponents hereby move to shorten the time for hearing so that its Motion to Strike may be heard at the June 1, 2009 Omnibus hearing.

8.      Bankruptcy Rule 9006(c) provides that when an act is required to be done within a specified time by the Bankruptcy Rules "the court for cause shown may in its discretion with or without motion or notice order the period reduced." Similarly, Del.Bankr.LR 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion specifying the exigencies justifying shortened notice."

9.      Accordingly, the Plan Proponents file this motion seeking an Order of this Court for leave of the Scheduling Order and shortening the notice period prescribed by Del. Bankr. LR

2

9006-1(c) to enable the Plan Proponents' Motion to be heard by the Court at the June 1, 2009 Omnibus hearing and for the Court to establish the deadline to object to the Motion at a time convenient for the Court.

10.    Given the nature of the relief requested, the Plan Proponents respectfully submit that the limited notice described above is appropriate, as is leave from the Scheduling Order.


WHEREFORE, the Plan Proponents respectfully request the entry of an Order (i) granting the Plan Proponents leave from the Scheduling Order, (ii) shortening the notice period with respect to the Motion, (iii) setting the objection deadline on the Motion for a convenient time to the Court, and (iv) scheduling the Motion for the June 1, 2009 Omnibus hearing.

Dated:  May 20, 2009                    Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Barbara M. Harding
Brian T. Stansbury
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5200

and

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
(312) 641-2162

and

3

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400

Co-Counsel for the Debtors and Debtors in
Possession

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal
Injury Claimants*

4

PHILIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Philips
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future
Claimants' Representative*

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of Equity Security
Holders*

5

91100-001\DOCS_DE:148467.1