THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. ____, 21032, 21723 |
| | | Objection Deadline: May __, 2009 |
| | | Hearing Date: June 1, 2009 |

## ORDER FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON: MOTION OF THE PLAN PROPONENTS TO STRIKE EXPERT REPORT AND EXCLUDE TESTIMONY OF BERND G. HEINZE

Upon the motion of the Plan Proponents pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from this Court's Scheduling Order and to shorten the notice period with respect to the *"Motion of the Plan Proponents to Strike Expert Report and Exclude Testimony of Bernd G. Heinze"* (Docket No. 21032) (the "Motion"); and due and proper notice of the Motion to Shorten having been given; and is appearing that sufficient cause exits for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Plan Proponents are granted leave from the Scheduling Order, and it is further

ORDERED that the notice period with respect to the Motion is shortened so that the objection deadline on the Motion is May ___, 2009; and it is further

ORDERED that the Motion is scheduled for the Omnibus hearing on June 1, 2009 at 10:30 a.m.

Dated: May ___, 2009

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Hon. Judith K. Fitzgerald
U.S. Bankruptcy Judge