IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
IN RE:                              )    Civil Action No. 08-890
                                    )
W.R. GRACE & CO., *et al.*,         )
                                    )
            Debtors.                )
------------------------------------x    Bankruptcy Case No. 01-01139
MACERICH FRESNO LIMITED             )
PARTNERSHIP,                        )
                                    )
            Appellant,              )
                                    )
      v.                            )
                                    )
W.R. GRACE & CO., *et al.*,         )
                                    )
            Appellees.              )
------------------------------------x

**ORDER ON JOINT MOTION TO REMAND CASE
TO BANKRUPTCY COURT FOR APPROVAL OF SETTLEMENT**

This matter is before the Court upon the *Joint Motion to Remand Case to Bankruptcy Court for Approval of Settlement* (the "Motion"), and being fully advised in the premises and with good cause appearing therefor and upon the consent of the parties;

**IT IS HEREBY:**

ORDERED that this case is hereby remanded to the Bankruptcy Court for the purpose of considering the parties' Joint Motion for Approval of Settlement.

Dated: May 19, 2009

_____
Honorable Ronald L. Buckwalter
United States District Court Judge

DOCS_DE:148378.1

TOTAL P.002