IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al*.　　　　　　　　Bankruptcy No. 01-1139-JKF
　　Debtor(s)　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　**Related to Doc. No. 21810, 21809**


**ORDER DENYING PLAN PROPONENTS' MOTION FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD RE:  MOTION OF PLAN PROPONENTS TO STRIKE EXPERT REPORT AND EXCLUDE TESTIMONY OF BERND G. HEINZE**

AND NOW, this **21st** day of **May, 2009**, it is **ORDERED** that the Plan Proponents' motion to shorten the notice period with respect to their motion to strike the expert report of Bernd G. Heinze and to exclude his testimony is **DENIED.**

It is **FURTHER ORDERED** that the hearing on the motion to strike will be heard at 10:30 a.m. on June 29, 2009, in the Bankruptcy Court for the District of Delaware.

It is **FURTHER ORDERED** that counsel for the Plan Proponents shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

　　　　　　　　　　　　　　　　　　　　*Judith K. Fitzgerald*
　　　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald　　**rmab**
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge