## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 21754** |

### AMENDED NOTICE OF DEPOSITION OF DENISE NEUMANN MARTIN, PH.D.

TO:    THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Anderson Memorial Hospital, through its undersigned counsel, will take the deposition of **DENISE NEUMANN MARTIN, PH.D.**  By agreement, the deposition will commence on Thursday, June 11, 2009, at 9:30 a.m. at the law offices of Reed Smith, LLP,  599 Lexington Avenue, New York, New York  10022. The deposition will continue from day to day thereafter until complete.  The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means.  You are invited to attend and participate.

The witness is requested to bring and produce any and all documents relating to this retention to provide expert testimony in this matter, including but not limited to all communications with the Debtors and their counsel and any and all documents reviewed and any and all documents upon which the witness bases her opinion.

DATED:  May 22, 2009

          /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:    loizides@loizides.com

amended nod for martin.DOCX

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508

*Counsel for Anderson Memorial Hospital*