# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due:** May 20, 2009 |
| | ) | |
| | ) | **Hearing Dates:** June 22-26, 2009 |
| | ) | September 8-11, 2009 |
| | ) | |
| | ) | Relates to Document No. 21803 |
| | ) | |
| | ) | Document No. _____ |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **AXA BELGIUM'S OBJECTIONS TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION** *(Dkt. No. 21803)* has been served on the parties on the attached service list by First Class, United States Mail, Postage Pre-Paid and by electronic mail on May 20, 2009.

Date: May 21, 2009

*/s/ Michael A. Shiner*
Michael A. Shiner, Esquire (PA ID 78088)
mshiner@tuckerlaw.com
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
Phone: (412) 594-5586
Fax:  (412) 594-5619

*Counsel for AXA Belgium as successor to Royal Belge SA*

## Service List

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Peter Lockwood, Esquire
Ronald Reinsel, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Mindy A. Mora, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340

David T. Austern, Esquire
3110 Fairview Park Drive,
Suite 200
Falls Church, VA 22042-0683

Roger Frankel, Esquire
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706

Alexander M. Sanders, Jr. Esquire
19 Water Street
Charleston, SC 29401

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909

Lewis Kruger, Esquire
Arlene Krieger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

D. J. Baker, Esquire
Skadden, Arps, Slate & Meagher & Flom LLP
Four Times Square
New York, NY 10036

David S. Rosenbloom, Esquire
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

**Email List**

'cbruens@kirkland.com'; 'tfreedman@kirkland.com'; 'joneill@pszjlaw.com'; 'tcairns@pszjlaw.com'; 'kmakowski@pszjlaw.com'; 'pcuniff@pszjlaw.com'; 'loberholzer@pszjlaw.com'; 'tmacauley@zuckerman.com'; 'vguldi@zuckerman.com'; 'jsottile@zuckerman.com'; 'kmayer@mccarter.com'; 'dsilver@mccarter.com'; 'rguttmann@zeklaw.com'; 'mdavis@zeklaw.com'; 'jspadaro@johnsheehanspadaro.com'; 'alexander.mueller@mendes.com'; 'thomas.quinn@mendes.com'; 'eileen.mccabe@mendes.com'; 'anna.newsom@mendes.com'; 'carolina.acevedo@mendes.com'; 'mweis@dilworthlaw.com'; 'akelley@dilworthlaw.com'; 'sfreedman@dilworthlaw.com'; 'young@wildman.com'; 'dspeights@speightsrunyan.com'; 'ewestbrook@rpwb.com'; 'rhorkovich@andersonkill.com'; 'rdehney@mnat.com'; 'acordo@mnat.com'; 'tgerber@fulbright.com'; 'tcurrier@saul.com'; 'gmcdaniel@bglawde.com'; 'jcp@pgslaw.com'; 'jbaer@jsbpc.com'; 'drosendorf@kttlaw.com'; 'jk@kttlaw.com'; 'hriedel@srbp.com'; 'ghorowitz@kramerlevin.com'; 'dblabey@kramerlevin.com'; 'korr@orrick.com'; 'mplevin@crowell.com'; 'pmahaley@orrick.com'; 'jcutler@orrick.com'; 'bharding@kirkland.com'; 'arunning@kirkland.com'; 'bstansbury@kirkland.com'; 'jpw@capdale.com'; 'bsb@capdale.com'; 'wbs@capdale.com'; 'travis.langenkamp@kirkland.com'; 'heather.bloom@kirkland.com'; 'karen.f.lee@kirkland.com'; 'david.boutrous@kirkland.com'; 'SSchindlerWilliams@KRAMERLEVIN.com'; 'tmessana@mws-law.com'; 'FRosner@mrs-law.com'; 'rmillner@sonnenschein.com'; 'cprince@sonnenschein.com'; 'jpw@capdale.com'; 'bsb@capdale.com'; 'wbs@capdale.com'