# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due:** May 20, 2009 |
| | ) | |
| | ) | **Hearing Dates:** June 22-26, 2009 |
| | ) | September 8-11, 2009 |
| | ) | |
| | ) | Relates to Document No. 21801 |
| | ) | |
| | ) | Document No. _____ |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the OBJECTION OF CERTAIN LONDON MARKET INSURANCE COMPANIES TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 27, 2009 *(Dkt. No. 21801)* has been served on the parties on the attached service list by First Class, United States Mail, Postage Pre-Paid and by electronic mail on May 20, 2009.

Date: May 21, 2009                */s/ Michael A. Shiner*
                                  Michael A. Shiner, Esquire (PA ID 78088)
                                  mshiner@tuckerlaw.com
                                  Tucker Arensberg, P.C.
                                  1500 One PPG Place
                                  Pittsburgh, PA  15222
                                  Phone: (412) 594-5586
                                  Fax:  (412) 594-5619

                                  *Counsel for Certain London Market Insurance Companies*

**Service List**

| | |
|---|---|
| David M. Bernick, Esquire<br>Theodore L. Freedman, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022 | Janet S. Baer, Esquire<br>The Law Offices of Janet S. Baer, P.C.<br>70 W. Madison Street<br>Suite 2100<br>Chicago, IL 60602 |
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Peter Lockwood, Esquire<br>Ronald Reinsel, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW, Suite 1100<br>Washington, D.C. 20005 |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Mindy A. Mora, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131-5340 |
| David T. Austern, Esquire<br>3110 Fairview Park Drive,<br>Suite 200<br>Falls Church, VA 22042-0683 | Roger Frankel, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706 |
| Alexander M. Sanders, Jr. Esquire<br>19 Water Street<br>Charleston, SC 29401 | Alan B. Rich<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909 |
| Lewis Kruger, Esquire<br>Arlene Krieger, Esquire<br>Kenneth Pasquale, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | D. J. Baker, Esquire<br>Skadden, Arps, Slate & Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| David S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606 | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

Office of the United States Trustee
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

### **Email List**

'cbruens@kirkland.com'; 'tfreedman@kirkland.com'; 'joneill@pszjlaw.com'; 'tcairns@pszjlaw.com'; 'kmakowski@pszjlaw.com'; 'pcuniff@pszjlaw.com'; 'loberholzer@pszjlaw.com'; 'tmacauley@zuckerman.com'; 'vguldi@zuckerman.com'; 'jsottile@zuckerman.com'; 'kmayer@mccarter.com'; 'dsilver@mccarter.com'; 'rguttmann@zeklaw.com'; 'mdavis@zeklaw.com'; 'jspadaro@johnsheehanspadaro.com'; 'alexander.mueller@mendes.com'; 'thomas.quinn@mendes.com'; 'eileen.mccabe@mendes.com'; 'anna.newsom@mendes.com'; 'carolina.acevedo@mendes.com'; 'mweis@dilworthlaw.com'; 'akelley@dilworthlaw.com'; 'sfreedman@dilworthlaw.com'; 'young@wildman.com'; 'dspeights@speightsrunyan.com'; 'ewestbrook@rpwb.com'; 'rhorkovich@andersonkill.com'; 'rdehney@mnat.com'; 'acordo@mnat.com'; 'tgerber@fulbright.com'; 'tcurrier@saul.com'; 'gmcdaniel@bglawde.com'; 'jcp@pgslaw.com'; 'jbaer@jsbpc.com'; 'drosendorf@kttlaw.com'; 'jk@kttlaw.com'; 'hriedel@srbp.com'; 'ghorowitz@kramerlevin.com'; 'dblabey@kramerlevin.com'; 'korr@orrick.com'; 'mplevin@crowell.com'; 'pmahaley@orrick.com'; 'jcutler@orrick.com'; 'bharding@kirkland.com'; 'arunning@kirkland.com'; 'bstansbury@kirkland.com'; 'jpw@capdale.com'; 'bsb@capdale.com'; 'wbs@capdale.com'; 'travis.langenkamp@kirkland.com'; 'heather.bloom@kirkland.com'; 'karen.f.lee@kirkland.com'; 'david.boutrous@kirkland.com'; 'SSchindlerWilliams@KRAMERLEVIN.com'; 'tmessana@mws-law.com'; 'FRosner@mrs-law.com'; 'rmillner@sonnenschein.com'; 'cprince@sonnenschein.com'; 'jpw@capdale.com'; 'bsb@capdale.com'; 'wbs@capdale.com'