IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 21826 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 21826

TO:   THE DEBTORS AND THEIR ATTORNEYS

Counsel for Anderson Memorial Hospital respectfully requests that Docket No. 21826 (Amended Notice of Deposition of Denise Neumann Martin, PhD) be withdrawn, as the pleading and certificate of service for same were incorrectly dated May 22, 2009; the corrected document has been re-filed as Docket No. 21831.

DATED: May 21, 2009

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:  loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:  (803) 943-4444
Facsimile:  (803) 943-4599

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:  (305) 372-1800
Facsimile:  (305) 372-3508

*Counsel for Anderson Memorial Hospital*