IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | Re: D.I. Nos. 21671, 21796 |

NOTICE OF SERVICE OF TRAVELERS CASUALTY
AND SURETY COMPANY'S FINAL OBJECTIONS
TO CONFIRMATION OF FIRST AMENDED JOINT
PLAN OF REORGANIZATION DATED FEBRUARY 27, 2009

PLEASE TAKE NOTICE that on May 20, 2009, un-redacted copies of the **Travelers Casualty and Surety Company's Final Objections To Confirmation Of First Amended Joint Plan Of Reorganization Dated February 27, 2009** (D.I. 21796, Filed Under Seal) were served in the manner indicated upon the entities listed on the attached service list in accordance with the April 2009 Protective Order (D.I. 21671).

Dated: May 21, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Robert J. Dehney (Bar No. 3578)
Ann C. Cordo (Bar No. 4817)
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200

- and -

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Kathrine McLendon
Elisa Alcabes
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000

*Attorneys for Travelers Casualty and Surety Company*

2902989.3