IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE [RE: D.I. NO. 21796]

PLEASE TAKE NOTICE that on May 20, 2009, copies of **Travelers Casualty and Surety Company's Final Objections To Confirmation Of First Amended Joint Plan Of Reorganization Dated February 27, 2009** (D.I. 21796, Filed Under Seal) were served in the manner indicated upon the entities listed on the attached service list.

Dated: May 21, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo

Robert J. Dehney (Bar No. 3578)
Ann C. Cordo (Bar No. 4817)
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200

- and -

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Kathrine McLendon
Elisa Alcabes
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000

*Attorneys for Travelers Casualty and Surety Company*

2902969.1