IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Case No. 01-01139 (JKF) |
| : | |
| W. R. GRACE & CO., et al., : | Jointly Administered |
| : | |
| Debtors. : | Chapter 11 |
| : | |
| : | |
| : | |
| : | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On May 19, 2009, I caused a copy of the **OBJECTION OF MORGAN STANLEY SENIOR FUNDING, INC. TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W. R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 27, 2009** in the above captioned matter to be served upon the parties listed below by Federal Express Overnight Mail.

| Office of the U.S. Trustee<br>Attn: David Klauder, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |
|---|---|

NYC01_84375487v1

| | |
|---|---|
| Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>Attn: David M. Bernick, P.C.<br>      Theodore L. Freedman | Pachulski, Stang, Ziehl, & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>Attn: Laura Davis Jones<br>      James E. O'Neill |
| Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W., Suite 1100<br>Washinton, DC 20005<br>Attn: Peter Lockwood<br>      Ronald Reinsel | Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152<br>Attn: Elihu Inselbuch |
| Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-5340<br>Attn: Scott L. Baena<br>      Jay M. Sakalo<br>      Mindy A. Mora | David T. Austern<br>3110 Fairview Park Drive<br>Suite 200<br>Falls Church, VA 22042-0683 |
| Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706<br>Attn: Roger Frankel | Alexander M. Sanders, Jr.<br>19 Water Street<br>Charleston, SC 29401 |
| Alan B. Rich<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Attn: Lewis Kruger<br>      Arlene Krieger<br>      Kenneth Pasquale |
| Sealed Air Corporation<br>200 Riverfront Blvd.<br>Elmwood Park, NJ 07407<br>Attn: General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: D.J. Baker |
| Fresenius Medical Care North America<br>Corporate Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02421<br>Attn: General Counsel | McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606<br>Attn: David S. Rosenbloom |

| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Phillip Bentley | |
|---|---|

_____
Marie A. Siena

Sworn to before me this
20th day of May 2009

_____
Notary Public

MERRITT A. PARDINI
NOTARY PUBLIC, State of New York
NO. 02PA6104063
Qualified in New York County
Commission Expires January 12, 2012

3