**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>**Related Docket Nos. 21815** |

**NOTICE OF FILING OF EXHIBITS TO ARROWOOD'S PHASE II
OBJECTIONS TO THE NON-DEBTOR RELEASE AND EXCULPATION
PROVISIONS AND THE INJUNCTION IMPAIRING ITS RIGHTS OF
CONTRIBUTION, SUBROGATION AND REIMBURSEMENT THAT ARE
CONTAINED IN THE AMENDED JOINT PLAN OF REORGANIZATION**

 

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900 Phone
(302) 429-8600 Fax

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

Tancred V. Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
(212) 326-2267

*Counsel to Arrowood Indemnity
Company, f/k/a Royal Indemnity Company*