# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on May 22, 2009, true and correct copies of the *Notice of Deposition of Arthur Frank* were served on counsel via first class mail and/or electronic mail, as indicated on the attached service list.

Dated: May 22, 2009         CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
800 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

{D0153484.1 }

## SERVICE LIST

*VIA FIRST CLASS MAIL*

Adam G. Landis
Kerri K. Mumford
Mona A. Parikh
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

**W.R. Grace Email Service list**

Case No. 01-1139 (JKF)

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
mlastowski@duanemorris.com
rriley@duanemorris.com
(Delaware Counsel for the GUC's)

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Greg Horowitz, Esquire
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller, Esquire
Merritt A. Pardini, Esquire
Jeff Friedman, Esquire
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ Bond)

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esquire
Jason M. Madron, Esquire
Dana L. Reynolds, Esquire
Marcos Ramos, Esquire
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ Bond)

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan, Esquire
Robert S. Hertzberg, Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
(Counsel to Longacre Master Fund)

PEPPER HAMILTON LLP
Evelyn J. Meltzer, Esquire
Edward C. Toole Jr., Esquire
Anne Marie Aaronson, Esquire
meltzere@pepperlaw.com
toolee@pepperlaw.com
aaronsona@pepperlaw.com
caseyl@pepperlaw.com
(Counsel to BNSF)

| | |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>Francis A. Monaco, Jr. Esquire<br>Kevin J. Mangan, Esquire<br>Matthew P. Ward, Esquire<br>fmonaco@wcsr.com<br>kmangan@wcsr.com<br>maward@wcsr.com<br>(Counsel to State of Montana and The Crown) | LANDIS RATH & COBB LLP'<br>Adam G. Landis, Esquire<br>Richard Cobb, Esquire<br>Rebecca L. Butcher, Esquire<br>Kerri K. Mumford, Esquire<br>James S. Green, Jr., Esquire<br>landis@lrclaw.com<br>rcobb@lrclaw.com<br>butcher@lrclaw.com<br>mumford@lrclaw.com<br>green@lrclaw.com<br>(Delaware counsel to Libby Claimants and Pre Petition Lender Group) |
| LOWENSTEIN SANDLER PC<br>Michael S. Etkin, Esquire<br>Ira M. Levee, Esquire<br>metkin@lowenstein.com<br>ilevee@lowenstein.com<br>(Counsel to the ERISA Plaintiffs) | COHN WHITESELL & GOLDBERG LLP<br>Daniel C. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>cohn@cwg11.com<br>candon@cwg11.com<br>(Counsel to Libby Claimants) |
| GILMAN & PASTOR, LLP<br>David Pastor, Esquire<br>Dpastor@Gilmanpastor.com<br>(Counsel to the ERISA Plaintiffs) | |
| SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP<br>Joseph H. Meltzer, Esquire<br>Katherine Bornstein, Esquire<br>jmeltzer@sbtklaw.com<br>kbornstein@sbtklaw.com<br>(Counsel to the ERISA Plaintiffs) | SMITH, KATZENSTEIN & FURLOW LLP<br>Kathleen M. Miller, Esquire<br>Etta R. Wolfe, Esquire<br>kmiller@skfdelaware.com<br>ewolfe@skfdelaware.com<br>(Delaware Counsel for Kaneb) |
| RICHARDS, LAYTON & FINGER, P.A.<br>Robert J. Stearn, Jr. Esquire<br>Cory D. Kandestin, Esquire<br>stearn@rlf.com<br>kandestin@rlf.com<br>( Delaware counsel to Scotts) | FULBRIGHT & JAWORSKI L.L.P.<br>Steve A. Peirce, Esquire<br>Toby L. Gerber, Esquire<br>speirce@fulbright.com<br>tgerber@fulbright.com<br>(Counsel to Kaneb) |
| VORYS, SATER, SEYMOUR and PEASE LLP<br>Robert J. Sidman Esquire<br>Tiffany Strelow Cobb, Esquire<br>rjsidman@vorys.com<br>tscobb@vorys.com<br>(Counsel to Scotts) | WHITE AND WILLIAMS LLP<br>Marc S. Casarino , Esquire<br>Joseph Gibbons, Esquire<br>Gregory T. LoCasale, Esquire<br>James S. Yoder, Esquire<br>casarinom@whiteandwilliams.com<br>gibbonsj@whiteandwilliams.com<br>locasaleg@whiteandwilliams.com<br>yoderj@whiteandwilliams.com<br>(Counsel to Century Indemnity Company) |

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey Wisler, Esquire
Marc J. Phillips, Esquire
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich Insurance)

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com
( Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esquire
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
rifft@wileyrein.com
Kmorell@wileyrein.com
(Counsel to Maryland Casualty and Zurich)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Beth Stern Fleming, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
bsf@stevenslee.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephan J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
Rebecca, Zibarty, Esquire
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
rzubaty@paulweiss.com
(Counsel to the Pre Petition Lender Group

KRAMER LEVIN NAFTALIS & FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Greg Horowitz, Esquire
David Blabey, Esquire
Sarah Schindler-Williams, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
sschindlerwilliams@kramerlevin.com
(Counsel to the Equity Committee)

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Peter V. Pantaleo, Esquire<br>William T. Russell, Jr., Esquire<br>Marissa A. Piropato, Esquire<br>Elisa Alcabes, Esquire<br>Karen E. Abravanel<br>ppantaleo@stblaw.com<br>wrussell@stblaw.com<br>mpiropato@stblaw.com<br>ealcabes@stblaw.com<br>kabravanel@stblaw.com<br>(Counsel to Travelers Insurance)<br><br>COZEN O'CONNOR<br>John Carroll, Esquire<br>William P. Shelley, Esquire<br>Jacob C. Cohn, Esquire<br>Barry Klayman, Esquire<br>jcarroll@cozen.com<br>wshelley@cozen.com<br>jcohn@cozen.com<br>bklayman@cozen.com<br>(Counsel to Federal Insurance)<br><br>BIFFERATO GENTILOTTI, LLC<br>Garvan F. McDaniel, Esquire<br>gmcdaniel@bglawde.com<br>(Counsel to Royal Indemnity and Arrowood Indemnity)<br><br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>Carl J. Pernicone, Esquire<br>Catherine Chen, Esquire<br>carl.pernicone@wilsonelser.com<br>Catherine.chen@wilsonelser.com<br>( Counsel to Royal Insurance and Arrowood Indemnity)<br><br>ALAN RICH LAW<br>Alan B. Rich, Esquire<br>arich@alanrichlaw.com<br>(Counsel to the PD FCR) | STEPTOE & JOHNSON LLP<br>George R. Calhoun V, Esquire<br>gcalhoun@steptoe.com<br><br>CUYLER BURK P.C.<br>Andrew K. Craig, Esquire<br>acraig@cuyler.com<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Debra L. Felder, Esquire<br>Roger Frankel, Esquire<br>Mary A. Wallace, Esquire<br>Richard H. Wyron, Esquire<br>Jonathan Guy, Esquire<br>Kathleen Orr, Esquire<br>Peri Mahaley, Esquire<br>Joshua Cutler, Esquire<br>dfelder@orrick.com<br>rfrankel@orrick.com<br>mwallace@orrick.com<br>rwyron@orrick.com<br>jguy@orrick.com<br>korr@orrick.com<br>pmahaley@orrick.com<br>jcutler@orrick.com<br>(Counsel to the PI FCR)<br><br>W.R. GRACE COMPANY<br>Richard Finke<br>Mark Shelnitz<br>John McFarland<br>richard.finke@grace.com<br>mark.shelnitz@grace.com<br>john.mcfarland@grace.com<br><br>CAMPBELL & LEVINE, LLC<br>Mark T. Hurford, Esquire<br>Marla R. Eskin, Esquire<br>mhurford@camlev.com<br>meskin@camlev.com<br>(Delaware counsel to the ACC)<br><br>O'MELVENY & MYERS LLP<br>Brad Elias, Esquire<br>Tancred Schiavoni, Esquire |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky, Esquire
D.J. Baker, Esquire
david.turetsky@skadden.com
dj.baker@skadden.com
(Counsel to Sealed Air)

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
Elihu Inselbuch, Esquire
James P. Wehner, Esquire
Bernard S. Bailor, Esquire
Walter B. Slocombe, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jpw@capdale.com
bsb@capdale.com
wbs@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Mark A. Plevin
Leslie Epley Davis
mplevin@crowell.com
lepley@crowell.com
(Counsel to Firemans' Fund)

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

Gary Svirsky, Esquire
Paul R. Koepff, Esquire
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Criag A. Bruens, Esquire
Theodore L. Freedman, Esquire
Andrew Running, Esquire
Brian Stansbury, Esquire
Barbara Harding, Esquire
Heather Bloom, Esquire
Karen F. Lee, Esquire
Travis Langenkamp, Paralegal
Kimberly Love, Paralegal
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com
bStansbury@kirkland.com
arunning@kirkland.com
bharding@kirkland.com
heather.bloom@kirkland.com
karen.f.lee@kirkland.com
travis.langenkamp@kirkland.com
sfreedman@dilworthlaw.com
kimberly.love@kirkland.com
david.boputrous@kirkland.com

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
Lynzy Oberholzer, Paralegal
joneill@pszjlaw.com
mweis@dilworthlaw.com
akelley@dilworthlaw.com

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com
(Counsel to Fresenius)

tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com
loberholzer@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
James Sottile, Esquire
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
(Counsel to Equitas)

McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esquire
Daniel M. Silver, Esquire
kmayer@mccarter.com
dsilver@mccarter.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com
(Counsel to AIG and National Union)

JOHN SHEEHAN SPADARO, LLC
John S. Spadaro, Esquire
jspadaro@johnsheehanspadaro.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Thomas J. Quinn, Esquire
Eileen McCabe, Esquire
Anna Newsom, Esquire
Carolina Acevedo, Esquire
alexander.mueller@mendes.com
thomas.quinn@mendes.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com
(Counsel to CNA)

SPEIGHTS & RUNYAN LLP
Daniel Speights, Esquire
dspeights@speightsrunyan.com
(Counsel to Anderson Memorial and other PD Claimants)

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovich, Esquire
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT & TUNNELL LLP
Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
rdehney@mnat.com
acordo@mnat.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

SAUL EWING LLP
Teresa K.D. Currier, Esquire
tcurrier@saul.com

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
Christopher E. Prince
rmillner@sonnenschein.com
cprince@sonnenschein.com
(Counsel to General Insurance Company of America)

MESSANA ROSNER & STERN LLP
Thomas M. Messana
Frederick B. Rosner

eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
(Counsel to the London Market Companies)

tmessana@mws-law.com
frosner@mrs-law.com
(Counsel to General Insurance Company of America)

DILWORTH PAXON LLP
Martin J. Weis, Esquire
Anne Marie P. Kelley, Esquire
Scott J. Freedman, Esquire

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

KOZYAK TROPIN & THROCKMORTON, P.A.
David L. Rosendorf, Esquire
John Kozyak, Esquire
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER, P.A.
Harley E. Riedel, Esquire
hriedel@srbp.com

TUCKER ARENSBERG, P.C.
Michael A. Shiner, Esquire
mshiner@tuckerlaw.com