**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 22nd day of May, 2009, I caused a true and correct copy of:

- ONEBEACON AMERICA INSURANCE COMPANY'S FINAL WITNESS LIST FOR PHASE I OF THE CONFIRMATION HEARING;

- GOVERNMENT EMPLOYEES INSURANCE COMPANY'S FINAL WITNESS LIST FOR PHASE I OF THE CONFIRMATION HEARING;

- SEATON INSURANCE COMPANY'S FINAL WITNESS LIST FOR PHASE I OF THE CONFIRMATION HEARING; AND

- REPUBLIC INSURANCE COMPANY'S FINAL WITNESS LIST FOR PHASE I OF THE CONFIRMATION HEARING;

to be served by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware and upon the parties listed below in the manner indicated:

*Hand Delivery*
(United States Trustee)
David Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Debtors)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*

(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*

(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE  19801-3549

*Hand Delivery*

(Counsel to David T. Austern, Asbestos PI
Future Claimants' Representative)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*Hand Delivery*

(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*

(Counsel to Unsecured Creditors
Committee)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*

(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*

(Counsel to Fresenius Medical Care
Holdings, Inc.)
William H. Sudell, Jr., Esquire
Derek C. Abbott, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

Dated:  May 22, 2009

/s/  David P. Primack
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1243
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Counsel for OneBeacon America Insurance
Company, Seaton Insurance Company,
Government Employees Insurance Co. and
Republic Insurance Company n/k/a Star
Indemnity & Liability Company