IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 19818 |

**CERTIFICATION OF COUNSEL RE: STIPULATION AMENDING ORDER
RETAINING ALEXANDER M. SANDERS JR. AS LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS –RELATED PROPERTY DAMAGE CLAIMANTS**

1.  On September, 19, 2008, the Plan Proponents filed their joint plan of reorganization and immediately sought to retain an Asbestos PD Futures Claimants' Representative ("PD FCR") to represent future asbestos-related property damage claimants, if any.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-gulch West Coal Company, H-G Coal Company.

2.	In that respect, the Plan Proponents agreed to seek the retention of Judge Alexander M. Sanders, Jr. and on September, 22, 2008, Judge Sanders began performing services related to his imminent retention.

3.	On September 24, 2008, the Debtors filed an Application to retain Judge Sanders as the PD FCR and sought the earliest possible hearing date for approval of his retention. (Docket No.19605).

4.	On October 20, 2008, the Application to retain Judge Sanders was heard by the Court and an Order was entered approving his retention. (the "Retention Order") ( Docket No.19818). The Retention Order should have provided that Judge Sanders' retention was approved *nunc pro tunc* to September 22, 2008, the date that he first rendered services in these cases. However, the *nunc pro tunc* language was inadvertently left out of the Retention Order.

5.	Judge Sanders is rendering valuable services in these cases and has done so since September 22, 2008 and is entitled to be compensated for such services.

6.	As a result , the Debtors, counsel for Judge Sanders and the United States Trustee, pursuant to the attached Stipulation, have agreed to entry of an Amended Retention Order that provides for the retention of Judge Sanders as the PD FCR *nunc pro tunc* to September 22, 2008 and respectfully request that the Court enter the Amended Retention Order, attached to the Stipulation as Exhibit B.

DOCS_DE:148540.1

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900


THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*