IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 1, 2009, AT 10:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON MAY 29, 2009 AND
OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

## CONTINUED MATTERS

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

   Related Documents:

   a. [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 5/1/09] (Docket No. 21500)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to June 29, 2009, at 10:30 a.m.

2.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.      [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 4/2/09] (Docket No. 21176)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.      Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.      Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.      Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to June 29, 2009, at 10:30 a.m.

3.    Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Related Documents:

a.      [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued until June 29, 2009, at 10:30 a.m.

## UNCONTESTED MATTERS

4.    Motion for Approval of Continued Retention of Deloitte Tax LLP as Tax Service
      Providers Under Modified Engagement Letter [Filed: 4/27/09] (Docket No. 21431)

      Related Documents:

      a.    [Proposed] Order Approving Continued Retention of Deloitte Tax LLP as Tax
            Service Providers Under Modified Engagement Letter [Filed: 4/27/09] (Docket
            No. 21431, Docket No. 21431)

      b.    **Certification of No Objection Regarding Motion for Approval of Continued
            Retention of Deloitte Tax LLP as Tax Service Providers Under Modified
            Engagement Letter [Filed: TBD] (Docket No. TBD)**

      Response Deadline: May 15, 2009, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      **Status: No parties have objected to the relief requested in the Motion.  Accordingly,
      the Debtors have filed a certificate of no objection and respectfully request the entry
      of the order attached to the Motion.**

5.    Motion of Debtors for Entry of an Order Authorizing Debtors' Entry Into Settlement
      Agreements to Resolve Pending ERISA Litigation [Filed: 4/28/09] (Docket No. 21432)

      Related Documents:

      a.    [Proposed] Order Authorizing Debtors' Entry Into Settlement Agreements to
            Resolve Pending ERISA Litigation [Filed: 4/28/09] (Docket No. 21432)

      b.    **Certification of No Objection Regarding Motion of Debtors for Entry of an
            Order Authorizing Debtors' Entry Into Settlement Agreements Debtors'
            Entry Into Settlement Agreements to Resolve Pending ERISA Litigation
            [Filed: TBD] (TBD)**

      Response Deadline: May 15, 2009, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      **Status: No parties have objected to the relief requested in the Motion.  Accordingly,
      the Debtors have filed a certificate of no objection and respectfully request the entry
      of the order attached to the Motion.**

6.    Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue
      Service Relating to the Carryback of Specified Liability Losses [Filed: 4/27/09] (Docket
      No. 21433)

Related Documents:

a.      [Proposed] Order Authorizing the Debtors to Enter Into the SLL Settlement [Filed: 4/27/09] (Docket No. 21433)

b.      **Certification of No Objection Regarding Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue Service Relating to the Carryback of Specified Liability Losses [Filed: TBD] (Docket No. TBD)**

Response Deadline: May 15, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## CONTESTED MATTERS

7.      Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

Related Documents:

a.      Affidavit of Ellen A. Presby, Esq. In Support of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

b.      [Proposed] Order Granting Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538]

c.      [Signed] Order Scheduling Motion for Supplemental Argument [Filed: 4/27/09] (Docket No. 21408)

Response Deadline: February 6, 2009, at 4:00 p.m. *(extended until February 10, 2008 for the Debtors, CNA and OneBeacon/Seaton)*

Responses Received:

a.      Debtors' Objection to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20703)

b.      Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20704)

c.      OneBeacon America Insurance Company's Response to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20706)

Replies Received:

a.      Reply to Debtors' Objection to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 3/23/09] (Docket No. 21067)

b.      Kaneb's Reply to: (1) Debtors Response, (2) One Beacon America Insurance Company's Response, and (3) Continental Casualty Company's Response to: the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 3/23/09] (Docket No. 21068)

Supplemental Briefing:

a.      [Filed Under Seal] Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for Order Modifying the Automatic Stay [Filed: 4/13/09] (Docket No. 21262)

b.      [Filed Under Seal] Further Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc., for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21582)

c.      OneBeacon America Insurance Company's and Seaton Insurance Company's Response to the Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21584)

d.      [Filed Under Seal] Debtors' Response to Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21590)

Status: This matter will go forward.

8.      Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay: Macon, Georgia Site [Filed: 2/25/09] (Docket No. 20846)

Related Documents:

a.      [Proposed] Order Granting Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay: Macon, Georgia Site [Filed: 2/25/09] (Docket No. 20846, Annex 2)

b.      [Signed] Order Scheduling Motion for Supplemental Argument [Filed: 4/27/09] (Docket No. 21408)

Response Deadline: March 13, 2009, at 4:00 p.m. *(extended until March 20, 2009, for the Debtors)*

Responses Received:

a.    Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order Modifying Automatic Stay [Filed: 3/13/09] (Docket No. 20984)

b.    Debtors' Objection to Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site [Filed: 3/20/09] (Docket No. 21062)

Supplemental Briefing:

a.    [Filed Under Seal] Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for Order Modifying the Automatic Stay [Filed: 4/13/09] (Docket No. 21262)

b.    [Filed Under Seal] Further Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc., for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21582)

c.    OneBeacon America Insurance Company's and Seaton Insurance Company's Response to the Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21584)

d.    [Filed Under Seal] Debtors' Response to Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21590)

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

9.    Status Report on Asbestos Property Damage Claims

Status: A status conference will go forward on this matter.

## PLAN RELATED MATTERS

10.    Pre-Trial Conference on Plan Confirmation Phase I

Status: A pre-trial conference will go forward on this matter

11.    Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PhD. [Filed: 4/27/09] (Docket No. 21430)

Related Documents: None.

Response Deadline: May 15, 2009, at 10:30 a.m.

Responses Received:

a.      Debtors' Response to Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PHD. [Filed: 5/15/09] (Docket No. 21717)

Status:  This matter will go forward.

Dated: May 22, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
13 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession