# EXHIBIT 4

# A·E·S   APPLIED ENVIRONMENTAL SCIENCES, INC.

ENVIRONMENTAL HEALTH SURVEY REPORT
PANEL SPECIALTIES
MADISON COMPLEX

ASBESTOS SURVEY
MINNEAPOLIS, MN

Conducted by: Ed Peterson, IH Technician

Jerry Anderson, Project Technician

Report Prepared by: Patrick DiBartolomeo, CIH, CSP

_____
Certification #2204

Management Contact: Doug Obrien, Panel Specialties

F89.303                                                    10-19-89

Minneapolis Business & Technology Center ▫ Box 220 ▫ 511 11th Avenue South ▫ Minneapolis, MN 55415 ▫ (612) 339-5559

ENVIRONMENTAL HEALTH SURVEY REPORT

PANEL SPECIALTIES
MADISON COMPLEX

ASBESTOS SURVEY
MINNEAPOLIS, MN

EXECUTIVE SUMMARY

AES, Inc. was retained by Panel Specialties to perform an asbestos inventory of the Madison Complex at 1720 Madison St. NE. The survey was performed to identify asbestos containing materials in the structure. The survey was conducted on October 13 and 16, 1989.

The results of the survey are as follows:

1. AES took 30 bulk material samples in the building and analyzed 14 of the samples.

2. AES located asbestos containing ceiling plaster in warehouse #1, 9x9 floor tiles and mastic, aircell pipe insulation, ceiling plaster in the general offices, 1x1 floor tile and mastic. Estimated quantities are as follows:

    Ceiling Plaster     -  2822 SQ. FT.
    Floor Tile/Mastic   -   506 SQ. FT.
    Aircell Pipe Insulation - 100 FT.

3. Bulk sampling results are in Appendix I, diagrams with bulk sampling locations are in Appendix II.

    Additional information on the survey can be found in the following report.

## METHODS

### Survey Approach

Our approach to this survey was to identify, assess, and sample all suspect asbestos containing materials. Only accessible materials were sampled. Materials inside walls, doors, ducts, roofs, or other areas that would require destructive entry were not sampled.

The supplied building diagrams were used to assign each room a discrete number (functional space #). This number was used for coding all further data collection. The diagrams with functional space #'s are included in Appendix # II.

The suspect material in each functional space was assessed. The quantity of the assessed material was _estimated._

### Bulk Asbestos Sampling

The sampling strategy that was used is based on the EPA AHERA model. Similar systems and materials are grouped into "homogeneous areas." Random samples were taken of each type of material.

Samples were collected by carefully removing a small representative sample of the suspect material and sealing it in a plastic bag. Water was used to control dust during sampling. The sample and sample point were identified with a sample number. Where possible, sampling points were tagged with a strip of yellow tape with the sample number recorded on the tape. All "wounds" where suspect materials were sampled were sealed. Sample locations are on the diagram in Appendix II.

### Bulk Asbestos Analysis

Bulk asbestos was analyzed using the polarized light/dispersion staining - EPA Method. Bulk samples were viewed under a stereoscope at 40X magnification. Fiber samples were then taken for examination under the polarizing microscope. The fibers were evaluated under crossed polars (100X) for extinction angle, sign of elongation, and morphology. The fibers were then analyzed under a Leitz dispersion staining objective to observe characteristic colors in various orientations and Cargille refractive index oils. Mineral identification was based the observation of each mineral's unique optical characteristics under the polarizing microscope.

### Qualifications

AES is a successful participant in the NIOSH Proficiency in Analytical Testing (PAT) program. Our laboratory is accredited by

the American Industrial Hygiene Association (AIHA certificate 290). AES is also accredited by the Environmental Protection Agency (EPA) for bulk asbestos analysis and has received perfect scores on all test rounds of this program. All laboratory and field work is supervised by Board Certified Industrial Hygienists.

STANDARDS REGULATING ASBESTOS

Presently, for commercial buildings, there are no federal standards which dictate to how "in place" asbestos must be treated (i.e. removed, encapsulated, enclosed). There are also no ambient air levels, other than the OSHA "Action level" of 0.1 F/cc , which are federally mandated for commercial buildings.

Minnesota

The state of Minnesota has recently passed two asbestos related rules. One rule states that friable asbestos containing materials must be maintained in a good state of repair. The second rule states that an inspection survey for asbestos must be done before a renovation or demolition project is undertaken, where there is reason to suspect that asbestos might be present. These rules are enforced by Minnesota OSHA.

EPA

The EPA has specific rules governing the disposal of asbestos containing materials (ACM), removal of ACM before building demolition, disposal of ACM, and notification before removal of ACM. These rules are enforced by the Minnesota Pollution Control Agency.

EPA's Asbestos Hazard Emergency Response Act (AHERA), which regulates asbestos in schools, states that any material containing 1% or more of asbestos, must be inspected and controlled.

OSHA

Occupational exposures to airborne asbestos are regulated by the OSHA Asbestos Standards (29CFR 1926.58 & 1910.1001).

Maintenance workers who work with asbestos containing materials are regulated by the OSHA asbestos standard (1926.58). Current standards state that an individual working with asbestos cannot be exposed to airborne levels in excess of 0.2 F/cc (fibers longer than 5 micrometers as an 8 hour time weighted average). If workers are exposed to levels above the "action level" of 0.1 F/cc (8 hr. TWA), the medical, training, and air monitoring provisions of the OSHA standards must be implemented.

RESULTS

Results of the bulk sampling/analysis are listed in Appendix I.

Diagrams are in Appendix II.

Results are listed in a database format. Information listed for each sample includes:

The information is grouped in columns as follows:

HOMOG.AREA - the number of the homogeneous area sampled.
SAMP TAKEN - the number of samples taken in the area.
SAMPLES ANALYZED - the number of samples analyzed.
FUNCT SPACE - a number assigned to each area of the building.
FLOOR - the floor on which the area is located
DESCRIPTION - description of the homogeneous area material.
PERCENT AND TYPE ASBESTOS - lab results. NAFS = no asbestos fibers seen.

10-19-89                    PANEL SPECIALTIES
                            BULK DATABASE

| HOMOG. SAMPLE | # TAKEN # ANALYZED | FUNC. SPACE FLOOR | LOCATION DESCRIPTION | PERCENT & TYPE ASBESTOS |
|---|---|---|---|---|
| 1 | 3<br>1 | 1<br>1 | WAREHOUSE #1<br>PLASTER, 1/8", WHT, HARD, ON CEILING | 1-5 CHRYSOTILE |
| 2 | 3<br>1 | 2<br>1 | OFFICE AREA<br>F. TILE, 9X9, RED W/BRN & WHT STREAKS | 5-10 CHRYSOTILE |
| 3 | 3<br>3 | 2<br>1 | OFFICE AREA<br>MASTIC FOR #2 | 1-5 CHRYSOTILE |
| 4 | 3<br>1 | 2<br>1 | OFFICE AREA<br>PIPE INSUL, 3", WHT & BRN, RAD HEAT | 40-50 CHRYSOTILE |
| 5 | 3<br>1 | 2<br>1 | OFFICE AREA<br>PLASTER, 1/8", WHT, HARD, ON CEILING | 1-5 CHRYSOTILE |
| 6 | 3<br>3 | 4<br>1 | ELEVATOR SHAFT<br>SHEETROCK, BRN/WHT LAYERS | <1 CHRYSOTILE<br><1 ACTINOLITE<br>BOTH SUSPECTED |
| 7 | 3<br>1 | 5<br>1 | WAREHOUSE #2<br>PIPE INSUL, AIRCELL, 3", WHT & BRN, DEBRIS | 40-50 CHRYSOTILE |
| 8 | 3<br>1 | 6<br>1 | GENERAL OFFICE<br>PLASTER, WHT/BRN LAYERS, SOFT, 3/4", CEILING | 5-10 CHRYSOTILE |
| 9 | 3<br>1 | 6<br>1 | GENERAL OFFICE<br>F TILE, 1X1, TAN W/DK BRN STREAKS | 1-5 CHRYSOTILE |
| 10 | 3<br>1 | 6<br>1 | GENERAL OFFICE<br>MASTIC FOR #9 | 1-5 CHRYSOTILE |



**Sample Locations** ◯

**Functional Space # Locations** ⬡



LOWER LEVEL WAREHOUSE AREA

MADISON COMPLEX

Sample Locations
Functional Space + Locations

OCT 24 '89  09:30  AES INC.                                    P.02

 APPLIED ENVIRONMENTAL SCIENCES, INC.

10-24-89

Panel Specialties
1828 Jefferson
Minneapolis, MN  55418

Attn: Doug Obrien

RE: Supplementary Information - Madison Complex

Dear Doug,

Due to a miscommunication we did not survey the attached garage of the Madison Complex for our report of last week. This was brought to our attention yesterday.

Rob Mickelson visited the garage yesterday to complete the survey for asbestos. Two suspect materials were seen, textured paint similar to the material in the main building and vermiculite insulation in the walls.

The textured paint sample contained asbestos (1 to 5% chrysotile asbestos).

The vermiculite sample from the wall cavity was complex. The vermiculite itself had a trace of actinolite asbestos, the sample contained a concrete like material which was negative, there was also a small amount of soft plaster-like material which contained chrysotile asbestos (however as part of the matrix it was less than one percent). The soft plaster leads us to believe that there may be some old plaster behind the walls which may contain asbestos at the one to five percent level.

The original field survey form and lab results are attached. Include this information with the survey report delivered last week.

We are faxing you this information for the closing this morning, the original will be mailed.

If you have any questions please call.

Sincerely,

Patrick DiBartolomeo, CIH, CSP

# BULK ASBESTOS SURVEY WORKSHEET

**APPLIED ENVIRONMENTAL SCIENCES, INC.**

CLIENT: Panel Specialties    PROJECT: F89-303

DATE: 10-23-89    PAGE 1 OF 1

| SAMPLE | AREA | FLOOR | LOCATION | PHOTO | DESCRIPTION | COND-ITION | ACCESS-IBILITY | FRA-BILITY | AIR MOVE. | LAB RESULTS |
|---|---|---|---|---|---|---|---|---|---|---|
| (10AR) 1 | Garage | 1 | Bathroom | | Textured sheet-rock | | RUSH | | | [5]% Chrysotile |
| (10AB) 2 | " | " | North wall | | Vermiculite SP spray-in fireproofing | | | | | 2% Chrysotile <1% Actinolite |

LAB USE ONLY. APPR. BY SW
ANALYST #15N
DATE REC'D 10/25/89
DATE MAILED    PHONED

NAFS = NO ASBESTOS FIBERS SEEN

SIGNED: _____