IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |

## ORDER DISALLOWING AND EXPUNGING CERTAIN CLAIMS FILED BY MADISON COMPLEX INC.

This matter coming before the Court on the Debtors' Substantive and Non-Substantive Objection to Claims Filed By Madison Complex, Inc. (the "Objection") in the above-captioned bankruptcy cases; the Court having reviewed and considered the Objection the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED THAT

1. The Debtors' Objection to Claim Nos. 6079 and 18499 are sustained;

2. Claim Nos. 6079 and 18499 are disallowed end expunged with prejudice; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Wilmington, Delaware

Dated: _____, 2009    _____
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:148562.1