# **EXHIBIT A**

# Exhibit A

## Funded Status of the Grace Retirement Plans

As of January 1, 2008 and January 1, 2009, depending on the measure of liability, the funded status of the Grace Retirement Plans is specified in the following chart.[1]

### January 1, 2008
### (all amounts in millions)

| Measures of Liability | Economic Obligation (FAS 35) | ABO | PBO | ERISA/ "Target Liability" |
|---|---|---|---|---|
|  | $ 756 | $ 895 | $ 926 | $ 919 |
| Asset Value[2] | 799 | 774 | 774 | 799 |
| Funded Status | $ 43 | $(121) | $(152) | $(120) |

### January 1, 2009

| Measures of Liability | Economic Obligation (FAS 35) | ABO | PBO | ERISA/ "Target Liability" |
|---|---|---|---|---|
|  | $ 764 | $ 901 | $ 935 | $ 743 |
| Asset Value | 573 | 560 | 560 | 630 |
| Funded Status | $(191) | $(341) | $(375) | $(113) |

### Change From 1/2008 to 1/2009

| Measures of Liability | Economic Obligation (FAS 35) | ABO | PBO | ERISA/ "Target Liability" |
|---|---|---|---|---|
| Change in Funded Status | $(234) | $(220) | $(223) | $7 |

---

1 Please note that the methodology for calculating the Economic Obligation (FAS 35), ABO and PBO for January 1, 2009 is consistent with the methodology for prior years. See the Prior Funding Motions for a more detailed explanation of these funded status measurements.

2 Explanation of "Asset Value." Under FAS 35, the appropriate "asset value" for each plan year is the market value plus receivables as of the last date of the preceding plan year. The "asset value" for the ABO and PBO (under FAS 87) is the "market value" but does not include such receivables. The "asset value" for the January 1, 2008 "ERISA / Current Liability" is the "market value" plus receivables, as of January 1, 2008. The "asset value" for the January 1, 2009 "ERISA / Target Liability" measure is the three-year average "actuarial" asset value, not market value. This measure of asset value complies with the provisions of the recently enacted Worker, Retiree, and Employer Recovery Act of 2008.