# **<u>EXHIBIT B</u>**

## Exhibit B

### Schedule of Projected Minimum Required Contributions
### to the Grace Retirement Plans from 2007 to 2010

| Payment Due Date | Contributions Per Plan Year | | | |
|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 |
| **2007** | | | | |
| July 15 | $8,982,359 | | | |
| September 15 | | | | |
| October 15 | $14,830,385 | | | |
| **2008** | | | | |
| January 15 | $14,830,385 | | | |
| April 15 | | $17,823,645 | | |
| July 15 | | $20,284[1] | | |
| September 15 | $10,528,926 | | | |
| October 15 | | $5,820,937 | | |
| **2009** | | | | |
| January 15 | | $7,604,629 | | |
| April 15 | | | $8,533,803 | |
| July 15 | | | $8,164,422 | |
| September 15 | | $4,824,756 | | |
| October 15 | | | $8,628,679 | |
| **2010** | | | | |
| January 15 | | | $8,757,675 | |
| April 15 | | | | $9,933,147 |
| July 15 | | | | $9,933,147 |
| September 15 | | | $7,401,669 | |
| October 15 | | | | $9,933,147 |
| **Totals** | **$49,172,055** | **$36,094,251** | **$41,486,248** | **$29,799,441[2]** |

---

1  The amount of the contributions for July 15 and October 15, 2008, take into account an offset for the "excess" contributed on April 15. Without the offset, each of the quarterly contributions would have been approximately $7.6 million.

2  This amount does not include contributions related to the 2010 plan year, which are due after the 2010 calendar year.