# **<u>EXHIBIT C</u>**

## Exhibit C

### Total Contributions By Calendar Year[1]

| Due Date | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| January 15 | $8,713,625 | $16,279,562 | $14,830,385 | $7,604,629 | **$8,757,675** |
| April 15 | $20,331,037 | $20,567,271 | $17,823,645 | $8,533,803 | $9,933,147[3] |
| July 15 | $21,343,849 | $8,982,359 | $20,284 | **$8,164,422**[2] | $9,933,147 |
| September 15 | $44,893,500 | $15,343,157 | $10,528,926 | **$4,824,756** | $7,401,669 |
| October 15 | $6,145,562 | $14,830,385 | $5,820,937 | **$8,628,679** | $9,933,147 |
| Totals | $101,427,573 | $76,002,734 | $49,024,177 | $37,756,289[4] | $45,958,785 |

---

1  Amounts include all contributions made to the Grace Retirement Plans, including past contributions to union plans to effectuate benefits increases.

2  Bolded blocks indicate minimum required contributions for the 09-10 Funding Period: July 2009 to January 2010. The contributions noted for July 15 and October 15, 2009, and January 15, 2010, are the remaining quarterly contributions for the 2009 plan year. The contribution noted for September 15, 2009 is the last contribution for the 2008 plan year. The contribution noted for September 15, 2010 is the last contribution for the 2009 plan year.

3  The contributions noted for April 15, July 15 and October 15, 2010, are estimates for quarterly contributions for the 2010 plan year.

4  In the Prior Funding Motion, filed May 2008, the estimated total contributions for the 2009 calendar year were approximately $40.4 million.