**EXHIBIT 2**

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_081231**

| Period Ending | 12/31/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $535.50 |
| | | Pacer | $63.44 |
| | | Website Hosting | $250.00 |
| | | Total | $2,048.94 |

EXHIBIT 2

BMC GROUP INC

WR GRACE - DECEMBER 2008

EXPENSE DETAIL

| Invoice Nbr | Date | Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $350.00 | B-linx User Fee | B-linx User Fee |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $250.00 | Website Hosting | Website Hosting |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $535.50 | Document Storage | 65 boxes |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | Pacer | $63.44 | Pacer | qrtly doc dwnld 1/1/08-12/31/08 |
| | | | | | $2,048.94 | | |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**
**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20081209-1 | 12/9/2008 | $286.60 |
| Invoice # | 021-20081223-1 | 12/23/2008 | $164.02 |
| | | Total | $450.62 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 12/9/2008
Invoice #: 021-20081209-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 20130 - Order Amended 25th Omni (suppl) | 5 / 248 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 244 Pieces @ $.42 each | $102.48 |
| | | | | USPS - MX/CA | 4 Pieces @ $.72 each | $2.88 |
| | | | Production | Fold and Stuff | 248 Pieces @ $.05 each | $12.40 |
| | | | | Printed Impressions | 1240 Pieces @ $.10 each | $124.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 248 Pieces @ $.08 each | $19.84 |

**Total Due:** $286.60

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 12/23/2008
Invoice #: 021-20081223-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DS & Exh Book | 645 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $4.80 each | $9.60 |
| | | | Production | Collate and Stuff | 2 Pieces @ $.08 each | $0.16 |
| | | | | Printed Impressions | 1290 Pieces @ $.10 each | $129.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

**Total Due:** $164.02

*Invoice Due Upon Receipt*