IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors

in the above-captioned action, and that on the 22nd day of May, 2009, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Eighty-First Monthly Application of BMC Group for Compensation for Services Rendered and Reimbursement of Expenses as Claims Reconciliation and Solicitation Consultant to the Debtors for the Period from December 1, 2008 thorugh December 31, 2008.**

_____
Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 22nd day of May 2009.

_____
Notary Public
My Commission Expires 2-20-10

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2010

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
12- E-Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1250
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044


*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm


*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: _jsakalo@bilzin.com_**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: _carol.hennessey@lw.com_**
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

**E-mail: _bruhlander@whsmithlaw.com_**
(Fee Auditor)
Bobbie Ruhlander
Warren H. Smith & Associates

**Email: _khill@svglaw.com_**
(Delaware Counsel to Hon. Alexander M.
Sanders, Jr.
Property Damages Future Claims
Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.

**Email: _arich@alanrichlaw.com_**
(Counsel to Hon. Alexander M. Sanders, Jr.
Property Damages Future Claims
Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire