# EXHIBIT 2

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_081031**

| Period Ending | 10/31/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $629.75 |
| | | PO Box Renewal | $644.00 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,723.75** |

EXHIBIT 2

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_081130**

| Period Ending | 11/30/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | |
| | | | $350.00 |
| | | B-Linx/Data Storage | |
| | | | $850.00 |
| | | Document Storage | |
| | | | $629.75 |
| | | Website Hosting | |
| | | | $250.00 |
| | | Website Storage/Traffic | |
| | | | $1.76 |
| | | **Total** | **$2,081.51** |

EXHIBIT 2

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_081231**

| Period Ending 12/31/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | |
| | | $350.00 |
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $535.50 |
| | Pacer | |
| | | $63.44 |
| | Website Hosting | |
| | | $250.00 |
| | **Total** | **$2,048.94** |

EXHIBIT 2

BMC GROUP INC.

WR GRACE
EXPENSE DETAIL

OCTOBER 2008

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_081031 | WR Grace | BMC10, BMC | BMC | $350.00 | 10/31/08 | B-linx User Fee | B-linx User Fee |
| 21_081031 | WR Grace | BMC10, BMC | BMC | $850.00 | 10/31/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_081031 | WR Grace | BMC10, BMC | BMC | $250.00 | 10/31/08 | Website Hosting | Website Hosting |
| 21_081031 | WR Grace | BMC10, BMC | BMC | $629.75 | 10/31/08 | Document Storage | 422 boxes |
| 21_081031 | WR Grace | BMC10, BMC | USPS | $644.00 | 10/10/08 | PO Box Renewal | PO Box# 913 Renewal - 6mo. |

$2,723.75

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

NOVEMBER 2008

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_081130 | WR Grace | BMC10, BMC | BMC | $250.00 | 11/30/08 | Website Hosting | Website Hosting |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $850.00 | 11/30/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $350.00 | 11/30/08 | B-linx User Fee | B-linx User Fee |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $1.76 | 11/30/08 | Website Storage/Traffic | 1 detail record |
| 21_081130 | WR Grace | BMC10, BMC | BMC | $629.75 | 11/30/08 | Document Storage | 422 boxes |
| | | | | $2,081.51 | | | |

EXHIBIT 2

BMC GROUP INC

WR GRACE - DECEMBER 2008

EXPENSE DETAIL

| Invoice Nbr | Date | Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $350.00 | B-linx User Fee | B-linx User Fee |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $250.00 | Website Hosting | Website Hosting |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | BMC | $535.50 | Document Storage | 65 boxes |
| 21_081231 | 12/31/08 | WR Grace | BMC10, BMC | Pacer | $63.44 | Pacer | qrtly doc dwnld 1/1/08-12/31/08 |
| | | | | | $2,048.94 | | |

EXHIBIT 2

**WR Grace & Co et al.**

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

October Production Summary

| Invoice # | Date | Invoice Total |
|---|---|---|
| 021-20081002-2 | 10/2/2008 | 731.03 |
| 021-20081003-1 | 10/3/2008 | 158.02 |
| 021-20081003-2 | 10/3/2008 | 26.48 |
| 021-20081017-1 | 10/17/2008 | 0.95 |
| 021-20081017-2 | 10/17/2008 | 234.94 |
| 021-20081024-1 | 10/24/2008 | 261.64 |
| | Total | 1,413.06 |

EXHIBIT 2

BMC GROUP
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 2, 2008**

**Invoice No:**

021-20081002-2

| Job Type | Job Item | Pages / Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Ntc re DS - Shareholders (suppl) | 4 / 741 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 737 Pieces @ $.42 each | 309.54 |
| | | | | USPS - International | 4 Pieces @ $.94 each | 3.76 |
| | | | Production | Fold and Stuff | 741 Pieces @ $.05 each | 37.05 |
| | | | | Printed Impressions | 2964 Pieces @ $.10 each | 296.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 741 Pieces @ $.08 each | 59.28 |
| | | | | | | 731.03 |

EXHIBIT 2

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 3, 2008**

**Invoice No:**

021-20081003-1

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. `9658 - Omni 25 Ord | 23 / 43 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 43 Pieces @ $.59 each | 25.37 |
| | | | Production | Fold and Stuff | 43 Pieces @ $.05 each | 2.15 |
| | | | | Printed Impressions | 1012 Pieces @ $.10 each | 101.20 |
| | | | | Inkjet and Envelope - #6x9 | | |
| | | | Supplies | | 43 Pieces @ $.10 each | 4.30 |
| | | | | | Total | 158.02 |

EXHIBIT 2

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 3, 2008**

**Invoice No:**

021-20081003-2

| Job Type | Job Item | Pages/Parti Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 19673 - Omni 26 Ord | 6 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.00 each | 0.00 |
| | | | Production | Fold and Stuff | 2 Pieces @ $.05 each | 0.10 |
| | | | | Printed Impressions | 12 Pieces @ $.10 each | 1.22 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | 0.16 |
| | | | | | Total | 26.48 |

EXHIBIT 2

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 17, 2008**

**Invoice No:**

021-20081017-1

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Ntc Dscl Hrng | 4 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.42 each | 0.42 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | 0.05 |
| | | | Production | Printed Impressions | 4 Pieces @ $.10 each | 0.40 |
| | | | | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | 0.08 |
| | | | Supplies | | | 0.95 |

EXHIBIT 2

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 17, 2008**

**Invoice No:**
021-20081017-2

| Job Type | Job Item | Pages/Parti Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | DS and Exh Book (suppl) | 650 / 3 | | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | Postage | USPS - 1st Class | 3 Pieces @ $4.80 each | 14.40 |
| | | Production | Printed Impressions | 1950 Pieces @ $.10 each | 195.00 |
| | | | Stuff and Mail | 3 Pieces @ $.05 each | 0.15 |
| | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | 0.39 |
| | | | | Total | 234.94 |

EXHIBIT 2

BMC GROUP INC.
600 1st Avenue, Suite 300
Seattle, WA 98104

**WR Grace & Co et al.**

**Production Date: October 24, 2008**

**Invoice No:**

**021-20081024-1**

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dscl Stmnt & Exh Book(Suppl) | 645 / 3 | | | |
| | | | Document/Data Preparation | | |
| | | | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | | |
| | | | USPS - 1st Class | 3 Pieces @ $14.25 each | 42.75 |
| | | | Production | | |
| | | | Printed Impressions | 1935 Pieces @ $.10 each | 193.50 |
| | | | Stuff and Mail | 3 Pieces @ $.05 each | 0.15 |
| | | | Supplies | | |
| | | | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | 0.24 |
| | | | | Total | 261.64 |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

### INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20081126-1 | 11/26/2008 | $39.70 |
| | **Total** | $39.70 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633  - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 11/26/2008
Invoice #: 021-20081126-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 20130 - Ord re Amend 25th Omni | 5 / 14 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 14 Pieces @ $.42 each | $5.88 |
| | | | Production | Fold and Stuff | 14 Pieces @ $.05 each | $0.70 |
| | | | | Printed Impressions | 70 Pieces @ $.10 each | $7.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 14 Pieces @ $.08 each | $1.12 |

Total Due: $39.70

EXHIBIT 2
Invoice Due Upon Receipt

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

### INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20081209-1 | 12/9/2008 | $286.60 |
| Invoice # | 021-20081223-1 | 12/23/2008 | $164.02 |
| | | Total | $450.62 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 12/9/2008
Invoice #: 021-20081209-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 20130 - Order Amended 25th Omni (suppl) | 5 / 248 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 244 Pieces @ $.42 each | $102.48 |
| | | | | USPS - MX/CA | 4 Pieces @ $.72 each | $2.88 |
| | | | Production | Fold and Stuff | 248 Pieces @ $.05 each | $12.40 |
| | | | | Printed Impressions | 1240 Pieces @ $.10 each | $124.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 248 Pieces @ $.08 each | $19.84 |

Total Due: $286.60

*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 12/23/2008
Invoice #: 021-20081223-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DS & Exh Book | 645 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $4.80 each | $9.60 |
| | | | Production | Collate and Stuff | 2 Pieces @ $.08 each | $0.16 |
| | | | | Printed Impressions | 1290 Pieces @ $.10 each | $129.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

Total Due: $164.02

*Invoice Due Upon Receipt*