# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket Nos.: 21428, 21579, 21588, |
| | ) | 21592  21737 |
| | ) | Hearing Date: May 14, 2009 |
| | ) | Agenda No. 3 |
| Debtors. | ) | |

**ORDER DENYING WITHOUT PREJUDICE LIBBY CLAIMANTS' MOTION (A) TO AMEND PLAN CONFIRMATION CASE MANAGEMENT ORDER AND (B) TO POSTPONE PHASE II OF THE CONFIRMATION HEARING**

Upon the Libby Claimants motion for the entry of an order, as set forth in the **Libby Claimants' Motion to Amend the Plan Confirmation Case Management Order and Postpone Phase II of the Confirmation Hearing** (the "Motion"), and due and proper notice of the Motion having been given, without cause appearing for the relief sought in the Motion at this time, it is hereby

ORDERED, that the Motion is denied without prejudice.

Dated: May 26, 2009

Wilmington, Delaware

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge