

May 21, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   156405

FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2009

**CLIENT SUMMARY**

**BALANCE AS OF- 04/30/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $893.00 | $8,720.34 | $9,613.34 |
| 02 - Debtors' Business Operations - .15538 | $776.00 | $0.00 | $776.00 |
| 03 - Creditors Committee - .15539 | $5,633.50 | $0.00 | $5,633.50 |
| 07 - Applicant's Fee Application - .15543 | $3,826.00 | $0.00 | $3,826.00 |
| 08 - Hearings - .15544 | $5,537.00 | $0.00 | $5,537.00 |
| 10 - Travel - .15546 | $11,582.50 | $0.00 | $11,582.50 |
| 18 - Plan & Disclosure Statement - .15554 | $27,356.50 | $0.00 | $27,356.50 |
| 27 - Litigation Consulting - .15563 | $291.00 | $0.00 | $291.00 |
| 30 - Fee Application of Others - .17781 | $863.50 | $0.00 | $863.50 |
| 38 - ZAI Science Trial - .17905 | $6,233.00 | $0.00 | $6,233.00 |
| **Client Total** | **$62,992.00** | **$8,720.34** | **$71,712.34** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593        www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 3.10 | $675.00 | $2,092.50 |
| Kramer, Matthew I | 123.00 | $315.83 | $38,847.50 |
| Sakalo, Jay M | 20.70 | $485.00 | $10,039.50 |
| Snyder, Jeffrey I | 2.50 | $295.00 | $737.50 |
| Trevorrow, Tara V | 17.80 | $270.00 | $4,806.00 |
| Flores, Luisa M | 12.00 | $205.00 | $2,460.00 |
| Rojas, Susana | 19.10 | $190.00 | $3,629.00 |
| Slanker, Jeffrey | 2.00 | $190.00 | $380.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | ***$62,992.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $1,262.00 |
| Archival/Retrieval Services | $42.20 |
| CD/DVD Duplication | $60.00 |
| Fares, Mileage, Parking | $609.33 |
| Long Distance Telephone | $132.05 |
| Long Distance Telephone-Outside Services | $1,065.79 |
| Lodging | $669.51 |
| Meals | $61.74 |
| Messenger Services | $11.00 |
| Miscellaneous Costs | $3,224.00 |
| Pacer - Online Services | $433.20 |
| Parking | $132.00 |
| Transcript of Deposition | $890.56 |
| Westlaw-Online Legal Research | $7.96 |
| Copies | $119.00 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$8,720.34*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | ***$71,712.34*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

RE: 01- Case Administration

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/09 | SR | 0.30 | 57.00 | Attention to Plan CD. |
| 04/02/09 | SR | 0.20 | 38.00 | Review and update court docket and distribute to attorney's. |
| 04/03/09 | SR | 0.20 | 38.00 | Attend to reviewing daily court docket (0.2). |
| 04/06/09 | SR | 0.20 | 38.00 | Review court docket. |
| 04/07/09 | SR | 0.20 | 38.00 | Review court docket (0.2). |
| 04/08/09 | SR | 0.20 | 38.00 | Review court docket. |
| 04/09/09 | SR | 0.20 | 38.00 | Review court docket (0.2). |
| 04/10/09 | SR | 0.20 | 38.00 | Review court docket. |
| 04/13/09 | SR | 0.20 | 38.00 | Review daily court docket. |
| 04/14/09 | SR | 0.20 | 38.00 | Review daily court docket (0.2). |
| 04/15/09 | SR | 0.20 | 38.00 | Review daily court docket. |
| 04/16/09 | SR | 0.20 | 38.00 | Review daily docket (0.2) |
| 04/20/09 | SR | 0.20 | 38.00 | Review daily court docket. |
| 04/21/09 | SR | 0.30 | 57.00 | Review daily court docket. |
| 04/22/09 | SR | 0.20 | 38.00 | Review daily court docket. |
| 04/23/09 | SR | 0.20 | 38.00 | Review daily court docket. |
| 04/24/09 | SR | 0.30 | 57.00 | Review daily court docket. |
| 04/27/09 | SR | 0.30 | 57.00 | Attend to reviewing daily court docket. |
| 04/28/09 | SR | 0.20 | 38.00 | Review daily court docket. |
| 04/29/09 | SR | 0.20 | 38.00 | Review daily court docket. |
| 04/30/09 | SR | 0.30 | 57.00 | Review daily court docket. |

**PROFESSIONAL SERVICES** $893.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/11/08 | Airfare Airfare to Washington - cancelled trip in Matt's name to be used or exchanged at later date. To be transfered accordingly when airfare used - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008 - Acct. #5306220025395504; Airare $225.00 Travel Agency Fee $35.00 | 260.00 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 25.00 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |
| 03/02/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 31.50 |
| 03/04/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 25.00 |
| 03/06/09 | Archival/Retrieval Services | 42.20 |
| 03/08/09 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 708.40 |
| 03/09/09 | Airfare Travel from Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 293.60 |
| 03/10/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02190990; DATE: 3/31/2009 - Account#306300 | 12.78 |
| 03/12/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02190990; DATE: 3/31/2009 - Account#306300 | 19.01 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 70.50 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 77.00 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 77.00 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 77.00 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 83.50 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 83.50 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 83.50 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 90.00 |
| 03/16/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 02/25/09-03/26/09; DATE: 3/26/2009 - Acct. #5306-2200-2539-5504 | 90.00 |
| 03/27/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818070256; DATE: 4/1/2009 - Account# 5603-2200-2539-5504 | 7.96 |
| 03/29/09 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 114206; DATE: 3/29/2009 - Clients-15537 | 111.00 |
| 03/30/09 | Lodging WR Grace Deposition, Delaware Hotel Dupont 03/29 - 03/30/2009 - VENDOR: Matthew Kramer; INVOICE#: 04/01/2009-MIK; DATE: 4/1/2009 - Clients-15537 | 229.90 |
| 03/30/09 | Fares, Mileage, Parking Amtrak 03/30/2009 - VENDOR: Matthew Kramer; INVOICE#: 04/01/2009-MIK; DATE: 4/1/2009 - Clients-15537 | 100.00 |
| 03/30/09 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 114294; DATE: 3/31/2009 - Clients-15537 | 108.00 |
| 03/30/09 | Transcript of Deposition VENDOR: WILCOX & FETZER LTD.; INVOICE#: 20091394; DATE: 4/8/2009 - Clients-15537 | 745.21 |
| 03/31/09 | Fares, Mileage, Parking Cab Fare, Hearing in Delaware - VENDOR: Matthew Kramer; INVOICE#: 04/01/09-MIK; DATE: 4/1/2009 - Clients-15537 | 10.00 |
| 03/31/09 | Fares, Mileage, Parking Amtrak 03/31/2009 - VENDOR: Matthew Kramer; INVOICE#: 04/01/2009-MIK; DATE: 4/1/2009 - Clients-15537 | 78.00 |
| 03/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/09-03/31/09; DATE: 3/31/2009 - Billing Cycle: 01/01/09-03/31/09 | 159.60 |



| Date | Description | Amount |
|---|---|---|
| 03/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/09-03/31/09; DATE: 3/31/2009 - Billing Cycle: 01/01/09-03/31/09 | 264.56 |
| 03/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/09-03/31/09; DATE: 3/31/2009 - Billing Cycle: 01/01/09-03/31/09 | 9.04 |
| 04/01/09 | CD/DVD Duplication | 60.00 |
| 04/01/09 | Long Distance Telephone 1(803)943-8094; 3 Mins. | 4.17 |
| 04/01/09 | Meals Hearing in Delaware - VENDOR: Matthew Kramer; INVOICE#: 04/01/09-MIK; DATE: 4/1/2009 - Clients-15537 | 11.75 |
| 04/01/09 | Lodging WR Grace Hearing, Delaware-Sheraton Suites Wilmington 03/31-04/01/2009 - VENDOR: Matthew Kramer; INVOICE#: 04/01/2009-MIK; DATE: 4/1/2009 - Clients-15537 | 185.90 |
| 04/01/09 | Meals WR Grace Hearing, Delaware-Sheraton Suites Wilmington 03/31-04/01/2009 - VENDOR: Matthew Kramer; INVOICE#: 04/01/2009-MIK; DATE: 4/1/2009 - Clients-15537 | 18.00 |
| 04/01/09 | Parking Miami International Airport Parking - VENDOR: Matthew Kramer; INVOICE#: 04/01/2009-MIK; DATE: 4/1/2009 - Clients-15537 | 90.00 |
| 04/01/09 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 114336; DATE: 4/5/2009 - Clients-15537 | 108.00 |
| 04/03/09 | Long Distance Telephone 1(302)654-8300; 3 Mins. | 5.56 |
| 04/04/09 | Transcript of Deposition VENDOR: Storey & Miller Court Reporters; INVOICE#: 19069; DATE: 4/24/2009 - Clients-15537 | 145.35 |
| 04/06/09 | Long Distance Telephone 1(507)333-4566; 1 Mins. | 1.39 |
| 04/06/09 | Long Distance Telephone 1(315)823-2840; 2 Mins. | 4.17 |
| 04/06/09 | Meals Travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/07/09; DATE: 4/7/2009 - Client - 15537 | 11.82 |
| 04/07/09 | Long Distance Telephone 1(843)987-0794; 20 Mins. | 27.80 |
| 04/07/09 | Messenger Services VENDOR: Copytech Solutions Inc.; INVOICE#: 0086; DATE: 4/20/2009 - Clients | 6.00 |
| 04/07/09 | Lodging Travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/07/09; DATE: 4/7/2009 - Client - 15537 | 253.71 |
| 04/07/09 | Fares, Mileage, Parking Cab fares during travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/07/09; DATE: 4/7/2009 - Client - 15537 | 94.33 |
| 04/07/09 | Meals Travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/07/09; DATE: 4/7/2009 - Client - 15537 | 6.61 |
| 04/07/09 | Meals Travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/07/09; DATE: 4/7/2009 - Client - 15537 | 13.56 |

| Date | Description | Amount |
|---|---|---|
| 04/07/09 | Parking Airport parking - Travel to NY - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/07/09; DATE: 4/7/2009  -  Client - 15537 | 42.00 |
| 04/08/09 | Long Distance Telephone 1(302)655-0477; 1 Mins. | 1.39 |
| 04/14/09 | Long Distance Telephone 1(312)862-2325; 1 Mins. | 2.78 |
| 04/14/09 | Long Distance Telephone 1(312)862-2359; 3 Mins. | 4.17 |
| 04/14/09 | Messenger Services VENDOR: Concorde Express; INVOICE#: 10961; DATE: 4/17/2009  -  Account# BILZ5 | 5.00 |
| 04/17/09 | Long Distance Telephone 1(212)581-1000; 2 Mins. | 4.17 |
| 04/17/09 | Long Distance Telephone 1(509)455-3966; 4 Mins. | 6.95 |
| 04/17/09 | Long Distance Telephone 1(843)987-3805; 4 Mins. | 6.95 |
| 04/20/09 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 2.78 |
| 04/20/09 | Long Distance Telephone 1(803)943-8094; 9 Mins. | 12.51 |
| 04/23/09 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.39 |
| 04/23/09 | Long Distance Telephone 1(843)987-0794; 7 Mins. | 11.12 |
| 04/27/09 | Long Distance Telephone 1(843)987-0794; 5 Mins. | 8.34 |
| 04/29/09 | Long Distance Telephone 1(509)444-6400; 1 Mins. | 1.39 |
| 04/29/09 | Long Distance Telephone 1(509)455-3966; 3 Mins. | 4.17 |
| 04/29/09 | Long Distance Telephone 1(212)446-4934; 2 Mins. | 4.17 |
| 04/29/09 | Long Distance Telephone 1(803)943-4444; 11 Mins. | 16.68 |
| 04/30/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for April 2009 $3,224.00. | 3,224.00 |
| 04/01/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/01/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/10/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/13/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/21/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/21/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/21/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/22/09 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 04/22/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/22/09 | Copies 294 pgs @ 0.10/pg | 29.40 |
| 04/23/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/23/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/23/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/23/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/23/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/23/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/24/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/24/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/24/09 | Copies 1 pgs @ 0.10/pg | 0.10 |



| Date | Description | Amount |
|---|---|---|
| 04/27/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/28/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/29/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/29/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/15/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 04/15/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/15/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/17/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/17/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/17/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/17/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/17/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/20/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/14/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/14/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/14/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/14/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/14/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/14/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/14/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/14/09 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 04/14/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/14/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/14/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/01/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/02/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/02/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/02/09 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 04/02/09 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 04/02/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/02/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/02/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/03/09 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/03/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/03/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/03/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/03/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/03/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/03/09 | Copies 4 pgs @ 0.10/pg | 0.40 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 04/03/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/03/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/03/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/03/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/03/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/03/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/03/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/03/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/03/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 04/03/09 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 04/03/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/03/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/03/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/03/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/03/09 | Copies 150 pgs @ 0.10/pg | 15.00 |
| 04/03/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/03/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/06/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/07/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/07/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/07/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/07/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/07/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/07/09 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 04/07/09 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED** $8,720.34

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Rojas, Susana | 4.70 | $190.00 | $893.00 |
| **TOTAL** | **4.70** | | **$893.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,262.00 |
| Archival/Retrieval Services | $42.20 |
| CD/DVD Duplication | $60.00 |
| Fares, Mileage, Parking | $609.33 |
| Long Distance Telephone | $132.05 |
| Long Distance Telephone-Outside Services | $1,065.79 |
| Lodging | $669.51 |
| Meals | $61.74 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---:|
| Messenger Services | $11.00 |
| Miscellaneous Costs | $3,224.00 |
| Pacer - Online Services | $433.20 |
| Parking | $132.00 |
| Transcript of Deposition | $890.56 |
| Westlaw-Online Legal Research | $7.96 |
| Copies | $119.00 |
| ***TOTAL*** | ***$8,720.34*** |

**CURRENT BALANCE DUE THIS MATTER**     **$9,613.34**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 04/22/09 | JMS | 0.70 | 339.50 | Email exchange with S. Arnold regarding tax settlement motion and review same. |
| 04/30/09 | JMS | 0.90 | 436.50 | Review ERISA settlement motion (.9). |

**PROFESSIONAL SERVICES** $776.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.60 | $485.00 | $776.00 |
| **TOTAL** | ***1.60*** | | ***$776.00*** |

**CURRENT BALANCE DUE THIS MATTER** $776.00

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/09 | JMS | 0.10 | 48.50 | Email to Committee regarding call. |
| 04/03/09 | MIK | 6.00 | 2,460.00 | Attend to committee matters. |
| 04/15/09 | MIK | 4.00 | 1,640.00 | Research committee matter (4.0). |
| 04/17/09 | TVT | 5.40 | 1,458.00 | Legal research regarding fiduciary duties of committee members. |
| 04/20/09 | TVT | 0.10 | 27.00 | Legal research regarding fiduciary duties on committee members. |

**PROFESSIONAL SERVICES** $5,633.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 10.00 | $410.00 | $4,100.00 |
| Sakalo, Jay M | 0.10 | $485.00 | $48.50 |
| Trevorrow, Tara V | 5.50 | $270.00 | $1,485.00 |
| **TOTAL** | **15.60** | | **$5,633.50** |

**CURRENT BALANCE DUE THIS MATTER** $5,633.50

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/09 | LMF | 0.40 | 82.00 | Review initial report from fee auditor regarding Bilzin Sumberg's Thirtieth Quarterly Application and begin compiling backup for response. |
| 04/06/09 | LMF | 0.40 | 82.00 | Review and attend to edits to costs for March 2009. |
| 04/06/09 | JIS | 0.10 | 29.50 | Review fee auditor's initial report regarding 31st quarterly fee application. |
| 04/06/09 | SR | 0.60 | 114.00 | I/O with L.Flores regarding Fee Auditor's Response (0.2); Review draft of fee auditor's response (0.4) |
| 04/07/09 | LMF | 0.90 | 184.50 | Meet with accounting regarding backup for response to fee auditor's interim report for 30th quarterly application (.3); meet with S. Rojas regarding preparation of response and assist with same (.6). |
| 04/07/09 | SR | 3.20 | 608.00 | Prepare Response to Fee Auditor's Report regarding BSBPA's 31st Interim Fee Period. |
| 04/08/09 | LMF | 0.60 | 123.00 | Review draft of response to fee auditor prepared by S. Rojas. |
| 04/09/09 | JIS | 0.30 | 88.50 | Initial review of March prebill. |
| 04/10/09 | JIS | 1.00 | 295.00 | Final review of March prebill. |
| 04/13/09 | LMF | 0.70 | 143.50 | Review edits to March fees and costs and meet with accounting regarding same. |
| 04/13/09 | JIS | 0.20 | 59.00 | Further review of March prebill. |
| 04/14/09 | LMF | 0.80 | 164.00 | Work with assistant on response to fee auditor's interim report. |
| 04/14/09 | SR | 1.20 | 228.00 | Attend to revisions of Fee Auditor's Response (1.2) |
| 04/15/09 | LMF | 1.20 | 246.00 | Meet with accounting and assistant regarding issues to address on fee auditor's interim report and finalize draft of response for attorneys review. |
| 04/15/09 | LMF | 0.60 | 123.00 | Compile invoices and previous fee application and review with assistant in preparation for quarterly fee application. |
| 04/16/09 | SR | 2.50 | 475.00 | Attend to reviewing invoices and drafting 32nd Quarterly Fee Application (2.5). |
| 04/20/09 | SR | 2.60 | 494.00 | Reconcile invoices and revise 32nd quarterly fee application. |
| 04/28/09 | LMF | 0.30 | 61.50 | Attend to filing notice, summary and statement of fees for month of March 2009. |
| 04/30/09 | LMF | 1.10 | 225.50 | Attend to quarterly fee application for Bilzin. |

**PROFESSIONAL SERVICES** $3,826.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.60 | $295.00 | $472.00 |
| Flores, Luisa M | 7.00 | $205.00 | $1,435.00 |
| Rojas, Susana | 10.10 | $190.00 | $1,919.00 |
| **TOTAL** | **18.70** | | **$3,826.00** |

**CURRENT BALANCE DUE THIS MATTER** $3,826.00



Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/09 | SLB | 1.50 | 1,012.50 | Participate telephonically in omnibus hearing (1.5). |
| 04/01/09 | JMS | 3.10 | 1,503.50 | Prepare for and attend omnibus hearing by phone (2.7); email and telephone conference with M. Kramer regarding follow up (.4). |
| 04/01/09 | MIK | 4.50 | 1,845.00 | Prepare for and attend omnibus hearing (4.5). |
| 04/01/09 | JS | 0.10 | 19.00 | Review docket for amended agenda for 4/1 omnibus hearing. |
| 04/09/09 | JS | 0.10 | 19.00 | Review hearing notebooks and attention to same. |
| 04/20/09 | JS | 0.20 | 38.00 | Review docket for transcript of 4/1 hearing and email J. Sakalo regarding same. |
| 04/22/09 | JS | 0.40 | 76.00 | Email J. Sakalo, C. Plaza, J. Schwartz, and T. Taccenelli regarding attendance at 4/27 omnibus hearing (.2); Contact CourtCall and arrange for telephone appearances of all committee members at same hearing (.2). |
| 04/23/09 | LMF | 0.30 | 61.50 | Confirm all court call appearances and advise M. Kramer of same. |
| 04/23/09 | JS | 0.90 | 171.00 | Verify Telephone appearances for 4/27 hearing with CourtCall (.1); Email CourtCall Confirmations to all committee members (.5); Prepare folder of relevant pleadings for J. Sakalo for same hearing (.3). |
| 04/24/09 | JS | 0.30 | 57.00 | Review docket and update folder of pleadings for J. Sakalo for 4/27 Omnibus Hearing. |
| 04/27/09 | JMS | 0.50 | 242.50 | Attend telephonic hearing. |
| 04/27/09 | MIK | 1.20 | 492.00 | Partially attend hearing (1.2). |

**PROFESSIONAL SERVICES** $5,537.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.50 | $675.00 | $1,012.50 |
| Kramer, Matthew I | 5.70 | $410.00 | $2,337.00 |
| Sakalo, Jay M | 3.60 | $485.00 | $1,746.00 |
| Flores, Luisa M | 0.30 | $205.00 | $61.50 |
| Slanker, Jeffrey | 2.00 | $190.00 | $380.00 |
| **TOTAL** | **13.10** | | **$5,537.00** |

**CURRENT BALANCE DUE THIS MATTER** $5,537.00

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/09 | MIK | 6.20 | 1,271.00 | Travel from hearing (6.2). |
| 04/06/09 | MIK | 6.00 | 1,230.00 | Travel to meet and confer (6.0). |
| 04/07/09 | MIK | 8.00 | 1,640.00 | Travel from meeting and confer (8.0). |
| 04/21/09 | MIK | 10.00 | 2,050.00 | Travel Miami to Spokane (10.0). |
| 04/22/09 | MIK | 6.80 | 1,394.00 | Travel to D. Scott's deposition (.8); travel to Ed Westbrook deposition (6.0). |
| 04/23/09 | MIK | 6.00 | 1,230.00 | Continued travel to Ed Westbrook deposition (6.0). |
| 04/24/09 | MIK | 9.00 | 1,845.00 | Travel from deposition (9.0). |
| 04/30/09 | MIK | 4.50 | 922.50 | Travel to deposition (4.5). |

**PROFESSIONAL SERVICES** $11,582.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 56.50 | $205.00 | $11,582.50 |
| **TOTAL** | **56.50** | | **$11,582.50** |

**CURRENT BALANCE DUE THIS MATTER** $11,582.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/31/09 | MIK | 3.50 | 1,435.00 | Summarize Finke deposition and telephone call with S. Baena, J. Sakalo regarding same (3.5). |
| 04/01/09 | SLB | 0.90 | 607.50 | Attention to orders on voting, confirmation procedures and email to committee members regarding same (.9). |
| 04/02/09 | LMF | 0.60 | 123.00 | Assist T. Treverow with plan, disclosure statement and exhibits. |
| 04/03/09 | SR | 2.00 | 380.00 | Attend to reviewing docket for Notices of Witness Lists (2.0). |
| 04/06/09 | JMS | 1.10 | 533.50 | Telephone conference with E. Sperbeck regarding Grace ballot (.2); emails from C. Kang regarding PD CMO (.4); review same (.5). |
| 04/07/09 | LMF | 0.40 | 82.00 | Research regarding witness list for PD committee. |
| 04/07/09 | JMS | 0.40 | 194.00 | Review notices of deposition served by Anderson Memorial and conference with S. Baena thereon (.4). |
| 04/07/09 | MIK | 4.70 | 1,927.00 | Attend meet and confer (4.7). |
| 04/07/09 | SR | 0.60 | 114.00 | Attend to e-mail from M.Kramer regarding witness list (0.6) |
| 04/08/09 | MIK | 3.80 | 1,558.00 | Review expert reports (.7); research plan related issues (3.1). |
| 04/09/09 | JMS | 0.50 | 242.50 | Review emails regarding plan discovery and deposition scheduling (.5). |
| 04/09/09 | SR | 0.50 | 95.00 | Research for J.Sakalo (0.5) |
| 04/10/09 | MIK | 2.90 | 1,189.00 | Research plan related issues (2.9). |
| 04/11/09 | MIK | 0.70 | 287.00 | Edit meet and confer summary (.7). |
| 04/13/09 | MIK | 8.00 | 3,280.00 | Summarize meet and confer and attend to confirmation discovery (8.0). |
| 04/14/09 | MIK | 5.00 | 2,050.00 | Review expert reports (5.0). |
| 04/15/09 | JMS | 0.50 | 242.50 | Review memo from M. Kramer regarding meet and confer (.3); emails with D. Speights regarding deposition schedule (.2). |
| 04/15/09 | MIK | 3.00 | 1,230.00 | Review expert reports (3.0). |
| 04/17/09 | JMS | 0.70 | 339.50 | Review 30(b)(6) notices and objections filed by PI Committee and Debtors. |
| 04/20/09 | SLB | 0.30 | 202.50 | Interoffice conference with J. Sakalo and M. Kramer regarding discovery/privilege issues (.3). |
| 04/20/09 | JMS | 0.70 | 339.50 | Conferences with M. Kramer regarding D. Scott deposition and privilege issues and follow up conference with S. Baena thereon. |
| 04/20/09 | MIK | 0.20 | 82.00 | Interoffice conference with S. Baena, J. Sakalo regarding depositions (.2). |
| 04/21/09 | SLB | 0.20 | 135.00 | Interoffice conference with J. Sakalo regarding privilege issues (.2). |
| 04/21/09 | JMS | 1.30 | 630.50 | Telephone conference with D. Trench and M. Kramer regarding D. Scott deposition preparation (.6); review email exchanges regarding deposition and meet and confer (.7). |
| 04/21/09 | MIK | 1.30 | 533.00 | Attend meet and confer (1.3). |
| 04/22/09 | JMS | 1.80 | 873.00 | Telephone conference with M. Kramer regarding D. Scott deposition and conference with S. Baena regarding same (.6); conference with S. Baena regarding plan objection consideration (.4); review revised draft of Plan CMO and email exchanges thereon (.8). |
| 04/22/09 | MIK | 7.00 | 2,870.00 | Attend Darrell Scott's deposition (3.5); respond to email regarding confirmation discovery (.5); draft summary of deposition and discovery status (3.0). |
| 04/23/09 | LMF | 0.60 | 123.00 | Attend to updating files with D. Scott deposition transcript and exhibits to same. |
| 04/23/09 | JMS | 2.00 | 970.00 | Attention to emails regarding discovery issues (.9); telephone conference with M. Kramer thereon (.2); review summary of D. Scott deposition (.3); review open plan issues (.6). |
| 04/23/09 | JIS | 0.30 | 88.50 | Attention to email from M. Kramer regarding call on protective order, review form of order, and emails from/to M. Kramer thereon. |
| 04/23/09 | MIK | 0.90 | 369.00 | Summarize prior deposition (.9). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/24/09 | JMS | 0.60 | 291.00 | Telephone conference with M. Kramer regarding Westbrook deposition (.2); review emails regarding protective order and plan discovery issues (.4). |
| 04/24/09 | JIS | 0.60 | 177.00 | Conference call regarding protective order, plan CMO, discovery issues. |
| 04/24/09 | MIK | 1.50 | 615.00 | Attend Ed Westbrook deposition (1.5). |
| 04/25/09 | SLB | 0.20 | 135.00 | Attention to memo regarding deposition of E. Westbrook (.2). |
| 04/27/09 | JMS | 0.50 | 242.50 | Review emails regarding discovery disputes and conference with M. Kramer thereon (.3); conference with M. Kramer regarding discovery responses (.2). |
| 04/27/09 | MIK | 2.10 | 861.00 | Attend meet and confer (.6) ; draft discovery responses (1.3); email D. Speights regarding Lockwood deposition (.2). |
| 04/28/09 | JMS | 1.40 | 679.00 | Review draft discovery response and conferences with M. Kramer thereon (1.0); review emails regarding deposition scheduling (.4). |
| 04/28/09 | MIK | 1.70 | 697.00 | Attend to discovery responses (1.7). |
| 04/29/09 | JMS | 0.70 | 339.50 | Conference with M. Kramer regarding discovery response (.3); review emails regarding upcoming depositions (.4). |
| 04/30/09 | JMS | 0.40 | 194.00 | Interoffice conference with M. Kramer regarding Lockwood deposition (.2); email to committee regarding call (.2). |

**PROFESSIONAL SERVICES** $27,356.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.60 | $675.00 | $1,080.00 |
| Kramer, Matthew I | 46.30 | $410.00 | $18,983.00 |
| Sakalo, Jay M | 12.60 | $485.00 | $6,111.00 |
| Snyder, Jeffrey I | 0.90 | $295.00 | $265.50 |
| Flores, Luisa M | 1.60 | $205.00 | $328.00 |
| Rojas, Susana | 3.10 | $190.00 | $589.00 |
| **TOTAL** | **66.10** | | **$27,356.50** |

**CURRENT BALANCE DUE THIS MATTER** $27,356.50

Atty – SLB
Client No.: 74817/15563

**RE: 27 - Litigation Consulting**

| | | | | |
|---|---|---|---|---|
| 04/10/09 | JMS | 0.30 | 145.50 | Review articles regarding status of Grace criminal proceeding. |
| 04/29/09 | JMS | 0.30 | 145.50 | Review status of criminal proceeding in Libby. |

**PROFESSIONAL SERVICES** $291.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $485.00 | $291.00 |
| **TOTAL** | **0.60** | | **$291.00** |

**CURRENT BALANCE DUE THIS MATTER** $291.00

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/08/09 | LMF | 0.50 | 102.50 | Review statement for March from Hamilton Rabinovitz and follow up with LECG regarding professional fees for March 2009. |
| 04/13/09 | LMF | 0.40 | 82.00 | Follow up with professional for copy of March statement, review email with statement and process with accounting. |
| 04/15/09 | SR | 1.20 | 228.00 | Prepare summary and notice (.6); prepare monthly notice and summary for HR & A (.6). |
| 04/16/09 | LMF | 0.50 | 102.50 | Meet with accounting to review trust account regarding outstanding disbursements to professionals. |
| 04/20/09 | LMF | 0.30 | 61.50 | Review trust account for reimbursement to professionals. |
| 04/28/09 | LMF | 0.30 | 61.50 | Attend to filing of notice, summary and statement of fees for March 2009 on behalf of Hamilton Rabinovitz. |
| 04/30/09 | LMF | 1.10 | 225.50 | Attend to quarterly fee application for Hamilton Rabinovitz. |

**PROFESSIONAL SERVICES** $863.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 3.10 | $205.00 | $635.50 |
| Rojas, Susana | 1.20 | $190.00 | $228.00 |
| *TOTAL* | *4.30* | | *$863.50* |

**CURRENT BALANCE DUE THIS MATTER** $863.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17905

**RE: 38 - ZAI Science Trial**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/09 | JMS | 0.50 | 242.50 | Review order approving ZAI class (.3); emails with J. Kozyak regarding meet and confer (.2). |
| 04/02/09 | TVT | 0.30 | 81.00 | Conference with J. Sakalo regarding class settlement. |
| 04/02/09 | TVT | 3.80 | 1,026.00 | Legal research regarding class settlement. |
| 04/03/09 | JMS | 1.00 | 485.00 | Review email exchange regarding plan related meet and confer (.6); telephone conference with D. Speights regarding ZAI objections questions (.4). |
| 04/03/09 | TVT | 5.60 | 1,512.00 | Legal research regarding class settlement. |
| 04/06/09 | TVT | 2.60 | 702.00 | Draft summary of ZAI settlement timeline. |
| 04/08/09 | JMS | 0.70 | 339.50 | Email from H. Meir regarding US ZAI claims and review same. |
| 04/17/09 | MIK | 4.50 | 1,845.00 | Interoffice conference with T. Trevorrow regarding research (.4); research caselaw (4.1). |

**PROFESSIONAL SERVICES** $6,233.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 4.50 | $410.00 | $1,845.00 |
| Sakalo, Jay M | 2.20 | $485.00 | $1,067.00 |
| Trevorrow, Tara V | 12.30 | $270.00 | $3,321.00 |
| **TOTAL** | **19.00** | | **$6,233.00** |

**CURRENT BALANCE DUE THIS MATTER** $6,233.00