IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*           Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                    Chapter 11

                                    **Related to Doc. No. 21829, Order of District Court Remanding for consideration of settlement with Macerich Fresno Limited Partnership; Doc. No. 21071, Motion to Approve Settlement of Asbestos Property Damage Claims**

**ORDER SETTING HEARING OR STATUS CONFERENCE WITH RESPECT TO SETTLEMENT WITH MACERICH FRESNO LIMITED PARTNERSHIP**

      **AND NOW**, this **26th** day of **May, 2009**, **WHEREAS** on February 16, 2007, Debtors filed a motion for summary judgment with respect to their Fifteenth Omnibus Objection to Asbestos Property Damage Claims, Doc. No. 14584, concerning Macerich Fresno Limited Partnership's claims;

      **WHEREAS** on October 14, 2008, this court issued a Memorandum Opinion and Order granting summary judgment in favor of Debtors, finding that Macerich Fresno Limited Partnership's claims were time barred on the basis of the statute of limitations, Doc. Nos. 19742, 19743;

      **WHEREAS** the Order was appealed; *see* Doc. No. 19852; Civ. A. No. 08-890;

      **WHEREAS** a motion to approve settlement was filed at Doc. No. 20738 and was dismissed without prejudice, Doc. No. 21042, in light of the Memorandum Opinion and the appeal;

      **WHEREAS** the District Court for the District of Delaware entered an order dated May 19, 2009, remanding the matter to the Bankruptcy Court for consideration of the settlement;

      It is **ORDERED** that the parties may file and serve a renewed motion to approve the settlement on or before **June 5, 2009**, by **4:00 p.m.**, Eastern.

      It is **FURTHER ORDERED** that responses or objections shall be filed by **4:00 p.m.**, Eastern, on or before **June 18, 2009.**

      It is **FURTHER ORDERED** that, if a renewed motion for settlement is timely filed, a hearing shall be held in Wilmington, Delaware, at **10:30 a.m.**, Eastern, on **June 29, 2009.**

It is **FURTHER ORDERED** that, if a renewed motion is not timely filed, a status conference on the settlement shall be held on **June 29, 2009, at 10:30** a.m. in Wilmington, Delaware.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald    rmab
United States Bankruptcy Judge