IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
In re                                    \*        Chapter 11
                                         \*
W.R. GRACE & CO., *et al.*,              \*        Case No. 01-01139 (JKF)
                                         \*        Jointly Administered
    Debtor.                              \*        *Rl 21812, 21811*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MODIFIED ORDER APPROVING MOTION FOR LEAVE TO EXCEED PAGE
LIMIT RULE FOR LIBBY CLAIMANTS' OBJECTION TO DEBTORS'
FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Upon Motion of Libby Claimants to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' First Amended Joint Plan of Reorganization (the "Motion"), whereby the Libby Claimants[1] seek authorization to file the Libby Claimants' Objection to Debtors' First Amended Joint Plan of Reorganization (the "Objection") in excess of the 40-page limitation prescribed pursuant to Del. Bankr. L.R. 7007-2 and the General Chambers Procedures; and due and proper notice of the Motion having been given; and is appearing that sufficient cause exists for granting the requested relief, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

**FURTHER ORDERED** that the Libby Claimants are authorized to file the Objection in *[initial]* excess of the 40-page limitation prescribed by Del. Bankr. L.R. 7007-2 and the General Chambers Procedures. *However, Libby Claimants shall file a summary, not to exceed 5 pages, of the Objection. Further any Reply by Libby Claimants shall not exceed the page limitations applicable as + when established, + if not established by separate order, then not to exceed 20 pages.*

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

*JK Fitzgerald*
5/26/09    *5/27/09*

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.