ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| W.R. GRACE AND CO., *et. al.*, | : Case No. 01-1139 (JKF) |
| Debtors | : Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John D. Demmy, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Leslie A. Davis of Crowell & Moring LLP, 1001 Pennsylvania Avenue N.W., Washington, DC 20004-2595, to represent Fireman's Fund Insurance Company in this action.

/s/ John D. Demmy
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3308
Fax: (610) 371-8515
E-mail: jdd@stevenslee.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and that I am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the State of Maryland, U.S. District Court of the District of Maryland, U.S. District Court for the District of Columbia, and the United States Court of Appeals for the Sixth Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules and with this Court's Standing Order for the District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Leslie A. Davis
Crowell & Moring LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004-2595
Telephone: 202.624.2727
Fax: 202.628.5116
E-mail: ldavis@crowell.com

Motion granted.
Date: 5/26/09

BY THE COURT:

Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE

SAJ

DKT. NO. 21710
DT. FILED 5/15/09