### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                          April 1, 2009 to April 30, 2009

Invoice No. 31060

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--|-------|--------|
| B14 | Case Administration - | 22.70 | 5,948.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.40 | 396.50 |
| B18 | Fee Applications, Others - | 2.00 | 325.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 3.20 | 944.00 |
| B25 | Fee Applications, Applicant - | 3.50 | 717.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.70 | 796.50 |
| B32 | Litigation and Litigation Consulting - | 2.70 | 684.00 |
| B36 | Plan and Disclosure Statement - | 56.40 | 16,585.00 |
| B37 | Hearings - | 4.70 | 1,386.50 |
| B40 | Employment Applications, Others - | 0.80 | 236.00 |
| B41 | Relief from Stay Litigation - | 0.30 | 88.50 |
| | **Total** | **100.40** | **$28,108.00** |
| | **Grand Total** | **100.40** | **$28,108.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 250.00 | 4.80 | 1,200.00 |
| Rick S. Miller | 290.00 | 1.00 | 290.00 |
| Steven G. Weiler | 230.00 | 1.00 | 230.00 |
| Theodore J. Tacconelli | 295.00 | 86.40 | 25,488.00 |
| Law Clerk | 125.00 | 1.40 | 175.00 |
| Legal Assistant - MH | 125.00 | 5.80 | 725.00 |
| **Total** | | **100.40** | **$28,108.00** |

## DISBURSEMENT SUMMARY

Expenses -                                              $1,195.42

**Total Disbursements**                                **$1,195.42**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Apr-01-09 | *Litigation and Litigation Consulting* - e-mail from J. Boerger re expert report of G. Priest | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re service of Priest report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Follow-up e-mail from J. Boerger re Priest report service | 0.10 | LLC |
| | *Case Administration* - Review Certificate of Counsel re 30th interim fee chart/summary | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order re 30th Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - memo to paralegal re proposed order re 30th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Confer with co-counsel prior to hearing today | 0.30 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.50 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re status of plan proceedings | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with counsel for insurer re service of Dr. Priest expert report | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing expert report of G. Priest | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Arrowood's response to plan proponents' discovery | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review expense chart attached to Certificate of Counsel re 30th interim period, note to T. Tacconelli re same | 0.10 | MH |
| Apr-02-09 | *Case Administration* - Review order re Quarterly Fee Applications and forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving ZAI final settlement | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept of Revenue claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 25th omnibus objection to claims with attachment | 0.20 | TJT |
| | *Case Administration* - Review order approving 30th interim period Quarterly Fee Applications with attachments | 0.20 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Feb. 09 with tax returns attached | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by Arrowood of responses to M. Doney's request for production | 0.10 | TJT |
| Apr-03-09 | *Case Administration* - Review case status memo for week ending 3/27/09 | 0.10 | LLC |
| | *Case Administration* - Review A. Rich March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended restated 2019 statement by the David Law Firm | 0.10 | TJT |
| | *Hearings* - Review 4/1/09 hearing notes | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review letter from J. Boerger to Judge Fitzgerald re Priest expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Arrowood's responses to BNSF's second set of discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review G. Priest expert report with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to OneBeacon's second set of request for admissions | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to OneBeacon's second set of request for production | 0.40 | TJT |
| | *Case Administration* - Review docket re case status for week ending 3/30/09, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Apr-04-09 | *Case Administration* - Review case status memo for week ending 3/27/09 | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Feb. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' Notice of Service of response to OneBeacon's second request for admissions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan solicitation package and attention to plan deadlines | 1.10 | TJT |
| Apr-05-09 | *Case Administration* - Review Stroock Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak Feb. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attention to debtors' amended discovery to PD Committee | 0.40 | TJT |
| Apr-06-09 | *Case Administration* - Review case status memo for week ending 4/3/09 | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re status of plan confirmation | 0.10 | LLC |
| | *Case Administration* - Review Beveridge and Diamond Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/3/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of debtors' responses to OneBeacon's second request for production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of MCC's responses to E. Biladeau's second set of discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re PI Committee's rebuttal expert reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing documents produced by debtors re plan discovery | 0.60 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.60 | HZ |
| | *Case Administration* - Review docket re case status for week ending 4/3/09, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Apr-07-09 | *Case Administration* - 4/1/09 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review PDFCR's March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review 1 miscellaneous Certificate of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re Kaneb's proposed order re filing settlement agreements under seal and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Freedman rebuttal expert report | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review D. Stockman rebuttal expert report | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI Committee's expert rebuttal reports | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review L. Welch's rebuttal expert report | 1.90 | TJT |
| Apr-08-09 | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Feb. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of 30(b)(6) deposition by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Scott by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of E. Westbrook by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of deposition notices by Anderson Memorial Hospital | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of rebuttal report of Dr. Weill | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Dr. Henry rebuttal expert report | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review Dr. Weill rebuttal expert report | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to Longacre discovery | 0.50 | TJT |
| | *Relief from Stay Litigation* - Review notice of filing document under seal by Kaneb | 0.10 | TJT |
| Apr-09-09 | *Litigation and Litigation Consulting* - e-mail from J. Boerger re fact witnesses for deposition | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from R. Horkvich re fact witnesses for deposition | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Boerger re notices of deposition | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Boerger re letter to R. Wilkins | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from A. Rich re notices of deposition and conflicts | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Boerger re deposition scheduling conflicts | 0.10 | LLC |
| | *Case Administration* - 4/1/09 hearing follow-up | 0.30 | SGW |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Correspond with S. Weiler re 4/1/09 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of 30(b)(6) deposition by Travelers to debtors with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter from J. Boerger to | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | debtors' counsel re request for comparable company information from debtors | | |
| | *Plan and Disclosure Statement* - Review e-mail from A. Rich to counsel for insurance company re PI notice of deposition conflict | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re proposal for plan proponents' depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from R. Horkevich re plan proponents' deposition of rep of OneBeacon | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's notice of deposition of PI Committee with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon's notice of deposition of debtors with attachment | 0.20 | TJT |
| Apr-10-09 | *Case Administration* - Review Caplin Drysdale Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Nov.-Jan. Fee Applications | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review deposition calendar as of 4/9/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger responding to counsel for PDFCR re deposition conflict | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from A. Rich re deposition conflict with PI deposition scheduled by OneBeacon and ZAI deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Dr. H. Ory rebuttal expert report | 0.40 | TJT |
| Apr-11-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's motion to extend time to respond to ZAI claim objection with proposed order | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Feb. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from R. Wilkins re additional document production by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing Dr. Ory's rebuttal expert report | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review rebuttal expert report by J. Parker | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Hammar rebuttal expert report | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Mookarkac rebuttal expert report | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Florence rebuttal expert report | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion to strike Whitehouse expert report with voluminous attachments | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Fund interrogatories to PI Committee re surety bond issue | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Fund interrogatories to debtors re surety bond issue | 0.20 | TJT |
| Apr-13-09 | *Litigation and Litigation Consulting* - e-mail from J. Demmy re notices of deposition | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re Anderson Memorial Hospital's class claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re order re Anderson Memorial Hospital's class claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' answering brief and appendix re State of Cal. appeal 08-8631 | 0.20 | TJT |

| | | | |
|---|---|---:|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review request by State of New York for admin expense claim | 0.10 | TJT |
| | *Case Administration* - Review Piper, TPT and Tri Angeli Feb. Fee Applications | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Funds' 30(b)(6) notice of deposition to PI Committee with attachment re surety bond | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Funds' 30(b)(6) notice of deposition to PI Committee re plan issues with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Funds' 30(b)(6) notice of deposition to debtors re surety bond with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Firemen's Funds' 30(b)(6) notice of deposition to debtors re plan with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of amended rebuttal reports by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended rebuttal expert report by J. Parker | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review amended rebuttal expert report by D. Weill | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' supplemental witness list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with M. Kramer re plan discovery | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review notice of filing supplemental memorandum under seal by Kaneb | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | HZ |
| Apr-14-09 | *Committee, Creditors', Noteholders' or* - Confer with TJT re: opinion Canadian ZAI claims | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel by Anderson Memorial Hospital re debtors' objection to its ZAI claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion re expungement of 88 Canadian claims on debtors' motion for summary judgment | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to S. Baena re memorandum opinion re Canadian claims asserted by Anderson Memorial Hospital | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re PSZJ 31st interim period | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Anderson Memorial Hospital to debtors' objection to its ZAI claim with proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re debtors' document production | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' responses to Anderson Memorial Hospital discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from S. Blatnick re | 0.10 | TJT |

| | | |
|---|---|---|
| debtors' response to Anderson Memorial Hospital discovery | | |
| *Plan and Disclosure Statement* - Review documents produced by debtors re settled claims in bankruptcy case | 0.50 | TJT |
| *Plan and Disclosure Statement* - Review notice of filing deposition transcript of R. Finke by Anderson Memorial Hospital | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re protective order | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review deposition transcript of R. Finke | 1.70 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from M. Gaytan re revised deposition calendar | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from E. Alcabes re question re deposition scheduling | 0.10 | TJT |
| Apr-15-09  *Case Administration* - Review notice of address change and forward same to M. Hedden | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review motion to extend briefing schedule by State of NJ in appeal 08-2069 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review State of NJ's opening brief in appeal 08-2069 | 0.80 | TJT |
| *Case Administration* - Memo to paralegal re change of address for K&E | 0.10 | TJT |
| *Case Administration* - Review LAS Feb. Fee Application | 0.10 | TJT |
| *Case Administration* - Review 2019 statement by R. Pierce | 0.10 | TJT |
| *Case Administration* - Review notice of change of address for Solidus Integrated | 0.10 | TJT |
| *Case Administration* - Review Casner Edwards Feb. Fee Application | 0.10 | TJT |
| *Case Administration* - Review K&E Feb. Fee Application | 0.40 | TJT |
| *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| *Plan and Disclosure Statement* - Correspond with M. Kramer re plan discovery | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Bilzin memo re status of plan discovery | 0.30 | TJT |
| *Plan and Disclosure Statement* - finish review of R. Finke deposition transcript and numerous exhibits | 0.90 | TJT |
| *Plan and Disclosure Statement* - Review Notice of Service of Firemen's Fund contention discovery to PI Committee and debtors re surety bond issue | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review amended notice of deposition of D. Scott | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review amended notice of deposition of E. Westbrook | 0.10 | TJT |
| Apr-16-09  *Case Administration* - Review notice of address change and forward to M. Hedden | 0.10 | LLC |
| *Litigation and Litigation Consulting* - e-mail from J. Halat re notice of discovery | 0.10 | LLC |
| *Case Administration* - Review notice of address change of K&E | 0.10 | TJT |
| *Case Administration* - Review documents and motions and briefs filed in Montana criminal action | 2.80 | TJT |
| *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee meeting | 0.10 | TJT |

| | | |
|---|---|---|
| *Plan and Disclosure Statement* - Review notice of vacation of 30(b)(6) deposition of debtors by Anderson Memorial Hospital | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of 30(b)(6) deposition of debtors by Travelers | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from E. Alicabes re Travelers' 30(b)(6) deposition notice of debtors | 0.10 | TJT |
| *Plan and Disclosure Statement* - e-mail to M. Kramer re plan discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review documents in virtual data room | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from C. Candor re Libby Claimants' discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Libby Claimants' 30(b)(6) subject matter issues for plan proponents' depositions | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from G. Horowitz re equity committee not providing any 30(b)(6) deposition witnesses | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from K. Love re revised plan deposition schedule | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Apr-17-09 | *Case Administration* - Review case status memo for week ending 4/10/09 | 0.10 | LLC |
| | *Case Administration* - Review 3rd amended 2019 statement by ELG | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/20/09 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by debtors re motion to approve settlement with PRP Group | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern 19th Quarterly Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review Certificate of No Objection re debtors' motion to employ Seale & Assoc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan deposition schedule as of 4/16/09 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Mangan re State of Montana phase I topics | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Cohn re Libby/Equity issues re plan discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Harding re debtors' phase I witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by State of Texas to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' responses Anderson Memorial Hospital discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service by MMC re plan proponents for 30(b)(6) depositions with attachments | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from T. Cobb re Scott's phase I topics | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of No Objection by certain insurers re motion to extend time to file Priest expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Libby Claimants' 2nd supplemental designation of witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re protective order final version for plan | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review current version of protective order for plan | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Arrowood re comments on final version of protective order for plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from Equity to counsel for MCC re 30(b)(6) deposition issues not appearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Harding re debtors' intended 30(b)(6) witnesses and potential objections to 30(b)(6) deposition notices filed by others | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review proposed objection by debtors to 30(b)(6) deposition notices received by others | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re objection to debtors' proposed 30(b)(6) deposition schedule | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Eskin re objection by PI Committee to various 30(b)(6) deposition notices | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re debtors' objection to various 30(b)(6) deposition notices | 0.10 | TJT |
| Apr-18-09 | *Case Administration* - Review Orrick 12th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris 31st Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's objection to various 30(b)(6) deposition notices | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' objection to various 30(b)(6) deposition notices | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with M. Kramer re plan discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to various discovery served by Anderson Memorial Hospital | 1.80 | TJT |
| Apr-19-09 | *Case Administration* - Review PWC Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Jan. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review numerous documents produced by debtors in response to discovery served by Anderson Memorial Hospital | 1.90 | TJT |
| Apr-20-09 | *Litigation and Litigation Consulting* - e-mail from J. Boerger re Austern deposition notice | 0.10 | LLC |
| | *Case Administration* - 4/1/09 hearing follow-up | 0.10 | SGW |
| | *Case Administration* - Review Olgivey Renault Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review documents filed in Montana criminal action | 2.80 | TJT |
| | *Employment Applications, Others* - Review debtors' notice of withdrawal of Certificate of No Objection re motion to retain  Seale & Assoc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Orr re Scott and Westbrook depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Brown to B. Harding re 30(b)(6) depositions for debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of PIFCR by OneBeacon | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re notice of | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
| | deposition of PIFCR by OneBeacon | | |
| | *Plan and Disclosure Statement* - Review second amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and request for edits to calendar | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised deposition calendar | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 4/17/09; memo to T. Tacconelli and L. Coggins re same | 0.90 | MH |
| Apr-21-09 | *Case Administration* - Review agenda re 4/27/09 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 4/17/09 | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Boerger re conference call | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Boerger re conference call follow-up | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re results of 4/21/2009 conference call | 0.10 | RSM |
| | *Case Administration* - 4/27/09 hearing follow-up | 0.20 | SGW |
| | *Case Administration* - Review case status memo for week ending 4/17/09 | 0.10 | TJT |
| | *Case Administration* - Review Capstone Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - continue reviewing documents from Montana criminal action | 0.90 | TJT |
| | *Case Administration* - Confer with RSM re status of Montana criminal action | 0.20 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel re revised order re debtors' motion to retain Seale & Assoc. | 0.10 | TJT |
| | *Hearings* - Review agenda for 4/27/09 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re meet and confer re 30(b)(6) deposition scheduling | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re disputes re scheduling of 30(b)(6) depositions in relation to plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attend telephonic meet and confer re 30(b)(6) deposition scheduling, issues re proposed plan protective order and related issues | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Attend continued telephonic meet and confer re 30(b)(6) deposition scheduling and proposed plan protective order | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re Scott and Westbrook depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Liesemer re scheduling of 30(b)(6) deposition for PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from T. Schiavoni re scheduling of 30(b)(6) deposition for PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from P. Lockwood re scheduling of 30(b)(6) deposition for PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re results of meet and confer conference today | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from N. Finch re meet and confer results today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Mumford re | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | service of deposition notices | | |
| | *Plan and Disclosure Statement* - Review J. Boerger re service of plan discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re current version of plan discovery service list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Kuchinsky | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Guy re scheduling of PIFCR 30(b)(6) deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from N. Finch re scheduling Peterson and Inselbuch depositions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Stansbury re deposition of Dr. Weill | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of R. Barnes | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Mumford re various Libby deposition notices filed today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of G. Fletcher | 0.10 | TJT |
| Apr-22-09 | *Fee Applications, Others* -  Review Certificate of No Objection re HRA Feb. 09 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin's Feb. 09 Fee Application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - numerous e-mails from various parties re circulation list for group e-mails | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from B. Mukherjee re depositions of Mathis and Shein | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from M. Brown re 3rd amended CMO | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J.  Baer re 3rd amended CMO | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Feb. 2009 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - 4/27/09 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re debtors' objection to Anderson Memorial Hospital's ZAI claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement of P.R. Group proofs of claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to MCC's proofs of claim with attachments | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with RSM re debtors' objection to MMC's claim | 0.30 | TJT |
| | *Case Administration* -  Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review order re Festa employment agreement with attachment | 0.20 | TJT |
| | *Case Administration* - Review Blackstone Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order re 2009-2011 L Tip | 0.10 | TJT |
| | *Case Administration* - Review  2019 statement by counsel for Libby Claimants | 0.10 | TJT |

| | | |
|---|---|---|
| *Employment Applications, Others* - Review order authorizing retention of Seale & Assoc. | 0.10 | TJT |
| *Hearings* - Review e-mail from J. Baer re 4/27/09 hearing | 0.10 | TJT |
| *Hearings* - Review e-mail from J. Sakalo re 4/27/09 hearing coverage | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of L. Collinson | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of R. Conn | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of S. Conn | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of R. Erikson | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of B. Fore | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of H. Halsey | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of L. Hill | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of P. Hill | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of J. Hopkins | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from T. Schiavoni and review letter from same re Libby's deposition notices served yesterday | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from B. Mukherjee re Mathis and Shein depositions | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mails from J. Demmy re Firemen Fund attorneys to be added to service list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from K. Orr re revised plan master service list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of E. Martin | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re current version of plan service list | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Brown re 3rd amended plan CMO | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from B. Harding re debtors' edits to summary of yesterday's meet and confer | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Brown re requested changes to B. Harding's edits to summary of yesterday's meet and confer | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re 3rd amended plan CMO | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review various e-mails re Pozner deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review draft of 3rd amended plan CMO | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re additional changes to draft of 3rd amended plan CMO | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Cohn re requested changes to draft of 3rd amended plan CMO | 0.10 | TJT |
| *Case Administration* - determine allocation of 4/14/09 payment made by debtor, update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.20 | MH |
| Apr-23-09   *Case Administration* - Review amended notice of agenda re 4/27/09 | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | hearing | | |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re attending committee teleconference | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - e-mail from J. Sakalo to T. Tacconelli re cancellation of committee teleconference | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re cancellation of committee teleconference | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mails from J. Boerger re amended notices of deposition | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Anderson Memorial Hospital | 0.10 | TJT |
| | *Case Administration* - Review Beveridge and Diamond Feb. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 4/27/09 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 4/27/09 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of L. Nelson | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of R. Petrusha | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of B. Schull | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Shelmerdre | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of D. Shiner | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of K. Vinson | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of Travelers' 3rd request for admissions to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised deposition calendar | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review numerous e-mails re 3rd amended plan CMO | 0.30 | TJT |
| Apr-24-09 | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Boerger re court reporting for Lockwood deposition | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Boerger re court reporter for Priest deposition | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -confer with TJT re: Anderson appeals | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* -  Confer with RSM re Anderson Memorial Hospital appeal of order re class claims | 0.30 | TJT |
| | *Case Administration* - Review entry of appearance of Klayman for Fed. Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review 9th amended 2019 statement by Reaud Morgan | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review PSZY&J Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith & Assoc. Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone 27th Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Bilzin memo re status of plan discovery | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of 30(b)(6) deposition by One Beacon to PI Committee with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re revised protective order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised protective order | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review numerous e-mails re comments on 3rd amended plan CMO | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review current version of 3rd amended plan CMO | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of D. Austern by OneBeacon | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of LMI's first request for admissions to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' proposed Certificate of Counsel re 3rd amended plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Boerger re Priest deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of 30(b)(6) deposition by LMI to PI Committee with attachment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition by LMI to D. Austern | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of 30(b)(6) deposition by LMI to debtors with attachment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CCC's amended notice of deposition of D. Austern | 0.00 | TJT |
| | *Plan and Disclosure Statement* - Review CCC's amended notice of deposition of P. Lockwood | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re meet and confer on 4/27 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of plan proponents' responses to Scott's 2nd set of discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re responses to debtors' amended discovery to PD Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Brown re 4/27 meet and confer re debtors' 30(b)(6) topics | 0.10 | TJT |
| Apr-25-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Anderson Memorial Hospital re order expunging Canadian claims | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan Feb. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' responses to Scott's 2nd set of discovery | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Correspond with M. Kramer re responses to debtors' amended discovery to PD Committee | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review Certificate of Counsel re 3rd amended plan CMO with proposed order | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from B. Harding re debtors' 30(b)(6) topics | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Certificate of Counsel re proposed protective order and review same | 0.60 | TJT |
| Apr-26-09 | *Case Administration* - Review Steptoe and Johnson Quarterly Fee Application for 31st interim period | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 4/27/09 hearing and prepare for hearing | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review letter from B. Harding re 30(b)(6) topics for phases I and II | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' proposed 30(b)(6) topics chart | 0.80 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re plan discovery | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from C. Candon re meet and confer follow-up and issues to discuss for 4/27 meet and confer and possible motions to be filed by Libby Claimants | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from C. Candon re Libby protective order | 0.10 | TJT |
|  | *Plan and Disclosure Statement - Plan and Disclosure Statement -* Review Libby's proposed protective order | 0.40 | TJT |
| Apr-27-09 | *Litigation and Litigation Consulting* - e-mail from B. Mukherjee re Mathis and Shein depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - e-mails from J. Baer and M. Brown re depositions | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order disallowing Anderson Memorial Hospital ZAI claim | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Anderson Memorial Hospital re ZAI claim | 0.10 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - work on response to debtors' amended discovery | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review letter from A. Schwartz to C. Candon re Libby protective order | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order re motion to extend deadline to file Priest expert report | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Attend meet and confer teleconference re plan discovery and related issues | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from B. Mukherjee re Mathis and Shein depositions | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from L. Esayian re Posner deposition | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from N. Finch re Lockwood deposition | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Brown re Lockwood deposition | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from J. Baer re Mathis deposition | 0.10 | TJT |

| | | |
|---|---|---|
| *Plan and Disclosure Statement* - Review e-mail from M. Brown re Mathis deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with paralegal re service of responses to debtors' amended discovery | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review Scott's notice of deposition of P. Lockwood | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from D. Cohn's re Libby Claimants' deposition scheduled in Libby | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from B. Harding re debtors' objection to Libby Claimants' deposition scheduled in Libby | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and requesting edits | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review amended deposition calendar | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Arrowood objection to 18 Libby deposition notices | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of 30(b)(6) deposition of debtors by Arrowood with attachment | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of Posner by Travelers | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from B. Mukherjee re Mathis being offered for Phases I and II | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from T. Schiavoni re document production dispute with debtors | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Baer re comments on Mathis Phases I and II issue | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with M. Joseph re status of plan and discovery | 0.20 | TJT |
| *Relief from Stay Litigation* - Review order scheduling supplemental argument re Kaneb motion for relief from stay | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with T. Tacconelli re service list to response to amended discovery; update same | 0.20 | MH |
| *Case Administration* - Review case status memo for week ending 4/24/09 | 0.10 | LLC |
| *Fee Applications, Others* - Review HRA March 09 Fee Application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review Bilzin March 09 Fee Application for filing and confer with M. Hedden re same | 0.20 | LLC |
| *Fee Applications, Others* - Follow up with M. Hedden re Bilzin March 09 Fee Application | 0.10 | LLC |
| *Litigation and Litigation Consulting* - e-mails from B. Mukherjee, J. Baer & T. Schiavoni re Mathis deposition | 0.10 | LLC |
| *Case Administration* - Review case status memo for week ending 4/24/09 | 0.10 | TJT |
| *Case Administration* - Review debtors' motion to approve settlement with ERISA claimants with attachments | 0.80 | TJT |
| *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| *Case Administration* - Review W. Smith and Assoc. Mar. Fee Application | 0.10 | TJT |
| *Employment Applications, Others* - Review debtors' motion to continue | 0.40 | TJT |

The "Apr-28-09" date label appears to the left of the "Case Administration - Review case status memo for week ending 4/24/09" (LLC) row.

| | | |
|---|---|---|
| retention of D&T with attachments | | |
| *Plan and Disclosure Statement* - Review Libby Claimants' motion to amend plan CMO with attachments | 0.70 | TJT |
| *Plan and Disclosure Statement* - Review Libby Claimants' motion to shorten notice re motion to amend plan CMO | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Libby Claimants' motion to strike Florence expert report with attachments | 0.80 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of J. Posner by LMI | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of D. Austern by Travelers | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Brown to PI Committee re Lockwood deposition dispute | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from D. Speights to PI Committee counsel re Lockwood deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from  J. Guy to opposing counsel re Austern deposition | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from N. Finch re refusal to extend Lockwood deposition for 21 hours | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of P. Lockwood by Travelers with attachment | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar, review same | 0.10 | TJT |
| *Case Administration* - Review docket re case status for week ending 4/24/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| *Fee Applications, Others* - download, review and revise Bilzin's Mar. 09 Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Mar. 09 Fee Application | 0.40 | MH |
| *Fee Applications, Others* - download, review and revise HRA's Mar. Fee Application and related documents, prepare Certificate of Service re same | 0.30 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Mar. Fee Application | 0.30 | MH |
| Apr-29-09   *Litigation and Litigation Consulting* - e-mail from B. Mukherjee re Mathis deposition | 0.10 | LLC |
| *Fee Applications, Applicant* - Review March 09 Fee Application for filing | 0.10 | LLC |
| *Plan and Disclosure Statement* - confer with T. Tacconelli re: discovery responses | 0.30 | RSM |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion denying Cal. Dept. of General Services motion for a judicial notice in appeal 08-863 | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re continuation of objection to Mass. Dept. of Revenue claim and 25th omnibus objection to claims | 0.10 | TJT |
| *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| *Case Administration* - Review BIR March Fee Application | 0.10 | TJT |

| | | |
|---|---|---|
| *Case Administration* - Review Reed Smith March Fee Application | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review correspondence from M. Kramer re responses to debtors' amended discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review draft of responses to debtors' amended discovery | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of J. Posner by OneBeacon | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of J. Posner by Fireman's Fund | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of D. Austern by Fireman's Fund | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Brown re Lockwood deposition dispute re time | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from N. Finch re Lockwood deposition logistics | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Boerger re Lockwood deposition logistics | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with M. Joseph re responses to debtors' amended discovery and related issues | 0.20 | TJT |
| *Plan and Disclosure Statement* - Correspond with M. Kramer re responses to debtors' amended discovery | 0.20 | TJT |
| *Plan and Disclosure Statement* - Teleconference with M. Kramer re responses to debtors' amended discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of PI Committee by Fireman's Fund with attachment | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of PI Committee by Libby Claimants with attachment | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of J. Posner by CCC | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with RSM re PD Committee's responses to debtors' amended discovery | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from N. Finch re Peterson deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Correspond with M. Kramer re extension granted to respond debtors' amended discovery | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re Posner deposition information | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition of M. Pierson by Libby Claimants | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review Libby Claimants' amended notice of deposition of R. Barnes | 0.10 | TJT |
| *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's March prebill | 1.30 | TJT |
| *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's March prebill and confer with paralegal | 0.20 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Plan and Disclosure Statement* - Prepare for service of response to amended discovery | 0.10 | MH |
| *Fee Applications, Applicant* - edit Mar. prebill | 0.40 | MH |

| | | | |
|---|---|---|---|
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Mar. 09 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Mar. 09 Fee Application | 0.40 | MH |
| Apr-30-09 | *Case Administration* - Review Kramer Levine March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 21st claim settlement notice with attachments | 0.20 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve settlement with IRS re SLLs with attachments | 0.80 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of S. Conn by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of E. Martin by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of J. Posner by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Mukherjee re Mathis deposition information | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re revised deposition calendar and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Gaytan re deposition of D. Kochisky | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting Libby Claimants' motion to shorten notice re Libby Claimants' motion to amend plan CMO and postpone Phase II confirmation hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re special May hearing date and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Scotts re Lockwood deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for BNSF re Lockwood deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Brown re Lockwood deposition | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re ACC's discovery responses to Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's motion to shorten notice re motion to strike Whitehouse expert report | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from B. Stansbury re debtors' expert witness deposition schedule | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of L. Hill by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of cancellation of deposition of P. Hill by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of deposition of R. Erickson by Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from G. McDaniel re | 0.10 | TJT |

order re motion to shorten notice re motion to strike Whitehouse expert
report

| | | | |
|---|---|---|---|
| *Plan and Disclosure Statement* - Review order shortening notice and scheduling hearing on Arrowood's motion to strike Whitehouse expert report | | 0.10 | TJT |
| Totals | | 100.40 | |

### DISBURSEMENTS

| | | |
|---|---|---|
| Apr-02-09 | Photocopy Cost | 0.50 |
| Apr-07-09 | Photocopy Cost | 2.00 |
| | Cost Advance - Blue Marble - hand delivery (Inv # 11377) | 28.00 |
| Apr-08-09 | Cost Advance - Pacer Service Center - 1/1/09-3/31/09 (Acct # FJ0091) JCP | 37.76 |
| Apr-11-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.90 |
| Apr-14-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.70 |
| Apr-15-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 3.20 |
| | Cost Advance - West Law - Legal Research (Feb 09) Acct #1000634693; Inv #817884823 | 96.61 |
| Apr-16-09 | Cost Advance - Blue Marble - copies 9.00; service 12.00 (Inv # 32247) | 21.00 |
| Apr-18-09 | Photocopy Cost | 4.30 |
| Apr-20-09 | Cost Advance - Pacer Service Center - 1/1/09-3/31/09 (Acct # FJ0321) SGW | 8.64 |
| Apr-21-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.80 |
| | Cost Advance - Pacer Service Center - 1/1/09-3/31/09 (Acct # FJ0093 (TJT) | 100.80 |
| Apr-26-09 | Photocopy Cost | 1.80 |
| Apr-27-09 | Cost Advance - J&J Court Transcribers | 528.65 |
| Apr-28-09 | Photocopy Cost | 11.20 |
| | Photocopy Cost | 2.10 |
| | Photocopy Cost | 2.20 |
| Apr-29-09 | Photocopy Cost | 8.40 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| Apr-30-09 | Cost Advance - First State Deliveries- hand deliveries 4/28/09 | 13.00 |
| | Cost Advance -  Blue Marble -copies 13.50; service 11.76 (Inv # 32956) | 25.26 |
| May-02-09 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.80 |
| May-04-09 | Photocopy Cost | 0.70 |

**Invoice No. 31060**                     **Page 21 of 21**                                      **May 26, 2009**

|          | Photocopy Cost | 5.00 |
|----------|----------------|------|
|          | Photocopy Cost | 8.10 |
|          | Photocopy Cost | 0.70 |
|          | Photocopy Cost | 0.70 |
| May-05-09 | Photocopy Cost | 0.60 |
|          | Photocopy Cost | 0.60 |
| May-11-09 | Photocopy Cost | 0.60 |
| May-12-09 | Photocopy Cost | 1.60 |
|          | Photocopy Cost | 1.40 |
|          | Photocopy Cost | 2.00 |
|          | Photocopy Cost | 0.50 |
|          | Photocopy Cost | 1.00 |
|          | Photocopy Cost | 1.30 |
| May-14-09 | Photocopy Cost | 30.90 |
|          | Photocopy Cost | 1.00 |
|          | Photocopy Cost | 0.50 |
|          | Photocopy Cost | 1.40 |
|          | Photocopy Cost | 1.40 |
|          | Photocopy Cost | 0.70 |
|          | Photocopy Cost | 1.00 |
|          | Photocopy Cost | 1.00 |
|          | Photocopy Cost | 4.40 |
|          | Photocopy Cost | 0.70 |
|          | Photocopy Cost | 2.00 |
|          | Photocopy Cost | 1.70 |
|          | Photocopy Cost | 2.20 |
|          | Cost Advance - Postage | 7.60 |
| May-15-09 | Photocopy Cost | 2.60 |
|          | Photocopy Cost | 0.60 |
|          | Photocopy Cost | 0.60 |
|          | Cost Advance - First State Deliveries - hand deliveries | 13.00 |
|          | Cost Advance - Blue Marble - hand deliveries (Inv # 11540) | 28.00 |
| May-18-09 | Cost Advance - Perfect Pages | 126.10 |
| May-19-09 | Photocopy Cost | 1.30 |
| May-20-09 | Cost Advance - Blue Marble - hand deliveries (Inv # 11616) | 28.00 |

Totals                                                        $1,195.42

**Total Fees & Disbursements**                               **$29,303.42**


**Balance Due Now**                                          **$29,303.42**