# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : Re: Docket No. 21775 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 20th day of May, 2009, counsel for The Scotts Company LLC caused a copy of the **Objection of The Scotts Company LLC to Confirmation of First Amended Joint Plan of Reorganization (D.I. 20872)** to be served upon the parties on the attached service list in the manner indicated therein.

Dated: May 26, 2009
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Robert J. Stearn, Jr.
Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb (Ohio Bar #0067516)
(admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4663

Attorneys for The Scotts Company LLC,
and certain of its related entities

**Via E-Mail:**

lkruger@stroock.com, kpasquale@stroock.com, akrieger@stroock.com,
mlastowski@duanemorris.com, rriley@duanemorris.com, sbaena@bilzin.com,
jsakalo@bilzin.com, mkramer@bilzin.com, mjoseph@ferryjoseph.com,
ttacconelli@ferryjoseph.com, david.klauder@usdoj.gov, ustpregion03.wl.ecf@usdoj.gov,
noah.heller@kattenlaw.com, merritt.pardini@kattenlaw.com, jeff.friedman@kattenlaw.com,
collins@rlf.com, madron@rlf.com, Reynolds@rlf.com, ramos@rlf.com,
fournierd@pepperlaw.com, carignanj@pepperlaw.com, hertzbergr@pepperlaw.com,
caseyl@pepperlaw.com, fmonaco@wcsr.com, kmangan@wcsr.com, maward@wcsr.com,
metkin@lowenstein.com, ilevee@lowenstein.com, Dpastor@Gilmanpastor.com,
jmeltzer@sbtklaw.com, kbornstein@sbtklaw.com, stearn@rlf.com, kandestin@rlf.com,
rjsidman@vorys.com, tscobb@vorys.com, meltzere@pepperlaw.com,
toolee@pepperlaw.com, aaronsona@pepperlaw.com, landis@lrclaw.com,
butcher@lrclaw.com, mumford@lrclaw.com, green@lrclaw.com, cohn@cwg11.com,
candon@cwg11.com, kmiller@skfdelaware.com, ewolfe@skfdelaware.com,
speirce@fulbright.com, tgerber@fulbright.com, jwisler@cblh.com, mphillips@cblh.com,
elongosz@eckertseamans.com, lstover@eckertseamans.com, erosenthal@rmgglaw.com,
dglosband@goodwinprocter.com, bmukherjee@goodwinprocter.com,
mgiannotto@goodwinprocter.com, emdecristofaro@FMEW.com, swspencer@FMEW.com,
rifft@wileyrein.com, casarinom@whiteandwilliams.com, gibbonsj@whiteandwilliams.com,
locasaleg@whiteandwilliams.com, yoderj@whiteandwilliams.com, warren.pratt@dbr.com,
david.primack@dbr.com, michael.brown@dbr.com, jeffrey.boerger@dbr.com,
jdd@stevenslee.com, lpg@stevenslee.com, mes@stevenslee.com,
sshimshak@paulweiss.com, arosenberg@paulweiss.com, mphillips@paulweiss.com,
ppantaleo@stblaw.com, wrussell@stblaw.com, mpiropato@stblaw.com,
ealcabes@stblaw.com, jwaxman@cozen.com, wshelley@cozen.com, jcohn@cozen.com,
gmcdaniel@bglawde.com, carl.pernicone@wilsonelser.com,
Catherine.chen@wilsonelser.com, arich@alanrichlaw.com, david.turetsky@skadden.com,
dj.baker@skadden.com, pbentley@kramerlevin.com, dmannal@kramerlevin.com,
gcalhoun@steptoe.com, acraig@cuyler.com, mdavis@zeklaw.com, dfelder@orrick.com,
rfrankel@orrick.com, mwallace@orrick.com, rwyron@orrick.com, jguy@orrick.com,
richard.finke@grace.com, mark.shelnitz@grace.com, john.mcfarland@grace.com,
james.freeman2@usdoj.gov, jal@capdale.com, pvnl@capdale.com, ndf@capdale.com,
ei@capdale.com, jal@capdale.com, lepley@crowell.com, nancy.manzer@wilmer.com,
Madigan.andrea@epa.gov, jpruggeri@hhlaw.com, drosenbloom@mwe.com,
mhurford@camlev.com, meskin@camlev.com, belias@omm.com, tschiavoni@omm.com,
gsvirsky@omm.com, pkoepff@omm.com, dbernick@kirkland.com, lesayian@kirkland.com,
klove@kirkland.com, cgreco@kirkland.com, cbruens@kirkland.com,
tfreedman@kirkland.com, joneill@pszjlaw.com, tcairns@pszjlaw.com,
kmakowski@pszjlaw.com, pcuniff@pszjlaw.com, loberholzer@pszjlaw.com,
tmacauley@zuckerman.com, vguldi@zuckerman.com, jsottile@zuckerman.com,
kmayer@mccarter.com, dsilver@mccarter.com, rguttmann@zeklaw.com,
mdavis@zeklaw.com, jspadaro@johnsheehanspadaro.com, alexander.mueller@mendes.com,
thomas.quinn@mendes.com, eileen.mccabe@mendes.com, anna.newsom@mendes.com,

carolina.acevedo@mendes.com, mweis@dilworthlaw.com, akelley@dilworthlaw.com, sfreedman@dilworthlaw.com, young@wildman.com, dspeights@speightsrunyan.com, ewestbrook@rpwb.com, rhorkovich@andersonkill.com, rdehney@mnat.com, acordo@mnat.com, tgerber@fulbright.com, tcurrier@saul.com, gmcdaniel@bglawde.com, jcp@pgslaw.com, jbaer@jsbpc.com, drosendorf@kttlaw.com, jk@kttlaw.com, hriedel@srbp.com, ghorowitz@kramerlevin.com, dblabey@kramerlevin.com, korr@orrick.com, mshiner@tuckerlaw.com, mplevin@crowell.com, pmahaley@orrick.com, jcutler@orrick.com, bharding@kirkland.com, arunning@kirkland.com, bstansbury@kirkland.com, jpw@capdale.com, bsb@capdale.com, wbs@capdale.com, travis.langenkamp@kirkland.com, heather.bloom@kirkland.com, karen.f.lee@kirkland.com, david.boutrous@kirkland.com, SSchindlerWilliams@KRAMERLEVIN.com, Deborah Scarcella/Washington DC/Kirkland-Ellis, tmessana@mws-law.com, FRosner@mrs-law.com, rmillner@sonnenschein.com, cprince@sonnenschein.com, jpw@capdale.com, bsb@capdale.com, wbs@capdale.com

RLF1-3399411-1

**Via Hand Delivery:**

(Counsel to Debtors)
Laura Davis Jones/James E. O'Neil
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899

(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801

(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Office of the U.S. Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801