IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF MARK A. PETERSON

TO:   THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Anderson Memorial Hospital, through its undersigned counsel, will take the deposition of **MARK A. PETERSON.** The deposition will commence on Tuesday, June 9, 2009, at 7:00 a.m. PST at the Four Seasons Hotel Westlake Village, Two Dole Drive, Westlake Village, California 91362 (or such other location as mutually agreed upon by the parties). The deposition will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by stenographic means. You are invited to attend and participate.

The witness is requested to bring and produce any and all documents relating to any work that he has performed at the request of the Plan Proponents, including but not limited to, all communications with the Plan Proponents and their counsel, both before and after the filing of their Petition for Reorganization, and any and all reports he has prepared regarding the Debtors.

DATED: May 26, 2009

　　　　　　　　　　　　　　　　Christopher D. Loizides (No. 3968)
　　　　　　　　　　　　　　　　LOIZIDES, P.A.
　　　　　　　　　　　　　　　　1225 King Street, Suite 800
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Telephone:   (302) 654-0248
　　　　　　　　　　　　　　　　Facsimile:   (302) 654-0728
　　　　　　　　　　　　　　　　E-mail:   loizides@loizides.com

Notice of Deposition of Peterson.DOCX

        Daniel A. Speights (SC Fed. ID No. 4252)
        C. Alan Runyan (SC Fed ID No. 3683)
        SPEIGHTS & RUNYAN
        200 Jackson Avenue, East
        Post Office Box 685
        Hampton, SC  29924
        Telephone:  (803) 943-4444
        Facsimile:  (803) 943-4599

        John W. Kozyak (FL Bar No. 200395)
        David L. Rosendorf (FL Bar No. 996823)
        KOZYAK TROPIN & THROCKMORTON PA
        2525 Ponce de Leon, 9th Floor
        Coral Gables, FL  33134
        Telephone:  (305) 372-1800
        Facsimile:  (305) 372-3508

        *Counsel for Anderson Memorial Hospital*