## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 6/16/09 |
| | § | Hearing Date: TBD (if needed) |

**NOTICE OF FILING OF SUMMARY OF THE THIRD APPLICATION
OF HON. ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR
THE PERIOD OF APRIL 1, 2009 THROUGH APRIL 30, 2009**

TO:     (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5)
Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel
to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession
Lender; and (8) the Fee Auditor

The Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related

Property Damage Claimants and Holders of Demands ("PD FCR"), has filed and served his

"Third Application of Alexander M. Sanders, Jr. For Compensation for Services and

Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property

Damage Claimants and Holders of Demands for the Period of April 1, 2009 Through April 30,

2009" seeking payment of fees in the amount of $864.00 (80% of $1,080.00) (the "Application").

This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a)

and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for

Professionals and Official Committee Members signed April 17, 2002, amending the Court's

Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before June 16, 2009 at 4:00 p.m., Eastern Time.  At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th

Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase

Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-

counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800, Chicago, IL 60606 and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware

Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official

Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel

LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee,

ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington,

DE 19801; (ix) counsel to the PD FCR, Alan B. Rich, Esq., 1401 Elm Street, Suite 4620, Dallas,

Texas 75202; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 27th day of May, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and on the special notice parties by electronic mail.

_____