**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

W.R. Grace & Co., *et al.*             Bankruptcy No. 01-1139
    Debtors                           Jointly Administered

                                            Chapter 11
                                            *Re: June 1, 2009, Agenda*

**ORDER (1) RESCHEDULING PRETRIAL CONFERENCE WITH RESPECT TO PLAN CONFIRMATION PHASE I TO JUNE 18, 2009, AT 1:00 P.M. IN PITTSBURGH, PENNSYLVANIA, and (2) RESCHEDULING ALL OTHER MATTERS ON THE JUNE 1 AGENDA TO JUNE 29, 2009, IN WILMINGTON DELAWARE**

    **AND NOW**, this **27th** day of **May, 2009,** it is **ORDERED** that

    (1) the pretrial conference concerning Plan Confirmation Phase I scheduled for June 1, 2009, is cancelled and **rescheduled to June 18, 2009,** at **1:00 p.m.**, Eastern time, in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, and

    (2) the hearing on all other matters on the June 1, 2009, agenda are hereby rescheduled for June 29, 2009, in Wilmington, Delaware.

    It is **FURTHER ORDERED** that the June 1, 2009, omnibus hearing is **cancelled.**

    It is **FURTHER ORDERED** that counsel for Debtors shall serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

                                            */s/ Judith K. Fitzgerald*
                                            Judith K. Fitzgerald    **rmab**
                                            United States Bankruptcy Judge