IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No.: 21245 |
| | ) | Hearing Date: May 14, 2009 |
| | ) | May 14, 2009, Agenda Item No. 2 |
| | ) | |
| Debtors. | ) | |

*Modified*

¶1 ORDER GRANTING IN PART MOTION OF ARROWOOD INDEMNITY COMPANY, F/K/A ROYAL INDEMNITY COMPANY TO STRIKE WHITEHOUSE EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER

AND NOW, this 27th day of May, 2009, WHEREAS on April 9, 2009, Arrowood Indemnity Company, f/k/a/ Royal Indemnity Company, filed a Motion ("the Motion") to Strike the Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order (Docket No. 21245);

WHEREAS the Libby Claimants filed a response on May 8, 2009, objecting to the Motion (Docket No. 21595);

WHEREAS Counsel for the Libby Claimants claim that they and Dr. Whitehouse no longer have the 550 Database formerly maintained by Dr. Whitehouse;

WHEREAS Debtors filed a response on May 8, 2009, supporting the Motion (Docket No. 21591);

1

WHEREAS Maryland Casualty Company on April 30, 2009 (Docket No. 21492) and Continental Casualty Company on May 4, 2009 (Docket No. 21523) joined in support of the Motion;

WHEREAS THE ACC AND FCR orally joined in the Motion, to the extent that the Motion required Dr. Whitehouse to produce materials on which he relied in forming his expert opinions in this matter;

WHEREAS the Court heard arguments on the Motion on May 14, 2009;

It is hereby ORDERED, that the Libby Claimants' objections to the Motion are overruled.

It is FURTHER ORDERED, that medical records ("the records") for any individual in the population of 1800 patients whose medical records have not yet been produced to the Plan Proponents or other requesting parties must be produced by May 21, 2009, regardless of whether or not such individual is a claimant in these bankruptcy proceedings. The medical records of persons who are not claimants shall have personal identifying information redacted. Failure to produce a complete set of these medical records will bar Dr. Whitehouse from offering any expert opinion that was formed based upon reliance, in whole or in part, on the records. Dr. Whitehouse will be made available for another deposition ~~in Washington, D.C.~~ no later than the week of June 15, 2009, or as soon as possible thereafter, and the parties will further agree on a date for rebuttal reports related to the records. *If the records are timely produced, the deposition shall be in Washington, D.C. Otherwise, the* (*)

It is FURTHER ORDERED that the cost of this production of the records will be borne by the Libby Claimants.

It is FURTHER ORDERED that the Libby Claimants produce an affidavit from Dr. Whitehouse on the status of the 550 Database. *(if needed at all)*

(*) *deposition shall be as continued originally, provided, however, that the deposition shall continue for the full day, once commenced, to compensate the parties for the shortened time at the original deposition, if a full day is needed by those asking the questions.*

It is FURTHER ORDERED that a list of the patients' numbers for the redacted non-client and client records be in Dr. Whitehouse's possession at the deposition and cross-examination, so that he may recognize who a particular patient is when questioned on that patient.

Dated: May 27, 2009

Wilmington, Delaware

                                                */s/ JK Fitzgerald*
                                        The Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge