THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BENNETT L. SPIEGEL

PLEASE TAKE NOTICE that Bennett L. Spiegel of the law firm of Kirkland & Ellis LLP, hereby withdraws his appearance as counsel for W. R. Grace & Co., et al. ("W. R. Grace"), and requests his removal from all service lists. All other counsel of record for W. R. Grace shall continue to appear on behalf of W. R. Grace in this matter.

DATED:    May 26, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP

_/s/ Bennett L. Spiegel_
Bennett L. Spiegel (CA Bar No. 129558)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:    213.680.8400
Facsimile:    213.680.8500

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

K&E 14676960.1