IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF LORI SINANYAN

PLEASE TAKE NOTICE that Lori Sinanyan of the law firm of Kirkland & Ellis LLP, hereby withdraws her appearance as counsel for debtor and debtor in possession W.R. Grace ("W.R. Grace"), and requests her removal from all service lists. All other counsel of record for W.R. Grace shall continue to appear on behalf of W.R. Grace in this matter.

Dated: May 22, 2009

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

K&E 14680374.1