IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: June 16, 2009 at 4:00p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
## FOR THE PERIOD MARCH 1, 2009, THROUGH MARCH 31, 2009

**WRG-0092**
**STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS**
**RELATING TO PARTICULATE CONVEYANCING**

| 03/23/2009 | GHL | Review of recent case law on Section 112 patentability requirements relevant to evaluation of third-party patents; | 0.60 |
| 03/26/2009 | GHL | Telephone conference with Mr. Cross regarding status of this project and particular issues to be further addressed. | 0.50 |

SERVICES                               $      627.00

| | GHL | GARY H. LEVIN | 1.10 | hours @ | $570.00 |

**INVOICE TOTAL**                      $      627.00

**WRG-0093 (W-9853-00)**
**OLEFIN POLYMERIZATION PROCESS**

| 02/02/2009 | GHL | Further work in support of preparation of patent application on this disclosure, including review of invention disclosure material and prior art, consideration of proper claim scope in view of the prior art and description of invention as provided by inventor; review and revision to draft claim set as prepared by associate, and conference with associate regarding scope of claims in view of the art and subject matter of further claims; | 1.40 |
|---|---|---|---|
| 02/02/2009 | JAH | Drafting application, internal conference with Gary Levin concerning the claims; | 3.80 |
| 02/03/2009 | JAH | Editing claims, drafting the application, call to Xinggao Fang concerning same; | 3.00 |
| 02/06/2009 | JAH | Drafting application; | 1.50 |
| 02/07/2009 | JAH | Drafting application; | 1.30 |
| 02/09/2009 | JAH | Follow-up with Xinggao Fang concerning the draft claims, revising the application draft; | 0.50 |
| 02/10/2009 | JAH | Drafting the specification; | 2.20 |
| 02/17/2009 | JAH | Drafting the application | 3.10 |
| 02/18/2009 | JAH | Editing the application; | 2.30 |
| 02/27/2009 | JAH | Review of the application draft, communications with Gary Levin convening same; | 0.40 |
| 03/09/2009 | GHL | Review and revision to draft application as received from Mr. Harrelson and return with revisions and comments; | 2.20 |
| 03/10/2009 | JAH | Editing the application; | 1.00 |
| 03/17/2009 | JAH | Review and analysis of the application draft, editing same; | 0.60 |
| 03/18/2009 | JAH | Conference call with Xinggao Fang to discuss the application draft, editing same; | 3.10 |
| 03/27/2009 | JAH | Conference call with Xinggao Fang, editing the application; | 2.10 |
| 03/31/20090 | JAH | Review of Xinggao Fang's comments on draft, and review US Patent No. 6,943,224 per Mr. Maggio's suggestion, conference call with Dr. Fang concerning same, editing the application. | 1.40 |

SERVICES                                $   10,599.50

| | GHL | GARY H. LEVIN | 3.60 | hours @ | $570.00 |
|---|---|---|---|---|---|
| | JAH | JOHN A. HARRELSON | 26.30 | hours @ | $325.00 |

**INVOICE TOTAL**                        $   **10,599.50**