REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1861033
One Town Center Road                Invoice Date      05/28/09
Boca Raton, FL    33486             Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                        190.02

                TOTAL BALANCE DUE UPON RECEIPT        $190.02
                                                  =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                 Invoice Number    1861033
One Town Center Road             Invoice Date      05/28/09
Boca Raton, FL   33486           Client Number      172573
                                 Matter Number       60026
```

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        PACER                              0.72
        Duplicating/Printing/Scanning     51.00
        Outside Duplicating               33.30
        Secretarial Overtime             105.00

                CURRENT EXPENSES                    190.02
                                                -------------

                TOTAL BALANCE DUE UPON RECEIPT     $190.02
                                                =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1861033
One Town Center Road                      Invoice Date       05/28/09
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 02/10/09 | Secretarial Overtime: Revisions to quarterly fee application | 37.50 |
| 02/11/09 | Secretarial Overtime: Revisions to quarterly fee application | 37.50 |
| 03/02/09 | Secretarial Overtime: Revisions to monthly fee application | 30.00 |
| 03/30/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 03/30/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 03/30/09 | PACER | .72 |
| 04/01/09 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. | 33.30 |
| 04/01/09 | Duplicating/Printing/Scanning ATTY # 0718; 6 COPIES | .60 |
| 04/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 04/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 04/02/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |

172573 W. R. Grace & Co.                        Invoice Number  1861033
60026  Litigation and Litigation Consulting     Page    2
May 28, 2009

| | | |
|---|---|---|
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 04/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 04/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 29 COPIES | 2.90 |
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 04/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 212 COPIES | 21.20 |

172573 W. R. Grace & Co.                          Invoice Number  1861033
60026  Litigation and Litigation Consulting       Page   3
May 28, 2009


     04/29/09   Duplicating/Printing/Scanning                      2.80
                ATTY # 4810; 28 COPIES

                              CURRENT EXPENSES                    190.02
                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $190.02
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861034
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL    33486                   Client Number      172573

=================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                              0.00
          Expenses                        292.01

                        TOTAL BALANCE DUE UPON RECEIPT        $292.01
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1861034
One Town Center Road                    Invoice Date    05/28/09
Boca Raton, FL   33486                  Client Number     172573
                                        Matter Number      60033

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        2.65
        PACER                                   40.16
        Duplicating/Printing/Scanning          249.20

                        CURRENT EXPENSES                   292.01
                                                   -------------

                TOTAL BALANCE DUE UPON RECEIPT         $292.01
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1861034
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/04/09 | PACER | 18.56 |
| 03/17/09 | PACER | 20.32 |
| 03/26/09 | PACER | 1.28 |
| 04/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 04/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 04/03/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  1861034
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
May 28, 2009


| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
|---|---|---|
| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 19 COPIES | 1.90 |
| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 04/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 19 COPIES | 1.90 |
| 04/05/09 | Duplicating/Printing/Scanning ATTY # 0559; 62 COPIES | 6.20 |
| 04/05/09 | Duplicating/Printing/Scanning ATTY # 0559; 38 COPIES | 3.80 |
| 04/05/09 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 04/05/09 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 04/05/09 | Duplicating/Printing/Scanning ATTY # 0559; 327 COPIES | 32.70 |
| 04/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 20 COPIES | 2.00 |
| 04/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 20 COPIES | 2.00 |
| 04/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 20 COPIES | 2.00 |
| 04/06/09 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |

172573 W. R. Grace & Co.                      Invoice Number  1861034
60033  Claim Analysis Objection Resolution    Page    3
       & Estimation (Asbestos)
May 28, 2009


| 04/07/09 | Duplicating/Printing/Scanning<br>ATTY # 3928; 1139 COPIES | 113.90 |
| 04/07/09 | Duplicating/Printing/Scanning<br>ATTY # 3928; 13 COPIES | 1.30 |
| 04/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/08/09 | Duplicating/Printing/Scanning<br>ATTY # 1398; 15 COPIES | 1.50 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  1861034
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
May 28, 2009


| | | |
|---|---|---:|
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/10/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |
| 04/13/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1861034
60033  Claim Analysis Objection Resolution  Page    5
       & Estimation (Asbestos)
May 28, 2009
```

| Date | Description | Amount |
|------|-------------|--------|
| 04/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 04/15/09 | Telephone Expense<br>202-862-5000/WASHINGTON, DC/12 | .60 |
| 04/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 04/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 04/27/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/2 | .10 |
| 04/28/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/39 | 1.95 |

```
                        CURRENT EXPENSES              292.01
                                                  ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $292.01
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861035
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL   33486                    Client Number      172573


=================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

          Fees                              0.00
          Expenses                      29,932.82

                    TOTAL BALANCE DUE UPON RECEIPT    $29,932.82
                                                      =============

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1861035
One Town Center Road                Invoice Date      05/28/09
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60035
```

===============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        Duplicating/Printing/Scanning          15.30
        Postage Expense                         0.84
        Consulting Fees                     29,890.81
        Courier Service - Outside              25.87

                CURRENT EXPENSES                       29,932.82
                                                     -------------

                TOTAL BALANCE DUE UPON RECEIPT      $29,932.82
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861035
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60035

===============================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 03/20/09 | Courier Service -Courier service charges for delivery of transcript. | 25.87 |
| 03/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 03/31/09 | Duplicating/Printing/Scanning ATTY # 000559: 69 COPIES | 6.90 |
| 04/08/09 | Duplicating/Printing/Scanning ATTY # 000559: 76 COPIES | 7.60 |
| 04/10/09 | Postage Expense | .42 |
| 04/20/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 04/20/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 04/20/09 | Postage Expense | .42 |
| 04/21/09 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 04/29/09 | Duplicating/Printing/Scanning ATTY # 0887; 2 COPIES | .20 |
| 05/20/09 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - - Continued work in preparation for criminal trial, including extensive review of documents identified in relation to trial. | 29890.81 |

                          CURRENT EXPENSES            29,932.82
                                                     ------------

172573 W. R. Grace & Co.                    Invoice Number  1861035
60035  Grand Jury Investigation            Page    2
May 28, 2009


                    TOTAL BALANCE DUE UPON RECEIPT        $29,932.82
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861036
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL    33486                   Client Number     172573

================================================================================

Re: W. R. Grace & Co.


(60038)   Property Damage Claim Appeals

          Fees                                   0.00
          Expenses                           1,381.89

                        TOTAL BALANCE DUE UPON RECEIPT      $1,381.89
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1861036
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number     60038

================================================================================

Re: Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.85
        Duplicating/Printing/Scanning           26.80
        Westlaw                              1,344.69
        Courier Service - Outside                9.55

                   CURRENT EXPENSES                    1,381.89
                                                 -------------

             TOTAL BALANCE DUE UPON RECEIPT           $1,381.89
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1861036
One Town Center Road                      Invoice Date      05/28/09
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60038


================================================================================

Re: (60038)  Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/30/09 | Westlaw - - Legal research for work on DGS appeal brief. | 557.71 |
| 04/02/09 | Westlaw - - Legal research for work on DGS appeal brief. | 112.94 |
| 04/03/09 | Westlaw - - Legal research for work on DGS appeal brief. | 391.54 |
| 04/08/09 | Telephone Expense 302-652-4100/WILMINGTON, DE/9 | .45 |
| 04/08/09 | Westlaw - - Legal research for DGS appellate brief. | 282.50 |
| 04/08/09 | Duplicating/Printing/Scanning ATTY # 1398; 7 COPIES | .70 |
| 04/10/09 | Telephone Expense 302-652-4100/WILMINGTON, DE/3 | .15 |
| 04/10/09 | Duplicating/Printing/Scanning ATTY # 1398; 261 COPIES | 26.10 |
| 04/10/09 | Courier Service - UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to James E. O'Neill. | 9.55 |
| 04/22/09 | Telephone Expense 312-641-2162/CHICAGO, IL/6 | .25 |

                              CURRENT EXPENSES          1,381.89
                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $1,381.89
                                                      ============