```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      1861014
One Town Center Road                  Invoice Date        05/28/09
Boca Raton, FL   33486                Client Number        172573
```

================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

```
        Fees                              140.00
        Expenses                            0.00

                      TOTAL BALANCE DUE UPON RECEIPT       $140.00
                                                       ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1861014<br>Invoice Date      05/28/09<br>Client Number      172573<br>Matter Number       60026 |

==============================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 04/10/09 | Ament | E-mails re: 4/1/09 hearing. | .10 |
| 04/21/09 | Ament | E-mails re: 4/27/09 hearing (.10); circulate agenda to team re: said hearing (.10). | .20 |
| 04/22/09 | Ament | E-mails re: 4/27/09 hearing. | .20 |
| 04/22/09 | Ament | E-mails re: 4/27/09 hearing. | .10 |
| 04/23/09 | Ament | Circulate amended agenda for 4/27/09 hearing to working group. | .10 |
| 04/27/09 | Ament | Meet with J. Restivo re: hearing. | .10 |
| | | TOTAL HOURS | .80 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 0.80 at | $ 175.00 = | 140.00 |

CURRENT FEES                                                      140.00

TOTAL BALANCE DUE UPON RECEIPT                                   $140.00

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1861015
5400 Broken Sound Blvd., N.W.            Invoice Date       05/28/09
Boca Raton, FL 33487                     Client Number       172573
```

========================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

      Fees                                   3,164.50
      Expenses                               0.00

                        TOTAL BALANCE DUE UPON RECEIPT       $3,164.50
                                                              =============

```
              REED SMITH LLP
              PO Box 360074M
           Pittsburgh, PA  15251-6074
              Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number     1861015
5400 Broken Sound Blvd., N.W.            Invoice Date      05/28/09
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60029
```

===============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 04/01/09 | Lord | Draft, e-file and serve CNO to Reed Smith January monthly fee application (.4); correspondence to R. Finke re: same (.1). | .50 |
| 04/06/09 | Ament | Attend to billing matters relating to consultant fee (.30); various e-mails re: same (.10). | .40 |
| 04/10/09 | Ament | E-mails re: consultant fee. | .10 |
| 04/14/09 | Muha | Make initial revisions to March 2009 fee and expense invoices. | .70 |
| 04/15/09 | Ament | Attend to billing matters relating to March monthly fee application (.30); various e-mails and telephone calls re: same (.10); meet with A. Muha re: same (.10). | .50 |
| 04/15/09 | Muha | Attend to issues re: expenses on March 2009 monthly application. | .20 |
| 04/20/09 | Ament | Attend to billing matters (.20); various e-mails and meet with A. Muha re: same (.10). | .30 |
| 04/20/09 | Muha | Review and revise fee and expense detail for March 2009 monthly fee application, and multiple e-mails re: consultant fee and preparation of final application materials. | 1.50 |

```
172573  W. R. Grace & Co.                              Invoice Number   1861015
60029   Fee Applications-Applicant                     Page      2
May 28, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/21/09 | Ament | Attend to billing matters relating to consultant fee (.20); various e-mails re: same (.10). | .30 |
| 04/21/09 | Muha | Multiple e-mails re: March monthly fee application and make final changes to draft invoices. | .70 |
| 04/22/09 | Ament | E-mails re: consultant fee. | .10 |
| 04/24/09 | Lord | E-file and serve CNO to Reed Smith February monthly fee application (.4); correspondence to R. Finke re: same (.1); review and revise March monthly fee application (.4). | .90 |
| 04/27/09 | Ament | Attend to billing matters relating to March monthly fee application (.10); various e-mails and meet with A. Muha re: same (.10); calculate fees and expenses for March monthly fee application (1.0); prepare spreadsheet re: same (.50); draft 93rd monthly fee application (.40); provide same to A. Muha for review (.10). | 2.20 |
| 04/28/09 | Ament | Attend to billing matters (.10); meet with A. Muha re: March monthly fee application (.10); finalize and e-mail same to J. Lord for DE filing (.20); e-mails with A. Muha and J. Lord re: quarterly fee application (.10). | .50 |
| 04/28/09 | Lord | Revise, e-file and serve Reed Smith March monthly fee application (1.3); communicate with S. Ament re: quarterly application (.1) | 1.40 |
| 04/28/09 | Muha | Make final review of and revisions to draft of March 2009 monthly fee application. | .90 |
| 04/29/09 | Ament | Begin preparing spreadsheets for 32nd quarterly fee application (.40); begin drafting narrative and summary for 32nd quarterly fee application (.30). | .70 |

```
172573 W. R. Grace & Co.                        Invoice Number   1861015
60029  Fee Applications-Applicant               Page    3
May 28, 2009
```

```
                                                         ------
                                            TOTAL HOURS   11.90

TIME SUMMARY                   Hours        Rate         Value
--------------------------     ---------------------    -------
Andrew J. Muha                 4.00  at  $  400.00  =   1,600.00
John B. Lord                   2.80  at  $  240.00  =     672.00
Sharon A. Ament                5.10  at  $  175.00  =     892.50

                               CURRENT FEES                          3,164.50

                                                         ------------
                               TOTAL BALANCE DUE UPON RECEIPT        $3,164.50
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL  33486 | Invoice Number   1861016<br>Invoice Date     05/28/09<br>Client Number     172573 |

===============================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                              17,938.00
    Expenses                               0.00

               TOTAL BALANCE DUE UPON RECEIPT    $17,938.00
                                                                          =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1861016 |
| One Town Center Road | Invoice Date     05/28/09 |
| Boca Raton, FL  33486 | Client Number     172573 |
| | Matter Number       60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 04/01/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/01/09 | Aten | Continue to review medical expert material re: PD claims. | 4.50 |
| 04/02/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/02/09 | Aten | Continue to review medical expert materials. | 2.10 |
| 04/02/09 | Restivo | Correspondence with Speights, Finke and Cameron re: P.D. claims. | .80 |
| 04/03/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/04/09 | Cameron | Review Solow materials. | .60 |
| 04/05/09 | Cameron | Review Solow materials. | 1.10 |
| 04/06/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/06/09 | Aten | Continue to review medical expert material re: PD claims. | 1.70 |
| 04/07/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573 W. R. Grace & Co.                          Invoice Number   1861016
60033  Claim Analysis Objection Resolution        Page     2
       & Estimation (Asbestos)
May 28, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/07/09 | Restivo | Telephone call with Speights and emails re: same. | .40 |
| 04/09/09 | Cameron | Prepare for and participate in call regarding PD CMO (1.3); review revised drafts (0.6). | 1.90 |
| 04/10/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 04/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/13/09 | Cameron | Attention to revised PD CMO and multiple e-mails regarding same (0.7); review revised draft of brief (0.4). | 1.10 |
| 04/13/09 | Restivo | Receipt and review of new pleadings and communications (.5); mark-up Reply Brief (.8); review revised CMO and related papers (.5). | 1.80 |
| 04/14/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/14/09 | Cameron | Review CMO for PD claims (0.3); review ruling regarding Canadian claims expunged on statute of limitations grounds (0.6). | .90 |
| 04/14/09 | Rea | Reviewed opinion expunging Canadian claims. | .30 |
| 04/15/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/15/09 | Aten | Email to R. Senftleben re: medical expert issues re: PD claims. | .10 |
| 04/15/09 | Restivo | Research re: insurers' "intent" discovery. | 2.20 |
| 04/16/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573 W. R. Grace & Co.                          Invoice Number  1861016
60033  Claim Analysis Objection Resolution        Page     3
       & Estimation (Asbestos)
May 28, 2009
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/16/09 | Cameron | Review PD claims issues regarding appeal and CMO. | .40 |
| 04/20/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/21/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/21/09 | Rea | Telephone call with J. Restivo re: Canadian claims. | .10 |
| 04/21/09 | Restivo | Telephone calls with T. Rea and D. Speights (.5); emails re: same (.3). | .80 |
| 04/22/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/22/09 | Cameron | Attention to PD claims and open issues for hearing. | .50 |
| 04/22/09 | Rea | Call with J. Baer re: Macerich settlement. | .20 |
| 04/23/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/24/09 | Rea | Reviewed Canadian claim issue. | .40 |
| 04/25/09 | Cameron | Review opinion regarding Canadian claims and appeal of same (0.9); review CMO issues (0.5). | 1.40 |
| 04/26/09 | Cameron | Attention to PD claims appeals and PD CMO issues. | .90 |
| 04/27/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 04/27/09 | Cameron | Review materials relating to Speights' claims. | .90 |
| 04/27/09 | Restivo | Telephone call with J. Baer (.3); telephone call and emails with D. Speights (.3); telephonic Omnibus Hearing (1.0). | 1.60 |

```
172573 W. R. Grace & Co.                              Invoice Number   1861016
60033  Claim Analysis Objection Resolution            Page    4
       & Estimation (Asbestos)
May 28, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/28/09 | Ament | Assist T. Rea with various issues relating to Canadian claims (.50); various e-mails and meetings re: same (.20). | .70 |
| 04/28/09 | Rea | Meeting with J. Restivo re: Canadian settlements. | .30 |
| 04/28/09 | Restivo | Telephone conference with D. Speights and research relating thereto. | 1.00 |
| 04/29/09 | Rea | Review of Canadian claim terms. | .70 |
| 04/29/09 | Restivo | Correspondence with Speights, Rea, Boll, Finke, et al. | 1.40 |
| 04/30/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/30/09 | Atkinson | Review list of articles requested and prepare Library Request for same per request of expert witness. | .30 |
| 04/30/09 | Cameron | Review materials from J. Restivo and T. Freedman regarding Speights' claims. | .70 |

```
                                                   TOTAL HOURS   34.90
```

```
TIME SUMMARY                  Hours        Rate          Value
--------------------------    -----   -------------    --------
Douglas E. Cameron            10.40   at $ 630.00  =   6,552.00
James J. Restivo Jr.          10.00   at $ 685.00  =   6,850.00
Traci Sands Rea                2.00   at $ 455.00  =     910.00
Rebecca E. Aten                8.40   at $ 345.00  =   2,898.00
Maureen L. Atkinson            0.30   at $ 210.00  =      63.00
Sharon A. Ament                3.80   at $ 175.00  =     665.00

                              CURRENT FEES                            17,938.00

                                                                    ------------
                              TOTAL BALANCE DUE UPON RECEIPT         $17,938.00
                                                                    ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number     1861017<br>Invoice Date       05/28/09<br>Client Number       172573 |

======================================================================

Re: W. R. Grace & Co.

(60035)   Grand Jury Investigation

      Fees                                35,565.50
      Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $35,565.50
                                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number   1861017<br>Invoice Date     05/28/09<br>Client Number    172573<br>Matter Number     60035 |

===========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 03/31/09 | Klapper | Finish work for part of direct examination of experts, including development of topic outline and review materials for this week's meeting (6.4); continue review of trial transcript excerpts identified by E. Ahern that are relevant to keep defense expert's testimony (3.0). | 9.40 |
| 04/01/09 | Klapper | Meet with expert to go over portions of direct examination testimony (2.0); follow-up with consultants on projects relating to questions raised during prep session (2.1). | 4.10 |
| 04/02/09 | Klapper | Continue prep work on additional folders for next prep session with expert. | 2.40 |
| 04/03/09 | Klapper | Continue prep work on additional folders for next prep session with expert. | 3.70 |
| 04/06/09 | Klapper | Begin review of binders 11-13 and develop prep points and direct examination outline for use with expert. | 5.30 |
| 04/07/09 | Flatley | E-mails and replies on construction industry knowledge. | .50 |

```
172573  W. R. Grace & Co.                              Invoice Number   1861017
60035   Grand Jury Investigation                       Page     2
May 28, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/07/09 | Klapper | Continue review of binders 11-13 and develop prep points and direct examination outline for use with expert. | 4.70 |
| 04/08/09 | Klapper | Finish review of binders 11-13 and finish prep points and direct examination outline for use with expert, including development of anticipatory cross topics. | 2.30 |
| 04/09/09 | Klapper | Meet with expert to go over portions of direct examination testimony (4.2); follow-up with consultants on projects relating to questions raised during prep session (.7); begin review of binders 14a-14c for next prep session (2.0). | 6.90 |
| 04/10/09 | Klapper | Continue review of binders 14a-14c for next prep session with expert. | 5.20 |
| 04/11/09 | Klapper | Continue review of binders 14a-14c for next prep session with expert. | 2.10 |
| 04/12/09 | Klapper | Complete review of binders 14a-14c for next prep session with expert, and develop direct examination and anticipatory cross points. | 3.10 |
| 04/13/09 | Klapper | Finish analysis for following 2 prep sessions with testifying expert, completing review of binders 15 and 16. | 8.30 |
| 04/22/09 | Cameron | Review materials from R. Finke. | .70 |
| 04/23/09 | Cameron | Review material from R. Finke. | .70 |
| 04/26/09 | Cameron | Review materials from R. Finke and R.J. Lee. | .70 |

```
                                                 TOTAL HOURS     60.10
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Lawrence E. Flatley | 0.50 at | $ 635.00 = | 317.50 |
| Douglas E. Cameron | 2.10 at | $ 630.00 = | 1,323.00 |

```
172573 W. R. Grace & Co.                          Invoice Number   1861017
60035  Grand Jury Investigation                   Page    3
May 28, 2009


       Antony B. Klapper          57.50  at  $  590.00  =   33,925.00

                              CURRENT FEES                              35,565.50

                                                                    -------------
                         TOTAL BALANCE DUE UPON RECEIPT                $35,565.50
                                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1861018<br>Invoice Date       05/28/09<br>Client Number       172573 |

===============================================================================

Re: W. R. Grace & Co.

(60038)   Property Damage Claim Appeals

      Fees                                    25,930.00
      Expenses                                     0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $25,930.00
                                                                     =============

```
                      REED SMITH LLP
                      PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

W.R. Grace & Co.                          Invoice Number      1861018
One Town Center Road                      Invoice Date        05/28/09
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60038

================================================================================

Re: (60038)   Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/09 | Rea | Draft of DGS appellee brief. | 1.30 |
| 04/02/09 | Aten | Continue to conduct legal research and to read/analyze case law for purposes of responding to DGS' appellate brief. | 3.20 |
| 04/02/09 | Rea | Draft and revise appellee brief. | 9.90 |
| 04/03/09 | Aten | Continue to conduct case law research, read and analyze case law on multiple issues for purposes of responding to DGS' brief. | 6.70 |
| 04/03/09 | Cameron | Review DSG appeal materials. | .80 |
| 04/03/09 | Rea | Continued work on appellee brief. | 8.70 |
| 04/06/09 | Aten | Continue to revise response brief re: DGS appeal. | 1.90 |
| 04/06/09 | Cameron | Review DSG brief materials and e-mails regarding same (1.0); meet with J. Restivo and telephone call with T. Rea (0.5). | 1.50 |
| 04/06/09 | Rea | Continuous work on appellee brief. | .70 |
| 04/06/09 | Restivo | Revise Appellee Brief re: California DGS. | 1.00 |

```
172573  W. R. Grace & Co.                              Invoice Number  1861018
60038   Property Damage Claim Appeals                  Page     2
May 28, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/07/09 | Aten | Continue to work on response brief re: DGS appeal and to cite check brief. | 6.90 |
| 04/07/09 | Cameron | Review draft appellate brief and meet with J. Restivo (0.6); e-mails regarding same (0.5). | 1.10 |
| 04/08/09 | Aten | Continue to work on response brief re: DGS appeal. | 5.10 |
| 04/08/09 | Rea | Continuous revisions to appellee brief. | 3.60 |
| 04/09/09 | Aten | Continue to work on response re: DGS appeal. | 3.30 |
| 04/09/09 | Rea | Revisions to appellee brief. | 3.40 |
| 04/10/09 | Rea | Finalize appellee brief and appendix. | 1.60 |
| 04/13/09 | Rea | Finalize appellee brief. | .40 |
| 04/27/09 | Rea | Review of DGS reply brief and motion for oral argument. | .40 |
| 04/28/09 | Aten | Reviewed pleadings filed by DGS and reviewed court rules re: oral argument to determine if response is necessary. | .30 |

```
                                              TOTAL HOURS      61.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 3.40 | at $ | 630.00 | = | 2,142.00 |
| James J. Restivo Jr. | 1.00 | at $ | 685.00 | = | 685.00 |
| Traci Sands Rea | 30.00 | at $ | 455.00 | = | 13,650.00 |
| Rebecca E. Aten | 27.40 | at $ | 345.00 | = | 9,453.00 |

```
                    CURRENT FEES                              25,930.00

                    TOTAL BALANCE DUE UPON RECEIPT           $25,930.00
```

```
                    REED SMITH LLP
                    PO Box 360074M
                 Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1861019 |
| One Town Center Road | Invoice Date      05/28/09 |
| Boca Raton, FL   33486 | Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60039)   Luis and Heather Santos and Basell USA

     Fees                                        259.00  
     Expenses                                   0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $259.00

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1861019
One Town Center Road                      Invoice Date        05/28/09
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60039
```

================================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/09 | Burns | Review message from W.R. Grace re: Akzo Nobel incident report. | .10 |
| 04/02/09 | Burns | Draft and send communication to Basell's counsel requesting consent to share Akzo Nobel report with Plaintiff's counsel. | .30 |
| 04/14/09 | Burns | Draft and send follow up email to counsel for Basell re: matter status. | .10 |
| 04/14/09 | Burns | Review message from M. Tharney re: status of Azko Nobel's incident report. | .10 |
| 04/29/09 | Burns | Call to S. Jensen, in-house counsel at Basell, re: case status and dismissal strategy. | .10 |

                                          TOTAL HOURS    .70

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Thomas J. Burns | 0.70 at $ 370.00 = | | 259.00 |

CURRENT FEES                                                  259.00

TOTAL BALANCE DUE UPON RECEIPT                               $259.00