# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: May 28, 2009

To: Clerk of Court  
    U.S. District Court  
    District of Delaware  
    Wilmington De 19801

**Re: W.R. Grace**

**Appeal No. 09-35**

**Bankruptcy Case #01-1139 JKF**

Enclosed you will find: **Notice of Appeal: docket #21399, Order #21270, Motion #14597,**
**Appellant designation #21535/amended# 21545, Statement of Issue #21536/amended #21546**

**Appellee Designation #21713**

Fee Paid: 4/24/09  
Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                   Sincerely,  
                                   /s/ Betsy Magnuson  
                                   Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___day of _____2007.

By:_____  
    Deputy Clerk

                                   _____ Supervisor