**ATTACHMENT B**



**twin city testing corporation**

862 CROMWELL AVENUE
ST. PAUL, MN 55114
PHONE 612/645-3601

September 6, 1989

Panel Specialties
Attn: Mr. Stefan Litwinczuk
1828 Jefferson Street
Minneapolis, MN  55418

Subj:  Phase I - Preacquisition Site Assessment
       18th Avenue NE and Madison
       Minneapolis, Minnesota
       #4410 89-6628

Dear Mr. Litwinczuk:

Twin City Testing Corporation has performed environmental assessment services for the above referenced site. We are sending two copies of our final report to you.

We appreciate the opportunity to have been of service to you on this project. If you have any questions regarding the information presented in the report, or if we can be of additional service, please contact us at 612/649-5500.

Cordially,

*Richard C. Knatterud*

Richard C. Knatterud, P.E.
Project Manager
Preacquisition Site Assessment

RCK/klh

# TABLE OF CONTENTS

| ITEM | PAGE |
|---|---|
| INTRODUCTION | 1 |
| WORK SCOPE | 1 |
| SITE RECONNAISSANCE | 1 |
| SITE HISTORY | 2 |
| GEOLOGIC SETTING | 5 |
| DISCUSSION & RECOMMENDATIONS | 5 |
| STANDARD OF CARE | 6 |

## LIST OF FIGURES

FIGURE 1 - SITE LOCATION MAP
FIGURE 2 - STRATIGRAPHIC COLUMN

## LIST OF APPENDICES

APPENDIX A - SANBORN FIRE INSURANCE MAPS AND R.L. POLK'S MINNEAPOLIS CITY DIRECTORIES

APPENDIX B - REGULATORY AGENCY CORRESPONDENCE

APPENDIX C - WELL LOG DATA

PHASE I PREACQUISITION SITE ASSESSMENT
18TH AVENUE NE & MADISON
MINNEAPOLIS, MINNESOTA
#4410 89-6628

## INTRODUCTION

This report presents the results of the Phase I Environmental Assessment performed by Twin City Testing Corporation (TCT) for Panel Specialties at 18th Avenue NE and Madison in Minneapolis, Minnesota. This work was performed to explore the potential for environmental liabilities associated with soil and groundwater contamination by researching the past and present land use at, and near, the site.

## WORK SCOPE

The scope of our environmental services for the project was limited to the following items:

1. collecting and reviewing available historical and geological data,

2. conducting a site reconnaissance, and

3. preparing a report which includes our data, opinions, and recommendations.

Subsurface work, including sampling and chemical analyses of soil and groundwater, was not requested for this project. Our scope of work also did not include sampling or analyzing suspect asbestos-containing material.

## SITE RECONNAISSANCE

The site was visited by a representative of TCT on August 25, 1989. The purpose of the site reconnaissance was to review present land use at, or near, the property and document any evidence of potential environmental liabilities.

The site is located near 18th Avenue NE and Madison in Minneapolis, Minnesota (see Figure 1). The site contains three buildings; the largest of which is three stories high with a brick facade. Two silos are present near the northeast corner of this building. A two-story building with a masonry block exterior is attached to the west side of the 3-story building. The third building is a small, unattached auto paint and body shop listed at 1719 Madison.

The project site is bordered as follows:

North - Abandoned railroad right-of-way, manufacturing/industrial businesses, a vacant lot with remnants of an old building, and railroad tracks.
East - Railroad tracks, Monroe Street and residential property
South - Manufacturing/industrial businesses, 17th Avenue NE and residential property
West - Jefferson Street, residential property and city storage yard

twin city testing
corporation

**SITE RECONNAISSANCE** (Continued)

No indicators of underground storage tanks, such as vent or fill pipes, were observed at the project site. There were no unexplained or unnatural depressions or gullies observed at the property. No evidence of unnaturally dying or distressed vegetation was observed at the project site. Debris, including items such as oily equipment and above ground storage tanks, was present in the south parking area. We did not see any evidence of hazardous waste storage during a brief interior walk-through review of the building. We did **not** review the site for asbestos. Three pole-mounted transformers were present along the southeast corner of the 3-story building. Transformers may contain polychlorinated biphenyls (PCBs) which could pose an environmental liability should a leak develop.

Numerous businesses in the surrounding area are of the type that could generate hazardous wastes and conceivably pose an environmental threat. Gasoline pump dispensers, which would indicate that underground storage tanks are present, were noted near the project site in 3 locations. These locations included the northwest corner of the Northwestern Casket Company (Jefferson between 17th and 18th Avenues), the south side of the Minneapolis Street Department (18th Avenue between Jefferson and Washington), and Mack's Gas Stop (19th Avenue and Monroe). Three large above ground storage tanks were present on the Street Department property at the northwest corner of Jefferson and 18th Avenue. These tanks have reportedly been out of service for approximately 20 years.

**SITE HISTORY**

The following paragraphs present a summary of our site data review:

Aerial photographs obtained in 1945, 1953, 1957, and 1964 were reviewed. These photographs are on file at the Wilson Library at the University of Minnesota. Polk's Minneapolis City Directories for the years 1934, 1944, 1956, 1966-67, 1975, 1981-82 and 1988-89 were reviewed. Sanborn Fire Insurance Maps for the years 1889, 1912 and 1951 were reviewed. Copies of the directory listings and insurance maps are provided in Appendix A. Topographic maps prepared in 1955 and 1967 were also reviewed.

Our earliest records, from the 1889 Sanborn maps, indicated that the project site contained wood storage for the Northwestern Casket Company. A building first appeared on the site in the 1912 Sanborn map and was labelled as a hearse factory. This building is likely the 3-story brick building which presently occupies the site. Western Mineral Products first appeared as the occupant of this building in the 1944 City Directory. Western Mineral Products apparently merged with W. R. Grace & Company in the 1960's. The site remained a W. R. Grace facility which manufactured insulating materials until this past year. The existing 2-story masonry block building first appeared in the 1964 aerial photograph. The two large silos first appeared in the 1953 aerial photograph. Railroad tracks to the north and southwest sides of the site have either been removed or vacated.

Page 2
#4410 89-6628


twin city testing corporation

## SITE HISTORY (Continued)

The surrounding area has been a mix of residential and commercial properties. Past and present businesses have included service stations along Monroe Street, a large seed plant and a food processing facility on Jackson Street, a lumber yard and a farm equipment manufacturer on 19th Avenue, City oil plants on Jefferson Street and 15th Avenue, several automobile repair shops, several plating shops and other various manufacturing businesses.

Federal, state and local regulatory agencies were contacted regarding potential environmental liabilities at or near the project site. Responses from the United States Environmental Protection Agency (USEPA), the Minnesota Pollution Control Agency (MPCA), and the Metropolitan Waste Control Commission (MWCC) are expected through the mail within the next four to six weeks. A copy of this information will be forwarded to you upon receipt.

USEPA data on file at TCT, dated October 17, 1988 and August 2, 1989, indicates that approximately 62 businesses governed by the Resource Conservation & Recovery Act (RCRA) of 1970 are within approximately one mile of the site. RCRA is a federal (USEPA enforced) law which governs the treatment, transportation, storage and disposal of hazardous waste. Businesses are commonly permitted under RCRA as the EPA attempts to track hazardous wastes from "cradle to grave". The project site was not identified on this list.

According to USEPA information on file in our office, dated October 14, 1988 and August 13, 1989, there are two sites governed by the Comprehensive Environmental Response, Compensation, and Liability Information System (CERCLIS) or "Superfund" within approximately one mile of the project site. CERCLIS is an inventory of <u>potential</u> uncontrolled hazardous waste sites. The project site was not on this list.

A response to our file research request has not yet been received from the MPCA. The MPCA conducts a site specific search of numerous federal and state data bases. An underground storage tank search is also conducted by the MPCA. We understand that a tank was removed from the site and that MPCA personnel were contacted according to a representative of Panel Specialties. These sites can be categorized into one of the files listed below:

EPA:

1. <u>National Priorities List (NPL)</u>: A national listing of hazardous waste sites which represent a significant threat to public health or the environment and are priorities for remedial action. The sites are eligible for Federal Superfund monies. The NPL is usually updated on an annual basis.

2. <u>Comprehensive Environmental Response, Compensation and Liability Information System (CERCLIS)</u>: EPA's database of sites which have had or are in need of Federal Superfund investigations. The data base is updated periodically as new sites are discovered.



Page 3
#4410 89-6628

SITE HISTORY (Continued)

MPCA:

3. <u>Permanent List of Priorities (PLP)</u>: A State listing of verified hazardous waste sites which represent a significant threat to public health or the environment and are priorities for remedial action. These sites are eligible for State Superfund monies. The PLP is updated at least annually.

4. <u>Regulatory Compliance, Hazardous Waste Enforcement Log</u>: A listing of facilities which are currently receiving elevated levels of enforcement activities by the MPCA Hazardous Waste Program, i.e., Stipulation Agreement, Notice of Violation, Administrative Penalty Order, etc. Inclusion on this list may be due to administrative ("paperwork") violations as well as those applying to waste storage or disposal. The Hazardous Waste Enforcement Log is updated monthly.

5. <u>List of Permitted Solid Waste Facilities</u>: A listing of those facilities or areas in the state which have been issued permits for the handling or disposal of solid waste. This list is updated periodically as additional information becomes available.

6. <u>Hazardous Waste Permit Unit Project Identification List</u>: A listing of facilities which have received or are in the process of receiving a permit for treatment, storage, and/or disposal of hazardous waste. The most common permit is for storage and is required for facilities which store their hazardous waste on-site for longer than 90 days. This list is updated semi-annually.

7. <u>1980 Metropolitan Area Waste Disposal Site Inventory</u>: U.S. Geological Survey topographic maps and Hudson's street maps which show the location of abandoned dumps, demolition sites, tree disposal sites, fly ash sites, foundry sand and slag sites, surface impoundments, and some additional types of dumps within the Twin Cities Metropolitan area. This inventory was compiled in 1980 through various different sources, the most common of which were visual observation and file review. Because the majority of these sites were discovered prior to the creation of the MPCA and its regulatory authority to deal with open dumps, detailed information regarding the status of these sites is not available.

8. <u>1980 Statewide Open Dump Inventory</u>: Lists and maps which show the locations of municipal waste disposal facilities, industrial surface impoundments, and closed municipal dump sites. This inventory was conducted and compiled in 1980.

Page 4
#4410 89-6628



## SITE HISTORY (Continued)

A list of known hazardous waste generators, compiled in December, 1988, was obtained from Hennepin County. Approximately 88 sites were listed within approximately one mile of the project site. The project site was not identified in this list. Nearby businesses on the list included Durkee-Atwood (712 15th Avenue NE), General Mills (1201 Jackson), Northwestern Casket (1707 Jefferson), Nystrom (1701 Madison), Shaughnessy Plating (1737 Adams), and Letourneau Company (1828 Jefferson).

According to MWCC file data, dated May 16, 1989, there are 19 businesses within approximately one mile of the project site permitted to discharge industrial waste into the sanitary sewers. The project site was not identified on this list.

Copies of regulatory agency correspondence are attached as Appendix B. All regulatory responses will be forwarded to you immediately upon receipt.

## GEOLOGIC SETTING

Geotechnical subsurface exploration programs were conducted by our firm in the area in the past. The generalized subsurface condition depicted by the soil boring logs indicates fill or topsoil underlain by coarse alluvium and till.

According to publications of the Minnesota Geological Survey, the site is generally located in an area of upper terrace deposits that consist of sand, gravelly sand and loamy sand. The site is underlain by the St. Peter Sandstone formation to the north and the Platteville and Glenwood formations to the south.

Groundwater flow is likely toward the southwest to the Mississippi River. Deep wells in the area are most often found within the Prairie du Chien Group. The depth to bedrock varied from near the surface to 147 feet.

## DISCUSSION AND RECOMMENDATIONS

It is our opinion that the past and present usage of the site does not indicate a potential for soil/groundwater liability. Our opinions are based on a review of the historical and regulatory information, data on file at TCT and site reconnaissance. Our opinion is also based on the assumption that the hearse factory was an assembly shop and not a foundry. It is our opinion that additional environmental assessment is not necessary for on-site activities regarding soil/groundwater issues.

A potential for soil/groundwater contamination from off-site activities exists. Further environmental assessment work would be necessary to more accurately define this condition, if a higher degree of confidence is desired.

Page 5
#4410 89-6628


twin city testing corporation

## STANDARD OF CARE

The recommendations contained in this report represent our professional opinions. These opinions were arrived at in accordance with currently accepted hydrogeologic and engineering practices at this time and location. Other than this, no warranty is implied or intended.

TWIN CITY TESTING CORPORATION

*[signature]*

Richard C. Knatterud, P.E.
Project Manager
Preacquisition Site Assessment

*[signature]*

David A. Luick, P.E.
Supervisor
Preacquisition Site Assessment

RCK/DAL/klh



twin city testing corporation

## GEOLOGIC COLUMN

| System | Rock Unit | Approx. thickness (in feet) | General Description | Graphic Column | Water-Bearing Characteristics |
|---|---|---|---|---|---|
| Quaternary | Undifferentiated glacial deposits | 0-500 | Glacial till, outwash, and valley train sand and gravel, lake deposits, and alluvium of several ages and several provenances; vertical and horizontal distribution of units is complex | | Distribution of aquifers and confining beds is poorly known; sand and gravel aquifers that yield moderate to large amounts of water are common as buried bedrock valleys |
| Ordovician | Decorah Shale | 90 | Shale, greenish-gray, fissile to blocky; includes thin discontinuous lenses of fossiliferous limestone that increase in abundance upward | | Aquifer: Low yields from fractures in shale and solution systems in limestone |
| Ordovician | Platteville Formation | to 35 | Dolomite, light-gray to buff, thin- to med.-bedded, shaly | | |
| Ordovician | Glenwood Formation | to 5 | Shale, greenish-gray, fissile, sandy | | Confining bed |
| Ordovician | St. Peter Sandstone | 150 | Sandstone, light-gray, massively bedded, well sorted, med.-gr., poorly cemented, quartzose; approx. 30-ft.-thick silty to shaly bed near base | | Aquifer: moderate yields |
| Ordovician (Prairie du Chien Group) | Shakopee Formation | 50 | Dolomite, buff, thin- to thick-bedded, silt- and sand-rich, med.-gr.; thin sandstone beds near base | | Confining bed |
| Ordovician (Prairie du Chien Group) | Oneota Dolomite | 100 | Dolomite, buff, thin- to thick-bedded, vuggy, med.-gr.; siliceous dolomitic chert | | Aquifer: high yields from fractures in dolomite and from poorly cemented sandstone; principal aquifer of the Twin City basin |
| Cambrian | Jordan Sandstone | 90 | Sandstone, light-gray, massively bedded, med.- to coarse-gr., well sorted, poorly cemented, quartzose | | |
| Cambrian | St. Lawrence Formation | 50 | Dolomite, gray to tan, silty or sandy, argillaceous; glauconitic in upper part | | Confining bed |
| Cambrian | Franconia Formation | 155 | Sandstone, greenish-gray, thin-bedded, fine- to coarse-gr., silty to dolomitic, commonly glauconitic; an upper aquifer (Reno) as a non-gr. sandstone | | Aquifer: low yields / Confining bed |
| Cambrian | Ironton Sandstone | 30 | Sandstone, light-gray, poorly to well sorted, med.-gr., silt-rich, quartzose | | Aquifer: moderate to high yields |
| Cambrian | Galesville Sandstone | 35 | Sandstone, light-gray, well sorted, fine- to med.-gr., quartzose | | |
| Cambrian | Eau Claire Formation | to 130 | Sandstone, red, fine- to med.-gr., silty, glauconitic; interbedded with greyish-green to red fissile shale | | Confining bed |
| Cambrian | Mt. Simon Sandstone | 160 | Sandstone, light-gray, fine- to coarse-gr., quartzose; thin shale beds in upper part | | Aquifer: moderate to high yields; second most important aquifer of Twin City basin |
| Keweenawan | Hinckley Sandstone | 75 | Sandstone, tan, med.- to coarse-gr., arkosic | | |
| Keweenawan | Fond du Lac Formation and older sedimentary rocks | to 4,000 | Sandstone and siltstone, fine-gr., well cemented, arkosic; interbedded with red to green mudstone shale | | Confining bed |
| Keweenawan | Metamorphic and Igneous Rocks | to 20,000 | Mostly mafic lava flows with thin interflow sediments | | |

\* COLUMN TAKEN FROM: RUDOLF K. HOGBERG, "GROUNDWATER RESOURCES IN MINNESOTA," IN GEOLOGY OF MINNESOTA (MINNESOTA GEOLOGICAL SURVEY, 1972)