IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | Re: Docket No. 21847 |

**<u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 1, 2009, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE COURT.**

## CONTINUED MATTERS

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

    Related Documents:

    a. [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 5/1/09] (Docket No. 21500)

    Response Deadline: April 13, 2007, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to June 29, 2009, at 10:30 a.m.

2. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a. [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 4/2/09] (Docket No. 21176)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a. Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f. Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to June 29, 2009, at 10:30 a.m.

3. Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Related Documents:

a. [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued until June 29, 2009, at 10:30 a.m.

**UNCONTESTED MATTERS**

4.  Motion for Approval of Continued Retention of Deloitte Tax LLP as Tax Service Providers Under Modified Engagement Letter [Filed: 4/27/09] (Docket No. 21431)

    Related Documents:

    a.  [Proposed] Order Approving Continued Retention of Deloitte Tax LLP as Tax Service Providers Under Modified Engagement Letter [Filed: 4/27/09] (Docket No. 21431, Docket No. 21431)

    b.  Certification of No Objection Regarding Motion for Approval of Continued Retention of Deloitte Tax LLP as Tax Service Providers Under Modified Engagement Letter [Filed: 5/18/09] (Docket No. 21739)

    c.  **[Signed] Order Approving Continued Retention of Deloitte Tax LLP as Tax Service Providers Under Modified Engagement Letter [Filed: 5/27/09] (Docket No. 21869)**

    Response Deadline: May 15, 2009, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: The Court has entered an Order approving this matter, therefore it will not go forward.**

5.  Motion of Debtors for Entry of an Order Authorizing Debtors' Entry Into Settlement Agreements to Resolve Pending ERISA Litigation [Filed: 4/28/09] (Docket No. 21432)

    Related Documents:

    a.  [Proposed] Order Authorizing Debtors' Entry Into Settlement Agreements to Resolve Pending ERISA Litigation [Filed: 4/28/09] (Docket No. 21432)

    b.  Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing Debtors' Entry Into Settlement Agreements Debtors' Entry Into Settlement Agreements to Resolve Pending ERISA Litigation [Filed: 5/18/09] (Docket No. 21740)

    c.  **[Signed] Order Authorizing Debtors' Entry Into Settlement Agreements to Resolve Pending ERISA Litigation [Filed: 5/26/09] (Docket No. 21860)**

    Response Deadline: May 15, 2009, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: The Court has entered an Order approving this matter, therefore it will not go forward.**

6.  Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue Service Relating to the Carryback of Specified Liability Losses [Filed: 4/27/09] (Docket No. 21433)

Related Documents:

a. [Proposed] Order Authorizing the Debtors to Enter Into the SLL Settlement [Filed: 4/27/09] (Docket No. 21433)

b. Certification of No Objection Regarding Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue Service Relating to the Carryback of Specified Liability Losses [Filed: 5/18/09] (Docket No. 21741)

c. **[Signed] Order Authorizing the Debtors to Enter Into the SLL Settlement [Filed: 5/26/09] (Docket No. 21863)**

Response Deadline: May 15, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an Order approving this matter, therefore it will not go forward.**

## CONTESTED MATTERS

7. Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

Related Documents:

a. Affidavit of Ellen A. Presby, Esq. In Support of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

b. [Proposed] Order Granting Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538]

c. [Signed] Order Scheduling Motion for Supplemental Argument [Filed: 4/27/09] (Docket No. 21408)

Response Deadline: February 6, 2009, at 4:00 p.m. *(extended until February 10, 2008 for the Debtors, CNA and OneBeacon/Seaton)*

Responses Received:

a. Debtors' Objection to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20703)

b. Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20704)

c. OneBeacon America Insurance Company's Response to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20706)

Replies Received:

a. Reply to Debtors' Objection to the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 3/23/09] (Docket No. 21067)

b. Kaneb's Reply to: (1) Debtors Response, (2) One Beacon America Insurance Company's Response, and (3) Continental Casualty Company's Response to: the Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 3/23/09] (Docket No. 21068)

Supplemental Briefing:

a. [Filed Under Seal] Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for Order Modifying the Automatic Stay [Filed: 4/13/09] (Docket No. 21262)

b. [Filed Under Seal] Further Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc., for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21582)

c. OneBeacon America Insurance Company's and Seaton Insurance Company's Response to the Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21584)

d. [Filed Under Seal] Debtors' Response to Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21590)

**Status: This matter is continued to June 29, 2009, at 10:30 a.m.**

8. Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay: Macon, Georgia Site [Filed: 2/25/09] (Docket No. 20846)

Related Documents:

a. [Proposed] Order Granting Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay: Macon, Georgia Site [Filed: 2/25/09] (Docket No. 20846, Annex 2)

b. [Signed] Order Scheduling Motion for Supplemental Argument [Filed: 4/27/09] (Docket No. 21408)

Response Deadline: March 13, 2009, at 4:00 p.m. *(extended until March 20, 2009, for the Debtors)*

Responses Received:

a. Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order Modifying Automatic Stay [Filed: 3/13/09] (Docket No. 20984)

b. Debtors' Objection to Kaneb's Motion for an Order Modifying the Automatic Stay Regarding Macon, GA Site [Filed: 3/20/09] (Docket No. 21062)

Supplemental Briefing:

a. [Filed Under Seal] Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for Order Modifying the Automatic Stay [Filed: 4/13/09] (Docket No. 21262)

b. [Filed Under Seal] Further Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc., for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21582)

c. OneBeacon America Insurance Company's and Seaton Insurance Company's Response to the Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21584)

d. [Filed Under Seal] Debtors' Response to Supplemental Memorandum of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21590)

**Status:** **This matter is continued to June 29, 2009, at 10:30 a.m.**

## MATTERS RELATING TO ASBESTOS PD CLAIMS

9. Status Report on Asbestos Property Damage Claims

   **Status:** **This matter is continued to June 29, 2009, at 10:30 a.m.**

## PLAN RELATED MATTERS

10. Pre-Trial Conference on Plan Confirmation Phase I

    **Status:** **This matter is continued to June 18, 2009, at 12:00 p.m.**

11. Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PhD. [Filed: 4/27/09] (Docket No. 21430)

    Related Documents: None.

    Response Deadline: May 15, 2009, at 10:30 a.m.

Responses Received:

a.  Debtors' Response to Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PHD. [Filed: 5/15/09] (Docket No. 21717)

**Status: This matter is continued to June 29, 2009, at 10:30 a.m.**

Dated: May 28, 2009

                                      KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
13 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession