## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. _____** |
| | ) | **Objection Deadline: _____, 2009** |
| | | **Hearing Date: Proposed June 18, 2009 at 1:00 p.m.__** |

### ORDER GRANTING MOTION OF THE PLAN PROPONENTS TO STRIKE EXPERT REPORTS AND EXCLUDE TESTIMONY OF GEORGE L. PRIEST AND JAMES B. SHEIN

Upon consideration of the Plan Proponents' joint motion to strike the expert reports and

exclude the testimony of George L. Priest and James B. Shein (the "Motion"), and due and

proper notice of the Motion having been given, and cause appearing for the relief sought in the

Motion, it is hereby

ORDERED, that the Motion is granted.

Dated: _____
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

17