**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Rel. to Docket No. 21747 |
| | ) | |

**NOTICE OF APPEAL FROM ORDER DATED MAY 19, 2009**

The Official Committee of Unsecured Creditors of W.R. Grace & Co., et al. (the "Creditors' Committee"), by its undersigned counsel, appeals to the United States District Court for the District of Delaware from the Order Sustaining Debtors' Objection To Unsecured Claims Insofar As Claims Include Postpetition Interest At The Contract Default Rate of the United States Bankruptcy Court for the District of Delaware, (Fitzgerald, B.J., by designation), dated May 19, 2009.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., B&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The parties to the Order appealed from and the names and addresses of their respective attorneys of record are:

| Party | Counsel |
|---|---|
| W.R. Grace & Co., *et al* (Debtors) | KIRKLAND & Ellis LLP<br>David M. Bernick, P.C.<br>Theodore L. Freedman<br>153 East 53rd Street<br>New York, New York 10022<br>(212) 446-4800<br>              -and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(302) 652-4100 |
| Certain Bank Lenders | LANDIS RATH & COBB LLP<br>Adam Landis<br>Richard S. Cobb<br>James S. Green, Jr.<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>(302) 467-4400<br>              -and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 372-3000 |

| | |
|---|---|
| Official Committee of Equity Holders | SAUL EWING LLP<br>Teresa K.D. Currier<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899<br>(302) 421-6800<br>      -and-<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Philip Bentley<br>Douglas Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| JP MorganChase, as Agent | LANDIS RATH & COBB LLP<br>Adam Landis<br>Richard S. Cobb<br>James S. Green, Jr.<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>(302) 467-4400<br>      -and-<br><br>SIMPSON THACHER & BARTLETT LLP<br>Peter V. Pantaleo<br>William T. Russell, Jr.<br>Marissa A. Piropato<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>(212) 455-2000 |

NY 72126048v1
DM3\1023390.2

Dated: May 29, 2009

Respectfully submitted:

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York  10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006

-and-

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Tel: (302) 657-4942
Fax: (302) 657-4901

Counsel for the Official Committee of Unsecured Creditors