IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | |

**CERTIFICATE OF SERVICE**

I, Adrian C. Maholchic, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Appeal from Order Dated May 19, 2009** was made on May 29, 2009 upon the individuals identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: May 29, 2009
Wilmington, Delaware

*/s/ Adrian C. Maholchic*
Adrian C. Maholchic
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (302) 657-4924
Facsimile: (215) 689-4928
E-mail: acmaholchic@duanemorris.com

*Via First Class Mail*
(Counsel to the Debtors
and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Via First Class Mail*
*(Counsel to Equity Committee)*
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Certain Bank Lenders)
Adam Landis, Esquire
Richard S. Cobb, Esquire
James S. Green, Jr., Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Certain Bank Lenders)
Andrew N. Rosenberg, Esquire
Stephen J. Shimshak, Esquire
Margaret A. Phillips, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Via First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Via First Class Mail*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg, Dunn, Baena, Price & Axelrod
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340

*Via First Class Mail*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Rick S. Miller, Esquire
Theodore J. Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Official Committee of Asbestos
Personal Injury Claimants)
Kathleen Campbell Davis, Esquire
Mark Hurford, Esquire
Aileen F. Maguire, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to David T. Austern,
Asbestos PI Future Claimant's
Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Via First Class Mail*
(Counsel to Official Committee of Asbestos
Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
One Thomas Circle, N.W.
Washington, D.C. 20005

DM3\1023739.2

*Via First Class Mail*
(Counsel to David T. Austern,
Asbestos PI Future Claimant's
Representative)
Roger Frankel, Esquire
Debra L. Felder, Esquire
Orrick Herrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

*Via First Class Mail*
(Counsel to Debtors)
David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022

*Via First Class Mail*
(Counsel to Asbestos PD Future Claimants'
Representative)
Alan B. Rich, Esquire
One Main Place
1201 Main Street, Suite 1910
LB 201
Dallas, TX  75202

*Via First Class Mail*
(Counsel to JP Morgan Chase, as Agent)
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

*Via First Class Mail*
(Counsel to JP MorganChase, as Agent)
Adam Landis, Esquire
Richard S. Cobb, Esquire
James S. Green, Jr., Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899