IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Docket No. 21020, 21167, 21902<br>and 21903 |
| | | Hearing Date: Proposed June 18, 2009 at<br>1:00 p.m. |

---------------------------------------------------------x

## CNA COMPANIES' LIMITED OBJECTION TO PLAN PROPONENTS' MOTION FOR LEAVE FROM THIS COURT'S SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON PLAN PROPONENTS' MOTION TO STRIKE THE EXPERT REPORTS AND EXCLUDE TESTIMONY OF GEORGE L. PRIEST AND JAMES B. SHEIN

Continental Casualty Company and Continental Insurance Company, on their behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively "CNA"), hereby files this limited objection to the *Plan Proponents' Motion for Leave from this Court's Scheduling Order and to Shorten Notice Period on Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein* [Docket No. 21903] ("Motion to Shorten Time") and as grounds therefore, states as follows:

1.     Pursuant to the Motion to Shorten Time, the Plan Proponents seek to have *Plan Proponents' Joint Motion in Limine to Strike the Expert Report and Testimony of George L. Priest and James B. Shein* [Docket No. 21903] ("Motion to Strike") heard at the June 18, 2009 Phase I pretrial hearing and have the objection deadline to the Motion to Strike set a time convenient for the Court.  CNA does not object to the Motion to Strike being heard at the June

18 hearing. CNA, however, requests that it be given until at least <u>June 10, 2009</u> to respond to the Motion to Strike.

2.    On March 13, 2009, CNA designated Professors Shein and Priest in its Preliminary List of Witnesses to be Called at the Hearings on Plan Confirmation Issues [Docket No. 20977]. Further, as Plan Proponents concede, the expert report of Professor Priest was served on March 31, 2009, and his deposition took place on May 7, 2009. *See* Motion to Shorten Time at ¶ 2. The expert report of Professor Shein was served on March 16, 2009, and his deposition took place on May 14, 2009. *Id*. Those depositions occurred during Phase I discovery. On May 15, 2009, CNA designated Professors Shein and Priest as Phase I witnesses pursuant to its *Final List of Witnesses to be Called at the Hearings on Phase I Plan Confirmation Issues* [Docket No. 21719].

3.    Plan Proponents, without justification, have failed to timely move to exclude the reports and testimony of Professors Priest and Shein. As described above, Plan Proponents have known for over eight weeks (in the case of Professor Priest) and ten weeks (for Professor Shein) the subject matter of Professors Priest and Shein's proposed trial testimony as set forth in their respective expert reports. Plan Proponents' cross examined Professor Priest three weeks ago, and Professor Shein two weeks ago. Professors Priest and Shein were also designated as Phase I witnesses two weeks ago. It is no exaggeration to say that Plan Proponents have been aware for *many weeks* now (i) of these witnesses' opinions and qualifications, and (ii) that these witnesses would be called at the Phase I hearings. Plan Proponents, however, have chosen to delay to the literally eleventh hour their challenge to those witnesses. (Plan Proponents served this motion on counsel at 11:15 p.m. yesterday, May 28.) This Court should not entertain such dilatory tactics.

2

4.     This Court's Amended Order Establishing Case Management Procedures and Hearing Schedule [Docket No 7709] (the "Scheduling Order") provides that motions shall be filed at least thirty-two (32) days prior to hearing and objections to motions that are timely and properly filed and noticed pursuant to the Scheduling Order are ordinarily to be filed at least seventeen (17) days prior to the hearing date, which would require CNA to draft an objection over the weekend and file it on June 1.  The Plan Proponents seem to recognize this by requesting that the Court set the objection deadline to the Motion to Strike at a time convenient for the Court.

5.     CNA submits that a deadline of June 10, 2009 to object to the Motion to Strike is reasonable under the circumstances and will give CNA adequate time to respond.  That date also gives the Court eight days before the June 18 Phase I pretrial hearing to consider the papers of the moving and objecting parties.

**********

For the foregoing reasons CNA requests that the Motion to Shorten Time be denied to the extent described above and that June 10, 2009 be set for the deadline to object to the Motion to Strike.

*Remainder of page left intentionally blank*

LIBA/2000971.1

Respectfully submitted,

ROSENTHAL, MONHAIT & GODDESS,
P.A.

By: _____
Edward B. Rosenthal (*Bar No. 3131*)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
FACSIMILE: (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
facsimile: (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER &
GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
FACSIMILE: (212) 344-4294

WILDMAN, HARROLD, ALLEN & DIXON
LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: (312) 201-2662
FACSIMILE: (312) 416-4524

*Counsel for CNA Companies*

Dated: May 29, 2009

LIBA/2000971.1