IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 18, 2009** |
| | ) | |

**SUMMARY APPLICATION OF THE LAW OFFICES OF JANET S. BAER, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM APRIL 1, 2009, THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | The Law Offices of Janet S. Baer, P.C. |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered March 24, 2009, effective as of February 11, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $122,500.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $5,441.23 |

This is a _X_ monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 4.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately **$2,500.00.**

This is The Law Offices of Janet S. Baer P.C.'s ("JSB") monthly application for interim compensation of services for the interim fee period March 1, 2008 through March 31, 2008. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 27, 2009 | 2/1 - 2/28/09 | $75,250.00 | $1,430.21 | Interim approval | Interim approval |
| April 29, 2009 | 3/1 – 3/31/09 | $113,875.00 | $2,436.16 | Interim approval | Interim approval |
| May 8, 2009 | January-March, 2009 | $189,125.00 | $3,866.37 | Pending | Pending |

Janet S. Baer is the only attorney of JSB who rendered professional services in these cases during the Fee Period. The fees rendered are as follows:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S. Baer | President | 1982 | Restructuring | $625.00 | 196.00 | $122,500.00 |
| Totals for Attorneys | | | | | | $122,500.00 |

There are no paraprofessionals of JSB who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees: **$122,500.00**

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 3.30 | 2,062.50 |
| 4 | Case Administration | 5.80 | $3,625.00 |
| 5 | Claims Analysis Objection and Resolution (Asbestos) | 2.50 | $1,562.50 |
| 6 | Claims Analysis Objection and Resolution (Non-Asbestos) | 18.10 | 11,312.50 |
| 10 | Employment Applications, Others | 2.40 | 1,500.00 |
| 11 | Fee Applications, Applicant | 3.00 | 1,875.00 |
| 14 | Hearings | 6.70 | 4,187.50 |
| 15 | Litigation and Litigation Consulting | 122.80 | 76,750.00 |
| 16 | Plan and Disclosure Statement | 11.10 | 6,937.50 |
| 17 | Relief from Stay Proceedings | .30 | 187.50 |
| 18 | Tax Issues | 2.50 | 1,562.50 |
| 20 | Travel-Non-working | 17.50 | 10,937.50 |
| | | | |
| **Totals for Matters** | | 196.00 | $122,500.00 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $1,035.54 |
| Airfare | $2,805.60 |
| Transportation to/from airport | $429.00 |
| Travel Meals | $128.60 |
| Long Distance/Conference Telephone Charges | $898.80 |
| Local Transportation/Parking | $17.04 |
| Travel Car Rental | $109.32 |
| Other Travel Charges, Internet charges | $17.33 |
| **Total** | **$5,441.23** |

**WHEREFORE**, JSB respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of **$122,500.00** for reasonable and necessary professional services JSB has rendered to the Debtors during the Fee Period (**$98,000.00**) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by JSB during the Fee Period (**$5,441.23**); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: May 28, 2009

Respectfully submitted,

THE LAW OFFICES OF JANET S. BAER P.C.

_____
Janet S. Baer P.C.
70 W. Madison St.
Suite 2100
Chicago, Illinois 60602
(312) 641-2162

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 18, 2009** |
| | ) | |

### FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF JANET S. BAER, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2009, THROUGH APRIL 30, 2009

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 3.30 | 2,062.50 |
| 4 | Case Administration | 5.80 | $3,625.00 |
| 5 | Claims Analysis Objection and Resolution (Asbestos) | 2.50 | $1,562.50 |
| 6 | Claims Analysis Objection and Resolution (Non-Asbestos) | 18.10 | 11,312.50 |
| 10 | Employment Applications, Others | 2.40 | 1,500.00 |
| 11 | Fee Applications, Applicant | 3.00 | 1,875.00 |
| 14 | Hearings | 6.70 | 4,187.50 |
| 15 | Litigation and Litigation Consulting | 122.80 | 76,750.00 |
| 16 | Plan and Disclosure Statement | 11.10 | 6,937.50 |
| 17 | Relief from Stay Proceedings | .30 | 187.50 |
| 18 | Tax Issues | 2.50 | 1,562.50 |
| 20 | Travel-Non-working | 17.50 | 10,937.50 |
| | | | |
| **Totals for Matters** | | **196.00** | **$122,500.00** |

## Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $1,035.54 |
| Airfare | $2,805.60 |
| Transportation to/from airport | $429.00 |
| Travel Meals | $128.60 |
| Long Distance/Conference Telephone Charges | $898.80 |
| Local Transportation/Parking | $17.04 |
| Travel Car Rental | $109.32 |
| Other Travel Charges, Internet charges | $17.33 |
| **Total** | **$5,441.23** |