# EXHIBIT A

**Matter 3** — **Business Operations**

| Date | Hours | Description |
|---|---|---|
| 4/02/09 | .80 | Confer with Grace and Blackstone re potential divestitures and procedures re same (.80) |
| 4/9/09 | 1.30 | Confer with J. McFarland, C. Finke and T. Freedman re corporate consolidation issues (1.30) |
| 4/23/09 | .30 | Confer with J. McFarland re claim against insolvent supplier (.30) |
| 4/21/09 | .30 | Confer with J. McFarland re numerous business related issues(.30) |
| 4/24/09 | .60 | Confer re bank account issues on insurance settlements (.30); prepare correspondence to B. Horkovich re same (.30) |
| **Total hours** | **3.30** | |

**Matter 4** — **Case Administration**

| Date | Hours | Description |
|---|---|---|
| 4/02/09 | 1.10 | Review and respond to numerous case issues and follow up re same (.80); review newly filed pleadings and attend to same (.30) |
| 4/08/09 | .90 | Review correspondence re Seale, confer with J. McFarland and prepare correspondence to A. Krieger re same (.50); review and attend to newly filed pleadings (.40) |
| 4/09/09 | .30 | Review and attend to newly filed pleadings (.30) |
| 4/15/09 | .50 | Review and revise W. Sparks draft board report (.50) |
| 4/17/09 | .50 | Review recently filed pleadings and attend to same (.50) |
| 4/19/09 | 1.00 | Further revise W. Sparks draft board report (.80); prepare correspondence re same (.20) |
| 4/21/09 | 1.50 | Confer with Grace management on regular weekly reorganization call (1.10); Review and respond to creditor inquiries re case issues (.40) |
| **Total Hours** | **5.80** | |

**Matter 5** **Claim Analysis Objection & Resolution (Asbestos)**

| Date | Hours | Description |
|---|---|---|
| 4/02/09 | .20 | Confer with L. Esayian re Speights PD claim objection (.20) |
| 4/03/09 | .30 | Review correspondence re PD claims and confer re same (.30) |
| 4/08/09 | 1.00 | Confer with T. Freedman , L. Esayian and R. Finke re Speights discovery requests (.40) further review correspondence and respond to same (.20); confer with D. Boll and T. Freedman re PD FCR discovery and related issues (.20). confer with S. Blatnick re comments on PD discovery responses (.20) |
| 4/21/09 | 1.00 | Prepare COC re Anderson ZAI claim (.50); revise same and prepare correspondence re same (.30); confer re same (.20) |
| **Total hours** | **2.50** | |

**Matter 6** **Claim Analysis Objection & Resolution (Non-Asbestos)**

| Date | Hours | Description |
|---|---|---|
| 4/01/09 | .30 | Confer with C. Greco and review correspondence re various claim issues (.30) |
| 4/02/09 | .90 | Review correspondence re issues on Multisite agreement claims (.40); review correspondence re issues on CNA, Madison Complex, Azko Nobel and tax interest (.50) |
| 4/03/09 | 1.30 | Confer with C. Greco and A. Krieger re Multisite Settlement agreement stipulations, GUC claims listing and ballot issues (.40); confer with C. Greco and D. Boll re voting issues re class 9 claims (.30); further confer re same (.40); review correspondence re same (.20) |
| 4/06/09 | 1.30 | Review claims correspondence and Rowe stipulation in preparation for claims call with C. Greco and clients (.40) confer with C. Greco re same (.30); confer with C. Greco and L. Gardner re Rowe claim issues (.30); participate in call re CNA discovery/Black Sholes information (.30) |

| | | |
|---|---|---|
| 4/08/09 | 2.00 | Confer with S. Blatnick and C. Greco re Madison Complex, Neutocrete and Norfolk Southern claims and proceeding with litigation re same (.80); confer with Grace re Madison Complex claim and strategy re same (.40); confer with T. Freedman re employee claims (.20); review correspondence re same (.30); prepare correspondence re same (.30) |
| 4/15/09 | .60 | Review materials in preparation for meeting re employee claims (.30); confer with D. Boll re meeting on employee claims (.30) |
| 4/16/09 | 9.00 | Confer with Grace staff and review employee claims work and analyze claims for objections (9.0) |
| 4/17/09 | .60 | Confer with W. Franzel re administrative claims issues (.30); review and respond to correspondence re numerous claims issues (.30) |
| 4/23/09 | .60 | Review stipulations re Joplin site and prepare comments re same (.30); review correspondence and plan objection re Texas Franchise tax (.30) |
| 4/24/09 | 1.50 | Review correspondence re employee claims (.20); prepare correspondence re same (.10); review correspondence re First Chem. Claim (.20) |
| **Total Hours** | **18.10** | |

**Matter 10** **Employment Applications, Others**

| **Date** | **Hours** | **Description** |
|---|---|---|
| 4/02/09 | .30 | Confer with J. Monahan re hiring OCP as regular litigation counsel (two calls)(.30) |
| 4/03/09 | .50 | Review correspondence re Seale retention and confer with J. Monahan and J. Mc Farland re same(.50) |
| 4/08/09 | .30 | Confer with J. Monahan re Venable firm retention issues (.30) |
| 4/24/09 | .60 | Confer with J. Monahan and R. Finke re Venable and Deloitte (.30); confer with J. McFarland re Deloitte and review letter re same (.30) |
| 4/27/09 | .70 | Confer with J. Monahan and Venable attorneys re retention application and affidavit issues (.40); review and respond to correspondence re same (.30) |

**Total hours** **2.40**

| **Matter 11** | **Fee Applications, Applicant** | |
|---|---|---|
| **Date** | **Hours** | **Description** |
| 4/22/09 | 1.00 | Prepare March fee application and review fee detail re same (1.0) |
| 4/27/09 | 2.00 | Prepare expense portion of fee application and revise fee detail (2.0) |

**Total Hours** **3.00**

| **Matter 14** | **Hearings** | |
|---|---|---|
| **Date** | **Hours** | **Description** |
| 4/01/09 | 4.50 | Review materials and outline in preparation for 4/1 Omnibus hearing ( re Kaneb matter ) (.50); confer with T. Freedman and W. Sparks re various matters in preparation for Omnibus hearing (1.20);conduct Omnibus hearing (2.50); confer with W. Sparks and T. Freedman re outcome of same (.30); |
| 4/22/09 | .60 | Confer with Court re changing Omnibus hearing to telephonic only and prepare correspondence to all parties re same (.40); review revised agenda (.20) |
| 4/27/09 | 1.60 | Review materials in preparation for 4/27 Ominibus hearing (.70); confer with B. Harding re same and strategy issues (.40); participate in 4/ 27 Omnibus hearing (.50); |

**Total Hours** **6.70**

| **Matter 15** | **Litigation and Litigation Consulting** | |
|---|---|---|
| **Date** | **Hours** | **Description** |
| 4/01/09 | .30 | Review and respond to numerous inquiries re discovery issues (.30) |
| 4/02/09 | 3.30 | Confer with plan team re confirmation litigation and discovery issues (1.50); review materials re Protective order and Libby issues in preparation for call re discovery and litigation issues (.50); follow up re creditor meet and confer meetings (.30); review draft Longacre discovery responses (1.0) |
| 4/3/09 | 3.80 | Review and respond to correspondence re Arrowood discovery issues (.30); confer with T. Freedman, L. |

| | | |
|---|---|---|
| | | Esayian and R. Finke re Kaneb mediation issues, Royal document and meeting issues and other pending issues (.40); review documents pulled from file re Longacre discovery requests (.50); prepare revised responses to Longacre discovery + (1.0); confer with R. Wilkins re same (.20); further revise Longacre draft response (.80); review and respond to numerous inquiries re discovery related matters (.60) |
| 4/6/09 | 2.40 | Review revised Longacre discovery (.40); confer with T. Freedman re same (.30); confer with R. Wilkins re comments on Longacre discovery (.40); review further correspondence re same (.20); review revised draft response to PD discovery (.40); review correspondence re Canadian settlement and Thundersky order and respond to same (.30); review correspondence and confer with B. Harding re issues on confirmation expert reports and narrowing issues re confirmation discovery (.40) |
| 4/7/09 | 5.90 | Confer with T. Freedman and R. Finke in preparation for meeting re confirmation witnesses (1.0); attend meeting re same (4.5); review FCR comments on Longacre discovery responses and confer re same (.40) |
| 4/8/09 | 1.40 | Review correspondence re discovery issues and respond re same (.40); confer with K. Love re discovery for Longacre and other discovery issues (.30); review and respond to correspondence re Kaneb disclosure issues (.30); confer with T. Freedman and D. Boll re Edwards bond, Forest Sevice Stipulation and A. Rich discovery (.40); |
| 4/09/09 | 4.80 | Confer with Grace confirmation team re Indirect Trust claims and other issues (1.50); confer further with team re more Indirect Trust Claim matters and related discovery (1.30); confer re Fireman's Fund claim /bond issue (.20); review correspondence re : One Beacon and Royal further discovery requests and follow up re same (.40); confer with P. Lockwood re Edwards claim status/bond issues (.30); revise draft response letter to Royal re discovery (.20); review correspondence re additional production (.20); review new expert reports and organize same (.30); review and organize materials re discovery meeting, deposition notices and related matters (.40) |

| | | |
|---|---|---|
| 4/10/09 | 5.40 | Review correspondence and documents and confer re BNSF and MCC questions (1.30); review correspondence re Fireman's discovery follow up (.30); confer with T. Freedman re discovery due dates, BNSF, Fireman's Fund and related confirmation issues (.40); confer with K. Love and M. Lewinstein re master discovery and deposition chart (.40); confer with K. Love, B Stansbury and L. Sinanyan several times re issues on MCC and BNSF complaints (.50); prepare list of discovery decisions (1.0); follow up re same (.30); review revisions and suggestions re Tuesday discovery agenda (.20); review and respond to comments re Royal letter re discovery issues (.20); review letter re same (.20); prepare correspondence re meeting on BNSF issues on witnesses and Fireman's bond issues (.30); confer with R. Wilkins re follow up discovery issues (.30) |
| 4/13/09 | 6.60 | Review 30 (b)(6) notices and descriptions and chart same for discovery meeting (.50); review draft ERISA litigation settlement (.50); review draft IRS settlement motion (.40); prepare correspondence re same (.30) review additional discovery notices and demands and prepare correspondence re same (.40); confer with T. Freedman can M. Plevin re Fireman's bond claim (.50); confer with P. Zilly re status on financing issues (.30); confer with T. Freedman re Anderson ruling (.30); prepare correspondence re same (.30); prepare revised outline of discovery issues for plan proponent meeting (.80); prepare summary of 30 (b))(6) depositions (.80); confer with J. Monahan re ERISA motion (.30); prepare correspondence re same (.20); review and confer re Anderson ZAI claim response (.20); review Royal's motion to strike (.50); review memo on indirect trust claims (.30) |
| 4/14/09 | 9.00 | Confer with Grace clients and plan team re outstanding issues for plan proponent meeting (1.50); attend and participate in meeting on discovery and related issues with plan proponents (5.50); participate in call with insurers re discovery issues (1.0); following up plan proponents and Grace re same (1.0) |
| 4/15/09 | 4.90 | Review and prepare various discovery documents for B. Harding (.50); prepare players list re counsel for B. |

| | | |
|---|---|---|
| | | Harding (.80); prepare correspondence re same (.20); prepare correspondence re 30(b)(6)follow up issues and meeting (.30); review and respond re Fireman's new discovery issues (.30);prepare correspondence to T. Schavoni re Whitehouse motion; warrant documents and exculpation discovery (.40); review correspondence re ERISA settlement (.20); review materials from discovery strategy meeting and follow up re various outstanding issues (.80); confer with J. Monahan re ERISA agreement issues (.30); confer with R. Wilkins re issues on disclosure research (.30) confer with R. Finke re Samson status (.20); review research memo re 30 (b)(6) issue (.20); review notes from Plan Proponents meeting for follow up issues (.40) |
| 4/16/09 | 1.00 | Confer with R. Finke, D. Boll and B. Harding re 30(b)(6) depositions and related issues (1.0) |
| 4/17/09 | 5.10 | Participate in call with Fireman's Fund Re discovery meet and confer (.60); confer with M. Plevin re Edwards bond issues (.30); confer with Plan proponents re 30(b)(6) witnesses and related issues (1.30); review and respond to numerous mater re discovery (.40); review protective order and prepare correspondence re same (.40); confer with G. Sversky and B. Harding re protective order and Whitehouse motion (.30); confer with K .Love re master calendar and all confirmation matters(.30); prepare correspondence re discovery follow up (.70); numerous discussions with B. Harding re protective order on Whitehouse` issues and respond to correspondence re same (.50); prepare correspondence re filing 30(b)(6) objection (.30) |
| 4/20/09 | 5.50 | Review draft MCC objection (.50); confer with T. Freedman re all pending matters (.30); review and respond to numerous correspondence re Protective order and other discovery issues (.70); review correspondence re 30(b)(6) deposition and objections (.30) review and respond to correspondence re ERISA matter (.40); review correspondence re Canadian ZAI issues and respond re same (.30);review L. Esayian comments on outstanding discovery chart (.30); participate in conference with plan team re all discovery issues |

| | | |
|---|---|---|
| | | (2.0); confer with R. Finke re Canadian issues and Kaneb (.30); review draft motion re Protective Order and motion to shorten time (.40) |
| 4/21/09 | 7.20 | Review correspondence and comments re protective order and Royal issues (.40); participate in call with Insures re 30 (b)(6)depositions and related matters (two calls) (1.50); confer with BNSF counsel re witnesses (.30); confer with E. Liebenstein re Royal warrant discovery (.30); prepare motion for entry of Protective order (1.50); attend meet and confer re same (1.0); prepare motion to shorter time on Protective Order (.50); prepare revised CMO (.80); review notes from discovery (30 (b)(6)) meet and confer and follow up re same (.40); confer with B. Harding and T. Freedman (several times) re discovery related issues (.50) |
| 4/22/09 | 5.40 | Review revised ERISA motion and prepare correspondence re same (.40); revise motion for protective order and to shorten time re same (1.20); review draft Scotts discovery responses (.30); review and respond to discovery correspondence (.80); review correspondence re Protective Order and confer with B. Harding re same (.40); revise motions re Protective Order (1.30); confer re Maserich claim and issues re same (.30) confer with D.Kuchinski re Speights deposition notice (.30); confer with B. Stansbury and B. Harding re Libby discovery issues (.40) |
| 4/23/09 | 9.30 | Review order from Criminal case re Whitehouse (.30); review notes from insurer meeting re Insurer witnesses for phase I (.30); review Travelers 3rd set of requests to admit (.30); participate in call re 30(b)(6) witness and deposition topics (1.); confer with Canadian counsel re status and issues (.60); confer with T. Schavoni re Protective Order issues (.30); prepare correspondence re Libby perpetuation depositions and confer with K. Love re same (.30); review correspondence re CMO issues and lawyer as witness language (.40); prepare COC re CMO (.80); revise CMO and review and comment on language re same (.40); participate in conference with Libby claimants re perpetuation depositions and claimant witness testimony (1.0); review draft motion re Libby matters (.40) confer with H. Bloom re same (.40); |

| | | |
|---|---|---|
| | | review and respond to correspondence re further issues on protective order (.50); confer with B. Harding and prepare correspondence re status of issues on protective order, CMO, Libby depositions and 30(b)(6) issues (.30); prepare further correspondence and revisions re protective order (.50); confer with B. Harding and T. Freedman re 30(b)(6) designations and topics (1.50) |
| 4/24/09 | 9.80 | Review Royal's draft Libby Protective order (.40); review notes from D. Scott deposition (.30); review further correspondence on the CMO and revise CMO and COC re same (.80); prepare correspondence re CMO and supplemental discovery issues (.40); confer with R. Finke re various outstanding issues (.30); confer with B. Harding re revised motion on protective order (.30); prepare transmittal re CMO (.30); review letter and chart re 30 (b)(6) subjects (.50); prepare comments re same (.30); review revised draft re Libby discovery (.50); review and respond to correspondence re discovery abuses (.30); compare Royal draft Libby order to insurer protective order (.30); numerous conference and correspondence re finalizing Protective order (.80); prepare COC for protective order (.80); prepare further revisions to CMO and COC re same (.80); prepare revised Protective order and COC and confer with Royal and Libby re same (.90); prepare correspondence re final protective order and COC (.30);participate in meeting and confer with Libby claimants re Protective order and other discovery issues (.80) confer with H. Bloom re Libby motions and related discovery motions (.40); confer with J. Wisler re MCC objection (.30) |
| 4/25/09 | 1.00 | Review correspondence from Libby re discovery issues (.30); review revised motion re Libby depositions (.30) review and respond to correspondence re Libby discovery and other related issues (.40) |
| 4/27/09 | 6.90 | Confer with Libby claimants and other plan proponents and objectors re discovery issues and need for expedited review (1.20); confer with B. Harding and litigation team re status, motions for protective orders and related issues (1.0) review and |

| | | |
|---|---|---|
| | | respond to correspondence re discovery issues (.80); confer with B. Harding and E. Liebenstein re Mathis deposition and prepare correspondence re same (.70); confer with Canadian counsel re potential ZAI claim (.30); confer with Canadian counsel and ACC re same (.80); confer with plan team re all outstanding discovery issues and potential motions re same (1.30); further review and respond to correspondence re same (.80) |
| 4/28/09 | 9.50 | Confer with R. Emmett re issues on environmetal site (.30); review draft motion re untimely discovery (.30); review Libby claimants motions re CMO and discovery (.40); review memo re Indirect Trust claims (.40); review London Market RFA's (.30); review mediator info re Kaneb mediation with DOJ (.20); review NJDEP 3rd circuit Bar Date brief (.50); confer with T. Freedman and J. Wisler re MCC claims and objections (.30); further confer re same (.20); review and respond to correspondence on various discovery (.40); participate in call with T. Freedman, L. Esayian and B. Harding re Indirect Trust claim issues (2.0); review ICI POC re stipulation issues (.40); review and respond to correspondence re Kaneb insurance issues (.30); review responses to contention interrogatories in preparation for Libby call (.30); confer with plan proponents re Libby related discovery and motion issues (1.30); review Kaneb supplemental pleading and confer re same (.60); review revised motion re Libby discovery(.60); provide comments re same (.30); review and respond to further discovery correspondence (.40) |
| 4/29/09 | 10.00 | Review draft NJDEP 3rd circuit brief (.40); review revised draft Libby protective order (.30); review and respond to inquiries re discovery issues (.40) participate in conference with R. Finke , B. Harding, T. Freedman and L. Esayian re preparation for 30(b)(6) depositions (5.0); prepare correspondence re Motion to shortentime on Libby Motion (.60); review draft Libby motion and motion to shorten (.80); prepare comments re same (.30); confer with H. Bloom re same (.30) ;review and respond to correspondence re various discovery issues(.80); review further revised motion on Libby matters (.80); confer further re same (.30) |

| | | |
|---|---|---|
| 4/30/09 | 4.30 | Review response re Whitehouse motion and prepare correspondence re same (.50); review revised draft motion re discovery abuses and confer with H. Bloom re same (.50); review correspondence re Longacre discovery and confer with R. Wilkins re same (.60); review and respond to correspondence re procedural issues re motion on discovery (.60); confer with T. Freedman and R. Finke re issues with deposition preparation and prepare correspondence re same (.40);confer with E. Liebenstein re Mathis deposition and issues re same (.30); review Arrowhead motion to shorten re Whitehouse (.30); confer with D. Boll re numerous discovery issues (.30); review and respond to correspondence re various discovery issues (.80) |
| **Total hours** | **122.80** | |

**Matter 16** **Plan and Disclosure Statement**

| **Date** | **Hours** | **Description** |
|---|---|---|
| 4/02/09 | 1.30 | Confer with J. Monahan re responding to creditor inquiries on plan and prepare follow up correspondence re same (.30) confer with J. Mc Farland and R. Finke re same (.30); confer with T. Freedman re various confirmation issues re experts and related matters (.30); confer with numerous creditors re plan inquiries (.40) |
| 4/3/09 | 1.30 | Participate in conference with ACC and FCR re insurer meet and confer and specifics re phase I issues (.80);further confer re same and related insurer issues (.30); review correspondence re insurers with reimbursement agreements (.20) |
| 4/6/09 | 1.20 | Confer with C. Greco, C. Bruens and D. Boll re voting estimates and ballot issues (.50); review correspondence and voice mail messages from various claimants and confer with J.Monahan re same (.40) confer with W. Sparks re guidance on calls re plan and related issues (.30) |
| 4/8/09 | 1.80 | Confer with T. Freedman and B. Harding re confirmation meeting and related issues and strategy on case and discovery (1.0); review and respond to correspondence re Edwards judgment (.30) prepare correspondence re DOJ/ Forest Service confirmation issues and stipulation re treatment (.30); confer with T. Freedman and D. Boll re same (.20) |

| | | |
|---|---|---|
| 4/13/09 | .80 | Confer with T. Freedman, FCR and ACC re insurance issues (.30); confer with D. Boll re B of A re issues (.20);confer with T. Freedman and D. Boll re class 9 issues (.30); |
| 4/15/09 | .20 | Review plan date summary (.20) |
| 4/19/09 | .30 | Review plan deadline chart and prepare comments re same (.30) |
| 4/20/09 | .50 | Confer with claimant re need for ballot re transferred claim (.20); confer with various claimants re ballot and related issues (.30) |
| 4/22/09 | 3.30 | Confer with lenders' counsel re proposed changes to the confirmation CMO (.30); revise same (1.20); review B of A stipulation and provide comments re same (.30); review correspondence re insurance proceeds and prepare correspondence re same (.30); confer with J. McFarland and C. Greco re voting issues on class 10 correspondence (.30); confer with T. Freedman re CMO issues and prepare further changes and correspondence re same (.90) |
| 4/27/09 | .40 | Confer with D. Boll re B of A stipulation and related issues (.40) |
| **Total Hours** | **11.10** | |

| **Matter 17** | **Relief from Stay Proceedings** | |
|---|---|---|
| **Date** | **Hours** | **Description** |
| 4/2/09 | .30 | Confer with L. Esayian re Kaneb Insurance issues and submissions (.30) |
| **Total hours** | **.30** | |

| **Matter 18** | **Tax Issues** | |
|---|---|---|
| **Date** | **Hours** | **Description** |
| 4/19/09 | 1.10 | Confer with C. Finke re draft tax motion (.30); review T. Maynes comments re same (.30); revise tax motion (.50) |
| 4/20/09 | 1.00 | Confer with T. Maynes and C. Finke re Tax motion |

| | | |
|---|---|---|
| | | and comments re same (.70); further review revised version of same (.30) |
| 4/27/09 | .40 | Review final draft tax motion and prepare same for filing (.40) |
| **Total Hours** | **2.50** | |

| **Matter 20** <br> **Date** | **Travel- Non-working** <br> **Hours** | **Description** |
|---|---|---|
| 4/01/09 | 2.50 | Travel from Wilmington back to Chicago after Omnibus hearing (billed at half time) (2.50) |
| 4/6/09 | 3.0 | Travel to New York for meeting on Confirmation issues with Insurers (long travel delay)( billed at half time) (3.0) |
| 4/7/09 | 2.50 | Travel from New York back to Chicago after meeting re witness issues (billed at half time)(2.50) |
| 4/13/09 | 2.00 | Travel from Chicago to New York for meetings with plan team and plan co-proponents (billed at half time) (2.00) |
| 4/14/09 | 2.50 | Travel from New York back to Chicago after Plan Proponent strategy meetings (billed at half time) (2.50) |
| 4/15/09 | 2.50 | Travel from Chicago to Boca Raton for meeting on employee claims (billed at half time) (2.50) |
| 4/17/09 | 2.50 | Travel from Boca Raton back to Chicago after employee claims meeting (billed at half time)(2.50) |
| **Total Hours** | **17.50** | |
| **Total Hours** | **196.00** | |