# EXHIBIT B

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $1,035.54 |
| Airfare | $2,805.60 |
| Transportation to/from airport | $ 429.00 |
| Travel Meals | $ 128.60 |
| Long Distance/Conference Telephone Charges | $ 898.80 |
| Local Transportation/Parking | $ 17.04 |
| Travel Car Rental | $ 109.32 |
| Other Travel Charges, Internet charges | $ 17.33 |
| Total: | $5,441.23 |

## Itemized Expenses

### Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 3/08/09 | $ 129.00 | Boston Coach – Transportation from Pittsburgh Airport to Westin Hotel Pittsburgh, re 3/09/09 Hearing |
| 3/16/09 | $ 58.00 | Best Travel – Travel fee re change of airline reservations re Plan meetings |
| 3/31/09 | $ 39.60 | Hotel DuPont – Wilmington – Correction re 3/31/09 Hotel Charge, re 4/01/09 Hearing |
| 4/06/09 | $ 40.00 | 303 Taxi – Local Transportation from Wilmette to ODR, re Plan Proponent meetings |
| 4/06/09 | $ 35.00 | Yellow Cab – Local Transportation from LaGuardia to Manhattan, re Plan Proponent Meetings |
| 4/06/09 | $ 927.20 | United Airlines – Airfare Chicago/New York re Plan Proponent meetings |
| 4/07/09 | $ 345.11 | New York Marriott Eastside – Hotel one night, re Plan Proponent meetings. |
| 4/07/09 | $ 17.33 | New York Marriott Eastside – Internet access charge, re Plan Proponent Meetings |
| 4/07/09 | $ 35.00 | Yellow Cab – Local Transportation Manhattan to LaGuardia, re Plan Proponent meetings |
| 4/07/09 | $ 40.00 | 303 Taxi – Local Transportation from ORD to Wilmette, re Plan Proponent meetings |
| 4/07/09 | $ 58.00 | Best Travel – Travel fee re change of airline reservations re Boca Raton Claims meeting |
| 4/13/09 | $ 40.00 | 303 Taxi – Local Transportation from Wilmette to ORD, re Plan meetings |
| 4/13/09 | $ 3.29 | Travel Meal – Breakfast at ORD, re Plan meetings |
| 4/13/09 | $ 927.20 | United Airlines – Airfare Chicago/New York re Plan meetings |
| 4/13/09 | $ 35.00 | Yellow Cab – Local Transportation, Manhattan to LaGuardia, re Plan meetings |
| 4/13//09 | $ 9.08 | Travel Meal-Lunch NY, re Plan Meetings |
| 4/13/09 | $ 49.18 | Travel Meal – Dinner, Peacock Alley (Waldorf Hotel) re Plan meetings |
| 4/14/09 | $ 289.56 | The Waldorf Hotel, NY - Hotel one night, re Plan Meetings |
| 4/14/09 | $ 40.00 | 303 Taxi - Local Transportation from ORD to Wilmette, re Plan meetings |
| 4/15/09 | $ 835.20 | Southwest Airlines – Airfare Chicago/Boca Raton, re Claims meeting |
| 4/15/09 | $ 50.60 | Travel Meal – Dinner, Sea Crest Restaurant, re claims meeting |

| 4/16/09 | $ 17.04 | Parking charge at Marriott, re Claims meeting |
| 4/16/09 | $ 16.45 | Travel Meal – Breakfast at Marriott, re Claims meeting |
| 4/16/09 | $ 266.49 | Del Ray Beach Marriott, Hotel one night, re Claims meeting |
| 4/17/09 | $ 94.78 | Hilton Suites Boca Raton, Hotel one night re Claims meeting |
| 4/17/09 | $ 109.32 | Enterprise Rental Cars, Ft. Lauderdale, re Claims meeting |
| 4/17/09 | $ 35.00 | Sun Taxi-Local Transportation Midway Airport to Chicago, re Claims meeting |
| Total | $4542.43 | |

Non-Travel

| Date | Amount | Itemized Expense |
| --- | --- | --- |
| 4/30/09 | $ 898.80 | Telephone – InterCall- Conference call services for April |
| Total | $ 898.80 | |

**Total April Expense Charges:  $5,441.23**