# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**APRIL 1, 2009 - APRIL 30, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.3 | $      202.50 |
| 0013 | Business Operations | 5.0 | 3,853.00 |
| 0014 | Case Administration | 62.7 | 13,867.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.7 | 1,243.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 23.2 | 16,296.00 |
| 0018 | Fee Application, Applicant | 13.8 | 4,908.00 |
| 0019 | Creditor Inquiries | 9.1 | 7,151.50 |
| 0020 | Fee Application, Others | 4.5 | 1,305.00 |
| 0021 | Employee Benefits, Pension | 6.8 | 4,590.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | 135.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 66.3 | 47,596.50 |
| 0035 | Travel - Non Working | 7.4 | 5,595.00 |
| 0036 | Plan and Disclosure Statement | 104.6 | 74,631.00 |
| 0037 | Hearings | 7.2 | 5,434.00 |
| 0040 | Employment Applications - Others | 3.1 | 2,092.50 |
| 0041 | Relief from Stay Proceedings | 0.5 | 337.50 |
| 0047 | Tax Issues | 1.7 | 1,147.50 |
|  |  |  |  |
|  | **Sub Total** | **318.1** | **$ 190,386.00** |
|  | **Less 50% Travel** | **(3.7)** | **(2,797.50)** |
|  | **Total** | **314.4** | **$ 187,588.50** |

# STROOCK

## INVOICE

| DATE | May 19, 2009 |
|---|---|
| INVOICE NO. | 474637 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2009, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/13/2009 | Attend to Anderson Memorial's response to Debtors' objection to its ZAI class proof of claim (.1); attend to order re Anderson's two other class claims (.1). | Krieger, A. | 0.2 |
| 04/29/2009 | Attend to Anderson Memorial appeals. | Krieger, A. | 0.1 |

| UMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 675 | $ 202.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 202.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 202.50 |
|---|---|

# STROOCK

| RE | Business Operations<br>699843  0013 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/01/2009 | Telephone call J. Dolan re comments on LTIP memorandum. | Krieger, A. | 0.3 |
| 04/02/2009 | Exchange memoranda with J. Dolan, R. Frezza re analyses of CEO Compensation motion and Seale & Associates' retention motion. | Krieger, A. | 0.3 |
| 04/03/2009 | Review new Festa Agreement and Seale retention. | Kruger, L. | 0.2 |
| 04/13/2009 | Telephone call J. Dolan re status of obtaining financial materials and office conference KP re same. | Krieger, A. | 0.3 |
| 04/14/2009 | Attend to T. Freedman memorandum re request for financial materials for the Committee's financial advisor and attend to reply to T. Freedman. | Krieger, A. | 0.4 |
| 04/14/2009 | Review e-mails with Ted Freedman and AK re financial materials for Capstone. | Kruger, L. | 0.2 |
| 04/16/2009 | O/c with AK re Capstone review. | Kruger, L. | 0.1 |
| 04/20/2009 | Attend to proposed forms of order re approving Seale & Associates retention and memorandum to J. Baer, J. O'Neill re same (.2); exchange memoranda with Capstone re failure to received requested financial materials (.1); memorandum to KP, LK re same (.2). | Krieger, A. | 0.5 |
| 04/20/2009 | Review AK memo re info request by Capstone to Grace. | Kruger, L. | 0.1 |
| 04/21/2009 | Exchange memoranda with J. Dolan re requested  financial materials (.2); prepare memorandum to T. Freedman re financial materials (.5); office conference LK re | Krieger, A. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | Capstone's failure to receive requested financial materials (.1). |  |  |
| 04/21/2009 | O/c with AK re Capstone not receiving financial info from debtor. | Kruger, L. | 0.2 |
| 04/21/2009 | E-mails re requests for financial information from debtors. | Pasquale, K. | 0.2 |
| 04/22/2009 | Review T. Freedman response re materials for Capstone. | Kruger, L. | 0.1 |
| 04/23/2009 | Attend to Grace's press release re first quarter 2009 results. | Krieger, A. | 0.8 |
| 04/23/2009 | Review Grace 1st quarter results. | Kruger, L. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.4 | $ 675 | $ 2,295.00 |
| Kruger, Lewis | 1.4 | 995 | 1,393.00 |
| Pasquale, Kenneth | 0.2 | 825 | 165.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,853.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,853.00 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843  0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.6); review case file documents (1.7); retrieve documents for review (.4). | Mohamed, D. | 3.0 |
| 04/02/2009 | Review and update case docket no 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); prepare documents for attorney review (.5). | Mohamed, D. | 1.9 |
| 04/03/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.7 |
| 04/03/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); retrieve certain documents for review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.8 |
| 04/06/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.7 |
| 04/06/2009 | Exchanged memoranda with M. Araki (BMC Group) re inquiry from Class 9 creditor (.2); attend to certifications of no objection on de minimis settlements and memoranda to J. O'Neill, J. Baer re same (.2). | Krieger, A. | 0.4 |
| 04/06/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); research and retrieve certain documents for attorney review (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.2 |
| 04/07/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.9 |
| 04/07/2009 | Review and update case docket no. 01-1139 | Mohamed, D. | 3.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4); obtain and circulate recently filed pleadings in main case (1.7); review case file documents (.6); prepare documents for attorney review (.5). | | |
| 04/08/2009 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently docketed pleadings in main case (.9); obtain documents for review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.0 |
| 04/09/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); obtain certain documents for review (.5). | Mohamed, D. | 1.5 |
| 04/10/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.7 |
| 04/10/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (1.0); prepare documents for review (.4); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.1 |
| 04/13/2009 | Review and update case docket no. 01-1139 (.3); obtain recently docketed pleadings and distribute to internal team from main case (1.1); research case docket and retrieve pleadings for review (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.3 |
| 04/14/2009 | Reviewed prior Quarterly Applications re answers to Examiner's questions (1.2); reviewed Legal Docket to update status (1.4). | Holzberg, E. | 2.6 |
| 04/14/2009 | Attend to e-mail from fee auditor re inquiry on 31st quarterly fee application and response (.1); office conference EH re same (.2). | Krieger, A. | 0.3 |
| 04/14/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case file documents (1.2). | Mohamed, D. | 2.3 |
| 04/15/2009 | Attend to response to Fee Auditor's inquiry re | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 31st Quarterly fee application. | | |
| 04/15/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.3 |
| 04/16/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.9); retrieve certain documents for attorney review (.7); obtain and print documents for attorney review (.5). | Mohamed, D. | 2.4 |
| 04/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.7); prepare documents for review (.6); review adv. pro. case no. 01-771 (.2); obtain recently filed pleadings and distribute re court of appeals case no. 08-2069 (.4). | Mohamed, D. | 2.2 |
| 04/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); retrieve documents for attorney review (.4); review case file documents (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.6 |
| 04/21/2009 | Reviewed Legal Docket to update status (1.4); t/c court call to arrange for AGK to attend hearing telephonically on 4/27 (.2). | Holzberg, E. | 1.6 |
| 04/21/2009 | Memorandum to DM re Libby claimants perpetuation depositions (.1); attend to orders issued by the court (.1). | Krieger, A. | 0.2 |
| 04/21/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); research and obtain documents for attorney review (.9). | Mohamed, D. | 2.4 |
| 04/22/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently filed pleadings in main case (1.8); retrieve documents for review (.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/23/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.9); prepare documents for attorney review (.6). | Mohamed, D. | 2.9 |
| 04/24/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.9 |
| 04/24/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case file documents (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.2 |
| 04/27/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 04/27/2009 | Attend to travel arrangements for 5/1/09 deposition. | Krieger, A. | 0.8 |
| 04/27/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.8 |
| 04/28/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.5); retrieve documents for review (.3). | Mohamed, D. | 2.1 |
| 04/29/2009 | Attend to travel arrangement for Phase I hearings. | Krieger, A. | 0.4 |
| 04/29/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); prepare documents for review (.4); review case docket re filing of plan/disclosure statement (.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 04/30/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2). | Mohamed, D. | 1.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 10.5 | $ 275 | $ 2,887.50 |
| Krieger, Arlene G. | 3.2 | 675 | 2,160.00 |
| Mohamed, David | 49.0 | 180 | 8,820.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,867.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,867.50 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/03/2009 | Review draft memo to committee re stipulation re environmental claim. | Kruger, L. | 0.3 |
| 04/20/2009 | Attend to appellants' brief to the Third Circuit re late proof of claim ruling. | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.4 | $ 675 | $ 945.00 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,243.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,243.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2009 | Attend to memorandum for the Committee re April 1, 2007 omnibus hearing. | Krieger, A. | 0.3 |
| 04/01/2009 | Review AK memo to committee re court hearing. | Kruger, L. | 0.1 |
| 04/02/2009 | Memorandum re Finke deposition (2.8); attend to memorandum for the Committee re hearings (1.3); attend to Capstone memoranda re Seale retention and proposed extended agreement for Festa (1.3). | Krieger, A. | 5.4 |
| 04/02/2009 | Review draft memo to Committee re: Fink deposition. | Pasquale, K. | 0.2 |
| 04/03/2009 | Conference call R. Frezza, J. Dolan re memoranda for the Committee on Seale retention and Festa's  new CEO Agreement (.5); attend to insert for Seale retention memorandum (1.0): attend to memorandum for the Committee re proposed stipulations with PRP groups resolving environmental claims (.8); attend to revised Capstone memoranda for the Committee and memoranda to Capstone re same (.2); attend to memoranda for the Committee re testimony from Week 6 of the Libby trial (4.2). | Krieger, A. | 6.7 |
| 04/06/2009 | Memorandum for the Committee re multi-site PRP settlements (.1); attend to Libby trial information and preparation of memorandum on week 6 of the trial (2.6). | Krieger, A. | 2.7 |
| 04/07/2009 | Attend to memorandum re Libby trial. | Krieger, A. | 3.4 |
| 04/07/2009 | Confer L. Kruger re issues. | Pasquale, K. | 0.2 |
| 04/08/2009 | Attend to memorandum re Libby trial (weeks 5 | Krieger, A. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and 6). | | |
| 04/08/2009 | Review issues re committee objection to treatment of non-lenders. | Kruger, L. | 0.6 |
| 04/17/2009 | O/c with KP re creditor issues. | Kruger, L. | 0.2 |
| 04/23/2009 | Review AK memo re case on default interest and review of case. | Kruger, L. | 0.9 |
| 04/29/2009 | Memorandum for the Committee re update on the Libby criminal trial. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 21.0 | $ 675 | $ 14,175.00 |
| Kruger, Lewis | 1.8 | 995 | 1,791.00 |
| Pasquale, Kenneth | 0.4 | 825 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,296.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 16,296.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2009 | Review fee auditors project category summary for the thirtieth interim period with regards to Stroock's thirtieth quarterly fee application. | Mohamed, D. | 0.7 |
| 04/03/2009 | Started to review time for 96th Monthly Fee Application for March. | Holzberg, E. | 0.8 |
| 04/06/2009 | Worked on 96th Monthly Fee Application. | Holzberg, E. | 1.6 |
| 04/10/2009 | Attend to March 2008 fee statement. | Krieger, A. | 1.4 |
| 04/13/2009 | Worked on 96th Monthly Fee Application for March. | Holzberg, E. | 0.9 |
| 04/14/2009 | Worked on 96th Monthly Fee Application. | Holzberg, E. | 0.4 |
| 04/17/2009 | Attend to March 2009 fee statement. | Krieger, A. | 0.8 |
| 04/19/2009 | Attend to March 2009 fee statement. | Krieger, A. | 0.2 |
| 04/20/2009 | Attend to March 2009 fee statement and disbursement register and office conference EH and DM re same. | Krieger, A. | 0.7 |
| 04/21/2009 | Worked on 96th Monthly Fee Application for March. | Holzberg, E. | 0.7 |
| 04/24/2009 | Worked on and completed 96th Monthly Fee Application. | Holzberg, E. | 2.8 |
| 04/27/2009 | Worked revision to 96th Monthly Fee Application. | Holzberg, E. | 0.3 |
| 04/28/2009 | Made additional revisions to 96th Monthly Fee Application. | Holzberg, E. | 0.3 |
| 04/28/2009 | Attend to March 2008 fee statement. | Krieger, A. | 0.3 |
| 04/29/2009 | Review Stroock's ninety-sixth monthly fee | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | statement in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.7). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 7.8 | $ 275 | $ 2,145.00 |
| Krieger, Arlene G. | 3.4 | 675 | 2,295.00 |
| Mohamed, David | 2.6 | 180 | 468.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,908.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,908.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries<br>699843  0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2009 | Telephone call creditor re claim inquiry and memorandum to creditor and to Debtors' counsel re same. | Krieger, A. | 0.6 |
| 04/02/2009 | Telephone call and memorandum re creditor inquiry on claim memorandum to J. Baer re same and memorandum from Grace re same. | Krieger, A. | 0.6 |
| 04/03/2009 | Telephone call creditor re: plan process questions (.2); telephone call from shareholder re: Class 10 plan inquiry and memorandum to J. Baer, T. Monahan and to equity holder re same (.4). | Krieger, A. | 0.6 |
| 04/06/2009 | Attend to creditor inquiry, memorandum to K&E and response thereto (.8); telephone call creditor re claim information (.2); attend to memoranda re creditor inquiries (.2). | Krieger, A. | 1.2 |
| 04/09/2009 | T/c bank debtholders re POR and timetable. | Kruger, L. | 0.2 |
| 04/09/2009 | Telephone conference trade creditor re POR treatment. | Pasquale, K. | 0.3 |
| 04/13/2009 | Telephone conference bank debt holder re status. | Pasquale, K. | 0.3 |
| 04/15/2009 | Telephone call unsecured creditor re plan solicitation and treatment. | Krieger, A. | 0.4 |
| 04/15/2009 | Telephone conference creditor re POR status. | Pasquale, K. | 0.3 |
| 04/16/2009 | Office conference LK re case status and telephone calls bank debt holders and trade creditor re case status, Libby trial, Class 9 treatment issues (.6); memorandum to bank debt holder re confirmation schedule (.2). | Krieger, A. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/16/2009 | O/c with AK and t/c with bank debt holder and with trade debt holder. | Kruger, L. | 0.6 |
| 04/17/2009 | Conference call with D. Fournier (Longacre counsel) re plan issues (.5); confer A. Krieger re same (.4). | Pasquale, K. | 0.9 |
| 04/20/2009 | Telephone call creditor re plan solicitation and class treatment. | Krieger, A. | 0.1 |
| 04/20/2009 | T/c bank debt holder re voting (.2); t/c bank debt holder re Libby trial report (.2). | Kruger, L. | 0.4 |
| 04/20/2009 | Telephone conference creditor re Libby criminal and plan issues. | Pasquale, K. | 0.3 |
| 04/22/2009 | Telephone conference bank debt holder re plan issues. | Pasquale, K. | 0.3 |
| 04/24/2009 | Telephone conference Grace carrier's counsel re plan insurance issues. | Pasquale, K. | 0.4 |
| 04/28/2009 | T/c with bank debtholder re Libby. | Kruger, L. | 0.2 |
| 04/28/2009 | Telephone conference bank debt holder re POR and Libby issues. | Pasquale, K. | 0.3 |
| 04/29/2009 | T/c with bank debtholder re status and Libby. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.3 | $ 675 | $ 2,902.50 |
| Kruger, Lewis | 1.7 | 995 | 1,691.50 |
| Pasquale, Kenneth | 3.1 | 825 | 2,557.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,151.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,151.50 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Fee Application, Others<br>699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/06/2009 | Attend to fee applications of other professionals. | Krieger, A. | 0.2 |
| 04/14/2009 | Attend to fee notices, certifications, applications of other professionals. | Krieger, A. | 0.4 |
| 04/15/2009 | Review Capstone's sixtieth and sixty-first monthly fee statement in preparation for filing (1.0); prepare notices and affidavits of service re same and forward to local counsel for filing (1.2); prepare and effectuate service re fee statements (1.3). | Mohamed, D. | 3.5 |
| 04/20/2009 | Attend to fee applications for other professionals. | Krieger, A. | 0.2 |
| 04/29/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 675 | $ 675.00 |
| Mohamed, David | 3.5 | 180 | 630.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,305.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,305.00 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension<br>699843  0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/29/2009 | Attend to Debtors' motion re settlement of Evans and Siamis ERISA litigation. | Krieger, A. | 1.2 |
| 04/30/2009 | Review settlement documents. | Keppler, A. | 2.8 |
| 04/30/2009 | Office conference A. Keppler re ERISA Settlement (.1); attend to settlement motion and related materials (2.7). | Krieger, A. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Keppler, Abbey L. | 2.8 | $ 675 | $ 1,890.00 |
| Krieger, Arlene G. | 4.0 | 675 | 2,700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,590.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,590.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/03/2009 | Telephone call J. Baer re terms of stipulation with PRPs. | Krieger, A. | 0.1 |
| 04/08/2009 | Memorandum to Debtors' counsel re Committee's position on settlement stipulation with PRPs. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 675 | $ 135.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 135.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 135.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 49.77 |
| Local Transportation | 202.20 |
| Long Distance Telephone | 148.54 |
| Duplicating Costs-in House | 79.20 |
| Word Processing | 90.00 |
| Travel Expenses - Transportation | 586.70 |
| Westlaw | 389.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,545.41 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,545.41 |
|---|---|

# STROOCK

| RE | Litigation (Non-Bankruptcy/General) 699843  0032 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2009 | Review status of criminal proceeding | Pasquale, K. | 0.3 |
| 04/05/2009 | Attend to recent decision re restitution for criminal environmental liability, for applicability to Grace criminal action. | Krieger, A. | 4.7 |
| 04/06/2009 | Review Libby trial information. | Kruger, L. | 1.4 |
| 04/08/2009 | Review memo re Libby trial (.4); review articles re Libby trial (.3). | Kruger, L. | 0.7 |
| 04/11/2009 | Attend to Libby trial reports (week 7). | Krieger, A. | 0.3 |
| 04/15/2009 | Attend to reports on Libby criminal trial in preparation for a memorandum for the Committee. | Krieger, A. | 3.2 |
| 04/15/2009 | Review Libby trial reports. | Kruger, L. | 0.3 |
| 04/16/2009 | Attend to articles re Libby trial in preparation for preparing memorandum to the Committee. | Krieger, A. | 3.6 |
| 04/17/2009 | Attend to Libby criminal trial articles (weeks 7 and 8) in connection with preparing a memorandum for the Committee. | Krieger, A. | 4.4 |
| 04/17/2009 | Review Libby trial  reports. | Kruger, L. | 1.4 |
| 04/20/2009 | Attend to Libby criminal trial articles (week 7 and 8). | Krieger, A. | 4.6 |
| 04/20/2009 | Review Libby trial reports re misconduct. | Kruger, L. | 0.4 |
| 04/20/2009 | Review press reports re status of Libby criminal trial. | Pasquale, K. | 0.4 |
| 04/21/2009 | Attend to Libby trial articles in connection with preparing Committee memorandum. | Krieger, A. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/21/2009 | Review Libby trial articles. | Kruger, L. | 0.3 |
| 04/21/2009 | Review updates on criminal trial. | Pasquale, K. | 0.3 |
| 04/22/2009 | Attend to Libby criminal trial articles in connection with preparing memorandum for the Committee and prepared Committee memorandum regarding weeks 7-9 of the trial. | Krieger, A. | 7.3 |
| 04/22/2009 | Review Libby materials re trial. | Kruger, L. | 0.7 |
| 04/23/2009 | Attend to Libby criminal trial articles. | Krieger, A. | 3.9 |
| 04/23/2009 | Review Libby articles. | Kruger, L. | 0.8 |
| 04/24/2009 | Attend to Committee memo re Libby trial. | Krieger, A. | 5.4 |
| 04/26/2009 | Attend to Committee memorandum re Libby trial (weeks 7-9). | Krieger, A. | 2.9 |
| 04/27/2009 | Attend to Committee memorandum re Libby trial. | Krieger, A. | 5.1 |
| 04/27/2009 | Review reports re Libby trial and Motion to Dismiss. | Kruger, L. | 0.5 |
| 04/27/2009 | Review press reports re criminal trial and motions to dismiss. | Pasquale, K. | 0.8 |
| 04/28/2009 | Attend to articles re Libby criminal trial and prepared  Committee memorandum thereon. | Krieger, A. | 3.9 |
| 04/28/2009 | Review memo re status of Libby trial (.6); review press reports (.4). | Pasquale, K. | 1.0 |
| 04/29/2009 | Attend to memorandum for the Committee re Libby trial and revise to reflect KP comments. | Krieger, A. | 2.8 |
| 04/29/2009 | Review revised memo to committee re Libby trial (.4); review Libby newspaper reports (.3). | Kruger, L. | 0.7 |
| 04/29/2009 | Revisions to draft, revised memo re criminal trial (.5); review press reports re same (.3). | Pasquale, K. | 0.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 55.5 | $ 675 | $ 37,462.50 |
| Kruger, Lewis | 7.2 | 995 | 7,164.00 |
| Pasquale, Kenneth | 3.6 | 825 | 2,970.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 47,596.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 47,596.50 |
|---|---|

# STROOCK

| RE | Travel - Non Working |
|----|----------------------|
|    | 699843  0035 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2009 | Travel to and from omnibus hearing in Wilmington, DE. | Pasquale, K. | 4.0 |
| 04/30/2009 | Travel to Washington, D.C. for P. Lockwood's deposition. | Krieger, A. | 3.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.4 | $ 675 | $ 2,295.00 |
| Pasquale, Kenneth | 4.0 | 825 | 3,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,595.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,595.00 |
|-----------------------|-----------|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2009 | Memorandum re Finke deposition. | Krieger, A. | 4.6 |
| 04/01/2009 | Review AK memo re Finke deposition. | Kruger, L. | 0.4 |
| 04/02/2009 | Office conference KP re discussion with Debtors' counsel on Phase I issues (.1); memoranda from J. Baer re BMC database (.1); attend to memoranda re 4/7/09 meet and confer (.1). | Krieger, A. | 0.3 |
| 04/02/2009 | Review Libby proceedings (.3); review Finke memo to committee (.2). | Kruger, L. | 0.5 |
| 04/03/2009 | Attend to memoranda re 4/7/09 meeting and conference (.2); exchanged memoranda with J. Baer re BMC Class 9 schedule, Lloyds of London settlement (.2); attend to discovery (.9); telephone calls Deanna Boll re discovery response (.5). | Krieger, A. | 1.8 |
| 04/03/2009 | Review Libby trial reports (.3); review memo to committee re Libby (.6). | Kruger, L. | 0.9 |
| 04/03/2009 | Review e-mails re discovery issues (.3); telephone conference D. Boll (K&E) re PPI (.3). | Pasquale, K. | 0.6 |
| 04/05/2009 | Attend to certain insurers' draft motion re Dr. Whitehouse expert report. | Krieger, A. | 0.4 |
| 04/06/2009 | Office conference KP re insurers' motion to strike Dr. Whitehouse's expert report and substance of discussion with counsel (.2); attend to solicitation materials (.6); attend to discovery (2.9). | Krieger, A. | 3.7 |
| 04/06/2009 | Review motion to exclude Whitehouse. | Kruger, L. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/06/2009 | Review insurers' draft motion to exclude Whitehouse (.8); telephone conference T. Schiavone re same (.2); prep for 4/7 meeting with all parties re confirmation witnesses (.5). | Pasquale, K. | 1.5 |
| 04/07/2009 | Preparation for and attend meet and confer at Kirkland & Ellis re confirmation witnesses (5.1); attend to discovery (.6); attend to case law raised during meet and confer (.3); office conference LK, KP re status of plan discussions (.1). | Krieger, A. | 6.1 |
| 04/07/2009 | O/c with KP re meet and conference re insurance litigation (.2); t/c Mark Shelnitz re Libby trial, financing and related matters (.3); review Federal Mogul decision by Judge Fitzgerald re assignability of insurance policy and upheld by Dist. Ct. (.4). | Kruger, L. | 0.9 |
| 04/07/2009 | Prep for and meeting with all parties re confirmation witnesses (5.5); review case law re plan issues (.8). | Pasquale, K. | 6.3 |
| 04/08/2009 | Attend to relevant case law (2.4); conference call KP, Ted Freeman, D. Boll re Committee's objection to non-lender treatment and subsequent office conference KP re same (.6). | Krieger, A. | 3.0 |
| 04/08/2009 | Conference call with T. Freedman, others, A. Krieger re Class 9 issues (.6); telephone conference T. Freedman re same (.2); confer A. Krieger re same (.3). | Pasquale, K. | 1.1 |
| 04/09/2009 | Create LiveNote database (.2); attend to access rights and load deposition transcript of Richard Finke (.8). | Cromwell, M. | 1.0 |
| 04/09/2009 | Review Class 9 POR issues. | Kruger, L. | 0.3 |
| 04/09/2009 | Review Finke deposition transcripts (.8); review POR re Class 9 issues raised by debtors (.6). | Pasquale, K. | 1.4 |
| 04/10/2009 | Attend to CNA 30(b)(6) deposition topics and applicable plan provisions (1.1); attend to deposition notices by OneBeacon and Seaton Insurance Cos, Travelers and Allstate (.3); attend to Whitehouse expert report (.7). | Krieger, A. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/11/2009 | Attend to Whitehouse expert report (.8); attend to modifications of Class 9 plan text and potential amendment in confirmation order (1.4); attend to Frank and Spear expert reports (.5). | Krieger, A. | 2.7 |
| 04/12/2009 | Attend to preparation of draft modifications of class 9 (non-lender) plan text and draft stipulation. | Krieger, A. | 1.6 |
| 04/13/2009 | Meeting w/ K. Pasquale re plan confirmation objection. | Harris, D. | 0.2 |
| 04/13/2009 | Attend to Class 9 plan modifications and stipulation (4.5); and office conferences KP re same (.5); memorandum with KP re 4/14/09 meet and confer (.1); attend to March 9, 2009 hearing transcript and order approving solicitation procedures re modification of plan objection deadline (.5); attend to expert report by ACC experts (1.1); attend to feasibility case law (.6); attend to prior hearing transcripts re confirmation objections (.6). | Krieger, A. | 7.9 |
| 04/13/2009 | Confer A. Krieger re plan issues and proposed amendment (.4); telephone conference T. Freedman re same (.3); review discovery demands to debtors from various parties (.4). | Pasquale, K. | 1.1 |
| 04/14/2009 | Attend to newly filed deposition notices and related materials (1.4); attend to hearing transcripts re plan objections (1.8); preparation for and conference with T. Freedman, representatives of all parties re continued meet and confer on confirmation issues (1.3);  attend to expert reports (.3);  attend to updated K&E deposition calendar and exchanged memoranda with KP re same (.3); memorandum to KP re meet and confer (1.4); attend to case law re confirmation issues (.6). | Krieger, A. | 7.1 |
| 04/14/2009 | Review deposition notice (.6); review POR objections in transcript (.8). | Kruger, L. | 1.4 |
| 04/15/2009 | Attend to preparation of modified treatment for Class 9 (non-lender) claims (.4); attend to hearing transcripts (2.7); attend to discovery responses (.6); memorandum to Capstone re | Krieger, A. | 4.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Class 9 plan treatment (.5). | | |
| 04/15/2009 | Review hearing transcripts (.4); review treatment of non-bank claims (.2). | Kruger, L. | 0.6 |
| 04/15/2009 | Attention to impairment issues and draft stipulation re non-bank claims treatment. | Pasquale, K. | 0.8 |
| 04/16/2009 | Telephone call R. Frezza, J. Dolan re Class 9 plan treatment (.7); attend to modified plan treatment and memorandum to KP re same (1.8); attend to hearing transcripts re confirmation issues (1.3); attend to newly filed 30(b)(6) notices and related emails (.8). | Krieger, A. | 4.6 |
| 04/16/2009 | Status of discovery issues (.1); review transcript (.6). | Kruger, L. | 0.7 |
| 04/17/2009 | Attend to revised stipulation re modifying plan treatment (.5); attend to hearing transcripts for plan objections (.2); conference call D. Fournier re plan treatment and follow-up office conference KP (.6); attend to discovery responses and Debtors' witness advice (.6). | Krieger, A. | 1.9 |
| 04/17/2009 | Review stipulation modifying POR (.2); review draft Confidentiality Agreement (.2). | Kruger, L. | 0.4 |
| 04/17/2009 | Review draft revised stipulation re non-lender claims treatment (.4); review latest draft confidentiality agreement (.4); review e-mails from various parties re Phase I witnesses (.3). | Pasquale, K. | 1.1 |
| 04/19/2009 | Attend to hearing transcripts re plan objections. | Krieger, A. | 0.7 |
| 04/20/2009 | Reviewed pleadings for objection to plan confirmation and drafted objections to plan confirmation. | Harris, D. | 2.6 |
| 04/20/2009 | Attend to protective order memoranda (.1); attend to memoranda re 30(b)(6) depositions and discovery materials (.9); office conference DH re Committee's objection to confirmation (.2). | Krieger, A. | 1.2 |
| 04/20/2009 | Review 30(b)(6) deposition responses. | Kruger, L. | 0.3 |
| 04/20/2009 | Attention to respective 30(b)(6) notices and e- | Pasquale, K. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | mails between parties re same. | | |
| 04/21/2009 | Attend to Texas Comptroller's plan objection (.1); memoranda re discovery and deposition of Peter Lockwood (.3); memorandum to K. Love re Scott & Westbrook depositions (.2). | Krieger, A. | 0.6 |
| 04/21/2009 | Review discovery issue e-mails. | Kruger, L. | 0.2 |
| 04/21/2009 | Discovery issues and e-mails re same. | Pasquale, K. | 0.9 |
| 04/22/2009 | Exchanged memoranda with KP re depositions (.1); attend to J. Bear memoranda and responses thereto re third amended CMO and prepared comments thereon (.5); attend to T. Freedman response re requested financial materials for Capstone (.1); attend to deposition schedule (.1). | Krieger, A. | 0.8 |
| 04/22/2009 | Review CMO and e-mails re same. | Kruger, L. | 0.3 |
| 04/22/2009 | Review amended CMO and e-mails re same. | Pasquale, K. | 0.5 |
| 04/23/2009 | Attend to default interest case and memorandum to LK re same (2.3); attend to deposition calendar and memorandum to Debtors' counsel re same  (.2); attend to multiple memoranda re third amended CMO (.2); attend to memoranda re protective order (.7); attend to newly filed deposition notices (.1). | Krieger, A. | 3.5 |
| 04/23/2009 | Review discovery e-mails. | Kruger, L. | 0.2 |
| 04/23/2009 | Review revised protective order (.3); e-mails re discovery issues (.3). | Pasquale, K. | 0.6 |
| 04/24/2009 | Memorandum to KP re meet and confer on protective order (.1); memorandum to J. Baer re same (.1); attend to related correspondence and pleadings including Arrowood's motion to strike (.9); attend to newly filed discovery  (.5); attend to further revised third amended CMO and related COC and memorandum to J. Baer re additional changes (.3);  attend to meet and confer re protective order, third amended CMO, Libby discovery issues (.6); memorandum to KP re discovery status (.9). | Krieger, A. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/24/2009 | Review revised CMO and e-mails re same (.3); review AK memo re meet and confer and open issues (.2); review B. Harding schedule re depositions (.2). | Kruger, L. | 0.7 |
| 04/24/2009 | Review memo re discovery status (.2); review B. Harding letter and chart re 30(b)(6) depositions (.6). | Pasquale, K. | 0.8 |
| 04/26/2009 | Attend to C. Candon correspondence re Libby claimants' protective order (.7); attend to B. Harding correspondence re Grace 30(b)(6) witnesses and topics memorandum (.2). | Krieger, A. | 0.9 |
| 04/27/2009 | Attend meet and confer re discovery issues (.7); attend to C. Candon correspondence re Libby claimants e-mail (.1); exchanged memoranda with M. Gaytan re: P. Lockwood's deposition (.2);attend to memoranda re Libby claimants' perpetuation depositions (.1); attend to discovery notices and related materials (.8). | Krieger, A. | 1.9 |
| 04/27/2009 | Review Libby Motion to Strike Florence report (.2); review Libby Phase II postponement motion (.2). | Kruger, L. | 0.4 |
| 04/27/2009 | Confer A. Krieger re discovery issues (.3); review Libby motions to postpone Phase II (.5) and strike Florence report (.3). | Pasquale, K. | 1.1 |
| 04/28/2009 | Office conference LK re deposition schedules, Libby trial (.4); memorandum to D. Cohn re conference call on depositions (.1); follow up memorandum to J. Boerger re same (.1); attend depositions' conference call (.9); memoranda, office conference KP re same (.2); attend to newly filed deposition notices and multiple memoranda re Lockwood deposition (.9). | Krieger, A. | 2.6 |
| 04/28/2009 | O/c with AK re Libby depositions (.4); review notices and memo re Lockwood deposition (.4). | Kruger, L. | 0.8 |
| 04/28/2009 | Conference call with plan objectors re discovery issues (.8); review e-mails re same (.3). | Pasquale, K. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/29/2009 | Continue drafting objections to plan confirmation. | Harris, D. | 1.3 |
| 04/29/2009 | Attend to deposition notices and schedule (.8); memorandum to LK re P. Lockwood's deposition (.1); memorandum to M. Gaytan re Posner deposition (.1); memorandum to Ted Freedman re inquiry regarding receipt of financial materials requested by Capstone (.2); telephone call K. Love re: deposition (.3); attend to Finke deposition and memorandum to KP re same (.4). | Krieger, A. | 1.9 |
| 04/29/2009 | Review memo from AK re Lockwood deposition. | Kruger, L. | 0.1 |
| 04/30/2009 | Attend to materials for Lockwood deposition (.9); attend to memoranda re deposition of Hughes, LaForce and Finke and response thereto (.3). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cromwell, Marlon E. | 1.0 | $ 235 | $ 235.00 |
| Harris, Daniel J. | 4.1 | 325 | 1,332.50 |
| Krieger, Arlene G. | 70.7 | 675 | 47,722.50 |
| Kruger, Lewis | 9.3 | 995 | 9,253.50 |
| Pasquale, Kenneth | 19.5 | 825 | 16,087.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 74,631.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 74,631.00 |
|-----------------------|-------------|

# STROOCK

| RE | Hearings<br>699843  0037 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2009 | Attend (telephonically) omnibus hearing re motion for final approval of ZAI settlement, arguments on Kaneb motions for stay relief. | Krieger, A. | 2.5 |
| 04/01/2009 | O/c AK re 4/1/09 court hearing. | Kruger, L. | 0.2 |
| 04/01/2009 | Prep for and participated at omnibus court hearing. | Pasquale, K. | 2.8 |
| 04/02/2009 | Office conference KP re 4/1/09 hearing. | Krieger, A. | 0.1 |
| 04/21/2009 | Attend to agenda for 4/27/09 hearing and exchange memoranda with LK, KP re same (.2); exchanged memoranda with J. Baer re same (.2). | Krieger, A. | 0.4 |
| 04/22/2009 | Attend to J. Baer memorandum re 4/27/09 hearing to be telephonic with no contested matters. | Krieger, A. | 0.1 |
| 04/27/2009 | Attend telephonic omnibus court hearing re Macerich settlement, amended confirmation CMO, discovery issues. | Krieger, A. | 0.5 |
| 04/27/2009 | Participated by telephone in omnibus court hearing. | Pasquale, K. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.6 | $ 675 | $ 2,430.00 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 3.4 | 825 | 2,805.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,434.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,434.00 |
|-----------------------|-----------|

# STROOCK

| | | |
|---|---|---|
| RE | Employment Applications - Others<br>699843  0040 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2009 | Attend to proposed form of order approving Seale & Associates and retention terms and memorandum to J. Baer re additional questions and comments. | Krieger, A. | 2.8 |
| 04/08/2009 | Exchanged memoranda with J. Baer re information materials on Seale & Associates (.1); reviewed materials on memorandum to Capstone re same (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.1 | $ 675 | $ 2,092.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,092.50 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 2,092.50 | |

# STROOCK

| RE | Relief from Stay Proceedings |
|---|---|
|  | 699843  0041 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2009 | Review Kaneb's responses to objections filed to lift stay motions. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 675 | $ 337.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 337.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 337.50 |
|---|---|

# STROOCK

| RE | Tax Issues |
|----|------------|
|    | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/23/2009 | Exchanged memorandum with J. Dolan re Debtors' motion for tax settlement. | Krieger, A. | 0.1 |
| 04/29/2009 | Attend to Debtors' motion re settlement with IRS (carryback of SSL) (.9); memoranda to J. Dolan re same and conference call to discuss questions (.2). | Krieger, A. | 1.1 |
| 04/30/2009 | Conference call J. Dolan, R. Frezza re tax settlement, other. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-------------------|-------|------|-------|
| Krieger, Arlene G. | 1.7 | $ 675 | $ 1,147.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,147.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,147.50 |
|-----------------------|------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 190,386.00 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,545.41 |
| TOTAL BILL | $ 191,931.41 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM