# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2009 - APRIL 30, 2009**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 21.9 | $ 995 | $ 21,790.50 |
| Pasquale, Kenneth | 34.2 | 825 | 28,215.00 |
| | | | |
| **Associates** | | | |
| Harris, Daniel J. | 4.1 | 325 | 1,332.50 |
| Keppler, Abbey L. | 2.8 | 675 | 1,890.00 |
| Krieger, Arlene G. | 180.7 | 675 | 121,972.50 |
| | | | |
| **Paraprofessionals** | | | |
| Cromwell, Marlon E. | 1.0 | 235 | 235.00 |
| Holzberg, Ethel H. | 18.3 | 275 | 5,032.50 |
| Mohamed, David | 55.1 | 180 | 9,918.00 |
| | | | |
| **Sub Total** | **318.1** | | **$ 190,386.00** |
| **Less 50% Travel** | **(3.7)** | | **(2,797.50)** |
| **Total** | **314.4** | | **$ 187,588.50** |