# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2009 - APRIL 30, 2009**

| | |
|---|---:|
| Outside Messenger Service | $ 49.77 |
| Local Transportation | 202.20 |
| Long Distance Telephone | 148.54 |
| Duplicating Costs-in House | 79.20 |
| Word Processing | 90.00 |
| Travel Expenses - Transportation | 586.70 |
| Westlaw | 389.00 |
| | |
| **TOTAL** | **$ 1,545.41** |

# STROOCK

## Disbursement Register

| | |
|---|---|
| DATE | May 19, 2009 |
| INVOICE NO. | 474637 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through April 30, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 04/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827149; DATE: 04/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196373689 on 03/30/2009 | 5.99 |
| 04/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827149; DATE: 04/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196525907 on 03/30/2009 | 5.99 |
| 04/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827149; DATE: 04/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198080910 on 03/30/2009 | 5.99 |
| 04/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827149; DATE: 04/04/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198795498 on 03/30/2009 | 5.99 |
| 04/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827169; DATE: 04/18/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190968806 on 04/15/2009 | 5.84 |
| 04/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827169; DATE: 04/18/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 5.84 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191396020 on 04/15/2009 | |
| 04/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827169; DATE: 04/18/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193078834 on 04/15/2009 | 8.29 |
| 04/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827169; DATE: 04/18/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193474012 on 04/15/2009 | 5.84 |
| | **Outside Messenger Service Total** | **49.77** |

**Local Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/06/2009 | VENDOR(EE): AKRIEGER: 03/30/09 - 03/30/09; DATE: 04-06-2009; Taxi fare to NY Penn Station - 03/30/2009 | 12.00 |
| 04/06/2009 | VENDOR(EE): AKRIEGER: 03/30/09 - 03/30/09; DATE: 04-06-2009; Taxi fare from Wilmington Amtrak Station to Drinker Biddle Offices - 03/30/2009 | 10.00 |
| 04/06/2009 | VENDOR(EE): AKRIEGER: 03/30/09 - 03/30/09; DATE: 04-06-2009; Taxi fare from Hotel Dupont (across the Street from Drinker Biddle Offices) to Wilmington Amtrak Station - 03/30/2009 | 10.00 |
| 04/06/2009 | VENDOR(EE): AKRIEGER: 03/30/09 - 03/30/09; DATE: 04-06-2009; Taxi fare from NY Penn Station to home - 03/30/2009 | 15.00 |
| 04/06/2009 | VENDOR(EE): KPASQUALE: 04/01/09 - 04/01/09; DATE: 04-06-2009; Travel to court hearing in Wilmington, DE on 4/1/09 | 149.20 |
| 04/06/2009 | VENDOR(EE): KPASQUALE: 04/01/09 - 04/01/09; DATE: 04-06-2009; Travel to court hearing in Wilmington, DE on 4/1/09 | 6.00 |
| | **Local Transportation Total** | **202.20** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/01/2009 | EXTN.795544, TEL.8148632782, S.T.14:04, DUR.00:01:37 | 1.11 |
| 04/02/2009 | EXTN.795475, TEL.2146983868, S.T.12:21, DUR.00:01:25 | 1.11 |
| 04/03/2009 | EXTN.795544, TEL.3058820026, S.T.11:47, DUR.00:06:57 | 3.89 |
| 04/03/2009 | EXTN.795562, TEL.2015412126, S.T.16:48, DUR.00:09:43 | 5.56 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/06/2009 | EXTN.795544, TEL.4144753176, S.T.16:02, DUR.00:01:36 | 1.11 |
| 04/07/2009 | EXTN.795430, TEL.4105314212, S.T.16:45, DUR.00:12:52 | 7.23 |
| 04/09/2009 | EXTN.795562, TEL.3027776565, S.T.10:49, DUR.00:01:38 | 1.11 |
| 04/09/2009 | EXTN.795562, TEL.2019601510, S.T.11:20, DUR.00:06:53 | 3.89 |
| 04/13/2009 | EXTN.795544, TEL.2015877144, S.T.10:57, DUR.00:00:49 | 0.56 |
| 04/14/2009 | EXTN.795808, TEL.8605013396, S.T.13:10, DUR.00:00:10 | 0.56 |
| 04/15/2009 | EXTN.795475, TEL.3026574938, S.T.15:08, DUR.00:07:14 | 4.45 |
| 04/17/2009 | EXTN.795562, TEL.3027776565, S.T.14:05, DUR.00:15:56 | 8.90 |
| 04/22/2009 | VENDOR: Chase Card Services; INVOICE#: 040209; DATE: 4/2/2009  -  visa charge 03/02/09 Court Call, LLC | 31.50 |
| 04/22/2009 | VENDOR: Chase Card Services; INVOICE#: 040209; DATE: 4/2/2009  -  visa charge 03/16/09 Court Call, LLC | 77.00 |
| 04/30/2009 | EXTN.795544, TEL.2015877144, S.T.10:51, DUR.00:00:35 | 0.56 |
| **Long Distance Telephone Total** | | **148.54** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 04/03/2009 | | 0.40 |
| 04/06/2009 | | 0.20 |
| 04/13/2009 | | 24.20 |
| 04/22/2009 | | 1.50 |
| 04/29/2009 | | 15.20 |
| 04/29/2009 | | 14.40 |
| 04/29/2009 | | 0.20 |
| 04/30/2009 | | 4.30 |
| 04/30/2009 | | 10.60 |
| 04/30/2009 | | 0.20 |
| 04/30/2009 | | 8.00 |
| **Duplicating Costs-in House Total** | | **79.20** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 04/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE NYP WIL NYP on 03/09/2026 | 238.00 |
| 04/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 03/09/2026 | 32.25 |
| 04/08/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 03/09/2002 | 284.20 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/08/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 03/09/2002 | 32.25 |
| 04/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE NYP WIL NYP on 03/09/2026 | -238.00 |
| 04/08/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 03/09/2026 | -32.25 |
| 04/08/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 03/09/2002 | -284.20 |
| 04/08/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 03/09/2002 | -32.25 |
| 04/23/2009 | VENDOR: AMEX; KRIEGER/ARLENE NYP WIL NYP on 03/26/2009 | 238.00 |
| 04/23/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 03/26/2009 | 32.25 |
| 04/23/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 03/02/2009 | 284.20 |
| 04/23/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 03/02/2009 | 32.25 |
| | **Travel Expenses - Transportation Total** | **586.70** |

**Westlaw**

| | | |
|---|---|---:|
| 04/07/2009 | Transactional Search by Krieger, Arlene G. | 258.50 |
| 04/21/2009 | Transactional Search by Pasquale, Kenneth | 103.00 |
| 04/23/2009 | Transactional Search by Krieger, Arlene G. | 27.50 |
| | **Westlaw Total** | **389.00** |

**Word Processing - Logit**

| | | |
|---|---|---:|
| 04/26/2009 | | 90.00 |
| | **Word Processing - Logit Total** | **90.00** |

# STROOCK

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 49.77 |
| Local Transportation | 202.20 |
| Long Distance Telephone | 148.54 |
| Duplicating Costs-in House | 79.20 |
| Word Processing | 90.00 |
| Travel Expenses - Transportation | 586.70 |
| Westlaw | 389.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,545.41 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM