IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that certain lenders under the Prepetition Bank Credit Facilities[1] (the "Bank Lender Group"),[2] by their undersigned counsel, hereby appeal pursuant to 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8001(a) the following opinion and order of the United States Bankruptcy Court for the District of Delaware entered in the above-captioned cases on the 19th day of May, 2009:

| Docket Number | Title |
|---|---|
| 21747 | Memorandum Opinion |

---

[1] The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements"). The Administrative Agent under the Credit Agreements submitted proofs of claim nos. 9159 and 9168 dated March 27, 2003 for amounts owed on account of the Credit Agreements.

[2] The Bank Lender Group includes (i) Anchorage Advisors, LLC; (ii) Allen & Co., (iii) Avenue Capital Group; (iv) Babson Capital Management LLC; (v) Bass Companies; (vi) Caspian Capital Advisors, LLC; (vii) Catalyst Investment Management Co., LLC; (viii) Cetus Capital, LLC, (ix) DE Shaw Laminar Portfolios, LLC; (x) Goldman Sachs & Co. (as ex officio member); (xi) Halcyon Asset Management LLC; (xii) Intermarket Corp.; (xiii) JP Morgan Chase, N.A. Credit Trading Group; (xiv) Loeb Partners Corporation; (xv) MSD Capital, L.P.; (xvi) Normandy Hill Capital, L.P.; (xvii) Onex Debt Opportunity Fund Ltd.; (xviii) P. Schoenfeld Asset Management, LLC; (xix) Restoration Capital Management, LLC; and (xx) Royal Bank of Scotland, PLC.

21747       Order Sustaining Debtors' Objection to Unsecured Claims Insofar as Claims Include Postpetition Interest at the Contract Default Rate

   Copies of each of the Memorandum Opinion and Order Sustaining Debtors' Objection to Unsecured Claims are attached hereto respectively as Exhibits A and B.

   The names of all parties to the opinion and order being appealed and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:  Bank Lender Group**

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York  10019-6064<br>(212) 373-3000 (tel)<br>(212) 757-3990 (fax)<br>Attn:   Stephen J. Shimshak<br>   Andrew N. Rosenberg<br>   Margaret A. Phillips | Landis, Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, Delaware  19899<br>(302) 467-4400 (tel)<br>(302) 467-4450 (fax)<br>Attn:   Richard S. Cobb<br>   James S. Green, Jr. |

**Appellees:**

**1. W.R. Grace, *et al.*, Debtors**

| | |
|---|---|
| Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, New York  10022<br>(212) 446-4800 (tel)<br>(212) 446-4900 (fax)<br>Attn:   David M. Bernick<br>   Theodore L. Freedman<br>   Eric F. Leon | Pachulski, Stang, Ziehl & Jones LLP<br>919 North Market Street, 17th floor<br>Post Office Box 8705<br>Wilmington, Delaware  19899-8705<br>(302) 652-4100 (tel)<br>(302) 652-4400 (fax)<br>Attn:   Laura Davis Jones<br>   James E. O'Neill<br>   Timothy P. Cairns |

**2. Official Committee of Equity Holders**

| | |
|---|---|
| Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>(212) 715-9100 (tel)<br>(212) 715-8000 (fax)<br>Attn:   Philip Bentley<br>   Douglas H. Mannal<br>   Keith Martorana | Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899<br>(302) 421-6800 (tel)<br>(302) 421.6813 (fax)<br>Attn:   Teresa K.D. Currier |

**Other Parties:**

**1. Official Committee of Unsecured Creditors**

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (tel)
(212) 806-6006 (fax)
Attn:  Lewis Kruger
            Kenneth Pasquale

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
(302) 657-4942 (tel)
(302) 657-4901 (fax)
Attn:  Michael R. Lastowski
            Richard W. Riley
            William S. Katchen

**2. JPMorgan Chase Bank, N.A., as Administrative Agent**

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000 (tel)
(212) 455-2502 (fax)
Attn:  Peter V. Pantaleo
            William T. Russell, Jr.
            Amiad Kushner

Landis, Rath & Cobb LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware  19899
(302) 467-4400 (tel)
(302) 467-4450 (fax)
Attn:  Richard S. Cobb
            James S. Green, Jr.

Dated: Wilmington, Delaware
           May 29, 2009

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
A Member of the Firm
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware  19899
(302) 467-4400 (tel)
(302) 467-4450 (fax)

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York  10019-6064
(212) 373-3000 (tel)
(212) 757-3990 (fax)
*Attorneys for The Bank Lender Group*

3