## EXHIBIT A

### Case Administration (183.30 Hours; $ 96,800.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.10 | $840 | 3,444.00 |
| Bernard Bailor | 124.70 | $630 | 78,561.00 |
| Rita C. Tobin | .20 | $530 | 106.00 |
| Kirsten Burmester | 16.30 | $320 | 5,216.00 |
| Andrew J. Sackett | 13.90 | $295 | 4,100.50 |
| Michael C. Greene | 12.40 | $235 | 2,914.00 |
| David B. Smith | 2.00 | $235 | 470.00 |
| Eugenia Benetos | 9.70 | $205 | 1,988.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/09 | BSB | 630.00 | 8.00 | Work on expert reports (3.7); telephone conference with Dr. Freidman (.5); review Libby transcripts (3.8). |
| 04/01/09 | PVL | 840.00 | 2.70 | Confer w/Conaway (.4); attend omni hearing (2.3). |
| 04/01/09 | MCG | 235.00 | 1.00 | Per KB, conduct PACER docket search for requested filings in Libby, MT criminal case and assemble copies of same for attorney review. |
| 04/01/09 | AJS | 295.00 | 2.50 | Legal research and preparation of memo regarding hearsay exceptions. |
| 04/02/09 | BSB | 630.00 | 7.70 | Start reviewing Locke transcript (4.3); work on Welch expert report (1.3); work on other expert issues (2.1). |
| 04/02/09 | AJS | 295.00 | 2.20 | Legal research and preparation of memo regarding hearsay exceptions. |
| 04/03/09 | BSB | 630.00 | 7.00 | Work on expert reports (5.6); telephone conference with Gary Freidman (3) (.9); telephone conference with Dr. Hammar (.5). |
| 04/03/09 | DBS | 235.00 | 1.50 | Review expert backup materials and create list of missing materials for attorney review. |
| 04/03/09 | AJS | 295.00 | 3.20 | Legal research regarding hearsay exceptions and preparation of memo regarding same. |
| 04/05/09 | AJS | 295.00 | 1.50 | Legal research regarding hearsay exceptions and preparation of memo regarding same. |

| 04/06/09 | BSB | 630.00 | 8.20 | Telephone conference with Freidman (5) (1.1); telephone conference with Hammar's office (.3); work on expert matters (6.8). |
|---|---|---|---|---|
| 04/06/09 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 04/06/09 | AJS | 295.00 | 4.50 | Preparation of memo regarding hearsay exceptions. |
| 04/07/09 | BSB | 630.00 | 6.80 | Review of expert reports, Parker, Weil and Florence (6.8). |
| 04/08/09 | BSB | 630.00 | 7.10 | Read Frank trial testimony (4.6); work with template (2.3); various e-mails (.2). |
| 04/09/09 | BSB | 630.00 | 8.40 | Telephone conference with Jon Heberling regarding discovery (.5); telephone conference with Dr. Stockman regarding medical records (.4); meeting with NDF regarding various (.5); send transcript to Heberling (.3); continue review Frank testimony (2.6); work on Whitehouse issues (4.1). |
| 04/09/09 | MCG | 235.00 | 1.00 | Per JPW, print and assemble all recently filed rebuttal expert reports for attorney review. |
| 04/10/09 | BSB | 630.00 | 4.60 | Research ASTOR Libby studies (1.6); work on expert cross examination (3.0). |
| 04/10/09 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 04/10/09 | MCG | 235.00 | 1.00 | Per JPW, print and assemble all recently filed rebuttal expert reports for attorney review. |
| 04/13/09 | PVL | 840.00 | 0.20 | Review 15 miscellaneous filings. |
| 04/15/09 | PVL | 840.00 | 0.10 | Review 12 miscellaneous filings. |
| 04/17/09 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 04/20/09 | BSB | 630.00 | 7.80 | E-mails:  Hammar - Friedman & Stockman (.8); deposition preparation regarding EPA SAB positions (1.7); read trial testimony (2.4); Libby witness - review (2.9). |
| 04/20/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 04/20/09 | KB | 320.00 | 1.30 | Researched restitution issues. |

| Date | | | | |
|---|---|---|---|---|
| 04/21/09 | BSB | 630.00 | 8.00 | PVNL, EI, NDF, regarding Independent Medical Exams (.4); research - Libby Medical Records (3.6); e-mails - Heherling regarding depositions and stipulation; review deposition notice (.6); cc:  NDF-JPW-Barbara Harding; Brian Stamsbray, (.5) et al regarding Libby IME; factual research (2.3); various scheduling matters (.6). |
| 04/21/09 | PVL | 840.00 | 0.20 | Review 10 miscellaneous filing (.1); review agenda and email Hurford (.1). |
| 04/21/09 | DBS | 235.00 | 0.50 | Compile criminal trial transcripts from Debtor. |
| 04/21/09 | KB | 320.00 | 6.40 | Researched restitution issues. |
| 04/22/09 | BSB | 630.00 | 8.20 | Review of medical articles regarding environmental conditions regarding Libby, MT (4.3); review transcripts (2.7); read e-mails (1.2). |
| 04/22/09 | KB | 320.00 | 1.40 | Researched restitution issues. |
| 04/23/09 | BSB | 630.00 | 7.40 | Review of deposition notices (.4); digest of Whitehouse testimony (deposition) (4.3); e-mail Heherling - objection to expert report (1.2); discussions with JPW and Grace counsel regarding strategy (1.5). |
| 04/23/09 | KB | 320.00 | 7.20 | Drafted memo on restitution issues for WBS. |
| 04/24/09 | BSB | 630.00 | 4.60 | Continue work on Whitehouse testimony (3.4); various e-mails (1.2). |
| 04/24/09 | PVL | 840.00 | 0.30 | Review 5 miscellaneous filings (.1); review SLL settlement motion w/IRS (.2). |
| 04/24/09 | EB | 205.00 | 1.00 | Perform review on Westlaw re: Manville case law for EI. (1) |
| 04/27/09 | BSB | 630.00 | 7.50 | Research and obtain article for expert witness (ATS-ERS) (1.5); Whitehouse cross preparation (3.3); research:  Fishman's Pulmonary Disease and Disorders (1.6); Libby witness - deposition preparation (1.1). |
| 04/27/09 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 04/27/09 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update. |

| 04/27/09 | EB | 205.00 | 1.50 | Perform review of EI's diaries re: Senator meeting. T/C with APB request for client report from 92-94. (.5); and perform review of payment schedule and case book binders. Email APB and JR re: status of payment schedule. (1) |
| 04/28/09 | BSB | 630.00 | 0.50 | Read Libby motion (.5). |
| 04/28/09 | BSB | 630.00 | 7.10 | Review e-mail from Stockman regarding Sifke (.3); various pleadings review (1.1); work on stipulation (2.8); work on Libby witness (2.9). |
| 04/28/09 | PVL | 840.00 | 0.10 | Review 13 miscellaneous filings. |
| 04/28/09 | MCG | 235.00 | 3.40 | Per ALV, conduct files and PACER docket search for documents and other evidence related to Chapter 11 Chronology. |
| 04/28/09 | EB | 205.00 | 5.50 | Perform review of payment schedule re: fee auditor reductions and final application payments. Email JR, APB, and RCT. Email local counsel re: plan provision. (.5); review of TDP as per EI's instructions. Note differences in language in each draft. (5) |
| 04/29/09 | BSB | 630.00 | 9.50 | Deposition scheduling and problems (5.2); telephone conference with Dr. Freidman (.2); telephone conference with Dr. Stockman (.3); e-mails to/from Heberhig (.9); deposition preparation (2.9). |
| 04/29/09 | MCG | 235.00 | 2.00 | Per ALV, conduct files and PACER docket search for documents and other evidence related to Chapter 11 Chronology. |
| 04/29/09 | EB | 205.00 | 0.70 | As per EI's request retrieve and print Grace TDPs. (.5); check status of boxes from warehouse. (.2) |
| 04/30/09 | BSB | 630.00 | 6.30 | Deposition scheduling issues (1.6); review IARD paper (.3); telephone conference with Freidman (.2); read various motion papers (1.3); work on expert report and deposition (2.9). |
| 04/30/09 | MCG | 235.00 | 4.00 | Per ALV, conduct files and PACER docket search for documents and other evidence related to Chapter 11 Chronology and organize same for attorney review. |

| 04/30/09 | EB | 205.00 | 1.00 | Perform search for memo re: Julie Davis TDP drafts for EI. (1) |
|----------|-----|--------|------|------|

**Total Task Code .04**        **183.30**

## Claim Analysis Objection & Resolution (Asbestos) (.90 Hours; $ 756.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|----------|--|-----------------|--|--------------|-------|
| Peter Van N. Lockwood | | .90 | | $840 | 756.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/17/09 | PVL | 840.00 | 0.30 | Review Grace app brief re CA PD claims. |
| 04/22/09 | PVL | 840.00 | 0.40 | Review objs to MCC claims. |
| 04/29/09 | PVL | 840.00 | 0.20 | Review motion re Erisa settlement. |

**Total Task Code .05**        **.90**

## Committee, Creditors', Noteholders' or Equity Holders' (1.50 Hours; $ 795.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|----------|--|-----------------|--|--------------|-------|
| Rita C. Tobin | | 1.50 | | $530 | 795.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/28/09 | RCT | 530.00 | 1.00 | Emails re claimant issues (.5); research re claimant issues (.5) |
| 04/30/09 | RCT | 530.00 | 0.50 | Address claimant issue (.5) |

**Total Task Code .07**        **1.50**

## Employee Benefits/Pension (.60 Hours; $ 536.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $920 | 368.00 |
| Peter Van N. Lockwood | .20 | $840 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/07/09 | EI | 920.00 | 0.30 | LTIP and Emp. Agmt issues with Hurford (.3). |
| 04/08/09 | PVL | 840.00 | 0.20 | Review Rapp memo re pending motions. |
| 04/09/09 | EI | 920.00 | 0.10 | LTIP/Emp. Agmt. motions response. |

**Total Task Code .08      .60**

## Employment Applications, Others (.20 Hours; $ 106.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .20 | $530 | 106.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/09/09 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |

**Total Task Code .10      .20**

## Fee Applications, Applicant (6.70 Hours; $ 2,901.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.70 | $530 | 2,491.00 |
| Eugenia Benetos | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/06/09 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 04/07/09 | RCT | 530.00 | 1.00 | Review pre-bills (1.0) |
| 04/08/09 | RCT | 530.00 | 1.00 | Review exhibits (1.0) |
| 04/15/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 04/20/09 | EB | 205.00 | 0.50 | T/C with APB re: committee member expenses to Motley Rice.  Draft letter and enclose check (.5) |
| 04/22/09 | EB | 205.00 | 1.00 | Work on monthly fee application. (1) |
| 04/24/09 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 04/27/09 | RCT | 530.00 | 1.00 | Emails re fee issue (1.0) |
| 04/29/09 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 04/30/09 | RCT | 530.00 | 0.20 | Review fee application schedule for May (.2) |

**Total Task Code .12**        **6.70**

**Hearings (.50 Hours; $ 420.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $840 | 420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/27/09 | PVL | 840.00 | 0.50 | Participate in telephonic omni hearing. |

**Total Task Code .15**        **.50**

**Litigation and Litigation Consulting (166.70 Hours; $ 85,556.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|----------------|--------------|-------|
| Elihu Inselbuch | 9.10 | $920 | 8,372.00 |
| Walter B. Slocombe | 15.40 | $720 | 11,088.00 |
| Nathan D. Finch | 32.30 | $610 | 19,703.00 |
| James P. Wehner | 62.90 | $495 | 31,135.50 |
| Adam L. Vangrack | 33.70 | $360 | 12,132.00 |
| David B. Smith | 13.30 | $235 | 3,125.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/01/09 | EI | 920.00 | 0.10 | Memo Rice re: Edwards judgment. |
| 04/01/09 | JPW | 495.00 | 1.80 | Review Libby discovery issues and transcripts |
| 04/08/09 | WBS | 720.00 | 0.80 | Review various filings and orders/ruling re victim definition and issues in trial court. |
| 04/10/09 | JPW | 495.00 | 1.50 | Review expert reports |
| 04/13/09 | WBS | 720.00 | 0.20 | Conference with KB re status of research on restitution issues. |
| 04/13/09 | JPW | 495.00 | 5.10 | Review Whitehouse expert reports (2.8); e-mails re depositions (.7); telephone conference with NDF re depositions (.3); read Heberlig correspondence (.5); review witness list (.8) |
| 04/14/09 | JPW | 495.00 | 3.60 | Review expert reports (2.8); telephone conference with B. Stansberry re depositions (.2); e-mails re depositions (.6) |
| 04/15/09 | JPW | 495.00 | 5.40 | Research Libby issues (2.3); review expert report backup (2.0); e-mails re Libby issues (1.1) |
| 04/16/09 | EI | 920.00 | 0.50 | XBT issues (.5). |
| 04/16/09 | NDF | 610.00 | 2.50 | Plan confirmation discovery and trial prep. |
| 04/16/09 | ALV | 360.00 | 5.40 | Review medical documents related to expert witnesses (1.0); prepare and redact medical documents related to expert witnesses (1.3); review and comment on draft discovery responses (1.1); arrange for service of discovery responses (0.9); confer with M. Hurford and JAL re discovery responses and requests (0.4); review pleadings and research related to expert disqualification (0.7). |

| 04/16/09 | JPW | 495.00 | 6.70 | E-mails re depositions (.7); research medical issues (4.1); deposition outline (1.9) |
| 04/17/09 | DBS | 235.00 | 1.50 | Review correspondence from related bankruptcy proceeding for use in addressing claims by expert. |
| 04/17/09 | ALV | 360.00 | 1.00 | Confer with DNW re case strategy and appeal. |
| 04/17/09 | JPW | 495.00 | 6.80 | Research expert medical issues (4.2); review witness chart (.9); e-mails re discovery issues (1.7) |
| 04/19/09 | WBS | 720.00 | 1.80 | Review deposition transcript of Whitehouse deposition. |
| 04/20/09 | WBS | 720.00 | 0.30 | Review various filings re insurance discovery efforts. |
| 04/20/09 | EI | 920.00 | 0.20 | Attempt to t/c Rice (.1); t/c PVNL re: same (.1). |
| 04/20/09 | NDF | 610.00 | 3.00 | Confirmation hearing trial prep (2.5); emails re same (0.5). |
| 04/20/09 | DBS | 235.00 | 1.00 | Review correspondence from related bankruptcy proceeding for use in addressing claims by expert. |
| 04/20/09 | ALV | 360.00 | 4.00 | Review and comment on written discovery requests and draft discovery responses (2.6); edit draft discovery responses (0.8); confer with M. Hurford and JAL re written discovery and future depositions (0.6). |
| 04/20/09 | JPW | 495.00 | 5.80 | Meet with BSB re expert issues (1.0); research expert issues (3.9); e-mails re same (.9) |
| 04/21/09 | EI | 920.00 | 0.70 | T/c Rice re: Edwards (.2); t/c PVNL re: same (.1); t/c Zonolite claimant (.2); XBT scheduling (.2). |
| 04/21/09 | NDF | 610.00 | 4.30 | Schedule depositions with witnesses (0.5); emails re Libby claimant depositions (1.0); review Peterson report and trial graphics for use in confirmation hearing (1.5); confer with JAL re case issues (0.5); emails to insurer counsel re discovery issues (0.5); email to PVNL re prep for 30(b)(6) (0.3). |
| 04/21/09 | ALV | 360.00 | 2.10 | Research related to upcoming depositions (0.6); review and edit draft discovery responses (1.2); confer with NDF and JAL re discovery status (0.3). |
| 04/22/09 | EI | 920.00 | 0.40 | Teleconference with NDF, PVNL and BSB re: Libby depositions. |

| | | | | |
|---|---|---|---|---|
| 04/22/09 | NDF | 610.00 | 4.50 | Analyze Libby claimant deposition issues and emails re same (2.0); teleconference with EI et al re same (0.4); teleconference with Harding re same (0.3); teleconference with Cohn re Peterson depositions (0.2); emails to/from Heberling re deposition (0.2); emails re S. Hammar stipulated testimony (0.3); emails re trial tasks and Libby claimants (0.4); review Libby claimant medical records chart (0.2); review Grace objection to MCC claim (0.2); review B&W opinion re insurance issues for use in Grace (0.3). |
| 04/22/09 | ALV | 360.00 | 3.20 | Research related to upcoming depositions (1.4); review discovery/deposition requests and recent pleadings and draft responses related to discovery (1.8). |
| 04/22/09 | JPW | 495.00 | 4.00 | E-mails re Libby issues (1.0); meet with BSB re Libby deposition (.8); review deposition schedule (.3); review medical records (.9); telephone conference with EI, PVNL, NDF, BSB re deposition (.5); telephone conference with B. Stansbury and B. Harding re depositions (.5) |
| 04/23/09 | EI | 920.00 | 1.00 | XBT prep planning with PVNL. |
| 04/23/09 | NDF | 610.00 | 4.20 | Draft email correspondence to insurers re lawyer and witness issues (1.0); draft responses to same (0.8); review Malloy order - memos re same to BSB and Harding (0.7); review EI material for deposition (0.5); emails with Heberling re expert issue (0.2); emails to Stansbury re deposition issues (0.5); draft memo re insurance issue (0.5). |
| 04/23/09 | ALV | 360.00 | 1.40 | Review and comment on draft discovery responses (1.0); arrange for service of discovery responses (0.4). |
| 04/23/09 | JPW | 495.00 | 0.40 | Meet with BSB re evidence issues (.2); e-mails re medical records (.2) |
| 04/24/09 | WBS | 720.00 | 1.00 | Review memo on restitution issues. |
| 04/24/09 | EI | 920.00 | 0.70 | T/c Rice re: Edwards judgment status (.2); XBT prep matters (.5). |
| 04/24/09 | NDF | 610.00 | 2.50 | Teleconference with Cohn re discovery issues (0.5); teleconference with plan proponents re same (0.5); |

| | | | | |
|---|---|---|---|---|
| | | | | emails re deposition logistics (0.5); edit stipulation with Libby claimants re insurance issue (0.5); teleconference with Cohn re same (0.5). |
| 04/24/09 | DBS | 235.00 | 2.90 | Compile deposition transcript of a debtor's general counsel from related bankruptcy proceeding (.6); compile additional deposition prep materials (.8); compile pleadings and order from related bankruptcy proceeding (1.5). |
| 04/24/09 | ALV | 360.00 | 1.80 | Confer with M. Hurford re pending discovery and depositions (0.4); review and comment on draft discovery responses (0.9); arrange for service of discovery responses (0.5). |
| 04/24/09 | JPW | 495.00 | 2.30 | Libby expert report issues; e-mails re same (1.3); e-mails re deposition schedule (1.0) |
| 04/25/09 | NDF | 610.00 | 0.50 | Review and respond to emails re discovery issues. |
| 04/26/09 | WBS | 720.00 | 1.50 | Revise summary memo on restitution issues; e-mail to KB re additional work to be done. |
| 04/27/09 | WBS | 720.00 | 1.80 | Research and drafting re restitution issues. |
| 04/27/09 | EI | 920.00 | 1.40 | T/c PVNL re: Edwards judgment status (.1); XBT prep (1.0); Equitas settlement matters and t/c PVNL re: same (.3). |
| 04/27/09 | ALV | 360.00 | 0.50 | Research related to upcoming depositions. |
| 04/27/09 | JPW | 495.00 | 5.40 | Review protective order correspondence (.2); meet with BSB re Libby issues (.9); revise deposition outline (3.2); read discovery pleadings (1.1) |
| 04/28/09 | WBS | 720.00 | 1.50 | Read materials on government summary of their evidence (re evidence of action outside Libby) (0.3); revise memos on issue (1.2). |
| 04/28/09 | EI | 920.00 | 3.90 | Edwards judgment issue (.3); XBT prep (3.5); t/c NDF re: discovery issue (.1). |
| 04/28/09 | NDF | 610.00 | 5.90 | Teleconference with FCR re Libby insurance stipulation (1.0); teleconference with Grace counsel re discovery matters (1.0); respond to email re PVNL deposition (0.5); prepare for PVNL deposition (1.5); emails re deposition logistics (0.6); emails re stipulation about Hammar (0.3); emails re 30(b)(6) |

| | | | | |
|---|---|---|---|---|
| | | | | topics (0.3); teleconference with PVNL and Horkovich re insurance 30(b)(6) topics (0.7). |
| 04/28/09 | DBS | 235.00 | 3.00 | Compile documents related to chronology of case. |
| 04/28/09 | ALV | 360.00 | 4.10 | Review documents, correspondence, and pleadings for chronology (1.7); edit and prepare discovery responses (1.6); research related to upcoming depositions (0.8); meet with paralegals re chronology research. |
| 04/28/09 | JPW | 495.00 | 3.20 | Read Motion to Strike (.6); research expert report issues (.7); review deposition notices (.5); e-mails re discovery issues (.5); revise deposition outline (.9) |
| 04/29/09 | WBS | 720.00 | 1.30 | Work on restitution issues. |
| 04/29/09 | NDF | 610.00 | 4.90 | Prepare for PVNL deposition (1.7); review documents for PVNL deposition (1.0); emails to other counsel re PVNL deposition (0.5); review and edit discovery pleadings sent by Grace (0.5); review new medical literature re mesothelioma and chrysotile to rebut Libby arguments re same (1.2). |
| 04/29/09 | DBS | 235.00 | 0.20 | Compile additional deposition prep materials. |
| 04/29/09 | ALV | 360.00 | 5.20 | Review documents, correspondence, and pleadings for chronology (2.9); confer with JAL and M. Hurford re discovery responses (0.4); review discovery requests (0.7); edit discovery responses (1.2). |
| 04/29/09 | JPW | 495.00 | 6.10 | Meet with BSB re depositions (.5); revise deposition outline; research Libby medical issues (4.0); review deposition notices (.6); read memo on hearing (.2); e-mails re deposition issues (.8) |
| 04/30/09 | WBS | 720.00 | 5.20 | Finalize memo re restitution issues. |
| 04/30/09 | EI | 920.00 | 0.20 | Criminal case matters (.1); conf. Rice re: Edwards (.1). |
| 04/30/09 | DBS | 235.00 | 4.70 | Compile documents related to chronology of case. |
| 04/30/09 | ALV | 360.00 | 5.00 | Review documents, correspondence, and pleadings for chronology (2.4); research related to chronology and discovery (1.3); review draft responses to discovery requests (0.4); review pleadings related to discovery (0.3); confer with JAL and M. Hurford |

|  |  |  |  | regarding discovery (0.4); arrange for service of discovery responses (0.2). |
|---|---|---|---|---|
| 04/30/09 | JPW | 495.00 | 4.80 | Review motion to shorten (.5); meet with BSB re medical database (.2); e-mails re depositions (1.2); research Libby medical issues (1.0); revise deposition outline and pollution source issues (1.9) |

**Total Task Code.16          166.70**

## Plan & Disclosure Statement (267.00 Hours; $ 156,738.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 8.00 | $920 | 7,360.00 |
| Peter Van N. Lockwood | 72.10 | $840 | 60,564.00 |
| Nathan D. Finch | 43.50 | $610 | 26,535.00 |
| Ann C. McMillan | 5.60 | $580 | 3,248.00 |
| Jeffrey A. Liesemer | 77.80 | $495 | 38,511.00 |
| Adam L. Vangrack | 33.00 | $360 | 11,880.00 |
| Kirsten Burmester | 27.00 | $320 | 8,640.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/09 | PVL | 840.00 | 2.00 | Confer Freedman, Wyron and insurer counsel (.4); review email and reply (.3); review Priest expert report (.7); review draft Ory report (.3); review Mehaley email and reply (.3). |
| 04/01/09 | NDF | 610.00 | 4.00 | Work on Welch and other expert reports and review medical literature re same (3.5); emails with debtor's counsel re case issues (0.5). |
| 04/01/09 | JAL | 495.00 | 2.20 | Telephonic appearance at Grace omnibus hearing. |
| 04/01/09 | ALV | 360.00 | 1.30 | Review draft discovery responses, |
| 04/01/09 | KB | 320.00 | 1.80 | Research restitution issue. |
| 04/02/09 | PVL | 840.00 | 0.50 | Review FCR revs to draft resps to AMH disc (.3); review email and reply (.2). |

| 04/02/09 | NDF | 610.00 | 1.70 | Read and revise expert reports of Welch and Florence (1.5); teleconference with Harding re case issue (0.2). |
| 04/02/09 | ALV | 360.00 | 2.30 | Review depositions for summary purposes. |
| 04/03/09 | PVL | 840.00 | 2.70 | Review email and reply (.5); teleconference Freedman, Baer, Esayian, Wyron, Guy and JAL (1.1); review revised resps to AMH disc and email Esayian (.3); review BNSF contracts (.2); review draft resps to Travelers RFAs (.1); review Pettit materials re Scotts (.5). |
| 04/03/09 | NDF | 610.00 | 6.20 | Read and revise draft expert reports (2.0); review Hughes 2/23/07 deposition and outline witness exam for him (2.8); review new medical journal articles re mesothelioma (1.4). |
| 04/03/09 | ACM | 580.00 | 0.20 | Teleconference JAL re ballot issues. |
| 04/03/09 | JAL | 495.00 | 0.20 | Tele. call w/D. Boll re: plan voting and solicitation issues. |
| 04/03/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges re: Phase I confirmation issues. |
| 04/03/09 | JAL | 495.00 | 0.20 | Tele. call w/ACM re: plan voting and solicitation issues. |
| 04/03/09 | JAL | 495.00 | 0.10 | Second tele. call w/D. Boll re: plan voting and solicitation issues. |
| 04/03/09 | JAL | 495.00 | 1.10 | Tele. conf. w/PVNL and Plan Proponents' counsel re: Phase I issues. |
| 04/03/09 | JAL | 495.00 | 1.50 | Review and analysis of materials relating to plan objections. |
| 04/03/09 | ALV | 360.00 | 6.30 | Review of vermiculite claimant pleadings, depositions, and interrogatories (5.9); draft material for pretrial purposes (0.4). |
| 04/03/09 | KB | 320.00 | 5.20 | Researched restitution issue. |
| 04/04/09 | PVL | 840.00 | 0.20 | Review NDF witness outline and email NDF re same. |

| 04/06/09 | PVL | 840.00 | 1.80 | Review ins policies re BNSF (.8); teleconference Freedman (.5); prep for meeting in NY (.4); teleconference EI (.1). |
|---|---|---|---|---|
| 04/06/09 | NDF | 610.00 | 2.00 | Final edits to expert reports (1.0); teleconference with Bernick re case issues (0.5); teleconference with Dan Cohn re stipulation about Libby issues (0.5). |
| 04/06/09 | JAL | 495.00 | 0.40 | Drafted and revised e-mail to PVNL re: tomorrow's meet and confer session on confirmation witnesses. |
| 04/06/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/PVNL re: tomorrow's meet and confer session on confirmation witnesses. |
| 04/06/09 | ALV | 360.00 | 2.50 | Review of vermiculite claimant pleadings, depositions, and interrogatories. |
| 04/06/09 | KB | 320.00 | 5.80 | Researched restitution issue. |
| 04/07/09 | PVL | 840.00 | 6.90 | Confer EI (.3); prep for meeting (.2); attend meeting and confer meeting w/insurer counsel et al (5.2); review Hammar, Friedman and Stockman rebuttal reports (.5); review draft resps to Longace disc and Orr email re same (.2); review Priest depo in Skinner case (.3); review Florence rebuttal report (.2). |
| 04/07/09 | EI | 920.00 | 0.20 | Conf. PVNL re: meetings and expert issues (.2). |
| 04/07/09 | NDF | 610.00 | 1.00 | Review and respond to emails re case issues. |
| 04/07/09 | JAL | 495.00 | 3.90 | Telephonic appearance and participation in meet-and-confer session w/insurers on confirmation witness testimony and depositions. |
| 04/07/09 | KB | 320.00 | 7.80 | Researched restitution issue. |
| 04/08/09 | PVL | 840.00 | 2.80 | Review Stansbury letter (.1); review Horkovich email and memo re ins issues (.4); review Stockman report (.4); review Welch report (.5); review AMH depo notices (.1); review email and reply (.6); teleconference Esayian, Mehaley, Horkovich et al (.5); review revised resps to AMH disc and email Blatnick (.2). |
| 04/08/09 | NDF | 610.00 | 5.40 | Review Grace rebuttal expert reports (3.5); memo re same (0.5); memo to EI and PVNL re case issues and teleconference with Bernick and Cohn (0.5); emails to associated re work assignments (0.3); emails to |

| | | | | |
|---|---|---|---|---|
| | | | | PVNL re case issues (0.4); review insurance assignment clauses in CIP agreements (0.2). |
| 04/08/09 | JAL | 495.00 | 0.10 | Reviewed notices of deposition served by Anderson Memorial Hospital. |
| 04/08/09 | JAL | 495.00 | 0.30 | Tele. conf. w/M. Hurford re: confirmation discovery responses and expert reports. |
| 04/08/09 | JAL | 495.00 | 0.30 | Review and analysis of draft discovery responses in prep. for tele. conf. re: same. |
| 04/08/09 | JAL | 495.00 | 0.50 | Tele. conf. w/PVNL and Plan Proponents' counsel re: draft discovery responses. |
| 04/08/09 | JAL | 495.00 | 0.20 | Reviewed e-mail from NDF re: confirmation discovery issues. |
| 04/08/09 | ALV | 360.00 | 1.30 | Review discovery and expert material. |
| 04/08/09 | KB | 320.00 | 3.70 | Research restitution issue. |
| 04/09/09 | PVL | 840.00 | 3.60 | Review CNA 30(b)(6) topics (.1); review email and reply (.5); review Travelers depo notice (.1); review draft resps to AMH disc and reply (.3); review AKO ins settlement chart (.3); review Seaton et al depo notices and email EI et al re same (.3); email ACM (.3); review Moolgavkar, Henry, Parker, Weill and Ory expert reports (1.3); email Rich (.1); confer JAL (.1); teleconference Baer (.2). |
| 04/09/09 | ACM | 580.00 | 0.30 | Exchange e-mails with PVNL, S. Kazan re Trust assets. |
| 04/09/09 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: follow-up on discovery matter and upcoming briefing schedule. |
| 04/09/09 | JAL | 495.00 | 0.10 | Tel. call w/ALV re: discovery matters. |
| 04/09/09 | JAL | 495.00 | 0.10 | Review of revised deposition calendar. |
| 04/09/09 | ALV | 360.00 | 2.50 | Arrange for service of discovery material and interrogatory verification form. |
| 04/10/09 | PVL | 840.00 | 0.60 | Review email and reply (.3); review Simon letter (.1); review AKO memo re Scotts (.2). |
| 04/10/09 | JAL | 495.00 | 0.10 | Reviewed insurer demand letter relating to confirmation discovery. |

| 04/10/09 | ALV | 360.00 | 1.80 | Review draft discovery responses. |
| 04/10/09 | KB | 320.00 | 0.30 | Discussed case with WBS. |
| 04/13/09 | PVL | 840.00 | 2.90 | Teleconference Horkovich re Scotts (.5); review email and reply (.3); review FFIC depo notices and rogs to ACC and Grace (.4); review Arrowood motion to strike Whitehouse report (.3); prep for 4/14 meeting (.6); teleconference Freedman and Wyron (.5); confer NDF (.3). |
| 04/13/09 | EI | 920.00 | 0.20 | Claimant call (.2). |
| 04/13/09 | NDF | 610.00 | 2.50 | Prepare for meeting re plan confirmation hearing. |
| 04/13/09 | JAL | 495.00 | 0.80 | Review analysis of confirmation-related discovery materials. |
| 04/13/09 | JAL | 495.00 | 0.30 | Review and analysis of letter from Fireman's Fund re: plan proponent discovery responses. |
| 04/13/09 | JAL | 495.00 | 2.70 | Review and analysis of materials relating to plan issues. |
| 04/13/09 | JAL | 495.00 | 0.20 | Meeting w/PVNL re: plan issues. |
| 04/13/09 | JAL | 495.00 | 0.10 | Office conf. w/ALV re: discovery responses to be served today. |
| 04/13/09 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to plan confirmation issues. |
| 04/13/09 | JAL | 495.00 | 0.20 | E-mail exchanges w/NDF re: confirmation discovery issue. |
| 04/13/09 | ALV | 360.00 | 8.10 | Review expert material; review of recent discovery responses; review pleadings (3.8); edit discovery responses (1.0); review files for relevant deposition material and documents (0.4); arrange for service of discovery material and interrogatory verification form (2.9). |
| 04/13/09 | KB | 320.00 | 2.40 | Researched restitution issue. |
| 04/14/09 | PVL | 840.00 | 7.60 | Prep for meeting (.2); confer Shelnitz, Freedman, Finke, Baer, Frankel, Wyron, Mehaley, Horkovich, EI, NDF, JAL et al re trial prep and discovery (5.7); telephonic meet and conf w/insurer and objector |

| | | | | |
|---|---|---|---|---|
| | | | | counsel and counsel for plan props (1); confer EI and NDF (.2); review Fitzgerald opinion re Canadian claims (.2); review AMH responses re ZAI claim (.1); review Hebertling letter to Stansbury (.1); review Schiavoni ltr and prop RFA (.1). |
| 04/14/09 | EI | 920.00 | 7.00 | Plan Proponents meeting at Kirkland & Ellis (7.0). |
| 04/14/09 | NDF | 610.00 | 7.00 | Meet with Plan Proponents counsel to prepare for confirmation hearing. |
| 04/14/09 | ACM | 580.00 | 0.20 | Exchange e-mails with N. Ramsey re voting deadline and review materials re same. |
| 04/14/09 | JAL | 495.00 | 5.70 | Meeting in NYC w/Plan Proponents' counsel re: plan-related discovery and confirmation hearing. |
| 04/14/09 | JAL | 495.00 | 1.20 | Telephonic meet-and-confer w/objecting insurers re: scheduling of depositions and confirmation hearing. |
| 04/14/09 | ALV | 360.00 | 2.80 | Review of expert material and recent discovery responses. |
| 04/15/09 | PVL | 840.00 | 1.40 | Review email and reply (.7); review POR (.1); teleconference Restivo (.2); review MIL re Priest (.1); confer EI (.3). |
| 04/15/09 | EI | 920.00 | 0.30 | Teleconf. PVNL re: R/A question (.3). |
| 04/15/09 | NDF | 610.00 | 3.00 | Work on issues re Libby discovery and preparation of company witnesses re same. |
| 04/15/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges among Plan Proponents' counsel re: discovery issue. |
| 04/15/09 | ALV | 360.00 | 4.10 | Arrange for service of discovery material (0.7); review of expert material, draft discovery material and responses (3.4). |
| 04/16/09 | PVL | 840.00 | 3.50 | Review email and reply (.3); review Travelers suppl 30(b)(6) notice and email Esayian et al (.2); review POR and exhibits (.5); teleconference Horkovich (.5); teleconference EI (.1); teleconference Freedman (.2); review Libby 30(b)(6) depo topics and email NDF re same (.4); review Finke depo (1.3). |
| 04/16/09 | EI | 920.00 | 0.30 | Claimant call and referral (.3). |

| 04/16/09 | JAL | 495.00 | 0.80 | Office conference with ALV re discovery issue (0.10); review and analyze revised draft of protective order (0.70). |
|---|---|---|---|---|
| 04/17/09 | PVL | 840.00 | 3.20 | Prep for teleconfs (.4); teleconference Simon, Newsom, Esayian, Baer, Guy, Mehaley, JAL et al (.6); review MCC depo notice (.1); teleconference Harding, Baer, Guy, Mahaley, Horkovich, JAL et al (1.1); confer JAL (.1); confer NDF (.5); review email and reply (.4). |
| 04/17/09 | JAL | 495.00 | 5.80 | Telephone call with EI re plan and discovery issues (0.10); reviewed email exchanges re discovery issues and deposition witnesses (0.20); review and analyze materials in preparation for meet-and-confer with Fireman's Fund (0.20); meet and confer teleconference with PVNL, FCR's counsel, debtors' counsel and fireman's Fund counsel re discovery (0.50); review and analyze materials relating to confirmation discovery (0.30); teleconference with PVNL and Plan Proponents' counsel re discovery issues (1.20); telephone call with PVNL re discovery issues (0.10); draft email to M. Hurford re objection to Rule 30(b)(6) notices (0.10); draft email to PVNL re draft protective order (0.10); draft second email to M. Hurford re objection to Rule 30(b)(6) notices (0.10); draft and revise email to NDF re confirmation related depositions (0.20); draft and revise email to L. Esayian re plan-related discovery (0.20); draft and revise objection to Rule 30(b)(6) deposition notices (2.50). |
| 04/19/09 | PVL | 840.00 | 0.30 | Review draft resps to Scotts disc. |
| 04/20/09 | PVL | 840.00 | 2.10 | Review email and reply (.8); review DS and POR (.2); teleconference Horkovich (.5); email comments re draft resps to Scotts disc (.2); teleconference EI (.1); review revised draft conf agmt and JAL and NDF email (.2); teleconference Plevin and Wyron (.1). |
| 04/20/09 | ACM | 580.00 | 0.20 | Exchange e-mails with D. Boll, L. Busch re solicitations. |
| 04/20/09 | JAL | 495.00 | 2.70 | Review and analyze materials relating to confirmation discovery (2.30); review and analyze materials relating to draft protective order (0.40). |

| 04/21/09 | PVL | 840.00 | 4.00 | Teleconference EI (.1); review email and reply (.7); teleconference JAL (.2); review revised Arrowood draft TS and agmt (1.3); review revised draft PP's disc resps to Scotts (.4); review NDF email and reply (.3); teleconference Wyron (.5); teleconference Plevin (.5). |
|---|---|---|---|---|
| 04/21/09 | ACM | 580.00 | 0.50 | Exchange e-mails with Trustee nominees and ALV re trustee information. |
| 04/21/09 | JAL | 495.00 | 6.70 | Email exchanges with Plan Proponents' counsel re meet and confer conference call (0.20); telephone call with B. Harding re meet and confer conference call with Plan Proponents' and insurers' counsel (0.10); meet and confer conference call with Plan Proponents' and insurers' counsel (1.10); telephone call with PVNL re confirmation discovery issues (0.10); review and analyze materials relating to confirmation discovery issues (0.40); draft and revise memo to PVNL, NDF and R. Horkovich re confirmation scheduling and discovery issues (0.50); email exchanges with PVNL and NDF re confirmation discovery issues (0.10); draft email to plan objectors re ACC's designated 30(b)(6) witness for depositions (0.20); draft email to R. Frankel re deposition scheduling (0.10); telephone call and voice message to B. Harding re discovery issues (0.10); draft email to NDF re confirmation discovery issues (0.10); review email exchanges between PVNL and NDF re Rule 30(b)(6) depositions (0.20); review and analyze materials relating to draft protective order (0.20); telephone conference with Royal and Plan Proponents' counsel re draft protective order (1.00); review and analyze materials relating to confirmation and discovery issues (1.90); office conference with NDF re confirmation discovery issues (0.10); second office conference with NDF re confirmation discovery issues (0.20); draft email to B. Harding re confirmation discovery issues (0.10). |
| 04/22/09 | PVL | 840.00 | 2.70 | Review email and reply (1); review revised draft conf order and email NDF (.2); review draft meet and confer email and CMO revs (.3); teleconference EI, NDF, BSB and JPW (.2); review FFIC and Wachovia POCs (.2); teleconference EI (.6); review |

|  |  |  |  | draft Lloyds TS and email Horkovich (.1); confer KCM (.1). |
|---|---|---|---|---|
| 04/22/09 | ACM | 580.00 | 0.30 | Exchange e-mails with Trustee nominees and ALV re Trustee materials. |
| 04/22/09 | JAL | 495.00 | 4.00 | Revise and edit draft protective order (1.00); draft and revise memo to PVNL and NDF re draft protective order (1.10); review memo from NDF re scheduled depositions (0.20); review email from JPW re scheduled depositions (0.10); review email exchanges relating to discovery issues (0.20); telephone call with B. Harding re draft protective order (0.10); draft email to B. Harding re draft protective order (0.10); emails exchanges with PVNL and NDF re draft protective order (0.20); telephone call with M. Hurford re draft protective order and discovery issues (0.20); review and analyze draft of third amended CMO (0.30); review email exchanges re draft of third amended CMO (0.20); review further email exchanges re revised draft of third amended CMO (0.20); review materials relating to confirmation discovery issues (0.10). |
| 04/23/09 | PVL | 840.00 | 3.50 | Review email and reply (.9); confer EI (.5); review Molloy order (.1); teleconference Wismer (.4); review drafts of CMO and related email and reply (.7); email Harding (.1); review depo notices (.2); review revised resps to Scotts disc and email Orr et al (.2); review revised draft prot order (.1); review draft Libby stip (.3). |
| 04/23/09 | JAL | 495.00 | 2.80 | Review and revise draft protective order (1.00); email exchanges with Plan Proponents' counsel re comments on third amended CMO (0.50); review and analyze materials relating to confirmation issues (0.20); review email exchanges relating to confirmation and discovery issues (0.50); review and provide comments on draft stipulation with the Libby Claimants (0.60). |
| 04/24/09 | PVL | 840.00 | 2.00 | Review email and reply (.7); review revised Libby stip (.1); review revised CMO and email Baer (.1); review LMC depo notices and RFAs and email Horkovich (.3); review NDF memo and reply (.2); review Travelers 3rd RFA (.2); confer NDF (.2); review mediation stmt re FFIC (.2). |

| 04/24/09 | JAL | 495.00 | 6.00 | Review and analyze recently served discovery requests (0.20); review email exchanges relating to draft Libby stipulation (0.10); draft email to R. Wilkins re discovery responses (0.10); review and analyze materials relating to confirmation objections (1.20); draft and revise memo to NDF re draft protective order (0.30); prepare for conference call with Plan Proponents, Libby Claimants, and insurers re discovery (0.40); teleconference with Plan Proponents, Libby Claimants, and insurers re discovery (0.70); teleconference with NDF and D. Cohn proposed stipulation (0.20); draft and revise memo to PVNL re confirmation issue (0.50); draft and revise email to PVNL re discovery issue (0.3); review and analyze revised draft of stipulation with Libby Claimants (0.30); draft email to DBS re materials relating to confirmation issues (0.10); draft and revise memo to EI re materials relating to confirmation (0.40); telephone call and message to DBS re confirmation related documents (0.10); review and analyze materials relating to confirmation issues (0.40); review and analyze draft of third amended CMO, accompanying COC, and related documents (0.70). |
| --- | --- | --- | --- | --- |
| 04/25/09 | PVL | 840.00 | 1.90 | Review email (.1); review app briefs in Dana case and D.Ct. opinion (1.8). |
| 04/27/09 | PVL | 840.00 | 3.20 | Review email and reply (1.1); teleconference Freedman, Finke, Baer, Paparakis and Wyron (.6); teleconference Wyron (.1); review Pohlman ltr (.1); review Arrowood depo notice and objs (.2); review Grace 30(b)(6) designations (.3); review Mehlaey email and email Horkovich (.2). |
| 04/27/09 | NDF | 610.00 | 5.10 | Attention to confirmation hearing discovery issues (4.3); emails to counsel re insurance stipulation, etc. (0.5); teleconference with Peterson re deposition issue (0.3). |
| 04/27/09 | ACM | 580.00 | 1.30 | Research re case chronology and send e-mails to JAL re same. |
| 04/27/09 | JAL | 495.00 | 7.10 | Review and analyze materials relating to confirmation discovery disputes (0.80); teleconference with Plan Proponents, Libby Claimants, and insurers' counsel re discovery disputes (0.70); appear at telephonic omnibus hearing (0.60); telephone call with B. Harding re pending |

| | | | | |
|---|---|---|---|---|
| | | | | discovery matters (0.10); draft and revise memo to PVNL and NDF re pending discovery matters (0.50); draft and revise memo to EI re confirmation discovery issue (3.40); review and analyze materials relating to confirmation discovery disputes (0.50); review and analyze memo from R. Horkovich re term sheet for proposed insurance settlement (0.50). |
| 04/28/09 | PVL | 840.00 | 3.30 | Review email and reply (.7); review Libby motion to amend CMO (.2); review revised draft Libby prot order (.1); review LMI agmt and Horkovich email re same and reply (.4); teleconference Horkovich and NDF (.8); teleconference Harding, Baer, Guy, NDF et al (1.1). |
| 04/28/09 | ACM | 580.00 | 0.70 | Research re case chronology and send e-mails to JAL re same. |
| 04/28/09 | JAL | 495.00 | 7.50 | Review and analyze Libby Claimants' motion to amend CMO and compel discovery responses (0.80); review Libby Claimants' revised draft of protective order (0.20); review and analyze materials relating to confirmation issues (1.80); email exchanges with NDF re Libby Claimants' motion to amend CMO (0.10); review and comment on draft discovery responses (0.20); emails exchanges with PVNL and NDF re discovery responses (0.10); telephone call with ALV re draft discovery responses (0.20); telephone conference with Plan Proponents re discovery issues (1.10); telephone call with EI re confirmation issue (0.10); office conference with NDF re same (0.20); review deposition notices served by insurers (0.10); review memo from NDF re confirmation depositions (0.30); further drafting and revisions to memo to EI re confirmation issues (1.60); telephone call with EI re confirmation issues (0.20); review and analyze materials relating to plan discovery (0.30); email exchanges with PVNL and Plan Proponents' counsel re upcoming depositions (0.20). |
| 04/29/09 | PVL | 840.00 | 3.90 | Review Arrowood motion to shorten time (.2); prep for PVNL depo (1.9); review email and reply (.6); review draft suppl ACC rog resps and email comment (.2); teleconference Horkovich re Royal (.7); review depo notices to ACC (.2); review Orrick chart re ins agmts (.1). |

| 04/29/09 | ACM | 580.00 | 1.70 | Research re chronology of case and send e-mails to A. VanGrack re same (1.3); teleconferences D. Boll, JAL, M. Eskin, L. Busch re solicitation issues (.4). |
|----------|-----|--------|------|---|
| 04/29/09 | JAL | 495.00 | 6.60 | Review and analyze materials relating to confirmation issues (0.20); review and edit draft discovery responses (1.10); emails exchanges with D. Boll re solicitation and balloting issues (0.30); telephone call with L. Busch re balloting issue (0.10); telephone call with ACM re same (0.10); draft and revise email to EI re plan confirmation matter (0.30); review and analyze materials relating to confirmation objections (2.10); review materials relating to plan issue and draft email to NDF re same (0.40); review and analyze confirmation related expert reports (2.00). |
| 04/30/09 | PVL | 840.00 | 5.50 | Teleconference Plevin (.4); teleconference Freedman, Harding and NDF (2.6); review email and reply (.5); prep for PVNL depo (.9); review draft objs re Libby depos (.3); review draft motion re Whitehouse (.2); review Horkovich email and reply (.4); teleconference LK (.1); review IARC report (.1). |
| 04/30/09 | NDF | 610.00 | 5.60 | Teleconference with debtors' counsel - prepare for PVNL 30(b)(6) deposition (1.8); exchange emails and phone calls with R. Horkovich re insurance issues (0.5); exchange emails and phone calls re Libby discovery issues (0.5); review 30(b)(6) notices to ACC (0.5); review new medical articles re chrysotile re Libby issues (0.7); review criminal restitution research (0.5); review PVNL deposition in Federal Mogul to prepare to defend deposition in Grace (1.10). |
| 04/30/09 | ACM | 580.00 | 0.20 | Exchange e-mails with PVNL re trustee nominees. |
| 04/30/09 | JAL | 495.00 | 4.50 | Review and analyze draft motion relating to confirmation discovery (0.80); review email from NDF re confirmation discovery (0.10); review and analyze second draft motion re confirmation discovery (0.30); review and analyze materials relating to confirmation discovery issues (1.00); review and analyze  confirmation related expert reports (0.60); review email exchanges with PVNL and Plan Proponents' counsel re discovery issue (0.20); office conference with DBS re draft memo to EI (0.20); review materials relating to preparation of draft memo to EI re plan issues (0.20); draft email to |

NDF re draft discovery responses (0.10); telephone call with M. Hurford re same (0.10); second telephone call with M. Hurford re draft discovery responses (0.10); revise and finalize draft discovery responses (0.30); draft and revise email to J. Cooney re draft discovery responses (0.30); office conference with NDF re discovery issues (0.20).

**Total Task Code .17**     **267.00**

**Tax Issues (10.10 Hours; $ 3,364.50)**

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Christopher S. Rizek | | .50 | | $585 | 292.50 |
| Kirsten Burmester | | 9.60 | | $320 | 3,072.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/27/09 | CSR | 585.00 | 0.50 | Review debtor motion, emails re same. |
| 04/27/09 | KB | 320.00 | 4.40 | Researched restitution issue |
| 04/28/09 | KB | 320.00 | 3.80 | Researched restitution issue |
| 04/29/09 | KB | 320.00 | 1.40 | Researched restitution issue |

**Total Task Code .19**     **10.10**

**Travel – Non Working (24.30 Hours; $ 8,992.75)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 16.40 | $420 | 6,888.00 |
| Nathan D. Finch | 2.60 | $305 | 793.00 |
| Jeffrey A. Liesemer | 5.30 | $247.50 | 1,311.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/09 | PVL | 420.00 | 3.00 | Travel to/from Wilmington. |

| 04/06/09 | PVL | 420.00 | 3.70 | Travel to NY for meeting. |
|----------|-----|--------|------|---------------------------|
| 04/07/09 | PVL | 420.00 | 1.90 | Return travel to DC. |
| 04/13/09 | PVL | 420.00 | 4.30 | Travel to NY. |
| 04/13/09 | NDF | 305.00 | 2.60 | Travel to New York for meeting. |
| 04/13/09 | JAL | 247.50 | 1.40 | Travel to DC to NY for meeting on plan issues. |
| 04/14/09 | PVL | 420.00 | 3.50 | Return travel to DC. |
| 04/14/09 | JAL | 247.50 | 3.90 | Return travel from NYC to DC following meeting of Plan Proponents' counsel. |

**Total Task Code .21          24.30**

## Fee Auditor Matters (1.50 Hours; $ 795.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | 1.50 | $530 | 795.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/15/09 | RCT | 530.00 | 1.00 | Review initial report (.5); collect data for reply (.5) |
| 04/22/09 | RCT | 530.00 | 0.50 | Address fee auditor issues (.5) |

**Total Task Code .32          1.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,871.00 |
| Air Freight & Express Mail | 6.54 |
| Charge of Cell and/or Home Phone Useage | 149.62 |
| Database Research | 6,199.32 |
| Long Distance-Equitrac In-House | 15.35 |
| Meals Related to Travel | 303.65 |
| Outside Local Deliveries | 28.92 |
| Professional Fees & Expert Witness Fees | 73,187.50 |
| Research Material | 68.08 |
| Travel Expenses - Ground Transportation | 140.00 |
| Travel Expenses - Hotel Charges | 1,596.25 |
| Travel Expenses - LD Calls on Hotel Bill | 7.69 |
| Xeroxing | 364.60 |

**Total:      $ 83,938.52**