## EXHIBIT B

### Case Administration (183.30 Hours; $ 96,800.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          183.30

### Claim Analysis Objection & Resolution (Asbestos) (.90 Hours; $ 756.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**          .90

### Committee, Creditors', Noteholders' or Equity Holders' (1.50 Hours; $ 795.00)

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**          1.50

### Employee Benefits/Pension (.60 Hours; $ 536.00)

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**          .60

### Employment Applications, Others (.20 Hours; $ 106.00)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**          .20

### Fee Applications, Applicant (6.70 Hours; $ 2,901.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**        **6.70**

**Hearings (.50 Hours; $ 420.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**        **.50**

**Litigation and Litigation Consulting (166.70 Hours; $ 85,556.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16 166.70**

**Plan & Disclosure Statement (267.00 Hours; $ 156,738.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17 267.00**

**Tax Issues (10.10 Hours; $ 3,364.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtors' estates and a possible reorganization plan.

**Total Task Code .19 10.10**

**Travel Non-working (24.30 Hours; $ 8,992.75)**

- 3 -

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  24.30**


**Fee Auditor Matters (1.50 Hours; $ 795.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32                1.50**