## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,871.00 |
| Air Freight & Express Mail | 6.54 |
| Charge of Cell and/or Home Phone Useage | 149.62 |
| Database Research | 6,199.32 |
| Long Distance-Equitrac In-House | 15.35 |
| Meals Related to Travel | 303.65 |
| Outside Local Deliveries | 28.92 |
| Professional Fees & Expert Witness Fees | 73,187.50 |
| Research Material | 68.08 |
| Travel Expenses - Ground Transportation | 140.00 |
| Travel Expenses - Hotel Charges | 1,596.25 |
| Travel Expenses - LD Calls on Hotel Bill | 7.69 |
| Xeroxing | 364.60 |
| **Total:** | **$ 83,938.52** |

{D0153944.1 }