| | | | | | |
|---|---|---|---|---|---|
| **Client Number:   4642** | | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
| **Matter       000** | | **Disbursements** | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 4/30/2009

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/23/2009 | 13,655 |
|---|---|---|---|---|---|---|---|---|
| | | $4,759.14 | | | | | | |
| Client Retainers Available | | | Committed to Invoices: | | $0.00 | Remaining: | $4,759.14 | |

Total Expenses Billed To Date    $3,191,682.89

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 36,950.00 | 0.00 | 36,950.00 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,347.37 | 0.00 | 2,347.37 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 74.62 | 0.00 | 74.62 |
| 0187 | NDF | Nathan D Finch | 0.00 | 37,471.53 | 0.00 | 37,393.53 |
| 0215 | KRS | Barbara J Zarchin | 0.00 | 2.50 | 0.00 | 2.50 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 69.20 | 0.00 | 69.20 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.50 | 0.00 | 1.50 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 57.90 | 0.00 | 57.90 |
| 0243 | IH | Iris  Houston | 0.00 | 0.20 | 0.00 | 0.20 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 3.10 | 0.00 | 3.10 |
| 0308 | DBS | David B Smith | 0.00 | 94.11 | 0.00 | 94.11 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 896.21 | 0.00 | 570.01 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 3.60 | 0.00 | 3.60 |
| 0333 | MCG | Michael C Greene | 0.00 | 6.60 | 0.00 | 6.60 |
| 0334 | JPW | James P Wehner | 0.00 | 4.20 | 0.00 | 4.20 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 6.00 | 0.00 | 6.00 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 6.61 | 0.00 | 6.61 |
| 0380 | EB | Eugenia  Benetos | 0.00 | 3.70 | 0.00 | 3.70 |
| 0816 | KB | Kirsten  Burmester | 0.00 | 7.00 | 0.00 | 7.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 6,336.77 | 0.00 | 6,336.77 |
| **Total Fees** | | | **0.00** | **84,342.72** | **0.00** | **83,938.52** |

{D0153945.1 }

| | | | | | |
|---|---|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | | | Page: 1 |
| **Matter      000** | **Disbursements** | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2356825 | Equitrac - Long Distance to 13124941700 | E | 04/01/2009 | 0999 C&D | | 0.00 | $0.36 | | 0.00 | $0.36 | 0.36 |
| 2357452 | Photocopy | E | 04/01/2009 | 0237 SRB | | 0.00 | $2.20 | | 0.00 | $2.20 | 2.56 |
| 2357476 | Photocopy | E | 04/01/2009 | 0999 C&D | | 0.00 | $0.60 | | 0.00 | $0.60 | 3.16 |
| 2357487 | Photocopy | E | 04/01/2009 | 0187 NDF | | 0.00 | $0.40 | | 0.00 | $0.40 | 3.56 |
| 2357496 | Photocopy | E | 04/01/2009 | 0333 MCG | | 0.00 | $0.60 | | 0.00 | $0.60 | 4.16 |
| 2357505 | Photocopy | E | 04/01/2009 | 0363 AJS | | 0.00 | $4.20 | | 0.00 | $4.20 | 8.36 |
| 2357520 | Photocopy | E | 04/01/2009 | 0363 AJS | | 0.00 | $0.60 | | 0.00 | $0.60 | 8.96 |
| 2359384 | Equitrac - Long Distance to 13024269910 | E | 04/02/2009 | 0999 C&D | | 0.00 | $0.48 | | 0.00 | $0.48 | 9.44 |
| 2365876 | Photocopy | E | 04/02/2009 | 0363 AJS | | 0.00 | $1.20 | | 0.00 | $1.20 | 10.64 |
| 2372963 | Xeroxing | E | 04/02/2009 | 0999 C&D | | 0.00 | $0.20 | | 0.00 | $0.20 | 10.84 |
| 2360326 | Equitrac - Long Distance to 13604797707 | E | 04/03/2009 | 0999 C&D | | 0.00 | $0.28 | | 0.00 | $0.28 | 11.12 |
| 2360337 | Equitrac - Long Distance to 12124464759 | E | 04/03/2009 | 0999 C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 11.20 |
| 2360340 | Equitrac - Long Distance to 17138051815 | E | 04/03/2009 | 0999 C&D | | 0.00 | $2.00 | | 0.00 | $2.00 | 13.20 |
| 2360427 | Equitrac - Long Distance to 17138051815 | E | 04/03/2009 | 0999 C&D | | 0.00 | $0.52 | | 0.00 | $0.52 | 13.72 |

{D0153945.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2360428 | Equitrac - Long Distance to 16175101888 | E | 04/03/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 13.80 |
| 2360429 | Equitrac - Long Distance to 16175101888 | E | 04/03/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 13.88 |
| 2360504 | Equitrac - Long Distance to 17138051815 | E | 04/06/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 14.12 |
| 2360520 | Equitrac - Long Distance to 13604797707 | E | 04/06/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 14.24 |
| 2360624 | Texas Lung Institute, P.A. -Expert Fees, re: WR Grace & Co. Case #01-1139, 3/17/09 - 3/31/09 (BSB) | E | 04/06/2009 | 0001 | BSB | 0.00 | $20,750.00 | 0.00 | $20,750.00 | 20,764.24 |
| 2366108 | Photocopy | E | 04/06/2009 | 0816 | KB | 0.00 | $3.90 | 0.00 | $3.90 | 20,768.14 |
| 2366114 | Photocopy | E | 04/06/2009 | 0816 | KB | 0.00 | $3.10 | 0.00 | $3.10 | 20,771.24 |
| 2366118 | Photocopy | E | 04/07/2009 | 0220 | SKL | 0.00 | $13.20 | 0.00 | $13.20 | 20,784.44 |
| 2366120 | Photocopy | E | 04/07/2009 | 0220 | SKL | 0.00 | $36.00 | 0.00 | $36.00 | 20,820.44 |
| 2360652 | Equitrac - Long Distance to 17138051815 | E | 04/07/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 20,820.56 |
| 2360929 | Federal Express Delivery to K.Hemming, 3/23/09 (EI)  (Split between clients 5334 & 4642) | E | 04/08/2009 | 0120 | EI | 0.00 | $6.54 | 0.00 | $6.54 | 20,827.10 |
| 2360984 | Equitrac - Long Distance to 14064523180 | E | 04/08/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 20,827.18 |
| 2361002 | Equitrac - Long Distance to 13024269910 | E | 04/08/2009 | 0999 | C&D | 0.00 | $0.96 | 0.00 | $0.96 | 20,828.14 |
| 2361009 | Equitrac - Long Distance to 14067525566 | E | 04/08/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 20,828.22 |
| 2361467 | Peter Van N. Lockwood meals for travel to New York, NY, re: Client Mtg., 4/6/09 - 4/7/09 | E | 04/09/2009 | 0020 | PVL | 0.00 | $117.42 | 0.00 | $117.42 | 20,945.64 |
| 2361468 | Peter Van N. Lockwood Waldorf Astoria 1-Night Lodging Expense for travel to New York, NY, re: | E | 04/09/2009 | 0020 | PVL | 0.00 | $552.76 | 0.00 | $552.76 | 21,498.40 |

{D0153945.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

Client Mtg., 4/6/09 - 4/7/09

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2361492 | Equitrac - Long Distance to 14062533430 | E | 04/09/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 21,498.56 |
| 2361581 | Equitrac - Long Distance to 13126412162 | E | 04/09/2009 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 21,499.20 |
| 2366310 | Photocopy | E | 04/09/2009 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 21,500.20 |
| 2366314 | Photocopy | E | 04/09/2009 | 0220 | SKL | 0.00 | $5.00 | 0.00 | $5.00 | 21,505.20 |
| 2366410 | Photocopy | E | 04/10/2009 | 0999 | C&D | 0.00 | $24.00 | 0.00 | $24.00 | 21,529.20 |
| 2361659 | Petty Cash -Cab/Subway Fares, re: Travel to New York, NY, 4/7/09 (PVNL) | E | 04/13/2009 | 0020 | PVL | 0.00 | $45.00 | 0.00 | $45.00 | 21,574.20 |
| 2361660 | Petty Cash -Meals, re: Travel to New York, NY, 4/7/09 (PVNL) | E | 04/13/2009 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 21,594.20 |
| 2361688 | Premiere Global Services -Conference Call, 2/17/09 (JAL) | E | 04/13/2009 | 0317 | JAL | 0.00 | $87.21 | 0.00 | $87.21 | 21,681.41 |
| 2361705 | Premiere Global Services -Conference Call, 2/11/09 (NDF) | E | 04/13/2009 | 0187 | NDF | 0.00 | $6.91 | 0.00 | $6.91 | 21,688.32 |
| 2361706 | Premiere Global Services -Conference Call, 2/26/09 (NDF) | E | 04/13/2009 | 0187 | NDF | 0.00 | $27.66 | 0.00 | $27.66 | 21,715.98 |
| 2361757 | Equitrac - Long Distance to 13122761402 | E | 04/13/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 21,716.02 |
| 2361779 | Equitrac - Long Distance to 12124464934 | E | 04/13/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 21,716.10 |
| 2361831 | Equitrac - Long Distance to 13024269910 | E | 04/13/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 21,716.14 |
| 2361914 | Equitrac - Long Distance to 13128613100 | E | 04/14/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 21,716.58 |
| 2362383 | ADA Travel, Inc. -Amtrak Train Coach Fare for travel to/from New York, NY, 4/6/09 - 4/7/09 (PVNL) | E | 04/14/2009 | 0020 | PVL | 0.00 | $398.00 | 0.00 | $398.00 | 22,114.58 |
| 2362384 | ADA Travel, Inc. -Agent Fee, re: Amtrak Train Coach Fare for travel to/from New York, NY, | E | 04/14/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 22,154.58 |

{D0153945.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

4/6/09 - 4/7/09 (PVNL)

| | | | | | | SKL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2366579 | Photocopy | | E | 04/14/2009 | 0220 | | 0.00 | $2.50 | 0.00 | $2.50 | 22,157.08 |
| | | | | | | JPW | | | | | |
| 2366686 | Photocopy | | E | 04/14/2009 | 0334 | | 0.00 | $4.20 | 0.00 | $4.20 | 22,161.28 |
| | | | | | | EB | | | | | |
| 2366712 | Photocopy | | E | 04/15/2009 | 0380 | | 0.00 | $0.10 | 0.00 | $0.10 | 22,161.38 |
| | | | | | | DAT | | | | | |
| 2366781 | Photocopy | | E | 04/15/2009 | 0255 | | 0.00 | $3.10 | 0.00 | $3.10 | 22,164.48 |
| | | | | | | PVL | | | | | |
| 2362437 | ADA Travel, Inc. -Agent Fee, re: Amtrak Train Fare for One-Way Business Class travel to Wilmington, DE, 4/1/09  (PVNL) | | E | 04/15/2009 | 0020 | | 0.00 | $40.00 | 0.00 | $40.00 | 22,204.48 |
| | | | | | | PVL | | | | | |
| 2362438 | ADA Travel, Inc. -Amtrak Train Fare for One-Way Business Class travel to Wilmington, DE, 4/1/09 (PVNL) | | E | 04/15/2009 | 0020 | | 0.00 | $100.00 | 0.00 | $100.00 | 22,304.48 |
| | | | | | | DBS | | | | | |
| 2362464 | Washington Courier -Delivery to CPWR, 2/9/09 (DBS) | | E | 04/15/2009 | 0308 | | 0.00 | $22.31 | 0.00 | $22.31 | 22,326.79 |
| | | | | | | MAF | | | | | |
| 2362469 | Washington Courier -Delivery to Orrick Herrington & Sutcliff, 2/4/09 (MAF) | | E | 04/15/2009 | 0367 | | 0.00 | $6.61 | 0.00 | $6.61 | 22,333.40 |
| | | | | | | PVL | | | | | |
| 2362478 | Peter Van N. Lockwood -Meals for travel to New York, NY, re: Mtgs., 4/13/09 - 4/14/09 | | E | 04/16/2009 | 0020 | | 0.00 | $13.00 | 0.00 | $13.00 | 22,346.40 |
| | | | | | | PVL | | | | | |
| 2362479 | Peter Van N. Lockwood -Hotel Elysee 1-Night Lodging Expense for travel to New York, NY, re: Mtgs., 4/13/09 - 4/14/09 | | E | 04/16/2009 | 0020 | | 0.00 | $330.43 | 0.00 | $330.43 | 22,676.83 |
| | | | | | | C&D | | | | | |
| 2364670 | Equitrac - Long Distance to 12096393378 | | E | 04/16/2009 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 22,676.91 |
| | | | | | | C&D | | | | | |
| 2364690 | Equitrac - Long Distance to 12124464934 | | E | 04/16/2009 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 22,676.95 |
| | | | | | | SRB | | | | | |
| 2366896 | Photocopy | | E | 04/17/2009 | 0237 | | 0.00 | $5.50 | 0.00 | $5.50 | 22,682.45 |
| | | | | | | DBS | | | | | |
| 2366938 | Photocopy | | E | 04/17/2009 | 0308 | | 0.00 | $6.90 | 0.00 | $6.90 | 22,689.35 |
| | | | | | | IH | | | | | |
| 2366948 | Photocopy | | E | 04/20/2009 | 0243 | | 0.00 | $0.10 | 0.00 | $0.10 | 22,689.45 |

{D0153945.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2367024 | Photocopy | | E | 04/20/2009 | 0237 | SRB | 0.00 | $5.00 | 0.00 | $5.00 | 22,694.45 |
| 2367025 | Photocopy | | E | 04/20/2009 | 0237 | SRB | 0.00 | $4.60 | 0.00 | $4.60 | 22,699.05 |
| 2364553 | Pett Cash -Meals, re: Travel to New York, NY for Client Mtg., 4/13/09 - 4/14/09 (PVNL) | | E | 04/20/2009 | 0020 | PVL | 0.00 | $56.76 | 0.00 | $56.76 | 22,755.81 |
| 2364554 | Pett Cash -Subway Fare & Parking, re: Travel to New York, NY for Client Mtg., 4/13/09 - 4/14/09 (PVNL) | | E | 04/20/2009 | 0020 | PVL | 0.00 | $36.00 | 0.00 | $36.00 | 22,791.81 |
| 2365272 | Equitrac - Long Distance to 12123199240 | | E | 04/20/2009 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 22,792.49 |
| 2365446 | Gail D Stockman, MD, Phd - Expert Witness Fee (BSB) | | E | 04/21/2009 | 0001 | BSB | 0.00 | $16,000.00 | 0.00 | $16,000.00 | 38,792.49 |
| 2365543 | Equitrac - Long Distance to 18054993572 | | E | 04/21/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 38,792.77 |
| 2365575 | Equitrac - Long Distance to 17134642976 | | E | 04/21/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 38,792.81 |
| 2367055 | Photocopy | | E | 04/21/2009 | 0999 | C&D | 0.00 | $34.20 | 0.00 | $34.20 | 38,827.01 |
| 2367134 | Photocopy | | E | 04/21/2009 | 0243 | IH | 0.00 | $0.10 | 0.00 | $0.10 | 38,827.11 |
| 2367140 | Photocopy | | E | 04/21/2009 | 0317 | JAL | 0.00 | $4.80 | 0.00 | $4.80 | 38,831.91 |
| 2367150 | PAKC/DSL, P.S. -Expert Witness Fee (BSB) | | E | 04/22/2009 | 0001 | BSB | 0.00 | $200.00 | 0.00 | $200.00 | 39,031.91 |
| 2367165 | Equitrac - Long Distance to 13024269910 | | E | 04/22/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 39,031.95 |
| 2367168 | Equitrac - Long Distance to 13024269910 | | E | 04/22/2009 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 39,032.43 |
| 2367217 | Equitrac - Long Distance to 16179512505 | | E | 04/22/2009 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 39,032.75 |
| 2367219 | Equitrac - Long Distance to 12123199240 | | E | 04/22/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 39,032.79 |
| 2367225 | Equitrac - Long Distance to 12125889686 | | E | 04/22/2009 | 0999 | C&D | 0.00 | $2.27 | 0.00 | $2.27 | 39,035.06 |
| 2371299 | Photocopy | | E | 04/22/2009 | 0237 | SRB | 0.00 | $0.20 | 0.00 | $0.20 | 39,035.26 |

{D0153945.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2371350 | Photocopy | | E | 04/22/2009 | 0999 | C&D | 0.00 | $5.80 | 0.00 | $5.80 | 39,041.06 |
| 2367473 | Pacer Service Center -Research Svc., 1/1/09 - 3/31/09 (EI) | | E | 04/23/2009 | 0120 | EI | 0.00 | $68.08 | 0.00 | $68.08 | 39,109.14 |
| 2367713 | Equitrac - Long Distance to 14102260041 | | E | 04/23/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 39,109.22 |
| 2367836 | Equitrac - Long Distance to 16179512505 | | E | 04/24/2009 | 0999 | C&D | 0.00 | $1.24 | 0.00 | $1.24 | 39,110.46 |
| 2367850 | Equitrac - Long Distance to 13024261900 | | E | 04/24/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 39,110.54 |
| 2371468 | Photocopy | | E | 04/24/2009 | 0237 | SRB | 0.00 | $1.20 | 0.00 | $1.20 | 39,111.74 |
| 2371469 | Photocopy | | E | 04/24/2009 | 0237 | SRB | 0.00 | $2.50 | 0.00 | $2.50 | 39,114.24 |
| 2371484 | Photocopy | | E | 04/24/2009 | 0237 | SRB | 0.00 | $5.30 | 0.00 | $5.30 | 39,119.54 |
| 2371502 | Photocopy | | E | 04/24/2009 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 39,119.94 |
| 2371506 | Photocopy | | E | 04/24/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 39,120.14 |
| 2371511 | Photocopy | | E | 04/24/2009 | 0237 | SRB | 0.00 | $6.70 | 0.00 | $6.70 | 39,126.84 |
| 2371516 | Photocopy | | E | 04/24/2009 | 0237 | SRB | 0.00 | $12.50 | 0.00 | $12.50 | 39,139.34 |
| 2371521 | Photocopy | | E | 04/24/2009 | 0308 | DBS | 0.00 | $14.60 | 0.00 | $14.60 | 39,153.94 |
| 2371569 | Photocopy | | E | 04/27/2009 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 39,155.34 |
| 2371573 | Photocopy | | E | 04/27/2009 | 0215 | KRS | 0.00 | $2.50 | 0.00 | $2.50 | 39,157.84 |
| 2371601 | Photocopy | | E | 04/27/2009 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 39,159.34 |
| 2371611 | Photocopy | | E | 04/27/2009 | 0380 | EB | 0.00 | $3.60 | 0.00 | $3.60 | 39,162.94 |
| 2371622 | Photocopy | | E | 04/27/2009 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 39,163.34 |

{D0153945.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009 3:06:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2371626 | Photocopy | | E | 04/27/2009 | 0999 | C&D | 0.00 | $7.80 | 0.00 | $7.80 | 39,171.14 |
| 2371627 | Photocopy | | E | 04/27/2009 | 0327 | ALV | 0.00 | $3.60 | 0.00 | $3.60 | 39,174.74 |
| 2372965 | Xeroxing | | E | 04/27/2009 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 39,176.84 |
| 2368233 | Equitrac - Long Distance to 13124941700 | | E | 04/27/2009 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 39,177.60 |
| 2368250 | VisuaLex, LLC -Professional Svc., 4/1/09 - 4/15/09 (NDF) | | E | 04/28/2009 | 0187 | NDF | 0.00 | $537.50 | 0.00 | $537.50 | 39,715.10 |
| 2368251 | Laura S. Welch -Professional Scv., re: Rebuttal Report (NDF) | | E | 04/28/2009 | 0187 | NDF | 0.00 | $35,700.00 | 0.00 | $35,700.00 | 75,415.10 |
| 2371648 | Photocopy | | E | 04/28/2009 | 0237 | SRB | 0.00 | $12.20 | 0.00 | $12.20 | 75,427.30 |
| 2371651 | Photocopy | | E | 04/28/2009 | 0220 | SKL | 0.00 | $8.10 | 0.00 | $8.10 | 75,435.40 |
| 2371658 | Photocopy | | E | 04/28/2009 | 0999 | C&D | 0.00 | $11.30 | 0.00 | $11.30 | 75,446.70 |
| 2371659 | Photocopy | | E | 04/28/2009 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 75,448.30 |
| 2371663 | Photocopy | | E | 04/28/2009 | 0999 | C&D | 0.00 | $11.30 | 0.00 | $11.30 | 75,459.60 |
| 2371714 | Photocopy | | E | 04/28/2009 | 0333 | MCG | 0.00 | $2.20 | 0.00 | $2.20 | 75,461.80 |
| 2371716 | Photocopy | | E | 04/28/2009 | 0333 | MCG | 0.00 | $0.20 | 0.00 | $0.20 | 75,462.00 |
| 2371723 | Photocopy | | E | 04/28/2009 | 0333 | MCG | 0.00 | $3.00 | 0.00 | $3.00 | 75,465.00 |
| 2371742 | Photocopy | | E | 04/28/2009 | 0333 | MCG | 0.00 | $0.60 | 0.00 | $0.60 | 75,465.60 |
| 2371746 | Photocopy | | E | 04/28/2009 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 75,465.80 |
| 2371748 | Photocopy | | E | 04/28/2009 | 0999 | C&D | 0.00 | $4.20 | 0.00 | $4.20 | 75,470.00 |
| 2371813 | Photocopy | | E | 04/29/2009 | 0308 | DBS | 0.00 | $6.00 | 0.00 | $6.00 | 75,476.00 |

{D0153945.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2368717 | Equitrac - Long Distance to 14062533430 | E | 04/29/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 75,476.08 |
| 2368745 | Equitrac - Long Distance to 17138051815 | E | 04/29/2009 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 75,476.64 |
| 2368768 | Equitrac - Long Distance to 18185753057 | E | 04/29/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 75,476.80 |
| 2368779 | Equitrac - Long Distance to 12125585500 | E | 04/29/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 75,476.92 |
| 2368812 | Equitrac - Long Distance to 13024269910 | E | 04/29/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 75,477.08 |
| 2368854 | Equitrac - Long Distance to 12032471834 | E | 04/29/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 75,477.12 |
| 2368874 | Nathan D. Finch -Meals for travel to New York, NY, re: Confirmation Hearing, 4/13/09 - 4/14/09 | E | 04/30/2009 | 0187 | NDF | 0.00 | $96.47 | 0.00 | $96.47 | 75,573.59 |
| 2368875 | Nathan D. Finch -Elysee Hotel 2-Night Lodging Expense for travel to New York, NY, re: Confirmation Hearing, 4/13/09 - 4/14/09 | E | 04/30/2009 | 0187 | NDF | 0.00 | $713.06 | 0.00 | $713.06 | 76,286.65 |
| 2368876 | Nathan D. Finch -Cab Fares & Hotel Valet for travel to New York, NY, re: Confirmation Hearing, 4/13/09 - 4/14/09 | E | 04/30/2009 | 0187 | NDF | 0.00 | $59.00 | 0.00 | $59.00 | 76,345.65 |
| 2368877 | Nathan D. Finch -Long Distance Telephone Hotel Charges for travel to New York, NY, re: Confirmation Hearing, 4/13/09 - 4/14/09 | E | 04/30/2009 | 0187 | NDF | 0.00 | $7.69 | 0.00 | $7.69 | 76,353.34 |
| 2368880 | ADA Travel, Inc. -Agent Fee for First Class Roundtrip Amtrak Train Fare Travel to/from New York, NY, 4/7/09 (JAL) (Business/Coach 442.00) | E | 04/30/2009 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 76,393.34 |
| 2368881 | ADA Travel, Inc. -First Class Roundtrip Amtrak Train Fare Travel to/from New York, NY, 4/7/09 (JAL) (Business/Coach 442.00) | E | 04/30/2009 | 0317 | JAL | 0.00 | $642.00 | 0.00 | $442.00 | 76,835.34 |
| 2368882 | ADA Travel, Inc. -Credit First Class Roundtrip Amtrak Train Fare Travel to/from New York, NY, 4/7/09 (JAL) (Business/Coach 442.00) | E | 04/30/2009 | 0317 | JAL | 0.00 | -$577.80 | 0.00 | -$442.00 | 76,393.34 |
| 2368883 | ADA Travel, Inc. -Agent Fee for Business Class Roundtrip Amtrak Train Fare Travel to/from New York, NY, 4/13/09 - 4/14/09 (PVNL) | E | 04/30/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 76,433.34 |

{D0153945.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2368884 | ADA Travel, Inc. -Business Class Roundtrip Amtrak Train Fare Travel to/from New York, NY, 4/13/09 - 4/14/09 (PVNL) | E | 04/30/2009 | 0020 | PVL | 0.00 | $332.00 | 0.00 | $332.00 | 76,765.34 |
| 2368885 | ADA Travel, Inc. -Agent Fee for One-Way First Class Amtrak Train Fare Travel to New York, NY, 4/13/09 (NDF) (Business/Caoch Class 177.00) | E | 04/30/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 76,805.34 |
| 2368886 | ADA Travel, Inc. -One-Way First Class Amtrak Train Fare Travel to New York, NY, 4/13/09 (NDF) (Business/Coach Class 177.00) | E | 04/30/2009 | 0187 | NDF | 0.00 | $255.00 | 0.00 | $177.00 | 76,982.34 |
| 2368887 | ADA Travel, Inc. -Agent Fee for Business Class Amtrak Train Fare Travel to/from New York, NY, 4/13/09 - 4/14/09 (JAL) | E | 04/30/2009 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 77,022.34 |
| 2368888 | ADA Travel, Inc. -Agent Fee for Upgrade from Business to First Class Amtrak Train Fare Travel to/from New York, NY, 4/13/09 - 4/14/09 (JAL) (Business/Coach 398.00) | E | 04/30/2009 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $0.00 | 77,022.34 |
| 2368889 | ADA Travel, Inc. -First Class Amtrak Train Fare Travel to/from New York, NY, 4/13/09 - 4/14/09 (JAL) (Business/Coach 398.00) | E | 04/30/2009 | 0317 | JAL | 0.00 | $620.00 | 0.00 | $398.00 | 77,420.34 |
| 2368893 | ADA Travel, Inc. -Agent Fee for Business Class Train Fare travel to/from Wilmington, DE, 4/27/09 (PVNL) | E | 04/30/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 77,460.34 |
| 2368894 | ADA Travel, Inc. -Business Class Amtrak Train Fare for travel to/from Wilmington, DE, 4/27/09 (PVNL) | E | 04/30/2009 | 0020 | PVL | 0.00 | $186.00 | 0.00 | $186.00 | 77,646.34 |
| 2368908 | Premiere Global Services -Conference Call Svc., 3/6/09 - 3/24/09 (NDF) | E | 04/30/2009 | 0187 | NDF | 0.00 | $27.84 | 0.00 | $27.84 | 77,674.18 |
| 2370811 | Equitrac - Long Distance to 12123199240 | E | 04/30/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 77,674.54 |
| 2370824 | Equitrac - Long Distance to 12123199240 | E | 04/30/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 77,674.70 |
| 2370836 | Equitrac - Long Distance to 13024261900 | E | 04/30/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 77,675.06 |
| 2370838 | Equitrac - Long Distance to 13024269910 | E | 04/30/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 77,675.10 |

{D0153945.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 5/20/2009 |

Print Date/Time: 05/20/2009  3:06:15PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2371864 | Photocopy | | E | 04/30/2009 | 0999 | C&D | 0.00 | $10.20 | 0.00 | $10.20 | 77,685.30 |
| 2371899 | Photocopy | | E | 04/30/2009 | 0308 | DBS | 0.00 | $44.10 | 0.00 | $44.10 | 77,729.40 |
| 2371912 | Photocopy | | E | 04/30/2009 | 0999 | C&D | 0.00 | $3.70 | 0.00 | $3.70 | 77,733.10 |
| 2371915 | Photocopy | | E | 04/30/2009 | 0999 | C&D | 0.00 | $6.10 | 0.00 | $6.10 | 77,739.20 |
| 2372692 | Database Research Westlaw by NDF on 4/24 & 30 | E | 04/30/2009 | 0999 | C&D | 0.00 | $297.27 | 0.00 | $297.27 | 78,036.47 |
| 2372693 | Database Research Westlaw by JMR on 4/6-7 | E | 04/30/2009 | 0999 | C&D | 0.00 | $2,263.21 | 0.00 | $2,263.21 | 80,299.68 |
| 2372694 | Database Research Westlaw by DBS on 4/24-30 | E | 04/30/2009 | 0999 | C&D | 0.00 | $354.92 | 0.00 | $354.92 | 80,654.60 |
| 2372695 | Database Research Westlaw by ALV on 4/1& 23 | E | 04/30/2009 | 0999 | C&D | 0.00 | $216.59 | 0.00 | $216.59 | 80,871.19 |
| 2372696 | Database Research Westlaw by AJS on 4/1-6 | E | 04/30/2009 | 0999 | C&D | 0.00 | $342.52 | 0.00 | $342.52 | 81,213.71 |
| 2372697 | Database Research Westlaw by JAL on 4/17-27 | E | 04/30/2009 | 0999 | C&D | 0.00 | $207.17 | 0.00 | $207.17 | 81,420.88 |
| 2372698 | Database Research Westlaw by MCG on 4/1 | E | 04/30/2009 | 0999 | C&D | 0.00 | $26.36 | 0.00 | $26.36 | 81,447.24 |
| 2372725 | Database Research Westlaw by KB on 4/1-29 | E | 04/30/2009 | 0999 | C&D | 0.00 | $2,491.28 | 0.00 | $2,491.28 | 83,938.52 |

**Total Expenses**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $84,342.72 |  | $83,938.52 |
|  | 0.00 |  | 0.00 |  |
| Matter Total Fees |  | 0.00 |  | 0.00 |
| Matter Total Expenses |  | 84,342.72 |  | 83,938.52 |
| Matter Total | 0.00 | 84,342.72 | 0.00 | 83,938.52 |
|  |  |  |  |  |
| Prebill Total Fees |  |  |  |  |
| Prebill Total Expenses |  | $84,342.72 |  | $83,938.52 |
| Prebill Total |  | 0.00 | $84,342.72 | 0.00 | $83,938.52 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|

{D0153945.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 5/20/2009 |

Print Date/Time: 05/20/2009 3:06:15PM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 65,672 | 11/20/2008 | 165,621.50 | 33,124.30 |
| 66,049 | 12/18/2008 | 199,929.75 | 39,985.95 |
| 66,545 | 01/26/2009 | 364,903.00 | 72,980.59 |
| 66,959 | 02/25/2009 | 228,107.00 | 45,621.40 |
| 67,377 | 03/24/2009 | 287,382.50 | 57,476.49 |
| 67,847 | 04/23/2009 | 431,965.72 | 431,965.72 |
| | | 3,465,059.22 | 730,803.75 |

{D0153945.1 }