IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11
Case No. 01-01139 (JKF)
Jointly Administered

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATION OF COUNSEL OF LIBBY CLAIMANTS RE: STIPULATION CONCERNING LIBBY CLAIMANTS' STANDING IN RESPECT OF TREATMENT OF CLAIMS FOR WRONGFUL DEATH AND LOSS OF CONSORTIUM UNDER TRUST DISTRIBUTION PROCEDURES

1. The First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009 (the "Plan") [D.I. 20872] provides that the payment of Asbestos PI Claims[1] by the Asbestos PI Trust shall be governed by the Asbestos PI Trust Distribution Procedures (the "TDP").

2. As one of the bases for their objection to the Plan, the Libby Claimants[2] argue that the TDP does not provide for wrongful death or loss of consortium claims ("WD/LOC Claims") (the "Libby Claimants' WD/LOC Objection"). The Plan Proponents disagree.

3. The Libby Claimants in April 2009 gave notice that they would take the depositions of various Libby Claimants (the "Libby Claimant Depositions"). The Debtors on April 30, 2009, filed the Debtors' Motion for Protective Order and Objection to Libby Claimants'

---

[1] All terms defined in the Plan and not otherwise defined herein shall have the same meaning when used in this Certification of Counsel ("COC") as when used in the Plan as on file on the date of this COC.

[2] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

{W0000057.}

Deposition Notices [Docket No. 21495] (the "Motion"). The Motion was scheduled for hearing on May 14, 2009 (the "May 14 Hearing"). Several of the Debtors' insurers subsequently joined in the Motion [Docket Nos. 21521, 21522 and 21541]. The Libby Claimants on May 8, 2009, filed the Libby Claimants' Response to Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices and Joinders by Various Insurers [Docket No.21596].

4.     At the May 14 Hearing, the Plan Proponents agreed that they would not challenge the fact that the Libby Claimants' WD/LOC Claims exist, while reserving all rights to challenge the validity of such Claims. The Plan Proponents further agreed that the Libby Claimants had standing to raise the specific WD/LOC Objection. The Libby Claimants, in turn, agreed that they would not proceed with the Libby Claimant Depositions for the purpose of seeking testimony concerning the WD/LOC Objection. The Court requested that this agreement be set forth in a written stipulation. Otherwise, the Court granted the Motion over the Libby Claimants' objection.

5.     The Libby Claimants and the Plan Proponents have conferred and have agreed on a written stipulation, the form of which is attached hereto (the "Stipulation").[3] Based on the foregoing, the Libby Claimants request that the Court approve the Stipulation attached at Exhibit 1 and enter the order attached as Exhibit 2.

---

[3] The Stipulation was circulated to counsel for Arrowood Indemnity Company, even though Arrowood is not a signatory to the Stipulation they have agreed that they would not challenge the fact that the Libby Claimants' WD/LOC Claims exist.

Respectfully submitted this 29th day of May, 2009.

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*
Adam G. Landis (No. 3407)
Rebecca L. Butcher (No. 3816)
Kerri Mumford (No. 4186)
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

and

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

Counsel to the Libby Claimants

877p/COC for Stip re LOC-WD Standing

3