IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. 21798 |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                  ) SS
NEW CASTLE COUNTY )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 1st day of June, 2009, she caused copies of the following:

- NOTICE OF SERVICE OF DISCOVERY [Docket No. 21798]
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO GRACE'S DR. H. ORY REPORT, 4/6/09
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO REPORT OF ACC'S DR. L. WELCH MARCH 2009
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO THE ACC'S DR. G. FRIEDMAN, 4/6/09
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO GRACE'S DR. D. WEILL REPORT, 4/6/09
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO GRACE'S DR. J. PARKER REPORT, 4/6/09
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO REPORT OF DR. J. PARKER, 7/29/07
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO GRACE'S DR. D. HENRY REPORT, 4/6/09
- RESPONSE OF DR. FRANK AND DR. WHITEHOUSE TO REPORT OF THE ACC'S DR. G. STOCKMAN, 4/6/09
- SUR-REBUTTAL REPORT OF DR. CRAIG MOLGAARD (EPIDEMIOLOGY)
- SUR-REBUTTAL AND SUPPLEMENTAL EXPERT REPORT OF DR. AUTHUR L. FRANK
- SUR-REBUTTAL AND SUPPLEMENTAL EXPERT REPORT BY DR. ALAN C. WHITEHOUSE

to be served via first class mail upon:

Roger Frankel, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

*Cathy A. Adams*
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 1st day of June, 2009.

*Cassandra D. Lewicki*
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012