**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**DECLARATION OF SERVICE REGARDING:**

| | |
|---|---|
| DEBTORS' DISCLOSURE STATEMENT FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W. R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OFEQUITY SECURITY HOLDERS DATED AS OF FEBRUARY 27, 2009 [on compact disc] | Copy attached hereto as Exhibit A |
| EXHIBIT BOOK TO FIRST AMENDED JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AS OF FEBRUARY 27, 2009 [on compact disc] comprised of: | Copy attached hereto as Exhibit B |

- Exhibit 1 First Amended Joint Plan Of Reorganization
- Exhibit 2 Asbestos PI Trust
- Exhibit 3 Asbestos PD Trust Agreement

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- Exhibit 4 Asbestos Trust Distribution Procedures
- Exhibit 5 Schedule Of Settled Asbestos Insurers Entitled To 524 (g) Protection
- Exhibit 6 Asbestos Insurance Transfer Agreement
- Exhibit 7 [intentionally left blank]
- Exhibit 8 Best Interests Analysis
- Exhibit 9 CDN ZAI Minutes Of Settlement
- Exhibit 10 Cooperation Agreement
- Exhibit 11 PI Deferred Payment Agreement
- Exhibit 12 Financial Information
- Exhibit 13 Fresenius Settlement Agreement
- Exhibit 14 To Exhibit Book Fresenius Settlement Order
- Exhibit 15 W. R. Grace & Co. Guarantee Agreement (PI)
- Exhibit 16 Non-Debtor Affiliate Schedule
- Exhibit 17 To Exhibit Book Plan Registration Rights Agreement
- Exhibit 18 Rejected Executory Contracts And Unexpired Leases Schedule
- Exhibit 19 Retained Causes Of Action Schedule
- Exhibit 20 Share Issuance Agreement
- Exhibit 21 Unresolved Asbestos PD Claims Schedule
- Exhibit 22 Sealed Air Settlement Agreement
- Exhibit 23 Sealed Air Settlement Order
- Exhibit 24 Warrant Agreement
- Exhibit 25 Case Management Order For Class 7A Asbestos PD Claims
- Exhibit 26 Asbestos PI/Pd Inter-Creditor Agreement
- Exhibit 27 Asbestos Payment Agreement (Class 7A PD)
- Exhibit 28 Asbestos Payment Agreement (Class 7B ZAI)
- Exhibit 29 W. R. Grace & Co. Guarantee Agreement (Class 7A PD)
- Exhibit 30 W. R. Grace & Co. Guarantee Agreement (Class 7B ZAI)
- Exhibit 31 Stock Incentive Plan
- Exhibit 32 Stock Trading Restrictions Term Sheet
- Exhibit 33 ZAI PD Trust Distribution Procedures

| | |
|---|---|
| NOTICE OF CONFIRMATION HEARING AND IMPORTANT DEADLINES IN RELATION TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF W. R. GRACE & CO., ET AL. | Copy attached hereto as Exhibit C |
| ORDER APPROVING DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF | Copy attached hereto as Exhibit D |
| W. R. GRACE & CO. ET AL. VOTING PROCEDURES | Copy attached hereto as Exhibit E |

| | |
|---|---|
| NOTICE OF PROCEDURES RELATING TO PAYMENT OF POST-PETITION INTEREST ON GENERAL UNSECURED CLAIMS | Copy attached hereto as Exhibit F |
| NOTICE OF NON-VOTING CLAIM STATUS FOR JOINT PLAN OF REORGANIZATION | Copy attached hereto as Exhibit G |
| NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES | Copy attached hereto as Exhibit H |
| NOTICE OF NON-VOTING STATUS WITH RESPECT TO UNIMPAIRED CLASSES DEEMED TO ACCEPT JOINT PLAN OF REORGANIZATION | Copy attached hereto as Exhibit I |
| CD INSTRUCTION LETTER | Copy attached hereto as Exhibit J |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF INDIRECT PI TRUST CLAIMS WITHIN CLASS 6 ASBESTOS PI CLAIMS | Custom sample attached hereto as Exhibit K |
| VOTING INSTRUCTIONS AND MASTER BALLOT FOR HOLDERS OF CLASS 7A ASBESTOS PD CLAIMS | Custom sample attached hereto as Exhibit L |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF CLASS 7B ASBESTOS PD CLAIMS (US ZAI PD CLAIMS) | Custom sample attached hereto as Exhibit M |
| VOTING INSTRUCTIONS AND BALLOT FOR CLASS 8 CDN ZAI PD CLAIMS | Custom sample attached hereto as Exhibit N |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF CLASS 9 GENERAL UNSECURED CLAIMS | Custom sample attached hereto as Exhibit O |
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF CLASS 10 EQUITY INTERESTS OF W. R. GRACE & CO. (CUSIP # 38388F108) | Custom sample attached hereto as Exhibit P |

| | |
|---|---|
| VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF CLASS 10 EQUITY INTERESTS OF W. R. GRACE & CO. (CUSIP # 38388F108) | Sample attached hereto as Exhibit Q |
| MASTER BALLOT AND VOTING INSTRUCTIONS FOR CLASS 10 EQUITY INTERESTS OF W. R. GRACE & CO. (CUSIP # 38388F108) | Sample attached hereto as Exhibit R |
| RETURN ADDRESS ENVELOPE [copy not attached hereto] | Exhibit S |

I, Kevin Martin, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 444 North Nash Street, El Segundo, California 90245.

2. At the direction of Kirkland & Ellis LLP, co-counsel to the debtors and debtors in possession in the above-captioned cases, the documents attached hereto as Exhibits A through S were served as described in Exhibits 1 through 33. Service commenced on March 27, 2009 and concluded on March 30, 2009:

Exhibit 1          Address List regarding Exhibits C, D and I
- The Class 1 Priority Claimants are referenced in Service Lists 31941 and 31982
- The Class 2 Secured Claimants are referenced in Service Lists 31940 and 31983
- The Class 3 Employee Benefit Claimants are referenced in Service List 31939
- The Class 4 Workers' Compensation Claimants are referenced in Service List 31938
- The Class 5 Intercompany Claimants are referenced in Service List 31937

Exhibit 2          Address List regarding Exhibits A, B C, D, E, J, K and S
- The Class 6-A Asbestos PI—Attorneys are referenced in Service List 31936

|  |  |
|---|---|
|  | ▪ The Class 6-B Asbestos PI—Individuals are referenced in Service List 31935 |
|  | ▪ The Class 6-C Asbestos PI—Indirect Trust are referenced in Service List 31934 |
| Exhibit 3 | Address List regarding Exhibits A, B, C, D, E, J, L and S |
|  | ▪ The Class 7-A Asbestos PD—Attorneys are referenced in Service List 31933 |
|  | ▪ The Class 7-A Asbestos PD—Individuals are referenced in Service List 31932 |
| Exhibit 4 | Address List regarding Exhibits A, B, C, D, E, J, M and S |
|  | ▪ The Class 7-B US ZAI PD—Attorneys are referenced in Service List 31930 |
|  | ▪ The Class 7-B US ZAI PD—Individuals are referenced in Service List 31929 |
|  | ▪ The Class 7-B US ZAI PD—Class Representatives are referenced in Service List 31928 |
| Exhibit 5 | Address List regarding Exhibits A, B, C, D, E, G and J |
|  | ▪ The Class 7-B USA ZAI PD—Untimely Filed Parties are referenced in Service List 31927 |
| Exhibit 6 | Address List regarding Exhibits A, B, C, D, E, J, N and S |
|  | ▪ The Class 8 CDN ZAI PD Claimants are referenced in Service List 31926 |
| Exhibit 7 | Address List regarding Exhibits A, B, C, D, F, E, J, O and S |
|  | ▪ The Class 9 General Unsecured Claimants—Scheduled are referenced in Service List 31925 |
|  | ▪ The Class 9 General Unsecured Claimants—Proof of Claim are referenced in Service List 31924 |
|  | ▪ The Class 9 Unsecured Lenders are referenced in Service List 31922 |
|  | ▪ The Class 9 General Unsecured Claimants—Proof of Claim—Multiple Ballots are referenced in Service List 31986 |
| Exhibit 8 | Address List regarding Exhibits A, B, C, D, E, F and G |
|  | ▪ The Class 9 General Unsecured Claimants—Non-Voting are referenced in Service List 31923 |
| Exhibit 9 | Address List regarding Exhibits C, D, G and I |
|  | ▪ The Class 11 Equity Interests In the Debtors Other than the Parent Parties are referenced in Service List 31919 |

Exhibit 10       Address List regarding Exhibits A, B, C, D, E, G and J
- The Unclassified Administrative and Priority Tax Claimants are referenced in Service List 31918
- Those parties who have requested special notice and the Core Group are referenced in Service List 31915

Exhibit 11       Address List regarding Exhibits C, D, H and G
- The Schedule G Executory Contracts and Unexpired Leases Parties are referenced in Service List 31917

Exhibit 12       Address List regarding Exhibits A, B, C, D, E, J, K, L, M and S
- The Fresenius Multiple Class Ballot Parties are referenced in Service List 31985

Exhibit 13       Address List regarding Exhibits A, B, C, D, E and J
- The Special Notice to Class 9 Lenders are referenced in Service List 31987

Exhibit 14       Address List regarding Exhibits A, B, C, D, E, J, L, O and S
- St. Paul Multiple Class Party is referenced in Service List 31984

Exhibit 15       Address List regarding Exhibits A, B, C, D, E, J, M, O and S
- Burlington Northern Multiple Class Parties are referenced in Service List 31981

Exhibit 16       Address List regarding Exhibits A, B, C, D, E, J, M and S
- Class 7-B Rust US ZAI Individual Parties are referenced in Service List 31961
- Class 7-B Multiple Ballot Parties are referenced in Service List 32462

Exhibit 17       Address List regarding Exhibits A, B, C, D, E, J , K and S
- Class 6 Rust PI Attorneys are referenced in Service List 31963
- Class 6 Rust PI Individuals are referenced in Service List 31964

Exhibit 18       Address List regarding Exhibits A, B, C, D, E, J, K, L, O and S
- Sealed Air Corp Multiple Class Ballot Party is referenced in Service List 32451

Exhibit 19       Address List regarding Exhibits A, B, C, D, E, J, O and S
   Class 9 Multiple Ballot Parties are referenced in Service List 32452

Exhibit 20       Address List regarding Exhibits A, B, C, D, E, I, J, O and S
- Prindle Non-Vote Class Notice and Class 9 Ballot Parties are referenced in Service List 32453

| | |
|---|---|
| Exhibit 21 | Address List regarding Exhibits A, B, C, D, E, G, J, O and S |
| | - Non-Vote Claim Notice and Class 9 Ballot Parties are referenced in Service List 32455 |
| Exhibit 22 | Address List regarding Exhibits A, B, C, D, E, J, K, O and S |
| | - Class 6 and Class 9 Ballot Parties are referenced in Service List 32456 |
| Exhibit 23 | Address List regarding Exhibits A, B, C, D, E, I, J, K and S |
| | - Non-Vote Class Notice and Class 6 Ballot Party is referenced in Service List 32457 |
| Exhibit 24 | Address List regarding Exhibits A, B, C, D, E, J, K and S |
| | - Class 6 Multiple Ballot Parties are referenced in Service List 32458 |
| Exhibit 25 | Address List regarding Exhibits A, B, C, D, E, J, K, L and S |
| | - Class 6 and Class 7-A Ballot Parties are referenced in Service List 32459 |
| Exhibit 26 | Address List regarding Exhibits A, B, C, D, E, J, K, N and S |
| | - Class 6 and Class 8 Ballot Party is referenced in Service List 32460 |
| Exhibit 27 | Address List regarding Exhibits A, B, C, D, E, J, K, M and S |
| | - Class 6 and Class 7-B Ballot Parties are referenced in Service List 32461 |
| Exhibit 28 | Address List regarding Exhibits A, B, C, D, E, J, L and S |
| | - The Class 7-A Multiple Ballot Parties are referenced in Service List 32463 |
| Exhibit 29 | Address List regarding Exhibits A, B, C, D, E, G, J, K and S |
| | - Non-Vote Claim Notice and Class 6 Ballot Parties are referenced in Service List 32465 |
| Exhibit 30 | Address List regarding Exhibits A, B, C, D, E, J, K, I, O and S |
| | - The Class 6 Ballot Class 9 Ballot and Non-Vote Class Notice Party is referenced in Service List 32466 |
| Exhibit 31 | Address List regarding Exhibits A, B, C, D, E, G, J, I, O and S |
| | - The Class 9 Ballot, Non-Vote Class Notice and Non-Vote Claim Notice Party is referenced in Service List 32467 |
| Exhibit 32 | Address List regarding Exhibits A, B, C, D, E, J, Q, R and S |
| | - The Class 10 Beneficial Ballot Equity Interests in the Parent—Nominees are referenced in Service List 31921 |

Exhibit 33        Address List regarding Exhibits A, B, C, D, E, J, P and S
- The Class 10 Beneficial Ballot Equity Interests in the Parent—Direct Registration Holders are referenced in Service List 31920

3.    Unless otherwise specifically identified on the attached service lists, such service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 27, 2009
El Segundo, California

Kevin Martin

State of California      )
                         )
County of Los Angeles    )

On May 27, 2009 before me, James H. Myers, a Notary Public, personally appeared Kevin Martin, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009