# EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |

**NOTICE OF NON-VOTING CLAIM STATUS
FOR JOINT PLAN OF REORGANIZATION**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the *First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009* (as it may be amended or supplemented, the "Plan") and a Disclosure Statement with respect to the Plan (as it may be amended or supplemented, the "Disclosure Statement") pursuant to section 1125 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").[2]

On March 9, 2009, the Bankruptcy Court entered an order that, among other things, approved the Disclosure Statement as containing adequate information, as required under section 1125(a) of the Bankruptcy Code, approved certain voting and tabulation procedures (the "Voting Procedures") for parties entitled to vote to accept or reject the Plan, and established **May 20, 2009** as the Voting Deadline.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

1

Please note that the Plan provides that Class 7A Asbestos PD Claims (i.e., Asbestos PD Claims other than US ZAI PD Claims) are unimpaired, but the Debtors are soliciting the votes of Holders of Class 7A Asbestos PD Claims solely for purposes of section 524(g) of the Bankruptcy Code.  In addition, the Plan provides that Class 9 General Unsecured Claims are unimpaired, but the Debtors have agreed to solicit the votes of Holders of General Unsecured Claims on a provisional basis.  The provisionally solicited votes of the Holders of General Unsecured Claims will be given effect and used to determine acceptance or rejection of the Plan by the Class if it is determined that Class 9 is impaired.  If it is determined that Class 9 is unimpaired, then Class 9 will be deemed to accept the Plan and any and all Ballots cast by Holders of General Unsecured Claims will be disregarded for all purposes.

Pursuant to the Voting Procedures, the Debtors are sending you this notice of non-voting treatment (the "Notice of Non-Voting Claim Status") with respect to the treatment (for voting purposes only) of one or more Claims you have filed against the Debtors.

**Non-Voting Treatment:**  Pursuant to the Voting Procedures, you are not entitled to vote to accept or reject the Plan because you have been identified as a Holder of either (i) a Class 9 Claim that is subject to a pending objection or (ii) a Class 7A or Class 7B Asbestos PD Claim that was not timely filed on or before the March 2003 Bar Date or the US ZAI Claims bar date of October 31, 2008, as applicable.

**Voting Motion:**  Should you wish to seek to have your Claim allowed for voting purposes only, you must File with the Bankruptcy Court, **on or before the Voting Deadline of May 20, 2009**, a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim in a specified amount for purposes of voting (a "Voting Motion") to accept or reject the Plan.  The Voting Motion must be accompanied by a declaration by an appropriate representative that (i) attaches a completed Ballot indicating how you intend to vote on the Plan, (ii) certifies the proposed voting amount of your Claim, and (iii) attaches any evidence in support of the proposed voting amount of your Claim.

As to any Holder of a Claim filing a Voting Motion, such Holder's vote shall not be counted unless the Voting Motion is granted (in whole or in part) in which case the Ballot will be counted in the amount ordered by the Bankruptcy Court.  A ruling on a Voting Motion will determine only the voting rights with respect to a Claim; the ruling will not affect the rights of the Holder of the Claim, the Debtors, the Reorganized Debtors, or any other Entity with respect to allowance and distribution with respect to the Claim.  Any Voting Motion must be served upon the list of Notice parties annexed hereto.

2

You may request a Ballot for inclusion with the declaration in support of your Voting Motion by calling the hotline established by the Debtors' court-approved Voting Agent, BMC Group, Inc., at (888) 909-0100, sending an email to wrgrace@bmcgroup.com, or sending a written request by U.S. Mail to the Voting Agent at:

>BMC Group, Inc.
>Attn:  W. R. Grace Voting Agent
>P.O. Box 913
>El Segundo, CA 90245-0913

**COPIES OF THE PLAN, DISCLOSURE STATEMENT, EXHIBIT BOOK, VOTING PROCEDURES (AND ALL EXHIBITS THERETO), AND BALLOTS AND VOTING INSTRUCTIONS ARE ALSO AVAILABLE ON THE DEBTORS' WEBSITE AT WWW.GRACE.COM AND THE VOTING AGENT'S WEBSITE AT WWW.BMCGROUP.COM/WRGRACE.**

Dated: March 9, 2009

| KIRKLAND & ELLIS LLP | THE LAW OFFICES OF | PACHULSKI STANG ZIEHL & |
| --- | --- | --- |
| David M. Bernick, P.C. | JANET S. BAER, P.C. | JONES LLP |
| Theodore L. Freedman | Janet S. Baer, P.C. | Laura Davis Jones (Bar No. 2436) |
| Deanna D. Boll | 70 W. Madison St. | James E. O'Neill (Bar No. 4042) |
| Craig A. Bruens | Suite 2100 | Timothy P. Cairns (Bar No. 4228) |
| 153 East 53rd Street | Chicago, IL 60602 | 919 North Market Street, 17th Floor |
| New York, NY 10022 | Telephone: (312) 641-2162 | P.O. Box 8705 |
| Telephone: (212) 446-4800 | | Wilmington, DE 19899-8705 |
| | | Telephone:  (302) 652-4100 |

Co-Counsel for the Debtors and Debtors in Possession

## Notice Parties

**KIRKLAND & ELLIS LLP**
David M. Bernick, P.C.
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
153 East 53rd Street
New York, New York 10022

**PACHULSKI, STANG, ZIEHL & JONES L.L.P.**
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

**THE LAW OFFICES OF JANET S. BAER, P.C.**
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602

*Co-Counsel for the Debtors and Debtors in Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Phillip Bentley
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10036

**BUCHANAN, INGERSOLL & ROONEY PC**
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, Delaware 19801

*Counsel for the Official Committee of Equity Security Holders*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
D. J. Baker
Four Times Square
New York, NY 10036

*Counsel to Sealed Air Corporation and Cryovac, Inc.*

**MCDERMOTT, WILL & EMERY**
David S. Rosenbloom
227 W. Monroe, Suite 4400
Chicago, IL  60606
Telephone (312) 372-2000

*Counsel to Fresenius*

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152-3500

**CAPLIN & DRYSDALE, CHARTERED**
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005

**CAMPBELL & LEVINE, LLC**
Marla R. Eskin (Bar No. 2989)
Mark T. Hurford (Bar No. 3299)
800 King Street, Suite 300
Wilmington, Delaware 19801

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC  20005-1706

**PHILLIPS, GOLDMAN & SPENCE, P.A.**
John C. Phillips, Jr. (Bar No. 110)
1200 North Broom Street
Wilmington, Delaware 19806

*Counsel for David T. Austern, Asbestos Personal Injury Future Claimants' Representative*

Alan B. Rich
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, Texas 75202-3909

*Counsel for Alexander M. Sanders, Jr., Asbestos Property Damage Future Claimants' Representative*

4