# EXHIBIT M

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | BALLOT FOR ACCEPTING OR |
| | ) | REJECTING JOINT PLAN OF |
| | ) | REORGANIZATION UNDER CHAPTER |
| | ) | 11 OF THE BANKRUPTCY CODE |

**Class 7B**
**Asbestos PD Claims (US ZAI PD Claims)**

**VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS**
**OF CLASS 7B ASBESTOS PD CLAIMS (US ZAI PD CLAIMS)**

W. R. Grace & Co. and its affiliated debtors and debtors in possession (collectively, the "Debtors") are soliciting votes to accept or reject the *First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009* (as it may be amended or supplemented, the "Plan") described in the accompanying Disclosure Statement (the "Disclosure Statement") from the Holders of certain impaired Claims against, and Equity Interests in, the Debtors.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

On March 9, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving, among other things, (i) the Disclosure Statement as providing adequate information for Holders of Claims against, or Equity Interests in, the Debtors to make a decision as to whether to accept or reject the Plan and (ii) certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes to accept or reject the Plan. The Voting Procedures contain important information regarding the balloting process and are included in the Solicitation Package accompanying your Ballot. Please read the Plan, the Disclosure Statement, and the Voting Procedures before submitting your Ballot. Capitalized terms not defined herein shall have the meaning ascribed to them in the Voting Procedures and the Plan.

## RELATIONSHIP OF THE PLAN TO THE PENDING U.S. ZAI CLASS SETTLEMENT

On January 16, 2009, the Bankruptcy Court entered an order provisionally certifying the US ZAI Rule 23 Class and appointing the US ZAI Class Representatives in relation thereto. The Bankruptcy Court also approved on a preliminary basis a proposed ZAI class settlement between the Debtors and the US ZAI Rule 23 Class (the "ZAI Class Settlement") pending a final approval hearing on April 1, 2009. You should receive a separate notice relating to the US ZAI Rule 23 Class, the ZAI Class Settlement, and the appointment of the US ZAI Class Representatives.

The Plan incorporates the terms of the ZAI Class Settlement and makes it applicable to all US ZAI PD Claims, regardless of whether or not such claims are held by members of the US ZAI Rule 23 Class. The accompanying Ballot is to be used for voting on the Plan by Holders of Class 7B Asbestos Claims (i.e., US ZAI PD Claims). You have received the Ballot because you have filed a US ZAI PD Claim with the Bankruptcy Court on or before the US ZAI Bar Date.

Pursuant to the Voting Procedures, the US ZAI Class Representatives are authorized to vote to accept or reject the Plan on behalf of all members of the US ZAI Rule 23 Class who do not individually vote to accept or reject the Plan. **If you are a member of the US ZAI Rule 23 Class and would like for the US ZAI Class Representatives to vote your US ZAI PD Claim on your behalf in relation to the Plan, you do not need to return the enclosed Ballot or take any other action**. If you have opted out of the US ZAI Rule 23 Class or do not want the US ZAI Class Representatives to vote your US ZAI PD Claim on your behalf, you may vote to accept or reject the Plan by properly completing, signing and returning your Ballot by mail, hand delivery, or overnight courier to the Debtors' court-approved Voting Agent as follows:

**By U.S. Mail:**

BMC Group, Inc.
Attn: W. R. Grace Voting Agent
P.O. Box 2007
Chanhassen, MN 55317-2007

**By Courier:**

BMC Group, Inc.
Attn: W. R. Grace Voting Agent
18750 Lake Drive East
Chanhassen, MN 55317

**Your Ballot must be RECEIVED by the Voting Agent no later than 4:00 p.m. (EDT) on May 20, 2009 (the "Voting Deadline"). Facsimiles and electronic submissions will NOT be accepted.**

2141991 *2141991*
K&E 13626565.6

2

*Please note that the Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the channeling of all Class 7 Asbestos PD Claims, including Asbestos PD Claims in Class 7A and US ZAI PD Claims in Class 7B, to such trust, if the Plan (i) is accepted by the Holders of two-thirds in amount and one-half in number of the Class 7B Asbestos PD Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Voting Procedures; (ii) is accepted by the Holders of at least three-fourths in number of the Class 7 Asbestos PD Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Voting Procedures; and (iii) otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all Holders of Claims against, and Equity Interests in, the Debtors (including those Holders who abstain from voting on or reject the Plan and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.*

---

**SPECIFIC RELEASES BY HOLDERS
OF CLAIMS OR EQUITY INTERESTS**

**Please take notice that, as more fully provided for in Section 8.8.7 of the Plan, each Holder of a Claim or Equity Interest who votes in favor of the Plan shall be deemed to have unconditionally released the Asbestos Protected Parties, the Unsecured Creditors' Committee, the Asbestos PI Committee, the Asbestos PD Committee, the Equity Committee, the Asbestos PI FCR, and the Asbestos PD FCR, and each party's Representatives, as of the Effective Date, from any and all Claims, SA Claims, SA Damages, obligations, rights, suits, damages, causes of action, remedies, and liabilities of any nature whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereinafter arising, in law, equity or otherwise, that such Entity would have been legally entitled to assert in its own right (whether individually or collectively), based in whole or in part upon any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date in any way relating or pertaining to, the Debtors or the Reorganized Debtors, their operations on or before the Effective Date, their respective property, the Chapter 11 Cases, or the negotiation, formulation, and preparation of the Plan or any related agreements, instruments, or other documents. In addition to the foregoing, each Holder of a Claim or Equity Interest who receives or retains any property under this Plan shall also be deemed to unconditionally release the Fresenius Indemnified Parties to the same extent as the release in the preceding sentence.**

---

If you have questions about your Ballot, if you did not receive a copy of the Disclosure Statement, Plan, Exhibit Book, or Voting Procedures, or if you received these documents in CD-ROM format and desire to obtain paper copies, you may contact the Voting Agent at (888) 909-0100. Copies of the Plan and related documents are also available on the Debtors' website at www.grace.com and at the website maintained by the Voting Agent at www.bmcgroup.com/wrgrace.

2141991 **\*2141991\***　　　　　　　　　　3
K&E 13626565.6

# VOTING INFORMATION AND INSTRUCTIONS
# FOR COMPLETING THE BALLOT

The accompanying Ballot is for voting purposes only and does not constitute and shall not be deemed to be a proof of claim or interest or an admission by the Debtors of the validity or amount of a claim.

**Please follow these instructions to complete your Ballot:**

1. **Read the Plan, the Disclosure Statement, the Voting Procedures, and these instructions.**

2. **(Item 1)  This is the amount of your Claim for voting purposes only.** Pursuant to the Voting Procedures, each US ZAI PD Claim in Class 7B will be counted in the amount of $1.00 for purposes of voting to accept or reject the Plan, which does not constitute an allowance of such Claim for purposes of distribution under the US ZAI PD TDP.  The amount of your US ZAI PD Claim for voting purposes is without prejudice to your rights or the rights of the Debtors, Reorganized Debtors, and the Asbestos PD Trust in any other context.  If you disagree with the amount of your US ZAI PD Claim for voting purposes, you may file a Voting Motion with the Bankruptcy Court in accordance with and subject to the deadline established in Section 10(f)(i) of the Voting Procedures.

3. **(Item 2)  Vote to accept or reject the Plan by marking an "X" in the box that corresponds to your choice.  <u>Please note that, if you vote to accept the Plan, you will be deemed to have granted the releases set forth in Section 8.8.7 of the Plan.</u>**

4. **(Item 3)  Print telephone number, name of signatory (if different than Claimant), and title of agent, if applicable.**

5. **(Item 4)  By signing the Ballot, you make the following certifications:**

   - "I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto."

   - "I was the Holder of a US ZAI PD Claim in Class 7B as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of a US ZAI PD Claim in Class 7B as of the Voting Record Date."

6. **(Item 5)  Sign and date the Ballot.  Unsigned Ballots will NOT be counted.**

7. **(Item 6)  If the mailing address to which your Ballot was sent is incorrect, supply corrected address information.**

8. **Return the Ballot in the envelope provided. The Ballot must be RECEIVED by the Voting Agent by the Voting Deadline or it will NOT be counted. Facsimiles and electronic submissions will NOT be accepted.**

**IF YOU HAVE ANY QUESTIONS REGARDING YOUR BALLOT, IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, EXHIBIT BOOK, OR VOTING PROCEDURES, IF YOU RECEIVED COPIES OF THESE MATERIALS IN CD-ROM FORMAT AND DESIRE TO OBTAIN PAPER COPIES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC., TOLL-FREE AT (888) 909-0100.**

**COPIES OF THE PLAN, DISCLOSURE STATEMENT, EXHIBIT BOOK, AND VOTING PROCEDURES (AND ALL EXHIBITS THERETO) ARE ALSO AVAILABLE ON THE DEBTORS' WEBSITE AT WWW.GRACE.COM AND THE VOTING AGENT'S WEBSITE AT WWW.BMCGROUP.COM/WRGRACE.**

[Remainder of page left blank intentionally]

[ This page left intentionally blank ]



2141991 **\*2141991\***
K&E 13626565.6

6

**BALLOT**

**PLEASE COMPLETE THE FOLLOWING:**

| NAME<br>STREET ADDRESS<br>CITY, STATE ZIP | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK) |
|---|---|
| | **Class 7B Asbestos PD Claims (US ZAI PD Claims)** |

**Please read the instructions accompanying this Ballot before completing the Ballot.  Print Clearly.**

| **Item 1.** | **PRINCIPAL AMOUNT OF US ZAI PD CLAIM.** Amount of your claim for voting purposes only: $1.00. |
|---|---|
| **Item 2.** | **VOTE ON THE PLAN**. The undersigned Holder of a US ZAI PD Claim hereby votes its Claim to (check one box only): |
| ☐ | ACCEPT the Plan   **\*002141991\*** |
| ☐ | REJECT the Plan   **\*992141991\*** |

**Please note:  If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan.**

| **Item 3.** | **TELEPHONE NUMBER / AUTHORIZATION** |
|---|---|

Telephone Number:

Name of Signatory (if different from claimant):

If by Authorized Agent, Title or Agent:

| **Item 4.** | **ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgements and certifications: |
|---|---|
| (i) | I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures, and the exhibits thereto; and |
| (ii) | I was the Holder of a US ZAI PD Claim in Class 7B as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of a US ZAI PD Claim in Class 7B as of the Voting Record Date. |
| **Item 5.** | **SIGNATURE AND DATE:** |

Signature of Claimant or Authorized Agent                                    Date

**Item 6. ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)**

Name

Address 1

Address 2

City, State and ZIP Code (US)

2141991 **\*2141991\***                                    1
K&E 13626565.6

02100000518538 **\*02100000518538\***
NAME
STREET ADDRESS
CITY, STATE ZIP



2141991 **\*2141991\***          1
K&E 13626565.6