# EXHIBIT S

[Return Address Envelope]