**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| ***Debtors.*** | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 6/22/09** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE NINTH MONTHLY INTERIM PERIOD FROM MAY 1, 2009 THROUGH MAY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2009 through May 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $56,304.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $5,301.01 |

This is a(n): ☒Monthly ☐Interim ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour. In this Application

[1] At 80% of the total incurred.

period Mr. Rich billed 122.4 hours,[2] for a total amount billed of $70,380.00 of which 80% is currently sought, in the amount of $56,304.00.

As stated above, this is the Ninth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Disclosure Statement and Confirmation | 82.4 | $47,380.00 |
| Travel | 75.2 | $21,620.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 2.4 | $1,380 |
| TOTAL | 160.0 | $70,380.00 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Travel | $5,301.01 |
| TOTAL | $5,301.01 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of June, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

# EXHIBIT A

ALAN B. RICH
*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

# INVOICE FOR PROFESSIONAL SERVICES (May, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 5/1/2009 | Deposition of Peter Lockwood of the ACC | 10.2 |
| 5/1/2009 | Travel (non-productive) to Dallas from Washington DC (4 hrs. @50%) | 2.0 |
| 5/2/2009 | Review Order re shortened notice on Libby motion to postpone | 0.1 |
| 5/2/2009 | Review correspondence from debtor re additional document production to insurers | 0.1 |
| 5/2/2009 | Review Motion to Shorten Notice re motion to strike Libby expert report and order granting same | 0.1 |
| 5/2/2009 | Review Debtors' motion for protection re Libby depositions and motion to shorten re motion to quash libby depositions | 0.2 |
| 5/2/2009 | Review AII Acquisition settlement notice | 0.1 |
| 5/2/2009 | Review objection from the Parry-Hills | 0.1 |
| 5/4/2009 | Attend (by telephone) completion of ACC/Lockwood Deposition | 4.3 |

| | | |
|---|---|---|
| 5/4/2009 | emails to and from client re status | 0.1 |
| 5/4/2009 | Email to E. Westbrook and D. Scott re Parry-Hill objection | 0.1 |
| 5/4/2009 | Prepare and attend to filing of Noltice of Parry-Hill objection | 0.2 |
| 5/4/2009 | Review Order re Priest deposition | 0.1 |
| 5/4/2009 | Review Insurers' (Arrowood and Md Casualty) joinders in debtors' objection to Libby depositions | 0.2 |
| 5/4/2009 | Prepare fee application documents | 1.5 |
| 5/4/2009 | Review BNSF and insurer joinders in deposition notices | 0.1 |
| 5/5/2009 | Attend (by telephone) Kuchinsky Deposition | 1.5 |
| 5/5/2009 | Review correspondence from Libby Claimants re confidential information | 0.1 |
| 5/5/2009 | Review amended Priest Depo notice; Libby Depo Notice of Insulbuch | 0.1 |
| 5/5/2009 | Review Supplemental Objections and Answers of Official Committee of Asbestos Personal Injury Claimants to Cannon's and Benefield's Amended First Interrogatories Propounded upon Plan Proponents | 0.1 |
| 5/5/2009 | Review Libby Claimants' Supplemental Response to RFP of Plan Proponents | 0.1 |
| 5/5/2009 | Review PD Committee's Response to Amended Discovery Request of the Plan Proponents | 0.1 |
| 5/5/2009 | Review Arrowood Request for Judicial Notice re Motion to Strike Libby expert report | 0.1 |
| 5/5/2009 | Telephone conference with Ted Freedman re meeting | 0.1 |
| 5/5/2009 | Draft Memorandum to client re dilution issue | 1.0 |
| 5/5/2009 | Review signed Third Amended CMO | 0.1 |
| 5/5/2009 | Review Statements of Issues and Record Designations and Amended Record Designations from two pending AMH appeals re Class Certification and 88 Canadian PD Claims | 0.2 |

| | | |
|---|---|---|
| 5/5/2009 | Email from Debtors' counsel re Phase I issues | 0.1 |
| 5/5/2009 | Travel (non-productive) to DFW from Washington DC (5.2 hrs. @50%) | 2.6 |
| 5/6/2009 | Deposition of J. Posner | 8.2 |
| 5/6/2009 | Travel (non-productive) to Philadelphia from Washington DC (3 hrs.@50%) | 1.5 |
| 5/7/2009 | Deposition of George Priest | 6.2 |
| 5/7/2009 | Travel (non-productive) from Philadelphia to Washington DC (3 hrs.@50%) | 1.5 |
| 5/7/2009 | Conference with counsel for the ACC re plan issues | 0.2 |
| 5/7/2009 | Review emails from insurer counsel and debtors' counsel re surety bond as phase II issue | 0.1 |
| 5/8/2009 | Meeting with client, Grace CFO and GC re plan issues, and preparation for meeting with client | 3.1 |
| 5/8/2009 | Review correspondence from Libby Claimants re supplement to Whitehouse report | 0.1 |
| 5/8/2009 | Travel (non-productive) to and from Grace meeting in Columbia MD to DFW (5.6 hrs. @50%) | 2.8 |
| 5/8/2009 | Emails from counsel re deposition schedule | 0.1 |
| 5/11/2009 | Emails from counsel re Phase I fact issues | 0.1 |
| 5/11/2009 | Emails to and from debtors' counsel re outstanding discovery requests | 0.1 |
| 5/11/2009 | Review Plan objection of the State of Michigan | 0.1 |
| 5/11/2009 | Review Libby Claimants' Response to Motion to Strike Dr. Whitehouse testimony and Debtors' response in support of the motion to strike | 0.5 |
| 5/11/2009 | Review Briefs filed by Libby, ACC, Debtors and Bank Lenders re Libby Claimants' motion to amend case management order | 0.5 |
| 5/11/2009 | Review Libby response to Debtors' Motion for Protective Order re Libby depositions | 0.3 |

| | | |
|---|---|---|
| 5/11/2009 | Review Notices of Deposition and Joinders (Grace 30(b)(6); Moogavkar; Friedman; Parker; Welch; Weill; Ory) | 0.2 |
| 5/11/2009 | Review Agenda for Hearing of May 14 | 0.1 |
| 5/11/2009 | Email to client re status of Grace criminal matter | 0.1 |
| 5/11/2009 | Review deposition calendar from Debtor as of May 6 | 0.1 |
| 5/11/2009 | Review Dr. Whitehouse deposition corrections | 0.1 |
| 5/11/2009 | Telephone conference with Matt Kramer re status of objection issues and email to client re same | 0.2 |
| 5/12/2009 | Review Libby Claimants' deposition notice | 0.1 |
| 5/12/2009 | Travel (non-productive) from Dallas to Washington DC (4.2 hrs. @50%) | 2.1 |
| 5/13/2009 | Preparation of Second Quarterly fee application | 1.0 |
| 5/13/2009 | Emails to and from client re status | 0.1 |
| 5/13/2009 | Emails to and from PD Committee counsel re plan issues | 0.1 |
| 5/13/2009 | Review Libby correspondence to debtors re discovery | 0.1 |
| 5/13/2009 | Deposition of Richard Finke | 8.7 |
| 5/13/2009 | Travel (non-productive) from Washington DC to Chicago (4.4 hrs. @50%) | 2.2 |
| 5/14/2009 | Attend portions of telephonic Motions hearing | 2.7 |
| 5/14/2009 | Deposition of James Schein | 5.2 |
| 5/14/2009 | Travel (non-productive) from Chicago to Washington DC (4 hrs. @50%) | 2.0 |
| 5/15/2009 | Preparation of FCR's second quarterly fee application | 1.0 |
| 5/15/2009 | Deposition of David Austern | 5.5 |
| 5/15/2009 | Conference wth debtors' counsel re nunc pro tunc amendment to FCR retention order | 0.1 |

| | | |
|---|---|---|
| 5/15/2009 | Review Plan Supplement and emails to and from counsel for ACC and PI FCR re same | 0.6 |
| 5/16/2009 | Rewiew Revised deposition calendar from debtors | 0.1 |
| 5/16/2009 | Review subsequent Notice of Deposition for Elihu Insulbuch | 0.1 |
| 5/15/2009 | Review Preliminary Report of Fee Examiner and Revised time entries of PD FCR | 0.2 |
| 5/17/2009 | Review Rebuttal Report of P. Zilly to Mathis expert report | 0.5 |
| 5/17/2009 | Review various parties' (insurers, Grace, Libby) final Phase I witness lists | 0.5 |
| 5/17/2009 | Review Grace's response to Motion to Strike Florence rebuttal report | 0.2 |
| 5/18/2009 | Travel (non-productive) from Washington DC/ORD to DFW (4.2 hrs. @50%) | 2.1 |
| 5/18/2009 | Teleconference with PD committee re status of objections | 0.3 |
| 5/18/2009 | Teleconference with client re status | 0.2 |
| 5/18/2009 | Review COC and comments thereto and further revisisons thereto re medical issues protective order by Libby and Insureres | 0.4 |
| 5/18/2009 | Memorandum to client re objection issues | 0.5 |
| 5/18/2009 | Email to B. Ruhlander re fee statement issues | 0.1 |
| 5/19/2009 | Email to and from debtors' counsel re discovery extension | 0.1 |
| 5/19/2009 | Review and analysis of Court's ruling regarding default interest for unsecured creditors | 0.4 |
| 5/19/2009 | Email to and from client re plan objection | 0.1 |
| 5/19/2009 | Review Debtors' appeal designations re Anderson Memorial Hosptial appeal re time-barred Canadian claims | 0.1 |
| 5/19/2009 | Review proposed order re Motion to Strike Whitehouse and email to Libby counsel re requested revision | 0.1 |
| 5/19/2009 | Review COC re Libby motion to amend CMO | 0.1 |

| | | |
|---|---|---|
| 5/20/2009 | Review Deposition Notice of Property Damage expert Denise Martin | 0.1 |
| 5/20/2009 | Review Morgan Stanley Notice of Post Petition Interest | 0.1 |
| 5/20/2009 | Review 2009-2010 Pension contribution motion and exhibits | 0.1 |
| 5/20/2009 | Conference with counsel re AMH re plan objections and email to cllient re same | 0.3 |
| 5/20/2009 | Emails to and from J. Baer re stipulation, review and revisions to proposed nunc pro nunc stipulations | 0.3 |
| 5/20/2009 | Review Plan Objections (ERISA Plaintiffs, Zurich, Morgan Stanley, Tyco, Federal Insurance, AIU, Longacre, General Ins., Scotts Co.) | 2.5 |
| 5/20/2009 | Review Fireman's Fund disputed claims classification | 0.3 |
| 5/20/2009 | Emails to and from Ted Freedman re status and agreements | 0.1 |
| 5/21/2009 | Continued Review of Plan Objections (Allstate, Arrowood, Arrowood Phase II Exculpation Objection, London Market, OneBeacon/Seaton, Federal Insurance, FFIC (as Surety), Firemans Fund, GEICO, Maryland Casualty, TIG, Travelers, CNA, Garlock, Montana, National Union) | 5.2 |
| 5/21/2009 | Review emails from insurer counsel and debtors' counsel re surety bond as phase II issue | 0.1 |
| 5/21/2009 | Email from J. Baer to US Trustee re stipulation | 0.1 |
| 5/22/2009 | Continued Review of Plan Objections (Anderson Memorial, Bank Lender Group, BNSF, Edwards Claimants, Libby Claimants, Nanaimo School District, UCC, City of Vancouver, US Trustee, Montana, UCC) | 4.0 |
| 5/22/2009 | Email to and from Libby Claimants re Moolgavkar and Ory depositions | 0.1 |
| 5/22/2009 | Review June 1 Omnibus Agenda | 0.1 |
| 5/22/2009 | Review Certification of Counsel re nunc pro tunc stipulation for Judge Sanders | 0.1 |
| 5/23/2009 | Review Rebuttal Expert Reports or Surrebuttal Reports of Welch, Henry, Molgaard, Whitehouse, Parker, Stockman, Frank, Friedman, Ory, Weill | 3.0 |

| | | |
|---|---|---|
| 5/26/2009 | Review Motions for Temporary Allowance for Voting by Anderson Memorial, Fireman's Fund, City of Vancouver, Nanaimo School District and Pro Se (Reynolds) | 0.6 |
| 5/26/2009 | Review Motion to Strike Heinze testimony, Response to motion to shorten and order on same | 0.2 |
| 5/26/2009 | Review Amended Item 3 to Plan Supplement | 0.1 |
| 5/26/2009 | Email from Debtors' counsel re depositions and email to client re same | 0.1 |
| 5/26/2009 | Review Debtors' motion to expunge Madison Complex PD POC Amendment | 0.3 |
| 5/26/2009 | Review joint motion to remand re PD Settlement with Macerich LP and order setting status conference | 0.1 |
| 5/26/2009 | Attend (by Telephone) Moolgavkar deposition | 5.8 |
| 5/27/2009 | Emails to and from various counsel regarding rebuttal expert depositions | 0.1 |
| 5/27/2009 | Review disputed claim classification papers of Maryland Casualty; Firemans's Fund and Reynolds (pro se) and email to PI FCR and PI Committee counsel re pro se papers | 0.3 |
| 5/27/2009 | Prepare and File CNO for 8th interim period | 0.2 |
| 5/27/2009 | Review Anderson Memorial deposition notice of Mark Peterson | 0.1 |
| 5/27/2009 | Review Arrowood Joinder in Confirmation objections | 0.1 |
| 5/27/2009 | Prepare and File Third Fee Application of PD FCR and Notice thereof | 0.2 |
| 5/27/2009 | Telephone call from client re pro se claimant and telephone call to pro se claimant | 0.1 |
| 5/27/2009 | Attend (by Telephone) Ory deposition | 4.0 |
| 5/27/2009 | Emails to and from Plan Proponents' counsel re exculpation briefing | 0.1 |
| 5/27/2009 | Review Order regarding Motion to Strike Whitehouse testimony | 0.1 |

| | | |
|---|---|---|
| 5/27/2009 | Review Plan Objection filed by St. Paul/Travelers | 0.1 |
| 5/27/2009 | Review Libby notice of Grace (LaForce and Hughes) | 0.1 |
| 5/28/2009 | Review corrected deposition notice of Thomas Florence | 0.1 |
| 5/28/2009 | Review Nunc Pro Tunc order appointing Judge Sanders | 0.1 |
| 5/28/2009 | Email from Grace re Finke and Austern deposition transcript and email to client re same | 0.1 |
| 5/29/2009 | Review Mathis deposition notice | 0.1 |
| 5/29/2009 | Email from client re status and conference with client's office re depositions | 0.1 |
| 5/29/2009 | Review Motion in Limine re Shein and Priest testimony and motion to shorten time re same | 1.0 |
| 5/29/2009 | Review Professor Martin Reliance Materials re PD opinions | 2.0 |
| 5/29/2009 | Email to client re Lockwood depositions | 0.1 |
| 5/29/2009 | Emails to and from D. Speights and J. Restivo re Martin deposition | 0.1 |

Total: 122.4 hours @ $575.00/hour = $70,380.00

Expenses: Detail on Exhibit 1– $5,301.01

**Total Fees and Expenses Due: $75,681.01**

EXPENSES FOR MAY 2009

EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 5/4/2009 | RT Coach Airfare from DFW to Washington DC and change fees | $1,135.20 |
| 5/5/2009 | Dinner | $2.48 |
| 5/5/2009 | Airport Transportation | $84.24 |
| 5/5/2009 | Hotel | $342.36 |
| 5/6/2009 | Taxi | $9.00 |
| 5/6/2009 | Amtrak RT DC/PHL | $206.00 |
| 5/6/2009 | Taxi | $9.00 |
| 5/6/2009 | Taxi | $22.00 |
| 5/6/2009 | Dinner | $45.00 |
| 5/6/2009 | Hotel (Philadelphia) | $227.26 |
| 5/7/2009 | Alamo car rental to Columbia MD | $72.57 |
| 5/7/2009 | Hotel | $187.59 |
| 5/7/2009 | Dinner | $55.00 |
| 5/8/2009 | Gas | $7.94 |
| 5/8/2009 | Dinner | $31.07 |
| 5/9/2009 | Airport Parking | $51.00 |
| 5/12/2009 | RT Coach Airfare (DFW-DCA-ORD-DCA-DFW) | $1,465.00 |
| 5/12/2009 | Hotel in DC | $383.20 |
| 5/12/2009 | Taxi | $16.00 |
| 5/13/2009 | Taxi | $8.00 |
| 5/13/2009 | Metrorail | $4.10 |
| 5/13/2009 | Taxi | $40.00 |
| 5/13/2009 | Hotel in Chicago | $310.54 |
| 5/14/2009 | CTA | $2.00 |
| 5/14/2009 | Taxi | $15.00 |
| 5/14/2009 | Dinner | $55.00 |
| 5/14/2009 | Hotel in DC | $412.20 |
| 5/15/2009 | Dinner | $26.26 |
| 5/18/2009 | Airport Parking | $76.00 |
| | TOTAL EXPENSES | $5,301.01 |