**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., <u>et al.</u>, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**Related to Docket No. 21907**

**JOINDER TO CNA COMPANIES' LIMITED OBJECTION TO
PLAN PROPONENTS' MOTION FOR LEAVE FROM THIS COURT'S
SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON
PLAN PROPONENTS' MOTION TO STRIKE THE EXPERT REPORTS
<u>AND EXCLUDE TESTIMONY OF GEORGE L. PRIEST AND JAMES B. SHEIN</u>**

Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft, hereby join the *CNA Companies' Limited Objection To Plan Proponents' Motion For Leave From This Court's Scheduling Order And To Shorten Notice Period On Plan Proponents' Motion To Strike The Expert Reports And Exclude Testimony Of George L. Priest And James B. Shein.* [Docket No. 21907].

Dated: June 1, 2009
      Wilmington, Delaware                STEVENS & LEE, P.C.

                                               */s/ John D. Demmy.*
                                              John D. Demmy (DE Bar No. 2802)
                                              1105 North Market Street, 7th Floor
                                              Wilmington, DE 19801
                                              Telephone: (302) 425-3308
                                              Telecopier: (610) 371-8515
                                              Email: jdd@stevenslee.com

                                                 **-**and-

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone: (215) 751-2864/2885
Telecopier: (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND
INSURANCE COMPANY, ALLIANZ
S.p.A., f/k/a RIUNIONE ADRIATICA DI
SICURTA, AND ALLIANZ SE, f/k/a
ALLIANZ AKTIENGESELLSCHAFT