## CERTIFICATE OF SERVICE

I certify that on this 1st day of June, 2009, true and correct copies of the foregoing *Joinder To CNA Companies' Limited Objection To Plan Proponents' Motion For Leave From This Court's Scheduling Order And To Shorten Notice Period On Plan Proponents' Motion To Strike The Expert Reports And Exclude Testimony Of George L. Priest And James B. Shein* were served on the parties on the attached service list by electronic mail.

        */s/ John D. Demmy.*
        John D. Demmy

**SERVICE LIST**

aaronsona@pepperlaw.com
acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
akrieger@stroock.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arosenberg@paulweiss.com
arunning@kirkland.com
belias@omm.com
bharding@kirkland.com
bmukherjee@goodwinprocter.com
bsb@capdale.com
bsb@capdale.com
bstansbury@kirkland.com
butcher@lrclaw.com
candon@cwg11.com
carignanj@pepperlaw.com
carl.pernicone@wilsonelser.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
Catherine.chen@wilsonelser.com
cbruens@kirkland.com
cgreco@kirkland.com
cohn@cwg11.com
collins@rlf.com
cprince@sonnenschein.com
david.boutrous@kirkland.com
david.klauder@usdoj.gov
david.primack@dbr.com
david.turetsky@skadden.com
dbernick@kirkland.com
dblabey@kramerlevin.com
dfelder@orrick.com
dglosband@goodwinprocter.com
dj.baker@skadden.com
dmannal@kramerlevin.com
Dpastor@Gilmanpastor.com
drosenbloom@mwe.com
drosendorf@kttlaw.com
dsilver@mccarter.com
dspeights@speightsrunyan.com

ealcabes@stblaw.com
ei@capdale.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@FMEW.com
erosenthal@rmgglaw.com
ewestbrook@rpwb.com
ewolfe@skfdelaware.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
FRosner@mrs-law.com
gcalhoun@steptoe.com
ghorowitz@kramerlevin.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
gmcdaniel@bglawde.com
green@lrclaw.com
gsvirsky@omm.com
heather.bloom@kirkland.com
hertzbergr@pepperlaw.com
hriedel@srbp.com
ilevee@lowenstein.com
IRosenberg@cozen.com
jal@capdale.com
jal@capdale.com
james.freeman2@usdoj.gov
jbaer@jsbpc.com
jcohn@cozen.com
jcp@pgslaw.com
jcutler@orrick.com
jeff.friedman@kattenlaw.com
jeffrey.boerger@dbr.com
jguy@orrick.com
jk@kttlaw.com
jmeltzer@sbtklaw.com
john.mcfarland@grace.com
joneill@pszjlaw.com
jpruggeri@hhlaw.com
jpw@capdale.com
jpw@capdale.com
jsakalo@bilzin.com
jsottile@zuckerman.com
jspadaro@johnsheehanspadaro.com
jwaxman@cozen.com

jwisler@cblh.com
kandestin@rlf.com
karen.f.lee@kirkland.com
kbornstein@sbtklaw.com
klove@kirkland.com
kmakowski@pszjlaw.com
kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
korr@orrick.com
kpasquale@stroock.com
landis@lrclaw.com
lepley@crowell.com
lesayian@kirkland.com
lkruger@stroock.com
loberholzer@pszjlaw.com
locasaleg@whiteandwilliams.com
lstover@eckertseamans.com
Madigan.andrea@epa.gov
madron@rlf.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
meskin@camlev.com
metkin@lowenstein.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com
mphillips@paulweiss.com
mpiropato@stblaw.com
mplevin@crowell.com
mshiner@tuckerlaw.com
mumford@lrclaw.com
mwallace@orrick.com
mweis@dilworthlaw.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
pbentley@kramerlevin.com
pcuniff@pszjlaw.com
pkoepff@omm.com
pmahaley@orrick.com
ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rdehney@mnat.com
Reynolds@rlf.com
rfrankel@orrick.com
rguttmann@zeklaw.com
rhorkovich@andersonkill.com
richard.finke@grace.com
rifft@wileyrein.com
rjsidman@vorys.com
rmillner@sonnenschein.com
rriley@duanemorris.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
SSchindlerWilliams@KRAMERLEVIN.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@FMEW.com
tcairns@pszjlaw.com
tcurrier@saul.com
tfreedman@kirkland.com
tgerber@fulbright.com
tgerber@fulbright.com
thomas.quinn@mendes.com
tmacauley@zuckerman.com
tmessana@mws-law.com
toolee@pepperlaw.com
travis.langenkamp@kirkland.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
ustpregion03.wl.ecf@usdoj.gov
vguldi@zuckerman.com
warren.pratt@dbr.com
wbs@capdale.com
wbs@capdale.com
wrussell@stblaw.com
wshelley@cozen.com
yoderj@whiteandwilliams.com
young@wildman.com

SL1 926197v1/021630.00003