IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

### DECLARATION OF JAMES DOWNEY IN SUPPORT OF GENERAL INSURANCE COMPANY'S PLAN OBJECTION

I, James Downey, affirm and declare as follows:

1. I have personal knowledge of the matters set forth herein and if called as a witness, could and would testify as to such matters.

2. In my capacity as a Unit Director in the Complex and Emerging Risks Claims Unit of Liberty Mutual Insurance Group, I am authorized to make this affidavit on behalf of General Insurance Company of America ("General"). I submit this affidavit in support of General's Plan Objection.

3. I am familiar with General's files and records relating to the claim for insurance benefits made by Vermiculite Northwest Inc. and W.R. Grace & Co., or its related corporate entities.

4. Each of the documents attached to this declaration is kept and maintained in the regular course of business in General's records, files, or records retention facilities, and is a complete and accurate copy of the originals of General's files regarding this matter. Each of the documents referenced in this affidavit was submitted to, or created by General at or near the time, or at or near the date(s), set forth in the documents.

5.  Attached hereto as Exhibit A is a complete and accurate copy of a Comprehensive Liability Policy No. BLP 221289 issued by General Insurance Company to Vermiculite Northwest Inc. and its related corporate entities for the period June 1, 1963 - June 1, 1964 (the "1963 Policy").

6.  The 1963 Policy contains provisions entitled "Assistance and Cooperation of the Insured," which requires the insured to cooperate with General, and "Action Against Company," which requires certain conditions to be satisfied before suit can be initiated against General. *See* Exhibit A, page 5, paragraphs 7, 8. The 1963 Policy also contains a provision entitled "Assignment," which restricts the circumstances under which interests in the policy may be assigned. *See id.*, page 5, paragraph 15. In the section entitled "Defense, Settlement, Supplementary Payments," the 1963 Policy also gives General the right to defend and investigate claims against its insured. *See id.*, page 3, part III.a.

7.  General also issued general liability policies to Vermiculite Northwest Inc. and its related corporate entities that covered at least the annual time periods from June 1, 1962 to June 1, 1963; June 1, 1964 to June 1, 1965; and June 1, 1965 to June 1, 1966. These other policies each contain provisions that are substantially similar to the provisions in the 1963 Policy described in paragraph 6 above.

8.  Attached hereto as Exhibit B is a complete and accurate copy of the Settlement Agreement and Policy Release that was entered into effective March 3, 1994 between General and W.R. Grace & Co.-Conn.

I declare, pursuant to 28 U.S.C. §1746, and under the pains and penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 28, 2009.

_____
James Downey

4487100