# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

May 21, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 518921
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $2,096.00 |
| DISBURSEMENTS | 358.75 |
| MATTER TOTAL | $2,454.75 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $54,129.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $54,129.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $3,136.00 |
| DISBURSEMENTS | 1.53 |
| MATTER TOTAL | $3,137.53 |

### 056772-00015/PLAN AND DISCLOSURE STATEMENT

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 906.49 |
| MATTER TOTAL | $906.49 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 518921 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2251493.1

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $280.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $280.00 |
| | |
| CLIENT GRAND TOTAL | $60,907.77 |

Kramer Levin Naftalis & Frankel LLP | Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE | May 21, 2009
056772-00001 | Invoice No. 518921

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/02/09 | CHAIKIN, REBECCA B. | Quality checked the Expert Reports booklets | 0.20 | 52.00 |
| 04/03/09 | WIERMAN, LAUREN E | Corresponded with team, accounting, and court call to correct overdue balance. | 2.00 | 550.00 |
| 04/03/09 | BLABEY, DAVID E | Review new and recent docket entries. | 0.20 | 112.00 |
| 04/13/09 | CHAIKIN, REBECCA B. | Assemble binder for April 14 meeting | 0.90 | 234.00 |
| 04/13/09 | MANNAL, DOUGLAS | tel w/Silverpoint re distributions under current plan | 0.40 | 268.00 |
| 04/28/09 | SCHINDLER-WILLIAMS, SARA | Meeting with David Blabey re coverage and duties during his absence (.1); review of case file memoranda (.7) | 0.80 | 352.00 |
| 04/29/09 | SCHINDLER-WILLIAMS, SARA | Monitoring docket; discussions with David Blabey re same. | 0.60 | 264.00 |
| 04/30/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket and updating deposition and discovery calendar | 0.60 | 264.00 |

**TOTAL HOURS AND FEES**   **5.70**   **$2,096.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| VELOBINDINGS | 60.00 |
| TABS | 48.00 |
| PHOTOCOPYING | 196.80 |
| COLOR COPIES | 18.00 |
| LONG-DISTANCE TEL. | 13.22 |
| WESTLAW ON-LINE RESEARCH | 4.74 |
| COURTLINK SEARCHES | 17.99 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**   **$358.75**

**TOTAL FOR THIS MATTER**   **$2,454.75**

KL4 2251493.1

Kramer Levin Naftalis & Frankel LLP                                Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                  May 21, 2009
056772-00007                                                       Invoice No. 518921

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/09 | BLABEY, DAVID E | Draft memo re: insurers' objections to Plan (2.8); review insurers' expert reports re confirmation (2.4); email to client re omnibus hearing (.5). | 5.70 | 3,192.00 |
| 04/01/09 | HOROWITZ, GREGORY A. | review, edit D. Blabey memo re plan objections (2.0) | 2.00 | 1,430.00 |
| 04/03/09 | BENTLEY, PHILIP | Review emails | 0.30 | 228.00 |
| 04/03/09 | BLABEY, DAVID E | Review draft responses and objections of Plan Proponents to AMH discovery. | 0.60 | 336.00 |
| 04/06/09 | MANNAL, DOUGLAS | o/c D Blabey re discovery requests in Grace (.2); attn same (.2) | 0.40 | 268.00 |
| 04/07/09 | BLABEY, DAVID E | Attend meet and confer between plan proponents and objectors re witnesses to be designated for confirmation. | 3.20 | 1,792.00 |
| 04/08/09 | BLABEY, DAVID E | Memo to client re meet and confer btwn plan proponents and objectors. | 1.30 | 728.00 |
| 04/08/09 | BLABEY, DAVID E | Review and edit plan proponents' draft responses to discovery from Anderson Mem Hosp. | 0.80 | 448.00 |
| 04/09/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.10 | 76.00 |
| 04/09/09 | BLABEY, DAVID E | Review rebuttal expert reports from debtors. | 1.40 | 784.00 |
| 04/13/09 | BLABEY, DAVID E | Prep for Plan Proponents strategy meeting re confirmation (.5); email to client and discs re responses to discovery served by Anderson mem hosp (.5). | 1.00 | 560.00 |
| 04/13/09 | BENTLEY, PHILIP | Trade emails | 0.20 | 152.00 |
| 04/14/09 | BLABEY, DAVID E | Attend plan proponents strategy meeting re confirmation (7.5); review 30(b)(6) deposition notices from plan objectors (.5). | 8.00 | 4,480.00 |
| 04/14/09 | BENTLEY, PHILIP | Conf G. Horowitz re strategy meeting. | 0.10 | 76.00 |
| 04/14/09 | HOROWITZ, GREGORY A. | meeting of plan proponents at K&E (7.5); dws David B, PB, tc Ted W. re same (1.5) | 9.00 | 6,435.00 |
| 04/15/09 | BLABEY, DAVID E | call to equity holder re confirmation issues. | 0.20 | 112.00 |
| 04/15/09 | HOROWITZ, GREGORY A. | tc Ted W (.5) | 0.50 | 357.50 |

KL4 2251493.1

Kramer Levin Naftalis & Frankel LLP                                                     Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                   May 21, 2009
056772-00007                                                        Invoice No. 518921

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/16/09 | BLABEY, DAVID E | Call to equity holder re plan status (.2); review Libby depo notice (.2) and emails re same (.1); review Texas Comptroller plan objection (.1); review motion to strike Whitehouse expert report (.5). | 1.10 | 616.00 |
| 04/16/09 | HOROWITZ, GREGORY A. | ATTENTION TO DEPOSITION SCHEDULING, 30(B)6 ISSUES (2.0)_; TC DAN COHEN, E-MAILS RE SAME (1.0) REVIEW EXPERT REPORTS (3.5) | 6.50 | 4,647.50 |
| 04/17/09 | BLABEY, DAVID E | Review depo notice from MCC to plan proponents (.1) and draft response to same (.8); review Scotts' expert report (.8); call with plan proponents re 30b6 depos (1.1); review plan proponents' objections to 30b6 depo notices (.3). | 3.10 | 1,736.00 |
| 04/17/09 | HOROWITZ, GREGORY A. | attention to 30(b)(6) issues, including letter to Maryland Casualty, dws DB, e-mails re same (2.0); calls with plan proponents (1.5); review objections (1.5) | 5.00 | 3,575.00 |
| 04/20/09 | BLABEY, DAVID E | Review draft responses to Scotts discovery requests (.5); review brief of debtor-appellees in state of cal v grace (.5); review debtors' property damage expert report (.3); review insurers' expert report (.4). | 1.70 | 952.00 |
| 04/20/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 04/21/09 | BENTLEY, PHILIP | Review emails | 0.20 | 152.00 |
| 04/22/09 | BLABEY, DAVID E | review revised draft cmo | 0.10 | 56.00 |
| 04/22/09 | HOROWITZ, GREGORY A. | Darrell Scott deposition (telephonic) (4.5) | 4.50 | 3,217.50 |
| 04/23/09 | BENTLEY, PHILIP | Review emails | 0.20 | 152.00 |
| 04/23/09 | BLABEY, DAVID E | Review revised draft responses to Scotts discovery requests (.4); email to client re debtors proposed motion for order authorizing settlement with IRS (.5); review email traffic re case management order revisions (.3); review 30b6 depo notice from London Market Insurers (.1). | 1.30 | 728.00 |
| 04/23/09 | HOROWITZ, GREGORY A. | review plan confirmation documents -- declaration statement, plan, objections, deposition transcripts (6.0) | 6.00 | 4,290.00 |
| 04/23/09 | MANNAL, DOUGLAS | attn to deposition notices and information requests | 2.10 | 1,407.00 |

KL4 2251493.1

Kramer Levin Naftalis & Frankel LLP                                      Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                    May 21, 2009
056772-00007                                                     Invoice No. 518921

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/24/09 | BLABEY, DAVID E | Attend telephonically deposition of Westbrook (1.6) and email to G. Horowitz re same (.1); review proposed revised form of case management order (.1). | 1.80 | 1,008.00 |
| 04/24/09 | BENTLEY, PHILIP | Trade emails | 0.20 | 152.00 |
| 04/27/09 | BLABEY, DAVID E | Attend telephonically meet and confer with Libby Claimants and Plan Proponents (.4); discs D. Mannal re confirmation discovery status (.2). | 0.60 | 336.00 |
| 04/27/09 | BENTLEY, PHILIP | Discs D. Blabey, and trade emails | 0.10 | 76.00 |
| 04/27/09 | HOROWITZ, GREGORY A. | attention to attempted 30(b)(6) notices to EC, e-mails re same (1.5) | 1.50 | 1,072.50 |
| 04/28/09 | BLABEY, DAVID E | Review debtors objection to MCC claims (.5); attention to email traffic re depositions (.5); review Libby Claimants motion to amend case management order (.5); draft case status memo to kramer levin group (1.8) and discs S. Schindler-Williams re same (.1). | 3.40 | 1,904.00 |
| 04/28/09 | HOROWITZ, GREGORY A. | read Whitehouse transcript (2.0), review Libby trial updates (1.5) | 3.50 | 2,502.50 |
| 04/29/09 | BLABEY, DAVID E | Emails to co counsel re discovery and deposition issues (.3) and review email traffic re same (.3); attention to 30b6 depo notice served on plan proponents by Maryland casualty and Zurich (.2). | 0.80 | 448.00 |
| 04/29/09 | BENTLEY, PHILIP | Review memos and emails re plan issues, and trade emails re same | 0.70 | 532.00 |
| 04/29/09 | MANNAL, DOUGLAS | o/c w/D Blabey re status of Grace plan depos (.3); attn scheduling of same (.2); review case status memo (.3) | 0.80 | 536.00 |
| 04/29/09 | HOROWITZ, GREGORY A. | further expert report review and Libby trial review (3.5) | 3.50 | 2,502.50 |

**TOTAL HOURS AND FEES**                                               **83.60**   **$54,129.00**

**TOTAL FOR THIS MATTER**                              **$54,129.00**

KL4 2251493.1

Kramer Levin Naftalis & Frankel LLP

Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

May 21, 2009
Invoice No. 518921

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/15/09 | BLABEY, DAVID E | Review bill for fee application for March (.5); attention to fee auditor inquiry re 31 interim period (.4). | 0.90 | 504.00 |
| 04/16/09 | BLABEY, DAVID E | Draft response to fee auditor initial report (2.5) and disc D Mannal re same (.1) | 2.60 | 1,456.00 |
| 04/17/09 | BLABEY, DAVID E | Discs accounting re fee auditor request (.3) and revisions to response to request (.2). | 0.50 | 280.00 |
| 04/23/09 | BLABEY, DAVID E | Review and edit bill. | 0.20 | 112.00 |
| 04/28/09 | BLABEY, DAVID E | Draft fee application for month of March. | 0.90 | 504.00 |
| 04/29/09 | BLABEY, DAVID E | Draft fee application for month of March. | 0.50 | 280.00 |

**TOTAL HOURS AND FEES**                                             **5.60**   **$3,136.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 1.53 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$1.53**

**TOTAL FOR THIS MATTER**        **$3,137.53**

KL4 2251493.1

Kramer Levin Naftalis & Frankel LLP

Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00015

May 21, 2009
Invoice No. 518921

## PLAN AND DISCLOSURE STATEMENT

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSCRIPT FEES | 906.49 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$906.49** |
| **TOTAL FOR THIS MATTER** | **$906.49** |

KL4 2251493.1

Kramer Levin Naftalis & Frankel LLP                                                            Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                                              May 21, 2009
056772-00019                                                                                   Invoice No. 518921

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/27/09 | BLABEY, DAVID E | Attend telephonically Omnibus Hearing. | 0.50 | 280.00 |
| **TOTAL HOURS AND FEES** | | | **0.50** | **$280.00** |

**TOTAL FOR THIS MATTER**                                                   **$280.00**

KL4 2251493.1