# EXHIBIT B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:38

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                     TO:
              UNBILLED DISB FROM:    03/13/2009                       TO:      04/30/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                            FEES                              COSTS
                                            ------                            -----------
         GROSS BILLABLE AMOUNT:                      0.00                             358.75
          AMOUNT WRITTEN DOWN:
                     PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                  THRU DATE:                                                    04/30/2009
      CLOSE MATTER/FINAL BILLING?   YES   OR   NO
      EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                    ----------------------------                      --------------
                     FEES:                        2,596.00
             DISBURSEMENTS:                        1,070.20     UNIDENTIFIED RECEIPTS:        0.00
             FEE RETAINER:                             0.00         PAID FEE RETAINER:        0.00
             DISB RETAINER:                            0.00        PAID DISB RETAINER:        0.00
          TOTAL OUTSTANDING:                      3,666.20     TOTAL AVAILABLE FUNDS:        0.00
                                                                      TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ----------------
          DATE OF LAST BILL:              04/23/09           LAST PAYMENT DATE:   05/19/09
          LAST BILL NUMBER:               516483  ACTUAL FEES BILLED TO DATE:    335,321.00
                                                  ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                  TOTAL FEES BILLED TO DATE:     335,321.00
          LAST BILL THRU DATE:            03/31/09  FEES WRITTEN OFF TO DATE:     81,541.00
                                                  COSTS WRITTEN OFF TO DATE:      21,025.14
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ---------------------------
          (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
          (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding                (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:38

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status    : ACTIVE
```

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------|--------|--------|
| 0816 | VELOBINDINGS | 04/01/09 | 04/20/09 | 60.00 |
| 0817 | TABS | 04/01/09 | 04/20/09 | 48.00 |
| 0820 | PHOTOCOPYING | 04/01/09 | 04/29/09 | 196.80 |
| 0822 | COLOR COPIES | 04/01/09 | 04/01/09 | 18.00 |
| 0885 | LONG-DISTANCE TEL. | 04/30/09 | 04/30/09 | 13.22 |
| 0917 | WESTLAW ON-LINE RESEARCH | 04/08/09 | 04/08/09 | 4.74 |
| 0924 | COURTLINK SEARCHES | 03/13/09 | 04/30/09 | 17.99 |
| | Total | | | 358.75 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/28/09 15:21:38)

| Bill Date Thru Date Bill# | --------- Billed --------- | | Applied | ---- Collections ---- | | Balance |
|---------|--------|--------|--------|--------|--------|--------|
| | Fee & OA | Disbursement | From OA | Total | Date | Due |
| PRIOR TO 2005 | 240,461.50 | 41,062.27 | | 281,523.77 | | |
| YEAR 2006 | 12,564.00 | 1,694.94 | | 14,258.94 | | |
| YEAR 2007 | 30,586.00 | 5,995.56 | | 36,581.56 | | |
| 02/08/08 12/31/07 481712 | 3,875.00 | 76.94 | | 3,951.94 | 03/18/08 | |
| 03/31/08 02/29/08 488256 | 11,338.00 | 982.06 | | 12,320.06 | 06/02/08 | |
| 04/30/08 03/31/08 489790 | 1,605.50 | 29.60 | | 1,635.10 | 06/03/08 | |
| 05/27/08 04/30/08 490924 | 1,201.50 | 283.47 | | 1,484.97 | 07/29/08 | |
| 06/19/08 05/31/08 494444 | .00 | .00 | | .00 | | |
| 07/28/08 06/30/08 497325 | .00 | .00 | | .00 | | |
| 11/24/08 10/31/08 504971 | 919.00 | .00 | | 919.00 | 01/28/09 | |
| 12/30/08 11/30/08 509451 | 4,628.00 | 1,464.93 | | 6,092.93 | 02/24/09 | |
| 01/28/09 12/31/08 511052 | 10,508.50 | 175.83 | | 10,684.33 | 03/03/09 | |
| 02/27/09 01/31/09 513671 | 2,832.00 | 207.68 | | 3,039.68 | 04/21/09 | |
| 03/30/09 02/28/09 514733 | 3,011.00 | 19.27 | | 3,030.27 | 05/19/09 | |
| 04/23/09 03/31/09 516483 | 2,596.00 | 711.45 | | .00 | | 3,307.45 |
| 05/28/09 03/31/09 518921 | .00 | 358.75 | | .00 | | 358.75 |
| Total: | 326,126.00 | 53,062.75 | | 375,522.55 | | 3,666.20 |

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANXEL LLP                                        PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:38

Matter No: 056772-00001    --                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee           Date          Amount      Index#  Batch No  Batch Date
--------------------------------------        --------           ------     -----------    ------- --------- ----------

COURTLINK SEARCHES 0924
    COURTLINK SEARCHES                        NG, E N            03/13/09       1.35       8689578  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/16/09       0.58       8689579  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/17/09       0.58       8689580  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/18/09       0.58       8689581  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/19/09       0.58       8689582  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/20/09       0.58       8689583  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/23/09       0.58       8689584  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/24/09       0.58       8689585  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/25/09       0.58       8689586  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/26/09       0.58       8689587  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/27/09       0.58       8689588  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/30/09       0.58       8689589  722004   04/28/09
    COURTLINK SEARCHES                        NG, E N            03/31/09       0.58       8689590  722004   04/28/09
VELOBINDINGS 0816
    VELOBINDINGS                              CHAIKIN, R B       04/01/09      15.00       8671269  714010   04/08/09
    CHAIKIN  REBECCA B.  17063    BINDING
    VELOBINDINGS                              CHAIKIN, R B       04/01/09      15.00       8671270  714010   04/08/09
    CHAIKIN  REBECCA B.  17063    BINDING
TABS 0817
    TABS                                      CHAIKIN, R B       04/01/09      12.00       8671191  714005   04/08/09
    CHAIKIN  REBECCA B.  17063    TABS
    TABS                                      CHAIKIN, R B       04/01/09       8.00       8671192  714005   04/08/09
    CHAIKIN  REBECCA B.  17063    TABS
PHOTOCOPYING 0820
    PHOTOCOPYING                              CHAIKIN, R B       04/01/09       9.80       8668477  713966   04/08/09
    CHAIKIN  REBECCA B.
    PHOTOCOPYING                              CHAIKIN, R B       04/01/09      19.90       8668478  713966   04/08/09
    CHAIKIN  REBECCA B.
    PHOTOCOPYING                              CHAIKIN, R B       04/01/09       9.70       8668479  713966   04/08/09
    CHAIKIN  REBECCA B.
    PHOTOCOPYING                              CHAIKIN, R B       04/01/09      26.20       8668480  713966   04/08/09
    CHAIKIN  REBECCA B.
COLOR COPIES 0822
    COLOR COPIES                              CHAIKIN, R B       04/01/09      18.00       8694148  723828   04/30/09
    CHAIKIN  REBECCA B.  17063
COURTLINK SEARCHES 0924
    COURTLINK SEARCHES                        NG, E N            04/01/09       0.44       8709969  730788   05/14/09
    COURTLINK SEARCHES                        NG, E N            04/02/09       0.44       8709970  730788   05/14/09
    COURTLINK SEARCHES                        NG, E N            04/03/09       0.44       8709971  730788   05/14/09
    COURTLINK SEARCHES                        NG, E N            04/06/09       0.44       8709972  730788   05/14/09
    COURTLINK SEARCHES                        NG, E N            04/07/09       0.44       8709973  730788   05/14/09
WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                      BLABEY, D E        04/08/09       4.74       8698241  726239   05/04/09

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/28/2009 15:21:38


Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

UNBILLED   COSTS   DETAIL
Description/Code                         Employee           Date           Amount        Index#  Batch No  Batch Date
--------------------------------------   --------           ------         -----------   ------- --------- ----------


COURTLINK SEARCHES 0924
    COURTLINK SEARCHES                   NG, E N            04/08/09        0.44          8709974  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/09/09        0.44          8709975  730788   05/14/09
PHOTOCOPYING 0820
    PHOTOCOPYING                         CHAIKIN, R B       04/10/09        68.50         8675317  716390   04/15/09
    CHAIKIN   REBECCA B.
COURTLINK SEARCHES 0924
    COURTLINK SEARCHES                   NG, E N            04/10/09        0.44          8709976  730788   05/14/09
VELOBINDINGS 0816
    VELOBINDINGS                         CHAIKIN, R B       04/13/09        15.00         8677833  716908   04/16/09
    CHAIKIN   REBECCA B.  17063   BINDING
TABS 0817
    TABS                                 CHAIKIN, R B       04/13/09        16.00         8677817  716907   04/16/09
    CHAIKIN  REBECCA B.  17063    TABS
PHOTOCOPYING 0820
    PHOTOCOPYING                         CHAIKIN, R B       04/13/09        9.90          8675318  716390   04/15/09
    CHAIKIN   REBECCA B.
    PHOTOCOPYING                         CHAIKIN, R B       04/13/09        2.00          8675319  716390   04/15/09
    CHAIKIN   REBECCA B.
COURTLINK SEARCHES 0924
    COURTLINK SEARCHES                   NG, E N            04/13/09        0.44          8709977  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/14/09        0.44          8709978  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/15/09        0.44          8709979  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/16/09        0.44          8709980  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/17/09        0.44          8709981  730788   05/14/09
VELOBINDINGS 0816
    VELOBINDINGS                         CHAIKIN, R B       04/20/09        15.00         8682730  719442   04/22/09
    CHAIKIN   REBECCA B.  17063   BINDING
TABS 0817
    TABS                                 CHAIKIN, R B       04/20/09        12.00         8682708  719439   04/22/09
    CHAIKIN   REBECCA B.  17063    TABS
PHOTOCOPYING 0820
    PHOTOCOPYING                         BLABEY, D E        04/20/09        10.60         8681360  719069   04/21/09
    BLABEY  DAVID E
    PHOTOCOPYING                         CHAIKIN, R B       04/20/09        35.10         8682299  719423   04/22/09
    CHAIKIN   REBECCA B.
COURTLINK SEARCHES 0924
    COURTLINK SEARCHES                   NG, E N            04/20/09        0.44          8709982  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/21/09        0.44          8709983  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/22/09        0.44          8709984  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/23/09        0.44          8709985  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/24/09        0.44          8709986  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/27/09        0.44          8709987  730788   05/14/09
    COURTLINK SEARCHES                   NG, E N            04/28/09        0.44          8709988  730788   05/14/09
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5.
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:       2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee         Date          Amount      Index#  Batch No  Batch Date
-----------------------------------   --------         ------      ----------    ------- --------- ----------

PHOTOCOPYING 0820
      PHOTOCOPYING                    BLABEY, D E      04/29/09         4.90      8695714  724030   05/01/09
      BLABEY  DAVID E
      PHOTOCOPYING                    BLABEY, D E      04/29/09         0.20      8695715  724030   05/01/09
      BLABEY  DAVID E
COURTLINK SEARCHES 0924
      COURTLINK SEARCHES              NG, E N          04/29/09         0.44      8709989  730788   05/14/09
LONG-DISTANCE TEL. 0885
      PREMIERE CONFERENCING           BLABEY, D E      04/30/09        13.22      8693097  723668   04/30/09
      LONG DISTANCE TELEPHONE - VENDOR- PREMIERE
      CONFERENCING
COURTLINK SEARCHES 0924
      COURTLINK SEARCHES              NG, E N          04/30/09         0.44      8709990  730788   05/14/09


          Costs Total :                                                358.75
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:      2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill       W/o / W/u       Transfer  To    Clnt/Mtr     Carry Forward
-----------------------  ------------------   ---------  --------------  ------------------------------ ----------------

0816 VELOBINDINGS                  60.00      _____  _____  _____ _____

0817 TABS                          48.00      _____  _____  _____ _____

0820 PHOTOCOPYING                 196.80      _____  _____  _____ _____

0822 COLOR COPIES                  18.00      _____  _____  _____ _____

0885 LONG-DISTANCE TEL.            13.22      _____  _____  _____ _____

0917 WESTLAW ON-LINE RESEARCH       4.74      _____  _____  _____ _____

0524 COURTLINK SEARCHES            17.99      _____  _____  _____ _____


          Costs Total :           358.75      _____  _____  _____ _____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                    TO:
             UNBILLED DISB FROM:                                    TO:
------------------------------------------------------------------------------------------------------------------------------------
                                      FEES                       COSTS
                                      ------                     -----------
       GROSS BILLABLE AMOUNT:               0.00                        0.00
        AMOUNT WRITTEN DOWN:        _____         _____
                    PREMIUM:        _____         _____
          ON ACCOUNT BILLED:        _____         _____
 DEDUCTED FROM PAID RETAINER:       _____         _____
              AMOUNT BILLED:        _____         _____
                 THRU DATE:         _____         _____
 CLOSE MATTER/FINAL BILLING?   YES  OR  NO
 EXPECTED DATE OF COLLECTION:       _____

   BILLING PARTNER APPROVAL:        _____
                                    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:        _____
```

------------------------------------------------------------------------------------------------------------------------------------

```
                                      ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                      ---------------------------                      ---------------
                      FEES:                    65,818.50
              DISBURSEMENTS:                      188.05     UNIDENTIFIED RECEIPTS:          0.00
              FEE RETAINER:                         0.00       PAID FEE RETAINER:            0.00
              DISB RETAINER:                        0.00       PAID DISB RETAINER:           0.00
          TOTAL OUTSTANDING:                   66,006.55     TOTAL AVAILABLE FUNDS:          0.00
                                                                     TRUST BALANCE:
                                                              BILLING HISTORY
                                                              -----------------
          DATE OF LAST BILL:                   04/23/09         LAST PAYMENT DATE:       05/19/09
          LAST BILL NUMBER:                    516483  ACTUAL FEES BILLED TO DATE:     555,504.00
                                                      ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                       TOTAL FEES BILLED TO DATE:      555,504.00
       LAST BILL THRU DATE:                    03/31/09  FEES WRITTEN OFF TO DATE:           0.00
                                                        COSTS WRITTEN OFF TO DATE:       2,112.21
FOR ACCTG USE ONLY:                           Write Down/Up Reason Codes:
                                              ---------------------------
          (1) Exceeded Fixed Fee              (4) Excessive Legal Time     (7) Fixed Fee
          (2) Late Time & Costs Posted        (5) Business Development      (8) Premium
          (3) Pre-arranged Discount           (6) Summer Associate          (9) Rounding               (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00007                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/28/09 15:21:39)

| Bill Date Thru Date Bill# | --------- Billed --------- | | Applied | ---- Collections ---- | | Balance |
| | Fee & OA | Disbursement | From OA | Total | Date | Due |
|---|---|---|---|---|---|---|
| PRIOR TO 2005 | 105,395.50 | 579.40 | | 105,974.90 | | |
| YEAR 2006 | 32,964.00 | 13.00 | | 32,977.00 | | |
| YEAR 2007 | 580.00 | 394.05 | | 974.05 | | |
| 03/31/08 02/29/08 488256 | 4,270.50 | 101.82 | | 4,372.32 | 06/02/08 | |
| 06/30/08 05/31/08 494523 | 4,809.00 | .00 | | 4,809.00 | 08/19/08 | |
| 07/29/08 06/30/08 497336 | 63,136.50 | 19.00 | | 63,155.50 | 09/22/08 | |
| 08/25/08 07/31/08 498488 | 20,193.00 | 1,310.34 | | 21,503.34 | 11/04/08 | |
| 09/25/08 08/31/08 500350 | 64,958.00 | 272.24 | | 65,230.24 | 11/04/08 | |
| 10/23/08 09/30/08 502428 | 57,984.50 | 2,055.50 | | 60,040.00 | 12/29/08 | |
| 11/24/08 10/31/08 504971 | 69,075.00 | 2,122.59 | | 71,197.59 | 01/26/09 | |
| 12/30/08 11/30/08 509451 | 32,717.50 | 903.81 | | 33,621.31 | 02/24/09 | |
| 01/28/09 12/31/08 511052 | 4,693.00 | .00 | | 4,693.00 | 03/03/09 | |
| 02/27/09 01/31/09 513671 | 10,192.00 | .00 | | 10,192.00 | 04/21/09 | |
| 03/30/09 02/28/09 514733 | 18,717.00 | .00 | | 18,717.00 | 05/19/09 | |
| 04/23/09 03/31/09 516483 | 65,818.50 | 188.05 | | .00 | | 66,006.55 |
| Total: | 555,504.00 | 7,959.80 | | 497,457.25 | | 66,006.55 |

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    9
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                              TO:
            UNBILLED DISB FROM:     04/07/2009               TO:     04/29/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                        FEES                       COSTS
                                        ------                     -----------
       GROSS BILLABLE AMOUNT:                   0.00                        1.53
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
            ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                        04/29/2009
   CLOSE MATTER/FINAL BILLING?     YES   OR   NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                    ----------------------------                    ----------------
                   FEES:                     1,288.00
           DISBURSEMENTS:                       16.13     UNIDENTIFIED RECEIPTS:           0.00
           FEE RETAINER:                         0.00       PAID FEE RETAINER:            0.00
          DISB RETAINER:                         0.00       PAID DISB RETAINER:           0.00
       TOTAL OUTSTANDING:                     1,304.13   TOTAL AVAILABLE FUNDS:           0.00
                                                          TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ----------------
          DATE OF LAST BILL:                  04/23/09      LAST PAYMENT DATE:        05/19/09
          LAST BILL NUMBER:                   516483 ACTUAL FEES BILLED TO DATE:     192,311.50
                                                     ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                       TOTAL FEES BILLED TO DATE:    192,311.50
       LAST BILL THRU DATE:                   03/31/09   FEES WRITTEN OFF TO DATE:    19,208.00
                                                        COSTS WRITTEN OFF TO DATE:      534.26
FOR ACCTG USE ONLY:                           Write Down/Up Reason Codes:
                                              ---------------------------
           (1) Exceeded Fixed Fee             (4) Excessive Legal Time      (7) Fixed Fee
           (2) Late Time & Costs Posted       (5) Business Development      (8) Premium
           (3) Pre-arranged Discount          (6) Summer Associate          (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   10
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39


Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled --------------
Code  Description                           Oldest       Latest         Total
                                            Entry        Entry          Amount
----  -----------------------------         ------       ------         -----------
0930  MESSENGER/COURIER                      04/07/09     04/29/09             1.53

        Total                                                                 1.53

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/28/09 15:21:39)
                                        --------- Billed ---------    Applied   ---- Collections ----        Balance
Bill Date Thru Date Bill#               Fee & OA      Disbursement    From OA    Total       Date            Due
--------- --------- ------               ----------   ------------    -------   -----------  --------        -----------
PRIOR TO 2005                            89,242.00         549.60               89,791.60
  YEAR 2006                              30,495.00         823.66               31,318.66
  YEAR 2007                              27,464.50         236.69               27,701.19
02/08/08 12/31/07   481712                1,944.00           8.61                1,952.61 03/18/08
03/31/08 02/29/08   488256                4,985.50          54.64                5,040.14 06/02/08
04/30/08 03/31/08   489790                  156.00            .00                  156.00 06/03/08
05/27/08 04/30/08   490924                4,344.50          18.80                4,363.30 07/29/08
06/30/08 05/31/08   494523                3,229.00          15.69                3,244.69 08/19/08
07/29/08 06/30/08   497336                2,696.00          15.39                2,711.39 09/22/08
08/25/08 07/31/08   498488                1,957.00          14.92                1,971.92 11/04/08
09/25/08 08/31/08   500350                4,758.00          22.02                4,780.02 11/04/08
10/23/08 09/30/08   502428                2,208.00          11.98                2,219.98 12/29/08
11/24/08 10/31/08   504971                3,695.50          12.73                3,708.23 01/28/09
12/30/08 11/30/08   509451                4,621.00          34.01                4,655.01 02/24/09
01/28/09 12/31/08   511052                3,938.00            .00                3,938.00 03/03/09
02/27/09 01/31/09   513671                1,680.00           7.65                1,687.65 04/21/09
03/30/09 02/28/09   514733                3,609.50           7.19                3,616.69 05/19/09
04/23/09 03/31/09   516483                1,288.00          14.60                     .00                    1,302.60
05/28/09 03/31/09   518921                     .00           1.53                     .00                        1.53

                Total:                  192,311.50       1,849.71             192,857.08                    1,304.13
```

alp_132r: Matter Detail

Run Date & Time: 05/28/2009 15:21:39

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   11

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:     2905923
Bill Frequency: M

Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| MESSENGER/COURIER 0930 | | | | | | |
| MESSENGER/COURIER | BENTLEY, P | 04/07/09 | -6.71 | 8666718 | 713448 | 04/07/09 |
| FEDERAL EXPRESS CORPORAT | BLABEY, D E | 04/29/09 | 8.24 | 8711108 | 731384 | 05/15/09 |
| Buchanan Ingersoll & Rooney | | | | | | |

Costs Total :                              1.53

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    12
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:      2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

BILLING   INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description              Amount        Bill        W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
----------------------  ------------------  -----------  ---------------  ------------------------------  ----------------

0930 MESSENGER/COURIER           1.53       _____  _____  _____  _____


        Costs Total :            1.53       _____  _____  _____  _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00015                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                              Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                UNBILLED TIME FROM:                              TO:
                UNBILLED DISB FROM:     04/17/2009               TO:      04/17/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                       FEES                                COSTS
                                       ------                            -----------
        GROSS BILLABLE AMOUNT:                   0.00                            906.49
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                               04/17/2009
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH
                                   --------------------------                            --------------
                    FEES:                        7,564.00
            DISBURSEMENTS:                        1,404.21    UNIDENTIFIED RECEIPTS:            0.00
            FEE RETAINER:                             0.00         PAID FEE RETAINER:           0.00
            DISB RETAINER:                            0.00         PAID DISB RETAINER:          0.00
         TOTAL OUTSTANDING:                      8,968.21    TOTAL AVAILABLE FUNDS:             0.00
                                                                    TRUST BALANCE:
                                             BILLING HISTORY
                                             ----------------
        DATE OF LAST BILL:                   04/23/09       LAST PAYMENT DATE:       05/19/09
        LAST BILL NUMBER:                    516483  ACTUAL FEES BILLED TO DATE:   166,830.50
                                                     ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                        TOTAL FEES BILLED TO DATE:  166,830.50
        LAST BILL THRU DATE:                 03/31/09  FEES WRITTEN OFF TO DATE:      2,857.50
                                                        COSTS WRITTEN OFF TO DATE:    1,316.28
FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   ---------------------------
        (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
        (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding                 (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:     2905923
Bill Frequency: M

Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0980 | TRANSCRIPT FEES | 04/17/09 | 04/17/09 | 906.49 |
| | Total | | | 906.49 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/28/09 15:21:39)

| Bill Date Thru Date Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---------------------------|--------|--------------|---------|-------|------|-----|
| PRIOR TO 2005 | 7,841.00 | .00 | | 7,841.00 | | |
| YEAR 2006 | 1,312.50 | .00 | | 1,312.50 | | |
| YEAR 2007 | 11,143.00 | .00 | | 11,143.00 | | |
| 03/31/08 02/29/08  488256 | 2,229.50 | .00 | | 2,229.50 11/04/08 | | |
| 05/27/08 04/30/08  490924 | 62,823.50 | 1,855.52 | | 64,679.02 12/29/08 | | |
| 09/25/08 08/31/08  500350 | .00 | .00 | | .00 | | |
| 10/23/08 09/30/08  502428 | .00 | .00 | | .00 | | |
| 11/24/08 10/31/08  504971 | .00 | 267.60 | | 267.60 01/28/09 | | |
| 12/30/08 11/30/08  509451 | 17,432.00 | 513.00 | | 12,039.90 02/24/09 | | 5,905.10 |
| 01/28/09 12/31/08  511052 | 10,058.00 | 154.40 | | 10,212.40 03/03/09 | | |
| 02/27/09 01/31/09  513671 | 31,464.00 | 442.00 | | 31,534.80 04/21/09 | | 371.20 |
| 03/30/09 02/28/09  514733 | 21,648.00 | 166.51 | | 21,351.81 05/19/09 | | 462.70 |
| 04/23/09 03/31/09  516483 | 825.00 | 497.72 | | .00 | | 1,322.72 |
| 05/28/09 03/31/09  518921 | .00 | 906.49 | | .00 | | 906.49 |
| Total: | 166,776.50 | 4,803.24 | | 162,611.53 | | 8,968.21 |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   15
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00015                                 Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:      2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                         Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee        Date         Amount     Index# Batch No  Batch Date
------------------------------------------    --------        ------      ---------   ------ --------- ----------

TRANSCRIPT FEES 0980
    BRIDGES REPORTING & LEGA                  BLABEY, D E     04/17/09      906.49    8687423  721449   04/27/09
    BRIDGES REPORTING & LEGAL VIDEO


        Costs Total :                                                      906.49
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   16
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:      2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                               Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount          Bill      W/o / W/u .      Transfer  To    Clnt/Mtr      Carry Forward
----------------------  ---------------  ---------  --------------  --------------------------------  ----------------

0980 TRANSCRIPT FEES              906.49  _____ _____  _____  _____


         Costs Total :           906.49  _____ _____  _____  _____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE  17
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/28/2009 15:21:35


Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     2905923
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status      : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                 TO:
              UNBILLED DISB FROM:                                 TO:
------------------------------------------------------------------------------------------------------------------------------
                                      FEES                             COSTS
                                      ------                           -----------
         GROSS BILLABLE AMOUNT:              0.00                             0.00
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
             ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:
     CLOSE MATTER/FINAL BILLING?    YES   OR   NO
     EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:



------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                                    ----------------------------                   -------------
                   FEES:                    21,569.00
           DISBURSEMENTS:                    1,547.50    UNIDENTIFIED RECEIPTS:         0.00
            FEE RETAINER:                        0.00        PAID FEE RETAINER:         0.00
           DISB RETAINER:                        0.00       PAID DISB RETAINER:         0.00
       TOTAL OUTSTANDING:                   23,116.50    TOTAL AVAILABLE FUNDS:         0.00
                                                                  TRUST BALANCE:
                                              BILLING HISTORY
                                              ----------------
        DATE OF LAST BILL:                   04/23/09      LAST PAYMENT DATE:    05/19/09
        LAST BILL NUMBER:                    516483 ACTUAL FEES BILLED TO DATE:  353,081.00
                                              ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                 TOTAL FEES BILLED TO DATE:     353,081.00
        LAST BILL THRU DATE:                 03/31/09  FEES WRITTEN OFF TO DATE:  10,158.18
                                                    COSTS WRITTEN OFF TO DATE:    1,350.35
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ---------------------------
         (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
         (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   18

Run Date & Time: 05/28/2009 15:21:39

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2905923
Bill Frequency: M

Status    : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/28/09 15:21:39)

| Bill Date Thru Date Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| PRIOR TO 2005 | 104,263.82 | 2,622.64 | | 106,886.46 | | |
| YEAR 2006 | 62,201.00 | 5,524.10 | | 67,725.10 | | |
| YEAR 2007 | 107,229.50 | 5,269.74 | | 112,499.24 | | |
| 02/08/08 12/31/07  481712 | .00 | .00 | | .00 | | |
| 03/31/08 02/29/08  488256 | 2,515.50 | .00 | | 2,515.50 | 11/04/08 | |
| 04/30/08 03/31/08  489790 | 5,557.50 | 416.25 | | 5,973.75 | 11/04/08 | |
| 05/27/08 04/30/08  490924 | 11,645.00 | 753.40 | | 12,398.40 | 12/29/08 | |
| 06/30/08 05/31/08  494523 | 5,731.00 | 119.50 | | 5,850.50 | 12/29/08 | |
| 07/29/08 06/30/08  497336 | 7,294.50 | 793.10 | | 8,087.60 | 12/29/08 | |
| 08/25/08 07/31/08  498488 | 8,682.50 | 597.52 | | 9,280.02 | 04/21/09 | |
| 10/23/08 09/30/08  502428 | 7,183.00 | 328.43 | | 7,511.43 | 04/21/09 | |
| 11/24/08 10/31/08  504971 | 9,981.50 | 944.13 | | 944.13 | 01/28/09 | 9,981.50 |
| 12/30/08 11/30/08  509451 | 2,228.00 | 1,530.70 | | .00 | | 3,758.70 |
| 01/28/09 12/31/08  511052 | 3,028.50 | .00 | | 1,784.50 | 03/03/09 | 1,244.00 |
| 02/27/09 01/31/09  513671 | 3,329.50 | .00 | | .00 | | 3,329.50 |
| 03/30/09 02/28/09  514733 | .00 | 51.00 | | 51.00 | 05/19/09 | |
| 04/23/09 03/31/09  516483 | 4,786.00 | 16.80 | | .00 | | 4,802.80 |
| Total: | 345,656.82 | 18,967.31 | | 341,507.63 | | 23,116.50 |