**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : | |
| | : | Case No. 01-1139 (JKF) |
| Debtors. | : | |
| | : | Jointly Administered |
| | : | |
| | : | Related Doc. No. 20872, 21907 |

**JOINDER OF FEDERAL INSURANCE COMPANY IN THE CNA COMPANIES' LIMITED OBJECTION TO PLAN PROPONENTS' MOTION FOR LEAVE FROM THIS COURT'S SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON PLAN PROPONENTS' MOTION TO STRIKE THE EXPERT REPORTS AND EXCLUDE TESTIMONY OF GEORGE L. PRIEST AND JAMES B. SHEIN**

Federal Insurance Company hereby joins in *CNA Companies' Limited Objection to Plan Proponents' Motion for Leave from this Court's Scheduling Order and to Shorten Notice Period on Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein* [Docket No. 21907].

        Respectfully submitted,
        COZEN O'CONNOR

        /s/ *Barry Klayman*
        Barry M. Klayman (DE No. 3676)
        1201 N. Market Street
        Suite 1400
        Wilmington, DE 19801
        (302) 295-2035 Telephone
        (215) 701-2209 Facsimile
            - and -
        William P. Shelley (PA ID 40875)
        Jacob C. Cohn (PA ID 54139)
        Ilan Rosenberg (PA ID 89668)
        1900 Market Street
        Philadelphia, PA 19103
        (215) 665-2000 Telephone
        (215) 665-2013 Facsimile
        Attorneys for Federal Insurance Company

Dated: June 1, 2009