IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| W.R. Grace & Co., *et. al.*, | ) ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) | Jointly Administered |

**COMPENDIUM OF EXHIBITS WITH RESPECT TO PHASE I
TRIAL BRIEF OF FIREMAN'S FUND INSURANCE COMPANY,
ALLIANZ S.P.A., F/K/A RIUNIONE ADRIATICA DI SICURTA,
AND ALLIANZ SE, F/K/A ALLIANZ AKTIENGESELLSCHAFT
PURSUANT TO THIRD AMENDED CASE MANAGEMENT ORDER**

| | |
|---|---|
| Dated: June 1, 2009 | STEVENS & LEE, P.C.<br>John D. Demmy (DE Bar No. 2802)<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3308<br>Telecopier: (610) 371-8515<br>Email: jdd@stevenslee.com |
| | -and- |
| | Leonard P. Goldberger<br>Marnie E. Simon<br>(Members PA Bar)<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>Telephone: (215) 751-2864/2885<br>Telecopier: (610) 371-7376/8505<br>Email: lpg@stevenslee.com<br>Email: mes@stevenslee.com |
| | ATTORNEYS FOR FIREMAN'S FUND<br>INSURANCE COMPANY, ALLIANZ S.p.A., f/k/a<br>RIUNIONE ADRIATICA DI SICURTA, AND<br>ALLIANZ SE, f/k/a ALLIANZ<br>AKTIENGESELLSCHAFT |

SL1 926359v1/000000.00000

TABLE OF CONTENTS

Exhibit A:   Insurance Policies[1]

| TAB | DESCRIPTION |
|---|---|
| 1 | **1984-1985** |
| A | Lloyds Policy No. KYO 17582<br>Policy Period 06/30/82-06/30/85 |
| B | FFIC Policy No. XLX-168 80 67<br>Policy Period 6/30/84-6/30/85 |
| C | Allianz Policy No. C 73 000 25<br>Policy Period 6/30/84-6/30/85 |
| 2 | **1983-1984** |
| A | Lloyds Policy No. KYO 17582<br>Policy Period 06/30/82-06/30/85 |
| B | FFIC Policy No. XLX-153-22-28<br>Policy Period 6/30/83-6/30/84 |
| C | FFIC Policy Period No. XLX-153 22 27<br>Policy Period 6/30/83-6/30/84 |
| D | Allianz Policy No. C 73 000 25<br>Policy Period 6/30/83-6/30/84 |
| 3 | **1982-1983** |
| A | Lloyds Policy No. KYO 17582<br>Policy Period 06/30/82-06/30/85 |
| B | FFIC Policy No. XLX-153 24 75<br>Policy Period 6/30/82-6/30/83 |
| C | FFIC Policy No. XLX-153 24 74<br>Policy Period 6/30/82-6/30/83 |
| D | Allianz Policy No. C 73 000 25 |

---

[1]   By inclusion of any insurance policy in this Compendium of Exhibits or otherwise by reference thereto in the Phase I Trial Brief to which this Compendium of Exhibits relates, Insurers do not represent or warrant that the document included for any policy or policy year is complete or accurate and further fully reserves their rights as to any right or obligation in connection with the policies.

|   |   |   |
|---|---|---|
|   |   | Policy Period 6/30/82-6/30/83 |
| 4 | **1981-1982** |   |
|   | A | Lloyds Policy No. 79 DD 1633C<br>Policy Period 06/30/79-06/30/82 |
|   | B | FFIC Policy No. XLX-148 14 92<br>Policy Period 6/30/81-6/30/82 |
|   | C | FFIC Policy No. XLX-148 14 91<br>Policy Period 6/30/81-6/30/82 |
|   | D | FFIC Policy No. XLX-148 14 90<br>Policy Period 6/30/81-6/30/82 |
|   | E | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/81-6/30/82 |
| 5 | **1980-1981** |   |
|   | A | Lloyds Policy No. 79 DD 1633C<br>Policy Period 06/30/79-06/30/82 |
|   | B | FFIC Policy No. XLX-143 70 61<br>Policy Period 6/30/80-6/30/81 |
|   | C | FFIC Policy No. XLX-143 70 60<br>Policy Period 6/30/80-6/30/81 |
|   | D | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/80-6/30/81 |
|   | E | RAS Policy No. EL 79 4416<br>Policy Period 6/30/80-6/30/81 |
| 6 | **1979-1980** |   |
|   | A | Lloyds Policy No. 79 DD 1633C<br>Policy Period 06/30/79-06/30/82 |
|   | B | FFIC Policy XOX-137 04 27<br>Policy Period 7/1/79-6/30/80 |
|   | C | FFIC Policy XLX-137 04 26<br>Policy Period 6/30/79-6/30/80 |
|   | D | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/79-6/30/80 |

|   |   |   |
|---|---|---|
| **7** | **1978-1979** | |
| | A | Lloyds Policy No. 76 DD 1594C<br>Policy Period 6/30/76-6/30/79 |
| | B | FFIC Policy XLX-136 29 55<br>Policy Period 6/30/78-6/30/79 |
| | C | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/78-6/30/79 |
| | D | RAS Policy No. EL 2787<br>Policy Period 6/30/78-6/30/79 |
| 8 | **1977-1978** | |
| | A | Lloyds Policy No. 76 DD 1594C<br>Policy Period 6/30/76-6/30/79 |
| | B | FFIC Policy No. XLX-129 95 53<br>Policy Period 6/30/77-6/30/78 |
| | C | Allianz Policy No. H 0 001 1428<br>Policy Period 6/30/77-6/30/78 |
| | D | RAS Policy No. EL 2046<br>Policy Period 6/30/77-6/30/78 |
| 9 | **1976-1977** | |
| | A | Lloyds Policy No. 76 DD 1594C<br>Policy Period 6/30/76-6/30/79 |
| | B | FFIC Policy No. XLX-120 29 30<br>Policy Period 6/30/76-6/30/77 |
| 10 | | FFIC Policy No. XLX 102 68 77<br>Policy Period 10/28/68-6/30/71 |
| 11 | | FFIC Policy No. XL 76937<br>Policy Period 1/27/65-10/20/65 |
| | | |

Exhibit B:   Parloff, *Welcome to the New Asbestos Scandal*, Fortune, Sept. 6, 2004, at 186.

Exhibit C:   Excerpts from the Transcript of the Deposition of David Austern

SL1 926359v1/000000.00000

Exhibit D:     Excerpts from the Transcript of the Deposition of Richard Finke

Exhibit E:     Excerpts from the Transcript of the Deposition of Peter Lockwood

Exhibit F:     Debtors' Objections and Responses to Certain Insurers' Requests for Admissions

Exhibit G:     In re Congoleum 6/7/04 Hearing Transcript