# 3D

# UMBRELLA EXCESS LIABILITY POLICY
## ISSUED BY

ALLIANZ VERSICHERUNGS-AKTIENGESELLSCHAFT, MUNICH

hereinafter referred to as "Underwriters"

**POLICY NUMBER**     C 73 000 25

## DECLARATIONS

Item 1. Name of insured: W.R. GRACE & CO. AND/OR SUBSIDIARY, ASSOCIATED, AFFILIATED COMPANIES AND/OR ORGANIZATIONS, OWNED, CONTROLLED AND/OR MANAGED COMPANIES AS NOW OR HEREINAFTER CONSTITUTED.

Item 2. Address: 1114 Avenue of the Americas
New York, N.Y. 10036

Item 3. Policy period: From: June 30, 1982
To: June 30, 1983
At 12:01 a.m. standard time at the address of the insured

Item 4. Coverage: Per information submitted

Item 5. Premium: $ 1.250,--

Item 6. Limit of liability: Underwriters shall be liable to pay for only the excess of loss over $ 75.000.000,-- in any one loss or series of losses arising out of one occurrence or, where applicable, in the aggregate, and then not more than
$ 1.000.000,-- part of
$ 75.000.000,-- ultimate net loss in respect of any one loss or series of losses arising out of one occurrence or, where applicable, in the aggregate.

Date: June 28th 1982

ALLIANZ
Versicherungs-Aktiengesellschaft
Signature authorized representative