# 4E

# UMBRELLA EXCESS LIABILITY POLICY
## ISSUED BY

ALLIANZ VERSICHERUNGS-AKTIENGESELLSCHAFT, MUNICH

hereinafter referred to as "Underwriters"

**POLICY NUMBER** _____H. 0 001 428_____

**DECLARATIONS**

Item 1. Name of insured: W.R. GRACE & CO. et al. and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter constituted plus joint ventures as covered by lead policy

Item 2. Address: 1114 Avenue of the Americas
USA - NEW YORK, N.Y. 10038

Item 3. Policy period: From: June 30, 1981
To: June 30, 1982
At 12:01 a.m. standard time at the address of the insured

Item 4. Coverage: Per information submitted

Item 5. Premium: $ 1.250,--

Item 6. Limit of liability: Underwriters shall be liable to pay for only the excess of loss over
$ 100,000,000,-- in any one loss or series of losses arising out of one occurrence or, where applicable, in the aggregate, and then not more than
$ 1,000,000,-- part of
$ 50,000,000,-- ultimate net loss in respect of any one loss or series of losses arising out of one occurrence or, where applicable, in the aggregate.

ALLIANZ VERSICHERUNGS-AKTIENGESELLSCHAFT

Date: 30/6. 81    *[signature]*
Signature authorized representative