# 5A

# Lloyd's

## Policy No.  79 DD 1633C

## 06/30/79 – 06/30/82

*VOL XII   TAB 1*

01539

No. .TFOR18.XX..........

100% of 30% of the
limits stated herein

**Whereas** W.R. GRACE AND COMPANY (as more fully described
in item 1 (a) of the declarations herein)
of 1114 Avenue of the Americas, New York, N.Y. 100M
hereinafter called the Assured, have paid U.S.$444,400.00
Premium or Consideration to Us, the undersigned Assurers to
~ ~~~~~ ~~~~~~~~~~~~~~~~~~ indemnify the Assured in
~~~~~~ of UMBRELLA LIABILITY as per wording attached hereto.

during the period commencing at **Thirtieth** day of
**June,** 19 79 , and ending at **Thirtieth**
day of **June,** 19 82 .
**both days at 12.01 A.M. Local Standard Time**

**Now know ye** that we the undersigned Assurers do hereby bind ourselves each **Company**
for itself only and not the one for the other, to pay or make good to the Assured or the Assured's Executors,
Administrators and Assigns, all such loss as above stated, not exceeding ~~~~~~~~~~~~ ONE HUNDRED
PER CENT of EIGHTY PER CENT of the limits stated herein, ~~~~~~~~

in all, that the Assured may sustain during the said period, within Seven Days after such loss is proved and that
in proportion to the several sums by each of us subscribed against our respective names not exceeding the several
sums aforesaid.

If the Assured shall make any claim knowing the same to be false or fraudulent as regards amount or
otherwise, this Policy shall become void and all claim thereunder shall be forfeited.

**In witness whereof** I being a representative of the Leading Office which is duly authorised by the
Assurers have hereunto subscribed my name on their behalf this **25α** day of [
**November 1980**

SS/ss

DIRECTOR
H. S. WEAVERS (UNDERWRITING AGENCIES LT)

01510

Policy No.

100%    (44.03% WALBROOK INSURANCE COMPANY LIMITED
( 6.6?% EL PASO INSURANCE COMPANY LIMITED
(11.89% MUTUAL REINSURANCE COMPANY LIMITED
(12.89% DART INSURANCE COMPANY LIMITED
(11.04% BERMUDA FIRE & MARINE INSURANCE COMPANY LIMITED
( 9.74% ST. KATHERINE INSURANCE COMPANY LIMITED
per: H.S. Weavers (Underwriting) Agencies Limited

LO3216002727?

ADDENDUM

Attaching to and forming part of Policy No.79DD1633C

of    CERTAIN INSURANCE COMPANIES.

Issued to          W.R.GRACE AND COMPANY.

It is understood and agreed that following an adjustment of premium for
the period 30th June 1979 to 30th June 1980 the earned premium does not
exceed the minimum premium paid, therefore the Minimum and Deposit
provisions of this Policy apply.

All other terms and conditions of the Policy remaining unchanged.

Dated London, 28th August 1980

DJB/ic

27.11.80

LO31/67027275      DIRECTOR
H.S. WEAVERS (UNDERWRITING) AGENCIES LTD

WRG    0676

01341

UMBRELLA POLICY (LONDON 1971)

Named Assured:    As stated in Item 1 of the Declarations forming a part hereof

and any of subsidiary, associate and/or affiliated companies as now or hereafter constituted
together as now or hereafter constituted and of which prompt notice has
been given to Underwriters (hereinafter called the "Named Assured").

INSURING AGREEMENTS:

1.    COVERAGE –

Underwriters hereby agree, subject to the limitations, terms and conditions hereinafter
mentioned, to indemnify the Assured for all sums which the Assured shall be obligated to
pay by reason of the liability:-

    (a)    imposed upon the Assured by law,

or  (b)    assumed under contract or agreement by the Named Assured and/or any
    officer, director, stockholder, partner or employee of the Named Assured,
    while acting in his capacity as such,

for damages on account of:-

    (i)    Personal Injuries

    (ii)   Property Damage

    (iii)  Advertising Liability,

caused by or arising out of each occurrence happening anywhere in the world.

11.    LIMIT OF LIABILITY  –

Underwriters hereon shall be only liable for the ultimate net loss the excess of either:-

    (a)    the limits of the underlying insurances as set out in the attached schedule
    in respect of each occurrence covered by said underlying insurances,

or  (b)    $  100,000      ultimate net loss in respect of each occurrence not
    covered by said underlying insurances,

               (hereinafter called the "underlying limits"):

and then only up to a further sum as stated in Item 2(a) of the Declarations in all in respect
of each occurrence – subject to a limit as stated in Item 2(b) of the Declarations in the
aggregate for each annual period during the currency of this Policy, separately in respect
of Products Liability and in respect of Personal Injury (fatal or non-fatal) by Occupational
Disease sustained by any employees of the Assured.

In the event of reduction or exhaustion of the aggregate limits of liability under said
underlying Insurance by reason of losses paid thereunder, this Policy subject to all the
terms, conditions and definitions hereof shall:-

    (1)    in the event of reduction pay the excess of the reduced underlying limit

    (2)    in the event of exhaustion continue in force as underlying insurance.

The inclusion or addition hereunder of more than one Assured shall not operate to increase
Underwriters' limits of liability beyond those set forth in the Declarations.

L. P. O. 354B (8/76)                                                           Page 1 of 11

WRG  –0677

01542

2.   PERSONAL INJURIES

The term "Personal Injuries", wherever used herein means bodily injury (including death at any time resulting therefrom), mental injury, mental anguish, shock, sickness, disease, disability, false arrest, false imprisonment, wrongful eviction, detention, malicious prosecution, discrimination, humiliation; also libel, slander or defamation of character or invasion of rights of privacy, except that which arises out of any advertising activities.

3.   PROPERTY DAMAGE –

The term "Property Damage", wherever used herein, shall mean loss of or direct damage to or destruction of tangible property (other than property owned by the Named Assured).

4.   ADVERTISING LIABILITY –

The term "Advertising Liability", wherever used herein, shall mean :–

(1)   Libel, slander or defamation;

(2)   Any infringement of copyright or of title or of slogan;

(3)   Piracy or unfair competition or idea misappropriation under an implied contract;

(4)   Any invasion of right of privacy;

committed or alleged to have been committed in any advertisement, publicity article, broadcast or telecast and arising out of the Named Assured's advertising activities.

5.   OCCURRENCE –

The term "Occurrence", wherever used herein, shall mean an accident or a happening or event or a continuous or repeated exposure to conditions which unexpectedly and unintentionally results in personal injury, property damage or advertising liability during the policy period. All such exposure to substantially the same general conditions existing at or emanating from one premises location shall be deemed one occurrence.

6.   DAMAGES –

The term "Damages" includes damages for death and for care and loss of services resulting from personal injury and damages for loss of use of property resulting from property damage.

7.   ULTIMATE NET LOSS –.

The term "Ultimate Net Loss" shall mean the total sum which the Assured, or his Underlying Insurers as scheduled, or both, become obligated to pay by reason of personal injuries, property damage or advertising liability claims, either through adjudication or compromise, and shall also include hospital, medical and funeral charges and all sums paid as salaries, wages, compensation, fees, charges and law costs, premiums on attachment or appeal bonds, interest, expenses for doctors, lawyers, nurses and investigators and other persons, and for litigation, settlement, adjustment and investigation of claims and suits which are paid as a consequence of any occurrence covered hereunder, excluding only the salaries of the Assured's or of any underlying insurers permanent employees.

The Underwriters shall not be liable for expenses as aforesaid when such expenses are included in other valid and collectible insurance.

WRG      0678

(b)   to personal injury, property damage or advertising liability arising out of
the conduct of any partnership or joint venture of which the Assured is a
partner or member and which is not designated in this policy as a Named
Assured;

(c)   to claims made against the Assured:-

(i)   on account of Personal Injuries or Property Damage resulting from
the failure of the Assured's products or work completed by or for
the Assured to perform the function or serve the purpose intended
by the Assured, if such failure is due to a mistake or deficiency in
any design, formula, plan, specification, advertising material or
printed instructions prepared or developed by the Assured; but this
exclusion (i) does not apply to Personal Injuries or Property Damage
resulting from the active malfunctioning of such products or work;

(ii)  on account of Property Damage to the Assured's products arising
out of such products or any part of such products;

(iii) on account of Property Damage to work performed by or on behalf of
the Assured arising out of work or any portion thereof, or out of the
materials, parts or equipment furnished in connection therewith;

(iv)  for the withdrawal, inspection, repair, replacement, or loss of use
of the Assured's products or work completed by or for the Assured or
of any property of which such products or work form a part, if such
products, work or property are withdrawn from the market or from
use because of any known or suspected defect or deficiency therein;

(d)   with respect to advertising activities, to claims made against the Assured for:-

(i)   failure of performance of contract, but this shall not relate to
claims for unauthorised appropriation of ideas based upon alleged
breach of an implied contract;

(ii)  infringement of registered trade marks, service mark or trade name
by use thereof as the registered trade mark, service mark or trade
name of goods or services sold, offered for sale or advertised, but
this shall not relate to titles or slogans;

(iii) incorrect description of any article or commodity;

(iv)  mistake in advertised price;

(e)   except in respect of occurrences taking place in the United States of America, its
territories or possessions, or Canada, to any liability of the Assured directly or
indirectly occasioned by, happening through or in consequence of war, invasion,
acts of foreign enemies, hostilities (whether war be declared or not), civil war,
rebellion, revolution, insurrection, military or usurped power or confiscation or
nationalisation or requisition or destruction of or damage to property by or under
the order of any government or public or local authority;

(f)   to any liability arising out of the violation of any statute, law, ordinance or regulation
prohibiting discrimination or humiliation because of race, creed, colour or national
origin.

.F.O.3548 (8/76)                                                        Page 5 of 11

WRG    0679

01544

E.    INSPECTION AND  ' DIT –

Underwriters shall be permitted but not obligated to inspect the Assured's property and operations at any time.  Neither the Underwriters' right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking on behalf of or for the benefit of the Assured or others, to determine or warrant that such property or operations are safe.

Underwriters may examine and audit the Assured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

F.    CROSS LIABILITY –

In the event of claims being made by reason of personal injury suffered by any employee of one Assured hereunder for which another Assured hereunder is or may be liable, then this policy shall cover such Assured against whom a claim is made or may be made in the same manner as if separate policies had been issued to each Assured hereunder.

In the event of claims being made by reason of damage to property belonging to any Assured hereunder for which another Assured is, or may be, liable then this policy shall cover such Assured against whom a claim is made or may be made in the same manner as if separate policies had been issued to each Assured hereunder.

Nothing contained herein shall operate to increase Underwriters' limit of liability as set forth in Insuring Agreement 11.

G.    NOTICE OF OCCURRENCE –

Whenever the Assured has information from which the Assured may reasonably conclude that an occurrence covered hereunder involves injuries or damages which, in the event that the Assured should be held liable, is likely to involve this policy, notice shall be sent as stated in Item 4 of the Declarations as soon as practicable, provided, however, that failure to give notice of any occurrence which at the time of its happening did not appear to involve this policy but which, at a later date, would appear to give rise to claims hereunder, shall not prejudice such claims.

H.    ASSISTANCE AND CO-OPERATION –

The Underwriters shall not be called upon to assume charge of the settlement or defense of any claim made or suit brought or proceeding instituted against the Assured but Underwriters shall have the right and shall be given the opportunity to associate with the Assured or the Assured's underlying insurers or both in the defense and control of any claim, suit or proceeding relative to an occurrence where the claim or suit involves, or appears reasonably likely to involve Underwriters, in which event the Assured and Underwriters shall co-operate in all things in the defense of such claim, suit or proceeding.

I.    APPEALS –

In the event the Assured or the Assured's underlying insurers elect not to appeal a judgment in excess of the underlying limits, Underwriters may elect to make such appeal at their own cost and expense, and shall be liable for the taxable costs and disbursements and interest on judgments incidental thereto, but in no event shall the liability of Underwriters for ultimate net loss exceed the amount set forth in Insuring Agreement 11 for any one occurrence and in addition the cost and expense of such appeal.

WRG     0680

01545

P.    CANCELLATION –

This policy may be cancelled by the Named Assured or by the Underwriters or their representatives by sending by registered mail notice to the other party stating when, not less than (sixty)60) days thereafter, cancellation shall be effective.    The mailing of notice as aforesaid by Underwriters or their representatives to the Named Assured at the addres shown in this policy shall be sufficient proof of notice, and the insurance under this policy shall end on the effective date and hour of cancellation stated in the notice. Delivery of such written notice either by the Named Assured or by the Underwriters or their representatives shall be equivalent to mailing.

If this policy shall be cancelled by the Named Assured the Underwriters shall retain the customary short rate proportion of the premium for the period this policy has been in force. If this policy shall be cancelled by the Underwriters the Underwriters shall retain the pro rata proportion of the premium for the period this policy has been in force.    Notice of cancellation by the Underwriters shall be effective even though Underwriters make no payment or tender of return premium with such notice.

Q.    CURRENCY –

The premiums and losses under this policy are payable in the currency stated in Item 5 of the Declarations.    Payment of Premium shall be made as stated in Item 6 of the Declarations.

R.    CONFLICTING STATUTES –

In the event that any provision of this policy is unenforceable by the Assured under the laws of any State or other jurisdiction wherein it is claimed that the Assured is liable for any injury covered hereby, because of non-compliance with any statute thereof, then this policy shall be enforceable by the Assured with the same effect as if it complied with such Statute.

S.    SERVICE OF SUIT CLAUSE –

It is agreed that in the event of the failure of Underwriters hereon to pay any amount claimed to be due hereunder, Underwriters hereon, at the request of the Assured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made as stated in Item 7 of the Declarations, and that in any suit instituted against any one of them upon this policy, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.    The person or firm named in Item 7 are authorised and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Assured to give a written undertaking to the Assured that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officers specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this policy of insurance, and hereby designate the above-named as the person to whom the said officer is authorised to mail such process or a true copy thereof.

C.3548 (6/76)                                                                                    Page 9 of 11

WRG        0681

01546

ATTACHING TO AND FORMING PART OF POLICY No. 79001633c

DECLARATIONS:

ITEM 1.    (a)    Named Assured:—    W.R. GRACE & CO. and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter constituted

(b)    Address of Named Assured:—    1114 Avenue of the Americas, New York, N.Y. 10038

ITEM 2.    Limit of Liability – as Insuring Agreement II :—

(a)    Limit in all in respect of each occurrence    U.S.$ 5,000,000

(b)    Limit in the aggregate for each annual period where applicable    U.S.$ 5,000,000

ITEM 3.    Policy Period:—    30th June, 1979 to 30th June, 1982 (both days at 12.01 a.m. Local Standard Time)

ITEM 4.    Notice of Occurrence (Condition G) to:—    Marsh & McLennan, Incorporated, 1221 Avenue of the Americas, New York, N.Y. 10020.

ITEM 5.    Currency (Condition Q):—    United States Dollars

ITEM 6.    Payment of Premium (Condition Q) to:—    Marsh & McLennan, Incorporated, 1221 Avenue of the Americas, New York, N.Y. 10020.

ITEM 7.    Service of Process (Condition S) upon:—    Messrs. Mendes and Mount, 3, Park Avenue, New York, N.Y. 10016, U.S.A.

L.P.O.354B (8/76)    Page 11 of 11

WRG    0682

01347

Attaching to and forming part of Policy No.7WD016230

Issued to    W.R.GRACE & CO.

## SCHEDULE OF UNDERLYING INSURANCES:

| COVERAGE | | LIMIT | CARRIER |
|---|---|---|---|

**I. DOMESTIC GENERAL LIABILITY AND AUTOMOBILE LIABILITY.**

* A.) General Liability Products Liability

| | | | |
|---|---|---|---|
| | Bodily Injury | $1,000,000 Each Occurrence $2,000,000 Aggregate Products Liability Only | C.N.A.of Illinois. |
| | Property Damage | $1,000,000 Each Occurrence $2,000,000 Aggregate Products Liability Only | C.N.A.of Illinois. |
| D.) Employee Benefits | | $ 500,000 Each Claim $ 750,000 Annual Aggregate | C.N.A.of Illinois. |
| C.) Care Custody and Control | | $1,000,000 Each Occurrence | C.N.A.of Illinois. |
| D.) Advertisers Liability | | $ 500,000 Each Occurrence | C.N.A.of Illinois. |
| E.) Automobile Liability | Bodily Injury | $1,000,000 Each Occurrence | C.N.A.of Illinois. |
| | Property Damage | $1,000,000 Each Occurrence | C.N.A.of Illinois. |

* W.R.Grace & Co.assumes the first $500,000.of each loss within the framework of a retrospective rating plan. The premiums indicated are for insurance excess of $500,000. up to policy limits. The combination of the $500,000. Loss Assumption and pure insurance is equal to the limits shown above.

**II. EMPLOYERS LIABILITY:**

| | | |
|---|---|---|
| A.) Employers' Liability including Employers Liability as respects Occupational Disease | $ 500,000 each Employee $ 500,000 each Accident | C.N.A.of Illinois. |
| B.) Amendment of Coverage B Maritime (Jones Act) | Bodily Injury by Accident $ 500,000 each Employee $ 500,000 Each Accident Bodily Injury by Disease $ 500,000 each Employee $ 500,000 Each Accident $ 500,000 Aggregate Disease (Per State) | C.N.A.of Illinois. |

01548

-2-

| COVERAGE | LIMIT | CARRIER |
|---|---|---|
| C) United States Federal Longshoremen and Harbor Workers Act. | $ 250,000 Each Employee<br>$ 500,000 Each Accident | C.N.A. of Illinois |
| III.<br>1. AIRCRAFT LIABILITY (Excluding Non-Ownership) | $15,000,000 Combined Single Limit Including Voluntary Settlements of $250,000 Per Person - including Crew (Part of and not in Addition to the $15,000,000 Limit) | United States Aviation Insurance Group. |
| A) Care, Custody or Control | $ 1,000,000 each and every occurrence (with Respect to Hangars, buildings or other Property or Contents thereof required by lease or other Agreement or if Insurance is purchased) | United States Aviation Insurance Group. |
| B) Non-Ownership Hull Liability | $ 5,000,000 Per Occurrence and Aggregate | United States Aviation Insurance Group. |
| C) Aircraft Non-Ownership Liability | $10,000,000 Combined Single Limit. | United States Aviation Insurance Group. |
| 2) GROUND HANGARKEEPERS LIABILITY, | $ 2,000,000 Each Aircraft<br>$ 2,000,000 Each Occurrence | United States Aviation Insurance Group. |
| V. A) CHARTERERS LIABILITY/WHARFINGERS LIABILITY for W.R.Grace & Co. | *$ 2,000,000 Damage to Vessel and Cargo<br>$ 2,000,000 Demurrage and removal of Wreck<br>$ 2,000,000 Collision (Third Party including Demurrage,Property Damage.<br>$ 2,000,000 Each Person Each Accident<br>$ 2,000,000 Each Accident Third Party bodily Injury Liability including liability to Crew of Chartered Vessel<br>$ 5,000 Deductible Each Accident. | Arkwright-Boston Manufacturers Insurance Co. |

* Limits will increase to $5,000,000 when and if a subspur shipment takes place. To date no subspur shipments have taken place and none anticipated for current policy period. The increased limit will remain in effect for the duration of policy term.

WRG - 0684

01549

-3-

| COVERAGE | LIMIT | CARRIER |
|---|---|---|
| **B) CHARTERER'S LIABILITY**<br>for Aruba Chemical Industries,N.V. | $2,000,000 Damage to Vessel and Cargo<br>$2,000,000 Demurrage or Removal of Wreck,<br>including demurrage Property Damage<br>$2,000,000 Collision (Third Party)<br>$2,000,000 Each Accident<br>$2,000,000 Each Person<br>$2,000,000 Each Accident<br>Third Party Bodily Injury Liability<br>including Liability to Crew Chartered<br>vessel<br>$5,000 Deductible Each Accident. | Arkwright-Boston<br>Manufacturers<br>Insurance Co. |
| **V  P.W.L G.ASSOCIATES,INC.**<br>A)Insurance Brokers Errors<br>and Omission Coverage | $3,000,000 Each Claim/Aggregate<br>$  5,000 Deductible Per Claim | Employers Reinsurance<br>Corporation |
| B)Excess Insurance Brokers<br>Errors and Omission Coverage | $1,000,000 Each Claim/Aggregate<br>Excess of $2,000,000<br>$2,000,000 Excess of $3,000,000 | Airlisica Insurance<br>Company,<br>North River Ins.Co. |
| **VI  FOREIGN INSURANCE**<br>A)W.R.Grace & Co. | $1,000,000 Per Occurrence combined single<br>Limit Bodily Injury and Property<br>Damage for General Liability<br>and Automobile Liability combined | Granite State |
| Worldwide Comprehensive<br>General and Automobile<br>Liability Program | $2,000,000 Aggregate Products Liability<br>$2,000,000 Aggregate Property Damage<br>Per Location | |
| | $  250,000 Self-Insured (or Property)<br>in Insured's Care,Custody)<br>and Control | Granite State Insurance Co. |
| **B) Grace Petroleum Libya Inq.**<br>1) General Liability including<br>Products Liability | Bodily Injury $300,000 each Occurrence<br>$300,000 Annual Aggregate<br>Property Damage$250,000 Each Occurrence<br>$300,000 Annual Aggregate | |

01550

-4-

| COVERAGE | LIMIT | CARRIER |
|---|---|---|
| B) 2° Automobile Liability | Bodily Injury $250,000 each Person<br>$500,000 each Occurrence<br>Property Damage $250,000 each Occurrence | Granite State Insurance Co. |
| 3 Employer's Liability | $250,000 each Person<br>$500,000 each Accident | Granite State Insurance Co. |

01551

ADDENDUM NO.1

Attaching to and forming part of Policy No.79DD1633C

Issued to                W.R. GRACE & CO.

As respects the Assured's operations outside the United States of
America and/or Canada Insuring Agreement II is amended to read as follows:-

"...Underwriters hereon shall be only liable for the ultimate net
loss the excess of either:-

(a) the limits of the underlying insurances as set out in the
attached schedule in respect of each occurrence covered by said
underlying insurances;

or  (b) $250,000.00 ultimate net loss in respect of each occurrence.

whichever is the greater,

or  (c) $250,000.00 ultimate net loss in respect of each occurrence not
covered by said underlying insurances.

................"

All other terms and conditions of the Policy remaining unchanged.

Dated,London 10th December 1979

DR/sc

01552

ADDENDUM NO. 2

Attaching to and forming part of Policy No. 79DD1633C

Issued to:                    W.R. GRACE & CO.

It is hereby understood and agreed that this policy is extended
to include "Employee Benefit Liability", as more fully defined in the
scheduled underlying policies and that as respects such coverage this
policy is subject to the same warranties, terms and conditions (except
as regards the premium, the obligation to investigate and defend, the
amount and limits of liability and the renewal agreement, if any) as
are contained in the said underlying policies.

It is however further understood and agreed that the above extension
in coverage shall not apply to claims based upon the Employee Retirement
Income Security Act of 1974, Public Law 93-406 commonly referred to as
the Pension Reform Act of 1974 and amendments thereto, or similar
provisions of any Federal, State or Local Statutory Law or Common Law.

All other terms and conditions of the Policy remaining unchanged.

Dated, London,  10th December, 1979

DB/sc

WRG    0688

01553

ADDENDUM NO.3

Attaching to and forming part of Policy No.79DD1633C

Issued to :            W.R.GRACE & CO.

Notwithstanding anything contained herein to the contrary, it is hereby understood and agreed that this Policy shall not apply:-

A       To Property Damage claims arising from:-

        (1) Erroneous delivery of seeds, erroneous substitution of one
            seed from another, or mislabelling of seeds;
        (2) Cross pollination;
        (3) Germination failure;
        (4) The presence of noxious weed seed;
        (5) Natural shrinkage of grain;
        (6) Loss of and/or damage and/or deterioration from delay or
            from moisture content of grain;
        (7) Commingling of grain.

B       (1) To liability arising under any policy of insurance or reinsurance;
        (2) To liability arising out of the issuance,non-issuance,declination
            or cancellation of, or the imposition of special terms to any policy
            of insurance or reinsurance.

C       In respect of oil and/or gas drilling and/or exploration operations to:-

        (i) the cost of control of any oil and/or gas well
        (ii)loss of hole and/or in hole equipment.

        It is further understood and agreed that except insofar as coverage is
available to the Assured in the Underlying Insurances as set out in the attached
Schedule,this Policy shall not apply:-

        (A) To Charterers liability;
        (B) To the safe berthing of any marine vessel;
        (C) To marine vessels in the Assured's Care,Custody or Control;
        (D) To Non-owned watercraft liability;
        (E) To Contractual Liability;
        (F) To Incidental Malpractice Liability;
        (G) In respect of oil and/or gas drilling and/or exploration operations
            to:-
            (i)      explosion,blowout and/or cratering;
            (ii)     underground Property Damage not already excluded by the
                     Seepage,Pollution and Contamination Clause No.1 and the
                     Seepage, Pollution and Contamination Exclusion Clause No.2.

        (H) To liability resulting from the ownership,maintenance and/or
            operations of any dock,wharf and/or quay facility.

        (I) To Punitive and/or Exemplary Damages
        (J) To Pharmacists Liability.

All other terms and conditions of the Policy remaining unchanged.

Dated ,10th December 1979
DU/sc

WRG — 0689

0 1554

ADDENDUM NO.4

Attaching to and forming part of Policy No.79DD1633C

Notwithstanding anything contained herein to the contrary it is hereby
understood and agreed that this Policy shall apply to "Joint Ventures" subject
always to the following attached "Joint Venture Clause" given below except in
respect of those Joint Ventures which are excepted by virtue of Addendum No.15)

JOINT VENTURE CLAUSE
(Third Party Liability)

(Approved by Lloyd's Underwriters' Non-Marine Association)

(1) It is hereby understood and agreed by the Assured and Underwriters that, as
regards any liability of the Assured which is insured under this Policy and arises in any
manner whatsoever out of the operations or existence of any joint venture, consortium,
joint lease, joint operating agreement or partnership hereinafter called "Joint Venture")
in which the Assured has an interest, the liability of Underwriters under this Policy shall
be limited to the product of (a) the percentage interest of the Assured in the said Joint
Venture and (b) the total amount of indemnity available under this Policy. Provided that
where the Percentage interest of the Assured in said Joint Venture is not set down in
writing, the percentage to be applied shall be that which would be regarded by law as the
ownership of the Joint Venture. Such percentage shall not be increased by the insolvency
of others interested in the said Joint Venture.

(2) It is further understood and agreed that, where any underlying insurance(s)
have been reduced by a clause having the same effect as paragraph (1) of this clause, the
Underwriters under this Policy, as denoted by paragraph (1) of this clause in the case of
(a) each reduced limits of any underlying insurance(s) and (b) the sum of all underlying
insurance(s) are reduced.

22.3.79

N.M.A. 1447

It is further understood and agreed that the term "Joint Venture" as used
in the above attached "Joint Venture Clause" or elsewhere within the Policy
wording shall be understood to mean:

"Any joining together of two or more companies, either
legally or contractually, for the purpose of any business
undertaking where joint financial or corporeal benefit is
intended."

All other terms and conditions of the Policy remaining unchanged.

Dated,London 10th December 1979
DR/ac

ADDENDUM NO.5

Attaching to and forming part of Policy No 79DD1633C

Issued to                    W.R.GRACE & CO.

It is hereby understood and agreed that the "Joint Venture Clause" contained in Addendum No.4 shall not apply in respect of any co-venture or partnership where:

(A) The Assured's financial interest is at least 50%;

(B) The Assured has sole responsibility for the management and operation;

(C) The Assured is obligated to provide full insurance.

Notwithstanding the foregoing, it is understood and agreed that any future contractual agreement issued by the Assured to its co-venturers or partners will specify that the insurance provided by the Assured's insurers shall be the sole and exclusive protection afforded to any and all members of such ventures.

All other terms and conditions of the Policy remaining unchanged.

Dated,London 10th December 1979

DB/sc

WRG    0691

ADDENDUM NO. 6

Attaching to and forming part of Policy No. 7YDD163JC

Issued to          W. R. GRACE & CO.

ADJUSTMENT CLAUSE.

Notwithstanding anything stated herein to the contrary, it is hereby agreed that the premium charged hereon is comprised of a Minimum and Deposit of $1,320,000.00 part of $1,650,000.00 plus an annual flat premium charge of $14,400.00 part of $18,000.00 in respect of Charterers Liability and in respect of the coverage provided hereunder for the safe berthing of any marine vessel and marine vessels in the Assured's care, custody or control and shall be due and payable as follows:-

| | | |
|---|---|---|
| 30th June 1979 | - | $440,000.00 part of $550,000.00 (Minimum and Deposit) |
| | plus | $ 14,400.00 part of $ 18,000.00 (Flat Premium) |
| 30th June 1980 | - | $440,000.00 part of $550,000.00 (Minimum and Deposit) |
| | plus | $ 14,400.00 part of $ 18,000.00 (Flat Premium) |
| 30th June 1981 | - | $440,000.00 part of $550,000.00 (Minimum and Deposit) |
| | plus | $ 14,400.00 part of $ 18,000.00 (Flat Premium) |

It is further understood and agreed that the Minimum and Deposit Premium specified above is subject to adjustment with Earned Premium to be calculated at a rate of 0.0825 per $1,000.00 of the Assured's Gross Receipts.

The Assured shall declare to Underwriters as soon as possible after each anniversary date (commencing with the 30th June 1980) the total amount of their Gross Receipts during the preceding annual period and should the Earned Premium so computed exceed the Deposit Premium charged for said annual period then the balance shall be immediately payable by the Assured to the Underwriters.

Notwithstanding anything contained herein to the contrary, if this Policy shall be cancelled by the Assured, Underwriters shall be entitled to the Earned Premium for the period that this Policy has been in force or the short rate proportion of the Minimum Premium whichever is the greater, plus the short rate proportion of the flat premium charge. If this Policy is cancelled by Underwriters they shall be entitled to the Earned Premium for the period that this Policy has been in force or pro rata of the Minimum Premium whichever is the greater, plus the pro rata proportion of the flat premium charge.

All other terms and conditions of the Policy remaining unchanged.

Dated, London 10th December 1979

WRG - 0692

01337

ADDENDUM NO. 7

Attaching to and forming part of Policy No. 79DD1633C

Issued to:                    W.R. GRACE & CO.

Notwithstanding the fact that the Assured has underlying insurance in
force providing coverage in respect of Products Recall and Architects Errors
and Omissions Insurance, it is specifically understood and agreed that no
such coverage shall be provided hereunder and for the purposes of this
Policy the underlying coverage shall not be impaired by such exposures.

It is further understood and agreed that this Policy shall not apply to
any loss which would have been covered by the scheduled underlying policies,
except for the deductible provisions contained therein.

All other terms and conditions of the Policy remaining unchanged.

Dated, London,   10th December, 1979

DB/sc

WRG -- 0693

ADDENDUM 8

Attaching to and forming part of Policy No.79DD1633C

Issued to:                    W.R.GRACE & CO.

It is hereby understood and agreed that the following attached clause
shall apply in respect of the Assured's oil and/or gas operations on, over
and/or under water:

SEEPAGE, POLLUTION AND CONTAMINATION EXCLUSION CLAUSE No. 2
(Approved by Lloyd's Underwriters' Non-Marine Association)

This Insurance does not cover any liability for:
(1) Personal Injury or Bodily Injury or loss, damage to or loss of use of property directly
    or indirectly caused by seepage, pollution or contamination, loss.
(2) The cost of removing, nullifying or cleaning up seeping, polluting or contaminating
    substances.
(3) Loss of, damage to or loss of use of or property directly or indirectly caused by seepage,
    pollution or contamination of the Assured.
(4) Removal of, loss of or loss of use of or seeping, polluting or contaminating property
    of others.
(5) Fines, penalties, punitive or exemplary damages.
22/1/70.
N.M.A. 1684.

It is also understood and agreed that the following attached clause
shall apply in respect of the Assured's oil and/or gas operations other than
those on, over and/or under water:

SEEPAGE, POLLUTION AND CONTAMINATION CLAUSE No. 3
(Approved by Lloyd's Underwriters' Non-Marine Association)

This Insurance does not cover any liability for:
(1) Removal of, loss of or damage to sub-surface oil, gas or mineral or property
    of others, provided always that this p to remedy (1) shall not apply to such
    would otherwise be covered under this Insurance be such loss or damage be attributable
    to blow-out, cratering or loss of an oil or gas well or property of the
    under the control of the Assured.
(2) Loss of, damage to, or loss of use of any oil property also sub-surface or mineral loss
    indirect, caused by sub-surface operations of the Assured.
(3) Personal Injury or Bodily Injury or loss of Assured whether caused directly
    or indirectly caused by seepage, pollution or contamination, loss
    paragraph (3) shall not apply to liability for Personal Injury or loss of or
    physical damage to or destruction of tangible property, direct of the property
    damaged or destroyed where such seepage, pollution or contamination
    unintended and unexpected happening during the period of this Insurance.
(4) The cost of removing, nullifying or cleaning seeping, polluting or contaminating
    substances unless the seepage, pollution or contamination is caused by or results
    and unexpected happening during the period of this Insurance.
(5) Fines, penalties, punitive or exemplary damages.
This Clause shall not extend this Insurance to cover any liability which would not have
been covered under this Insurance had this Clause not been attached.
22/1/70.
N.M.A. 1685.

It is further understood and agreed that the following attached clause
shall apply in respect of all operations of the Assured, other than oil and/or
gas operations.

INDUSTRIES SEEPAGE POLLUTION AND CONTAMINATION CLAUSE

(text illegible)

All other terms and conditions of the Policy remaining unchanged.

WRG    0694

01359

ADDENDUM NO. 9

Attaching to and forming part of Policy No. 73DD1633C

Issued to:                W.R. GRACE & CO.

It is hereby understood and agreed that the BOOKER DRILLING COMPANY
is included herein as an additional Assured.   In consequence of the
above the CNA Casualty Company of Illinois will provide underlying
coverage on a "Difference Between" basis up to the appropriate underlying
limits as expressed in the schedule attached hereto until such time
as the existing underlying insurances of Booker Drilling Company are
cancelled and the coverages are included within the CNA underlying
insurance programme.

Gross Receipts from the aforementioned entity shall be included in
the premium adjustment in accordance with Addendum No. 6.

All other terms and conditions of the Policy remaining unchanged.

Dated, London,  10th December, 1979

DB/lc

WRG    .0695

01560

ADDENDUM NO. 1D

Attaching to and forming part of Policy No. 79DD1633C

Issued to                    W.R. GRACE & CO.

WARRANTY

It is hereby warranted by the Assured that Physical Damage coverage
is maintained for 100% values in respect of all Highly Protected Risk
properties and that a blanket block policy for $50,000,000 excess of a
$1,000,000 deductible is maintained for all other real property; all
property in the Assured's care, custody or control being covered by such
policies.

WRG    0696

01561

ADDENDUM NO. 11

Attaching to and forming part of Policy No. 79OD1633C

Issued to:--             W.R. GRACE & CO.


It is hereby understood and agreed that this Policy is extended
to include "Data Processors Errors and Omissions" and "Insurance
Brokers Errors and Omissions".


It is however specifically understood and agreed that the above
extension in coverage is only applicable insofar as such coverage is
available to the Assured in the schedule of Underlying Insurances
attached hereto and that as respects such coverages this Policy is
subject to the same warranties, terms and conditions (except as regards
the premium, the obligation to investigate and defend, the amount and
limits of liability and the renewal agreement, if any), as are contained
in said Underlying Insurances.


All other terms and conditions of the Policy remaining unchanged.

WRG    0697

01352

ADDENDUM NO. 12

Attaching to and forming part of Policy No.75DD1633C

Issued to:  W R GRACE & COMPANY

It is hereby understood and agreed that with effect from 30th June, 1979, Addendum No.3 of this Policy is deleted and replaced by the following:-

It is hereby understood and agreed that the "Joint Venture Clause" contained in Addendum No.4 shall not apply in respect of any co-venture or partnership where:

(A)  The Assured's financial interest is at least 50%, or

(B)  The Assured has sole responsibility for the Management and operation, or

(C)  The Assured is obligated to provide full insurance.

Notwithstanding the foregoing, it is understood and agreed that any future contractual agreement issued by the Assured to its co-venturers or partners will specify that the insurance provided by the Assured's insurers shall be the sole and exclusive protection afforded to any and all members of such ventures.

All other terms and conditions of the Policy remaining unchanged.

DF/rjb

L03K702727S

WRG   0698

01563

**COPY**   ADDENDUM NO 13

Attaching to and forming part of Policy No 79DD1633C

Issued to:    W.R.GRACE & CO.

It is understood and agreed that, with effect from 1st October 1980 this Policy shall apply in respect of the Joint Venture known as Four Corners Mine and International Minerals & Chemical Corporation is included hereon in respect of their interest in this Joint Venture.  Also included as an Additional Assured is Morgan Guaranty Trust Company of New York, but only in respect of their interest as mortgagee in the Four Corners Mine Joint Venture and pursuant to the terms and conditions of the credit agreement dated January 27, 1981.

It is further understood and agreed that coverage provided hereon shall apply separately in excess of the following underlying insurances in respect of the Four Corners Mine Joint Venture.

| Coverage | Limit | Carrier |
|---|---|---|
| A.General Liability | $1,000,000 (applies separately to each contractor but is subject to a combined $3,000,000 limit for any one occurrence. | Hartford Insurance Company. |
| B.Employers Liability | $ 500,000 | Hartford Insurance Company. |
| C.Umbrella Liability (To apply excess of A and B above) | $20,000,000 | Hartford Insurance Company. |

It is further understood and agreed that the Joint Venture Clause incorporated in Addendum No 4 will not apply to this Joint Venture.

1.1183 (4)                              DIRECTOR

All other terms and conditions of the Policy remaining unchanged.

WRG    0699

01564

ADENDUM NO 14

Attaching to and forming part of Policy No 79DD1G33C

Issued to:        W.R.GRACE & CO.

It is hereby understood and agreed that with effect from 30th March, 1982
this Policy shall not apply to Chemco Corporation and/or any subsidiary,
organisation or company, including subsidiaries of a subsidiary company,
owned controlled or coming under the active management of Chemco Corporation.

23/11/82                                    1028/6902
                                            DIRECTOR
                                            ..... AGENCIES LT

All other terms and conditions of the Policy remaining unchanged
PSCB/ac

WRG    0700

01565

CCPY

ADDENDUM NO 15

Attaching to and forming part of Policy No 79DD1633C

Issued to:        W.R.GRACE AND CO.

It is understood and agreed that with effect from 30th April,1982 the
Assured leased an aircraft (Gulf Stream II No.227-GL) to Mobil, who
give the understanding that they will provide insurance.  If there
should be a breach of contract, W.R.Grace's primary Aviation Policy
will respond for any contingent liability that may exist.

All other terms and conditions of the Policy remaining unchanged.
PSCB/sc

L03B16902727S
DIRECTOR

30384

01566

U.S.A.

**RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE — LIABILITY — DIRECT**
(Approved by Lloyd's Underwriters' Non-Marine Association)

*This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.*

13/2/64
N M A 1477

---

N.M.A. 1256

**NUCLEAR INCIDENT EXCLUSION CLAUSE — Liability**
(Approved by Lloyd's Underwriters' Non-Marine Association)

1/3/60
N M A 1256

---

U.S.A.

**ON-TAX CLAUSE**
(Approved by Lloyd's Underwriters' Non-Marine Association)

30/9/66
N M A 1566

N.M.A. 1256

05/3/60
N M A 1256

BOWRING

**C. T. BOWRING & CO. (INSURANCE) LTD.**
Lloyd's Brokers
AMERICAN NON-MARINE DIVISION

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

| | | |
|---|---|---|
| P.O. BOX 145. | TELEPHONE: 01-283 3100 | |
| THE BOWRING BUILDING. | TELEGRAMS: BOWINSUR | Please always quote this No. FY107779 |
| TOWER PLACE. | LONDON EC3 | |
| LONDON, EC3P 3BE | TELEX: 882191 | Date 2nd August, 1979 |
| (Registered Office) | Registered No. 76170 London | VAT No. 244 2517 78 |

Renewing No. 35446
In accordance with your instructions we have arranged cover as follows:

TYPE — UMBRELLA LIABILITY INCLUDING EMPLOYEE BENEFIT LIABILITY BUT EXCLUDING CLAIMS ARISING FROM E.R.I.S.A. (1974). EXCLUSIONS AS ATTACHED.

FORM — WORDING AS EXPIRING AS FAR AS APPLICABLE TO BE AGREED BY UNDERWRITERS.

ASSURED — W.R. GRACE & CO. et al and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter consituted plus joint ventures as expiring.

PERIOD — 36 months at 30th June, 1979.

INTEREST — Coverage in respect of all the insureds operations.

SUM INSURED — 80% of
$5,000,000    each occurrence (Aggregates Products and Occupational Disease)
Excess of
(A) The amount covered under underlying insurances as per schedule
(B) $100,000 each occurrence in respect of losses not covered by said underlying insurances.

SITUATION — Worldwide.

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

C.T. BOWRING    (INSURANCE) LTD.

Director

W.R.G    0703

2

and advise us immediately if it is incorrect
or does not meet your requirements.

CONDITIONS          Service of Suit Clause (U.S.A.).
                    4% Tax Clause (if applicable).
                    2x. Agg. Endorsement – subject primaries unimpaired at
                    inception hereon.
                    Cancellation Clause 60 days.
                    N.M.A. 1687 (amended as expiring).
                    N.M.A. 1685 except in respect of oil and gas operations which
                    subject N.M.A. 1683 other than operations on, over or under
                    water which subject to N.M.A. 1684.

PREMIUM             80% of Minimum and Deposit $1,650,000 (payable 1/3rd annually)
                    adjustable annually at 9-1/4%o on gross receipts.
                    Plus Additional Premium $18,000 annual in respect of coverage
                    provided hereon by Part II Exclusions (A) (B) & (C).

                    Less 4% Federal Excise Tax.

INFORMATION         As over

For the attention of Tom Clarke/Frank Nasella.
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0704

and advise us immediately if it is incorrect
or does not meet your requirements.

01569

INFORMATION        Assureds operations are basically involved in 3 areas being:

1)  Chemicals which total 54.10% and is split 40.70%
     Industrial and Specialty 13.40%

2)  Consumer Products which total 38.90% and split 9.10% U.S.
     Specialty Retailing, 6.00% U.S. Restaurants, 23.80% other
     than above plus total Foreign Consumer.

3)  Natural Resources 7%

Estimated Annual Sales:

1979 $4,930,000,000
1980 $5,666,800,000
1981 $6,383,400,000

1979 Annual Payroll $493,749,143

No manufacturing or relabelling on packaging of Pharmaceutical
Products by the Assured other than resulting from operations of
HPI Hospital Pharmacies Division of Daylin Inc.
No change in expiring information regarding Mining Operations
and Aviation Products Exposure.

Hereon            COMPANIES (as attached) 100%

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG        0705

Please examine this document carefully and advise us immediately if it is incorrect or does not meet your requirements.

4

## EXCLUSIONS (ADDITIONAL TO FORM)

### W.R. GRACE.

### PART 1

(A) Property Damage arising from:

   1)  Erroneous delivery of seeds, erroneous substitution of one seed for another, or mislabeling of seeds;
   2)  Cross pollination;
   3)  Germination failure;
   4)  The presence of noxious weed seed;
   5)  Natural shrinkage of grain;
   6)  Loss of and/or damage and/or deterioration from delay or from moisture content of grain;
   7)  Commingling of grain;

(B) 1)  To liability arising under any policy of insurance or reinsurance;.
    2)  To liability arising out of the issuance, non-issuance, declination or cancellation of, or the imposition of special terms to any policy of insurance or reinsurance;

(C)    In respect of oil/gas drilling and/or exploration operations:

        (i)  cost of control of any oil/gas well
        (ii)  loss of hole and/or in hole equipment

### PART II

(A) Charterers Liability;
(B) Safe berthing of any marine vessel;
(C) Marine vessels in Assureds Care, Custody or Control;
(D) Non owned watercraft liability
(E) Contractual;
(F) Incidental malpractice

For the attention of Tom Clarke/Frank Masella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0706

5

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

(G) In respect of oil/gas drilling and/or exploraion operations:

      (i)  explosion, blowout and/or cratering
      (ii) underground Property Damage not already excluded by N.M.A.
          1683/4/5;

(H) Data processors Errors and Omissions;
(I) Liability resulting form ownership, maintenance and/or operations of any dock,
    wharf and/or quay facility
(J) Insurance brokers errors and omissions;
(K) Punitive and/or Exemplary Damages;
(L) Pharmacists Liability.

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc.
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0707

6

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

01572

## WARRANTIES - W.R. GRACE UMBRELLA.

(1) Notwithstanding scheduled underlying polices contain limits in respect of
products recall and architects Errors and Omissions, no coverage provided
hereon and for the purposes of the policy Underlying Coverages not be impaired
by such exposure.

(2) Physical damage coverage maintained for 100% values in respect of all H.P.R.
properties and blanket block policy for $50,000,000 excess of $1,000,000
deductible maintained for all other real property, all property in Assured's
Care, Custody and Control coverd by such policies.

(3) No step down excess of Self Insured Retention hereon in the event of any loss
not being covered by scheduled primaries due to deductible contained therein.

For the attention of Tom Clarke/Frank Masalla,
Marsh & McLennan, Inc.
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0708

7

Please examine this document carefully and advise us immediately if it is incorrect or does not meet your requirements.

W.R. GRACE & CO.
SCHEDULE OF UNDERLYING INSURANCE

01573

| COVERAGE | LIMIT | CARRIER |
|---|---|---|
| I. DOMESTIC GL AND AL: | | |
| * A.) General/Products Liability  B.I. | $1,000,000 Each Occurrence $2,000,000 Aggregate Products Only | C.N.A. |
| P.D. | $1,000,000 Each Occurrence $2,000,000 Aggregate Products Only | C.N.A. |
| B.) Employee Benefits | $ 500,000 Each Claim $ 750,000 Annual Aggregate | C.N.A. |
| C.) Care, Custody and Control | $1,000,000 Each Occurrence | C.N.A. |
| D.) Advertisers Liability | $ 500,000 Each Occurrence | C.N.A. |
| E.) Automobile Liability  B.I. | $1,000,000 Each Occurrence | C.N.A. |
| P.D. | $1,000,000 Each Occurrence | C.N.A. |

* W.R. Grace & Co. assumes the first $500,000 of each loss within the framework of a retrospective rating plan. The premiums indicated are for insurance excess of $500,000 up to policy limits. The combination of the $500,000 Loss Assumption and pure insurance is equal to the limits shown above.


II. EMPLOYERS LIABILITY:

| A) Employers' Liability including Occupational Disease | $ 500,000 Each Employee $ 500,000 Each Accident | C.N.A. |
|---|---|---|

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc.
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

8

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

| | | |
|---|---|---|
| B) Amendment of Coverage B Maritime (Jones Act) | Bodily Injury by Accident $500,000 Each Employee $500,000 Each Accident Bodily Injury by Disease $500,000 Each Employee $500,000 Aggregate Disease (Per State) | C.H.A. 01574 |
| C) U.S. F.L. & H.W.A. | $250,000 Each Employee $500,000 Each Accident | C.H.A. |
| IV.1. AIRCRAFT LIABILITY (Excluding Non-Ownership) | $15,000,000 Combined Single Limit including Voluntary Settlements of $250,000 Per Person - including Crew (Part of and not in addition to the $10,000,000 Limit) | U.S.A.I.G. |
| A) Care, Custody or Control | $ 1,000,000 Each and Every Loss (with respect to Hangars, Buildings or Other Property or Contents thereof required by Lease or Other Agreement or if Insurance is purchased) | U.S.A.I.G. |
| B) Non-Ownership Hull Liability | $ 5,000,000 Per Occurrence and Aggregate | U.S.A.I.G. |
| C) Aircraft Non-Ownership Liability | $10,000,000 Combined Single Limit | U.S.A.I.G. |
| 2) GROUND HANGARKEEPERS LIABILITY | $2,000,000 Each Aircraft $2,000,000 Each Occurrence | U.S.A.I.G. |

For the attention of Tom Clarke/Frank Nasalla,
Marsh McLennan, Inc,
1   nue of the Americas,
N.Y  .020
U.S.A.

9

and advise us immediately if it is incorrect
or does not meet your requirements.

01575

V. A) CHARTERER'S LIABILITY/

WHARFINGERS LIABILITY
for W.R. Grace & Co.

*$2,000,000 Damage to Vessel
        and Cargo
$2,000,000 Demurrage and
        removal of Wreck
$2,000,000 Collision (Third Party
Including Demurrage - P.D.)
$2,000,000 Each Person
$2,000,000 Each Accident
Third Party Bodily Injury
Liability including Liability to
Crew of Chartered Vessel
$     5,000 Deductible Each Accident

Arkwright-Boston
Manufacturers
Insurance Co.

* Limit will increase to $5,000,000 when and if a sulphur shipment takes
place. The increased limit will remain in effect for the duration of
policy term. To date no sulphur shipments have taken place and none
anticipated for current policy period.

B) CHARTERER'S LIABILITY

for Aruba Chemical
Industries, N.V.

$2,000,000 Damage to Vessel
        and Cargo

$2,000,000 Demurrage or Removal
        of Wreck.
$2,000,000 Collision (Third Party)
including Demurrage - P.D.
$2,000,000 Each Person
$2,000,000 Each Accident
Third Party Bodily Injury
Liability including Liability to
Crew of Chartered vessel.
$     5,000 Deductible Each Accident.

Arkwright-Boston
Manufacturers
Insurance Co.

VI. P.M. & G. ASSOCIATES, INC.
A) Insurance Brokers Errors
and Omission Coverage

$2,000,000 Each Claim/Aggregate
$     5,000 Deductible Per Claim

Employers
Reinsurance
Corporation

B) Excess Insurance Brokers
Errors and Omission Coverage

$1,000,000 Each Claim/Aggregate
Excess of $2,000,000

$2,000,000 Excess of
$3,000,000

Adriatica
Insurance
Company.
North River
Ins. Co.

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0711

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

01576

VII. FOREIGN INSURANCE

A) W.R. Grace & Co.            $1,000,000 Per Occurrence B.I. & P.D.    Granite State
                              CSL for G.L. and A.L. Combined
    Worldwide Comprehensive   $2,000,000 Aggregate Products
    General and Automobile    $2,000,000 Aggregate Property Damage
                                         Per Location
    Liability Program         $  250,000 Self-Insured for Property
                                         in Insured's Care, Custody
                                         and Control


B) Grace Petroleum Libya Inc.

1) General Liability          B.I. $300,000 each Occurrence          Granite
   including Products Liability     $300,000 Annual Aggregate         State
                              P.D. $250,000 Each Occurrence
                                   $300,000 Annual Aggregate

2) Automobile Liability       B.I. $250,000 each Person              Granite
                                   $300,000 each Occurrence           State
                              P.D. $250,000 each Occurrence

3) Employer's Liability            $250,000 each Person              Granite
                                   $250,000 each Accident             State.


For the attention of Tom Clarke/Frank Masella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0712

11

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements

61577

```
100% (48.05% WALBROOK INSURANCE COMPANY LIMITED
     ( 6.49% EL PASO INSURANCE COMPANY LIMITED
     (11.69% MUTUAL REINSURANCE COMPANY LIMITED
     (12.99% DART INSURANCE COMPANY LIMITED
     (11.04% BERMUDA FIRE & MARINE INSURANCE COMPANY LIMITED
     ( 9.74% ST. KATHERINE INSURANCE COMPANY LIMITED
```

Hereon          100%

For the attention of Tom Clarke/Frank Masella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG   0713

C. T. BOWRING & CO. (INSURANCE) LTD.
Lloyd's Brokers
NORTH AMERICAN NON-MARINE INSURANCE DIVISION

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

01578

| | |
|---|---|
| P.O. BOX 145. | TELEPHONE: 01-283 3100 |
| THE BOWRING BUILDING. | TELEGRAMS: BOWINSUR |
| TOWER PLACE, | LONDON EC3 |
| LONDON, EC3P 3BE | TELEX: 882191 |
| (Registered Office) | Registered No. 76170 London |

Date **8th August, 1979**

VAT No. 244 2517 79

In accordance with instructions we have amended cover as follows:

## A/C: W.R. GRACE & CO. ET AL.

Agreed include BOOKER DRILLING COMPANY effective inception.

W.R. GRACE primary carrier (CNA) will include BOOKER on a "Difference Between" basis up to CNA total primary limits until BOOKER totally absorbed when BOOKER'S existing Primary Policies will be cancelled and totally included in the CNA programme.

INFORMATION.

CNA Primary Premiums:   GL $ 11,215 AUTO $ 192

Receipts $28,465,000 (1979 estimated) (.4% of W.R. GRACE)

Payroll $ 7,600,000

Loss Experience:   1976 $147,533 Total GL
                   1977 $ 73,165 Total GL

No owned/non owned Watercraft/Aircraft

8 Auto units.

BOOKER perform "workover" and "completion work" operations. No drilling of either production or exploratory wells.

Receipts to be included in Adjustment hereon.

For the attention of Tom Clarke/Frank Masella,
Marsh & McLennan, Inc.,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

All Other Terms and Conditions Remaining Unchanged

C. T. BOWRING & CO. (INSURANCE) LTD.

Director

C.T. BOWRING & CO. (INSURANCE) LTD.
Lloyd's Brokers
NORTH AMERICAN NON-MARINE INSURANCE DIVISION

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

C1579

P.O. BOX 145,

THE BOWRING BUILDING,
TOWER PLACE,
LONDON, EC3P 3BE

(Registered Office)

TELEPHONE: 01-283 3100

TELEGRAMS: BOWINSUR
LONDON EC3

TELEX: 882191

Registered No. 76170 London

Date  6th September, 1979

VAT No. 244 2817 79

In accordance with instructions we have amended cover as follows:

### A/C: W.R. GRACE & CO. ETAL.

Noted and agreed effective inception that in reference to the inclusion of
Booker Drilling Company the W.R. GRACE primary carrier (CNA) is excess and
difference in conditions over Bookers existing program and not as stated
in the previous addendum attaching hereto.

PP 11/5/79

For the attention of Tom Clarke/Frank Masella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

All Other Terms and Conditions Remaining Unchanged

C.T. BOWRING  CO. (INSURANCE) LTD.

Alc S                pp      Director

# Bowring

COPY COVER NOTE                                                01580

**C.T. BOWRING & CO. (INSURANCE) LTD.**
Lloyd's Brokers
AMERICAN NON-MARINE DIVISION

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

P.O. BOX 145,                    TELEPHONE: 01-283 3100
THE BOWRING BUILDING,    TELEGRAMS: BOWINSUR              Please always    PY107779
TOWER PLACE,                                       LONDON EC3              quote this No.
LONDON, EC3P 3BE            TELEX: 882171                 Date    2nd August, 1979
(Registered Office)              Registered No. 76170 London             VAT No. 244 2517 79

Renewing No. 35446

In accordance with your instructions we have arranged cover as follows:

| | |
|---|---|
| TYPE | UMBRELLA LIABILITY INCLUDING EMPLOYEE BENEFIT LIABILITY BUT EXCLUDING CLAIMS ARISING FROM E.R.I.S.A. (1974). EXCLUSIONS AS ATTACHED. |
| FORM | WORDING AS EXPIRING AS FAR AS APPLICABLE TO BE AGREED BY UNDERWRITERS. |
| ASSURED | W.R. GRACE & CO. et al and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter consituted plus joint ventures as expiring. |
| PERIOD | 36 months at 30th June, 1979. |
| INTEREST | Coverage in respect of all the insureds operations. |
| SUM INSURED | 80% of $5,000,000    each occurrence (Aggregates Products and Occupational Disease) Excess of (A) The amount covered under underlying insurances as per schedule (B) $100,000 each occurrence in respect of losses not covered by said underlying insurances. |
| SITUATION | Worldwide. |

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

C.T. BOWRING & CO. (INSURANCE)

CONTINUATION SHEET    No.    PY107779

01581

2

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

CONDITIONS    Service of Suit Clause (U.S.A.).
4% Tax Clause (if applicable).
Ex. Agg. Endorsement - subject primaries unimpaired at ... $?'$
inception hereon.
Cancellation Clause 60 days.
N.M.A. 1687 (amended as expiring).
N.M.A. 1685 except in respect of oil and gas operations which
subject N.M.A. 1683 other than operations on, over or under
water which subject to N.M.A. 1684.

PREMIUM    —80% of Minimum and Deposit $1,650,000 (payable 1/3rd annually)
adjustable annually at 9-1/4¢/o on gross receipts.
Plus Additional Premium $18,000 annual in respect of coverage
provided hereon by Part II Exclusions (A) (B) & (C).

Less 4% Federal Excise Tax.

INFORMATION    As over

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

CONTINUATION SHEET        No ~ )  PY107779 ___        01582

3

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

INFORMATION          Assureds operations are basically involved in 3 areas being:

1)  Chemicals which total 54.10% and is split 40.70%
    Industrial and Specialty 13.40%

2)  Consumer Products which total 38.90% and split 9.10% U.S.
    Specialty Retailing, 6.00% U.S. Restaurants, 23.80% other
    than above plus total Foreign Consumer.

3)  Natural Resources 7%

Estimated Annual Sales:

1979 $4,930,000,000
1980 $5,666,800,000
1981 $6,383,400,000

1979 Annual Payroll $493,749,143

No manufacturing or relabelling on packaging of Pharmaceutical
Products by the Assured other than resulting from operations of
HPI Hospital Pharmacies Division of Daylin Inc.
No change in expiring information regarding Mining Operations
and Aviation Products Exposure.

Hereon          COMPANIES (as attached) 100%

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG     0718

4

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

EXCLUSIONS (ADDITIONAL TO FORM)

W.R. GRACE.

## PART 1

(A) Property Damage arising from:

1)  Erroneous delivery of seeds, erroneous substitution of one seed for another, or mislabeling of seeds;
2)  Cross pollination;
3)  Germination failure;
4)  The presence of noxious weed seed;
5)  Natural shrinkage of grain;
6)  Loss of and/or damage and/or deterioration from delay or from moisture content of grain;
7)  Commingling of grain;

(B) 1)  To liability arising under any policy of insurance or reinsurance;
    2)  To liability arising out of the issuance, non-issuance, declination or cancellation of, or the imposition of special terms to any policy of insurance or reinsurance;

(C)    In respect of oil/gas drilling and/or exploration operations:

         (i)  cost of control of any oil/gas well
         (ii) loss of hole and/or in hole equipment

## PART II

(A) Charterers Liability;
(B) Safe berthing of any marine vessel;
(C) Marine vessels in Assureds Care, Custody or Control;
(D) Non owned watercraft liability
(E) Contractual;
(F) Incidental malpractice

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

CONTINUATION SHEET

No. ⎱ 2110/713

5

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

(G) In respect of oil/gas drilling and/or exploration operations:

       (i) explosion, blowout and/or cratering
      (ii) underground Property Damage not already excluded by N.M.A.
           1683/4/5;

(H) Data processors Errors and Omissions;
(I) Liability resulting form ownership, maintenance and/or operations of any dock,
    wharf and/or quay facility
(J) Insurance brokers errors and omissions;
(K) Punitive and/or Exemplary Damages;
(L) Pharmacists Liability.

For the attention of Tom Clarke/Frank Nazella,
Marsh & McLennan, Inc.
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0720

CONTINUATION SHEET

No. ___ FT137779 ___    01585

6

Please examine this document carefully and advise us immediately if it is incorrect or does not meet your requirements.

WARRANTIES — W.R. GRACE UMBRELLA.

(1) Notwithstanding scheduled underlying policies contain limits in respect of products recall and architects Errors and Omissions, no coverage provided hereon and for the purposes of the policy Underlying Coverages not be impaired by such exposure.

(2) Physical damage coverage maintained for 100% values in respect of all H.P.R. properties and blanket block policy for $50,000,000 excess of $1,000,000 deductible maintained for all other real property, all property in Assured's Care, Custody and Control coverd by such policies.

(3) No step down excess of Self Insured Retention hereon in the event of any loss not being covered by scheduled primaries due to deductible contained therein.

For the attention of Tom Clarke/Frank Matella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 1____
U.S.A.

WRG    0721

CONTINUATION SHEET   No. PT107779   01586

7

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

W.R. GRACE & CO.
SCHEDULE OF UNDERLYING INSURANCE

| COVERAGE | LIMIT | CARRIER |
|---|---|---|
| I.  DOMESTIC GL AND AL: | | |
| * A.) General/Products Liability | B.I. $1,000,000 Each Occurrence<br>$2,000,000 Aggregate Products<br>Only | C.N.A. |
| | P.D. $1,000,000 Each Occurrence<br>$2,000,000 Aggregate Products<br>Only | C.N.A. |
| B.) Employee Benefits | $ 500,000 Each Claim<br>$ 750,000 Annual Aggregate | C.N.A. |
| C.) Care, Custody and Control | $1,000,000 Each Occurrence | C.N.A. |
| D.) Advertisers Liability | $ 500,000 Each Occurrence | C.N.A. |
| E.) Automobile Liability | B.I. $1,000,000 Each Occurrence | C.N.A. |
| | P.D. $1,000,000 Each Occurrence | C.N.A. |

* W.R. Grace & Co. assumes the first $500,000 of each loss within the
framework of a retrospective rating plan. The premiums indicated are for
insurance excess of $500,000 up to policy limits. The combination of the
$500,000 Loss Assumption and pure insurance is equal to the limits shown
above.

| II.  EMPLOYERS LIABILITY: | | |
|---|---|---|
| A) Employers' Liability including<br>Occupational Disease | $ 500,000 Each Employee<br>$ 500,000 Each Accident | C.N.A. |

For the attention of Tom Clarke/Frank Nasella,
Marsh & M  Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

CONTINUATION SHEET    No.    —FY107779 —    C1587

8

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

B) Amendment of Coverage B      Bodily Injury by Accident        C.N.A.
   Maritime (Jones Act)         $500,000 Each Employee
                                $500,000 Each Accident
                                Bodily Injury by Disease
                                $500,000 Each Employee
                                $500,000 Aggregate Disease
                                      (Per State)

C) U.S. F.L. & H.W.A.           $250,000 Each Employee          C.N.A.
                                $500,000 Each Accident

III.
IV. 1. AIRCRAFT LIABILITY       $15,000,000 Combined Single     U.S.A.I.G.
      (Excluding Non-Ownership) Limit including Voluntary
                                Settlements of $250,000 Per
                                Person – including Crew (Part of
                                and not in addition to the
                                $10,000,000 Limit)

   A) Care, Custody or Control  $ 1,000,000 Each and Every Loss  U.S.A.I.G.
                                (with respect to Hangars,
                                Buildings or Other Property
                                or Contents thereof required
                                by Lease or Other Agreement or
                                if Insurance is purchased)

   B) Non-Ownership Hull        $ 5,000,000 Per Occurrence       U.S.A.I.G.
      Liability                              and Aggregate

   C) Aircraft Non-Ownership    $10,000,000 Combined Single Limit U.S.A.I.G.
      Liability

   2) GROUND HANGARKEEPERS      $2,000,000 Each Aircraft         U.S.A.I.G.
      LIABILITY                 $2,000,000 Each Occurrence

For the attention. Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

CONTINUATION SHEET    No    PY1C7779

9

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

IV
V. A) CHARTERER'S LIABILITY/     *$2,000,000 Damage to Vessel     Arkwright-Boston
                                        and Cargo                    Manufacturers
     WHARFINGERS LIABILITY      $2,000,000 Demurrage and             Insurance Co.
     for W.R. Grace & Co.          removal of Wreck
                                 $2,000,000 Collision (Third Party
                                 Including Demurrage – P.D.)
                                 $2,000,000 Each Person
                                 $2,000,000 Each Accident
                                 Third Party Bodily Injury
                                 Liability including Liability to
                                 Crew of Chartered Vessel
                                 $    5,000 Deductible Each Accident

* Limit will increase to $5,000,000 when and if a sulphur shipment takes
place. The increased limit will remain in effect for the duration of
policy term. To date no sulphur shipments have taken place and none
anticipated for current policy period.

     B) CHARTERER'S LIABILITY    $2,000,000 Damage to Vessel     Arkwright-Boston
                                        and Cargo                Manufacturers
     for Aruba Chemical          $2,000,000 Demurrage or Removal Insurance Co.
     Industries, N.V.               of Wreck.
                                 $2,000,000 Collision (Third Party)
                                 including Demurrage – P.D.
                                 $2,000,000 Each Person
                                 $2,000,000 Each Accident
                                 Third Party Bodily Injury
                                 Liability including Liability to
                                 Crew of Chartered vessel.
                                 $    5,000 Deductible Each Accident.

V
VI. P.M. & C. ASSOCIATES, INC.    $2,000,000 Each Claim/Aggregate   Employers
     A) Insurance Brokers Errors  $    5,000 Deductible Per Claim    Reinsurance
        and Omission Coverage                                        Corporation

     B) Excess Insurance Brokers  $1,000,000 Each Claim/Aggregate   Adriatica
        Errors and Omission Coverage  Excess of $2,000,000          Insurance
                                                                     Company.
                                  $2,000,000 Excess of              North River
                                  $3,000,000                        Ins. Co.

For the attention of Tom Cl...     ...nk Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    072

CONTINUATION SHEET   No. ┐ PT107779        U1989

10

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

VII. FOREIGN INSURANCE

A) W.R. Grace & Co.          $1,000,000 Per Occurrence B.I. & P.D.   Granite State
                             CSL for G.L. and A.L. Combined
   Worldwide Comprehensive   $2,000,000 Aggregate Products
   General and Automobile    $2,000,000 Aggregate Property Damage
                                        Per Location
   Liability Program         $  250,000 Self-Insured for Property
                                        in Insured's Care, Custody
                                        and Control

B) Grace Petroleum Libya Inc.

1) General Liability         B.I. $300,000 each Occurrence           Granite
   including Products Liability    $300,000 Annual Aggregate          State
                             P.D. $250,000 Each Occurrence
                                  $300,000 Annual Aggregate

2) Automobile Liability      B.I. $250,000 each Person               Granite
                                  $300,000 each Occurrence           State
                             P.D. $250,000 each Occurrence

3) Employer's Liability           $250,000 each Person               Granite
                                  $250,000 each Accident             State.

For the attention of Tom Clarke/Frank,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG     0725

C1590

11

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.

```
100%  (48.05% WALBROOK INSURANCE COMPANY LIMITED
      ( 6.49% EL PASO INSURANCE COMPANY LIMITED
      (11.69% MUTUAL REINSURANCE COMPANY LIMITED
      (12.99% DART INSURANCE COMPANY LIMITED
      (11.04% BERMUDA FIRE & MARINE INSURANCE COMPANY LIMITED
      ( 9.74% ST. KATHERINE INSURANCE COMPANY LIMITED
```

Hereon        100%

For the attention of Tom Clarke/Frank Nasella,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

WRG    0726

# Bowring

Attaching to and forming part of Cover Note No.    107779

## C.T. BOWRING & CO. (INSURANCE) LTD.
Lloyd's Brokers
NORTH AMERICAN NON-MARINE INSURANCE DIVISION

Please examine this document carefully
and advise us immediately if it is incorrect
or does not meet your requirements.    01591

P.O. BOX 145.

THE BOWRING BUILDING,
TOWER PLACE,
LONDON, EC3P 3BE
(Registered Office)

TELEPHONE: 01-283 3100

TELEGRAMS: BOWINSUR
LONDON EC3

TELEX: 882191

Registered No. 78170 London

Date    8th August, 1979

VAT No. 244 2517 78

In accordance with instructions we have amended cover as follows:

    2288.

## A/C: W.R. GRACE & CO. ET AL.

Agreed include BOOKER DRILLING COMPANY effective inception.

W.R. GRACE primary carrier (CNA) will include BOOKER on a "Difference Between" basis up to CNA total primary limits until BOOKER totally absorbed when BOOKER'S existing Primary Policies will be cancelled and totally included in the CNA programme.

INFORMATION.

CNA Primary Premiums:    GL $ 11,218 AUTO $ 192

Receipts $28,465,000 (1979 estimated) (.4% of W.R. GRACE)

Payroll  $ 7,600,000

Loss Experience:    1976 $147,533 Total GL
                    1977 $ 73,165 Total GL

No owned/non owned Watercraft/Aircraft

8 Auto units.

BOOKER perform "workover" and "completion work" operations. No drilling of either production or exploratory wells.

Receipts to be included in Adjustment hereon.

For the attention of Tom Clarke/Frank Maselia,
Marsh & McLennan, Inc,
1221, Avenue of the Americas,
New York,
N.Y. 10020
U.S.A.

All Other Terms and Conditions Remaining Unchanged

C.T. BOWRING    (INSURANCE) LTD.

WRG    0727