# 5D

## UMBRELLA EXCESS LIABILITY POLICY
## ISSUED BY

### ALLIANZ, VERSICHERUNGS-AKTIENGESELLSCHAFT, MUNICH

hereinafter referred to as "Underwriters"

**POLICY NUMBER**       H. O 001 428

**DECLARATIONS**

Item 1. Name of insured:   W.R. GRACE & CO. et al and/or Subsidiary, Associated, Affiliated Companies and/or Organisations owned, controlled and/or managed Companies as now or hereinafter constituted plus joint ventures as covered by lead policy.

Item 2. Address:   1114 Avenue of the Americas
USA - NEW YORK, N.Y. 10038

Item 3. Policy period:   From: June 30, 1980
To: June 30, 1981
At 12:01 a.m. standard time at the address of the insured

Item 4. Coverage:   Per information submitted

Item 5. Premium:   $ 1'500.-

Item 6. Limit of liability:   Underwriters shall be liable to pay for only the excess of loss over $ 100'000'000 in any one loss or series of losses arising out of one occurrence or, where applicable, in the aggregate, and then not more than
$ 1'000'000 part of
$ 50'000'000 ultimate net loss in respect of any one loss or series of losses arising out of one occurrence or, where applicable, in the aggregate.

Allianz
Versicherungs-AG

Date: 1.7.80

Signature authorized representative