# 6B

# ENTRY INSTRUCTIONS—E & SR—CASUALTY CEDED REINSURANCE

| ENTRY TRANSACTION NUMBER | ALLOCATION OF LIMITS IN DOLLARS AND PERCENTAGE | TOTAL POLICY LIMIT | E & SR TREATY LIMIT | E & SR SURPLUS TREATY LIMIT |
|---|---|---|---|---|
| X | POLICY NUMBER: XLX 1370427 | 4,000,000 | 100% | 0 |

| BRANCH | INSURED | GROSS | E & SR TREATY 99 002 321 | E & SR SURPLUS TREATY 99 002 326 |
|---|---|---|---|---|
| NYK | [illegible] | ✓ ADDITIONAL / RETURN PREMIUM DUE | CODE 52.08 % OF GROSS PREMIUM TO TREATY | CODE 0 % OF GROSS PREMIUM TO TREATY |
| | | PRODUCERS COMM 12 % | PF COMM 33.62% | PF COMM 27.5% |

U.F. # | CLASS | MINOR CLASS

## 701 MISC.

| Class | Minor Class | | | | | | |
|---|---|---|---|---|---|---|---|
| [illegible] | 01 MECHANICAL RIDE 00 OTHER | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 |
| 01362 | 01 CITY AGENCY R 02 TREE STR 00 OTHER MAC | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 |
| 0798 | 01 RAIN 02 PROD ADMAWR 03 CONTDCY 04 NON APP 05 TVB 08 TWIN 00 OTHER | XXX | 32 39 | XXX | 32 39 | XXX | 32 39 |

## 702 E & O

| Class | Minor Class | Cover | Clms Made Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 73110 | 01 ADVERTISERS 02 ADVERTISING AGENCY | 1 2 3 | | BI 33 06 | XXX | BI 33 06 | XXX | BI 33 06 | XXX |
| 4[illegible] | 03 RADIO 04 TELEVISION | 1 2 3 | | BI 33 06 | XXX | BI 33 06 | XXX | BI 33 06 | XXX |
| 73920 | 05 CR BLR 06 FOP 08 MAJO 10 PAPER 3 12 FIN 17 SEC 18 CATV 00 OTHERS | 1 2 3 | | BI 33 06 | XXX | BI 33 06 | XXX | BI 33 06 | XXX |
| 97774 | 01 CPA 02 LAWYERS 04 ARCHS ENG 00 OTHERS | 1 2 3 | | BI 33 06 | XXX | BI 33 06 | XXX | BI 33 06 | XXX |
| 83088 | 01 PHYS SURGDENT 02 HOSPITAL 03 ALL OTHER MEDICAL PROF | 1 2 3 4 5 6 7 | | BI 33 76 | XXX | BI 33 76 | XXX | BI 33 76 | XXX |

APPLICABLE TO 701 702 — POLICY LIMITS: 1 2 3 4 5 6 — E & SR TREATY LIMITS: 1 2 3 4 5

## 711 ORDINARY EXCESS

| Class | Minor Class | | | | | | |
|---|---|---|---|---|---|---|---|
| 7030 | 04 TRUCKMEN 00 OTHER COMMERCIAL | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 |
| 5000 | 01 BUSES 00 OTHER PUBLIC | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 |
| 01362 | 00 ALL OL & T | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 |
| 97778 | (00 ALL M & C) | BI 33 02 2000 | PD 34 02 C87 | BI 33 02 1561 | PD 34 02 511 | BI 33 02 [illegible] | PD 34 02 |
| 97777 | 00 ALL PRODUCTS | BI 33 04 | PD 34 04 | BI 33 04 | PD 34 04 | BI 33 04 / | PD 34 04 / |
| 97774 | 01 CPA 02 LAWYERS 04 ARCHS ENG 00 OTHERS — COVER 1 2 3 — CLMS MADE DATE | BI 33 06 | XXX | BI 33 06 | XXX | BI 33 06 | XXX |
| 80[illegible] | 01 PHYS SURG DENT 02 HOSPITAL 03 ALL OTHER MEDICAL PROF — COVER 1 2 3 4 5 6 7 — CLMS MADE DATE | BI 33 76 | XXX | BI 33 76 | XXX | BI 33 76 | XXX |
| 0382 | W COMP — SELF INSURED RETENTION 1 2 3 4 | BI 10 | XXX | BI 10 | XXX | BI 10 | XXX |

EXCESS POLICY LIMITS: 1 2 3 4 (5) 6 7 — PRIMARY BI LIMITS: 2 3 4 5 6 7 8 9 — PRIMARY PD LIMITS: 0 1 2 3 4 5 6 7 8 (9) — E & SR TREATY LIMITS: 1 2 3 4 (5)

## 712 SUPERCOVER

| Class | Minor Class | | | | | | |
|---|---|---|---|---|---|---|---|
| 7030 | 04 TRUCKMEN 00 OTHER COMMERCIAL | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 |
| 5000 | 01 BUSES 00 OTHER PUBLIC | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 | BI 43 22 | PD 44 22 |
| 01362 | 00 ALL OL & T | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 | BI 33 03 | PD 34 03 |
| 97778 | 01 CONTRACTORS 00 ALL OTHER M & C | BI 33 02 | PD 34 02 | BI 33 02 | PD 34 02 | BI 33 02 | PD 34 02 |
| 97777 | 00 ALL PRODUCTS | BI 33 04 | PD 34 04 | BI 33 04 | PD 34 04 | BI 33 04 | PD 34 04 |
| 97774 | 01 CPA 02 LAWYERS 04 ARCHS 00 OTHERS — COVER 1 2 3 — CLMS MADE DATE | BI 33 06 | XXX | BI 33 06 | XXX | BI 33 06 | XXX |
| 80[illegible] | 01 PHY SURG DENT 02 HOSPITAL 03 ALL OTHER MEDICAL PROF — COVER 1 2 3 4 5 6 7 — CLMS MADE DATE | BI 33 76 | XXX | BI 33 76 | XXX | BI 33 76 | XXX |

EXCESS POLICY LIMITS: 1 2 3 4 5 6 7 — PRIMARY BI LIMITS: 2 3 4 5 6 7 8 9 — PRIMARY PD LIMITS: 0 1 2 3 4 5 6 7 8 9 — HILO RISK IDENTITY: 1 HI 2 LO — E & SR TREATY LIMITS: 1 2 3 4 5

| UNDERWRITER | DATE |
|---|---|
| [illegible] | [illegible] |

3328971638

DOES OUTSIDE REINSURANCE APPLY? ☒ NO ☐ YES—SEE REVERSE SIDE

380084—7-78

# BLANKET EXCESS LIABILITY POLICY (FOLLOWING FORM)

FIREMAN'S FUND INSURANCE COMPANIES
MAIL ADDRESS SAN FRANCISCO CALIFORNIA

01 FIREMAN'S FUND INSURANCE COMPANY SAN FRANCISCO, CALIFORNIA
18 THE AMERICAN INSURANCE COMPANY PARSIPPANY, NEW JERSEY
07 NATIONAL SURETY CORPORATION CHICAGO, ILLINOIS
13 ASSOCIATED INDEMNITY CORPORATION SAN FRANCISCO, CALIFORNIA
15 AMERICAN AUTOMOBILE INSURANCE COMPANY CREVE COEUR, MISSOURI

Coverage is provided in the Company designated by number, a stock insurance Company (herein called the Company)

## DECLARATIONS

1. INSURED'S NAME AND ADDRESS (NO., STREET, TOWN, COUNTY, STATE)

POLICY PERIOD:

ITEM 2. ____________ INCEPTION (MO. DAY YR.) ____________ EXPIRATION (MO. DAY YR.)
12:01 A.M., STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED AS STATED HEREIN.

ITEM 3. LIMIT OF LIABILITY:
$ . EACH OCCURRENCE
$ . AGGREGATE

ITEM 4. UNDERLYING INSURANCE LIMIT OF LIABILITY
$ . EACH OCCURRENCE
$ . AGGREGATE

ITEM 5. PREMIUM BASIS
$

ITEM 6. ADVANCE PREMIUM: $
ANNUAL MINIMUM PREMIUM: $

IN THE EVENT OF CANCELLATION BY THE NAMED INSURED, THE COMPANY SHALL RECEIVE AND RETAIN NOT LESS THAN $ AS THE POLICY MINIMUM PREMIUM.

ITEM 7. SCHEDULE OF UNDERLYING INSURANCE:

## FOLLOWING FORM BLANKET EXCESS LIABILITY POLICY

The Company designated above, a stock insurance company, (herein called the Company) agrees with the insured, named in the declarations made a part hereof, in consideration of the payment of premium and in reliance upon the statements in the declarations and subject to the limits of liability, exclusions, conditions and other terms of this policy:

### INSURING AGREEMENTS

**1. Coverage.** To indemnify the Insured for the Insured's ultimate net loss in excess of the insurance afforded under the Blanket Excess Liability or "Umbrella" policies specified in Item 7 of the Declarations, hereafter called underlying insurance, in full force and effect at the inception of this policy, provided that the insurance for injury to or destruction of property under this policy and underlying policies shall not apply except as respects injury to or destruction of corporeal property, including loss of use thereof.

**2. Limit of Liability.** The Company shall be liable only for the limit of liability stated in Item 3 of the Declarations in excess of the limit or limits of liability of the applicable underlying insurance policy or policies all as stated in the declarations of this policy. The limit of the liability stated in the declarations as applicable to "each occurrence" shall be the total limit of the Company's liability for all damages sustained as the result of any one occurrence, provided, however, in the event of reduction or exhaustion of the applicable aggregate limit or limits of liability under said underlying policy or policies solely by reason of losses paid thereunder on account of occurrences during this policy period, this policy shall in the event of reduction, apply as excess of the reduced limit of liability thereunder. Subject to the applicable limit of liability as respects each occurrence, the limit of liability stated in the declarations as "aggregate" shall be the total limit of the Company's liability for all damages sustained during each annual period of this policy.

**3. Policy Period.** This policy applies only to occurrences which take place during the policy period.

### DEFINITIONS

"Ultimate net loss" means all sums actually paid, or which the Insured is legally obligated to pay, as damages in settlement or satisfaction of claims or suits for which insurance is afforded by this policy, after proper deduction of all recoveries or salvage.

### CONDITIONS

**1. Maintenance of Primary Insurance.** The Insured warrants, and it is a condition of this policy, that at the inception of this policy, insurance afforded by the underlying policies of insurance (apply-

(Continued on Page Two)

| COUNTERSIGNATURE DATE | COUNTERSIGNATURE OF AUTHORIZED AGENT |
|---|---|
| | |

5902—2-72

IV - D