# 6D

UMBRELLA EXCESS LIABILITY POLICY

ISSUED BY

**ALLIANZ, VERSICHERUNGS-AKTIENGESELLSCHAFT, MUNICH**

HEREINAFTER REFERRED TO AS "UNDERWRITERS"

POLICY NUMBER    H. O 001 428

DECLARATIONS

ITEM 1.  NAME OF INSURED:  **W.R. GRACE & COMPANY (see attached)**

ITEM 2.  ADDRESS:  **1114 Avenue of the Americas USA - New York, N.Y. 10038**

ITEM 3.  POLICY PERIOD:  COMMENCING ON: **June 30, 1979** AT 12:01 A.M. STANDARD TIME

ENDING ON: **June 30, 1980** AT 12:01 A.M. STANDARD TIME

ITEM 4.  COVERAGE:  PER FORM AND ENDORSEMENTS ATTACHED/SUBMITTED

ITEM 5.  PREMIUM:  $ 1'500.--

ITEM 6.  LIMIT OF LIABILITY  UNDERWRITERS SHALL BE LIABLE TO PAY FOR ONLY THE EXCESS OF LOSS OVER $ 100'000'000 IN ANY ONE LOSS OR SERIES OF LOSSES ARISING OUT OF ONE OCCURENCE AND THEN NOT MORE THAN $ 1'000'000 PART OF $ 50'000'000 ULTIMATE NET LOSS IN RESPECT OF ANY ONE LOSS OR SERIES OF LOSSES ARISING OUT OF ONE OCCURENCE.

Munich

DATE: 26.6.79

ALLIANZ
Versicherungs-Aktiengesellschaft

SIGNATURE AUTHORIZED REPRESENTATIVE

NAME OF INSURED
---

W.R. GRACE & CO. and/or subsidiary, associated, affiliated companies and/or organizations, owned, controlled and/or managed companies as now or hereinafter constituted.
(See Annual Report for specifics).