# 7C

UMBRELLA EXCESS LIABILITY POLICY

ISSUED BY

ALLIANZ, VERSICHERUNGS-AKTIENGESELLSCHAFT, MUNICH

HEREINAFTER REFERRED TO AS "UNDERWRITERS"

POLICY NUMBER  H. 0 001 428

DECLARATIONS

ITEM 1. NAME OF INSURED: W.R. GRACE & COMPANY

ITEM 2. ADDRESS: 1114 Avenue of the Americas
USA - New York, N.Y. 10038

ITEM 3. POLICY PERIOD: COMMENCING ON: June 30, 1978
AT 12:01 A.M. STANDARD TIME

ENDING ON: June 30, 1979
AT 12:01 A.M. STANDARD TIME

ITEM 4. COVERAGE: PER FORM AND ENDORSEMENTS ATTACHED/SUBMITTED

ITEM 5. PREMIUM: $ 2'000.-

ITEM 6. LIMIT OF LIABILITY

UNDERWRITERS SHALL BE LIABLE TO PAY FOR ONLY THE EXCESS OF LOSS OVER $100'000'000.- IN ANY ONE LOSS OR SERIES OF LOSSES ARISING OUT OF ONE OCCURENCE AND THEN NOT MORE THAN $ 1'000'000.- PART OF $ 50'000'000.- ULTIMATE NET LOSS IN RESPECT OF ANY ONE LOSS OR SERIES OF LOSSES ARISING OUT OF ONE OCCURENCE.

Munich,

DATE: 27th June, 1978

ALLIANZ
Versicherungs-Aktiengesellschaft

Knebel          Timmann
SIGNATURE AUTHORIZED REPRESENTATIVE