# 7D

Riunione Adriatica Di Sicurta

Policy No. EL 2787

06/30/78 – 06/30/79

RENEWAL OF NUMBER: EL2946

Vol 10, Tab 25

01120



# RIUNIONE ADRIATICA DI SICURTA'
ESTABLISHED AT TRIESTE IN 1838 — REG. OFFICE IN MILAN, ITALY
(ADRIATIC INSURANCE COMPANY)

**Declarations** This policy insures:

**1. Named Insured, Address and Zip Code**
W.R. Grace & Co.
Attn: Mr. Charles F. Krauter
Ass't Treasurer, Director
Corporate Risk Management Dept.
1114 Avenue of the Americas
New York, New York 10036

**Producer's Name, Address and Zip Code**
Marsh & McLennan Inc.
1221 Avenue of the Americas
New York, New York 10020

PRODUCING BROKER RESPONSIBLE FOR STATE SURPLUS LINE TAX FILING.

Occupation / Name and Address of employer: of the Named Insured as stated herein. No. of Previous accidents:

**Policy Period:** 12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED AS STATED HEREIN
**From:** June 30, 1978 **To:** June 30, 1979 **Term:** 1 Year

THE INSURANCE HEREBY EVIDENCED IS WRITTEN BY AN INSURER NOT LICENSED BY THE STATE OF NEW YORK AND NOT SUBJECT TO ITS SUPERVISION.

**Location of Coverages:** and as further defined in the Primary Policy.

**Primary Insurance:** (1) Insurer, (2) Policy number (including renewals/or replacements thereof)
(1) As On File
(2)

**4. Description of Coverage:** Excess Umbrella Liability

5. The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| COVERAGES | PREMIUM | SECTION I COMPANY LIMITS | IN EXCESS OF | SECTION II Underlying Limits | SECTION III Total Limits |
|---|---|---|---|---|---|
| A. Bodily Injury — Auto | $ | $ | Each Person | | |
| | $ | $ | Each Accident or Occurrence | PREMIUM 3,000 | |
| Bodily Injury — Other | $ | $ | Each Person | | |
| | $ | $ | Each Accident or Occurrence | COMMISSION 75 | |
| | $ | $ | Aggregate Products | | |
| B. Property Damage Automobile | $ | $ | Each Accident or Occurrence | | $ |
| C. Property Damage | $ | $ | Each Accident or Occurrence | $ | $ |
| Except Automobile | $ | $ | Aggregate Operations | SERVICE CHARGE | $ |
| | $ | $ | Aggregate Protective | | $ |
| | $ | $ | Aggregate Products | TAXABLE PREMIUM | $ |
| | | $ | Aggregate Contractual | | |
| D. Combined Single Limit Bodily | $ | $ | Each Accident or Occurrence | $ | $ |
| Injury and/or Property Damage | $ | $ | Aggregate | $ | $ |
| E. Other Excess Umbrella Liability | $ 3,000. | $1,000,000. part of $25,000,000 | | $75,000,000 | $100,000,000. |
| Total | $ 3,000. | | | | |

6. Premium Computation:

| Premium Basis | Estimated Exposure | Rate | Premium |
|---|---|---|---|
| N/A | N/A | N/A | $3,000. |

Deposit Premium $ 3,000.     Minimum Premium $ 3,000.     Audit Period:

Date of Issue: July 10, 1978     Countersigned by: _____ Licensed Resident Agent or Authorized Representative

01121

--58-

### SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company at the request of the insured (or reinsured), will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon

Mendes & Mount
27 William Street
New York, New York

and that in any suit instituted against any one of them upon this contract, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of the Company in any such suit and/or upon the request of the insured (or reinsured) to give a written undertaking to the insured (or reinsured) that they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to statute of any state, territory or district of the United States which makes provision therefor, the Company herein hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured (or reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

### 4% TAX CLAUSE

Notice is hereby given that the Company has agreed to allow for the purpose of paying the Federal Excise Tax 4% of the premium payable hereon to the extent such premium is subject to Federal Excise Tax.

It is understood and agreed that in the event of any return of premium becoming due hereunder the Company will deduct 4% from the amount of the return and the insured or his agent should take steps to recover the Tax from the U.S. Government.

### WAR RISK EXCLUSION ENDORSEMENT

This policy shall not apply to any liability of the insured directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or public or local authority.

## ENDORSEMENT

#1

01122

Additional Premium _____
State Tax
Return Premium _____

Insured: W.R. Grace & Co.

Effective: June 30, 1978

In consideration of the premium charged, it is hereby agreed and understood that Item 3 of the Declarations, "Primary Insurer" is amended to include the following:

**Layer 1** - 5 Million Excess of Primary

    A. London - 4 Million Part of 5 Million
    B. Northbrook - 1 Million Part of 5 Million

**Layer 2** - 5 Million Excess of 5 Million
    A. London - 5 Million

**Layer 3** - 5 Million Excess of 10 Million

    A. Prudential Reinsurance Company - 5 Million

**Layer 4** - 10 Million Excess of 15 Million

    A. London - 8 Million Part of 10 Million
    B. Prudential Reinsurance Company - 2 Million Part of 10 Million

**Layer 5** - 25 Million Excess of 25 Million
    A. London - 10 Million Part of 25 Million
    B. Prudential Reinsurance Company - 5 Million Part of 25 Million
    C. Hartford - 3 Million Part of 25 Million
    D. Granite State - 2 Million Part of 25 Million
    E. Insurance Company of the State of Pennsylvania- (C.V. Starr) - 4 Million Part of 25 Million
    F. Gerling Konzern Insurance Company - (East-West International) - 1 Million Part of 25 Million

**Layer 6** - 25 Million Excess of 50 Million
    A. Northbrook - 17.5 Million Part of 25 Million
    B. Home - 5 Million Part of 25 Million
    C. National Union Fire Insurance Company - 2.5 Million Part of 25 Million

Attached to and forming part of Cover Note/Certificate EL2787/Adriatic Ins. Co.
All other terms and conditions remain unchanged.

on: July 12, 1978 sem

KOHLREICH & ANDERSON, LTD.

01423

WOHLREICH & ANDERSON, LTD.

ENDORSEMENT No. #2

Hereon _____ % of totals shown below:

Additional Premium:
State Tax:
Return Premium:

Assured: W.R. Grace & Co.

Effective: June 30, 1978

In consideration of the premium charged, it is hereby agreed and understood that the war risk exclusion endorsement is amended to read:

"This policy shall not apply except in respect of occurrences taking place in the United States of America, its territories or possessions, or Canada, to any liability of the Assured directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign, enemies, hostilities, (whether war be declared or not), civil war rebellion revolution, insurrection, military or usurped power or confiscation or nationalistation or requisition or destruction of or damage to property by or under the order of any government or public or local authority."

Attached to and forming part of Cover Note/Certificate/Policy No.: EL2787/Adriatic Ins. Co. All other terms and conditions remain unchanged.

Dated: July 12, 1978 sem

01124

WOHLREICH & ANDERSON, LTD.                                    Hereon _____ % of totals shown below:

ENDORSEMENT No. #3                           Additional Premium:
                                                               State Tax:
                                                               Return Premium:

Assured:  W.R. Grace & Co.

Effective:  June 30, 1978

It is agreed that the Punitive Damage Exclusion shall be eliminated.

It is further agreed that the War Risk Exclusion shall be eliminated and the policy shall follow form of the Primary Umbrella War Risk Exclusion.

Attached to and forming part of Cover Note/Certificate/Policy No.: EL2737/Adriatic Ins. CO.
All other terms and conditions remain unchanged.

Dated:  July 12, 1978 sem