8C

UMBRELLA EXCESS LIABILITY POLICY

ISSUED BY

ALLIANZ VERSICHERUNGS AG   -   D 8000 MUNICH 44

HEREINAFTER REFERRED TO AS "UNDERWRITERS"

POLICY NUMBER       H. 0 001 1428

DECLARATIONS

ITEM 1.   NAME OF INSURED:   W.R. GRACE & CO.

ITEM 2.   ADDRESS:   1114 Avenue of the Americas
USA - NEW YORK, N.Y. 10038

ITEM 3.   POLICY PERIOD:   COMMENCING ON: JUNE 30, 1977
AT 12:01 A.M. STANDARD TIME

ENDING ON:    JUNE 30, 1978
AT 12:01 A.M. STANDARD TIME

ITEM 4.   COVERAGE:   PER FORM AND ENDORSEMENTS ATTACHED/SUBMITTED

ITEM 5.   PREMIUM:   $  2'000.-

ITEM 6.   LIMIT OF LIABILITY   UNDERWRITERS SHALL BE LIABLE TO PAY FOR ONLY THE EXCESS OF LOSS OVER $ 100'000'000.- IN ANY ONE LOSS OR SERIES OF LOSSES ARISING OUT OF ONE OCCURENCE AND THEN NOT MORE THAN $ 1'000'000.- PART OF $ 50'000'000.- ULTIMATE NET LOSS IN RESPECT OF ANY ONE LOSS OR SERIES OF LOSSES ARISING OUT OF ONE OCCURENCE.

Munich

DATE: 1st July, 1977

ALLIANZ
Versicherungs-Aktiengesellschaft

SIGNATURE AUTHORIZED REPRESENTATIVE