# EXHIBIT C

-4-

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2009 - MARCH 31, 2009**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 45.6 | $ 995 | 45,372.00 |
| Pasquale, Kenneth | 47.2 | 825 | 38,940.00 |
| Pasquale, Kenneth | 30.5 | 790 | 24,095.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.5 | 650 | 325.00 |
| Harris, Daniel J. | 25.0 | 325 | 8,125.00 |
| Krieger, Arlene G. | 413.1 | 675 | 278,842.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 66.6 | 275 | 18,315.00 |
| Mohamed, David | 162.0 | 180 | 29,160.00 |
| | | | |
| **Sub Total** | **790.5** | | **$ 443,174.50** |
| **Less 50% Travel** | (7.7) | | (6,073.75) |
| **Total** | **782.8** | | **$ 437,100.75** |