# EXHIBIT D

NY 72117419v1

-6-

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2009 - MARCH 31, 2009**

| | |
|---|---:|
| Outside Messenger Service | $ 209.53 |
| Local Transportation | 37.00 |
| Long Distance Telephone | 490.95 |
| Duplicating Costs-in House | 11.00 |
| O/S Information Services | 300.08 |
| Facsimile Charges | 16.00 |
| Postage | 1.51 |
| Word Processing - Logit | 570.00 |
| Lexis/Nexis | 183.50 |
| Travel Expenses - Transportation | 1,276.39 |
| Travel Expenses - Lodging | 499.01 |
| Travel Expenses - Meals | 115.39 |
| Westlaw | 3,645.99 |
| | |
| **TOTAL** | **$ 7,356.35** |

NY 72117419v1