## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 1st day of June, 2009, that a copy of the foregoing *Phase I Trial Brief for CNA Companies* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** in the manner indicated to the individuals on the attached service list.

_____
Edward B. Rosenthal (Bar No. 3131)

**Via U.S. Mail**
Kirkland & Ellis LLP
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022

**Via Hand Delivery**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Via U.S. Mail**
The Law Offices of Janet S. Baer P.C.
Janet S. Baer
70 W. Madison St., Suite 2100
Chicago, IL 60602

**Via U.S Mail**
Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005

**Via Hand Delivery**
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue
New York, NY 10152

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005

**Via Hand Delivery**
Campbell & Levin, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801

**Via U.S. Mail**
Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10036

**Via Hand Delivery**
Buchanan, Ingersoll & Rooney PC
Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Via Hand Delivery**
David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801