IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: D.I. No. 20872 |

## JOINDER OF CERTAIN AIU INSURERS TO TRIAL BRIEFS SUPPORTING THEIR PHASE I OBJECTIONS TO THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION

Certain insurance companies (the "AIU Insurers")[1] by and through the undersigned counsel, hereby reserve the opportunity to join, in relevant part, any and all designations of evidence and trial briefs submitted by other insurers, to the extent such trial briefs support the arguments set forth in the *Objection of Certain AIU Insurers to the Debtors' First Amended Joint Plan of Reorganization Dated February 27, 2009* ("Objection", D.I. no. 21777).

Dated:   June 1, 2009                                    Respectfully submitted,

ASHBY & GEDDES

By: _____
Ricardo Palacio (#3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

---

[1] The AIU Insurers include: American Home Assurance Company, AIU Insurance Company, Birmingham Fire Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company and New Hampshire Insurance Company.

{00301715;v1}

          - and -

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis
575 Lexington Avenue
New York, New York  10022
Telephone: (212) 233-0400
Facsimile: (212) 753-0396
E-mail:  mdavis@zeklaw.com

Co-Counsel for AIU Holdings Ltd.

550519.01/10112.032