## **CERTIFICATE OF SERVICE**

I, Ricardo Palacio, hereby certify that, on the 1st day of June, 2009, I caused a true and correct copy of *Joinder of Certain AIU Insurers to Trial Briefs Supporting Their Phase 1 Objections to the Debtors' First Amended Joint Plan of Reorganization* to be served upon the attached service list in the manner so indicated.

_____
Ricardo Palacio (I.D. #3765)

{00202794;v1}

| | |
|---|---|
| General Counsel<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>David M. Bernick,<br>Theodore L. Freedman |
| Pachulski, Stang, Ziehl, & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Attn: Laura Davis Jones<br>James E. O'Neill | Caplin & Drysdale, Chartered<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005<br>Attn: Peter Lockwood<br>Ronald Reinsel |
| Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152<br>Attn: Elihu Inselbuch | Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-5340<br>Attn: Scott L. Baena<br>Jay M. Sakalo<br>Mindy A. Mora |
| David T. Austern<br>3110 Fairview Park Drive Suite 200<br>Falls Church VA 22042-0683 | Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W. Washington, D.C. 20005-1706 Attention<br>Roger Frankel |
| Alan B. Rich<br>Attorney and Counselor 1401 Elm Street, Suite 4620<br>Dallas, Texas 75202-3909 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Attn: Lewis Kruger<br>Arlene Krieger<br>Kenneth Pasquale |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: D. J. Baker | Fresenius Medical Care North America Corporate<br>Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02420-9192<br>Attn: General Counsel |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Phillip Bentley | Office of the United States Trustee<br>Attn: David Klauder, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |

{00298310.v1}

BMC Group, Inc.
Attn: W.R. Grace Voting Agent
P.O. Box 2007
Chanhassen, MS 55317-2007

10298310.v1