IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 20872, 21783** |

## MARYLAND CASUALTY COMPANY'S STATEMENT IN LIEU OF BRIEF IN SUPPORT OF ITS OBJECTION TO FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED AS OF FEBRUARY 27, 2009

Maryland Casualty Company ("MCC"), by and through its undersigned counsel, hereby makes the following statement in lieu of brief in support of *Maryland Casualty Company's Objection to the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009* [Docket No. 21783] ("MCC Objection"):

The record in this case clearly establishes that the issues raised in the MCC Objection are issues to be considered in Phase II of the hearings on confirmation of the First Amended Plan. Accordingly, MCC will file a Phase II Trial Brief in support of the MCC Objection in accordance with the *Third Amended Case Scheduling Order* [D.I. 21544]. However, to the extent that any issues affecting MCC or its interests are raised in Phase I of the confirmation hearings, MCC expressly reserves its right to brief and argue those issues to the Court.

| | |
|---|---|
| Dated: June 1, 2009 | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>_____<br>Jeffrey C. Wisler (#2795)<br>Marc J. Phillips (#4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141 Telephone<br>(302) 658-0380 Facsimile<br><br>OF COUNSEL:<br><br>Edward J. Longosz, II<br>Laura G. Stover<br>Eckert Seamans Cherin & Mellott, LLC<br>1747 Pennsylvania Avenue, N.W.,<br>Suite 1200<br>Washington, DC  20006<br>(202) 659-6600 Telephone<br>(202) 659-6699 Facsimile<br><br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 Telephone<br>(202) 719-7049 Facsimile<br><br>*Attorneys for Maryland Casualty Company* |

#690757

2