IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtors. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Docket Nos. 20666, 21544, 21794 |

---------------------------------------------------x

### EXHIBITS TO PHASE I TRIAL BRIEF FOR CNA COMPANIES

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
FACSIMILE: (212) 344-4294

ROSENTHAL, MONHAIT & GODDESS, P.A.
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
Facsimile: (302) 658-7567

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: (312) 201-2662
Facsimile: (312) 416-4524

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Michael S. Giannotto (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Continental Casualty Company, Transportation Insurance Company and their
American insurance affiliates*

June 1, 2009

LIBW/1709534.5

| | |
|---|---|
| Dated: June 1, 2009 | ROSENTHAL, MONHAIT & GODDESS, P.A.<br><br>By: /s/ Edward B. Rosenthal<br>Edward B. Rosenthal (*Bar No. 3131*)<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-4433x6<br>FACSIMILE: (302) 658-7567<br><br>GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Michael S. Giannotto (*pro hac vice*)<br>Brian H. Mukherjee (*pro hac vice*)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>facsimile: (617) 523-1231<br><br>FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Elizabeth DeCristofaro (*pro hac vice*)<br>Wall Street Plaza, 23rd Floor<br>New York, New York 10005-1875<br>Telephone: (212) 269-4900<br>FACSIMILE: (212) 344-4294<br><br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young<br>Jeff Chang<br>225 West Wacker Drive<br>Chicago, Illinois 60606-1229<br>Telephone:  (312) 201-2662<br>FACSIMILE:  (312) 416-4524 |

*Counsel for Continental Casualty Company, Transportation Insurance Company*
*and their American insurance affiliate*