# Exhibit 4

```
                                         rf051309.txt
0001
 1       IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
 2     _____X
       In Re:                    Chapter 11
 3
 4                               Case No.
 5                               01-01139 JKF
       W.R. Grace & Co., et al.,
 6
                                 (Jointly
 7              Debtors.         Administered)
       _____X
 8
 9         * * * CONFIDENTIAL * * *
10         _   _   _
11           May 13, 2009
12         _   _   _
13         DEPOSITION of RICHARD FINKE, held
14     at the offices of Kirkland & Ellis, 655
15     Fifteenth Street, N.W., Washington, DC,
16     commencing at 9:32 A.M., on the above
17     date, before Lisa Lynch, a Registered
18     Merit Reporter, New Jersey Certified Court
19     Reporter, License No. XI00825, and
20     Certified Realtime Reporter
21         _   _   _
22           MAGNA LEGAL SERVICES, LLP
23          7 Penn Center, 8th Floor
               1635 Market Street
24            Philadelphia, PA   19103
0002
 1     A P P E A R A N C E S:
 2
       DRINKER BIDDLE & REATH, LLP
 3     BY:  MICHAEL F. BROWN, ESQUIRE
       One Logan Square
 4     18th and Cherry Streets
       Philadelphia, Pennsylvania 19103-6996
 5     (brownmf@dbr.com)
       Representing OneBeacon America Insurance
 6     Company, Seaton Insurance Company,
       Government Employees Insurance Company,
 7     Columbia Insurance Company f/k/a Republic
       Insurance Company
 8
 9     CAPLIN & DRYSDALE, CHARTERED
       BY:  JEFFREY A. LIESEMER, ESQUIRE
10     One Thomas Circle NW
       Suite 1100
11     Washington, DD 20005
       202.862.7801
12     (jal@capdale.com)
       Representing Grace, Official Committee of
13     Asbestos Personal Injury Claimants ("ACC")
14
       KIRKLAND & ELLIS, LP
15     BY:  BARBARA M. HARDING, ESQUIRE
            THEODORE L. FREEDMAN, ESQUIRE
16     655 Fifteenth Street, N.W.
       Washington, DC   20005-5793
17     202.879.5081
       (barbara.harding@kirkland.com)
                                           Page 1
```

```
                                               rf051309.txt
 6          Q.    So is it your testimony on
 7    behalf of Grace that the claim I've
 8    described, running from the insurers
 9    against Fresenius, that is in fact an
10    indirect PI Trust claim?
11                MS. HARDING:    Object to
12          form.
13                MR. LIESEMER:    Object to
14          form.
15          A.    That is my view, yes.
16          Q.    Is it also your view that
17    that claim would be an indemnified insurer
18    TDP claim as described in Section 5.13 of
19    the TDP?
20                MS. HARDING:    Same
21          objection.
22                MR. LIESEMER:    Object to
23          form.
24          A.    Yes, it does appear to fit
0112
 1    the definition or description of an
 2    indemnified insured TDP claim.
 3          Q.    Okay.   Let me ask you this
 4    then:   What is the operative injunction in
 5    the Plan that accomplishes both the
 6    enjoining and channeling of the claim that
 7    we're talking about; namely, a claim for
 8    contractual indemnity running from the
 9    insurers against Fresenius Medical Care
10    Holdings, Inc.?
11          A.    The --
12                MS. HARDING:    Object to
13          form.
14                MR. LIESEMER:    Object to
15          form.
16          A.    The asbestos PI channeling
17    injunction.
18          Q.    Does the successor claims
19    injunction in the Plan also enjoin the
20    claim?
21                MR. LIESEMER:    Object to
22          form.
23                MS. HARDING:    Object to
24          form to the extent we're still
0113
 1          talking about the hypothetical.
 2          A.    No, I don't believe so.
 3          Q.    All right, I want to ask
 4    you now, Mr. Finke, a sort of more broad
 5    question.  Class 6 includes, among other
 6    things, individual asbestos claimants'
 7    claims against Grace, correct?
 8                MS. HARDING:    Object to
 9          form.
10                MR. LIESEMER:    Join.
11          A.    Did you say asbestos claims
12    or asbestos PI claims?
13          Q.    I'm using it generically.
14    Fair enough, that's a fair -- the
15    purpose -- Grace has been sued in a number
16    of asbestos personal injury claims,
17    correct?
18          A.    Yes.
```