# Tab (j)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | In Proceedings for a<br>Reorganization under Chapter 11 |
| NORTH AMERICAN<br>REFRACTORIES COMPANY, *et al.*, | : | Jointly Administered under<br>Case No. 02-20198-JKF |
| Debtors. | : | |

| | | |
|---|---|---|
| In Re: | : | In Proceedings for a<br>Reorganization under Chapter 11 |
| GLOBAL INDUSTRIAL<br>TECHNOLOGIES, INC., *et al.*, | : | Jointly Administered under<br>Case No. 02-21626-JKF |
| Debtors. | : | |

### NOTICE OF PROPOSED DIRECTORS, TRUSTEES
### AND TRUST ADVISORY COMMITTEE MEMBERS

North American Refractories Company, et al. ("NARCO") and Global Industrial Technologies, Inc., et al. ("GIT") hereby give notice of the identity of persons proposed to serve as initial Directors, Trustees and Trust Advisory Committee Members in connection with their respective Third Amended Plans of Reorganization (the "Plans"). Unless otherwise defined herein, capitalized terms shall have the meaning assigned thereto in the Plans:

1.      Initial Trustees of the NARCO Asbestos Trust are:

Hon. Ken M. Kawaichi, former Judge of the Oakland-Piedmont-Emeryville Municipal Court (1975-1980), former Judge of the Alameda Superior Court (1980-2003), Mediator and Arbitrator, Judicial Arbitration and Mediation Services, Inc. (JAMS), San Francisco, CA

Richard B. Schiro, Partner, The Law Offices of Richard B. Schiro, Dallas, TX

W. Thomas Stephens, Consultant, retired President and CEO of Manville Corporation.

#1829853v2

2.    Initial members of the NARCO Trust Advisory Committee are:

   Joseph F. Rice, Member of Motley Rice LLC, Mt. Pleasant, SC

   Perry Weitz, Founding Member of Weitz & Luxenberg, P.C., New York, NY

   Steven Kazan, Founding Principal of Kazan, McClain, Abrams, Fernandez, Lyons, Farrise & Greenwood, A Professional Law Corporation, Oakland, CA

   Steven T. Baron, Partner of Silber Pearlman, L.L.P., Dallas, TX

   Mark C. Meyer, Shareholder of Goldberg, Persky & White, P.C., Pittsburgh, PA

3.    Initial Trustee of the APG Asbestos Trust is Martin J. Murphy, Counsel Emeritus to Davis & Young, Cleveland, OH.

4.    Initial members of APG Asbestos Trust Advisory Committee are:

   James L. Ferraro, Founding Partner, Kelley & Ferraro, LLP, Cleveland, OH

   Matthew Bergman, Founding Partner, Bergman & Frockt, Seattle, WA

   Armand J. Volta, Jr., Partner, Law Offices of Peter G. Angelos, Baltimore, MD

5.    Initial Trustee of APG Silica Trust is David Ellis, retired Vice President and General Counsel of Pittsburgh Corning Corporation.

6.    Initial members of APG Silica Trust Advisory Committee are:

   Bryan O. Blevins, Partner, Provost & Umphrey, Beaumont, TX

   W. Russell Sipes, Partner, George & Sipes, Indianapolis, IN

   Additional names are still being considered.

7.    Initial Board of Directors of Reorganized ANH are:

   Peter M. Kreindler, Senior Vice President and General Counsel of Honeywell

   Katherine L. Adams, Vice President and General Counsel of Honeywell Specialty Materials and Vice President and Deputy General Counsel - Litigation of Honeywell

   Thomas A. Szlosek, Chief Financial Officer – Europe of GE Consumer Finance

   John J. Fannon, Consultant; retired Vice Chairman of Simpson Paper Company

Dr. Guenter Karhut, Chairman and CEO of ANH and Reorganized ANH.

Dated:  June 21, 2006                          Respectfully submitted,

                                               REED SMITH LLP

                                    By:    */s/ David Ziegler*
                                               James J. Restivo, Jr., Esq.
                                               Robert P. Simons, Esq.
                                               David Ziegler, Esq.
                                               Reed Smith LLP
                                               435 Sixth Avenue
                                               Pittsburgh, PA  15219
                                               412 288-3131
                                               Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | In Proceedings for a | |
| IN RE: | ) | Reorganization Under |
| | ) | Chapter 11 |
| NORTH AMERICAN REFRACTORIES | ) | |
| COMPANY, ET AL., | ) | Jointly Administered at |
| | ) | Case No. 02-20198-JKF |
| | ) | |
| Debtors. | ) | Related to Document No. |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | | |
| IN RE: | ) | In Proceedings for a |
| | ) | Reorganization under |
| GLOBAL INDUSTRIAL | ) | Chapter 11 |
| TECHNOLOGIES, INC., ET AL., | ) | |
| | ) | Jointly Administered at |
| | ) | Case No. 02-21626-JKF |
| Debtors. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | Related to Document No. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true a correct copy of the Notice of Proposed
Directors, Trustees and Trust Advisory Committee Members was caused to be served on the on
the following, and on the attached Official Service Lists and 2002 Lists via electronic mail, U.S.
First Class Postage Pre-Paid Mail and/or facsimile on the 21st day of June, 2006:

| | |
|---|---|
| Gerald F. Ellersdorfer, Esq. | |
| Kaufman & Logan, LLP | |
| 100 Spear St., 12th Floor | |
| San Francisco CA  94105 | |
| Counsel for National Surety Corp. and | |
| Fireman's Fund Ins. Co. | |
| geellersdorfer@kllaw.com | |

| | |
|---|---|
| Robert M. Horkovich, Esq.<br>Ann V. Kramer, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Special Ins. Coverage Counsel to ACC<br>**Rhorkovich@andersonkill.com** | Andrew Frankel/Elisa Alcabes/Karen<br>Alinauskas/Justin Stern<br>Simpson Thacher & Bartlett<br>425 Lexington Ave.<br>New York NY 10017-3954<br>Counsel for Travelers Indemnity Co., et al..<br>**afrankel@stblaw.com**<br>**ealcabes@stblaw.com**<br>**kalinauskas@stblaw.com**<br>**jstern@stblaw.com** |
| Daniel J. DeFranceschi<br>Paul N. Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Lisa S. Brogan, Esq./Ronald Ohren, Esq.<br>Baker & McKenzie<br>One Prudential Plaza<br>130 E. Randolph Dr.<br>Chicago IL 60601<br>Counsel for Royal Ins. Co.<br>**Lisa.S.Brogan@bakernet.com** |
| Carl J. Pernicone, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 E. 42nd St.<br>New York NY 10017-5639<br>Counsel for Royal Indemnity Co.<br>**perniconec@wemed.com** | |
| Leonard Goldberger, Esq.<br>Stevens & Lee<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Counsel to ACE American Ins. Co.<br>**LPG@stevenslee.com** | Sander Esserman, Esq.<br>David Parsons, Esq.<br>Counsel for Reaud, Morgan & Quinn<br>**esserman@sbep-law.com**<br>**jeffery@sbep-law.com**<br>**parsons@sbep-law.com**<br>**Counsel for Tort Victims' Law Firms** |

| | |
|---|---|
| Sean A. O'Neal and Debbie Buell<br>Clearly Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York NY  10006<br>**soneal@cgsh.com**<br>**dbuell@cgsh.com** | Beverly Weiss Manne, Esq.<br>Tucker Arensberg, PC<br>1500 One PPG Place<br>Pittsburgh PA  15222<br>Counsel for National Union Fire Ins. Co.<br>**bmanne@tuckerlaw.com** |
| Michael S. Davis, Esq.<br>Mary McCarthy, Esq.<br>Zeichner Ellman & Krause LLP<br>575 Lexington Ave.<br>New York NY  10022<br>mdavis@zeklaw.com<br>mmccarthy@zeklaw.com | David A. Levin, Esq.<br>AIG Law Dept. Bankruptcy<br>70 Pine Street, 31st Floor<br>New York NY  10270<br>**David.Levin@AIG.com** |
| G. William Quatman, Esq.<br>Shugart Thomson & Kilroy, PC<br>Twelve Wyandotte Plaza<br>120 W. 12th St.<br>Kansas City MO  64105<br>Counsel for Combustion Engineering Caribe,<br>Inc. & Alstom Power, Inc.<br>**bquatman@stklaw.com** | Kemper Ins. Co.<br>c/o William Harrold<br>ATTN: David Fischer/Holly Tomchey<br>Wildman Harold Allen &Dixon<br>225 W. Wacker Dr.<br>Chicago IL  60606<br>**fischer@wildmanharrold.com** |
| Michael Shiner, Esq.<br>Tucker Arensburg, P.C.<br>**mshiner@tuckerlaw.com**<br>Counsel for Danish Marine Ins. Co. & Union<br>Assurance de Paris | Steven A. Rusconi, Esq.<br>Liberty Mutual Ins. Co.<br>175 Berkeley Street<br>Boston MA  02117<br>**Steven.Rusconi@LibertyMutual.com** |
| George E. McGrann, Esq.<br>Eric T. Smith, Esq.<br>Schnader Harrison Segal & Lewis, LLP<br>Fifth Avenue Place<br>120 Fifth Ave., Suite 2700<br>Pittsburgh PA  15222<br>**gmcgrann@schnader.com**<br>**esmith@schnader.com** | Brad B. Erens<br>Michelle M. Harner<br>Mark A. Cody<br>Daniel B. Prieto<br>Jones Day<br>77 West Wacker<br>Chicago, IL  60601 |

| | |
|---|---|
| Michael J. Crames, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>**mcrames@kayescholer.com** | Michael L. Cioffi, Esq.<br>Blank Rome Comisky & McCauley LLP<br>1700 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202<br>**cioffi@blankrome.com** |
| David E. Schoenfeld, Esq.<br>Grippo & Elden<br>227 West Monroe Street<br>Chicago, IL 60606<br>Counsel for CNA Insurance Companies<br>**dschoenfeld@grippoelden.com** | William P. Shelley, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103-3508<br>**Wshelley@cozen.com** |
| George L. Cass, Esquire<br>Buchanan Ingersoll PC<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219-1410<br>**cassgl@bipc.com** | Lawrence H. Glanzer<br>Frank J. Santoro (VSB No. 20259)<br>Marcus, Santoro & Kozak, P.C.<br>1435 Crossways Boulevard, Suite 300<br>Chesapeake, VA 23320-2896<br>**fsantoro@maskpc.com**<br>**lglanzer@maskpc.com**<br>Special Counsel to Debtors |
| Joseph Gibbons, Esq.<br>White & Williams<br>Counsel for ACE American/Pacific Employers Ins. Co.<br>**gibbonsj@whitenandwilliams.com** | Craig Goldblatt, Esq.<br>Jonathan E. Paikin, Esq.<br>Nancy L. Manzer, Esq.<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>2445 M Street, N.W.<br>Washington DC 20037<br>**craig.goldblatt@wilmerhale.com**<br>**jonathan.paikin@wilmerhale.com**<br>**nancy.manzer@wilmerhale.com**<br>Counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company |

| | |
|---|---|
| Gary Philip Nelson<br>Sherrard, German & Kelly, P.C.<br>Two PNC Plaza, 28th Floor<br>620 Liberty Avenue<br>Pittsburgh, PA  15222<br>Counsel to Philip A Pahigian, Legal<br>Representative of Future Silica Personal Injury<br>Claimants<br>**cms@sgkpc.com** | Noel C. Burnham, Esq.<br>Natalie D. Ramsey, Esq.<br>Montgomery McCracken Walker & Rhoads<br>123 South Broad Street<br>Philadelphia PA  19109<br>**nburnham@mmwr.com**<br>**nramsey@mmwr.com**<br>Counsel for Certain NARCO Cancer Claimants |
| Jeffrey Cohen, Esq.<br>Meyer Darragh Buckler Bebenek@ Eck PLLC<br>USX Suite 4850, 600 Grant Street<br>Pittsburgh PA  15219<br>**jcohen@mdbbe.com**<br>Counsel for The Travelers Indemnity Co., et al. | David G. Heiman<br>Gus Kallergis<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114 |
| William J. Bowman, Esq.<br>Edward B. Parks, II, Esq.<br>Hogan & Hartson LLP<br>555 Thirteenth Street, N.W.<br>Washington DC  20004<br>**wjbowman@hhlaw.com**<br>**ebparks@hhlaw.com**<br>Counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company | James A. Georges, Esq.<br>White and Williams LLP<br>The Frick Building<br>437 Grant Street, Suite 1001<br>Pittsburgh PA  15219<br>412 566-3520<br>**georgesj@whiteandwilliams.com**<br>Counsel for Century Indemnity Company and Westchester Fire Insurance Company |

| | |
|---|---|
| Gregory T. LoCasale, Esq.<br>Joseph J. Gibbons, Esq.<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia PA  19103-7395<br>215 864-7000<br>**gibbonsj@whiteandwilliams.com**<br>**locasaleg@whiteandwilliams.com**<br>Counsel for Century Indemnity Company and<br>Westchester Fire Insurance Company | Joseph Boury, Esq.<br>Bivona & Cohen, P.C.<br>88 Pine Street<br>New York NY  10005<br>Counsel for National Union Fire Insurance<br>Company of Pittsburgh, PA<br>**joseph.boury@bivonacohen.com** |
| Michael S. Davis, Esq.<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York NY  10022<br>**mdavis@zeklaw.com**<br>Counsel for National Union Fire Insurance<br>Company of Pittsburgh, PA | |

Dated:  June 21, 2006

Respectfully submitted,

REED SMITH LLP

By:    */s/ David Ziegler*
James J. Restivo, Jr., Esq.
David Ziegler, Esq.
Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219
412 288-3131
Counsel for Debtors

**OFFICIAL SERVICE LIST**
**NORTH AMERICAN REFRACTORIES COMPANY,** *et al.*

Robert G. Sable Esquire
Sally Edison Esquire
McGuireWoods LLP
Dominion Tower, 23rd Floor
625 Liberty Avenue
Pittsburgh PA 15222
Tel: 412 667 7936
Fax: 412 667 6050
Counsel to the Official Committee of
Unsecured Trade Creditors
sedison@mcguirewoods.com

Jon A. Allegretti Esquire
North American Refractories Company
Cherrington Corporate Center
400 Fairway Drive
Moon Township PA 15108
Tel: 412 375 6674
Fax: 412 375 6957
jallegretti@anhrefractories.com

Peter Van N. Lockwood Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington DC 20005
Tel: 202 862 5000
Fax: 202 429 3301
Counsel to Official Committee of Asbestos
Creditors
pvnl@capdale.com

Peter J. Sacripanti Esquire
Stephen B. Selbst Esquire
McDermott Will & Emery
50 Rockefeller Plaza
New York NY 10020
Tel: 212 547 5583
Fax: 212 547 5444
Counsel to Honeywell International Inc.
psacripanti@mwe.com
sselbst@mwe.com

Philip E. Milch Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh PA 15219
Tel: 412 261 0310
Fax: 412 261 5066
Counsel to Official Committee of Asbestos
Creditors
pem@camlev.com

Elihu Inselbuch Esquire
Caplin & Drysdale Chartered
375 Park Avenue, 35th Floor
New York NY 10152
Tel: 212 319 7125
Fax: 212 644 6755
Counsel to Official Committee of Asbestos
Creditors
ei@capdale.com

Kathy Robb Esquire
Office of the U.S. Trustee
970 Liberty Avenue
1001 Liberty Avenue
Pittsburgh PA 15222
Tel: 412 644 4756
Fax: 412 644 4785
kathleen.robb@usdoj.gov

Daniel Lewis Esquire
Arnold & Porter
555 Twelfth Street, NW
Washington DC 20004
Tel: 202 942 5661
Fax: 202 942 5999
Counsel to Honeywell International Inc.
daniel_lewis@aporter.com

Mr. Lawrence Fitzpatrick
1009 Lennox Drive
Building 4, Suite 101
Lawrenceville, NJ  08648
Tel:  609 219 8862
Fax:  609 620 1466
Legal Representative for Future Claimants
lfitzpatrick@theccr.com

James L. Patton Jr. Esquire
Edwin J. Harron Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington DE  19801
Tel:  302 571 6600
Fax:  302 571 1253
Counsel to Legal Representative for Future
Claimants
jpatton@ycst.com
eharron@ycst.com

Joel M. Helmrich Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh PA  15222
Tel:  412 456 2841
Fax:  412 456 2864
Counsel to the Legal Representative for
Future Claimants
jmh@muslaw.com

Robert P. Simons Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh PA  15219
Tel:  412 288 7294
Fax:  412 288 3063
Counsel to the Debtors
rsimons@reedsmith.com

**Amended 2002 Service List 3/21/06**

**NARCO PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002**

| | |
|---|---|
| Theodore Goldberg Esquire<br>Mark C. Meyer Esquire<br>James J. Bedortha Esquire<br>Goldberg, Persky & White, P.C.<br>1030 Fifth Avenue<br>Pittsburgh PA 15219<br>Tel: 412 471 3980<br>Fax: 412 471 8308<br>tgoldberg@gpwlaw.com<br>mmeyer@gpwlaw.com<br>jbedortha@gpwlaw.com | Alan B. Rich Esquire<br>Russell W. Budd Esquire<br>Steven D. Wolens Esquire<br>Baron & Budd P.C.<br>3102 Oaklawn Avenue<br>The Centrum, Suite 1100<br>Dallas, TX 75219<br>Tel: 214 521 3605<br>Fax: 1-214-520-1181<br>bemmett@baronbudd.com |
| Sander L. Esserman Esquire<br>Stutzman Bromberg Esserman & Plifka<br>2323 Bryan Street, STE 2200<br>Dallas TX 75201<br>Tel: 214 969 4900<br>Fax: 214 969 4999<br>esserman@sbep-law.com<br>jeffery@sbep-law.com | Kevin L. Colosimo Esquire<br>o/b/o Possehl, Inc.<br>Houston Harbaugh, P.C.<br>Three Gateway Center<br>401 Liberty Avenue, 22nd Floor<br>Pittsburgh PA 15222<br>Tel: 412 281 5060<br>Fax: 412 281 4499<br>kcolosimo@hh-law.com |
| Robert H. Scheibe Esquire<br>Jay Teitelbaum Esquire<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York NY 10178-0060<br>Tel: 212 309 6000<br>Fax: 212 309 6273<br>rscheibe@morganlewis.com<br>jteitelbaum@morganlewis.com | Steven T. Baron Esquire<br>Silber Pearlman, L.L.P.<br>2711 N. Haskell Avenue<br>Fifth Floor, LB 32<br>Dallas TX 75204<br>Tel: 214 874 7000<br>Fax: 214 824 8100<br>sbaron@splaw.com |
| Ethan D. Fogel Esquire<br>Juliet Sarkessian Esquire<br>Jeffrey K. Daman Esquire<br>Dechert<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia PA 19103-2793<br>Tel: 215 994 4000<br>Fax: 215 994 2222<br>jeffrey.daman@dechert.com | Gary Philip Nelson Esquire<br>Sherrard, German & Kelly, P.C.<br>35th Floor, Freemarkets Center<br>Pittsburgh PA 15222<br>Tel: 412 355 0200<br>Fax: 412 261 6221<br>gpn@sgkpc.com |

| | |
|---|---|
| Steven J. Del Cotto<br>Vesuvius USA Corporation<br>27 Noblestown Road<br>Carnegie PA 15106<br>Tel: 412 276 1750<br>Fax: 412 276 7252<br>steven.delcotto@us.vesuvius.com | David J. Jury Esquire<br>United Steelworkers of America<br>Five Gateway Center, Room 807<br>Pittsburgh PA 15222<br>Tel: 412 562 2546<br>Fax: 412 562 2574<br>djury@uswa.org |
| S. James Wallace Esquire<br>Griffith McCague & Wallace, PC<br>STE 3626 Gulf Tower<br>707 Grant Street<br>Pittsburgh PA 15219-1911<br>Tel: 412 803 3690<br>Fax: 412 803 3678<br>ktf@gmwpclaw.com | Alan Kellman Esquire<br>The Jaques Admiralty Law Firm, P.C.<br>1570 Penobscot Building<br>Detroit, MI 48226<br>Tel: 313 961 1080<br>Fax: 313 961 5275<br>akellman@jaquesadmiralty.com |
| Deborah Candace Phillips<br>PA Dept of Labor & Industry<br>914 Penn Avenue, 6th Floor<br>Pittsburgh PA 15222<br>Tel: 412 880 0292<br>Fax: 412 880 0286<br>dephillips@state.pa.us | Joel M. Walker Esquire<br>Duane Morris LLP<br>600 Grant Street, STE 5010<br>Pittsburgh PA 15219<br>Tel: 412 497 1042<br>Fax: 412 497 1001<br>jmwalker@duanemorris.com |
| William K. Brown<br>Resco Products, Inc.<br>Penn Center West 2, Suite 430<br>Pittsburgh PA 15276<br>Tel: 412 294 1024<br>Fax: 412 294 1083<br>bill.brown@rescoproducts.com | Thomas E. Reilly Esquire<br>Thomas E. Reilly, P.C.<br>2025 Greentree Road<br>Pittsburgh PA 15220<br>Tel: 412 341 1600<br>Fax: 412 341 9996<br>tereilly@tomreillylaw.com |
| Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>Attention: Lawrence F. Landgraff Esquire<br>1200 K Street, N.W.<br>Washington DC 20005<br>Tel: 202 326 4020 X 3047<br>Fax: 202 326 4112<br>landgraff.larry@pbgc.gov | Robert S. Bernstein Esquire<br>Bernstein Law Firm, P.C.<br>1133 Penn Avenue<br>Pittsburgh PA 15222<br>Tel: 412 456 8101<br>Fax: 412 456 8251<br>bob@bernsteinlaw.com |
| Cynthia L. Cosgrove<br>Washington Mills Electro Minerals Corp.<br>PO Box 423<br>Niagara Falls NY 14302<br>Tel: 716 278 6600<br>Fax: 716 278 6650<br>ccosgrove@washingtonmills.com | Charles S. Siegel Esquire<br>Waters & Kraus, LLP<br>3219 McKinney Avenue, Suite 3000<br>Dallas TX 75204<br>Tel: 214 357 6244<br>Fax: 214 871 2263<br>siegel@awpk.com |

| | |
|---|---|
| William E. Kelleher, Jr. Esquire<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street, 15th Floor<br>Pittsburgh PA  15222<br>Tel:  412 297 4703<br>Fax:  412 209 1997<br>wkelleher@cohenlaw.com<br>jbradley@cohenlaw.com | Leonard P. Goldberger Esquire<br>Stevens & Lee<br>1818 Market Street, 29th Floor<br>Philadelphia PA  19103<br>Tel:  215 751 2864<br>Fax:  610 371 7376<br>lpg@stevenslee.com |
| Robert C. Edmundson Esquire<br>PA Department of Revenue<br>5th Floor, Manor Complex<br>564 Forbes Avenue<br>Pittsburgh PA  15219<br>Tel:  412 565 2575<br>Fax:  412 565 3023<br>redmundson@attorneygeneral.gov | Louis C. Long Esquire<br>Meyer Darragh Buckler Bebenek & Eck PLLC<br>US Steel Tower, STE 4850<br>600 Grant Street<br>Pittsburgh PA  15219<br>Tel:  412 261 6600<br>Fax:  412 471 2754<br>llong@mdbbe.com |
| George T. Snyder Esquire<br>Stonecipher Cunningham Beard & Schmitt<br>125 First Avenue<br>Pittsburgh PA  15222<br>Tel:  412 391 8510<br>Fax:  412 391 8522<br>gsnyder@scbslaw.com | Russell R. Sanders Esquire<br>May, Long & Sanders<br>3030 US Steel Tower<br>600 Grant Street<br>Pittsburgh PA  15219<br>Tel:  412 471 2822<br>Fax:  412 261 0572<br>rrs@maylongsanders.com |
| Clayton M. Creswell Esquire<br>Senior Associate Counsel<br>UMWA Health & Retirement Funds<br>Office of the General Counsel<br>2121 K Street, NW  Suite 350<br>Washington DC  20037<br>Tel:  202 521 2231<br>Fax:  202 530 4031<br>ccreswell@umwafunds.org | Michael S. Davis Esquire<br>Mary G. McCarthy Esquire<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York NY  10022<br>Fax:  212 753 0396<br>mdavis@zeklaw.com<br>mmccarthy@zeklaw.com |
| David Lloyd Merrill Esquire<br>Cohen Conway Copeland Klett Paiva &<br>Merrill, P.A.<br>10 Central Parkway, Suite 400<br>PO Box 259<br>Stuart FL  34995-0259<br>Tel:  772 221 0999<br>Fax:  772 219 2769<br>dlm@crarybuchanan.com | Suzanne Keys Esquire<br>Byrd, Gibbs & Martin, PLLC<br>PO Box 19<br>Jackson MS  39205<br>Tel:  601 354 1210<br>Fax:  601 354 1254<br>skeys@byrdassoc.com |

| | |
|---|---|
| Jonathan Krassenstein Esquire<br>Krassenstein & Associates<br>7500 Brooktree Road<br>Wexford PA  15090<br>Tel:  724 935 6227<br>Fax:  724 935 0742<br>jtk@krasslaw.com | Robert M. Fishman Esquire<br>Brian L. Shaw Esquire<br>Allen J. Guon Esquire<br>Shaw Gussis Fishman Glantz & Wolfson, LLC<br>321 N. Clark, Suite 800<br>Chicago IL  60610<br>Tel:  312 541 0151<br>Fax:  312 980 3888<br>rfishman@shawgussis.com |
| Scott W. Wert Esquire<br>Foster & Sear, L.L.P.<br>524 E. Lamar Boulevard, STE 200<br>Arlington TX  76011<br>Tel:  817 633 3305<br>Fax:  817 633 5507<br>dclement@fostersear.com | Jennifer L. McBrien Esquire<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York NY  10104-0050<br>Tel:  212 468 8000<br>Fax:  212 468 7900<br>jmcbrien@mofo.com |
| Natalie D. Ramsey Esquire<br>Simon E. Fraser Esquire<br>Montgomery McCracken Walker & Rhoads,<br>LLP<br>123 S. Broad Street<br>Philadelphia PA  19109<br>Tel:  215 772 7354<br>Fax:  215 731 3910/215 772 7620<br>nramsey@mmwr.com<br>sfraser@mmwr.com | Beverly Weiss Manne Esquire<br>Michael A. Shiner Esquire<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh PA  15222<br>Fax: ·412 594 5619<br>bmanne@tuckerlaw.com<br>mshiner@tuckerlaw.com |
| Deirdre Woulfe Pacheco Esquire<br>Wilentz Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge NJ  07095-0958<br>Tel:  732 855 6189<br>Fax:  732 726 6627<br>dpacheco@wilentz.com | Jeremiah W. Nixon Attorney General<br>Shelley L. Forrest, Asst Atty General<br>MO Dept. of Labor and Industrial Relations<br>Division of Worker's Compensation<br>Department of Natural Resources<br>PO Box 899<br>Jefferson City MO  65102<br>Tel:  573 751 8865<br>Fax: 573 751-4254<br>shelley.forrest@ago.mo.gov |
| Alan R. Brayton Esquire<br>Brayton Purcell<br>222 Rush Landing Road<br>Novato CA  94945<br>Tel:  415 898 1555<br>Fax:  415 898 1247<br>bankruptcy@braytonlaw.com | |

| | |
|---|---|
| Patrick C. Malouf Esquire<br>Porter & Malouf, P.A.<br>PO Box 12768<br>Jackson MS 39236<br>Tel: 601 957 1173<br>Fax: 601 957 7366<br>patrick@portermalouf.com | David A. Jagonlinzer Esquire<br>Ferraro & Associates<br>4000 Ponce De Leon Blvd., STE 700<br>Miami FL 33146<br>Tel: 305 775 0111<br>Fax: 305 379 6222<br>daj@ferrarolaw.com |
| Joseph F. Rice Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant SC 29464<br>Tel: 843 216 9159<br>Fax: 843 216 9450<br>jrice@motleyrice.com | Jonathan C. Hantke Esquire<br>Pamela H. Walters Esquire<br>Aldine Independent School District<br>14910 Aldine-Westfield Road<br>Houston TX 77032<br>Tel: 281 985 6319<br>Fax: 281 985 6321<br>bnkatty@aldine.k12.tx.us |
| Deborah L. Thorne Esquire<br>Barnes & Thornburg, LLP<br>One North Wacker Drive, Suite 4400<br>Chicago IL 60606<br>Tel: 312 357 1313<br>Fax: 312 759 5646<br>deborah.thorne@btlaw.com | Julie A. Ardoin Esquire<br>The Murray Law Firm<br>909 Poydras Street, Suite 2550<br>New Orleans LA 70112-4000<br>Tel: 504 525 8100<br>Fax: 504 584 5224<br>dlawless@murray-lawfirm.com |
| Jeffrey A. Schaffer<br>Spectrum Group Management LLC<br>1250 Broadway, STE 810<br>New York NY 10001<br>Tel: 212 687 9555 X 11<br>Fax: 212 983 2322<br>jschaffer@spectrumgp.com | Noel C. Burnham Esquire<br>Montgomery McCracken Walker & Rhoads,<br>LLP<br>300 Delaware Avenue, STE 750<br>Wilmington DE 19801<br>Tel: 302 504 7800<br>Fax: 302 504 7820<br>nburnham@mmwr.com |
| Shepard A. Hoffman Esquire<br>The Hoffman Law Firm<br>Highland Park Place<br>4514 Cole Avenue, STE 806<br>Dallas TX 75205<br>shoffman@shephoffman.com | Kimberly M. Stoker Esquire<br>Shapiro Sher Guinto & Sandler<br>36 S. Charles St., 20th Floor<br>Baltimore MD 21201<br>kms@shapirosher.com |
| Craig Goldblatt Esquire<br>Nancy L. Manzer Esquire<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2445 M Street, N.W.<br>Washington DC 20037<br>Tel: 202 663 6000<br>craig.goldblatt@wilmerhale.com<br>nancy.manzer@wilmerhale.com | William J. Bowman Esquire<br>Edward B. Parks, II Esquire<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, N.W.<br>Washington DC 20004<br>Tel: 202 637 5600<br>wjbowman@hhlaw.com<br>ebparks@hhlaw.com |

| Paul S. McGrath, Jr., Esquire<br>Derek J. Ferace Esquire<br>McGrath & Associates, P.C.<br>Three Gateway Center<br>401 Liberty Avenue, 13th Floor<br>Pittsburgh PA  15222<br>Tel:  412 281 4333<br>Fax:  412 281 2141<br>dferace@lenderlaw.com | |

## THE FOLLOWING RECEIVED SERVICE BY FAX

| | |
|---|---|
| Steven J. Kherkher Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, STE 600<br>Houston TX 77017<br>Tel: 713 230 2314<br>Fax: 713 643 6226 | Michael P. Cascino Esquire<br>Cascino Vaughan Law Offices, Ltd.<br>403 W. North Avenue<br>Chicago IL 60610-1117<br>Tel: 312 944 0600<br>Fax: 312 944 1870 |
| Jim R. Ross Esquire<br>McCurdy & McCurdy, L.L.P.<br>524 E. Lamar Boulevard, Suite 250<br>Arlington TX 76011<br>Tel: 817 649 8600<br>Fax: 817 649 5008 | David P. McClain Esquire<br>Daniel F. Patchin Esquire<br>McClain, Leppert & Maney, P.C.<br>711 Louisiana, Suite 3100<br>South Tower, Pennzoil Place<br>Houston TX 77002<br>Tel: 713 654 8001<br>Fax: 713 654 8818 |
| Shannon Dettmer<br>Bureau of Radiation Protection<br>Ohio Department of Health<br>246 North High Street<br>PO Box 118<br>Columbus OH 43216<br>Tel: 614 995 0761<br>Fax: 614 466 0381 | Peter G. Angelos Esquire<br>Peter G. Angelos, P.C.<br>5905 Harford Road<br>Baltimore, MD 21214<br>Tel: 410 426 3200<br>Fax: 410 426 1269 |
| John D. Cooney Esquire<br>Cooney & Conway<br>120 N. LaSalle, Suite 3000<br>Chicago IL 60602<br>Tel: 312 236 6166<br>Fax: 312 236 3029 | Jerrold S. Kulback Esquire<br>Archer & Greiner, P.C.<br>One Centennial Square<br>East Euclid Avenue<br>Haddonfield NJ 08033<br>Tel: 856 795 2121<br>Fax: 856 795 0574 |
| Lance J. Vander Linden Esquire<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, STE 350<br>Dallas TX 75243<br>Tel: 972 643 6600<br>Fax: 972 643 6698 | James E. Wimberley Esquire<br>McPherson, Monk, Hughes, Bradley &<br>Wimberley, L.L.P.<br>3120 Central Mall Drive<br>Port Arthur TX 77642<br>Tel: 409 724 6644<br>Fax: 409 724 7585 |
| Carlo R. Wessels Esquire<br>E. Jason Atkins Esquire<br>Hemmer Spoor Pangburn DeFrank PLLC<br>250 Grandview Drive, Suite 200<br>Ft. Mitchell KY 41017<br>Tel: 859 344 1188<br>Fax: 859 578 3869 | Kevin R. McNulty Esquire<br>German, Gallagher & Murtagh<br>200 S. Broad Street, #500<br>Philadelphia PA 19102<br>Tel: 215 790 8400<br>Fax: 215 790-8500 |

| | |
|---|---|
| Joseph C. Gruber Esquire<br>Michael P. Cussen Esquire<br>McCaslin, Imbus & McCaslin<br>632 Vine Street, Suite 900<br>Cincinnati OH 45202<br>Tel: 513 421 4646<br>Fax: 513 421 7929 | Lisa Moring<br>Litigation Case Manager<br>Travelers Insurance Company<br>One Tower Square, 5MN<br>Hartford CT 06183-4044<br>Tel: 860 277 6453<br>Fax: 860 277 2158 |
| Andrew B. Kaplan Esquire<br>Law Offices of Andrew B. Kaplan Esquire<br>3563 Fourth Avenue<br>San Diego CA 92103-4912<br>Tel: 619 232 1991<br>Fax: 619 232 1989 | James W. Stanley Jr. Esquire<br>Stanley Law Firm, P.A.<br>301 North Broadway<br>North Little Rock AR 72114<br>Tel: 501 324 2889<br>Fax: 501 324 2820 |
| Michael Reed Esquire<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 26990<br>Austin TX 78755<br>Tel: 512 451 9000<br>Fax: 512 454 1881 | Sean Johnston<br>The Hartford<br>Hartford Plaza T-6-93<br>Hartford CT 06115<br>Tel: 860 547 7783<br>Fax: 860 547 8700 |
| Wayne Karbal<br>Karbal, Cohen, Economou and Dunne<br>200 S. Michigan Avenue, Suite 2100<br>Chicago IL 60604<br>Tel: 312 431 3700<br>Fax: 312 431 3670 | Victoria Reardon, Esq.<br>Assistant Attorney General<br>State of Michigan, Dept. of Attorney General,<br>Revenue & Collections Division<br>Treasury Building, 1st Floor<br>Lansing MI 48922<br>Tel: 313 456-0140<br>Fax: 313 456-0141 |
| Sherry Moreau, Senior Counsel<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475<br>Tel: 573 751 5531<br>Fax: 573 751 7232 | |

## OFFICIAL SERVICE LIST
## GLOBAL INDUSTRIAL TECHNOLOGIES, INC., *et al.*

| | |
|---|---|
| Jon A. Allegretti Esquire<br>Global Industrial Technologies, Inc.<br>Cherrington Corporate Center<br>400 Fairway Drive<br>Moon Township PA  15108<br>Tel:  412 375 6674<br>Fax:  412 375 6957<br>jallegretti@anhrefractories.com | Robert P. Simons Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh PA  15219<br>Tel:  412 288 7294<br>Fax:  412 288 3063<br>Counsel to the Debtors<br>rsimons@reedsmith.com |
| Jeffrey N. Rich Esquire<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York NY  10022<br>Tel:  212 536 3900<br>Fax:  212 536 3901<br>Counsel to Dresser Industries, Inc.<br>jrich@klng.com | Michael G. Zanic Esquire<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh PA  15222<br>Tel:  412 355 6500<br>Fax:  412 355 6501<br>Counsel to Dresser Industries, Inc.<br>mzanic@klng.com |
| Philip E. Milch Esquire<br>Campbell & Levine, LLC<br>1700 Grant Building<br>Pittsburgh PA  15219<br>Tel:  412 261 0310<br>Fax:  412 261 5066<br>Counsel to Official Committee of Asbestos Creditors<br>pem@camlev.com | Peter Van N. Lockwood Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington DC  20005<br>Tel:  202 862 5000<br>Fax:  202 429 3301<br>Counsel to Official Committee of Asbestos Creditors<br>pvnl@capdale.com |
| Elihu Inselbuch Esquire<br>Caplin & Drysdale Chartered<br>375 Park Avenue, 35th Floor<br>New York NY  10152<br>Tel:  212 319 7125<br>Fax:  212 644 6755<br>Counsel to Official Committee of Asbestos Creditors<br>ei@capdale.com | Robert G. Sable Esquire<br>Sally Edison Esquire<br>McGuireWoods LLP<br>Dominion Tower, 23rd Floor<br>625 Liberty Avenue<br>Pittsburgh PA  15222<br>Tel:  412 667 7936<br>Fax:  412 667 6050<br>Counsel to the Official Committee of Trade Creditors<br>sedison@mcguirewoods.com |

| | |
|---|---|
| Kathy Robb Esquire<br>Office of the U.S. Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh PA  15219<br>Tel:  412 644 4756<br>Fax:  412 644 4785<br>kathleen.robb@usdoj.gov | Mr. Lawrence Fitzpatrick<br>1009 Lennox Drive<br>Building 4, Suite 101<br>Lawrenceville, NJ  08648<br>Tel:  609 219 8862<br>Fax:  609 620 1466<br>Legal Representative for Future Claimants<br>lfitzpatrick@theccr.com |
| Joel M. Helmrich Esquire<br>Meyer, Unkovic & Scott LLP<br>1300 Oliver Building<br>Pittsburgh PA  15222<br>Tel:  412 456 2841<br>Fax:  412 456 2864<br>Counsel to the Legal Representative for Future Claimants<br>jmh@muslaw.com | James L. Patton Jr. Esquire<br>Edwin J. Harron Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington DE  19801<br>Tel:  302 571 6600<br>Fax:  302 571 1253<br>Counsel to Legal Representative for Future Claimants<br>jpatton@ycst.com<br>eharron@ycst.com |
| Philip A. Pahigian<br>6 Stonehedge Court<br>Little Silver, NJ  07739-1804<br>Tel: (732) 936-1460<br>Legal Representative for Future Silica Personal Injury Claimants of A.P. Green Industries, Inc., *et al.* | Gary Philip Nelson Esquire<br>Sherrard, German & Kelly, P.C.<br>2800 Two PNC Plaza<br>620 Liberty Avenue<br>Pittsburgh, PA  15222-2602<br>Tel:  (412) 258-6720<br>Fax:  (412) 261-6221<br>Counsel to Legal Representative for Future Silica Personal Injury Claimants of A.P. Green Industries, Inc., *et al.*<br>gpn@sgkpc.com |

**AMENDED 2002 SERVICE LIST (3/21/06)**
**GIT PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002**

| | |
|---|---|
| Deirdre Woulfe Pacheco Esquire<br>Wilentz Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge NJ  07095<br>Tel:  732 855 6189<br>Fax:  732 726 6627<br>dpacheco@wilentz.com | S. James Wallace Esquire<br>Griffith McCague & Wallace PC<br>Suite 3626 Gulf Tower<br>707 Grant Street<br>Pittsburgh PA  15219<br>Tel:  412 803 3690<br>Fax:  412 803 3678<br>ktf@gmwpclaw.com |
| Theodore Goldberg Esquire<br>Mark C. Meyer Esquire<br>James J. Bedortha Esquire<br>Goldberg Persky & White, P.C.<br>1030 Fifth Avenue<br>Pittsburgh PA  15219<br>Tel:  412 471 3980<br>Fax:  412 471 8308<br>tgoldberg@gpwlaw.com<br>mmeyer@gpwlaw.com<br>jbedortha@gpwlaw.com | Steven T. Baron Esquire<br>J. Todd Kale Esquire<br>Silber Pearlman, L.L.P.<br>2711 N. Haskell Avenue<br>Fifth Floor, LB 32<br>Dallas TX  75204<br>Tel:  214 874 7000<br>Fax:  214 824 8100<br>sbaron@splaw.com |
| Joel M. Walker Esquire<br>Duane Morris LLP<br>600 Grant Street, STE 5010<br>Pittsburgh PA  15219<br>Tel:  412 497 1042<br>Fax:  412 497 1001<br>jmwalker@duanemorris.com | Raniero D'Aversa Jr. Esquire<br>Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York NY  10019<br>Tel:  212 506 2500<br>Fax:  212 262 1910<br>rdaversa@mayerbrown.com |
| William K. Brown<br>Resco Products Inc.<br>Penn Center West 2, Suite 430<br>Pittsburgh PA  15276<br>Tel:  412 294 1024<br>Fax:  412 294 1083<br>bill.brown@rescoproducts.com | Sander L. Esserman Esquire<br>Stutzman Bromberg Esserman & Plifka<br>2323 Bryan Street, STE 2200<br>Dallas TX  75201<br>Tel:  214 969 4900<br>Fax:  214 969 4999<br>esserman@sbep-law.com<br>jeffery@sbep-law.com |
| Robert S. Bernstein Esquire<br>Bernstein Law Firm, P.C.<br>1133 Penn Avenue<br>Pittsburgh PA  15222<br>Tel:  412 456 8101<br>Fax:  412 456 8251<br>bob@bernsteinlaw.com | Thomas E. Reilly Esquire<br>Thomas E. Reilly, P.C.<br>2025 Greentree Road<br>Pittsburgh PA  15220<br>Tel:  412 341 1600<br>Fax:  412 341 9996<br>tereilly@tomreillylaw.com |

| | |
|---|---|
| Charles S. Siegel Esquire<br>Waters & Kraus, LLP<br>3219 McKinney Avenue, Suite 3000<br>Dallas TX 75204<br>Tel:  214 357 6244<br>Fax:  214 871 2263<br>siegel@awpk.com | Alan R. Brayton Esquire<br>Christina C. Skubic<br>Brayton Purcell<br>222 Rush Landing Road<br>Novato CA  94945<br>Tel:  415 898 1555<br>Fax:  415 898 1247<br>bankruptcybraytonlaw.com |
| Joseph F. Rice Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant SC  29464<br>Tel:  843 216 9159<br>Fax:  843 216 9450<br>jrice@motleyrice.com | Gerald F. Ellersdorfer Esquire<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco CA  94105<br>Tel:  415 247 8300<br>Fax:  415 247 8310<br>ppeters@kllaw.com<br>gellersdorfer@kllaw.com |
| Leonard P. Goldberger Esquire<br>Stevens & Lee<br>1818 Market Street, 29th Floor<br>Philadelphia PA  19103<br>Tel:  215 751 2864<br>Fax:  610 371 7376<br>lpg@stevenslee.com | Peter G. Angelos Esquire<br>Paul M. Matheny Esquire<br>Peter G. Angelos, P.C.<br>5905 Harford Road<br>Baltimore, MD  21214<br>Tel:· 410 426 3200<br>Fax:  410 426 6166<br>pmatheny@lawpga.com |
| L. John Argento Esquire<br>Jason Archinaco Esquire<br>John W. Burns Esquire<br>Dickie McCamey & Chilcote, P.C.<br>Two PPG Place, STE 400<br>Pittsburgh PA  15222<br>Tel:  412 281 7272<br>Fax:  412 392 5367<br>burnsj@dmclaw.com | Mark D. Plevin Esquire<br>Clifford B. Hendler Esquire<br>Kathryn A. Underhill Esquire<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington DC  20004-2595<br>Tel:  202 624 2500<br>Fax:  202 628 5115<br>mplevin@crowell.com<br>chendler@crowell.com<br>dflorin@crowell.com<br>kunderhill@crowell.com<br>cgallu@crowell.com |
| Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>Attn:  Lawrence F. Landraff Esquire<br>1200 K Street, NW<br>Washington DC  20005<br>Tel:  202 326 4020 X 3047<br>Fax:  202 326 4112<br>landgraff.larry@pbgc.gov | Office of Attorney General<br>Robert C. Edmundson<br>Senior Deputy Attorney General<br>Counsel to Pennsylvania<br>Department of Revenue<br>5th Floor, Manor Complex<br>564 Forbes Avenue<br>Pittsburgh PA  15219<br>Tel:  412 565 2575<br>Fax:  412 565 3023<br>redmundson@attorneygeneral.gov |

Michael S. Davis Esquire
Mary G. McCarthy Esquire
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York NY  10022
Fax:  212 753 0396
mdavis@zeklaw.com
mmccarthy@zeklaw.com

Barry L. Katz Esquire
General Refractories Company
225 City Avenue, Suite 14
Bala Cynwyd PA  19004
Tel:  610 66- 8806
Fax:  610 660 8817
barrylkatz@aol.com

David A. Jagonlinzer Esquire
Ferraro & Associates
4000 Ponce De Leon Blvd., STE 700
Miami FL  33146
Tel:  305 775 0111
Fax: 305 379 6222
daj@ferrarolaw.com

Deborah Candace Phillips
PA Dept of Labor & Industry
914 Penn Avenue, 6th Floor
Pittsburgh PA  15222
Tel:  412 880 0292
Fax:  412 880 0286
dephillips@state.pa.us

Patrick C. Malouf Esquire
Porter & Malouf, P.A.
PO Box 12768
Jackson MS  39236
Tel:  601 957 1173
Fax:  601 957 7366
patrick@portermalouf.com

Jonathan Krassenstein Esquire
Krassenstein & Associates
7500 Brooktree Road
Wexford PA  15090
Tel:  724 935 6227
Fax:  724 935 0742
jtk@krasslaw.com

Douglas L. Lutz Esquire
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati OH  45202-4182
Tel:  513 651 6800
Fax:  513 651 6981
dlutz@fbtlaw.com

William P. Shelley Esquire
Cozen O'Connor, P.C.
1900 Market Street
Philadelphia PA  19103-3508
Tel:  215 665 2000
Fax:  215 665 2013
wshelley@cozen.com

Bruce G. Arnold Esquire
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, STE 1900
Milwaukee WI  53202
Tel:  414 273 2100
Fax:  414 223 5000
barnold@whdlaw.com

Jeffrey Kurtzman Esquire
Klehr, Harrison, Harvey, Branzburg
   & Ellers LLP
260 South Broad Street
Philadelphia PA  19102
Tel:  215 569 4493
Fax:  215 568 6603
jkurtzman@klehr.com

Betsy Morgan Garvin Esquire
Spencer Fane Britt & Browne LLP
1000 Walnut Street, STE 1400
Kansas City MO  64105
Tel:  816 474 8100
Fax:  816 474 3216
bgarvin@spencerfane.com

George L. Cass Esquire
Buchanan Ingersoll Professional Corporation
One Oxford Centre, 20th Floor
Pittsburgh PA  15219
Tel:  412 562 8914
Fax:  412 562 1041
cassgl@bipc.com

| | |
|---|---|
| Andrea S. Hartley Esquire<br>Akerman Senterfitt & Eidson, P.A.<br>One Southeast Third Avenue, 28th Floor<br>Miami FL 33131-1704<br>Tel: 305 374 5600<br>Fax: 305 374 5095<br>ahartley@akerman.com | Andrew P. Lederman Esquire<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Ave of the Americas, 24th Floor<br>New York, NY 10020<br>Tel: 212 768 6700<br>Fax: 212 768 6800<br>alederman@sonnenschein.com |
| William J. Bowman Esquire<br>Patrick F. Hofer Esquire<br>Christopher P. Cardaci Esquire<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington DC 20004<br>Tel: 202 637 5600<br>Fax: 202 637 5910<br>ebparks@hhlaw.com<br>wjbowman@hhlaw.com<br>jpruggeri@hhlaw.com<br>gwmayo@hhlaw.com<br>ppskalaban@hhlaw.com | Robert B. Millner Esquire<br>Sonnenschein Nath & Rosenthal, LLP<br>8000 Sears Tower<br>Chicago IL 60606<br>Tel: 312 876 7994<br>Fax: 312 876 7934<br>rmillner@sonnenschein.com |
| Matthew A. Hamermesh Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia PA 19103<br>Tel: 215 568 6200<br>Fax: 215 568 0300<br>mhamermesh@hangley.com | David E. Schoenfeld Esquire<br>Grippo & Elden LLC<br>111 South Wacker Drive<br>Chicago IL 60606<br>Tel: 312 704 7700<br>Fax: 312 558 1195<br>dschoenfeld@grippoelden.com |
| Ruth C. Salter-J220<br>CSX Transportation Co.<br>301 West Bay Street<br>Jacksonville FL 32202<br>Tel: 904 633 4807<br>Fax: 904 633 1109<br>ruth_salter@csx.com | George T. Snyder Esquire<br>Stonecipher, Cunningham, Beard & Schmitt, P.C.<br>125 First Avenue<br>Pittsburgh PA 15222<br>Tel: 412 391 8510<br>Fax: 412 391 8522<br>gsnyder@scbslaw.com |
| Michael R. Enright Esquire<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford CT 06103<br>Tel: 860 275 8290<br>Fax: 860 275 8299<br>menright@rc.com | Geoffrey J. Peters Esquire<br>Weltman, Weinberg & Reis Co., L.P.A.<br>175 South Third Street, Suite 900<br>Columbus OH 43215<br>Tel: 614 857 4327<br>Fax: 614 222 2193<br>gpeters@weltman.com |

| | |
|---|---|
| David R. Jury Esquire<br>Assistant General Counsel<br>United Steelworkers of America<br>Five Gateway Center, Room 807<br>Pittsburgh PA  15222<br>Tel:  412 562 2546<br>Fax:  412 562 2574<br>djury@uswa.org | Maureen Kroll Esquire<br>Norwin Hills Office Part, Suite 203<br>8981 Norwin Avenue<br>North Huntingdon PA  15642<br>Tel:  724 863 6770<br>Fax:  724 863 7265<br>mkroll.sandy@verizon.net |
| James P. Valecko Esquire<br>Weltman Weinberg & Reis Co., L.P.A.<br>2718 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh PA  15219<br>Tel:  412 434 7955<br>Fax:  412 338 7130<br>awisloski@weltman.com | Beverly Weiss Manne Esquire<br>Michael A. Shiner Esquire<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh PA  15222<br>Fax:  412 594 5619<br>bmanne@tuckerlaw.com<br>mshiner@tuckerlaw.com |
| Scott W. Wert Esquire<br>Foster & Sear, L.L.P.<br>524 E. Lamar Boulevard, STE 200<br>Arlington TX  76011<br>Tel:  817 633 3305<br>Fax:  817 633 5507<br>dclement@fostersear.com | Robert L. Kline III Esquire<br>35 Franklin Boulevard<br>Reisterstown MD  21136<br>Tel:  410 526 9551<br>Fax:  410 526 9554<br>rlkline@thecreditorsfirm.com |
| Michael F. McGrath Esquire<br>Ravich Meyer Kirkman McGrath & Nauman,<br>P.A.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis MN  55402<br>Tel:  612 332 8511<br>Fax:  612 332 8302<br>mfmcgrath@ravichmeyer.com | Alan Horowitz Esquire<br>Buchalter Nemer Fields & Younger<br>18400 Von Karman Avenue, STE 800<br>Irvine CA  92612<br>Tel:  949 760 1121<br>Fax:  949 720 0182<br>ahorowitz@buchalter.com |
| Jeremiah W. Nixon Attorney General<br>Shelley L. Forrest, Asst Atty General<br>MO Dept. of Labor and Industrial Relations<br>Division of Worker's Compensation<br>Department of Natural Resources<br>PO Box 899<br>Jefferson City MO  65102<br>Tel:  573 751 8865<br>Fax:  573 751-4254<br>shelley.forrest@ago.mo.gov | Paul Koepff Esquire<br>Andrew Frackman Esquire<br>Tancred Schiavoni Esquire<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York NY  10036<br>Tel:  212 326 2000<br>Fax:  212 326 2061<br>afrackman@omm.com<br>tschiavoni@omm.com<br>cebrowne@omm.com |

| | |
|---|---|
| Louis C. Long Esquire<br>Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C.<br>US Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh PA  15219<br>Tel:  412 261 6600<br>Fax:  412 471 2754<br>llong@mdbbe.com | Paul A. Bradley Esquire<br>McCarter & English LLP<br>919 North Market Street, STE 1800<br>PO Box 111<br>Wilmington DE  19899<br>Tel:  302 984 6300<br>Fax:  302 984 6399<br>pbradley@mccarter.com |
| Linda Strickland<br>Vanderburgh County Treasurer<br>1 NW Martin Luther King Jr. Boulevard<br>Evansville IN  47708<br>Tel:  812 435 5248<br>Fax:  812 435 5341<br>treasurer@vanderburghgov.org | Scott Pennock and Ellen Burchfield<br>Legal Department<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland MI  48674<br>Tel:  989 636 1000<br>Fax:  989 638 9393<br>eburchfield@dow.com |
| Julie A. Ardoin Esquire<br>The Murray Law Firm<br>909 Poydras Street, Suite 2550<br>New Orleans LA  70112-4000<br>Tel:  504 525 8100<br>Fax:  504 584 5224<br>dlawless@murray-lawfirm.com | Suzanne Keys Esquire<br>Byrd, Gibbs & Martin, PLLC<br>PO Box 19<br>Jackson MS  39205<br>Tel:  601 354 1210<br>Fax:  601 354 1254<br>skeys@byrdassoc.com |
| David W. Lampl Esquire<br>Kimberly A. Coleman Esquire<br>John M. Steiner Esquire<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 30th Floor<br>Pittsburgh PA  15219<br>Tel:  412 261 1600<br>Fax:  412 227 5551<br>dlampl@leechtishman.com<br>kcoleman@leechtishman.com<br>jsteiner@leechtishman.com | Paul S. McGrath, Jr., Esquire<br>Derek J. Ferace Esquire<br>McGrath & Associates, P.C.<br>Three Gateway Center<br>401 Liberty Avenue, 13th Floor<br>Pittsburgh PA  15222<br>Tel:  412 281 4333<br>Fax:  412 281 2141<br>dferace@lenderlaw.com |
| Craig Goldblatt Esquire<br>Nancy L. Manzer Esquire<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2445 M Street, N.W.<br>Washington DC  20037<br>Tel:  202 663 6000<br>craig.goldblatt@wilmerhale.com<br>nancy.manzer@wilmerhale.com | William J. Bowman Esquire<br>Edward B. Parks, II Esquire<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, N.W.<br>Washington DC  20004<br>Tel:  202 637 5600<br>wjbowman@hhlaw.com<br>ebparks@hhlaw.com |

**THE FOLLOWING WERE SERVED VIA FAX**

| | |
|---|---|
| Donna Ellison-APCA Credit A6327<br>Air Products and Chemicals, Inc.<br>7201 Hamilton Boulevard<br>Allentown PA 18195-1501<br>Tel: 610 481 2448<br>Fax: 610 481 2244 | John R. Knapp Jr. Esquire<br>Preston Gates & Ellis LLP<br>701 Fifth Avenue, Suite 5000<br>Seattle WA 98104-7078<br>Tel: 206 623 7580<br>Fax: 206 623 7022 |
| Robert H. Davis<br>District Credit & Collections Manager<br>Browing Ferris Industries, Inc.<br>5757A Oates Road<br>Houston TX 77078<br>Tel: 713 671 1565<br>Fax: 713 675 3660 | Steven J. Kherkher Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, STE 600<br>Houston TX 77017<br>Tel: 713 230 2314<br>Fax: 713 643 6226 |
| Michael V. Kelley Esquire<br>Robert A. Marcis Esquire<br>Thomas M. Wilson Esquire<br>Kelley & Ferraro, L.L.P.<br>1901 Penton Media Building<br>1300 East Ninth Street<br>Cleveland OH 44114<br>Tel: 216 575 0777<br>Fax: 216 575 0799 | Christa Goodwin-Vazquez<br>Litigation Management<br>The Travelers Insurance Company<br>One Tower Square, 5MN<br>Hartford CT 06183<br>Tel: 860 277 3373<br>Fax: 860 277 2158 |
| Edward B. Friedman Esquire<br>Eliott S. Katz Esquire<br>Friedman and Friedman<br>900 Fifth Avenue<br>Pittsburgh PA 15219<br>Tel: 412 261 5834<br>Fax: 412 261 0350 | Jim R. Ross Esquire<br>McCurdy & McCurdy, L.L.P.<br>524 E. Lamar Boulevard, Suite 250<br>Arlington TX 76011<br>Tel: 817 649 8600<br>Fax: 817 649 5008 |
| Leblanc & Waddell LLC<br>The Essen Centre, Suite 420<br>5353 Essen Lane<br>Baton Rouge, LA 70809<br>Tel: 225-768-7222<br>Fax: 225-768-7999 | Sam Grego Esquire<br>DKW Law Group, PC<br>600 Grant Street, 58th Floor<br>Pittsburgh PA 15219<br>Tel: 412 355 2600<br>Fax: 412 355 2609 |
| Robert A. Pritchard Esquire<br>Law Offices of Robert A. Pritchard<br>934 Jackson Avenue<br>Pascagoula MS 39568<br>Tel: 228 762 8877<br>Fax: 228 762 6005 | Philipp L. Rimmler Esquire<br>Paul William Beltz, P.C.<br>36 Church Street<br>Buffalo NY 14202<br>Tel: 716 852 1000<br>Fax: 716 852 5887 |

| | |
|---|---|
| Michael Smith<br>Metal Products Inc.<br>PO Box 479<br>Jefferson City MO 65102<br>Tel: 573 635 6121<br>Fax: 573 635 9101 | Galligan, Tully, Doyle & Ried, PC<br>The Plaza, Suite 5<br>300 Walnut Street<br>Des Moines IA 50309<br>Tel: 515 282 3333<br>Fax: 515 282 0318 |
| Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield TX 75638<br>Tel: 903 645 7333<br>Fax: 903 645 5389 | James E. Wimberley Esquire<br>McPherson, Monk, Hughes, Bradley &<br>Wimberley, L.L.P.<br>3120 Central Mall Drive<br>Port Arthur TX 77642<br>Tel: 409 724 6644<br>Fax: 409 724 7585 |
| Theresa L. Wasser Esquire<br>Burns, White & Hickton, LLC<br>120 Fifth Avenue, STE 2400<br>Pittsburgh PA 15222<br>Tel: 412 803 3149<br>Fax: 412 281 1352 | |
| Elliot H. Herskowitz<br>Regen Capital I, Inc.<br>2109 Broadway, Suite 206<br>PO Box 626<br>Planetarium Station<br>New York NY 10024<br>Tel: 888 501 0990<br>Fax: 212 501 7088 | Papernick & Gefsky, P.C.<br>One Oxford Centre, 34th Floor<br>Pittsburgh PA 15219<br>Tel: 412 765 2212<br>Fax: 412 765 3319 |
| John P. Dillman Esquire<br>Linebarger Goggan Blair Pena & Sampson,<br>LLC<br>PO Box 3064<br>Houston TX 77253-3064<br>Tel: 713 844 3400<br>Fax: 713 844 3503 | David E. Cherry Esquire<br>Campbell Cherry Harrison Davis & Dove, P.C.<br>5 Ritchie Road<br>Waco TX 76702-1387<br>Tel: 254 761 3300<br>Fax: 254 761 3301 |
| Victoria Reardon, Esq.<br>Assistant Attorney General<br>State of Michigan, Dept. of Attorney General,<br>Revenue & Collections Division<br>Treasury Building, 1st Floor<br>Lansing MI 48922<br>Tel: 313 456-0140<br>Fax: 313 456-0141 | William D. Fergus Jr. Esquire<br>103 North Union Street, Suite A<br>Delaware OH 43015<br>Tel: 740 363 1324<br>Fax: 740 548 5443 |

| | |
|---|---|
| Thomas M. McBride Esquire<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, STE 500<br>Seattle WA  98104-2323<br>Tel:  206 587 0700<br>Fax:  206 587 2308 | Ryan A. Foster Esquire<br>The Foster Law Firm P.L.L.C.<br>440 Louisiana STE 2100<br>Houston TX  77002<br>Tel:  713 236 2900<br>Fax:  713 236 0566 |
| Oscar B. Fears III Esquire<br>Assistant Attorney General<br>Georgia Department of Revenue<br>40 Capitol Square, SW<br>Atlanta GA  30334<br>Tel:  404 656 3303<br>Fax:  404 657 3239 | Elizabeth Weller Esquire<br>Linebarger Goggan Blair Pena & Sampson, LLP<br>2323 Bryan Street<br>1720 Univision Center<br>Dallas TX  75201-2644<br>Tel:  214 880 0089<br>Fax: 469-221-5002 |
| Sherry Moreau, Senior Counsel<br>MO Dept. of Revenue, Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO  65105-0475<br>Tel:  573 751 5531<br>Fax:  573 751 7232 | Joseph H. Chivers Esquire<br>Suite 600<br>312 Boulevard of the Allies<br>Pittsburgh PA  15222<br>Tel:  412 281 1110<br>Fax:  412 281 8481 |

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | ) | Proceedings for a |
| In re: | ) | Reorganization under Chapter 11 |
| | ) | |
| NORTH AMERICAN | ) | |
| REFRACTORIES COMPANY, *et al.*, | ) | Case No. 02-20198 |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Related to Document No. 3889, 4846, and |
| | ) | 5321 |
| Debtors. | ) | |
| | ) | |
| In re: | ) | Proceedings for a |
| | ) | Reorganization under Chapter 11 |
| GLOBAL INDUSTRIAL | ) | |
| TECHNOLOGIES, INC., *et al.*, | ) | |
| | ) | Case No. 02-21626 |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related to Document No. 5427, 6869, 6870, |
| | ) | 6873, 6875, 7091, 7185, 7186, and 7188. |

**REVISED ORDER CONFIRMING THIRD AMENDED PLAN OF REORGANIZATION
FOR NORTH AMERICAN REFRACTORIES COMPANY, *ET AL.* DATED DECEMBER
28, 2005 AND THIRD AMENDED PLAN OF REORGANIZATION FOR GLOBAL
INDUSTRIAL TECHNOLOGIES, INC., *ET AL.* DATED DECEMBER 28, 2005 AS
SUPPLEMENTED AND RECOMMENDING THAT THE DISTRICT COURT ISSUE
A FINAL CONFIRMATION ORDER AND ISSUE OR AFFIRM THE INJUNCTIONS**

**AND NOW**, this 13th day of November, 2007, for the reasons expressed in the foregoing

Memorandum Opinion, together with our Findings of Fact and Conclusions of Law, the

Bankruptcy Court hereby confirms:

  A.  The Third Amended Plan of Reorganization dated December 28, 2005 of North

American Refractories Company, *et al.*, as amended, revised or supplemented by:

    1.  Modification to the Third Amended Plans of Reorganization Dated
      December 28, 2005 of North American Refractories Company and Its
      Subsidiaries and Global Industrial Technologies, Inc. and Its Subsidiaries
      filed June 21, 2006 at NARCO Doc. # 4454;

    2.        Proposed Directors, Trustees and Trust Advisory Committee Members filed June 21, 2006 at NARCO Doc. # 4455;

    3.        Notice of Proposed Initial Trustees filed May 17, 2007 at Doc. # 5145;

    4.        Supplement to North American Refractories Company, *et al*. Protected Parties filed October 1, 2007 at NARCO Doc. # 5420; and

    5.        October 25, 2007 Technical Amendments to Third Amended Plans of Reorganization Dated December 28, 2005 of North American Refractories Company and Its Subsidiaries and Global Industrial Technologies, Inc. and Its Subsidiaries filed October 25, 2007 at NARCO Doc. # 5451; and

B.     The Third Amended Plan of Reorganization dated December 28, 2005 of Global

Industrial Technologies, Inc., *et al*., as amended, modified, or supplemented by:

    1.        Modification to the Third Amended Plans of Reorganization Dated December 28, 2005 of North American Refractories Company and Its Subsidiaries and Global Industrial Technologies, Inc. and Its Subsidiaries filed June 21, 2006 at GIT Doc. # 6244;

    2.        Proposed Directors, Trustees and Trust Advisory Committee Members filed June 21, 2006 at GIT Doc. # 6245;

    3.        Amendment dated December 15, 2006 to Third Amended Plan of Reorganization Dated December 28, 2005 of Global Industrial Technologies, Inc. and its subsidiaries filed December 15, 2006 at GIT Doc. #6971;

    4.        Amendment to Third Amended Plan of Reorganization of Global Industrial Technologies, Inc. and Its Subsidiaries filed January 30, 2007 at GIT Doc. # 7091;

    5.        Supplement to Global Industrial Technologies, Inc., *et al*. Protected Parties filed October 1, 2007 at GIT Doc. # 7765; and

    6.        October 25, 2007 Technical Amendments to Third Amended Plans of Reorganization Dated December 28, 2005 of North American Refractories Company and Its Subsidiaries and Global Industrial Technologies, Inc. and Its Subsidiaries filed October 25, 2007 at GIT Doc. # 7819.

(collectively, "the Plans").  This Order of Court expressly supersedes the Court's prior Order

dated September 24, 2007 recommending confirmation of the Plans.

The Court finds that the injunctions issued pursuant to the Plans are appropriate under §524(g) regarding asbestos personal injury claims and demands as defined in the Plans and under §105 and §1123(b)(6) regarding the Silica Trust claims and demands as defined in the GIT Plan and hereby issues such injunctions. The Court recommends that the United States District Court for the Western District of Pennsylvania enter a final order in the form of Exhibit 1 hereto confirming the Plans and issuing or affirming the injunctions pursuant to 11 U.S.C. §524(g)(3)(A), §105 and 28 U.S.C. §157(c)(1) ("Confirmation Order").  *See In re Combustion Engineering*, 295 B.R. 159, 488 (Bankr. D. Del. 2003), *rev'd on other grounds*, 391 F.3d 190 (3d Cir. 2004).

The following injunctions are hereby issued:

**Regarding the NARCO Plan**: "that to supplement the injunctive effect of the discharge injunction, THE FOLLOWING PERMANENT CHANNELING INJUNCTION IS ISSUED AND SHALL TAKE EFFECT AS OF THE EFFECTIVE DATE OF THE NARCO PLAN:

**Terms**.  In order to preserve and promote the settlements contemplated by and provided for in the NARCO Plan and to supplement, where necessary, the injunctive effect of the discharge, both provided by Sections 1141 and 524 of the Bankruptcy Code and as described in Article 5 of the NARCO Plan, and pursuant to the exercise of the equitable jurisdiction and power of the Bankruptcy Court under Section 524(g) of the Bankruptcy Code, all Entities which have held or asserted, which hold or assert, or which may in the future hold or assert any NARCO Asbestos Trust Claim or NARCO Asbestos Demand[1] against the NARCO Protected Parties[2], or any of them[3], whenever or wherever arising or

---

[1] The terms "NARCO Asbestos Trust Claim" and "NARCO Asbestos Demand" have the meaning given in Article 1 of the NARCO Plan.

[2] Any of the following parties with respect to NARCO Asbestos Trust Claims and NARCO Asbestos Demands only:

    (i)    Honeywell (only with respect to NARCO Asbestos Trust Claims and NARCO Asbestos Demands derived from the NARCO Product Line);

    (ii)    any Honeywell Affiliate (only with respect to NARCO Asbestos Trust Claims and NARCO Asbestos Demands derived from the NARCO Product Line);

    (iii)    NARCO;

Continued on following page

- 3 -

---

Continued from previous page

(iv)     NARCO-Affiliated Debtors;

(v)      the Reorganized Debtors under the NARCO Plan and the GIT Plan;

(vi)     any Subsidiary of the Reorganized Debtors under the NARCO Plan and the GIT Plan, including without limitation Corrosion IP Corp., Corrosion Technology International Services Company, Corrosion Technology International, Inc., Corrosion Technology Chile S.A., Indresco Jeffrey Industria e Commercio Ltda., Construcciones Refractarias Resca S.A., Global-GIX Canada Inc., 1086215 Ontario Inc., Polymer Pipe Technology, Inc., Harbison-Walker Refractories Limited, Liptak Bradley Limited, CTI Europe N.V., CTI Pacific Chusik Hoesa, CTI Pacific Pty. Limited, GIX Pty. Ltd., PT Harbison-Walker, A.P. Green de Mexico S.A. de C.V., S.A., Zircoa, Inc., NAR Export Sales Ltd., and RHI America Receivables Corporation;

(vii)    any Entity that has provided insurance to NARCO, any of the NARCO-Affiliated Debtors, the Reorganized Debtors, Honeywell, any Honeywell Affiliate for NARCO Asbestos Trust Claims or NARCO Asbestos Demands and that, by Agreement, is a contributor, directly or indirectly, of the proceeds from such insurance to the NARCO Asbestos Trust (but only with respect to the NARCO Asbestos Trust Claims and NARCO Asbestos Demands for which the insurance was provided);

(viii)   any Entity that, pursuant to the NARCO Plan or after the Effective Date becomes a direct or indirect transferee of, or successor to any assets of NARCO, any of the NARCO-Affiliated Debtors, the Reorganized Debtors, or the NARCO Asbestos Trust (but only to the extent that liability for NARCO Asbestos Trust Claims or NARCO Asbestos Demands is asserted to exist by reason of it becoming such a transferee or successor);

(ix)     any Entity that, pursuant to the NARCO Plan or after the Effective Date, makes a loan to any of the Reorganized Debtors or the NARCO Asbestos Trust or to a successor to, or transferee of, any assets of NARCO, any of the NARCO-Affiliated Debtors, the Reorganized Debtors, or the NARCO Asbestos Trust (but only to the extent that liability for NARCO Asbestos Trust Claims or NARCO Asbestos Demands is asserted to exist by reason of such Entity becoming such a lender or to the extent any pledge of assets made in connection with such a loan is sought to be avoided or impaired, based upon the assertion of a NARCO Asbestos Trust Claim or NARCO Asbestos Demand); or

(x)      any present or former officer, director or employee of NARCO, any of the NARCO-Affiliated Debtors, or the Reorganized Debtors to the extent he or she is alleged to be directly or indirectly liable for NARCO Asbestos Trust Claims or NARCO Asbestos Demands based on the conduct of NARCO, the NARCO-Affiliated Debtors, Honeywell, any Honeywell Affiliate or the Reorganized Debtors or by reason of his or her service as a present or former officer, director or employee of NARCO, any of the NARCO-Affiliated Debtors, or the Reorganized Debtors;

(xi)     the RHI AG Entities;

(xii)    the APG Asbestos Trust and APG Silica Trust;

(xiii)   Brickyard Development Partners LP, Empresa de Refractorios Colombianos, S.A., and Materiales Industriales, S.A.

As of October 25, 2007, the NARCO Protected Parties include, but are not limited to, the parties listed on Exhibit C to the Definitions which are attached as Exhibit 1 to the Disclosure Statement as supplemented by the Notice of Supplement to North American Refractories Company, et al., Protected Parties filed at NARCO docket no. 5420. The Debtors reserved the right to amend or supplement Exhibit C to the Definitions until the Confirmation Date pursuant to the provisions of the Bankruptcy Code on appropriate notice, and thereafter amendments or supplements may be made by an order of a court of appropriate jurisdiction on appropriate notice.

asserted, shall, except to the extent otherwise provided in Section 2.3(d) of the NARCO

Asbestos Trust Agreement in respect of Honeywell and the Honeywell Affiliates, be

permanently stayed, restrained and enjoined from taking any action for the purpose of

directly or indirectly collecting, recovering, or receiving payments, satisfaction, or

recovery with respect to any such Claim or Demand, including but not limited to:

A. commencing or continuing in any manner any action or other proceeding of

any kind with respect to any such Claim or Demand, against any of the NARCO

Protected Parties, or against the property of any NARCO Protected Party with

respect to any such Claim or Demand;

---

Continued from previous page

[3] A NARCO Protected Party will receive the protections of the NARCO Channeling Injunction only to the extent permitted by Section 524(g), including 524(g)(4)(A)(ii), which states as follows:

(ii) Notwithstanding the provisions of section 524(e), such an injunction may bar any action directed against a third party who is identifiable from the terms of such injunction (by name or as part of an identifiable group) and is alleged to be directly or indirectly liable for the conduct of, claims against, or demands on the debtor to the extent such alleged liability of such third party arises by reason of –

(I) the third party's ownership of a financial interest in the debtor, a past or present affiliate of the debtor, or a predecessor in interest of the debtor;
(II) the third party's involvement in the management of the debtor or a predecessor in interest of the debtor, or service as an officer, director or employee of the debtor or a related party;
(III) the third party's provisions of insurance to the debtor or a related party; or
(IV) the third party's involvement in a transaction changing the corporate structure, or in a loan or other financial transaction affecting the financial condition, of the debtor or a related party, including but not limited to –
(aa) involvement in providing financing (debt or equity), or advice to an entity involved in such a transaction; or
(bb) acquiring or selling a financial interest in an entity as part of such a transaction.
(iii) As used in the subparagraph, the term "related party" means –
(I) a past or present affiliate of the debtor;
(II) a predecessor in interest of the debtor; or
(III) any entity that owned a financial interest in –
(aa) the debtor;
(bb) a past or present affiliate of the debtor; or
(cc) a predecessor in interest of the debtor.

B.  enforcing, attaching, collecting or recovering, by any manner or means, any judgment, award, decree or order against any of the NARCO Protected Parties or against the property of any NARCO Protected Party with respect to any such Claim or Demand;

C.  creating, perfecting or enforcing any Lien of any kind against any NARCO Protected Party or the property of any NARCO Protected Party with respect to any such Claim;

D.  asserting or accomplishing any setoff, right of subrogation, indemnity, contribution or recoupment of any kind against any obligation due any NARCO Protected Party or against the property of any NARCO Protected Party with respect to any such Claim or Demand; and

E.  taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan Documents[4], with respect to such Claim or Demand.

**Reservations**.  Notwithstanding anything to the contrary above, the NARCO Channeling Injunction shall not enjoin:

A.  the rights of Entities to the treatment accorded them under Article 3 of the NARCO Plan, including the right of Entities with NARCO Asbestos Trust Claims and NARCO Asbestos Demands to assert such Claims or Demands in accordance with the NARCO Asbestos TDP solely against the NARCO Asbestos Trust whether or not there are funds to pay such Claims or Demands;

---

[4] The term "Plan Documents" has the meaning given in Article 1 of the NARCO Plan.

- 6 -

B. the rights of Entities to assert any claim, debt, litigation, or liability for payment of Trust Expenses solely against the NARCO Asbestos Trust; and

C. the NARCO Asbestos Trust from enforcing its rights under the NARCO Asbestos Trust Agreement.

**Modification**. Except as otherwise set forth in Section 2.3(d) of the NARCO Asbestos Trust Agreement, there can be no modification, dissolution or termination of the NARCO Channeling Injunction, which shall be a permanent injunction.

**Non-Limitation**. Except as otherwise set forth in Section 2.3(d) of the NARCO Asbestos Trust Agreement, nothing in the NARCO Plan shall be construed in any way to limit the scope, enforceability, or effectiveness of the NARCO Asbestos Channeling Injunction issued in connection with the NARCO Plan of the NARCO Asbestos Trust's assumption of all liability with respect to NARCO Asbestos Trust Claims and NARCO Asbestos Demands.

**Bankruptcy Rule 3016 Compliance**. The Debtors' compliance with the requirements of Bankruptcy Rule 3016 shall not constitute an admission that the NARCO Plan provides for an injunction against conduct not otherwise enjoined under the Bankruptcy Code.

**Regarding the GIT Plan**: "that to supplement the injunctive effect of the discharge injunction, THE FOLLOWING PERMANENT CHANNELING INJUNCTION IS ISSUED AND SHALL TAKE EFFECT AS OF THE EFFECTIVE DATE OF THE GIT PLAN:

**Terms**. In order to preserve and promote the settlements contemplated by and provided for in the GIT Plan and to supplement, where necessary, the injunctive effect of the discharge, both provided by Sections 1141 and 524 of the Bankruptcy Code and as described in Article 5 of the GIT Plan, and pursuant to the exercise of the equitable jurisdiction and power of the Bankruptcy Court under Sections 524(g) (for APG Asbestos Trust Claims or Demands) or 105(a) (for APG Silica Trust Claims or Demands) of the

Bankruptcy Code (or both), all Entities which have held or asserted, which hold or assert,

or which may in the future hold or assert any APG Asbestos Trust Claim, APG Asbestos

Demand, APG Silica Trust Claim or APG Silica Demand[5] against GIT Protected

Parties[6],  or any of them, whenever and wherever arising or asserted, shall be

---

[5] The terms "APG Asbestos Trust Claim," "APG Asbestos Demand," "APG Silica Trust Claim," or "APG Silica Demand" have the meaning given in Article 1 of the GIT Plan.

[6] Any of the following parties:

(i) GIT (with respect to APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims and APG Silica Demands);

(ii) GIT-Affiliated Debtors (with respect to APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims and APG Silica Demands);

(iii) the Reorganized Debtors under the NARCO Plan and the GIT Plan (with respect to APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims and APG Silica Demands);

(iv) any Subsidiary of the Reorganized Debtors under the NARCO Plan and the GIT Plan, including without limitation Corrosion IP Corp., Corrosion Technology International Services Company, Corrosion Technology International, Inc., Corrosion Technology Chile S.A., Indresco Jeffrey Industria e Commercio Ltda., Construcciones Refractarias Resca S.A., Global-GIX Canada Inc., 1086215 Ontario Inc., Polymer Pipe Technology, Inc., Harbison-Walker Refractories Limited, Liptak Bradley Limited, CTI Europe N.V., CTI Pacific Chusik Hoesa, CTI Pacific Pty. Limited, GIX Pty. Ltd., PT Harbison-Walker, A.P. Green de Mexico S.A. de C.V., S.A., Zircoa, Inc., NAR Export Sales Ltd., and RHI America Receivables Corporation (with respect to APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims and APG Silica Demands);

(v) Bigelow-Liptak Corporation (with respect solely to APG Asbestos Trust Claims and APG Asbestos Demands arising out of, resulting from, or attributable to asbestos-containing products manufactured, installed, fabricated, sold, supplied, produced, designed, distributed or in any way at any time marketed or disposed of by an APG Debtor under the "Bigelow-Liptak" name or any form thereof prior to February 1, 1989);

(vi) the Stebbins Engineering And Manufacturing Company (with respect solely to APG Asbestos Trust Claims and APG Asbestos Demands arising out of, resulting from, or attributable to asbestos-containing products manufactured, installed, fabricated, sold, supplied, produced, designed, or in any way at any time marketed or disposed of by an APG Debtor under the "Bigelow-Liptak" name or any form thereof prior to February 1, 1989);

(vii) the RHI AG Entities (with respect to APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims and APG Silica Demands);

(viii) any Entity, including, but not limited to, the APG Services Settled Insurers, that has provided insurance to GIT, any of the GIT-Affiliated Debtors, the Reorganized Debtors for APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims or APG Silica Demands and that, by agreement, is a contributor, directly or indirectly, of the proceeds from such insurance to the APG Asbestos Trust of the APG Silica Trust (but only with respect to the APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims and APG Silica Demands for which the insurance was provided);

(ix) any Entity that, pursuant to the GIT Plan or after the Effective Date becomes a direct or indirect transferee of, or successor to any assets of GIT, any of the GIT-Affiliated Debtors, the Reorganized Debtors, the APG Asbestos Trust or the APG Silica Trust (but only to the extent that liability for APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica

Continued on following page

Case 01-01139-AMC    Doc 21942-18    Filed 06/01/09    Page 40 of 44

permanently stayed, restrained and enjoined from taking any action for the purpose of

directly or indirectly collecting, recovering, or receiving payments, satisfaction, or

recovery with respect to any such Claim or Demand, including, but not limited to:

     A.  commencing or continuing in any manner any action or other proceeding of

     any kind with respect to any such Claim or Demand, against any of the GIT

---

Continued from previous page

Trust Claims or APG Silica Demands is asserted to exist by reason of becoming such a transferee or successor);

    (x)    any Entity that, pursuant to the GIT Plan or after the Effective Date, makes a loan to any of the Reorganized Debtors, the APG Asbestos Trust, the APG Silica Trust or to a successor to, or transferee of, any assets of GIT, any of the GIT-Affiliated Debtors, the Reorganized Debtors, the APG Asbestos Trust, or the APG Silica Trust (but only to the extent that liability for APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims or APG Silica Demands is asserted to exist by reason of such Entity becoming such a lender or to the extent any pledge or assets made in connection with such a loan is sought to be avoided or impaired, based upon the assertion of an APG Asbestos Trust Claim, APG Asbestos Demand, APG Silica Trust Claim or APG Silica Demand);

    (xi)    any present or former officer, director or employee of GIT, any of the GIT-Affiliated Debtors, or the Reorganized Debtors to the extent he or she is alleged to be directly or indirectly liable for APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims or APG Silica Demands based on the conduct of GIT, the GIT-Affiliated Debtors, or the Reorganized Debtors or by reason of his or her service as a present or former officer, director or employee of GIT, any of the GIT-Affiliated Debtors, or the Reorganized Debtors;

    (xii)    the NARCO Asbestos Trust (with respect to APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims or APG Silica Demands), the APG Asbestos Trust (with respect to APG Silica Trust Claims and APG Silica Demands) and the APG Silica Trust (with respect to APG Asbestos Trust Claims and APG Asbestos Demands);

    (xiii)  Brickyard Development Partners LP, Empresa de Refractorios Colombianos, S.A., and Materiales Industriales, S.A. (with respect to APG Asbestos Trust Claims, APG Asbestos Demands, APG Silica Trust Claims or APG Silica Demands).

    (xiv)  As of October 25, 2007, the GIT Protected Parties include, but are not limited to, the parties listed on Exhibit A to the Definitions which are attached as Exhibit 1 to the Disclosure Statement as supplemented by the Notice of Supplement to Global Industrial Technologies, Inc., et al., Protected Parties filed at GIT docket no. 7765. The Debtors reserved the right to amend or supplement Exhibit A to the Definitions until the Confirmation Date pursuant to the provisions of the Bankruptcy Code on appropriate notice, and thereafter amendments or supplements may be made by an order of a court of appropriate jurisdiction on appropriate notice.

    Notwithstanding the foregoing, for avoidance of doubt, the term GIT Protected Party shall not include U.S. Gypsum Corporation or any of its Subsidiaries or Affiliates as of the Effective Date of the GIT Plan.

- 9 -

Protected Parties, or against the property of any GIT Protected Party with respect to any such Claim or Demand;

B.  enforcing, attaching, collecting or recovering, by any manner or means, any judgment, award, decree or order against any of the GIT Protected Parties or against the property of any GIT Protected Party with respect to any such Claim or Demand;

C.  creating, perfecting or enforcing any Lien of any kind against any GIT Protected Party or the property of any GIT Protected Party with respect to any such Claim or Demand;

D.  asserting or accomplishing any setoff, right of subrogation, indemnity, contribution or recoupment of any kind against any obligation due any GIT Protected Party or against the property of any GIT Protected Party with respect to any such Claim or Demand; and

E.  taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan Documents[7], with respect to such Claim or Demand.

**Reservations**. Notwithstanding anything to the contrary above, the GIT Channeling Injunction[8] shall not enjoin:

A.  the rights of Entities to the treatment accorded them under Article 3 of the GIT Plan, including the right of Entities with APG Asbestos Trust Claims and APG Asbestos Demands to assert such Claims or Demands in accordance with the

---

[7] The terms "Plan Documents" has the meaning given in Article 1 of the GIT Plan.

[8] The term "GIT Channeling Injunction" has the meaning given in Article 1 of the GIT Plan.

APG Asbestos TDP solely against the APG Asbestos Trust whether or not there are funds to pay such Claims or Demands, and the right of Entities with APG Silica Trust Claims and APG Silica Demands to assert such Claims or Demands in accordance with the APG Silica TDP solely against the APG Silica Trust whether or not there are funds to pay such Claims or Demands, as applicable;

B. the rights of Entities to assert any claim, debt, litigation, or liability for payment of Trust Expenses solely against the APG Asbestos Trust or the APG Silica Trust, as applicable; and

C. the APG Asbestos Trust or the APG Silica Trust from enforcing their respective rights under the APG Asbestos Trust Agreement and APG Silica Trust Agreement.

**Modifications**. There can be no modification, dissolution or termination of the GIT Channeling Injunction, which shall be a permanent injunction.

**Non-Limitation-APG Asbestos Channeling Injunction**. Nothing in the GIT Plan or in the APG Asbestos Trust Agreement shall be construed in any way to limit the scope, enforceability, or effectiveness of the APG Asbestos Channeling Injunction issued in connection with the GIT Plan or the APG Asbestos Trust's assumption of all liability with respect to APG Asbestos Trust Claims and APG Asbestos Demands.

**Non-Limitation-APG Silica Channeling Injunction.** Nothing in the GIT Plan or in the APG Silica Trust Agreement shall be construed in any way to limit the scope, enforeceability, or effectiveness of the APG Silica Channeling Injunction issued in connection with the GIT Plan or the APG Silica Trust's assumption of all liability with respect to APG Silica Trust Claims and APG Silica Demands.

**Bankruptcy Rule 3016 Compliance**.  The Debtors' compliance with the requirements of Bankruptcy Rule 3016 shall not constitute an admission that the GIT Plan provides for an injunction against conduct not otherwise enjoined under the Bankruptcy Code.

**Environmental Protection Regulations**.  Notwithstanding anything in the GIT Plan to the contrary, nothing in the GIT Plan modifies, alters or absolves the Debtors, Reorganized Debtors or their respective successors or assigns from their obligations to comply with statutes and regulations relating to environmental protection."

It is further **ORDERED** that the terms of (a) the settlement agreements between the APG Debtors and the APG Services Settled Insurers, (b) the settlement agreement between the APG Debtors, GIT and Travelers (as defined therein), and (c) the Bankruptcy Court Orders approving each of the foregoing settlements, are binding upon and inure to the benefit of the APG Asbestos Trust, the APG Silica Trust, and the Trustee (as defined in Article 1 of the GIT Plan, excluding the trustee of the NARCO Asbestos Trust). GIT, the APG Debtors, the Reorganized Debtors, the Trustee, the Official Committee of Asbestos Claimants, the Official Committee of Unsecured Trade Creditors, the Legal Representative of Future APG Asbestos Claimants and/or the Representative of Future APG Silica Claimants may not seek to terminate, reduce or limit the scope of the GIT Channeling Injunction or any other injunction with respect to the APG Services Settled Insurers or Travelers.

It is further **ORDERED** that the indemnification agreement between Reorganized A.P. Green, as defined therein, Harbison-Walker Refractories, Ltd. and P.T. Harbison-Walker, as indemnitors, and Great American Insurance Company and American National Fire Insurance Company, as indemnitees, (the "Indemnification Agreement") filed as Exhibit C to the Expedited Motion for Approval of Indemnification Agreement Between Debtors A.P. Green Industries, Inc., A.P. Green Services, Inc. and Great American Insurance Company and American National Fire Insurance Company filed at GIT docket no. 7804, is hereby approved in all respects.  The

Indemnification Agreement and the obligations therein shall be binding upon Reorganized A.P.

Green; Reorganized A.P. Green shall promptly execute the Indemnification Agreement

following the Effective Date of the GIT Plan; and Reorganized A.P. Green is authorized to

perform its obligations under the Indemnification Agreement.

      Counsel for Debtor shall immediately serve a copy of this Order of Court on all parties on

the current Service List and any other parties in interest and shall file proof of service forthwith.

*Judith K. Fitzgerald*

cjs

Judith K. Fitzgerald
United States Bankruptcy Court