# Exhibit 12

**AMENDED DISCLOSURE STATEMENT EXHIBIT A**

**Uniform Glossary of Defined Terms for Plan Documents**

**(November 5, 2004)**

[This document is the definitive glossary for the Debtors' Fourth Amended and Restated
Joint Prepackaged Plan of Reorganization Under Chapter 11 of the
United States Bankruptcy Code filed on May 17, 2004 (as Amended).
This document supersedes the glossary filed on May 17, 2004]

**Definitive for Fourth Amended Plan (as Amended)**

178. "Settled Asbestos PI Trust Claimant" means a holder of a Settled Asbestos PI Trust Claim.

179. "Settled PI Trust Claim" means a Settled Asbestos PI Trust Claim or a Settled Silica PI Trust Claim.

180. "Settled Silica PI Trust Claim" means a Silica PI Trust Claim settled pursuant to an Asbestos/Silica PI Trust Claimant Settlement Agreement, subject to the satisfaction of the terms and conditions therein.

181. "Settled Silica PI Trust Claimant" means a holder of a Settled Silica PI Trust Claim.

182. "Settlement Amount" means the amount of a Qualifying Settled Asbestos PI Trust Claim or a Qualified Settled Silica PI Trust Claim under an applicable Asbestos/Silica PI Trust Claimant Settlement Agreement.

183. "Settlement Released Parties" means (a) with respect to any Debtor, each of the other Debtors, (b) Halliburton, (c) each of the Halliburton Current Affiliates, (d) each of the Halliburton Future Affiliates, (e) the successors of, successors-in-interest to, direct or indirect transferees of, or successors to any assets of, any of the foregoing, and (f) the present and former directors, officers, agents, attorneys, accountants, consultants, financial advisors, investment bankers, professionals, experts, and employees of any of the foregoing in their respective capacities as such.

184. "Settling Asbestos/Silica Insurance Company" means any Asbestos/Silica Insurance Company that has entered into an Asbestos/Silica Insurance Settlement Agreement that is sufficiently comprehensive, in the sole judgment of a Debtor or Reorganized Debtor, to warrant treatment under section 524(g) of the Bankruptcy Code, which determination by such Debtor shall be indicated (a) by the inclusion of such Asbestos/Silica Insurance Settlement Agreement and Settling Asbestos/Silica Insurance Company on Exhibit 2 to the Plan or an amendment thereto or (b) if after the Effective Date, by filing a notice with the Bankruptcy Court and serving a copy of such notice on the parties identified in article 13.16 of the Plan.

185. "Silica Bonded Claim" means any Silica PI Trust Claim relating to a judgment as to which, but only to the extent that, a supersedeas bond or such other similar filing was posted by or on behalf of a Debtor; *provided, however*, the amount of such Silica Bonded Claim shall not exceed the amount of judgment as determined by a Final Order or, if a Silica Unsecured PI Trust Claim, as liquidated pursuant to the Silica TDP.

186. "Silica Claimant Settlement Agreement" means an Asbestos/Silica PI Trust Claimant Settlement Agreement that concerns silica and is listed on Exhibit 3 to the Plan, as the exhibit may be amended or supplemented from time to time.

187. "Silica Final Judgment Claim" means a Silica Unsecured PI Trust Claim reduced to a liquidated amount prior to the Confirmation Date by a final, nonappealable judgment.

188. "Silica PI Trust" means the tax-qualified settlement trust to be established pursuant to the Silica PI Trust Agreement.

189. "Silica PI Trust Agreement" means the Silica PI Trust Agreement, effective as of the Effective Date, substantially in the form attached as Exhibit 10 to the Plan, as it may be modified from time to time.

190. "Silica PI Trust Assets" means (a) the Silica PI Trust Initial Cash Amount, (b) the Silica PI Trust Funding Agreement, (c) the Silica PI Trust Note, (d) the Halliburton Silica PI Trust Guarantee, (e) the Mid-Valley Pledge Agreement, (f) the RHI Silica PI Trust Contribution, and (g) the Escrow Agreement, and all income, profits, and proceeds derived from any of the foregoing.