# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## APRIL 1, 2009 THROUGH
## APRIL 30, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

May 21, 2009

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   85232

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 04/30/09     $15,070.00
           Subtotal for COSTS only: 04/30/09       $416.97
                                                ----------
  CURRENT PERIOD FEES AND COSTS: 04/30/09       $15,486.97
                                                ----------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.   Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page 2

May 21, 2009

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  85232

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 2.9 | 710.00 |
| LITIGATION | 32.7 | 13,897.50 |
| CASE ADMINISTRATION | 1.1 | 165.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.7 | 297.50 |
| Subtotal for FEES only: 04/30/09 | 37.4 | $15,070.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 34.40 | 34.40 | 14,620.00 | 0.00 | 0.00 |
| 150.00 | CAH | 3.00 | 3.00 | 450.00 | 0.00 | 0.00 |
| Totals | | | 37.40 | 37.40 15,070.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

05/21/09  Page 1

Sort Fields:
  Grouping code          (Paginate)
  Client code
  Actual employee code   (Subtotals)
  Transaction date

Range Fields:
  Client code       I  WRG    -  WRG
  Invoice Number    I  85232  -  85232

| Grpl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 04/03/09 | Update docket to system. | 0.20 | 30.00 | Ca |
| CASE ADMINISTRATION | CAH | 04/13/09 | Update 2002 list; correcting list. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 04/16/09 | Update docket to system. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 04/28/09 | Draft, scan and file Certificate of Service for Pro Hac Vice Motions for K. Orr and P. Mahaley; serve same; send to Delaware Bankruptcy Court and overnight to Judge Fitzgerald. | 0.50 | 75.00 | |
| | | | | --- | --- | |
| | | | | 1.10 | 165.00 | |
| | | | | --- | --- | |
| | | | | 1.10 | 165.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                           05/21/09  Page 2
                                                        -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG CLAIMS ADMINISTRATION AND OBJECTIONS | JCP | 04/15/09 | Review of Judge Fitzgerald's 4/14/09 Memorandum Opinion Granting Debtors' Motion to Disallow and Expunge 88 Canadian Property Damage Claims as Time Barred. | 0.70 | 297.50 | Co |
| | | | | 0.70 | 297.50 | |
| | | | | 0.70 | 297.50 | |

WRG-AUS                                                    LEGALMASTER MRC For Transactions                                          05/21/09  Page 3
                                                                       -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 04/01/09 | Court appearance re: Motion to Approve ZAI Class Settlement and Kaneb's Motions to Lift Stay (1.8); review of 12/17/08 Hearing Transcript (.3). | 2.10 | 892.50 | Li |
| WRG LITIGATION | JCP | 04/02/09 | Review of Debtors' Monthly Operating Report for February 2009; review of 3rd Circuit Court's Briefing and Scheduling Order. | 0.20 | 85.00 | |
| WRG LITIGATION | JCP | 04/03/09 | Review of modified Order Approving ZAI Class Settlement; review of Order Continuing Debtors' Objection to Massachusetts Claim; review of Order Continuing Debtors' 25th Omnibus Objection to Claims; review of 3rd Circuit Mandate Judgment re: Mission Towers' appeal; review of Scotts Company's verification for its Answers to Interrogatories. | 0.40 | 170.00 | |
| WRG LITIGATION | JCP | 04/04/09 | Letter from counsel for Certain Insurers re: filing of Priest's expert report with enclosure (.1); review of Priest's expert report (1.0). | 1.10 | 467.50 | |
| WRG LITIGATION | JCP | 04/06/09 | Review of miscellaneous pleadings. | 0.10 | 42.50 | |
| WRG LITIGATION | JCP | 04/07/09 | E-mail from counsel for Debtors (2x) re: notices of filing of 6 rebuttal expert reports (.1); review of Personal Injury Committee's notice of filing 4 rebuttal expert reports with enclosure (.1); review of Laura Welch's rebuttal report (1.0); review of Sam Hammer's rebuttal report with Exhibits (.4); review of Gail Stockman's rebuttal report (.6); review of Gary Friedman's rebuttal report with Exhibits (.5). | 2.70 | 1,147.50 | |
| WRG LITIGATION | JCP | 04/08/09 | Review of Kaneb Pipe's Certification of Counsel re: Documents and Pleadings to be filed under seal with proposed Order (.1); review of Kaneb Pipe's Notice of Filing Documents Under Seal (.1); review of Anderson Memorial's 30(b)(6) Notice of Deposition of Debtors (.1); review of Anderson Memorial's Notice of Deposition of Darrell Scott (.1); review of Anderson Memorial's Notice of Deposition of Edward Westbrook (.1); review of Amended Rebuttal Report of Dr. John Parker (.5); review of Amended Rebuttal Report of Dr. David Weill (.2); review of Debtors' Response to Longacre's Interrogatories and Request for Production (.1). | 1.30 | 552.50 | |
| WRG LITIGATION | JCP | 04/09/09 | Review of Travelers' Notice of Deposition of Debtors; review of New Jersey's Motion to extend Time to File Opening Appeal Brief; review of Anderson Memorial's 30(b)(6) Notice of Deposition of Debtors; Notice of Deposition of Darrell Scott and Notice of Deposition of Ed Westbrook. | 0.40 | 170.00 | |
| WRG LITIGATION | JCP | 04/10/09 | Letter from counsel for Fireman's Fund re: inadequacies of Plan Proponents' discovery responses (.1); e-mail from | 1.60 | 680.00 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 04/13/09 | Review of Entry of Appearance for Debtors in 3rd Circuit Appeal (.1); review of Anderson Memorial's Agreed Motion for Motion for Enlargement of Time to Respond to Debtors' Objection to Anderson's ZAI Proof of Claim with proposed Order (.1); e-mail from counsel for Debtors re: Plan Proponent's Responses to Anderson Memorial's Request for Production, Interrogatories and Request for Admissions with enclosure (.1); review of same (.5); e-mail from Kate Orr re: revisions to same with enclosure (.1); review of red-lined revisions (.1); e-mail to counsel for Debtors approving filing of same (.1). | 1.10 | 467.50 | |
| WRG LITIGATION | JCP | 04/14/09 | Review of Libby Claimants 1st Supplemental to Designation of Plan Confirmation Witnesses (.1); review of New Jersey's Notice of Appeal to 3rd Circuit (.1); review of Debtors' Answering District Court Brief in Opposition to California's Appeal with Appendix (.6); review of Judge Fitzgerald's 4/13/09 Memorandum Order re: Anderson Memorial Proofs of Claim (.1); review of New York's Motion for Payment of Administrative Claims (.1); review of Fireman's Fund's 30(b)(6) Notice of Deposition of Debtors (2x)(.1); review of Anderson Memorial's ZAI Proof of Claim with proposed Order (.1); review of Certification of Counsel re: same (.1). | 1.30 | 552.50 | |
| WRG LITIGATION | JCP | 04/16/09 | Review of miscellaneous pleadings; review of New Jersey's Opening 3rd Circuit Brief appealing denial of New Jersey's Motion to File a Late Proof of Claim (1.1); e-mail from counsel for Debtors re: Plan Proponents Not Calling and Witnesses at Phase I Hearing; e-mail from counsel for Libby Claimants re: Plan Proponents witnesses Libby wants to depose with enclosure; review of Libby Claimants' 30(b)(6) designation of topics; e-mail from counsel for Equity Committee (2x) re: not calling any witnesses at Phase I Hearing; e-mail from counsel for Libby Claimants' to counsel for Equity Committee re: same; e-mail from counsel for Montana re: not identifying any 30(b)(6) witnesses re: Phase I Hearing. | 1.60 | 680.00 | |
| WRG LITIGATION | JCP | 04/17/09 | Review of Texas Comptroller's Objection to 1st Amended Complaint (.1); review of Maryland Casualty's Notice of | 1.00 | 425.00 | |

(continued, first row actually starts earlier with:)

| WRG LITIGATION | JCP | | counsel for Debtors' responding to same; e-mail from Jonathan Guy responding to same (.1); e-mail from counsel for Fireman's Find re: dates for a meet and confer (.1); e-mail from Jonathan Guy re: date for same and call-in number (.1); calendar same (.1); e-mail from counsel for Fireman's Find accepting date; review of Debtors' Statement of Amounts Paid to Ordinary Course Professionals (1/1/09 - 3/31/09)(.1); review of Geico's 30(b)(6) Notice of Deposition of Personal Injury Committee (.1); review of Geico's 30(b)(6) Notice of Deposition of Debtors (.1); review of Arrowood's Motion to Strike Whitehouse Expert Report with Exhibits A-X and proposed Order (.8). | | | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 04/17/09 | E-mail from counsel for Scotts re: no Phase I 30(b)(6) topics to designate (.1); review of Libby Claimants' 2nd Supplement to Designation of Plan Confirmation Witnesses (.1); e-mail from counsel for Grace re: Protective Order with enclosure; review of same (.1); e-mail from counsel for Equity Committee with enclosure (.1); review of letter from counsel for Equity Committee re: Maryland Casualty's Notice of Deposition of Plan Proponents (.1); e-mail from counsel for Debtors re: Debtors' 30(b)(6) witnesses with enclosure; review of Debtors' Objections to Insurers' 30(b)(6) Notice of Deposition of Debtors (.1); e-mail from counsel for Insurers re: same (.1); e-mail from counsel for Debtors re: filing same with enclosure (.1); review of as filed version of same (.1). | 0.90 | 382.50 | WRG |
| LITIGATION | JCP | 04/20/09 | Review of Personal Injury Committee's Objection to Certain Plan Objectors' 30(b)(6) Notice of Deposition of Personal Injury Committee; review of Debtors' Objection to same 30(b)(6) Notice of Deposition; review of miscellaneous pleadings; e-mail from counsel for Certain Insurers (2x) re: 4/20/09 teleconference to discuss 30(b)(6) Notice of Deposition of Debtors; e-mail from Jonathan Guy to counsel for Insurers' (2x) re: producing David Austern for deposition. | 0.50 | 212.50 | WRG |
| LITIGATION | JCP | 04/21/09 | Review of Agenda for 4/27/09 Hearing; e-mail from counsel for Debtors re: call-in number for Scott and Westbrook depositions; e-mail from counsel for Debtors re: scheduling deposition of Dr. Weill (Debtors' expert). | 0.30 | 127.50 | WRG |
| LITIGATION | JCP | 04/22/09 | Review of Libby Claimants' Notice of Deposition of Larry Hill (.1); review of Libby Claimants' Notice of Deposition of Patricia Hill; review of Libby Claimants' Notice of Deposition of James Hopkins (.1); review of Libby Claimants' Notice of Deposition of Eleanora Martin (.1); review of Libby Claimants' Notice of Deposition of Larry Nelson (.1); review of Libby Claimants' Notice of Deposition of Robert Petrusha (.1); review of Libby Claimants' Notice of Deposition of Bille Schull (.1); review of Libby Claimants' Notice of Deposition of Judy Schelmerdine (.1); review of Libby Claimants' Notice of Deposition of Donna Shriner (.1); review of Libby Claimants' Notice of Deposition of Kay Vison (.1); review of OneBeacon's Notice of Deposition of David Austern (.1); review of Debtors' Objection to Claims filed by Maryland | 2.40 | 1,020.00 | WRG |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                          05/21/09  Page 6
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | | | | |
| LITIGATION | JCP | 04/23/09 | E-mail from counsel for Scotts Company (2x) re: counsel testifying as 30(b)(6) witnesses (.1); e-mail from counsel for Personal Injury Committee (2x) re: same (.1); e-mail from counsel for Insurers (2x) re: revisions to proposed CMO3 (.1); e-mail from counsel for Debtors re: same (.1); e-mail from various counsel re: same; review of Amended Agenda for 4/27/09 Hearing (.1); e-mail from and e-mail to Kate Orr re: signing Plan Proponents' Responses to Scotts' 2nd Set of Interrogatories, Request for Admissions and Request for Production with enclosure (.1); review of same (.2); e-mail from and e-mail to Kate Orr (2x) re: Pro Hac requirements for counsel participating in depositions (.1); review of Order Authorizing Stipulations Resolving PRP Group Claims (.2); review of Order Authorizing Extension of Festa's Employment Agreement with enclosure (.1); review of proposed Agreement (.1); review of Order Authorizing Implementation of 2009-2011 Long Term Incentive Plan; review of miscellaneous pleadings; review of Pro Hac Form and forward same to Kate Orr (.1); e-mail from counsel for Debtors re: Protective Order with enclosure (.1); review of red-lined versions of same (.2); e-mail from Kate Orr re: responses to Scotts' discovery with enclosure (.1); review of revised responses (.2); review of David Austern's verification for same (.2); e-mail to counsel for Debtors authorizing signing of responses for FCR (.1). Casualty with Exhibits (voluminous) (.7); e-mail from Kate Orr re: amendment to the service list re: counsel for FCR (.1); e-mail from counsel for Debtors re: Third Amended CMO with enclosure (.1); review of Third Amended CMO (.1); e-mail from counsel for Debtors re: 4/27/09 Hearing being held telephonically (.1); e-mail from counsel for Libby Claimants requesting that the date for Date Posner's deposition be changed (.1); e-mail from counsel for Debtors refusing to do so (.1); e-mail from counsel for Debtors re: further revisions to proposed Third Amended CMO (.1). | 2.40 | 1,020.00 | |
| LITIGATION | JCP | 04/24/09 | Review of Lloyds' 30(b)(6) Notice of Deposition of Debtors (.1); review of Lloyds' 30(b)(6) Notice of Deposition of PI Committee; review of Lloyds' Notice of Deposition of FCR Committee (.1); review of OneBeacon's Request for Admissions to Debtors (.1); review of OneBeacon's Amended Notice of Deposition of PI Committee (.1); review of Anderson Memorial's Notice of Appeal from April 13, 2009 Order re: Worldwide and Statewide Proofs of Claims (.1); e-mail from counsel for Debtors re: revised CMO 3 and Certification of Counsel for same with enclosure (.1); review of red-lined version of CMO 3 and Certification of Counsel for same (.1); e-mail from counsel for Debtors re: 4/27/09 Meet and Confer with Libby Claimants re: discovery (.1); e-mail from counsel for Certain Claimants re: Debtors' 30(b)(6) Designees (.1); e-mail from local counsel for Debtors re: | 1.50 | 637.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 04/25/09 | E-mail from counsel for Libby Claimants re: list of Libby Claimants' discovery related issues (.1); e-mail from counsel for Libby Claimants re: medical protective order with enclosure (.1); review of Libby Claimants' Proposed Protective Order (.1); review of Libby Claimants' red-lined version of Arrowood's Protective Order (.1); review of June 5, 2006 Protective Order entered for the Estimation Proceeding (.1); letter from counsel for Debtors re: 30(b)6 Deponents with enclosure (.1); review of Debtors' Designation of 30(b)(6) Deponents for each particular topic of the notice (.1). | 0.70 | 297.50 | WRG |
| LITIGATION | JCP | 04/27/09 | Review of Continental's Joinder in Amended Notice of Deposition of FCR (.1); review of Continental's Notice of Deposition of Personal Injury Committee (.1); review of Anderson Memorial's Notice of Appeal; review of miscellaneous pleadings (.1); review of Certification of Counsel Requesting Entry of Protective Order (.1); review of Certification of Counsel re: 3rd Amended CMO (.1); phone conference with Judge Walrath and all counsel (.3); letter from counsel for Arrowood to counsel for Libby Claimants re: Protective Order (.1); e-mail from Kate Orr re: Pro Hac Motions with enclosure (.1); review of and approve Pro Hac Motions for Kate Orr and Peri Mahaley (.1); e-mail from Kate Orr re: same (.1); e-mail from and e-mail to Kate Orr re: same (.1); e-mail from counsel for Debtor re: Possner deposition (.1); e-mail from counsel for Personal Injury Committee re: pre-trial conference Committee's 30(b)(6) deposition (.1); e-mail from counsel for Libby Claimants re: same (.1); e-mail from counsel for Libby Claimants (2x) agreeing to reschedule depositions (.1); e-mail from counsel for Debtors re: same (.1); e-mail from counsel for Travelers re: Possner deposition with enclosure (.1); review of Notice of Deposition of Possner (.1); e-mail from counsel for Arrowood re: 30(b)(6) Notice of Deposition of Debtors and Objection to Libby Claimants' 18 Notices of Depositions with enclosure (.1); review of same (.1). | 2.30 | 977.50 | WRG |
| LITIGATION | JCP | 04/28/09 | Review of Libby Claimants' Motion to Amend Plan Confirmation CMO and to Postpone Phase II of the Confirmation Hearing with multiple Exhibits (.1); review of | 2.90 | 1,232.50 | WRG |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    05/21/09  Page 8
                                                          -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | | | | |
| LITIGATION | JCP | 04/29/09 | Review of Lloyds' Notice of Deposition of Jeffrey Posner (.1); review of Travelers' Notice of Deposition of David Austern (.1); review of Travelers' 30(b)(6) Notice of Deposition of PI Committee with attachment (.1); Notice of Deposition of PI Committee with attachment (.1); review of OneBeacon's Notice of Deposition of Jeffrey Posner (.1); review of Firemen's Notice of Deposition of Jeffrey Posner (.1); review of Firemen's Notice of Deposition of David Austern (.1); review of Firemen's Amended 30(b)(6) Notice of Deposition of PI Committee with attachment (.1); review of Libby Claimants' 30(b)(6) Notice of Deposition of PI Committee (.1); review of Continental Casualty's Joinder in Travelers' Notice of Deposition of Jeffrey Posner (.1); review of Certificate of Counsel re: Debtors' Objection to Claim filed by Massachusetts' Department of Revenue with proposed Orders (.1); review of e-mail from counsel for Debtors re: attendance at Jeff Posner's deposition (.1); e-mail from counsel for Debtors re: current deposition calendar with enclosure (.1); review of same; e-mail from counsel for Debtors re: deposition of Dorie Kuchinsky (.1); review of Arrowood's Motion for leave to Shorten Notice re: Motion to Strike Whitehouse Expert Report (.1); Libby Claimants' Motion to Shorten Notice and Expedite Consideration of Same (.1); review of Libby Claimants' Motion to Strike Expert Report of Dr. Thomas Florence (.1); review of miscellaneous pleadings (.1); review of California's Reply Brief (re: appeal of dismissal of 16 property damage claims) (.9); review of California's Application for Oral Argument with proposed Order (.1); review of Order granting Certain Insurers' Motion to Extend Time to File Expert Report of George Priest (.1); review of Order Granting Relief Sought in Debtors' Objection to Anderson Memorial's ZAI Class Proof of Claim (.1); review of Order Scheduling Supplemental Oral Argument re: Kaneb Pipe's Motion to Modify Automatic Stay (.1); review of Anderson Memorial's Notice of Appeal from Order Granting Debtors' Objection to Anderson's ZAI Class Proof of Claim (.1); review of Scotts' Joinder in OneBeacon's Amended 30(b)(6) Notice of Deposition of PI Committee (.1); review of Arrowood's Objection to Libby Claimants' 18 Notices of Deposition (.1); review of Arrowood's 30(b)(6) Notice of Deposition of Debtors (.1); review of Travelers' Notice of Deposition of Jeffrey Posner (.1); review of Debtors' Motion to Continue Retention of Deloitte (.1); review of Debtors' Motion for Entry of an Order Authorizing Settlement of Pending ERISA Litigaiton with Exhibits (.5); review of Debtors' Motion for Order Authorizing Settlement with the IRS re: Carryback of Specified Liability Losses with Exhibits (.1). | 1.50 | 637.50 | |

```
WRG-AUS                                    LEGALMASTER MIRC For Transactions                              05/21/09  Page 9
                                                        -Fees-

Cl Code Grouping code description          Act  Trans                                                    Billable   Billable   Grp
                                           Emp  Date     Transaction description                          Hours     Dollars    Cd

WRG LITIGATION                             JCP  04/30/09 Review of Libby Claimants' Notice of Deposition of Mark    2.40   1,020.00  Li
                                                         Peterson (.1); review of Libby Claimants' Amended Notice of
                                                         Deposition of Larry Hill (.1); review of Notice of
                                                         Cancellation of Deposition of Patricia Hill; review of
                                                         Libby Claimants' Amended Notice of Deposition of Robert
                                                         Barnes (.1); review of Libby Claimants' Amended Notice of
                                                         Deposition of Robert Conn (.1); review of Libby Claimants'
                                                         Notice of Deposition David Austern (.1); review of Libby
                                                         Claimants' Amended Notice of Deposition of Donna Shriner;
                                                         review of Libby Claimants' Amended Notice of Deposition of
                                                         Shirley Conn (.1); review of Libby Claimants' Amended
                                                         Notice of Deposition of Richard Erickson (.1); review of
                                                         Libby Claimants' Amended Notice of Deposition of James
                                                         Hopkins (.1); review of Libby Claimants' Amended Notice of
                                                         Deposition of Eleanora Martin (.1); review of Maryland
                                                         Casualty's Notice of Deposition of Jeffrey Posner (.1);
                                                         review of Maryland Casualty's Re-Notice of 30(b)(6)
                                                         Deposition of Plan Proponents (.1); review of 30(b)(6)
                                                         30(b)(6) Notice of Deposition of PI Committee (.1); review
                                                         of Libby Claimants' Notice of Deposition of Jeffrey Posner;
                                                         review of Arrowood's Joinder in Lloyds' 30(b)(6) Notice of
                                                         Deposition of PI Committee (.1); review of AXA Belgium's
                                                         Joinder in Fireman's Notice of Deposition of Debtors,
                                                         Jeffrey Posner, David Austern and PI Committee (.1); review
                                                         of Arrowood's Motion for Leave from Scheduling Order and to
                                                         Shorten Notice on Motion to Strike Whitehouse Expert Report
                                                         with Declaration and proposed Order (.1); review of
                                                         miscellaneous pleadings (.1); e-mail from counsel for
                                                         Debtors re: depositions of three of Debtors' experts (.1);
                                                         review of Order Granting Arrowood's Motion to Shorten as to
                                                         Arrowood's Motion to Strike Whitehouse Report (.1); review
                                                         of BNSF's Joinder in OneBeacon's 30(b)(6) Notice of
                                                         Deposition of PI Committee (.1); e-mail from counsel for
                                                         Debtors re: deposition schedule with enclosure (.1); review
                                                         of schedule (.1); review of Order granting Libby Claimants'
                                                         Motion to Shorten Time re: Libby Claimants' Motion to Amend
                                                         CMO and to postpone Phase II of Confirmation Hearing (.1);
                                                         review of PI Committee's Supplemental Answers to Gayla
                                                         Benefield's Amended Interrogatories (.1); review of PI
                                                         Committee's Supplemental Answers to Yoko Cannon's
                                                         Interrogatories (.1).
                                                                                                        --------   ---------
                                                                                                           32.70   13,897.50
                                                                                                        --------   ---------
                                                                                                           32.70   13,897.50
                                                                                                        --------   ---------
```

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/06/09 | Download and file February Fee Applications for Tre Angeli, Towers Perrin and Piper Jaffray. | 0.60 | 90.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/13/09 | Download quarterly Fee Applications for Austern, Piper Jaffray, Towers Perrin, Tre Angeli and Orrick Herrington; file five Quarterly Fee Application for foregoing parties. | 0.70 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/21/09 | After update of docket on fee chart, reconcile check received to invoices. | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/21/09 | Download, print and file Certificate of No Objection for Orrick February Fee Application. | 0.30 | 45.00 | |
| | | | | 1.90 | 285.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/01/09 | Review of Certification of Counsel re: Order approving Fee Applications. | 0.10 | 42.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/03/09 | Review of Order Approving 30th Quarterly Fee Applications. | 0.10 | 42.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/21/09 | Review of and revise downward February 2009 pre-bill. | 0.30 | 127.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/22/09 | Review of Notice of Withdrawal of CNO re: Debtors' Application for Order Authorizing Retention of Seale & Associates; review of Certification of Counsel re: revised Order Authorizing Retention of Seale & Associates with proposed Order; review of miscellaneous pleadings. | 0.20 | 85.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/25/09 | Review of and revise downward Phillips, Goldman & Spence March 2009 prebill. | 0.30 | 127.50 | |
| | | | | 1.00 | 425.00 | |
| | | | | 2.90 | 710.00 | |
| | | | | 37.40 | 15,070.00 | |

98 records printed.