# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2009 THROUGH
# APRIL 30, 2009

Phillips, Goldman & Spence, P.A.

May 21, 2009

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   85232

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 04/01/09 | Federal Express | 61.40 |
| 04/01/09 | Long distance phone charges | 0.57 |
| 04/01/09 | On-line docket research | 19.92 |
| 04/13/09 | Check No.: 40093 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 04/13/09 | Postage | 0.42 |
| 04/24/09 | Check No.: 40180 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 220.76 |
| 04/28/09 | Photocopies | 8.40 |
| 04/29/09 | Check No.: 40211 - John C. Phillips, Jr. - expense reimbursement for Court Call - teleconference. | 25.00 |
| 04/29/09 | Check No.: 40211 - John C. Phillips, Jr. - expense reimbursement for Court Call - teleconference. | 70.50 |

Subtotal for COSTS only: 04/30/09     $416.97