**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
**FOR THE THIRTY-FIRST INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP for the Thirty-First Interim Period (the "Application").

**BACKGROUND**

1. Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Bilzin Sumberg seeks approval of fees totaling $214,367.50 and expenses totaling $50,618.29[1] for its services from October 1, 2008 through December 31, 2008 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense

---

[1] In our initial report, we pointed out to Bilzen Sumberg that the total expenses billed in its three monthly fee applications for the current Application Period total $54,453.29, rather than $50,618.29, for a difference of $3,835.00. Bilzen Sumberg responded that, after reviewing this information, it agreed with our calculations, and that it would include the additional expense request in its next quarterly fee application.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Bilzin 31Q 10-12.08.wpd

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. Based upon our review, we served an initial report on Bilzin Sumberg, and received a response from Bilzin Sumberg, portions of which response are quoted herein.

## DISCUSSION

<u>Specific Time and Expense Entries</u>

3.  In our initial report, we noted the following lodging charges for which more information was needed:

| | |
|---|---|
| 370.50 | Lodging Travel to Pittsburgh - Vendor: Scott L. Baena; . . . Date: 10/27/2008 . . . |
| 370.50 | Lodging Travel to Pittsburgh - Vendor: Jay M. Sakalo; ... ; Date: 10/27/2008 . . . |

In response to our inquiry, Bilzin Sumberg provided the following information concerning these charges:

| DATE | ROOM CHARGE | # of Nights | TAXES, TELEPHONE AND OTHER CHARGES | GUEST NAME | NAME OF HOTEL/ LOCATION |
|---|---|---|---|---|---|
| 10/27/2008 | $325.00 | 1 | $45.50 | Scott L. Baena | The Westin Convention Center-Hotel |
| 10/27/2008 | $325.00 | 1 | $45.50 | Jay M. Sakalo | The Westin Convention Center-Hotel |

We accept Bilzin Sumberg's response[2] and have no objection to these expenses.

    4.    In our initial report, we noted the following air fare charges for which more information was needed:

| | | |
|---|---|---|
| 10/27/08 | Airfare Miami to Charlotte, NC - Vendor: Jay M. Sakalo; . . . Date: 10/27/2008 . . . | 523.50 |
| 10/27/08 | Airfare Charlotte/Pittsburgh/Charlotte/Miami - Vendor: Jay M. Sakalo; . . . Date: 10/27/2008 . . . | 1,922.50 |
| 10/27/08 | Airfare to Pittsburgh - Vendor: Scott L. Baena; . . . Date: 10/27/2008 . . . | 1,903.50 |
| 11/06/08 | Airfare to Charleston, SC - Vendor: Scott L. Baena; . . . Date: 11/6/2008 . . . | 1,243.50 |
| 11/24/08 | Airfare Travel to Pittsburgh - Vendor: Jay M. Sakalo; . . . Date: 11/24/2008 . . . | 1,903.00 |
| 12/03/08 | Airfare Travel to Atlanta - Vendor: Scott L. Baena; . . . Date: 12/3/2008 . . . | 1,196.00 |
| 12/03/08 | Airfare Travel to Atlanta - Vendor: Jay M. Sakalo; . . . Date: 12/3/2008 . . . | 1,196.00 |

---

    [2]We note that although the $325.00 nightly room rate exceeds our recommended trigger rate for Pittsburgh, the Westin Convention Center Hotel is rated four stars by Expedia. Therefore, it is not classified as a luxury hotel.

| | | |
|---|---|---|
| 10/27/08 | Airfare to Pittsburgh - Vendor: Scott L. Baena; . . . Date: 10/27/2008 . . . | 1,903.50 |
| 11/05/08 | Airfare Travel to South Carolina - Vendor: Jay M. Sakalo; . . . Date: 12/12/2008 | 1,243.50 |
| 11/05/08 | Airfare Travel to Charleston - Vendor: Diners Club; . . . Date: 11/26/2008 | 1,000.50 |

In response to our inquiry, Bilzin Sumberg provided additional information which we have included as Response Exhibit "1." Based upon our research of comparable fares, we accept Bilzin's response, except with respect to the two round trip fares from Miami to Atlanta for $1,196.00. We note that the departing leg of both of these trips was first class, while the return leg of both trips was refundable economy class. It appears to us that a round trip, fully refundable economy class ticket from Miami to Atlanta could have been purchased with relatively little advance notice for less than $750.00. Thus, we recommend that reimbursement for both fares be reduced by $446.00, for a total reduction of $892.00 in expenses.

   5. In our initial report, we noted the following meal charges for which more information was needed:

| | | |
|---|---|---|
| 10/26/08 | Meals Travel to Pittsburgh - Vendor: Jay M. Sakalo; . . .Date: 10/27/2008 | 40.00 |
| 10/27/08 | Meals Travel to Pittsburgh - Vendor: Jay M. Sakalo; . . . Date: 10/27/2008 | 44.00 |
| 11/06/08 | Meals Travel to Charleston, SC - Vendor: Scott L. Baena; . . . Date: 11/6/2008 | 80.27 |
| 11/16/08 | Meals Travel to Charleston, SC - Vendor: Matthew Kramer, P.A.; . . . Date: 11/16/2008 | 60.00 |
| 11/05/08 | Meals Travel to South Carolina - Vendor: Jay M. Sakalo; . . . Date: 11/6/2008 | 67.40 |

| 10/26/08 | Meals Travel to Pittsburgh - Vendor: Jay M. Sakalo; . . .Date: 10/27/2008 | 40.00 |
|---|---|---|
| 11/06/08 | Meals Travel to South Carolina - Vendor: Jay M. Sakalo; . . . Date: 11/6/2008 | 119.00 |

In response to our inquiry, Bilzin Sumberg provided the following additional information:

- $80.27 - Meals Travel to Charleston – These charges represent lunch for Scott Baena and three committee members on November 5, 2008.

- $44.00 - Meals Travel to Pittsburgh – These charges represent breakfast for Scott Baena and Jay Sakalo on October 27, 2008.

- $40.00 - Meals Travel to Pittsburgh – These charges represent dinner for Jay Sakalo and Scott Baena on October 26, 2008.

- $67.40 - Meals Travel to Charleston – These charges represent breakfast for Jay Sakalo, Darrell Scott and Scott Baena on November 5, 2008.

- $119.00 - Meals Travel to Charleston – These charges represent lunch for Jay Sakalo, Alex Sanders, Scott Baena, Alan Rich, Edward Westbrook, Darrell Scott, and Matthew Kramer on November 6, 2008.

- $60.00 - Meals Travel to Charleston – These charges represent lunch for Matthew Kramer, Jay Sakalo and Scott Baena on November 6, 2008.

Based upon our meal guidelines of $25 for breakfast, $35 for lunch, and $55 for dinner, we accept Bilzin Sumberg's response and have no objection to these expenses.

## CONCLUSION

6. Thus, we recommend approval of $214,367.50 in fees and $49,726.29 in expenses ($50,618.29 minus $892.00) for Bilzin Sumberg's services for the Application Period.

Case 01-01139-AMC    Doc 21950    Filed 06/02/09    Page 6 of 9

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 2nd day of June, 2009.

_____
Warren H. Smith


**FEE AUDITOR'S FINAL REPORT** - Page 6
wrg FR Bilzin 31Q 10-12.08.wpd

**SERVICE LIST**

**Applicant**
Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

## RESPONSE EXHIBIT "1"

The Fee Auditor has requested additional information regarding airfare charges. Bilzin Sumberg booked the lowest available fully refundable ticket within the window of times that the attorneys needed to depart and return to Miami (or another city, as necessary). In certain instances, the fares were booked as first-class tickets because those fares were <u>less expensive</u> than fully refundable coach tickets or because no coach seats were available at the time of booking. At all times, the tickets were booked with as much advance notice as possible in order to obtain the lowest available fare. To the extent that the Fee Auditor wishes to obtain copies of any of the relevant backup, please let us know and copies will be provided.

| Date | Air Fare Cost | Class of Fare | Departure City | One Way or Round Trip | Passenger Name |
|---|---|---|---|---|---|
| 10/27/2008 | $1,903.50 | First Class (no coach available) | Charlotte, NC | Round Trip | Scott L. Baena |
| 11/6/2008 | $1,243.50 | Special First Class (lower cost than coach) | Miami, FL | Round Trip | Scott L. Baena |
| 12/3/2008 | $1,196.00 | Special First Class and Refundable Economy | Miami, FL | Round Trip | Scott L. Baena |
| 10/27/2008 | $523.50 | Coach | Miami, FL | One Way | Jay M. Sakalo |
| 10/27/2008 | $1,922.50 | First Class (no coach available) | Charlotte, NC | Round Trip | Jay M. Sakalo |
| 11/5/2008 | $1,243.50 | Special First Class (lower cost than coach) | Miami, FL | Round Trip | Jay M. Sakalo |

| | | | | | |
|---|---|---|---|---|---|
| 11/24/2008 | $1,903.00 | First Class (no coach available – travel during holiday period | Miami, FL | Round Trip | Jay M. Sakalo |
| 12/3/2008 | $1,196.00 | Special First Class and Refundable Economy | Miami, FL | Round Trip | Jay M. Sakalo |
| 11/5/2008 | $1,000.50 *See Note below | Special First Class (lower cost than coach | Miami, FL | Round Trip | Matthew I. Kramer |

*Note: While researching and reviewing the backup for all travel costs, Bilzin Sumberg noted that there was an additional charge of $278.00 due to a change in flight schedule that was not properly billed to the W. R. Grace matter. These charges will be posted to Bilzin Sumberg's statement of fees and costs for April 2009.