## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF DELOITTE TAX LLP
### FOR THE THIRTY-FIRST INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Deloitte Tax LLP for the Thirty-First Interim Period</u> (the "Application").

### BACKGROUND

1.     Deloitte Tax LLP ("Deloitte Tax") was retained to provide tax services to the Debtors and Debtors-in-Possession.  In the Application, Deloitte Tax seeks approval of fees totaling $188,342.00 and expenses totaling $2,880.00 for its services from June 1, 2008 through December 31, 2008 (the "Application Period").

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  Based upon our review, we served an initial report on Deloitte Tax, and received a response from Deloitte Tax, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted the following time entries which appeared to include non-working travel:

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/9/2008 | Michael Steinsaltz | IP Migration | Meeting with Steptoe to discuss W.R. Grace; including travel | 5.00 | $680 | $3,400 |
| 6/9/2008 | Jared Gordon | IP Migration | travel to DC to meeting with Steptoe | 2.60 | $570 | $1,482 |
| 6/19/2008 | Jared Gordon | IP Migration | travel to/from meeting | 4.50 | $570 | $2,565 |
| 6/19/2008 | Ian Booth | IP Migration | 4.5 Hours Travel time; 2.9 Hours - Meeting in MD with WRG/Steptoe Personnel - Info Request | 7.40 | $480 | $3,552 |

Pursuant to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates."  Thus, we asked Deloitte Tax whether the required 50% discount had been applied to this time.  Deloitte Tax provided revised time entries (which we have attached as Response Exhibit "A"), along with the following response:

All time indicated for these entries was originally billed at 100% of the applicable

hourly rates.

Deloitte Tax has provided revised activity descriptions pertaining to these time entries on (Response) Exhibit A hereto.  As set forth on (Response) Exhibit A, these activity descriptions have been broken down into time incurred in providing services to the Debtors, and time incurred while traveling in order to provide these services.

(Response) Exhibit A also reflects adjustments to 50% of the applicable hourly rates for time entries pertaining only to travel.  Accordingly, Deloitte Tax hereby agrees to a reduction in the compensation sought pursuant to such time entries in the amount of $2,336.00, thereby reducing the total compensation amount sought pursuant to such entries to the amount reflected on (Response) Exhibit A of $8,663.00 ($10,999.00 - $8663.00 = $2,336.00).

We appreciate Deloitte Tax's response and recommend a reduction of $2,336.00 in fees.

4.      In our initial report, we noted a number of time entries for what appeared to be billing and

entering time.  These time entries are listed on Exhibit "A."  Time spent on preparation of

the monthly and quarterly fee applications is compensable, while time spent recording time

and expenses is not.[1]  Thus, we asked Deloitte Tax to explain why these services should be

---

[1] . . . As a general rule, "professionals customarily factor into their hourly rate the noncompensable time for keeping contemporaneous time records."  *In re CF & I Fabricators of Utah, Inc.*, 131 B. R. 474, 483 (Bankr.D.Utah 1991).  Those professionals not used to practicing in Bankruptcy Court may complain about the onerous time-keeping requirements but

> [p]rofessionals hired by the estate accept employment knowing they will be required to account for their time in detail.  The debtors, after all, are in bankruptcy and the professionals are being paid by a fiduciary estate under court supervision....  Keeping time records is an integral aspect of bankruptcy representation and is not entitled to additional compensation. *Id.* at 484.

The portion of time billed for such tasks as "record keeping" is, consequently, not compensable.  This is to be distinguished from preparation of a fee application which is compensable. *Id.,* at 487. *See, generally, In re Kreidle*, 85 B.R. 573, 575 (Bankr.D.Colo. 1988).

compensated by the estate.  Deloitte Tax responded as follows:

Deloitte Tax submits that the time incurred by Ms. Reed under these entries was expended in recording time and expenses.  However, the time incurred by Mr. Anu under these entries was expended in the preparation of monthly and quarterly fee applications of Deloitte Tax.

Deloitte Tax agrees to adjust its compensation sought under these entries by not seeking compensation for the $84.00 in fees incurred by Ms. Reed pursuant to these entries.  Accordingly, Deloitte Tax hereby agrees to a reduction in the compensation sought pursuant to such time entries in the amount of $84.00, thereby reducing the total compensation amount sought pursuant to such entries to $1,720.00 ($1,804 - $84.00 = $1,720.00).

We accept Deloitte Tax's response and recommend a reduction of $84.00 in fees.

5.      In our initial report, we noted that timekeeper Maryam Farooq, billing at an hourly rate of

$290.00, spent 2.50 hours for $726.00 in fees, on work which appeared to be clerical in

nature:

| 11/3/2008 | Farooq, Maryam | General Admin | updating the W.R. Grace Files | 2.00 | $290 | $580 |
| 12/22/2008 | Farooq, Maryam | General Admin | Printing documents for Grace Billing file | 0.25 | $290 | $73 |
| 12/23/2008 | Farooq, Maryam | General Admin | organizing Grace files | 0.25 | $290 | $73 |
| | | | | 2.50 | | $726 |

There is authority in this district for adjusting rates downward for routine tasks.  "Routine tasks, if

performed by senior partners in large firms, should not be billed at their usual rates.  A Michelangelo

should not charge Sistine Chapel rates for painting a farmer's barn." *Ursic v. Bethlehem Mines*, 719

F.2d 670, 677 (3rd Cir. 1983).   We have been consistent in recommending that clerical tasks be

billed at no more than $80.00 per hour.  Thus, we asked Deloitte Tax to explain why the tasks in

question should be compensated at Ms. Farooq's full hourly rate.  Deloitte Tax responded:

Deloitte Tax agrees to adjust Ms. Farooq's compensation sought pursuant to these entries by calculating such compensation at a rate of $80.00 per hour. Accordingly, Deloitte Tax hereby agrees to a reduction in the compensation sought pursuant to such time entries in the amount of $200.00 (2.5 x $80.00 = $200.00), thereby reducing the total compensation amount sought pursuant to such entries to $526 [(2.5 hours x $290.00 = $726.00) – (2.5 hours x $80.00 = $200.00) = $526.00].

We appreciate Deloitte Tax's response and recommend a reduction of $526.00[2] in fees.

### CONCLUSION

6.      Thus, we recommend approval of $185,396.00 in fees ($188,342.00 minus $2,946.00) and

$2,880.00 in expenses for Deloitte Tax's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[2]Applying an $80.00 hourly rate to the time entries listed results in fees of $200.00. The difference between $726.00 and $200.00 is $526.00, hence, a $526.00 fee reduction.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 2nd day of June, 2009.

Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

**<u>The Applicant</u>**
Michael Steinsaltz, Partner
DELOITTE TAX LLP
1700 Market Street
25th Floor
Philadelphia, PA

tscoles@deloitte.com

**<u>The Debtors</u>**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**<u>Counsel for the Debtors</u>**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**<u>Counsel for the Official Committee of Unsecured Creditors</u>**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**<u>Counsel to the Official Committee of Property Damage Claimants</u>**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**<u>Counsel to the Official Committee of Personal Injury Claimants</u>**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**<u>Official Committee of Equity Holders</u>**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**<u>United States Trustee</u>**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

## EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/10/2008 | Valerie Reed | Administrative Services | Mike's time reports | 0.30 | $70 | $21 |
| 10/13/2008 | Valerie Reed | Administrative Services | Mike's time report | 0.30 | $70 | $21 |
| 11/1/2008 | Alex, Anu T | General Admin | billing time | 2.10 | $400 | $840 |
| 11/3/2008 | Alex, Anu T | General Admin | billing time/admin | 1.50 | $400 | $600 |
| 11/4/2008 | Alex, Anu T | General Admin | update billing | 0.20 | $400 | $80 |
| 11/5/2008 | Alex, Anu T | General Admin | billing time/admin | 0.50 | $400 | $200 |
| 11/3/2008 | Reed, Valerie R | General Admin | Mike's time report | 0.20 | $70 | $14 |
| 12/31/2008 | Reed, Valerie R | General Admin | Entering time for Michael Steinsaltz | 0.20 | $70 | $14 |
| 12/31/2008 | Reed, Valerie R | General Admin | Entering time for Michael Steinsaltz | 0.20 | $70 | $14 |
| | | | | **5.50** | | **$1,804** |

**RESPONSE EXHIBIT A**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|------|------|------------------|-------------|-------|--------------|-------------------|
| 6/9/2008 | Michael Steinsaltz | IP Migration | Meeting with Steptoe to discuss W.R. Grace | 3.10 | $680 | $2,108 |
| 6/9/2008 | Michael Steinsaltz | IP Migration | travel to meeting (prep time) | 0.90 | $680 | $612 |
| 6/9/2008 | Michael Steinsaltz | IP Migration | travel to meeting (no prep work) - 50% rate | 1.00 | $340 | $340 |
| 6/9/2008 | Jared Gordon | IP Migration | travel to DC for meeting with Steptoe (prep time with Mike) | 0.90 | $570 | $513 |
| 6/9/2008 | Jared Gordon | IP Migration | travel to DC for meeting with Steptoe (no prep) - 50% rate | 1.00 | $285 | $285 |
| 6/19/2008 | Jared Gordon | IP Migration | travel to/from meeting (prep time) | 2.00 | $570 | $1,140 |
| 6/19/2008 | Jared Gordon | IP Migration | travel to/from meeting (no prep) - 50% rate | 2.5 | $285 | $713 |
| 6/19/2008 | Ian Booth | IP Migration | travel to/from meeting (prep time) | 2.0 | $480 | $960 |
| 6/19/2008 | Ian Booth | IP Migration | travel to/from meeting (no prep) - 50% rate | 2.5 | $240 | $600 |
| 6/19/2009 | Ian Booth | IP Migration | Meeting in MD with WRG/Steptoe Personnel - Info Request | 2.9 | $480 | $1,392 |
| | | | | **18.80** | | **$8,663** |