IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 22, 2009 |
| | : | Hearing Date: TBD, if necessary |

FEE DETAIL FOR DAY PITNEY LLP'S
NINETY-THIRD INTERIM FEE APPLICATION FOR THE PERIOD
FROM APRIL 1, 2009 THROUGH APRIL 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83173573A01060209

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/01/09 | Reviewed and responded to emails regarding CNO for January Fee Application; Finalized February Fee Application documents and prepared same for filing. | | | |
| | 18 | K. Begley | 0.9 | 225.00 |
| 04/09/09 | Reviewed and filed docket entries. | | | |
| | 14 | K. Begley | 0.2 | 50.00 |
| 04/27/09 | Drafted March 2009 Fee Application Documents and organized docket entries. | | | |
| | 18 | K. Begley | 0.4 | 100.00 |
| 04/28/09 | Review, revise and follow up with K. Begley regarding DP's March 2009 Fee Application. | | | |
| | 14 | S. Zuber | 0.3 | 148.50 |
| 04/28/09 | Drafted March 2009 Fee Application Documents; Drafted 32nd quarterly fee application for January 1, 2009 to March 31, 2009; Emails to S. Zuber regarding same. | | | |
| | 18 | K. Begley | 4.1 | 1,025.00 |
| 04/29/09 | Review, revise and discuss with K. Begley several drafts of DP's 1Q 2009 Fee Application. | | | |
| | 14 | S. Zuber | 0.5 | 247.50 |
| 04/29/09 | Revised and finalized March 2009 Fee Application; Discussed same with A. Marchetta; Emails to local counsel regarding filing of same. | | | |
| | 18 | K. Begley | 0.5 | 125.00 |
| 04/30/09 | Revised January to March 2009 Quarterly Fee Application; Emails with S. Zuber regarding same. | | | |
| | 18 | K. Begley | 0.4 | 100.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.80 | 495.00 | 396.00 |
| K. Begley | 6.50 | 250.00 | 1,625.00 |
| TOTAL: | 7.30 | | 2,021.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 14 | 0.2 | | |
| | 18 | 6.3 | 250.00 | 1,625.00 |
| S. Zuber | 14 | 0.8 | 495.00 | 396.00 |
| TOTAL: | | 7.3 | | 2,021.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/26/09<br>14 | Memo to A. Marchetta on article on decision.<br>W. Hatfield | | 0.2 | 83.00 |
| 04/01/09<br>3 | Review co-counsel's e-mail re joint appendix and respond re same; work with A. Marchetta re same.<br>B. Moffitt | | 0.5 | 200.00 |
| 04/02/09<br>14 | Follow up with B. Moffitt regarding third circuit Appendix.<br>A. Marchetta | | 0.3 | 192.00 |
| 04/03/09<br>14 | Telephone call from mediator regarding revised demand from State; Follow-up with client regarding same.<br>A. Marchetta | | 0.6 | 384.00 |
| 04/03/09<br>3 | Review various e-mails re NJDEP settlement demand.<br>B. Moffitt | | 0.2 | 80.00 |
| 04/06/09<br>14 | Telephone call from mediator regarding revised demand from State; follow-up with client regarding same.<br>A. Marchetta | | 0.6 | 384.00 |
| 04/06/09<br>3 | Review e-mails re NJDEP settlement demand.<br>B. Moffitt | | 0.1 | 40.00 |
| 04/07/09<br>14 | Telephone conference with mediator on follow-up to settlement position.<br>A. Marchetta | | 0.3 | 192.00 |
| 04/07/09<br>3 | Review various e-mails re NJDEP request for briefing extension.<br>B. Moffitt | | 0.3 | 120.00 |
| 04/08/09<br>14 | Numerous telephone conferences, e-mails and follow-up regarding third circuit brief extension and settlement.<br>A. Marchetta | | 0.8 | 512.00 |
| 04/08/09<br>3 | Review e-mails re NJDEP request for briefing extension and NJDEP's submission to third circuit re same.<br>B. Moffitt | | 0.2 | 80.00 |
| 04/09/09<br>14 | Follow-up telephone conference with mediator in light of third circuit brief.<br>A. Marchetta | | 0.5 | 320.00 |

4

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/13/09 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues (.6); Worked with AJ Marchetta in followup to same (.2). | | | |
| 14 | | S. Parker | 0.8 | 124.00 |
| 04/14/09 | Review draft report to Board. | | | |
| 3 | | A. Marchetta | 0.5 | 320.00 |
| 04/14/09 | Revise proposed Board update insert re Hamilton plant site and review file re same. | | | |
| 3 | | B. Moffitt | 1.0 | 400.00 |
| 04/15/09 | Review state's third circuit brief and follow-up with B. Moffitt regarding same; E-mails on same. | | | |
| 14 | | A. Marchetta | 0.9 | 576.00 |
| 04/15/09 | Review and circulate NJDEP Notice of Appeal re 105 injunction issue. | | | |
| 3 | | B. Moffitt | 0.2 | 80.00 |
| 04/15/09 | Review NJDEP's third circuit brief re late proof of claim issue and telephone call from A. Marchetta re same. | | | |
| 3 | | B. Moffitt | 0.6 | 240.00 |
| 04/15/09 | Searched third circuit docket regarding appellate brief and supporting documents as requested by A. Marchetta. | | | |
| 14 | | S. Parker | 0.3 | 46.50 |
| 04/16/09 | Conference with B. Moffitt regarding state's appendix and review of submission; Conference regarding misstatement in facts. | | | |
| 14 | | A. Marchetta | 0.8 | 512.00 |
| 04/16/09 | Review NJDEP brief and provide comments to co-counsel re same; Review file material and former briefs re same. | | | |
| 3 | | B. Moffitt | 3.2 | 1,280.00 |
| 04/24/09 | Telephone call with A. Marchetta re communications with third circuit Mediator Torregrossa, and follow up re same. | | | |
| 3 | | B. Moffitt | 0.3 | 120.00 |
| 04/27/09 | Telephone call from third circuit Mediator and follow up call regarding offer from State. | | | |
| 14 | | A. Marchetta | 0.7 | 448.00 |
| 04/27/09 | Confer with A. Marchetta re settlement negotiation issues. | | | |
| 3 | | B. Moffitt | 0.2 | 80.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/28/09 14 | Follow up regarding supplemental appendix and telephone call with Mediator. | A. Marchetta | 0.5 | 320.00 |
| 04/28/09 3 | Review supplemental appendix and e-mail to co-counsel re same. | B. Moffitt | 0.2 | 80.00 |
| 04/28/09 3 | Review GAO report re Hamilton site and article re same. | B. Moffitt | 0.5 | 200.00 |
| 04/28/09 14 | Search regarding compilation of information on current status of investigation of Hamilton plant and related issues, including GAO report on the EPA's assessment of sites that received asbestos from Libby, and related articles. | S. Parker | 0.8 | 124.00 |
| 04/29/09 14 | Review article on Hamilton site and memo to A. Marchetta on strategy on matter. | W. Hatfield | 0.3 | 124.50 |
| 04/29/09 14 | Update of information concerning Hamilton site; Follow up regarding call with mediator. | A. Marchetta | 0.2 | 128.00 |
| 04/30/09 3 | Review W. Hatfield e-mail re non-asbestos issues at Hamilton site. | B. Moffitt | 0.2 | 80.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.50 | 415.00 | 207.50 |
| A. Marchetta | 6.70 | 640.00 | 4,288.00 |
| B. Moffitt | 7.70 | 400.00 | 3,080.00 |
| S. Parker | 1.90 | 155.00 | 294.50 |
| TOTAL: | 16.80 | | 7,870.00 |

6

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 6.2 | | |
| | 3 | 0.5 | 640.00 | 4,288.00 |
| W. Hatfield | 14 | 0.5 | 415.00 | 207.50 |
| B. Moffitt | 3 | 7.7 | 400.00 | 3,080.00 |
| S. Parker | 14 | 1.9 | 155.00 | 294.50 |
| TOTAL: | | 16.8 | | 7,870.00 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### APRIL 1, 2009 THROUGH APRIL 30, 2009

None.

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 22, 2009 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of Colorado, the United

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83173173A01060209

States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey  
Dated: June 2, 2009

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950