IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MARCH 1 – MARCH 31, 2009 THE QUARTER OF JANAURY – MARCH 2009**

| |
|---|
| Name of Applicant: **Steptoe & Johnson LLP** |
| Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession** |
| Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001** |
| Period for Which Compensation and Reimbursement is Sought: **March 1, 2009 – March 31, 2009** |
| Objection Deadline: **June 30, 2009** |
| Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$22,661.50** |
| Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$302.83** |
| 80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$18,129.20** |
| Total Amount of Holdback Fees Sought for Applicable Period: **$4,532.30** |

This is a **X** monthly **X** interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 2 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

The history of the prior applications by Steptoe & Johnson is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $ 9.77 | $ 2,620.00 | $ 8.72 | $ 655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2.634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 - 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 - 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 - 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 - 01/31/03 | $ 3,566.50 | $ 78.40 | $ 2,853.20 | $ 78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $ 62.59 | $20,548.00 | $ 62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 - 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $ 15.14 | $ 3,695.60 | $ 15.14 | $ 923.90 |
| 1/23/04 | 07/01/03 - 07/07/03 | $ 2,781.50 | $ 66.32 | $ 2,225.20 | $ 66.32 | $ 556.30 |
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $ 11.58 | $ 2,218.80 | $ 11.58 | $ 554.70 |
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $ 32.28 | $ 1,462.00 | $ 32.28 | $ 365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $ 28.33 | $ 2,401.60 | $ 28.33 | $ 600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $ 32.70 | $ 9,480.00 | $ 32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $ 29.33 | $ 1,461.60 | $ 29.33 | $ 365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $ 70.80 | $ 4,619.60 | $ 70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $ 35.08 | $ 2,938.06 | $ 35.08 | $ 739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $ 9.59 | $ 1,946.80 | $ 9.59 | $ 486.70 |
| 9/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $ 23.30 | $ 6,430.40 | $ 23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $ 81.64 | $ 2,378.80 | $ 81.64 | $ 594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $ 67.21 | $ 4,398.40 | $ 67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $ 159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $ 46.91 | $ 2,622.00 | $ 46.91 | $ 655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $ 17.85 | $ 1,178.50 | $ 17.85 | $ 294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $ 38.27 | $ 3,653.60 | $ 38.27 | $ 913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| 3/31/06 | 10/01/05 - 10/31/05 | $ 1,306.50 | $ 4.02 | $ 1,045.20 | $ 4.02 | $ 261.30 |
| 3/31/06 | 11/01/05 - 11/30/05 | $ 3,378.00 | $ 24.45 | $ 2,702.40 | $ 24.45 | $ 675.60 |
| 3/31/06 | 12/01/05 - 12/31/05 | $ 8,456.50 | $ 73.62 | $ 6,765.20 | $ 73.62 | $ 1,691.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/23/06 | 01/01/06 – 01/31/06 | $39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 - 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14,281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 - 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 - 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 - 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 - 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/28/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/28/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/28/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| 9/10/08 | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| 9/10/08 | 05/01/08-05/31/08 | $56,329.50 | $ 418.98 | $45,063.60 | $ 418.98 | $11,265.90 |
| 9/10/08 | 06/01/08-06/30/08 | $208,188.00 | $ 1,844.51 | $166,550.40 | $ 1,844.51 | $41,637.60 |
| 10/16/08 | 07/01/08 – 07/31/08 | $ 79,866.00 | $ 276.81 | $63,892.80 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/31/08 | $ 88,329.50 | $ 2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| 11/11/08 | 09/01/08 – 09/30/08 | $ 37,033.50 | $ 1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |
| 2/13/09 | 10/01/08 – 10/31/08 | $ 75,580.00 | $ 73.92 | $60,464.00 | $ 73.92 | $15,116.00 |
| 2/24/09 | 11/01/08 – 11/30/08 | $70,104.00 | $ 201.91 | $56,083.00 | $ 201.91 | $14,020.80 |
| 2/24/09 | 12/01/08 – 12/31/08 | $31,029.00 | $ 147.01 | $24,823.20 | $ 147.01 | $24,823.20 |
| 3/23/09 | 01/01/09 – 01/31/09 | $43,753.50 | $ 52.39 | $35,010.80 | $ 52.39 | $ 8,752.70 |
| 3/24/09 | 02/01/09 – 02/28/09 | $48,790.00 | $ 357.02 | $39,032.00 | $ 357.02 | $ 9,758.00 |
| Current | 03/01/09 – 03/31/09 | $22,661.50 | $ 302.83 | $18,129.20 | $ 302.83 | $4,532.30 |
| Current | 04/01/09 – 04/30/09 | $10,786.00 | $ 55.90 | $ 8,628.50 | $ 55.90 | $ 2,157.20 |

The S&J attorneys who rendered professional services in March 2009 are as follows. Note that Ms. Moran has two rates because she has a lower billing rate ($500) for administrative work and oversight (including preparation of filings with the Court).

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2009 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| A. E. Moran | Partner | Over 20 | Tax | $605.00 | 4.10 | $2,480.50 |
| A. E. Moran | Partner | Over 20 | Tax | $500.00 | 1.60 | $ 800.00 |
| M. D. Lerner | Partner | Over 20 | Tax | $745.00 | 8.20 | $6,109.00 |
| M. Silverman | Partner | Over 20 | Tax | $960.00 | 9.50 | $9,120.00 |
| G. Kidder | Associate | 8 | Tax | $495.00 | 5.60 | $2,772.00 |
| P. West | Partner | Over 20 | Tax | | 0 | 0 |
| M. Durst | Counsel | Over 20 | Tax | $920.00 | 1.50 | $1,380.00 |
| S. Williams | Associate | 1 | Tax | | 0 | 0 |
| L. Zarlenga | Partner | Over 15 | Tax | | 0 | 0 |

3

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 1.60 | $800.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 28.90 | $21,861.50 |
|  | **Total** | **30.50** | **$22,661.50** |

**Expense Summary** – All attributable to subject matter 46 unless otherwise indicated.

| Description | Amount |
|---|---|
| Online Research | 0 |
| Copies – Matter 32 | 0 |
| Copies – Matter 46 | $13.00 |
| Hotel | 0 |
| Car Services for Client Travel | $186.00 |
| Federal Express/Overnight Messenger | 0 |
| Facsimile | 0 |
| Conference Calls – Long Distance | $46.53 |
| Working Meals | $47.30 |
| Local Transportation/Parking | 0 |
| Airfare | 0 |
| **Total** | **$302.83** |

A detailed description of fees and expenses can be found at Exhibits A and B.

Date: May 29, 2009

Respectfully submitted,
STEPTOE & JOHNSON LLP

_Anne E. Moran_
Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC  20036  (202) 429-6449

**EXHIBIT A**

Professional services rendered: February 2009: **IRS Audit Issue: Presentation and approval of stipulated settlement**

Professional services rendered through: March 31, 2009

| Date | Professional | Description | Hours |
|---|---|---|---|
| 03/02/09 | G.N. Kidder | Conference call with Matt Lerner, Carol Finke, Bryan Collins, and Elyse Filon to discuss status of settlement negotiations with IRS Appeals. | 0.50 |
| 03/02/09 | M.D. Lerner | Call to set negotiating strategy of 10-year issue. | 0.60 |
| 03/02/09 | M.J. Silverman | Call with client; talk with Mr. Kidder regarding conference call and bankruptcy counsel. | 0.50 |
| 03/02/09 | M.J. Silverman | Conference call with client & Steptoe on settlement negotiations. | 0.50 |
| 03/03/09 | G.N. Kidder | Conference call with Matt Lerner, Carol Finke, and Todd Maynes (Kirkland & Ellis) to discuss bankruptcy court implications for potential resolution of SRLY carryback issue. | 0.80 |
| 03/03/09 | M.D. Lerner | Call with T. Maynes re Grace settlement approaches. | 0.90 |
| 03/03/09 | M.J. Silverman | Review IRS settlement. | 1.00 |
| 03/04/09 | M.D. Lerner | Read email from T. Maynes. | 0.20 |
| 03/06/09 | G.N. Kidder | Conference call with Elyse Filon, Carol Finke, Matt Lerner, Bryan Collins, and Mark Silverman to discuss negotiation options and status of settlement discussions with IRS Appeals. | 1.00 |
| 03/06/09 | M.D. Lerner | Call with client re settlement approach. | 1.00 |
| 03/06/09 | M.D. Lerner | Outline and place call to IRS counsel. | 0.30 |
| 03/06/09 | M.J. Silverman | Conference call with client re settlement. | 1.00 |
| 03/11/09 | M.J. Silverman | Call with counsel re settlement. | 0.50 |
| 03/16/09 | M.D. Lerner | Calls with Carol Finke and L. Letkowicz re settlement. | 0.50 |
| 03/19/09 | M.D. Lerner | Call with Ms. Finke re process for settling. | 0.20 |
| 03/20/09 | G.N. Kidder | Draft stipulation of settled issues for SRLY tax court case. | 2.50 |
| 03/20/09 | M.D. Lerner | Draft script to explain settlement to IRS. | 0.20 |
| 03/20/09 | M.D. Lerner | Edit stipulation of settled case. | 0.90 |
| 03/20/09 | M.J. Silverman | Review stipulation. | 1.50 |
| 03/23/09 | M.D. Lerner | Review computations for settlement and call re same. | 0.90 |
| 03/23/09 | M.D. Lerner | Call to IRS counsel re settlement. | 0.20 |
| 03/23/09 | M.D. Lerner | Edit and transmit stipulation of settled issues. | 0.40 |
| 03/23/09 | M.J. Silverman | Telephone conference re stipulation; talk to Mr. Collins re stacking of issues. | 1.50 |

5

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/24/09 | M.D. Lerner | Call with client re carryback and follow-up. | 0.40 |
| 03/24/09 | M.D. Lerner | Edit Stipulation of Settled Issues per client's suggestion. | 0.60 |
| 03/24/09 | M.J. Silverman | Review stipulation for settlement of case; review SRLY issue. | 1.00 |
| 03/26/09 | G.N. Kidder | Review draft revised stipulation of settled issues. | 0.20 |
| 03/26/09 | M.D. Lerner | Circulate revised stipulation for review. | 0.50 |
| 03/26/09 | M.D. Lerner | Call with client re correlative adjustments due to settlement. | 0.20 |
| 03/26/09 | M.J. Silverman | Review revised settlement. | 1.00 |
| 03/27/09 | G.N. Kidder | Review draft revised stipulation of settled issues and draft alternative language to respond to concerns from IRS counsel re: applicable SRLY rules. | 0.60 |
| 03/27/09 | M.D. Lerner | Call with Larry Letkiewicz re language of stipulation and follow-up on citation. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 8.50 | 960.00 | 8,160.00 |
| M.D. Lerner | 8.20 | 745.00 | 6,109.00 |
| G.N. Kidder | 5.60 | 495.00 | 2,772.00 |
| Total | 22.30 | | 17,041.00 |

Total Fees    $17,041.00

**Tax Reorgainzation Issues**

Professional services rendered through: March 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/06/09 | A.E. Moran | Telephone conference with C. Finke re MEC and 72(v) rules. | 0.20 |
| 03/06/09 | A.E. Moran | Research on 72(v) rules. | 2.20 |
| 03/10/09 | A.E. Moran | Telephone calls to D. Drees (IRS) re MECs. | 0.30 |
| 03/11/09 | A.E. Moran | Review MEC isues. | 0.40 |
| 03/11/09 | A.E. Moran | Telephone conferences with Linda Boyd (IRS) on MECs and 72 (v) rules. | 0.40 |
| 03/11/09 | A.E. Moran | Telephone conference with C. Finke on MECs. | 0.20 |
| 03/12/09 | A.E. Moran | Review old memo on MECs and send to C. Finke with email confirming no change. | 0.40 |
| 03/17/09 | M.J. Silverman | Review alternative approaches as requested by Debra Poole. | 1.00 |

| 03/23/09 | M.C. Durst | Conversation with D. Poole and German counsel. | 1.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 1.00 | 960.00 | 960.00 |
| M.C. Durst | 1.50 | 920.00 | 1,380.00 |
| A.E. Moran | 4.10 | 605.00 | 2,480.50 |
| Total | 6.60 | | 4,820.50 |

Total Fees $4,820.50

Disbursements:

**Biling Administration**

| 03/16/09 | A.E. Moran | Work on January-February 09 bills. | 1.00 |
| 03/19/09 | A.E. Moran | Review and revise January-February 09 bills. | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.60 | 500.00 | 800.00 |
| Total | 1.60 | | 800.00 |

Disbursements:

| | Duplicating | 13.00 |
| 02/13/09 | Soundpath charge for Conferencing Services on 02/13/09 for 445 minutes. Moderator: Matthew D. Lerner | 46.53 |
| 03/06/09 | Taxis - TALAMAS PIERRELUS   Inv. 12324 date 03/02/09 re: Car Service to Columbia, MD | 102.00 |
| 03/06/09 | Taxis - TALAMAS PIERRELUS   Inv. 12324 date 03/02/09 re: Car Service to airports | 84.00 |
| 03/24/09 | Meals - MATTHEW D. LERNER- - Client Discussions & Strategy on 02/16/09 (Steptoe plus Grace lawyers) | 47.30 |
| 03/24/09 | Parking - MATTHEW D. LERNER- - Client Discussions & Strategy on 02/16/09 | 10.00 |

Total Disbursements $302.83

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  706095

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost              Timekeeper
Code      Date    Number   Name                    Quantity    Rate    Amount
==============================================================================
PC LASER  2 Pages Ward, Brenda
LASR      03/13/09 00206    Moran, Anne E.          2.00      0.10     0.20
  LASR    03/13/09 00206    Moran, Anne E.          2.00      0.20     0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      03/13/09 00206    Moran, Anne E.          4.00      0.10     0.40
  LASR    03/13/09 00206    Moran, Anne E.          4.00      0.20     0.80
PC/Network Printing

PC LASER  4 Pages Ward, Brenda
LASR      03/13/09 Total:                           0.60
LASR      03/16/09 00206    Moran, Anne E.         10.00      0.10     1.00
  LASR    03/16/09 00206    Moran, Anne E.         10.00      0.20     2.00
PC/Network Printing

PC LASER  10 Pages Moran, Anne
LASR      03/16/09 00206    Moran, Anne E.         11.00      0.10     1.10
  LASR    03/16/09 00206    Moran, Anne E.         11.00      0.20     2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR      03/16/09 Total:                           2.10
LASR      03/18/09 00206    Moran, Anne E.          8.00      0.10     0.80
  LASR    03/18/09 00206    Moran, Anne E.          8.00      0.20     1.60
PC/Network Printing

PC LASER  8 Pages Ward, Brenda
LASR      03/18/09 00206    Moran, Anne E.          1.00      0.10     0.10
  LASR    03/18/09 00206    Moran, Anne E.          1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      03/18/09 00206    Moran, Anne E.          1.00      0.10     0.10
  LASR    03/18/09 00206    Moran, Anne E.          1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      03/18/09 00206    Moran, Anne E.         11.00      0.10     1.10
  LASR    03/18/09 00206    Moran, Anne E.         11.00      0.20     2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      03/18/09 00206    Moran, Anne E.         11.00      0.10     1.10
  LASR    03/18/09 00206    Moran, Anne E.         11.00      0.20     2.20
PC/Network Printing
```

Doc. # DC-2205676 v.1 5/29/09 04:21 PM

```
PC LASER   11 Pages Ward, Brenda
LASR       03/18/09 00206    Moran, Anne E.             1.00   0.10    0.10
   LASR    03/18/09 00206    Moran, Anne E.             1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/18/09 00206    Moran, Anne E.             8.00   0.10    0.80
   LASR    03/18/09 00206    Moran, Anne E.             8.00   0.20    1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/18/09 00206    Moran, Anne E.             1.00   0.10    0.10
   LASR    03/18/09 00206    Moran, Anne E.             1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/18/09 00206    Moran, Anne E.             8.00   0.10    0.80
   LASR    03/18/09 00206    Moran, Anne E.             8.00   0.20    1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/18/09 00206    Moran, Anne E.            11.00   0.10    1.10
   LASR    03/18/09 00206    Moran, Anne E.            11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       03/18/09 Total:                              6.10
LASR       03/19/09 00206    Moran, Anne E.             1.00   0.10    0.10
   LASR    03/19/09 00206    Moran, Anne E.             1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/19/09 00206    Moran, Anne E.             1.00   0.10    0.10
   LASR    03/19/09 00206    Moran, Anne E.             1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/19/09 00206    Moran, Anne E.             1.00   0.10    0.10
   LASR    03/19/09 00206    Moran, Anne E.             1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/19/09 00206    Moran, Anne E.             8.00   0.10    0.80
   LASR    03/19/09 00206    Moran, Anne E.             8.00   0.20    1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/19/09 00206    Moran, Anne E.             1.00   0.10    0.10
   LASR    03/19/09 00206    Moran, Anne E.             1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/19/09 00206    Moran, Anne E.             1.00   0.10    0.10
   LASR    03/19/09 00206    Moran, Anne E.             1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
```

```
LASR       03/19/09 00206      Moran, Anne E.              1.00    0.10        0.10
  LASR     03/19/09 00206      Moran, Anne E.              1.00    0.20        0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR       03/19/09 00206      Moran, Anne E.              8.00    0.10        0.80
  LASR     03/19/09 00206      Moran, Anne E.              8.00    0.20        1.60
PC/Network Printing

PC LASER    8 Pages Ward, Brenda
LASR       03/19/09 00206      Moran, Anne E.              1.00    0.10        0.10
  LASR     03/19/09 00206      Moran, Anne E.              1.00    0.20        0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda

LASR       03/19/09 00206      Moran, Anne E.              8.00    0.10        0.80
  LASR     03/19/09 00206      Moran, Anne E.              8.00    0.20        1.60
PC/Network Printing

PC LASER    8 Pages Ward, Brenda
LASR       03/19/09 00206      Moran, Anne E.             11.00    0.10        1.10
  LASR     03/19/09 00206      Moran, Anne E.             11.00    0.20        2.20
PC/Network Printing
LASR                  Total:                              13.00

MEALX      03/24/09 00008     Lerner, Matthew D.           1.00   47.30       47.30
Meals - MATTHEW D. LERNER- - Client
Discussions & Strategy on 02/16/09

PARKX      03/24/09 00008     Lerner, Matthew D.           1.00   10.00       10.00
Parking - MATTHEW D. LERNER- - Client
Discussions & Strategy on 02/16/09

TAXIX      03/06/09 00206     Moran, Anne E.               1.00  102.00      102.00
Taxis - TALAMAS PIERRELUS    Inv. 12324 date
03/02/09 re: Car Service

TAXIX      03/06/09 00008     Lerner, Matthew D.           1.00   84.00       84.00
Taxis - TALAMAS PIERRELUS    Inv. 12324 date
03/02/09 re: Car Service

TAXIX      03/06/09 Total:                               186.00

TAXIX                 Total:                             186.00

TELECO     02/13/09 00008     Lerner, Matthew D.           1.00   46.53       46.53
  TELECO   02/13/09 00008     Lerner, Matthew D.           1.00               46.53
Soundpath charge for Conferencing Services
on 02/13/09 for 445 minutes.

Moderator: Matthew D. Lerner
Total: 012046.00003 TAX LITIGATION AUDIT ISSUE          302.83

Report Total:                                           302.83
```