IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD
FROM APRIL 1 – APRIL 30, 2009
THE QUARTER OF APRIL-JUNE 2009**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **April 1, 2009 – April 30, 2009**

Objection Deadline: **June 30, 2009**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$10,786.00**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$55.90**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$8,628.80**

Total Amount of Holdback Fees Sought for Applicable Period: **$2,157.20**

---

This is a **X** monthly **X** interim __ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 2 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

The history of the prior applications by Steptoe & Johnson is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $    9.77 | $ 2,620.00 | $    8.72 | $   655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2,634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 – 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 – 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 – 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 – 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 – 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 – 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 – 01/31/03 | $ 3,566.50 | $   78.40 | $ 2,853.20 | $   78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 – 02/28/03 | $25,685.00 | $   62.59 | $20,548.00 | $   62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 – 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 – 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 – 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 – 06/31/03 | $ 4,619.50 | $   15.14 | $ 3,695.60 | $   15.14 | $   923.90 |
| 1/23/04 | 07/01/03 – 07/07/03 | $ 2,781.50 | $   66.32 | $ 2,225.20 | $   66.32 | $   556.30 |
| 1/23/04 | 08/01/03 – 08/31/03 | $ 2,773.50 | $   11.58 | $ 2,218.80 | $   11.58 | $   554.70 |
| 1/23/04 | 09/01/03 – 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 – 10/31/03 | $ 1,827.50 | $   32.28 | $ 1,462.00 | $   32.28 | $   365.50 |
| 2/25/04 | 11/01/03 – 11/30/03 | $ 3,002.00 | $   28.33 | $ 2,401.60 | $   28.33 | $   600.40 |
| 2/25/04 | 12/01/03 – 12/31/03 | $11,850.00 | $   32.70 | $ 9,480.00 | $   32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 – 01/31/04 | $ 1,827.00 | $   29.33 | $ 1,461.60 | $   29.33 | $   365.40 |
| 6/14/04 | 02/01/04 – 02/29/04 | $ 5,774.50 | $   70.80 | $ 4,619.60 | $   70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 – 03/31/04 | $ 3,697.58 | $   35.08 | $ 2,938.06 | $   35.08 | $   739.52 |
| 9/17/04 | 04/01/04 – 04/30/04 | $ 2,433.50 | $    9.59 | $ 1,946.80 | $    9.59 | $   486.70 |
| 9/17/04 | 05/01/04 – 05/31/04 | $ 8,038.00 | $   23.30 | $ 6,430.40 | $   23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 – 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 – 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 – 09/30/04 | $ 2,973.50 | $   81.64 | $ 2,378.80 | $   81.64 | $   594.70 |
| 2/25/05 | 10/01/04 – 10/31/04 | $ 5,498.00 | $   67.21 | $ 4,398.40 | $   67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 – 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 – 12/31/04 | $  798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $  159.60 |
| 6/07/05 | 02/01/05 – 02/28/05 | $ 3,277.50 | $   46.91 | $ 2,622.00 | $   46.91 | $   655.50 |
| 11/05/05 | 05/01/05 – 05/31/05 | $ 1,472.50 | $   17.85 | $ 1,178.50 | $   17.85 | $   294.50 |
| 11/14/05 | 08/01/05 – 08/31/05 | $ 4,567.00 | $   38.27 | $ 3,653.60 | $   38.27 | $   913.40 |
| 11/14/05 | 09/01/05 – 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| 3/31/06 | 10/01/05 – 10/31/05 | $ 1,306.50 | $    4.02 | $ 1,045.20 | $    4.02 | $   261.30 |
| 3/31/06 | 11/01/05 – 11/30/05 | $ 3,378.00 | $   24.45 | $ 2,702.40 | $   24.45 | $   675.60 |
| 3/31/06 | 12/01/05 – 12/31/05 | $ 8,456.50 | $   73.62 | $ 6,765.20 | $   73.62 | $ 1,691.30 |

| 5/23/06 | 01/01/06 – 01/31/06 | $ 39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
|---|---|---|---|---|---|---|
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 - 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14.281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 – 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 - 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 - 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 - 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/28/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/28/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/28/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| 9/10/08 | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| 9/10/08 | 05/01/08-05/31/08 | $56,329.50 | $ 418.98 | $45,063.60 | $ 418.98 | $11,265.90 |
| 9/10/08 | 06/01/08-06/30/08 | $208,188.00 | $ 1,844.51 | $166,550.40 | $ 1,844.51 | $41,637.60 |
| 10/16/08 | 07/01/08 – 07/31/08 | $ 79,866.00 | $ 276.81 | $63,892.80 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/31/08 | $ 88,329.50 | $ 2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| 11/11/08 | 09/01/08 – 09/30/08 | $ 37,033.50 | $ 1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |
| 2/13/09 | 10/01/08 – 10/31/08 | $ 75,580.00 | $ 73.92 | $60,464.00 | $ 73.92 | $15,116.00 |
| 2/24/09 | 11/01/08 – 11/30/08 | $70,104.00 | $ 201.91 | $56,083.00 | $ 201.91 | $14,020.80 |
| 2/24/09 | 12/01/08 – 12/31/08 | $31,029.00 | $ 147.01 | $24,823.20 | $ 147.01 | $24,823.20 |
| 3/23/09 | 01/01/09 – 01/31/09 | $43,753.50 | $ 52.39 | $35,010.80 | $ 52.39 | $ 8,752.70 |
| 3/24/09 | 02/01/09 – 02/28/09 | $48,790.00 | $ 357.02 | $39,032.00 | $ 357.02 | $ 9,758.00 |
| Current | 03/01/09 – 03/31/09 | $22,661.50 | $ 302.83 | $18,129.20 | $ 302.83 | $ 4,532.30 |
| Current | 04/01/09 – 04/30/09 | $10,786.00 | $ 55.90 | $ 8,628.80 | $ 55.90 | $ 2,157.20 |

The S&J attorneys who rendered professional services in April 2009 are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly  2009 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| A. E. Moran | Partner | Over 20 | Tax | $500.00 | 2.40 | $1,200.00 |
| M. D. Lerner | Partner | Over 20 | Tax | $745.00 | 3.70 | $2,756.50 |
| M. Silverman | Partner | Over 20 | Tax | $960.00 | 5.00 | $4,800.00 |
| G. Kidder | Associate | 8 | Tax | $495.00 | 4.10 | $2,029.50 |
| P. West | Partner | Over 20 | Tax | | 0 | 0 |
| M. Durst | Counsel | Over 20 | Tax | | 0 | 0 |
| S. Williams | Associate | 1 | Tax | | 0 | 0 |
| L. Zarlenga | Partner | Over 15 | Tax | | 0 | 0 |
| F. Carter | Associate | 1 | Tax | | 0 | |

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 2.40 | $ 1,200.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 12.80 | $ 9,586.00 |
| | Total | 15.20 | $10,786.00 |

**Expense Summary – All attributable to subject matter 46 unless otherwise indicated.**

| Description | Amount |
|---|---|
| Online Research | 0 |
| Copies – Matter 32 | 0 |
| Copies – Matter 46 | $ 8.10 |
| Hotel | 0 |
| Train Fare | 0 |
| Federal Express/Overnight Messenger | 0 |
| Facsimile | 0 |
| Conference Calls – Long Distance | $25.60 |
| Working Meals | 0 |
| Local Transportation/Messenger | $22.20 |
| Airfare | 0 |
| Total | $55.90 |

A detailed description of fees and expenses can be found at Exhibits A and B.

May 29, 2009

Date:

Respectfully submitted,
STEPTOE & JOHNSON LLP

Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC  20036  (202) 429-6449

Doc. # DC-2205795 v.1 5/29/09 04:16 PM

**EXHIBIT A**

Professional services rendered: April 2009: **IRS Audit Issue: Presentation and approval of stipulated settlement**

Professional services rendered through: April 30, 2009

| | | | |
|---|---|---|---|
| 04/02/09 | M.D. Lerner | Call with Carol Finke re stipulation. | 0.20 |
| 04/03/09 | M.D. Lerner | Letter to Judge Cohen re stipulation of settled issues. | 0.20 |
| 04/06/09 | G.N. Kidder | Review and edit draft petition to bankruptcy court re: IRS settlement | 2.30 |
| 04/06/09 | M.D. Lerner | Email to Carol Finke on petition. | 0.10 |
| 04/06/09 | M.D. Lerner | Calls to Ms. Finke and L. Letkiewicz re computations. | 0.20 |
| 04/07/09 | G.N. Kidder | Review edits to bankruptcy court petition; Edit petition; Discuss changes with Matt Lerner. | 0.80 |
| 04/07/09 | M.D. Lerner | Edit motion to Bankruptcy Court. | 0.50 |
| 04/07/09 | M.J. Silverman | Review Court motion to settle. | 1.00 |
| 04/09/09 | M.D. Lerner | Call with client re proposed conversation with Exam. | 0.50 |
| 04/20/09 | M.D. Lerner | Call with IRS team re processing all claims. | 0.20 |
| 04/20/09 | M.D. Lerner | Review revised motion for settlement. | 0.10 |
| 04/20/09 | M.J. Silverman | Review bankruptcy motion with comments from co-counsel. | 1.50 |
| 04/21/09 | G.N. Kidder | Draft edits to bankruptcy court motion. | 0.50 |
| 04/21/09 | M.D. Lerner | Call with Carol Finke re IRS meeting. | 0.30 |
| 04/21/09 | M.D. Lerner | Edit Bankruptcy Court settlement motion. | 0.60 |
| 04/21/09 | M.J. Silverman | Review revisions on motion re 10-year carryback. | 1.00 |
| 04/22/09 | M.D. Lerner | Scheduling call with creditors. | 0.10 |
| 04/22/09 | M.J. Silverman | Call with creditor counsel; review legal motion. | 0.50 |
| 04/28/09 | M.J. Silverman | Review information filing in court from client. | 0.50 |
| 04/29/09 | M.D. Lerner | Review correspondence re tax settlement and prepare for call. | 0.20 |
| 04/30/09 | G.N. Kidder | Conference call with creditors' committee to explain tax settlement. | 0.50 |
| 04/30/09 | M.D. Lerner | Call with members of creditors committee to explain settlement. | 0.50 |
| 04/30/09 | M.J. Silverman | Call with creditor re IRS settlement. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 5.00 | 960.00 | 4,800.00 |

| Name | Hours | Rate | Value | |
|------|------:|-----:|------:|--|
| M.D. Lerner | 3.70 | 745.00 | 2,756.50 | |
| G.N. Kidder | 4.10 | 495.00 | 2,029.50 | |
| Total | 12.80 | | 9,586.00 | |
| | | | Total Fees | $9,586.00 |

Professional services rendered through: April 30, 2009

| | | | |
|------|------|------|---:|
| 04/17/09 | A.E. Moran | Prepare quarterly report for 4th quarter 2008. | 1.60 |
| 04/21/09 | A.E. Moran | Review and finish response to billing questions. | 0.80 |

| Name | Hours | Rate | Value | |
|------|------:|-----:|------:|--|
| A.E. Moran | 2.40 | 500.00 | 1,200.00 | |
| Total | 2.40 | | 1,200.00 | |
| | | | Total Fees | $1,200.00 |

**Disbursements**:

| | | |
|------|------|---:|
| | Local Messenger | 22.20 |
| | Duplicating | 8.10 |
| 04/01/09 | Blackberry/Cell Charge -  T-MOBILE USA,- Inv. MSILVERMAN030909 dated 03/09/09 re Account no. 359825686, Mobile no. 202-256-1917 | 25.60 |
| | Total Disbursements | $55.90 |

6

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  706095

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost              Timekeeper
Code      Date    Number  Name                         Quantity   Rate    Amount
================================================================================
BBCELL    04/01/09 00051    Silverman, Mark J.            1.00    25.60     25.60
Blackberry/Cell Charge -  T-MOBILE USA,- Inv.
MSILVERMAN030909 dated 03/09/09 re Account no.
359825686, Mobile no. 202-256-1917

DELMES    04/03/09 08174    DEFAULT ATTORNEY,             1.00    11.10     11.10
   DELMES 04/03/09 08174    DEFAULT ATTORNEY,             1.00              11.10
Local Messenger

Caller: Wieczorek
Pick up company: STEPTOE&JOHNSON
Pick up address: 1330 Connecticut Ave NW
Drop off company: US Tax Court
Drop off address: 400 2nd St NW

DELMES    04/03/09 08174    DEFAULT ATTORNEY,             1.00    11.10     11.10
   DELMES 04/03/09 08174    DEFAULT ATTORNEY,             1.00              11.10
Local Messenger

Caller: Wieczorek
Pick up company: US Tax Court
Pick up address: 400 2nd St NW
Drop off company: STEPTOE&JOHNSON
Drop off address: 1330 Connecticut Ave NW

DELMES    04/03/09 Total:                                22.20

DELMES             Total:                                22.20

LASR      02/06/09 00206    Moran, Anne E.                8.00    0.10      0.80
   LASR   02/06/09 00206    Moran, Anne E.                8.00    0.20      1.60
PC/Network Printing

PC LASER  8 Pages Ward, Brenda
LASR      04/03/09 00206    Moran, Anne E.                1.00    0.10      0.10
   LASR   04/03/09 00206    Moran, Anne E.                1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      04/03/09 00206    Moran, Anne E.                1.00    0.10      0.10
   LASR   04/03/09 00206    Moran, Anne E.                1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      04/03/09 00206    Moran, Anne E.                1.00    0.10      0.10
```

Doc. # DC-2205795 v.1 5/29/09 04:16 PM

```
   LASR    04/03/09 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      04/03/09 00206    Moran, Anne E.              1.00    0.10       0.10
   LASR   04/03/09 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      04/03/09 00206    Moran, Anne E.              2.00    0.10       0.20
   LASR   04/03/09 00206    Moran, Anne E.              2.00    0.20       0.40
PC/Network Printing

PC LASER  2 Pages Wieczorek, JoAnn
LASR      04/03/09 Total:                               0.60
LASR      04/17/09 00206    Moran, Anne E.              8.00    0.10       0.80
   LASR   04/17/09 00206    Moran, Anne E.              8.00    0.20       1.60
PC/Network Printing

PC LASER  8 Pages Moran, Anne
LASR      04/17/09 00206    Moran, Anne E.              9.00    0.10       0.90
   LASR   04/17/09 00206    Moran, Anne E.              9.00    0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR      04/17/09 00206    Moran, Anne E.              1.00    0.10       0.10
   LASR   04/17/09 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      04/17/09 00206    Moran, Anne E.              1.00    0.10       0.10
   LASR   04/17/09 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      04/17/09 00206    Moran, Anne E.             11.00    0.10       1.10
   LASR   04/17/09 00206    Moran, Anne E.             11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR      04/17/09 00206    Moran, Anne E.              4.00    0.10       0.40
   LASR   04/17/09 00206    Moran, Anne E.              4.00    0.20       0.80
PC/Network Printing

PC LASER  4 Pages Moran, Anne
LASR      04/17/09 00206    Moran, Anne E.             11.00    0.10       1.10
   LASR   04/17/09 00206    Moran, Anne E.             11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      04/17/09 00206    Moran, Anne E.             11.00    0.10       1.10
   LASR   04/17/09 00206    Moran, Anne E.             11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      04/17/09 00206    Moran, Anne E.             11.00    0.10       1.10
```

8

```
  LASR     04/17/09 00206      Moran, Anne E.              11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      04/17/09 Total:                                  6.70

LASR              Total:                                   8.10

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE            55.90

Report Total:                                             55.90
```

Doc. # DC-2205795 v.1 5/29/09 04:16 PM