IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Proposed Hearing Date: June 18, 2009 |
| | ) Re: Docket Nos. 21544, 21747, 21959. |

## ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO MODIFY THIRD AMENDED CASE MANAGEMENT ORDER RELATING TO FIRST AMENDED JOINT PLAN OF REORGANIZATION

Upon the Motion of the Official Committee of Unsecured Creditors to Modify Third

Amended Case Management Order Relating to First Amended Joint Plan of Reorganization (the

"Motion"), and due and proper notice of the Motion having been given, and cause appearing for

the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the CMO[1] be, and it hereby is, amended to modify decretal paragraph 1

thereof to provide that "the confirmation objections raised on behalf of and specific to lenders

under the Pre-Petition Credit Facilities and other Class 9 creditors with respect to impairment"

(the " Class 9 Impairment Issue") shall not be addressed in the first phase of the confirmation

hearing, but shall be deferred in their entirety to the second phase of the confirmation hearing

("Phase II"), or, if necessary, to such later time after the appeals of the PPI Decision are

determined; and it is further

---

[1]    Capitalized terms used but not defined herein have the meaning ascribed to those terms in the Motion.

2

ORDERED, that there shall be a status conference on the status of the appeals from the

PPI Decision at the pretrial conference for Phase II issues, or such later other time as may be

appropriate.

ORDERED, this ___ day of June, 2009

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DM3\1026859.1