# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Relates to Document No. 21944 |

**EXHIBITS WITH RESPECT TO AXA BELGIUM'S PHASE I TRIAL BRIEF PURSUANT TO THIRD AMENDED CASE MANAGEMENT ORDER RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Dated:  June 2, 2009

Respectfully submitted,

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*
Michael A. Shiner, *pro hac vice*
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619
mshiner@tuckerlaw.com


Eileen T. McCabe, *pro hac vice*
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY  10019
Telephone:  (212)261-8254
Facsimile:  (302)235-2536
eileen.mccabe@mendes.com


John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone:  (302) 235-7745
Facsimile:  (302) 235-2536
jspadaro@johnsheehanspadaro.com

BANK_FIN:354097-1 024798-139290

## <u>TABLE OF CONTENTS</u>

**Exhibit A**: Excerpts from the Transcript of the Deposition of David Austern

**Exhibit B**: Excerpts from the Transcript of the Deposition of Richard Finke

**Exhibit C**: Excerpts from the Transcript of the Deposition of Peter Lockwood