# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Document No. _____ |
| | ) | |
| | ) | Relates to Document No. 21944 |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **AXA BELGIUM'S PHASE I TRIAL BRIEF PURSUANT TO THIRD AMENDED CASE MANAGEMENT ORDER RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION** and **EXHIBITS WITH RESPECT THERETO** *(Dkt. No. 21944)* has been served on the parties on the attached service list by First Class, United States Mail, Postage Pre-Paid and by electronic mail on June 2, 2009.

Date: June 2, 2009  

*/s/ Michael A. Shiner*
Michael A. Shiner, Esquire (PA ID 78088)
mshiner@tuckerlaw.com
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
Phone: (412) 594-5586
Fax:  (412) 594-5619

*Counsel for AXA Belgium as successor to Royal Belge SA*

BANK_FIN:354103-1 024798-139290

**Service List**

| | |
|---|---|
| David M. Bernick, Esquire<br>Theodore L. Freedman, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022 | Janet S. Baer, Esquire<br>The Law Offices of Janet S. Baer, P.C.<br>70 W. Madison Street<br>Suite 2100<br>Chicago, IL 60602 |
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Peter Lockwood, Esquire<br>Ronald Reinsel, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW, Suite 1100<br>Washington, D.C. 20005 |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Mindy A. Mora, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131-5340 |
| David T. Austern, Esquire<br>3110 Fairview Park Drive,<br>Suite 200<br>Falls Church, VA 22042-0683 | Roger Frankel, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706 |
| Alexander M. Sanders, Jr. Esquire<br>19 Water Street<br>Charleston, SC 29401 | Alan B. Rich<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909 |
| Lewis Kruger, Esquire<br>Arlene Krieger, Esquire<br>Kenneth Pasquale, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | D. J. Baker, Esquire<br>Skadden, Arps, Slate & Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| David S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606 | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

Office of the United States Trustee
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

**Email List**

'cbruens@kirkland.com'; 'tfreedman@kirkland.com'; 'joneill@pszjlaw.com'; 'tcairns@pszjlaw.com'; 'kmakowski@pszjlaw.com'; 'pcuniff@pszjlaw.com'; 'loberholzer@pszjlaw.com'; 'tmacauley@zuckerman.com'; 'vguldi@zuckerman.com'; 'jsottile@zuckerman.com'; 'kmayer@mccarter.com'; 'dsilver@mccarter.com'; 'rguttmann@zeklaw.com'; 'mdavis@zeklaw.com'; 'jspadaro@johnsheehanspadaro.com'; 'alexander.mueller@mendes.com'; 'thomas.quinn@mendes.com'; 'eileen.mccabe@mendes.com'; 'anna.newsom@mendes.com'; 'carolina.acevedo@mendes.com'; 'mweis@dilworthlaw.com'; 'akelley@dilworthlaw.com'; 'sfreedman@dilworthlaw.com'; 'young@wildman.com'; 'dspeights@speightsrunyan.com'; 'ewestbrook@rpwb.com'; 'rhorkovich@andersonkill.com'; 'rdehney@mnat.com'; 'acordo@mnat.com'; 'tgerber@fulbright.com'; 'tcurrier@saul.com'; 'gmcdaniel@bglawde.com'; 'jcp@pgslaw.com'; 'jbaer@jsbpc.com'; 'drosendorf@kttlaw.com'; 'jk@kttlaw.com'; 'hriedel@srbp.com'; 'ghorowitz@kramerlevin.com'; 'dblabey@kramerlevin.com'; 'korr@orrick.com'; 'mplevin@crowell.com'; 'pmahaley@orrick.com'; 'jcutler@orrick.com'; 'bharding@kirkland.com'; 'arunning@kirkland.com'; 'bstansbury@kirkland.com'; 'jpw@capdale.com'; 'bsb@capdale.com'; 'wbs@capdale.com'; 'travis.langenkamp@kirkland.com'; 'heather.bloom@kirkland.com'; 'karen.f.lee@kirkland.com'; 'david.boutrous@kirkland.com'; 'SSchindlerWilliams@KRAMERLEVIN.com'; 'tmessana@mws-law.com'; 'FRosner@mrs-law.com'; 'rmillner@sonnenschein.com'; 'cprince@sonnenschein.com'; 'jpw@capdale.com'; 'bsb@capdale.com'; 'wbs@capdale.com'