# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP
## FOR THE THIRTY-FIRST INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirty-First Interim Period (the "Application").

## BACKGROUND

1.  Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, the Future Claimants' Representative. In the Application, Orrick seeks approval of fees totaling $1,133,553.25[1] and expenses totaling $95,017.93 for its services from October 1, 2008 through December 31, 2008 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

---

[1] In our initial report, we noted that Orrick made a mathematical error on its Application when reducing its fees for non-working travel, thereby understating its fee request by $3,061.25. Orrick advised us that, to resolve this issue, it intends to include this amount in its next quarterly fee application.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Orrick 31Q 10-12.08.wpd

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. Based upon our review, we served an initial report on Orrick, and received a response from Orrick, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. In our initial report, we noted that although Orrick had requested fees of $392,218.75 in its December 2008 monthly fee application, we calculated Orrick's fees for December 2008 at $391,998.75, for a difference of $220.00. Thus, we asked Orrick whether it agreed that a $220.00 fee reduction was appropriate. Orrick responded:

> You correctly note that there is a discrepancy on page 5 of Orrick's Interim Fee Application for the Period December 1-31, 2008, in the chart entitled "Compensation by Project Category." The "Litigation" fees are inadvertently shown in the amount of $145,551.50 and the correct total as per the invoice is $145,331.50. Our invoice is correct, and therefore our requested fees should be reduced by $220.00.

We appreciate Orrick's response and recommend a reduction of $220.00 in fees.

### Specific Time and Expense Entries

4. In our initial report, we noted that on October 27, 2009, attorneys D. Felder ($530), M. Wallace ($620), R. Wyron ($775), and R. Frankel ($875) attended the disclosure statement hearing. The total time spent, including preparation and non-working travel, was 40.70 hours for total fees

of $27,229.75. The time entries are as follows:

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| 10/26/08 | R Frankel | 2.60 | 2,275.00 | Review file in preparation for disclosure hearing during travel (1.5); prepare notes for hearing, conference with P. Lockwood during travel (1.1). |
| 10/27/08 | D. Felder | 7.00 | 3,710.00 | Telephonic participation in disclosure statement hearing (7.0); telephonic participation in hearing regarding Anderson Memorial Hospital claims (.8). |
| 10/27/08 | M. Wallace | 5.30 | 3,286.00 | Telephonic participation in disclosure statement hearing. |
| 10/27/08 | R. Wyron | 7.60 | 5,890.00 | Confer with R. Frankel on strategy and issues (.8); attend Disclosure Statement hearing (6.2); confer with ACC counsel on strategy and issues for hearing (.6);... |
| 10/27/08 | R. Frankel | 0.90 | 787.50 | Conference with R. Wyron in preparation for hearing on Disclosure Statement. |
| 10/27/08 | R. Frankel | 7.60 | 6,650.00 | Attend hearing on Disclosure Statement in Pittsburgh. |
| 10/27/08 | R. Frankel | 1.40 | 1,225.00 | Conference with R. Wyron, D. Cohen re plan, disclosure, Libby issues during travel to DC. |
| 10/26/08 | R. Wyron | 2.00 | 775.00 | Travel to Pittsburgh for Disclosure Statement hearing. |
| 10/26/08 | R. Frankel | 1.00 | 437.50 | Travel to Pittsburgh. |
| 10/27/08 | R. Wyron | 2.50 | 968.75 | Return from Disclosure Statement hearing. |
| 10/27/08 | R. Frankel | 2.80 | 1,225.00 | Non-working travel to DC. |
| | | 40.70 | $27,229.75 | |

Paragraph II.D.5. of the U.S. Trustee Guidelines provides: "If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." Thus, we asked Orrick to explain why it was necessary for each attorney to attend the hearing. Orrick provided a response which we have included as Response Exhibit "A." We accept Orrick's response and have no objection to these fees.

5. In our initial report, we noted the following air fare charges for which more information was needed:

| Date | Name | Amount | Description |
|---|---|---|---|
| 9/2/2008 | Smith, Richard V. | $3,208.30 | ... |
| 10/26/2008 | Frankel, Roger | $1,739.00 | ... attd hearing on Disclosure statement in Pittsburgh 10/26-27 |
| 10/30/2008 | Wyron, Richard | $1,254.00 | ... airfare 10/30- 11/20 |
| 11/24/2008 | Frankel, Roger | $1,739.00 | ... attd omnibus hearing, continued hearing on disclosure statement, Pittsburgh 11/24/08 |
| 12/15/2008 | Frankel, Roger | $1,715.00 | ... attd omnibus hearing in Pittsburgh, 12/15/08 |

In response to our inquiry, Orrick provided additional information concerning these charges, which information we have included as Response Exhibit "B." As Orrick states that all of these airfares were "economy/standard class", we accept Orrick's response and have no objection to these expenses.

6. In our initial report, we noted the following hotel charges for which more information was needed:

| Date | Name | Amount | Description |
|---|---|---|---|
| 9/30/2008 | Frankel, Roger | $548.67 | ... settlement mtg at K&E in NY 4/15- 16 |
| 9/30/2008 | Frankel, Roger | $775.68 | ... various mtgs in NY re settlement 2/28- 3/1 |
| 8/25/2008 | Finley, Zachary S. | $4,348.26 | ... extended mtgs in NY w/Debtor's counsel, ny 8/25- 31 |
| 10/26/2008 | Frankel, Roger | $450.30 | ... attd hearing on Disclosure Statement in Pittsburgh 10/26- 27 |

In response to our inquiry, Orrick provided additional information concerning these charges, which information we have included as Response Exhibit "C." We appreciate Orrick's response and

recommend a reduction of $95.00 in expenses.

    7.    In our initial report, we noted the following meal charges for which more information was needed:

| Date | Name | Amount | Description |
|---|---|---|---|
| 9/30/2008 | Frankel, Roger | $1,168.53 | ... various mtgs in NY re settlement 2/28-3/1 |
| 8/25/2008 | Finley, Zachary S. | $539.01 | ... extended mtgs in NY w/ Debtor's counsel, NY 8/25- 31 |
| 12/2/2008 | Frankel, Roger | $283.70 | ... confer w/ Smith and Finley re open deal document issues. SF 12/2/08 |

In response to our inquiry, Orrick provided additional information concerning these charges, which information we have included as Response Exhibit "D." We accept Orrick's response and have no objection to these charges.

## CONCLUSION

    8.    Thus, we recommend approval of $1,133,333.25 in fees ($1,133,553.25 minus $220.00) and $94,922.93 in expenses ($95,017.93 minus $95.00) for Orrick's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 2nd day of June, 2009.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

<div style="column-count:2">

**The Applicant**
Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

</div>

## RESPONSE EXHIBIT "A"

At the Disclosure Statement hearing, the Court considered a number of objections to most of the key aspects of the proposed Plan. Orrick determined that the two partners most involved in Plan negotiations -- Roger Frankel and Richard Wyron -- should attend in person, and two other key Orrick lawyers involved -- of counsel Mary Wallace and associate Debra Felder -- should attend by telephone.

Mr. Frankel is the lead lawyer for the FCR, and was intimately involved in plan negotiations with the Debtors and the ACC.

Mr. Wyron was principally involved in drafting the Plan and the portions of the Disclosure Statement discussing the mechanics of the Plan, including discussions of treatment of the Libby claims and certain insurance provisions.

Ms. Wallace was the principal lawyer for the FCR involved in drafting and reviewing the Disclosure Statement's discussion of the underlying settlements and the Plan provisions relating thereto.

Ms. Felder has been involved in all aspects of this case, including the estimation litigation, and is knowledgeable about the portions of the Disclosure Statement relating to events in the case and the estimation process from the FCR's perspective, as well as most other details of the case.

Having two lawyers present to participate in the hearing as needed in their respective areas of knowledge and to participate in negotiations to resolve objections was the most efficient approach in light of the complexity of the issues and the on-going negotiations. Having Ms. Wallace and Ms. Felder on-line, to identify issues, analyze and research matters from their offices, and communicate with Messrs. Frankel and Wyron as needed was more efficient, and less costly, than having each attend in person.

Mr. Wyron, Ms. Wallace and Ms. Felder billed for those portions of the hearing in which issues related to his or her expertise were implicated (i.e., Ms. Wallace billed for 5.3 hours, Mr. Wyron billed for 6.2 hours, and Ms. Felder billed for 7.0 hours, although the hearing lasted longer than that). Accordingly, Orrick believes these charges are appropriate.

**RESPONSE EXHIBIT "B"**

| Person | Date | Location | Roundtrip | Total |
|---|---|---|---|---|
| | | | | |
| Roger Frankel | 10/26/2008 | Washington DC to Pittsburgh PA | Yes | $1,739.00 |
| | 11/24/2008 | Washington DC to Pittsburgh PA | Yes | $1,739.00 |
| | 12/15/2008 | New York NY to Pittsburgh PA | Yes | $1,715.00 |
| | | | | |
| Richard Wyron | 10/30/2008 | Washington DC to Pittsburgh PA | Yes | $608.00 |
| | 11/20/2008 | Washington DC to Pittsburgh PA | Yes | $646.00 |
| | | | | $1,254.00 |
| | | | | |
| Richard Smith | 9/2/2008 | San Francisco CA to New York NY | Yes | $3,208.30 |
| | | | | |
| Note: All air travel charges were booked as economy/standard class. | | | | |

**RESPONSE EXHIBIT "C"**

| Person | Date | Location | Total | Room Rate w/o Tax | Fee Auditor Limit | Reduction |
|---|---|---|---|---|---|---|
| Zachary Finley | 8/25/08-9/3/08 (8 nights) | Omni Berkshire Place Hotel (NY) | $4,348.26 | $539 | $450 | ** |
| Roger Frankel | 4/15/08-4/16/08 (1 night) | Omni Berkshire Place Hotel (NY) | $548.67 | $479 | $450 | ** |
|  | 2/28/08-3/1/08 (2 nights) | Omni Berkshire Place Hotel (NY | $775.68 | $339 | $450 | ** |
|  | 10/26/08-10/27/08 (1 night) | Omni William Penn Hotel (PA)[2] | $450.30 | $395 | $300 | $95 |
| **Per the fee auditor's new guidelines regarding hotel rate caps and star ratings, this hotel is not 4-1/2 or 5 stars and, therefore, no reduction is warranted. | | | | | | |

---

[2]We note that the Omni William Penn Hotel in Pittsburgh is rated four and one-half stars by Expedia, and we would, therefore, classify it as a luxury hotel. We note further that Orrick has agreed to reduce its request for reimbursement of this charge by $95.00 to the $300.00 "trigger rate" we have set for Pittsburgh.

**FEE AUDITOR'S FINAL REPORT** - Page 10
wrg FR Orrick 31Q 10-12.08.wpd