**W.R. GRACE - CASE NO. 01-1139**
Orrick Response to Paragraph 8 of Fee Auditor Report regarding Meal Expenses for the Period October 1, 2008 - December 31, 2008

| Meal Date | Meal Charge | Type of Meal | Number of People Attending or Ordered | Fee Auditor's Guideline Amount | Expense Reduction (previously taken) |
|---|---|---|---|---|---|
| **New York** | | | | | |
| 2/28/2008 | $67.78 | Lunch | 1 | $45 | $22.78 |
| 2/28/2008 | $491.47 | Dinner | 5 | $325 | $166.47 |
| 2/29/2008 | $23.90 | Breakfast | 1 | $35 | $0.00 |
| 2/29/2008 | $128.73 | Lunch | 1 | $45 | $83.73 |
| 2/29/2008 | $456.65 | Dinner | 5 | $325 | $131.65 |
| Total | $1,168.53 | | | | $404.63 |
| 8/24/2008 | $8.33 | Breakfast | 1 | $35 | $0.00 |
| 8/25/2008 | $12.67 | Lunch | 1 | $45 | $0.00 |
| 8/26/2008 | $7.75 | Breakfast | 1 | $35 | $0.00 |
| 8/26/2008 | $8.95 | Lunch | 1 | $45 | $0.00 |
| 8/27/2008 | $8.49 | Breakfast | 1 | $35 | $0.00 |
| 8/27/2008 | $9.72 | Lunch | 1 | $45 | $0.00 |
| 8/27/2008 | $6.77 | Dinner | 1 | $65 | $0.00 |
| 8/29/2008 | $7.14 | Breakfast | 1 | $35 | $0.00 |
| 8/29/2008 | $11.47 | Lunch | 1 | $45 | $0.00 |
| 8/29/2008 | $65.00 | Dinner | 1 | $65 | $0.00 |
| 8/30/2008 | $45.00 | Lunch | 1 | $45 | $0.00 |
| 8/30/2008 | $65.00 | Dinner | 1 | $65 | $0.00 |
| 8/31/2008 | $14.09 | Breakfast | 1 | $35 | $0.00 |
| 8/31/2008 | $45.00 | Lunch | 1 | $45 | $0.00 |
| 8/31/2008 | $65.00 | Dinner | 1 | $65 | $0.00 |
| 9/1/2008 | $32.00 | Lunch | 1 | $45 | $0.00 |
| 9/1/2008 | $65.00 | Dinner | 1 | $65 | $0.00 |
| 9/2/2008 | $12.40 | Breakfast | 1 | $35 | $0.00 |
| 9/2/2008 | $13.41 | Lunch | 1 | $45 | $0.00 |
| 9/2/2008 | $22.20 | Dinner | 1 | $65 | $0.00 |
| 9/3/2008 | $13.62 | Lunch | 1 | $45 | $0.00 |
| Total | $539.01 | | | | $0.00 |
| 12/2/2008 | $283.70 | Dinner | 3 | $195 | $88.70 |

Note: The reductions of $404.63 and $88.70 were made in October and December Interim Fee Applications.