# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: June 22, 2009** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-EIGHTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1692187\1

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | May 15, 2009 |
| RE: | Litigation and litigation consulting | INVOICE: 903153 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending April 30, 2009

| | |
|---|---|
| FEES | $17,834.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 10.48 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $17,844.98 |

Canadian Funds

W.R. GRACE & CO.                                                               01016442-0006

RE:  Litigation and litigation consulting

**BILLING SUMMARY**

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 1.5 | $1,500.00 |
| O. Pasparakis | 19.8 | $14,355.00 |
| K. Smirle | 6.7 | $1,775.50 |
| J. Caplan | 0.5 | $150.00 |
| P. Adams | 0.3 | $54.00 |
| Total | 28.80 | $17,834.50 |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/09 | Derrick C. Tay | Reviewing reports to client. | 0.40 | $400.00 |
| 1/4/09 | Orestes Pasparakis | Preparing for court attendance (1.3); attendance at full day court hearing (6.3); reporting to client (0.3). | 7.90 | $5,727.50 |
| 1/4/09 | Kathrine Smirle | Issuing Stay Order (0.2); drafting a memo to file summarizing events on the April 1st motion (0.6). | 0.80 | $212.00 |
| 2/4/09 | Penny Adams | Dealing with issues relating to the motion dated April 1, 2009. | 0.30 | $54.00 |
| 2/4/09 | Kathrine Smirle | Forwarding issued Order and two Endorsements. | 0.30 | $79.50 |
| 2/4/09 | Orestes Pasparakis | Considering strategy issues (0.3). | 0.30 | $217.50 |
| 3/4/09 | Orestes Pasparakis | Email exchange with Representative Counsel (0.3); conference call with Representative Counsel (0.8); considering next steps (0.1). | 1.20 | $870.00 |
| 6/4/09 | Orestes Pasparakis | Follow-up on issues raised with client (0.3); email exchange regarding settlement options (0.4). | 0.70 | $507.50 |
| 9/4/09 | Kathrine Smirle | Researching Pierringer Agreements and involvement of non-parties/third parties (1.50); drafting a reporting e-mail to O. Pasparakis (0.4); receiving instructions from O. Pasparakis (0.1); reading Pierringer Agreement case law (1.3). | 3.30 | $874.50 |

INVOICE: 903153

W.R. GRACE & CO.                                                                                              01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/4/09 | Orestes Pasparakis | Conference call with Representative Counsel outlining issues and negotiating amendments. | 0.60 | $435.00 |
| 15/4/09 | Orestes Pasparakis | Receipt of decision from Justice Morawetz and reviewing same (0.4); letter to client regarding amendment options (0.5); email exchanging regarding same (0.2). | 1.10 | $797.50 |
| 16/4/09 | Jessica Caplan | Research for O. Pasparakis re Canadian Zai Claims process. | 0.50 | $150.00 |
| 16/4/09 | Orestes Pasparakis | Conference call with client (0.6); considering next steps (0.2). | 0.80 | $580.00 |
| 20/4/09 | Orestes Pasparakis | Receipt of correspondence from representative counsel and attachment and reviewing same (0.6); follow-up with clients (0.2); scheduling meeting (0.2). | 1.00 | $725.00 |
| 22/4/09 | Orestes Pasparakis | Follow-up on settlement issues. | 0.50 | $362.50 |
| 23/4/09 | Derrick C. Tay | Dealing with representative counsel and possible amendment to deal. | 0.40 | $400.00 |
| 23/4/09 | Kathrine Smirle | Reviewing PI Trust Agreement (0.5); reviewing Trust Distribution Procedures (0.6); considering ability of Crown to claim against PI Trust (0.4). | 1.50 | $397.50 |
| 23/4/09 | Orestes Pasparakis | Numerous emails with Crown counsel (0.2); numerous emails with representative counsel (0.3); numerous emails with U.S. counsel (0.2); numerous emails with client (0.2); various teleconferences (0.4); reviewing agreements (0.4). | 1.70 | $1,232.50 |
| 24/4/09 | Kathrine Smirle | Drafting a reporting memo to O. Pasparakis regarding Crown claims against the Asbestos PI Trust. | 0.80 | $212.00 |
| 24/4/09 | Orestes Pasparakis | Follow-up regarding various issues (0.3); scheduling call (0.2). | 0.50 | $362.50 |
| 27/4/09 | Orestes Pasparakis | Preparing for conference call (0.8); pre-conference call with client (0.3); attending conference call with Asbestos Committee (0.6); considering next steps and planning same (0.6). | 2.30 | $1,667.50 |

INVOICE: 903153

W.R. GRACE & CO.  01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 29/4/09 | Derrick C. Tay | Considering strategy for getting extension from representative counsel. | 0.40 | $400.00 |
| 29/4/09 | Orestes Pasparakis | Follow-up on status (0.2); briefing and next steps (0.3). | 0.50 | $362.50 |
| 29/4/09 | Derrick C. Tay | Reviewing materials served by Delaware counsel. | 0.30 | $300.00 |
| 30/4/09 | Orestes Pasparakis | Update on strategy (0.3); considering issues (0.4). | 0.70 | $507.50 |
| | | **TOTAL FEES** | | **$17,834.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 0.30 |
| Long distance calls | 0.77 |
| External DB Search/Quicklaw | 9.41 |
| | $10.48 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | | Amount |
|---|---|---|---|---|
| 23/4/09 | Teresa Walsh | External DB Search/Quicklaw | | 9.41 |
| 23/4/09 | Kathrine Smirle | Copies | | 0.30 |
| 28/4/09 | Derrick C. Tay | Long distance calls 12124464934 | | 0.77 |
| | | | TOTAL | $10.48 |

INVOICE: 903153

W.R. GRACE & CO.   01016442-0008

RE: Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.5 | $280.00 |
| P. Adams | 3.8 | $684.00 |
| Total | 4.30 | $964.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/4/09 | Penny Adams | Drafting the 27th Monthly Fee Application (0.50); dealing with various issues relating to the same (0.30). | 0.80 | $144.00 |
| 13/4/09 | Penny Adams | Reviewing and revising the the 27th Monthly Fee Application (0.50); drafting the 9th Quarterly Fee Application (0.50); dealing with various issues relating to the same (0.30). | 1.30 | $234.00 |
| 15/4/09 | Penny Adams | Reviewing and revising the 27th Monthly Fee Application and 9th Quarterly Fee Application (1.0); correspondence with R. Finke regarding the 27th Monthly Fee Application (0.20). | 1.20 | $216.00 |
| 16/4/09 | Penny Adams | Finalizing the 27th Monthly Fee Application (0.30); correspondence with the fee auditor and L. Oberholzer regarding the same (0.20). | 0.50 | $90.00 |
| 16/4/09 | Teresa Walsh | E-mail exchanges with P. Adams regarding 8th Quarterly Fee Application (0.10); follow-up with B. Ruhlander regarding 8th Quarterly Fee Application (0.10); review and swearing of 27th Monthly Fee Application (0.30). | 0.50 | $280.00 |
|  |  | **TOTAL FEES** |  | **$964.00** |

INVOICE: 903151

| | | |
|---|---|---|
| Client:<br>RE:<br>Matter No.: | W.R. GRACE & CO.<br>Fee Applications, Applicant<br>01016442-0008 | May 15, 2009<br>INVOICE: 903151 |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending April 30, 2009

| | |
|---|---|
| FEES | $964.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 26.85 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $990.85 |

W.R. GRACE & CO.                                                                           01016442-0008

RE:  Fee Applications, Applicant
_____

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Courier service | 26.85 |
| | $26.85 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 16/4/09 | Derrick C. Tay | Courier service FedEx shipment #689588783833 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZEIHL & JONES, WILMINGTON, DE, US. ON 16-04-2009, GST: 0.00, QST: 0.00 | 26.85 |
| | | TOTAL | $26.85 |

INVOICE: 903151