**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: June 23, 2009 at 4:00 p.m.** |

**NINETIETH MONTHLY APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC, AS FORMER[1] CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll & Rooney PC |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of fees to be approved as actual, reasonable and necessary: | $33,494.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $169.70 |

This is a(n): ___ interim ____ final application. _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

[1] Teresa K.D. Currier Esquire left the firm of Buchanan Ingersoll on May 15, 2009, and the Official Committee of Equity Security Holders elected to transfer its Delaware counsel role to her new firm, Saul Ewing LLP. Saul Ewing will be filing a retention application shortly, seeking approval of its retention as Delaware counsel to the Equity Committee.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01<br>1426 | 10/26/01 through<br>11/30/01 | $5,518.00/<br>$2,028.76 | $4,414.40/<br>$2,028.76 | 1541 |
| 01/25/02<br>1548 | 12/01/01 through<br>12/31/01 | $4,119.50/<br>$940.67 | $3,295.60/<br>$940.67 | 1689 |
| 02/26/02<br>1720 | 01/01/02 through<br>01/31/02 | $11,494.00/<br>$1,275.80 | $9,195.20/<br>$1,275.80 | 1836 |
| 04/03/02<br>1895 | 02/01/02 through<br>02/28/02 | $7,784.50/<br>$882.79 | $6,227.60/<br>$882.79 | 1984 |
| 05/08/02<br>2025 | 03/01/02 through<br>03/31/02 | $7,755.00/<br>$1,565.66 | $6,204.00/<br>$1,565.66 | 2120 |
| 06/03/02<br>2145 | 04/01/02 through<br>04/30/02 | $6,011.50/<br>$878.55 | $4,809.20/<br>$878.55 | 2285 |
| 07/02/02<br>2316 | 05/01/02 through<br>05/31/02 | $6,957.50/<br>$688.60 | $5,566.00/<br>$688.60 | 2436 |
| 08/02/02<br>2489 | 06/01/02 through<br>06/30/02 | $5520.00/<br>$447.36 | $4,416.00/<br>$447.36 | 2607 |
| 08/28/02<br>2609 | 07/01/02 through<br>07/31/02 | $3,597.50/<br>$879.97 | $2,878.00/<br>$879.97 | 2701 |
| 09/26/02<br>2751 | 08/01/02 through<br>08/31/02 | $9,457.50/<br>$1,172.93 | $7,566.00/<br>$1,172.93 | 2829 |
| 10/25/02<br>2885 | 09/01/02 through<br>09/30/02 | $14,313.50/<br>$665.71 | $11,450.80/<br>$665.71 | 3057 |
| 11/25/02<br>3069 | 10/01/02 through<br>10/31/02 | $12,568.50/<br>$1,343.14 | $10,054.80/<br>$1,343.14 | 3169 |
| 12/26/02<br>3188 | 11/01/02 through<br>11/30/02 | $9,268.50/<br>$430.93 | $7,414.80/<br>$430.93 | 3256 |
| 1/27/03<br>3276 | 12/1/02 through<br>12/25/02 | $4,071.00/<br>$160.28 | $3,256.00/<br>$160.28 | 3417 |
| 2/25/03<br>3425 | 12/26/02 through<br>1/31/03 | $6,386.50/<br>$82.31 | $5,109.00/<br>$82.31 | 3520 |
| 3/24/05<br>3545 | 2/1/03 through<br>2/28/03 | $3,576.50/<br>$70.72 | $2,861.20/<br>$70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |
| 8/31/04<br>6292 | 7/1/04 through<br>7/31/04 | $20,746.50/<br>$1,010.62 | $16,597.20/<br>$1,010.62 | 6436<br>9/21/04 |

| | | | | |
|---|---|---|---|---|
| 9/28/04<br>6485 | 8/1/04 through<br>8/31/04 | $20,512.00/<br>$1,821.42 | $16,409.60/<br>$1,821.42 | 6780<br>10/28/04 |
| 10/28/04<br>6779 | 9/1/04 through<br>9/30/04 | $20,634.50/<br>$1,231.46 | $16,076.60/<br>$1,231.46 | 7001<br>11/19/04 |
| 11/30/04<br>7063 | 10/1/04 through<br>10/31/04 | $20,982.00/<br>$144.74 | $16,785.60/<br>$144.74 | 7327<br>12/22/04 |
| 12/28/04<br>7381 | 11/1/04 through<br>11/30/04 | $26,383.00<br>$1,843.03 | $21,106.40<br>$1,843.03 | 7600<br>1/20/05 |
| 1/28/05<br>7640 | 12/1/04 through<br>12/25/04 | $27,170.50<br>$457.47 | $21,736.40<br>$457.47 | 7852<br>2/22/05 |
| 3/3/05<br>7940 | 12/26/04 though<br>1/31/05 | $25,021.50<br>$1,466.97 | $20,017.20<br>$1,466.97 | 8127<br>3/28/05 |
| 4/1/05<br>8153 | 2/1/05 through<br>2/28/05 | $21,980.00<br>$240.36 | $17,584.00<br>$240.36 | 8291<br>4/27/05 |
| 5/6/05<br>8379 | 3/1/05 through<br>3/31/05 | $13,210.50<br>$138.07 | $10,568.40<br>$138.07 | 8528<br>5/31/05 |
| 5/31/05<br>8529 | 4/1/05 through<br>4/30/05 | $13,310.00<br>$450.86 | $10,648.00<br>$450.86 | 8668<br>6/22/05 |
| 6/28/05<br>8693 | 5/1/05 through<br>5/31/05 | $22,543.00<br>$113.87 | $18,034.40<br>$113.87 | 9032<br>7/20/05 |
| 7/28/05<br>9100 | 6/1/05 through<br>6/30/05 | $22,083.00<br>$349.11 | $17,666.40<br>$349.11 | 9226<br>8/22/05 |
| 8/29/05<br>9278 | 7/1/05 though<br>7/31/05 | $22,038.00<br>$701.59 | $17,630.40<br>$701.59 | 9485<br>9/22/05 |
| 9/29/05<br>9527 | 8/1/05 through<br>8/31/05 | $11,890.50<br>$134.58 | $9,512.40<br>$134.58 | 9923<br>10/21/05 |
| 10/31/05<br>10931 | 9/1/05 though<br>9/30/05 | $20,681.00<br>$115.56 | $16,544.80<br>$115.56 | 11163<br>11/28/05 |
| 11/29/05<br>11194 | 10/1/05 through<br>10/31/05 | $28,006.50<br>$73.99 | $22,405.20<br>$73.99 | 11406<br>12/22/05 |
| 12/29/05<br>11455 | 11/1/05 through<br>11/30/05 | $17,553.00<br>$186.38 | $14,042.40<br>$186.38 | 11600<br>1/20/06 |

| | | | | |
|---|---|---|---|---|
| 1/30/06<br>11648 | 12/1/05 through<br>12/25/05 | $17,414.00<br>$379.30 | $13,931.20<br>$379.30 | 11873<br>2/22/06 |
| 3/1/06<br>11915 | 12/26/05 through<br>1/31/06 | $30,980.50<br>$509.09 | $24,784.40<br>$509.09 | 12111<br>3/23/06 |
| 3/30/06<br>12170 | 2/1/06 through<br>2/28/06 | $28,430.50<br>$84.70 | $22,744.40<br>$84.70 | 12292<br>4/21/06 |
| 5/1/06<br>12343 | 3/1/06 through<br>3/31/06 | $24,901.00<br>$163.54 | $19,920.80<br>$163.54 | 12511<br>5/25/06 |
| 5/30/06<br>12540 | 4/1/06 through<br>4/30/06 | $10,137.50<br>$65.09 | $8,110.00<br>$65.09 | 12695<br>6/21/06 |
| 6/29/06<br>12729 | 5/1/06 through<br>5/31/06 | $12,474.50<br>$81.34 | $9,979.60<br>$81.34 | 12844<br>7/24/06 |
| 8/1/06<br>12892 | 6/1/06 through<br>6/30/06 | $15,638.00<br>$147.53 | $12,510.40<br>$147.53 | 13050<br>8/23/06 |
| 8/30/06<br>13104 | 7/1/06 through<br>7/31/06 | $17,633.00<br>$82.59 | $14,106.40<br>$82.59 | 13289<br>9/22/06 |
| 9/29/06<br>13325 | 8/1/06 through<br>8/31/06 | $23,103.50<br>$6,845.83 | $18,482.80<br>$6,845.83 | 13442<br>10/23/06 |
| 10/30/06<br>13514 | 9/1/06 through<br>9/30/06 | $27,703.50<br>$1,343.06 | $22,162.80<br>$1,343.06 | 13737<br>11/22/06 |
| 11/29/06<br>13821 | 10/1/06 through<br>10/31/06 | $24,632.50<br>$108.44 | $19,706.00<br>$108.44 | 14080<br>12/20/06 |
| 1/3/07<br>14208 | 11/1/06 through<br>11/30/06 | $44,508.00<br>$22.50 | $35,606.40<br>$22.50 | 14403<br>1/26/07 |
| 1/29/07<br>14413 | 12/1/06 through<br>12/31/06 | $39,617.50<br>$34.20 | $31,694.40<br>$34.20 | 14638<br>2/21/07 |
| 3/1/07<br>14712 | 1/1/07 through<br>1/31/07 | $48,255.50<br>$91.43 | $38,604.40<br>$91.43 | 14941<br>3/23/07 |
| 3/29/07<br>15018 | 2/1/07 through<br>2/28/07 | $39,667.50<br>$110.85 | 31,734.00<br>$110.85 | 15260<br>4/20/07 |
| 4/30/07<br>15431 | 3/1/07 through<br>3/31/07 | $46,393.00<br>$701.33 | $37,114.40<br>$701.33 | 15798<br>5/23/07 |

| | | | | |
|---|---|---|---|---|
| 5/29/07<br>15858 | 4/1/07 through<br>4/30/07 | $40,135.00<br>$242.35 | $32,108.00<br>$242.35 | 16119<br>6/21/07 |
| 6/29/07<br>16191 | 5/1/07 through<br>5/31/07 | $39,579.00<br>$75.00 | $31,663.20<br>$75.00 | 16355<br>7/23/07 |
| 7/30/07<br>16423 | 6/1/07 through<br>6/30/07 | $33,919.50<br>$62.60 | $27,135.60<br>$62.60 | 16615<br>8/23/07 |
| 8/29/07<br>16880 | 7/1/07 through<br>7/31/07 | $28,642.00<br>$115.80 | $22,913.60<br>$115.80 | 16881<br>9/20/07 |
| 10/3/07<br>16982 | 8/1/07 through<br>8/31/07 | $11,360.00<br>$47.62 | $9,088.00<br>$47.62 | 17155<br>10/25/07 |
| 10/29/07<br>17176 | 9/1/07 through<br>9/30/07 | $13,485.50<br>$377.93 | $10,788.40<br>$377.93 | 17420<br>11/21/07 |
| 11/29/07<br>17485 | 10/1/07 though<br>10/30/07 | $22,090.50<br>$66.90 | $17,672.40<br>$66.90 | 17679<br>12/21/07 |
| 1/2/08<br>17728 | 11/1/07 through<br>11/30/07 | $9,478.50<br>$241.85 | $7,582.80<br>$241.85 | 17887<br>1/25/08 |
| 1/29/08<br>17916 | 12/1/07 through<br>12/31/07 | $12,930.00<br>$4,153.50 | $10,344.00<br>4153.50 | 18072<br>2/20/08 |
| 2/29/08<br>18161 | 1/1/08 through<br>1/31/08 | $17,839.50<br>$209.95 | $14,271.60<br>$209.95 | 18371<br>3/24/08 |
| 3/31/08<br>18426 | 2/1/08 through<br>2/29/08 | $16,588.00<br>$80.25 | $13,270.40<br>$80.25 | 18597<br>4/23/08 |
| 4/29/08<br>18629 | 3/1/08 through<br>3/31/08 | $12,663.00<br>$35.85 | $10,130.40<br>$35.85 | 18761<br>5/21/08 |
| 5/29/08<br>18815 | 4/1/08 through<br>4/30/08 | $21,263.50<br>$68.70 | $17,010.80<br>$68.70 | 18978<br>6/23/08 |
| 6/30/08<br>19014 | 5/1/08 through<br>5/31/08 | $22,285.00<br>$34.80 | $17,828.00<br>$34.80 | 19141<br>7/23/08 |
| 7/30/08<br>19202 | 6/1/08 through<br>6/30/08 | $17,394.50<br>$15.60 | $13,915.60<br>$15.60 | 19358<br>8/21/08 |
| 8/29/08<br>19415 | 7/1/08 through<br>7/31/08 | $20,545.00<br>$851.23 | $16,436.00<br>$851.23 | 19593<br>9/23/08 |
| 9/29/08<br>19633 | 8/1/08 through<br>8/31/08 | $23,271.50<br>$120.80 | $18,617.20<br>$120.80 | 19835<br>10/22/08 |

| | | | | |
|---|---|---|---|---|
| 10/29/08<br>19905 | 9/1/08 through<br>9/30/08 | $17280.50<br>$41.70 | $13,824.40<br>$41.70 | 20108<br>11/20/08 |
| 12/1/08<br>20159 | 10/1/08 through<br>10/31/08 | $25,270.00<br>$1,160.28 | $20,216.00<br>$1,160.28 | 20337<br>12/23/08 |
| 1/5/09<br>20410 | 11/1/08 through<br>11/30/08 | $14,431.50<br>$47.60 | $11,545.20<br>$47.60 | 20621<br>1/29/09 |
| 1/29/09<br>20620 | 12/1/08 through<br>12/31/08 | $24,529.50<br>$83.50 | $19,623.60<br>$83.50 | 20781<br>2/20/09 |
| 3/3/09<br>20888 | 1/1/09 through<br>1/31/09 | $22,382.00<br>$51.90 | $17,905.60<br>$51.90 | 21109<br>3/25/09 |
| 3/30/09<br>21147 | 2/1/09 through<br>2/28/09 | $19,220.00<br>$15.20 | $15,376.00<br>$15.20 | 21371<br>4/23/09 |
| 4/29/09<br>21458 | 3/1/09 through<br>3/31/09 | $26,567.50<br>$70.80 | $21,254.00<br>$70.80 | 21822<br>5/21/09 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| **Name** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|
| Teresa K.D. Currier | $555 | 53.4 | $29,637.00 |
| Melissa N. Flores | $190 | 19.8 | $3,857.00 |
| **TOTAL** | | **73.2** | **$33,494.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.7 | $943.50 |
| Business Operations | .4 | $222.00 |
| Case Administration | 24.50 | $9,860.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | 1.8 | $999.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | .1 | $55.50 |
| Employee Benefits/Pension | .3 | $166.50 |
| Employment Applications, Other | .8 | $444.00 |
| Fee Applications, Applicant | 7.3 | $1,387.00 |
| Fee Applications, Others | 3.4 | $1,157.00 |
| Hearings | .5 | $277.50 |
| Litigation and Litigation Consulting | 9.4 | $5,217.00 |
| Plan and Disclosure Statement | 23.0 | $12,765.00 |
| **TOTAL** | **73.2** | **$33,494.00** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**APRIL 1, 2009 THROUGH APRIL 30, 2009**

| **Expense Category** | **Total Expenses** |
|---|---|
| Reproduction of Documents | $24.70 |
| Messenger/Delivery Service | $25.00 |
| Telecopy charges | $120.00 |
| **TOTAL** | **$169.70** |

**BUCHANAN INGERSOLL & ROONEY**
**A Professional Corporation**

By: /s/ Mary F. Caloway
Mary F. Caloway (3059)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of Equity Holders

Dated: June 3, 2009