# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 15, 2009
MATTER :  0066609-000002
INVOICE : 10205954

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/13/09 | TC | Reviewed [Twentieth Claim Settlement Notice | .10 |
| 04/28/09 | TC | Reviewed Motion to Authorize Debtors to Enter into Settlement Agreements to Resolve Pending ERISA Litigation Filed by W.R. Grace & Co and all attached documents | .70 |
| 04/28/09 | TC | Reviewed Debtors' Motion for an Order Authorizing settlement with the Internal Revenue Service Relating to the Carryback of Specified Liability Losses Filed by W.R. Grace & Co, and all attached materials | .70 |
| 04/30/09 | TC | Reviewed Twenty-First Claim Settlement Notice Resolving Claim of AII Acquisition Corporation | .20 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 555.00 | 1.70 | 943.50 |
| TOTALS |  | 1.70 | 943.50 |

TOTAL FEES :                                   943.50

TOTAL DUE  :                                   943.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    MAY 15, 2009
MATTER  :    0066609-000003
INVOICE :    10205955

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/02/09 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period February 1-28, 2009 Filed by W.R. Grace & Co., et al | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 555.00 | .40 | 222.00 |
| TOTALS | | .40 | 222.00 |

TOTAL FEES :                                 222.00

TOTAL DUE  :                                 222.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 15, 2009
MATTER :  0066609-000004
INVOICE : 10205956

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/09 | TC | Clearinghouse function:  reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 04/01/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/02/09 | TC | Clearinghouse:  Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .40 |
| 04/02/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/03/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .40 |
| 04/03/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/04/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .60 |
| 04/06/09 | TC | Reviewed current ecf filings in WRGrace and forwarded as appropriate to team counsel and paralegals | .70 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 15, 2009
                                            MATTER :  0066609-000004
                                            INVOICE : 10205956


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   CASE ADMINISTRATION


| | | |
|---|---|---|
| 04/06/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/07/09 TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .60 |
| 04/07/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/08/09 TC | Reviewed all wrgrace ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 04/08/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/09/09 TC | Reviewed all wrgrace ecf filings and distributed as appropriate to team counsel and paralegals | .60 |
| 04/09/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/13/09 TC | Reviewed incoming ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 04/13/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    MAY 15, 2009
MATTER :  0066609-000004
INVOICE :  10205956

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/14/09 | TC | Reviewed all incoming ecf filings and forwarded as appropriate to team counsel and paralegals | .60 |
| 04/14/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/15/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 04/15/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/16/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/17/09 | TC | Reviewed all incoming ecf filings and distributed all appropriate pleadings to team counsel and paralegals | .70 |
| 04/17/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/18/09 | TC | Reviewed all ecf filings over the weekend and distributed as appropriate to team counsel and paralegals | .50 |
| 04/20/09 | TC | Reviewed all ecf filings and forwarded as appropriate to team counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    MAY 15, 2009
MATTER :  0066609-000004
INVOICE : 10205956

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/20/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/20/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/21/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 04/22/09 | TC | Communication with paralegal about revised email service list for plan related service, discovery, etc. | .20 |
| 04/22/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 04/22/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/23/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .60 |
| 04/23/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/24/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .60 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 15, 2009
MATTER :   0066609-000004
INVOICE :  10205956

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   CASE ADMINISTRATION

| Date | | Description | Hours |
|------|------|------|------|
| 04/25/09 | TC | Reviewed all incoming ecf filings and distributed them all weekend to team counsel and paralegals | .60 |
| 04/27/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 04/27/09 | TC | Call with david blabey about appeal and about staffing during the next two weeks | .10 |
| 04/27/09 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 04/27/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/28/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 04/28/09 | TC | Communications with david blabey regarding coverage during his absence; communication regarding kramer levin fee applications | .20 |
| 04/28/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/29/09 | TC | Reviewed all incoming ecf filings, forwarded as appropriate to team counsel and paralegals | .60 |
| 04/29/09 | MNF | Docketing litigation events in computerized docketing system | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ᐱ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 15, 2009
MATTER :  0066609-000004
INVOICE : 10205956

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/30/09 TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | | .70 |
| 04/30/09 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |

T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | 14.00 | 7770.00 |
| M. Flores | 199.05 | 10.50 | 2090.00 |
| TOTALS | | 24.50 | 9860.00 |

TOTAL FEES :                    9,860.00

TOTAL DUE  :                    9,860.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 15, 2009
                                              MATTER :  0066609-000005
                                              INVOICE : 10205957
```

```
      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/03/09 | TC | Reviewed Order (WITH MODIFICATIONS BY THE COURT) Approving Motion of the U.S. ZAI Class for Final Approval of a Class Settlement | .10 |
| 04/13/09 | TC | Reviewed Order regarding status of Anderson Memorial Hospital's class proofs of claim | .10 |
| 04/14/09 | TC | Reviewed Certification of Counsel re: Debtors' Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim (0.1); reviewed Response to Debtors' Objection to Anderson Memorial Hospital's Zonolite Attic Insulation Class Proof of Claim (0.1) | .20 |
| 04/14/09 | TC | Reviewed Memorandum Opinion and Order signed 4/14/09 granting Debtors' Motion for Summary Judgment (titled) Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty Eight (88) Time-Barred Canadian Asbestos Property Damage Claims | .50 |
| 04/23/09 | TC | Reviewed Debtors' Objection to Claims Filed by Maryland Casualty Company, and all attached documents | .80 |
| 04/29/09 | TC | Reviewed certification of counsel regarding massachusetts claim objection | .10 |

# Buchanan Ingersoll ⚶ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   MAY 15, 2009
MATTER :   0066609-000005
INVOICE :  10205957

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

```
              T I M E   S U M M A R Y
              -----------------------

                     RATE     HOURS          TOTALS
                     ----     -----          ------

T. Currier           555.00   1.80           999.00
             TOTALS           1.80           999.00


             TOTAL FEES :                          999.00


             TOTAL DUE  :                          999.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚔ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 15, 2009
                                              MATTER :  0066609-000006
                                              INVOICE : 10205958


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
 ----  ----    -------------------------------                       -----

04/24/09 TC    Reviewed Order Approving Stipulations Resolving        .10
               Proofs of Claim of Certain PRP Group/Entities
               Pursuant to the EPA Multi-Site Agreement



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

   T. Currier           555.00     .10           55.50
                 TOTALS            .10           55.50


               TOTAL FEES :                              55.50


               TOTAL DUE  :                              55.50
```

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    MAY 15, 2009
MATTER  :   0066609-000008
INVOICE  :  10205959

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/24/09 | TC | Reviewed Order Authorizing the Debtors to Enter into a New Employment Agreement to Extend the Term of Their Current Chief Executive Officer | .10 |
| 04/24/09 | TC | Reviewed Order Authorizing the Implementation of the 2009-2011 Long-Term Incentive Plan for Key Employees | .20 |

TIME   SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 555.00 | .30 | 166.50 |
| TOTALS |  | .30 | 166.50 |

TOTAL FEES :                    166.50

TOTAL DUE  :                    166.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :    MAY 15, 2009
                                             MATTER :  0066609-000010
                                             INVOICE : 10205960

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----   ----   -------------------------------                    -----

04/20/09 TC    Reviewed Certification of Counsel Regarding           .10
               Revised Order Authorizing Employment and
               Retention of Seale & Associates, Inc. as
               Debtors Financial Advisor for Sale of Their Gas
               Equipment Business

04/21/09 TC    Reviewed Withdrawal of Certificate of No              .10
               Objection Regarding Debtors Application for
               Order Authorizing Employment and Retention of
               Seale & Associates, inc. as Debtors Financial
               Advisor for Sale of Their Gas Equipment
               Business

04/24/09 TC    Reviewed Order Authorizing Employment and             .10
               Retention of Seale & Associates, Inc. as
               Debtors' Financial Advisor for Sale of Their
               Gas Equipment Business

04/28/09 TC    Reviewed application to retain deloitte under a       .50
               modified engagement letter and new terms;
               reviewed all attached documents including
               engagement letter


                      T I M E   S U M M A R Y
                      -----------------------

                           RATE    HOURS           TOTALS
                           ----    -----           ------

  T. Currier              555.00     .80           444.00
                 TOTALS              .80           444.00


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 15, 2009
MATTER :  0066609-000010
INVOICE : 10205960


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:   EMPLOYMENT APPLICATIONS, OTHERS


TOTAL FEES :                              444.00

TOTAL DUE  :                              444.00


California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 15, 2009
                                              MATTER : 0066609-000011
                                              INVOICE : 10205961
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/16/09 | MNF | Review/make edits to March 2009 prebills | .50 |
| 04/17/09 | MNF | Review Final bills for March | .50 |
| 04/20/09 | MNF | Draft/work on 89th monthly fee app of BIR for March 2009 | 1.50 |
| 04/21/09 | MNF | Review docket re: 88th monthly fee app of BIR; Draft CNO re: same | .50 |
| 04/23/09 | MNF | E-file and serve CNO re: 88th monthly fee app of BIR | .80 |
| 04/27/09 | MNF | Draft/Work on 32nd Quarterly fee request of BIR for Jan-March 2009;Draft Notice re: 32nd Quarterly fee app of BIR | 1.50 |
| 04/28/09 | MNF | Continued work on 32nd Quarterly fee request of BIR | 1.00 |
| 04/29/09 | MNF | E-file and serve 89th Monthly fee app of BIR | 1.00 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| M. Flores | 190.00 | 7.30 | 1387.00 |
| TOTALS |  | 7.30 | 1387.00 |

TOTAL FEES :                          1,387.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   :   MAY 15, 2009
                                             MATTER :   0066609-000011
                                             INVOICE :  10205961


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

    RE:   FEE APPLICATIONS, APPLICANT



                         TOTAL DUE   :                    1,387.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 15, 2009
                                            MATTER : 0066609-000012
                                            INVOICE : 10205962


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

   RE:  FEE APPLICATIONS, OTHERS


DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
----   ----   --------------------------------                  -----

04/02/09 TC   Reviewed quarterly fee applcations order for        .30
              all professionals

04/23/09 TC   Briefly reviewed kramer levin fee apps and cno,     .40
              for filing

04/23/09 MNF  Review docket re: objections to 90th monthly       1.00
              fee app of Kramer Levin (.1); Draft CNO re:
              same; Email to D. Blabley re: CNO(.4) E-file
              and serve CNO re: same (.5)

04/29/09 TC   Reviewed kramer levin fee application prior to      .50
              our filing it

04/29/09 TC   Communication with paralegal about kramer levin    .20
              fee app to be filed

04/29/09 MNF  E-file and serve 91st Monthly fee app of Kramer    1.00
              Levin


                  T I M E   S U M M A R Y
                  -----------------------

                       RATE     HOURS         TOTALS
                       ----     -----         ------

  T. Currier          555.00    1.40          777.00
  M. Flores           190.00    2.00          380.00
              TOTALS            3.40         1157.00


              TOTAL FEES :                          1,157.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 15, 2009
MATTER : 0066609-000012
INVOICE : 10205962

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   FEE APPLICATIONS, OTHERS

TOTAL DUE  :                1,157.00

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 15, 2009
                                              MATTER :  0066609-000014
                                              INVOICE : 10205963


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

     RE:  HEARINGS



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
 ----  ----    --------------------------------                  -----

04/21/09 TC    Reviewed Notice of Agenda of Matters Scheduled      .30
               for Hearing Filed by W.R. Grace & Co., et al

04/24/09 TC    Reviewed Amended Notice of Agenda of Matters        .20
               Scheduled for Hearing



                  T I M E   S U M M A R Y
                  -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

   T. Currier           555.00     .50         277.50
                 TOTALS            .50         277.50


             TOTAL FEES :                     277.50


             TOTAL DUE  :                     277.50
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 15, 2009
MATTER :  0066609-000015
INVOICE : 10205964

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 04/14/09 | TC | Reviewed Certification of Counsel Regarding Filing Certain Documents and Pleadings Under Seal | .10 |
| 04/22/09 | TC | Reviewed more changes to cmo; reviewed revised document sent by janet baer | .30 |
| 04/23/09 | TC | Revewed more proposed changes to the CMO and rhetoric relating thereto among the parties | .50 |
| 04/23/09 | TC | Reviewed many communications about CMO; reviewed revised CMO several times; reviewed revised suggested language to the CMO | 1.10 |
| 04/24/09 | TC | Reviewed andersen memorial notice of appeal | .20 |
| 04/25/09 | TC | Reviewed more meet and confer communications; reviewed more versions of and languge for grace protective order being negotiated | .90 |
| 04/25/09 | TC | Reviewed another Notice of Appeal:  Andersen Memorial's Notice of appeal re Judge Fitzgerald's 4/14/09 Memorandum Opinion & Order Disallowing and Expunging Certain Time-Barred Canadian Claims | .20 |
| 04/27/09 | TC | Reviewed letter from allen scwartz at omelveny regarding confindential medical information and protective order | .20 |
| 04/27/09 | TC | Reviewed grace/plan proponent objections and responses to discovery, with verifications, as filed and served | .40 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 15, 2009
MATTER :   0066609-000015
INVOICE :  10205964

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/27/09 TC | Reviewed another Notice of Appeal from order granting the relief sought in the debtors' objection to Anderson Memorial Hospital's Zonolite Attic Insulation class proof of claim | .20 |
| 04/27/09 TC | Communications with david blabey and doug mannal about appeals | .20 |
| 04/27/09 TC | Reviewed communications regarding the deposition of jeff posner | .10 |
| 04/27/09 TC | Reviewed order scheduling kaneb argument; calendared same | .20 |
| 04/27/09 TC | Reviewed communications about libby depositions and timing | .10 |
| 04/27/09 TC | Reviewed Arrowood's Objection to the Eighteen Deposition Notices Issued by Landis Rath & Cobb LLP and Cohn Whitesell & Goldberg LLP for Their Own Clients Filed by Arrowood Indemnity Company | .10 |
| 04/27/09 TC | Reviewed more notices of deposition, plan/confirmation related discovery | .40 |
| 04/28/09 TC | Reviewed notices of deposition of jeffrey posner and of david austern | .20 |
| 04/28/09 TC | Reviewed notices of deposition of travelers To The Official Committee Of Asbestos Personal Injury Claimants Pursuant To Federal Rule Of Civil Procedure 30(b)(6) | .10 |
| 04/28/09 TC | Reviewed libby claimants' motion to strike expert report of B. Thomas Florence, and all attached materials and exhibits | .80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 15, 2009
                                              MATTER :  0066609-000015
                                              INVOICE : 10205964
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/28/09 TC | Reviewed more deposition notices for jeffery posner | .30 |
| 04/29/09 TC | Reviewed notices of deposition filed by maryland casualty and zurich insurance companies | .20 |
| 04/29/09 TC | Reviewed nine Amended Notices of Video Perpetuation Depositions filed by the LIbby claimants | .40 |
| 04/29/09 TC | Reviewed additional deposition notices filed by libby claimants for mark peterson and david austern | .20 |
| 04/30/09 TC | Reviewed more deposition notices of ACC and of Jeffrey Posner | .20 |
| 04/30/09 TC | Reviewed joinders in deposition notices and discovery already filed | .20 |
| 04/30/09 TC | Motion for Leave From This Court's Scheduling Order and to Shorten Notice Period on Motion to Strike Whitehouse's Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order | .60 |
| 04/30/09 TC | Reviewed various communications about deposition schedules and deposition arrangements, to all parties | .40 |
| 04/30/09 TC | Reviewed more communications about deposition schedules, reviewed pleadings re same and shared with kramer levin | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 15, 2009
MATTER : 0066609-000015
INVOICE : 10205964

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:  LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y
------------------------

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier | | 555.00 | 9.40 | 5217.00 |
| | TOTALS | | 9.40 | 5217.00 |

TOTAL FEES  :                          5,217.00

TOTAL DUE   :                          5,217.00

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 15, 2009
MATTER :  0066609-000016
INVOICE : 10205965

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/13/09 | TC | Contact david blabey re supplemental expert report deadline today | .20 |
| 04/13/09 | TC | Briefly reviewed Rebuttal Report of Dr. John Parker | .90 |
| 04/13/09 | TC | Reviewed Rebuttal Report of David Weill, M.D., Dated April 6, 2009 | .50 |
| 04/13/09 | TC | Reviewed Rebutal Report of Daniel A. Henry, M.D. in Response to Expert Report of Alan C. Whitehouse, M.D. December 29,2008 | .70 |
| 04/13/09 | TC | Reviewed Plan Proponents' Discovery Responses which are joined in by the Equity Committee; communication with David Blabey re providing my authorization to sign my signature to joint filing | .60 |
| 04/14/09 | TC | Reviewed Libby Claimants' First Supplement to Preliminary Designation of Witnesses to Testify in Connection With Plan Confirmation | .20 |
| 04/14/09 | TC | Reviewed Notice of Deposition Pursuant to Fed.R.Civ.P.30(b)(6) and Federal Rules of Bankruptcy Procedure 9014 and 7030 Directed to the Asbestos PI Committee (re: Surety Bond Issues) Filed by Fireman's Fund Insurance Company, and Notice of Deposition Pursuant to Fed.R.Civ.P.30(b)(6) and Federal Rules of Bankruptcy Procedure 9014 and 7030 Directed to Debtors, W.R. Grace & Co., et al Filed by Fireman's Fund Insurance Company | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      MAY 15, 2009
MATTER :    0066609-000016
INVOICE : 10205965

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:    PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 04/14/09 | TC | Briefly reviewed rebuttal report of dr. howard ory | 1.20 |
| 04/14/09 | TC | Reviewed Rebuttal Report of Suresh H. Moolgavkar, M.D., PH.D., April 6, 2009 | .60 |
| 04/15/09 | TC | Reviewed Rebutall Report of B. Thomas Florence, Ph.D. to the Expert Report of Dr. Alan Whitehouse | .50 |
| 04/15/09 | TC | Reviewed Rebuttal Report of Dr. John Parker | 1.10 |
| 04/15/09 | TC | Reviewed rebuttal report of B. Thomas Florence PhD. | .50 |
| 04/15/09 | TC | Reviewed three deposition notices filed by andersen memorial | .20 |
| 04/15/09 | TC | Reviewed amended notices of deposition delivered today by chris lozoides, regarding various deponents | .20 |
| 04/16/09 | TC | Reviewed discovery filed by firemans fund | .20 |
| 04/16/09 | TC | Reviewed Motion to Strike WhiteHouse Expert Report or, Alternatively, Compel The Production of Documents and Databases on which he relies and for Entry of Confidentiality Order Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company and all attached documents and materials | 1.50 |
| 04/16/09 | TC | Reviewed Amended Rebuttal Report of David Weill | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    MAY 15, 2009
                                                MATTER :  0066609-000016
                                                INVOICE : 10205965


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

      RE:  PLAN AND DISCLOSURE STATEMENT


| Date | | Description | Hours |
|---|---|---|---|
| 04/16/09 | TC | Reviewed discovery filed by travelers and allstate; by government employees insurance company and columbia insurance company; by Republic Insurance Company, OneBeacon America Insurance Company and Seaton Insurance Company | .40 |
| 04/16/09 | TC | Reviewed all ecf filings and distributed as appropriate to team paralegals and counsel | .70 |
| 04/16/09 | TC | Reviewed andersen memorial's various notice of depositions; 30(b)(6) notices, calendared same | .30 |
| 04/16/09 | TC | Reviewed plan proponents' communication about meet and confer and additional witnesses | .10 |
| 04/16/09 | TC | Reviewed libby claimants' communication about meet and confer and additional witnesses | .20 |
| 04/16/09 | TC | Reviewed libby claimants' document covering all subjects for testimony as part of the confirmatio process | .40 |
| 04/17/09 | TC | Reviewed scotts' company's and state of montana's communications about 30(b)(6) designations pursuant to meet and confer | .10 |
| 04/17/09 | TC | Briefly reviewed Deposition of Richard Charles Finke | .50 |
| 04/17/09 | TC | Reviewed Libby Claimants' Second Supplement to Preliminary Designation of Witnesses to Testify in Connection with Plan Confirmation | .20 |
| 04/17/09 | TC | Reviewed communications between libby claimants counsel and equity committee counsel about depositions and 30(b)(6) requests, and resolution thereof | .40 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 15, 2009
MATTER :   0066609-000016
INVOICE :  10205965

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---:|
| 04/17/09 TC | Reviewed Notice of Deposition of Plan Proponents Pursuant to Rule 30(b)(6) Filed by Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd.; calendared same | .20 |
| 04/17/09 TC | Reviewed rebuttal report of gary friedman | .50 |
| 04/17/09 TC | Reviewed rebuttal report of gail stockman | .60 |
| 04/17/09 TC | Reviewed rebuttal report of laura welch | .40 |
| 04/17/09 TC | Reviewed rebuttal report of Samuel Hammar | .60 |
| 04/17/09 TC | Reviewed libby discovery:  Supplemental reports served on us as plan proponents | 1.10 |
| 04/20/09 TC | Reviewed Objection to Confirmation of Amended PlanFiled by Texas Comprtoller of Public Accounts | .10 |
| 04/20/09 TC | Reviewed various communications among plan litgants about 30(b)(6) designations | .30 |
| 04/20/09 TC | Reviewed Notice to Vacate Rule 30(b)(6) Deposition filed by anderson memorial | .10 |
| 04/20/09 TC | Reviewed First Supplement to Preliminary Designation of Witnesses to Testify in Connection With Plan Confirmation filed by Libby Claimants | .10 |
| 04/20/09 TC | Reviewed form of protective order being circulated among the parties | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 15, 2009
MATTER :  0066609-000016
INVOICE : 10205965

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 04/20/09 | TC | Reviewed more communications among plan litigants about 30(b)(6) designations, reviewed objections to depositions; reviewed all pleadings dealing with 30(b)(6) issues among litigants | .60 |
| 04/21/09 | TC | Reviewed communications about the Darrell Scott and Edward Westbrook depositions | .10 |
| 04/21/09 | TC | Reviewed more discovery/plan related email communications among all parties | .40 |
| 04/21/09 | TC | Reviewed andersen memorial notices of deposition | .20 |
| 04/22/09 | TC | Reviewed Eighteen (18) Notices of Video Perpetuation Depositions filed by the Libby Claimants | .50 |
| 04/22/09 | TC | Reviewed communications among parties with changes to the Case Management Order; reviewed CMO as revised | .70 |
| 04/23/09 | TC | Reviewed meet and confer communications and communications about deposition of mr. posner | .20 |
| 04/23/09 | TC | Reviewed updated responses to scott discovery and approved same for my electronic signature | .50 |
| 04/24/09 | TC | Reviewed all deposition notices filed last night/today | .60 |
| 04/24/09 | TC | Reviewed another revised version of the CMO | .40 |
| 04/24/09 | TC | Reviewed London Market's first set of requests for admissins to debtors | .40 |

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 15, 2009
                                              MATTER : 0066609-000016
                                              INVOICE : 10205965


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09   6548

     RE:  PLAN AND DISCLOSURE STATEMENT


04/27/09 TC   Reviewed communications about the lockwood          .10
              deposition

04/27/09 TC   Reviewed Motion to Amend (A) Plan Confirmation      .80
              Case Management Order and (B) to Postpone Phase
              II of Confirmation Hearing filed by libby
              claimants; along with all attached documents
              and exhibits

04/29/09 TC   Reviewed deposition notices for asbestos pi         .30
              committee and david austern



                     T I M E   S U M M A R Y
                     ------------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

T. Currier              555.00   23.00        12765.00
                 TOTALS          23.00        12765.00


                     TOTAL FEES :            12,765.00


                     TOTAL DUE  :            12,765.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 15, 2009
MATTER : 0066609-001000
INVOICE : 10205966

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/09    6548

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| Telecopy charges-Teresa Currier | 33.75 |
| Messenger/Delivery Service - Parcels #167323 | 7.50 |
| Messenger/Delivery Service - Parcels #167654 | 5.00 |
| Photocopies M. Flores | 0.70 |
| Photocopies M. Flores | 3.50 |
| Telecopy charges-Teresa Currier | 35.00 |
| Photocopies M. Flores | 1.20 |
| Telecopy charges T. Currier | 51.25 |
| Photocopies M. Flores | 8.90 |
| Photocopies M. Flores | 0.80 |
| Messenger/Delivery Service - Parcels #172290 | 5.00 |
| Messenger/Delivery Service - Parcels #172222 | 7.50 |
| Photocopies M. Flores | 9.60 |
| TOTAL EXPENSE ADVANCES : | 169.70 |
| TOTAL DUE   : | 169.70 |