# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: June 23, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S NINETY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon,Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food-N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington,Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
**(Fee Detail)**

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
| • asbestos matters (52000.43)  $13,801.50 | |
| • non-asbestos matters (2725.40)  $ 577.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $14,378.50 |
| **FEE APPLICATION – APPLICANT** | $736.00 |
| **TOTAL FEES** | $15,114.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 2, 2009
Bill Number  110271
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH APRIL 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 04/01/09 | ARA | Document control. | 1.70 Hrs | 136.00 |
| 04/02/09 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 04/07/09 | RAM | Emails from/to and telephone conference with MTM re: searches for particular documents (.2). Emails from/to in-house counsel re: possible deposition by D. Speights re: ZAI documents (.1). | 0.30 Hrs | 96.00 |
| 04/07/09 | MTM | Telephone call from in-house counsel re: documents for trial (.2); search for same (2.5); telephone call to RAM re: same (.2) and ARA re: same (.2). | 3.10 Hrs | 852.50 |
| 04/07/09 | ARA | Per MB, search for and locate depositions needed by RAM; organize deposition transcripts and produce to MB (2.0) Discussion with MTM re: search for article for in-house counsel (.2); search for same (.5). | 2.70 Hrs | 324.00 |
| 04/07/09 | ARA | Document control. | 4.10 Hrs | 328.00 |
| 04/08/09 | RAM | Emails from/to MTM re: search for O.M. Scott cases. | 0.10 Hrs | 32.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH APRIL 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 04/08/09 | MTM | Review former employee's materials and deposition of former Cafco president re: request from in-house counsel (1.6); review binders at Winthrop Square re: same (2.2); conference with ARA re: same (.3); email to in-house counsel re: same (.2); telephone call from in-house counsel re: copies of two closed O.M. Scott cases (.2). | 4.50 Hrs | 1,237.50 |
| 04/08/09 | ARA | Per MTM's request, search for competitor's ad in Walls & Ceilings; found in Baron & Budd exhibits (1.1). Per MTM's request, search for and locate O.M. Scott case files (2.9). | 4.00 Hrs | 480.00 |
| 04/08/09 | ARA | Document control. | 2.60 Hrs | 208.00 |
| 04/09/09 | RAM | Review 4 transcripts or summaries of my depositions taken by Speights' office to prepare for possible deposition re: ZAI documents. | 1.50 Hrs | 480.00 |
| 04/09/09 | MTM | Receipt and review of Gordon (OH) case from storage (.4); search for two other O.M. Scott cases (.9); receipt and review of email from in-house counsel re: same (.2); review files at Winthrop Square re: same (1.1); review three additional O.M. Scott cases (1.4); email to in-house counsel re: same (.5). | 4.50 Hrs | 1,237.50 |
| 04/09/09 | ARA | Quality control binders reviewed for O.M. Scott cases (.5). Review Ness Motley exhibits for specific document; telephone call to MTM with results of review (3.0). Per MTM's request, review OH case files and Recordkeeper binders for O.M. Scott cases (2.7). | 6.20 Hrs | 744.00 |
| 04/10/09 | RAM | Read selected documents filed in bankruptcy court (.8). Read updated bankruptcy court docket entries to select documents to read (.6). | 1.40 Hrs | 448.00 |
| 04/13/09 | ARA | Document control. | 4.50 Hrs | 360.00 |
| 04/14/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorneys. | 4.70 Hrs | 564.00 |
| 04/14/09 | ARA | Document control. | 2.10 Hrs | 168.00 |
| 04/15/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorneys. | 4.50 Hrs | 540.00 |

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH APRIL 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 04/15/09 | ARA | Document control. | 0.70 Hrs | 56.00 |
| 04/16/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorneys. | 4.00 Hrs | 480.00 |
| 04/16/09 | ARA | Document control. | 2.50 Hrs | 200.00 |
| 04/17/09 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 04/21/09 | RAM | Read selected documents filed in bankruptcy court (1.4). Read updated bankruptcy court docket entries to select documents to read (.1). | 1.50 Hrs | 480.00 |
| 04/21/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorneys. | 5.00 Hrs | 600.00 |
| 04/22/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorneys. | 6.00 Hrs | 720.00 |
| 04/23/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorneys. | 1.50 Hrs | 180.00 |
| 04/23/09 | ARA | Document control. | 1.30 Hrs | 104.00 |
| 04/24/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 04/27/09 | ARA | Document control. | 4.70 Hrs | 376.00 |
| 04/28/09 | ARA | Document control. | 3.50 Hrs | 280.00 |
| 04/29/09 | MTM | Receipt and review of request from in-house counsel re: Libby personnel file and question re: independent contractor status. | 0.20 Hrs | 55.00 |
| 04/29/09 | ARA | Document control. | 1.70 Hrs | 136.00 |
| 04/29/09 | ARA | Per telephone call from MTM, search for Libby personnel file and produce to MTM. | 1.10 Hrs | 132.00 |
| 04/30/09 | MTM | Email to in-house counsel re: Libby personnel file (.1); receipt and review of original personnel file from local counsel (.1). | 0.20 Hrs | 55.00 |
| 04/30/09 | ARA | Document control. | 3.20 Hrs | 256.00 |

TOTAL LEGAL SERVICES     $13,801.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| Robert A. Murphy | 4.80 | 320.00 | 1,536.00 |
| Matthew T. Murphy | 12.50 | 275.00 | 3,437.50 |
| Angela R. Anderson | 39.70 | 120.00 | 4,764.00 |
| Angela R. Anderson | 50.80 | 80.00 | 4,064.00 |
| | 107.80 | | $13,801.50 |

TOTAL THIS BILL          $13,801.50

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 2, 2009
Bill Number  110270
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH APRIL 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 04/10/09 | RAM | Read transcript of deposition of D. Arsenault. | 0.80 Hrs | 256.00 |
| 04/14/09 | RAM | Read motion to file third party complaint filed by Gleeson for contribution against Banner Construction; emails to/from MLL re: same. | 0.10 Hrs | 32.00 |
| 04/14/09 | MLL | Receipt and review of correspondence and motions re: 3d party complaint of Gleeson; send to client with comments | 0.40 Hrs | 100.00 |
| 04/21/09 | RAM | Read opposition to motion to file third party complaint. | 0.20 Hrs | 64.00 |
| 04/21/09 | MLL | Receipt and review of plaintiff's opposition to motion to amend | 0.20 Hrs | 50.00 |
| 04/29/09 | MLL | Receipt and review of Gleeson's 9A filings, request for leave and other documents | 0.30 Hrs | 75.00 |

TOTAL LEGAL SERVICES        $577.00

W.R. Grace & Co. - Conn.
Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.


**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.10 | 320.00 | 352.00 |
| Matthew L. Lunenfeld | 0.90 | 250.00 | 225.00 |
| | 2.00 | | $577.00 |

TOTAL THIS BILL          $577.00

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 2, 2009
Bill Number  110272
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

### FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

### LEGAL SERVICES

THROUGH APRIL 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 04/02/09 | RAM | Emails to/from in-house counsel that February fee application may be filed. | 0.05 Hrs | No Charge |
| 04/03/09 | RAM | Emails from/to in-house counsel re: fee auditor's question re: Toxic Torts supplement. | 0.10 Hrs | 32.00 |
| 04/07/09 | RAM | Finalize February fee application (.3). Send it to Delaware counsel to file (.1). | 0.40 Hrs | 128.00 |
| 04/09/09 | RAM | Send February fee application to fee auditor. | 0.10 Hrs | 32.00 |
| 04/16/09 | RAM | Draft response to fee auditor's question about disbursement for supplement to Toxic Tort treatise; send response to fee auditor. | 0.20 Hrs | 64.00 |
| 04/21/09 | RAM | Work on March fee application. | 0.30 Hrs | 96.00 |
| 04/22/09 | RAM | Work on March fee application. | 0.60 Hrs | 192.00 |
| 04/23/09 | RAM | Work on March fee application (.5). Send it to in-house counsels to review (.1). | 0.60 Hrs | 192.00 |

TOTAL LEGAL SERVICES          $736.00

Page 1

Mark A. Shelnitz
Re:   Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.30 | 320.00 | 736.00 |
| Robert A. Murphy | 0.05 | 320.00 | No Charge |
|  | 2.35 |  | $736.00 |

TOTAL THIS BILL          $736.00

## **EXHIBIT B**
**(Expense Detail)**

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
| •     asbestos matters (52000.43)     $14,773.01 | |
| •     non-asbestos matters (2725.40)    $   389.80 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $15,162.81 |
| **FEE APPLICATION – APPLICANT** | $22.39 |
| **TOTAL EXPENSES** | $15,185.20 |



# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 2, 2009
Bill Number  110274
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH MAY 31, 2009

EXCESS POSTAGE
05/31/09      EXCESS POSTAGE                                              1.51
                                                                                        $1.51

PACER ONLINE SEARCH
04/09/09      Delaware Bankruptcy Court                             110.32
                                                                                    $110.32

PHOTOCOPYING
04/08/09      166 copies at $.10 per copy                            16.60
                                                                                     $16.60

RENT REIMBURSEMENT
04/01/09      RREEF AMERICA REIT III CORP Z1: Rent and     14,214.78
                   utilities for document repository at One Winthrop
                   Square - April 2009.

                                                                                $14,214.78

MISCELLANEOUS
04/21/09      Ink for printer                                                26.75
04/22/09      RECORDKEEPER ARCHIVE CENTERS,: Storage     403.05

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

## COSTS

THROUGH MAY 31, 2009

4/01/09 through 4/30/09.

$429.80

| | |
|---|---|
| TOTAL COSTS | $14,773.01 |
| TOTAL THIS BILL | $14,773.01 |



# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 2, 2009
Bill Number  110273
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

**COSTS**

THROUGH MAY 31, 2009

STENOGRAPHER/TRANSCRIPT
| | | |
|---|---|---|
| 04/09/09 | B. HOEY COURT REPORTING: Deposition of Dana G. Arsenault, Jr. (Gleeson Powers) 2/19/09. | 389.80 |

|  |  |
|---|---|
|  | $389.80 |
| TOTAL COSTS | $389.80 |
| TOTAL THIS BILL | $389.80 |

Page 1

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 2, 2009
Bill Number  110275
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH MAY 31, 2009

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 04/13/09 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on March 16, 2009 by R A Murphy. | 15.27 | |
| | | | $15.27 |

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 04/09/09 | Delaware Bankruptcy Court | 7.12 | |
| | | | $7.12 |
| | TOTAL COSTS | | $22.39 |
| | TOTAL THIS BILL | | $22.39 |