IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| W.R. GRACE & CO., et al., | * | Case No. 01-1139 (JKF) |
| Debtor. | * | Jointly Administered |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Frederick C. Schafrick, Esquire of Goodwin Procter LLP, to represent Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates in this action.

Dated: June [3], 2009

ROSENTHAL, MONHAIT & GODDESS, P.A.

By_____
Edward B. Rosenthal (Bar No. 3131)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
Email: erosenthal@rmgglaw.com

*Counsel for Continental Casualty Company,
Transportation Insurance Company and their
American insurance affiliates*

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the District of Columbia Court of Appeals, the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh, District of Columbia, and Federal Circuits and the United States District Court for the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Frederick C. Schafrick, Esquire
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4194
Facsimile: (202) 346-4444
E-Mail: fschafrick@goodwinprocter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: June _____, 2009

United States Bankruptcy Judge