## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 3rd day of June, 2009, I caused the foregoing *Motion for Admission Pro Hac Vice for Frederick C. Schafrick, Esquire* to be served on all parties registered with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case **and** by hand delivery to the individuals listed below.

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Kathleen P. Makowski
Mark M. Billion, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

_____
Edward B. Rosenthal (Bar No. 3131)