IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )   Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )   Case No. 01-01139 (JKF)
                                          )   Jointly Administered
            Debtors.                      )

### AFFIDAVIT OF DISINTERESTEDNESS

KUALA LUMPUR              )
FEDERAL TERRITORY         )   ss:
COUNTRY OF MALAYSIA       )

WONG SAI FONG, being duly sworn, upon his oath, deposes and says:

1. I am the Managing Partner of Messrs Shearn Delamore & Co., located at 7th Floor, Wisma Hamzah-Kwong Hing, 1 Leboh Ampang, 50100 Kuala Lumpur, Malaysia (the "Firm").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin, & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. One of the Debtors, W. R. Grace & Co. Conn. has requested that the Firm provide legal services to it, and the Firm has consented to provide such services.

3. The Firm has performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in W. R. Grace & Co. Conn.'s chapter 11 case.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by W. R. Grace & Co. Conn., claimants and parties-in-interest in its chapter 11 case. The Firm, as far as it is able to ascertain, does not perform services for any such person in connection with this chapter 11 case, or have any relationship with any such person, their attorneys or accountants that would be adverse to W. R. Grace & Co. Conn. or its estate.

5. Neither I nor any partners of or professionals employed by the Firm has agreed to share or will share any portion of the compensation to be received from W. R. Grace & Co. Conn. with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any partners of or professionals employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the W. R. Grace & Co. Conn. or its estate.

7.   The Debtors do not owe the Firm for pre-petition services.

8.   The Firm is conducting further inquiries regarding its retention by any creditors of W. R. Grace & Co. Conn., and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on     03.06.09      2009.



**WONG SAI FONG**

Sworn to and subscribed before me
this ____ day of _____, 2009
03.06.09
_____
Notary Public
My Commission expires: 14/11/2010

B. INDERJIT SINGH
NOTARY PUBLIC
6TH FLOOR, BANGKOK BANK BUILD,
105, JALAN TUN H.S. LEE,
50000 KUALA LUMPUR, MALAYSIA.
TEL: 20727426



3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*           Bankruptcy No. 01-1139
      Debtors                     Jointly Administered

                                    Chapter 11
                                    *Re: June 1, 2009, Agenda*

**ORDER (1) RESCHEDULING PRETRIAL CONFERENCE WITH RESPECT TO PLAN CONFIRMATION PHASE I TO JUNE 18, 2009, AT 1:00 P.M. IN PITTSBURGH, PENNSYLVANIA, and (2) RESCHEDULING ALL OTHER MATTERS ON THE JUNE 1 AGENDA TO JUNE 29, 2009, IN WILMINGTON DELAWARE**

AND NOW, this **27th** day of **May, 2009**, it is **ORDERED** that

(1) the pretrial conference concerning Plan Confirmation Phase I scheduled for June 1, 2009, is cancelled and **rescheduled to June 18, 2009, at 1:00 p.m.**, Eastern time, in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, and

(2) the hearing on all other matters on the June 1, 2009, agenda are hereby rescheduled for June 29, 2009, in Wilmington, Delaware.

It is **FURTHER ORDERED** that the June 1, 2009, omnibus hearing is **cancelled.**

It is **FURTHER ORDERED** that counsel for Debtors shall serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

                                             *Judith K. Fitzgerald*
                                             Judith K. Fitzgerald      rmab
                                             United States Bankruptcy Judge