IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. _____ |

## ORDER GRANTING BANK LENDER GROUP'S MOTION TO MODIFY THE THIRD AMENDED CASE MANAGEMENT ORDER RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION

Upon the motion of certain lenders under the Prepetition Bank Credit Facilities pursuant to Delaware Bankruptcy Local Rule 9006-1(e), Rule 9006(c) of F.R.B.P., and 11 U.S.C. § 102 the Bank Lender Group's Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (the "Motion to Modify");[1] and due and proper notice of the Motion to Modify has been given; and it appearing that sufficient cause exists for granting the requested relief; it is hereby:

ORDERED that the Motion to Modify is granted; and it is further

ORDERED that the CMO is hereby modified to provide that resolution of the confirmation objections raised on behalf of and specific to the Bank Lenders and other Class 9 creditors with respect to impairment and other confirmation related issues subject to the Appeals as identified in the Motion to Modify are deferred until after final resolution of the Appeals.

Dated: June ___, 2009

                                          _____
                                        Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Modify.

672.001-26664.doc