IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | **Re: Docket No. 20872** |

## AFFIDAVITS OF PUBLICATION

Attached hereto are affidavits regarding the publication of the **Notice of Voting Rights and Hearing to Consider Approval of the First Amended Joint Plan of Reorganization for W. R. Grace & Co., and Its Related Debtors** (the "Notice") of the above-captioned debtors and debtors in possession (the "Debtors"). The Notice was published in the following newspapers, as indicated in the affidavits attached hereto as <u>Exhibits A through K</u>:

1) THE WALL STREET JOURNAL NATIONAL EDITION on March 23, 2009 (Exhibit A);

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2)   THE NEW YORK TIMES NATIONAL EDITION on March 23, 2009 (Exhibit B);

3)   USA TODAY NATIONAL EDITION on March 23, 2009 (Exhibit C).

4)   MEALEY'S LITIGATION REPORT: ASBESTOS on April 1, 2009 (Exhibit D);

5)   ANDREWS' ASBESTOS LITIGATION REPORTER on April 4, 2009 (Exhibit E);

6)   PARADE MAGAZINE on April 12, 2009 (Exhibit F);

7)   USA WEEKEND MAGAZINE on April 12, 2009 (Exhibit G);

8)   NEWSWEEK on April 13, 2009 (Exhibit H);

9)   TV GUIDE MAGAZINE on April 13, 2009 through April 19, 2009 (Exhibit I);

10)  SPORTS ILLUSTRATED on April 20, 2009 (Exhibit J);

11)  U.S. NEWS AND WORLD REPORT on April 20, 2009 (April 2009 Issue) (Exhibit K);

Dated: June 3, 2009

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Theodore L. Freedman
        Citigroup Center
        13 East 53rd Street
        New York, NY 10022-4611
        (212) 446-4800

        –and–

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession