**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**Related to Docket No. 20872, 21763, 21764, 21770, 21771, 21776, 21781, 21783, 21794, 21797, 21803, 21814, 21815**

**JOINDER OF FIREMAN'S FUND INSURANCE COMPANY, ALLIANZ S.P.A., F/K/A RIUNIONE ADRIATICA DI SICURTA, AND ALLIANZ SE, F/K/A ALLIANZ AKTIENGESELLSCHAFT TO CONFIRMATION OBJECTIONS WITH RESPECT TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft (collectively, "Certain Insurers"), hereby join the objections of (i) Government Employees Insurance Co. and Republic Insurance Company n/k/a Starr Indemnity & Liability Company [Docket No. 21771], (ii) Federal Insurance Company [Docket No. 21770], (iii) Continental Casualty Company [Docket No. 21794], and (iv) AXA Belgium [Docket No. 21803].

In addition, to the extent not contrary to the *Final Phase I And Non-Surety Claim Related Phase Ii Objections Of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Riunione Adriatica Di Sicurta, And Allianz Se, F/K/A Allianz Aktiengesellschaft To Confirmation Of The First Amended Joint Plan Of Reorganization* [Docket No. 21781], Certain Insurers also join the objections of (i) Arrowood Indemnity Company [Docket Nos. 21814 and 21815], Maryland Casualty Company [Docket No. 21783], (ii) OneBeacon America Insurance Company and Seaton Insurance Company [Docket No. 21763], (iii) Zurich Insurance Company and Zurich

International (Bermuda) Ltd. [Docket No. 21764], (iv) General Insurance Company of America

[Docket No. 21776], and (v) the United States Trustee [Docket No. 21797].

Certain Insurers reserve all rights to join other objections, and to modify and/or

supplement their objections based on ongoing discovery and any revisions to the First Amended

Joint Plan.

Dated: June 4, 2009
      Wilmington, Delaware                    STEVENS & LEE, P.C.

                                              _/s/ John D. Demmy._
                                              John D. Demmy (DE Bar No. 2802)
                                              1105 North Market Street, 7th Floor
                                              Wilmington, DE 19801
                                              Telephone: (302) 425-3308
                                              Telecopier: (610) 371-8515
                                              Email: jdd@stevenslee.com

                                              **-**and-

                                              Leonard P. Goldberger
                                              Marnie E. Simon
                                              (Members PA Bar)
                                              1818 Market Street, 29th Floor
                                              Philadelphia, PA 19103-1702
                                              Telephone:  (215) 751-2864/2885
                                              Telecopier:  (610) 371-7376/8505
                                              Email: lpg@stevenslee.com
                                              Email: mes@stevenslee.com

                                              ATTORNEYS FOR FIREMAN'S FUND
                                              INSURANCE COMPANY, ALLIANZ
                                              S.p.A., f/k/a RIUNIONE ADRIATICA DI
                                              SICURTA, AND ALLIANZ SE, f/k/a
                                              ALLIANZ AKTIENGESELLSCHAFT

SL1 927112v1/021630.00003