## CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2009, true and correct copies of the foregoing *Joinder Of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Riunione Adriatica Di Sicurta, And Allianz Se, F/K/A Allianz Aktiengesellschaft To Confirmation Objections With Respect To The First Amended Joint Plan Of Reorganization* were served on the parties on the attached service list by electronic mail.

                                                                                    */s/ John D. Demmy.*
                                                                                     John D. Demmy

**SERVICE LIST**

aaronsona@pepperlaw.com
acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
akrieger@stroock.com
alexander.mueller@mendes.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arosenberg@paulweiss.com
arunning@kirkland.com
belias@omm.com
bharding@kirkland.com
bmukherjee@goodwinprocter.com
bsb@capdale.com
bsb@capdale.com
bstansbury@kirkland.com
butcher@lrclaw.com
candon@cwg11.com
carignanj@pepperlaw.com
carl.pernicone@wilsonelser.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
Catherine.chen@wilsonelser.com
cbruens@kirkland.com
cgreco@kirkland.com
cohn@cwg11.com
collins@rlf.com
cprince@sonnenschein.com
david.boutrous@kirkland.com
david.klauder@usdoj.gov
david.primack@dbr.com
david.turetsky@skadden.com
dbernick@kirkland.com
dblabey@kramerlevin.com
dfelder@orrick.com
dglosband@goodwinprocter.com
dj.baker@skadden.com
dmannal@kramerlevin.com
Dpastor@Gilmanpastor.com
drosenbloom@mwe.com
drosendorf@kttlaw.com
dsilver@mccarter.com
dspeights@speightsrunyan.com

ealcabes@stblaw.com
ei@capdale.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@FMEW.com
erosenthal@rmgglaw.com
ewestbrook@rpwb.com
ewolfe@skfdelaware.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
FRosner@mrs-law.com
gcalhoun@steptoe.com
ghorowitz@kramerlevin.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
gmcdaniel@bglawde.com
green@lrclaw.com
gsvirsky@omm.com
heather.bloom@kirkland.com
hertzbergr@pepperlaw.com
hriedel@srbp.com
ilevee@lowenstein.com
IRosenberg@cozen.com
jal@capdale.com
jal@capdale.com
james.freeman2@usdoj.gov
jbaer@jsbpc.com
jcohn@cozen.com
jcp@pgslaw.com
jcutler@orrick.com
jeff.friedman@kattenlaw.com
jeffrey.boerger@dbr.com
jguy@orrick.com
jk@kttlaw.com
jmeltzer@sbtklaw.com
john.mcfarland@grace.com
joneill@pszjlaw.com
jpruggeri@hhlaw.com
jpw@capdale.com
jpw@capdale.com
jsakalo@bilzin.com
jsottile@zuckerman.com
jspadaro@johnsheehanspadaro.com
jwaxman@cozen.com

jwisler@cblh.com
kandestin@rlf.com
karen.f.lee@kirkland.com
kbornstein@sbtklaw.com
klove@kirkland.com
kmakowski@pszjlaw.com
kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
korr@orrick.com
kpasquale@stroock.com
landis@lrclaw.com
lepley@crowell.com
lesayian@kirkland.com
lkruger@stroock.com
loberholzer@pszjlaw.com
locasaleg@whiteandwilliams.com
lstover@eckertseamans.com
Madigan.andrea@epa.gov
madron@rlf.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
meskin@camlev.com
metkin@lowenstein.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com
mphillips@paulweiss.com
mpiropato@stblaw.com
mplevin@crowell.com
mshiner@tuckerlaw.com
mumford@lrclaw.com
mwallace@orrick.com
mweis@dilworthlaw.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
pbentley@kramerlevin.com
pcuniff@pszjlaw.com
pkoepff@omm.com
pmahaley@orrick.com
ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rdehney@mnat.com
Reynolds@rlf.com
rfrankel@orrick.com
rguttmann@zeklaw.com
rhorkovich@andersonkill.com
richard.finke@grace.com
rifft@wileyrein.com
rjsidman@vorys.com
rmillner@sonnenschein.com
rriley@duanemorris.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
SSchindlerWilliams@KRAMERLEVIN.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@FMEW.com
tcairns@pszjlaw.com
tcurrier@saul.com
tfreedman@kirkland.com
tgerber@fulbright.com
tgerber@fulbright.com
thomas.quinn@mendes.com
tmacauley@zuckerman.com
tmessana@mws-law.com
toolee@pepperlaw.com
travis.langenkamp@kirkland.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
ustpregion03.wl.ecf@usdoj.gov
vguldi@zuckerman.com
warren.pratt@dbr.com
wbs@capdale.com
wbs@capdale.com
wrussell@stblaw.com
wshelley@cozen.com
yoderj@whiteandwilliams.com
young@wildman.com