IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Teresa K.D. Currier, Esquire and the firm of Buchanan Ingersoll & Rooney PC as co-counsel to the Official Committee of Equity Security Holders in the above-captioned bankruptcy case.

PLEASE ENTER the appearance of Teresa K.D. Currier, Esquire and the firm of Saul Ewing LLP, as co-counsel to the Official Committee of Equity Security Holders in the above-captioned bankruptcy case.

BUCHANAN INGERSOLL & ROONEY
A Professional Corporation

By: /s/ Mary Calloway
Mary F. Calloway (No. 3059)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

SAUL EWING LLP

By: /s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6826
(302) 421-5861 (Fax)
tcurrier@saul.com

Dated: June 4, 2009

570996.1 6/3/09