THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos.: 21903, 21902 |
| | ) | Objection Deadline: 6/11, 2009 by Noon, Eastern |
| | | Hearing Date: Proposed June 18, 2009 at 1:00 p.m. |

## ORDER FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON: PLAN PROPONENTS' JOINT MOTION IN LIMINE TO STRIKE THE EXPERT REPORTS AND TESTIMONY OF GEORGE L. PRIEST AND JAMES B. SHEIN

Upon the motion of the Plan Proponents pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from this Court's Scheduling Order and to shorten the notice period with respect to the *"Plan Proponents' Joint Motion in Limine to Strike the Expert Report and Testimony of George L. Priest and James B. Shein"* (Docket Nos. 21020 and 21167) (the "Motion"); and due and proper notice of the Motion to Shorten having been given; and is appearing that sufficient cause exits for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Plan Proponents are granted leave from the Scheduling Order, and it is further

ORDERED that the notice period with respect to the Motion is shortened so that the objection deadline on the Motion is ~~May~~ Noon, Eastern, June 11, 2009; and it is further

Docket # 21903
Date 5-28-09

ORDERED that the Motion is scheduled for the Phase I pretrial hearing on June 18, 2009 at 1:00 p.m. FURTHER ORDERED that counsel for Debtors shall immediately serve a copy of this Order on all parties in**

Dated: ~~May __, 2009~~ June 4, 2009

*Judith K. Fitzgerald*
Hon. Judith K. Fitzgerald    rmab
U.S. Bankruptcy Judge

**interest who do not receive electronic notice and shall file a certificate of service forthwith.

DOCS_DE:148782.1