**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 4th day of June, 2009, I caused a copy of the **Notice of Deposition** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**
Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy Cairns, Esq.
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**VIA TELEFAX AND U.S. MAIL**
David M. Bernick, Esq.
Theodore L. Freedman, Esq.
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

Philip Bentley, Esq.
Douglas Manual, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Roger Frankel, Esq.
Richard H. Wryon, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806



Jeffrey C. Wisler

#686928