## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 03, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11996

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2009 | BSR | Draft final report re Kramer Levin for the 31st interim period | 0.60 | 156.00 |
| | JAW | detailed review of K&E January 2009 monthly invoice (8.1) | 8.10 | 1,215.00 |
| 5/3/2009 | DTW | Review and revise Protivity initial report (.1). | 0.10 | 16.50 |
| 5/4/2009 | JBA | Update database with Reed Smith 3.09 | 0.10 | 4.50 |
| | JBA | Update database with 3.09 e-detail re: Bilzin and Hamilton | 0.10 | 4.50 |
| | JBA | Update database with 3.09 e-detail re: Buchanan pdf and Kramer pdf | 0.10 | 4.50 |
| | JBA | Update database with Ferry Joseph 3.09 | 0.10 | 4.50 |
| | JBA | Electronic filing with court of Steptoe 31st Interim Final Report | 0.30 | 13.50 |
| | JBA | Update database with 3.09 hard copies re: Beveridge, Reed, Bilzin (.2), Hamilton, Pitney Day and Baer (.1) | 0.30 | 13.50 |
| | WHS | detailed review of Kramer 31st Int FR | 0.20 | 59.00 |
| | BSR | Research server for response from Bilzin Sumberg to initial report (31st); draft email to Jay Sakalo inquiring as to same | 0.10 | 26.00 |
| | JBA | Update database with Stroock 3.09 | 0.10 | 4.50 |
| | JAW | Continue detailed review of K&E January 2009 monthly invoice (6.1); draft summary of same (2.7) | 8.80 | 1,320.00 |
| | WHS | receive and review agenda | 0.10 | 29.50 |

214 698-3868

W.R. Grace & Co.                                                                                          Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/5/2009 | JAW | draft summary of PwC's January 2009 fee application (3.0); t/c with B. Ruhlander re: fee review (0.1). | 3.10 | 465.00 |
|  | JAW | Continued draft summary of K&E's January 2009 monthly invoice (2.6) | 2.60 | 390.00 |
|  | BSR | Receive and review K&E's response to initial report for the 31st interim period | 0.20 | 52.00 |
|  | BSR | Draft final report re Kirkland & Ellis for the 31st interim period | 6.30 | 1,638.00 |
|  | JBA | Update database with Ferry Joseph 3.09 hard copy | 0.10 | 4.50 |
| 5/6/2009 | MW | Draft monthly application of WHSA for April (1.3); electronically file same with court (.3); update database (.2). | 1.80 | 225.00 |
|  | BSR | Draft e-mails to various applicants re initial and final reports for the 31st interim period | 0.40 | 104.00 |
|  | WHS | detailed review of FR KE 31Q 10-12.08. | 0.30 | 88.50 |
| 5/7/2009 | JBA | Update database with Final Report of Duane Morris for 31st interim; file electronically and prepare for service. | 0.30 | 13.50 |
|  | JBA | Update database with A. Rich 4.09 e-detail; email B. Ruhlander re same. | 0.20 | 9.00 |
|  | WHS | detailed review of FR Duane Morris 31Q 10-12.08 | 0.30 | 88.50 |
|  | BSR | Draft e-mail to Duane Morris re response to initial report (31Q); review response email from Duane Morris | 0.10 | 26.00 |
|  | JBA | Update database with K&E's 3.09 fee detail. | 0.10 | 4.50 |
|  | BSR | Draft omnibus final report for the 31st interim period | 4.10 | 1,066.00 |
|  | BSR | Detailed review of Buchanan Ingersoll & Rooney's 31st interim fee application | 0.10 | 26.00 |
|  | BSR | Draft final report re Duane Morris for the 31st interim period | 0.40 | 104.00 |
|  | BSR | Draft e-mail to Teresa Currier inquiring as to status of firm's quarterly application (31Q) | 0.10 | 26.00 |
|  | BSR | Detailed review of Beveridge & Diamond's 31st interim fee application | 0.10 | 26.00 |
|  | BSR | Research docket and server for applications not yet received (.7); draft email to Lynzy Oberholzer at Pachulski re same (.1) | 0.80 | 208.00 |
| 5/8/2009 | BSR | Draft initial report re Hon. Alexander M. Sanders, Jr., for the 31st interim period | 0.60 | 156.00 |

W.R. Grace & Co.                                                                                          Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/8/2009 | JBA | Update database with November fee detail for BMC Group. | 0.10 | 4.50 |
|  | JBA | Telephone call with B. Ruhlander re BMC's 31st interim fee application. | 0.10 | 4.50 |
|  | JBA | Update database with e-detail of Ogilvy Renault for 32nd interim fee application. | 0.10 | 4.50 |
|  | JBA | Update database with PWC's March '09 monthly application and Foley Lardner's 32nd interim fee application. | 0.20 | 9.00 |
|  | BSR | Detailed review of fee application of Hon. Alexander Sanders, Future PD Claims Representative | 0.20 | 52.00 |
|  | BSR | Research docket for retention order of Hon. Alexander Sanders, Future PD Claims Rep (.3); review same (.1) | 0.40 | 104.00 |
| 5/11/2009 | JBA | Preapare and serve Judge Sanders 31st Interim IR | 0.10 | 4.50 |
|  | JBA | Update database with Austern 1.09-3.09 and Orrick 3.09 | 0.10 | 4.50 |
|  | JBA | Update database with Deloitte 31st Interim application | 0.10 | 4.50 |
|  | JBA | Update database with Protiviti 31st Interim response e-detail | 0.10 | 4.50 |
|  | JBA | Update database with 32nd Interim applications re: Day Pitney (.1), and 3.09 re: Chater Oak, AKO, Caplin and Campbell (.1) | 0.20 | 9.00 |
|  | MW | detailed review of fees and expenses of WHSA for 1.09-3.09 (3.0); begin draft of 32nd interim fee application (1.0). | 4.00 | 500.00 |
|  | BSR | Detailed review of Deloitte Tax's quarterly interim fee application for the 30th and 31st interim periods | 0.20 | 52.00 |
|  | JAW | Proofread WHSmith's Thirty-Second Interim Fee Application (0.8); e-mail to Melanie White re: fee application review and any changes needed (0.1) | 0.90 | 135.00 |
|  | BSR | Receive and review response of Protiviti to initial report for the 31st interim period | 0.10 | 26.00 |
|  | DTW | Review and revise Sanders 31st initial report (.1). | 0.10 | 16.50 |
| 5/12/2009 | JBA | Receive and review hearing agenda | 0.10 | 4.50 |
|  | MW | Draft Certificate of No Objection for February monthly fee application of WHSA (.3); conduct research on Pacer and database for objections filed (.3); electronically file CNO with Court (.3). | 0.90 | 112.50 |
|  | MW | Revise and edit 32nd interim fee application of WHSA (.3); file same electronically with Court (.3). | 0.60 | 75.00 |

W.R. Grace & Co.                                                                                                    Page    4

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 5/12/2009 | JBA | Update database with 32 Interim applications re: Ogilvy and Reed Smith (.1), and PWC 3.09 (.1) | 0.20 | 9.00 |
|  | JBA | Update database with PWC 32nd Interim application e-detail pdf | 0.10 | 4.50 |
| 5/13/2009 | JBA | Update database with Phillips e-detail re: 2.09 and 3.09 pdf | 0.10 | 4.50 |
|  | JBA | Update database with Capstone 3.09 e-detail and Ferry Joseph 32nd Interim application e-detail | 0.10 | 4.50 |
|  | BSR | Receive, review, and respond to email from Alan Rich inquiring as to application deadlines and hearing dates | 0.20 | 52.00 |
|  | BSR | Receive and review Blackstone's response to initial report for the 31st interim period (.2); telephone conference with Pam Zilly re same (.1) | 0.30 | 78.00 |
|  | BSR | Research server and docket for BMC's Oct. fee application | 0.30 | 78.00 |
|  | BSR | Detailed review of Sullivan Haseltine monthly fee applications for Oct. through Dec. 2008 | 0.20 | 52.00 |
|  | BSR | Draft e-mail to Jeff Allgood re 2009 hearing dates | 0.20 | 52.00 |
|  | BSR | Draft e-mail to Alan Rich re initial report on Hon. Alexander Sanders for the 31st interim period | 0.10 | 26.00 |
| 5/14/2009 | JBA | Update database with Capstone 3.09 hard copy | 0.10 | 4.50 |
|  | JBA | Update database with BMC 10.08 e-detail and hard copy (.1), Buchanan 32nd Interim e-detail, and Phillips 2.09 and 3.09 e-detail (.1) | 0.20 | 9.00 |
| 5/15/2009 | JBA | Update database with e-detail re: Bilzin 32nd Interim (.1), Hamilton 32nd Interim (.1), and hard copy Buchanan 32nd Interim (.1) | 0.30 | 13.50 |
|  | JBA | Update database with Casner 3.09 | 0.10 | 4.50 |
|  | JBA | Update database with 32nd Interim applications re: Bilizin e-detail, Hamilton hard copy, and Buchanan e-detail | 0.10 | 4.50 |
|  | JBA | Update database with Casner 3.09 hard copy | 0.10 | 4.50 |
| 5/18/2009 | MW | Update database with Capstone 1.09-3.09 interim fee application and fee detail. | 0.20 | 9.00 |
|  | MW | Update database with 28th Interim Fee Application of Kramer, Levin, Naftalis & Frankel. | 0.20 | 9.00 |
|  | BSR | Receive and review supplemental time entries provided by Alexander Sanders. | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                          Page    5

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/18/2009 | BSR | detailed review of BMC's Oct. and Nov. 2008 monthly fee applications | 1.40 | 364.00 |
| | BSR | Draft omnibus final report for the 31st interim period | 0.30 | 78.00 |
| | BSR | research regarding amount of time spent by Blackstone professional and car service (in connection with 31st interim fee application) | 0.50 | 130.00 |
| | JAW | detailed review of Reed Smith February 2009 fee application (1.3); draft summary of same (0.1). | 1.40 | 210.00 |
| 5/19/2009 | JBA | Update database with Charter 32nd Interim appliocation | 0.10 | 4.50 |
| | JBA | Update database with 32nd Interim applications re: PWC, Caplin, and Campbell (.4), and LAS 3.09 (.1) | 0.50 | 22.50 |
| | JBA | Update database with 32nd Interim applications re: Casner and Ferry Joseph. | 0.10 | 4.50 |
| | JBA | Update database with Capstone 32nd Interim | 0.10 | 4.50 |
| | MW | Draft CNO for March invoice of WHSA (.3); research Pacer for objections (.3); electronically file same with Court. (.3) | 0.90 | 112.50 |
| 5/20/2009 | JBA | Update database with Phillip's 32nd Interim application (hard copy) | 0.10 | 4.50 |
| | JBA | Update database with Casner 3.09 e-detail pdf | 0.10 | 4.50 |
| 5/21/2009 | JBA | Update database with Baer 32nd Interim application e-detail | 0.10 | 4.50 |
| | BSR | Conference with Lisa Hamm re project category spreadsheet | 0.10 | 26.00 |
| | JAW | detailed review of PWC February 2009 fee application (1.5) | 1.50 | 225.00 |
| | JAW | detailed review of Orrick February 2009 fee application (5.8); draft summary of same (0.6) | 6.40 | 960.00 |
| | JBA | Update database with K&E 32nd Interim application | 0.10 | 4.50 |
| 5/22/2009 | JBA | Update database with Judge Sanders' 32nd Interim application | 0.10 | 4.50 |
| | JAW | Continue detailed review of PWC February 2009 fee application (4.4); draft summary of same (1.4) | 5.80 | 870.00 |
| 5/25/2009 | BSR | Draft final report re Orrick for the 31st interim period | 1.00 | 260.00 |
| | BSR | Receive and review Orrick's response to initial report (31st) | 0.50 | 130.00 |
| 5/26/2009 | JBA | Update database with Bilzin 31st Interim response | 0.10 | 4.50 |

W.R. Grace & Co.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/26/2009 | BSR | Continue Draft final report re Orrick for the 31st interim period | 0.80 | 208.00 |
|  | BSR | Draft e-mail to Richard Wyron re amount sought in Orrick's 31st interim fee application | 0.20 | 52.00 |
|  | BSR | research docket for relevant pleadings and other filings and review same | 0.40 | 104.00 |
|  | JBA | Update database with Bilzin 4.09 e-detail | 0.10 | 4.50 |
|  | JBA | Update database with BMC 12.08 e-detail pdf | 0.10 | 4.50 |
| 5/28/2009 | MW | Draft CNO for April monthly fee application of WHSA (.2); conduct PACER research for filed objections re same (.5); electronically file CNO with the Court. (.2) | 0.90 | 112.50 |
|  | BSR | Receive and review Alexander Sanders' amended retention order and respond to email from Alan Rich re same | 0.10 | 26.00 |
|  | BSR | Draft final report re Bilzin Sumberg's 31st interim fee application | 1.50 | 390.00 |
|  | BSR | Draft omnibus final report for the 31st interim period | 0.10 | 26.00 |
|  | BSR | detailed review of BMC's Dec. 2008 monthly fee application and 31st interim fee application | 1.10 | 286.00 |
|  | BSR | Draft initial report re BMC for the 31st interim period | 0.70 | 182.00 |
|  | JBA | Update database with Woodcock Washburn 3.09 e-detail and hard copy, BMC 32nd Interim application | 0.10 | 4.50 |
| 5/29/2009 | ALP | Drafted final revisions to BMC Group's initial report concerning the 31st interim period (10-12.08) (.2) | 0.20 | 34.00 |
|  | BSR | Draft final report re Bilzin Sumberg for the 31st interim period | 0.90 | 234.00 |
|  | BSR | Draft e-mail to BMC re initial report for the 31st interim period | 0.10 | 26.00 |
|  | BSR | Receive and review response of Deloitte Tax to initial report (31st) | 0.10 | 26.00 |
|  | BSR | Draft e-mail to various applicants concerning responses to our initial reports (31st) | 0.30 | 78.00 |
|  | BSR | Draft e-mail to K. Oberholzer at Pachulski re quarterly fee applications not yet filed (31st) | 0.20 | 52.00 |
|  | JBA | Prepare and serve BMC 31st Interim IR | 0.10 | 4.50 |
|  | JBA | Update database with Pachulski 3.09 hard copy | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                      Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/29/2009 | JBA | Update database with 4.09 hard copies re: Bilzin and Ferry Joseph | 0.10 | 4.50 |
|  | JBA | Update database with Stroock 4.09 e-detail | 0.10 | 4.50 |
|  | JBA | Update database with 4.09 e-detail re: Campbell, Caplin, AKO, and Charter Oak | 0.30 | 13.50 |
|  | JBA | Update database with James Baker 4.09 e-detail pdf | 0.10 | 4.50 |
|  | BSR | Draft final report re Deloitte Tax for the 31st interim period | 1.50 | 390.00 |
| 5/30/2009 | BSR | Draft final report re Orrick for the 31st interim period | 0.70 | 182.00 |
| 5/31/2009 | BSR | Draft exhibit with fee and expense recommendations for the 31st interim period | 1.20 | 312.00 |

**For professional services rendered**                                               **86.40 $15,414.50**

Additional Charges :

| 5/31/2009 | PACER Charges 2/1/09-2/28/09 | 72.88 |
|---|---|---|
|  | PACER Charges 2/1/09-2/28/09 | 71.60 |
|  | PACER Charges for 4/1/09-4/30/09 | 12.80 |

**Total additional charges**                                                                  **$157.28**

**Total amount of this bill**                                                                  **$15,571.78**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.20 | 170.00 | $34.00 |
| Bobbi S. Ruhlander | 30.10 | 260.00 | $7,826.00 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 38.60 | 150.00 | $5,790.00 |
| Jeff B. Allgood | 6.90 | 45.00 | $310.50 |
| Melanie White | 9.10 | 125.00 | $1,137.50 |
| Melanie White | 0.40 | 45.00 | $18.00 |
| Warren H Smith | 0.90 | 295.00 | $265.50 |