THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 21664** |

**CERTIFICATION OF NO OBJECTION REGARDING THE THIRTY-SECOND INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
JANUARY 1, 2009 THROUGH MARCH 31, 2009
<u>(DOCKET NO. 21664)</u>**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on May 13, 2009 an Thirty-Second interim application ("Application") [Docket No. 21664] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0154465.1 }

2. Objections to the Application were to be filed and served on or before June 2, 2009. No objections to the Application have been received by the undersigned.

Moreover, the Court's docket reflects that no objections to the Application were filed.

                CAPLIN & DRYSDALE, CHARTERED
                Elihu Inselbuch
                375 Park Avenue, 35th Floor
                New York, NY 10152-3500
                (212) 319-7125

                      -and-

                CAPLIN & DRYSDALE, CHARTERED
                Peter Van N. Lockwood
                One Thomas Circle, N.W.
                Washington, D.C. 20005
                (202) 862-5000

                      - and -

                CAMPBELL & LEVINE, LLC

                */s/Kathleen Campbell Davis*
                Kathleen Campbell Davis (I.D. #4229)
                800 North King Street
                Suite 300
                Wilmington, DE 19899
                (302) 426-1900

                Counsel for the Official Committee
                of Asbestos Personal Injury Claimants

Dated: June 4, 2009

{D0154465.1 }