IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. 21973, 21972, 21544, 21747 |

**ORDER FOR LEAVE FROM THIS COURT'S SCHEDULING ORDER
SO AS TO SHORTEN NOTICE AND EXPEDITE CONSIDERATION
OF BANK LENDER GROUP'S MOTION TO MODIFY THE
THIRD AMENDED CASE MANAGEMENT ORDER RELATED
TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Upon the motion of certain lenders under the Prepetition Bank Credit Facilities pursuant to Delaware Bankruptcy Local Rule 9006-1(e), Rule 9006(c) of F.R.B.P., and 11 U.S.C. § 102 (the "Motion to Shorten Time"), for leave of this Court's Scheduling Order to shorten the notice period with respect to the Bank Lender Group's Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Dkt. No. 21544] (the "Amendment Motion");[1] and due and proper notice of the Motion to Shorten Time having been given; and it appearing that sufficient cause exists for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten Time is granted; and it is further

ORDERED that the Bank Lender Group is granted leave from the Scheduling Order and from any otherwise applicable notice requirements of Rule 2002 of F.R.B.P.; and it is further

ORDERED that the notice period with respect to the Amendment Motion is shortened and that the deadline for any party in interest to object to the Amendment Motion is June 11, 2009; ~~and it is further~~ by 12:00 Noon, Eastern, and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten Time.

Doc#: US1:5655946v1

ORDERED that the Amendment Motion is scheduled to be heard at the Phase I Pre-Trial hearing on June 18, 2009 at 1:00 p.m.  and it is FURTHER ORDERED that Movants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

Dated: June 4, 2009

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge