# **<u>EXHIBIT 2</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | (Jointly Administered) |

**Re: Docket No. 21918**

## PROTECTIVE ORDER

Upon consideration of the Debtors' protective, as set forth in the Motion, for enjoining the deposition of Mark Shelnitz, and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the deposition of Mark Shelnitz is enjoined; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Wilmington, Delaware

Dated: _____, 2009    _____
                            The Honorable Judith K. Fitzgerald
                            United States Bankruptcy Judge