# EXHIBIT 4

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------X
In Re:                          Chapter 11

                                Case No.

                                01-01139 JKF
W.R. Grace & Co., et al.,

                                (Jointly
         Debtors.               Administered)
----------------------------X

\* \* \* CONFIDENTIAL \* \* \*

— — —

May 13, 2009

— — —

DEPOSITION of RICHARD FINKE, held at the offices of Kirkland & Ellis, 655 Fifteenth Street, N.W., Washington, DC, commencing at 9:32 A.M., on the above date, before Lisa Lynch, a Registered Merit Reporter, New Jersey Certified Court Reporter, License No. XI00825, and Certified Realtime Reporter

— — —

MAGNA LEGAL SERVICES, LLP

7 Penn Center, 8th Floor
1635 Market Street
Philadelphia, PA  19103

18571e75-00f3-46c1-8171-33f804967a7c

### Page 2

1  APPEARANCES:
2
   DRINKER BIDDLE & REATH, LLP
3  BY: MICHAEL F. BROWN, ESQUIRE
   One Logan Square
4  18th and Cherry Streets
   Philadelphia, Pennsylvania 19103-6996
5  (brownmf@dbr.com)
   Representing OneBeacon America Insurance
6  Company, Seaton Insurance Company,
   Government Employees Insurance Company,
7  Columbia Insurance Company f/k/a Republic
   Insurance Company
8
9  CAPLIN & DRYSDALE, CHARTERED
   BY: JEFFREY A. LIESEMER, ESQUIRE
10 One Thomas Circle NW
   Suite 1100
11 Washington, DD 20005
   202.862.7801
12 (jal@capdale.com)
   Representing Grace, Official Committee of
13 Asbestos Personal Injury Claimants ("ACC")
14
   KIRKLAND & ELLIS, LP
15 BY: BARBARA M. HARDING, ESQUIRE
       THEODORE L. FREEDMAN, ESQUIRE
16 655 Fifteenth Street, N.W.
   Washington, DC 20005-5793
17 202.879.5081
   (barbara.harding@kirkland.com)
18 (tfreedman@kirkland.com)
   Representing the Debtors
19
20 THE LAW OFFICES OF JANET S. BAER, P.C.
   BY: JANET S. BAER, ESQUIRE
21 70 West Madison Street
   Suite 2100
22 Chicago, Illinois 60602
   jbaer@jsbpc.com
23 Representing W.R. Grace
24

### Page 3

1  APPEARANCES: (continued)
2  SIMPSON THACHER & BARTLETT, LLP
   BY: ELISA ALCABES, ESQUIRE
3  425 Lexington Avenue
   New York, New York 10017-3954
4  212.455.2846
   (ealcabes@stblaw.com)
5  Representing Travelers Casualty and Surety
   Company
6
7  VORYS, SATER, SEYMOUR AND PEASE, LLP
   BY: WILLIAM J. POHLMAN, ESQUIRE*
8      PHILIP DOWNEY, ESQUIRE*
   (*VIA TELECONFERENCE)
9  52 East Gay Street
   Columbus, Ohio 43215
10 614.464.8349
   (wjpohlman@vorys.com)
11 Representing The Scotts Company, LLC
12
   LEWIS, SLOVAK & KOVACICH, PC
13 BY: TOM L. LEWIS, ESQUIRE
   P.O. Box 2325
14 723 Third Avenue
   Great Falls, Montana 59403
15 406.761.5595
   tom@lsklaw.net
16 Representing the Libby Claimants
17
   SPEIGHTS & RUNYAN
18 BY: DANIEL H. SPEIGHTS, ESQUIRE*
   (*VIA TELECONFERENCE)
19 200 Jackson Avenue East
   P.O. Box 685
20 Hampton, South Carolina 29924
   803.943.4444
21 (dspeights@speightsrunyan.com)
   Representing Anderson Memorial Hospital
22
23
24

### Page 4

1  APPEARANCES:(continued)
2  MENDES & MOUNT, LLP
   BY: ALEXANDER MUELLER, ESQUIRE
3  750 Seventh Avenue
   New York, New York 10019
4  212.261.8296
   (alexander.mueller@mendes.com)
5  Representing London Market Companies
6
   FORD MARRIN ESPOSITO & WITNEYER & GLESER
7  BY: ELIZABETH M. DeCRISTOFARO, ESQUIRE*
   (*VIA TELECONFERENCE)
8  Wall Street Plaza
   New York, New York 10005-1875
9  212.269.4900
   Representing Continental Casualty Company
10 and Continental Insurance Company
11
   BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
12 BY: MATTHEW I. KRAMER, ESQUIRE*
   (*VIA TELECONFERENCE)
13 200 South Biscayne Boulevard
   Suite 2500
14 Miami, Florida 33131-5340
   305.450.7246
15 (mkramer@bilzin.com)
   Representing Property Damage Committee
16
17 STROOCK & STROOCK & LAVAN, LLP
   BY: ARLENE G. KRIEGER, ESQUIRE*
18     LEWIS KRUGER, ESQUIRE*
   (*VIA TELECONFERENCE)
19 180 Maiden Lane
   New York, New York 10038-4982
20 212.806.5400
   (akrieger@stroock.com)
21 Representing Official Committee of
   Unsecured Creditors
22
23
24

### Page 5

1  APPEARANCES: (continued)
2
   CROWELL & MORING, LLP
3  BY: MARK D. PLEVIN, ESQUIRE
       NOAH S. BLOOMBERG, ESQUIRE
4  1001 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2595
5  202.624.2913
   (mplevin@crowell.com)
6  (nbloomberg@crowell.com)
   Representing Fireman's Fund Insurance
7  (Surety Bond)
8
   STEVENS & LEE, P.C.
9  BY: MARNIE E. SIMON, ESQUIRE
   1818 Market Street, 29th Floor
10 Philadelphia, Pennsylvania 19103-1702
   215.751.2885
11 (mes@stevenslee.com)
   Representing Fireman's Fund Insurance
12
13 LAW OFFICES OF ALAN B. RICH
   BY: ALAN B. RICH, ESQUIRE
14 Elm Place, Suite 4620
   1401 Elm Street
15 Dallas, Texas 75202
   214.744.5100
16 (arich@alanrichlaw.com)
   Representing Property Damage PCR
17
18 CONNOLLY BOVE LODGE & HUTZ, LLP
   BY: JEFFREY C. WISLER, ESQUIRE
19 The Nemours Building
   1007 North Orange Street
20 P.O. Box 2207
   Wilmington, Delaware 19899
21 302.888.6528
   (jwisler@cblh.com)
22 Representing Maryland Casualty
23
24

|  | Page 346 | Page 348 |
|---|---|---|
| 1 | MS. HARDING: Okay. | |
| 2 | Mr. Speights? | |
| 3 | EXAMINATION BY | |
| 4 | MR. SPEIGHTS: | |