**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 11, 2009 at 4:00 p.m.**<br>**Hearing Date:  September 22, 2009 at 10:30 a.m.** |

**SUMMARY OF  THIRTY-SECOND QUARTERLY FEE APPLICATION**
**OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH MARCH 31, 2009**

| | |
|---|---|
| Applicant: | Duane Morris LLP |
| Professional Services To: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective April 17, 2001<br>(Order entered June 21, 2001) |
| Period For Which Compensation And Reimbursement Is Sought: | January 1, 2009 Through March 31, 2009 |
| Amount of Compensation Sought As Actual, Reasonable And Necessary: | $115,441.00 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable And Necessary: | $3,603.58 |

This is an quarterly fee application.

## PRIOR MONTHLY APPLICATIONS

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |

2

| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
|---|---|---|---|---|---|
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,871.84 |

DM3\1027529.1

| | | | | | |
|---|---|---|---|---|---|
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |

DM3\1027529.1

| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
|---|---|---|---|---|---|
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | 18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

6

| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
|---|---|---|---|---|---|
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

DM3\1027529.1

## PRIOR QUARTERLY APPLICATIONS

| Date Filed | Requested | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|
| 1.  8/30/01 (829) | 4/17/01 – 6/30/01 | $41,314.50 | $4,026.77 | | |
| 2.  2/5/02 (1623) | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | |
| 3.  2/11/02 (1660) | 10/01/01– 12/31/01 | $17,349.50 | $3,436.30 | $68,886.50 | $16,576.41 |
| 4.  5/16/02 (2070) | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| 5.  11/7/02 (2950) | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| 6.  10/24/02 (2879) | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| 7.  3/28/03 (3566) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| 8.  6/23/03 (3939) | 1/1/03 – 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| 9.  9/18/03 (4450) | 4/1/03 – 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| 10.  1/29/04 (5028) | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| 11.  4/16/04 (5453) | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| 12.  7/2/04 (5920) | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| 13.  8/4/04 (6103) | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| 14.  11/15/04 (6925) | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |
| 15.  2/14/05 (7760) | 10/1/04-12/31/04 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
| 16.  5/18/05 (8456) | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| 17.  8/15/05 (9191) | 4/1/05 – 6/30/05 | $45,254.50 | $1,148.39 | $43,824.50 | $1,148.39 |
| 18.  11/16/05 (11098) | 7/1/05 – 9/30/05 | $54,274.00 | $2,934.36 | $54,044.00 | $2,934.36 |
| 19.  2/17/06 (11835) | 10/1/05 – 12/31/05 | $51,287.00 | $2,277.70 | $51,287.00 | $2,277.70 |
| 20.  5/30/06 (12545) | 1/1/06 – 3/31/06 | $47,740.50 | $942.69 | $47,740.50 | $942.69 |
| 21.  8/15/06 (12984) | 4/1/06 – 6/30/06 | $55,469.00 | $3,022.31 | $55,469.00 | $3,022.31 |
| 22.  11/30/06 (13853) | 7/1/06 – 9/30/06 | $89,965.00 | $2,032.77 | $89,965.00 | $2,032.77 |
| 23.  3/1/07 (14718) | 10/1/06 – 12/31/06 | $111,677.00 | $1,450.75 | $111,677.00 | $1,031.40 |
| 24.  5/29/07 (15875) | 1/1/07 – 3/31/07 | $83,795.00 | $962.79 | $83,795.00 | $962.79 |
| 25.  8/30/07 (16711) | 4/1/07 – 6/30/07 | $59,857.50 | $9,248.40 | $59,857.50 | $9,248.40 |

| | | | | | |
|---|---|---|---|---|---|
| 26. 11/29/07 (17492) | 7/1/07 – 9/30/07 | $103.117.00 | $2,899.55 | $103.117.00 | $2,899.55 |
| 27. 2/5/08 | 10/1/07 – 12/31/07 | $107,363.50 | $4,610.51 | $107,363.50 | $4,610.51 |
| 28. 6/16/08 | 1/1/08 – 3/31/08 | $124,129.00 | $11,884.39 | $124,129.00 | $11,884.39 |
| 29. 9/22/08 | 4/1/08 – 6/30/08 | $136,632.50 | $4,572.04 | $136,632.50 | $4,572.04 |
| 30. 2/25/09 | 7/1/08 – 9/30/08 | $77,335.00 | $3,348.21 | Pending | Pending |
| 31. 4/13/09 | 10/1/08 – 12/31/08 | $115,441.00 | $3,603.58 | Pending | Pending |

DM3\1027529.1

**SUMMARY OF TIME AND THE HOURLY RATES CHARGED BY THE APPLICANT FOR ITS ATTORNEY AND PARALEGAL TIME FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH AND INCLUDING MARCH 31, 2009**

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $755.00 | 110.6 | $83,503.00 |
| Michael R. Lastowski | Partner/27 years | $675.00 | 30.8 | $20,790.00 |
| Richard W. Riley | Partner/20 years | $540.00 | 8.5 | $4,590.00 |
| Joseph H. Lemkin | Partner/1 year | $395.00 | 0.7 | $276.50 |
| Adrian C. Maholchic | Associate/1 year | $305.00 | 8.2 | $2,501.00 |
| Beth A. Gruppo | Paralegal | $290.00 | 3.9 | $1,131.00 |
| Andrea K. Guldalian | Paralegal | $230.00 | 0.2 | $46.00 |
| Cate M. Dooley | Paralegal | $230.00 | 0.6 | $138.00 |
| Elizabeth M. O'Byrne | Paralegal | $220.00 | 7.4 | $1,628.00 |
| Thelma J. Santorelli | Paralegal | $155.00 | 0.7 | $108.50 |
| Stacey Tate | Legal Assistant | $165.00 | 0.6 | $99.00 |
| Dawn S. Marra | Legal Assistant | $150.00 | 4.2 | $630.00 |
| TOTAL | | | 176.4 | $115,441.00 |

DM3\1027529.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 11.7 | $3,986.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 6.1 | $4,117.50 |
| Claim Analysis Objections and Resolution (Non-Asbestos) (06) | 1.0 | $675.00 |
| Committee (All – Creditors', Noteholders', Equity Holders) (07) | 14.2 | $10,721.00 |
| Employee Benefits/Pension (08) | 0.2 | $135.00 |
| Employment Applications, Others (10) | 0.2 | $135.00 |
| Fee Applications, Applicant (12) | 9.1 | $2,842.50 |
| Fee Applications, Others (13) | 6.2 | $1,474.00 |
| Financing (14) | 2.2 | $654.50 |
| Hearings (15) | 4.2 | $2,835.00 |
| Litigation and Litigation Consulting (16) | 2.2 | $1,485.00 |
| Plan and Disclosure Statement (17) | 9.0 | $5,664.50 |
| Relief from Stay Proceedings (18) | 18.9 | $12,699.50 |
| Tax Issues (19) | 39.6 | $29,793.00 |
| Other (25) | 50.6 | $37,468.00 |
| Accounting/Auditing (26) | 1.0 | $755.00 |
| TOTAL | 176.4 | $115,441.00 |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Document E-Filing | Parcels | $111.50 |
| Document Retrieval | Parcels | $9.95 |
| Messenger Service | Parcels | $272.20 |
| Overnight Mail | Federal Express | $82.02 |
| Overtime Related Costs | N/A | $71.71 |
| Printing & Duplicating-External | Parcels, Inc. | $2,250.68 |
| Printing & Duplicating-Internal | Duane Morris LLP | $143.85 |
| Telephonic Court Appearance MRL | CourtCall | $109.50 |
| Travel Away From Home | N/A | $369.05 |
| WestLaw Legal Research | | $183.12 |
| TOTAL | | $3,603.58 |

DM3\1027529.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 11, 2009 at 4:00 p.m.** |
| | **Hearing Date: September 22, 2009 at 10:30 p.m.** |

## THIRTY-SECOND QUARTERLY FEE APPLICATION
## OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD FROM JANUARY 1, 2009 THROUGH MARCH 31, 2009

Duane Morris LLP (the "Applicant"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee"), for its Thirty-Second Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2009 Through March 31, 2009 (the "Application"), respectfully represents and alleges:

### I. INTRODUCTION

1.    Applicant makes this Application for payment of professional services rendered and expenses incurred in its representation of the Committee as provided under §§ 330 and 331 of title 11 of the United States Code ("Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the applicable local rules of this Court and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered by this Court on April 17, 2002 (Docket No. 1949) (the "Administrative Order").

2.      Applicant, in its Application, seeks an award of compensation in the amount of $115,441.00 for 176.4 hours of professional services rendered from January 1, 2009 through and including March 31, 2009 (the "Compensation Period"); and reimbursement of disbursements actually and necessarily incurred in the amount of $3,603.58 during the Compensation Period.

## II. BACKGROUND

3.      On April 2, 2001 (the "Petition Date"), the Debtors commenced their reorganization cases by filing voluntary petitions for relief under chapter 11 title 11 of the United States Code, 11 U.S.C. §§101 et seq. (the "Bankruptcy Code").

4.      The Debtors have continued in possession of their properties and have continued to operate and manage their businesses as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  Pursuant to an order of the Court, the Debtors chapter 11 cases have been procedurally consolidated and are being jointly administered.

5.      On April 22, 2001, the United States Trustee formed the Committee consisting of the following members: J.P. Morgan Chase & Co., ABN AMRO Bank N.V., Bank of America, N.A., The Bank of New York, as indenture Trustee, Bankers Trust Company, as indenture Trustee, First Union National Bank, Sealed Air Corporation, Wachovia Bank N.A., and Zhagrus Environmental, Inc.  During the first meeting of the Committee on April 22, 2001, the Committee duly selected Stroock, Stroock & Lavan, LLP as its counsel to represent the Committee in all matters during the pendency of the Debtors' chapter 11 cases.

6.      The Committee, thereafter, requested the assistance of Duane Morris LLP, with an office located at 1100 North Market Street, Suite 1200, Wilmington, DE 19801, to act as local counsel to the Committee during the pendency of the Debtors' chapter 11 cases.

2

### III.  PROFESSIONAL SERVICES RENDERED

7.     Through this   Thirty-Second Interim Application, Duane Morris LLP seeks allowance and payment of fees in the amount of $115,441.00, and reimbursement for actual and necessary expenses in the amount of $3,603.58.  Applicant is seeking compensation for services performed on behalf of or for the Committee, and not on behalf of any debtor, creditor or other person.

8.     Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case. There is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received for services rendered in this case.

9.     All services for which compensation is requested by Duane Morris LLP pursuant to this Application were performed on behalf of the Official Committee of Unsecured Creditors in this case.

10.     This is Duane Morris LLP's Thirty-Second Interim Application.

### IV.  SUMMARY OF SERVICES RENDERED

11.     During the Compensation Period, Applicant provided significant professional services to the Committee in connection with this chapter 11 case.  These services included, among other things, assisting, advising and representing the Committee with respect to the following matters: (i) the administration of this case and the exercise of oversight with respect to the Committee; (ii) preparation and review on behalf of the Committee of applications, motions, memoranda, orders, reports and other legal papers; (iii) appearances in court and at meetings to represent the interests of the Committee; (iv) research and investigation; (v) communication with the Committee's constituents and others; and (vi) the performance of all of the Committee's

3

duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as were in the interests of those represented by the Committee.

12.    In accordance with the Local Rules and the Administrative Order, a summary of the principal services performed by the Applicant on behalf of the Committee by work/litigation task code for the period January 1, 2009 Through March 31, 2009 is annexed hereto as Exhibit A.

13.    In accordance with the Local Rules and the Administrative Order, computerized printouts of the Applicant's itemized time records and disbursements ("Time Records") necessarily incurred in the performance of Applicant's duties as co-counsel to the Committee, are annexed hereto as Exhibits B through D.  The Applicant has ordered the entries in its Time Records into various categories in accordance with the guidelines issued by the Office of the United States Trustee.

14.    As set forth in Exhibit B, Duane Morris LLP rendered 68.8 hours of professional services during the Period January 1, 2009 through January 30, 2009 resulting in legal fees in the amount of $47,975.00 and associated reasonable and necessary expenses in the amount of $828.47.

15.    As set forth in Exhibit C, Duane Morris LLP rendered 54.4 hours of professional services during the Period February 1, 2009 through February 28, 2009 resulting in legal fees in the amount of $33,072.50 and associated reasonable and necessary expenses in the amount of $493.81.

16.    As set forth in Exhibit D, Duane Morris LLP rendered 53.2 hours of professional services during the Period March 1, 2009 through March 31, 2009 resulting in legal fees in the

4

amount of $34,393.50 and associated reasonable and necessary expenses in the amount of $2,281.30.

17.    It is Applicant's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.    Applicant has photocopying performed by an outside service whose rates range from $0.11 to $0.15 per page.    Applicant charges $0.15 per page for internal printing and duplicating and $.95 per page for outgoing telecopy services.

18.    Applicant has worked closely with the Debtor, the Committee, the Debtor's advisors, and other professionals in the case to avoid unnecessary duplication of the services charged to the Committee.

## V.  CONCLUSION

19.    Applicant has necessarily and properly expended 176.4 hours of service in performance of its duties as counsel to the Committee during the Compensation Period. Accordingly, Applicant respectfully requests a fee allowance for professional services rendered in the amount of $115,441.00.

20.    Applicant also respectfully requests reimbursement of disbursements actually and necessarily incurred in the amount of $3,603.58 during the Compensation Period.

21.    Although every effort has been made to include all fees and expenses incurred during the Compensation Period in this Application, some fees and expenses from the Compensation Period might not be included in the Application due to the delays caused by accounting and processing procedures.    Applicant reserves the right to make further application to the Court for allowance of fees and expenses not included herein.

WHEREFORE, Applicant respectfully requests an interim award of compensation for professional services rendered as counsel to the Committee during the Compensation Period in the sum of $115,441.00, and reimbursement of disbursements actually and necessarily incurred in the amount of $3,603.58 during the Compensation Period, and for such other and further relief as this Court deems just and proper.

Dated: June 5, 2009
      Wilmington, Delaware

                                      _____
                                        Michael R. Lastowski (DE 3892)
                                        Richard W. Riley (DE 4052)
                                        DUANE MORRIS LLP
                                        1100 North Market Street, Suite 1200
                                        Wilmington, DE 19801
                                        Telephone:    (302) 657-4900
                                        Facsimile:    (302) 657-4901
                                        E-mail:       mlastowski@duanemorris.com
                                                        rwriley@duanemorris.com

                                        - and -

                                        William S. Katchen
                                        DUANE MORRIS LLP
                                        One Riverfront Plaza
                                        Newark, New Jersey 07102
                                        Telephone:    (973) 424-2000
                                        Facsimile:    (973) 424-2001
                                        E-mail:       wskatchen@duanemorris.com

                                        *Co-Counsel for the Official Committee of*
                                        *Unsecured Creditors of W. R. Grace & Co., et al.*

6