# Exhibit A

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008

### BUSINESS OPERATIONS (TASK CODE NO. 003)

Applicant reviewed monthly operating reports.

### CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant monitored docket activity.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)

Applicant monitored and attended hearings on estimation of asbestos claims. Applicant also monitored and analyzed litigation relating to ZAI claims and claims of the Libby claimants.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)

Applicant analyzed issues raised by various creditors, including issues relating to claims for default rates of interest.

### COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

### EMPLOYMENT APPLICATION, OTHERS (TASK CODE NO. 010)

Applicant reviewed retention applications filed by other parties.

### FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)

Applicant prepared and filed its fee applications.

### FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008

### BUSINESS OPERATIONS (TASK CODE NO. 003)

Applicant reviewed monthly operating reports.

### CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant monitored docket activity.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)

Applicant monitored and attended hearings on estimation of asbestos claims. Applicant also monitored and analyzed litigation relating to ZAI claims and claims of the Libby claimants.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)

Applicant analyzed issues raised by various creditors, including issues relating to claims for default rates of interest.

### COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

### EMPLOYMENT APPLICATION, OTHERS (TASK CODE NO. 010)

Applicant reviewed retention applications filed by other parties.

### FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)

Applicant prepared and filed its fee applications.

### FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.