# EXHIBIT B

Duane Morris
February 6, 2009
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/5/2009 | 004 | ST TATE | SCAN AND EFILE RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE PLAN PROPONENTS' DESIGNATION OF CONFIRMATION ISSUES | 0.30 | $49.50 |
| 1/6/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 1/6/2009 | 004 | ST TATE | DRAFT CERTIFICATE OF SERVICE FOR THE RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE PLAN PROPONENTS' DESIGNATION OF CONFIRMATION ISSUES. SCAN AND EFILE CERTIFICATE OF SERVICE | 0.30 | $49.50 |
| 1/8/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/8/2009 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND VARIOUS DOCUMENTS FROM COURT SITE FOR MR. KATCHEN'S REVIEW | 0.60 | $132.00 |
| 1/9/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/9/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 1/12/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 1/13/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 1/14/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/14/2009 | 004 | EM O'BYRNE | DOWNLOAD DOCKET AND DOCUMENTS AND FORWARD TO W KATCHEN | 0.30 | $66.00 |
| 1/15/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/15/2009 | 004 | EM O'BYRNE | DOWNLOAD DOCKET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 1/15/2009 | 004 | MR LASTOWSKI | REVIEW OBJECTIONS TO CASE MANAGEMENT ORDER | 0.50 | $337.50 |

Duane Morris
February 6, 2009
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/16/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/16/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY BANKRUPTCY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 1/20/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND SEVERAL REQUESTED DOCUMENTS AND FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.60 | $132.00 |
| 1/21/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/21/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 1/22/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/28/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 1/30/2009 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| | | | Code Total | 5.00 | $1,350.50 |

Duane Morris
February 6, 2009
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/7/2009 | 005 | MR LASTOWSKI | REVIEW EXPERT REPORTS OF FRANK, WHITEHOUSE AND SPEARS | 1.70 | $1,147.50 |
| 1/8/2009 | 005 | MR LASTOWSKI | REVIEW FILINGS RE: LIBBY DISCOVERY DISPUTES | 0.50 | $337.50 |
| 1/9/2009 | 005 | MR LASTOWSKI | REVIEW LONGO AND WELSH EXPERT REPORTS | 1.40 | $945.00 |
| | | | Code Total | 3.60 | $2,430.00 |

Duane Morris
February 6, 2009
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/5/2009 | 007 | WS KATCHEN | REPLY TO STROOCK ON COMMITTEE RESPONSE | 0.20 | $151.00 |
| 1/11/2009 | 007 | WS KATCHEN | RESEARCH TO RECONCILE PLAN OBJECTIONS WITH 3D CIR - PREPARE FOR MEETING COMMITTEE MEMBERS | 3.30 | $2,491.50 |
| 1/12/2009 | 007 | WS KATCHEN | ADDITIONAL PREPARATION FOR MEETING WITH COMMITTEE MEMBERS JAN. 13, 2009 RE: PLAN ISSUES | 2.50 | $1,887.50 |
| 1/12/2009 | 007 | WS KATCHEN | REVIEW UST OBJECTION TO PLAN | 0.10 | $75.50 |
| 1/13/2009 | 007 | WS KATCHEN | ADDITIONAL PREPARATION FOR MEETING WITH COMMITTEE MEMBERS | 0.80 | $604.00 |
| 1/13/2009 | 007 | WS KATCHEN | UPDATE STATUS CASE - COMMITTEE MEMBER | 0.40 | $302.00 |
| 1/13/2009 | 007 | WS KATCHEN | REPORT ON CASE STATUS TO COMMITTEE MEMBERS | 0.30 | $226.50 |
| 1/13/2009 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH STROOCK | 0.10 | $75.50 |
| 1/13/2009 | 007 | WS KATCHEN | ADDITIONAL RESEARCH - PREEMPTION ISSUE | 0.90 | $679.50 |
| 1/13/2009 | 007 | WS KATCHEN | ADDITIONAL RESEARCH - IMPAIRMENT ISSUE 1123(D); 1123(A). | 1.60 | $1,208.00 |
| 1/14/2009 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING | 1.80 | $1,359.00 |
| 1/15/2009 | 007 | WS KATCHEN | REVIEW LAW FIRMS (I) JOINDER IN OBJECTIONS OF "MMWR" FIRMS (II) OPPOSITION TO MOTION TO COMPEL ANSWERS TO ROGS | 0.60 | $453.00 |
| 1/15/2009 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING | 0.60 | $453.00 |
| 1/21/2009 | 007 | WS KATCHEN | CONFERENCE CALL STROOCK MEETING OF THE COMMITTEE | 0.40 | $302.00 |
| | | | Code Total | 13.60 | $10,268.00 |

Duane Morris
February 6, 2009
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/15/2009 | 012 | EM O'BYRNE | BEGIN DRAFTING DM'S EIGHTY-THIRD MONTHLY FEE APPLICATION | 0.50 | $110.00 |
| 1/21/2009 | 012 | EM O'BYRNE | PUT DM'S EIGHTY-THIRD FEE APPLICATION IN FINAL FORM (.5); PREPARE CERTIFICATE OF SERVICE (.3) | 0.80 | $176.00 |
| | | | Code Total | 1.30 | $286.00 |

Duane Morris
February 6, 2009
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/26/2009 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 1.00 | $675.00 |
| 1/26/2009 | 015 | MR LASTOWSKI | REVIEW ITEMS IDENTIFIED IN AGENDA FOR 1/26/09 HEARING | 1.40 | $945.00 |
| | | | Code Total | 2.40 | $1,620.00 |

Duane Morris
February 6, 2009
Page 8

File # K0248-00001
        W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/5/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE RESPONSE TO PLAN PROPONENTS DESIGNATION OF ISSUES | 0.10 | $67.50 |
| 1/5/2009 | 017 | MR LASTOWSKI | REVIEW AND SIGN COMMITTEE RESPONSE TO PLAN PROPONENTS' DESIGNATION OF CONFIRMATION ISSUES | 0.10 | $67.50 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF COLUMBIA INSURANCE TO DEBTORS' PLAN | 0.40 | $270.00 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF SEATON INSURANCE TO DEBTORS' PLAN | 0.20 | $135.00 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF TRAVELER'SN INSURANCE TO DEBTORS' PLAN | 0.30 | $202.50 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF ROYAL INSURANCE INSURANCE TO DEBTORS' PLAN | 0.20 | $135.00 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF AXA TO DEBTORS' PLAN | 0.10 | $67.50 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF ALLSTATE TO DEBTORS' PLAN | 0.30 | $202.50 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF ZURICHTO DEBTORS' PLAN | 0.20 | $135.00 |
| 1/7/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY OBJECTION OF CNA TO DEBTORS' PLAN | 0.40 | $270.00 |
| 1/29/2009 | 017 | MR LASTOWSKI | REVIEW, SIGN AND SERVE DISCOVERY REQUESTS ADDRESSED TO DEBTORS | 0.10 | $67.50 |
| | | | Code Total | 2.40 | $1,620.00 |

Duane Morris
February 6, 2009
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 1/16/2009 | 018 | MR LASTOWSKI | ANALYSIS OF KANEG PIPE LINE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.90 | $607.50 |
| | | | Code Total | 0.90 | $607.50 |

Duane Morris
February 6, 2009
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/5/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S MOTION TO COMPEL RESPONSE ON TDP TREATMENT | 0.30 | $226.50 |
| 1/5/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORTS - LIBBY CLAIMANTS - DR. FRANK | 0.40 | $302.00 |
| 1/5/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORTS - LIBBY CLAIMANTS - DR. SPEAR | 0.90 | $679.50 |
| 1/5/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORTS - LIBBY CLAIMANTS DR. WHITEHOUSE | 1.70 | $1,283.50 |
| 1/5/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS DESIGNATION OF CONFIRMATION ISSUES | 0.20 | $151.00 |
| 1/6/2009 | 025 | WS KATCHEN | DOCKET REVIEW (.2) | 0.20 | $151.00 |
| 1/6/2009 | 025 | WS KATCHEN | RESEARCH ON PLAN ISSUE | 0.70 | $528.50 |
| 1/6/2009 | 025 | WS KATCHEN | REVIEW TRAVELER'S CASUALTY OBJECTION TO PLAN | 0.20 | $151.00 |
| 1/6/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY US TO CLASS A/C ZAI SETTLEMENT | 0.10 | $75.50 |
| 1/6/2009 | 025 | WS KATCHEN | REVIEW OBJECTION TO CNA TO PLAN | 0.80 | $604.00 |
| 1/6/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA | 0.10 | $75.50 |
| 1/6/2009 | 025 | WS KATCHEN | PRELIMINARY RESEARCH ON PLAN ISSUES | 1.70 | $1,283.50 |
| 1/6/2009 | 025 | WS KATCHEN | REVIEW PRELIMINARY OBJECTIONS TO PLAN, (I) ALL STATE INSURANCE, (II) ZORIDA INSURANCE AND MARYLAND CASUALTY CO., (III) FIREMAN'S FUND INSURANCE, (IV) AXA BELGIUM, (V) BNSF RY, (VI) SEATON INSURANCE, (VII) COLOMBIA INSURANCE & GEICO AND (IX) LONDON MARKET | 1.00 | $755.00 |
| 1/7/2009 | 025 | WS KATCHEN | RESEARCH ON PLAN ISSUE RAISED BY INSURED, 385 BR 560 (BANKR. D. DEL. 2008) | 0.80 | $604.00 |
| 1/8/2009 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ON PLAN ISSUES | 2.40 | $1,812.00 |
| 1/9/2009 | 025 | WS KATCHEN | REVIEW STATES ORDER ALLOWING INSURERS AND STATE OF MONTANA ACCESS TO CONFIDENTIAL MATERIALS | 0.20 | $151.00 |
| 1/12/2009 | 025 | WS KATCHEN | EMAIL TO STROOCK RE: RESEARCH TO RECONCILE OPINIONS ON UNSEALING PRIVILEGED COMMUNICATIONS - 2008 U.S.D. LEXIS 105492 (DEC. 31, 2008) | 0.40 | $302.00 |
| 1/12/2009 | 025 | WS KATCHEN | REVIEW AUTHORITIES CITED BY US TRUSTEE | 0.50 | $377.50 |

Duane Morris
February 6, 2009
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/12/2009 | 025 | WS KATCHEN | REVIEW JOINDER OF MOTLEY RICE IN OBJECTION TO LIBBY CLAIMANTS AND SUPPORTING AFFIDAVIT OF JOHN HENRICH | 0.20 | $151.00 |
| 1/12/2009 | 025 | WS KATCHEN | UPDATE DOCKET REVIEW | 0.20 | $151.00 |
| 1/12/2009 | 025 | WS KATCHEN | RESEARCH TO RECONCILE OPINION ON UNSEALING PRIVILEGED COMMUNICATIONS -N 2008 U.S.D. LEXIS 105492 (DEC. 31, 2008) | 0.60 | $453.00 |
| 1/14/2009 | 025 | WS KATCHEN | REVIEW BANK GROUP OBJECTION TO PROPOUND AMENDMENTS TO CMO | 0.20 | $151.00 |
| 1/14/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S PROPOUND CMO AMENDMENTS | 0.20 | $151.00 |
| 1/14/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER - CASE STATUS | 0.20 | $151.00 |
| 1/15/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE | 0.10 | $75.50 |
| 1/15/2009 | 025 | WS KATCHEN | REVIEW MMWR FIRMS RESPONSE AND OBJECTION TO LIBBY CLAIMANTS | 0.20 | $151.00 |
| 1/15/2009 | 025 | WS KATCHEN | REVIEW ACC RESPONSE | 0.20 | $151.00 |
| 1/15/2009 | 025 | WS KATCHEN | ATTENTION TO INSURER'S PLAN CONFIRMATION ISSUES - RECONCILIATION TO RELATED CASES ON PREEMPTION ISSUE | 2.80 | $2,114.00 |
| 1/15/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE 3Q REPORT | 0.40 | $302.00 |
| 1/15/2009 | 025 | WS KATCHEN | REVIEW COUNSEL CERT. RE: PRELIMINARY APROVED ZAI CLASS | 0.20 | $151.00 |
| 1/15/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH STROOCK RE: SCHEDULING | 0.10 | $75.50 |
| 1/16/2009 | 025 | WS KATCHEN | UPDATE DOCKET | 0.10 | $75.50 |
| 1/16/2009 | 025 | WS KATCHEN | REVIEW OBJECTION KAZAN TO LIBBY CLAIMANTS' ROGS | 0.10 | $75.50 |
| 1/16/2009 | 025 | WS KATCHEN | REVIEW OBJECTION MMWR FIRMS TO LIBBY CLAIMANTS' DOCUMENT REQUEST | 0.20 | $151.00 |
| 1/16/2009 | 025 | WS KATCHEN | REVIEW ACC OPPOSITION TO MOTION BY LIBBY CLAIMANTS | 0.30 | $226.50 |
| 1/16/2009 | 025 | WS KATCHEN | REVIEW ACC RESPONSE TO MOTION FOR DOCUMENTS | 0.10 | $75.50 |
| 1/16/2009 | 025 | WS KATCHEN | PREPARE ANALYSIS OF RE: ALPER HOLDINGS - 2008 WL 5251454 (SDNY) AND TELEPHONE CONFERENCE WITH K. PASQUALE REGARDING SAME | 0.30 | $226.50 |
| 1/16/2009 | 025 | WS KATCHEN | RESEARCH 2008 WL 5251454 (SDNY) FOR LIBBY CLAIMANTS' ISSUE OF PARENT-SUB CERCLA LIABILITY | 0.70 | $528.50 |
| 1/16/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW INSURER'S PRELIMINARY OBJECTIONS TO CONFIRMATION - ANALYSIS 391 F3D 190 (OPINION - COMBUSTION ENGINEERING) | 2.00 | $1,510.00 |
| 1/20/2009 | 025 | WS KATCHEN | REVIEW AGENDA FOR JANUARY 26, 2009 | 0.10 | $75.50 |

Duane Morris
February 6, 2009
Page 12

File # K0248-00001                                         INVOICE # 1453990
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/20/2009 | 025 | WS KATCHEN | REVIEW DOCKET | 0.10 | $75.50 |
| 1/20/2009 | 025 | WS KATCHEN | REVIEW MOTION BY KANEB PIPE LINE SECTION 362(D) | 0.50 | $377.50 |
| 1/20/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR APPROVAL OF 2D AMENDMENT TO SALE ORDER - AICO IRON & METAL | 0.10 | $75.50 |
| 1/20/2009 | 025 | WS KATCHEN | ANALYSIS AUTHORITIES CITED IN KANEB PIPE 362(D) MOTION | 0.90 | $679.50 |
| 1/20/2009 | 025 | WS KATCHEN | ADDITIONAL RESEARCH FOR PLAN OBJECTIONS BY LIBBY, ET AL | 1.10 | $830.50 |
| 1/22/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW AUTHORITIES ENTERED BY 362(D) MOTION BY KANEB PIPE | 0.90 | $679.50 |
| 1/22/2009 | 025 | WS KATCHEN | UPDATE DOCKET | 0.10 | $75.50 |
| 1/22/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA | 0.10 | $75.50 |
| 1/22/2009 | 025 | WS KATCHEN | REVIEW KANEB EXHIBITS FILED WITH MOTION | 0.70 | $528.50 |
| 1/22/2009 | 025 | WS KATCHEN | ANALYSIS PLAN ISSUE RAISED BY BANK GROUP | 0.70 | $528.50 |
| 1/22/2009 | 025 | WS KATCHEN | EMAIL TO STROOCK ON PLAN ISSUE RAISED BY BANK GROUP | 0.10 | $75.50 |
| 1/22/2009 | 025 | WS KATCHEN | UPDATE DANBERT HEARING IN CRIMINAL CASE, EMAIL STROOCK ON DANBERT HEARING | 0.30 | $226.50 |
| 1/22/2009 | 025 | WS KATCHEN | MOTION ZAI CLASS ORDER FOR PRELIMINARY APPROVAL | 0.10 | $75.50 |
| 1/23/2009 | 025 | WS KATCHEN | CONTINUED RESEARCH PLAN ISSUES | 0.90 | $679.50 |
| 1/23/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE UPDATE ON LIBBY TRIAL | 0.10 | $75.50 |
| 1/24/2009 | 025 | WS KATCHEN | RESEARCH ON LIBBY ISSUE | 3.40 | $2,567.00 |
| 1/26/2009 | 025 | AK GULDALIAN | RESEARCH CONCERNING THIRD CIRCUIT OPINION (W. KATCHEN) | 0.20 | $46.00 |
| 1/26/2009 | 025 | WS KATCHEN | REVIEW 2ND AMENDED CMO | 0.30 | $226.50 |
| 1/26/2009 | 025 | WS KATCHEN | FURTHER RESEARCH ON PLAN ISSUE | 1.60 | $1,208.00 |
| 1/26/2009 | 025 | WS KATCHEN | EMAIL TO K. PASQUALE ON PLAN ISSUE | 0.30 | $226.50 |
| 1/26/2009 | 025 | WS KATCHEN | UPDATE RESEARCH FOR CONFERENCE WITH K. PASQUALE | 0.50 | $377.50 |
| 1/26/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S ROGS TO KANEB | 0.10 | $75.50 |
| 1/26/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S ROGS TO OCC | 0.10 | $75.50 |
| 1/27/2009 | 025 | WS KATCHEN | REVIEW CERTIFICATION RE: LIBBY CLAIMANT'S MOTION TO COMPEL | 0.10 | $75.50 |
| 1/27/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S REQUEST TO LIBBY CLAIMANTS TO PRODUCE DOCUMENTS | 0.10 | $75.50 |
| 1/27/2009 | 025 | WS KATCHEN | DISCOVERY REQUEST BY KIRK WHITE (LIBBY CLAIMANT) DOCUMENTS AND ROGS TO INSURERS AND PLAN PROPONENTS | 0.20 | $151.00 |
| 1/27/2009 | 025 | WS KATCHEN | REVIEW DISCOVERY REQUESTS BY MARY DONEY (LIBBY CLAIMANT) | 0.20 | $151.00 |

Duane Morris
February 6, 2009
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/27/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS REQUEST FOR ADMISSIONS TO PLAN PROPONENTS | 0.10 | $75.50 |
| 1/27/2009 | 025 | WS KATCHEN | REVIEW CERTIFICATION RE: MARICOPA COUNTY | 0.10 | $75.50 |
| 1/27/2009 | 025 | WS KATCHEN | REVIEW DISCOVERY REQUESTS - V. BYINGTON TO PLAN PROPONENTS AND INSURERS | 0.20 | $151.00 |
| 1/27/2009 | 025 | WS KATCHEN | ANALYSIS PLAN OBJECTION BASED ON COMBUSTION, ET AL | 1.70 | $1,283.50 |
| 1/27/2009 | 025 | WS KATCHEN | FORWARD TO STROOCK | 0.20 | $151.00 |
| 1/28/2009 | 025 | WS KATCHEN | PLAN ISSUE | 0.60 | $453.00 |
| 1/28/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 1/29/2009 | 025 | WS KATCHEN | REVIEW DOCKET | 0.10 | $75.50 |
| 1/29/2009 | 025 | WS KATCHEN | REVIEW CNA JOINDER IN DISCOVERY REQUEST | 0.10 | $75.50 |
| 1/30/2009 | 025 | WS KATCHEN | LATEST PLAN ISSUE ON CLASSIFICATION AND 524(G) TREATMENT/FORWARD TO STROOCK | 0.40 | $302.00 |
| | | | Code Total | 39.60 | $29,793.00 |

Duane Morris
February 6, 2009
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

               TOTAL SERVICES

68.80   $47,975.00

Duane Morris
February 6, 2009
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1453990

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 1/31/2009 | PRINTING & DUPLICATING - EXTERNAL | | 526.32 |
| | | Total: | $526.32 |
| 1/31/2009 | TRAVEL AWAY FROM HOME | | 106.50 |
| | | Total: | $106.50 |
| 12/30/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798073912080) | | 12.08 |
| 12/30/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790638740695) | | 8.97 |
| | | Total: | $21.05 |
| 1/26/2009 | MISCELLANEOUS MRL/AMEX FEE AT COURT CALL FOR TELEPHONIC APPEARANCE FOR CLIENT | | 109.50 |
| | | Total: | $109.50 |
| 1/31/2009 | PRINTING & DUPLICATING | | 65.10 |
| | | Total: | $65.10 |
| | TOTAL DISBURSEMENTS | | $828.47 |

Duane Morris
February 6, 2009
Page 16

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1453990

TIMEKEEPER

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 9.80 | 675.00 | 6,615.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 53.00 | 755.00 | 40,015.00 |
| 02279 | BA GRUPPO | PARALEGAL | 0.80 | 290.00 | 232.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 4.40 | 220.00 | 968.00 |
| 04410 | AK GULDALIAN | PARALEGAL | 0.20 | 230.00 | 46.00 |
| 05176 | ST TATE | LEGAL ASSISTANT | 0.60 | 165.00 | 99.00 |
| | | | 68.80 | | $47,975.00 |