# EXHIBIT C

Duane Morris
March 11, 2009
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1461155

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/2/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/2/2009 | 004 | EM O'BYRNE | DOWNLOAD DOCKET AND VARIOUS REQUESTED DOCUMENTS AND FORWARD TO W KATCHEN | 0.30 | $66.00 |
| 2/3/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/3/2009 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $44.00 |
| 2/4/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/9/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/11/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/11/2009 | 004 | RW RILEY | REVIEWING MATTERS FOR UPCOMING OMNIBUS HEARING | 0.90 | $486.00 |
| 2/13/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/17/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/18/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |

Duane Morris
March 11, 2009
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1461155

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/19/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/20/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/23/2009 | 004 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR 2/23 HEARING | 1.10 | $594.00 |
| 2/23/2009 | 004 | RW RILEY | ATTENDING OMNIBUS HEARING | 0.90 | $486.00 |
| 2/25/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 2/26/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| | | | Code Total | 4.60 | $2,024.00 |

Duane Morris
March 11, 2009
Page 4

File # K0248-00001                                          INVOICE # 1461155
        W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 2/25/2009 006 | MR LASTOWSKI | REVIEW ZAI SETTLEMENT MOTION | 0.40 | $270.00 |
| | | Code Total | 0.40 | $270.00 |

Duane Morris
March 11, 2009
Page 5

File # K0248-00001                                      INVOICE #  1461155
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/3/2009 | 012 | EM O'BYRNE | DOWNLOAD AND SCAN DUANE MORRIS' EIGHTY-THIRD MONTHLY FEE APPLICATION (.3); EFILE WITH COURT (.2); COPY AND SERVE (.2) | 0.70 | $154.00 |
| 2/3/2009 | 012 | EM O'BYRNE | PREPARE CNO FOR DUANE MORRIS' EIGHTY-SECOND FEE APPLICATION (.2); EFILE WITH COURT (.2) | 0.40 | $88.00 |
| 2/6/2009 | 012 | AC MAHOLCHIC | PREPARING MONTHLY FEE APPLICATION FOR COMMITTEE OF UNSECURED CREDITORS. | 1.30 | $396.50 |
| 2/11/2009 | 012 | DS MARRA | FILE EIGHTY-FOURTH MONTHLY FEE APPLICATION; DRAFT AND FILE CERTIFICATE OF SERVICE OF SAME | 0.40 | $60.00 |
| 2/25/2009 | 012 | AC MAHOLCHIC | PREPARING QUARTERLY FEE APPLICATION FOR COMMITTEE OF UNSECURED CREDITORS. | 2.80 | $854.00 |
| 2/25/2009 | 012 | AC MAHOLCHIC | FILING QUARTERLY FEE APPLICATION FOR COMMITTEE OF UNSECURED CREDITORS. | 1.30 | $396.50 |
| 2/25/2009 | 012 | MR LASTOWSKI | REVIEW AND APPROVE 30TH INTERIM FEE APPLICATION | 0.90 | $607.50 |
| | | | Code Total | 7.80 | $2,556.50 |

Duane Morris
March 11, 2009
Page 6

File # K0248-00001                                          INVOICE #  1461155
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/3/2009 | 013 | EM O'BYRNE | DOWNLOAD AND SCAN STROOCK'S NINETY-THIRD FEE APPLICATION (.2); EFILE WITH COURT (.3) | 0.50 | $110.00 |
| 2/3/2009 | 013 | EM O'BYRNE | DOWNLOAD AND SCAN CAPSTONE'S FIFTY-EIGHTH FEE APPLICATION (.2); EFILE WITH COURT (.3) | 0.50 | $110.00 |
| 2/3/2009 | 013 | EM O'BYRNE | PREPARE CNO FOR STROOCK'S NINETY-SECOND FEE APPLICATION (.2); EFILE WITH COURT (.2) | 0.40 | $88.00 |
| 2/18/2009 | 013 | DS MARRA | FILE FIFTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC | 0.40 | $60.00 |
| 2/20/2009 | 013 | DS MARRA | FILE TWENTIETH QUARTERLY INTERIM FEE APPLICATION OF CAPSTONE ADVISORY GROUP, LLC; PREPARE AND FILE CERTIFICATE OF SERVICE OF SAME | 0.60 | $90.00 |
| 2/27/2009 | 013 | AC MAHOLCHIC | PREPARING CERTIFICATES OF NO OBJECTION FOR CAPSTONE 58TH MONTHLY FEE APPLICATION AND STROOCK 93RD MONTHLY FEE APPLICATION. | 1.10 | $335.50 |
| | | | Code Total | 3.50 | $793.50 |

Duane Morris
March 11, 2009
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1461155

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/18/2009 | 015 | MR LASTOWSKI | E-MAIL NOTICE RE: 2/23/09 AGENDA | 0.10 | $67.50 |
| 2/18/2009 | 015 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: ANDERSON MEMORIAL HOSPITAL'S MOTION TO EXTEND TIME FOR DISCOVERY | 0.10 | $67.50 |
| 2/20/2009 | 015 | MR LASTOWSKI | REVIEW 2/23/09 AGENDA AND ITEMS IDENTIFIED THEREON | 1.60 | $1,080.00 |
| | | | Code Total | 1.80 | $1,215.00 |

Duane Morris
March 11, 2009
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1461155

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 2/6/2009 | 017 | MR LASTOWSKI | REVIEW DEBTORS' DISCLOSURE STATEMENT FOR FIRST AMENDED PLAN | 2.40 | $1,620.00 |
| 2/6/2009 | 017 | MR LASTOWSKI | REVIEW SOLICITATION PROCEDURES MOTION | 0.80 | $540.00 |
| 2/9/2009 | 017 | MR LASTOWSKI | REVIEW DEBTORS' FIRST AMENDED PLAN | 1.10 | $742.50 |
| 2/9/2009 | 017 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO PLAN CONFIRMATION AND DISCOVERY | 1.20 | $648.00 |
| 2/21/2009 | 017 | MR LASTOWSKI | ANALYSIS OF ANDERSON MEMORIAL HOSPITAL'S DISCLOSURE STATEMENT OBJECTION | 0.10 | $67.50 |
| 2/21/2009 | 017 | MR LASTOWSKI | ANALYSIS OF UNITED STATES OF AMERICA'S DISCLOSURE STATEMENT OBJECTION | 0.10 | $67.50 |
| 2/23/2009 | 017 | JH LEMKIN | REVIEWING OBJECTION TO DISCLOSURE BY US DOJ, CONFER WITH W. KATCHEN RE SAME; PULLING OPINIONS CITED AND CONFER WITH BILL RE SAME. | 0.70 | $276.50 |
| 2/27/2009 | 017 | MR LASTOWSKI | REVIEW AMENDED SOLICITATION PROCEDURES | 0.10 | $67.50 |
| | | | Code Total | 6.50 | $4,029.50 |

Duane Morris
March 11, 2009
Page 9

File # K0248-00001                                    INVOICE # 1461155
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/2/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 2/2/2009 | 025 | WS KATCHEN | REVIEW REPORT SETTLEMENTS. | 0.20 | $151.00 |
| 2/2/2009 | 025 | WS KATCHEN | REVIEW LIBERTY MUTUAL INS. CO. OPINION (WISCONSIN S. CT.). | 0.80 | $604.00 |
| 2/2/2009 | 025 | WS KATCHEN | WORK ON PLAN ISSUES. | 0.70 | $528.50 |
| 2/3/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $151.00 |
| 2/3/2009 | 025 | WS KATCHEN | EMAIL TO STROOCK. | 0.10 | $75.50 |
| 2/3/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO. | 0.20 | $151.00 |
| 2/4/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO AND EXHIBIT BOOK OUTLINE. | 0.20 | $151.00 |
| 2/4/2009 | 025 | WS KATCHEN | RESEARCH FOR PLAN ISSUES. | 2.60 | $1,963.00 |
| 2/5/2009 | 025 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES - ANALYSIS TREATMENT IN DISCLOSURE STATEMENT. | 1.50 | $1,132.50 |
| 2/5/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH CREDITOR RE: PLEADINGS SERVED BY WILMINGTON OFFICE. | 0.20 | $151.00 |
| 2/5/2009 | 025 | WS KATCHEN | REVIEW RESEARCH DISCLOSURE STATEMENT. | 0.80 | $604.00 |
| 2/5/2009 | 025 | WS KATCHEN | EMAILS TO STROOCK. | 0.20 | $151.00 |
| 2/6/2009 | 025 | WS KATCHEN | REVIEW PROPOSED CONFIRMATION AND SOLUTIONS PROCEDURES. | 0.10 | $75.50 |
| 2/6/2009 | 025 | WS KATCHEN | REVIEW PROPOSED ORDER APPROVING DISCLOSURE STATEMENT. | 0.20 | $151.00 |
| 2/6/2009 | 025 | WS KATCHEN | REVIEW BANK LENDER'S OBJECTION. | 0.30 | $226.50 |
| 2/6/2009 | 025 | WS KATCHEN | REVIEW VOTING PROCEDURES AND NOTICE. | 0.20 | $151.00 |
| 2/6/2009 | 025 | WS KATCHEN | REVIEW CITED AUTHORITIES ON PLAN ISSUES LIBBY CLAIMANTS. | 2.90 | $2,189.50 |
| 2/9/2009 | 025 | WS KATCHEN | ATTENTION TO POST DEFAULT INTEREST DETERMINATION PROCEDURES NOTICE AND SECTION 365 CLAIMS DEADLINE. | 0.40 | $302.00 |
| 2/9/2009 | 025 | WS KATCHEN | REVIEW ZAI CLAIMANT'S RESPONSE. | 0.10 | $75.50 |
| 2/9/2009 | 025 | WS KATCHEN | REVIEW DISCOVERY NOTICE (LIBBY). | 0.10 | $75.50 |
| 2/9/2009 | 025 | WS KATCHEN | REVIEW EXHIBIT BOOK TO 1ST AMENDED JOINT PLAN - EXHIBIT 8, 18 AND 19. | 0.60 | $453.00 |
| 2/9/2009 | 025 | WS KATCHEN | REVIEW STONEWALL INS. OPINION 73 F3D 1178. | 1.70 | $1,283.50 |
| 2/9/2009 | 025 | WS KATCHEN | ANALYSIS EXHIBIT 12 PLAN FEASIBILITY AND FINANCIAL STATEMENTS/DISCLOSURE STATEMENT. | 0.90 | $679.50 |
| 2/10/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 2/10/2009 | 025 | WS KATCHEN | REVIEW RECENT DISCLOSURE FORWARD TO STROOCK. | 0.20 | $151.00 |

Duane Morris
March 11, 2009
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1461155

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/10/2009 | 025 | WS KATCHEN | REVIEW CLAIM PRIORITY ISSUES RAISED BY OBJECTIONS. | 0.80 | $604.00 |
| 2/11/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY DEBTOR TO KANEB PIPELINE (EXHIBIT C - PARTIAL SUMMARY JUDGMENT). | 0.50 | $377.50 |
| 2/11/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY CONTINENTAL CASUALTY CO. TO MOTION OF KANEB PIPELINE. | 0.10 | $75.50 |
| 2/12/2009 | 025 | WS KATCHEN | REVIEW DISCLOSURE STATEMENT/PLAN ISSUES. | 0.80 | $604.00 |
| 2/13/2009 | 025 | WS KATCHEN | DOCKET REVIEW. | 0.10 | $75.50 |
| 2/13/2009 | 025 | WS KATCHEN | REVIEW AGENDA 2/23/09. | 0.20 | $151.00 |
| 2/13/2009 | 025 | WS KATCHEN | ATTENTION TO PLAN CONFIRMATION ISSUE. | 1.10 | $830.50 |
| 2/17/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 2/18/2009 | 025 | WS KATCHEN | REVIEW UPDATE DOCKET. | 0.20 | $151.00 |
| 2/18/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND ROGS. | 0.20 | $151.00 |
| 2/18/2009 | 025 | WS KATCHEN | REVIEW ORDER RE: ANDERSON MEMORIAL. | 0.10 | $75.50 |
| 2/18/2009 | 025 | WS KATCHEN | REVIEW LATEST DELAWARE OPINION ON ASBESTOS CLAIM ALLOWANCE, 2009 WL 273323 (D. DEL.). | 0.20 | $151.00 |
| 2/19/2009 | 025 | WS KATCHEN | UPDATE LIBBY TRIAL IMPACT ON PLAN. | 0.30 | $226.50 |
| 2/20/2009 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING COPY OF MOLLOY DECISION IN RE: STATE OF MONTANA FOR WKATCHEN | 0.60 | $138.00 |
| 2/20/2009 | 025 | WS KATCHEN | REVIEW ORDER ENTERED IN US V. W.R. GRACE ET AL, FEB. 13, 2009 - FORWARD TO STROOCK. | 0.50 | $377.50 |
| 2/20/2009 | 025 | WS KATCHEN | REVIEW W.R. GRACE AND OTHER DEFENDANTS' - JOINT TRIAL BRIEF (LIBBY TRIAL). | 1.20 | $906.00 |
| 2/20/2009 | 025 | WS KATCHEN | REVIEW GOVERNMENT'S TRIAL BRIEF. | 0.40 | $302.00 |
| 2/20/2009 | 025 | WS KATCHEN | REVIEW AGENDA ITEMS FEB. 23, 2009. | 0.70 | $528.50 |
| 2/23/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO RE: OBJECTION. | 0.20 | $151.00 |
| 2/23/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 2/23/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S RESPONSES, ROGS. AND PRODUCTION OF DOCUMENTS. | 0.20 | $151.00 |
| 2/23/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S OPPOSITION. | 0.10 | $75.50 |
| 2/23/2009 | 025 | WS KATCHEN | REVIEW USA OBJECTION. | 0.20 | $151.00 |
| 2/23/2009 | 025 | WS KATCHEN | REVIEW 18 USC SECTION 3613(E) AND AUTHORITIES CITED BY GOV'T. | 1.80 | $1,359.00 |
| 2/24/2009 | 025 | WS KATCHEN | PLAN ISSUES. | 1.20 | $906.00 |
| 2/25/2009 | 025 | WS KATCHEN | REVIEW STROOCK 2/24 MEMORANDUM. | 0.70 | $528.50 |

Duane Morris
March 11, 2009
Page 11

File # K0248-00001                                          INVOICE # 1461155
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/26/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PENSION CONTRIBUTIONS. | 0.20 | $151.00 |
| 2/26/2009 | 025 | WS KATCHEN | UPDATE STATUS CRIMINAL TRIAL. | 0.20 | $151.00 |
| 2/26/2009 | 025 | WS KATCHEN | REVIEW OBJECTION OF PD FCR TO DISCLOSURE STATEMENT. | 0.10 | $75.50 |
| 2/26/2009 | 025 | WS KATCHEN | REVIEW RESPONSE OF ZURIDI INSURANCE. | 0.10 | $75.50 |
| 2/26/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL HOSPITAL OBJECTIONS. | 0.20 | $151.00 |
| 2/26/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH J. KOZYAK ATTORNEY FOR ANDERSON MEMORIAL. | 0.10 | $75.50 |
| 2/26/2009 | 025 | WS KATCHEN | REVIEW CNA RESPONSE. | 0.10 | $75.50 |
| 2/26/2009 | 025 | WS KATCHEN | REVIEW LIMITED OBJECTION OF UNITRUST CORP. | 0.20 | $151.00 |
| 2/26/2009 | 025 | WS KATCHEN | REVIEW MARYLAND CASUALTY OBJECTION. | 0.10 | $75.50 |
| 2/26/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMORANDUM. | 0.10 | $75.50 |
| | | | Code Total | 29.80 | $22,184.00 |

Duane Morris
March 11, 2009
Page 12

File # K0248-00001                                    INVOICE #  1461155
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 54.40 | $33,072.50 |

Duane Morris
March 11, 2009
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1461155

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 2/28/2009 | TRAVEL - LOCAL | | 81.40 |
| | | Total: | $81.40 |
| 2/28/2009 | TRAVEL AWAY FROM HOME | | 262.55 |
| | | Total: | $262.55 |
| 2/28/2009 | OVERTIME RELATED COSTS | | 71.71 |
| | | Total: | $71.71 |
| 2/28/2009 | PRINTING & DUPLICATING | | 78.15 |
| | | Total: | $78.15 |
| | TOTAL DISBURSEMENTS | | $493.81 |

Duane Morris
March 11, 2009
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1461155

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 7.70 | 675.00 | 5,197.50 |
| 02585 | RW RILEY | PARTNER | 4.10 | 540.00 | 2,214.00 |
| 02907 | JH LEMKIN | PARTNER | 0.70 | 395.00 | 276.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 29.20 | 755.00 | 22,046.00 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 6.50 | 305.00 | 1,982.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.20 | 290.00 | 348.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 3.00 | 220.00 | 660.00 |
| 00815 | CM DOOLEY | PARALEGAL | 0.60 | 230.00 | 138.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.40 | 150.00 | 210.00 |
| | | | 54.40 | | $33,072.50 |