# EXHIBIT D

Duane Morris
April 8, 2009
Page 2

File # K0248-00001                                    INVOICE #  1468079
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/2/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/4/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/5/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/5/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/6/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/9/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/10/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/11/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/12/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/13/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |

Duane Morris
April 8, 2009
Page 3

File # K0248-00001                                          INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/16/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/17/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/19/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/20/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/23/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/24/2009 | 004 | AC MAHOLCHIC | VERIFYING SERVICE LIST FOR OBJECTION AND RESPONSE TO DEBTORS INTERROGATORY AND REQUEST FOR DOCUMENTS AND INITIATING ADDITIONAL SERVICE OF US TRUSTEE AND K&E. | 0.20 | $61.00 |
| 3/25/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/27/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/30/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 3/31/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| | | | Code Total | 2.10 | $612.00 |

Duane Morris
April 8, 2009
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1468079

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/13/2009 | 005 | MR LASTOWSKI | ANALYSIS OF DEBTORS' OBJECTION TO ANDERSON MEMORIAL HOSPITAL'S ZONOLITE ATTIC INSULATION PROOF OF CLAIM | 0.30 | $202.50 |
| 3/16/2009 | 005 | MR LASTOWSKI | REVIEW MARK PETERSON EXPERT REPORT | 1.10 | $742.50 |
| 3/18/2009 | 005 | MR LASTOWSKI | REVIEW DENISE MARTIN EXPERT REPORT | 0.20 | $135.00 |
| 3/23/2009 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO SETTLE MACERICH CLAIMS | 0.20 | $135.00 |
| 3/24/2009 | 005 | MR LASTOWSKI | REVIEW BRIEFING IN SUPPORT OF ZAI SETTLEMENT | 0.60 | $405.00 |
| 3/24/2009 | 005 | MR LASTOWSKI | REVIEW DEBTORS' PROPOSED REPLY BRIEF RELATING TO ZAI SETTLEMENT | 0.10 | $67.50 |
| | | | Code Total | 2.50 | $1,687.50 |

Duane Morris
April 8, 2009
Page 5

File # K0248-00001                                          INVOICE #  1468079
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/11/2009 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER SETTLING CERTAIN ENVIRONMENTAL CLAIMS | 0.60 | $405.00 |
| | | | Code Total | 0.60 | $405.00 |

Duane Morris
April 8, 2009
Page 6

File # K0248-00001                                           INVOICE #  1468079
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/8/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO RESULTS 3/9/09 HEARING ON DISCLOSURE STATEMENT. | 0.20 | $151.00 |
| 3/10/2009 | 007 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS ON PENSION CONTRIBUTIONS. | 0.20 | $151.00 |
| 3/23/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.20 | $151.00 |
| | | | Code Total | 0.60 | $453.00 |

Duane Morris
April 8, 2009
Page 7

File # K0248-00001                                          INVOICE #  1468079
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/23/2009 | 008 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO IMPLEMENT LONG-TERM INCENTIVE PLAN | 0.20 | $135.00 |
| | | | Code Total | 0.20 | $135.00 |

Duane Morris
April 8, 2009
Page 8

File # K0248-00001                                        INVOICE #  1468079
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/23/2009 | 010 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO EXTEND THE TERM OF THEIR CURRENT CEO | 0.20 | $135.00 |
| | | | Code Total | 0.20 | $135.00 |

Duane Morris
April 8, 2009
Page 9

File # K0248-00001                                    INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/9/2009 | 012 | DS MARRA | FILE AND SERVE THE THIRTY-FIRST QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.70 | $105.00 |
| 3/10/2009 | 012 | AC MAHOLCHIC | RESPONDING TO AUDITOR REQUEST FOR 30TH QUARTERLY FEE APPLICATION AND VERIFYING DETAILS WITH BILLING DEPARTMENT. | 0.30 | $91.50 |
| 3/16/2009 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S REPORT RE: DUANE MORRIS FEES | 0.20 | $135.00 |
| 3/23/2009 | 012 | AC MAHOLCHIC | FILING QUARTERLY FEE APPLICATION FOR COMMITTEE OF UNSECURED CREDITORS. | 0.80 | $244.00 |
| 3/27/2009 | 012 | DS MARRA | FILE CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20192 REGARDING CAPSTONE'S NINETEENTH QUARTERLY FEE APPLICATION; DRAFT CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20754 REGARDING CAPSTONE'S FIFTY-NINTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20207 REGARDING STROOCK & STROOCK & LAVAN LLP'S THIRTIETH QUARTERLY FEE APPLICATION; DRAFT CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20906 REGARDING STROOCK & STROOCK & LAVAN LLP'S NINETY-FOURTH MONTHLY FEE APPLICATION | 0.50 | $75.00 |
| 3/30/2009 | 012 | DS MARRA | FILE NINETY-FIFTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN | 0.20 | $30.00 |
| | | | Code Total | 2.70 | $680.50 |

Duane Morris
April 8, 2009
Page 10

File # K0248-00001                                    INVOICE # 1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/3/2009 | 013 | DS MARRA | FILE NINETY-FOURTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.40 | $60.00 |
| 3/26/2009 | 013 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20192 REGARDING CAPSTONE'S NINETEENTH QUARTERLY FEE APPLICATION; DRAFT CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20754 REGARDING CAPSTONE'S FIFTY-NINTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20207 REGARDING STROOCK & STROOCK & LAVAN LLP'S THIRTIETH QUARTERLY FEE APPLICATION; DRAFT CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 20906 REGARDING STROOCK & STROOCK & LAVAN LLP'S NINETY-FOURTH MONTHLY FEE APPLICATION | 0.90 | $135.00 |
| 3/27/2009 | 013 | AC MAHOLCHIC | PREPARING CERTIFICATES OF NO OBJECTION FOR CAPSTONE 58TH MONTHLY FEE APPLICATION AND STROOCK 93RD MONTHLY FEE APPLICATION. | 0.40 | $122.00 |
| 3/27/2009 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 59TH INTERIM FEE APPLICATION | 0.10 | $67.50 |
| 3/27/2009 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 59TH INTERIM FEE APPLICATION | 0.10 | $67.50 |
| 3/27/2009 | 013 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 59TH THIRTIETH QUARTERLY FEE APPLICATION | 0.10 | $67.50 |
| 3/27/2009 | 013 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 94TH MONTHLY FEE APPLICATION | 0.10 | $67.50 |
| 3/30/2009 | 013 | MR LASTOWSKI | SKGN NOTICE OF STROOCK 95TH MONTHLY FEE APPLICATION | 0.10 | $67.50 |
| | | | Code Total | 2.20 | $654.50 |

Duane Morris
April 8, 2009
Page 11

File # K0248-00001                                    INVOICE #  1468079
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/31/2009 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR APRIL 1, 2009 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 2.20 | $1,485.00 |
| | | | Code Total | 2.20 | $1,485.00 |

Duane Morris
April 8, 2009
Page 12

File # K0248-00001                                    INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/31/2009 | 016 | DS MARRA | FILE CERTIFICATE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PRELIMINARY WITNESS DISCLOSURE | 0.10 | $15.00 |
| | | | Code Total | 0.10 | $15.00 |

Duane Morris
April 8, 2009
Page 13

File # K0248-00001                                          INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/1/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. MCNEIL RE: SECOND AMENDED PLAN | 0.10 | $67.50 |
| 3/2/2009 | 017 | MR LASTOWSKI | REVIEW AMENDED PLAN AND DISCLOSURE STATEMENT AND EXHIBITS THERETO | 3.10 | $2,092.50 |
| 3/5/2009 | 017 | WS KATCHEN | REVISED DISCLOSURE STATEMENT AND PLAN. | 4.60 | $3,473.00 |
| 3/7/2009 | 017 | MR LASTOWSKI | REVIEW DISCOVERY RESPONSES RELATING TO THE CONFIRMATION HEARING | 0.80 | $540.00 |
| 3/8/2009 | 017 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR DISCLOSURE STATEMENT HEARING AND AGENDA ITEMS IDENTIFIED THEREON | 2.60 | $1,755.00 |
| 3/10/2009 | 017 | MR LASTOWSKI | REVIEW ORDER APPROVING DISCLOSURE STATEMENT | 0.10 | $67.50 |
| 3/13/2009 | 017 | MR LASTOWSKI | REVIEW PRELIMINARY WITNESS DESIGNATIONS FOR CONFIRMATION HEARING | 0.20 | $135.00 |
| 3/13/2009 | 017 | RW RILEY | TELEPHONE CALL WITH AKRIEGER REGARDING COMMITTEE'S PRELIMINARY WITNESS LIST RELATED TO PLAN CONFIRMATION (.2); REVIEWING DOCKET AND FILINGS RELATED TO PLAN CONFIRMATION PROCEDURES (1.3); REVIEWING AND FILING COMMITTEE'S PRELIMINARY WITNESS LIST RELATED TO PLAN CONFIRMATION (.3) | 1.80 | $972.00 |
| 3/18/2009 | 017 | WS KATCHEN | ATTENTION TO REVISED PLAN DOCUMENTS. | 2.10 | $1,585.50 |
| 3/26/2009 | 017 | RW RILEY | REVIEWING DISCLOSURE STATEMENT AND PLAN CONFIRMATION DISCOVERY FROM VARIOUS PARTIES | 2.60 | $1,404.00 |
| | | | Code Total | 18.00 | $12,092.00 |

Duane Morris
April 8, 2009
Page 14

File # K0248-00001                                           INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/5/2009 | 025 | TJ SANTORELLI | REVIEW AND PRINT DOCUMENTS ON DOCKET | 0.70 | $108.50 |
| 3/8/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSES AND OBJECTIONS TO TRAVELERS CASUALTY CO. | 0.30 | $226.50 |
| 3/8/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSES - ARROWOOD DOCUMENT REQUEST. | 0.10 | $75.50 |
| 3/8/2009 | 025 | WS KATCHEN | REVIEW MOTION KANEB PIPE - 362(D) (MACON, GEORGIA). | 0.20 | $151.00 |
| 3/8/2009 | 025 | WS KATCHEN | REVIEW CORRECTED EXHIBIT 12. | 0.40 | $302.00 |
| 3/8/2009 | 025 | WS KATCHEN | REVIEW STATUS EXT FINANCING. | 0.20 | $151.00 |
| 3/8/2009 | 025 | WS KATCHEN | REVIEW MARCH 6 STROOCK MEMO RE: PD SETTLEMENT. | 0.20 | $151.00 |
| 3/8/2009 | 025 | WS KATCHEN | DOCKET UPDATE. | 0.20 | $151.00 |
| 3/10/2009 | 025 | WS KATCHEN | UPDATE ON APPROVAL DISCLOSURE STATEMENT AND EXIT FINANCING. | 0.20 | $151.00 |
| 3/10/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO REQUESTS FOR ADMISSION AND REQUESTS FOR PRODUCTION OF DOCUMENTS; (1) ONE BEACON AM. INC. CO. AND SEATON INS. CO. (39 REQUESTS FOR ADMISSION). | 0.40 | $302.00 |
| 3/10/2009 | 025 | WS KATCHEN | REQUESTS FOR ADMISSION AND REQUESTS FOR PRODUCTION OF DOCUMENTS; GEICO AND COLUMBIA INS. CO. (5 REQUESTS). | 0.60 | $453.00 |
| 3/10/2009 | 025 | WS KATCHEN | REQUEST FOR ADMISSION AND REQUESTS FOR PRODUCTION OF DOCUMENTS; ZURICH'S JOINDER IN CNA CO. (12 REQUESTS FOR ADMISSION). | 0.30 | $226.50 |
| 3/10/2009 | 025 | WS KATCHEN | REQUESTS FOR ADMISSION AND REQUESTS FOR PRODUCTION OF DOCUMENTS; CERTAIN INSURER'S FIRST REQUESTS (FIREMEN'S FUND, ET AL (101 REQUESTS FOR ADMISSION ) AND ROGS AND REQUESTS FOR PRODUCTION. | 1.00 | $755.00 |
| 3/10/2009 | 025 | WS KATCHEN | CNA REQUESTS FOR ADMISSION (12 REQUESTS). | 0.30 | $226.50 |
| 3/12/2009 | 025 | WS KATCHEN | REVIEW AND REVISED PLAN DOCUMENTS. | 1.40 | $1,057.00 |
| 3/13/2009 | 025 | WS KATCHEN | REVIEW PI FUTURES DISCOVERY RESPONSES. | 0.20 | $151.00 |
| 3/13/2009 | 025 | WS KATCHEN | REVIEW ORDER DISMISSING AS MOOT ANDERSON MEMORIAL HOSPITAL'S MOTION. | 0.10 | $75.50 |

Duane Morris
April 8, 2009
Page 15

File # K0248-00001                                         INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/13/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR APPROVAL OF STIPULATIONS, PRP GROUP CLAIMS, APU & AMTRAK. | 0.20 | $151.00 |
| 3/13/2009 | 025 | WS KATCHEN | REVIEW DOCKET ENTIRES | 0.10 | $75.50 |
| 3/13/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS DESIGNATION OF WITNESSES. | 0.10 | $75.50 |
| 3/13/2009 | 025 | WS KATCHEN | REVIEW BNSF RAILWAY WITNESS. | 0.10 | $75.50 |
| 3/16/2009 | 025 | WS KATCHEN | DEBTOR'S PRELIMINARY WITNESS LIST. | 0.10 | $75.50 |
| 3/16/2009 | 025 | WS KATCHEN | JOINT RESPONSE TO LIBBY MOTION. | 0.10 | $75.50 |
| 3/16/2009 | 025 | WS KATCHEN | NOTICE OF DEBTOR'S OBJECTION TO ANDERSON MEMORIAL ZAI PROOF OF CLAIM | 0.30 | $226.50 |
| 3/16/2009 | 025 | WS KATCHEN | REVIEW STIPULATION/RESOLVING CLAIMS OF STEELER INC. | 0.10 | $75.50 |
| 3/16/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 3/16/2009 | 025 | WS KATCHEN | REVIEW ORDER APPROVING DISCLOSURE STATEMENT. | 0.10 | $75.50 |
| 3/16/2009 | 025 | WS KATCHEN | TRAVELERS CASUALTY & SURETY CO. PRELIMINARY WITNESS LIST. | 0.10 | $75.50 |
| 3/16/2009 | 025 | WS KATCHEN | BANK GROUPS WITNESS DISCLOSURE. | 0.10 | $75.50 |
| 3/17/2009 | 025 | WS KATCHEN | UPDATE DOCKET. | 0.20 | $151.00 |
| 3/19/2009 | 025 | WS KATCHEN | DOCKET REVIEW. | 0.10 | $75.50 |
| 3/19/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORTS - H. SEAN MATHIS. | 0.70 | $528.50 |
| 3/19/2009 | 025 | WS KATCHEN | MARK PETERSON, PROJECTED LIABILITIES FOR ASBESTOS PI CLAIMS REVISE JAN. 2009. | 1.70 | $1,283.50 |
| 3/19/2009 | 025 | WS KATCHEN | DENNIS NEUMANN MARTIN - FUTURE PROPERTY DAMAGE DEMANDS. | 0.40 | $302.00 |
| 3/20/2009 | 025 | WS KATCHEN | WORK ON PLAN ISSUES. | 1.40 | $1,057.00 |
| 3/20/2009 | 025 | WS KATCHEN | FURTHER REVIEW M. PETERSON EXPERT REPORT (.9). | 0.90 | $679.50 |
| 3/23/2009 | 025 | WS KATCHEN | REVIEW 9TH CIR. FEB. 27, 2009 ORDER. | 0.10 | $75.50 |
| 3/23/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 3/24/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 3/24/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO KANEB PIPE MOTION 362(D). | 0.20 | $151.00 |
| 3/24/2009 | 025 | WS KATCHEN | REVIEW SCOTT'S CO. PRELIMINARY WITNESS LIST. | 0.10 | $75.50 |
| 3/24/2009 | 025 | WS KATCHEN | REPLY BY KANEB TO DEBTOR'S OBJECTION. | 0.20 | $151.00 |
| 3/24/2009 | 025 | WS KATCHEN | REPLY BY KANEB TO ONE BEACON AM. INS. | 0.20 | $151.00 |
| 3/24/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO EXTEND AGREEMENT WITH CEO. | 0.20 | $151.00 |
| 3/24/2009 | 025 | WS KATCHEN | REVIEW MOTION TO RETAIN SEALE & ASSOC. | 0.20 | $151.00 |
| 3/24/2009 | 025 | WS KATCHEN | REVIEW MOTION BY DEBTORS FOR APPROVAL OF PD CLAIMS FILED BY MACERICH FRESNO LTD. PARTNERSHIP. | 0.20 | $151.00 |

Duane Morris
April 8, 2009
Page 16

File # K0248-00001                                         INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/24/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR AUTHORIZATION TO IMPLEMENT 2009-2011 LT IP. | 0.20 | $151.00 |
| 3/26/2009 | 025 | WS KATCHEN | REVIEW PROPOSED CEO CONTRACT FESTA. | 0.50 | $377.50 |
| 3/26/2009 | 025 | WS KATCHEN | MCGOWAN AFFIDAVIT. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | REVIEW NOTICE - AGENDA - APRIL 1, 2009. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | RESPONSE TO CNA 2D SET OF REQUESTS FOR DOCUMENT RESPONSE TO V. BYINGTON'S REQUEST FOR DOCUMENTS AND 1ST SET OF ROGS. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | RESPONSE TO MARYLAND CAS. 1ST SET OF ROGS AND REQUESTS FOR DOCUMENTS. | 0.20 | $151.00 |
| 3/26/2009 | 025 | WS KATCHEN | RESPONSE TO LIBBY REQUESTS FOR ADMISSION. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | DEBTOR'S OBJECTION AND RESPONSES TO REQUEST FOR DOCUMENT BY YOKO CANNON. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | DEBTOR'S OBJECTIONS AND RESPONSES TO REQUESTS FOR DOCUMENTS BY K. WHITE. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | OBJECTIONS TO M. DONEY'S SET OF ROGS. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | BNSF REQUESTS FOR ADMISSIONS AND REQUESTS FOR DOCUMENTS. | 0.20 | $151.00 |
| 3/26/2009 | 025 | WS KATCHEN | OBJECTIONS TO M. DONEY'S REQUEST FOR DOCUMENTS. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | OBJECTION TO G. BEAFIELD REQUEST FOR DOCUMENTS. | 0.10 | $75.50 |
| 3/26/2009 | 025 | WS KATCHEN | OBJECTIONS TO ROGS BY K. WHITE. | 0.10 | $75.50 |
| 3/30/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 3/30/2009 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL MEMO OF US ZAI CLASS AND DECLARATIONS SCOTT/WESTBROOK. | 0.20 | $151.00 |
| 3/30/2009 | 025 | WS KATCHEN | REVIEW 3D CIR OPINION WR GRACE/MISSION TOWERS, ET AL (3/11/09). | 0.10 | $75.50 |
| 3/30/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR LEAVE TO REPLY TO ANDERSON MEMORIAL. | 0.20 | $151.00 |
| 3/30/2009 | 025 | WS KATCHEN | REVIEW U.S. ATLANTIC STATES CAST IRON PIPE CO. 2009 US DIST. LEXIS 23186 (3/23/09) - FORWARD TO K. PASQUALE. | 2.20 | $1,661.00 |
| 3/31/2009 | 025 | WS KATCHEN | REVIEW MARCH 27, 2009 OPINION ON 541(A) ISSUE - GT AMERICAN INS. V. BALLY. | 0.30 | $226.50 |
| 3/31/2009 | 025 | WS KATCHEN | REVIEW DOCKET UPDATE. | 0.20 | $151.00 |
| | | | Code Total | 20.80 | $15,284.00 |

Duane Morris
April 8, 2009
Page 17

File # K0248-00001                                                    INVOICE # 1468079
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/13/2009 | 026 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE. | 1.00 | $755.00 |
| | | | Code Total | 1.00 | $755.00 |

Duane Morris
April 8, 2009
Page 18

File # K0248-00001                                    INVOICE # 1468079
    W.R. GRACE & CO.

                              TOTAL SERVICES          53.20   $34,393.50

Duane Morris
April 8, 2009
Page 19

File # K0248-00001                                      INVOICE #  1468079
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 3/31/2009 | PRINTING & DUPLICATING - EXTERNAL | | 1,724.36 |
| | | Total: | $1,724.36 |
| | | | |
| 3/31/2009 | TRAVEL - LOCAL | | 101.72 |
| | | Total: | $101.72 |
| | | | |
| 2/3/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790647036139) | | 11.85 |
| 2/3/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDSIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790647034721) | | 8.74 |
| 2/11/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798084371675) | | 10.21 |
| 2/11/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT INFORMATION NOT SUPPLIED - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790157426158) | | 6.93 |
| 2/26/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790652232480) | | 15.47 |
| 2/26/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQ. AT SENIOR VPGENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790652231793) | | 7.77 |
| | | Total: | $60.97 |
| | | | |
| 3/31/2009 | MESSENGER SERVICE | | 272.20 |
| | | Total: | $272.20 |
| | | | |
| 12/4/2008 | DOCUMENT RETRIEVAL | | 9.95 |
| | | Total: | $9.95 |
| | | | |
| 3/31/2009 | DOCUMENT E-FILING | | 111.50 |
| | | Total: | $111.50 |
| | | | |
| 3/31/2009 | PRINTING & DUPLICATING | | 0.60 |
| | | Total: | $0.60 |

                                                TOTAL DISBURSEMENTS          $2,281.30