IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Adrian C. Maholchic, hereby certify that on June 5, 2009, I caused a copy of the foregoing Thirty-Second Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2009 Through March 31, 2009 to be served upon the Notice Parties as indicated on the attached service list.

Dated: June 5, 2009

/s/ Adrian C. Maholchic
Adrian C. Maholchic
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103

DM3\1027529.1

## W. R. GRACE FEE APPLICATION SERVICE LIST

### Hand Delivery

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

### Via Overnight Mail

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### Via E-Mail

william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com