# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

May 5, 2009

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1474373                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2009 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 22.70 | hrs. at | $675.00 | /hr. = | $15,322.50 |
| RW RILEY | PARTNER | 2.50 | hrs. at | $540.00 | /hr. = | $1,350.00 |
| JH LEMKIN | PARTNER | 0.30 | hrs. at | $395.00 | /hr. = | $118.50 |
| WS KATCHEN | OF COUNSEL | 18.00 | hrs. at | $755.00 | /hr. = | $13,590.00 |
| AC MAHOLCHIC | ASSOCIATE | 7.10 | hrs. at | $305.00 | /hr. = | $2,165.50 |
| BA GRUPPO | PARALEGAL | 1.80 | hrs. at | $290.00 | /hr. = | $522.00 |
| SL WOLFENDEN | PARALEGAL | 2.30 | hrs. at | $220.00 | /hr. = | $506.00 |
| CM DOOLEY | PARALEGAL | 0.60 | hrs. at | $230.00 | /hr. = | $138.00 |
| DS MARRA | LEGAL ASSISTANT | 1.10 | hrs. at | $150.00 | /hr. = | $165.00 |

$33,877.50

DISBURSEMENTS
COURT SEARCH SERVICE                    16.34
OVERNIGHT MAIL                          55.30
POSTAGE                                  2.00
PRINTING & DUPLICATING - EXTERNAL      980.95
TRAVEL AWAY FROM HOME                  279.25
TOTAL DISBURSEMENTS                             $1,333.84

BALANCE DUE THIS INVOICE                       $35,211.34

PREVIOUS BALANCE                               $95,969.76

TOTAL BALANCE DUE                             $131,181.10

Duane Morris
May 5, 2009
Page 2

File # K0248-00001                                        INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/1/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/2/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/3/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/6/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/7/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/8/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/8/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/13/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/14/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/15/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |

Duane Morris
May 5, 2009
Page 3

File # K0248-00001                                               INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/16/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/17/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/20/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/21/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/22/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/22/2009 | 004 | MR LASTOWSKI | REVIEW E-MAILS RE: REVISED CASE MANAGEMENT ORDER AND REVIEW DRAFT CASE MANAGEMENT ORDER | 0.60 | $405.00 |
| 4/23/2009 | 004 | MR LASTOWSKI | E-MAIL FROM J. BAER (DEBTORS' COUNSEL) RE: TELEPHONIC HEARING ON APRIL 27, 2009 | 0.10 | $67.50 |
| 4/24/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/28/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 4/29/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| | | | Code Total | 2.50 | $994.50 |

Duane Morris
May 5, 2009
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1474373

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/28/2009 | 005 | MR LASTOWSKI | REVIEW OPINION EXPUNGING CANADIAN CLAIMS | 0.40 | $270.00 |
| | | | Code Total | 0.40 | $270.00 |

Duane Morris
May 5, 2009
Page 5

File # K0248-00001                                    INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/13/2009 | 006 | MR LASTOWSKI | REVIEW APPELLEE'S BRIEF RE: STATE OF CALIFORNIA APPEAL | 0.80 | $540.00 |
| 4/24/2009 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S OBJECTION TO MARYLAND CASUALTY CLAIMS | 0.30 | $202.50 |
| 4/29/2009 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT WITH IRS | 0.50 | $337.50 |
| | | | Code Total | 1.60 | $1,080.00 |

Duane Morris
May 5, 2009
Page 6

File # K0248-00001
  W.R. GRACE & CO.

INVOICE # 1474373

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/1/2009 | 007 | MR LASTOWSKI | E-MAIL TO L. KRUGER RE: OMNIBUS HEARING | 0.10 | $67.50 |
| 4/29/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE - RE: LIBBY TRIAL. | 0.50 | $377.50 |
| 4/29/2009 | 007 | WS KATCHEN | REVIEW NOTICE OF MOTION LIBBY CLAIMANTS - CMO - INCLUDING POSTPONING PHASE II 60 DAYS. | 0.20 | $151.00 |
| 4/29/2009 | 007 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' MOTION TO AMEND CMO. | 0.20 | $151.00 |
| 4/29/2009 | 007 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' MOTION TO STRIKE EXPERT REPORT OF FLORENA, PHD. | 0.30 | $226.50 |
| 4/29/2009 | 007 | WS KATCHEN | REVIEW MOTION OF DEBTORS FOR ORDER AUTHORIZING SETTLEMENT ERISA LITIGATION. | 0.30 | $226.50 |
| 4/29/2009 | 007 | WS KATCHEN | REVIEW MOTION OF DEBTOR TO AUTHORIZE SETTLEMENT WITH IRS (CARRYBACK LOSS). | 0.40 | $302.00 |
| 4/29/2009 | 007 | WS KATCHEN | REVIEW MOTION FOR AUTHORITY TO RETAIN DELOITTE TAX LLP. | 0.20 | $151.00 |
| | | | Code Total | 2.20 | $1,653.00 |

Duane Morris
May 5, 2009
Page 7

File # K0248-00001                                        INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/2/2009 | 009 | DS MARRA | DRAFT AND FILE CERTIFICATIONS OF NO OBJECTION REGARDING DUANE MORRIS LLP'S EIGHTY-THIRD AND EIGHTY-FOURTH MONTHLY FEE APPLICATIONS | 0.80 | $120.00 |
| 4/10/2009 | 009 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 86TH MONTHLY FEE APP | 0.10 | $67.50 |
| | | | Code Total | 0.90 | $187.50 |

Duane Morris
May 5, 2009
Page 8

File # K0248-00001                                      INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/2/2009 | 012 | AC MAHOLCHIC | PREPARING FEBRUARY MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.80 | $244.00 |
| 4/2/2009 | 012 | AC MAHOLCHIC | REVIEWING DOCKET FOR MONTHLY FEE APPLICATION CNO'S, ASSIGNING TWO MOST RECENT CNO'S TO D.MARRA. | 0.20 | $61.00 |
| 4/2/2009 | 012 | AC MAHOLCHIC | FILING AND SERVING FEBRUARY MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.60 | $183.00 |
| 4/2/2009 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 85TH MONTHLY FEE APPLICATION | 0.10 | $67.50 |
| 4/9/2009 | 012 | AC MAHOLCHIC | PREPARING MARCH MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.90 | $274.50 |
| 4/9/2009 | 012 | AC MAHOLCHIC | PREPARING 31ST QUARTERLY FEE APPLICATION FOR DUANE MORRIS. | 1.60 | $488.00 |
| 4/9/2009 | 012 | AC MAHOLCHIC | PREPARING MARCH MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.10 | $30.50 |
| 4/9/2009 | 012 | AC MAHOLCHIC | PREPARING 31ST QUARTERLY FEE APPLICATION FOR DUANE MORRIS. | 0.60 | $183.00 |
| 4/9/2009 | 012 | DS MARRA | FILE TWENTIETH QUARTERLY INTERIM FEE APPLICATION OF CAPSTONE | 0.20 | $30.00 |
| 4/10/2009 | 012 | AC MAHOLCHIC | PREPARING 31ST QUARTERLY FEE APPLICATION FOR DUANE MORRIS. | 0.10 | $30.50 |
| 4/10/2009 | 012 | AC MAHOLCHIC | FILING AND SERVING MARCH MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.60 | $183.00 |
| 4/13/2009 | 012 | AC MAHOLCHIC | FILING 31ST QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP AND SERVING THE SAME. | 0.70 | $213.50 |
| 4/13/2009 | 012 | AC MAHOLCHIC | PREPARING 31ST QUARTERLY FEE APPLICATION FOR DUANE MORRIS. | 0.90 | $274.50 |
| 4/13/2009 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 31ST INTERIM FEE APPLICATION | 0.60 | $405.00 |
| 4/14/2009 | 012 | MR LASTOWSKI | REVIEW AND INVESTIGATE FEE AUDITOR REPORT RE: DUANE MORRIS 31ST INTERIM | 0.50 | $337.50 |
| 4/15/2009 | 012 | SL WOLFENDEN | RECEIVED AND REVIEWED CAPSTONE ADVISORY GROUP'S SIXTIETH APPLICATION FOR COMPENSATION. | 0.50 | $110.00 |
| 4/15/2009 | 012 | SL WOLFENDEN | ELECTRONICALLY FILED SIXTY-FIRST MONTHLY FEE APPLICATION; | 0.20 | $44.00 |
| 4/15/2009 | 012 | SL WOLFENDEN | CORRESPONDENCE TO D. MOHAMED REGARDING CONFIRMATION OF FILING CAPSTONE ADVISORY GROUP'S SIXTIETH AND SIXTY-FIRST MONTHLY FEE APPLICATIONS. | 0.10 | $22.00 |

Duane Morris
May 5, 2009
Page 9

File # K0248-00001                                              INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/15/2009 | 012 | SL WOLFENDEN | RECEIVED AND REVIEWED CAPSTONE ADVISORY GROUP'S SIXTY FIRST APPLICATION FOR COMPENSATION. | 0.50 | $110.00 |
| 4/15/2009 | 012 | SL WOLFENDEN | PREPARED NOTICE OF FEE APPLICATION FOR SIXTIETH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING; | 0.10 | $22.00 |
| 4/15/2009 | 012 | SL WOLFENDEN | PREPARED NOTICE OF FEE APPLICATION FOR SIXTY FIRST MONTHLY FEE APPLICATION FOR ELECTRONIC FILING; | 0.10 | $22.00 |
| 4/15/2009 | 012 | SL WOLFENDEN | ELECTRONICALLY FILED SIXTIETH MONTHLY FEE APPLICATION; | 0.20 | $44.00 |
| 4/16/2009 | 012 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM M. LASTOWSKI RE: FEE APPLICATIONS. | 0.10 | $22.00 |
| | | | Code Total | 10.30 | $3,401.50 |

Duane Morris
May 5, 2009
Page 10

File # K0248-00001                                INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|------|-------|-------|
| 4/1/2009 | 013 | MR LASTOWSKI | REVIEW DEBTORS' SUMMARY OF THIRTIETH QUARTER FEES | 0.10 | $67.50 |
| 4/15/2009 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF CAPSTONE 60TH FEE APPLICATION | 0.10 | $67.50 |
| 4/15/2009 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF CAPSTONE 61ST FEE APPLICATION | 0.10 | $67.50 |
| 4/15/2009 | 013 | MR LASTOWSKI | REVIEW STATUS OF CAPSTONE FEE APPLICATIONS | 0.30 | $202.50 |
| 4/29/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED THE NINETY SIXTH MONTHLY APPLICATION FOR COMPENSATION FOR STROOCK STROOCK AND LAVAN. CORRESPONDENCE TO D. MOHAMED RE CONFIRMATION OF SAME. | 0.20 | $44.00 |
| | | | Code Total | 0.80 | $449.00 |

Duane Morris
May 5, 2009
Page 11

File # K0248-00001                                      INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/1/2009 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 2.40 | $1,620.00 |
| 4/21/2009 | 015 | MR LASTOWSKI | REVIEW 4/27/09 AGENDA AND ITEMS IDENTIFIED THEREON | 2.20 | $1,485.00 |
| 4/23/2009 | 015 | SL WOLFENDEN | SCHEDULED TELEPHONIC APPEARANCE FOR HEARING SCHEDULED FOR APRIL 27, 2009. | 0.30 | $66.00 |
| | | | Code Total | 4.90 | $3,171.00 |

Duane Morris
May 5, 2009
Page 12

File # K0248-00001                                         INVOICE #  1474373
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/1/2009 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO ONEBEACONE AMERICA INSURANCE COMPANY'S DISCOVERY REQUETS | 0.20 | $135.00 |
| 4/7/2009 | 017 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE REBUTTAL REPORTS AND ORIGINAL REPORTS | 2.20 | $1,485.00 |
| 4/10/2009 | 017 | RW RILEY | REVIEWING FIREMAN'S FUND DISCOVERY REQUESTS RELATED TO CONFIRMARION | 1.20 | $648.00 |
| 4/13/2009 | 017 | MR LASTOWSKI | REVIEW CONFIRMATION HEARING WITNESS DESIGNATIONS | 0.40 | $270.00 |
| 4/13/2009 | 017 | MR LASTOWSKI | REVIEW FINAL SOLICITATION PACKAGE | 2.70 | $1,822.50 |
| 4/14/2009 | 017 | MR LASTOWSKI | REVIEW DEBTORS' INITIAL EXPERT REPORTS, OPPOSING REPORTS AND REBUTTAL REPORTS | 3.30 | $2,227.50 |
| 4/15/2009 | 017 | MR LASTOWSKI | REVIEW MOTION TO STRIKE WHITEHOUSE REPORT | 0.40 | $270.00 |
| 4/17/2009 | 017 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER | 0.30 | $202.50 |
| 4/17/2009 | 017 | MR LASTOWSKI | E-MAIL FROM T. SCHIAVONE RE: PROTECTIVE ORDER | 0.10 | $67.50 |
| 4/22/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. DEMMY RE: MEET AND CONFER ISSUES | 0.10 | $67.50 |
| 4/22/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: CASE MANAGEMENT ORDER | 0.10 | $67.50 |
| 4/22/2009 | 017 | MR LASTOWSKI | E-MAIL FROM D. COHN RE: POSNER DEPOSITION | 0.10 | $67.50 |
| 4/23/2009 | 017 | MR LASTOWSKI | E-MAIL FROM ELISA ALCABES RE: REVISIONS TO CMO | 0.10 | $67.50 |
| 4/23/2009 | 017 | MR LASTOWSKI | E-MAIL FROM NATE FINCH RE: REVISIONS TO CMO | 0.10 | $67.50 |
| 4/23/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: REVISIONS TO CMO | 0.10 | $67.50 |
| 4/23/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: PROTECTIVE ORDER COMMENTS | 0.10 | $67.50 |
| 4/23/2009 | 017 | MR LASTOWSKI | REVIEW RULE 30(B)(6) NOTICES | 0.20 | $135.00 |
| 4/24/2009 | 017 | MR LASTOWSKI | REVIEW AMENDED CASE MANAGEMENT ORDER AND RELATED DISCOVERY ISSUES | 1.10 | $742.50 |
| 4/24/2009 | 017 | MR LASTOWSKI | E-MAIL FROM LIBBY COUNSEL RE: ENTRY OF A PROTECTIVE ORDER | 0.10 | $67.50 |
| 4/24/2009 | 017 | MR LASTOWSKI | REVIEW PROPOSED PROTECTIVE ORDERS | 0.40 | $270.00 |
| 4/24/2009 | 017 | MR LASTOWSKI | E-MAIL FROM LIBBY COUNSEL RE: MEET AND CONFER CONFERENCE | 0.10 | $67.50 |
| 4/24/2009 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTOR'S COUNSEL RE: MEET AND CONFER CONFERENCE | 0.10 | $67.50 |

Duane Morris
May 5, 2009
Page 13

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1474373

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/24/2009 | 017 | MR LASTOWSKI | REVIEW MODIFICATIONS TO CASE MANAGEMENT ORDER | 0.60 | $405.00 |
| 4/24/2009 | 017 | MR LASTOWSKI | REVIEW FURTHER REVISIONS TO CASE MANAGEMENT ORDER | 0.30 | $202.50 |
| 4/24/2009 | 017 | MR LASTOWSKI | REVIEW GRACE RESPONSES TO SCOTT'S INTERROGATORIES | 0.20 | $135.00 |
| 4/30/2009 | 017 | RW RILEY | REVIEWING DOCKET AND COMMUNICATIONS RELATED TO CONFIRMATION DISCOVERY | 1.30 | $702.00 |
| | | | Code Total | 15.90 | $10,395.00 |

Duane Morris
May 5, 2009
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1474373

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/1/2009 | 025 | WS KATCHEN | REVIEW OCC PRELIMINARY WITNESS LIST. | 0.10 | $75.50 |
| 4/1/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO ON LTIP. | 0.20 | $151.00 |
| 4/1/2009 | 025 | WS KATCHEN | REVIEW G. PRIEST EXPERT REPORT AND C.V. | 1.00 | $755.00 |
| 4/1/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY DEBTOR TO ANDERSON MEMORIAL DEP. NOTICE. | 0.10 | $75.50 |
| 4/1/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 4/2/2009 | 025 | WS KATCHEN | ATTENTION TO ISSUE RAISED IN PRIEST EXPORT REPORT. | 0.80 | $604.00 |
| 4/2/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO ON ZAI SETTLEMENT. | 0.20 | $151.00 |
| 4/2/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 4/2/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $75.50 |
| 4/3/2009 | 025 | DS MARRA | FILE CERTIFICATION OF NO OBJECTION REGARDING DOCKET NUMBER 19999 | 0.10 | $15.00 |
| 4/3/2009 | 025 | WS KATCHEN | REVIEW UPDATE WHITEHOUSE TESTIMONY AT LIBBY TRIAL. | 0.20 | $151.00 |
| 4/3/2009 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.10 | $75.50 |
| 4/3/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE 4/2/09 ANALYSIS CEO COMPENSATION. | 0.20 | $151.00 |
| 4/3/2009 | 025 | WS KATCHEN | REVIEW 4/6/09 STROOCK MEMO. | 0.20 | $151.00 |
| 4/5/2009 | 025 | WS KATCHEN | IN RE: FED MOGUL GLOBAL - 2009 WL 756971 D. DEL - PLAN ISSUES ON 524(G) PREEMPTION. | 0.90 | $679.50 |
| 4/6/2009 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING COPIES OF 2ND CIR & US SUPEME COURT DECISIONS FOR WKATCHEN | 0.20 | $46.00 |
| 4/7/2009 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING DAILY BANKRUPTCY NEWS ARTICLES, ETC FOR WKATCHEN | 0.40 | $92.00 |
| 4/7/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 4/7/2009 | 025 | WS KATCHEN | REVIEW REBUTTAL REPORT: D. WEILL. | 0.20 | $151.00 |
| 4/7/2009 | 025 | WS KATCHEN | REVIEW REBUTTAL REPORT: D. HENRY. | 0.30 | $226.50 |
| 4/7/2009 | 025 | WS KATCHEN | REVIEW REBUTTAL REPORT: S. MOOLGAVKAR. | 0.30 | $226.50 |
| 4/7/2009 | 025 | WS KATCHEN | REVIEW REBUTTAL REPORT: H. ORY. | 0.50 | $377.50 |
| 4/7/2009 | 025 | WS KATCHEN | REVIEW REBUTTAL REPORT: J. PARKER. | 0.30 | $226.50 |
| 4/8/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $151.00 |
| 4/8/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 4/8/2009 | 025 | WS KATCHEN | PLAN ISSUES. | 0.90 | $679.50 |
| 4/8/2009 | 025 | WS KATCHEN | REVIEW LATEST SDNY OPINION FOR MEMORIAL HOSPITAL ISSUE. | 0.40 | $302.00 |
| 4/9/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORT D. HENRY. | 0.30 | $226.50 |
| 4/9/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |

Duane Morris
May 5, 2009
Page 15

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1474373

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/9/2009 | 025 | WS KATCHEN | REVIEW APRIL 3, 2009 EXPERT REPORT OF S. HAMMER. | 1.60 | $1,208.00 |
| 4/9/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORT OF G. STOCKMAN. | 0.70 | $528.50 |
| 4/9/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORT OF G. FRIEDMAN. | 0.50 | $377.50 |
| 4/9/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORT OF W. WELSH | 0.70 | $528.50 |
| 4/13/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 4/13/2009 | 025 | WS KATCHEN | REVIEW LIST OF LIBBY PROPOSED WITNESSES FOR 1129 HEARING. | 0.10 | $75.50 |
| 4/15/2009 | 025 | WS KATCHEN | REVIEW APPEAL BRIEF - DEBTOR - STATE OF CALIFORNIA | 0.30 | $226.50 |
| 4/16/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH CREDITOR UPDATE CASE. | 0.30 | $226.50 |
| 4/21/2009 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $226.50 |
| 4/22/2009 | 025 | WS KATCHEN | UPDATE DOCKET. | 0.10 | $75.50 |
| 4/23/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO STRIKE WHITEHOUSE REPORT. | 0.50 | $377.50 |
| 4/23/2009 | 025 | WS KATCHEN | REVIEW TRAVELERS CASUALTY & SURETY 30(B)(6) NOTICE OF DEPOSITION. | 0.10 | $75.50 |
| 4/23/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONE TO LONGACRE MASTER FUND. | 0.20 | $151.00 |
| 4/27/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 4/27/2009 | 025 | WS KATCHEN | REVIEW CERT. OF COUNSEL RE: 3D AMENDED CMO. | 0.10 | $75.50 |
| 4/27/2009 | 025 | WS KATCHEN | REVIEW PROPOSED 3D AMENDED CMO. | 0.20 | $151.00 |
| 4/27/2009 | 025 | WS KATCHEN | REVIEW CERT. OF COUNSEL RE: PROTECTIVE ORDER REGARDING CONFIDENTIAL MATTERS/REVIEW PROPOSED PROTECTIVE ORDER. | 0.30 | $226.50 |
| 4/27/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO MARYLAND CASUALTY CLAIMS. | 0.90 | $679.50 |
| 4/27/2009 | 025 | WS KATCHEN | RESPONSES AND OBJECTIONS OF PLAN PROPONENTS TO SCOTT'S DISCOVERY. | 0.20 | $151.00 |
| 4/27/2009 | 025 | WS KATCHEN | REVIEW CERT. AND ORDER RE: RETENTION SEALE AND ASSOCIATES. | 0.10 | $75.50 |
| 4/28/2009 | 025 | WS KATCHEN | 2D UPDATE - STATUS; MONTANA DISTRICT COURT DENIES MOTION TO DISMISS. | 0.20 | $151.00 |
| 4/30/2009 | 025 | JH LEMKIN | RESEARCH RE ED PA OPINION - ASBESTOS PRODUCTS LIABILITYU LITIGATION | 0.30 | $118.50 |
| | | | Code Total | 16.90 | $12,276.00 |

May 5, 2009
Page 16

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1474373

TOTAL SERVICES             56.40  $33,877.50

Duane Morris
May 5, 2009
Page 17

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1474373

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 4/30/2009 | PRINTING & DUPLICATING - EXTERNAL | | 980.95 |
| | | Total: | $980.95 |
| 4/30/2009 | POSTAGE | | 2.00 |
| | | Total: | $2.00 |
| 4/30/2009 | TRAVEL AWAY FROM HOME | | 279.25 |
| | | Total: | $279.25 |
| 4/2/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH&ASSOCIATES - DALLAS, TX FROM ADRIAN MAHOLCHIC AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791991603086) | | 9.24 |
| 4/2/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGELESQ. AT SENIOR V.P.GENERAL COUNSE - COLUMBIA, MD FROM ADRIAN MAHOLCHIC AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791991602425) | | 6.08 |
| 4/10/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQ. AT SENIOR VPGENERAL COUNSEL - COLUMBIA, MD FROM ADRIAN MAHOLCHIC AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799415124638) | | 6.86 |
| 4/10/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQ. AT WARREN H. SMITH& ASSOCIATES - DALLAS, TX FROM ADRIAN MAHOLCHIC AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791992326659) | | 10.11 |
| 4/13/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQ AT SR VICE PRESIDENT & GENERAL CO - COLUMBIA, MD FROM COPY CENTER AT PARCELSINC. - WILMINGTON, DE (TRACKING #957906704067) | | 7.69 |
| 4/13/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOC - DALLAS, TX FROM COPY CENTER AT PARCELSINC. - WILMINGTON, DE (TRACKING #957906704056) | | 15.32 |
| | | Total: | $55.30 |
| 4/30/2009 | COURT SEARCH SERVICE | | 16.34 |
| | | Total: | $16.34 |
| | TOTAL DISBURSEMENTS | | $1,333.84 |

Duane Morris
May 5, 2009
Page 18

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1474373

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 22.70 | 675.00 | 15,322.50 |
| 02585 | RW RILEY | PARTNER | 2.50 | 540.00 | 1,350.00 |
| 02907 | JH LEMKIN | PARTNER | 0.30 | 395.00 | 118.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 18.00 | 755.00 | 13,590.00 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 7.10 | 305.00 | 2,165.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.80 | 290.00 | 522.00 |
| 05596 | SL WOLFENDEN | PARALEGAL | 2.30 | 220.00 | 506.00 |
| 00815 | CM DOOLEY | PARALEGAL | 0.60 | 230.00 | 138.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.10 | 150.00 | 165.00 |
| | | | 56.40 | | $33,877.50 |

DUANE MORRIS LLP