**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al</u>., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, hereby certify that on June 5, 2009, I caused a copy of the foregoing ***Eighty-Seventh Monthly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2009 through April 30, 2009*** to be served upon the Notice Parties as indicated on the attached service list.

Dated: June 5, 2009
Wilmington, Delaware

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski