# Exhibit A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 3, 2009

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1483040                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2009 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.20 | hrs. at | $675.00 | /hr. = | $10,260.00 |
| RW RILEY | PARTNER | 4.40 | hrs. at | $540.00 | /hr. = | $2,376.00 |
| WS KATCHEN | OF COUNSEL | 33.10 | hrs. at | $755.00 | /hr. = | $24,990.50 |
| AC MAHOLCHIC | ASSOCIATE | 1.70 | hrs. at | $305.00 | /hr. = | $518.50 |
| BA GRUPPO | PARALEGAL | 1.90 | hrs. at | $290.00 | /hr. = | $551.00 |
| SL WOLFENDEN | PARALEGAL | 0.10 | hrs. at | $220.00 | /hr. = | $22.00 |
| DS MARRA | LEGAL ASSISTANT | 0.80 | hrs. at | $150.00 | /hr. = | $120.00 |

$38,838.00

DISBURSEMENTS
COURT SEARCH SERVICE                                        18.92
TOTAL DISBURSEMENTS                                                        $18.92

BALANCE DUE THIS INVOICE                                                   $38,856.92

PREVIOUS BALANCE                                                          $131,181.10

TOTAL BALANCE DUE                                                         $170,038.02

Duane Morris
June 3, 2009
Page 2

File # K0248-00001                                       INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/5/2009 | 004 | MR LASTOWSKI | REVIEW THIRD AMENDED CASE MANAGEMENT ORDER | 0.30 | $202.50 |
| 5/7/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/7/2009 | 004 | MR LASTOWSKI | E-MAIL TO AND FROM D. CLEMENT RE: SERVICE ISSUES | 0.10 | $67.50 |
| 5/7/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM M. LASTOWSKI RE CHANGE OF ADDRESS FOR FOSTER & SEAR. | 0.10 | $22.00 |
| 5/8/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/11/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/12/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/13/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/15/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/18/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/27/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |

Duane Morris
June 3, 2009
Page 3

File # K0248-00001                                    INVOICE #  1483040
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/29/2009 | 004 | BA GRUPPO | ON-LINE W/WESTERN DISTRICT OF PA BANKRUPTCY COURT SYSTEM FOR RETRIEVAL AND REVIEW OF DOCKET ENTRIES AND SCHEDULE/DEADLINE INFORMATION IN SKINNER ENGINE COMPANY CASE WITH RETRIEVAL & DOWNLOAD OF MEMO OPINION & ORDER RE DISCLOSURE STATEMENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OBJECTION WITH EXHIBITS, OF DEBTORS' OMNIBUS RESPONSE W/EXHIBIT, OF BRIEF/MEMO BY DEBTORS WITH EXHIBIT, OF DEBTORS' MEMO IN SUPPORT OF APPROVAL OF DISCLOSURE STMT., OF RESPONSE OF CERTAIN INSURERS, OF AMENDED OBJECTION BY TRAVELERS TO DISCLOSURE STMT. WITH EXHIBITS, OF DEBTORS' OMN RESPONSE TO OBJECTIONS W/ATTACHMENT, OF NOTICE OF HEARING PROCEEDING MEMO, OF ORDER BY COURT, OF TRAVELERS RESPONSE TO INQUIRY BY COURT, AND OF TRAVELERS JOINT BRIEF / MEMO RE ISSUES RAISED BY COURT; SUBMITTED COPY OF DOCKET AND IMAGES OF ALL DOWNLOADED PLEADINGS TO W.S.KATCHEN | 0.90 | $261.00 |
| 5/29/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 5/29/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF MEMO FROM W.S.KATCHEN RE SKINNER ENERGY BANKRUPTCY MATTER PLEADINGS, INCLUDING OPINION AND ORDER | 0.10 | $29.00 |
| | | | Code Total | 2.40 | $843.00 |

Duane Morris
June 3, 2009
Page 4

File # K0248-00001

W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/26/2009 | 005 | MR LASTOWSKI | REVIEW NOTICE OF MACERICH STATUS CONFERENCE | 0.10 | $67.50 |
| | | | Code Total | 0.10 | $67.50 |

Duane Morris
June 3, 2009
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|------|-------|-------|
| 5/19/2009 | 006 | MR LASTOWSKI | REVIEW JUDGE FITZGERALD OPINION RE: PAYMENT OF DEFAULT INTEREST TO LENDERS | 0.20 | $135.00 |
| 5/19/2009 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: JUDGE FITZGERALD OPINION RE: PAYMENT OF DEFAULT INTEREST TO LENDERS | 0.10 | $67.50 |
| 5/19/2009 | 006 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: JUDGE FITZGERALD OPINION RE: PAYMENT OF DEFAULT INTEREST TO LENDERS | 0.10 | $67.50 |
| 5/19/2009 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DECISON REFUSING TO ALLOW DEFAULT INTEREST | 0.10 | $67.50 |
| 5/27/2009 | 006 | MR LASTOWSKI | REVIEW ISSUES RELATING TO APPEAL FROM DEFAULT INTEREST DECISION | 0.40 | $270.00 |
| 5/28/2009 | 006 | MR LASTOWSKI | PREPARE FOR FILING NOTICE OF APPEAL FROM ORDER DENYING DEFAULT INTEREST | 0.50 | $337.50 |
| 5/28/2009 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING NOTICE OF APPEAL | 0.10 | $67.50 |
| 5/28/2009 | 006 | MR LASTOWSKI | E-MAIL TO K. PASQUALE RE: FILING NOTICE OF APPEAL | 0.10 | $67.50 |
| 5/28/2009 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING OF NOTICE OF APPEAL | 0.10 | $67.50 |
| | | | Code Total | 1.70 | $1,147.50 |

Duane Morris
June 3, 2009
Page 6

File # K0248-00001                                    INVOICE #  1483040
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/11/2009 | 007 | WS KATCHEN | REVIEW ACC COMMITTEE OPPOSITION TO LIBBY CLAIMANTS' MOTION. | 0.20 | $151.00 |
| 5/14/2009 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $75.50 |
| 5/19/2009 | 007 | WS KATCHEN | DENYING OBJECTION BY LENDERS, REVIEW COMMITTEE'S DRAFT OBJECTION TO PLAN. | 0.30 | $226.50 |
| 5/26/2009 | 007 | WS KATCHEN | PREPARE COMMITTEE CONFERENCE CALL 5/28. | 0.80 | $604.00 |
| 5/27/2009 | 007 | WS KATCHEN | ADDITIONAL PREPARATION COMMITTEE CONFERENCE CALL 5/28/09. | 1.40 | $1,057.00 |
| 5/28/2009 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.90 | $679.50 |
| 5/28/2009 | 007 | WS KATCHEN | EMAIL TO STROOCK. | 0.10 | $75.50 |
| 5/28/2009 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: DRAFT MOTION OF OCC TO MODIFY CMO. | 0.30 | $226.50 |
| | | | Code Total | 4.10 | $3,095.50 |

Duane Morris
June 3, 2009
Page 7

File # K0248-00001

W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/29/2009 | 009 | DS MARRA | DRAFT AND FILE CERTIFICATE OF NO OBJECTION REGARDING THE NINETY-SIXTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009 | 0.30 | $45.00 |
| | | | Code Total | 0.30 | $45.00 |

Duane Morris
June 3, 2009
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/13/2009 | 012 | DS MARRA | FILE SIXTY-SECOND MONTHLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP LLC | 0.30 | $45.00 |
| 5/28/2009 | 012 | DS MARRA | FILE CERTIFICATION OF NO OBJECTION REGARDING NINETY-SIXTH FEE APPLICATION OF STROOCK & STROOCK & LAVAN | 0.20 | $30.00 |
| | | | Code Total | 0.50 | $75.00 |

Duane Morris
June 3, 2009
Page 9

File # K0248-00001                                          INVOICE #  1483040
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/11/2009 | 015 | MR LASTOWSKI | REVIEW AMENDED 5/14/09 AGENDA | 0.20 | $135.00 |
| 5/14/2009 | 015 | MR LASTOWSKI | ATTEND 5/14/09 HEARING TELEPHONICALLY | 3.00 | $2,025.00 |
| 5/26/2009 | 015 | MR LASTOWSKI | REVIEW 6/1/09 AGENDA NOTICE AND MATTERS IDENTIFIED THEREON | 0.90 | $607.50 |
| 5/29/2009 | 015 | WS KATCHEN | REVIEW NOTICE OF AGENDA JUNE 1 HEARING. | 0.10 | $75.50 |
| | | | Code Total | 4.20 | $2,843.00 |

Duane Morris
June 3, 2009
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/27/2009 | 016 | RW RILEY | REVIEWING NOTICE OF APPEAL AND UNDERLYING OPINION ON PAYMENT OF INTEREST TO UNSECURED CREDITORS | 0.40 | $216.00 |
| | | | Code Total | 0.40 | $216.00 |

Duane Morris
June 3, 2009
Page 11

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/1/2009 | 017 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR A PROTECTIVE ORDER (LIBBY DISCOVERY) | 0.40 | $270.00 |
| 5/4/2009 | 017 | MR LASTOWSKI | REVIEW ARROW WOOD'S JUDICIAL NOTICE MOTION | 0.10 | $67.50 |
| 5/4/2009 | 017 | MR LASTOWSKI | REVIEW MOTIONS TO STRIKE WHITEHOUSE REPORT AND RELATED JOINDERS | 0.50 | $337.50 |
| 5/4/2009 | 017 | MR LASTOWSKI | REVIEW ARROWWOOD'S JOINDER TO DEBTORS' MOTION FOR A PROTECTIVE ORDER | 0.50 | $337.50 |
| 5/11/2009 | 017 | MR LASTOWSKI | E-MAIL FROM DEBTORS' COUNSEL RE: PHASE I ISSUES | 0.10 | $67.50 |
| 5/14/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE WITNESS LIST. | 0.10 | $67.50 |
| 5/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE PLAN OBJECTION | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW AND EDIT COMMITTEE PLAN OBJECTION | 1.10 | $742.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE OBJECTION TO DEBTORS' PLAN | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: COMMITTEE OBJECTION TO DEBTORS' PLAN | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS OF COMMITTEE OBJECTION TO DEBTORS' PLAN | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW ONE BEACON PLAN OBJECTION | 1.20 | $810.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE MASTER FUND PLAN OBJECTION | 0.40 | $270.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW SCOTTS COMPNAY PLAN OBJECTION | 0.10 | $67.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW FIREMANS FUND PLAN OBJECTION | 0.20 | $135.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW EDWARDS JUDGMENT CLAIMANTS' PLAN OBJECTION | 0.20 | $135.00 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW GENERAL INSURANCE PLAN OBJECTION | 0.30 | $202.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW BNSF PLAN OBJECTION | 0.30 | $202.50 |
| 5/20/2009 | 017 | MR LASTOWSKI | REVIEW ARROWWOOD OBJECTIONS TO PLAN INJUNCTION PROVISIIONS | 0.40 | $270.00 |
| 5/20/2009 | 017 | RW RILEY | REVIEWING COMMITTEE'S OBJECTION TO CONFIRMATION OF PLAN | 0.80 | $432.00 |
| 5/20/2009 | 017 | RW RILEY | REVIEWING OBJECTIONS TO CONFIRMATION OF PLAN BY VARIOUS CREDITORS AND PARTIES IN INTEREST | 1.70 | $918.00 |

Duane Morris
June 3, 2009
Page 12

File # K0248-00001

INVOICE # 1483040

W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/21/2009 | 017 | MR LASTOWSKI | REVIEW ARROWOOD'S OBJECTION TO DEBTOR'S MOTION TO SHORTEN RE: MOTION TO STRIKE EXPERT TESTIMONY | 0.10 | $67.50 |
| 5/21/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' PLAN OBJECTION | 0.90 | $607.50 |
| 5/21/2009 | 017 | MR LASTOWSKI | REVIEW ERISA PLAN OBJECTION | 0.10 | $67.50 |
| 5/26/2009 | 017 | MR LASTOWSKI | REVIEW INSURER'S DESIGNATED WITNESSES | 0.10 | $67.50 |
| 5/26/2009 | 017 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER (PLAN DISCOVERY) | 0.20 | $135.00 |
| 5/27/2009 | 017 | AC MAHOLCHIC | REVIEWING DOCKET AND CONTACTING TRAVELERS' COUNSEL TO OBTAIN OBJECTION FILED UNDER SEAL. | 0.30 | $91.50 |
| 5/27/2009 | 017 | MR LASTOWSKI | REVIEW TRAVELER'S PLAN OBJECTION (SEALED SECTION) | 0.50 | $337.50 |
| 5/27/2009 | 017 | MR LASTOWSKI | REVIEW ST. PAUL PLAN OBJECTION | 0.20 | $135.00 |
| 5/27/2009 | 017 | MR LASTOWSKI | REVIEW DRAFT NOTICE OF APPEAL (DEFAULT INTEREST ISSUE) | 0.10 | $67.50 |
| 5/28/2009 | 017 | MR LASTOWSKI | ANALYSIS OF DEBTORS' MOTION IN LIMINE (MESSRS. PRIEST AND SHEEN) | 0.40 | $270.00 |
| 5/29/2009 | 017 | AC MAHOLCHIC | PREPARING SERVICE LIST AND CERTIFICATE OF SERVICE FOR NOTICE OF APPEAL FROM ORDER DATED MAY 19, 2009. TELEPHONE WITH BANKRUPTCY COURT HELP DESK TO RESOLVE ECF EMBEDDED ERROR PREVENTING FILING AND FILING THE SAME. | 1.40 | $427.00 |
| 5/29/2009 | 017 | RW RILEY | REVIEWING OBJECTION TO PLAN CONFIRMATION | 1.50 | $810.00 |
| | | | Code Total | 14.60 | $8,686.00 |

Duane Morris
June 3, 2009
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/30/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 4/30/2009 | 025 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE. | 0.20 | $151.00 |
| 4/30/2009 | 025 | WS KATCHEN | REVIEW MEMO OPINION UNDER RULE 7056. | 0.30 | $226.50 |
| 4/30/2009 | 025 | WS KATCHEN | RESEARCH ON WHITEHOUSE ISSUE, CITED BY INSURERS. | 0.40 | $302.00 |
| 4/30/2009 | 025 | WS KATCHEN | REVIEW MOTION TO STRIKE EXPERT REPORT. | 0.80 | $604.00 |
| 5/1/2009 | 025 | WS KATCHEN | DOCKET UPDATE. | 0.20 | $151.00 |
| 5/1/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR PROTECTIVE ORDER LIBBY CLAIMANTS. | 0.20 | $151.00 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW ORDER - SCHEDULING MOTION TO STRIKE WHITEHOUSE'S EXPERT REPORT, ET AL. | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW ORDER GRANTING LIBBY CLAIMANT'S MOTION RE: CMO. | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW ORDER - OMNIBUS SETTLEMENTS. | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: CMO (DEPOSITION SCHEDULE). | 0.10 | $75.50 |
| 5/4/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR PROTECTIVE ORDER - LIBBY DEPOSITION. | 0.10 | $75.50 |
| 5/5/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 5/5/2009 | 025 | WS KATCHEN | ORDER ON OBJECTION TO MASS. DEPT. OF REVENUE. | 0.10 | $75.50 |
| 5/5/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S REQUEST TO TAKE JUDICIAL NOTICE. | 0.20 | $151.00 |
| 5/5/2009 | 025 | WS KATCHEN | ANDERSON MEMORIAL ISSUES ON APPEAL. | 0.10 | $75.50 |
| 5/5/2009 | 025 | WS KATCHEN | DESIGNATION OF RECORD OF APPEAL. | 0.10 | $75.50 |
| 5/6/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 5/8/2009 | 025 | WS KATCHEN | REVIEW RESULTS - MONTANA PRESENTATION. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | EMAILS TO STROOCK. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | EMAILS TO CREDITOR. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | UPDATE DOCKET AND REVIEW GRACE PROPOSED SETTLEMENT. | 0.20 | $151.00 |
| 5/8/2009 | 025 | WS KATCHEN | ERISA CLASS ACTION. | 0.20 | $151.00 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' PLAN SUPPLEMENT TO 1ST AMENDED JOINT PLAN. | 0.20 | $151.00 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE IN SUPPORT OF MOTION TO STRIKE EXPERT REPORT - WHITEHOUSE. | 0.40 | $302.00 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 5/11/2009 | 025 | WS KATCHEN | REVIEW AGENDA 5/14/09. | 0.10 | $75.50 |
| 5/13/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.30 | $226.50 |

Duane Morris
June 3, 2009
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1483040

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 5/13/2009 025 | WS KATCHEN | REVIEW CAPSTONE REPORT ON ERISA SETTLEMENT. | 0.20 | $151.00 |
| 5/19/2009 025 | WS KATCHEN | REVIEW OPINION. | 0.30 | $226.50 |
| 5/20/2009 025 | WS KATCHEN | REVIEW LIMITED OBJECTION OF BANK LENDER GROUP TO LIBBY CLAIMANTS' MOTION. | 0.10 | $75.50 |
| 5/20/2009 025 | WS KATCHEN | REVIEW ONE BEACON AMERICAN INS. CO. AND SEATON INS. RESPONSE TO KANEB. | 0.10 | $75.50 |
| 5/20/2009 025 | WS KATCHEN | REVIEW ACC OPPOSITION TO LIBBY CLAIMANTS' MOTION. | 0.10 | $75.50 |
| 5/20/2009 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE TO LIBBY CLAIMANTS' MOTION TO STRIKE EXPERT REPORT. | 0.20 | $151.00 |
| 5/20/2009 025 | WS KATCHEN | REVIEW P. ZILLY EXPERT REPORT. | 0.30 | $226.50 |
| 5/21/2009 025 | WS KATCHEN | REVIEW DOCKET. | 0.30 | $226.50 |
| 5/22/2009 025 | WS KATCHEN | UPDATE DOCKET. | 0.30 | $226.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW FINAL WITNESS LIST-PLAN PROPONENTS. | 0.10 | $75.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW DRAFT ORDER (WHITEHOUSE) AND CERTIFICATION OF COUNSEL. | 0.20 | $151.00 |
| 5/22/2009 025 | WS KATCHEN | REVIEW CERTIFICATION RE: IRS. | 0.10 | $75.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW JOINT MOTION TO REMAND. | 0.10 | $75.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW DEBTORS' COUNTER-DESIGNATION OF RECORD ON APPEAL. | 0.10 | $75.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW ARROWOOD'S OBJECTION. | 0.10 | $75.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW ERISA PLAINTIFFS' LIMITED OBJECTION TO PLAN. | 0.10 | $75.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW ALLSTATE INSURANCE OBJECTION TO PLAN. | 0.30 | $226.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW OBJECTION OF SCOTTS CO. TO PLAN. | 0.50 | $377.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW OBJECTION OF STATE OF MONTANA. | 0.50 | $377.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW OBJECTION BY BANK LENDERS TO PLAN. | 0.50 | $377.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW UST OBJECTION TO PLAN. | 0.10 | $75.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' OBJECTION. | 1.70 | $1,283.50 |
| 5/22/2009 025 | WS KATCHEN | REVIEW ARROWOOD'S PHASE II OBJECTIONS TO PLAN. | 0.60 | $453.00 |
| 5/26/2009 025 | WS KATCHEN | ANALYSIS FINAL PLAN OBJECTIONS BY INSURERS/SCOTTS. | 1.70 | $1,283.50 |
| 5/26/2009 025 | WS KATCHEN | REVIEW ZURICH INSURANCE CO. PLAN OBJECTION. | 0.10 | $75.50 |
| 5/26/2009 025 | WS KATCHEN | REVIEW ALLSTATE INSURANCE CO. PLAN OBJECTIONS. | 0.20 | $151.00 |
| 5/26/2009 025 | WS KATCHEN | REVIEW OBJECTION TO BNSF TO PLAN. | 0.40 | $302.00 |
| 5/26/2009 025 | WS KATCHEN | REVIEW OBJECTION BY FED INSURANCE CO. | 0.30 | $226.50 |

Duane Morris
June 3, 2009
Page 15

File # K0248-00001
　　W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/26/2009 | 025 | WS KATCHEN | REVIEW OBJECTION BY GEICO AND REPUBLIC INSURANCE CO., TO PLAN. | 0.50 | $377.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MOTION TO STRIKE EXPERT REPORT B. HEINZE. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING MINIMUM CONTRIBUTIONS TO DEFINED BENEFIT PENSION PLANS. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW STIPULATION AMENDING ORDER RETENTION M. SANDERS. | 0.10 | $75.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW APPLICATION FOR RETENTION BY DEBTORS OF SPECIAL LITIGATION COUNSEL. | 0.20 | $151.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW CLAIMS OBJECTION - MADISON COMPLEX INC. | 0.30 | $226.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW LIMITED OBJECTION BY TYCO HEALTHCARE GROUP TO PLAN. | 0.10 | $75.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW FINAL OBJECTION TO PLAN - ONE BEACON AM. INS. | 0.80 | $604.00 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW EXHIBITS TO ONE BEACON AM. INC. OBJECTION. | 0.70 | $528.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORT JAMES SHEIN. | 0.30 | $226.50 |
| 5/26/2009 | 025 | WS KATCHEN | REVIEW DEPOSITION TESTIMONY P. VAN LOCKWOOD. | 0.20 | $151.00 |
| 5/27/2009 | 025 | WS KATCHEN | RESEARCH IN RE: GROSSMAN'S 400 B.R. 429 (D. DEL. 2009) CITED BY STATE OF MONTANA. | 0.20 | $151.00 |
| 5/27/2009 | 025 | WS KATCHEN | REVIEW TRAVELERS' OBJECTION TO PLAN. | 0.70 | $528.50 |
| 5/27/2009 | 025 | WS KATCHEN | REVIEW EXHIBITS FILED WITH TRAVELERS' OBJECTION. | 0.20 | $151.00 |
| 5/27/2009 | 025 | WS KATCHEN | ADDITIONAL ANALYSIS/REVIEW FINAL PLAN OBJECTIONS - LIBBY CLAIMANTS. | 0.90 | $679.50 |
| 5/28/2009 | 025 | WS KATCHEN | REVIEW DRAFT MOTION OF OCC TO MODIFY CMO OUTLINE SUGGESTED REVISIONS. | 0.40 | $302.00 |
| 5/28/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE: CLASSIFICATION OF CLAIMS OF MORGAN STANLEY SENIOR FUNDING. | 0.10 | $75.50 |
| 5/29/2009 | 025 | WS KATCHEN | COORDINATE FILING APPEAL. | 0.20 | $151.00 |
| 5/29/2009 | 025 | WS KATCHEN | ATTENTION TO PLAN OBJECTION. | 1.80 | $1,359.00 |
| 5/29/2009 | 025 | WS KATCHEN | RESEARCH PLAN ISSUES RAISED BY INSURERS. | 1.20 | $906.00 |
| 5/29/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW EXPERT REPORTS FOR INSURERS J. SHEIN AND G. PRIEST. | 1.30 | $981.50 |

Duane Morris
June 3, 2009
Page 16

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/29/2009 | 025 | WS KATCHEN | REVIEW INSURER'S PLAN OBJECTION - SKINNER ENGINE & COURT'S OPINION - FORWARD TO STROOCK. | 1.10 | $830.50 |
| | | | Code Total | 27.30 | $20,611.50 |

Duane Morris
June 3, 2009
Page 17

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1483040

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/20/2009 | 026 | WS KATCHEN | ATTENTION TO LIBBY PLAN OBJECTION AND POTENTIAL RESOLUTION/JUDICIAL DETERMINATION. | 1.60 | $1,208.00 |
| | | | Code Total | 1.60 | $1,208.00 |

Duane Morris
June 3, 2009
Page 18

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1483040

TOTAL SERVICES
      57.20   $38,838.00

Duane Morris
June 3, 2009
Page 19

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1483040

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--------|--------|
| 5/31/2009 | COURT SEARCH SERVICE | | 18.92 |
| | | Total: | $18.92 |
| | TOTAL DISBURSEMENTS | | $18.92 |

Duane Morris
June 3, 2009
Page 20

File # K0248-00001

INVOICE #  1483040

    W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 15.20 | 675.00 | 10,260.00 |
| 02585 | RW RILEY | PARTNER | 4.40 | 540.00 | 2,376.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 33.10 | 755.00 | 24,990.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 1.70 | 305.00 | 518.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.90 | 290.00 | 551.00 |
| 05596 | SL WOLFENDEN | PARALEGAL | 0.10 | 220.00 | 22.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 0.80 | 150.00 | 120.00 |
| | | | 57.20 | | $38,838.00 |