# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 6/25/2009 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF FOURTH APPLICATION OF ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE PERIOD
FROM MAY 1, 2009 THROUGH MAY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2009 to May 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $16,308.00  [80% of $20,385.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $747.20 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Pending | Pending |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour. In this Application period Judge Sanders performed 45.3 hours of services as PD FCR, for a total amount billed of $20,385.00, of which 80% is currently sought, in the amount of $16,308.00.

This is the Fourth Application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 39.3 hours | $17,685.00 |
| Travel | 12 hours | $2,700.00 |
| TOTAL | 51.3 hours | $20,385.00 |

Detail of the fees billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of June, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____


Case 01-01139-AMC    Doc 21996    Filed 06/05/09    Page 4 of 10

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of June, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of June, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

*45.3 ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address: 19 Water Street*
*Charleston, SC 29401*

INVOICE FOR PROFESSIONAL SERVICES 5/1/09 to 5/31/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

In re W. R. Grace, No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 5/1/09 | Review of objection to the plan | 0.3 |
| 5/5/09 | Arrangements to meet Alan B. Rich, Esq., counsel for PD FCR (hereafter "counsel") in Washington | 0.1 |
| 5/5/09 | Preparations for meeting with counsel, W. R. Grace CFO and lawyers representing Grace re confirmation issues | 1.0 |

5/8/09 and 5/9/09

> I explain the travel time on these two dates because of the unusual circumstances which resulted in a great deal more time being devoted than anticipated on these dates. I traveled to Columbia, Maryland, for the purpose of conferring with Hudson LaForce, Mark Shelnitz, and Ted Freedman on confirmation issues. I had every intention of flying to Washington, D.C., driving to Columbia, Maryland, and returning to Charleston, S.C., on the same date. My flight to Charleston was cancelled, and after missing two standby flights, I was forced to spend the night in Washington and fly to Charleston the next day. My travel time, not counting the time spent in the Washington hotel, totaled 12 hours, billed as usual at one-half time.

6.0

<u>INVOICE 5/1/09 to 5/31/09</u>
Page 2

| | | |
|---|---|---:|
| 5/8/09 | Conference at W.R. Grace headquarters, Columbia, Maryland, as described above and discussions with counsel before and after the conference. | 3.0 |
| 5/12/09 | Exchange of e-mail with counsel on the confirmation issues and the matter of the inter-creditor agreement. | 0.3 |
| 5/14/09 | Recapitulation of charges 9/22/08 through 2/20/09 as required by paragraph II.D.5. of the U.S. Trustee Guidelines | 3.0 |
| 5/15/09 | Telephone conference with counsel regarding confirmation issues and position of the Property Damage Trust | 0.3 |
| 5/16/09 | Review of various materials from W. R. Grace CFO relating to dilution issue, including SEC Form 10-K (67 pages) plus attachments (105 pages); Annual Report (11 pages); Company Overview (36 pages); and hypothetical Long-Term Core EBITDA | 3.5 |
| 5/18/09 | Recapitulation of charges 3/1/09 - 4/28/09 as per above | 1.5 |
| 5/18/09 | Telephone conference with counsel regarding his conference with PD Trust on confirmation issues | 0.5 |
| 5/20/09 | Review of Objection by Tyco Healthcare Group LP to the Confirmation of the Debtors' First Amended Joint Plan of Reorganization | 0.1 |
| | Review of various objections to the above plan, including Objections of BNSF Railway Company (25 pages), Objection by ERISA Plaintiffs' (26 pages), Objections by Zurich Insurance Company and Zurich International (6 pages), Objection by Maryland Casualty Company (28 pages) | 1.5 |
| | Review of Debtors' Motion re: the minimum contributions to the pension plans (15 pages) | 0.3 |

<u>INVOICE 5/1/09 to 5/31/09</u>
Page 3

|  |  |  |
|---|---|---|
|  | Review of e-mail counsel to Theodore Freedman confirming telephone discussion re: discovery, objection, PD FCR being "plan proponent," possible future feasability objection | 0.2 |
| 5/21/09 | Exchange of e-mail with counsel re: above objections | 0.1 |
|  | Review of further objections to above plan, including Objection of Longacre Master Fund and Longacre Capital Partners (44 pages), Objection of Garlock Sealing Technologies (17 pages), Objection of Anderson Memorial Hospital (35 pages), Objection of The Edwards Judgment Claimants (24 pages), Objection of Morgan Stanley (24 pages) | 2.4 |
|  | Review of Motions by City of Vancouver, School District 68 Nanaimo-Ladysmith and Anderson Memorial Hospital (31 pages) | 0.5 |
| 5/24/09 | Review of documents re: Appeals of Anderson Memorial Hospital, including: Notices of Appeal from (1) Memorandum Order of April 13, 2009; (2) Memorandum Opinion and Order of April 14, 2009; (3) Statements of Issues on Appeal; (4) Designations of Items on Appeal; (5) Amended Statements of Issues; (6) Amended Designations (all of the foregoing total 44 pages) | 0.8 |
| 5/27/09 | Review of documents, including AXA Belgium's Objection to the above Plan (5 pages); Objection of Certain London Market Insurance Companies to the Plan (15 pages); City of Vancouver's Joinder and School District 68 Nanaimo-Ladysmith's Joinder in Anderson Memorial Hospital's Objection (2 pages); Maryland Casualty Company's Disputed Classification Declaration (3 pages) | 0.5 |
|  | Review of documents, including depositions of George L. Priest (60 pages); Jeffrey Posner (90 pages); Richard Charles Finke (55 pages); Peter Van N. Lockwood (110 pages) | 5.4 |

INVOICE 5/1/09 to 5/31/09

| | | |
|---|---|---|
| 5/30/09<br>5/31/09 | Review of documents, including depositions of David T. Austern (63 pages) and exhibits in connection therewith (278 pages); Richard Finke (96 pages) and exhibits in connection therewith (418 pages) | 14.00 |

(Numbers of pages refer to substantive pages only, not certificates of service, indexes, etc.)

    45.3 @ $450/hour =    $    20,385.00

    Expenses
    (receipts attached)              747.20

       TOTAL:         $    21,32.20

Expenses
(Receipts Attached)

Travel to Columbia, Maryland, and return to Charleston, SC,
for 4/8/09 conference with Hudson LaForce, et al.

| | | |
|---|---|---:|
| Taxi fare | $ | 10.00 |
| Meal | | 34.50 |
| Airport parking | | 30.00 |
| Air Fare | | 672.70 |
| Total | $ | 747.20 |