IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 3, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: September 22, 2009 at 10:30 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 21656

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Thirty-Second Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2009 through March 31, 2009 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 3, 2009[1] at 4:00 p.m.

Dated: June 5, 2009                                     FERRY, JOSEPH & PEARCE, P.A.

                                                         /s/ Lisa L. Coggins
                                                        Michael B. Joseph (No. 392)
                                                        Theodore J. Tacconelli (No. 2678)
                                                        Lisa L. Coggins (No. 4234)
                                                        824 Market Street, Suite 904
                                                        P.O. Box 1351
                                                        Wilmington, DE 19899
                                                        Tel:    (302) 575-1555
                                                        Fax:   (302) 575-1714

                                                        *Counsel to the Official Committee of*
                                                        *Asbestos Property Damage Claimants*

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.