**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al | ) | Case No.:  01-01139 (JKF) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF DEPOSITION OF PAMELA D. ZILLY

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Continental

Casualty Insurance, Transportation Insurance Company and their American insurance affiliates,

by an through their undersigned counsel, will take the deposition of Pamela D. Zilly.   The

deposition will commence at **9:30 am on July 2, 2009** at the offices of Kirkland & Ellis, 601

Lexington Avenue, New York, NY 10022 and will continue from day to day thereafter until

complete.  The deposition will be taken before a qualified, certified shorthand reporter or other

officer authorized by law to administer oaths.

Dated:  June 5, 2009

Respectfully submitted by,

Edward B. Rosenthal (Bar No. 3131)
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

Michael S. Giannotto (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

LIBW/1710505.1

Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Continental Casualty Insurance,*
*Transportation Insurance Company and*
*their American insurance affiliates*

2