## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 5th day of June, 2009, that a copy of the foregoing *Notice of Deposition of Pamela D. Zilly* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware to all registered parties **and** by U.S. Mail, postage prepaid to the individuals on the attached service list.

                                                       Edward B. Rosenthal (Bar No. 3131)

Kirkland & Ellis LLP
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

The Law Offices of Janet S. Baer P.C.
Janet S. Baer
70 W. Madison St., Suite 2100
Chicago, IL 60602

Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue
New York, NY 10152

Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005

Campbell & Levin, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801

Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10036

Buchanan, Ingersoll & Rooney PC
Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801