# SIXTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009)

## ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 4/1/09 through 4/30/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 8.20 | $5,822.00 |
| S. Cunningham | Member | $710 | 12.00 | $8,520.00 |
| R. Frezza | Consultant | $625 | 27.30 | $17,062.50 |
| J. Dolan | Consultant | $420 | 57.00 | $23,940.00 |
| M. DeSalvio | Research | $170 | 7.30 | $1,241.00 |
| N. Backer | Paraprofessional | $110 | 3.90 | $429.00 |
| **For the Period 4/1/09 through 4/30/09** | | | **115.70** | **$57,014.50** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 4/1/09 through 4/30/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared a report to the Committee regarding the Debtor's retention of Seale as financial advisors. | 7.40 | $3,333.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest analyses related to general unsecured claims and discussed with counsel. | 9.30 | $5,207.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions, counsel reports regarding Libby Criminal Trial and recent depositions. | 7.20 | $3,959.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed CEO motion and prepared a report to Counsel thereon. | 8.30 | $4,653.50 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant discussed with counsel certain environmental claims. | 2.80 | $1,647.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January, February and March monthly fee statements, as well as the 21st Quarterly fee application. | 10.00 | $3,078.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding February monthly operating reports, Q1 09 press release, as well as the investor presentation. | 6.20 | $2,981.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses related to the 2009 Business Plan including analyzing 2008 full year results, actual to prior year results and 1Q09 results. Prepared a report to the Committee thereon. | 31.30 | $17,760.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed IRS tax settlement motion and related Exhibits, had various discussions with Blackstone and the Debtors and prepared a report to the Committee thereon. | 25.90 | $13,153.50 |
| 21. Research | During the Fee Application period, the Applicant conducted Peer and other economic indicator analyses for 2009 Business Plan Report. | 7.30 | $1,241.00 |
| **For the Period 4/1/09 through 4/30/09** | | **115.70** | **$57,014.50** |

**Capstone Advisory Group, LLC   Page 1 of 1**
Invoice for the April 2009 Fee Application
# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 4/1/09 through 4/30/09**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 4/1/2009 | R. Frezza | 1.10 | Read and analyzed Seale motion in connection with report to the Committee and discussed issues with counsel. |
| 4/1/2009 | J. Dolan | 2.10 | Prepared report to the Committee regarding retention of Seale as financial advisor for sale of assets. |
| 4/2/2009 | J. Dolan | 2.40 | Prepared report to the Committee regarding the Debtors' retention of Seale as financial advisors. |
| 4/3/2009 | J. Dolan | 1.30 | Reviewed Seale report to the Committee with counsel, incorporated final changes and distributed to Committee. |
| 4/8/2009 | J. Dolan | 0.50 | Reviewed Seale's qualifications received from Debtor related to retention of financial advisor. |
| Subtotal | | 7.40 | |
| 03. Claims Analysis & Valuation | | | |
| 4/2/2009 | E. Ordway | 0.40 | Read and analyzed counsel's memo re: recent court hearing related to ZAI claims settlement. |
| 4/8/2009 | E. Ordway | 0.50 | Read and analyzed counsel's memo re: resolution of proof of claims. |
| 4/14/2009 | J. Dolan | 1.20 | Prepared analysis related to unsecured interest. |
| 4/15/2009 | E. Ordway | 0.90 | Directed staff in preparing/updating interest claim analysis. |
| 4/16/2009 | J. Dolan | 2.50 | Prepared general unsecured interest analyses and discussed with counsel. |
| 4/16/2009 | R. Frezza | 1.90 | Discussed non-lender GUC interest calculation with counsel; provided guidance to counsel on scenarios. |
| 4/22/2009 | R. Frezza | 1.90 | Prepared various interest scenario analyses per counsel's request. |
| Subtotal | | 9.30 | |
| 04. Creditor Committee Matters | | | |
| 4/2/2009 | J. Dolan | 0.50 | Read and analyzed counsel's memo regarding R. Finke deposition. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2009 | E. Ordway | 0.30 | Read and analyzed counsel's memo re: Richard Finke deposition. |
| 4/3/2009 | R. Frezza | 1.50 | Discussed with counsel revised CEO and Seale motion memos and reviewed counsel's memo regarding the synopsis of the omnibus hearing. |
| 4/8/2009 | E. Ordway | 0.60 | Read and analyzed counsel's memo re: Libby Trial status. |
| 4/13/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 4/15/2009 | R. Frezza | 0.80 | Read and analyzed detail memo from counsel on Libby Criminal Trial update. |
| 4/21/2009 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 4/28/2009 | J. Dolan | 0.70 | Discussed with Lender case update and status. |
| 4/29/2009 | E. Ordway | 0.70 | Read counsel's memo re: Libby trial. |
| Subtotal | | 7.20 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/1/2009 | R. Frezza | 1.30 | Read and analyzed CEO motion and prepared/reviewed report and discussed issues with counsel. |
| 4/1/2009 | J. Dolan | 1.40 | Reviewed LTIP report with counsel and made final revisions and distributed to the Committee. |
| 4/2/2009 | R. Frezza | 1.00 | Finalized CEO motion report and Seale report to the Committee. |
| 4/2/2009 | J. Dolan | 1.00 | Prepared report to the Committee regarding CEO employment agreement and extension of term. |
| 4/3/2009 | J. Dolan | 1.20 | Reviewed CEO agreement report with counsel, incorporated final changes and distributed to the Committee. |
| 4/6/2009 | S. Cunningham | 2.40 | Read and analyzed CEO agreement and report to committee thereon. |
| Subtotal | | 8.30 | |

06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/6/2009 | R. Frezza | 2.30 | Read and discussed with counsel, the motion seeking approval for two stipulations resolving proofs of claim for environmental response costs filed by APU and Amtrak. |
| 4/6/2009 | J. Dolan | 0.50 | Read and analyzed counsels' memo regarding environmental costs. |
| Subtotal | | 2.80 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **07. Fee Applications & Invoices** | | | |
| 4/1/2009 | J. Dolan | 1.10 | Prepared February fee application. |
| 4/6/2009 | N. Backer | 0.30 | Prepared January and February fee statements for emailing and filing with the court. |
| 4/13/2009 | E. Ordway | 0.30 | Prepared fee application. |
| 4/13/2009 | N. Backer | 1.50 | Prepared March fee statement. |
| 4/13/2009 | J. Dolan | 0.80 | Finalized January 2009 fee application. |
| 4/13/2009 | J. Dolan | 0.70 | Finalized February 2009 fee application. |
| 4/13/2009 | J. Dolan | 1.00 | Prepared March fee application. |
| 4/14/2009 | J. Dolan | 1.00 | Prepared quarterly fee application. |
| 4/15/2009 | N. Backer | 1.00 | Prepared March fee statement. |
| 4/23/2009 | J. Dolan | 1.20 | Prepared March fee application. |
| 4/30/2009 | N. Backer | 1.10 | Prepared the 21st Quarterly fee application. |
| Subtotal | | 10.00 | |
| **08. Financial Analysis - Schedules & Statements** | | | |
| 4/10/2009 | E. Ordway | 0.90 | Read and analyzed latest monthly operating report. |
| 4/13/2009 | E. Ordway | 0.40 | Continued to read February operations report and listed items to staff to investigate. |
| 4/13/2009 | J. Dolan | 2.30 | Read and analyzed February monthly operating reports. |
| 4/27/2009 | J. Dolan | 1.40 | Read and analyzed 1Q09 press release and prepared snapshot analysis. |
| 4/29/2009 | J. Dolan | 1.20 | Read and analyzed Investor Presentation filed with form 8K by the Debtors. |
| Subtotal | | 6.20 | |
| **09. Financial Analysis - Business Plan** | | | |
| 4/2/2009 | R. Frezza | 1.10 | Revised various interest scenarios and reviewed responses from Company on 2009 Plan. |
| 4/6/2009 | R. Frezza | 2.30 | Performed 2009 Plan analyses at request of counsel. |

Capstone Advisory Group, LLC  
Invoice for the April 2009 Fee Application

Page 3 of 5

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/9/2009 | S. Cunningham | 2.60 | Read and analyzed Business Plan analysis. |
| 4/13/2009 | J. Dolan | 0.50 | Discussed with counsel business plan report to the Committee and other matters. |
| 4/15/2009 | J. Dolan | 1.10 | Prepared analyses related to 2009 business plan for report to the Committee. |
| 4/16/2009 | E. Ordway | 0.80 | Analyzed peer group valuation data based on 2008 financial information. |
| 4/17/2009 | J. Dolan | 2.20 | Prepared analysis for business plan report to the Committee. |
| 4/20/2009 | R. Frezza | 0.50 | Analyzed 2009 Plan and prepared report to the Committee. |
| 4/20/2009 | J. Dolan | 2.80 | Prepared Business Plan analyses including analysis of 4th quarter and restructuring plan including observations. |
| 4/20/2009 | J. Dolan | 1.90 | Prepared analyses for 2009 Business Plan report to the Committee including consolidated performance summary and EBIT bridges. |
| 4/20/2009 | J. Dolan | 1.10 | Prepared Business Plan analyses including 2008 actual vs Plan and related observations. |
| 4/20/2009 | J. Dolan | 1.20 | Prepared Business Plan analyses including year-over-year observations and gross margin trends. |
| 4/21/2009 | E. Ordway | 0.80 | Prepared/edited report on business plan. |
| 4/21/2009 | R. Frezza | 1.30 | Discussed with counsel request for information and litigation impact related to the 2009 Business Plan. |
| 4/21/2009 | S. Cunningham | 2.40 | Read and analyzed Business Plan analysis. |
| 4/22/2009 | J. Dolan | 1.60 | Prepared analyses for Business Plan report to the Committee. |
| 4/22/2009 | E. Ordway | 0.80 | Continued to prepare/edit business plan report for the Committee. |
| 4/24/2009 | S. Cunningham | 1.30 | Read and analyzed Q1 09 results. |
| 4/24/2009 | R. Frezza | 2.80 | Read and analyzed Q1 09 earnings report, continued 2009 Plan review and prepared report to the Committee. |
| 4/27/2009 | R. Frezza | 2.20 | Read and analyzed Q1 09 results; continued 2009 Plan review. |
| Subtotal | | 31.30 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/23/2009 | J. Dolan | 2.60 | Read and analyzed draft motion related to IRS settlement motion and researched issue. |

Capstone Advisory Group, LLC  
Invoice for the April 2009 Fee Application

Page 4 of 5

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/23/2009 | R. Frezza | 1.10 | Read and analyzed latest tax settlement motion/conferred with counsel on thoughts re: settlement issues. |
| 4/28/2009 | R. Frezza | 1.80 | Read and analyzed IRS tax motion. |
| 4/28/2009 | J. Dolan | 3.80 | Read and analyzed tax motion related to IRS Settlement including Exhibits. |
| 4/28/2009 | J. Dolan | 1.50 | Analyzed data related to IRS Settlement and prepared request for additional information from Debtors. |
| 4/28/2009 | J. Dolan | 1.90 | Prepared report to the Committee regarding IRS tax settlement agreement related to SLL Carryback. |
| 4/29/2009 | E. Ordway | 0.50 | Prepared/edited report to the Committee re: IRS tax settlement. |
| 4/29/2009 | R. Frezza | 2.40 | Read and analyzed IRS tax motion; prepared questions for Debtors in preparation for call with Blackstone; Read and analyzed ERISA settlement motion. |
| 4/29/2009 | J. Dolan | 1.40 | Prepared report to the Committee regarding SLL Carryback tax settlement. |
| 4/30/2009 | S. Cunningham | 3.30 | Read and analyzed IRS settlement. |
| 4/30/2009 | J. Dolan | 3.20 | Prepared analyses and related report to the Committee based on the proposed IRS Settlement. |
| 4/30/2009 | E. Ordway | 0.30 | Continued to prepare/edit report on tax issue. |
| 4/30/2009 | J. Dolan | 0.80 | Called counsel to discuss IRS tax settlement motion and related issues. |
| 4/30/2009 | J. Dolan | 1.30 | Prepared for and participated in call with Debtors and Blackstone related to IRS tax settlement. |
| Subtotal | | 25.90 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/20/2009 | M. DeSalvio | 5.30 | Updated peer analysis for Business Plan Report. |
| 4/22/2009 | M. DeSalvio | 2.00 | Continued Business Plan Review update. |
| Subtotal | | 7.30 | |
| **Total Hours** | | **115.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4/1/09 through 4/30/09

| Date | Professional | Detail | | Amount |
|---|---|---|---|---|
| Photocopies | | | | |
| 4/16/2009 | Capstone Expense | Photocopies - 94 @ .10 ea | | $9.40 |
| Subtotal - Photocopies | | | | $9.40 |
| Research | | | | |
| 4/15/2009 | Capstone Expense | Pacer subscription service | | $77.44 |
| 4/15/2009 | Capstone Expense | Factiva subscription service | | $8.85 |
| Subtotal - Research | | | | $86.29 |
| Telecom | | | | |
| 4/9/2009 | Capstone Expense | Intercall - conference call service | | $24.39 |
| 4/17/2009 | Capstone Expense | April Telecom – Saddle Brook office | $95.48 | |
| Subtotal - Telecom | | | | $24.39 |
| For the Period 4/1/09 through 4/30/09 | | | | $ 215.56 |

Capstone Advisory Group, LLC
Invoice for the April 2009 Fee Application

Page 1 of 1