IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 21667)**

On May 14, 2009, Buchanan Ingersoll & Rooney PC, ("Buchanan"), former[1] co-counsel to the Official Committee of Equity Holders, filed its Thirty-Second Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2009 through March 31, 2009 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 3, 2009. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                      **SAUL EWING LLP**

                                      /s/ Teresa K.D. Currier
                                  Teresa K.D. Currier (No. 3080)
                                  222 Delaware Avenue, Suite 1200
                                  P.O. Box 1266
                                  Wilmington, DE  19899
                                  (302) 421-6826
                                  (302) 421-5861 (Fax)

                                  Proposed Delaware Counsel to the Official
                                  Committee of Equity Holders

---

[1] Teresa K.D. Currier Esquire left the firm of Buchanan Ingersoll on May 15, 2009, and the Official Committee of Equity Security Holders elected to transfer its Delaware counsel role to her new firm, Saul Ewing LLP. Saul Ewing will be filing a retention application shortly, seeking approval of its retention as Delaware counsel to the Equity Committee.

KRLS/Wilm 58748v1

|  |  |
|---|---|
|  | -and- |
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Philip Bentley, Esq.<br>Douglas H. Mannal, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 |
| Dated: June 8, 2009 | Co-Counsel to the Official Committee<br>of Equity Holders |

KRLS/Wilm 58748v1