**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., ET AL.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. 21730** |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, certify that on May 19, 2009, I served a copy of the *Notice of Filing Of the Twenty-First Quarterly Interim Application Of Capstone Advisory Group, LLC, Financial Advisors To The Official Committee Of Unsecured Creditors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred (For The Period From January 1, 2009 Through March 31, 2009)*, upon the individuals on the attached Service List by first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 8, 2009
      Wilmington, Delaware                            /s/ Michael R. Lastowski
                                                        Michael R. Lastowski (DE 3892)
                                                         DUANE MORRIS LLP
                                                         1100 North Market Street, Suite 1200
                                                         Wilmington, DE 19801
                                                         302.657-4900