IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Ref. Nos. 21245 & 21599** |

**CERTIFICATION OF COUNSEL OF LIBBY CLAIMANTS**
**RE: AFFIDAVIT OF DR. ALAN C. WHITEHOUSE**

1. On April 9, 2009, Arrowood Indemnity Company ("Arrowood") filed its Motion of Arrowood Indemnity Company f/k/a Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order [Docket No. 21245] (the "Motion"), seeking, *inter alia*, to strike Dr. Whitehouse's expert report on the basis that he allegedly failed to produce the databases and documents that he relied upon in his expert reports. The Motion was noticed for hearing on May 14, 2009 (the "May 14 Hearing"). The Libby Claimants[1] on May 8, 2009, filed the Libby Claimants' (A) Response to Motion to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order and Joinders Filed by Various insurers and (B) Cross-Motion for Entry of Protective Order [Docket No. 21599] (the "Libby Response"), responding, *inter alia*, to Arrowood's allegation that Dr. Whitehouse's 550 database was withheld by noting that the database was not relied upon by Dr. Whitehouse in his most recent reports and has not been maintained by Dr. Whitehouse since 2005-2006. An affidavit from Dr. Whitehouse stating the same was attached to the Libby Response as Exhibit B.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

{W0000265.}

2. The Court heard arguments on the Motion at the May 14 Hearing. During the course of the hearing the Court requested that Dr. Whitehouse submit a second affidavit explaining the status of the 550 database. See May 14, 2009 Hearing Transcript, p. 126:19-23. Accordingly, attached is an affidavit from Dr. Whitehouse explaining the circumstances by which the database is no longer available in electronic format.

Dated: June 8, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Kerri Mumford_
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*