## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF DR. ALAN C. WHITEHOUSE

STATE OF WASHINGTON )
                              ):ss
County   of   Spokane   )

      DR. ALAN C. WHITEHOUSE, being first duly sworn upon oath, deposes and states as follows:

1. I am Dr. Alan C. Whitehouse, of 28810 North Milan Road, Chattaroy, WA 99003.

2. I am licensed in Washington and Montana. I am Board Certified in pulmonology and internal medicine. I currently practice chest medicine at the Center for Asbestos Related Disease (CARD) in Libby, Montana, where we have over 1,800 active cases of asbestos disease from exposure to Libby asbestos. I have practiced pulmonary medicine in Spokane, Washington, from 1969 - 2004, and in Libby, Montana, from 2004 to date.

3. The "550 database," was a database which I kept on my computer up to about 2005 or 2006. I have previously submitted an affidavit, signed May 7, 2009, describing the "550 database" in specific detail.

4. Approximately three years ago, the computer on which I kept the "550 database" suffered a crash. I was able to retrieve a few files immediately after the crash. The "550 database" was not one of the files that I could or did salvage.

5. I then took the computer--an Acer laptop--to a professional computer technician in Deer Park, WA, with the hope that it could be restored. He attempted to salvage files from the machine on my behalf, but was unable to do so. He was not able to salvage or restore the "550 database."

6. After the professional computer technician attempted but was unable to restore my computer, I was advised to replace the hard drive on the laptop. I replaced the hard drive with a brand new hard drive, and threw away the old hard drive that was in the Acer laptop at the time of the crash and which contained the "550 database." I no longer have that old hard drive. Nor do I still have that Acer laptop, which I gave to my daughter for her own personal use.

7. Other than my copy of the "550 database" that was on the Acer laptop, I maintained no other CD or digital copies of the "550 database." I believe that as a result of this crash of my Acer laptop, the "550 database" was permanently lost.

DATED this 8th day of June, 2009.

_____
Alan C. Whitehouse, M.D.

SUBSCRIBED AND SWORN to before me this 8th day of June, 2009.

(SEAL)
Notary Public
State of Washington
JULIA A. IVES
MY COMMISSION EXPIRES
March 18, 2012

Notary Public for the State of Washington Julia A Ives
County of Spokane
Residing at: Colbert Washington
My Commission Expires: March 18, 2012