IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of a copy of the *Statement Of Issues To Be Presented On Appeal And Designation Of Items For Record On Appeal* was made on June 8, 2009 upon the individuals identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 2, 2009         */s/ Michael R. Lastowski*
Wilmington, Delaware        Michael R. Lastowski

DM3\1023739.2