IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. 21911 |

**BANK LENDER GROUP'S DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL AND
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Certain lenders under the Prepetition Bank Credit Facilities[1] (the "Bank Lender Group"),[2] by and through the Bank Lender Group's undersigned counsel, in connection with its appeal[3] of the Order and Memorandum Opinion Sustaining Debtors' Objection to Unsecured Claims Insofar as Claims Include Postpetition Interest at the Contract Default Rate entered on the docket on May 19, 2009 [Dkt No. 21747] (the

---

[1] The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements"). The Credit Agreements are attached as Exs. A and B to the Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., filed August 15, 2008 [Dkt No. 19322].

[2] The Bank Lender Group includes (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management LLC; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital, LLC, (viii) DE Shaw Laminar Portfolios, LLC; (ix) Goldman Sachs & Co. (as ex officio member); (x) Halcyon Asset Management LLC; (xi) Intermarket Corp.; (xii) JP Morgan Chase, N.A. Credit Trading Group; (xiii) Loeb Partners Corporation; (xiv) MSD Capital, L.P.; (xv) Normandy Hill Capital, L.P.; (xvi) Onex Debt Opportunity Fund Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Restoration Capital Management, LLC; and (xix) Royal Bank of Scotland, PLC. The Bank Lender Group, together with all holders of claims under the Credit Agreements, including the previous holders of such claims, are collectively referred to as the "Bank Lenders."

[3] The Bank Lender Group's Notice of Appeal was filed on May 29, 2009 [Dkt. No. 21911].

672.001-26681.doc

"<u>Order and Decision</u>"), hereby files this Designation of Items to be Included on the Record on Appeal and Statement of Issues to be Presented to the United States District Court for the District of Delaware pursuant to Rule 8006 of Fed.R.Bankr.P.

| Appellant's Exhibits | Dkt No. | Item Description |
|---|---|---|
| | <u>01-11378</u> | |
| 1 | 18922 | Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Notice, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Form of Order, # 8 Certificate of Service and Service List). |
| 2 | 19036 | Transcript of Hearing held on June 23, 2008. |
| 3 | 19051 | The Official Committee of Equity Holders' Joinder to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Affidavit). |
| 4 | 19072 | Response of the Official Committee of Unsecured Creditors to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Attachment Declaration of Lewis Kruger, # 5 Certificate of Service). |
| 5 | 19073 | Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B (Part 1 of 2), # 3 Exhibit B (Part 2 of 2), # 4 Exhibit C, # 5 Attachment). |
| 6 | 19074 | Joinder of J.P. Morgan Chase N.A., as Bank Agent, in the Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated May 14, 1998 and May 5, 1999. |
| 7 | 19210 | Transcript of Hearing held on July 21, 2008. |

| | | |
|---|---|---|
| 8 | 19321 | Declaration in Support of Edwin N. Ordway, Jr. In Support of the Response of the Official Committee of Unsecured Creditors to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service). |
| 9 | 19322 | Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., in its Capacity as Administrative Agent Under the Pre-Petition Bank Credit Facilities, in Support of the Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B (Part 1 of 2), # 3 Exhibit B (Part 2 of 2), # 4 Exhibit C, # 5 Exhibit D). |
| 10 | 19323 | Affidavit /Declaration of Robert M. Tarola in Support of Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Certificate of Service and Service List). |
| 11 | 19324 | Affidavit /Declaration of Mark A. Shelnitz in Support of Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Certificate of Service and Service List). |
| 12 | 19325 | Affidavit of Pamela D. Zilly in Support of Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 18922 ).<br><br>(Attachments: # 1 Exhibit A, # 2 Certificate of Service and Service List). |
| 13 | 19329 | Affidavit/Declaration of Service of Affidavit of Charles O. Freedgood. |
| 14 | 19417 | Order Regarding Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998, and May 5, 1999, and Rescheduling Hearing from September 15, 2008 to September 29, 2008, immediately following conclusion of the omnibus. |
| 15 | 19476 | Brief in Support of Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999. |

|   |   |   |
|---|---|---|
|   |   | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Affidavit of Service and Service Lists). |
| 16 | 19477 | Joinder of the Official Committee of Unsecured Creditors in the Pre-Trial Memorandum of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999. (Attachments: # 1 Certificate of Service). |
| 17 | 19478 | Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999. |
| 18 | 19479 | Exhibit /Compendium of Exhibits and Exhibit 1 to Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 19478). (Attachments: # 1 Exhibit 1 (Part 1 of 3), # 2 Exhibit 1 (Part 2 of 3), # 3 Exhibit 1 (Part 3 of 3)). |
| 19 | 19480 | Exhibit 2 - 8 to Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 19479 , 19478 ). (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8). |
| 20 | 19481 | Exhibit 9 to Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 19479, 19478). (Attachments: # 1 Exhibit 9 (Part 2 of 3), # 2 Exhibit 9 (Part 3 of 3)) |
| 21 | 19482 | Exhibit 10 -15 to Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 19479 , 19478 ). (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15). |
| 22 | 19483 | Exhibit 16 - 19 to Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 19479 , 19478 ). |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19) |
| 23 | 19484 | Exhibit 20 - 22 to Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 19479, 19478).<br><br>(Attachments: # 1 Exhibit 21, # 2 Exhibit 22). |
| 24 | 19487 | Exhibit 23 to Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s) 19479, 19478).<br><br>(Attachments: # 1 Exhibit 23 (part 2 of 2)) (Ellis, Landon). |
| 25 | 19485 | Joinder in the Pre-Trial Memorandum in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999. |
| 26 | 19538 | Sur-Reply to Debtors' Trial Brief in Support of Objection (related document(s) 19073, 18922, 19478, 19476).<br><br>(Attachments: # 1 Affidavit of Service). |
| 27 | 19574 | Motion to Strike the Bank Lender Group's Sur-Reply or, in the Alternative, Motion for Leave to File a Sur-Reply in Support of Debtors' Objection to the Unsecured Claims Asserted Under the Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: # 1 Proposed Form of Order, # 2 Certificate of Service and Service List). |
| 28 | 19579 | Chapter 11 Plan of Reorganization of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of September 19, 2008. |
| 29 | 19580 | Exhibit Book (related document(s) 19579 ). Filed by W.R. Grace & Co., et al. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, and # 24 Exhibit 24). |
| 30 | 19581 | Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The |

| | | |
|---|---|---|
| | | Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of September 19, 2008. |
| 31 | 19601 | Order Granting Bank Lender Group's Motion for Leave to File Sur-Reply to Debtors' Trial Brief in Support of Objection. |
| 32 | 19602 | Order (MODIFIED) Granting Debtors' Motion for Leave to File Sur-Reply in Support of Debtors' Objection to Unsecured Claims Asserted Under the Credit Agreements Dated as of May 14, 1998, and May 5, 1999. |
| 33 | 19609 | Reply /Sur-Reply In Support Of Debtors' Objection To The Unsecured Claims Asserted Under The Credit Agreements Dated As Of May 14, 1998 And May 5, 1999 (related document(s) 19602, 18922, 19574). |
| 34 | 19620 | Motion to Approve Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief. Filed by W.R. Grace & Co., et al.<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service and Service List). |
| 35 | 19622 | Reply [Corrected] Debtors' Motion to Strike the Bank Lender Group's Sur-Reply or, In The Alternative, Motion for Leave to File a Sur-Reply In Support Of Debtors' Objection to the Unsecured Claims Asserted Under the Credit Agreements Dated As Of May 14, 1998 and May 5, 1999 (related document(s) 19609). |
| 36 | 19874 | Transcript of Hearing held on September 29, 2008. |
| 37 | 19988 | Notice of Service Of Amendment to Disclosure Statement Objection Chart, Blackline of Plan Of Reorganization And Blackline of Disclosure Statement - Agenda Item No. 1- (related document(s) 19579, 19581, 19848).<br><br>(Attachments: # 1 Attachment -Disclosure Statement Objection Chart (Amended 11/10/08), # 2 Exhibit A, # 3 Exhibit B). |
| 38 | 19989 | Notice of Filing Of Revised And New Exhibits To Disclosure Statment Exhibit Book - Agenda Item No. 1- (related document(s) 19581).<br><br>(Attachments: # 1 Exhibit 2, # 2 Exhibit 4 part 1, # 3 Exhibit 4 part 2, # 4 Exhibit 6, # 5 Exhibit 12) |
| 39 | 19990 | Notice of Filing Of Amendments To Proposed Confirmation And Solicitation Procedures - Agenda Item No. 2- (related document(s) |

| | | |
|---|---|---|
| | | 19620).<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D-part 1, # 5 Exhibit D-part 2, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J). |
| 40 | 20666 | First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated February 3, 2009. |
| 41 | 20667 | Amended Disclosure Statement for First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated February 3, 2009. |
| 42 | 20872 | First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos P.I. Future Claimants Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009. |
| 43 | 20873 | Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February 27, 2009. |
| 44 | 20874 | Exhibit Book to the First Amended Joint Plan of Reorganization (related document(s) 20668).<br><br>(Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 29, # 29 Exhibit 30, # 30 Exhibit 31, # 31 Exhibit 32, # 32 Exhibit 33, # 33 Table of Contents). |
| 45 | 20877 | Exhibit Corrected Exhibit 25 to Exhibit Book to First Amended Joint Plan of Reorganization (related document(s) 20874 ).<br><br>(Attachments: # 1 Exhibit A). |
| 46 | 20905 | Exhibit (Corrected Ex 12) re: Exhibit Book to the First Amended Joint |

|    |       |                                                                                                                                                                                                      |
|----|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |       | Plan of Reorganization (related document(s) 20874 ).<br><br>(Attachments: # 1 Certificate of Service).                                                                                                |
| 47 | 20919 | Exhibit (Second Corrected) EXHIBIT 12 to the Book to the First Amended Joint Plan of Reorganization (related document(s) 20874 ).<br><br>(Attachments: # 1 Certificate of Service).                  |
| 48 | 21747 | Memorandum Opinion and Order with respect to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998, and May 5, 1999.                     |
| 49 | 21905 | Notice of Appeal from Order Dated May 19, 2009.<br>Filed by Official Committee of Unsecured Creditors of W.R. Grace & Co., et al.<br><br>(Attachments: # 1 Certificate of Service).                  |
| 50 | 21911 | Notice of Appeal. Filed by Bank Debt Holders.<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service).                                                                         |

STATEMENT OF ISSUES ON APPEAL

Whether the Bankruptcy Court erred in rendering its Order and Decision on the following grounds found by the Bankruptcy Court:

1. No defaults exist under the Credit Agreements because:

    a. No evidence was presented to substantiate a default on the Bank Lenders' claims pursuant to the Credit Agreements;

    b. No default had occurred as a matter of fact, or could occur as a matter of law, that triggered the default rate under the Credit Agreements;

    c. The Debtors' bankruptcy filing *per se* is not a permissible basis for invoking the contract default interest rate under the Credit Agreements because section 365(e) of the Bankruptcy Code prohibits enforcement of the provisions of the Credit Agreement providing for default interest upon a bankruptcy filing as an *ipso facto* clause; and

    d. The Bank Lender Group agrees that no prepetition interest is owed on the Bank Lenders' claims under the Credit Agreement.

2. Under section 726(a)(5) of the Bankruptcy Code, the "legal rate" is the federal judgment rate.

3. The chairman of the Official Committee of Unsecured Creditors ("Creditors' Committee") had the authority to bind, and did bind individual members of the Creditors' Committee and non-members of the Creditors' Committee, including the current Bank Lenders, to an agreement to receive payment at an interest rate other than that provided under such creditor's contract(s), as applicable.

4. The Debtors' solvency has not been established.

Dated: Wilmington, Delaware  
       June 8, 2009

Respectfully submitted,

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
Rebecca R. Zubaty
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile (212) 757-3990

*Attorneys for The Bank Lender Group*