## CERTIFICATE OF SERVICE

I, James S. Green, Jr., Esquire hereby certify that on June 8, 2009, a true and correct copy of the foregoing *Bank Lender Group's Designation of Items to Be Included in the Record on Appeal and Statement of Issue to Be Presented on Appeal* was caused to be served on the attached list in the manner indicated:

_____
James S. Green, Jr. (No. 4406)

672.001-26679.DOC

W.R. Grace & Co., et al.
Case No. 01-01139 (JKF)

Service List for Designation of Items and
Statement of Issue to Be Presented on Appeal

*Via hand-delivery*
(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

*Via first class mail*
(Counsel to Debtors)
Theodore L. Freedman, Esquire
Eric F. Leon, Esquire
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022

*Via hand-delivery*
David Klauder, Esquire
Office of the United States Trustee
844 N. King Street
Wilmington, DE  19801

*Via hand delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Via hand delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

*Via first class mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Via first class mail*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Via hand delivery*
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19801

*Via hand-delivery*
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

*Via hand-delivery*
The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, DE 19801

*Via first class mail*
(Counsel to Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*Via hand-delivery*
(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips, Jr, Esquire.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Via first class mail*
(Counsel to Debtors)
David M. Bernick, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Via first class mail*
(Counsel to Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

*Via first class mail*
(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Via first class mail*
(Counsel to Asbestos PD Future Claimants' Representative)
Alan B. Rich, Esquire
Attorney and Counselor
Elm Place
1401 Elm Street, Suite 4620
Dallas, TX 75201