

**RPC**
analysis-research-planning
1220 19th Street, NW
Suite 700
Washington, D.C. 20036
Phone (202) 797-1111
Fax (202) 797-3619

June 8, 2009

Elli Leibenstein
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

Dear Mr. Leibenstein:

Attached is a list of updated numbers to my report (Rebuttal Report of B. Thomas Florence, PhD to the Expert Report of Dr. Alan Whitehouse April 6, 2009) based on some updates to the database that I relied upon. I am also sending an updated database.

Sincerely,

B. Thomas Florence
ARPC
President

**Updates to Report**

|    | Page No. | Paragraph         | Original Value | Updated Value |
|----|----------|-------------------|----------------|---------------|
| 1  | Page 4   | last paragraph    | 1,676          | 1,753         |
| 2  | Page 4   | Footnote 3        | 1,539          | 1,591         |
| 3  | Page 5   | Table 3-1 Column 1| 9              | 10            |
| 4  | Page 5   | Table 3-1 Column 5| 326            | 372           |
| 5  | Page 5   | Table 3-1 Column 6| 25.1%          | 27.5%         |
| 6  | Page 5   | Table 3-1 Column 7| 955            | 963           |
| 7  | Page 5   | Table 3-1 Column 8| 73.5%          | 71.1%         |
| 8  | Page 5   | Table 3-1 Column 9| 1,299          | 1,354         |
| 9  | Page 5   | Footnote 4        | 1,671          | 1,753         |
| 10 | Page 5   | Footnote 4        | 28             | 30            |
| 11 | Page 5   | Footnote 4        | 272            | 287           |
| 12 | Page 5   | Footnote 4        | 77             | 82            |
| 13 | Page 5   | Footnote 4        | Two            | Three         |