IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. _____ |

## ORDER GRANTING LIBBY CLAIMANTS' MOTION TO RECONSIDER MODIFIED ORDER GRANTING IN PART MOTION OF ARROWOOD INDEMNITY COMPANY, F/K/A/ ROYAL INDEMNITY COMPANY TO STRIKE WHITEHOUSE EXPERT REPORT OR, ALTERNATIVELY, COMPEL THE PRODUCTION OF DOCUMENTS AND DATABASES ON WHICH HE RELIES AND FOR ENTRY OF A CONFIDENTIALITY ORDER

Upon the Libby Claimants' Motion to Reconsider Modified Order Granting in Part Motion of Arrowood Indemnity Company, f/k/a Royal Indemnity Company to Strike Whitehouse Expert Report or, Alternatively, Compel the Production of Documents and Databases on Which He Relies and for Entry of a Confidentiality Order (the "Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is GRANTED.

Dated: July _____, 2009
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge