# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 4/6/09 @ 4:00pm |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF JANUARY 1, 2009, THROUGH JANUARY 31, 2009, FOR THE QUARTERLY FEE PERIOD OF JANUARY THROUGH MARCH 2009**

| | |
|---|---|
| Name of Applicant: | <u>Woodcock Washburn LLP</u> |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention as Special Litigation Counsel: | <u>Retention Order entered January 22, 2003</u> |
| Date of Retention as Ordinary Course Professional: | <u>Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.</u> |
| Period for which compensation and reimbursement is sought | <u>January 2009</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$ 32,103.50</u> |
| Amount of Expense Reimbursement sought | <u>$ 0.00</u> |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of January 2009. This is the 70th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 44th monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |

| | | | |
|---|---|---|---|
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1 – 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1 – 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1 – 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1 – 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1 – 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| 12/1 – 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1 – 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1 – 5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1 – 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 – 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 – 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 – 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 – 10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1 – 11/30/07 | January 22, 2008 | 2,911 | – |
| 12/1 – 12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |
| 1/1 – 1/31/08 | March 13, 2008 | 32,984.00 | – |

| 2/1 – 2/29/08 | April 28, 2008 | 21,984.00 | |
| --- | --- | --- | --- |
| 3/1 – 3/31/08 | May 7, 2008 | 4,302.00 | 560.00 |
| 4/1 – 4/30/08 | June 12, 2008 | 4,332.00 | – |
| 5/1 – 5/31/08 | July 7, 2008 | 445.00 | 10.79 |
| 6/1 – 6/30/08 | None Submitted | – | – |
| 7/1 – 7/31/08 | September 19, 2008 | 19,266.00 | – |
| 8/1 – 8/31/08 | October 14, 2008 | 11,601.50 | – |
| 9/1 – 9/30/08 | November 11, 2008 | 8,379.00 | 762.00 |
| 10/1 – 10/31/08 | December 11, 2008 | 11,056.50 | – |
| 11/1 – 11/30/08 | January 22, 2009 | 14,683.50 | 14.12 |
| 12/1 – 12/31/08 | February 6, 2009 | 30,541.00 | 9.00 |
| TOTAL | | $3,405,379.50 | $783,347.41 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with six substantive matters, which are detailed in the attached fee schedule for the matters. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
| --- | --- | --- | --- | --- | --- | --- |
| Gary H. Levin | Partner | 1976 | IP Litigation | $570.00 | 41.8 | $23,826.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $475.00 | 0.8 | $380.00 |
| John E. Harrelson | Associate | 2001 | IP Counseling | $325.00 | 23.7 | $7,702.50 |
| Noreen Garonski | Paralegal | | IP Prosecution | $195.00 | 1.0 | $195.00 |

Total Fees: $32,103.50
Blended Rate: $477.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for 80% of the amount of $32,103.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($25,682.80), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

        Respectfully submitted

Dated: March 13, 2009

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA 19104
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JANUARY 1, 2009, THROUGH JANUARY 31, 2009

**WRG-0068**
**MULTI-ADDITIVE AND CATALYST LOADING SYSTEM**

| 01/22/2009 | GHL | Review of office action and newly cited references; review of pending specification and claims, and consideration of response to be made. | 0.80 |
|---|---|---|---|

                                                                       SERVICES              $    456.00

| GHL | GARY H. LEVIN | 0.80 | hours @ | $570.00 |
|---|---|---|---|---|

                      **INVOICE TOTAL**              $    456.00

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 01/05/2009 | NG | Receipt and review of Notice of Publication from the United States Patent and Trademark Office; obtaining copy of publication, preparation of correspondence to client forwarding copy of publication and notice; and formalization of file to reflect same. | 1.00 |
|---|---|---|---|

|  | SERVICES |  | $ | 195.00 |

| | NG | NOREEN GARONSKI | 1.0 | hours @ | $195.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                   $     195.00

## WRG-0089
## STUDY OF THIRD-PARTY PATENT RELATING
## TO OLEFIN POLYMERIZATION CATALYST

| 01/05/2009 | GHL | Continued drafting of opinion of invalidity of third-party patent relating to polymerization catalysts; | 5.00 |
|---|---|---|---|
| 01/06/2009 | GHL | Final editing of opinion and dispatch of same to Mr. Maggio. | 0.70 |

SERVICES $ 3,249.00

| | GHL | GARY H. LEVIN | 5.70 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**           $     **3,249.00**

## WRG-0090 (W-9798-00)
## OLEFIN POLYMERIZATION CATALYST

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/07/2009 | JAH | Review of Mr. Schmidt's comments, editing the application; | 2.70 |
| 01/12/2009 | JAH | Conference call with Mr. Schmidt concerning the application draft and Mr. Maggio's question, editing the application; | 2.30 |
| 01/13/2000 | JAH | Editing the application; | 1.90 |
| 01/15/2009 | JAH | Review and analysis of an incorporation of Messrs. Schmidt's and Maggio's comments, editing the application; | 1.80 |
| 01/16/2009 | JAH | Review and analysis of the comments from the inventors and Mr. Maggio, editing the application; | 1.40 |
| 01/19/2009 | JAH | Editing the application and figures; | 2.30 |
| 01/21/2009 | JAH | Review and analysis of inventor comments, conference call with Mr. Schmidt concerning said comments, editing the application; | 2.10 |
| 01/22/2009 | GHL | Review and revision to draft application; | 1.80 |
| 01/22/2009 | JAH | Editing the application based on comments from Messrs. Schmidt and Maggio; | 1.20 |
| 01/23/2009 | GHL | Further review and revision to patent application; | 1.20 |
| 01/23/2009 | JAH | Editing the application to incorporate comments from Messrs. Schmidt and Maggio; | 1.40 |
| 01/26/2009 | GHL | Review communication and revisions from Mr. Maggio and inventor; further review and revision to draft patent application; | 0.40 |
| 01/26/2009 | JAH | Editing the application. | 1.80 |

**SERVICES**   $   8,080.50

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 3.40 | hours @ | $570.00 | |
| JAH | JOHN A. HARRELSON | 18.90 | hours @ | $325.00 | |

**INVOICE TOTAL**   $   8,080.50

## WRG-0092
### STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/07/2009 | GHL | Review case law on inequitable conduct relevant to prosecution of third-party patents under consideration, telephone conference with Messrs Maggio and Cross regarding that issue, and further conference regarding invalidity and non-infringement of the patents; work on outline of points to be addressed in summary of the analysis and various defenses to possible assertion of the patents against Grace; | 5.30 |
| 01/09/2009 | GHL | Analysis of non-infringement opinion on third-party patents; | 0.70 |
| 01/12/2009 | GHL | Further analysis of non-infringement issue; | 0.50 |
| 01/14/2009 | DRB | Analysis of potential claim construction positions with Gary Levin; | 0.80 |
| 01/14/2009 | GHL | Further analysis of infringement issues; conference with Woodcock counsel Dave Bailey regarding same; | 1.00 |
| 01/15/2009 | GHL | Work on written summary of defense to possible charges of infringement of third-party patents relating to particulate conveyancing equipment; | 0.70 |
| 01/16/2009 | GHL | Further work on written summary of defenses; | 6.20 |
| 01/19/2009 | GHL | Further work on opinion regarding defenses to third-party patents; | 4.80 |
| 01/20/2009 | GHL | Work on summary of defenses; | 6.20 |
| 01/22/2009 | GHL | Finalization of summary of defenses and dispatch of same to Messrs. Maggio and Cross; | 2.40 |
| 01/27/2009 | GHL | Review of memorandum regarding issues and subject patents in preparation for scheduled telephone conference with Mr. Cross, participation in telephone conference to review issues, and preliminary changes to draft memorandum in view of same; | 1.60 |
| 01/30/2009 | GHL | Revisions to summary of defenses. | 2.00 |

SERVICES                                    $   18,278.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 31.40 | hours @ | $570.00 |
| DRB | DAVID R. BAILEY | 0.80 | hours @ | $475.00 |

**INVOICE TOTAL**                           $   18,278.00

## WRG-0093 (W-9853-00)
## OLEFIN POLYMERIZATION PROCESS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/09/2009 | JAH | Preparation of patent application on Disclosure W9853-00, including review of the disclosure and results of preliminary patentability study as received from Mr. Maggio; | 2.00 |
| 01/12/2009 | GHL | Review of invention disclosure material and communication to Mr. Harrelson regarding the invention and preliminary assessment of scope of patentable claims; | 0.50 |
| 01/22/2009 | JAH | Review and analysis of the invention disclosure, drafting claims; | 1.00 |
| 01/29/2009 | JAH | Review of disclosure material, call to inventor, consideration of claim scope; | 0.80 |
| 01/30/2009 | JAH | Conference call with Xinggao Fang concerning the invention and drafting claims. | 1.00 |

SERVICES  $ 1,845.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 0.50 | hours @ | $570.00 | |
| JAH | JOHN A. HARRELSON | 4.80 | hours @ | $325.00 | |

**INVOICE TOTAL**  $ 1,845.00