IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on this 8th day of June 2009, certain lenders under the Prepetition Bank Credit Facilities[1] (the "Bank Lender Group"),[2] by their undersigned counsel, caused true and correct copies of the Bank Lender Group's list of exhibits and exhibits related to Phase I of the confirmation hearing to be served upon the persons listed on the attached list via Electronic Mail.

PLEASE TAKE FURTHER NOTICE that the Bank Lender Group expressly reserves its rights with respect to this Court's jurisdiction to adjudicate the issues that it has appealed to the United States District Court for the District of Delaware, as more fully set forth in the Bank Lender Group Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [D.I. 21544], and the Notice of Appeal [D.I. 21911]. The Bank Lender Group submits, among other things, that the Bank

---

[1] The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements"). The Administrative Agent under the Credit Agreements submitted proofs of claim nos. 9159 and 9168 dated March 27, 2003 for amounts owed on account of the Credit Agreements.

[2] The Bank Lender Group includes (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management LLC; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital, LLC, (viii) DE Shaw Laminar Portfolios, LLC; (ix) Goldman Sachs & Co. (as ex officio member); (x) Halcyon Asset Management LLC; (xi) Intermarket Corp.; (xii) JP Morgan Chase, N.A. Credit Trading Group; (xiii) Loeb Partners Corporation; (xiv) MSD Capital, L.P.; (xv) Normandy Hill Capital, L.P.; (xvi) Onex Debt Opportunity Fund Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Restoration Capital Management, LLC; and (xix) Royal Bank of Scotland, PLC.

672.001-26677.DOC

Lender Group's appeal has divested this Court of jurisdiction to consider the issues adjudicated in the May 19, 2009 Memorandum Opinion and accompanying Order Sustaining Debtors' Objection to Unsecured Claims Insofar as Claims Include Postpetition Interest at the Contract Default Rate [D. I. 21747], including, but not limited to, the issue of whether creditors, including the Bank Lenders, classified within Class 9 are impaired. Therefore, the Bank Lender Group's exhibit list and exhibits are submitted on a precautionary basis in the event an order is entered later determining that this Court has jurisdiction to consider at this time the issues that have been appealed.

Date:   June 8, 2009

**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
Rebecca R. Zubaty
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for The Bank Lender Group*

672.001-26677.DOC

W.R. Grace & Co., et al.
Case No. 01-01139 (JKF)

Service List
List of Exhibits and Exhibits related to Phase I

*(Counsel to Debtors)*
KIRKLAND & ELLIS LLP
David Bernick david.bernick@kirkland.com
Christopher T. Greco christopher.greco@kirkland.com
Criag A. Bruens craig.bruens@kirkland.com
Theodore L. Freedman theodore.freedman@kirkland.com
Barbara Harding bharding@kirkland.com
Brian Stansbury bstansbury@kirkland.com
Andrew Running arunning@kirkland.com
Kimberly Love klove@kirkland.com
Travis Langenkamp travis.langenkamp@kirkland.com
Heather Bloom heather.bloom@kirkland.com
Karen F. Lee karen.f.lee@kirkland.com
David Boutrous david.boutrous@kirkland.com

*(Counsel to Equity Committee)*
KRAMER LEVIN NAFTALIS &
FRANKEL LP
Philip Bentley pbentley@kramerlevin.com
Douglas Mannal dmannal@kramerlevin.com
Greg Horowitz ghorowitz@kramerlevin.com
David Blabey dblabey@kramerlevin.com

*(Counsel to Asbestos PI Future Claimants' Representative)*
PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips jcp@pgslaw.com

*(Counsel to the Debtors)*
PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill joneill@pszjlaw.com
Timothy P. Cairns tcairns@pszjlaw.com
Kathleen P. Makowski kmakowski@pszjlaw.com

*(Counsel to Debtors)*
THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer jbaer@jsbpc.com

*(Counsel to Equity Committee)*
SAUL EWING LLP
Teresa K.D. Currier tcurrier@saul.com

*(Counsel to Official Committee of Unsecured Creditors)*
DUANE MORRIS LLP
Michael R. Lastowski mlastowski@duanemorris.com

*(Counsel to the Official Committee of Unsecured Creditors)*
STROOCK & STROOCK & LAVAN LLP
Lewis Kruger lkruger@stroock.com
Kenneth Pasquale kpasquale@stroock.com
Arlene G. Krieger akrieger@stroock.com

*(Counsel to the Official Committee of Asbestos Personal Injury Claimants)*
CAMPBELL & LEVINE, LLC
Marla Rosoff Eskin meskin@camlev.com
Mark T. Hurford mhurford@camlev.com

672.001-26677.DOC

*(Counsel to Property Damage Claimants)*
FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph mjoseph@ferryjoseph.com
Theodore J. Tacconelli ttacconelli@ferryjoseph.com

*(Counsel to Official Committee of Property Damage Claimants)*
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena sbaena@bilzin.com
Jay Sakalo jsakalo@bilzin.com

*(Counsel to Official Committee of Asbestos Personal Injury Claimants)*
ANDERSON, KILL & OLICK, P.C.
Robert M. Horkovich rhorkovich@andersonkill.com

*(Counsel to Asbestos PD Future Claimants' Representative)*
ALAN RICH LAW FIRM
Alan B. Rich arich@alanrichlaw.com

*(Counsel to the ACC)*
CAPLAN & DRYSDALE
Jeffrey A. Liesemer jal@capdale.com
Peter Van N. Lockwood pvnl@capdale.com
Nathan Finch ndf@capdale.com
Elihu Inselbuch ei@capdale.com
James Wehner jpw@capdale.com
Bernie Bailor bsb@capdale.com
Walter Slocombe wbs@capdale.com

*(Counsel to Asbestos PI Future Claimants' Representative)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel rfrankel@orrick.com
Richard H. Wyron rwyron@orrick.com
Debra L. Felder dfelder@orrick.com
Mary A. Wallace mwallace@orrick.com
Jonathan Guy jguy@orrick.com
Kathleen Orr korr@orrick.com
Peri Mahaley pmahaley@orrick.com
Joshua Cutler jcutler@orrick.com

672.001-26677.DOC