# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court                          824 Market Street
David D. Bird                           Wilmington, DE  19801
                                        (302) 252-2900

                                        Date: June 9, 2009

To:  Clerk of Court
     U.S. District Court
     District of Delaware
     Wilmington De 19801

**Re: WR Grace**

**Appeal No.  09-34**

**Bankruptcy Case #01-1139 JKF**

Enclosed you will find: **Anderson Memorial Hospital's   Notice of Appeal: docket #21379,
Order #21257,**

 **Appellant designation #21532, #21533**

**Appellee Designation #21682**

Kindly acknowledge receipt of this  document. Betsy_Magnuson@DEB.uscourts.gov

                              Sincerely,
                              /s/ Betsy Magnuson_____
                              Deputy Clerk

I  hereby acknowledge receipt of the above transferred record this ___day of _____2007.


By:_____
       Deputy Clerk


                              _____ Supervisor

**Appellants Counsel:**
Anderson Memorial Hospital
Christopher D Loizides
Loizides P.A.
1225 King Street
Suite 80
Wilmington DE 19801
302-654-0248


**Appellee  Counsel:**
**David W. Carickhoff, Jr**
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899
302-652-4100

1.