# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: June 9, 2009

To: Clerk of Court  
U.S. District Court  
District of Delaware  
Wilmington De 19801

**Re: WR Grace**

**Appeal No. 09-36**

**Bankruptcy Case #01-1139 JKF**


Enclosed you will find: **Anderson Memorial Hospital's   Notice of Appeal: docket #21409, Order #21406,**

**Appellant designation #21562, #21563**

**Appellee Designation #21738**


Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                            Sincerely,  
                                            /s/ Betsy Magnuson  
                                            Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___ day of _____ 2007.


By:_____  
     Deputy Clerk

                                            _____ Supervisor

<pre>Case 01-01139-AMC    Doc 22024    Filed 06/09/09    Page 2 of 2</pre>

**Appellants Counsel:**
Anderson Memorial Hospital
Christopher D Loizides
Loizides P.A.
1225 King Street
Suite 80
Wilmington DE 19801
302-654-0248


**Appellee Counsel:**

**David W. Carickhoff, Jr**
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899
302-652-4100

1.