IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: June 29, 2009 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**THIRTY-NINTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 – April 30, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $32,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $136.20 |

This is a __x__ monthly    ___ interim    ___ final application

---

[1] PJC has voluntarily reduced its Monthly Fee for the month of April 2009 to $40,000 from $50,000 based on the amount of work performed and the nature of the services provided.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### APRIL 1-30, 2009

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 30.0 | NA |
| Case Administration Related | 7.5 | NA |
| Financial Analysis Related | 52.8 | NA |
| Hearings | 3.3 | NA |
| **TOTAL** | **93.6** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Out-of-Pocket Expenses *(April 1, 2009 – April 30, 2009)*

**TOTAL Out-of-Pocket Expenses:**            $   136.20

Respectfully submitted,

PIPER JAFFRAY & CO.

By: */S/ JASON SOLGANICK*
    Jason Solganick
    150 East 42nd St.
    New York, New York 10017
    (212) 284-9586
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: June 1, 2009

---

[2] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.