# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### April-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 4/1/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 4/1/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/1/2009 | 2.3 | Hearings | Telephonic court hearing |
| Pei Huang | 4/1/2009 | 6.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 4/2/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 4/2/2009 | 2.5 | Business Operations | Meeting with the FCR |
| Jason Solganick | 4/2/2009 | 2.5 | Business Operations | Meeting with the FCR |
| Jason Solganick | 4/2/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/2/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/2/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/3/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Desiree Davis | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/3/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 4/3/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/6/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/6/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 4/6/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/6/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 4/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/6/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 4/7/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 4/7/2009 | 2.0 | Case Administration | Review court docket and prepartion of filings |
| Bryan Cloncs | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/8/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/8/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
**April-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 4/9/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/10/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 4/13/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Desiree Davis | 4/13/2009 | 3.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 4/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/13/2009 | 3.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 4/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/15/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/16/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/17/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/20/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/21/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/22/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/22/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/23/2009 | 2.0 | Business Operations | Review of Tax Settlement Motion |
| Desiree Davis | 4/23/2009 | 2.0 | Business Operations | Review of Tax Settlement Motion |
| Desiree Davis | 4/23/2009 | 1.5 | Business Operations | Review of Tax Settlement Motion |
| Jason Solganick | 4/23/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 4/24/2009 | 1.0 | Business Operations | Review of Tax Settlement Motion |
| Bryan Cloncs | 4/27/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 4/27/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 4/27/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/27/2009 | 1.0 | Hearings | Telephonic court hearing |
| Pei Huang | 4/27/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 4/28/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 4/28/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 4/28/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 4/28/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 4/28/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/28/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 4/28/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 4/28/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 4/28/2009 | 6.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/29/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 4/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |
| Desiree Davis | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |
| Jason Solganick | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |
| Jason Solganick | 4/30/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 4/30/2009 | 0.5 | Business Operations | Call to discuss Tax Settlement Motion |