# EXHIBIT B

**W.R. Grace**
**Detail of expenses (April 1, 2009 – April 30, 2009)**

PACER
Jason Solganick                    04/23/09              $  136.20

                    **Total Research:**              **$   136.20**


**TOTAL EXPENSES:**                          **$  136.20**