# EXHIBIT A

**WR Grace**
**April 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Hearing | 2.3 |
| | Review docket | 0.6 |
| | Prepare FCR presentation | 8.0 |
| Thu 2 | Prep FCR presentation | 2.0 |
| | FCR presentation/discussion | 3.0 |
| Fri 3 | F/U FCR questions, Project Allen | 5.0 |
| | Review docket | 0.7 |
| Mon 6 | Review docket | 0.4 |
| Tue 7 | Review docket | 1.0 |
| Wed 8 | Prep Grace March fee app | 1.5 |
| | Review docket | 0.8 |
| Thu 9 | Prep Grace March fee app | 1.0 |
| | Review docket | 0.7 |
| Fri 10 | Review docket | 1.2 |
| Mon 13 | Review docket | 0.4 |
| | Market review, chemicals | 2.1 |
| Tue 14 | Review docket | 2.1 |
| Wed 15 | Review docket | 0.6 |
| | Review plan docs disc | 1.5 |
| Thu 16 | Review docket | 1.2 |
| | Review plan docs disc | 1.5 |
| Mon 20 | Review docket | 0.3 |
| Tue 21 | Review docket | 0.5 |
| Wed 22 | Review/analyze motion on tax issues | 3.5 |
| | Review docket | 0.7 |
| Thu 23 | Review /analyze earnings announcement | 1.5 |
| | Review docket | 0.9 |
| Fri 24 | Review/analyze SEC 8-K filing | 2.0 |
| | Review docket | 1.3 |
| Mon 27 | Omnibus hearing | 0.9 |
| | Comparable review | 1.7 |
| | Review docket | 0.4 |
| Tue 28 | Review ERISA settlement | 0.8 |
| | Review docket | 0.7 |
| Wed 29 | Review docket | 0.6 |
| Thu 30 | Tax call w/Grace, Blackstone | 0.5 |
| | Review docket | 0.8 |
| | TOTAL TIME (HRS) | 54.7 |