# EXHIBIT B

**W.R. Grace**
**Detail of expenses (April 1, 2009 – April 30, 2009)**

Communication
Telephone                                              $   90.93
Express Mail                                           $   75.05
        **Total Communication:**                    **$   165.98**

Transportation                                         $   21.50
        **Total Transportation:**                   **$    21.50**

**TOTAL EXPENSES:**                                    **$ 187.48**