# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# APRIL 1-30, 2009[1]

---

[1] Please note that certain time descriptions have been redacted for privileged and confidential information.



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 15, 2009
Client No. 17367
Invoice No. 1189877

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through April 30, 2009 in connection
with the matters described on the attached pages:
$    442,139.50

DISBURSEMENTS as per attached pages:
20,677.17

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**
$    462,816.67

Matter(s): 17367/11, 12, 13, 15, 2, 7, 8, 9

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,236,322.93
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1189877*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
***ABA Number 0260-0959-3***
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1494410382*
*Reference: 17367/ Invoice: 1189877*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
***ABA Number 121-000358***
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1494410382*
*Reference: 17367/ Invoice: 1189877*
*E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 15, 2009
Client No. 17367
Invoice No. 1189877

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2009 in Connection With:

**Matter: 2 - Case Administration**

| | | | |
|---|---|---|---|
| 04/02/09 | D. Fullem | Prepare update to case calendar. | 1.00 |
| 04/10/09 | D. Fullem | Prepare updates to case calendar; circulate to R. Wyron, D. Felder, J. Burke and T. Grosko. | 0.90 |
| 04/20/09 | D. Fullem | Review current docket entries; revise and update calendar; forward to R. Wyron, D. Felder, J. Burke and T. Grosko for review. | 1.50 |
| 04/27/09 | D. Fullem | Confer with J. Burke regarding case calendar. | 0.10 |
| 04/28/09 | D. Fullem | Review recent docket entries in main case; prepare e-mail to group with updated entries. | 0.80 |

|  | | |
|---|---|---|
| Total Hours | 4.30 | |
| Total For Services | | $1,096.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 4.30 | 255.00 | 1,096.50 |
| Total All Timekeepers | 4.30 | $255.00 | $1,096.50 |

Disbursements
   Express Delivery        11.02

Total Disbursements     $11.02

**Total For This Matter**     **$1,107.52**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

May 15, 2009
Invoice No. 1189877

For Legal Services Rendered Through April 30, 2009 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 02/11/09 | P. Mahaley | Prepare for settlement meeting with insurer on February 11, 2009 (2.5); conduct settlement meeting with insurer, along with R. Horkovich and J. Guy (3.0); prepare for mediation with insurer on February 12, 2009 (2.6). | 8.10 |
| 04/01/09 | P. Mahaley | Review draft discovery responses to plan objector (.5); confer with R. Horkovich and J. Guy re strategy for responding to insurer re draft term sheet (1.0); outline outstanding issues re insurer settlement negotiations (1.9). | 3.40 |
| 04/01/09 | J. Guy | Attention to settlement and related issues with specific insurer. | 0.80 |
| 04/01/09 | J. Guy | Telephone call with R. Horkovich and P. Mahaley regarding settlement and related issues. | 0.40 |
| 04/01/09 | R. Wyron | Confer with D. Austern re settlements and follow-up. | 0.40 |
| 04/02/09 | P. Mahaley | Review debtor contractual documents and analyze settlement position of insurer (2.6); confer with R. Horkovich, J. Guy and L. Esayian re insurer settlement position and strategy for next steps in negotiation (.4); prepare for upcoming settlement negotiation with insurer (.2). | 3.20 |
| 04/02/09 | J. Guy | Attention to litigation and settlement with Insurer. | 0.80 |
| 04/02/09 | J. Guy | Telephone call with Plan Proponents regarding Insurer settlement. | 0.70 |
| 04/02/09 | R. Wyron | Review issues on potential settlements (.4); call with P. Mahaley and follow-up (.8). | 1.20 |
| 04/03/09 | J. Guy | Attention to numerous pending insurance issues. | 0.70 |
| 04/06/09 | P. Mahaley | Prepare for meet and confer re confirmation discovery and hearing witnesses re insurance issues (1.5); confer with K. Orr, J. Cutler and S. Cruzado re document organization and access re preparation for confirmation re insurance issues (1.0); confer with R. Wyron and K. Orr re draft responses to insurer requests for admission (1.6); analyze insurer settlements re remaining coverage available (3.1); analyze documentation re insurance policies issued to third-party objector (2.1). | 9.30 |
| 04/06/09 | R. Wyron | Review data for reimbursement agreement analysis. | 1.30 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

May 15, 2009
Invoice No. 1189877

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/07/09 | P. Mahaley | Prepare for and attend meet and confer with insurance company representatives. along with representatives of debtor, ACC and UCC (5.6); analyze documentation re insurance policies issued to third-party objector (2.3); analyze recent decision upholding assignment of insurance policies by debtor to trust (.8); review and revise legal research memorandum discovery issues (1.2); analyze report of deposition of debtor witness for insurance issues (.3); begin analysis of report of expert designated by multiple insurers re insurance neutrality (.3). | 10.50 |
| 04/07/09 | R. Wyron | Confer with several insurers regarding settlement and follow-up (.8); review insurance settlement information (.6); review indemnity analysis (.4). | 1.80 |
| 04/08/09 | P. Mahaley | Confer with OHM team re preparation for Phase I confirmation hearing with focus on insurer-related discovery and settlement issues and follow up on meeting items (2.8); confer with L. Esayian and P. Lockwood re draft responses to insurer requests for admission (.8); analyze settlement status of all insurers for Phase I preparation and settlement strategy purposes and prepare reports re same (5.6). | 9.20 |
| 04/08/09 | J. Guy | Attention to insurance settlements. | 0.80 |
| 04/08/09 | R. Wyron | Review reimbursement agreement issues and outline same (.8); review settlement issues outline (.4). | 1.20 |
| 04/09/09 | P. Mahaley | Analyze insurance settlements (3.1); review discovery responses to third party (.4); draft summary of Plan provisions regarding insurance (2.4). | 5.90 |
| 04/09/09 | J. Guy | Attention to insurance settlements. | 0.70 |
| 04/09/09 | R. Frankel | Review chart and memorandum from P. Mahaley re status of insurers. consider insurer discovery. | 0.90 |
| 04/10/09 | K. Suomela | Office conference with P. Mahaley to discuss allocation model (1.0); review data files contain allocated costs. policies and remaining unexhausted limits (3.0). | 4.00 |
| 04/10/09 | P. Mahaley | Develop strategy for analyzing value of certain insurance settlement agreements (2.3); analyze third-party rights to insurance coverage and implications for potential insurance settlement agreements (3.7). | 6.00 |
| 04/10/09 | J. Guy | Attention to various insurance settlements. | 1.50 |
| 04/11/09 | K. Suomela | Review settlement agreement between ███ and Grace (1.5); draft allocation model (2.0). | 3.50 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

May 15, 2009
Invoice No. 1189877

| 04/13/09 | P. Mahaley | Confer with R. Frankel. R. Wyron and J. Guy to prepare for Plan Proponents' meeting on April 14 to prepare for Phase I confirmation hearing-related discovery re insurance issues (1.0); review all insurer deposition notices and outstanding discovery requests to prepare for Plan Proponents' meeting on April 14 (3.3); analyze and outline issues re third-party settlement proposal re insurance coverage (2.7); prepare for and conduct conference with mediator and insurer representatives re potential settlement (1.1). | 8.10 |
| 04/13/09 | J. Guy | Attention to pending insurance settlements and related issues. | 1.50 |
| 04/13/09 | R. Frankel | Review insurer charts, memo from P. Mahaley during travel to NY. | 0.70 |
| 04/14/09 | K. Suomela | Modify policy information for allocation model (3.0); draft the structure and calculations for an allocation model (4.0). | 7.00 |
| 04/14/09 | P. Mahaley | Confer with Plan Proponents' representatives re planning for insurer discovery related to Phase I confirmation hearing (7.3); analyze methodology in insurance reimbursement agreements (1.3); analyze Rule 30(b)(6) deposition topics designated by insurers re identification of witnesses and preparation (1.7). | 10.30 |
| 04/15/09 | K. Suomela | Modify policy data in database, cost data to be allocated, and allocation model. | 7.50 |
| 04/15/09 | P. Mahaley | Confer with R. Wyron, K. Orr, J. Cutler and J. Burke re schedule and substance of insurer depositions and other discovery re Phase I confirmation issues (1.0); plan for insurer depositions re Phase I confirmation issues (2.1); analyze mechanics of insurer reimbursement agreements (1.7); analyze impact of set-off claim by insurer on mediation strategy (2.3). | 7.10 |
| 04/15/09 | J. Guy | Attention to insurance settlements and issues surrounding same. | 0.80 |
| 04/15/09 | R. Wyron | Review status of settlement discussions and organize to do list (1.1); review discovery responses and follow-up (.8). | 1.90 |
| 04/16/09 | K. Suomela | Modify policy data in database, cost data to be allocated, and allocation model. | 4.00 |
| 04/16/09 | P. Mahaley | Confer with third-party claimant against insurance coverage re potential resolution of claims (.6); prepare for insurance company depositions (.9). | 1.50 |
| 04/17/09 | K. Suomela | Revise allocation model. | 7.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -   May 15, 2009
17367                                                                Invoice No. 1189877
page 5

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/17/09 | P. Mahaley | Analyze discovery responses to prepare for meet and confer with insurer (.5); conduct meet and confer with insurer and Plan Proponents re objection to responses to discovery requests (.8); prepare for conference among Plan Proponents re designating 30(b)(6) witnesses noticed by insurers (1.4); confer with Plan Proponents re designating 30(b)(6) witnesses re insurance issues (1.2); prepare for interview of witness (.9). | 4.80 |
| 04/17/09 | J. Guy | Attention to insurance settlements and related issues with various parties. | 0.70 |
| 04/19/09 | R. Frankel | Review insurance settlement issues, e-mails. | 0.50 |
| 04/20/09 | K. Suomela | Construct and revise draft allocation model's input tables, results tables and programming. | 7.50 |
| 04/20/09 | P. Mahaley | Prepare for and conduct telephone conference with insurer re potential settlement, along with R. Horkovich, J. Guy and L. Esayian (1.5); analyze select provisions of insurance reimbursement agreements re transfer of rights under agreements to PI Trust (3.2); conduct telephone conference with insurer re settlement, along with R. Horkovich, J. Guy and L. Esayian (1.1); prepare for witness preparation for insurance issues associated with Phase I confirmation (1.0); review and revise discovery responses re insurance (.5); draft outline of open negotiation items for mediation conference with insurer scheduled for April 24, 2009 (.8). | 8.10 |
| 04/20/09 | J. Guy | Telephone call with Insurer and ACC regarding potential settlement. | 0.60 |
| 04/20/09 | J. Guy | Attention to various insurance settlements. | 1.50 |
| 04/20/09 | R. Wyron | Review issues on set off position (.4); call with insurer re set off and follow-up (.9). | 1.30 |
| 04/20/09 | R. Frankel | Review chart from P. Mahaley re status of insurer activity, settlements. | 0.60 |
| 04/21/09 | K. Suomela | Revise draft allocation model programming (4.5); create tables of damages, policies, and allocation results (2.5); conference with P. Mahaley to discuss draft allocation program and results (1.0). | 8.00 |
| 04/21/09 | P. Mahaley | Analyze materials to prepare for insurer expert depositions (.6); confer with OHS team re insurance implications of deposition planning, both offensive and defensive (.5); analyze insurer draft of settlement term sheet and draft revisions to same (4.3); confer with plan proponents and insurers re deposition scheduling re insurance issues (.7); confer with OHS team re status of insurance settlement efforts (1.2); analyze preliminary insurance allocation results re impact of reimbursement agreements (2.1). | 9.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    May 15, 2009
17367                                                                   Invoice No. 1189877
page 6

| | | | |
|---|---|---|---|
| | | Attention to insurance settlement issues. | 0.80 |
| 04/21/09 | J. Guy | Follow-up on Equitas issues (.3); work on setoff questions | 1.10 |
| 04/21/09 | R. Wyron | (.4); consider term sheet revisions (.4). | |
| 04/22/09 | S. Cruzado | Update coverage charts (.3); review various discovery related documents (1.0); conference regarding insurance settlement agreements (.3); review settlement and reimbursement agreements (.2); review all settlement and reimbursement agreements (1.0). | 2.80 |
| 04/22/09 | K. Suomela | Conference with P. Mahaley re unexhausted limits in settled and insolvent policies (1.0); review allocation communications and memos from R. Horkovich (4.5); review e-mails and policy lists from R. Horkovich for data on unexhausted limits (1.0); update database with revised exhaustion data (1.0). | 7.50 |
| 04/22/09 | P. Mahaley | Analyze allocation to insurers under reimbursement agreements (3.0); analyze draft term sheet proposed by insurer and required revisions to existing settlement agreement (1.2); propose revisions to draft responses to third-party objector re insurance issues (.2). | 4.40 |
| 04/22/09 | J. Guy | Attention to insurer mediation/settlement issues. | 0.80 |
| 04/22/09 | J. Guy | Telephone call and e-mails to/from/with separate Insurers. | 1.00 |
| 04/22/09 | R. Wyron | Review draft settlement agreement (.7); review issues on Equitas discussions (.4). | 1.10 |
| 04/23/09 | P. Mahaley | Confer with J. Guy re communications with insurer re settlement term sheet and review communications from insurer re same. | 1.00 |
| 04/23/09 | J. Guy | Attention to mediation with Insurers. | 0.40 |
| 04/23/09 | J. Guy | Attention to settlement agreement language with Insurer. | 0.80 |
| 04/23/09 | J. Guy | Attention to insurance settlements generally. | 0.50 |
| 04/24/09 | K. Suomela | Update database with unexhausted limits data provided to ▮▮▮▮▮▮▮ | 6.50 |
| 04/24/09 | P. Mahaley | Confer with insurer representatives and mediator re potential settlement and additional analysis required. | 1.00 |
| 04/24/09 | J. Guy | Telephone call with counsel and mediator regarding insurance mediation. | 0.40 |
| 04/24/09 | J. Guy | Attention to mediation. | 0.30 |
| 04/24/09 | J. Guy | Attention to various insurance settlement issues. | 0.70 |
| 04/27/09 | K. Suomela | Run database queries (5.0); create reports re ▮▮▮▮▮▮▮ negotiations (2.5). | 7.50 |



ORRICK

May 15. 2009
Invoice No. 1189877

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/27/09 | P. Mahaley | Prepare for and conduct interview of Grace personnel re insurance issues with J. Guy and L. Esayian (3.3): analyze proposed stipulation re discovery issues with Plan objector and confer with R. Wyron and J. Guy re same (1.3): analyze proposed changes to insurer settlement agreement (1.2); review draft settlement agreement from insurer counsel (.9): communicate with R. Horkovich re proposed changes to insurer settlement agreement (.6); confer with R. Wyron and J. Guy re pending agreements with two insurers and proposed strategy re same (1.4). | 8.70 |
| 04/27/09 | J. Guy | Conference with R. Wyron and P. Mahaley regarding insurance settlements. | 1.00 |
| 04/27/09 | J. Guy | Attention to insurance settlement issues. | 1.50 |
| 04/27/09 | R. Wyron | Review settlement agreement issues with P. Mahaley and J. Guy, and follow-up (.9); review e-mails re Equitas and respond (.3). | 1.20 |
| 04/27/09 | R. Frankel | Review insurance issues re proposed Libby stipulation. | 0.40 |
| 04/28/09 | K. Suomela | Office telephone conferences with M. Garbowski re limits (.1); modify data tables to reflect revised calculations (.5). | 0.60 |
| 04/28/09 | P. Mahaley | Confer with R. Wyron, J. Guy and K. Orr re preparation for depositions re insurance issues (2.0); summarize status of insurer negotiations for R. Frankel to prepare him for negotiations with plaintiffs' group (1.0); confer with representatives of ACC re proposed stipulations re insurance issues (.5); confer with J. Guy and R. Wyron re potential changes to draft stipulation re insurance issues (1.2); analyze draft settlement agreement proposed by insurer and note proposed changes (4.1); confer with R. Wyron and J. Guy re proposed changes to draft settlement agreement with insurer (.7). | 9.50 |
| 04/28/09 | J. Guy | Work on various insurance settlement issues. | 2.40 |
| 04/29/09 | K. Suomela | Modify policy data and evaluate data necessary for allocation. | 2.00 |
| 04/29/09 | P. Mahaley | Prepare for and conduct settlement meeting with insurer, along with J. Guy and R. Horkovich (4.0); review legal memorandum re basis for insurance recovery by Trust (1.1); analyze potential responses to insurer discovery requests (1.2). | 6.30 |
| 04/29/09 | J. Guy | Travel to NY while preparing for Insurer meeting and work on evidentiary Stipulation. | 2.50 |
| 04/29/09 | J. Guy | Prepare for meeting and conference with P. Mahaley regarding regarding Insurer meeting and evidentiary Stipulation. | 1.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

May 15, 2009
Invoice No. 1189877

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/29/09 | J. Guy | Meet with Insurer, ACC and Debtors. | 1.50 |
| 04/30/09 | K. Suomela | Modify policy data and create database queries for the allocation model. | 2.50 |
| 04/30/09 | P. Mahaley | Revise draft model insurer buy-back settlement agreement (4.2); identify documentation and prepare summary for R. Wyron re treatment of insurance coverage for objecting parties (1.7); analyze Plan treatment of certain insurer indemnification agreements (1.0). | 6.90 |
| 04/30/09 | J. Guy | Attention to pending insurance settlements with various parties. | 2.50 |

Total Hours     266.10
Total For Services     $144,448.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 2.80 | 230.00 | 644.00 |
| Roger Frankel | 3.10 | 945.00 | 2,929.50 |
| Jonathan P. Guy | 29.90 | 755.00 | 22,574.50 |
| Peri N. Mahaley | 142.70 | 605.00 | 86,333.50 |
| Kirt D. Suomela | 75.10 | 290.00 | 21,779.00 |
| Richard H. Wyron | 12.50 | 815.00 | 10,187.50 |
| Total All Timekeepers | 266.10 | $542.83 | $144,448.00 |

Disbursements
| | |
|---|---|
| Document Reproduction | 38.20 |
| Out of Town Business Meals | 78.57 |
| Parking Expense | 56.00 |
| Telephone | 17.96 |
| Travel Expense, Local | 886.00 |
| Travel Expense, Out of Town | 598.81 |
| Total Disbursements | $1,675.54 |

**Total For This Matter**     **$146,123.54**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 15, 2009
17367                                                                           Invoice No. 1189877
page 9


For Legal Services Rendered Through April 30, 2009 in Connection With:

## Matter: 8 - Litigation

| 04/01/09 | J. Burke | Case law research regarding discovery issue. | 1.10 |
|---|---|---|---|
| 04/01/09 | K. Orr | Various e-mails to/from R. Wyron, P. Mahaley, Debtors counsel and ACC counsel regarding discovery, insurer meet and confer and expert reports (.8); review and edit responses to Anderson discovery (2.0); phone conference with P. Mahaley regarding Anderson discovery and case status (.1); office conference with J. Guy regarding discovery (.1); prepare memo to file regarding R. Finke deposition (2.0). | 5.00 |
| 04/01/09 | J. Guy | Attend April 1 Omnibus hearing via telephone. | 2.00 |
| 04/01/09 | J. Guy | Analyze confirmation issues. | 1.80 |
| 04/01/09 | R. Wyron | Review pleadings (.3); prepare for hearing (.8); attend Omnibus hearing and follow-up (2.4); confer with insurers on deposition issues and follow-up e-mails re same (.6); review pleadings for 4/27 hearing (.8). | 4.90 |
| 04/01/09 | R. Frankel | Series of e-mails re hearing, working group meet and confer. | 0.40 |
| 04/01/09 | R. Frankel | Review draft report of expert. | 1.10 |
| 04/01/09 | R. Frankel | Review Priest expert report. | 1.30 |
| 04/02/09 | J. Burke | Research and revise memorandum regarding discovery issue. | 8.90 |
| 04/02/09 | K. Orr | Prepare memo to file regarding R. Finke deposition (4.6); various e-mails to/from R. Wyron, Debtors' counsel, ACC counsel, D. Felder, P. Mahaley and R. Frankel regarding discovery, location of documents in virtual dataroom, expert reports, internal document organization and responses to Anderson (.7). | 5.30 |
| 04/02/09 | J. Guy | Attention to confirmation issues. | 2.80 |
| 04/02/09 | R. Wyron | Review discovery responses for Anderson (.6); review Travelers requests (.4); organize litigation open issues list (.4). | 1.40 |
| 04/02/09 | R. Frankel | Review Grace responses to One Beacon America (.5); review Grace discovery propounded to PD committee (.4). | 0.90 |
| 04/02/09 | R. Frankel | Review memo re Finke deposition (.8); notes re same (.2). | 1.00 |
| 04/03/09 | S. Cruzado | Team meeting to discuss expert reports and organization of electronic files. | 1.00 |
| 04/03/09 | D. Fullem | Finalize updates to case calendar; circulate same. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          May 15, 2009
17367                                                                        Invoice No. 1189877
page 10

| 04/03/09 | J. Burke | Research and revise memorandum regarding discovery issue. | 5.90 |
|---|---|---|---|
| 04/03/09 | K. Orr | Review various e-mails regarding global meet and confer. | 0.20 |
| 04/03/09 | J. Guy | Telephone call with Plan Proponents regarding confirmation issues. | 0.50 |
| 04/03/09 | J. Guy | Prepare for confirmation. | 0.30 |
| 04/03/09 | J. Guy | Attention to confirmation issues. | 1.50 |
| 04/03/09 | R. Wyron | Continue review of draft discovery responses re Arrowood and Travelers (1.2); follow-up on e-mails re scheduling and discovery issues (.4). | 1.60 |
| 04/03/09 | R. Frankel | Read FCR transcripts from Federal Mogul and B&W in preparation for D. Austern testimony, discovery. | 2.80 |
| 04/05/09 | D. Felder | Review plan, disclosure statement and CMO for J. Guy. | 0.30 |
| 04/05/09 | R. Wyron | Review additional discovery requests to prepare for call with ACC (.8); review litigation calendar (.3). | 1.10 |
| 04/05/09 | R. Frankel | Review series of e-mails re discovery, meet and confer meetings on April 7. | 0.70 |
| 04/06/09 | J. Cutler | Attention to access to case data and documents and participate in team meeting to discuss same. | 1.40 |
| 04/06/09 | D. Felder | Telephone conference with litigation team regarding strategy (.3); review e-mails to and from litigation team regarding same (.7). | 1.00 |
| 04/06/09 | K. Orr | Various e-mails to/from S. Cruzado, K. Love, R. Wyron, P. Mahaley, R. Frankel, D. Felder and D. Austern regarding global meet and confer, document storage, discovery responses, and expert reports (.8); review and edit draft discovery responses (1.5); review D. Martin declaration and status of various other expert reports (1.0); office conference with S. Cruzado, P. Mahaley, J. Cutler and D. Felder regarding document organization and calendaring (1.4); attention to preparation of confirmation calendar (.5); office conference with R. Wyron and P. Mahaley regarding discovery responses and insurance issues (1.2). | 6.40 |
| 04/06/09 | J. Guy | Review various materials in preparation for April 7 meeting, including internal memoranda, Objection filings and Court decisions. | 3.00 |
| 04/06/09 | R. Wyron | Review issues for discovery conference (.7); prepare discovery notes (.4); review Travelers discovery (.3); confer with P. Mahaley and K. Orr re Travelers response and follow-up (.9); continue review of expert reports (1.0). | 3.30 |
| 04/06/09 | R. Frankel | Review schedule for discovery, issues in preparation for meet and confer (.4); confer with Guy re same (.3) | 0.70 |
| 04/07/09 | J. Burke | Research regarding criminal proceeding. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

May 15, 2009
Invoice No. 1189877

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/07/09 | K. Orr | Various e-mails to/from R. Wyron, Debtors' counsel, S. Cruzado, R. Frankel, P. Mahaley, J. Guy and K. Love regarding discovery, expert reports and meet and confer (1.0); review and edit various discovery responses (1.5); review and analyze daily docket (.2); analyze confirmation deadlines and related documents and attention to case calendar (.3); attend global meet and confer via phone conference (3.0). | 6.00 |
| 04/07/09 | J. Guy | Prepare for meeting with Insurers, other objectors and Plan Proponents regarding scheduling and related issues. | 1.00 |
| 04/07/09 | J. Guy | Attend meeting at Kirkland, including various sidebar meetings with individual objectors. | 5.00 |
| 04/07/09 | R. Wyron | Meet with P. Mahaley and J. Guy re strategy (.4); meet with plan proponents and Objectors regarding discovery issues (5.3); review discovery responses for Travelers and Anderson (.6). | 6.30 |
| 04/07/09 | R. Frankel | Review dockets, confer re expert reports. | 0.40 |
| 04/07/09 | R. Frankel | Review expert rebuttal reports of Friedman, Stockman, Welch and Hammer. | 2.30 |
| 04/07/09 | R. Frankel | Attend by telephone Grace meet and confer with plan objectors. | 1.60 |
| 04/08/09 | S. Cruzado | Review expert reports. | 2.50 |
| 04/08/09 | J. Burke | Attend OHS team meeting regarding confirmation strategy (2.4); research regarding criminal proceeding (.7). | 3.10 |
| 04/08/09 | J. Cutler | Participate in team strategy meeting. | 2.40 |
| 04/08/09 | D. Felder | Review Kaneb's notice of filing under seal and e-mail correspondence with R. Frankel and J. Baer regarding same. | 0.30 |
| 04/08/09 | K. Orr | Office conference with OHS team regarding discovery, preparation for confirmation hearing, insurance issues and case status (2.3); office conference with R. Wyron regarding discovery (.1); phone conference with P. Mahaley, Debtors' counsel and ACC counsel regarding discovery and insurance issues (.6); various phone conferences with S. Cruzado regarding document organization and expert reports (.1); brief review of amended rebuttal expert reports (.2); review and analyze daily docket (.2); edit discovery responses (1.0); attention to deposition scheduling (.1); various e-mails to/from Debtors' counsel, S. Cruzado and internal team regarding discovery, expert reports and plan documents (.8). | 5.40 |
| 04/08/09 | J. Guy | Meeting with Orrick/Grace team to discuss logistics, strategy and pending issues relating to overall case. | 2.50 |
| 04/08/09 | R. Wyron | Review discovery issues and e-mails (.8); confer regarding Travelers' requests (.3). | 1.10 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

May 15. 2009
Invoice No. 1189877

| | | | |
|---|---|---|---|
| 04/08/09 | R. Frankel | Review pleadings re Kaneb settlement under seal. e-mails re same. | 0.50 |
| 04/08/09 | R. Frankel | Confer with working group (R. Wyron, J. Guy, K. Orr, J. Burke) re discovery. litigation, strategy, meet and confer meeting (2.3); notes re same (.3). | 2.60 |
| 04/08/09 | R. Frankel | Review discovery calendar, review files on J drive. | 0.70 |
| 04/08/09 | R. Frankel | Review rebuttal expert reports. | 0.90 |
| 04/09/09 | K. Orr | Review and edit discovery responses (1.8); various e-mails to/from counsel for Debtors and ACC regarding discovery and depositions (.5); various phone conferences and office conference with S. Cruzado regarding expert reports and attention to organization of same (.3): review and analyze docket, status of depositions and update all relevant calendar materials (.7). | 3.30 |
| 04/09/09 | J. Guy | Attention to discovery and pending depositions. | 0.70 |
| 04/09/09 | R. Wyron | Review revised Anderson requests (.6); review discovery schedule and follow-up (.5); begin review of 30(b)(6) issues (.8). | 1.90 |
| 04/09/09 | R. Frankel | Review series of e-mails re rebuttal reports. | 0.40 |
| 04/09/09 | R. Frankel | Review Travelers, Allstate notice of deposition and attachment A. | 0.40 |
| 04/09/09 | R. Frankel | Review rebuttal report of D. Weill. | 0.80 |
| 04/09/09 | R. Frankel | Review two rebuttal expert reports submitted by J. Parker (1.8); confer with R. Wyron re same (.4). | 2.20 |
| 04/10/09 | K. Orr | Various e-mails to/from J. Guy, R. Frankel, R. Wyron, P. Mahaley, Debtors' counsel and ACC counsel regarding status of discovery and preparation for confirmation hearing. | 0.50 |
| 04/10/09 | J. Guy | Attention to insurance discovery, deposition scheduling. | 1.20 |
| 04/10/09 | R. Wyron | Review agenda for 4/27 hearing (.3); begin review of 30(b)(6) notices (.6). | 0.90 |
| 04/10/09 | R. Frankel | Review various notices of deposition from Anderson Memorial. | 0.30 |
| 04/10/09 | R. Frankel | Review motion to strike Whitehouse expert report (1.5); e-mails re same (.2). | 1.70 |
| 04/10/09 | R. Frankel | Review, consider litigation. discovery strategy. | 0.70 |
| 04/11/09 | R. Wyron | Begin preparation for 4/14 strategy session with Debtors and ACC (.6); begin review of new expert reports (.9). | 1.50 |
| 04/13/09 | J. Burke | Attend confirmation strategy meeting with Orrick team (1.0); confer with R. Wyron regarding status of pending motions and appeals (.6). | 1.60 |
| 04/13/09 | J. Cutler | Prepare for and participate in team meeting. | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

May 15, 2009
Invoice No. 1189877

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/13/09 | K. Orr | Various e-mails to/from Debtors' counsel, ACC counsel, J. Phillips and internal team regarding discovery, Fireman's meet and confer, deposition memos and case organization (.8); review and analyze correspondence from Fireman's regarding discovery and responses to Fireman's (.5); review and analyze various docket entries (.5); attention to scheduling of various depositions and updating internal tracking system (.4); office conference with OHS team regarding preparation for confirmation hearing (1.2); prepare agenda for Plan Proponents' meeting regarding confirmation (.3); review and edit discovery responses (.8). | 4.50 |
| 04/13/09 | J. Guy | Meet with Grace team regarding pending matters. | 1.00 |
| 04/13/09 | J. Guy | Travel to NY for meeting with Plan Proponents while discussing aspects of case with P. Mahaley and R. Wyron. | 3.00 |
| 04/13/09 | R. Wyron | Work on outline for strategy meeting (1.4); review draft discovery responses (.6); participate in OHS strategy discussion and follow-up (1.1); review Fireman's discovery and follow-up (.6); review Scotts issue and follow-up (.4); confer with J. Guy and P. Mahaley, and follow-up notes (.8). | 4.90 |
| 04/13/09 | R. Frankel | Review Fireman's Fund's various requests for discovery, interrogatories, plan, TDP sections. | 1.20 |
| 04/13/09 | R. Frankel | Confer with working group in preparation for meeting at K&E (1.0); notes re same (.2). | 1.20 |
| 04/13/09 | R. Frankel | Review issues with R. Wyron in preparation for meeting. | 0.30 |
| 04/13/09 | R. Frankel | Review files in preparation for meeting at K&E during travel to NY. | 2.10 |
| 04/14/09 | S. Cruzado | Review Finke deposition and exhibits. | 0.50 |
| 04/14/09 | K. Orr | Various e-mails to/from J. Guy, D. Felder, Debtors' counsel and ACC counsel regarding status of Plan Proponents' meeting, obtaining deposition transcripts, deposition scheduling and global meet and confer (.7); review and analyze various docket entries (.2); phone conference with S. Cruzado regarding document organization and deposition transcripts (.1). | 1.00 |
| 04/14/09 | J. Guy | Meet with Plan Proponents in NY to discuss pending matters. | 5.50 |
| 04/14/09 | J. Guy | Prepare for meeting with Plan Proponents in NY. | 0.50 |
| 04/14/09 | J. Guy | Telephone call with Plan Proponents and objectors for meet and confer. | 1.00 |
| 04/14/09 | R. Wyron | Review issues with OHS team (.6); attend Plan Proponents' meeting on strategy and discovery (7.2); review outline of open issues (.7). | 8.50 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -    May 15, 2009
17367                                                                Invoice No. 1189877
page 14

| 04/14/09 | R. Frankel | Review file, agenda in preparation for plan proponents' meeting. | 0.90 |
|---|---|---|---|
| 04/14/09 | R. Frankel | Attend plan proponents' meeting at K&E (NY) (6.0); notes re same (.4). | 6.40 |
| 04/15/09 | J. Burke | Attend confirmation strategy meeting with team. | 1.00 |
| 04/15/09 | J. Cutler | Participate in follow-up team meeting. | 1.10 |
| 04/15/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 1.00 |
| 04/15/09 | K. Orr | Various e-mails to/from internal team regarding counsel list, insurance issues and case materials (.6); various e-mails to/from Debtors' counsel and ACC counsel regarding discovery and 30(b)(6) designations (.4); review and analyze outstanding discovery requests and status of same and attention to updating and circulating same (1.2); review and analyze docket entries and attention to case calendar (.9); office conference with internal team regarding preparation for confirmation hearing, case status, upcoming deadlines and status of insurance settlements (1.0); office conference with R. Wyron regarding Libby issues and preparation of materials for depositions (.4). | 4.50 |
| 04/15/09 | J. Guy | Meeting with Orrick/Grace team regarding pending matters (separate occasions). | 0.50 |
| 04/15/09 | J. Guy | Attention to insurer discovery. | 1.50 |
| 04/15/09 | R. Wyron | Review open issues for team meeting (.4); meet with OHS team and follow-up (1.4); review 30(b)(6) issues and e-mails re same (.5); begin to organize items for meeting with D. Austern (.9). | 3.20 |
| 04/15/09 | R. Frankel | Confer with R. Wyron re Fireman's Fund, Edwards, discovery issues; notes re same. | 0.60 |
| 04/16/09 | J. Cutler | Continue preparation for D. Austern deposition. | 0.80 |
| 04/16/09 | K. Orr | Various e-mails to/from internal team, Debtors' counsel and ACC counsel regarding upcoming depositions, case calendar, protective order and 30(b)(6) designations (.8); review and analyze docket entries (.2); attention to deposition scheduling and deadlines and update materials regarding same (.3); review various 30(b)(6) designations (.4); review draft protective orders and various historical materials related to same (.5); office conference with J. Guy regarding protective order (.1); phone conference with J. Guy and B. Harding regarding protective order (.2). | 2.50 |
| 04/16/09 | J. Guy | Attention to common interest issues, discovery requests, deposition schedule and witness preparation. | 2.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

May 15, 2009
Invoice No. 1189877

| | | | |
|---|---|---|---|
| 04/16/09 | R. Wyron | Review 30(b)(6) notes and upcoming deposition schedule (.4); confer regarding confidential Grace documents (.2); organize open issues list (.3); organize items for meeting with D. Austern (1.2). | 2.10 |
| 04/16/09 | R. Frankel | Review deposition calendar (.4); review memorandum of law to strike Priest report (.8); review memorandum opinion disallowing PD claims (.7). | 1.90 |
| 04/17/09 | J. Guy | Telephone conference with Fireman's Fund on meet and confer. | 0.20 |
| 04/17/09 | J. Guy | Attention to various pending discovery issues. | 1.30 |
| 04/17/09 | J. Guy | Analyze confirmation issues. | 1.00 |
| 04/17/09 | R. Wyron | Review summary of meet and confer calls (.3); review summary of 30(b)(6) issues (.2); review Libby 30(b)(6) topics for FCR issues (.4); organize litigation outline notes (.4). | 1.30 |
| 04/17/09 | R. Frankel | Review series of e-mails re 30(b)(6) depositions, discovery schedule. | 0.70 |
| 04/19/09 | R. Frankel | Review Libby second supplement to designation of witnesses (.4); review Libby 30(b)(6) subject matter statement (.7). | 1.10 |
| 04/19/09 | R. Frankel | Review objections of ACC and objections of Debtor to 30(b)(6) notices and designation of witnesses. | 0.70 |
| 04/20/09 | J. Cutler | Review case correspondence. | 0.10 |
| 04/20/09 | K. Orr | Review and prepare various e-mails to/from internal team, Debtors' counsel and ACC counsel regarding discovery, depositions, agenda, case calendar, document organization and 30(b)(6) designations (1.3); review and edit draft protective order and e-mail Debtors' counsel comments regarding same (.8); office conference with J. Guy regarding protective order, depositions and case status (.2); phone conference with P. Mahaley regarding discovery (.1); review and analyze docket entries and update case calendar (.6). | 3.00 |
| 04/20/09 | J. Guy | Attention to Protective Order. | 0.50 |
| 04/20/09 | R. Wyron | Work on agenda for strategy meeting (.4); review 30(b)(6) designations and e-mails re same (.7); review case calendar (.3). | 1.40 |
| 04/20/09 | R. Frankel | Prepare notes, outline of topics for D. Austern deposition. | 1.20 |
| 04/20/09 | R. Frankel | Review agenda, prepare notes for meeting with Orrick attorneys (.6); review e-mails re discovery (.4). | 1.00 |
| 04/21/09 | D. Fullem | Review recent docket entries (.2); prepare calendar update (.8); prepare e-mail and forward to R. Wyron, D. Felder, and others (.1). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

May 15, 2009
Invoice No. 1189877

| 04/21/09 | J. Burke | Research regarding criminal proceeding (1.8); attend confirmation strategy meeting with team (1.7); research regarding Debtors' recent docket filings (1.1); case law research regarding confirmation issue (2.6). | 7.20 |
|---|---|---|---|
| 04/21/09 | J. Cutler | Participate in team meetings (1.5); discuss insurance coverage chart with P. Mahaley (.2); prepare for G. Westbrook deposition (1.0). | 2.70 |
| 04/21/09 | D. Felder | Telephone conference with Orrick team regarding next steps and strategy (1.0); review e-mail correspondence regarding same (1.2). | 2.20 |
| 04/21/09 | K. Orr | Office conferences with R. Frankel, R. Wyron, J. Guy, P. Mahaley, J. Cutler and J. Burke regarding discovery, trial preparation, case status, depositions and status of insurance settlements (1.8); prepare materials for office conferences (.1); conference calls with all parties regarding discovery schedule (1.5); prepare amended schedule and deposition deadlines for office meeting (.2); various e-mails to/from internal team, Debtors' counsel and ACC counsel regarding written discovery, 30(b)(6) designations, deposition scheduling and deposition preparation materials (1.3); review materials in preparation for D. Scott deposition (.3); review and analyze various docket entries (.2); phone conference with D. Austern regarding materials (.1). | 5.50 |
| 04/21/09 | M. Wallace | Review and respond to correspondence regarding review of TDP and analysis of treatment. | 0.10 |
| 04/21/09 | J. Guy | Attention to preparation of witnesses and preparation for upcoming depositions. | 0.80 |
| 04/21/09 | J. Guy | Telephone call with objectors on meet and confer. | 1.00 |
| 04/21/09 | J. Guy | Telephone call with insurance counsel, M. Brown on meet and confer. | 0.20 |
| 04/21/09 | J. Guy | Meet with Orrick/Grace team regarding next steps. | 0.40 |
| 04/21/09 | J. Guy | Attention to criminal trial. | 0.30 |
| 04/21/09 | J. Guy | Attention to numerous issues concerning insurer discovery. | 0.50 |
| 04/21/09 | J. Guy | Attention to deposition scheduling and CMO issues. | 0.50 |
| 04/21/09 | R. Wyron | Strategy discussions with OHS team (.6); review litigation calendar and organize discussion points (.4); confer with OHS team on discovery issues and depositions and follow-up (1.2). | 2.20 |
| 04/21/09 | R. Frankel | Review deposition calendar from K. Orr and Kirkland. | 0.60 |
| 04/21/09 | R. Frankel | Confer with R. Wyron re Fireman's Fund's position on Edwards bond; notes re same. | 0.40 |
| 04/21/09 | R. Frankel | Confer with Grace internal team (two meetings) re litigation strategy (1.2); notes re same (.4). | 1.60 |
| 04/21/09 | R. Frankel | Confer with J. Guy, R. Wyron re A. Austern deposition. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 15, 2009
17367                                                                              Invoice No. 1189877
page 17

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/22/09 | J. Burke | Case law research regarding confirmation issue. | 5.70 |
| 04/22/09 | J. Cutler | Continue preparation for E. Westbrook deposition. | 3.40 |
| 04/22/09 | D. Felder | E-mail correspondence with Orrick team regarding next steps and scheduling. | 0.80 |
| 04/22/09 | K. Orr | Attend D. Scott deposition via telephone (3.4); prepare memo regarding D. Scott deposition (1.4); prepare discovery verification for D. Austern (.1); various e-mails to/from internal team, Debtors' counsel and ACC counsel regarding discovery and service list (.8); review and analyze docket entries (.2); edit discovery response (.3); attention to deposition scheduling and preparation (.3). | 6.50 |
| 04/22/09 | M. Wallace | Review correspondence regarding current TDP. | 0.10 |
| 04/22/09 | J. Guy | Attention to discovery, CMO, upcoming depositions and docket. | 1.20 |
| 04/22/09 | R. Wyron | Review Scotts discovery responses and follow-up (.8); review e-mails on CMO issues and D. Austern deposition (.4); review Fireman's Fund issues and follow-up (.9). | 2.10 |
| 04/22/09 | R. Frankel | Review Boeger and other e-mails re status of discovery after meet and confer. | 0.80 |
| 04/22/09 | R. Frankel | Read B&W findings and conclusions related to TDP, insurance, confirmation issues. | 1.30 |
| 04/22/09 | R. Frankel | Review draft 3rd amended case management order (.6); review deposition schedule (.5). | 1.10 |
| 04/22/09 | R. Frankel | Review prep. memo for J. Hughes testimony, notes re same. | 0.80 |
| 04/22/09 | R. Frankel | Review reports from J. Burke re Grace criminal trial. | 1.30 |
| 04/23/09 | S. Cruzado | Draft Pro Hac Vice motions for K. Orr and P. Mahaley (.5); organize electronic documents (.5). | 1.00 |
| 04/23/09 | J. Cutler | Obtain additional background material. | 0.50 |
| 04/23/09 | K. Orr | Prepare memo re D. Scott deposition (2.8); edit discovery responses and various e-mails to/from Debtors' counsel, D. Austern and J. Phillips regarding same (.7); review and analyze various docket entries (.2); office conference with S. Cruzado regarding D. Austern materials (.1); various e-mails to/from internal team, J. Phillips, Debtors' counsel, ACC counsel and counsel for objecting parties regarding discovery, depositions, pro hac vice status, protective order and amendments to the CMO (.6); review various draft amended CMOs and protective order (.6). | 5.00 |
| 04/23/09 | M. Wallace | Review precedent on TDP issues. | 1.30 |
| 04/23/09 | M. Wallace | Begin review of Grace TDP for disparate treatment arguments. | 3.40 |
| 04/23/09 | J. Guy | Attention to CMO and changes to same. | 0.80 |
| 04/23/09 | J. Guy | Attention to Edwards litigation. | 0.40 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

May 15. 2009
Invoice No. 1189877

| 04/23/09 | J. Guy | Attention to pending depositions (defending/taking) and discovery. | 1.00 |
|---|---|---|---|
| 04/23/09 | J. Guy | Strategize regarding confirmation issues. | 0.80 |
| 04/23/09 | R. Frankel | Review multiple e-mails re CMO, law firm as witness issue (1.1); review revised CMO language (.7). | 1.80 |
| 04/23/09 | R. Frankel | Review Debtors' motion, order to settle with IRS re loss carrybacks. | 0.70 |
| 04/24/09 | J. Burke | Monitor Grace criminal trial (.5); case law research regarding confirmation issue (3.2). | 3.70 |
| 04/24/09 | J. Cutler | Participate in E. Westbrook deposition. | 1.70 |
| 04/24/09 | J. Guy | Review docket. | 0.20 |
| 04/24/09 | J. Guy | Attention to numerous e-mails concerning depositions and discovery matters generally. | 0.20 |
| 04/24/09 | J. Guy | Attention to discovery. | 0.80 |
| 04/24/09 | R. Frankel | Review various formal notices of deposition. requests for admissions (.3); review discovery calendar (.4). | 0.70 |
| 04/24/09 | R. Frankel | Review amended agenda for hearing (.1); review memo re deposition of D. Scott (.6). | 0.70 |
| 04/26/09 | R. Frankel | Review draft stipulation with Libby claimants re non-products insurance. e-mails re same. | 0.60 |
| 04/26/09 | R. Frankel | Review responses of plan proponents to Scotts 2nd set of interrogatories and other discovery (.6); review London Market request for admissions to Debtors (.5). | 1.10 |
| 04/26/09 | R. Frankel | Review 3rd amended CMO as filed. | 0.40 |
| 04/27/09 | D. Fullem | Review and respond to e-mail from R. Frankel regarding recent 8K filing; download 8K and forward same. | 0.20 |
| 04/27/09 | J. Burke | Research and draft memorandum regarding confirmation issue (7.6); monitor case docket (.8). | 8.40 |
| 04/27/09 | J. Cutler | Review case data in anticipation of D. Austern deposition. | 2.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

May 15, 2009
Invoice No. 1189877

| Date | Person | Description | Hours |
|---|---|---|---|
| 04/27/09 | K. Orr | Phone conference with counsel for Plan Proponents, counsel for insurers and counsel for Libby Claimants regarding discovery issues, protective order and expert reports (.7); phone conference with P. Mahaley regarding deposition deadlines (.1); review draft Libby stipulation and office conference with J. Guy regarding same (.4); phone conference with S. Cruzado regarding status of D. Austern material review (.1); review and edit pro hac vice motions and attention to coordinating filing and service of same (.3); review and analyze various docket entries (.4); review outstanding written discovery requests and attention to objections to and/or preparation of responses to same (.8); attention to discovery case calendar and deposition schedule (.5); various e-mails to/from counsel for Plan Proponents, J. Phillips, P. Mahaley, internal team and Libby counsel regarding discovery, depositions, protective order and pro hac vice motions (1.3). | 4.60 |
| 04/27/09 | J. Guy | Status conference with Court (via telephone). | 0.50 |
| 04/27/09 | J. Guy | Review docket. | 0.30 |
| 04/27/09 | J. Guy | Review numerous e-mails regarding depositions, stipulations and discovery. | 0.30 |
| 04/27/09 | J. Guy | Attention to witness preparation. | 0.50 |
| 04/27/09 | J. Guy | Analyze confirmation issues. | 1.40 |
| 04/27/09 | J. Guy | Conference with Plan Proponents regarding Insurer deposition issues. | 0.90 |
| 04/27/09 | R. Wyron | Call re CDN ZAI and follow-up (.8); review deposition issues (.7); review Grace motion on tax issues and e-mails re same (.9). | 2.40 |
| 04/27/09 | R. Frankel | Review letter re protective order; review COC and protective order submitted by Debtors (.8); review series of e-mails and draft protective order re medical records (.6). | 1.40 |
| 04/27/09 | R. Frankel | Attend omnibus hearing by phone. | 0.60 |
| 04/27/09 | R. Frankel | Review updated calendars for discovery. | 0.50 |
| 04/27/09 | R. Frankel | Review series of e-mails re discovery, deposition dates. | 0.70 |
| 04/28/09 | D. Fullem | Download recent 8K filing; provide to R. Frankel; review Bloomberg news regarding Libby litigation. | 0.50 |
| 04/28/09 | D. Fullem | Review recent docket entries in main and adversary cases (.4); prepare calendar update (1.0); prepare e-mail to R. Wyron, D. Felder and others re update for review (.1). | 1.50 |
| 04/28/09 | J. Burke | Attend confirmation strategy meeting with team (1.5); research regarding Grace criminal proceeding (.1); research and draft memorandum regarding confirmation issue (13.1); compile documents for R. Frankel and R. Wyron in preparation for negotiations (1.7). | 16.40 |



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

May 15, 2009
Invoice No. 1189877

| 04/28/09 | J. Cutler | Participate in team meeting (1.5); continue D. Austern deposition preparation (1.5). | 3.00 |
| 04/28/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps. | 1.50 |
| 04/28/09 | J. Guy | Meet with Orrick/Grace team regarding multiple pending matters. | 1.50 |
| 04/28/09 | J. Guy | Telephone call with ACC regarding evidentiary Stipulation. | 0.50 |
| 04/28/09 | J. Guy | Attention to pending depositions and witness preparation. | 2.50 |
| 04/28/09 | R. Wyron | Participate in litigation team meeting and follow-up (2.1); review discovery status (.3); call with T. Freedman and follow-up re settlement (.8); review Edwards judgment materials (.4). | 3.60 |
| 04/28/09 | R. Frankel | Review Libby motion to amend CMO and postpone Phase II hearing, motion to expedite same. | 0.90 |
| 04/28/09 | R. Frankel | Review updated deposition calendar, chart re discovery. | 0.50 |
| 04/28/09 | R. Frankel | Review series of e-mails, notices of depositions in connection with confirmation hearing. | 0.90 |
| 04/29/09 | A. Cohen | Organize transcripts of depositions of D. Austern. | 0.50 |
| 04/29/09 | J. Burke | Research regarding Grace criminal proceeding (1.1); docket research regarding new motions (.9); review memorandum regarding confirmation issue (.2); draft memorandum regarding Grace criminal proceeding (2.7). | 4.90 |
| 04/29/09 | J. Cutler | Continue preparations for D. Austern deposition. | 3.10 |
| 04/29/09 | K. Orr | Review and analyze various Plan Documents regarding Libby issues and prepare memo to file regarding same (4.7); various e-mails to/from internal team and counsel for Plan Proponents regarding deposition, written discovery, appeals and case calendar (1.0); attention to deposition schedule and calendaring discovery deadlines (.3). | 6.00 |
| 04/29/09 | M. Wallace | Finish review and consideration of Grace TDP re objections. | 3.00 |
| 04/29/09 | M. Wallace | Draft summary of objectors' disparity arguments in TDP in preparation for meeting with D. Austern. | 2.90 |
| 04/29/09 | J. Guy | Travel to DC while reviewing Plan Objections and preparing for upcoming depositions. | 2.00 |
| 04/29/09 | R. Frankel | Review Libby motion to strike Florence expert report and review Florence report. | 1.20 |
| 04/29/09 | R. Frankel | Review various memos related to Edwards judgment, Fireman's Fund bond and insurance, appeal issues (2.0); prepare notes re settlement, litigation scenarios (.6). | 2.60 |
| 04/29/09 | R. Frankel | Review e-mails re deposition scheduling, discovery issues. | 0.80 |
| 04/29/09 | R. Frankel | Confer with R. Wyron re Edwards, related issues, notes re same. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

May 15, 2009
Invoice No. 1189877

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/30/09 | J. Burke | Research regarding Grace criminal trial (.6); revise memorandum regarding confirmation issue (.1). | 0.70 |
| 04/30/09 | J. Cutler | Continue preparations for D. Austern deposition. | 3.00 |
| 04/30/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding discovery and pending motions (.4); review and analyze various docket entries (.4); attention to updating calendar and deposition materials (.5). | 1.30 |
| 04/30/09 | M. Wallace | Correspond with J. Cutler regarding TDP analysis. | 0.10 |
| 04/30/09 | J. Guy | Attention to numerous discovery, deposition and stipulation issues. | 2.50 |
| 04/30/09 | R. Frankel | Review Arrowood motion re Whitehouse expert report, proposed order. | 0.70 |
| 04/30/09 | R. Frankel | Review J. Burke memo re Fireman's Fund offset rights (.9); review J. Burke memo re trial (.4). | 1.30 |
| 04/30/09 | R. Frankel | Review series of e-mails re discovery issues, depositions, orders entered by Judge. | 0.80 |
| 04/30/09 | R. Frankel | Prepare notes, consider issues in preparation for meeting with E. Inselbuch re Edwards. | 0.70 |

Total Hours 390.70
Total For Services $261,644.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 69.20 | 360.00 | 24,912.00 |
| Aaron Cohen | 0.50 | 170.00 | 85.00 |
| Stephen C. Cruzado | 5.00 | 230.00 | 1,150.00 |
| Joshua M. Cutler | 27.40 | 555.00 | 15,207.00 |
| Debra Felder | 7.10 | 590.00 | 4,189.00 |
| Roger Frankel | 72.10 | 945.00 | 68,134.50 |
| Debra O. Fullem | 4.00 | 255.00 | 1,020.00 |
| Jonathan P. Guy | 62.30 | 755.00 | 47,036.50 |
| Kathleen Orr | 76.50 | 620.00 | 47,430.00 |
| Mary A. Wallace | 10.90 | 650.00 | 7,085.00 |
| Richard H. Wyron | 55.70 | 815.00 | 45,395.50 |
| Total All Timekeepers | 390.70 | $669.68 | $261,644.50 |

Disbursements


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

May 15, 2009
Invoice No. 1189877

| | | |
|---|---|---|
| Color Document Reproduction | 27.50 | |
| Document Reproduction | 861.10 | |
| Local Taxi Expense | 57.00 | |
| NY Conference Room Catering | 507.21 | |
| Out of Town Business Meals | 375.03 | |
| Outside Reproduction Services | 4.95 | |
| Outside Services | 228.46 | |
| Parking Expense | 19.00 | |
| Postage | 1.25 | |
| Telephone | 39.16 | |
| Travel Expense, Air Fare | 1,976.20 | |
| Travel Expense, Local | 2,133.62 | |
| Travel Expense, Out of Town | 1,359.59 | |
| Westlaw Research | 6,510.00 | |
| Total Disbursements | | $14,100.07 |

**Total For This Matter**          **$275,744.57**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

May 15, 2009
Invoice No. 1189877

For Legal Services Rendered Through April 30, 2009 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 04/01/09 | R. Wyron | Prepare for meeting with D. Austern. | 0.60 |
| 04/01/09 | R. Frankel | Confer with D. Austern, R. Wyron re various plan scenarios, status. | 1.80 |
| 04/02/09 | R. Wyron | Review e-mails on plan issues (.2); meet with D. Austern, J. Radecki, J. Solganick and R. Frankel on financial review and follow-up (3.3); review financial report (.8). | 4.30 |
| 04/02/09 | R. Frankel | Prepare notes for meeting with D. Austern, J. Radecki. | 0.70 |
| 04/02/09 | R. Frankel | Confer with D. Austern, J. Radecki, J. Solganick and R. Wyron. | 3.40 |
| 04/02/09 | R. Frankel | Consider plan issues in preparation for meeting at Kirkland. | 0.70 |
| 04/06/09 | Z. Finley | Revise Certificates for Deferred Payment Agreement and Parent Guarantee per comments from Debtors' counsel. | 1.00 |
| 04/08/09 | R. Wyron | Participate in strategy conference with OHS team on confirmation issues in preparation for meeting with Debtors and ACC (2.2); prepare outline for 4/14 meeting with Debtors (1.9). | 4.10 |
| 04/15/09 | R. Frankel | Prepare notes, consider confirming issues. | 0.70 |
| 04/27/09 | R. Frankel | Review 8-K, notes re plan. | 0.60 |
| 04/27/09 | R. Frankel | Telephone conference with T. Freedman, P. Lockwood, Canadian ZAI counsel, R. Wyron re settlement issues. | 0.60 |
| 04/27/09 | R. Frankel | Review with R. Wyron issues re Edwards judgment, Libby stipulation, Canadian ZAI. | 0.60 |

Total Hours          19.10
Total For Services          $16,534.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Zachary S. Finley | 1.00 | 600.00 | 600.00 |
| Roger Frankel | 9.10 | 945.00 | 8,599.50 |
| Richard H. Wyron | 9.00 | 815.00 | 7,335.00 |
| Total All Timekeepers | 19.10 | $865.68 | $16,534.50 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

May 15, 2009
Invoice No. 1189877

| | | |
|---|---:|---:|
| Document Reproduction | 53.30 | |
| Local Taxi Expense | 29.50 | |
| Outside Reproduction Services | 4.95 | |
| Telephone | 10.61 | |
| Travel Expense, Out of Town | 15.00 | |
| Westlaw Research | 3,320.55 | |
| Total Disbursements | | $3,433.91 |

**Total For This Matter**          **$19,968.41**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

May 15, 2009
Invoice No. 1189877

For Legal Services Rendered Through April 30, 2009 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 04/06/09 | D. Fullem | Prepare notices and certificates of service for Feb 09 fee applications of Piper, Tre Angeli, and Tillinghast (1.2); coordinate filing and service of same (.8). | 2.00 |
| 04/06/09 | D. Fullem | Prepare e-mail to D. Austern regarding status of Jan and Feb 09 billing; review response from D. Austern. | 0.20 |
| 04/07/09 | D. Fullem | Finalize Tillinghast, Tre Angeli, and Piper February 09 fee applications with objection deadlines, filing and service dates. | 0.50 |
| 04/08/09 | D. Fullem | Review and respond to e-mail from C. LaRuffa regarding objection/hearing dates for Tre Angeli March fee application. | 0.20 |
| 04/09/09 | D. Fullem | Review and respond to e-mail from D. Austern regarding Jan and Feb 09 billing. | 0.20 |
| 04/09/09 | D. Fullem | Review and respond to two e-mails from C. LaRuffa regarding Tre Angeli March 09 fee application. | 0.40 |
| 04/10/09 | D. Fullem | Coordinate filings and service of Tillinghast, Tre Angeli and Piper quarterly fee apps for Oct-Dec 08 time period. | 0.50 |
| 04/24/09 | D. Fullem | Review e-mail from K. Boeger at Tillinghast with March monthly and quarterly for Jan-Mar 09; respond to K. Boeger. | 0.30 |
| 04/27/09 | D. Fullem | Review and respond to e-mail from K. Boeger at Tillinghast regarding quarterly for the period Jan-Mar 09. | 0.20 |
| 04/28/09 | D. Fullem | Prepare CNOs for Tillinghast, Tre Angeli and Piper February fee applications (.8); gather notices, docket information (.2); prepare e-mail to R. Wyron regarding same (.1). | 1.10 |

Total Hours 5.60
Total For Services $1,428.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 5.60 | 255.00 | 1,428.00 |
| Total All Timekeepers | 5.60 | $255.00 | $1,428.00 |

Disbursements



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

May 15, 2009
Invoice No. 1189877

| | | |
|---|---|---|
| Document Reproduction | 901.60 | |
| Express Delivery | 121.99 | |
| Postage | 380.52 | |
| Total Disbursements | | $1,404.11 |

**Total For This Matter**                              **$2,832.11**



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

May 15, 2009
Invoice No. 1189877

For Legal Services Rendered Through April 30, 2009 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 04/07/09 | D. Fullem | Review e-mail from R. Wyron; research R. Frankel disclosures in Grace as to Bank of Nova Scotia; e-mail to R. Wyron and R. Frankel regarding specific language in affidavit regarding same. | 0.40 |
| 04/22/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding pro hac vice motion for P. Mahaley. | 0.20 |
| 04/24/09 | D. Fullem | Prepare motion for admission pro hac vice of P. Mahaley (.4); prepare e-mail to P. Mahaley, R. Wyron and J. Guy (.1). | 0.50 |

Total Hours    1.10
Total For Services    $280.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.10 | 255.00 | 280.50 |
| Total All Timekeepers | 1.10 | $255.00 | $280.50 |

**Total For This Matter**    **$280.50**



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

May 15, 2009
Invoice No. 1189877

For Legal Services Rendered Through April 30, 2009 in Connection With:

## Matter: 13 - Compensation of Professionals - Orrick

| | | | |
|---|---|---|---|
| 04/03/09 | D. Fullem | Confer with P. Reyes regarding March prebills. | 0.10 |
| 04/05/09 | D. Felder | Review March prebill. | 1.50 |
| 04/06/09 | D. Fullem | Review March prebill. | 1.20 |
| 04/07/09 | R. Wyron | Review March prebill and provide comments. | 0.60 |
| 04/10/09 | D. Fullem | Coordinate filing and service of Orrick's quarterly fee application for Oct-Dec 08 time period. | 0.30 |
| 04/20/09 | D. Fullem | Coordinate expense chart to be finalized; review same; determine certain edits/format of same; update B. Ruhlander. | 0.90 |
| 04/21/09 | D. Fullem | Review expense chart (1.0); prepare e-mail to B. Ruhlander regarding status (.2). | 1.20 |
| 04/21/09 | D. Fullem | Follow-up with P. Reyes regarding status of March 09 prebill. | 0.10 |
| 04/21/09 | D. Fullem | Prepare CNO for Orrick's February fee application; coordinate signature by R. Wyron, filing and service of same. | 0.50 |
| 04/21/09 | D. Fullem | Review recent payments; prepare update to fee/expense chart; circulate to R. Frankel and R. Wyron. | 0.40 |
| 04/30/09 | D. Fullem | Review fee auditor initial report to Oct-Dec 08 quarterly fee application (.3); follow-up on certain questions (.5); prepare summary for R. Wyron (.4). | 1.20 |

Total Hours                          8.00
Total For Services                                $2,878.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 590.00 | 885.00 |
| Debra O. Fullem | 5.90 | 255.00 | 1,504.50 |
| Richard H. Wyron | 0.60 | 815.00 | 489.00 |
| Total All Timekeepers | 8.00 | $359.81 | $2,878.50 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

May 15, 2009
Invoice No. 1189877

| | | |
|---|---|---|
| Document Reproduction | 15.90 | |
| Express Delivery | 36.62 | |
| | Total  Disbursements | $52.52 |

**Total For This Matter**          **$2,931.02**



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -
17367
page 30

May 15, 2009
Invoice No. 1189877

For Legal Services Rendered Through April 30, 2009 in Connection With:

## Matter: 15 - Travel Time (Non-Working)

| | | | |
|---|---|---|---|
| 02/11/09 | P. Mahaley | Travel to NY for mediation with insurer. | 2.50 |
| 04/01/09 | R. Wyron | Travel to Wilmington for hearing (1.7); travel to NY for meetings (2.1). | 3.80 |
| 04/02/09 | R. Wyron | Return from meetings in NY. | 1.40 |
| 04/06/09 | P. Mahaley | Travel to NY to attend meet and confer with insurer representatives. | 0.90 |
| 04/06/09 | R. Wyron | Travel to NY for discovery conference. | 2.60 |
| 04/07/09 | J. Guy | Travel to DC from meetings. | 3.00 |
| 04/07/09 | R. Wyron | Return to DC from discovery conference in NY. | 2.00 |
| 04/13/09 | P. Mahaley | Travel to NY to attend Plan Proponents' meeting re confirmation discovery planning. | 3.00 |
| 04/13/09 | R. Wyron | Travel to NY for Plan Proponents' strategy meeting. | 3.00 |
| 04/13/09 | R. Frankel | Travel to NY for K&E meeting. | 1.20 |
| 04/14/09 | P. Mahaley | Return travel from NY re Plan Proponents' meeting re discovery related to Phase I confirmation. | 1.70 |
| 04/14/09 | J. Guy | Travel to DC from NY. | 3.00 |
| 04/14/09 | R. Wyron | Return to DC. | 3.00 |
| 04/15/09 | R. Frankel | Travel to DC from NY. | 2.40 |
| 04/23/09 | S. Cruzado | Travel to clients office to review documents for deposition preparation (2.0). | 2.00 |
| 04/29/09 | P. Mahaley | Travel to NY for insurance settlement meeting. | 1.70 |

| | | |
|---|---|---|
| Total Hours | 37.20 | |
| Total For Services | | $13,829.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen C. Cruzado | 2.00 | 230.00 | 460.00 |
| Roger Frankel | 3.60 | 472.50 | 1,701.00 |
| Jonathan P. Guy | 6.00 | 377.50 | 2,265.00 |
| Peri N. Mahaley | 9.80 | 302.50 | 2,964.50 |
| Richard H. Wyron | 15.80 | 407.50 | 6,438.50 |
| Total All Timekeepers | 37.20 | $371.75 | $13,829.00 |

**Total For This Matter**                    **$13,829.00**



ORRICK

David Austern. Futures Claims Representative for W.R. Grace & Co. -                     May 15. 2009
17367                                                                                                                      Invoice No. 1189877
page 31

**\* \* \* COMBINED TOTALS \* \* \***

|  |  |  |
|---|---|---|
| Total Hours | 732.10 | |
| Total Fees. all Matters | | $442,139.50 |
| Total Disbursements. all Matters | | $20.677.17 |
| Total Amount Due | | $462,816.67 |