IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO NOTICE OF DEPOSITION OF DR. ALAN C. WHITEHOUSE**

PLEASE TAKE NOTICE that the Official Committee of Asbestos Personal Injury Claimants, by and through the undersigned attorneys, hereby joins the Notice of Deposition of Dr. Alan C. Whitehouse filed by the Debtors W.R. Grace & Co., et al. ("Grace"). The deposition will commence at **8:30 a.m. PDT on Tuesday, June 16, 2009** at the Hilton Seattle Airport & Conference Center, 17620 International Blvd, Seattle, Washington 98188 and will continue from day to day thereafter until complete. The deposition will be taken before a notary public or some other officer authorized to administer oaths and take testimony, and will be used for all lawful purposes. The testimony will be recorded by stenographic means, and by audio/videotape.

Dated: June 9, 2009

                                                          **CAMPBELL & LEVINE, LLC**

                                                          */s/Mark Hurford*
                                                          Mark T. Hurford (#3299)
                                                          800 N. King Street, Suite 300
                                                          Wilmington, DE 19801
                                                          Telephone: (302) 426-1900
                                                          Facsimile: (302) 426-9947
                                                          mhurford@camlev.com

                                                          -and-

{D0154743.1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

{D0154743.1 }