**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Dkt. Nos: 21913 & 21978 |
| | ) | |

<u>**JOINDER OF THE SCOTTS COMPANY LLC TO NOTICE OF DEPOSITION
OF JAY HUGHES, ESQUIRE**</u>

The Scotts Company LLC ("Scotts"), by its undersigned counsel, hereby joins the

Notice of Deposition of Jay Hughes, Esquire filed by the Anderson Memorial Hospital

(Dkt. No. 21913) and Maryland Casualty Company, Zurich Insurance Company and

Zurich International (Bermuda) Ltd. (Dkt. No. 21978).

Dated:  June 10, 2009

**VORYS, SATER, SEYMOUR AND PEASE
LLP**


<u>/s/ Tiffany Strelow Cobb</u>
Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb (Ohio Bar #0067516)
(admitted *pro hac vice*)
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile:  (614) 719-4663

-and-

Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

Attorneys for The Scotts Company LLC, and
certain of its related entities