IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED,
FOR THE THIRTY-FIRST INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Caplin & Drysdale, Chartered, for the Thirty-First Interim Period (the "Application").

## BACKGROUND

1. Caplin & Drysdale, Chartered ("Caplin & Drysdale"), was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Caplin & Drysdale seeks approval of fees totaling $730,454.25 and expenses totaling $31,457.56 for its services from October 1, 2008 through December 31, 2008 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Caplin & Drysdale based upon our review, and we received a response from Caplin & Drysdale, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following meal expenses for which more information was needed:

| | | |
|---|---|---|
| Peter Van N. Lockwood Travel to Pittsburgh, PA for Hearing | 10/29/2008 | 113.50 |
| PVNL; Travel expenses to Pittsburgh for hearing on 11/13-14 for room service | 11/19/2008 | 86.11 |
| Nathan D. Finch meals while on travel to Pittsburgh, PA, re: Attend Court Hearing, 12/15/08 | 12/17/2008 | 75.23 |
| Jeffrey A. Liesemer Meals while on travel to NYC, re: Plan Mtgs., 9/15/08 - 9/16/08 | 12/24/2008 | 117.22 |
| Jeffrey A. Liesemer Meals while on travel to Pittsburgh, PA, re: Grace Hearing, 11/13/08 - 11/14/08 | 12/31/2008 | 86.74 |

In response to our inquiry, Caplin & Drysdale provided the following information:

| **Attorney** | **Date** | **Expense** | **Breakdown** |
|---|---|---|---|
| Peter Van N. Lockwood | 10/29/08 | $113.50 | 10/26 - Dinner for 1 ($62.55); 10/27 - Dinner for 1 ($50.95) |
| Peter Van N. Lockwood | 11/19/08 | $86.11 | 11/13 - Dinner for 1 ($86.11) |

| **Attorney** | **Date** | **Expense** | **Breakdown** |
|---|---|---|---|
| Nathan D. Finch | 12/17/08 | $75.23 | 12/15 - Breakfast for 1 ($6.14); Dinner for 1 ($17.77); Snacks & Beverages for 3 ($51.32) |
| Jeffrey A. Liesemer | 12/24/08 | $117.22 | 9/15/08 - Dinner for 1 ($63.74); 9/16/08 - Breakfast for 1 ($45.98); 9/16/08 - Beverages for 1 ($7.50) |
| Jeffrey A. Liesemer | 12/31/08 | $86.74 | 11/13 - Dinner for 1 ($58.47) 11/14 - Breakfast for 1 ($28.27) |

It appears to us that one can dine satisfactorily in most locales for $25 for breakfast, $35 for lunch, and $55 for dinner, and in New York City for $35 for breakfast, $45 for lunch, and $65 for dinner. Based upon these guidelines, we accept Caplin & Drysdale's response, except with respect to the following charges:

    $62.55 for dinner for one in Pittsburgh    Reduce by $7.55

    $86.11 for dinner for one in Pittsburgh    Reduce by $31.11

    $45.98 for breakfast for one in NYC    Reduce by $10.98

    $58.47 for dinner for one in Pittsburgh    Reduce by $3.47

    $28.27 for breakfast for one in Pittsburgh    Reduce by $3.27

Thus, for all items in this paragraph, we recommend a reduction of $56.38 in expenses.

4.    In our initial report, we noted the following expense for which more information was needed:

    Motley Rice LLC - Refund Committee Member (APB)    12/2/2008    1,577.46

In response to our inquiry, Caplin & Drysdale provided the following information concerning this

expense:

> You request in paragraph 5 of the Initial Report additional information about the refund of $1,577.46, entered on December 2, 2008, to Motley Rice LLC. This amount was reimbursement for a Committee member's expense charged by Motley Rice. Therefore, Caplin & Drysdale sent a check in this amount to Motley Rice.

In response to our follow-up inquiry, Caplin & Drysdale provided supporting documentation for the expense from Motley Rice and stated as follows:

> This charge...was submitted by the Committee to its local counsel, for reimbursement by the Debtor, on April 29, 2008. Our understanding is that the reimbursement was outstanding until included in the payment to Caplin & Drysdale. We identified that payment as a Motley Rice reimbursement and forwarded $1,577.46 to Motley Rice.

We understand from Caplin & Drysdale's response that it received payment of the $1,577.46 expense from the Debtor by mistake and, accordingly, sent a payment of $1,577.46 to Motley Rice. We note from the documentation provided that this $1,577.46 expense had previously been sought by the Committee in its Twenty-Ninth Interim expense application[1] and this expense was approved by the Court in its Order Approving Quarterly Fee Applications for the Twenty-Ninth Interim Period, entered on December 17, 2008 (Docket No. 20283). Because the Court has previously approved the expense, it need not be approved a second time, and thus should not be a part of Caplin & Drysdale's fee application. For this reason, we recommend that this expense of $1,577.46 be deducted from Caplin & Drysdale's fee application.

## CONCLUSION

5.      Thus, we recommend approval of $730,454.25 in fees and $29,823.72 in expenses

---

[1] We previously recommended approval of the $1,577.46 expense in the Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period, ¶¶ 22 and 35.

($31,457.56 minus $1,633.84) for Caplin & Drysdale's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 10th day of June, 2009.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Elihu Inselbuch
Rita Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801