IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x

In re:                              :  Chapter 11

W.R. Grace & Co., et al.            :  Case No. 01-1139 (JFK)

                        Debtors.    :  Jointly Administered

                                    :

---------------------------------------------------- x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of J. Gregory St. Clair to represent Sealed Air Corporation in this action.

Dated:    Wilmington, Delaware
          June 10, 2009

                        SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

                        /s/  Douglas D. Herrmann
                        Douglas D. Herrmann (I.D. No. 4872)
                        Skadden, Arps, Slate, Meagher
                          & Flom LLP
                        One Rodney Square
                        P.O. Box 636
                        Wilmington, Delaware 19899-0636
                        (302) 651-3000
                        (302) 651-3001

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Illinois and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ J. Gregory St. Clair
J. Gregory St. Clair
Skadden, Arps, Slate, Meagher
   & Flom LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June ___, 2009

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge