IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

PLEASE TAKE NOTICE that the claim of **D.O.T. RAIL SERVICE OF INDIANA, INC. and DOT RAIL SERVICE, INC** (the "Transferor") against the Debtor in the amount of $35,946.47 and all Proofs of Claim relating thereto, have been transferred and assigned other than for security to **LONGACRE MASTER FUND, LTD.** (the "Transferee"). Transferor unconditionally and irrevocably sold, transferred, and assigned the claims to Transferee for good and valuable consideration.

The undersigned hereby submits this as evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, of the claims originally held by **D.O.T. RAIL SERVICE OF INDIANA, INC. and DOT RAIL SERVICE, INC** and all rights thereunder to **LONGACRE MASTER FUND, LTD.**. The clerk of the court is authorized to change the address on the claim filed by Transferor to that of the Transferee listed below, following notice to the Transferor.

TRANSFEROR
D.O.T. RAIL SERVICE OF INDIANA, INC. and DOT RAIL SERVICE, INC.
RR 1, Old Schoolhouse Road
Granville, IL 61326
Attn: Melinda Sammons

TRANSFEREE
LONGACRE MASTER FUND, LTD.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

By: _____
Name: Vladimir Jelisavcic
Title: Director

#10931809 v1