# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 21633** |

## JOINDER OF BNSF RAILWAY COMPANY TO
## NOTICE OF DEPOSITION OF W.R. GRACE &CO., ET AL.
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

BNSF Railway Company, by its undersigned counsel, hereby joins the Notice of Deposition of W.R. Grace & Co., et al., Pursuant to Federal Rule of Civil Procedure 30(b)(6), filed by the Libby Claimants (Docket No. 21633).

Dated: June 10, 2009　　　　　　　　　　PEPPER HAMILTON LLP
Wilmington, DE

　　　　　　　　　　　　　　　　　　　　/s/ Evelyn J. Meltzer
　　　　　　　　　　　　　　　　　　　　Evelyn J. Meltzer (DE 4581)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza, Suite 5100
　　　　　　　　　　　　　　　　　　　　1313 Market Street
　　　　　　　　　　　　　　　　　　　　PO Box 1709
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1709
　　　　　　　　　　　　　　　　　　　　Tel: (302) 777-6500
　　　　　　　　　　　　　　　　　　　　Fax: (302) 777-6511

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750


Counsel for BNSF Railway Company

-1-