# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on the 10th day of June, 2009, I did serve the Joinder Of BNSF Railway Company To Notice Of Deposition Of W.R. Grace &Co., et al. Pursuant To Federal Rule Of Civil Procedure 30(b)(6) by causing a true and correct copy thereof to be served by hand delivery upon the entities listed on **Exhibit A**, attached hereto, and electronic mail, upon the entities listed on **Exhibit B**, attached hereto.

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE 4581)
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

#11087308 v1

-2-

**EXHIBIT A – SERVICE BY HAND DELIVERY**

Laura Davis Jones/James E. O'Neil
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899
(Counsel to Debtors)

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
(Counsel to Asbestos PI Committee)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(Counsel to Asbestos PD Committee)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19899-1397
(Counsel to Equity Committee)

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel for David T. Austern)

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Counsel to Sealed Air Corporation)

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(Counsel to Macerich Fresno LP)

Office of the U.S. Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

**EXHIBIT B – SERVICE BY ELECTRONIC MAIL**

lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com;
mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com;
jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com;
ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov;
ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com;
madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com,
Carignanj@pepperlaw.com; hertzbergr@pepperlaw.com.; fmonaco@wcsr.com;
kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com;
ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com;
kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com; tscobb@vorys.com; toolee@pepperlaw.com;
landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com;
cohn@cwg11.com; candon@cwg11.com; kmiller@skfdelaware.com;
ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com;
jwisler@cblh.com; mphillips@cblh.com; elongosz@eckertseamans.com;
lstover@eckertseamans.com; erosenthal@rmgglaw.com;
dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com;
mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com;
rifft@wileyrein.com; casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com;
yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com;
michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com;
lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com;
arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com;
wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com;
jwaxman@cozen.com; wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com; carl.pernicone@wilsonelser.com;
Catherine.chen@wilsonelser.com; arich@alanrichlaw.com;
david.turetsky@skadden.com; dj.baker@skadden.com; pbentley@kramerlevin.com;
dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com;
mdavis@zeklaw.com; dfelder@orrick.com; rfrankel@orrick.com;
mwallace@orrick.com; rwyron@orrick.com; jguy@orrick.com;
richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com;
james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com;
ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com;
mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com;
gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com;
lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com;
cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com;
tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com;
loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com;
jsottile@zuckerman.com; kmayer@mccarter.com; dsilver@mccarter.com;
rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com;
alexander.mueller@mendes.com; thomas.quinn@mendes.com;
eileen.mccabe@mendes.com; anna.newsom@mendes.com;
carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com;
sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com;
ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com;
acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com;
gmcdaniel@bglawde.com; jcp@pgslaw.com; jbaer@jsbpc.com;
drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com;

ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; korr@orrick.com;
mshiner@tuckerlaw.com; mplevin@crowell.com; pmahaley@orrick.com;
jcutler@orrick.com; bharding@kirkland.com; arunning@kirkland.com;
bstansbury@kirkland.com; jpw@capdale.com; bsb@capdale.com; wbs@capdale.com;
travis.langenkamp@kirkland.com; heather.bloom@kirkland.com;
karen.f.lee@kirkland.com; david.boutrous@kirkland.com;
SSchindlerWilliams@KRAMERLEVIN.com; Deborah Scarcella; tmessana@mws-law.com;
FRosner@mrs-law.com; rmillner@sonnenschein.com; cprince@sonnenschein.com;
jpw@capdale.com; bsb@capdale.com; wbs@capdale.com

#11087308 v1