UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et. al. | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors | : | |
| | : | Re: Docket No. 22051 |

**NOTICE OF WITHDRAW WITHOUT PREJUDICE OF SEVENTY-NINTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF APRIL 2009**

PLEASE TAKE NOTICE THAT on June 11, 2009, PricewaterhouseCoopers LLP ("PwC") filed its Seventy-Ninth Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Month of April 2009 [Docket No. 22051 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT the PricewaterhouseCoopers LLP hereby withdraws the Application to correct a typographical error regarding the objection deadline. The Application will be re-filed with the correct objection deadline.

Dated: June 11, 2009                    SMITH, KATZENSTEIN & FURLOW, LLP

/s/ Kathleen M. Miller
Kathleen Miller (I.D. No.2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: Kmiller@skfdelaware.com

Attorneys for PricewaterhouseCoopers LLP

{02411}