Attachment B
To Fee Application
Summary of PwC's Fees By Professional
April 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended April 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 3.0 | $ 2,971.80 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 25.0 | $ 14,560.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 4.4 | $ 2,849.88 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 62.5 | $ 43,656.25 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 2.5 | $ 2,100.45 |
| Rafael Garcia | Director | 15 | Integrated Audit | $384.80 | 39.5 | $ 15,199.60 |
| Paul Francis | Director | 15 | Integrated Audit | $793.76 | 0.5 | $ 396.88 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 20.2 | $ 8,286.24 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.55 | 2.1 | $ 1,506.86 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 41.7 | $ 12,143.04 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | $223.52 | 17.2 | $ 3,844.54 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 6.4 | $ 1,901.95 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 132.2 | $ 54,229.76 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 0.5 | $ 214.32 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $368.30 | 0.3 | $ 110.49 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 33.5 | $ 7,316.40 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 9.2 | $ 2,091.44 |
| Todd Chesla | Tax Senior Associate | 2 | Integrated Audit | $218.40 | 24.5 | $ 5,350.80 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 22.6 | $ 4,994.15 |

| Name | Role | Rate | Hours | | Total |
|---|---|---|---|---|---|
| Erica Margolius | Audit Senior Associate | $227.33 | 3.7 | $ | 841.12 |
| Karen Chiem | Audit Senior Associate | $220.98 | 11.0 | $ | 2,430.78 |
| Lynda Keorlet | Audit Senior Associate | $209.55 | 146.9 | $ | 30,782.90 |
| Shahin Rahmani | Audit Associate | $156.21 | 89.5 | $ | 13,980.80 |
| Pavel Katsiak | Audit Associate | $156.21 | 76.5 | $ | 11,950.07 |
| Jian Hui Lee | Advisory Associate | $298.45 | 2.0 | $ | 596.90 |
| Adam Lueck | Audit Associate | $156.21 | 117.0 | $ | 18,276.57 |
| Alan Harkatz | Tax Associate | $150.80 | 21.5 | $ | 3,242.20 |
| Eric LaBorde | Audit Associate | $175.26 | 1.0 | $ | 175.26 |
| George Hannigan | Audit Associate | $170.18 | 27.0 | $ | 4,594.86 |
| Kellen DeMarco | Audit Associate | $175.26 | 4.0 | $ | 701.04 |
| Kristina Johnson | Audit Associate | $123.19 | 90.3 | $ | 11,124.06 |
| Karen Spencer | EA | $114.30 | 5.0 | $ | 571.50 |
| | TOTAL | | 1,043.2 | $ | 282,992.91 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    16.2    $2,222.51

Summary of PwC's Fees By Project Category:
April 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |

| | | |
|---|---|---|
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 16.2 | $2,222.51 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,043.2 | $282,992.91 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,059.4 | $285,215.42 |

Expense Summary
April 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,480.18 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $33.37 |
| Business Meals | N/A | $67.80 |
| TOTAL: | | $1,581.35 |

**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
April 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended April 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 3.0 | $ 2,971.80 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $582.40 | 25.0 | $ 14,560.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 4.4 | $ 2,849.88 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 62.5 | $ 43,656.25 |
| Matthew Sabatini | Audit Partner | 14 | Integrated Audit | $840.18 | 2.5 | $ 2,100.45 |
| Rafael Garcia | Director | 15 | Integrated Audit | $384.80 | 39.5 | $ 15,199.60 |
| Paul Francis | Director | 15 | Integrated Audit | $793.76 | 0.5 | $ 396.88 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 20.2 | $ 8,286.24 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.55 | 2.1 | $ 1,506.86 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $291.20 | 41.7 | $ 12,143.04 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | $223.52 | 17.2 | $ 3,844.54 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 6.4 | $ 1,901.95 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 132.2 | $ 54,229.76 |
| Adriana Yepes | Audit Manager | 11 | Integrated Audit | $428.64 | 0.5 | $ 214.32 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $368.30 | 0.3 | $ 110.49 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 33.5 | $ 7,316.40 |
| Alison Garleb | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 9.2 | $ 2,091.44 |
| Todd Chesla | Tax Senior Associate | 2 | Integrated Audit | $218.40 | 24.5 | $ 5,350.80 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 22.6 | $ 4,994.15 |

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 3.7 | $ 841.12 |
| Karen Chiem | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 11.0 | $ 2,430.78 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 146.9 | $ 30,782.90 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 89.5 | $ 13,980.80 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 76.5 | $ 11,950.07 |
| Jian Hui Lee | Advisory Associate | 2 | Integrated Audit | $298.45 | 2.0 | $ 596.90 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 117.0 | $ 18,276.57 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | $150.80 | 21.5 | $ 3,242.20 |
| Eric LaBorde | Audit Associate | 2 | Integrated Audit | $175.26 | 1.0 | $ 175.26 |
| George Hannigan | Audit Associate | 2 | Integrated Audit | $170.18 | 27.0 | $ 4,594.86 |
| Kellen DeMarco | Audit Associate | 2 | Integrated Audit | $175.26 | 4.0 | $ 701.04 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | $123.19 | 90.3 | $ 11,124.06 |
| Karen Spencer | EA | 24 | Integrated Audit | $114.30 | 5.0 | $ 571.50 |
| | TOTAL | | | | 1,043.2 | $ 282,992.91 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    16.2    $2,222.51

Summary of PwC's Fees By Project Category:
April 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |

| Matter | Hours | Amount |
|---|---|---|
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 16.2 | $2,222.51 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,043.2 | $282,992.91 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,059.4 | $285,215.42 |

Expense Summary
April 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,480.18 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $33.37 |
| Business Meals | N/A | $67.80 |
| TOTAL: | | $1,581.35 |