# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended April 30, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment |
|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 4/4/09 | $ 79.75 | | | |
| Martin Burkard | Integrated Audit | 4/9/09 | $ 41.80 | | | |
| Justin Bray | Integrated Audit | 4/1/09 | $ 23.10 | | | |
| | Integrated Audit | 4/2/09 | $ 23.10 | | | |
| | Integrated Audit | 4/8/09 | $ 23.10 | | | |
| | Integrated Audit | 4/13/09 | $ 23.10 | | | |
| | Integrated Audit | 4/14/09 | $ 23.10 | | | |
| | Integrated Audit | 4/16/09 | $ 23.10 | | | |
| | Integrated Audit | 4/20/09 | $ 23.10 | | | |
| | Integrated Audit | 4/22/09 | $ 23.10 | | | |
| | Integrated Audit | 4/23/09 | $ 23.10 | | | |
| | Integrated Audit | 4/28/09 | $ 23.10 | | | |
| | Integrated Audit | 4/29/09 | $ 23.10 | | | |
| | Integrated Audit | 4/30/09 | $ 23.10 | | | |
| David Sands | Integrated Audit | 4/9/09 | $ 38.50 | | | |
| Brett Czajkowski | Integrated Audit | 4/9/09 | $ 20.90 | | | |
| Lynda Keorlet | Integrated Audit | 4/30/2009 | $ 13.00 | | | |
| Alan Harkatz | Integrated Audit | 4/16/09 | $ 27.50 | | | |
| | Integrated Audit | 4/16/09 | $ 27.50 | | | |
| | Integrated Audit | 4/16/09 | $ 2.00 | | | |
| Kristina Johnson | Integrated Audit | 3/3/09 | $ 35.20 | | | |
| | Integrated Audit | 4/13/09 | $ 35.20 | | | |
| | Integrated Audit | 4/14/09 | $ 35.20 | | | |
| | Integrated Audit | 4/15/09 | $ 35.20 | | | |
| | Integrated Audit | 4/16/09 | $ 35.20 | | | |
| | Integrated Audit | 4/21/09 | $ 35.20 | | | |
| | Integrated Audit | 4/22/09 | $ 35.20 | | | |
| | Integrated Audit | 4/23/09 | $ 35.20 | | | |
| | Integrated Audit | 4/24/09 | $ 35.20 | | | |
| | Integrated Audit | 4/27/09 | $ 35.20 | | | |
| | Integrated Audit | 4/28/09 | $ 35.20 | | | |
| | Integrated Audit | 4/29/09 | $ 35.20 | | | |
| | Integrated Audit | 4/30/09 | $ 35.20 | | | |
| | Integrated Audit | 4/14/09 | | | | $ 67.80 |
| Pavel Katsiak | Integrated Audit | 4/1/09 | $ 29.08 | | | |
| | Integrated Audit | 4/3/09 | $ 29.08 | | | |

**Melissa Noel**

| | | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|---|
| Integrated Audit | 4/6/09 | | $ 29.08 | | | |
| Integrated Audit | 4/7/09 | | $ 29.08 | | | |
| Integrated Audit | 4/13/09 | | $ 29.08 | | | |
| Integrated Audit | 4/14/09 | | $ 29.08 | | | |
| Integrated Audit | 4/15/09 | | $ 29.08 | | | |
| Integrated Audit | 4/16/09 | | $ 29.08 | | | |
| Integrated Audit | 4/20/09 | | $ 29.08 | | | |
| Integrated Audit | 4/21/09 | | $ 29.08 | | | |
| Integrated Audit | 4/22/09 | | $ 29.08 | | | |
| Integrated Audit | 4/23/09 | | $ 29.08 | | | |
| Integrated Audit | 4/24/09 | | $ 29.08 | | | |
| Integrated Audit | 4/27/09 | | $ 29.08 | | | |
| Integrated Audit | 4/28/09 | | $ 29.08 | | | |
| Integrated Audit | 4/29/09 | | $ 29.08 | | | |
| Integrated Audit | 4/30/09 | | $ 29.08 | | | |
| Integrated Audit | 3/30/2009 | | | | $ 13.27 | |
| Integrated Audit | 3/31/2009 | | | | $ 20.10 | |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|---|
| | $ | 1,591.35 | $ 1,490.18 | - | $ 33.37 | $ 67.80 |

## Description

Personal Car from Plantation to Boca Raton & from Boca to Plantation - 145 Miles * $0.55 per mile

Mileage to Columbia, MD (106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)

Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)

Mileage to client (in excess of normal commute to office) 70 miles * .55/mile

Mileage (74 - 36 miles normal commute = 38 miles * $0.55/mile) in addition to standard commute to PwC office, McLean, VA.

Parking while picking up Grace's Audit Committee reports from the print shop

Driving from PwC Miami to WR Grace (Boca Raton) Excess miles of normal commute 50 miles * $0.55 per mile (1 way)
Driving from WR Grace (Boca Raton) to PwC Miami. Excess miles of normal commute 50 miles * $0.55 per mile (1 way)
I-95 Toll during commute to WR Grace (Boca Raton)

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
Working lunch for the PwC team at Grace - 8 people - N. Johnson, A. Lueck, S. Rahmani, P. Katsiak, T. Smith, J. Bray, L. Keofiel, and A. Garieb.

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

interoffice signed letters for monthly fee application

charge to overnight monthly package

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended April 30, 2009**

| Personnel | Date | Title | Expense |
|-----------|------|-------|---------|
| **George Baccash** | 4/4/09 | Tax Partner | $79.75 |
| | | | $ **79.75** |
| **Martin Burkard** | 4/9/09 | Audit Manager | $ 41.80 |
| | | | $ **41.80** |
| **Justin Bray** | 4/1/09 | Audit Senior Manager | $ 23.10 |
| | 4/2/09 | Audit Senior Manager | $ 23.10 |
| | 4/8/09 | Audit Senior Manager | $ 23.10 |
| | 4/13/09 | Audit Senior Manager | $ 23.10 |
| | 4/14/09 | Audit Senior Manager | $ 23.10 |
| | 4/16/09 | Audit Senior Manager | $ 23.10 |
| | 4/20/09 | Audit Senior Manager | $ 23.10 |
| | 4/22/09 | Audit Senior Manager | $ 23.10 |
| | 4/23/09 | Audit Senior Manager | $ 23.10 |
| | 4/28/09 | Audit Senior Manager | $ 23.10 |
| | 4/29/09 | Audit Senior Manager | $ 23.10 |
| | 4/30/09 | Audit Senior Manager | $ 23.10 |
| | | | $ **277.20** |
| **David Sands** | 4/9/09 | Audit Senior Manager | $ 38.50 |
| | | | $ **38.50** |
| **Brett Czajkowski** | 4/9/09 | Audit Senior Associate | $ 20.90 |
| | | | $ **20.90** |
| **Lynda Keorlet** | 4/30/09 | Audit Senior Associate | $ 13.00 |
| | | | $ **13.00** |
| **Alan Harkatz** | 4/16/09 | Tax Associate | $ 27.50 |
| | 4/16/09 | Tax Associate | $ 27.50 |
| | 4/16/09 | Tax Associate | $ 2.00 |
| | | | $ **57.00** |
| **Kristina Johnson** | 3/3/09 | Audit Associate | $ 35.20 |
| | 4/13/09 | Audit Associate | $ 35.20 |
| | 4/14/09 | Audit Associate | $ 35.20 |
| | 4/15/09 | Audit Associate | $ 35.20 |
| | 4/16/09 | Audit Associate | $ 35.20 |
| | 4/21/09 | Audit Associate | $ 35.20 |
| | 4/22/09 | Audit Associate | $ 35.20 |
| | 4/23/09 | Audit Associate | $ 35.20 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 4/24/09 | Audit Associate | $ | 35.20 |
|  | 4/27/09 | Audit Associate | $ | 35.20 |
|  | 4/28/09 | Audit Associate | $ | 35.20 |
|  | 4/29/09 | Audit Associate | $ | 35.20 |
|  | 4/30/09 | Audit Associate | $ | 35.20 |
|  | 4/14/09 | Audit Associate | $ | 67.80 |
|  |  |  | **$** | **525.40** |
|  |  |  |  |  |
| **Pavel Katsiak** | 4/1/09 | Audit Associate | $ | 29.08 |
|  | 4/3/09 | Audit Associate | $ | 29.08 |
|  | 4/6/09 | Audit Associate | $ | 29.08 |
|  | 4/7/09 | Audit Associate | $ | 29.08 |
|  | 4/13/09 | Audit Associate | $ | 29.08 |
|  | 4/14/09 | Audit Associate | $ | 29.08 |
|  | 4/15/09 | Audit Associate | $ | 29.08 |
|  | 4/16/09 | Audit Associate | $ | 29.08 |
|  | 4/20/09 | Audit Associate | $ | 29.08 |
|  | 4/21/09 | Audit Associate | $ | 29.08 |
|  | 4/22/09 | Audit Associate | $ | 29.08 |
|  | 4/23/09 | Audit Associate | $ | 29.08 |
|  | 4/24/09 | Audit Associate | $ | 29.08 |
|  | 4/27/09 | Audit Associate | $ | 29.08 |
|  | 4/28/09 | Audit Associate | $ | 29.08 |
|  | 4/29/09 | Audit Associate | $ | 29.08 |
|  | 4/30/09 | Audit Associate | $ | 29.08 |
|  |  |  | **$** | **494.43** |
| **Melissa Noel** | 3/30/2009 | Project Team Specialist | $ | 13.27 |
|  | 3/31/2009 | Project Team Specialist | $ | 20.10 |
|  |  |  | **$** | **33.37** |
|  |  |  | **$** | **1,581.35** |

**Description**

Personal Car from Plantation to Boca Raton & from Boca to Plantation - 145 Miles * $0.55 per mile

Mileage to Columbia, MD (106 miles - 30 miles regular commute = 76 miles in excess of normal commute *$0.55/ mile)

Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)

Mileage to client (in excess of normal commute to office)  70 miles * .55/mile

Mileage (74 - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office, McLean, VA

Parking while picking up Grace's Audit Committee reports from the print shop

Driving from PwC Miami to WR Grace (Boca Raton) Excess miles of normal commute 50 miles * $0.55 per mile (1 way)
Driving from WR Grace (Boca Raton) to PwC Miami.  Excess miles of normal commute 50 miles * $0.55 per mile (1 way)
I-95 Toll during commute to WR Grace (Boca Raton)

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
Working lunch for the PwC team at Grace - 8 people - N. Johnson, A. Lueck, S. Rahmani, P. Katsiak, T. Smith, J. Bray, L. Keorlet, and A. Garleb.

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

Mileage in excess of regular commute of 26.44 miles one way * 2 round trip * $0.55 per mile from Arlington, VA to Columbia, MD

interoffice signed letters for monthly fee application
charge to overnight monthly package