IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Proposed Hearing Date: June 18, 2009 |
| ) | Re: Docket Nos. 21960, 21959 |

**ORDER FOR LEAVE FROM SCHEDULING ORDER AND SHORTENING TIME PERIODS ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MODIFY THIRD AMENDED CASE MANAGEMENT ORDER RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Upon the motion of the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al. (the "Creditors' Committee"), pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and section 102 of the Bankruptcy Code (the "Motion Shortening Time"), for leave from this Court's Scheduling Order[1] and shortening the notice period with respect to the "Motion of The Official Committee of Unsecured Creditors To Modify Third Amended Case Management Order Related to The First Amended Joint Plan of Reorganization" (Docket No. _____; the "Motion"); and due and proper notice of the Motion Shortening Time having been given; and it appearing that sufficient cause exists for granting the requested relief; it is hereby:

ORDERED that the Motion Shortening Time is granted; and it is further

ORDERED that the Creditors' Committee is granted leave from the Scheduling Order; and it is further

---

[1] Capitalized terms not otherwise defined have the meanings ascribed to such terms in the Motion Shortening Time.

NY 72131869v1

2

ORDERED that the notice period with respect to the Motion is shortened and that the objection deadline on the Motion is June 15, 2009 no later than 4:00 p.m. Eastern; and it is further

ORDERED that the Motion is scheduled to be heard at the Phase I pretrial hearing on June 18, 2009 at 1:00 p.m.

FURTHER ORDERED that Movant shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

Dated: June 11, 2009

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge

2

NY 72131869v1