# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>**Related Docket No. 22055** |

### NOTICE OF FILING OF ATTACHMENTS TO ARROWOOD'S
### BRIEF IN OPPOSITION TO PLAN PROPONENTS' MOTION TO STRIKE
### THE EXPERT REPORT AND TESTIMONY OF GEORGE L. PRIEST

Dated: June 11, 2009

                                                  Garvan F. McDaniel, Esq. (#4167)
                                                  BIFFERATO GENTILOTTI LLC
                                                  800 N. King Street, Plaza Level
                                                  Wilmington, DE 19801
                                                  (302) 429-1900 Phone
                                                  (302) 429-8600 Fax

                                                  Carl J. Pernicone, Esq.
                                                  WILSON, ELSER, MOSKOWITZ
                                                  EDELMAN & DICKER, LLP
                                                  150 East 42nd Street
                                                  New York, NY 10017-5639
                                                  Telephone: (212) 490-3000

                                                  Tancred V. Schiavoni, Esq.
                                                  O'MELVENY & MYERS LLP
                                                  7 Times Square
                                                  New York, New York
                                                  (212) 326-2267

                                                  *Counsel to Arrowood Indemnity*
                                                  *Company, f/k/a Royal Indemnity Company*