UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket No. 22049** |
| | : | |

AFFIDAVIT OF SERVICE REGARDING
NOTICE OF TRANSFER OF CLAIM PURSUANT TO
RULE 3001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, J. Helen Cook, being over 18 years of age, hereby certify that on the 10th day of June, 2009, I did serve the **Notice of Transfer of Claim Pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure** (Docket No. 22049) by causing a true and correct copy thereof to be served via United States mail, first class, postage pre-paid upon the following party:

Kathleen P. Makowski, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

_____
J. Helen Cook

STATE OF DELAWARE      :
                       : ss
COUNTY OF NEW CASTLE   :

SWORN to and SUBSCRIBED before me
this 11 day of June, 2009

_____
Notary Public

RITA TIPTON BUXBAUM
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 26, 2012

#11086920 v1