IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 18, 2009, AT 1:00 P.M. BEFORE
THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON JUNE 17, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

## PLAN RELATED MATTERS

1. Plan Proponents' Joint Motion in Limine to Strike the Expert Reports and Testimony of George L. Priest and James B. Shein [Filed: 5/28/09] (Docket No. 21902)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Granting Motion of the Plan Proponents' Joint Motion in Limine to Strike the Expert Reports and Testimony of George L. Priest and James B. Shein [Filed: 5/28/09] (Docket No. 21902)

b. Plan Proponents' Motion for Leave From This Court's Scheduling Order and to Shorten Notice Period on Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein [Filed: 5/28/09] (Docket No. 21903)

  (i) [Proposed] Order for Leave From Scheduling Order and to Shorten Notice Period on: Plan Proponents' Joint Motion in Limine to Strike the Expert Reports and Testimony of George L. Priest and James B. Shein [Filed: 5/28/09] (Docket No. 21903)

c. [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on: Plan Proponents' Joint Motion in Limine to Strike the Expert Reports and Testimony of George L. Priest and James B. Shein [Filed: 6/4/09] (Docket No. 21977)

Response Deadline: June 11, 2009, at 12:00 p.m.

Responses Received:

a. CNA Companies Limited Objection to Plan Proponents' Motion for Leave from this Court's Scheduling Order and to Shorten Notice Period on Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein [Filed: 5/29/09] (Docket No. 21907)

b. Joinder to CNA Companies Limited Objection to Plan Proponents' Motion for Leave from this Court's Scheduling Order and to Shorten Notice Period on Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein [Filed: 6/1/09] (Docket No. 21928)

c. Joinder of Federal Insurance Company in the CNA Companies Limited Objection to Plan Proponents' Motion for Leave from this Court's Scheduling Order and to Shorten Notice Period on Plan Proponents' Motion to Strike the Expert Reports and Exclude Testimony of George L. Priest and James B. Shein [Filed: 6/1/09] (Docket No. 21933)

d. **Objection to Motion in Limine By Plan Proponents to Strike the Expert Reports and Testimony of Professors George L. Priest and James B. Shein [Filed: 6/11/09] (Docket No. 22052)**

e. **Arrowood's Brief in Opposition to Plan Proponents' Motion to Strike the Expert Report and Testimony of George L. Priest [Filed: 6/11/09] (Docket No. 22055)**

  (i) **Notice of Filing of Attachments to Arrowood's Brief in Opposition to Plan Proponents' Motion to Strike the Expert Report and Testimony of George L. Priest [Filed: 6/11/09] (Docket No. 22059)**

Status: This matter will go forward.

2. Motion of the Official Committee of Unsecured Creditors to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/2/09] (Docket No. 21959)

   Related Documents:

   a. Motion of the Official Committee of Unsecured Creditors for Leave From this Court's Scheduling Order and Shortening the Notice Period with Respect to the Creditors' Committee's Motion to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/2/09] (Docket No. 21960)

      (i) [Proposed] Order for Leave From Scheduling Order and Shortening the Notice Period with Respect to the Creditors' Committee's Motion to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/2/09] (Docket No. 21960)

   b. **[Signed] Order for Leave From Scheduling Order and Shortening the Notice Period with Respect to the Creditors' Committee's Motion to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/11/09] (Docket No. 22058)**

   **Response Deadline: June 15, 2009, at 4:00 p.m.**

   Responses Received:

   a. **Plan Proponents' Response in Opposition to Motions of the Lenders and Unsecured Creditors' Committee to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/11/09] (Docket No. 22056)**

   **Status: This matter will go forward.**

3. Bank Lender Group Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/3/09] (Docket No. 21972)

   Related Documents:

   a. [Proposed] Order Granting Bank Lender Group Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/3/09] (Docket No. 21972)

   b. Bank Lender Group's Joinder and Motion for Leave From This Court's Scheduling Order So As To Shorten Notice and Expedite Consideration of Bank Lender Group Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/3/09] (Docket No. 21973)

        (i)     [Proposed] Order for Leave From This Court's Scheduling Order So As To Shorten Notice and Expedite Consideration of Bank Lender Group Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/3/09] (Docket No. 21973)

    c.     [Signed] Order for Leave From This Court's Scheduling Order So As To Shorten Notice and Expedite Consideration of Bank Lender Group Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/4/09] (Docket No. 21987)

Response Deadline: June 11, 2009 at 12:00 p.m.

Responses Received:

    **a.**     **Plan Proponents' Response in Opposition to Motions of the Lenders and Unsecured Creditors' Committee to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/11/09] (Docket No. 22056)**

Status: This matter will go forward.

4.    Pre-Trial Conference on Plan Confirmation Phase I

Related Documents:

    a.     [Signed] Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 5/5/09] (Docket No. 21544)

    b.     [Signed] Order (1) Scheduling Pretrial Conference with Respect to Plan Confirmation Phase I to June 18, 2009, at 1:00 p.m. in Pittsburgh, Pennsylvania, and (2) Rescheduling All Other Matters on the June 1 Agenda to June 29, 2009, in Wilmington Delaware [Filed: 5/27/09] (Docket No. 21873)

*[Remainder of Page Intentionally Left Blank]*

Status: A pre-trial conference will go forward on this matter

Dated: June \_\_11\_\_, 2009

          KIRKLAND & ELLIS LLP
          David M. Bernick P.C.
          Samuel L. Blatnick
          Andrew B. Fromm
          300 N. LaSalle Street
          Chicago, IL 60654
          Telephone: (312) 862-2000

          THE LAW OFFICES OF JANET S. BAER P.C.
          Janet S. Baer
          70 West Madison Street, Suite 2100
          Chicago, IL 60602
          Telephone: (312) 641-2162

          - and -
          PACHULSKI STANG ZIEHL & JONES LLP

          */s/ James E. O'Neill*
          Laura Davis Jones (Bar No. 2436)
          James E. O'Neill (Bar No. 4042)
          Kathleen P. Makowski (Bar No. 3648)
          Timothy P. Cairns (Bar No. 4228)
          919 North Market Street, 17th Floor
          Wilmington, DE 19801
          Telephone: (302) 652-4100
          Facsimile: (302) 652-4400

          Co-Counsel for the Debtors and Debtors in Possession