IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) |  |
|  | ) | Jointly Administered |
|  | ) |  |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Cole, Schotz, Meisel, Forman & Leonard, P.A., counsel for the Mian Realty, LLC, moved offices and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given, be given and served upon the undersigned at the address listed below:

Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Fax: (302) 652-3117

Dated: Wilmington, Delaware
June 11, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick, Esquire (2290)
J. Kate Stickles, Esquire (2917)
Patrick J. Reilley, Esquire (4451)
Karen M. McKinley, Esquire (4372)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 652-3131 / (302) 652-3117 (fax)
NPernick@coleschotz.com
KStickles@coleschotz.com
PReilley@coleschotz.com
KMcKinley@coleschotz.com