IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE, that effective June 3, 2009, the New York office of KIRKLAND & ELLIS LLP, has changed the address of their office as listed below:

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
theodore.freedman@kirkland.com
david.bernick@kirkland.com

Dated: June 11, 2009         KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Theodore L. Freedman
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

91100-001\DOCS_DE:149306.1

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      mseidl@pszjlaw.com
      tcairns@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession