IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br>Related Docket Nos. 19581, 19620 |

### NOTICE OF DEPOSITION OF BNSF PHASE II WITNESSES

  PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") by and through their undersigned attorneys, hereby requests that BNSF produce on Monday anyone employed by or otherwise within the control of BNSF who BNSF intends to call as a witness at the confirmation hearing, for deposition. The deposition will take place at the offices of Bifferato Gentilotti, LLC, 800 N. King Street, Plaza Level, Wilmington, DE 19801, June 15, 2009, at 9:00 a.m. (Eastern Time), or at another time agreed amongst the parties, and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths. This deposition is being taken for the purposes of discovery, for use at trial or for such other purposes as are permitted under the Federal Rules of Civil Procedure without limitation. The testimony will be recorded by stenographic means.

Dated: June 11, 2009
Wilmington, Delaware

                /s/ Garvan F. McDaniel
                Garvan F. McDaniel, Esq. (#4167)
                BIFFERATO GENTILOTTI LLC
                800 N. King Street, Plaza Level
                Wilmington, DE 19801
                Telephone: (302) 429-1900
                Fax: (302) 429-8600

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

*Counsel to Arrowood Indemnity
Company, f/k/a Royal Indemnity Company*