## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos. 19581, 19620** |

### NOTICE OF DEPOSITION OF STUART J. SPADY

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") by and through their undersigned attorneys, will take the deposition of Stuart J. Spady. The deposition will take place at the offices of Bifferato Gentilotti, LLC, 800 N. King Street, Plaza Level, Wilmington, DE 19801, June 15, 2009, at 9:00 a.m. (Eastern Time), or at another time agreed amongst the parties, and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths. This deposition is being taken for the purposes of discovery, for use at trial or for such other purposes as are permitted under the Federal Rules of Civil Procedure without limitation. The testimony will be recorded by stenographic means.

Dated: June 11, 2009  
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　/s/ Garvan F. McDaniel  
　　　　　　　　　　　　　　　　　　Garvan F. McDaniel, Esq. (#4167)  
　　　　　　　　　　　　　　　　　　BIFFERATO, GENTILOTTI LLC  
　　　　　　　　　　　　　　　　　　800 N. King Street, Plaza Level  
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801  
　　　　　　　　　　　　　　　　　　Telephone: (302) 429-1900  
　　　　　　　　　　　　　　　　　　Fax: (302) 429-8600  

　　　　　　　　　　　　　　　　　　-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

-and-

Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

*Counsel to Arrowood Indemnity Company, f/k/a Royal Indemnity Company*