# EXHIBIT A
# APRIL 1-30, 2009

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 4/16/2009 | <u>0.70</u> | $675 | <u>$472.50</u> | Peer review of CMS data summaries |
| | | 0.70 | | $472.50 | |
| Jeff Kimble | 4/16/2009 | <u>2.00</u> | $425 | <u>$850.00</u> | Providing CMS data summaries to Orrick |
| | | 2.00 | | $850.00 | |
| | | 2.70 | | $1,322.50 | |