## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

### ORDER QUASHING NOTICE OF DEPOSITION OF BNSF PHASE II WITNESSES

The Notice of Deposition of BNSF Phase II Witnesses, filed by Arrowood

Indemnity Company f/k/a Royal Indemnity Company (Docket No. 22071) is hereby quashed.

Ordered this ___ day of _____, 2009.


_____
Judith K. Fitzgerald
United States Bankruptcy Judge

#11107083 v1