# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, do hereby certify that on the 12th day of June, 2009, I did serve Motion Of BNSF Railway Company To Quash Notice Of Deposition Of BNSF Phase II Witnesses Filed By Arrowood Indemnity Company f/k/a Royal Indemnity Company (Docket No. 22017) by causing a true and correct copy thereof to be served by hand delivery upon the entities listed on **Exhibit A**, attached hereto, and by facsimile and first class mail, postage prepaid, upon the entities listed on **Exhibit B**, attached hereto.

/s/ John H. Schanne, II
John H. Schanne (DE No. 5260)

#11106769 v1

-2-

**EXHIBIT A – SERVICE BY HAND DELIVERY**

Laura Davis Jones/James E. O'Neil
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899
(Counsel to Debtors)

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
(Counsel to Asbestos PI Committee)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(Counsel to Asbestos PD Committee)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19899-1397
(Counsel to Equity Committee)

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel for David T. Austern)

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Counsel to Sealed Air Corporation)

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(Counsel to Macerich Fresno LP)

Office of the U.S. Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

Garvan F. McDaniel, Esquire
Bifferato Gentiolotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

-3-

**EXHIBIT B – SERVICE BY FACSIMILE AND FIRST CLASS MAIL**

| | |
|---|---|
| Debtors<br>c/o David B. Bernick, P. C.<br>Theodore L. Freedman, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center<br>1553 East 53rd Street<br>New York, NY  10022<br>Fax: (212) 446-4900 | W.R. Grace & Co.<br>Attn: General Counsel<br>7500 Grace Drive<br>Columbia, MD 21044<br>Fax: (410) 531-4545 |
| Carl Pernicone, Esquire<br>Wilson, Elser, Moskowitz, Edelman, Dicker LLP<br>150 East 42nd Street<br>New York, NY  10019-5639<br>Fax: 212.490.3038 | Tancred Schiavoni, Esquire<br>Gary Svirsky, Esquire<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036<br>Fax: 212-326-2061 |
| Asbestos PI Committee<br>c/o Peter Van N. Lockwood, Esquire<br>Ronald Reinsel, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC  20005<br>Fax: (202) 862-3301 | Asbestos PI Committee<br>c/o Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor<br>New York, NY  10152-3500<br>Fax: (212) 644-6755 |
| David T. Austern<br>3110 Fairview Park Drive, Suite 200<br>Falls Church, VA 22042-0683<br>Fax: (703) 205-6249 | Asbestos PI Future Claimants' Representative<br>c/o Roger Frankel, Esquire<br>Orrick, Herrington & Sutcliffe LIP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC  20005-1706<br>Fax: (202) 339-8500 |
| Alexander M. Sanders, Jr.<br>19 Water Street<br>Charleston, SC 29401<br>Fax:  (843) 953-7570 | Asbestos PD Future Claimants' Representative<br>c/o Alan B. Rich, Esquire<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909<br>Fax: (214) 749-0325 |

#11106769 v1

...

-4-

| | |
|---|---|
| Official Committee of Property Damage Claimants<br>c/o Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Mindy A. Mora, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod, LLP<br>First Union Financial Center<br>200 S. Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Fax: (305) 374-7593 | Official Committee of Unsecured Creditors<br>c/o Lewis Kruger, Esquire<br>Arlene Krieger, Esquire<br>Kenneth Pasquale, Esquire<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Fax: (212) 806-6006 |
| Sealed Air Corporation<br>Attn: General Counsel<br>200 Riverfront Boulevard<br>Elmwood, NJ 07407<br>Fax: (201) 703-4113 | Sealed Air Corporation<br>c/o D. J. Baker, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Fax: (212) 735-2000 |
| Fresenius Medical Care North America<br>Attn: General Counsel<br>Corporate Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02420-9192<br>Fax: (781) 402-9700 | Fresenius Medical Care North America<br>c/o David S. Rosenbloom. Esquire<br>McDermott Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606<br>Fax: (312) 984-7700 |
| Equity Committee<br>c/o Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Fax: (212) 715-8000 | |