## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS DISCLOSURE FOR "PHASE II" MATTERS

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. et al. (the "Debtors"), by its undersigned counsel, in compliance with the schedule set forth in the Third Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization, dated May 5, 2009 [the "CMO," Docket No. 21544], hereby identifies the following witnesses who may testify on its behalf at the "Phase II" confirmation hearings scheduled to commence on September 8, 2009.

The Committee may call one or more representatives of Capstone Advisory Group LLC, the Committee's financial advisor, to testify with respect to feasibility issues. The individuals whom the Committee may call are one or more of Edwin Ordway, Sean Cunningham and Robert Frezza. The Committee also may call on its direct case certain representatives of the Debtors, including representatives of Blackstone and of the Debtors' management. The Committee's final determination whether to call one or more witnesses during the Phase II confirmation hearings will be made at a later date, after fact discovery takes place concerning the feasibility issues (which the CMO provides is to be served on or before June 15, 2009).

The Committee reserves the right to introduce testimony in the "Phase II" proceedings from any witness called by any other party to the confirmation proceedings and to cross-examine such witnesses.

DM3\1034968.1

The Committee does not intend to call any witnesses to testify concerning "Phase II" issues other than concerning feasibility.

The Committee reserves all rights and remedies with respect to solvency issues, as preserved in the CMO.

Dated: June 12, 2009

>Respectfully submitted,
>
>**STROOCK & STROOCK & LAVAN LLP**
>
>Lewis Kruger
>Kenneth Pasquale
>(Members of the Firm)
>180 Maiden Lane
>New York, New York 10038
>Telephone: (212) 806-5400
>Facsimile: (212) 806-6006
>
>    -and-
>
>**DUANE MORRIS LLP**
>
>*/s/ Michael R. Lastowski*
>Michael R. Lastowski (DE I.D. 3892)
>Richard W. Riley (DE I.D. 4052)
>William S. Katchen
>1100 North Market Street, Suite 1200
>Wilmington, Delaware 19801-1246
>Telephone: (302) 657-4942
>Facsimile: (302) 657-4901
>
>Counsel for The Official Committee
>of Unsecured Creditors of W.R. Grace & Co.