**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos. 22055, 22059** |

**ALLEN SCHWARTZ'S DECLARATION IN SUPPORT OF ARROWOOD'S
BRIEF IN OPPOSITION TO PLAN PROPONENTS' MOTION TO STRIKE THE
EXPERT REPORT AND TESTIMONY OF GEORGE L. PRIEST**

　　I, ALLEN SCHWARTZ, affirm that to the best of my knowledge the following is true under penalty of perjury:

　　1.　　I am an associate with the law firm of O'Melveny & Myers LLP, attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") and I submit this declaration in support of Arrowood's Brief in Opposition to Plan Proponents' Motion to Strike the Expert Report and Testimony of George L. Priest.

　　2.　　Attached as Exhibit A is a true and correct copy of excerpts from the deposition of Peter Van N. Lockwood taken and transcribed on May 1, 2009 and May 4, 2009.

　　3.　　Attached as Exhibit B is a true and correct copy of excerpts from the deposition of George L. Priest take and transcribed on May 7, 2009.

　　4.　　Attached as Exhibit C is a true and correct copy of excerpts from the deposition of Richard Finke taken and transcribed on May 13, 2009.

Dated: New York, New York
　　　　June 12, 2009　　　　　　　　　　　　　　/s/ Allen Schwartz_____
　　　　　　　　　　　　　　　　　　　　　　　　　Allen Schwartz
　　　　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　　(212) 326-2267