# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos. 19581, 19620, 22064, 22065 and 22066** |

### ARROWOOD'S STATEMENT OF ACCEPTANCE OF THE
### LIBBY CLAIMANTS' CANCELATION OF DEPOSITIONS
### (NOTICES DK. NOS. 22064, 22065 AND 22066)

Arrowood, by its attorneys, hereby gives notice of the attached communication from counsel for the Libby Claimants advising that they have voluntarily and unilaterally canceled their requests for the deposition of corporate designees from Arrowood, Maryland Casualty and CNA. Counsel for the "Libby Claimants" issued three Notices (Dk. No. 22064), (Dk. No. 22065) and (Dk. No. 22066) on June 11, 2009 that noticed depositions for June 15, 2009. The attached email from Christopher Candon, counsel who propounded the Notices, states that "[n]one of the Libby depositions are going forward, whether noticed by the Libby Claimants" or otherwise. This is not the product of agreement but rather the unilateral withdrawal by propounding counsel. Arrowood accepts the withdrawal of the Notices and deems them withdrawn.

Dated: June 12, 2009  
Wilmington, Delaware

/s/ Garvan F. McDaniel  
Garvan F. McDaniel, Esq. (#4167)  
BIFFERATO GENTILOTTI, LLC  
800 N. King Street, Plaza Level  
Wilmington, DE 19801  
Tel: (302) 429-1900  
Fax: (302) 429-8600  

- and -

Carl. J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000

- and -

Tancred V. Schiavoni, Esq.
Gary Svirsky, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Arrowood Indemnity
Company f/k/a Royal Indemnity Company*

3

ATTACHEMENT 1

Case 01-01139-AMC    Doc 22087    Filed 06/12/09    Page 3 of 7

**From:** Christopher M. Candon [mailto:candon@cwg11.com]
**Sent:** Friday, June 12, 2009 4:29 PM
**To:** Orr, Kathleen A.; Yvonne Dalton; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; aaronsona@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cblh.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locasaleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; jwaxman@cozen.com; wshelley@cozen.com; jcohn@cozen.com; Garvan McDaniel; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; Felder, Debra L.; Frankel, Roger; Wallace, Mary A.; Wyron, Richard H.; Guy, Jonathan P.; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; Nancy.Manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; Elias, Brad; Schiavoni, Tancred; Svirsky, Gary; Koepff, Paul; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.com; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com; ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; cbifferato@bifferato.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; mahaley@orrick.com; Cutler, Joshua; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; IRosenberg@cozen.com
**Subject:** RE: Depositions on June 15

None of the Libby depositions are going forward, whether noticed by the Libby Claimants or Arrowood.

Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street

Boston, MA  02110
Phone:  (617) 951-2505
Fax:     (617) 951-0679

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Note:  This communication is intended only for the intended addressee(s) and may contain privileged and/or confidential information.  Unauthorized use, disclosure, copying or retention of this communication (including any attachments) is strictly prohibited.  If you have received this communication in error, please notify us immediately by return e-mail or by telephone.

**From:** Orr, Kathleen A. [mailto:korr@orrick.com]
**Sent:** Friday, June 12, 2009 4:18 PM
**To:** Yvonne Dalton; lkruger@stroock.com; kpasquale@stroock.com; akrieger@stroock.com; mlastowski@duanemorris.com; rriley@duanemorris.com; sbaena@bilzin.com; jsakalo@bilzin.com; mkramer@bilzin.com; mjoseph@ferryjoseph.com; ttacconelli@ferryjoseph.com; david.klauder@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov; noah.heller@kattenlaw.com; merritt.pardini@kattenlaw.com; jeff.friedman@kattenlaw.com; collins@rlf.com; madron@rlf.com; Reynolds@rlf.com; ramos@rlf.com; fournierd@pepperlaw.com; carignanj@pepperlaw.com; hertzbergr@pepperlaw.com; caseyl@pepperlaw.com; fmonaco@wcsr.com; kmangan@wcsr.com; maward@wcsr.com; metkin@lowenstein.com; ilevee@lowenstein.com; Dpastor@Gilmanpastor.com; jmeltzer@sbtklaw.com; kbornstein@sbtklaw.com; stearn@rlf.com; kandestin@rlf.com; rjsidman@vorys.com; tscobb@vorys.com; meltzere@pepperlaw.com; toolee@pepperlaw.com; aaronsona@pepperlaw.com; landis@lrclaw.com; butcher@lrclaw.com; mumford@lrclaw.com; green@lrclaw.com; Daniel C. Cohn; Christopher M. Candon; kmiller@skfdelaware.com; ewolfe@skfdelaware.com; speirce@fulbright.com; tgerber@fulbright.com; jwisler@cblh.com; mphillips@cblh.com; elongosz@eckertseamans.com; lstover@eckertseamans.com; erosenthal@rmgglaw.com; dglosband@goodwinprocter.com; bmukherjee@goodwinprocter.com; mgiannotto@goodwinprocter.com; emdecristofaro@FMEW.com; swspencer@FMEW.com; rifft@wileyrein.com; casarinom@whiteandwilliams.com; gibbonsj@whiteandwilliams.com; locaseleg@whiteandwilliams.com; yoderj@whiteandwilliams.com; warren.pratt@dbr.com; david.primack@dbr.com; michael.brown@dbr.com; jeffrey.boerger@dbr.com; jdd@stevenslee.com; lpg@stevenslee.com; mes@stevenslee.com; sshimshak@paulweiss.com; arosenberg@paulweiss.com; mphillips@paulweiss.com; ppantaleo@stblaw.com; wrussell@stblaw.com; mpiropato@stblaw.com; ealcabes@stblaw.com; jwaxman@cozen.com; wshelley@cozen.com; jcohn@cozen.com; Garvan McDaniel; carl.pernicone@wilsonelser.com; Catherine.chen@wilsonelser.com; arich@alanrichlaw.com; david.turetsky@skadden.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; gcalhoun@steptoe.com; acraig@cuyler.com; mdavis@zeklaw.com; Felder, Debra L.; Frankel, Roger; Wallace, Mary A.; Wyron, Richard H.; Guy, Jonathan P.; richard.finke@grace.com; mark.shelnitz@grace.com; john.mcfarland@grace.com; james.freeman2@usdoj.gov; jal@capdale.com; pvnl@capdale.com; ndf@capdale.com; ei@capdale.com; jal@capdale.com; lepley@crowell.com; nancy.manzer@wilmer.com; Madigan.andrea@epa.gov; jpruggeri@hhlaw.com; drosenbloom@mwe.com; mhurford@camlev.com; meskin@camlev.com; belias@omm.com; tschiavoni@omm.com; gsvirsky@omm.com; pkoepff@omm.com; dbernick@kirkland.com; lesayian@kirkland.com; klove@kirkland.com; cgreco@kirkland.com; cbruens@kirkland.com; tfreedman@kirkland.com; joneill@pszjlaw.com; tcairns@pszjlaw.com; kmakowski@pszjlaw.com; pcuniff@pszjlaw.com; loberholzer@pszjlaw.com; tmacauley@zuckerman.com; vguldi@zuckerman.com; jsottile@zuckerman.com; kmayer@mccarter.com; dsilver@mccarter.com; rguttmann@zeklaw.com; mdavis@zeklaw.com; jspadaro@johnsheehanspadaro.com; alexander.mueller@mendes.com; thomas.quinn@mendes.com; eileen.mccabe@mendes.com; anna.newsom@mendes.com; carolina.acevedo@mendes.com; mweis@dilworthlaw.com; akelley@dilworthlaw.com; sfreedman@dilworthlaw.com; young@wildman.com; dspeights@speightsrunyan.com;

ewestbrook@rpwb.com; rhorkovich@andersonkill.com; rdehney@mnat.com; acordo@mnat.com; tgerber@fulbright.com; tcurrier@saul.com; cbifferato@bifferato.com; jcp@pgslaw.com; jbaer@jsbpc.com; drosendorf@kttlaw.com; jk@kttlaw.com; hriedel@srbp.com; ghorowitz@kramerlevin.com; dblabey@kramerlevin.com; mshiner@tuckerlaw.com; mplevin@crowell.com; mahaley@orrick.com; Cutler, Joshua; bharding@kirkland.com; arunning@kirkland.com; bstansbury@kirkland.com; IRosenberg@cozen.com
**Subject:** Depositions on June 15

A number of depositions were noticed yesterday by Arrowood and the Libby Claimants for Monday, June 15. Would either those that served the notices or those that were noticed confirm whether or not such depositions will be going forward and, if so, please circulate dial-in information for the depositions? Thanks.

---

**From:** Yvonne Dalton [mailto:ydalton@bglawde.com]
**Sent:** Thursday, June 11, 2009 9:26 PM
**To:** 'lkruger@stroock.com'; 'kpasquale@stroock.com'; 'akrieger@stroock.com'; 'mlastowski@duanemorris.com'; 'rriley@duanemorris.com'; 'sbaena@bilzin.com'; 'jsakalo@bilzin.com'; 'mkramer@bilzin.com'; 'mjoseph@ferryjoseph.com'; 'ttacconelli@ferryjoseph.com'; 'david.klauder@usdoj.gov'; 'ustpregion03.wl.ecf@usdoj.gov'; 'noah.heller@kattenlaw.com'; 'merritt.pardini@kattenlaw.com'; 'jeff.friedman@kattenlaw.com'; 'collins@rlf.com'; 'madron@rlf.com'; 'Reynolds@rlf.com'; 'ramos@rlf.com'; 'fournierd@pepperlaw.com'; 'carignanj@pepperlaw.com'; 'hertzbergr@pepperlaw.com'; 'caseyl@pepperlaw.com'; 'fmonaco@wcsr.com'; 'kmangan@wcsr.com'; 'maward@wcsr.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'Dpastor@Gilmanpastor.com'; 'jmeltzer@sbtklaw.com'; 'kbornstein@sbtklaw.com'; 'stearn@rlf.com'; 'kandestin@rlf.com'; 'rjsidman@vorys.com'; 'tscobb@vorys.com'; 'meltzere@pepperlaw.com'; 'toolee@pepperlaw.com'; 'aaronsona@pepperlaw.com'; 'landis@lrclaw.com'; 'butcher@lrclaw.com'; 'mumford@lrclaw.com'; 'green@lrclaw.com'; 'cohn@cwg11.com'; 'candon@cwg11.com'; 'kmiller@skfdelaware.com'; 'ewolfe@skfdelaware.com'; 'speirce@fulbright.com'; 'tgerber@fulbright.com'; 'jwisler@cblh.com'; 'mphillips@cblh.com'; 'elongosz@eckertseamans.com'; 'lstover@eckertseamans.com'; 'erosenthal@rmgglaw.com'; 'dglosband@goodwinprocter.com'; 'bmukherjee@goodwinprocter.com'; 'mgiannotto@goodwinprocter.com'; 'emdecristofaro@FMEW.com'; 'swspencer@FMEW.com'; 'rifft@wileyrein.com'; 'casarinom@whiteandwilliams.com'; 'gibbonsj@whiteandwilliams.com'; 'locasaleg@whiteandwilliams.com'; 'yoderj@whiteandwilliams.com'; 'warren.pratt@dbr.com'; 'david.primack@dbr.com'; 'michael.brown@dbr.com'; 'jeffrey.boerger@dbr.com'; 'jdd@stevenslee.com'; 'lpg@stevenslee.com'; 'mes@stevenslee.com'; 'sshimshak@paulweiss.com'; 'arosenberg@paulweiss.com'; 'mphillips@paulweiss.com'; 'ppantaleo@stblaw.com'; 'wrussell@stblaw.com'; 'mpiropato@stblaw.com'; 'ealcabes@stblaw.com'; 'jwaxman@cozen.com'; 'wshelley@cozen.com'; 'jcohn@cozen.com'; Garvan McDaniel; 'carl.pernicone@wilsonelser.com'; 'Catherine.chen@wilsonelser.com'; 'arich@alanrichlaw.com'; 'david.turetsky@skadden.com'; 'pbentley@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'gcalhoun@steptoe.com'; 'acraig@cuyler.com'; 'mdavis@zeklaw.com'; Felder, Debra L.; Frankel, Roger; Wallace, Mary A.; Wyron, Richard H.; Guy, Jonathan P.; Orr, Kathleen A.; 'richard.finke@grace.com'; 'mark.shelnitz@grace.com'; 'john.mcfarland@grace.com'; 'james.freeman2@usdoj.gov'; 'jal@capdale.com'; 'pvnl@capdale.com'; 'ndf@capdale.com'; 'ei@capdale.com'; 'jal@capdale.com'; 'lepley@crowell.com'; 'nancy.manzer@wilmer.com'; 'Madigan.andrea@epa.gov'; 'jpruggeri@hhlaw.com'; 'drosenbloom@mwe.com'; 'mhurford@camlev.com'; 'meskin@camlev.com'; 'belias@omm.com'; 'tschiavoni@omm.com'; 'gsvirsky@omm.com'; 'pkoepff@omm.com'; 'dbernick@kirkland.com'; 'lesayian@kirkland.com'; 'klove@kirkland.com'; 'cgreco@kirkland.com'; 'cbruens@kirkland.com'; 'tfreedman@kirkland.com'; 'joneill@pszjlaw.com'; 'tcairns@pszjlaw.com'; 'kmakowski@pszjlaw.com'; 'pcuniff@pszjlaw.com'; 'loberholzer@pszjlaw.com'; 'tmacauley@zuckerman.com'; 'vguldi@zuckerman.com'; 'jsottile@zuckerman.com'; 'kmayer@mccarter.com'; 'dsilver@mccarter.com'; 'rguttmann@zeklaw.com'; 'mdavis@zeklaw.com'; 'jspadaro@johnsheehanspadaro.com'; 'alexander.mueller@mendes.com'; 'thomas.quinn@mendes.com'; 'eileen.mccabe@mendes.com';

'anna.newsom@mendes.com'; 'carolina.acevedo@mendes.com'; 'mweis@dilworthlaw.com'; 'akelley@dilworthlaw.com'; 'sfreedman@dilworthlaw.com'; 'young@wildman.com'; 'dspeights@speightsrunyan.com'; 'ewestbrook@rpwb.com'; 'rhorkovich@andersonkill.com'; 'rdehney@mnat.com'; 'acordo@mnat.com'; 'tgerber@fulbright.com'; 'tcurrier@saul.com'; 'cbifferato@bifferato.com'; 'jcp@pgslaw.com'; 'jbaer@jsbpc.com'; 'drosendorf@kttlaw.com'; 'jk@kttlaw.com'; 'hriedel@srbp.com'; 'ghorowitz@kramerlevin.com'; 'dblabey@kramerlevin.com'; Orr, Kathleen A.; 'mshiner@tuckerlaw.com'; 'mplevin@crowell.com'; 'mahaley@orrick.com'; Cutler, Joshua; 'bharding@kirkland.com'; 'arunning@kirkland.com'; 'bstansbury@kirkland.com'; 'IRosenberg@cozen.com'
**Subject:** WR Grace & Co., Case No. 01-1139

Attached please find the Notice of Deposition of Jon L. Heberling filed today.

Sincerely,



**Yvonne Dalton, Paralegal**
100 Biddle Ave., Suite 100 | Newark, DE 19702
Tel.: (302) 429-1900 | Main fax: (302) 832-7540
email:  ydalton@bglawde.com | web:  www.bglawde.com

===========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.

===========================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
===========================================================