IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO. et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br>Related Docket No. 21313 |

## NOTICE TO BE REMOVED FROM ELECTRONIC NOTICE LIST

Sheldon K. Rennie, of Fox Rothschild LLP hereby requests to be removed from the electronic filing list for the above mentioned case and all related adversary cases or other related matters.

Please remove the following E-Mail address: srennie@foxrothschild.com

Please also remove undersigned counsel from all services lists in this matter.

June 15, 2009                                                            Respectfully Submitted

**FOX ROTHSCHILD LLP**

/s/ *Sheldon K. Rennie* (#3772)
Sheldon K. Rennie ( DE Bar No. 3772)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: 302-622-4202
Facsimile: 203-656-8920
E-Mail: srennie@foxrothschild.com

## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, hereby certify that on this 15th day of June, 2009, I caused the foregoing Notice To Be Removed From Electronic Notice List regarding CM/ECF Notification and Request to be Removed from all Service Lists to be served on all parties registered on the CM/ECF System of the United States Bankruptcy Court for the District of Delaware in this Case.

**FOX ROTHSCHILD LLP**

/s/ *Sheldon K. Rennie* (#3772)
Sheldon K. Rennie ( DE Bar No. 3772)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: 302-622-4202
Facsimile: 203-656-8920
E-Mail: srennie@foxrothschild.com