# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF GENERAL INSURANCE COMPANY
## OF AMERICA'S SUBMISSION OF
## TRIAL EXHIBITS BINDER AND LETTER TO THE COURT

General Insurance Company of America hereby gives notice that on June 15, 2009, it submitted to the Court its trial exhibits and index thereof (previously served on all parties) for Phase I of the Confirmation Hearing (see Exhibit A), together with the letter to the Court attached as Exhibit B.

Dated: June 15, 2009        Respectfully submitted,

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
MESSANA ROSNER & STERN LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-777-1111
Facsimile: 302-295-4801

- and-

Robert B. Millner
Christopher E. Prince
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: 312-876-8000
Facsimile: 312-876-7934
*Counsel for General Insurance Company of America*