# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

### GENERAL INSURANCE COMPANY OF AMERICA'S
### TRIAL EXHIBITS AND INDEX THEREOF (PHASE I)

In accordance with the Third Amended Case Management Order entered by the Court on May 5, 2009, General Insurance Company of America ("General Insurance") herewith submits the following trial exhibits for phase I of the confirmation hearing on the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., *et al.*, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders (the "Plan").

### List of Exhibits

| | |
|---|---|
| General Ins. Co. Exhibit 1 | Declaration of James Downey in Support of General Insurance Company's Plan Objection |
| General Ins. Co. Exhibit 1A (attached to Downey Decl.) | Comprehensive Liability Policy No. BLP221289 issued by General Insurance Company to Vermiculite Northwest, Inc., et al, for the period June 1, 1963 - June 1, 1964 |
| General Ins. Co. Exhibit 1B (attached to Downey Decl.) | Settlement Agreement and Policy Release entered into effective March 3, 1994 between General Insurance and W.R. Grace & Co.-Conn. |

Dated: June 8, 2009 Respectfully submitted,

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
MESSANA ROSNER & STERN LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-777-1111
Facsimile: 302-295-4801

- and-

Robert B. Millner
Christopher E. Prince
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: 312-876-8000
Facsimile: 312-876-7934
*Counsel for General Insurance Company of America*

## CERTIFICATE OF SERVICE

I, Robert B. Millner, an attorney, hereby certify that on June 8, 2009, I served the foregoing **General Insurance Company of America 's Trial Exhibits and Index Thereof (Phase I)** including each of the exhibits referenced therein by email upon:

Theodore L. Freedman
James O'Neill
John C. Philips, Jr.
Marla Eskin
Teresa K.D. Currier
Nathan Finch
Kathleen Orr
David Blabey

/s/ Robert B. Millner