# EXHIBIT B



SONNENSCHEIN NATH & ROSENTHAL LLP

**Robert Millner**
312.876.7994
rmillner@sonnenschein.com

7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
312.876.8000
312.876.7934 fax
www.sonnenschein.com

June 12, 2009

**VIA FEDERAL EXPRESS**

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.D. PA
5490 US Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania  15219

      Re:  <u>W.R. Grace & Co., *et al.*, Case No. 01-1139</u>

Your Honor:

      Attached is the notebook of exhibits that General Insurance Company of America intends to offer into evidence in connection with Phase I of the Confirmation Hearing in the above-referenced matter.  These are in addition to the exhibits that will be submitted by the insurers as a group under cover of a combined index and accompanying exhibits.

      With regard to General Insurance Company of America Exhibit 1A (Comprehensive Liability Policy No. BLP221289), I have received an email from special insurance counsel for the Official Committee of Asbestos Personal Injury Claimants, Robert Horkovich, stating that his client objects to admissibility of that Insurance Policy because he believes it to be incomplete and to contain extraneous matter.  I have asked Mr. Horkovich to supply copies of pertinent policies from the files of W. R. Grace & Co., and I am working with him to come to agreement as to admissibility of the Policy -- in which case we will substitute an agreed exhibit for the present Exhibit 1A and provide whatever amended declaration or stipulation is necessary regarding admissibility thereof.

                         Respectfully,

                         *Robert B. Millner*

                         Robert B. Millner
                         *Counsel for General Insurance Company of*
                         *America*

Enclosure

# S nnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

The Honorable Judith K. Fitzgerald
June 12, 2009
Page 2


cc:  David Blabey
     Teresa Currier
     Marla Eskin
     Nate Finch
     Theodore Freedman
     Robert Horkovich
     James O'Neill
     Kathleen Orr
        (all by email w/out enclosure)
     Case Service List
        (all by email w/out enclosure)