# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## DESIGNATION OF WITNESSES BY FIREMAN'S FUND INSURANCE COMPANY, WITH RESPECT TO ITS SURETY CLAIM, FOR PHASE II OF THE HEARING ON CONFIRMATION OF THE FIRST AMENDED PLAN OF REORGANIZATION

Pursuant to the Third Amended Case Management Order (the "CMO," Dkt. No. 21544), Fireman's Fund Insurance Company ("Fireman's Fund"), a creditor and party in interest in Debtors' case, hereby submits the list of witnesses it may call to testify with respect to its "Surety Claim" during Phase II of the hearing on confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co. (the "Plan," Dkt. No. 20872).

## I.    PRELIMINARY STATEMENT AND RESERVATION OF RIGHTS

1.    Fireman's Fund reserves its rights to call additional witnesses not listed below as may be revealed through discovery or become appropriate as a result of discovery. Discovery regarding "Phase II" issues is ongoing. Fireman's Fund has not yet received discovery responses from Debtors or the Official Committee of Asbestos Personal Injury Claimants (the Committee") regarding its Phase II "Surety Claim" objections, and depositions have not been completed. Fireman's Fund therefore may not currently know the identity of each potential witness with relevant information.

2. Fireman's Fund reserves its rights to call any witness designated by any other party, regardless of whether such witness is called by that party to testify.

3. Fireman's Fund reserves its rights to call additional witnesses who are not listed herein for the purpose of laying a foundation for the admission of evidence, to the extent necessary.

4. Fireman's Fund reserves its rights to call additional witnesses who are not listed herein to rebut any evidence or argument designated and/or offered by any party.

5. Fireman's Fund reserves its rights to call additional witnesses who are not listed herein for purposes of impeachment.

6. Fireman's Fund reserves its rights to withdraw any designated witness.

7. Fireman's Fund reserves the right to call some or all of its designated witnesses by deposition, rather than live, to the extent permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and/or the Federal Rules of Bankruptcy Procedure.

**II.    DESIGNATION OF WITNESSES**

1. Richard Finke
2. Jay Hughes
3. David T. Austern
4. Peter Van N. Lockwood
5. Richard Kowalczyk
6. Mike A. Hatchell
7. All persons identified in any of the responses of the Debtors or the Committee to the interrogatories served by Fireman's Fund in connection with its Phase II "Surety Claim" objections to confirmation of the Plan;
8. All witnesses listed or called by any of the Debtors, the Committee, or the FCR;

9. All witnesses listed or called by any other party;

10. All witnesses necessary to establish the authenticity and/or admissibility of exhibits; and

11. All witnesses necessary for impeachment or rebuttal.

Dated:  June 15, 2009                                        Respectfully submitted,

/s/ John D. Demmy
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone:  (302) 425-3308
Telecopier:  (610) 371-8515
Email:  jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Telecopier:  (202) 628-5116
Email:  mplevin@crowell.com
Email:  ldavis@crowell.com
Email:  tyoon@crowell.com

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email:  lpg@stevenslee.com
Email:  mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S
FUND INSURANCE COMPANY

8157442