**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**THE SCOTTS COMPANY LLC'S FINAL WITNESS LIST IN CONNECTION
WITH THE CONFIRMATION HEARING**

In accordance with the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Dkt. No. 21544) ("Case Management Order"), The Scotts Company LLC ("Scotts"), by its undersigned counsel, hereby reserves the right to call the following witnesses who may testify on Scotts' behalf at the hearing with respect to confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et. al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009:

1. All witnesses identified by all other parties to this action.

2. Representative(s) of The Scotts Company LLC who may testify to authenticate certain business records.

3. The Objection of The Scotts Company LLC to Confirmation of First Amended Joint Plan of Reorganization ("Scotts' Objection") raises legal issues. The

Objection sets forth certain legal impediments to the confirmation of the First Amended Joint Plan of Reorganization ("Plan"). Accordingly, to support its Objection, Scotts does not intend to call the following, previously disclosed witnesses; however, to the extent that other parties in interest seek to inject fact issues, Scotts reserves its right to call the following witnesses:

a) Ivan C. Smith, Esq., Associate General Counsel, The Scotts Company LLC.

b) Joyce Armstrong, Risk Manager, The Scotts Company LLC.

c) Richard Martinez, Vice President North America Sustainability of The Scotts Company LLC.

d) Sarge Chamberlain, former employee of The Scotts Company LLC.

e) Any expert whose report is served in accordance with the CMO or any amendments thereto.

To the extent the above disclosures identify witnesses who would testify about issues relevant to the currently stayed Complaint for Declaratory and Other Relief filed with the United States Bankruptcy Court for the District of Delaware on September 2, 2004 in Adversary Proceeding No. 04-55083 ("Complaint"), such disclosures are protective only, and Scotts reserves all rights and objections relating thereto, including, but not limited to, objections to any discovery relative to the Complaint as being irrelevant and beyond the scope of the issues raised in Scotts' preliminary and/or final objections to the confirmation of the Plan. Further, this disclosure is being made without waiver of any right or defense.

3

| | |
|---|---|
| Dated: June 15, 2009 | **VORYS, SATER, SEYMOUR AND PEASE LLP** |
| | |
| | /s/ Tiffany Strelow Cobb |
| | Robert J. Sidman (Ohio Bar #0017390) |
| | (admitted *pro hac vice*) |
| | Tiffany Strelow Cobb (Ohio Bar #0067516) |
| | (admitted *pro hac vice*) |
| | 52 East Gay Street |
| | P.O. Box 1008 |
| | Columbus, OH 43215 |
| | Telephone: (614) 464-6400 |
| | Facsimile: (614) 719-4663 |
| | |
| | -and- |
| | |
| | Robert J. Stearn, Jr. (No. 2915) |
| | Cory D. Kandestin (No. 5025) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, Delaware 19899 |
| | Telephone: (302) 651-7700 |
| | Facsimile: (302) 651-7701 |
| | |
| | Attorneys for The Scotts Company LLC, and certain of its related entities |