## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 15th day of June, 2009, a copy of the foregoing *General Insurance Company of America's Witness List for Phase II of the Confirmation Hearings* was served by electronic notification through CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in these cases and upon all parties on the attached list by First Class Mail, postage prepaid.

/s/ Frederick B. Rosner

{00000800. }

| | |
|---|---|
| (Counsel to Allstate Insurance Co.)<br>Stefano Calogero, Esquire<br>Andrew K. Craig, Esquire<br>Cuyler Burk, LLP<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany NJ 07054 | (Counsel to Arrowood Indemnity Co.)<br>Tancred Schiavoni, Esquire<br>Brad Elias, Esquire<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| (Counsel to Allstate Insurance Company)<br>James S. Yoder, Esquire<br>White and Williams LLP<br>824 Market Street, Suite 902<br>Wilmington, DE 19899-0709 | (Counsel to Asbestos PD Committee)<br>Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |
| (Counsel to American Premier Underwriters, Inc.)<br>Matthew J. Siebbieda, Esquire<br>Benjamin G. Stonelake, Esquire<br>Scott E. Coburn, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | (Counsel to Asbestos PD Committee)<br>Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd. Suite 2500<br>Miami, FL 33131 |
| (Counsel to Arrowood Indemnity Co.)<br>Carl Pernicone, Esquire<br>Wilson Elser Moskowitz Edelman Dicker<br>150 East 42nd Street<br>New York, NY 10019-5639 | (Counsel to Asbestos PI Committee)<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 |
| (Counsel to Arrowood Indemnity Co.)<br>Megan N. Harper, Esquire<br>Bifferato, Bifferato & Gentilotti<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899 | (Counsel to Asbestos PI Committee)<br>Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, #300<br>Wilmington, DE 19801-3549 |

| | |
|---|---|
| (Counsel to Asbestos PI Committee)<br>Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle NW, Suite 1100<br>Washington, DC 20005 | (Counsel to Certain Underwriters at Lloyd's London)<br>Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 |
| (Counsel to Asbestos PI Committee)<br>Robert Horkovich, Esquire<br>Robert Chung, Esquire<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 | (Counsel to CNA Financial Corporation)<br>Carmella P. Keener, Esquire<br>Rosenthal Monhait Gross & Goddess<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 |
| (Counsel to BNSF Railway Company)<br>Edward C. Toole, Jr., Esquire<br>Linda J. Casey, Esquire<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103 | (Counsel to David T. Austern, Asbestos PI Future Claimants' Representative)<br>John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| (Counsel to BNSF Railway Company)<br>Evelyn J. Meltzer, Esquire<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | (Counsel to David T. Austern, Asbestos PI Future Claimants' Representative)<br>Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street NW<br>Washington, DC 20005-1706 |
| (Counsel to Century Indemnity Company)<br>Curtis Crowther, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19801 | (Counsel to Debtors)<br>David M Bernick, Esquire<br>Lisa Esayian, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |

(Counsel to Debtors)
Janet S Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

(Counsel to Debtors)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Equity Committee)
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

(Counsel to Everest Reinsurance Co. and
Mt. McKinley Insurance Co.)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pensylvania Avenue, NW
Washington, DC 20004-2595

(Counsel to Everest Reinsurance Co. and
Mt. McKinley Insurance Co.)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

(Counsel to Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

(Counsel to Federal Insurance Company)
John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

(Counsel to Fireman's Fund Insurance Co.)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

(Counsel to General Insurance Company of
America)

(Counsel to Kaneb Pipe Line Operating
Partnership L.P.)
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, DE 19899

(Counsel to Kaneb Pipe Line Operating
Partnership L.P.)
Steve A. Pierce, Esquire
Fulbright & Jaworski LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

(Counsel to Mark Hankin and HanMar
Associates, Fireman's Fund Ins. Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue, 10th Floor
New York, NY 10022

(Counsel to The Scotts Company LLC)
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys Sater Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

(Counsel to The Scotts Company LLC)
Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

(Counsel to the State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

(Counsel to Travelers Casualty and Surety)
Lynn K. Neuner, Esquire
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

(Counsel to U.S. Fire Insurance Co.)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

(Counsel to U.S. Fire Insurance Company)
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899


(Counsel to Unsecured Creditors
Committee)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to Republic Insurance Company)
David Primack, Esquire
Drinker Biddle & Reath LLP
1100 Market Street, Suite 1000
Wilmington, DE 19801

(Counsel to Republic Insurance Company)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
18th & Cherry Streets
Philadelphia, PA 19103