IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF AMENDED APPEARANCE AND CHANGE OF ADDRESS OF JANET S. BAER

**PLEASE TAKE NOTICE** that Janet S. Baer, formerly of the law firm Kirkland & Ellis LLP, now of The Law Offices of Janet S. Baer P.C., hereby enters her amended appearance, as counsel to the debtors and debtors in possession, W. R. Grace & Co., et al, in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Federal Rule of Bankruptcy Procedure 2002, all notices, pleadings, motions and other papers filed in the above-captioned case are requested to be served upon:

Janet S. Baer, P.C.
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162
Facsimile: (312) 641-2165
E-Mail: jbaer@jsbpc.com

Dated: June 15, 2009

THE LAW OFFICES OF JANET S. BAER P.C.

/s/ Janet S. Baer

Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162
Facsimile: (312) 641-2165

91100-001\DOCS_DE:149304.1