IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |

## WITNESS LIST FOR PHASE II OF THE CONFIRMATION HEARING OF THE PROPERTY DAMAGE FUTURE CLAIMS REPRESENTATIVE

The Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-related Property Damage Claimants and Holders of Demands, files his witness list for Phase II of the Confirmation Hearing, including feasability of the Plan, and would show as follows:

1. The PD FCR does not intend to call witnesses for Phase II of the Confirmation Hearing on any issue other than, perhaps, the issue of Plan feasability.

2. In the event that the PD FCR chooses to call a witness or witnesses on the issue of Plan feasability at the Phase II confirmation hearing, the PD FCR hereby reserves his right to call any witness identified as a plan feasability witness by any other party, including any such witnesses who once designated are later withdrawn by the initially designating party.

THE PD FCR'S PHASE II WITNESS DESIGNATION – Page 1

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 15th day of June, 2009, this document was served through the ECF system.

_____