<u>Attachment B</u>
<u>To Fee Application</u>
Summary of PwC's Fees By Professional
Advisory Services Project

Professional Profiles
WR Grace Time Tracking - Audit
For the Advisory Services Project

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Charles Aird | Senior Managing Director | 35 | Advisory | $520.00 | 22.4 | $ 11,648.00 |
| Derek Sappenfield | Advisory Director | 20 | Advisory | $475.00 | 115.0 | $ 54,625.00 |
| Jeffrey Walker | Advisory Director | 20 | Advisory | $475.00 | 87.8 | $ 41,705.00 |
| Bejoy Devasia | Advisory Senior Associate | 6 | Advisory | $260.00 | 161.6 | $ 42,016.00 |
| | | | TOTAL | | 386.8 | $ 149,994.00 |

Summary of PwC's Fees By Project Category:
Advisory Services Project

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |

| | | |
|---|---|---|
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 386.8 | $149,994.00 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 386.8 | $149,994.00 |

## Expense Summary
## Advisory Services Project

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $9,620.03 |
| Lodging | N/A | $6,208.76 |
| Sundry | N/A | $25.90 |
| Business Meals | N/A | $1,638.26 |
| TOTAL: | | $17,492.95 |