# Exhibit - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Advisory Services Project

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Charles Aird | Senior Managing Director | 35 | Advisory | $520.00 | 22.4 | $ 11,648.00 |
| Derek Sappenfield | Advisory Director | 20 | Advisory | $475.00 | 115.0 | $ 54,625.00 |
| Jeffrey Walker | Advisory Director | 20 | Advisory | $475.00 | 87.8 | $ 41,705.00 |
| Bejoy Devasia | Advisory Senior Associate | 6 | Advisory | $260.00 | 161.6 | $ 42,016.00 |
| | | TOTAL | | | 386.8 | $ 149,994.00 |

WR Grace, Inc.
**Time Summary Report - Audit**
Month ended March 31, 2009
Name: Charles Aird

| Date | Hours | Description of Services Provided |
|---|---|---|
| 3/10/2009 | 3.5 | Client meetings and Business case discussion |
| 3/11/2009 | 1.9 | Client meetings and Leading practice discussion |
| 3/11/2009 | 2.0 | Finalize design for leading practice finance and accounting location/ site selection |
| 3/11/2009 | 1.8 | Begin deliverable design for leading practice project management office/ steering committee framework |
| 3/18/2009 | 1.9 | Business Case Review |
| 3/18/2009 | 1.1 | Develop consolidated leading practice finance and accounting deliverable |
| 3/19/2009 | 2.7 | Business Case Review |
| 3/19/2009 | 1.0 | Develop Consolidated Leading practice finance and accounting deliverable |
| 3/20/2009 | 1.0 | Final Document Review |
| 3/20/2009 | 3.0 | Finance & Accounting Leading Practices Client Meeting review |
| 3/20/2009 | 2.5 | Business case development and oversight |
|  | **22.4** | **Total Grace Advisory Charged Hours** |

**WR Grace, Inc.**
Time Summary Report - Audit
Month ended March 31, 2009
Name: Derek Sappenfield

| Date | Hours | Description of Services Provided |
|---|---|---|
| 3/2/2009 | 4.0 | Creating draft of workplan, status report and reviewed docs provided by Grace |
| 3/2/2009 | 4.0 | Kick off meetings- client meetings, establish project parameters, begin deliverable design |
| 3/3/2009 | 4.0 | Continue Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/3/2009 | 2.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/3/2009 | 2.0 | Revise, edit Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/4/2009 | 4.0 | Revise, edit Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/4/2009 | 4.0 | Finalize design for Leading Practice Finance & Accounting Process Evaluation |
| 3/9/2009 | 4.0 | Begin Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/9/2009 | 4.0 | Develop Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/11/2009 | 2.0 | Deliverable Review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/11/2009 | 2.0 | Finalize design for leading Practice Finance & Accounting Location/Site Selection |
| 3/11/2009 | 4.0 | Begin Deliverable design for Leading Practice Project Management Office /Steering Committee Framework |
| 3/12/2009 | 8.0 | Develop Deliverable design for Leading Practice Finance & Accounting Project Management Office/ Steering Committee Framework |
| 3/13/2009 | 4.0 | Develop Deliverable design for Leading Practice Finance & Accounting Project Management Office/ Steering Committee Framework |
| 3/13/2009 | 1.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/13/2009 | 3.0 | Finalize design for Leading Practice Finance & Accounting Project Management Office/Steering Committee Framework |
| 3/16/2009 | 2.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/16/2009 | 6.0 | Business case development and oversight |
| 3/17/2009 | 1.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/17/2009 | 7.0 | Leading practice development and oversight |
| 3/18/2009 | 1.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/18/2009 | 7.0 | Business case development and oversight |
| 3/19/2009 | 1.0 | Develop Consolidated Leading practice finance and accounting deliverable |
| 3/19/2009 | 7.0 | Leading practices development and oversight |
| 3/20/2009 | 3.0 | Finance & Accounting Leading Practices Client Meeting review |
| 3/20/2009 | 5.0 | Business case development and oversight |
| 3/23/2009 | 5.0 | Business case- alternative scenarios |
| 3/23/2009 | 3.0 | Leading practices development and oversight |
| 3/24/2009 | 4.0 | Business case- alternative scenarios |
| 3/24/2009 | 2.0 | Final document review |
| 3/25/2009 | 3.0 | Final document review |
| 3/25/2009 | 2.0 | Alternative scenarios review |
| | **115.0** | **Total Grace Advisory Charged Hours** |

WR Grace, Inc.
Time Summary Report - Time Tracking
Month ended March 31, 2009

| Date | Hours | Description of Services Provided |
|---|---|---|
| **TIME TRACKING TIME INCURRED** | | |
| **Name: Jeff Walker** | | |
| 3/2/2009 | 4.0 | Kick off meetings- client meetings, establish project parameters, begin deliverable design |
| 3/2/2009 | 4.0 | Begin Deliverable design for Leading Practice Finance & Accounting - Process Evaluation |
| 3/3/2009 | 4.0 | Continue Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/3/2009 | 2.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/3/2009 | 2.0 | Revise, edit Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/4/2009 | 4.0 | Revise, edit Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/4/2009 | 4.0 | Finalize design for Leading Practice Finance & Accounting Process Evaluation |
| 3/5/2009 | 4.0 | Begin Deliverable design for Leading practice Finance & Accounting Outsourcing vs Advisory Services |
| 3/5/2009 | 4.0 | Continue Deliverable design for Leading practice Finance & Accounting Outsourcing vs Advisory Services |
| 3/6/2009 | 4.0 | Continue Deliverable Design for leading Practice Finance & Accounting Outsourcing via Advisory Services |
| 3/6/2009 | 2.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/6/2009 | 2.0 | Finalize design for Leading Practice Finance & Accounting Outsourcing vs Advisory Services |
| 3/9/2009 | 4.0 | Begin Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/9/2009 | 4.0 | Develop Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/10/2009 | 3.5 | Client meetings and Business case discussion |
| 3/10/2009 | 4.5 | Develop Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/11/2009 | 2.0 | Deliverable Review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/11/2009 | 2.0 | Finalize design for leading Practice Finance & Accounting Location/Site Selection |
| 3/11/2009 | 4.0 | Begin Deliverable design for Leading Practice Project Management Office /Steering Committee Framework |
| 3/12/2009 | 8.0 | Develop Deliverable design for Leading Practice Finance & Accounting Project Management Office/ Steering Committee Framework |
| 3/13/2009 | 4.0 | Develop Deliverable design for Leading Practice Finance & Accounting Project Management Office/ Steering Committee Framework |
| 3/13/2009 | 1.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/13/2009 | 3.0 | Finalize design for Leading Practice Finance & Accounting Project Management Office/Steering Committee Framework |
| 3/16/2009 | 2.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/17/2009 | 1.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/18/2009 | 1.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/19/2009 | 1.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |

| Date | Hours | Description |
|---|---|---|
| 3/20/2009 | 2.8 | Finance & Accounting Leading Practices Client Meeting review |
| | **87.8** | **Total Grace Time Tracking Charged Hours** |

WR Grace, Inc.
Time Summary Report - Audit
Month ended March 31, 2009
Name: Bejoy Devasia

| Date | Hours | Description of Services Provided |
|---|---|---|
| 3/2/2009 | 4.0 | Creating draft of workplan, status report and reviewed docs provided by Grace |
| 3/2/2009 | 4.0 | Kick off meetings- client meetings, establish project parameters, begin deliverable design |
| 3/3/2009 | 4.0 | Continue Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/3/2009 | 2.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/3/2009 | 2.0 | Revise, edit Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/4/2009 | 4.0 | Revise, edit Deliverable design for Leading Practice Finance & Accounting Process Evaluation |
| 3/4/2009 | 4.0 | Finalize design for Leading Practice Finance & Accounting Process Evaluation |
| 3/5/2009 | 4.0 | Begin Deliverable design for Leading practice Finance & Accounting Outsourcing vs Advisory Services |
| 3/5/2009 | 4.0 | Continue Deliverable design for Leading practice Finance & Accounting Outsourcing vs Advisory Services |
| 3/6/2009 | 4.0 | Continue Deliverable Design for leading Practice Finance & Accounting Outsourcing via Advisory Services |
| 3/6/2009 | 2.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/6/2009 | 2.0 | Finalize design for Leading Practice Finance & Accounting Outsourcing vs Advisory Services |
| 3/9/2009 | 4.0 | Begin Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/9/2009 | 4.0 | Develop Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/10/2009 | 3.5 | Client meetings and Business case discussion |
| 3/10/2009 | 4.5 | Develop Deliverable design for Leading Practice Finance & Accounting Location/Site Selection |
| 3/11/2009 | 2.0 | Deliverable Review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/11/2009 | 2.0 | Finalize design for leading Practice Finance & Accounting Location/Site Selection |
| 3/11/2009 | 4.0 | Begin Deliverable design for Leading Practice Project Management Office /Steering Committee Framework |
| 3/12/2009 | 8.0 | Develop Deliverable design for Leading Practice Finance & Accounting Project Management Office/ Steering Committee Framework |
| 3/13/2009 | 4.0 | Develop Deliverable design for Leading Practice Finance & Accounting Project Management Office/ Steering Committee Framework |
| 3/13/2009 | 1.0 | Deliverable review with WR Grace- Michael Brown, Fletcher Robbins in attendance |
| 3/13/2009 | 3.0 | Finalize design for Leading Practice Finance & Accounting Project Management Office/Steering Committee Framework |
| 3/16/2009 | 2.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/16/2009 | 6.0 | Business case development and oversight |
| 3/17/2009 | 1.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/17/2009 | 7.0 | Leading practice development and oversight |
| 3/18/2009 | 1.0 | Develop Consolidated Leading Practice Finance & Accounting Deliverable |
| 3/18/2009 | 7.0 | Business case development and oversight |
| 3/19/2009 | 1.0 | Develop Consolidated Leading practice finance and accounting deliverable |
| 3/19/2009 | 7.0 | Leading practices development and oversight |
| 3/20/2009 | 3.0 | Finance & Accounting Leading Practices Client Meeting review |

| Date | Hours | Description |
|---|---|---|
| 3/20/2009 | 5.0 | Business case development and oversight |
| 3/23/2009 | 5.0 | Business case- alternative scenarios |
| 3/23/2009 | 3.0 | Leading practices development and oversight |
| 3/24/2009 | 5.0 | Business case- alternative scenarios |
| 3/24/2009 | 3.0 | Final document review |
| 3/25/2009 | 6.0 | Final document review |
| 3/25/2009 | 2.0 | Alternative scenarios review |
| 3/26/2009 | 6.0 | Final document review |
| 3/26/2009 | 2.0 | Alternative scenarios review |
| 3/27/2009 | 4.0 | Business case- alternative scenarios |
| 3/27/2009 | 4.0 | Final document review |
| 3/30/2009 | 1.6 | Business case- alternative scenarios |
| **161.6** | | **Total Grace Advisory Charged Hours** |