# Exhibit - B

WR Grace
EXPENSE DETAIL
For the Month Ended March 31, 2009

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Total |
|---|---|---|---|---|---|---|---|
| Derek Sappenfield | Advisory Services | March | $ 192.50 | $ - | $ - | $ 84.51 | $ 277.01 |
| Jeffrey Walker | Advisory Services | March | $ 3,296.21 | $ 2,357.31 | $ 25.90 | $ 588.41 | $ 6,267.83 |
| Bejoy Devasia | Advisory Services | March | $ 4,543.46 | $ 3,281.38 | $ - | $ 758.42 | $ 8,583.26 |
| Charles Aird | Advisory Services | March | $ 1,587.86 | $ 570.07 | $ - | $ 206.92 | $ 2,364.85 |

| Summary | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|
| | $ 9,620.03 | $ 6,208.76 | $ 25.90 | $ 1,638.26 | $ 17,492.95 |

WR Grace
EXPENSE DETAIL
For the Month Ended March 31, 2009

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Derek Sappenfield | Advisory Services | 3/2/2009 | $ 33.00 | | | | round trip 60 excess miles in normal commute * $0.55 per mile (Bethesda, MD to Columbia, MD) |
| | Advisory Services | 3/3/2009 | $ 27.50 | | | | round trip 50 excess miles in normal commute * $0.55 per mile (Bethesda, MD to Columbia, MD) |
| | Advisory Services | 3/18/2009 | | | | $ 84.51 | 3 PwC people for dinner (Sappenfield, Walker, Devasia) |
| | Advisory Services | 3/20/2009 | $ 33.00 | | | | round trip 60 excess miles in normal commute * $0.55 per mile (Bethesda, MD to Columbia, MD) |
| | Advisory Services | 3/23/2009 | $ 33.00 | | | | round trip 60 excess miles in normal commute * $0.55 per mile (Bethesda, MD to Columbia, MD) |
| | Advisory Services | 3/24/2009 | $ 33.00 | | | | round trip 60 excess miles in normal commute * $0.55 per mile (Bethesda, MD to Columbia, MD) |
| | Advisory Services | 3/25/2009 | $ 33.00 | | | | round trip 60 excess miles in normal commute * $0.55 per mile (Bethesda, MD to Columbia, MD) |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 277.01 | $ 192.50 | $ - | $ - | $ 84.51 |

WR Grace
EXPENSE DETAIL
For the Month Ended March 31, 2009

| Staff Member Name | Audit or Sarbanes | Date | Transportation (incl. parking) | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Jeffrey Walker | Advisory Services | 2/27/2009 | $ 474.70 | | | | Round trip flight - Charlotte to BWI (Washington, DC) - 3/1 to 3/5/09 |
| | Advisory Services | 3/1/2009 | | | | $ 34.43 | Dinner 1 person - J. Walker |
| | Advisory Services | 3/1/2009 | | | | $ 5.83 | Breakfast, 1 person |
| | Advisory Services | 3/2/2009 | $ 45.00 | | | | Taxi service - $33 and $12 |
| | Advisory Services | 3/2/2009 | | | | $ 61.74 | Dinner, 2 people - J. Walker, B. Devasia |
| | Advisory Services | 3/2/2009 | | | | $ 22.59 | Lunch, 1 person |
| | Advisory Services | 3/2/2009 | | | | $ 14.19 | Breakfast, 1 person |
| | Advisory Services | 3/2/2009 | | | $ 12.95 | | Internet connection charge to perform work while traveling |
| | Advisory Services | 3/3/2009 | | | | $ 10.52 | Breakfast, 1 person |
| | Advisory Services | 3/3/2009 | | | | $ 53.38 | Lunch: $53.38 - D. Sappenfield, B. Devasia, J. Walker, 3 people |
| | Advisory Services | 3/3/2009 | | | | $ 9.95 | Dinner - $9.95 - J. Walker |
| | Advisory Services | 3/4/2009 | | | | $ 5.83 | Breakfast, 1 person |
| | Advisory Services | 3/4/2009 | | | $ 12.95 | | Internet connection charge to perform work while traveling |
| | Advisory Services | 3/5/2009 | $ 71.00 | | | | Airport Parking |
| | Advisory Services | 3/6/2009 | $ 1,106.76 | | | | Roundtrip flight: DC to Tampa to DC to CLT |
| | Advisory Services | 3/5/2009 | | | | $ 15.12 | Breakfast: $15.12 - J. Walker, 1 person |
| | Advisory Services | 3/5/2009 | | | | $ 7.42 | Lunch: $7.42 J. Walker, 1 person |
| | Advisory Services | 3/5/2009 | | | | $ 8.92 | Dinner: 8.92 J. Walker, 1 person |
| | Advisory Services | 3/6/2009 | | $ 661.56 | | | Sheraton Columbia (MD) Hotel; 4 nights; $149/nite + MD tax $8.94 + Occ. Tax $7.45 |
| | Advisory Services | 3/9/2009 | $ 15.00 | | | | Airline baggage fee |
| | Advisory Services | 3/10/2009 | $ 15.00 | | | | Airline baggage fee |
| | Advisory Services | 3/10/2009 | | | | $ 25.20 | Dinner - Marriott Tyson's Corner - J. Walker, 1 person |
| | Advisory Services | 3/11/2009 | | | | $ 9.43 | Breakfast: $9.43 - J. Walker, 1 person |
| | Advisory Services | 3/11/2009 | | | | $ 16.70 | Dinner: 16.70 - J. Walker, 1 person |
| | Advisory Services | 3/12/2009 | $ 617.70 | | | | Round trip flight - Charlotte to BWI (Washington, DC) - 3/16 to 3/20/09 |
| | Advisory Services | 3/12/2009 | | | | $ 16.59 | Breakfast: $16.59 - J. Walker, 1 person |
| | Advisory Services | 3/12/2009 | | | | $ 16.70 | Lunch: $16.70 - J. Walker, 1 person |
| | Advisory Services | 3/12/2009 | | | | $ 46.65 | Dinner 46.65 - J. Walker, 1 person |
| | Advisory Services | 3/13/2009 | $ 150.00 | | | | Airline change fee (Changing from 3/16 to 3/15) |
| | Advisory Services | 3/13/2009 | | | | $ 16.70 | Dinner: $16.70 - J. Walker, 1 person |
| | Advisory Services | 3/14/2009 | | $ 765.18 | | | Marriott Tyson's Corner, Vienna VA; 3 nights; $234/nite + tax $11.70 + Occ. Tax $9.36 |
| | Advisory Services | 3/14/2009 | $ 130.00 | | | | Car rental - Budget  $43/day + 134 miles @ $0.45/mile; $13.95 GPS; $0.93 misc fees; $11.82 tax (10%) |
| | Advisory Services | 3/15/2009 | $ 112.00 | | | | Charlotte Airport Parking |
| | Advisory Services | 3/15/2009 | | | | $ 4.97 | Breakfast - J. Walker, 1 person |
| | Advisory Services | 3/16/2009 | $ 33.00 | | | | $33 - Dulles Airport Taxi |
| | Advisory Services | 3/16/2009 | $ 55.00 | | | | $55 - BWI Airport Cab |
| | Advisory Services | 3/16/2009 | | | | $ 61.60 | Dinner - Marriott - J. Walker & Bejoy Devasia, 2 people |
| | Advisory Services | 3/17/2009 | $ 13.45 | | | | Taxi service - Fairfax Yellow Cab |
| | Advisory Services | 3/17/2009 | | | | $ 3.31 | Breakfast - J. Walker, 1 person |
| | Advisory Services | 3/17/2009 | | | | $ 19.80 | Dinner - Marriott - J. Walker, 1 person |
| | Advisory Services | 3/18/2009 | | | | $ 8.30 | Breakfast: $8.30 - J. Walker |
| | Advisory Services | 3/18/2009 | | | | $ 44.10 | Dinner: $44.10 - J. Walker |
| | Advisory Services | 3/19/2009 | $ 139.60 | | | | US Air flight time change on 3/20/09 |
| | Advisory Services | 3/19/2009 | | | | $ 7.77 | Breakfast: $7.77 - J. Walker, 1 person |
| | Advisory Services | 3/19/2009 | | | | $ 6.83 | Lunch: $6.83 - J. Walker, 1 person |
| | Advisory Services | 3/20/2009 | $ 80.00 | | | | Charlotte airport parking: $80 |
| | Advisory Services | 3/20/2009 | $ 38.00 | | | | $38 Columbia Cab |
| | Advisory Services | 3/20/2009 | | $ 765.18 | | | Marriott Tyson's Corner, Vienna VA; 3 nights; $234/nite + tax $11.70 + Occ. Tax $9.36 |
| | Advisory Services | 3/20/2009 | | | | $ 8.85 | Breakfast: $8.95 - J. Walker, 1 person |
| | Advisory Services | 3/20/2009 | | | | $ 24.99 | Lunch: $24.99 - J. Walker, C. Aird, 1 person |
| | Advisory Services | 3/21/2009 | | $ 165.39 | | | Sheraton Columbia (MD) Hotel; 1 night; $149/nite + MD tax $8.94 + Occ. Tax $7.45 |
| Summary | | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | | $ 6,267.83 | $ 3,296.21 | $ 2,357.31 | $ 25.90 | $ 588.41 | |

WR Grace
EXPENSE DETAIL
For the Month Ended March 31, 2009

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Bojoy Devasia | Advisory Services | 3/1/09 | $ 926.62 | | | | Airfare for week 1 (March 1st-5th) - Roundtrip (DFW - BWI) - Coach ticket |
| | Advisory Services | 3/9/09 | $ 649.04 | | | | Airfare for week 2 (March 9th - 12th) - Roundtrip (DFW - IAD) - Coach ticket |
| | Advisory Services | 3/13/09 | $ 1,269.78 | | | | Airfare for week 3 & 4 (March 16-27th) - Roundtrip (DFE - DCA) - Coach ticket |
| | Advisory Services | 3/1/2009 - 3/5/2009 | | $ 661.56 | | | Sheraton Columbia, MD<br>4 Nights<br>$149 (Rate)<br>$8.94 (Maryland Tax)<br>$7.45 (Occupancy Tax) |
| | Advisory Services | 3/9/2009 - 3/12/2009 | | $ 765.18 | | | Marriott, Vienna, VA<br>3 Nights<br>$234 (Rate)<br>$11.70 (Sales Tax)<br>$9.36 (Occupancy Tax) |
| | Advisory Services | 3/16/2009 - 3/19/2009 | | $ 765.18 | | | Marriott, Vienna, VA<br>3 Nights<br>$234 (Rate)<br>$11.70 (Sales Tax)<br>$9.36 (Occupancy Tax) |
| | Advisory Services | 3/19/2009 - 3/20/2009 | | $ 165.39 | | | Sheraton Columbia, MD<br>1 Night<br>$149 (Rate)<br>$8.94 (Maryland Tax)<br>$7.45 (Occupancy Tax) |
| | Advisory Services | 3/20/2009 - 3/22/2009 | | $ 218.95 | | | Renaissance Marriott, Washington, DC<br>1 night<br>$179 (Rate)<br>$25.95 (Room Tax)<br>$35 (Parking rental car) - Day 1<br>$35 (Parking rental car) - Day 2<br>$14 (Misc charge - three bottles of water) |
| | Advisory Services | | $ 70.00 | | | | Parking rental car, 2 days * 35/ day |
| | Advisory Services | 3/22/2009 - 3/25/2009 | | $ 450.06 | | | Sheraton Columbia, MD<br>3 Nights<br>$135.15 (Rate)<br>$8.11 (Maryland Tax)<br>$6.76 (Occupancy Tax) |
| | Advisory Services | 3/25/2009 - 3/27/2009 | | $ 255.06 | | | Marriott, Vienna, VA<br>1 Night<br>$234 (Rate)<br>$11.70 (Sales Tax)<br>$9.36 (Occupancy Tax) |
| | Advisory Services | 3/1/2009 - 3/5/2009 | $ 328.00 | | | | Rental Car expense - This was shared by the entire team that traveled into town for the project<br>5 days (Intermediate Car)<br>$47 (per day) plus taxes<br>$36 (per extra hour)<br>* I also purchase the fuel option |

| Description | Date | Amount | | Amount | Detail |
|---|---|---|---|---|---|
| Advisory Services | 3/12/09 | $ 240.13 | | | Rental Car expense - This was shared by the entire team that traveled into town for the project<br>4 days (Compact Car)<br>$46 (per day) plus taxes<br>$35 (per extra hour)<br>* I also purchase the fuel option |
| Advisory Services | 3/26/09 | $ 739.09 | | | Rental Car expense - This was shared by the entire team that traveled into town for the project<br>11 days (Intermediate Car)<br>$47 (per day) plus taxes<br>$36 (per extra hour)<br>* I also purchase the fuel option |
| Advisory Services | 3/1/09 | | | $ 2.49 | Breakfast, self, 1 person |
| Advisory Services | 3/4/09 | | | $ 51.80 | Jeffrey walker & Bejoy Devasia (2 PwC people) Dinner while out of town |
| Advisory Services | 3/4/09 | | | $ 4.67 | Jeffrey Walker & Bejoy Devasia (2 PwC people) Breakfast while out of town |
| Advisory Services | 3/5/09 | | | $ 4.68 | Jeffrey Walker & Bejoy Devasia (2 PwC people) Breakfast while out of town |
| Advisory Services | 3/5/09 | | | $ 29.96 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/6/09 | | | $ 28.17 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/6/09 | | | $ 4.98 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/6/09 | | | $ 22.03 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/9/09 | | | $ 15.84 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/9/09 | | | $ 33.20 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/10/09 | | | $ 4.73 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/11/09 | | | $ 12.64 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/11/09 | | | $ 6.56 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/12/09 | | | $ 12.00 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/12/09 | | | $ 8.77 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/9/09 | | | $ 40.32 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/10/09 | | | $ 26.46 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/9/2009 -3/12/2009 | $ 20.00 | | | Parking $5 each day for 4 days (3/9 - 3/12) |
| Advisory Services | 3/1/09 | | | $ 16.00 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/16/09 | $ 20.00 | | | Parking $5 each day at the McLean Office (4 days) (3/16 - 3/19) |
| Advisory Services | 3/16/09 | | | $ 9.50 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/16/09 | | | $ 11.00 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/17/09 | | | $ 5.30 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/17/09 | | | $ 9.94 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/18/09 | | | $ 11.39 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/18/09 | | | $ 26.18 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/19/09 | | | $ 10.50 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/19/09 | | | $ 29.85 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/19/09 | | | $ 4.73 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/20/09 | | | $ 2.63 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/20/09 | | | $ 26.46 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/20/09 | | | $ 26.02 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/21/09 | | | $ 28.00 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/21/09 | | | $ 21.40 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/21/09 | | | $ 6.04 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/22/09 | | | $ 11.10 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/22/09 | | | $ 23.86 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/23/09 | $ 28.30 | | | Gas for Rental Car<br>ExxonMobil, Columbia, MD |
| Advisory Services | 3/23/09 | | | $ 39.77 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/24/09 | | | $ 4.40 | Breakfast self, 1 person, travel meal |
| Advisory Services | 3/24/09 | | | $ 24.84 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/25/09 | | | $ 20.35 | Lunch self, 1 person, travel meal |
| Advisory Services | 3/25/09 | | | $ 26.78 | Dinner self, 1 person, travel meal |
| Advisory Services | 3/26/09 | | | $ 33.20 | Dinner self, 1 person, travel meal |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Advisory Services | 3/26/09 | | | | $ | 7.88 Breakfast self, 1 person, travel meal |
| | Advisory Services | 3/26/09 | | | | $ | 12.00 Lunch self, 1 person, travel meal |
| | Advisory Services | 3/26/09 | $ | 5.00 | | | Parking $5 1 day at the McLean Office |
| | Advisory Services | 3/1/09 | $ | 41.25 | | | Mileage to Airport on 3/1/2009 75 miles * $0.55 per mile |
| | Advisory Services | 3/5/09 | $ | 41.25 | | | Mileage from Airport on 3/5/2009 75 miles * $0.55 per mile |
| | Advisory Services | 3/8/09 | $ | 41.25 | | | Mileage to Airport on 3/8/2009 75 miles * $0.55 per mile |
| | Advisory Services | 3/12/09 | $ | 41.25 | | | Mileage from Airport on 3/12/2009 75 miles * $0.55 per mile |
| | Advisory Services | 3/16/09 | $ | 41.25 | | | Mileage to Airport on 3/16/2009 75 miles * $0.55 per mile |
| | Advisory Services | 3/26/2009 | $ | 41.25 | | | Mileage from Airport on 3/26/2009 75 miles * $0.55 per mile |
| Summary | | **Total** | | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
| | | $ 8,583.26 | $ | 4,543.46 | $ 3,281.38 | $ - | $ 758.42 |

WR Grace
EXPENSE DETAIL
For the Month Ended March 31, 2009 and April 30, 2009

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Charles Aird | Advisory Services | 3/9/2009 | $ 455.81 | | | | United Airlines; Round trip, Huston, Texas (IAH)- Washington, DC (IAD) |
| | Advisory Services | 3/12/2009 | | $ 315.01 | | | Marriott Tyson's Corner, VA<br>1 night: Room 289.00/Sales Tax 14.45/Occ tax 11.56 |
| | Advisory Services | 3/11/2009 | | | | $ 25.57 | Dinner - Individual travel meal, 1 person |
| | Advisory Services | 3/11/2009 | | | | $ 10.76 | Lunch - Individual Travel meal, 1 person |
| | Advisory Services | 3/16/2009 | $ 35.46 | | | | Taxi: Hotel to client, Columbia, MD |
| | Advisory Services | 3/13/2009 | $ 275.58 | | | | United Airlines; Round trip, Newark (EWR) to Washington, DC (IAD) |
| | Advisory Services | 3/19/2009 | | | | $ 9.70 | Lunch - Individual Travel meal, 1 person |
| | Advisory Services | 3/20/2009 | | $ 255.06 | | | Marriott Tyson's Corner, VA<br>1 night, Room 234.00/Sales Tax 11.70/Occ Tax 9.36 |
| | Advisory Services | 3/20/2009 | $ 34.15 | | | | Taxi from Hotel to client, Columbia, MD |
| | Advisory Services | 3/20/2009 | | | | $ 6.82 | Lunch - Individual Travel meal, 1 person |
| | Advisory Services | 3/20/2009 | $ 75.00 | | | | Taxi; Charlotte, NC airport to home |
| | Advisory Services | 3/21/2009 | $ 165.39 | | | | Sheraton Hotel Columbia, MD<br>1 night, Room 149.00/MD Tax 8.94/ Occupancy Tax 7.45 |
| | Advisory Services | 3/19/2009 | | | | $ 100.00 | Dinner: 2 people: Charles Aird and Jeff Walker |
| | Advisory Services | 3/20/2009 | | | | $ 7.89 | Breakfast - Individual Travel Meal, 1 person |
| | Advisory Services | 3/25/2009 | 33.25 | | | | Taxi: Hotel to client, Columbia, MD |
| | Advisory Services | 4/9/2009 | $ 429.15 | | | | Continental Airfare round trip: Charlotte, NC (CLT) to Baltimore, BWI |
| | Advisory Services | 4/13/2009 | $ 84.07 | | | | Rental Car: 2 days |
| | Advisory Services | 4/13/2009 | | | | $ 46.18 | Lunch 2 people: Derek Sappenfield & self |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 2,364.85 | $ 1,587.86 | $ 570.07 | $ - | $ 206.92 |