IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No.: 21544 |
| | ) | |
| _____ | ) | |

**ALLSTATE INSURANCE COMPANY, SOLEY AS SUCCESSOR IN INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY NORTHBROOK INSURANCE COMPANY'S, PHASE II WITNESS LIST**

In accordance with paragraph 3 of the *Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [D.I. 21544] ("Third CMO") Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company (hereinafter referred to as "Northbrook"), by and through its undersigned counsel, hereby submits that it may call the following witnesses at the Phase II Confirmation Hearing:

1. Richard Finke, Assistant General Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (in both his individual capacity and as Debtors' Rule 30(b)(6) designee on certain topics) (live or by deposition testimony).

2. Jay Hughes, Senior Litigation Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (in both his individual capacity and as Debtors' Rule 30(b)(6) designee on certain topics) (live or by deposition testimony).

3. Jeffrey M. Posner, Consultant and former Assistant Vice President, Director of Corporate Risk Management at W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (live or by deposition testimony).

5372789v.1

4. Peter Van N. Lockwood, Member, Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, D.C. 20005 (Asbestos PI Committee's Rule 30(b)(6) designee on all topics) (live or by deposition testimony).

5. David T. Austern, Asbestos PI Future Claimants' Representative, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, D.C. 20005-1706 (live or by deposition testimony).

6. Elihu Inselbuch, Member, Caplin & Drysdale, Chartered, 375 Park Avenue, New York, New York 10152 (live or by deposition testimony).

7. Dr. Mark A. Peterson, President, Legal Analysis Systems, Inc., 973 Calle Arroyo, Thousand Oaks, Califonia 91360 (expert witness for Plan Proponents).

8. Bridget Gould, Claim Manager, Allstate Insurance Company, 1 Allstate Commercial Plaza, 51 West Higgins Road, South Barrington, IL 60010 (live or by deposition testimony).

9. Any other party or individual deposed in connection with the plan confirmation proceedings.

10. All witnesses designated by any other party.

11. All witnesses necessary to establish the authenticity and/or admissibility of exhibits.

12. Any witnesses necessary for impeachment or rebuttal.

Allstate reserves the right to withdrawal any designated witnesses.


Dated:   June 15, 2009                Respectfully submitted,

                                      White & Williams, LLP


                            By:        /s/ James S. Yoder
                                      JAMES S. YODER, ESQ. (DE #2643)
                                      824 N. Market Street, Suite 902
                                      P.O. Box 709
                                      Wilmington, DE 19899
                                      (302) 467-4524

2

5372789v.1

-and-

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
CUYLER BURK, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
(973) 734-3200

Counsel for Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company

3

5372789v.1