IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| | * | Related Docket No. 21544 |

------------------------------------------------------x

## CNA COMPANIES' FINAL LIST OF WITNESSES TO BE CALLED AT THE HEARINGS ON PHASE II PLAN CONFIRMATION ISSUES

Continental Casualty Company and Continental Insurance Company, on their behalf and on behalf of their predecessor companies, affiliates and subsidiaries which issued insurance policies to the Debtors (individually or collectively "CNA"), as insurer and creditor of the Debtors, pursuant to the Third Amended Case Management Order (the "CMO") [Docket No. 21544] related to the First Amended Joint Plan of Reorganization (the "Plan"), hereby submits its final list of witnesses it may call at the hearings on Phase II Plan confirmation issues:

1. Sean T. Mathis, Founding Partner, New Centurion Capital Partners, LLC, 888 7th Avenue, Suite 1701, New York, N. Y. 10019 (expert witness).

2. James B. Shein, Professor of Management & Strategy, Kellogg School of Management – Northwestern University, Jacobs Center Room 607, Evanston, Illinois 60208 (expert witness).

3. Pamela D. Zilly, The Blackstone Group, L.P., 345 Park Avenue, New York, New York 10154 (expert witness for Debtors) (live or by deposition testimony).

4. Richard Finke, Esq., Assistant General Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (in both his individual capacity and as Debtors' Rule 30(b)(6) designee on certain topics) (live or by deposition testimony).

5. Jeffrey M. Posner, Consultant and former Assistant Vice President, Director of Corporate Risk Management at W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (live or by deposition testimony).

6. Hudson La Force, Senior Vice President and CFO, W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (live or by deposition testimony).

7. Jay Hughes, Esq., W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (live or by deposition testimony).

8. Peter Van N. Lockwood, Esq., Member, Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, D.C. 20005 (Asbestos PI Committee's Rule 30(b)(6) designee on all topics) (live or by deposition testimony).

9. David T. Austern, Esq., Asbestos PI Future Claimants' Representative, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, D.C. 20005-1706 (live or by deposition testimony).

10. Elihu Inselbuch, Esq., Member, Caplin & Drysdale, Chartered, 375 Park Avenue, New York, New York 10152 (live or by deposition testimony).

11. Any other party or individual deposed in connection with the Plan confirmation proceedings.

CNA respectfully submits that the demarcation between Phase I and Phase II objections is not entirely clear, and as such, should the Court determine that a witness CNA has identified as a Phase I witness should properly be presented in Phase II, CNA respectfully requests that that witness be heard in Phase II. CNA may identify additional witnesses in response to any issue raised by the Plan Proponents or other parties as part of the Plan confirmation process. CNA also may call as witnesses any individuals disclosed as potential witnesses or called as witnesses by the other parties to this proceeding. CNA further reserves the right to submit in support of its Plan objections deposition testimony from any deposition taken in connection with the Plan confirmation proceedings.

The Plan Proponents bear the burden of proof as to the confirmability of the Plan, and CNA accordingly also reserves the right to call any witness needed for rebuttal or impeachment

purposes, or as it may deem necessary to address any argument or evidence that may be advanced that may impact the interests of CNA. CNA also reserves the right to call witnesses for the purpose of authenticating and/or laying the foundation for documents and evidence used in connection with its Plan objections.

                                                  Respectfully submitted,

| | |
|---|---|
| FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Elizabeth DeCristofaro (*pro hac vice*)<br>Wall Street Plaza, 23rd Floor<br>New York, New York 10005-1875<br>Telephone: (212) 269-4900<br>Facsimile: (212) 344-4294 | ROSENTHAL, MONHAIT & GODDESS, P.A.<br>By: /s/ Edward B. Rosenthal<br>Edward B. Rosenthal (*Bar No. 3131*)<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-4433x6<br>Facsimile: (302) 658-7567 |
| WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young<br>Jeff Chang<br>225 West Wacker Drive<br>Chicago, Illinois 60606-1229<br>Telephone: (312) 201-2662<br>Facsimile: (312) 416-4524 | GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Brian H. Mukherjee (*pro hac vice*)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>--and --<br>Michael S. Giannotto (*pro hac vice*)<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444 |

*Counsel for Continental Casualty Company,*
*Transportation Insurance Company and their American insurance affiliates*

Dated: June 15, 2009