IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JFK) |
| W.R. GRACE & CO., <u>et al</u>. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

**THE OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS'
WITNESS DISCLOSURE FOR "PHASE II" MATTERS**

The Official Committee of Property Damage Claimants (the "Committee") of W.R. Grace & Co., *et al.* (the "Debtors"), by its undersigned counsel, in compliance with the schedule set forth in the Third Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization, dated May 5, 2009 [the "CMO," Docket No. 21544], hereby identifies the following witnesses who may testify on its behalf at the "Phase II" confirmation hearings scheduled to commence on September 8, 2009.

The Committee may call one or more representatives of Conway Del Genio Gries & Co., LLC ("CDG"), the Committee's financial advisor, to testify with respect to feasibility issues. The Committee's final determination whether to call CDG during the Phase II confirmation hearings will be made at a later date, after fact and expert discovery takes place.

The Committee reserves the right to introduce testimony in the "Phase II" proceedings from any witness called by any other party to the confirmation proceedings and to cross-examine such witnesses.

Dated: June 15, 2009

        Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
Telephone:  (305) 374-7580

Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)
Matthew I. Kramer (Admitted Pro Hac Vice)

-and-

FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899
Telephone:  (302) 575-1555


By:    /s/ Theodore J. Tacconelli
       Theodore J. Tacconelli
       (Del. Bar No. 2678)

Counsel for the Official Committee of Asbestos Property Damage Claimants

MIAMI 1860822.1 7481715537