IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

**ANDERSON MEMORIAL HOSPITAL'S PHASE II WITNESS LIST**

Anderson Memorial Hospital ("Anderson") designates the following witnesses it might call at the Phase II confirmation hearings:

1. Henry A. Anderson, M.D.

2. David T. Austern (by deposition)

3. William M. Ewing

4. Richard Finke (by deposition)

5. B. Thomas Florence (by deposition)

6. Arthur L. Frank, M.D.

7. John P. Freeman

8. Jack L. Halliwell

9. W. D. Hilton, Jr.

10. Jay Hughes (by deposition)

11. Elihu Inselbuch (by deposition)

12. Dori Kuchinsky (by deposition)

13. Peter Lockwood (by deposition)

14. William E. Longo, Ph.D.

15. Denise Neumann Martin, Ph.D. (by deposition)

16. Mark A. Peterson (by deposition)

17. Jeffrey Posner (by deposition)

18. Darrell W. Scott (by deposition)

19. Mark Shelnitz (live or by deposition)

20. Edward J. Westbrook (by deposition)

Anderson reserves the right to call any witness listed by any other party, any witness identified in further discovery, any witness to refute or explain matters revealed in subsequent discovery or argument, and any witness it identifies in connection with feasibility. Anderson also reserves the right to call any party as a witness.

DATED: June 15, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

KOZYAK TROPIN & THROCKMORTON, P.A.
John W. Kozyak
David L. Rosendorf
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Anderson Memorial Hospital*