## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of June, 2009, true and correct copies of the foregoing *Certain Insurers' Final Phase Ii Witness List In Compliance With Third Amended Case Management Order* was served on the parties on the attached service list by electronic mail.

                                          */s/ John D. Demmy.*
                                          John D. Demmy

**SERVICE LIST**

| | |
|---|---|
| aaronsona@pepperlaw.com | fmonaco@wcsr.com |
| acordo@mnat.com | fournierd@pepperlaw.com |
| acraig@cuyler.com | FRosner@mrs-law.com |
| akelley@dilworthlaw.com | gcalhoun@steptoe.com |
| akrieger@stroock.com | ghorowitz@kramerlevin.com |
| alexander.mueller@mendes.com | gibbonsj@whiteandwilliams.com |
| anna.newsom@mendes.com | gmcdaniel@bglawde.com |
| arich@alanrichlaw.com | gmcdaniel@bglawde.com |
| arosenberg@paulweiss.com | green@lrclaw.com |
| arunning@kirkland.com | Greg.Stclair@skadden.com |
| belias@omm.com | gsvirsky@omm.com |
| bharding@kirkland.com | heather.bloom@kirkland.com |
| bmukherjee@goodwinprocter.com | hertzbergr@pepperlaw.com |
| bsb@capdale.com | hriedel@srbp.com |
| bsb@capdale.com | ilevee@lowenstein.com |
| bstansbury@kirkland.com | IRosenberg@cozen.com |
| butcher@lrclaw.com | jal@capdale.com |
| candon@cwg11.com | jal@capdale.com |
| carignanj@pepperlaw.com | james.freeman2@usdoj.gov |
| carl.pernicone@wilsonelser.com | jbaer@jsbpc.com |
| carolina.acevedo@mendes.com | jcohn@cozen.com |
| casarinom@whiteandwilliams.com | jcp@pgslaw.com |
| caseyl@pepperlaw.com | jcutler@orrick.com |
| Catherine.chen@wilsonelser.com | jeff.friedman@kattenlaw.com |
| cbruens@kirkland.com | jeffrey.boerger@dbr.com |
| cgreco@kirkland.com | jguy@orrick.com |
| cohn@cwg11.com | jk@kttlaw.com |
| collins@rlf.com | jmeltzer@sbtklaw.com |
| cprince@sonnenschein.com | john.mcfarland@grace.com |
| david.boutrous@kirkland.com | joneill@pszjlaw.com |
| david.klauder@usdoj.gov | jpruggeri@hhlaw.com |
| david.primack@dbr.com | jpw@capdale.com |
| david.turetsky@skadden.com | jpw@capdale.com |
| dbernick@kirkland.com | jsakalo@bilzin.com |
| dblabey@kramerlevin.com | jsottile@zuckerman.com |
| dfelder@orrick.com | jspadaro@johnsheehanspadaro.com |
| dglosband@goodwinprocter.com | jwaxman@cozen.com |
| dmannal@kramerlevin.com | jwisler@cblh.com |
| Dpastor@Gilmanpastor.com | kandestin@rlf.com |
| drosenbloom@mwe.com | karen.f.lee@kirkland.com |
| drosendorf@kttlaw.com | kbornstein@sbtklaw.com |
| dsilver@mccarter.com | klove@kirkland.com |
| dspeights@speightsrunyan.com | kmakowski@pszjlaw.com |
| ealcabes@stblaw.com | kmangan@wcsr.com |
| ei@capdale.com | kmayer@mccarter.com |
| eileen.mccabe@mendes.com | kmiller@skfdelaware.com |

| | |
|---|---|
| elongosz@eckertseamans.com | richard.finke@grace.com |
| emdecristofaro@FMEW.com | rifft@wileyrein.com |
| erosenthal@rmgglaw.com | korr@orrick.com |
| ewestbrook@rpwb.com | kpasquale@stroock.com |
| ewolfe@skfdelaware.com | rjsidman@vorys.com |
| lkruger@stroock.com | rmillner@sonnenschein.com |
| loberholzer@pszjlaw.com | rriley@duanemorris.com |
| locasaleg@whiteandwilliams.com | rwyron@orrick.com |
| lstover@eckertseamans.com | sbaena@bilzin.com |
| Madigan.andrea@epa.gov | scalogero@cuyler.com |
| madron@rlf.com | landis@lrclaw.com |
| mark.shelnitz@grace.com | lepley@crowell.com |
| maward@wcsr.com | lesayian@kirkland.com |
| mdavis@zeklaw.com | sfreedman@dilworthlaw.com |
| mdavis@zeklaw.com | speirce@fulbright.com |
| meltzere@pepperlaw.com | SSchindlerWilliams@kramerlevin.com |
| merritt.pardini@kattenlaw.com | sshimshak@paulweiss.com |
| meskin@camlev.com | stearn@rlf.com |
| metkin@lowenstein.com | swspencer@FMEW.com |
| mgiannotto@goodwinprocter.com | tcairns@pszjlaw.com |
| mhurford@camlev.com | tcurrier@saul.com |
| michael.brown@dbr.com | tfreedman@kirkland.com |
| mjoseph@ferryjoseph.com | tgerber@fulbright.com |
| mkramer@bilzin.com | tgerber@fulbright.com |
| mlastowski@duanemorris.com | thomas.quinn@mendes.com |
| mphillips@cblh.com | tmacauley@zuckerman.com |
| mphillips@paulweiss.com | tmessana@mws-law.com |
| mpiropato@stblaw.com | toolee@pepperlaw.com |
| mplevin@crowell.com | travis.langenkamp@kirkland.com |
| mshiner@tuckerlaw.com | tschiavoni@omm.com |
| mumford@lrclaw.com | tscobb@vorys.com |
| mwallace@orrick.com | ttacconelli@ferryjoseph.com |
| mweis@dilworthlaw.com | ustpregion03.wl.ecf@usdoj.gov |
| nancy.manzer@wilmer.com | vguldi@zuckerman.com |
| ndf@capdale.com | warren.pratt@dbr.com |
| noah.heller@kattenlaw.com | wbs@capdale.com |
| pbentley@kramerlevin.com | wbs@capdale.com |
| pcuniff@pszjlaw.com | wrussell@stblaw.com |
| pkoepff@omm.com | wshelley@cozen.com |
| pmahaley@orrick.com | yoderj@whiteandwilliams.com |
| ppantaleo@stblaw.com | young@wildman.com |
| pvnl@capdale.com | |
| ramos@rlf.com | |
| rdehney@mnat.com | |
| Reynolds@rlf.com | |
| rfrankel@orrick.com | |
| rguttmann@zeklaw.com | |
| rhorkovich@andersonkill.com | |