IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**PROTECTIVE PHASE II WITNESS DESIGNATION
OF ZURICH INSURANCE COMPANY AND
ZURICH INTERNATIONAL (BERMUDA) LTD.**

In accordance with paragraph 3 of the *Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization* [D.I. 21544] ("Third CMO") dated May 5, 2009, Zurich Insurance Company and Zurich International (Bermuda) Ltd. (jointly, "Zurich"), by and through its undersigned counsel, hereby state as follows:

1. In support of objections that Zurich has raised and may raise to the confirmation of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders* ("Joint Plan"), Zurich may call one or more of the following witnesses at Phase II of the Confirmation Hearing:

    a. George Priest (expert);

    b. James B. Shein (expert);

    c. a records custodian of Zurich;

    d. any witnesses designated and/or called by any other party; and

    e. any witness(es) necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing that is or may be contrary to the interests of Zurich.

2.	In accordance with paragraph 6 of the Third CMO, Zurich hereby states that, with respect to Libby issues, Zurich may call any witness(es) necessary in rebuttal to any evidence or argument made at or before the Confirmation Hearing relating to Libby issues that is or may be contrary to the interests of Zurich.

3.	Because discovery relating to the Joint Plan is ongoing, and because Phase II trial briefs have not yet been filed, this Phase II Witness Designation is submitted without prejudice to the designation or presentation of any and all additional witnesses that Zurich may deem necessary.

Dated: June 15, 2009
      Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Jeffrey C. Wisler_

Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
Kelly M. Conlan (#4786)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Attorneys for Zurich Insurance Company
and Zurich International (Bermuda) Ltd.*

#690927v1

2