IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 01-01139 |
| | ) | CHAPTER 11 |
| W.R. GRACE & CO., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Ref: Docket Nos. 19,579; 20121; 21,544 |
| | ) | |
| | ) | |

## FINAL WITNESS LIST OF GARLOCK SEALING TECHNOLOGIES, LLC FOR PHASE II OF THE CONFIRMATION HEARING

Garlock Sealing Technologies, LLC ("Garlock"), by and through its undersigned counsel, hereby submits the following final list of witnesses that it may call to testify at the Phase II hearing to consider confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders [Docket No. 20,121]. This witness list is filed in accordance with the schedule set forth in the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization dated May 5, 2009 (the "CMO") [Docket No. 21544].

Garlock reserves the right to call any witness designated by any other party in its final list of witnesses. Garlock also reserves the right to call witnesses not listed herein for the purpose of laying a foundation for the admission of documents and evidence, for the purpose of rebutting evidence offered by any party, and for the purpose of impeachment. Finally, Garlock reserves the right not to call any witness listed herein.

Garlock's Final List of Potential Witnesses

    A.    Paul L. Grant, Jr. President, Garrison Litigation Management Group Ltd., 120 East Avenue, Suite 101, Rochester, NY, 14604.

2241531/1

B.   Gary H. Kaplan.  Marshall, Dennehey, Warner, Coleman & Goggin, 1220 Market St., Wilmington, DE, 19801.

C.   William F. Mahoney.  Segal McCambridge Singer & Mahoney, 233 S. Wacker Drive, Suite 5500, Chicago, IL, 60606.

D.   Christopher O. Massenburg.  Aultman, Tyner, Ruffin & Swetman, Ltd., 315 Hemphill St., P.O. Drawer 750, Hattiesburg, MS, 39403-0750.

E.   Glenn L.M. Swetman.  Aultman, Tyner, Ruffin & Swetman, Ltd., 400 Poydras St., Suite 1900, New Orleans, LA, 70130.

F.   John A. Turlik.  Segal McCambridge Singer & Mahoney, 30 S. 17th St., Suite 1700, Philadelphia, PA, 19103.

G.   All witnesses designated by any other party.

H.   All witnesses necessary for foundation, impeachment, or rebuttal.

Dated:  June 15, 2009                     Respectfully submitted,

MORRIS JAMES LLP

_____
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
Email:  bfallon@morrisjames.com

-and-

Garland Cassada
Richard C. Worf
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC  28246
Telephone:  (704) 377-8135
Facsimile:  (704) 339-3435
E-mail:  gcassada@rbh.com
          rworf@rbh.com

2241531/1