IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

## CANADA CLAIMANTS' PHASE II WITNESS LIST

City of Vancouver (Queen Elizabeth Playhouse) (Claim #12476) and School District 68 Nanaimo-Ladysmith (Nanaimo District Senior Secondary) (Claim #11627) ("Canada Claimants") designate the following witnesses they might call at the Phase II confirmation hearings:

1. Henry A. Anderson, M.D.
2. David T. Austern (by deposition)
3. William M. Ewing
4. Richard Finke (by deposition)
5. B. Thomas Florence (by deposition)
6. Arthur L. Frank, M.D.
7. John P. Freeman
8. Jack L. Halliwell
9. W. D. Hilton, Jr.
10. Jay Hughes (by deposition)
11. Elihu Inselbuch (by deposition)
12. Dori Kuchinsky (by deposition)
13. Peter Lockwood (by deposition)
14. William E. Longo, Ph.D.
15. Denise Neumann Martin, Ph.D. (by deposition)

16. Mark A. Peterson (by deposition)

17. Don Pinchin

18. Jeffrey Posner (by deposition)

19. Darrell W. Scott (by deposition)

20. Mark Shelnitz (live or by deposition)

21. Edward J. Westbrook (by deposition)

Canada Claimants reserve the right to call any witness listed by any other party, any witness identified in further discovery, any witness to refute or explain matters revealed in subsequent discovery or argument, and any witness they identify in connection with feasibility. Canada Claimants also reserve the right to call any party as a witness.

DATED: June 15, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

*Counsel for Canada Claimants*