# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## BNSF RAILWAY COMPANY'S FINAL WITNESS LIST
## IN CONNECTION WITH THE CONFIRMATION HEARING

In accordance with the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (Dkt. No. 21544) ("Case Management Order") BNSF Railway Company ("BNSF"), through its counsel Pepper Hamilton LLP, hereby reserves the right to call the following witnesses who may testify on BNSF's behalf at the hearing with respect to confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., *et al.*, The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative and The Official Committee of Equity Security Holders Dated February 27, 2009:

1. All witnesses identified by all other parties to this action.

2. Representative(s) of BNSF who may testify to authenticate certain business records. It is currently anticipated that Ms. Karen McKee will provide such testimony.

3. Representative(s) of Marsh, Inc., who may testify to authenticate certain of its business records.

4. Jeffrey Posner, W.R. Grace & Co.

5. Jay Hughes, W.R. Grace & Co.

6. Heather M. Miranda, Claims Specialist, Maryland Casualty Company

-2-

       7.       Trent Proctor, Claim Litigation Director, Royal Indemnity Company

       8.       Kevin Burrin, Director of Risk Management, BNSF Railway Company. If Mr. Burrin is unavailable for testimony, BNSF reserves the right to call Jamie Johnson, Manager, Risk Management.

Dated: June 15 , 2009  
Wilmington, DE

PEPPER HAMILTON LLP

/s/ John H. Schanne II  
Evelyn J. Meltzer (DE 4581)  
John H. Schanne II (DE 5260)  
Hercules Plaza, Suite 5100  
1313 Market Street  
PO Box 1709  
Wilmington, DE 19899-1709  
Tel: (302) 777-6500  
Fax: (302) 777-6511

Of Counsel:

Edward C. Toole, Jr.  
Linda J. Casey  
PEPPER HAMILTON LLP  
3000 Two Logan Square  
18th & Arch Streets  
Philadelphia, PA 19103  
Tel: (215) 981-4000/ Fax: (215) 981-4750

Counsel for BNSF Railway Company