**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors in Possession. | : | |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on June 15, 2009 I caused a copy of the *Final List of Witnesses that The Official Committee of Asbestos Personal Injury Claimants and The Asbestos PI Future Claimants Representative Intend to call at the Phase II Confirmation Hearing* to be served upon the individuals on the attached 2002 service list via first-class mail unless otherwise indicated.

Dated: June 15, 2009          */s/Mark T. Hurford*
                              Mark T. Hurford (DE No. 3299)

{D0155666.1 }