**CERTIFICATE OF SERVICE**

I, Leigh-Anne M. Raport, hereby certify that on the 15th day of June, 2009, I caused the foregoing **Final Witness List of Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P. for Phase II in Compliance with Third Amended Case Management Order** to be served upon the following individuals by electronic mail.

/s/ Leigh-Anne M. Raport
Leigh-Anne M. Raport

lkruger@stroock.com;
kpasquale@stroock.com;
akrieger@stroock.com;
mlastowski@duanemorris.com;
rriley@duanemorris.com;
sbaena@bilzin.com; jsakalo@bilzin.com;
mkramer@bilzin.com;
mjoseph@ferryjoseph.com;
ttacconelli@ferryjoseph.com;
david.klauder@usdoj.gov;
ustpregion03.wl.ecf@usdoj.gov;
noah.heller@kattenlaw.com;
merritt.pardini@kattenlaw.com;
jeff.friedman@kattenlaw.com;
collins@rlf.com; madron@rlf.com;
Reynolds@rlf.com; ramos@rlf.com;
fmonaco@wcsr.com;
kmangan@wcsr.com;
maward@wcsr.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
Dpastor@Gilmanpastor.com;
jmeltzer@sbtklaw.com;
kbornstein@sbtklaw.com;
stearn@rlf.com; kandestin@rlf.com;
rjsidman@vorys.com;
tscobb@vorys.com; landis@lrclaw.com;
butcher@lrclaw.com;
mumford@lrclaw.com;
green@lrclaw.com; cohn@cwg11.com;
candon@cwg11.com;
kmiller@skfdelaware.com;
ewolfe@skfdelaware.com;
speirce@fulbright.com;
tgerber@fulbright.com;
jwisler@cblh.com; mphillips@cblh.com;
elongosz@eckertseamans.com;
lstover@eckertseamans.com;
erosenthal@rmgglaw.com;
dglosband@goodwinprocter.com;
bmukherjee@goodwinprocter.com;
mgiannotto@goodwinprocter.com;
emdecristofaro@FMEW.com;
swspencer@FMEW.com;
rifft@wileyrein.com;
casarinom@whiteandwilliams.com;
gibbonsj@whiteandwilliams.com;
locasaleg@whiteandwilliams.com;
yoderj@whiteandwilliams.com;
warren.pratt@dbr.com;
david.primack@dbr.com;
michael.brown@dbr.com;
jeffrey.boerger@dbr.com;
sshimshak@paulweiss.com;
arosenberg@paulweiss.com;
mphillips@paulweiss.com;
ppantaleo@stblaw.com;
wrussell@stblaw.com;
mpiropato@stblaw.com;
ealcabes@stblaw.com;
jwaxman@cozen.com;
wshelley@cozen.com; jcohn@cozen.com;
gmcdaniel@bglawde.com;
carl.pernicone@wilsonelser.com;
Catherine.chen@wilsonelser.com;
arich@alanrichlaw.com;
david.turetsky@skadden.com;
pbentley@kramerlevin.com;
dmannal@kramerlevin.com;
gcalhoun@steptoe.com;
acraig@cuyler.com;
mdavis@zeklaw.com;
dfelder@orrick.com;
rfrankel@orrick.com;
mwallace@orrick.com;
rwyron@orrick.com; jguy@orrick.com;
richard.finke@grace.com;
mark.shelnitz@grace.com;
john.mcfarland@grace.com;
james.freeman2@usdoj.gov;
jal@capdale.com; pvnl@capdale.com;
ndf@capdale.com; ei@capdale.com;
jal@capdale.com; lepley@crowell.com;
nancy.manzer@wilmer.com;
Madigan.andrea@epa.gov;
jpruggeri@hhlaw.com;
drosenbloom@mwe.com;
mhurford@camlev.com;
meskin@camlev.com; belias@omm.com;
tschiavoni@omm.com;
gsvirsky@omm.com;
pkoepff@omm.com;

dbernick@kirkland.com;
lesayian@kirkland.com;
klove@kirkland.com;
cgreco@kirkland.com;
cbruens@kirkland.com;
tfreedman@kirkland.com;
joneill@pszjlaw.com;
tcairns@pszjlaw.com;
kmakowski@pszjlaw.com;
pcuniff@pszjlaw.com;
loberholzer@pszjlaw.com;
tmacauley@zuckerman.com;
vguldi@zuckerman.com;
jsottile@zuckerman.com;
kmayer@mccarter.com;
dsilver@mccarter.com;
rguttmann@zeklaw.com;
mdavis@zeklaw.com;
jspadaro@johnsheehanspadaro.com;
alexander.mueller@mendes.com;
thomas.quinn@mendes.com;
eileen.mccabe@mendes.com;
anna.newsom@mendes.com;
carolina.acevedo@mendes.com;
mweis@dilworthlaw.com;
akelley@dilworthlaw.com;
sfreedman@dilworthlaw.com;
young@wildman.com;
dspeights@speightsrunyan.com;
ewestbrook@rpwb.com;
rhorkovich@andersonkill.com;
rdehney@mnat.com; acordo@mnat.com;
tgerber@fulbright.com;
tcurrier@saul.com;
gmcdaniel@bglawde.com;
jcp@pgslaw.com; jbaer@jsbpc.com;
drosendorf@kttlaw.com; jk@kttlaw.com;
hriedel@srbp.com;
ghorowitz@kramerlevin.com;
dblabey@kramerlevin.com;
korr@orrick.com;
mshiner@tuckerlaw.com;
mplevin@crowell.com;
pmahaley@orrick.com;
jcutler@orrick.com;
bharding@kirkland.com;
arunning@kirkland.com;
bstansbury@kirkland.com;
jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com;
travis.langenkamp@kirkland.com;
heather.bloom@kirkland.com;
karen.f.lee@kirkland.com;
david.boutrous@kirkland.com;
SSchindlerWilliams@KRAMERLEVIN.com; tmessana@mws-law.com;
FRosner@mrs-law.com;
rmillner@sonnenschein.com;
cprince@sonnenschein.com;
jpw@capdale.com; bsb@capdale.com;
wbs@capdale.com;
IRosenberg@cozen.com;
scalogero@cuyler.com;
Greg.Stclair@skadden.com;
mes@stevenslee.com;
jdd@stevenslee.com, lpg@stevenslee.com