UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: :
: Chapter 11
: 
W.R. GRACE & CO., et al., : Case No. 01-01139 (JKF)
: Jointly Administered
: 
Debtors. :
---------------------------------------------------------------x

## TRAVELERS CASUALTY AND SURETY COMPANY'S
## PHASE II FINAL WITNESS LIST

Pursuant to this Court's Second Amended Case Management Order, entered on January 29, 2009 (the "Order"), Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company ("Travelers"), by and through its undersigned counsel, hereby submits the following final list of witnesses it may call to testify at the Phase II hearing on plan confirmation in this matter:

1. Patricia Hooper Kelley
2. Peter Lockwood
3. Richard Finke
4. David Austern
5. Jeffrey Posner
6. Jay Hughes
7. Elihu Inselbuch

Travelers reserves the right to amend its final witness list to name additional witnesses necessary for the purpose of supporting any objections that Travelers may raise to the confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos

Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009. Travelers further reserves the right to call additional witnesses, including expert witnesses, to rebut any evidence or argument offered by any party or to address any issue that may develop through the course of discovery. Travelers further reserves the right to call any witnesses necessary for the purpose of authenticating documents or otherwise establishing a foundation for the admissibility of evidence; and Travelers reserves its right to call any witness designated by another party on any preliminary or subsequently filed witness list submitted in Phase I or Phase II of these confirmation proceedings, even if that party decides not to call that witness to testify.

Dated: June 15, 2009
Wilmington, Delaware

          Respectfully submitted,

          MORRIS, NICHOLS, ARSHT & TUNNELL

          */s/ Ann C. Cordo*
          Robert J. Dehney (Bar No. 3578)
          Ann C. Cordo (Bar No. 4817)
          1201 N. Market Street
          Wilmington, Delaware 19899
          Telephone: (302) 658-9200
          Email: rdehney@MNAT.com
                  acordo@MNAT.com

          Mary Beth Forshaw
          Kathrine McLendon
          Elisa Alcabes
          SIMPSON THACHER & BARTLETT LLP
          425 Lexington Avenue
          New York, New York 10017-3954
          Telephone: (212) 455-2000
          Email:  mforshaw@stblaw.com
                  kmclendon@stblaw.com
                  ealcabes@stblaw.com

          *Attorneys for Travelers Casualty and Surety Company*