## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Travelers Casualty And Surety Company's Phase II Final Witness List** was caused to be made on June 15, 2009, in the manner indicated upon the parties identified on the attached service list.

Dated: June 15, 2009

_____
Ann C. Cordo (No. 4817)

2647086.8