IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**FINAL WITNESS DESIGNATION OF AXA BELGIUM
AS SUCCESSOR TO ROYAL BELGE SA FOR THE PHASE II
CONFIRMATION HEARING**

In accordance with the Court's Third Amended Case Management Order, AXA Belgium, as successor to Royal Belge SA ("AXA Belgium"), by and through its undersigned counsel, hereby submits the following final list of witnesses that it may call to testify at the Phase II hearing to consider confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders.

1. Richard Finke, Assistant General Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (in both his individual capacity and as Debtors' Rule 30(b)(6) designee on certain topics).

2. Jay Hughes, Senior Litigation Counsel for W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (Debtors' Rule 30(b)(6) designee on certain topics).

3. Jeffrey M. Posner, Consultant and former Assistant Vice President, Director of Corporate Risk Management at W.R. Grace & Co., c/o David M. Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

4. Peter Van N. Lockwood, Member, Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, D.C. 20005 (Asbestos PI Committee's Rule 30(b)(6) designee on all topics).

5. David T. Austern, Asbestos PI Future Claimants' Representative, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, D.C. 20005-1706.

6. Elihu Inselbuch, Member, Caplin & Drysdale, Chartered, 375 Park Avenue, New York, New York 10152.

7. AXA Belgium claims representative.

  AXA Belgium reserves the right to call as witnesses persons identified as such by any other insurer, the Plan Proponents, or by any other party in interest in its witness list and otherwise reserve the right to modify or amend this submission. AXA Belgium reserves the right to re-direct their witnesses, and to call any and all rebuttal witnesses, as necessary.

Dated: June 15, 2009
   New York, NY

              /s/ Eileen T. McCabe
              Eileen T. McCabe, pro hac vice
              MENDES & MOUNT, LLP
              750 Seventh Avenue
              New York, NY 10019
              Telephone: (212)261-8254
              Facsimile: (302)235-2536
              Email: eileen.mccabe@mendes.com

              Michael A. Shiner, pro hac vice
              TUCKER ARENSBERG
              1500 One PPG Place
              Pittsburgh, PA 15222-5401
              Telephone: (412) 566-1212
              Facsimile: (412) 594-5619
              Email: mshiner@tuckerlaw.com

              John S. Spadaro (No. 3155)
              724 Yorklyn Road, Suite 375
              Hockessin, DE 19707
              Telephone: (302) 235-7745
              Facsimile: (302) 235-2536

Email: jspadaro@johnsheehanspadaro.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 15th day of June, 2009, I caused a true and correct copy of the **FINAL WITNESS DESIGNATION OF AXA BELGIUM AS SUCCESSOR TO ROYAL BELGE SA FOR THE PHASE II CONFIRMATION HEARING** to be served by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware and upon the following counsel via United States mail:

David Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801-3549

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Dated: June 15, 2009
       New York, NY

                                          /s/ Eileen T. McCabe
                                          Eileen T. McCabe, pro hac vice
                                          MENDES & MOUNT, LLP
                                          750 Seventh Avenue
                                          New York, NY  10019
                                          Telephone:  (212)261-8254
                                          Facsimile:  (302)235-2536
                                          Email: eileen.mccabe@mendes.com