# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Hearing Date:<br>June 18, 2009 at 1:00 p.m.<br>Related to Dkt. No. [＿＿] |

## ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY TO PLAN PROPONENTS' RESPONSE IN OPPOSITION TO MOTIONS TO MODIFY THE THIRD CASE MANAGEMENT ORDER RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION

Upon the motion (the "Motion")[1] of the Bank Lender Group for the entry of an order, as set forth in the motion, for leave to file a Reply to the Plan Proponents' Reponse in Opposition to Motions of the Bank Lender Group and Creditors' Committee to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated June 11, 2009 [Dkt. No. 22056]; and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in Motion.

{672.001-W0000529.}

ORDERED, that leave is granted for the Bank Lender Group to file their Reply limited to five (5) pages, including exhibits, in accordance with the undersigned's Chambers Procedures.

Dated: June ___, 2009

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge