## CERTIFICATE OF SERVICE

I, James S. Green, Jr., Esquire hereby certify that on June 15, 2009, a true and correct copy of the foregoing *Bank Lender Group's Motion For Leave To File A Reply To Plan Proponents' Response In Opposition To Motions To Modify The Third Case Management Order Related To The First Amended Joint Plan Of Reorganization* was caused to be served on the following service list via Electronic-mail:

_____
James S. Green, Jr. (No. 4406)

W.R. Grace & Co., et al.
Case No. 01-01139 (JKF)

Service List

*(Counsel to the Debtors)*
PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill joneill@pszjlaw.com
Timothy P. Cairns tcairns@pszjlaw.com
Kathleen P. Makowski kmakowski@pszjlaw.com

*(Counsel to Debtors)*
KIRKLAND & ELLIS LLP
David Bernick david.bernick@kirkland.com
Christopher T. Greco christopher.greco@kirkland.com
Criag A. Bruens craig.bruens@kirkland.com
Theodore L. Freedman theodore.freedman@kirkland.com
Barbara Harding bharding@kirkland.com
Brian Stansbury bstansbury@kirkland.com
Andrew Running arunning@kirkland.com
Kimberly Love klove@kirkland.com
Travis Langenkamp travis.langenkamp@kirkland.com
Heather Bloom heather.bloom@kirkland.com
Karen F. Lee karen.f.lee@kirkland.com
David Boutrous david.boutrous@kirkland.com

*(Counsel to Debtors)*
THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer jbaer@jsbpc.com

*(Counsel to Equity Committee)*
SAUL EWING LLP
Teresa K.D. Currier tcurrier@saul.com

*(Counsel to Official Committee of Unsecured Creditors)*
DUANE MORRIS LLP
Michael R. Lastowski mlastowski@duanemorris.com

*(Counsel to the Official Committee of Unsecured Creditors)*
STROOCK & STROOCK & LAVAN LLP
Lewis Kruger lkruger@stroock.com
Kenneth Pasquale kpasquale@stroock.com
Arlene G. Krieger akrieger@stroock.com

*(Counsel to Equity Committee)*
KRAMER LEVIN NAFTALIS &
FRANKEL LP
Philip Bentley pbentley@kramerlevin.com
Douglas Mannal dmannal@kramerlevin.com
Greg Horowitz ghorowitz@kramerlevin.com
David Blabey dblabey@kramerlevin.com

*(Counsel to the Official Committee of Asbestos Personal Injury Claimants)*
CAMPBELL & LEVINE, LLC
Marla Rosoff Eskin meskin@camlev.com
Mark T. Hurford mhurford@camlev.com

*(Counsel to Property Damage Claimants)*
FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph mjoseph@ferryjoseph.com
Theodore J. Tacconelli ttacconelli@ferryjoseph.com

*(Counsel to Official Committee of Property Damage Claimants)*
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena sbaena@bilzin.com
Jay Sakalo jsakalo@bilzin.com

*(Counsel to Official Committee of Asbestos Personal Injury Claimants)*
ANDERSON, KILL & OLICK, P.C.
Robert M. Horkovich rhorkovich@andersonkill.com

*(Counsel to Asbestos PD Future Claimants' Representative)*
ALAN RICH LAW FIRM
Alan B. Rich arich@alanrichlaw.com

*(Counsel to Asbestos PI Future Claimants' Representative)*
PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips jcp@pgslaw.com

*(Counsel to the ACC)*
CAPLAN & DRYSDALE
Jeffrey A. Liesemer jal@capdale.com
Peter Van N. Lockwood pvnl@capdale.com
Nathan Finch ndf@capdale.com
Elihu Inselbuch ei@capdale.com
James Wehner jpw@capdale.com
Bernie Bailor bsb@capdale.com
Walter Slocombe wbs@capdale.com

*(Counsel to Asbestos PI Future Claimants' Representative)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel rfrankel@orrick.com
Richard H. Wyron rwyron@orrick.com
Debra L. Felder dfelder@orrick.com
Mary A. Wallace mwallace@orrick.com
Jonathan Guy jguy@orrick.com
Kathleen Orr korr@orrick.com
Peri Mahaley pmahaley@orrick.com
Joshua Cutler jcutler@orrick.com