**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | |
| | ) | |
| Debtors. | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |

**FINAL WITNESS DESIGNATION OF
CERTAIN LONDON MARKET INSURANCE COMPANIES**

Pursuant to this Court's Third Amended Case Management Order, entered on May 5, 2009 (the "Order"), Certain London Market Insurance Companies, as identified on Exhibit "A" to their Notice of Appearance filed on January 5, 2009, by and through their undersigned counsel, hereby submit the following final list of witnesses that they may call to testify at the Phase II hearings to consider confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R., Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders:

  1. Andrew Gregory, General Manager, Stronghold Ins. Co., Ltd., P.O. Box 3068, Rose Lane Business Centre, 51-59 Rose Lane, Norwich NR1 1ZG England.

2. Andrew Tyler, Claim Manager, B.D. Cooke Limited, 5-10 Bury Street, London EC3A 5AT, England.

3. Jay Hughes, Senior Litigation Counsel for W.R. Grace & Co., c/o Mr. David Bernick, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (Debtors' Rule 30(b)(6) designee on certain topics).

4. Jeffrey M. Posner, Consultant and former Assistant Vice President, Director of Corporate Risk Management at W.R. Grace & Co., c/o Mr. David Bernick, Esq., Kirkland & Ellis, LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

5. David T. Austern, Asbestos PI Future Claimants' Representative, c/o Orrick, Herrington & Sutcliffe LLP, 1152 15th Street N.W., Washington, D.C. 20005-1706.

6. Peter Van N. Lockwood, Member, Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, D.C. 20005 (Asbestos PI Committee's Rule 30(b)(6) designee on all topics).

Certain London Market Insurance Companies reserve the right to call as witnesses persons identified as such by any other insurer, the Plan Proponents, or by any other party in interest in its witness list and otherwise reserve the right to modify or amend this submission. Certain London Market Insurance Companies reserve the right to re-direct their witnesses, and to call any and all rebuttal witnesses as necessary.

Dated:  June 15, 2009
       New York, New York

                         Respectfully submitted,

                         MENDES & MOUNT, LLP

                         /s/ Alexander J. Mueller_____
                         Alexander J. Mueller, pro hac vice
                         Thomas J. Quinn, pro hac vice
                         750 Seventh Avenue
                         New York, NY  10019
                         Telephone: 212-261-8000
                         Fax: 212-261-8750
                         alexander.mueller@mendes.com
                         thomas.quinn@mendes.com

                         Michael A. Shiner, pro hac vice
                         TUCKER ARENSBERG
                         1500 One PPG Place
                         Pittsburgh, PA 15222-5401
                         Telephone: (412) 566-1212
                         Facsimile: (412) 594-5619
                         Email: mshiner@tuckerlaw.com

                         John S. Spadaro, Esq. (No. 3155)
                         724 Yorklyn Road, Suite 375
                         Hockessin, DE 19707
                         Telephone: 302-235-2516
                         Facsimile: 302-235-2536

                         COUNSEL FOR
                         CERTAIN LONDON MARKET
                         INSURANCE COMPANIES