## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## STATE OF MONTANA'S WITNESS LIST

The State of Montana, pursuant to the Court's Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated May 5, 2009 [Docket No. 21544], by and through its undersigned counsel, hereby submits its designation of witnesses who may testify on its behalf at the Phase II confirmation hearings currently scheduled to commence on September 8, 2009.

The State of Montana reserves the right to call one or more representatives of the State of Montana.

Additionally, because discovery has not yet been completed, the State of Montana reserves its right to supplement or alter this list and/or to designate additional witnesses to testify at the confirmation hearing.

Further, the State of Montana reserves the right to call any person identified on any other party's preliminary and/or final witness lists or called to testify by any other party.

Dated: June 15, 2009

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

  /s/ Matthew P. Ward
Francis A. Monaco, Jr. (No. 2078)
Kevin J. Mangan (No. 3810)
Matthew P. Ward (No. 4471)
222 Delaware Ave., Ste. 1501
Wilmington, DE 19801
Telephone: 302-252-4320

ATTORNEYS FOR THE STATE OF MONTANA

WCSR 4147177v2