**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## DEBTORS' FINAL LIST OF WITNESSES THAT THEY MAY
## CALL DURING PHASE II OF THE CONFIRMATION HEARING

Pursuant to the Court's Third Amended Case Management Order Related to the First

Amended Joint Plan of Reorganization, dated May 5, 2009 (Docket No. 21544), the Debtors'

hereby identify, prior to the completion of all discovery, the following individuals likely to be

called by the Debtors' during the Phase II Confirmation Hearing established pursuant to the

CMO. The Debtors also set forth the broad general issues for which each witness is presently

expected to testify, including which witnesses are expected to testify on Libby related issues as

required in the CMO.

As discovery has not yet been completed, the Debtors reserve their rights to

supplement/alter this list as necessary and to designate additional/alternative individuals to

testify in their case-in-chief at the Confirmation Hearing. Moreover, the identification of any

individual on this list does not necessarily mean that the Debtors will offer testimony from a

particular witness. However, this list is intended to be a good faith effort to identify those

persons who the Debtors will likely call as a witness at trial, either live or by deposition.

| Witness | Issues |
|---|---|
| Richard Finke | Company Information and Confirmation Standards |
| Jeff Posner | Insurance Issues |
| Pam Zilly | Financial Issues |
| David Austern | PI Trust Issues |
| Honorable Alexander M. Sanders, Jr. | PD Trust Issues |
| Denise Martin | PD/ZAI Issues |

| Hudson LaForce | Financial Issues |
| --- | --- |
| Derrick Tay | Canadian Issues |
| Fred Dunbar | PI Issues, including Libby |
| Dr. Thomas Florence | PI Issues, including Libby |
| Dr. Daniel Henry | PI Issues, including Libby |
| Jay Hughes | PI Issues, including Libby |
| Dr. Suresh Moolgavkar | PI Issues, including Libby |
| Dr. Howard Ory | PI Issues, including Libby |
| Dr. John Parker | PI Issues, including Libby |
| Dr. David Weill | PI Issues, including Libby |
| Elihu Insulbuch | PI Issues, including Libby |
| Company Corporate Document Custodian | Foundation and authenticity of business records |

[Remainder of Page Left Intentionally Blank]

This list may include some, but not necessarily all, fact or expert witnesses called solely for rebuttal or impeachment purposes. The Debtors reserve the right to call additional rebuttal witnesses not identified herein, as necessary. The Debtors may also identify and produce additional expert witness reports from one or more experts who would be called solely for purposes of rebuttal. The Debtors also reserve the right to call as a witness any person identified on any other party's preliminary or final witness lists or any subsequently filed witness lists.

Dated: June 15, 2009

KIKRLAND & ELLIS LLP
Theodore L. Freedman
Deanna Boll
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

-and-

Barbara Harding
Brian Stansbury
655 15th Street, N.W.
Washington, DC  20005-5793
Telephone: (202) 879-5000
Facsimile:  (202) 879-5200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession