IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. 21544 |

## LIBBY CLAIMANTS' FINAL WITNESS DESIGNATION FOR PHASE II OF THE CONFIRMATION HEARING

Pursuant to the Court's Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Docket No. 21544], the claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby submit the following final list of witnesses that they may call to testify at the Phase II hearing to consider confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated February 27, 2009 (the "Plan") [Docket No. 20872]:

    1.    Dr. Alan C. Whitehouse;

    2.    Dr. Arthur L. Frank;

    3.    Dr. Terry M. Spear;

    4.    Dr. Craig Molgaard;

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

W0000541.DOC

5. Jon L. Heberling, Esq.;[2]

6. Tom L. Lewis, Esq.;[3]

7. Thomas Albert (deceased) by deposition;

8. Fred Alsbury (deceased) by deposition;

9. Robert Barnes;

10. Helen Bundrock (deceased) by deposition;

11. Stuart Cannon;

12. Raymond Carlson (deceased) by deposition;

13. Edward Carvey (deceased) by deposition;

14. Betty Challinor;

15. Bruce Cole;

16. Floyd Cole (deceased) by deposition;

17. Linda Collinson;

18. Robert Conn;

19. Shirley Conn;

20. Carl Craig;

21. Carrie Dedrick;

22. Thomas DeShazer;

23. Donald Dutton;

24. Rodney Elletson;

25. Richard Erickson;

---

[2] Jon L. Heberling, Esq. will be offered as a witness for the limited purpose of proving historic and existing case valuation for Libby Claimants.

[3] Tom L. Lewis, Esq. will be offered as a witness for the limited purpose of proving historic and existing case valuation for Libby Claimants.

26. Warren Dean Ferch;

27. Kenneth Finstad (deceased) by deposition;

28. Richard Flesher;

29. Geraldine Fletcher;

30. Bill Fore;

31. Daniel Garrison (deceased) by deposition;

32. Jack Garrison;

33. Edward Gaston (deceased) by deposition;

34. Carol Graham;

35. Robert Graham (deceased) by deposition;

36. William Hagerty (deceased) by deposition;

37. Hazel Halsey;

38. William Hardgrove;

39. Larry Hill;

40. Patricia Hill;

41. James Hopkins;

42. Ervin Hulbert;

43. Mildred Johnson;

44. Jack Kenworthy (deceased) by deposition;

45. Loren Kujawa;

46. Carl Larson (deceased) by deposition;

47. John Lyle (deceased) by deposition;

48. Lloyd Maynard (deceased) by deposition;

49. Alfred Miron;
50. Jack Mitchell;
51. Thomas Murray (deceased) by deposition;
52. Larry Nelson;
53. Robert Nelson (deceased) by deposition;
54. E. Russ Peterson;
55. Robert Petrusha;
56. William Powell;
57. Kathryn Ratford-Bertrand;
58. Darlene "Toni" Riley (deceased) by deposition;
59. Jesse Sallin (deceased) by deposition;
60. Dan Schnetter;
61. Steve Schnetter;
62. Billie Schull;
63. Donald Shea;
64. Wilma Shearer;
65. Judy Shelmerdine;
66. Donna Shriner;
67. Lester Skramstad (deceased) by deposition;
68. Norita Skramstad;
69. Rex Smith (deceased) by deposition;
70. Ronald Smith;
71. Stuart Spady

72. Jay Swennes;

73. Mike Switzer;

74. Leroy Thom;

75. Eva Thomson;

76. A. Diane Troyer;

77. Margaret Vatland (deceased) by deposition;

78. Robert Vinion;

79. Kay Vinson;

80. Verle Vinson (deceased) by deposition;

81. Jen Vodicka;

82. Sherrie Ward (deceased) by deposition;

83. Edgar Warner;

84. Robert Wilkes;

85. Robert Wilkins;

86. Andrew Wright (deceased) by deposition;

87. All Libby Claimants, to the extent agreement is not reached on the pending draft stipulation relating to facts concerning available insurance coverage for their claims;[4]

88. The deposition and/or estimation trial testimony of Dr. Elizabeth Anderson;

89. The deposition and/or estimation trial testimony of Dr. Peter Lees;

90. The deposition and/or estimation trial testimony of any other party who provided testimony in connection with the estimation trial;

---

[4] Instead of calling hundreds of Libby Claimants to testify at the Confirmation Hearing to prove their dates of residence in Lincoln County, Montana, and status as worker, family member, or community member, the Libby Claimants have proposed a stipulation that would obviate the need for these witnesses. At this time, the proposed stipulation is under consideration by the Plan Proponents. This evidence is relevant to prove the existence of available insurance coverage and, thus, the insurance rights of the Libby Claimants—a key element of several of their pending objections to the Plan.

W0000541.DOC

91. Any party or individual deposed in connection with the plan confirmation proceedings;

92. Any witnesses necessary to establish the authenticity and/or admissibility of exhibits;

93. Any witnesses necessary for impeachment or rebuttal; and

94. Any witness designated by any other party.

The Libby Claimants reserve the right to enter deposition testimony in the record in lieu of live testimony to the extent permitted by Fed. R. Civ. P. 32. The Libby Claimants further reserve the right to withdraw any designated witness and to supplement this designation at such time when the Plan Proponents contentions with respect to confirmation of the Plan are fully disclosed.

Dated: June 15, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for Libby Claimants*

W0000541.DOC