THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 15th day of June, 2009, true and correct copies of the ***Debtor W. R. Grace's Responses to Fireman's Fund's First Set of Contention Interrogatories Regarding First Amended Joint Plan of Reorganization (Surety Bond Issuers)*** were served on the individuals listed on Exhibit A attached hereto in the manner indicated therein.

Dated: June 15th, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446 - 4800
Facsimile: (212) 446 - 4900

Janet S. Baer, P.C.
The Law Offices of Janet S. Baer P.C.
70 West Madison Street
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

**EXHIBIT A**

**WR Grace - Fireman's Fund 6/15/09 Discovery Service List**
Case No. 01-1139 (JKF)
Doc. No. 149411
01 – Hand Delivery
02 - First Class Mail


*Hand Delivery*
(Counsel to Fireman's Fund Ins. Co.)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

*First Class Mail*
(Counsel to Fireman's Fund Ins. Co.)
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

*First Class Mail*
(Counsel to Fireman's Fund Ins. Co.)
Mark D. Plevin, Esquire
Leslie A. Davis, Esquire
Crowell & Morning LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

**W.R. Grace Email Service list
of Objecting And Interested Parties to
Disclosure Statement.**
Case No. 01-1139 (JKF)
Doc. No. 141636
163 – Electronic Delivery

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of
Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
mlastowski@duanemorris.com
rriley@duanemorris.com
(Delaware Counsel for the GUC's)

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Greg Horowitz, Esquire
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller, Esquire
Merritt A. Pardini, Esquire
Jeff Friedman, Esquire
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ
Bond)

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esquire
Jason M. Madron, Esquire
Dana L. Reynolds, Esquire
Marcos Ramos, Esquire
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ
Bond)

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Robert S. Hertzberg, Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
( Counsel to Longacre Master Fund)

caseyl@pepperlaw.com
(Counsel to BNSF)

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
(Counsel to State of Montana and The Crown)

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
metkin@lowenstein.com
ilevee@lowenstein.com
(Counsel to the ERISA Plaintiffs)

GILMAN & PASTOR, LLP
David Pastor, Esquire
Dpastor@Gilmanpastor.com
(Counsel to the ERISA Plaintiffs)

SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com
(Counsel to the ERISA Plaintiffs)

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin, Esquire
stearn@rlf.com
kandestin@rlf.com
( Delaware counsel to Scotts)

VORYS, SATER, SEYMOUR and PEASE
LLP
Robert J. Sidman Esquire
Tiffany Strelow Cobb, Esquire
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

PEPPER HAMILTON LLP
Evelyn J. Meltzer, Esquire
Edward C. Toole Jr., Esquire
Anne Marie Aaronson, Esquire
meltzere@pepperlaw.com
toolee@pepperlaw.com
( Counsel to BNSF)

LANDIS RATH & COBB LLP'
Adam G. Landis, Esquire
Rebecca L. Butcher, Esquire
Kerri K. Mumford, Esquire
James S. Green, Jr., Esquire
landis@lrclaw.com
butcher@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
(Delaware counsel to Libby Claimants and Pre Petition Lender Group)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce, Esquire
Toby L. Gerber, Esquire
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey Wisler, Esquire
Marc J. Phillips, Esquire
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich Insurance)

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com
( Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esquire
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft, Esquire
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino , Esquire
Joseph Gibbons, Esquire
Gregory T. LoCasale, Esquire
James S. Yoder, Esquire
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephan J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Marissa A. Piropato, Esquire
Elisa Alcabes, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
Jeffrey R. Waxman, Esquire
William P. Shelley, Esquire
Jacob C. Cohen, Esquire
jwaxman@cozen.com
wshelley@cozen.com
jcohn@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
Catherine Chen, Esquire
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
( Counsel to Royal Insurance and Arrowood Indemnity)

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com
(Counsel to the PD FCR)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky, Esquire
Greg St. Clair, Esquire
david.turetsky@skadden.com
Greg.Stclair@skadden.com
(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS & FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Greg Horowitz, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Mary A. Wallace, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Kathleen Orr, Esquire
Peri Mahaley, Esquire
Joshua Cutler, Esquire
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com
(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
Elihu Inselbuch, Esquire
Jeffrey A. Liesemer, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
Walter Slocombe, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jal@capdale.com
jpw@capdale.com
bsb@capdale.com
wbs@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Mark A. Plevin
Leslie Epley Davis
mplevin@crowell.com
lepley@crowell.com
(Counsel to Firemans' Fund)

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION
AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com
(Counsel to Fresenius)

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
Marla R. Eskin, Esquire
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

O'MELVENY & MYERS LLP
Brad Elias, Esquire
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
Paul R. Koepff, Esquire
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

| | |
|---|---|
| KIRKLAND & ELLIS<br>David Bernick, Esquire<br>Lisa G. Esayian, Esquire<br>Christopher T. Greco, Esquire<br>Criag A. Bruens, Esquire<br>Theodore L. Freedman, Esquire<br>Kimberly Love, Esquire<br>Barbara Harding, Esquire<br>dbernick@kirkland.com<br>lesayian@kirkland.com<br>cgreco@kirkland.com<br>cbruens@kirkland.com<br>tfreedman@kirkland.com<br>klove@kirkland.com<br>bharding@kirkland.com | ZEICHNER ELLMAN & KRAUSE LLP<br>Michael S. Davis, Esquire<br>Robert Guttmann, Esquire<br>rguttmann@zeklaw.com<br>mdavis@zeklaw.com<br>(Counsel to AIG and National Union) |
| PACHULSKI STANG ZIEHL & JONES LLP<br>James E. O'Neill, Esquire<br>Timothy P. Cairns, Esquire<br>Kathleen P. Makowski, Esquire<br>Patricia Cuniff, Paralegal<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br>kmakowski@pszjlaw.com<br>pcuniff@pszjlaw.com | JOHN SHEEHAN SPADARO, LLC<br>John S. Spadaro, Esquire<br>jspadaro@johnsheehanspadaro.com<br><br>MENDES & MOUNT LLP<br>Alexander Mueller, Esquire<br>Thomas J. Quinn, Esquire<br>Eileen McCabe, Esquire<br>Anna Newsom, Esquire<br>Carolina Acevedo, Esquire<br>alexander.mueller@mendes.com<br>thomas.quinn@mendes.com<br>eileen.mccabe@mendes.com<br>anna.newsom@mendes.com<br>carolina.acevedo@mendes.com<br>(Counsel to the London Market Companies) |
| ZUCKERMAN SPAEDER LLP<br>Thomas G. Macauley, Esquire<br>Virginia Whitehill Guldi, Esquire<br>James Sottile, Esquire<br>tmacauley@zuckerman.com<br>vguldi@zuckerman.com<br>jsottile@zuckerman.com<br>(Counsel to Equitas) | DILWORTH PAXON LLP<br>Martin J. Weis, Esquire<br>Anne Marie P. Kelley, Esquire<br>Scott J. Freedman, Esquire<br>mweis@dilworthlaw.com<br>akelley@dilsorthlaw.com<br>sfreedman@dilworthlaw.com |
| McCARTER & ENGLISH, LLP<br>Katharine L. Mayer, Esquire<br>Daniel M. Silver, Esquire<br>kmayer@mccarter.com<br>dsilver@mccarter.com | WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young, Esquire<br>young@wildman.com<br>(Counsel to CNA)<br><br>SPEIGHTS & RUNYAN LLP<br>Daniel Speights, Esquire<br>dspeights@speightsrunyan.com<br>(Counsel to Anderson Memorial and other PD Claimants) |

RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick, Esquire
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT &
TUNNELL LLP
Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
rdehney@mnat.com
acordo@mnat.com

FULBRIGHT & JAWORSKI L.L.P.
Toby L. Gerber, Esquire
tgerber@fulbright.com
(Counsel to Kaneb)

SAUL EWING LLP
Teresa K.D. Currier, Esquire
TCurrier@saul.com

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato, Esquire
cbifferato@bglawde.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF JANET S. BAER
P. C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

KOZYAK TROPIN &
THROCKMORTON, P.A.
David L. Rosendorf, Esquire
John Kozyak, Esquire
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER,
P.A.
Harley E. Riedel, Esquire
hriedel@srbp.com