# EXHIBIT A

## Plan Proponents' Trial Exhibit Objections

**Phase I Trial Exhibits**
**received 06/08/2009**

**Plan Proponents' Objections**

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Arrowood Indemnity Company | A-1 | 06/30/1983 | | Excess Policy to Grace by Royal Indemnity Company (Policy No. ED 102071) | Relevance, Authenticity, Incomplete |
| Arrowood Indemnity Company | A-2 | 07/18/1982 | | Bowring Insurance Company Cover Note No. KY107582--Controlling underlying London Policy | Relevance, Authenticity |
| Arrowood Indemnity Company | A-3 | 03/16/2009 | | Stipulation of Authenticity Signed by Grace and Royal on March 16, 2009 | Relevance, |
| Arrowood Indemnity Company | A-4 | 01/05/1995 | | Final Grace-Royal 1995 Settlement Agreement (Exhibit A of Stipulation of Authenticity) | Relevance; Rule 408 |
| Arrowood Indemnity Company | A-5 | 01/18/1995 | | Stipulated Order of Dismissal in *Maryland Casualty Co. v. WR Grace & Co., et al.*, 83 Civ. 7451 (SWK) (S.D.N.Y. Jan 18, 1995)(Exhibit B of Stipulation of | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Authenticity) | |
| Arrowood Indemnity Company | A-6 | 03/04/1998 | | Final Judgment in *Maryland Casualty Co. v. WR Grace & Co., et al.,* 83 Civ. 7451 (SWK) (S.D.N.Y. Mar. 4, 1998) (Exhibit C of Stipulation of Authenticity) | Relevance, Hearsay |
| Arrowood Indemnity Company | A-7 | 05/13/1985 | | Grace's Answer, Cross-Claim and Counterclaim filed in *Maryland Casualty Co. v. WR Grace & Co., et al.*, 83 Civ. 7451 (SWK) on May 13,1985 (Exhibit D of Stipulation of Authenticity) | Relevance, Hearsay |
| Arrowood Indemnity Company | A-8 | 03/22/2002 | | Transcript of the March 22, 2002 Hearing *In the Matter of Montana Vermiculite Company* before Judge Prezeau in the Montana Nineteenth Judicial District Court (Exhibit E of Stipulation of Authenticity) | Relevance; Hearsay |
| Arrowood Indemnity Company | A-9 | 03/22/2002 | | Proposed Order submitted March 22, 2002 by Grace's counsel, Janet S. Baer, to Judge Prezeau *In the Matter of Montana Vermiculite Company* (Exhibit F of Stipulation of Authenticity) | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Arrowood Indemnity Company | A-10 | 12/09/1999 | | Letter from Marsh USA, Inc. to Royal (Not part of Stipulation of authenticity) | Relevance, Hearsay, Foundation, Authenticity |
| Arrowood Indemnity Company | A-11 | 01/12/2000 | | Letter from Royal to Jeffrey M. Posner of Insurance Risk and Consulting (Exhibit G of Stipulation of Authenticity) | Relevance, Hearsay, Foundation, Authenticity |
| Arrowood Indemnity Company | A-12 | 05/05/2006 | | Letter from Carl Pernicone and Jay Hughes to Hedger Moyers LLP (Exhibit H of Stipulation of Authenticity) | Relevance, Hearsay, Foundation, Authenticity |
| Arrowood Indemnity Company | A-13 | 07/21/2003 | | Grace's Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company (Exhibit I of Stipulation of Authenticity) | Relevance, Hearsay |
| Arrowood Indemnity Company | A-14 | 09/12/2003 | | Libby Claimants' Opposition to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company (Exhibit K in Stipulation of Authenticity) | Relevance, Hearsay |
| Arrowood Indemnity Company | A-15 | 04/21/2005 | | Grace's Reply in Support of Its Motion to Expand the Preliminary Injunction to Include Actions Against Montana | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Vermiculite Company (Exhibit J in Stipulation of Authenticity) | |
| Arrowood Indemnity Company | A-16 | 10/12/2004 | | Memorandum Opinion regarding Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company | Relevance, Hearsay |
| Arrowood Indemnity Company | A-17 | 11/13/2004 | | Exhibit 10 to the Proposed Amended Disclosure Statement filed by Grace on January 13, 2005 at Docket No. 7561 (Exhibit L in Stipulation of Authenticity) | Relevance |
| Arrowood Indemnity Company | A-18 | 12/31/1995 - 12/31/2007 | | Portions of WR Grace Security and Exchange Commission Form 10-K Disclosure Statements for Fiscal years ending December 31, 2007, December 31, 2006, December 31, 2005, December 31, 2004, December 31, 2003, December 31, 2002, December 31, 2001, December 31, 2000, December 31, 2007, December 31, 1999, December 31, 1996, December 31, 1995 | Relevance, Hearsay, Rule 408 |
| Arrowood Indemnity | A-19 | 11/13/2004 | | Debtors' Disclosure Statement for Plan of Reorganization, dated | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Company | | | | November 13, 2004 | |
| Arrowood Indemnity Company | A-20 | 01/13/2005 | | Debtors' Amended Disclosure Statement for Plan of Reorganization, dated January 13, 2005 | Relevance, Hearsay |
| Arrowood Indemnity Company | A-21 | 04/20/1950 | | The 1950 Contractual Indemnity Agreement between Great Northern Railway Company and Zonolite Company | Relevance, Hearsay, Authenticity |
| Arrowood Indemnity Company | A-22 | 02/23/2009 | | Debtors' Responses and Objections to Arrowood's Interrogatories and Document Requests in Connection With the Joint Plan of Reorganization | Relevance |
| Arrowood Indemnity Company | A-23 | 03/05/2009 | | Debtors' Responses and Objections to Arrowood's Document Requests Directed to WR Grace & Company In Connection with the  Joint Plan of Reorganization | Relevance |
| Arrowood Indemnity Company | A-24 | 02/23/2009 | | Debtors' Responses and Objections to Arrowood's Document Requests to Admit in Connection with Joint Plan of Reorganization | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Arrowood Indemnity Company | A-25 | 03/02/2009 | | Responses and Objections of the Asbestos PI Future Claimants' Representative to Arrowood's Requests to Admit in Connection with the Joint Plan of Reorganization | Relevance |
| Arrowood Indemnity Company | A-26 | 03/02/2009 | | Responses and Objections of the Official Committee of Asbestos Personal Injury Claimants to Arrowood's Requests to Admit in Connection with the Joint Plan of Reorganization | Relevance |
| Arrowood Indemnity Company | A-27 | 05/20/2009 | | Libby Claimants' Objections to First Amended Joint Plan of Reorganization | Relevance, Hearsay |
| Arrowood Indemnity Company | A-28 | 04/21/2009 | | United States District Court of Montana Order Granting in Part and Denying in Part Motion to Strike Testimony of Dr. Alan Whitehouse | Relevance, Hearsay |
| Arrowood Indemnity Company | A-29 | 05/21/2009 | | Article in the Western News, Libby, Montana, entitled: "Despite Trial Outcome, Grace Has Responsibility in Libby" by Carol Holoboff at URL: http://www.thewesternnews.com/ articles/2009/05/21/editorials/ | Relevance, Hearsay, Foundation |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | doc4a1585c24fe1f991791655.txt | |
| Arrowood Indemnity Company | A-30 | 00/00/0000 | | Demonstrative Exhibit regarding Scotts issue | Relevance, Hearsay, Authenticity, Foundation |
| Arrowood Indemnity Company | A-31 | 06/08/2009 | | Arrowood's Initial Deposition Designations of Testimony of Jeffrey Posner, Richard Finke and Peter Van N. Lockwood and Request for Judicial Notice | Relevance; Hearsay |
| Arrowood Indemnity Company | A-32 | 00/00/0000 | | Arrowood's Proof of Claim | Relevance, Hearsay |
| AXA Belgium | 1 | 06/30/1977 - 06/30/1978 | --- | Materials relating to alleged Policy # AVB102 | Relevance; Hearsay, Authenticity, Foundation |
| AXA Belgium | 2 | 06/30/1978 - 06/30/1979 | --- | Materials relating to alleged Policy # AVB124 | Relevance, Hearsay, Authenticity, Foundation |
| AXA Belgium | 3 | 06/30/1984 - 06/30/1985 | --- | Materials relating to alleged Policy # 1251427 | Relevance; Hearsay, Hearsay, Authenticity, Foundation |
| Bank Lender Group | 1 | 05/14/1998 & | BLG-0001 - BLG-0222 | Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., In Its Capacity As | Relevance; Hearsay, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | 05/05/1999 | | Administrative Agent Under The Pre-Petition Bank Credit Facilities, In Support of the Claims Asserted Under The Debtors' Credit Agreements Dated As of May 14, 1998 and May 5, 1999 [Dkt. No. 19322] | |
| Bank Lender Group | 2 | 00/00/0000 | BLG-0223 - BLG-0248 | Responses and Objections of Debtors to The Official Committee of Unsecured Creditors of WR Grace & Co. and Bank Lender Group's First Request for Production of Documents, First Set of Interrogatories, and First Request for Admissions [Dkt. No. 19480 Exhibit 4] | Relevance |
| Certain Insurers (Fireman's Fund, Allianz) | 1 | 06/30/1982 - 06/30/1985 | | Lloyd's Policy No. KYO 17582 Policy Period 06/30/1982 - 06/30/1985 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 2 | 06/30/1984 - 06/30/1985 | | FFIC Policy No. XLX-168 80 67 Policy period 06/30/1984 - 06/30/1985 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 3 | 06/30/1984 - 06/30/1985 | | Allianz Policy No. C 73 000 25 Policy period 06/30/1984 - 06/30/1985 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Certain Insurers (Fireman's Fund, Allianz) | 4 | 06/30/1982 - 06/30/1985 | | Lloyds Policy No. KYO 17582 Policy period 06/30/1982 - 06/30/1985 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 5 | 06/30/1983 - 06/30/1984 | | FFIC Policy No. XLX-153-22-28 Policy period 06/30/1983 - 06/30/1984 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 6 | 06/30/1983 - 06/30/1984 | | FFIC Policy No. XLX-153 22 27 Policy period 06/30/1983 - 06/30/1984 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 7 | 06/30/1983 - 06/30/1984 | | Allianz Policy No. C 73 000 25 Policy period 06/30/1983 - 06/30/1984 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 8 | 06/30/1982 - 06/30/1985 | | Lloyds Policy No. KYO 17582 Policy period 06/30/1982 - 06/30/1985 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 9 | 06/30/1982 - 06/30/1983 | | FFIC Policy No. XLX-153 24 75 Policy period 06/30/1982 - 06/30/1983 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 10 | 06/30/1982 - 06/30/1983 | | FFIC Policy No. XLX-153 24 74 Policy period 06/30/1982 - 06/30/1983 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's | 11 | 06/30/1982 - | | Allianz Policy No. C 73 000 25 Policy period 06/30/1982 - | Incomplete, Extraneous Material, Composite, Relevance, |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Fund, Allianz) | | 06/30/1983 | | 06/30/1983 | Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 12 | 00/00/0000 | | Lloyds Policy No. 79 DD 1633C Policy period 06/30/1979 - 06/30/1982 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 13 | 06/30/1981 - 06/30/1982 | | FFIC Policy No XLX-148 14 92 Policy period 06/30/1981 - 06/30/1982 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 14 | 06/30/1981 - 06/30/1982 | | FFIC Policy No XLX-148 14 91 Policy period 06/30/1981 - 06/30/1982 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 15 | 06/30/1981 - 06/30/1982 | | FFIC Policy No XLX-148 14 90 Policy period 06/30/1981 - 06/30/1982 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 16 | 06/30/1981 - 06/30/1982 | | Allianz Policy No H 0 001 428 Policy period 06/30/1981 - 06/30/1982 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 17 | 06/30/1979 - 06/20/1982 | | Lloyds Policy No. 79 DD 1633C Policy period 06/30/1979 - 06/30/1982 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 18 | 06/30/1980 - 06/30/1981 | | FFIC Policy No XLX-143 70 61 Policy period 06/30/1980 - 06/30/1981 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Certain Insurers (Fireman's Fund, Allianz) | 19 | 06/30/1980 - 06/30/1981 | | FFIC Policy No XLX-143 70 60 Policy period 06/30/1980 - 06/30/1981 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 20 | 06/30/1980 - 06/30/1981 | | Allianz Policy No. H 0 001 428 Policy period 06/30/1980 - 06/30/1981 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 21 | 06/30/1980 - 06/30/1981 | | RAS Policy No. EL 79 4416 Policy period 06/30/1980 - 06/30/1981 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 22 | 06/30/1979 - 06/30/1982 | | Lloyds Policy No. 79 DD 1633C Policy period 06/30/1979 - 06/30/1982 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 23 | 07/01/1979 - 06/30/1980 | | FFIC Policy No XOX-137 04 27 Policy period 07/01/1979 - 06/30/1980 | Relevance, Authenticity Incomplete, Extraneous Material, Composite, |
| Certain Insurers (Fireman's Fund, Allianz) | 24 | 06/30/1979 - 06/30/1980 | | FFIC Policy No XLX-137 04 26 Policy period 06/30/1979 - 06/30/1980 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 25 | 06/30/1979 - 06/30/1980 | | Allianz Policy No. H 0 001 428 Policy period 06/30/1979 - 06/30/1980 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's | 26 | 06/30/1976 - | | Lloyds Policy No. 76 DD 1594C Policy period 06/30/1976 - | Incomplete, Extraneous Material, Composite, Relevance, |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Fund, Allianz) | | 06/30/1979 | | 06/30/1979 | Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 27 | 06/30/1978 - 06/30/1979 | | FFIC Policy No XLX-136 29 55 Policy period 06/30/1978 - 06/30/1979 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 28 | 06/30/1978 - 06/30/1979 | | Allianz Policy No. H 0 001 428 Policy period 06/30/1978 - 06/30/1979 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 29 | 06/30/1978 - 06/30/1979 | | RAS Policy No. EL 2787 Policy period 06/30/1978 - 06/30/1979 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 30 | 06/30/1978 - 06/30/1979 | | Lloyds Policy No. 76 DD 1594C Policy Period 06/30/1976 - 06/30/1979 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 31 | 06/30/1977 - 06/30/1978 | | FFIC Policy No XLX-129 95 53 Policy period 06/30/1977 - 06/30/1978 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 32 | 06/30/1977 - 06/30/1978 | | Allianz Policy No. H 0 001 1428 Policy period 06/30/1977 - 06/30/1978 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 33 | 06/30/1977 - 06/30/1978 | | RAS Policy No. EL 2046 Policy period 06/30/1977 - 06/30/1978 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Certain Insurers (Fireman's Fund, Allianz) | 34 | 06/30/1976 - 06/30/1979 | | Lloyds Policy No. 76 DD 1594C Policy Period 06/30/1976 - 06/30/1979 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 35 | 06/30/1976 - 06/30/1977 | | FFIC Policy No XLX-120 29 30 Policy period 06/30/1976 - 06/30/1977 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 36 | 10/28/1968 - 06/30/1971 | | FFIC Policy No XLX 102 68 77 Policy period 10/28/1968 - 06/30/1971 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 37 | 01/27/1965 - 10/20/1965 | | FFIC Policy No XL 76937 Policy period 01/27/1965 - 10/20/1965 | Incomplete, Extraneous Material, Composite, Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 38 | 03/27/2003 | | FFIC Proof of Claim, dated 03/27/2003, relating to Surety Bond | Relevance, Hearsay, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 39 | 00/00/0000 | | Debtors' Objections and Responses to Certain Insurers' First Request for Admissions, (Revised) First Set of Interrogatories, and First set of Requests for Documents | Relevance, Authenticity |
| Certain Insurers (Fireman's Fund, Allianz) | 40 | 00/00/0000 | | FCR's Objections and Responses to Certain Insurers' First Request for Admissions, (Revised) First Set of Interrogatories, and First | Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Set of Requests for Documents | |
| Certain Insurers (Fireman's Fund, Allianz) | 41 | 00/00/0000 | | ACC's Objections and Responses to Certain Insurers' First Request for Admissions, (Revised) First Set of Interrogatories, and First Set of Requests for Documents | Relevance, Authenticity |
| CNA | 1 | 00/00/0000 | | Debtors' Written Responses to CNA's Discovery Requests | Relevance, Authenticity |
| CNA | 2 | 00/00/0000 | | ACC's Written Responses to CNA's Discovery Requests | Relevance, Authenticity |
| CNA | 3 | 00/00/0000 | | FCR's Written Responses to CNA's Discovery Requests | Relevance, Authenticity |
| CNA | 4 | 06/30/1993 | | Deductible Reimbursement Contract (Workers' Compensation and Employers' Liability)(dated June 30, 1993) | Relevance, Hearsay, Authenticity |
| CNA | 5 | 06/30/1993 | | Claim Service Agreement (Insurance Plans), dated June 30, 1993 | Relevance, Hearsay, Authenticity |
| CNA | 6 | 00/00/0000 | | Documentation Showing Roles of Proposed Grace PI Trust Trustees and TAC Members In Other Asbestos Bankruptcy | Relevance, Hearsay, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Trusts | |
| CNA | 6A | 00/00/0000 | | Order Approving Nomination of Trust Advisory Committee Members, *In re ABB Lummus Global, Inc.* | Relevance, Hearsay, Authenticity |
| CNA | 6B | 00/00/0000 | | Order (A) Approving Disclosure Statement and Solicitation Procedures, (B) Confirming and Recommending Affirmance by the U.S. District Court of Debtors' Plan of Reorganization as Modified Through June 8, 2006 and (C) Setting Bar Dates to File Certain Claims In Paragraphs 51, 52, 53 and 74 (Excerpt), *In re ABB Lummus Global, Inc.* | Relevance, Hearsay |
| CNA | 6C | 11/19/2007 | | Order Confirming AC&S's Second Plan of Reorganization dated November 19, 2007 (Excerpt) | Relevance, Hearsay |
| CNA | 6D | 00/00/0000 | | Order Confirming the Fourth Amended Plan of Reorganization of Armstrong World Industries, Inc., As Modified (Excerpt) | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| CNA | 6E | 00/00/0000 | | Findings of Fact and Conclusions of Law Regarding Confirmation of the Fourth Amended Plan of Reorganization of Armstrong World Industries, Inc., as Modified (Excerpt) | Relevance, Hearsay |
| CNA | 6F | 00/00/0000 | | Order Confirming the Joint Plan of Reorganization as of September 28, 2005, as Amended Through January 17, 2006 Proposed by the Debtors, the Asbestos Claimants' Committee, the Future Asbestos-Related Claimants' Representative , and McDermott Incorporated and Issuing Injunctions (Excerpt), *In re The Babcock & Wilcox Co.* | Relevance, Hearsay |
| CNA | 6G | 00/00/0000 | | Order Confirming (and Recommending Affirmance by the U.S. District Court) Debtor's Plan of Reorganization as Modified through October 7, 2005 and Setting Bar Dates to File Certain Claims in Paragraphs 50, 51, 52, 53 and 73 (Excerpt), *In re Combustion Engineering, Inc.* | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| CNA | 6H | 00/00/0000 | | Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-In-Possession (As Modified) (Excerpt), *In re Federal-Mogul Global, Inc.* | Relevance, Hearsay |
| CNA | 6I | 00/00/0000 | | The Flintkote Company and Flintkote Mines Limited Asbestos Personal Injury Trust Agreement (Excerpt) | Relevance, Hearsay |
| CNA | 6J | 00/00/0000 | | Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust Agreement (Excerpt) | Relevance, Hearsay |
| CNA | 6K | 00/00/0000 | 00/00/0000 | Order (I) Approving Debtors' Disclosure Statement and Solicitation Procedures and (II) Confirming Debtors' Fourth Amended and Restated Joint Prepackaged Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code (Excerpt), *In re Mid-Valley, Inc.* | Relevance, Hearsay |
| CNA | 6L | 00/00/0000 | | Notice of Proposed Directors, Trustees and Trust Advisory Committee Members, *In re* | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | *North American Refractories Co.* | |
| CNA | 6M | 00/00/0000 | | Order Confirming the Sixth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-In-Possession (As Modified) (Excerpt) | Relevance, Hearsay |
| CNA | 6N | 00/00/0000 | | Pittsburgh Corning Corporation Asbestos PI Trust Agreement (Excerpt) | Relevance, Hearsay |
| CNA | 6O | 12/31/2008 | | Annual Report and Account of the United States Gypsum Asbestos Personal Injury Settlement Trust for Fiscal Year Ending December 31, 2008 (Excerpt) | Relevance, Hearsay, Foundation, Authenticity |
| CNA | 7 | 02/07/2007 | | Fourth Amended Joint Plan of Reorganization (as Modified), *In re Federal-Mogul Global, Inc., et al.,* No. 01-10578 (Bankr. D. Del. Feb. 7, 2007)(Excerpt) | Relevance, Hearsay |
| CNA | 8 | 00/00/0000 | | Debtors' Third Amended, First Modified Plan of Reorganization, *In re Porter-Hayden Co.,* No. 02-54152, Dkt. No. 967 at 13 | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | (Bankr. D. Md.)(Excerpt) | |
| CNA | 9 | 00/00/0000 | | Fourth Amended and Restated Joint Prepackaged Plan of Reorganization, *In re Mid-Valley, Inc., et al.,* No. 03-35592-JKF, Dkt. No. 2086 at Ex. A, 17 (Bankr. W.D. Pa)(Excerpt) | Relevance, Hearsay |
| CNA | 10 | 00/00/0000 | | Order Confirming Sixth Amended Joint Plan of Reorganization, *In re Owens Corning et al.,* Dkt. No. 17942, Ex. A, 133-34, No. 00-0383 (JKF)(Bankr. D. Del)(Excerpt) | Relevance, Hearsay |
| CNA | 11 | 11/15/2005 | | Stipulation and Agreed Order, *In re Kaiser Alum. Corp. et al.,* No. 02-10429 (JKF)(Bankr. D. Del. Nov. 15, 2005) | Relevance, Hearsay |
| CNA | 12 | 05/00/2009 | | Stipulation and Agreed Order Concerning Insurance Issues, *In re Quigley Co., Inc.,* No. 04-15739-SMB (S.D.N.Y. May 2009) | Relevance, Hearsay |
| CNA | 13 | 06/30/2006 | | Stipulation and Agreed Order, *DII Indus. LLC v. Federal-Mogul Prods., Inc.* (*In re Federal-Mogul Global, Inc.),* No. 01- | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | 10578 (JKF), Adv. Pro. No. 01-AP-09018 (Bankr. D. Del. June 30, 2006) | |
| CNA | 14 | 02/10/2009 | | Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Stipulation and Agreed Order, Exhibit A ¶ 6(a), *In re T H Agriculture & Nutrition, L.L.C.*, No. 08-14692 (REG)(Bankr. S.D.N.Y. Feb. 10, 2009) | Relevance, Hearsay |
| CNA | 15 | 00/00/0000 | | Designated Portions of Richard Finke Deposition Transcript | Relevance; Hearsay |
| CNA | 16 | 00/00/0000 | | Designated Portions of Peter Van N. Lockwood Deposition Transcript | Relevance; Hearsay |
| CNA | 17 | 00/00/0000 | | CNA Excess Policies | Relevance, Authenticity, Hearsay |
| CNA | 17A | 07/17/1974 - 06/30/1977 | | Boston Old Colony Policy No. LX2666569 period of 07/17/1974 - 06/30/1977 | Relevance, Authenticity |
| CNA | 17B | 07/17/1974 - 06/30/1977 | | Harbor Ins. Co. Policy No. 120346 period of 07/17/1974 - 06/30/1977 | Relevance, Authenticity |
| CNA | 17C | 06/30/1977 - | | Continental Cas. Co. Policy No. RDX1788117 period of | Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | 06/30/1978 | | 06/30/1977 - 06/30/1978 | |
| CNA | 17D | 06/30/1977 - 06/30/1978 | | Continental Cas. Co. Policy No. RDX1788118 period of 06/30/1977 - 06/30/1978 | Relevance, Authenticity |
| CNA | 17E | 06/30/1979 - 06/30/1980 | | Continental Cas. Co. Policy No. RDX1784282 period of 06/30/1979 - 06/30/1980 | Relevance, Authenticity |
| CNA | 17F | 06/30/1980 - 06/30/1982 | | Continental Cas. Co. Policy No. RDX1784981 period of 06/30/1980 - 06/30/1982 | Relevance, Authenticity |
| CNA | 17G | 06/30/1981 - 06/30/1982 | | Buffalo Reins. Co. Policy No. BR507551 period of 06/30/1981 - 06/30/1983 | Relevance, Authenticity |
| CNA | 17H | 06/30/1981 - 06/30/1982 | | Continental Ins. Co. Policy No. SRX3193093 period of 06/30/1981 - 06/30/1982 | Relevance, Authenticity |
| CNA | 17I | 06/30/1981 - 06/30/1982 | | London Guarantee Policy No. LX3193640 period of 06/30/1981 - 06/30/1982 | Incomplete, Relevance, Authenticity |
| CNA | 17J | 06/30/1982 - 06/30/1983 | | Continental Cas. Co. Policy No. RDX1785056 period of 06/30/1982 - 06/30/1983 | Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| CNA | 17K | 06/30/1982 - 06/30/1983 | | Buffalo Reins. Co. Policy No. BR508040 for period 06/30/1982 - 06/30/1983 | Relevance, Authenticity |
| CNA | 17L | 06/30/1982 - 06/30/1983 | | Continental Ins. Co. Policy No. SRX1591702 period of 06/30/1982 - 06/30/1983 | Relevance, Authenticity |
| CNA | 17M | 06/30/1982 - 06/30/1983 | | London Guarantee Policy No. LX1898010 for period 06/30/1982 - 06/30/1983 | Relevance, Authenticity |
| CNA | 17N | 06/30/1983 - 06/30/1984 | | Continental Cas. Co. Policy No. RDX1785096 period of 06/30/1983 - 06/30/1984 | Relevance, Authenticity |
| CNA | 17O | 06/30/1983 - 06/30/1984 | | Continental Ins. Co. Policy No. SRX1591976 period of 06/30/1983 - 06/30/1984 | Relevance, Authenticity |
| CNA | 17P | 06/30/1983 - 06/30/1984 | | London Guarantee Policy No. LX2107836 period of 06/30/1983 - 06/30/1984 | Relevance, Authenticity |
| CNA | 18 | 00/00/0000 | | First Layer Excess Policies | Relevance, Authenticity |
| CNA | 18A | 06/30/1974 - cancelled | | Unigard Mutual Ins. Co. Policy No. 1-2517 period of 06/30/1974 - cancelled | Incomplete, Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| CNA | 18B | 06/30/1975 - 06/30/1976 | | Northbrook Ins. Co. Policy No. 63-001-170 period of 06/30/1975 - 06/30/1976 | Relevance, Authenticity |
| CNA | 18C | 06/30/1976 - 06/30/1979 | | Lloyds of London Policy No. 76DD1594C period of 06/30/1976 - 06/30/1979 | Relevance, Authenticity |
| CNA | 18D | 06/30/1979 - 06/30/1982 | | Lloyds of London Policy No. 79DD1633C period of 06/30/1979 - 06/30/1982 | Relevance, Incomplete, Authenticity |
| CNA | 18E | 06/30/1982 - 06/30/1985 | | Lloyds of London Policy No. KY017582 period of 06/30/1982 - 06/30/1985 | Incomplete, Relevance, Authenticity |
| CNA | 19 | 00/00/0000 | | CNA Primary Policies (to the extent claimed not settled) | Relevance, Authenticity |
| CNA | 19A | 06/30/1973 - 06/30/1976 | | Continental Cas. Co. Policy No. CCP902-36-70 period of 06/30/1973 - 06/30/1976 (Relevant Declaration Sheet and Coverage Agreement only; due to volume, inapposite endorsements omitted) | Relevance |
| CNA | 19B | 06/30/1976 - 06/30/1983 | | Continental Cas. Co. Policy No. CCP2483440 period of 06/30/1976 - 06/30/1983 (Relevant Declaration Sheet and | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Coverage Agreement only; due to volume, inapposite endorsements omitted) | |
| CNA | 19C | 06/30/1983 - 06/30/1985 | | Continental Cas. Co. Policy No. CCP2483440 period of 06/30/1983 - 06/30/1985 (Relevant Declaration Sheet and Coverage Agreement only; due to volume, inapposite endorsements omitted) | Relevance |
| Federal Insurance Company | 1 | 07/17/1974 - 06/30/1977 | --- | Federal Insurance Company Policy # 79221530 | Relevance, Authenticity |
| Federal Insurance Company | 2 | 06/30/1977 - 06/30/1978 | --- | Federal Insurance Company Policy # (78) 7922-15-30 | Relevance, Authenticity |
| Federal Insurance Company | 3 | 06/30/1978 - 06/30/1979 | --- | Federal Insurance Company Policy # (79) 79227260 | Relevance, Authenticity |
| Federal Insurance Company | 4 | 06/30/1979 - 06/30/1980 | --- | Federal Insurance Company Policy # (80) 7922-72-60 | Relevance, Authenticity |
| Federal Insurance | 5 | 06/30/1979 - | --- | Federal Insurance Company Policy # (80) 7922-72-98 | Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Company | | 06/30/1980 | | | |
| Federal Insurance Company | 6 | 06/30/1980 - 06/30/1981 | --- | Federal Insurance Company Policy # (81) 7922-72-60 | Relevance, Authenticity |
| Federal Insurance Company | 7 | 06/30/1980 - 06/30/1981 | --- | Federal Insurance Company Policy # (81) 7922-72-98 | Relevance, Authenticity |
| Federal Insurance Company | 8 | 06/30/1981 - 06/30/1982 | --- | Federal Insurance Company Policy # (82) 7922-72-60 | Relevance, Authenticity |
| Federal Insurance Company | 9 | 06/30/1981 - 06/30/1982 | --- | Federal Insurance Company Policy # (82) 7922-72-98 | Relevance, Authenticity |
| Federal Insurance Company | 10 | 07/30/1984 - 07/30/1985 | --- | Federal Insurance Company Policy # 7928-26-20 | Relevance, Authenticity |
| Federal Insurance Company | 11 | 07/22/1974 | --- | Unigard Mutual Insurance Company Policy 1-2517 | Incomplete, Relevance, Authenticity |
| Federal Insurance Company | 12 | 06/30/1975 - 06/30/1978 | --- | Northbrook Insurance Company Policy # 63-001-170 | Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Federal Insurance Company | 13 | June 28, 1977 | WRG 0629 - WRG 0673 | Lloyd's Policy # 76DD1594C | Relevance, Incomplete, Authenticity |
| Federal Insurance Company | 14 | 06/30/1979 - 06/30/1982 | WRG 0675 - WRG 0727 | Lloyd's Policy # 79DD1633C | Relevance, Incomplete, Authenticity |
| Federal Insurance Company | 15 | 06/30/1982 - 06/30/1985 | --- | Lloyd's Policy # KYO17582 | Relevance, Authenticity |
| Federal Insurance Company | 16 | 11/18/1997 | --- | November 18, 1997 Cover Letter from J. Posner to R. Lanes attaching Settlement Agreement between WR Grace and Federal Insurance Company | Relevance; Hearsay; Rule 408, Authenticity |
| Federal Insurance Company | 17 | 05/28/2004 | Fed/Grace 00001 - Fed/Grace 00006 | May 28, 2004 Letter from W. Shelley and J. Cohn to D. Bernick | Relevance; Hearsay, Authenticity |
| Federal Insurance Company | 18 | 09/24/2004 | Fed/Grace 00007 - Fed/Grace 00008 | September 24, 2004 Letter from W. Shelley and J. Cohn to D. Bernick | Relevance; Hearsay, Authenticity |
| Federal Insurance Company | 19 | 02/21/2006 | Fed/Grace 00014 - Fed/Grace 00015 | February 21, 2006 Letter from W. Shelley and J. Cohn to Janet Baer | Relevance; Hearsay, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Federal Insurance Company | 20 | 04/25/2008 | Fed/Grace 00016 - Fed/Grace 00017 | April 25, 2008 Letter from W. Shelley and J. Cohn to Janet Baer | Relevance; Hearsay, Authenticity |
| Federal Insurance Company | 21 | 03/06/2009 | --- | Debtors, Official Committee of Asbestos Personal Injury Claimants, Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders' Joint response to Federal Insurance Company's First Set of Requests for Admission, First Set of Interrogatories, and First Set of Requests for Production of Documents | Relevance |
| GEICO/ Republic/ Seaton | GRS-1 | 03/06/2009 | | Objections and Responses of the Official Committee of Asbestos Personal Injury Claimants to Discovery Requests Propounded by Government Employees Insurance Company and Columbia Insurance Company, dated March 6, 2009 | Relevance |
| GEICO/ Republic/ Seaton | GRS-2 | 03/06/2009 | | Objections and Responses to the Official Committee of Asbestos Personal Injury Claimants to Discovery Requests Propounded by OneBeacon America | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Insurance Company and Seaton Insurance Company, dated March 6, 2009 | |
| GEICO/ Republic/ Seaton | GRS-3 | 03/06/2009 | | Asbestos PI Future Claimants' Representative's Response to Government Employees Insurance Company and Columbia Insurance Company's Request for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009 | Relevance |
| GEICO/ Republic/ Seaton | GRS-4 | 03/06/2009 | | Asbestos PI Future Claimants' Representative's Response to OneBeacon America Insurance Company and Seaton Insurance Company's Request for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009 | Relevance |
| GEICO/ Republic/ Seaton | GRS-5 | 03/06/2009 | | Debtors' Response to Government Employees Insurance Company and Columbia Insurance Company's Request for Admission, Interrogatories and Requests for Production of Documents, dated | Relevance |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | March 6, 2009 | |
| GEICO/ Republic/ Seaton | GRS-6 | 03/06/2009 | | Debtor's Response to OneBeacon America Insurance Company and Seaton Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents, dated March 6, 2009 | Relevance |
| GEICO/ Republic/ Seaton | GRS-7 | 05/19/2009 | | Declaration of Michael J. Powers Pursuant to 28 U.S.C. § 1746, dated May 19, 2009 | Relevance; Hearsay |
| GEICO/ Republic/ Seaton | GRS-8 | 06/30/1981 - 06/30/1982 | | GEICO Policy No. GXU 30031, issued to WR Grace & Co. by Government Employees Insurance Company for the period of June 30, 1981 - June 30, 1982 (Exhibit A to GRS-7) | Incomplete, Relevance, Authenticity |
| GEICO/ Republic/ Seaton | GRS-9 | 06/30/1982 - 06/30/1983 | | GEICO Policy No. GXU 30152, issued to WR Grace & Co. by Government Employees Insurance Company for the period of June 30, 1982 - June 30, 1983 (Exhibit B to GRS-7) | Relevance, Incomplete, Authenticity |
| GEICO/ Republic/ | GRS-10 | 06/30/1983 - | | GEICO Policy No. GXU 30267, issued to WR Grace & Co. by Government Employees | Relevance, Incomplete, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Seaton | | 06/30/1984 | | Insurance Company for the period of June 30, 1983 - June 30, 1984 (Exhibit C to GRS-7) | |
| GEICO/ Republic/ Seaton | GRS-11 | 06/30/1983 - 06/30/1984 | | Republic Policy No. CDE 749, issued to WR Grace & Co., by Republic Insurance Company for the period June 30, 1983 - June 30, 1984 (Exhibit D to GRS-7) | Incomplete, Relevance, Authenticity |
| GEICO/ Republic/ Seaton | GRS-12 | 06/30/1983 - 06/30//1984 | | Republic Policy No. CDE 750, issued to WR Grace & Co., by Republic Insurance Company for the period June 30, 1983 - June 30, 1984 (Exhibit E to GRS-7) | Incomplete, Relevance, Authenticity |
| GEICO/ Republic/ Seaton | GRS-13 | 06/30/1979 - 06/30/1982 | | London Policy No. 79 DD 1633C (also referenced as Cover Note No. PY107779), issued to WR Grace & Co., by Certain London Market Insurance Companies for the period June 30, 1979 - June 30, 1982 (Exhibit F to GRS-7) | Incomplete, Relevance, Authenticity |
| GEICO/ Republic/ Seaton | GRS-14 | 06/30/1982 - 06/20/1985 | | London Policy No. KYO 17582, issued to WR Grace & Co., by Certain London Market Insurance Companies for the period June 30, 1982 - June 30, | Incomplete, Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | 1985 (Exhibit G to GRS-7) | |
| GEICO/ Republic/ Seaton | GRS-15 | 05/19/2009 | | Declaration of Michael J. Powers Pursuant to 28 U.S.C. § 1746, dated May 19, 2009 | Relevance; Hearsay |
| GEICO/ Republic/ Seaton | GRS-16 | 06/30/1974 - 06/30/1975 | | Seaton Policy No. 1-2517, issued to WR Grace & Co., by Unigard Mutual Insurance Company for the period June 30, 1974 - June 30, 1975 (Exhibit A to GRS-15) | Relevance, Incomplete, Authenticity |
| GEICO/ Republic/ Seaton | GRS-17 | 09/02/2004 | | Complaint for Declaratory and Other Relief, *The Scotts Company v. American Employers' Ins. Co., et al.*, Adv. No. 04-55083, dated September 2, 2004 | Relevance, Hearsay |
| GEICO/ Republic/ Seaton | GRS-18 | 02/03/2009 | | Objections of BNSF Railway Company to Confirmation of the First Amended Chapter 11 Plan of WR Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders dated February 3, 2009, dated May 20, 2009 (and | Relevance, Hearsay, Authenticity, Foundation |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Exhibits thereto)<br><br>• Ex. A - Correspondence to James Kennedy from JL Toot, dated May 8, 1961<br><br>• Ex. B - Endorsement between Royal Indemnity Company and Zonolite Company, dated March 31, 1954<br><br>• Ex. C - Endorsement between Royal Indemnity Company and Zonolite Company, dated April 1, 1962 | |
| GEICO/ Republic/ Seaton | GRS-19 | 05/20/2009 | | Objection of The Scotts Company LLC to Confirmation of First Amended Joint Plan of Reorganization (D.I. 20872), dated May 20, 2009 (and Exhibits thereto)<br><br>• Ex. A - Excerpt of Deposition Transcript of Peter Van N. Lockwood, dated May 1, 2009 and | Relevance; Hearsay, Hearsay, Authenticity, Foundation |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | May 4, 2009 | |
| GEICO/ Republic/ Seaton | GRS-20 | 00/00/0000 | | Proof of Claim No. 15531, filed by Seaton Insurance Company | Relevance, Hearsay, Authenticity |
| GEICO/ Republic/ Seaton | GRS-21 | 00/00/0000 | | Class 6 Asbestos PI Claims (Indirect PI Trust Claims) Ballot Provided to Seaton Insurance Company | Relevance, Hearsay, Authenticity, Foundation |
| GEICO/ Republic/ Seaton | GRS-22 | 06/08/2009 | | Correspondence from Michael F. Brown to David M. Bernick, Peter Van N. Lockwood, Roger Frankel, and Philip Bentley, dated June 8, 2009 | Relevance; Hearsay, Authenticity |
| GEICO/ Republic/ Seaton | GRS-23 | 00/00/0000 | | Claims Diagram (Demonstrative Exhibit) | Relevance, Hearsay, Authenticity |
| GEICO/ Republic/ Seaton | GRS-24 | 00/00/0000 | | Stipulation of Authenticity and Admissibility with Respect to Certain Liability Policies Issued to the Debtors and Certain Settlement Agreements **(to be supplied - under negotiation)**<br><br>• Ex. 1 - Seaton Policy No. 1-2517 (6/30/1974 - | Relevance; Rule 408, Authenticity, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | 06/30/1975)<br><br>• Ex. 2 - GEICO Policy No. GXU 30031 (06/30/1981 - 06/30/1982)<br><br>• Ex. 3 - GEICO Policy No. GXU 30152 (06/30/1982 - 06/30/1983)<br><br>• Ex. 4 - GEICO Policy No. GXU 30267 (06/30/1983 - 06/30/1984)<br><br>• Ex. 5 - Republic Policy No. CDE 749 (06/30/1983 - 06/30/1984)<br><br>• Ex. 6 - Republic Policy No. CDE 750 (06/30/1983 - 06/30/1984)<br><br>• Ex. 7 - London policy No. 79 DD 1633C (06/30/1979 - | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | 06/30/1982)<br><br>• Ex. 8 - London Policy No. KYO 17582 (06/30/1982 - 06/30/1985)<br><br>• Ex. 9 - Settlement Agreement entered into by WR Grace & Co., WR Grace & Co.-Conn., Commercial Union Insurance Company, and American Employers' insurance Company, effective May 10, 1993<br><br>• Ex. 10 - Settlement Agreement and Release entered into by WR Grace & Co.-Conn., WR Grace & Co.-Del., WR Grace & Co. (a New York Corporation), and Commercial Union Insurance Company, effective December 17, 1996<br><br>• Ex. 11 - Settlement Agreement and Release | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | entered into by WR Grace & Co. and Commercial Union Insurance Company, effective October 7, 1998<br><br>• Ex. 12 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by WR Grace & Co-Conn. and Unigard Security Insurance Company, effective August 6, 1992<br><br>• Ex. 13 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by WR Grace & Co-Conn. and WR Grace & Co., and Unigard Security Insurance Company, effective May 15, 1995<br><br>• Ex. 14 - Settlement Agreement, Release and Indemnification/Hold Harmless Agreement | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | entered into by WR Grace & Co-Conn. and WR Grace & Co., and Unigard Security Insurance Company, effective July 11, 1996<br><br>• Ex. 15 - Settlement Agreement and Release entered into by WR Grace & Co (a Delaware corporation), WR Grace & Co. (a New York corporation), WR Grace & Co. (a Connecticut corporation), and Unigard Security Insurance Company, effective March 5, 1997 | |
| GEICO/ Republic/ Seaton | GRS-25 | 11/12/2004 | A204 - A205; ACC2352 - ACC2353 | Email correspondence from Mark Peterson to Steven Meyer, Michael Meyer, Mike Polk, Mike Sieben, Thomas Carey and Mark Peterson, dated November 12, 2004 re: Mike Meyer's Questions | Relevance; Hearsay, Authenticity, Foundation |
| GEICO/ Republic/ | GRS-26 | 00/00/0000 | A350 - A352; ACC2483 - | Email correspondence from Michael Polk to Steven Meyer, Michael Meyer, Mark Peterson, | Relevance; Hearsay, Authenticity, Foundation |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Seaton | | | ACC2485 | Tom Carey, Mike Polk and Mike Sieben re API Trust Administration | |
| GEICO/ Republic/ Seaton | GRS-27 | 06/09/2009 | | Excerpts from deposition transcript of Mark Peterson, dated June 9, 2009 (including, but not limited to, Exhibits 6 and 7 thereto)**(to be supplied)** | Relevance; Hearsay |
| General Insurance Company | 1 | 05/28/2009 | --- | Declaration of James Downey in Support of General Insurance Company's Plan Objection | Relevance; Hearsay, Authenticity, Foundation |
| General Insurance Company | 1A | 06/01/1963 - 06/01/1964 | --- | Comprehensive Liability Policy No. BLP221289 issued by General Insurance Company to Vermiculite Northwest, Inc., et. al. for the period 06/01/1963 - 06/01/1964 | Incomplete, Relevance, Authenticity |
| General Insurance Company | 1B | 03/03/1994 | --- | Settlement Agreement and Policy Release entered into effective March 3, 1994 between General Insurance and WR Grace & Co.-Conn. | Relevance; Rule 408, Hearsay |
| Insurers Combined | I-1 | 03/30/2009 | | Deposition Transcript of Richard Charles Finke, dated March 30, 2009 (and Exhibits thereto) **(Insurers' Designations to be** | Relevance; Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | **Provided)** | |
| | | | | • Ex. 1 (Arrowood's Objections to Anderson Memorial's Notice of Deposition of Richard Finke and The Debtors' Responses) | |
| | | | | • Ex. 2 (Omitted) | |
| | | | | • Ex. 3 (Omitted) | |
| | | | | • Ex. 4 (Omitted) | |
| | | | | • Ex. 5 (Omitted) | |
| | | | | • Ex. 6 (Omitted) | |
| | | | | • Ex. 7 (Omitted) | |
| | | | | • Ex. 8 (Omitted) | |
| | | | | • Ex. 9 (Omitted) | |
| | | | | • Ex. 10 (Omitted) | |
| | | | | • Ex. 11 (Omitted) | |
| | | | | • Ex. 12 (SEC Form 8-K - W.R. Grace & Co., filed | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | April 6, 2008) | |
| | | | | • Ex. 13 (Debtors' Preliminary List of Witnesses That They Intent to Call During the Confirmation Hearing) | |
| | | | | • Ex. 14 (Second Amended Case Management  Order Related to the First Amended Joint Plan of Reorganization) | |
| | | | | • Ex. 15 (Debtors' Response to Government Employees Insurance Company and Columbia Insurance Company's Requests for Admission, Interrogatories and Requests for Production of Documents) | |
| | | | | • Ex. 16 (Debtors' Response to OneBeacon America Insurance Company and Seaton Insurance Company's Request for Admissions, | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Interrogatories and Requests for Production of Documents)<br><br>• Ex. 17 (Debtors' Response and Objections to Travelers Casualty and Surety Company's First Set of Requests for Admission to Debtors) | |
| Insurers Combined | I-2 | 05/13/009 | | Deposition Transcript of Richard Finke, dated May 13, 2009 (and Exhibits thereto) **(Insurers' Designations to be Provided)**<br><br>• Ex. 1 (Notice of Deposition of Debtors Pursuant to Rule 30(b)(6))<br><br>• Ex. 2 (W.R. Grace / Confirmation Hearing 30(b)(6) Deposition Notice - Witness Designations)<br><br>• Ex. 3 (SEC Form 8-K - W.R. Grace & Co., filed April 6, 2008) | Relevance; Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. 4 (Exhibit 6 to Exhibit Book - Asbestos Insurance Transfer Agreement)<br><br>• Ex. 5 (Exhibit 19 to Exhibit Book - Retained Causes of Action Schedule)<br><br>• Ex. 6 (Exhibit 2 to Exhibit Book - Asbestos PI Trust Agreement)<br><br>• Ex. 7 (Exhibit 4 to Exhibit Book - Trust Distribution Procedures)<br><br>• Ex. 8 (First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al)<br><br>• Ex. 9 (Exhibit 5 to Exhibit Book - Schedule of Settled Asbestos Insurers Entitled to 524(g) Protection) | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. 10 (Settlement Agreement entered into by W.R. Grace & Co., W.R. Grace & Co.-Conn,., Commercial Union Insurance Company and American Employers' Insurance Company, effective May 10, 1993)<br><br>• Ex. 11 (Omitted)<br><br>• Ex. 12 (Omitted)<br><br>• Ex. 13 (Omitted)<br><br>• Ex. 14 (Exhibit 25 to Exhibit Book - Case Management Order for Class 7A Asbestos PD Claims) | |
| Insurers' Combined | I-3 | 05/01/2009 | | Deposition Transcript of Peter Van N. Lockwood, Esq., dated May 1, 2009 (and Exhibits thereto from Deposition Day 1) **(Insurers' Designations to be Provided)**<br><br>• Ex. 1 (Amended Notice | Relevance; Hearsay; Rule 408 |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | of Deposition of Asbestos PI Committee Pursuant to Rule 30(b)(6)) <br><br> • Ex. 2 (Objections of the Official Committee of Asbestos Personal Injury Claimants to Rule 30(b)(6) Notice of Deposition Served by Certain Plan Objectors) <br><br> • Ex. 3 (SEC Form 8-K - W.R. Grace & Co., filed April 6, 2008) <br><br> • Ex. 4 (Exhibit 6 to Exhibit Book - Asbestos Insurance Transfer Agreement) <br><br> • Ex. 5 (First Amended Joint Plan of Reorganization Under Chapter 11) <br><br> • Ex. 6 (Exhibit 19 to Exhibit Book - Retained Causes of Action Schedule) | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. 7 (Settlement Agreement entered into by W.R. Grace & Co., W.R. Grace & Co.-Conn,., Commercial Union Insurance Company and American Employers' Insurance Company, effective May 10, 1993)<br><br>• Ex. 8 (Complaint for Declaratory and Other Relief)<br><br>• Ex. 9 (Diagram)<br><br>• Ex. 10 (Exhibit 2 of Exhibit Book - Asbestos PI Trust Agreement)<br><br>• Ex. 11 (Exhibit 4 to Exhibit Book - Trust Distribution Procedures)<br><br>• Ex. 12 (Exhibit 10 to Exhibit Book - Cooperation Agreement)<br><br>• Ex. 13 (Omitted) | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. 14 (Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11) | |
| Insurers' Combined | I-4 | 05/04/2009 | | Deposition Transcript of Peter Van N. Lockwood, Esq., dated May 4, 2009 (and Exhibits thereto from Deposition Day 2) **(Insurers' Designations to be Provided)**<br><br>• Ex. 15 (Omitted)<br><br>• Ex. 16 (Notice of Service of Discovery) | Relevance; Hearsay |
| Insurers' Combined | I-5 | 05/15/2009 | | Deposition Transcript of David T. Austern, Esq., dated May 15, 2009 (and Exhibits thereto) **(Insurers' Designations to be Provided)**<br><br>• Ex. 1 (Amended Notice of Deposition of David Austern)<br><br>• Ex. 2 (Exhibit 2 to Exhibit Book - Asbestos | Relevance; Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | PI Trust Agreement) | |
| | | | | • Ex. 3 (Amended Joint Plan of Reorganization Under Chapter 11) | |
| | | | | • Ex. 4 (Exhibit 6 to Exhibit Book - Asbestos Insurance Transfer Agreement) | |
| | | | | • Ex. 5 (Exhibit 4 to Exhibit Book - Trust Distribution Procedures) | |
| | | | | • Ex. 6 (Exhibit 10 to Exhibit Book - Cooperation Agreement) | |
| | | | | • Ex. 7 (Notice of Deposition of David Austern) | |
| | | | | • Ex. 8 (Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11) | |
| | | | | • Ex. 9 (Notice of Deposition of David | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Austern) <br><br> • Ex. 10 (SEC Form 8-K - W.R. Grace & Co., filed April 6, 2008) <br><br> • Ex. 11 (Exhibit 8 to Exhibit Book - Best Interests Analysis) | |
| Insurers' Combined | I-6 | 05/06/2009 | | Deposition Transcript of Jeffrey Posner, dated May 6, 2009 (and Exhibits thereto) **(Note: Portions Subject to May 1009 Protective Order) (Insurers' Designations to be Provided)** <br><br> • Ex. 1 (Notice of Deposition of Jeffery Posner) <br><br> • Ex. 2. Curriculum Vitae of Jeffrey M. Posner) <br><br> • Ex. 3 (Affidavit Under 11 U.S.C. 327(e)) <br><br> • Ex. 4 (Omitted) <br><br> • Ex. 5 (Exhibit 5 to Exhibit Book - Trust | Relevance; Hearsay; Rule 408 |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | Distribution Procedures) | |
| | | | | • Ex. 6 (First Amended Joint Plan of Reorganization) | |
| | | | | • Ex. 7 (Omitted) | |
| | | | | • Ex. 8 (Exhibit 19 to Exhibit Book - Retained Causes of Action) | |
| | | | | • Ex. 9 (Answer, Cross-claims and Counterclaims of Defendant W.R. Grace in re: Maryland Casualty v. Grace, et al.) | |
| | | | | • Ex. 10 (Royal Indemnity Co. declaration sheets and endorsements) | |
| | | | | • Ex. 11 (Correspondence from Marsh USA to Royal & SunAlliance, dated December 9, 1999) | |
| | | | | • Ex. 12 (Correspondence from Royal & SunAlliance to J.M. Posner, Inc., dated | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
|  |  |  |  | January 12, 2000) <br><br> • Ex. 13 (Email chain from Jon L. Heberling to Roger Sullivan re: Grace/Equitas Settlement, dated June 23, 2006) <br><br> • Ex. 14 (Monthly Asbestos Litigation Summary - March) <br><br> • Ex. 15 (Settlement Agreement entered into by W.R. Grace & Co., W.R. Grace & Co.-Conn., Commercial Union Insurance Company, and American Employers' Insurance Company, effective May 10, 1993) <br><br> • Ex. 16 (Settlement Agreement and Release entered into by W.R. Grace & Co.-Conn., W.R. Grace & Co.-Del., W.R. Grace & Co. (a New York corporation), and Commercial Union Insurance Company, |  |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | effective December 17, 1996) | |
| | | | | • Ex. 17 (Settlement Agreement and Release entered into by W.R. Grace & Co. and Commercial Union Insurance Company, effective October 7, 1998) | |
| | | | | • Ex. 18 (Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by W.R. Grace & Co.-Conn. and Unigard Security Insurance Company, effective August 6, 1992) | |
| | | | | • Ex. 19 (Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by W.R. Grace & Co.-Conn., W.R. Grace & Co., and Unigard Security Insurance Company, | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | effective May 15, 1995) | |
| | | | | • Ex. 20 (Settlement Agreement, Release and Indemnification/Hold Harmless Agreement entered into by W.R. Grace & Co.-Conn., W.R. Grace & Co., and Unigard Security Insurance Company, effective July 11, 1996) | |
| | | | | • Ex. 21 (Settlement Agreement and Release entered into by W.R. Grace & Co. (a Delaware corporation), W.R. Grace & Co. (a New York corporation) W.R. Grace & Co. (a Connecticut corporation), and Unigard Security Insurance Company, effective March 5, 1997) | |
| | | | | • Ex. 22 (*Maryland Casualty Co. v. W.R. Grace & Co.,* 23 F.3d 617 (2nd Cir. 1993)) | |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| | | | | • Ex. 23 (Exhibit 6 to Exhibit Book - Asbestos Insurance Transfer Agreement) | |
| Insurers' Combined | I-7 | 06/11/2009 | | Deposition Transcript of Jay Hughes, dated June 11, 2009 (and Exhibits thereto) **(to be supplied) (Insurers' Designations to be Provided)** | Relevance; Hearsay |
| Insurers' Combined | I-8 | 06/12/2009 | | Deposition Transcript of Elihu Inselbuch, dated June 12, 2009 (and Exhibits thereto) **(to be supplied) (Insurers' Designations to be Provided)** | Relevance; Hearsay |
| Insurers' Combined | I-9 | 00/00/0000 | | Certain Insurers' Notice of Filing of the Expert Report of Professor George L. Priest | Relevance; Hearsay |
| Insurers' Combined | I-10 | 03/16/2009 | | Certain Insurers' Notice of Filing of the Expert Report of H. Sean Mathis, dated March 16, 2009 | Relevance; Hearsay |
| Insurers' Combined | I-11 | 03/16/2009 | | Certain Insurers' Notice of Filing of the Expert Report of James B. Shein, dated March 16, 2009 | Relevance; Hearsay |
| Insurers' | I-12 | 00/00/0000 | | Supplemental Verified Statement in Connection with the | Relevance, Hearsay |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Combined | | | | Representation of creditors as Required by Fed. R. Bankr. P. Rule 2019 by Cooney and Conway | |
| Insurers' Combined | I-13 | 00/00/0000 | | Notice of Filing Amended Statement Under Bankruptcy Rule 2019 by Baron & Budd, P.C. | Relevance, Hearsay |
| Insurers' Combined | I-14 | 00/00/0000 | | Third Amended Verified Statement in Connection with Representation of Creditors as Required by F.R.B.P. Rule 2019 by Weitz & Luxenberg | Relevance, Hearsay |
| Insurers' Combined | I-15 | 00/00/0000 | | Eleventh Amended Verified Statement Pursuant to Fed. R. Bankr. P. 2019 filed by Motley Rice LLC | Relevance, Hearsay |
| Zurich Insurance Company | 1 | 06/30/1976 - 06/30/1977 | ZUR00001 - ZUR00007 | Zurich Policy # IRD SR 4010 and associated correspondence identifying incorporated policy form | Relevance, Authenticity |
| Zurich Insurance Company | 2 | 06/30/1977 - 06/30/1978 | ZUR00008 - ZUR00010 | Zurich Policy # IRD SR 4010/2 and associated correspondence identifying incorporated policy form | Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Zurich Insurance Company | 3 | 06/30/1978 - 06/30/1979 | ZUR00011 | Zurich Policy # ZI 7052/3 | Relevance, Authenticity |
| Zurich Insurance Company | 4 | 06/30/1979 - 06/30/1980 | ZUR00012 - ZUR00022 | Zurich Policy # ZI 7052/4 and associated correspondence identifying incorporated policy form | Relevance, Authenticity |
| Zurich Insurance Company | 5 | 06/30/1980 - 06/30/1981 | ZUR00023 - ZUR00025 | Zurich Policy # ZIB 7434/5 and associated correspondence identifying incorporated policy form | Relevance, Authenticity |
| Zurich Insurance Company | 6 | 06/30/1981 - 06/30/1982 | ZUR00026 - ZUR00027 | Zurich Policy # ZIB 7631-81-C and associated correspondence identifying incorporated policy form | Relevance, Authenticity |
| Zurich Insurance Company | 7 | 06/30/1981 - 06/30/1982 | ZUR00028 - ZUR00029 | Zurich Policy # ZIB 7632-81-C and associated correspondence identifying incorporated policy form | Relevance, Authenticity |
| Zurich Insurance Company | 8 | 06/30/198 - 06/20/1983 | ZUR00030 - ZUR00032 | Zurich Policy # ZIB 7631-82-C and associated correspondence identifying incorporated policy form | Relevance, Authenticity |
| Zurich Insurance | 9 | 06/30/1983 - | ZUR00033 - | Zurich Policy # ZIB 70,631-83-C | Relevance, Authenticity |

| Submitted By | Exhibit No. | Document Date | Bates No. | Description | Objections |
|---|---|---|---|---|---|
| Company | | 06/30/1984 | ZUR00034 | | |
| Zurich Insurance Company | 10 | 06/30/1984 - 06/30/1985 | ZUR00035 - ZUR00036 | Zurich Policy # ZIB 70,964-84-C | Relevance, Authenticity |
| Zurich Insurance Company | 11 | 06/30/1984 - 06/30/1985 | ZUR00037 - ZUR00038 | Zurich Policy # ZIB 70,631-84-C | Relevance, Authenticity |
| Zurich Insurance Company | 12 | 00/00/0000 | ZUR00039 - ZUR00048 | London Policy Form L.P.O. 354B (umbrella form incorporated by each Zurich policy in Exhibit 1 - Exhibit 11) | Relevance, Incomplete, Authenticity |