# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, do hereby certify that on the 15th day of June, 2009, I did serve BNSF Railway Company's Final Witness List In Connection With The Confirmation Hearing by causing a true and correct copy thereof to be served by hand delivery upon the entities listed on **Exhibit A**, attached hereto, and by facsimile and first class mail, postage prepaid, upon the entities listed on **Exhibit B**, attached hereto.

/s/ John H. Schanne, II  
John H. Schanne (DE No. 4581)

#11126121 v1

**EXHIBIT A – SERVICE BY HAND DELIVERY**

Laura Davis Jones/James E. O'Neil
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899
(Counsel to Debtors)

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
(Counsel to Asbestos PI Committee)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(Counsel to Asbestos PD Committee)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19899-1397
(Counsel to Equity Committee)

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel for David T. Austern)

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Counsel to Sealed Air Corporation)

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(Counsel to Macerich Fresno LP)

Office of the U.S. Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

**EXHIBIT B – SERVICE BY FACSIMILE AND FIRST CLASS MAIL**

| | |
|---|---|
| Debtors<br>c/o David B. Bernick, P. C.<br>Theodore L. Freedman, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center<br>1553 East 53rd Street<br>New York, NY  10022 | W.R. Grace & Co.<br>Attn: General Counsel<br>7500 Grace Drive<br>Columbia, MD 21044 |
| Asbestos PI Committee<br>c/o Peter Van N. Lockwood, Esquire<br>Ronald Reinsel, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC  20005 | Asbestos PI Committee<br>c/o Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor<br>New York, NY  10152-3500 |
| David T. Austern<br>3110 Fairview Park Drive, Suite 200<br>Falls Church, VA 22042-0683 | Asbestos PI Future Claimants' Representative<br>c/o Roger Frankel, Esquire<br>Orrick, Herrington & Sutcliffe LIP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC  20005-1706 |
| Alexander M. Sanders, Jr.<br>19 Water Street<br>Charleston, SC 29401 | Asbestos PD Future Claimants' Representative<br>c/o Alan B. Rich, Esquire<br>Attorney and Counselor<br>1401 Elm Street, Suite 4620<br>Dallas, TX 75202-3909 |
| Official Committee of Property Damage Claimants<br>c/o Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Mindy A. Mora, Esquire<br>Bilzin Sumberg Dunn Baena Price<br>     & Axelrod, LLP<br>First Union Financial Center<br>200 S. Biscayne Boulevard, Suite 2500<br>Miami, FL  33131 | Official Committee of Unsecured Creditors<br>c/o Lewis Kruger, Esquire<br>Arlene Krieger, Esquire<br>Kenneth Pasquale, Esquire<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY  10038-4982 |
| Sealed Air Corporation<br>Attn: General Counsel<br>200 Riverfront Boulevard<br>Elmwood, NJ 07407 | Sealed Air Corporation<br>c/o D. J. Baker, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 |

Fresenius Medical Care North America
Attn: General Counsel
Corporate Headquarters
Corporate Law Department
95 Hayden Avenue
Lexington, MA 02420-9192

Fresenius Medical Care North America
c/o David S. Rosenbloom. Esquire
McDermott Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL 60606

Equity Committee
c/o Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Federal Insurance Company
c/o Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Century Indemnity Company
c/o Curtis Crowther, Esquire
White & Williams, LLP
824 N. Market Street
Suite 902
PO Box 709
Wilmington, DE  19801

Jeffrey Waxman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

PacifiCorp
c/o Adam G. Landis, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801

U. S. Fire Insurance Company
c/o Garvan F. McDaniel, Esquire
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

David Primack, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243

CNA Financial Corporation
Edward B. Rosenthal, Esquire
Rosenthal Monhait Gross & Goddess, PA
919 Market  Street, Suite 1401
PO Box 1070
Wilmington, DE  19899-1070

Michael F. Brown, Esquire
Drinker Biddle & Reath LIP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Francis A. Monaco, Jr., Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Carl Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

| | |
|---|---|
| Marc J. Phillips, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | First Union Leasing<br>c/o John D. Demmy, Esquire<br>Stevens & Lee, PC<br>1105 N. Market Street<br>Suite 700<br>Wilmington, DE 19801-1270 |
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence<br>1200 N. Broom Street<br>Wilmington, DE 19806 | Scotts Company LLC<br>c/o Robert J. Stearn, Jr., Esquire<br>Richards Layton & Finger PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Janet S. Baer, Esq.<br>The Law office of Janet S. Baer, PC<br>70 W. Madison Street, Suite 2100<br>Chicago, IL 60602 | Joseph G. Gibbons, Esquire<br>White And Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 |
| Elizabeth DeCristofaro, Esquire<br>Ford Marrin Esposito Witmeyer & Gleser LLP<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875 | Robert J. Sidman, Esquire<br>Tiffany Strelow Cobb, Esquire<br>Vorys Sater Seynour and Pease LLP<br>52 East Gay Street<br>PO. Box 1008<br>Columbus, OH 43215 |
| Daniel C. Cohn, Esquire<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA 02110 | |

#11126121 v1