IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE    :
                     : SS
NEW CASTLE COUNTY    :

    I, Jamie Dawson, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 15, 2009, I caused to be served:

### FINAL WITNESS LIST OF GARLOCK SEALING TECHNOLOGIES, LLC FOR PHASE II OF THE CONFIRMATION HEARING
### [D.I. 22104]

    Service was completed upon the parties on the attached list, hereto as Exhibit A, via hand delivery for local counsel and first class mail, postage prepaid, for all other listed parties. Additionally, service was completed upon the parties attached hereto as Exhibit B via electronic mail.

Date: June 16, 2009

_____
Jamie Dawson

SWORN AND SUBSCRIBED before me this 16th day of June, 2009.

_____
NOTARY

My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

WWW/105624-0001/2146521/1