IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 15th day of June 2009, a true and correct copy of the *Bank Lender Group's First Request for Production of Documents and First Set of Interrogatories to Debtors Related to Feasibility* was caused to be served upon the following in the manner indicated:

*Via Electronic Mail & Hand Delivery*
*(Counsel to Debtors)*
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com

*Via Electronic Mail & First Class Mail*
*(Counsel to Debtors)*
David M. Bernick, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: david.bernick@kirkland.com

*Via Electronic Mail & First Class Mail*
*(Counsel to Debtors)*
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P. C.
70 W. Madison St., Suite 2100
Chicago, IL 60602
Email: jbaer@jsbpc.com

LANDIS RATH & COBB LLP

/s/ Richard S. Cobb
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
green@lrclaw.com

Dated: June 16, 2009

*Counsel to the Bank Lender Group*

{672.001-W0000538.}