IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 20204, 20339 |

**BANK LENDER GROUP'S
<u>WITNESS DISCLOSURE FOR PHASE II MATTERS</u>**

Pursuant to the Bankruptcy Court's Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated May 5, 2009 [Docket No. 21544] (the "<u>3rd Amended CMO</u>"),[1] certain lenders under the Prepetition Bank Credit Facilities[2] (the "<u>Bank Lender Group</u>"),[3] hereby preliminarily identify the following witnesses who it may call to testify on its behalf at the Phase II confirmation hearings scheduled to commence on September 8, 2009.

The Bank Lender Group may call one or more representatives of Capstone Advisory group, the Official Committee of Unsecured Creditors' financial advisor, to testify with

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the 3rd Amended CMO.

[2] The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "<u>Company</u>"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "<u>1998 Credit Agreement</u>"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "<u>1999 Credit Agreement</u>", together with the 1998 Credit Agreement, the "<u>Credit Agreements</u>"). The Credit Agreements are attached as Exs. <u>A</u> and <u>B</u> to the Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., filed August 15, 2008 [Dkt No. 19332].

[3] The Bank Lender Group includes: (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management LLC; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital, LLC, (viii) DE Shaw Laminar Portfolios, LLC; (ix) Goldman Sachs & Co. (as ex officio member); (x) Halcyon Asset Management LLC; (xi) Intermarket Corp.; (xii) JP Morgan Chase, N.A. Credit Trading Group; (xiii) Loeb Partners Corporation; (xiv) MSD Capital, L.P.; (xv) Normandy Hill Capital, L.P.; (xvi) Onex Debt Opportunity Fund Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Restoration Capital Management, LLC; and (xix) Royal Bank of Scotland, PLC.

respect to feasibility issues. The individuals whom the Bank Lender Group may call are one or more of Edwin Ordway, Sean Cunningham and Robert Frezza. The Bank Lender Group also may call on its direct case certain representatives of the Debtors, including representatives of Blackstone and of the Debtors' management. The Bank Lender Group's final determination whether to call one or more witnesses during the Phase II confirmation hearings will be made at a later date, after fact discovery takes place concerning the feasibility issues (which the CMO provides is to be served on or before June 15, 2009).

The Bank Lender Group reserves the right to introduce testimony in the "Phase II" proceedings from any witness called by any other party to the confirmation proceedings and to cross-examine such witnesses.

The Bank Lender Group reserves all rights and remedies with respect to solvency issues, including, but not limited to, the right to contest solvency, the right to conduct discovery relating to solvency as preserved in the CMO, and the right to call witnesses relating to solvency at the Phase II hearing.

Dated: Wilmington, Delaware       LANDIS RATH & COBB LLP
       June 15, 2009

                                  _____
                                  Richard Cobb (No. 3157)
                                  James S. Green, Jr. (No. 4406)
                                  919 Market Street, Suite 1800
                                  Post Office Box 2087
                                  Wilmington, Delaware 19899
                                  Telephone: (302) 467-4400
                                  Telecopier: (302) 467-4450

                                  -and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Telecopier: (212) 757-3990

*Attorneys for The Bank Lender Group*