# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: July 6, 2009** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-NINTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MAY 1, 2009 THROUGH MAY 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Client: W.R. GRACE & CO.  
RE: Fee Applications, Applicant  
Matter No.: 01016442-0008  

June 12, 2009  
INVOICE: 909695  

GST: R111340006  

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.  

Attention: Richard Finke  
Senior Litigation Counsel  

For professional services rendered and disbursements incurred for the period ending May 31, 2009  

| | |
|---|---:|
| FEES | $798.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 28.75 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $826.75 |

W.R. GRACE & CO.                                                                                    01016442-0008

RE:  Fee Applications, Applicant
_____

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.3 | $168.00 |
| P. Adams | 3.5 | $630.00 |
| Total | 3.80 | $798.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/5/09 | Penny Adams | Dealing with issues relating to the fee application process. | 0.30 | $54.00 |
| 6/5/09 | Penny Adams | Dealing with issues relating to the 9th Quarterly Fee Application. | 0.50 | $90.00 |
| 7/5/09 | Teresa Walsh | Review and swearing of 9th Quarterly Fee Application. | 0.30 | $168.00 |
| 8/5/09 | Penny Adams | Finalizing the 9th Quarterly Fee Application (0.10); sending the same to US counsel for filing and serving (0.30); correspondence with the fee auditor regarding the same (0.20). | 0.60 | $108.00 |
| 12/5/09 | Penny Adams | Reviewing April accounts. | 0.30 | $54.00 |
| 13/5/09 | Penny Adams | Drafting 28th Monthly Fee Application. | 1.00 | $180.00 |
| 25/5/09 | Penny Adams | Reviewing and revising the 28th Monthly Fee Application. (0.30); correspondence with R. Finke with respect to the same (0.20). | 0.50 | $90.00 |
| 26/5/09 | Penny Adams | Dealing with issues relating to the 28th Monthly Fee Application. | 0.30 | $54.00 |
|  |  | **TOTAL FEES** |  | $798.00 |

INVOICE: 909695

W.R. GRACE & CO.                                                                      01016442-0008

RE:  Fee Applications, Applicant

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 1.90 |
| Courier service | 26.85 |
| | $28.75 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 7/5/09 | Teresa Walsh | Copies | 1.90 |
| 8/5/09 | Derrick C. Tay | Courier service FedEx shipment #689588784807 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 08-05-2009, GST: 0.00, QST: 0.00 | 26.85 |
| | | TOTAL | $28.75 |

INVOICE: 909695

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | June 12, 2009 |
| RE: | Litigation and litigation consulting | INVOICE: 909694 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending May 31, 2009

| | |
|---|---|
| FEES | $4,945.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $4,945.00 |

Canadian Funds

W.R. GRACE & CO.                                              01016442-0006

RE: Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 0.4 | $400.00 |
| O. Pasparakis | 5.4 | $3,915.00 |
| P. Adams | 3.5 | $630.00 |
| Total | 9.30 | $4,945.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/09 | Orestes Pasparakis | Preparing for conference call. | 0.30 | $217.50 |
| 4/5/09 | Orestes Pasparakis | Follow-up on call (0.2); follow-up on status (0.2). | 0.40 | $290.00 |
| 5/5/09 | Orestes Pasparakis | Follow-up with Sealed Air's counsel (0.3); considering issue raised (0.3). | 0.60 | $435.00 |
| 6/5/09 | Orestes Pasparakis | Follow-up on developments. | 0.30 | $217.50 |
| 8/5/09 | Orestes Pasparakis | Attending conference call regarding U.S. process and update on Canadian issues. | 1.30 | $942.50 |
| 11/5/09 | Orestes Pasparakis | Follow-up with U.S. counsel regarding voting issues (0.4); follow-up with Representative Counsel and same issue (0.3); reporting to client (0.2). | 0.90 | $652.50 |
| 19/5/09 | Orestes Pasparakis | Follow-up on amendment to settlement issues. | 0.40 | $290.00 |
| 21/5/09 | Orestes Pasparakis | Follow-up on next steps. | 0.20 | $145.00 |
| 25/5/09 | Derrick C. Tay | Reviewing materials served by Delaware counsel. | 0.40 | $400.00 |
| 26/5/09 | Orestes Pasparakis | Email exchange regarding court attendance. | 0.30 | $217.50 |
| 26/5/09 | Penny Adams | Meeting with O. Pasparakis regarding next Information Officer's Report. | 0.30 | $54.00 |
| 27/5/09 | Orestes Pasparakis | Discussions with representative counsel regarding motion. | 0.20 | $145.00 |
| 27/5/09 | Penny Adams | Drafting 30th Information Officer's Report (1.0); discussions with O. Pasparakis and K. Smirle regarding same (0.30). | 1.30 | $234.00 |

INVOICE: 909694

W.R. GRACE & CO.  01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 28/5/09 | Penny Adams | Drafting 30th Information Officer's Report (0.70); reviewing orders and endorsements (0.50); correspondence with K. Smirle regarding the same (0.20). | 1.40 | $252.00 |
| 28/5/09 | Orestes Pasparakis | Follow-up on status. | 0.20 | $145.00 |
| 29/5/09 | Orestes Pasparakis | Receipt of motion materials and considering same. | 0.30 | $217.50 |
| 29/5/09 | Penny Adams | Reviewing and revising the 30th Information Officer's Report. | 0.50 | $90.00 |
| | | **TOTAL FEES** | | **$4,945.00** |

INVOICE: 909694