**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et *al.*,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Hearing Date: June 18, 2009 at 1:00 p.m.**<br>**Re: Docket Nos. 22056, 21959, 22119** |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE BANK LENDER GROUP'S MOTION FOR LEAVE TO FILE A REPLY TO PLAN PROPONENTS' RESPONSE IN OPPOSITION TO MOTIONS TO MODIFY THE THIRD CASE MANAGEMENT ORDER RELATED TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

The Official Committee of Unsecured Creditors of W. R. Grace & Co., et al. (the "Creditors' Committee") by and through its undersigned counsel, respectfully joins in the Bank Lender Group's Motion for Leave to File a Reply to Plan Proponents' Response In Opposition to Motions to Modify the Third Case Management Order Related to the First Amended Joint Plan of Reorganization [Docket No. 22119, June 5, 2009] ("Motion for Leave"), and, in the event the Motion for Leave is granted, also joins in the arguments set forth in the Bank Lender Group's proposed Reply annexed to the Motion for Leave, in further support of the Motion of the Creditors' Committee to Modify Third Amended Case Management Order Related to the First Amended Case Management Order Relating to the First Amended Joint Plan of Reorganization [Docket No. 21959, June 2, 2009].

## CONCLUSION

For the reasons set forth above and in the Motion for Leave, the Creditors' Committee respectfully requests that the Court enter an order granting the Motion for Leave and such other and further relief as it may deem just and proper in the circumstances

Dated: Wilmington, Delaware
June 16, 2009

Respectfully submitted,

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
rriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 424-2000
Facsimile: (973) 424-2001
E-mail: wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale
(Members of the Firm)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
E-mail: lkruger@Stroock.com
*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*