IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Ref. No. 22086** |

### JOINDER OF LIBBY CLAIMANTS IN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEBTORS REGARDING PLAN FEASIBILITY ISSUES

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 7026, 7034 and 9014 of the Federal Rules of Bankruptcy Procedure, the claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] hereby join in the Official Committee of Unsecured Creditors' Request for Production of Documents to Debtors Regarding Plan Feasibility Issues, served on June 12, 2009 (the "Document Request"). The Libby Claimants request that the Debtors produce the documents described in the Document Request within 30 days at the offices of Cohn Whitesell & Goldberg LLP, 101 Arch Street, Boston, MA 02110, or at such other time and place as may be agreed upon by counsel or ordered by the Court.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 21365], as it may be amended and restated from time to time.

W0000598.DOC

2

Dated: June 16, 2009
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Kerri Mumford_

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2505
Facsimile:  (617) 951-0679

*Counsel for Libby Claimants*