IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel J. Beller of Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Babson Capital Management, Inc.; (iv) Bass Companies; (v) Caspian Capital Advisors, LLC; (vi) Catalyst Investment Management Co., LLC; (vii) Cetus Capital LLC; (viii) D.E. Shaw Laminar Portfolios, LLC; (ix) Goldman Sachs & Co.; (x) Halcyon Asset Mgmt, LLC (xi) Intermarket Corp.; (xii) JP Morgan Chase, N.A. Credit Trading Group; (xiii) Loeb Partners Corporation; (xiv) MSD Capital, L.P.; (xv) Normandy Hill Capital, L.P.; (xvi) Onex Debt Opportunity Fund, Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xiii) Restoration Capital Management, LLC; and (xix) Royal Bank of Scotland, PLC, (collectively, the "Bank Debt Holders") in these cases.

Dated: June 16, 2009

James S. Green, Jr. (No. 4406)
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: green@lrclaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, U.S. District Courts, Southern and Eastern Districts of New York; District of Columbia; U.S. Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 16, 2009

Daniel J. Beller, Esquire
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: dbeller@paulweiss.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: June ___, 2009

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{672.001-W0000488.}-6831328.DOC