# Exhibit B

```
                                                              Page 4
 1      A P P E A R A N C E S:(continued)
 2    MENDES & MOUNT, LLP
      BY:  ALEXANDER MUELLER, ESQUIRE
 3    750 Seventh Avenue
      New York, New York 10019
 4    212.261.8296
      (alexander.mueller@mendes.com)
 5    Representing London Market Companies
 6
      FORD MARRIN ESPOSITO & WITNEYER & GLESER
 7    BY:  ELIZABETH M. DeCRISTOFARO, ESQUIRE*
      (*VIA TELECONFERENCE)
 8    Wall Street Plaza
      New York, New York 10005-1875
 9    212.269.4900
      Representing Continental Casualty Company
10    and Continental Insurance Company
11
      BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
12    BY:  MATTHEW I. KRAMER, ESQUIRE*
      (*VIA TELECONFERENCE)
13    200 South Biscayne Boulevard
      Suite 2500
14    Miami, Florida 33131-5340
      305.450.7246
15    (mkramer@bilzin.com)
      Representing Property Damage Committee
16
17    STROOCK & STROOCK & LAVAN, LLP
      BY:  ARLENE G. KRIEGER, ESQUIRE*
18         LEWIS KRUGER, ESQUIRE*
      (*VIA TELECONFERENCE)
19    180 Maiden Lane
      New York, New York 10038-4982
20    212.806.5400
      (akrieger@stroock.com)
21    Representing Official Committee of
      Unsecured Creditors
22
23
24
```

```
                                                              Page 5
 1    A P P E A R A N C E S:  (continued)
 2
      CROWELL & MORING, LLP
 3    BY:  MARK D. PLEVIN, ESQUIRE
           NOAH S. BLOOMBERG, ESQUIRE
 4    1001 Pennsylvania Avenue, N.W.
      Washington, DC 20004-2595
 5    202.624.2913
      (mplevin@crowell.com)
 6    (nbloomberg@crowell.com)
      Representing Fireman's Fund Insurance
 7    (Surety Bond)
 8
      STEVENS & LEE, P.C.
 9    BY: MARNIE E. SIMON, ESQUIRE
      1818 Market Street, 29th Floor
10    Philadelphia, Pennsylvania 19103-1702
      215.751.2885
11    (mes@stevenslee.com)
      Representing Fireman's Fund Insurance
12
13    LAW OFFICES OF ALAN B. RICH
      BY:  ALAN B. RICH, ESQUIRE
14    Elm Place, Suite 4620
      1401 Elm Street
15    Dallas, Texas 75202
      214.744.5100
16    (arich@alanrichlaw.com)
      Representing Property Damage PCR
17
18    CONNOLLY BOVE LODGE & HUTZ, LLP
      BY:  JEFFREY C. WISLER, ESQUIRE
19    The Nemours Building
      1007 North Orange Street
20    P.O. Box 2207
      Wilmington, Delaware 19899
21    302.888.6528
      (jwisler@cblh.com)
22    Representing Maryland Casualty
23
24
```

```
                                                              Page 6
1    A P P E A R A N C E S: (continued)
2    ECKERT SEAMANS CHERIN & MELLOTT, LLC
     BY:  EDWARD J. LONGOSZ, II, ESQUIRE
3    1747 Pennsylvania Avenue, N.W.
     12th Floor
4    Washington, DC 20006
     202.659.6619
5    (elongosz@eckertseamans.com)
     Representing Maryland Casualty and Zurich
6
7    WILEY REIN, LLP
     BY:  RICHARD A. IFFT, ESQUIRE
8    1776 K Street NW
     Washington, DC 20006
9    202.719.7170
     (rifft@wileyrein.com)
10   Representing Maryland Casualty and Zurich
11
     COZEN O'CONNOR
12   BY:  JACOB C. COHN, ESQUIRE
     1900 Market Street
13   Philadelphia, Pennsylvania 19103-3508
     215.665.2147
14   (jcohn@cozen.com)
     Representing Federal Insurance Company
15
16   ORRICK HERRINGTON & SUTCLIFFE, LLP
     BY:  PERI N. MAHALEY, ESQUIRE
17   Columbia Center
     1152 15th Street, N.W.
18   Washington, DC 20005-1706
     202.339.8516
19   (pmahaley@orrick.com)
     Representing PI Future Claimants'
20   Representative
21
     CUYLER BURK, P.C.
22   BY:  ANDREW CRAIG, ESQUIRE
     4 Century Drive
23   Parsippany, New Jersey 07054
     973.734.3200
24   (acraig@cuyler.com)
```

```
 1   A P P E A R A N C E S: (continued)
 2   O'MELVENY & MEYERS LLP
     BY:  TANCRED SCHIAVONI, ESQUIRE*
 3   (*VIA TELEPHONE)
     7 Times Square
 4   New York, New York 10036
     212.326.2267
 5   (tschiavoni@omm.com)
     Representing Arrowood Indemnity Company
 6
 7   WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
     BY:  KEVIN J. MANGAN, ESQUIRE*
 8   (*VIA TELECONFERENCE)
     222 Delaware Avenue
 9   Suite 1501
     Wilmington, Delaware 19801
10   302.252.4361
     (kmangan@wcsr.com)
11   Representing State of Montana
12
     PEPPER HAMILTON, LLP
13   BY: LINDA J. CASEY, ESQUIRE*
     (*VIA TELECONFERENCE)
14   3000 Two Logan Square
     Philadelphia, Pennsylvania 19103
15   215.981.4000
     (caseyl@pepperlaw.com)
16   Representing BNSF Railway Company
17   KRAMER LEVIN NAFTALIS & FRANKEL, LLP
     BY:  SARAH SCHINDLER-WILLAIMS, ESQUIRE*
18   (*VIA TELECONFERENCE)
     1177 Avenue of the Americas
19   New York, New York 10036
     212.715.9515
20   (SSchindlerWilliams@kramerlevin.com)
     Representing the Equity Committee
21
22
23
24
```

Page 8

```
 1                    INDEX
                   EXAMINATION
 2
     Witness Name                     Page
 3   RICHARD FINKE
 4       BY MR. BROWN                 12,333
 5       BY MS. ALCABES               129
 6       BY MR. LEWIS                 187
 7       BY MR. PLEVIN                265
 8       BY MR. WISLER                285
 9       BY MR. COHN                  289
10       BY MR. MANGAN                296
11       BY MR. DOWNEY                305, 371
12       BY MR. SCHIAVONI             343
13       BY MR. SPEIGHTS              347
14
15                   EXHIBITS
     EXHIBIT    DESCRIPTION                ID
16
     Exhibit 1  Notice of Deposition of    16
17              Debtors Pursuant to Rule
                30(b)(6)
18
     Exhibit 2  Document entitled W.R.     16
19              Grace/Confirmation Hearing
                30(b)(6) Deposition Notice
20
     Exhibit 3  SEC Form 8-K               25
21
     Exhibit 4  Exhibit 6 to Exhibit Book, 41
22              Asbestos Insurance
                Transfer Agreement
23
     Exhibit 5  Exhibit 19 to Exhibit      53
24              Book, Retained Causes of
```

Page 9

```
 1                    EXHIBITS
     EXHIBIT    DESCRIPTION                 ID
 2
 3   Exhibit 6  Exhibit 2 to Exhibit Book,  55
                Asbestos PI Trust Agreement
 4
     Exhibit 7  Exhibit 4 to Exhibit Book,  55
 5              Trust Distribution
                Procedures
 6
     Exhibit 8  First Amended Joint Plan    70
 7              of Reorganization
 8   Exhibit 9  Exhibit 5 to Exhibit Book,  92
                Schedule of Settled
 9              Asbestos Insurers Entitled
                to 524(g) Protection
10
     Exhibit    Settlement Agreement        98
11   10         Bates stamped OB 1 through
                33
12
     Exhibit    Travelers/Allstate          135
13   11         30(b)(6) deposition notice
14   Exhibit    Travelers 30(b)(6)          136
     12         supplemental deposition
15              notice
16   Exhibit    Grace/Aetna Asbestos        149
     13         Settlement Agreement dated
17              May 22, 1996
18   Exhibit    Exhibit 25 to Exhibit       178
     14         Book, CMO for Class 7A
19              Asbestos PD Claims
20
21
22
23
24
```

```
                                                          Page 10
1              DEPOSITION SUPPORT INDEX
2
3
     Direction to Witness Not To Answer
4    Page    Line      Page    Line
      30      2         37      12
5     37      17        39      8
      39      15        369     1
6
     Request For Production of Documents
7    Page    Line      Page    Line
     (None)
8
     Stipulations
9    Page    Line      Page    Line
     (None)
10
     Questions Marked
11   Page    Line      Page    Line
     (None)
12
13                   -    -    -
14
15
16
17
18
19
20
21
22
23
24
```

Page 11

```
 1    R I C H A R D   F I N KE,
 2         having been sworn by the Notary
 3         Public of the States of New York
 4         and New Jersey, was examined and
 5         testified as follows:
 6                   -  -  -
 7    EXAMINATION BY
 8    MR. BROWN:
 9         Q.   Good morning, Mr. Finke.
10    My name is Michael Brown.  I represent One
11    Beacon, Seaton, Geico and Republic for the
12    objecting insurance companies in the Grace
13    bankruptcy.  You've been deposed several
14    times before, correct?
15         A.   Yes, I have.
16         Q.   Okay.  So we can dispense
17    with the formalities of what a
18    deposition's all about?
19         A.   Yes, we can.
20         Q.   Okay.
21              MS. HARDING:  Michael,
22         would you mind if I made a quick
23         statement on the record?
24              MR. BROWN:  Sure.
```

Page 345

```
 1            MR. SCHIAVONI:  All right,
 2       let me just ask a few more then.
 3            MS. HARDING:  Sorry.
 4  BY MR. SCHIAVONI:
 5       Q.   Sir, are you aware
 6  generally whether there are any
 7  contractual indemnity agreements with
 8  BNSF?
 9       A.   I am not.
10       Q.   Okay.  And it's your
11  testimony that contractual -- claims under
12  contractual indemnity claims would be
13  Class 6 claims; is that right?
14       A.   Yes, assuming they relate
15  to asbestos, you know, personal injury
16  claims.
17       Q.   Okay.  To the extent that
18  an insurer was asserting a right through a
19  contractual indemnity by way of
20  subrogation, would that also be a Class 6
21  claim?
22       A.   I believe it is, yes.
23            MR. SCHIAVONI:  Thank you,
24       that's all I have.
```