### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

### NOTICE OF WITHDRAWAL OF DOCUMENT ENTERED IN ERROR
### (RE: DOCKET NO. 22147)

PLEASE TAKE NOTICE that on June 17, 2009, the Motion and Order for Admission Pro Hac Vice of Tara V. Trevorrow, Esquire (docket entry number 22147), was entered in error and is hereby withdrawn.

Dated: June 17, 2009                              FERRY, JOSEPH & PEARCE, P.A.

                                                                     /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel:  (302) 575-1555
*Local Counsel for the Official Committee of Asbestos Property Damage Claimants*