**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**CERTAIN INSURERS' NOTICE OF DESIGNATIONS**
**WITH RESPECT TO THE DEPOSITION OF DAVID T. AUSTERN**

The insurers indicated in the signature blocks to this pleading (collectively, "Certain Insurers"), by and through their respective undersigned attorneys, hereby designate the attached excerpts from the transcript of the deposition of David T. Austern, taken on May 15, 2009 (the "Deposition Transcript"), together with any pertinent exhibits thereto, which may be offered in evidence in connection with the Phase I Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure.[1] Certain Insurers reserve the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any. Certain Insurers further reserve the right to use any part of the Deposition Transcript, even if it is not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness. Finally, Certain Insurers reserve the right to call the witness at trial to supplement the deposition testimony designated herein.

---

[1] A copy of the entire Deposition Transcript in electronic format, marked with Certain Insurers' designations, will be provided to Plan Proponents on disk for their use in marking any counter-designations they may wish to submit.

An excerpted copy of the Deposition Transcript, together with pertinent exhibits, is attached as Exhibit "A" hereto, with the portions designated by Certain Insurers marked in green.

Dated: June 18, 2009
Wilmington, Delaware

| DRINKER BIDDLE & REATH LLP | STEVENS & LEE, P.C. |
|---|---|
| /s/ David P. Primack | /s/ John D. Demmy. |
| Warren T. Pratt (4334) | John D. Demmy (DE Bar No. 2802) |
| David P. Primack (4449) | 1105 North Market Street |
| 1100 N. Market Street, Suite 1000 | 7th Floor |
| Wilmington, DE 19801-1254 | Wilmington, DE 19801 |
| Telephone: 302-467-4200 | Telephone: (302) 425-3308 |
| | Facsimile: (610) 371-8515 |
| - and - | Email: jdd@stevenslee.com |
| Michael F. Brown (*pro hac vice*) | -and- |
| Jeffrey M. Boerger (*pro hac vice*) | |
| One Logan Square | Leonard P. Goldberger |
| Philadelphia, PA 19103-6996 | Marnie E. Simon |
| Telephone: 215-988-2700 | (Members of the PA Bar) |
| | 1818 Market Street |
| *Attorneys for Government Employees* | 29th Floor |
| *Insurance Company, Republic Insurance* | Philadelphia, PA 19103-1702 |
| *Company n/k/a Starr Indemnity &* | Telephone: (215) 751-2864/2885 |
| *Liability Company, and Seaton Insurance* | Facsimile: (610) 371-7376/8505 |
| *Company* | Email: lpg@stevenslee.com |
| | Email: mes@stevenslee.com |
| | *Attorneys for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft* |

CONOLLY BOVE LODGE & HUTZ LLP

 /s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
Telephone: (302) 658-9141
Facsimile: (302) 658-0380

OF COUNSEL:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II
Laura G. Stover
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C.  20006
Telephone: (202) 659-6600
Facsimile: (202) 659-6699

WILEY REIN LLP
Richard A. Ifft
Karalee C. Morell
1776 K Street, N.W.
Washington, D.C.  20006
Telephone: (202) 719-7170
Facsimile: (202) 719-7049

*Attorneys for Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

ROSENTHAL, MONHAIT & GODDESS, P.A.

 /s/ Edward B. Rosenthal
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
Facsimile: (302) 658-7567

-and-

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Michael S. Giannotto (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

-and-

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza
23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

*Attorneys for Continental Casualty Company and Continental Insurance Company and related subsidiaries and affiliates*

| | |
|---|---|
| BIFFERATO GENTILOTTI, LLC | COZEN O'CONNOR |
| /s/ Garvan F. McDaniel | /s/ Barry Klayman |
| Garvan F. McDaniel (#4167) | Barry M. Klayman (DE No. 3676) |
| 800 N. King Street-Plaza Level | 1201 N. Market Street |
| Wilmington, DE 19801 | Suite 1400 |
| Telephone: (302) 429-1900 | Wilmington, DE 19801 |
| Facsimile: (302) 429-8600 | Telephone: (302) 295-2035 |
| | Facsimile: (215) 701-2209 |
| - and - | |
| | - and - |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | William P. Shelley (PA ID 40875) |
| Carl. J. Pernicone | Jacob C. Cohn (PA ID 54139) |
| 150 East 42nd Street | Ilan Rosenberg (PA ID 89668) |
| New York, New York 10017 | 1900 Market Street |
| Telephone: (212) 490-3000 | Philadelphia, PA 19103 |
| | Telephone: (215) 665-2000 |
| - and - | Facsimile: (215) 665-2013 |
| O'MELVENY & MYERS LLP | *Attorneys for Federal Insurance Company* |
| Tancred V. Schiavoni | |
| Gary Svirsky | |
| 7 Times Square | |
| New York, New York 10036 | |
| Telephone: (212) 326-2000 | |
| | |
| *Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company* | |

- 4 -

| | |
|---|---|
| TUCKER ARENSBERG | MESSANA ROSNER & STERN LLP |
| /s/ Michael A. Shiner | /s/ Frederick B. Rosner |
| Michael A. Shiner, *pro hac vice* | Frederick B. Rosner (DE #3995) |
| 1500 One PPG Place | 1000 N. West Street |
| Pittsburgh, PA 15222-5401 | Suite 1200 |
| Telephone: (412) 566-1212 | Wilmington, DE 19801 |
| Facsimile: (412) 594-5619 | Telephone: (302) 777-1111 |
| Email: mshiner@tuckerlaw.com | Facsimile: (302) 295-4801 |
| -and- | - and- |
| MENDES & MOUNT, LLP | SONNENSCHEIN NATH & ROSENTHAL LLP |
| Eileen T. McCabe, *pro hac vice* | Robert B. Millner |
| 750 Seventh Avenue | Christopher E. Prince |
| New York, NY 10019 | 233 S. Wacker Drive |
| Telephone: (212)261-8254 | Suite 7800 |
| Facsimile: (302)235-2536 | Chicago, Illinois 60606 |
| Email: eileen.mccabe@mendes.com | Telephone: (312) 876-8000 |
| -and- | Facsimile: (312) 876-7934 |
| John S. Spadaro (No. 3155) | *Attorneys for General Insurance Company of America* |
| 724 Yorklyn Road | |
| Suite 375 | |
| Hockessin, DE 19707 | |
| Telephone: (302) 235-7745 | |
| Facsimile: (302) 235-2536 | |
| Email: jspadaro@johnsheehanspadaro.com | |
| *Attorneys for AXA Belgium as successor to Royal Belge SA* | |