IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | **Re: Docket No. 22123 and 22148** |

**SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 22, 23, 24, 2009, AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN **NOON ON JUNE 18, 2009** AND
OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

## PHASE I CONFIRMATION:

1.    First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of
W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury
Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee
of Equity Security Holders Dated February 27, 2009 [Filed: 2/27/09] (Docket No. 20872)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Debtors' Disclosure Statement for the First Amended Joint Plan of
        Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co.,
        et al., The Official Committee of Asbestos Personal Injury Claimants, the
        Asbestos PI Future Claimants' Representative, and the Official Committee of
        Equity Security Holders Dated February 27, 2009 [Filed: 2/27/09] (Docket No.
        20873)

b.      Exhibit Book to First Amended Joint Plan of Reorganization and Disclosure
        Statement as of February 27, 2009 [Filed: 2/27/09] (Docket No. 20874)

c.      Corrected Exhibit 25 to Exhibit Book to First Amended Joint Plan of
        Reorganization [Filed: 2/28/09] (Docket No. 20877)

d.      Second Corrected Exhibit 12 to Exhibit Book to First Amended Joint Plan of
        Reorganization [Filed: 3/5/09] (Docket No. 20919)

e.      Debtors' Plan Supplement to the First Amended Joint Plan of Reorganization
        Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the
        Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI
        Future Claimants' Representative, and the Official Committee of Equity Security
        Holders Dated February 27, 2009 [Filed: 5/8/09] (Docket No. 21594)

f.      Notice of Filing Amended Item 3 to Debtors' Plan Supplement to the First
        Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code
        of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury
        Claimants, The Asbestos PI Future Claimants' Representative, and the Official
        Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/15/09]
        (Docket No. 21706)

g.      Declaration of Kevin A. Martin Certifying Tabulation of Ballots Regarding Vote
        on First Amended Joint Plan of Reorganization [Filed: 6/8/09] (Docket No.
        22020)

h.      [Signed] Third Amended Case Management Order Related to the First Amended
        Joint Plan of Reorganization [Filed: 5/5/09] (Docket No. 21544)

Response Deadline: May 20, 2009

Responses Received:

a.      Texas Comptroller's Objection to First Amended Joint Plan of Reorganization
        [Filed: 4/16/09] (Docket No. 21291)

b.     Letter Response of Joseph W. Parry-Hill Jr. to Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/7/09] (Docket No. 21567)

c.     Objection of the Michigan Department of Treasury to the First Amended Joint Plan of Reorganization for W. R. Grace & Co., and Its Affiliates Under Chapter 11 of the Bankruptcy Code [Filed: 5/11/09] (Docket No. 21611)

d.     Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Final Objection to Confirmation of the "First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009" [Filed: 5/15/09] (Docket No. 21707)

e.     Objection to Morgan Stanley Senior Funding, Inc. to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/19/09] (Docket No. 21752)

f.     Limited Objection of Tyco Healthcare Group LP d/b/a Covidien to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21760)

g.     ERISA Plaintiffs' Limited Protective Objection to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21762)

h.     Final Objections of OneBeacon America Insurance Company and Seaton Insurance Company to Confirmation of Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21763)

i.     Zurich Insurance Company and Zurich International (Bermuda) LTD.'s Objection to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21764)

j.     Objections of Allstate Insurance Company to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the

Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21767)

k.   Objections of BNSF Railway Company to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21769)

l.   Federal Insurance Company's Objections to the First Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21770)

m.   Final Objections of Government Employees Insurance Co. and Republic Insurance Company N/K/A Starr Indemnity & Liability Company to Confirmation of Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21771)

n.   Objection of Edwards Judgment Claimants to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21773)

o.   Objection of the Scotts Company LLC to Confirmation of First Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21775)

p.   Objection of General Insurance Company of America to W. R. Grace & Co. First Amended Joint Plan of Reorganization and Joinder in Objections By Other Insurers [Filed: 5/20/09] (Docket No. 21776)

q.   Objection of Certain AIU Insurers to the Debtors' First Amended Joint Plan of Reorganization Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21777)

r.   Objection of Longacre Master Fund, LTD. and Longacre Capital Partners (QP), L.P., to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21778)

s.   Objection of National Union Fire Insurance Company of Pittsburgh, PA. to Confirmation of the First Amended Joint Plan of Reorganization Dated February 27, 2009 and Joinder [Filed: 5/20/09] (Docket No. 21779)

t.   Disputed Classification Declaration [Filed: 5/20/09] (Docket No. 21780)

u.   Final Phase I and Non-Surety Claim Related Phase II Objections of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Allianz Aktiengesellschaft to Confirmation of the First Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21781)

v.  Anderson Memorial Hospital's Objections to Confirmation of Debtors' First Amended Joint Plan [Filed: 5/20/09] (Docket No. 21782)

w.  Maryland Casualty Company's Objection to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21783)

x.  The State of Montana's Brief in Opposition to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21785)

y.  Bank Lender Group's Objection to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 5/20/09] (Docket No. 21789)

z.  Objection of the Official Committee of Unsecured Creditors to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21790)

aa.  Phase II "Surety Claim" Related Objections of Firemen's Fund Insurance Company, as a Creditor, to Confirmation of the First Amended Plan of Reorganization [Filed: 5/20/09] (Docket No. 21791)

bb.  City of Vancouver's Joinder in Anderson Memorial Hospital's Objection to Debtors' First Amended Joint Plan [Filed: 5/20/09] (Docket No. 21792)

cc.  School District 68 Nanaimo-Ladysmith's Joinder in Anderson Memorial Hospital's Objection to Debtors' First Amended Joint Plan [Filed: 5/20/09] (Docket No. 21793)

dd.  Final Plan Objections of CNA Companies to the First Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21794)

ee.  Objection of Garlock Sealing Technologies, LLC to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21795)

ff.  [Filed Under Seal] Travelers Casualty and Surety Company's Final Objections to Confirmation of First Amended Joint Plan of Reorganization Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21796)

gg.  Acting United States Trustee's Objection to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21797)

hh.  Joinder in Plan Objections of Other Insurers [Filed: 5/20/09] (Docket No. 21800)

ii.  Objection of Certain London Market Insurance Companies to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/20/09] (Docket No. 21801)

jj.  Joinder to Plan Objections [Filed: 5/20/09] (Docket No. 21802)

kk.  AXA Belgium's Objections to the First Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21803)

ll.  Libby Claimants' Objection to First Amended Joint Plan of Reorganization [Filed; 5/20/09] (Docket No. 21811)

  (i)  [Signed] Modified Order Approving Motion for Leave to Exceed Page Limit Rule for Libby Claimants' Objection to Debtors' First Amended Joint Plan of Reorganization [Filed: 5/26/09] (Docket No. 21859)

mm.  Arrowood Indemnity Company, F/K/A Royal Indemnity Company's Objections to Debtors' Amended Joint Plan of Reorganization [Filed: 5/20/09] (Docket No. 21814)

nn.  Arrowood's Phase II Objections to the Non-Debtor Release and Exculpation Provisions and the Injunction Impairing Its Rights of Contribution, Subrogation and Reimbursement that are Contained in the Amended Joint Plan of Reorganization [Filed: 5/21/09] (Docket No. 21815)

  (i)  Notice of Filing of Exhibits to Arrowood's Phase II Objections to the Non-Debtor Release and Exculpation Provisions and the Injunction Impairing Its Rights of Contribution, Subrogation and Reimbursement that are Contained in the Amended Joint Plan of Reorganization [Filed: 5/22/09] (Docket No. 21838)

oo.  Arrowood Indemnity Company's Joinder to Objections of Other Parties Regarding Phase I and Phase II Issues of Amended Joint Plan of Reorganization [Filed: 5/26/09] (Docket No. 21867)

pp.  Limited Objection and Reservation of Rights of the St. Paul Companies to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/27/09] (Docket No. 21876)

qq.    Summary of Libby Claimants' Objection to First Amended Joint Plan of
Reorganization [Filed: 6/2/09] (Docket No. 21952)

rr.    Joinder of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Riunione
Adriatica Di Sicurta, and Allianz SE, F/K/A Alllianz Aktiengesellschaft to
Confirmation objections with Respect to the First Amended Joint Plan of
Reorganization [Filed: 6/4/09] (Docket No. 21975)

Objectors Phase I Trial Briefs:

a.    Phase I Trial Brief of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A
Riunione Adriatica Di Sicurta, and Allianz Se, F/K/A Allianz Aktiengesellschaft
Pursuant to Third Amended Case Management Order [Filed: 6/1/09] [Docket No.
21929]

b.    General Insurance Company of America's Trial Brief (Phase I) and Exchange of
Exhibits (Phase I) [Filed: 6/1/09] (Docket No. 21930)

c.    Trial Brief in Support of Federal Insurance Company's Objections to the First
Amended Joint Plan of Reorganization (Phase I) [Filed: 6/1/09] (Docket No.
21931)

d.    Compendium of Exhibits with Respect to Phase I Trial Brief of Fireman's Fund
Insurance Company S.P.A., F/K/A Riunione Adriatica Di Sicurta, and Allianz SE,
F/K/A Allianz Aktiengesellschaft Pursuant to Third Amended Case Management
Order [Filed: 6/1/09] (Docket No. 21936)

e.    Phase I Trial Brief for CNA Companies [Filed: 6/1/09] (Docket No. 21938)

(i)    Exhibits to Phase I Trial Brief for CNA Companies [Filed: 6/1/09]
(Docket No. 21942)

f.    Joinder of Zurich Insurance Company and Zurich International (Bermuda) LTD.
to the Phase I Trial Brief for CNA Companies and in Support of Their Phase I
Objection to Confirmation of the First Amended Joint Plan of Reorganization
[Filed: 6/1/09] (Docket No. 21939)

g.    Joinder of Certain AIU Insurers to Trial Briefs Supporting Their Phase I
Objections to the Debtors' First Amended Joint Plan of Reorganization [Filed:
6/1/09] (Docket No. 21940)

h.    Maryland Casualty Company's Statement in Lieu of Brief in Support of Its
Objection to First Amended Joint Plan of Reorganization Under Chapter 11 of the
Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of
Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'
Representative, and the Official Committee of Equity Security Holders Dated
February 27, 2009 [Filed: 6/1/09] (Docket No. 21941)

i.    Phase I Trial Brief of Government Employees Insurance Co., Republic Insurance
Company N/K/A Starr Indemnity & Liability Company, and Seaton Insurance
Company in Opposition to Confirmation of Amended Joint Plan of
Reorganization [Filed: 6/1/09] (Docket No. 21943)

j.    AXA Belgium's Phase I Trial Brief [Filed: 6/1/09] (Docket No. 21944)

        (i)    Exhibits with Respect to AXA Belgium's Phase I Trial Brief Pursuant to Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization [Filed: 6/2/09] (Docket No. 21962)

k.    Arrowood's Phase I Trial Brief Objecting to the Amended Joint Plan's Non-Debtor Release and Exculpation Provisions and the Injunction that Impair Arrowood's Rights of Contribution, Subrogation and Reimbursement [Filed: 6/1/09] (Docket No. 21945)

l.    Arrowood's Phase I Trial Brief Objection to the Plan Proponents' First Amended Joint Plan of Reorganization [Filed: 6/2/09] (Docket No. 21946)

Plan Proponents' Phase I Trial Briefs:

a.    Plan Proponents' Phase I Consolidated Phase I Brief in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 6/9/09] (Docket No. 22021)

        (i)    [Signed] Order Granting Plan Proponents' Motion for Leave to Exceed Brief Page Limitation with Respect to Their Consolidated Phase I Brief in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 6/9/09] (Docket No. 22026)

b.    Notice of Filing and Service of Debtors' Chart Summarizing Final Objections to Its First Amended Joint Plan of Reorganization [Filed: 6/16/09] (Docket No. 22129)

c.    Notice of Plan Proponents' Substantive Objections to Trial Exhibits [Filed: 6/16/09] (Docket No. 22127)

*[Remainder of Page Intentionally Left Blank]*

Status: This matter will go forward.

Dated: June _18_, 2009

                                   KIRKLAND & ELLIS LLP
                                   David M. Bernick, P.C.
                                   Theodore L. Freedman
                                   Citigroup Center
                                   601 Lexington Avenue
                                   New York, NY 10022-4611
                                   (212) 446-4800

                                   -and–

                                   PACHULSKI STANG ZIEHL & JONES LLP

                                   Laura Davis Jones (Bar No. 2436)
                                   James E. O'Neill (Bar No. 4042)
                                   Kathleen P. Makowski (Bar No. 3648)
                                   Timothy P. Cairns (Bar No. 4228)
                                   919 North Market Street, 17th Floor
                                   Wilmington, DE  19801
                                   Telephone:  (302) 652-4100
                                   Facsimile:  (302) 652-4400

                                   Co-Counsel for the Debtors and Debtors in Possession