IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: June 29, 2009 at 10:30 a.m. |
| | ) | Objection Deadline: June 25, 2009 at 4:00 p.m. |
| | ) | Related Docket No. 22082 |

**NOTICE OF HEARING REGARDING MOTION OF BNSF RAILWAY COMPANY TO QUASH NOTICE OF DEPOSITION OF BNSF PHASE II WITNESSES FILED BY ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY (DOCKET NO. 22017)**

PLEASE TAKE NOTICE that on June 12, 2009, the undersigned counsel filed and served the **Motion of BNSF Railway Company to Quash Notice of Deposition of BNSF Phase II Witnesses Field by Arrowood Indemnity Company f/k/a Royal Indemnity Company** (the "Motion") (Docket No. 22082).

PLEASE TAKE FURTHER NOTICE that a **telephonic hearing** on the Motion will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge on **June 29, 2009 at 10:30 A.M. (Eastern Time)**, United States Bankruptcy Court for the District of Delaware.

You are required to file a response to the attached Motion on or before **June 25 2009 at 4:00 p.m. (Prevailing Eastern Time).** At the same time, you must also serve a copy of the response upon the undersigned.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE EMERGENCY MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

-1-

#11138637 v1

Dated: June 18, 2009  
Wilmington, DE

PEPPER HAMILTON LLP

<u>/s/ John H. Schanne II</u>
Evelyn J. Meltzer (DE 4581)
John H. Schanne II (DE 5260)
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 777-6511

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000/ Fax: (215) 981-4750

Counsel for BNSF Railway Company