-3-

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, do hereby certify that on the 18th day of June, 2009, I did serve **Notice of Hearing Regarding Motion Of BNSF Railway Company To Quash Notice Of Deposition Of BNSF Phase II Witnesses Filed By Arrowood Indemnity Company f/k/a Royal Indemnity Company** by causing a true and correct copy thereof to be served by hand delivery upon the entities listed on **Exhibit A**, attached hereto, and by facsimile and first class mail, postage prepaid, upon the entities listed on **Exhibit B**, attached hereto.

/s/ John H. Schanne, II
John H. Schanne (DE No. 5260)

-4-

**EXHIBIT A – SERVICE BY HAND DELIVERY**

Laura Davis Jones/James E. O'Neil
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899
(Counsel to Debtors)

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
(Counsel to Asbestos PI Committee)

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(Counsel to Asbestos PD Committee)

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19899-1397
(Counsel to Equity Committee)

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel for David T. Austern)

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Counsel to Sealed Air Corporation)

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(Counsel to Macerich Fresno LP)

Office of the U.S. Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

Garvan F. McDaniel, Esquire
Bifferato Gentiolotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**EXHIBIT B – SERVICE BY FACSIMILE AND FIRST CLASS MAIL**

Debtors
c/o David B. Bernick, P. C.
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
1553 East 53rd Street
New York, NY  10022
Fax: (212) 446-4900

W.R. Grace & Co.
Attn: General Counsel
7500 Grace Drive
Columbia, MD 21044
Fax: (410) 531-4545

Carl Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY  10019-5639
Fax: 212.490.3038

Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
Fax: 212-326-2061

Asbestos PI Committee
c/o Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC  20005
Fax: (202) 862-3301

Asbestos PI Committee
c/o Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY  10152-3500
Fax: (212) 644-6755

David T. Austern
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
Fax: (703) 205-6249

Asbestos PI Future Claimants' Representative
c/o Roger Frankel, Esquire
Orrick, Herrington & Sutcliffe LIP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Fax: (202) 339-8500

Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC 29401
Fax:  (843) 953-7570

Asbestos PD Future Claimants' Representative
c/o Alan B. Rich, Esquire
Attorney and Counselor
1401 Elm Street, Suite 4620
Dallas, TX 75202-3909
Fax: (214) 749-0325

-6-

| | |
|---|---|
| Official Committee of Property Damage Claimants<br>c/o Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Mindy A. Mora, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod, LLP<br>First Union Financial Center<br>200 S. Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Fax: (305) 374-7593 | Official Committee of Unsecured Creditors<br>c/o Lewis Kruger, Esquire<br>Arlene Krieger, Esquire<br>Kenneth Pasquale, Esquire<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Fax: (212) 806-6006 |
| Sealed Air Corporation<br>Attn: General Counsel<br>200 Riverfront Boulevard<br>Elmwood, NJ 07407<br>Fax: (201) 703-4113 | Sealed Air Corporation<br>c/o D. J. Baker, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Fax: (212) 735-2000 |
| Fresenius Medical Care North America<br>Attn: General Counsel<br>Corporate Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02420-9192<br>Fax: (781) 402-9700 | Fresenius Medical Care North America<br>c/o David S. Rosenbloom. Esquire<br>McDermott Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606<br>Fax: (312) 984-7700 |
| Equity Committee<br>c/o Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Fax: (212) 715-8000 | |