IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 21747, 21905, 22011** |

**DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL**

Debtors, in accordance with Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1, hereby designate additional items to be included in the record for the appeal of the Official Committee of Unsecured Creditors of W.R. Grace & Co., et al. (the "Committee") from the May 19, 2009 Order and Memorandum Opinion Sustaining Debtors' Objection to Unsecured Claims Insofar as Claims Include Postpetition Interest at the Contract Default Rate of the United States Bankruptcy Court for the District of Delaware [Docket No. 21747].

## Additional Items From the Bankruptcy Court
## Docket to be Included in the Record on Appeal

| Date | Bankruptcy Dkt. No. | Description |
|---|---|---|
| 6/13/2008 | 18922 | Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999.<br><br>(Attachments: #1 Notice, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Exhibit D, #6 Exhibit E, #7 Proposed Form of Order, #8 Certificate of Service and Service List)[1] |
| 8/7/2008 | 19245 | Certification of Counsel Submitting Stipulated Scheduling Order Relating to the Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 |
| 8/26/2008 | 19383 | Certification of Counsel Regarding Scheduling Order for Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 |
| 9/5/2008 | 20476 | Brief in Support of Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999<br><br>(Attachments: #1 Exhibit A #2 Exhibit B #2 Exhibit C #4 Exhibit D #5 Exhibit E #6 Exhibit F #7 Affidavit of Service and Service Lists)[2] |
| 10/17/2008 | 19779 | Creditors' Committee's Objection to the Debtors' Motion for an Order Approving Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief |

---

[1] Exhibits were not included in Creditors' Committee's designation.

[2] Exhibits were not included in Creditors' Committee's designation.

DOCS_DE:149599.1

| | | |
|---|---|---|
| 10/17/2008 | 19786 | Bank Lender Group's Objection to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief |
| 10/17/2008 | 19790 | Joinder in the Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief |
| 10/23/2008 | 19847 | Letter Enclosing Transcript and Exhibits Relating to the Contested Hearing on Debtors Objection to Claims Asserted Under the Debtors Credit Agreements Dated as of May 14, 1998 and May 5, 1999 |
| 10/23/2008 | 19848 | Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief |
| 10/27/2008 | 19891 | Transcript of hearing held on October 20, 2008 |
| 11/13/2008 | 20006 | Amended Transcript of hearing held on October 27, 2008 |
| 12/2/2008 | 20167 | Transcript of hearing held on November 14, 2008 |
| 12/2/2008 | 20170 | Transcript of hearing held on November 24, 2008 |
| 12/22/2008 | 20308 | Creditors' Committee's Preliminary Objection to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders, Dated November 10, 2008 |
| 12/22/2008 | 20315 | Bank Lender Group's Preliminary Objection to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 12/24/2008 | 20358 | Rule 2019 Statement (Amended and Restated) |
| 12/29/2008 | 20371 | Transcript of hearing held on December 15, 2008 |

| | | |
|---|---|---|
| 1/13/2009 | 20514 | Bank Lender Group's Objection to Plan Proponents' Proposed Amendments to Case Management Order |
| 1/5/2009 | 20417 | Response of the Official Committee of Unsecured Creditors to the Plan Proponents' Designation of Confirmation Issues |
| 2/2/2009 | 20648 | Transcript of hearing held on January 26, 2009 |
| 2/3/2009 | 20666 | First Amended Chapter 11 Plan of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 3, 2009 |
| 2/3/2009 | 20667 | Amended Disclosure Statement for the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders, Dated as of February 3, 2009 |
| 2/3/2009 | 20668 | Exhibit Book to (1) First Amended Chapter 11 Plan and (2) Amended Disclosure Statement for the First Amended Joint Plan of Reorganization |
| 2/4/2009 | 20671 | Certification of Counsel Regarding Blacklines of Proposed Confirmation and Solicitation Procedures for First Amended Joint Plan of Reorganization |
| 2/4/2009 | 20676 | Certification of Counsel Regarding Blacklines of First Amended Plan of Reorganization, Disclosure Statement and Exhibit Book |
| 2/27/2009 | 20866 | Notice of Filing of Amended Proposed Confirmation and Solicitation Procedures for First Amended Joint Plan of Reorganization |
| 2/27/2009 | 20872 | First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos Pi Future Claimants Representative, and The Official Committee of Equity Security Holders Dated February 27, 2009 |

DOCS_DE:149599.1

| Date | Doc # | Description |
|---|---|---|
| 2/27/2009 | 20873 | Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of February 27, 2009 |
| 2/27/2009 | 20874 | Exhibit Book to the First Amended Joint Plan of Reorganization (Attachments: #1 Exhibit #2 Exhibit #3 Exhibit #4 Exhibit #5 Exhibit #6 Exhibit #7 Exhibit #8 Exhibit #9 Exhibit #10 Exhibit #11 Exhibit #12 Exhibit #13 Exhibit #14 Exhibit #15 Exhibit #16 Exhibit #17 Exhibit #18 Exhibit #19 Exhibit #20 Exhibit #21 Exhibit #22 Exhibit #23 Exhibit #24 Exhibit #25 Exhibit #26 Exhibit #27 Exhibit #28 Exhibit #29 Exhibit #30 Exhibit #31 Exhibit #32 Exhibit #33 Table of Contents) |
| 2/28/2009 | 20877 | Corrected Exhibit 25 to Exhibit Book to First Amended Joint Plan of Reorganization |
| 3/3/2009 | 20905 | Corrected Exhibit 12 to Exhibit Book to the First Amended Joint Plan of Reorganization |
| 3/5/2009 | 20919 | Second Corrected Exhibit 12 to the Exhibit Book to the First Amended Joint Plan of Reorganization |
| 3/9/2009 | 20936 | Transcript of hearing held on February 23, 2009 |
| 3/9/2009 | 20944 | Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief. |
| 3/13/2009 | 21002 | Bank Lender Group's Preliminary Witness Disclosure |
| 3/13/2009 | 20997 | Rule 2019 Statement (Second Amended and Restated) |
| 3/13/2009 | 20998 | Exhibit --The Official Committee Of Unsecured Creditors Preliminary Witness Disclosure |
| 3/25/2009 | 21104 | Transcript of hearing held on March 9, 2009 |

DOCS_DE:149599.1

| | | |
|---|---|---|
| 5/8/2009 | 21579 | Bank Lender Group's Limited Objection To Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of Confirmation Hearing |
| 5/15/2009 | 21715 | Disclosure Affidavit The Official Committee of Unsecured Creditors' Final Witness Disclosure for "Phase I" Matters |
| 5/20/2009 | 21789 | Objection of Bank Lender Group to Confirmation of First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 5/20/2009 | 21790 | Objection of The Official Committee Of Unsecured Creditors To Confirmation Of The First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants Representative, And The Official Committee Of Equity Security Holders, Dated February 27, 2009 |
| 6/2/2009 | 21959 | Motion of the Official Committee of Unsecured Creditors to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization |
| 6/2/2009 | 21960 | Motion of the Official Committee Of Unsecured Creditors For Leave From The Courts Scheduling Order And Shortening The Notice Period With Respect To The Creditors Committees Motion To Modify Third Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization |
| 6/3/2009 | 21972 | Motion to Amend Motion to Modify The Third Amended Case Management Order Related To The First Amended Joint Plan Of Reorganization |
| 6/4/2009 | 21987 | Order Granting Motion for Leave from this Court's Scheduling Order so as to Shorten Notice and Expedite Consideration of Bank Lender Group's Motion to Modify the Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization |
| 6/9/2009 | 22021 | Plan Proponents' Consolidated Phase I Brief in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |

DOCS_DE:149599.1

| Date | Doc # | Description |
|---|---|---|
| 6/11/2009 | 22056 | Plan Proponents' Response In Opposition to Motions of the Lenders and Unsecured Creditors' Committee to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization |
| 6/11/2009 | 22058 | Order Granting Motion for Leave from Scheduling Order and Shortening Time Periods on Motion of Official Committee of Unsecured Creditors to Modify Third Amended Case Management Order Related to First Amended Joint Plan of Reorganization |
| 6/12/2009 | 22084 | Notice of Service of The Official Committee of Unsecured Creditors Witness Disclosure List for "Phase II" Matters |
| 6/15/2009 | 22119 | Motion for Leave of Bank Lender Group to File a Reply to Plan Proponents' Response in Opposition to Motions to Modify the Third Case Management Order Related to the First Amended Joint Plan of Reorganization |
| 6/16/2009 | 22133 | Notice of Service of Bank Lender Group's Witness Disclosure for Phase II Matters |
| 6/16/2009 | 22135 | Joinder of the Official Committee of Unsecured Creditors to the Bank Lender Group's Motion for Leave to File a Reply to Plan Proponents Response in Opposition to Motions to Modify the Third Case Management Order Related to the First Amended Joint Plan of Reorganization |
| TBD | TBD | Transcript of hearing held on June 18, 2009 |

DOCS_DE:149599.1

Dated: June 18, 2009

Respectfully submitted,

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Theodore L. Freedman
        Eric F. Leon
        Craig A. Bruens
        601 Lexington Avenue
        New York, NY 10022
        (212) 446-4800

        and

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Kathleen P. Makowski*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill, III (Bar No. 4042
        Kathleen P. Makowski (Bar No. 3648)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705
        (302) 652-4100

        Co-Counsel for the Debtors and Debtors in Possession