# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No.** _____ |
| | ) | |

## ORDER GRANTING MOTION OF THE PLAN PROPONENTS TO STRIKE EXPERT REPORTS AND EXCLUDE TESTIMONY OF TERRY SPEAR

Upon consideration of the Plan Proponents' joint motion to strike the expert reports and exclude the testimony of Dr. Terry M. Spear (the "Motion"), and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted.

Dated: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge