IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Nixon Fork Mining, Inc.** | **Chapter 7** |
| Debtor(s) | **Case No.:** 99-2379 |
| **Just For Feet, Inc.** | **Chapter 7** |
| Debtor(s) | **Case No.:** 99-4110 |
| **Advanced Glassfiber Yarns, LLC** | **Chapter 11** |
| Debtor(s) | **Case No.:** 02-13615 |
| **USG Corporation** | **Chapter 11** |
| Debtor(s) | **Case No.:** 01-2094 |
| **Federal-Mogul Global** | **Chapter 11** |
| Debtor(s) | **Case No.:** 01-10578 |
| **The Flintkote Company** | **Chapter 11** |
| Debtor(s) | **Case No.:** 04-11300 |
| **W.R. Grace & Co.** | **Chapter 11** |
| Debtor(s) | **Case No.:** 01-1139 |

**ORDER REGARDING JUNE 29, 2009, OMNIBUS HEARINGS - TELEPHONIC ONLY**

**AND NOW,** this **19th** day of **June, 2009**, it is **ORDERED** that all hearings scheduled for June 29, 2009, in Wilmington, Delaware, shall be **TELEPHONIC ONLY.**

It is **FURTHER ORDERED** that all parties who wish to participate in the June 29, 2009, Omnibus Hearings in any of the above cases must register with CourtCall **no later than Noon two (2) business days** prior to the hearings to be able to participate.

It is **FURTHER ORDERED** that counsel for Debtors or Trustees, as applicable, shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

It is **FURTHER ORDERED** that the Hearing Agendas shall reflect the terms of this Order.

_Judith K. Fitzgerald_    **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge