**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**CERTAIN INSURERS' NOTICE OF DESIGNATIONS
WITH RESPECT TO THE DEPOSITION OF JEFFREY POSNER**

**CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO MAY 2009 PROTECTIVE ORDER**

**THE REDACTED VERSION CAN BE FOUND AT DOCKET NO. 22171.**

Dated: June 19, 2009

**DRINKER BIDDLE & REATH LLP**

*/s/ David P. Primack*
Warren T. Pratt (4334)
David P. Primack (4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: 302-467-4200

- and -

Michael F. Brown (*pro hac vice*)
Jeffrey M. Boerger (*pro hac vice*)
One Logan Square
Philadelphia, PA 19103-6996
Telephone: 215-988-2700

*Attorneys for Government Employees
Insurance Company, Republic Insurance
Company n/k/a Starr Indemnity & Liability
Company, and Seaton Insurance Company*