IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related Docket Nos. 19581, 19620 |

## ARROWOOD'S JOINDER TO PLAN PROPONENTS' JOINT EXPEDITED MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. TERRY M. SPEAR.

Arrowood Indemnity Company f/k/a Royal Indemnity Company, through its undersigned counsel, hereby joins the *Plan Proponents' Joint Expedited Motion In Limine to Exclude the Expert Report and Testimony of Dr. Terry M. Spear* [Docket No. 22178].

Dated: June 19, 2009
Wilmington, Delaware

By: _/s/ G. McDaniel_

Garvan F. McDaniel, Esq. (#4167)
BIFFERATO, GENTILOTTI, LLC
800 N. King Street
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000

Tancred V. Schiavoni, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Arrowood Indemnity
Company f/k/a Royal Indemnity Company*

NY1:1783164.1