# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139 |
| Debtor(s) | |
| | Chapter |
| | **Related to Doc. No.** 22170, Notice of Hearing Regarding Motion of BNSF Railway Company to Quash Notice of Deposition of BNSF Phase II Witnesses Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company, Doc. No. 22082, Motion to Quash |

## ORDER WITH RESPECT TO NOTICE OF HEARING FILED AT DOC. 22170 IN THE NATURE OF A MOTION TO SHORTEN

**AND NOW**, this **19th** day of **June, 2009**, it is **ORDERED** that, insofar as the Notice of Hearing filed at Doc. No. 22170 purports to be a request to shorten time with respect to the Motion to Quash filed at Doc. No. 22082, the request to shorten time is **DENIED** and the Notice of Hearing is **stricken** without prejudice.

It is **FURTHER ORDERED** that the Motion to Quash will **not** be heard on June 29, 2009.

It is **FURTHER ORDERED** that counsel for Movant shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*      rmab
Judith K. Fitzgerald
United States Bankruptcy Judge