THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered) |

## NOTICE OF DEPOSITION OF DR. CRAIG MOLGAARD

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Debtors W.R. Grace & Co., et al., ("Grace"), by and through their undersigned attorneys, will take the deposition of **Dr. Craig Molgaard**. The deposition will commence at **9:00 a.m. on June 25, 2009** at the Doubletree Hotel, 100 Madison, Missoula, MT and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths. The testimony will be recorded by stenographic means, and by audio/videotape.

Dated: June 19, 2009

                          KIRKLAND & ELLIS LLP
                          Lisa G. Esayian
                          300 N. LaSalle
                          Chicago, Illinois 60654
                          Telephone: (312) 862-2000
                          Facsimile: (312) 862-2200

                          David M. Bernick, P.C.
                          Theodore L. Freedman
                          Citigroup Center
                          153 East 53rd Street
                          New York, New York 10022-4611
                          Telephone: (212) 446-4800
                          Facsimile: (212) 446-4900

DOCS_DE:149687.1

and

THE LAW OFFICES OF JANET S. BAER P.C.
Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, Illinois 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:149687.1