IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| | ) | Re: Docket Nos.20872, 22021, |
| | ) | 22129 |
| | ) | Hearing: June 22-24, 2009 |
| Debtors. | ) | |

**NOTICE OF FILING AND SERVICE OF
DEBTORS' REVISED CHART SUMMARIZING FINAL OBECTIONS TO ITS FIRST
<u>AMENDED JOINT PLAN OF REORGANIZATION</u>**

Please take notice that in conjunction with the Phase I Confirmation Hearing on the First Amended Joint Plan of Reorganization, set to commence on June 22, 2009, the Debtors are hereby filing and serving the attached revised chart summarizing the final objections filed to its First Amended Joint Plan of Reorganization. The Debtors reserve the right to supplement and amend this chart in conjunction with both Phase I and Phase II of the confirmation hearings.

Dated: June 19, 2009                    Respectfully submitted,

**KIRKLAND & ELLIS LLP**
Theodore L. Freedman
David M. Bernick, P.C.
Deanna Boll
Justin S. Brooks
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

Barbara Harding
655 Fifteenth Street NW
Washington, DC 20002
Telephone: (202) 879-5000
Facsimile: (202) 879-5300

DOCS_DE:149698.1

and

**THE LAW OFFICES OF JANET S. BAER P.C.**
Janet S. Baer, P. C.
70 West Madison Street, Suite 2100
Chicago, IL  60602
Telephone:  (312) 641-2162

and

**PACHULSKI STANG ZIEHL & JONES LLP**

   /s/  James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

,