**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**PHASE I PRE-TRIAL STATEMENT OF**
**GOVERNMENT EMPLOYEES INSURANCE COMPANY, REPUBLIC**
**INSURANCE COMPANY, AND SEATON INSURANCE COMPANY**

Pursuant to the Court's direction, Government Employees Insurance Company ("GEICO"), Republic Insurance Company n/k/a Starr Indemnity & Liability Company ("Republic"), and Seaton Insurance Company ("Seaton") (together, the "Insurers"), by and through their undersigned counsel, hereby submit the following pre-trial statement with respect to Phase I of the Confirmation Hearing on the First Amended Joint Plan of Reorganization proposed by the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 27, 2009 (the "Plan"):

Insurers' Contentions

The Plan fails to preserve important rights and defenses of the Insurers, and is not insurance neutral. Accordingly, the Insurers have standing to appear and object to the Plan at Phase II of the Confirmation Hearing.

Evidence To Be Presented at Phase I

1.   The insurance policies authenticated by the Declaration of Michael J. Powers Regarding Certain Liability Policies Pursuant to the Instructions of the Court Stated on the Record at the Pre-Trial Hearing (D.I. 22192), including the Trial Exhibits

pre-marked as GRS-8 (GEICO Policy No. GXU 30031), GRS-9 (GEICO Policy No. GXU 30152), GRS-10 (GEICO Policy No. 30267), GRS-11 (Republic Policy No. CDE 749), GRS-12 (Republic Policy No. CDE 750), GRS-13 (London Policy No. 79 DD 1633C), GRS-14 (London Policy No. KYO 17582), and GRS-16 (Seaton Policy No. 1-2517).

    2.    The deposition designations, and pertinent exhibits thereto, filed by Certain Insurers (including GEICO, Republic, and Seaton) with respect to the depositions of David T. Austern (D.I. 22158), Richard Finke (D.I. 22161, 22168), Jay Hughes (D.I. 22156), Elihu Inselbuch (D.I. 22177), Peter Van N. Lockwood (D.I. 22157), Mark Peterson (D.I. 22154), and Jeffrey Posner (D.I. 22171, 22182).

    3.    Examination of Peter Van N. Lockwood, if called as a witness;

    4.    The Trial Exhibits pre-marked as GRS-1 through GRS-27, previously submitted to the Court.

Dated: June 21, 2009

/s/ David P. Primack
Warren T. Pratt, Esquire
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801-1254

- and -

Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

*Counsel for GEICO, Republic, and Seaton*