THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline Proposed :** July 13, 2009 Noon, Eastern |
| | ) | **Hearing Date Proposed:** July 20, 2009 at 9:00 a.m. |

Related to Doc. No. 22179

**MODIFIED** ORDER FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON: PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF TERRY M. SPEAR

Upon the motion of the Plan Proponents pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from this Court's Scheduling Order and to shorten the notice period with respect to the *"Plan Proponents' Motion in Limine to Strike the Expert Report and Testimony of Terry Spear"* (the "Motion"); and due and proper notice of the Motion to Shorten having been given; and is appearing that sufficient cause exits for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Plan Proponents are granted leave from the Scheduling Order, and it is further

ORDERED that the notice period with respect to the Motion is shortened so that the objection deadline on the Motion is Noon, prevailing Eastern time, on July 13, 2009; and it is further

ORDERED that the Motion is scheduled for the Phase II pretrial hearing on July 20, 2009 at 9:00 a.m.

**FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

Dated: June 22, 2009

*Judith K. Fitzgerald*
Hon. Judith K. Fitzgerald    rmab
U.S. Bankruptcy Judge