## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | A.   *Jointly Administered* |
| | ) | |

### CERTIFICATE OF SERVICE

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on June 22, 2009, I caused a copy of the foregoing *Motion and Order for Admission Pro Hac Vice of Kevin C. Maclay* to be served upon the individuals listed on the attached service list, via the method indicated.

CAMPBELL & LEVINE, LLC

*/s/ Ayesha S. Chacko*
Ayesha S. Chacko (DE No. 4994)
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947
achacko@camlev.com

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

{D0155906.1 }