IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| . | * | Related Docket No. 21544 |

--------------------------------------------------------x

## NOTICE OF FILING

Please take notice that on June 22, 2009, General Insurance Company of America filed an additional Declaration of James Downey in Support of General Insurance Company's Plan Objection, together with the 1964 Policy attached thereto.

Dated: June 22, 2009

Respectfully submitted,

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
MESSANA ROSNER & STERN LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-777-1111

- and –

Robert B. Millner
Christopher E. Prince
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: 312-876-8000
Facsimile: 312-876-7934
*Counsel for General Insurance Company of America*