# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related D.I. No.: 22193 |

### JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO NOTICE OF DEPOSITION OF DR. CRAIG MOOLGARD

PLEASE TAKE NOTICE that the Official Committee of Asbestos Personal Injury Claimants, by and through the undersigned attorneys, hereby joins the Notice of Deposition of Dr. Craig Moolgard filed by the Debtors W.R. Grace & Co., et al. The deposition will commence at **9:00 a.m. on June 25, 2009** at the Doubletree Hotel, 100 Madison, Missoula, MT and will continue from day to day thereafter until complete. The deposition will be taken before a notary public or some other officer authorized to administer oaths and take testimony, and will be used for all lawful purposes. The testimony will be recorded by stenographic means, and by audio/videotape.

Dated: June 22, 2009

**CAMPBELL & LEVINE, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (#3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

-and-

{D0155901.1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee
of Asbestos Personal Injury Claimants*

{D0155901.1 }