IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: July 13, 2009 @ 4:00 p.m.** |

**MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of compensation sought as actual, reasonable and necessary: | $35,694.00 (80% of $44,617.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: ___**X**___monthly _____ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

**If this is not the first application filed, disclose the following for each prior application:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | $30,672.40 | $2,001.38 |

{D0156004.1 }

| | | | | | |
|---|---|---|---|---|---|
| 4/29/02 | November 1, 2001 through January 31, 2002 | $9,419.50 | $0.00 | $7,535.60 | $0.00 |
| 4/30/02 | September, 2001 | $8,578.00 | $0.00 | 6,862.40 | $00.00 |
| 6/19/02 | February, 2002 through April, 2002 | $41,833.50 | $517.49 | $33,466.80 | $517.49 |
| 8/13/02 | May, 2002 through June, 2002 | $117,704.00 | $6,172.23 | $94,163.20 | $6,172.23 |
| 9/24/02 | July, 2002 | $195,758.00 | $2.792.95 | $156,606.40 | $2,792.95 |
| 9/30/02 | August, 2002 | $144,621.00 | $8,463.96 | $144,621.00 | $8,463.96 |
| 11/14/02 | September 2002 | $136,732.00 | $8,593.16 | $136,732.00 | $8,593.16 |
| 12/3/03 | October, 2002 | $14,390.00 | $0.00 | $14,390.00 | $0.00 |
| 12/30/02 | November, 2002 | $66,388.50 | $0.00 | $66,388.50 | $0.00 |
| 1/28/03 | December, 2002 | $4,370.00 | $0.00 | $4,370.00 | $0.00 |
| 3/31/03 | January, 2003 Through February, 2003 | $2,239.00 | $0.00 | $2,239.00 | $0.00 |
| 7/1/03 | April, 2003 Through May 2003 | $4,044.00 | $0.00 | $4,044.00 | $0.00 |
| 8/5/03 | June, 2003 | $4,804.00 | $0.00 | $4,804.00 | $0.00 |
| 9/2/03 | July, 2003 | $13,125.00 | $0.00 | $13,125.00 | $0.00 |
| 9/29/03 | August, 2003 | $2,182.00 | $0.00 | $2,182.00 | $0.00 |
| 11/3/03 | September, 2003 | $6,451.50 | $0.00 | $6,451.50 | $0.00 |
| 3/1/04 | January, 2004 | $3,660.00 | $0.00 | $3,660.00 | $0.00 |
| 3/30/04 | February, 2004 | $3,000.00 | $0.00 | $3,000.00 | $0.00 |
| 4/23/04 | March, 2004 | $13,552.50 | $0.00 | $13,552.50 | $0.00 |
| 6/2/04 | April, 2004 | $11,797.50 | $0.00 | $9,438.00 | $0.00 |
| 8/23/04 | June, 2004 | $6,180.00 | $0.00 | $4.944.00 | $0.00 |
| 8/30/04 | July, 2004 | $35,115.00 | $492.96 | $28,124.00 | $492.96 |
| 11/29/04 | October, 2004 | $1,455.00 | $0.00 | $1,164.00 | $0.00 |

| 5/2/2005 | March, 2005 | $12,000.00 | $0.00 | $9,600.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |
| 5/25/05 | April, 2005 | $26,430.00 | $0.00 | $21,144.00 | $0.00 |
| 7/1/05 | May, 2005 | $1,807.50 | $0.00 | $1,446.00 | $0.00 |
| 7/29/05 | June, 2005 | $2,017.50 | $216.37 | $1,614.00 | $216.37 |
| 9/29/05 | August, 2005 | $25,462.50 | $0.00 | $20,370.00 | $0.00 |
| 10/31/05 | September, 2005 | $13,350.00 | $0.00 | $10,680.00 | $0.00 |
| 12/1/05 | October, 2005 | $2,700.00 | $0.00 | $2,160.00 | $0.00 |
| 12/28/05 | November, 2005 | $3,735.00 | $0.00 | $2,988.00 | $0.00 |
| 1/31/06 | December, 2005 | $32,707.50 | $0.00 | $26,166.00 | $0.00 |
| 3/2/06 | January, 2006 | $14,280.00 | $0.00 | $11,424.00 | $0.00 |
| 4/3/06 | February, 2006 | $23,597.50 | $0.00 | $18,878.00 | $0.00 |
| 5/3/06 | March, 2006 | $8,835.00 | $0.00 | $7,068.00 | $0.00 |
| 6/5/06 | April, 2006 | $20,475.00 | $0.00 | $16,380.00 | $0.00 |
| 8/1/06 | May, 2006 through June, 2006 | $87,005.00 | $210.00 | $69,604.00 | $210.00 |
| 8/29/06 | July, 2006 | $65,075.00 | $0.00 | $52,060.00 | $0.00 |
| 9/29/06 | August, 2006 | $200,385.00 | $0.00 | $160,308.00 | $0.00 |
| 10/30/06 | September, 2006 | $146,772.50 | $0.00 | $117,418.00 | $0.00 |
| 12/4/06 | October, 2006 | $201,360.00 | $5,350.54 | $161,088.00 | $5,350.54 |
| 12/29/06 | November, 2006 | $311,231.25 | $3,615.25 | $248,985.00 | $3,615.25 |
| 2/1/07 | December, 2006 | $118,867.50 | $208.00 | $95,094.00 | $208.00 |
| 3/8/07 | January, 2007 | $121,422.50 | $0.00 | $97,138.00 | $0.00 |
| 3/29/07 | February, 2007 | $216,294.00 | $0.00 | $173,035.20 | $0.00 |
| 4/30/07 | March, 2007 | $149,599.50 | $0.00 | $119,679.60 | $0.00 |
| 6/4/07 | April, 2007 | $154,591.50 | $0.00 | $123,673.20 | $0.00 |
| 7/2/07 | May, 2007 | $161,990.00 | $0.00 | $129,592.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/6/07 | June, 2007 | $231,052.50 | $12,500.00 | $184,842.00 | $12,500.00 |
| 8/31/07 | July, 2007 | $192,688.00 | $0.00 | $154,150.40 | $0.00 |
| 10/3/07 | August, 2007 | $316,710.00 | $0.00 | $253,368.00 | $0.00 |
| 11/12/07 | September, 2007 | $241,517.00 | $0.00 | $193,213.60 | $0.00 |
| 11/30/07 | October, 2007 | $244,572.50 | $0.00 | $195,658.00 | $0.00 |
| 1/11/08 | November, 2007 | $162,025.00 | $574.38 | $129,620.00 | $574.38 |
| 1/31/08 | December, 2007 | $107,930.00 | $0.00 | $86,344.00 | $0.00 |
| 3/12/08 | January, 2008 | $235,435.00 | $0.00 | $188,348.00 | $0.00 |
| 4/16/08 | February, 2008 | $326,532.50 | $2,773.28 | $261,225.60 | $2,773.28 |
| 4/30/08 | March, 2008 | $275,611.50 | $6,829.54 | $220,489.20 | $6,829.54 |
| 6/3/08 | April, 2008 | $147,542.50 | $0.00 | $118,034.00 | $0.00 |
| 6/30/08 | May, 2008 | $82,580.00 | $0.00 | $66,064.00 | $0.00 |
| 8/7/08 | June, 2008 | $26,760.00 | $0.00 | $21,408.00 | $0.00 |
| 9/3/08 | July, 2008 | $30,122.50 | $0.00 | $24,098.00 | $0.00 |
| 10/3/08 | August, 2008 | $14,842.50 | $0.00 | $11,874.00 | $0.00 |
| N/A | September, 2008 | $3,192.50 | $0.00 | $2,554.00 | $0.00 |
| 12/10/08 | October, 2008 | $19,012.50 | $0.00 | $15,210.00 | $0.00 |
| 1/6/09 | November, 2008 | $22,727.50 | $0.00 | $18,182.00 | $0.00 |
| 2/3/09 | December, 2008 | $30,660.00 | $0.00 | $24,528.00 | $0.00 |
| 3/10/09 | January, 2009 | $86,607.50 | $0.00 | Pending | Pending |
| 4/8/09 | February, 2009 | $72,215.00 | $0.00 | Pending | Pending |
| 5/12/09 | March, 2009 | $110,447.50 | $0.00 | Pending | Pending |
| **6/22/09** | **April, 2009** | **$44,617.50** | **$0.00** | **Pending** | **Pending** |

{D0156004.1}                                4

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD APRIL 1, 2009 TO APRIL 30, 2009**

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---:|---:|---:|
| Mark A. Peterson, Principal, 25+ years | 32.2 | $800.00 | $25,760.00 |
| Dan Relles, Statistician, 28+ years | 39.7 | $475.00 | $18,857.50 |
| Patricia Ebener, Data Consultant, 26+ years | 0 | $335.00 | $0.00 |
| Bill Brelsford, Data Consultant | 0 | $245.00 | $0.00 |
| Totten, Data Consultant | 0 | $200.00 | $0.00 |
| **Total** | **71.9** | | **$44,617.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 4/01/09 through 4/30/09 | Total Fees for the Period 4/01/09 through 4/30/09 |
|---|---:|---:|
| Asset Analysis and Recovery | 0 | $0 |
| Asset Disposition | 0 | $0 |
| Business Operations | 0 | $0 |
| Case Administration | 0 | $0 |
| Claims Analysis Objection & Resolution (Asbestos) | 1 | $475.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0 |
| Committee Administration | 0 | $0 |
| Data Analysis | 57 | $33,932.00 |
| Employee Benefits/Pension | 0 | $0 |
| Employment Applications (applicant) | 0 | $0 |
| Employment Applications (others) | 0 | $0 |
| Fee Applications (applicant) | 0 | $0 |

| | | |
|---|---:|---:|
| Fee Applications (others) | 0 | $0 |
| Financing | 0 | $0 |
| Hearings | 6.5 | $5,200.00 |
| Litigation | 0 | $0 |
| Plan and Disclosure Statement | 7.4 | $5,010.00 |
| Relief from Stay Proceedings | 0 | $0 |
| Tax Issues | 0 | $0 |
| Tax Litigation | 0 | $0 |
| Travel (non-working) | 0 | $0 |
| Valuation | 0 | $0 |
| ZAI Science Trial | 0 | $0 |
| **Totals:** | **71.9** | **$44,617.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period of April 1, 2009 through April 30, 2009 |
|---|---|---:|
| Overnight Courier | Federal Express | $0 |
| Travel | | $0 |
| Conference Calls | | $0 |
| Jury Reports/Verdicts | | $0 |
| Data Acquisition | | $0 |
| **Total:** | | **$0** |

LEGAL ANALYSIS SYSTEMS, INC.

*/s/Mark A. Peterson*
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants

Date:  June 22, 2009

{D0156004.1 }          6