# EXHIBIT 5

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

**ORDER DISALLOWING AND EXPUNGING CERTAIN CLAIMS FILED BY NEUTOCRETE PRODUCTS, INC., NEUTOCRETE SYSTEMS, INC. AND FTF CRAWLSPACE SPECIALISTS, INC.**

This matter coming before the Court on the Debtors' Objections to Certain Claims Filed by Neutocrete Products, Inc., Neutocrete Systems, Inc., and FTF Crawlspace Specialists, Inc. (the "Objection") in the above-captioned bankruptcy cases; the Court having reviewed and considered the Objection the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED THAT

1. The Debtors' Objection to Claim Nos. 8378, 8379 and 8380 are sustained;

2. Claim Nos. 8378, 8379 and 8380 are disallowed end expunged with prejudice; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Wilmington, Delaware

Dated: _____, 2009       _____
                                UNITED STATES BANKRUPTCY JUDGE