## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | |
| **Debtors.** | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: June 29, 2009, 10:30 am ET |
| | ) | Response Deadline: June 12, 2009 |
| | ) | Re: Docket No. 21788 |
| | ) | June 29, 2009 Agenda No. 19 |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER APPROVING STIPULATION BETWEEN DEBTORS AND FIREMAN'S FUND
## INSURANCE COMPANY FOR TEMPORARY ALLOWANCE OF PROOF OF CLAIM
## PURSUANT TO BANKRUPTCY RULE 3018

The Debtors and Fireman's Fund Insurance Company ("Fireman's Fund") have reached agreement and entered into a stipulation pursuant to Bankruptcy Rule 3018, for temporary allowance of Fireman's Fund's proof of claim no. 15175.

1.      Pursuant to the approved Voting Procedures for the Plan (Docket No. 20944), Fireman's Fund filed a motion for temporary allowance of the Claim under Bankruptcy Rule 3018 (Docket No. 21788) (the "Motion").

2.      The Debtors and Fireman's Fund have entered into stipulation (the "Stipulation") that resolves the Motion.

3.      A true and correct copy of the Stipulation and an Order approving the Stipulation are attached hereto marked as Exhibit A.

WHEREFORE, the Debtors respectfully request that the Court enter the attached Order approving the Stipulation.

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore O. Freedman
Marc A. Lewinstein
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Phone: (312) 641-2162
Fax: (312) 641-2165

and

PACHULSKI STANG ZIEHL & JONES LLP

__/s/ James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

2