IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 29, 2009, AT 10:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**NOTE:  HEARING IS TELEPHONIC ONLY (Court Order/Docket No. 22180)**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., two (2) business days before the hearing.**

**CONTINUED MATTERS**

1.     Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

Related Documents:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

a.    [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 5/1/09] (Docket No. 21500)

<u>Response Deadline:</u> April 13, 2007, at 4:00 p.m.

<u>Responses Received:</u>

a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

<u>Status:</u> This matter is continued to July 27, 2009, at 10:30 a.m.

2.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

<u>Related Documents:</u>

a.    [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 4/2/09] (Docket No. 21176)

<u>Response Deadline:</u> September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

<u>Responses Received:</u>

a.    Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.    Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.    Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

<u>Status:</u> This matter is continued to July 27, 2009, at 10:30 a.m.

3.    Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

<u>Related Documents:</u>

a.    [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims

91100-001\DOCS_DE:149267.3    2

Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: July 10, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued until July 27, 2009, at 10:30 a.m.

**RESOLVED MATTERS**

4.    Motion for Approval of Continued Retention of Deloitte Tax LLP as Tax Service
      Providers Under Modified Engagement Letter [Filed: 4/27/09] (Docket No. 21431)

      Related Documents:

      a.    [Proposed] Order Approving Continued Retention of Deloitte Tax LLP as Tax
            Service Providers Under Modified Engagement Letter [Filed: 4/27/09] (Docket
            No. 21431, Docket No. 21431)

      b.    Certification of No Objection Regarding Motion for Approval of Continued
            Retention of Deloitte Tax LLP as Tax Service Providers Under Modified
            Engagement Letter [Filed: 5/18/09] (Docket No. 21739)

      c.    [Signed] Order Approving Continued Retention of Deloitte Tax LLP as Tax
            Service Providers Under Modified Engagement Letter [Filed: 5/27/09] (Docket
            No. 21869)

      Response Deadline: May 15, 2009, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      Status: The Court has entered an Order approving this matter, therefore it will not go
      forward.

5.    Motion of Debtors for Entry of an Order Authorizing Debtors' Entry Into Settlement
      Agreements to Resolve Pending ERISA Litigation [Filed: 4/28/09] (Docket No. 21432)

      Related Documents:

      a.    [Proposed] Order Authorizing Debtors' Entry Into Settlement Agreements to
            Resolve Pending ERISA Litigation [Filed: 4/28/09] (Docket No. 21432)

      b.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order
            Authorizing Debtors' Entry Into Settlement Agreements Debtors' Entry Into
            Settlement Agreements to Resolve Pending ERISA Litigation [Filed: 5/18/09]
            (Docket No. 21740)

      c.    [Signed] Order Authorizing Debtors' Entry Into Settlement Agreements to
            Resolve Pending ERISA Litigation [Filed: 5/26/09] (Docket No. 21860)

      Response Deadline: May 15, 2009, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      Status: The Court has entered an Order approving this matter, therefore it will not go

forward.

6.    Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue Service Relating to the Carryback of Specified Liability Losses [Filed: 4/27/09] (Docket No. 21433)

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to Enter Into the SLL Settlement [Filed: 4/27/09] (Docket No. 21433)

b.    Certification of No Objection Regarding Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue Service Relating to the Carryback of Specified Liability Losses [Filed: 5/18/09] (Docket No. 21741)

c.    [Signed] Order Authorizing the Debtors to Enter Into the SLL Settlement [Filed: 5/26/09] (Docket No. 21863)

Response Deadline: May 15, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The Court has entered an Order approving this matter, therefore it will not go forward.

**CONTESTED MATTERS**

7.    Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

Related Documents:

a.    Affidavit of Ellen A. Presby, Esq. In Support of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538)

b.    [Proposed] Order Granting Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Motion for an Order Modifying the Automatic Stay [Filed: 1/16/09] (Docket No. 20538]

c.    [Signed] Order Scheduling Motion for Supplemental Argument [Filed: 4/27/09] (Docket No. 21408)

Response Deadline: February 6, 2009, at 4:00 p.m. *(extended until February 10, 2008 for the Debtors, CNA and OneBeacon/Seaton)*

Responses Received:

a.    Debtors' Objection to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20703)

b.    Response and Objection of Continental Casualty Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20704)

c.      OneBeacon America Insurance Company's Response to the Motion of Kaneb
        Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an
        Order Modifying the Automatic Stay [Filed: 2/10/09] (Docket No. 20706)

Replies Received:

a.      Reply to Debtors' Objection to the Motion of Kaneb Pipe Line Operating
        Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the
        Automatic Stay [Filed: 3/23/09] (Docket No. 21067)

b.      Kaneb's Reply to: (1) Debtors Response, (2) One Beacon America Insurance
        Company's Response, and (3) Continental Casualty Company's Response to: the
        Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal
        Services, Inc. for an Order Modifying the Automatic Stay [Filed: 3/23/09]
        (Docket No. 21068)

Supplemental Briefing:

a.      [Filed Under Seal] Supplemental Memorandum of Kaneb Pipe Line Operating
        Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for
        Order Modifying the Automatic Stay [Filed: 4/13/09] (Docket No. 21262)

b.      [Filed Under Seal] Further Response and Objection of Continental Casualty
        Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support
        Terminal Services, Inc., for an Order Modifying the Automatic Stay [Filed:
        5/8/09] (Docket No. 21582)

c.      OneBeacon America Insurance Company's and Seaton Insurance Company's
        Response to the Supplemental Memorandum of Kaneb Pipe Line Operating
        Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion
        for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21584)

d.      [Filed Under Seal] Debtors' Response to Supplemental Memorandum of Kaneb
        Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In
        Support of Their Motion for an Order Modifying the Automatic Stay [Filed:
        5/8/09] (Docket No. 21590)

Status: This matter will go forward.

8.      Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services,
        Inc. for an Order Modifying the Automatic Stay: Macon, Georgia Site [Filed: 2/25/09]
        (Docket No. 20846)

Related Documents:

a.      [Proposed] Order Granting Motion of Kaneb Pipe Line Operating Partnership,
        L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic
        Stay: Macon, Georgia Site [Filed: 2/25/09] (Docket No. 20846, Annex 2)

b.      [Signed] Order Scheduling Motion for Supplemental Argument [Filed: 4/27/09]
        (Docket No. 21408)

Response Deadline: March 13, 2009, at 4:00 p.m. *(extended until March 20, 2009, for the
Debtors)*

Responses Received:

a.      Response and Objection of Continental Casualty Company to Motion of Kaneb
        Pipe Line Operating Partnership, L.P. and Support Terminal Services for an Order
        Modifying Automatic Stay [Filed: 3/13/09] (Docket No. 20984)

b.      Debtors' Objection to Kaneb's Motion for an Order Modifying the Automatic
        Stay Regarding Macon, GA Site [Filed: 3/20/09] (Docket No. 21062)

Supplemental Briefing:

a.      [Filed Under Seal] Supplemental Memorandum of Kaneb Pipe Line Operating
        Partnership, L.P. and Support Terminal Services, Inc. in Support of Motion for
        Order Modifying the Automatic Stay [Filed: 4/13/09] (Docket No. 21262)

b.      [Filed Under Seal] Further Response and Objection of Continental Casualty
        Company to Motion of Kaneb Pipe Line Operating Partnership, L.P. and Support
        Terminal Services, Inc., for an Order Modifying the Automatic Stay [Filed:
        5/8/09] (Docket No. 21582)

c.      OneBeacon America Insurance Company's and Seaton Insurance Company's
        Response to the Supplemental Memorandum of Kaneb Pipe Line Operating
        Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion
        for an Order Modifying the Automatic Stay [Filed: 5/8/09] (Docket No. 21584)

d.      [Filed Under Seal] Debtors' Response to Supplemental Memorandum of Kaneb
        Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In
        Support of Their Motion for an Order Modifying the Automatic Stay [Filed:
        5/8/09] (Docket No. 21590)

Status: This matter will go forward.


## MATTERS RELATING TO ASBESTOS PD CLAIMS

9.      Status Report on Asbestos Property Damage Claims

        Status: This matter will go forward.

## PLAN RELATED MATTERS

10.     Pre-Trial Conference on Plan Confirmation Phase I

        Status: This matter was heard on June 18, 2009.

11.     Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PhD. [Filed:
        4/27/09] (Docket No. 21430)

        Related Documents: None.

        Response Deadline: May 15, 2009, at 10:30 a.m.

Responses Received:

a.      Debtors' Response to Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PHD. [Filed: 5/15/09] (Docket No. 21717)

Status: This matter will go forward.

ADDITIONAL MATTERS:

12.     Anderson Memorial Hospital's Motion for Temporary Allowance of Claim for Voting Purposes [Filed: 5/20/09] (Docket No. 21784)

Related Documents:

a.      [Proposed] Order Granting Anderson Memorial Hospital's Motion for Temporary Allowance of Claim for Voting Purposes [Filed: 5/20/09] (Docket No. 21804)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received:

a.      Debtors' Objection to Certain Motions for Temporary Allowance of Claims for Voting Purposes [Filed: 6/12/09] (Docket No. 22078)

Status: This matter will go forward.

13.     City of Vancouver's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21786)

Related Documents:

a.      [Proposed] Order Granting City of Vancouver's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21805)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received:

a.      Debtors' Objection to Certain Motions for Temporary Allowance of Claims for Voting Purposes [Filed: 6/12/09] (Docket No. 22078)

Status: This matter will go forward.

14.     School District 68 Nanaimo-Ladysmith's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21787)

Related Documents:

a.      [Proposed] Order Granting School District 68 Nanaimo-Ladysmith's Motion for Temporary Allowance of Claim for Voting Procedures [Filed: 5/20/09] (Docket No. 21808)

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received:

a.      Debtors' Objection to Certain Motions for Temporary Allowance of Claims for Voting Purposes [Filed: 6/12/09] (Docket No. 22078)

Status: This matter will go forward.

15.     Debtors' Substantive and Non-Substantive Objection to Claims Filed By Madison Complex, Inc. [Filed: 5/22/09] (Docket No. 21848)

Related Documents:

a.      [Proposed] Order Disallowing and Expunging Certain Claims Filed By Madison Complex Inc. [Filed: 5/22/09] (Docket No. 21848)

b.      Declaration of Lynne Gardner in Support of the Debtors' Substantive and Non-Substantive Objection to Claims Filed By Madison Complex, Inc. [Filed: 5/28/09] (Docket No. 21888)

Response Deadline: Extended to July 10, 2009

Responses Received: None as of the date of this Notice of Agenda.

**Status:  This matter is continued to July 27, 2009 at 10:30 a.m.**

16.     Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 5/22/09] (Docket No. 21849)

Related Documents:

a.      [Proposed] Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 5/22/09] (Docket No. 21849)

b.      **Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: June 22, 2009] (Docket No. 22220)**

Response Deadline: June 12, 2009, at 4:00 p.m. *(extended until July 17, 2009, at 4:00 p.m. for the Debtors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: A Certification of Counsel has been filed.  This matter is resolved.**

17.     Application of the Debtors for the Entry of an Order Authorizing the Retention and
        Employment of Venable LLP as Special Litigation Counsel to the Debtors [Filed:
        5/22/09] (Docket No. 21850)

        Related Documents:

        a.      [Proposed] Order Authorizing the Retention and Employment of Venable LLP as
                Special Litigation Counsel to the Debtors [Filed: 5/22/09] (Docket No. 21850)

        b.      **Certification of No Objection Regarding Application of the Debtors for the
                Entry of an Order Authorizing the Retention and Employment of Venable
                LLP as Special Litigation Counsel to the Debtors [Filed: June 22, 2009]
                (Docket No. 22221)**

        Response Deadline: June 12, 2009, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        **Status: No parties have objected to the relief requested in the Application.
        Accordingly, the Debtors have filed a certificate of no objection and respectfully
        request the entry of the order attached to the Application.**

18.     Renewed Motion of Debtors for Entry of an Order Authorizing the Settlement of
        Asbestos Property Damage Claims Filed by Macerich Fresno Limited Partnership [Filed:
        6/2/09] (Docket No. 21958)

        Related Documents:

        a.      [Signed] Order Setting Hearing or Status Conference with Respect to Settlement
                with Macerich Fresno Limited Partnership [Filed: 5/26/09] (Docket No. 21858)

        b.      [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage
                Claim Filed By Macerich Fresno Limited Partnership [Filed: 6/2/09] (Docket No.
                21958)

        c.      **Certification of No Objection Regarding Renewed Motion of Debtors for
                Entry of an Order Authorizing the Settlement of Asbestos Property Damage
                Claims Filed by Macerich Fresno Limited Partnership [Filed: June 22, 2009]
                (Docket No. 22222)**

        Response Deadline: June 18, 2009, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        **Status: No parties have objected to the relief requested in the Motion. Accordingly,
        the Debtors have filed a certificate of no objection and respectfully request the entry
        of the order attached to the Motion.**

19.     Motion by Fireman's Fund Insurance Company Pursuant to Bankruptcy Rule 3018 for
        Temporary Allowance of Proof of Claim No. 15175 [Filed: 5/20/09] (Docket No. 21788)

Related Documents:

a.    [Proposed] Order Granting Motion by Fireman's Fund Insurance Company Pursuant to Bankruptcy Rule 3018 for Temporary Allowance of Proof of Claim No. 15175 [Filed: 5/20/09] (Docket No. 21788)

b.    Brief in Support of Motion by Fireman's Fund Insurance Company Pursuant to Bankruptcy Rule 3018 for Temporary Allowance of Proof of Claim No. 15175 [Filed: 5/20/09] (Docket No. 21788)

c.    **Certification of Counsel Regarding Motion by Fireman's Fund Insurance Company Pursuant to Bankruptcy Rule 3018 for Temporary Allowance of Proof of Claim No. 15175 [Filed: June 22, 2009] (Docket No. 22219)**

Response Deadline: June 12, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: This Motion is resolved and a stipulation regarding this matter has been filed with the Court under Certification of Counsel. The Debtors request entry of the Order attached to the Certification of Counsel.**

## QUARTERLY FEE APPLICATIONS

20.    Thirty-First Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2008 through December 31, 2008

Related Documents:

a.    Certification of Counsel Regarding Thirty-First Quarter Project Category Summary [Filed: TBD] (Docket No. TBD)

b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-First Period [Filed: TBD] (Docket No. TBD)

Status: This matter will go forward.

Dated: June 22, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
13 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession