IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. Grace & Co., et al.
    Debtors

Bankruptcy No. 01-1139
Jointly Administered

Chapter 11

RE: June 29, 2009, Hearing Agenda Items 7 and 8

**Related to Doc. Nos. 20538 and 20846, Motions of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. for an Order Modifying the Automatic Stay**

## ORDER LIMITING TIME FOR ARGUMENT ON JUNE 29, 2009, REGARDING MOTIONS FOR RELIEF FROM STAY FILED BY KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.

AND NOW, this **24th** day of **June, 2009**, it is ORDERED that the time for argument on the motions on June 29, 2009, at 10:30 a.m. shall be limited to **15 minutes** for Kaneb and **15 minutes** for Debtors.

It is **FURTHER ORDERED** that the hearing is TELEPHONIC ONLY.

It is **FURTHER ORDERED** that counsel for Movant shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge