IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. Grace & Co., et al.
    Debtors

Bankruptcy No. 01-1139
Jointly Administered

Chapter 11

RE:  June 29, 2009, Hearing Agenda Items
    11 - *Libby Claimants' Motion to Strike Expert Report of B. Thomas Florence, PHD., Doc. No. 21430;*
    12 - *Anderson Memorial Hospital's Motion for Temporary Allowance of Claim for Voting Purposes, Doc. No. 21784;*
    13 - *City of Vancouver's Motion for Temporary Allowance of Claim for Voting Procedures, Doc. No. 21786;*
    14 - *School District 68 Nanaimo-Ladysmith's Motion for Temporary Allowance of Claim for Voting Procedures, Doc. NO. 21787*

## ORDER RESCHEDULING CERTAIN ITEMS FROM JUNE 29, 2009, at 10:30 a.m. TO JULY 9, 2009, AT 9:30 A.M. - TELEPHONIC HEARING ONLY

AND NOW, this 24th day of **June, 2009**, it is **ORDERED** that the hearings on the above-captioned motions are **CONTINUED** to **July 9, 2009**, at **9:30 a.m., Eastern**.

It is **FURTHER ORDERED** that the hearing on agenda item 9, Status Report on Asbestos Property Damage Claims, will occur on June 29, 2009, at 10:30 a.m. as previously scheduled.  Hearing agenda items 7 and 8 will be addressed by separate order.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge