# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## MAY 1, 2009 THROUGH
## MAY 31, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

June 11, 2009

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   85630

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

            Subtotal for FEES only: 05/31/09    $27,350.00
            Subtotal for COSTS only: 05/31/09       $229.47
                                                ----------
    CURRENT PERIOD FEES AND COSTS: 05/31/09     $27,579.47
                                                ----------

***************************************************************
            Please remit duplicate copy with payment.  Thank you.
***************************************************************

Phillips, Goldman & Spence, P.A.

June 11, 2009

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   85630

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 38.7 | 16,447.50 |
| FEE/EMPLOYMENT APPLICATIONS | 10.0 | 1,885.00 |
| CASE ADMINISTRATION | 0.9 | 135.00 |
| PLAN AND DISCLOSURE STATEMENT | 20.9 | 8,882.50 |
| Subtotal for FEES only: 05/31/09 | 70.5 | $27,350.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 61.00 | 61.00 | 25,925.00 | 0.00 | 0.00 |
| 150.00 | CAH | 9.50 | 9.50 | 1,425.00 | 0.00 | 0.00 |
| Totals | | 70.50 | 70.50 | 27,350.00 | 0.00 | 0.00 |

LEGALMASTER MIRC For Transactions
-Fees-

Sort Fields:
  Grouping code
  Client code         (Paginate)
  Actual employee code
  Transaction date    (Subtotals)

Range Fields:
  Client code       I  WRG - WRG
  Invoice Number    I  85630 - 85630

| Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|------|--------------------------|---------|------------|-------------------------|----------------|------------------|--------|
|      | CASE ADMINISTRATION      | CAH     | 05/07/09   | Merge original signatures into filed documents for 3 months of pleadings for Orrick Herring, David Austern, Tre Angeli, Piper Jaffray and Towers Perrin as well as jointly files pleadings. | 0.70 | 105.00 | Ca |
|      |                          | CAH     | 05/15/09   | Update docket to system. | 0.20 | 30.00 |  |
|      |                          |         |            |                         | 0.90 | 135.00 |  |
|      | CASE ADMINISTRATION      |         |            |                         | 0.90 | 135.00 |  |

WRG-AUS                          LEGALMASTER MIRC For Transactions                    06/11/09  Page 2
                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 05/01/09 | Review of Debtors' Motion for Leave from Scheduling Order re: Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices (.1); review of Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices with Exhibits (.1); review of signed Order granting leave from Scheduling Order re: Debtors' Motion for Protective Order (.1); review of Order granting Libby Claimants' Motion for Leave from CMO re: expedited consideration of Libby Claimants' Motion to Amend Plan Confirmation CMO and to postpone Phase II of the Confirmation Hearing (.1); review of BNSF's Joinder to the Amended Notice of Deposition of PI Committee (.1); review of Order Shortening Notice Period re: Motion to Strike Dr. Whitehouse's Expert Report (.1); review of Maryland Casualty's Joinder in Motion to Strike Dr. Whitehouse's Expert Report (.1); e-mail from counsel for PI Committee with Enclosure; review of Notice of Deposition of George Priest (.1); e-mail from counsel for Equity Committee re: Dori Kuchinsky Deposition (.1); e-mail from counsel for Debtors (2x) re: same (.1); e-mail from counsel for Debtors re: current deposition calendar with enclosure; review of same (.1); e-mail from counsel for PI Committe re: call-in number for deposition of George Priest (.1). | 1.20 | 510.00 | Li |
| WRG LITIGATION | JCP | 05/02/09 | letter from Kate Orr re: Pro Hac Motions with enclosure; review of 2 executed Pro Hacs. | 0.20 | 85.00 | |
| WRG LITIGATION | JCP | 05/04/09 | E-mail from counsel for Debtors re: meet & confer re: insurance discovery (.1); e-mail from counsel for Debtors re: 5/5/09 deposition of Dori Kutchinsky (.1); e-mail from local counsel for PI Committee re: PI Committee's Supplemental Answer to Yoko Cannon's First Amended Interrogatories to Plan Proponents and PI Committee's Supplemental Answers to Gayla Benefield's Amended Interrogatories to Plan Proponents with enclosure and review of both (.1); review of Amended Order Granting leave to Shorten Time re: Debtors' Motion for Protective Order re: Libby Claimants' Deposition Notices and review of Order continuing Debtors' Objection to Claim filed by Massachusetts Department of Revenue (.1); review of PI Committee's Notice of Deposition of George Priest (.1); review of Debtors' 31st Quarterly Report of Settlements of Asset Sales with Exhibits (.1); review of Debtors' 31st Quarterly Report with Exhibit (.1); e-mail from counsel for Libby Claimants re: availability of records for 17 Libby claimants scheduled for deposition (.1); e-mail from counsel for Travelers (2x) re: Deposition of Jeff Posner (.1); e-mail from counsel for Certain Insurers re: Order Granting Certain Insurers' Motion to Extend Time to File Priest Expert Report with enclosure and review of Order (.1); e-mail from counsel for Certain Insurers re: deposition of George Priest (.1); e-mail from counsel for Arrowood re: Joinder to Debtors' Motion for Protective | 1.90 | 807.50 | |

WRG-AUS                              LEGALMASTER MIRC For Transactions                        06/11/09  Page 3
                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 05/05/09 | Review of Maryland Casualty's Joinder in Debtors' Motion for Protective Order re: Libby Claimants' deposition notices (.1); review of Continental Casualty's Joinder in Motion to Strike Whitehouse Expert Report (.1); review of Anderson Memorial's Statement of Issues to be Presented on Appeal re: Denial of Anderson's Motion for Class Certification (.1); review of Anderson Memorial's Designation of Items to be Included in Record on Appeal (.1); e-mail from counsel for Libby Claimants re: Deposition of Elihu Inselbuch with enclosure and review of Notice of same (.1); e-mail from counsel for PI Committee re: Amended Notice of Deposition of George Priest with enclosure and review of same (.1); e-mail from counsel for Libby Claimants re: Libby Claimants' discovery responses with enclosure (.1); review of letter explaining same and forwarding 23 CDs with records of Libby Claimants and e-mail from counsel for Travelers re: Priest deposition and e-mail from counsel for PI Committee re: same (.1); e-mail from counsel for Debtors re: Phase I insurance factual issues (.1); e-mail from counsel for Continental Casualty re: Continental's Joinder in Debtors' Motion for Protective Order re: Libby Claimants' deposition notices with enclosure and review of same (.1). | 1.00 | 425.00 | |
| LITIGATION | JCP | 05/06/09 | E-mail from counsel for Debtors re: Debtors' Joinder to Amended Notice of Deposition of George Priest with enclosure and review of same (.1); e-mail from counsel for Firemen's Fund confirming no Phase I insurance issues (.1); review of Scotts' Joinder in Notice of Deposition of Jeffrey Posner (.1); review of Debtors' Monthly Operating Report for March 2009 with exhibits (.1); review of Third Amended CMO (.1); review of Anderson Memorial's Amended Statement of Issues on Appeal and Amended Designation of | 1.20 | 510.00 | |

Order re: Libby Claimants' Deposition Notices with enclosure (.1); review of Joinder, Declaration in Support and 7 Exhibits thereto (.1); e-mail from counsel for Debtors re: current deposition calendar with enclosure and review of same (.1); e-mail from counsel for Arrowood re: Arrowood's Motion for Judicial Notice of Decision and Order Barring Expert Testimony of Dr. Whitehouse with enclosure and review of Order (.1); e-mail from counsel for Continental Casualty re: Continental Casualty's Joinder in Motion to Strike Whitehouse Expert Report with enclosure and review of Joinder; e-mail from counsel for PD Committee re: responses to Debtors' Amended Request for Production, Interrogatories and Request for Admissions with enclosure and review of same (.1); e-mail from counsel for Libby Claimants' re: Libby Claimants' Supplemental Response to PI Committee's Request for Production with enclosure and review of same (.1); e-mail from counsel for BNSF re: BNSF's Joinder in Notice of Deposition of Jeffrey Posner with enclosure and review of same (.1); e-mail from counsel for PI Committee re: Deposition of George Priest (.1).

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 05/07/09 | Review of Debtors' Joinder in Second Amended Notice of Deposition of George Priest; e-mail from counsel for Debtors to counsel for Firemen's Fund re: Phase I/Phase II insurance issues; e-mail from counsel for FFIC re: same; e-mail from counsel for OneBeacon re: deposition of Richard Finke; e-mail from counsel for Debtors re: deposition of Richard Finke; e-mail from counsel for PD Committee re: deposition of Richard Finke. | 0.30 | 127.50 | |
| LITIGATION | JCP | 05/08/09 | Review of Parry-Hill Objection to Joint Plan (.1); review of miscellaneous pleadings (.1); e-mail from counsel for Debtor re: deposition of Hughes and la Force (.1); review of Bank Lender Group's Objection to Libby Claimants' Motion to Amend CMO and postpone Phase II hearing (.1); e-mail from counsel for OneBeacon's response to Kaneb's Supplemental Memo in Support of Motion to Modify Stay with enclosure and review of same (.1) e-mail from counsel for FFIC re: deposing Richard Finke (.1); e-mail from counsel for PI Committee re: PI Committee's Opposition to Libby Claimants' Motion to Amend CMO and postpone Phase II Hearing with enclosure and review of same and three exhibits thereto (.3); e-mail from counsel for Debtors with enclosure (.1); review of Agenda for 5/14/09 Hearing and e-mail to paralegal re: arranging telephonic participation in same (.1). | 1.10 | 467.50 | |
| LITIGATION | JCP | 05/09/09 | Review of Debtors' Response to Libby Claimants' Motion to Amend Plan Confirmation CMO and Postpone Phase II Confirmation Hearing with Exhibits (.1); review of Debtors' Response in Support of Arrowood's Motion to Strike Whitehouse Expert Report with 8 Exhibits (.9); review of Libby Claimants' Response to Arrowood's Request to Take Judicial Notice (.1); review of Libby Claimants' Response to Debtors' Motion for Protective Order as to Libby Claimants' Deposition Notices (.1); review of Libby Claimants' Response to Motion to Strike Whitehouse Expert Report and Cross Motion for Protective Order with Proposed Protective Order and Affidavit of Dr. Whitehouse (.6). | 1.80 | 765.00 | |
| LITIGATION | JCP | 05/11/09 | Review of Bank Lender Group's Objection to Libby Claimants' Motion to Amend CMO (.1); review of Continental Casualty's | 1.60 | 680.00 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 05/12/09 | Further Response to Kaneb's Motion to Modify Automatic Stay (.1); review of PI Committee's Opposition to Libby Claimants' Motion to Amend CMO and postpone Phase II of Confirmation Hearing with 10 Exhibits (.3); review of miscellaneous pleadings (.1); review of Debtors' Plan Supplement to First Amended Plan (.1); review of four Entries of Appearance in 3rd Circuit Appeal (.1); e-mail from counsel for various insurers re: factual issues to be decided in Phase I (.1); e-mail from counsel for Debtors re: current deposition calendar with enclosure and review of same (.1). | 2.60 | 1,105.00 | |
| LITIGATION | JCP | 05/13/09 | Review of Michigan's Objection to First Amended Plan (.1); review of Lloyds' 30(b)(6) Notice of Deposition of Debtors (.1); review of miscellaneous pleadings (.1); review of Firemen's Fund's Joinder to Amended Notice of Deposition of David Austern (.1); review of PI Committee's Notice of Deposition of James Shein (.1); review of Debtors' Joinder to Notice of Deposition of James Shein (.1); review of Montana's 3rd Circuit Opening Brief with Appendix (1.0); review of W. R. Grace's Opening Appellant 3rd Circuit Brief with Appendix (.3); e-mail from Kate Orr re: Shein deposition (.1); e-mail from counsel for Certain Insurers re: Finke deposition and e-mail from counsel for Debtors re: same (.1); e-mail from counsel for Debtors re: current deposition calendar with enclosure and review of same (.1); e-mail from counsel for Debtors (2x) re: Shein deposition (.1); e-mail from counsel for Debtors re: revised deposition calendar with enclosure and review of same (.1); e-mail from counsel for Insurance Carriers protesting change in Shein deposition (.1). | 0.60 | 255.00 | |
| LITIGATION | JCP | 05/14/09 | Review of Libby Claimants' 30(b)(6) Notice of Deposition of Debtors (.1); review of Libby Claimants' Notice of Deposition of Bill Longo (.1); review of PI Committee's Amended Notice of Deposition of James Shein; review of miscellaneous pleadings; e-mail from counsel for Debtors re: deposition of James Shein (.1); review of letter from counsel for Libby Claimants forwarding copies of Exhibits 6, 7 and 8 of Whitehouse Supplemental Expert Report (.1); letter from counsel for Libby Claimants re: Libby Claimants' Supplemental Response to Debtors' Request for Production with enclosure; review of same (.1); e-mail from counsel for Debtors re: current deposition calendar with enclosure and review of same (.1). | | | |
| LITIGATION | JCP | 05/14/09 | Review of Scotts Company's Joinder in Notice of 30(b)(6) deposition of Richard Finke (.1); review of Order Striking Without Prejudice Libby Claimants' Cross Motion for Protective Order (.1); review of General Insurance Company's Joinder to Protective Order re: Confidentiality of Insurance and Other Confirmation Discovery (.1); review of four Orders of Non-Compliance from 3rd Circuit (.1); | 4.60 | 1,955.00 | |

WRG-AUS                                                                                    06/11/09  Page 6

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 05/15/09 | e-mail from counsel for Debtors re: current deposition calendar with enclosure and review of same (.1); phone conference with Judge Fitzgerald and all counsel (4.1). | | | |
| WRG LITIGATION | JCP | 05/16/09 | Review of Scotts Company's Joinder in Amended Notice of Deposition of David Austern (.1); review of miscellaneous pleadings (.1); review of Protective Order re: Confidentiality of Insurance and other Confirmation Discovery as signed by Judge Fitzgerald (.1); review of Anderson Memorial's Notice of Deposition Elihu Inselbuch (.1); review of Third Circuit's Order re: State of Montana's Non-Compliance (.1); review of Seaton's Final Witness List for Phase I and Phase II of the Confirmation Hearing (.1); review of GEICO's Final Witness List re: same (.1); review of OneBeacon's Final Witness List re: same (.1); review of Republic Insurance Company's Preliminary Witness List re: same; review of Debtors' Notice of Filing of Amended Item 3 to Debtors' Plan Supplement (.1); review of Unsecured Creditors' Committee's Final Witness Disclosure for Phase I (.1); review of Kaneb Pipe Line's Final Objection to Debtors' First Amended Plan (.1); e-mail from counsel for Debtors re: Plan Proponents' Witness List (.1); e-mail to counsel for Debtors re: same with enclosure (.1); review of Plan Proponents' Final Witness List for Phase I and e-mail from various counsel approving the same (.1); phone conference with counsel for Debtors re: approving same; review of Longacre's Final Witness List (.1); review of Federal Insurance Company's Final Witness List (.1); review of Debtors' Response to Libby Claimants' Motion to Strike Florence Expert Report and review of corrected version of same (.1); review of Plan Proponents' as filed Final Witness List (.1); review of Arrowood's Final Witness List; review of Ham Zilly's Expert Report in Rebuttal of Sean Mathis Expert Report with exhibits (.1). | 1.90 | 807.50 | |
| WRG LITIGATION | JCP | 05/16/09 | Review of AXA Belgium's Final Witness List; review of CNA's Final Witness List; review of Debtors' Designation of Additional Items to be Designated on Appeal; review of Zurich's Phase I Witness Designation. | 0.30 | 127.50 | |
| WRG LITIGATION | JCP | 05/18/09 | E-mail from counsel for Libby Claimants re: Medical Information Protective Order and Certificate of Counsel to file same with enclosure and review of same (.1); e-mail from counsel for Arrowood responding to same with enclosure (.1); review of Arrowood's proposed Certification of counsel (.1); e-mail from counsel for various insurers re: same and e-mail from counsel for Debtors re: same (.1); review of miscellaneous pleadings (.1); review of Federal Insurance Company's Final Witness list for Phase I and Phase II of Confirmation Hearing (.1); review of Certification of Counsel re: Order Approving Stipulation Regarding Morgan Stanley Claims with proposed Order (.1); review of Debtors' Answering Appeal Brief re: New Jersey Department of Environmental Protection's Appeal (.9); | 1.90 | 807.50 | |

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 05/19/09 | Review of Debtors' Proposed Certification of Counsel re: Order Granting in Part Motion to Strike Whitehouse Report with enclosure and review of proposed Order (.1); review of miscellaneous pleadings (.1); review of Libby Claimants' Certification of Counsel re: Protective Order re: Medical Information with enclosure and review of proposed Order (.1); review of Debtors' counsel's Certification of Counsel re: Order Denying Motion to Amend CMO with enclosure; review of proposed Order (.1); review of Debtors' Counter Designations of Items to be Included in the Record of Anderson Memorial's Appeal (.1); review of Libby Claimants' Certification of Counsel re: Order Granting in Part Motion to Strike Whitehouse Report (.1); review of Joint Motion to Remand Macerich Fresno Case to Bankruptcy Court for Approval of Settlement with enclosure and review of proposed Order (.1); e-mail from local counsel for PI Committee re: Motion of Plan Proponents to Strike Expert Report and Testimony of Vernd Heinze with enclosure and review of same (.1); e-mail from Jonathan Guy approving the signing and filing of same (.1); e-mail to counsel for Debtors approving the signing and filing of same (.1); review of Certificate of No Objection re: Motion to Approve Continued Retention of Deloitte; review of Certificate of No Objection re: Entry of Order Authorizing Settlement Agreements to Resolve ERISA litigation (.1); review of Certificate of No Objection re: Motion for Order Authorizing Settlement with IRS re: Carry Back Losses (.1); review of Patricia Reynolds' Disputed Classification Declaration with enclosures (.1). | 1.30 | 552.50 | |
| LITIGATION | JCP | 05/20/09 | Review of Judge Fitzgerald's 5/19/09 Memorandum Opinion Denying Bank Lenders' Claim for Post Petition Interest at the Default Rate (.5); review of Morgan Stanley's Objection to First Amended Plan with Exhibits (.5); review of miscellaneous pleadings (.1); review of Anderson Memorial Hospital's Notice of Deposition of Denise Neumann (.1); e-mail from counsel for Debtors re: current service distribution/e-mail list with enclosure (.1); review of same (.1); e-mail to Celeste A. Hartman and Tanya L. Birdsell forwarding same (.1); review of Federal Insurance Company's Objections to First Amended Plan (.5); review of Allstate's Objections to First Amended Plan (.1); review of The Scotts Company's Objections to the First Amended Plan (.7); review of Objection of Longacre Master Fund to First | 5.10 | 2,167.50 | |

WRG-AUS                                      LEGALMASTER MIRC For Transactions                              06/11/09  Page 8
                                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 05/21/09 | Review of Montana's Brief in Opposition to Confirmation of First Amended Plan (.9); review of Unsecured Creditors' Committee's Objection to First Amended Plan (.7); review of Firemen's Fund's Brief in Support of Motion for Allowance of Proof of Claim 15175 with supporting Declaration and Exhibits (.7); review of TIG's Joinder in Other Insurers' Plan Objections (.1); review of CNA's Objection to First Amended Joint Plan (1.7); review of Final Objections of OneBeacon's and Seaton's to Confirmation of First Amended Joint Plan with voluminous Exhibits (1.9). Amended Plan (.1); review of Firemen's Fund's Objection to First Amended Plan (.6); review of The Edwards Judgment Claimants' Objection to First Amended Plan (.5); review of GEICO's Final Objection to Confirmation of Amended Joint Plan (.9); review of General Insurance Company's Objection to First Amended Joint Plan (.1); e-mail from counsel for Debtors re: coordinating dates for depositions of Hudson La Force and Jay Hughes (.1). | 6.00 | 2,550.00 | WRG |
| LITIGATION | JCP | 05/25/09 | Review of Order Denying Plan Proponents' Motion to Shorten Notice re: Motion to Strike Expert Report of Bernd Heinz (.1); E-Mail from counsel for Libby Claimants re: Document considered by Dr. Whitehouse with enclosure (.1); review of same (.1); Review of Amended Notice of Deposition of Denise Neumann Martin; Review of Notice of Deposition of Dr. Thomas Florence (.1); Review of Order Approving Stipulation re: classification of Morgan Stanley's claims (.1); E-mail from counsel for debtors re: upcoming depositions with enclosure (.1); Review of current deposition calendar; Review of Notice of Filing of Exhibits to Arrowood's Phase II Objections to the Non-Debtor Release and Exculpation Revision of the Join Plan with enclosure (.1); Review of excerpts from depositions of Peter Lockwood, Richard Finke and George Priest (.5); Review of PI Committee's Notice of Deposition of Arthur Frank (.1); E-mail from counsel for Libby Claimant's re: Moolgabkar and Ory depositions (.1); Review of Anderson Memorial's Objections to First Amended Plan (1.3) | 2.70 | 1,147.50 | WRG |
| LITIGATION | JCP | 05/29/09 | Review of Debtors' Notice of Deposition of Sean Mathis (.1); review of Plan Proponents' as filed Motion for Leave from Scheduling Order to Shorten Notice Period on Motion to Strike Expert Reports of Priest and Shein with proposed Order (.1); review of Plan Proponents' as filed Joint Motion in Limine to Strike Expert Reports of Priest and Shein with exhibits and proposed Order (.1); review of letter of transmittal of appeal to District Court (.1); review of Gardner Declaration in Support of Debtors' Objections to Madison Complex Inc.'s Claims with exhibits | 1.40 | 595.00 | WRG |

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | (.1); review of miscellaneous pleadings (.1); review of Amended Order Retaining Alexander Sanders as Counsel for the Future Property Damage Claimants (.1); review of Amended Notice of Agenda for 6/1/09 cancelling Hearing (.1); review of Amended Notice of Deposition of Dr. Thomas Florence (.1); review of CNA's Objection to Plan Proponents' Motion for Leave to Shorten Notice on Motion to Strike Expert Reports of Priest and Shein (.1); e-mail from counsel for Libby Claimants re: Stipulation re: Libby Claimants' Wrongful Death and loss of Consortium Claims Under Trust Distribution Procedures with enclosure (.1); review of same; e-mail from Jonathan Guy approving same (.1); e-mail to counsel for Libby Claimants approving same (.1); e-mail from counsel for Libby Claimants re: filing of final version of same (.1). | | | |
| | | | | 38.70 | 16,447.50 | |
| | | | | 38.70 | 16,447.50 | |

WRG-AUS                                                   LEGALMASTER MIRC For Transactions                                                   06/11/09  Page 10
                                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/04/09 | Download, print and file Certificate of No Objection for February Fee Applications for Piper Jaffray, Towers Perrin and Tre Angeli. | 0.60 | 90.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/05/09 | Further code pre-bills for February and March to comply with local rules. | 0.50 | 75.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/05/09 | Respond to e-mail from D. Fullem re: filing of Certificates of No Objection and difficulty with Court system. | 0.20 | 30.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/09 | Exchange e-mails with D. Fullem re: filing Fee Applications. | 0.20 | 30.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/09 | Download and file March Fee Application of Orrick Herrington. | 0.20 | 30.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/09 | Download and file January and February Fee Applications for David Austern. | 0.50 | 75.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/09 | Download and file March Fee Application for Piper Jaffray; e-mail to Court re: mistake for Exhibit A as per D. Fullem (sent wrong document). | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/09 | Download and file March Fee Application for Towers Perrin and Tillinghast; e-mail to D. Fullem to confirm finished. | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/08/09 | Download and file March Fee Application for Tre Angeli. | 0.30 | 45.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/11/09 | Draft February Fee Application for Phillips, Goldman & Spence. | 0.70 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/11/09 | Review of and revise February Fee Application for Phillips, Goldman & Spence. | 0.20 | 30.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/11/09 | Draft March Fee Application for Phillips, Goldman & Spence. | 0.80 | 120.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/13/09 | Scan file and serve February Fee Application for Phillips, Goldman & Spence. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/13/09 | Scan file and serve March Fee Application for Phillips, Goldman & Spence. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/18/09 | Begin 20th Quarterly Fee Application and complete same; forward to John C. Phillips, Jr. for review. | 1.30 | 195.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/19/09 | Scan file and serve Phillips, Goldman & Spence Quarterly Fee Application. | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/19/09 | Code April pre-bill to comply with local rules. | 0.50 | 75.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 05/29/09 | Draft Phillips, Goldman & Spence April Fee Application. | 0.80 | 120.00 | |
| | | | | -------- | ---------- | |
| | | | | 8.60 | 1,290.00 | |

WRG-AUS                                              LEGALMASTER MIRC For Transactions                                    06/11/09  Page 11
                                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/11/09 | Review of and revise Phillips, Goldman & Spence 57th Monthly Fee Application; conference with Celeste A. Hartman re: same; review of and execute same. | 0.30 | 127.50 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/12/09 | Review of, revise and execute Phillips, Goldman & Spence 58th Monthly Fee Application; conference with Celeste A. Hartman re: filing same. | 0.30 | 127.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/16/09 | Review of and revise Phillips, Goldman & Spence April 2009 pre-bill; memorandum to Celeste A. Hartman re: same. | 0.30 | 127.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/18/09 | Review of, revise and execute Phillips, Goldman & Spence 20th Quarterly Fee Application; conference with Celeste A. Hartman re: filing same. | 0.30 | 127.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 05/26/09 | Review of Debtors' Application for Entry of Order Authorizing the Retention of Venable as Special Litigation Counsel. | 0.20 | 85.00 | |
| | | | | 1.40 | 595.00 | |
| | | | | 10.00 | 1,885.00 | |

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 05/22/09 | Review of Hartford's Joinder in Travelers' Objections to First Amended Plan (.1); review of Travelers' Objections to First Amended Plan (1.4); review of City of Vancouver's Joinder in Anderson Memorial Hospital's Objection to First Amended Plan; review of City of Vancouver's Motion for Temporary Allowance of Claim for Voting Purposes (.1); review of School District 68's Motion for Temporary Allowance of Claim for Voting Purposes (.1); review of Anderson Memorial Hospital's Motion for Temporary Allowance of Claim for Voting Purposes (.1); review of BNSF's Objection to First Amended Plan (.7); Review of Bank Lender Group's Objection to Joint Plan (1.2); Review of U.S. Trustee's Objection to First Amended Joint Plan (.1); Review of National Union's Objection to First Amended Joint Plan (.1); Review of Certain AIU Insurer's Objection to First Amended Plan (.1); Review of Libby Claimants' Response to Dr. Welch's Report (.6); Review of Libby Claimants' Response to Dr. Parker's report (.1); Review of Libby Claimants' Response to Dr. Weill's report (.1); Review of Libby Claimants' Response to Dr. Friedman's report (.1); Review of Libby Claimants' Response to Dr. Ory's report (.1). | 5.00 | 2,125.00 | ps |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 05/23/09 | Review of Libby Claimants' (Dr. Molgaard) Sur Rebuttal report re: epidemiology (.6); Review of Libby Claimants' Response to Dr. Henry's report (.1); Review of Libby Claimants' Response to Dr. Parker's 7/29/07 report (.1); Review of Libby Claimants' Response to Dr. Stockman's report (.1); Review of Libby Claimants' Sur Rebuttal report of Arthur Frank (.1); Review of Libby Claimants' Sur Rebuttal report of Dr. Alan Whitehouse (2.6); Review of Lloyds' Objection to First Amended Plan (.6); Review of Belgium's Objections to First Amended Plan (.1); Review of Plan Proponents' Motion for Leave to Shorten Notice on Motion to Strike Report of Bernd Heinz (.1); Review of Arrowood's Objection to Amended Joint Plan (.8); Review of Arrowood's Objection to Debtors Request to Shorten Notice re: Motion to Strike Bernd Heinz (.1); Review of Judge Buckwalter's 5/19/09 Order on Joint Motion to Remand Macerich Fresno case to Bankruptcy Court for settlement approval (.1); letter from State of New Jersey to Third Circuit re: two week extension on reply brief (.1). | 5.50 | 2,337.50 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 05/24/09 | Review of Libby Claimants' Motion for Leave to Exceed Page Limit for Objection to First Amended Plan; Review of Libby Claimants' Objection to First Amended Joint Plan (4.3); Review of Arrowood's Phase II Objections to the Non-Debtor Release and Exculpation Provisions of the Joint Plan (1.9) | 6.20 | 2,635.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 05/26/09 | Review of Arrowood's Joinder to Objections of Other Parties re: Phase I and Phase II of Amended Joint Plan (.1); review of Anderson Memorial's Notice of Deposition of Mark Peterson (.1); review of Certification of Counsel re: | 0.90 | 382.50 | |

WRG-AUS　　　　　　　　　　　　　　　LEGALMASTER MIRC For Transactions　　　　　　　　　　　06/11/09   Page 13
　　　　　　　　　　　　　　　　　　　　　　　　　　　-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | JCP | 05/27/09 | E-mail from counsel for Debtors re: Whitehouse deposition to occur in Washington, D.C. (.1); review of Protective Order re: Confidentiality of Confirmation Discovery as signed by Judge Fitzgerald (.1); review of 5/26/09 Order Denying Without Prejudice Libby Claimants' Motion to Amend Plan Confirmation CMO (.1); review of 5/26/09 Order setting hearing re: Macerich Fresno Settlement (.1); review of modified Order Approving Libby Claimants' Leave to Exceed Page Limit for Objection to First Amended Plan (.1); review of executed Order Authorizing ERISA Litigation (.1); review of executed Order Authorizing Debtors to Enter Into SIJ Settlement (.1); review of modified Order Approving Continued Retention of Deloitte; e-mail from counsel for PI Committee re: call-in information for Arthur Frank deposition (.1); e-mail from counsel for Debtors re: cancellation of 6/1/09 Hearing (.1); e-mail from counsel for Libby Claimants' re: locations of various depositions (.1); e-mail from counsel for Hartford re: same (.1). | 1.10 | 467.50 | MRG |
| PLAN AND DISCLOSURE STATEMENT | JCP | 05/28/09 | E-mail from counsel for Debtors re: Plan Proponents' Joint Motion in limine to Strike Expert Reports of George Priest and James Shein with enclosure (.1); review of same with exhibits and supporting case law (.9); review of Motion for Leave from Scheduling Order and to Shorten Notice Period for Motion to Strike Expert Reports (.1); e-mail to and e-mail from Jonathan Guy re: authority to sign Joint Motion in limine to Strike Expert Reports (.1); e-mail from counsel for PI Committee approving same (.1); e-mail from counsel for Debtors re: revised Joint Motion in limine to Strike with enclosure and review of same (.1); e-mail to counsel for Debtors approving same (.1); review of corrected Notice of Deposition of Dr. Thomas Florence (.1); review of miscellaneous pleadings (.1); review of 5/27/09 Order rescheduling Pretrial Conference and memorandum to paralegal re: same (.1); review of modified Order Granting in Part Arrowood's Motion to Strike Whitehouse Report (.1); review of The St. Paul Companies' Objection to First Amended Plan (.2); review of Libby Claimants' Notice of Continued 30(b)(6) Deposition of Debtors. | 2.20 | 935.00 | |
| | | | Stipulation Amending Order Retaining Alexander Sanders as Legal Representative for the Future Property Damage Claimants (.1); review of Debtors' Objection to Claims Filed by Madison Complex (voluminous)(.3); e-mail from counsel for Libby Claimants (2x) re: deposition dates for expert witnesses (.1); e-mail from counsel for PI Committee (2x) re: same (.1); e-mail from counsel for various insurance carriers (2x) re: same (.1). | | | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | | 20.90 | 8,882.50 | |
| | | | | 20.90 | 8,882.50 | |
| | | | | 70.50 | 27,350.00 | |

1 records printed.