# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## MAY 1, 2009 THROUGH
## MAY 31, 2009

Phillips, Goldman & Spence, P.A.

June 11, 2009

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    85630

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 05/01/09 | Federal Express | 79.15 |
| 05/06/09 | Photocopies | 145.50 |
| 05/13/09 | Postage | 4.82 |
| | Subtotal for COSTS only: 05/31/09 | $229.47 |