## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Kevin C. Maclay of the law firm of Caplin & Drysdale, Chartered, One Thomas Circle N.W., Suite 1100, Washington, District of Columbia 20005, to represent the Official Committee of Asbestos Personal Injury Claimants in this action.

Dated: June 22, 2009               CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
P: (302) 426-1900
F: (302) 426-9947
mhurford@camlev.com

*Counsel to the Official Committee of
Asbestos Personal Injury Claimants*

{D0155748.1}



## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 19, 2009

Kevin C. Maclay
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
P: (202) 862-7841
F: (202) 429-3301
kcm@capdale.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: June 24, 2009

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0155748.1}