IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                      : Chapter 11
                                            :
W.R. Grace & Co., <u>et al.</u>             : Case No. 01-1139 (JKF)
                                            :
                         Debtors.           : Jointly Administered
                                            :
                                            :
------------------------------------------------------------x

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of J. Gregory St. Clair to represent Sealed Air Corporation in this action.

Dated:     Wilmington, Delaware
           June 10, 2009

                              SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                              /s/  Douglas D. Herrmann
                              Douglas D. Herrmann (I.D. No. 4872)
                              Skadden, Arps, Slate, Meagher
                                & Flom LLP
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000
                              (302) 651-3001



FILED 2009 JUN 10 PM 12:35 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

DKT NO. 22048
DT. FILED 6-10

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Illinois and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ J. Gregory St. Clair
J. Gregory St. Clair
Skadden, Arps, Slate, Meagher
  & Flom LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 24, 2009

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

SJS