IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | |
| **Debtors.** | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: June 29, 2009, 10:30 am ET |
| | ) | Response Deadline: June 12, 2009 |
| | ) | Re: Docket No. 21788 |
| | ) | June 29, 2009 Agenda No. 19 |

**ORDER APPROVING STIPULATION BETWEEN DEBTORS AND FIREMAN'S FUND INSURANCE COMPANY FOR TEMPORARY ALLOWANCE OF PROOF OF CLAIM <u>PURSUANT TO BANKRUPTCY RULE 3018</u>**

AND NOW, this <u>24th</u> day of <u>June</u>, 2009, upon consideration of the Stipulation between Debtors and Fireman's Fund Insurance Company for Temporary Allowance of Claim Pursuant to Bankruptcy Rule 3018 (the "Stipulation"), it is hereby

ORDERED that the Stipulation attached hereto as <u>Exhibit A</u> is approved; and it is further

ORDERED that This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: <u>June</u> 24, 2009        BY THE COURT:

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3