IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DEBTORS' AMENDED FINAL LIST OF WITNESSES THAT THEY MAY CALL DURING PHASE II OF THE CONFIRMATION HEARING

Pursuant to the Court's Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization, dated May 5, 2009 (Docket No. 21544), the Debtors' hereby identify, prior to the completion of all discovery, the following individuals likely to be called by the Debtors' during the Phase II Confirmation Hearing established pursuant to the CMO. The Debtors also set forth the broad general issues for which each witness is presently expected to testify, including which witnesses are expected to testify on Libby related issues as required in the CMO.

As discovery has not yet been completed, the Debtors reserve their rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify in their case-in-chief at the Confirmation Hearing. Moreover, the identification of any individual on this list does not necessarily mean that the Debtors will offer testimony from a particular witness. However, this list is intended to be a good faith effort to identify those persons who the Debtors will likely call as a witness at trial, either live or by deposition.

| Witness | Issues | Including Libby Issues |
|---|---|---|
| Richard Finke | Company Information and Confirmation Standards | yes |
| Jeff Posner | Insurance Issues | yes |
| Pam Zilly | Financial Issues | yes |
| David Austern | PI Trust Issues | yes |
| Honorable Alexander M. Sanders, Jr. | PD Trust Issues | no |
| Denise Martin | PD/ZAI Issues | no |
| Hudson La Force | Financial Issues | yes |
| Derrick Tay | Canadian Issues | no |
| Dr. Thomas Florence | Issues addressed in expert report | yes |
| Dr. Daniel Henry | Issues addressed in expert report | yes |
| Jay Hughes | PI Issues | yes |
| Dr. Suresh Moolgavkar | Issues addressed in expert report | yes |
| Dr. Howard Ory | Issues addressed in expert report | yes |
| Dr. John Parker | Issues addressed in expert report | yes |
| Dr. David Weill | Issues addressed in expert report | yes |
| Elihu Insulbuch | PI Issues | yes |
| Company Corporate Document Custodian | Foundation and authenticity of business records | |

This list may include some, but not necessarily all, fact or expert witnesses called solely for rebuttal or impeachment purposes. The Debtors reserve the right to call additional rebuttal witnesses not identified herein, as necessary. The Debtors may also identify and produce additional expert witness reports from one or more experts who would be called solely for purposes of rebuttal. The Debtors also reserve the right to call as a witness any person identified

*[Remainder of Page Intentionally Left Blank]*

on any other party's preliminary or final witness lists or any subsequently filed witness lists.

Dated:  June 24, 2009

Respectfully submitted,

KIKRLAND & ELLIS LLP
Theodore L. Freedman
Deanna Boll
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446 - 4800
Facsimile:   (212) 446 – 4900

KIKRLAND & ELLIS LLP
Barbara Harding
Brian Stansbury
655 15th Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile:  (202) 879-5200

-and-

PACHULSKI STANG ZIEHL &JONES LLP

_/s/ James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400


Co-Counsel for the Debtors and Debtors in Possession