## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 24th

day of June 2009, I caused a true and correct copy of the **NO ORDER REQUIRED**

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 21883** to be served

upon the parties on the attached service list in the manner indicated.

By:  /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W.R. Grace & Co.
Case No. 01-01139 (JKF)
Core Group Service List/Labels
Document No. 34089

**VIA FIRST CLASS MAIL**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 905
Wilmington, DE  19899

**VIA FIRST CLASS MAIL**

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

David Bernick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE  19899-8705

**VIA FIRST CLASS MAIL**

David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Ave., Suite 1700
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Steven M. Yoder, Esquire
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19899

**VIA FIRST CLASS MAIL**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 S. Biscayne Blvd.
Miami, FL  33131-2336

**VIA FIRST CLASS MAIL**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

**VIA FIRST CLASS MAIL**

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

**VIA FIRST CLASS MAIL**

Lewis Kruger, Esquire
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**VIA FIRST CLASS MAIL**

Warren H. Smith
Warren H. Smith and Assoc.
325 N. St. Paul, Suite 1250
Dallas, TX  75201

**VIA FIRST CLASS MAIL**

Thomas M. Mayer, Esquire
Philip Bentley, Esquire
Robert S. Schmidt, Esquire
Kramer Levin Naftalis & Frankel
1177 Ave. of the Americas
New York, NY  10036

**VIA FIRST CLASS MAIL**

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA  90067-4100

**VIA VIA FIRST CLASS MAIL**

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street., Suite 300
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

**VIA FIRST CLASS MAIL**

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

**VIA FIRST CLASS MAIL**

Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602