IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE         :
                          : SS
NEW CASTLE COUNTY         :

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 25, 2009, I caused to be served:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Service was completed upon the parties on the attached list in the manner indicated.

Date: June 25, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 25th day of June, 2009.

_____
NOTARY
My commission expires:_____

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

WWW/116037-0001/2256384/1

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Laura Davis Jones, Esq. | David M. Bernick, P.C. |
| James E. O'Neill, Esq. | Theodore L. Freedman, Esq. |
| Pachulski Stang Ziehl & Jones LLP | Kirkland & Ellis LLP |
| 919 North Market Street, 17th Floor | Citigroup Center |
| P.O. Box 8705 | 153 East 53rd Street |
| Wilmington, DE 19899-8705 | New York, NY 10022 |
| Facsimile: (302) 652-4400 | Facsimile: (212) 446-4900 |
| [Counsel to the Debtors] | [Counsel to the Debtors] |

David M. Klauder, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801