IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| W.R. Grace & Co., *et. al.*, | ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF SERVICE OF AMENDED HEARING EXHIBITS OF
FIREMAN'S FUND INSURANCE COMPANY, ALLIANZ S.P.A.,
F/K/A RIUNIONE ADRIATICA DI SICURTA, AND ALLIANZ SE,
F/K/A ALLIANZ AKTIENGESELLSCHAFT WITH RESPECT TO PHASE I
CONFIRMATION HEARING PURSUANT TO THIRD AMENDED CASE
MANAGEMENT ORDER[1]**

PLEASE TAKE NOTICE that on June 8, 2009, Fireman's Fund Insurance Company ("FFIC"), Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta ("RAS"), and Allianz SE, f/k/a Allianz Aktiengesellschaft ("Allianz, and collectively, "FFIC/Allianz"), provided to counsel for the Plan Proponents, pursuant to the *Third Amended Case Management Order Related To The First Amended Joint Plan of Reorganization* [Docket No. 21544], exhibits they intended to introduce into evidence at the Phase I Confirmation Hearing .[2]

PLEASE TAKE NOTICE FURTHER that on June 23, 2009, FFIC/Allianz provided to counsel for the Plan Proponents replacements exhibits 1 through 32, inclusive, which, were admitted into evidence in connection with the Phase I Confirmation Hearing by the Court subject to the objection based on relevance asserted by the Plan Proponents at the Phase I Confirmation Hearing.

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Plan.

[2] The exhibits included herein are in addition to the "generic insurer exhibits" served by objecting insurers on behalf of all insurers objecting to confirmation of the Plan, all of which Certain Insurers adopt as their own and reserve the right to seek to introduce into evidence and otherwise to rely upon at the Confirmation Hearing.

SL1 931810v1/021630.00003

PLEASE TAKE NOTICE FURTHER that FFIC/Allianz exhibits 33 through 36, inclusive, remain unchanged from those served on June 8, 2009.

PLEASE TAKE NOTICE FURTHER that a complete list of the exhibits that FFIC/Allianz has proffered (exhibits 1 through 32) and will proffer (exhibits 33 through 36) are identified below:

| | |
|---|---|
| FFIC/Allianz Exhibit 1 | Lloyds Policy No. KYO 17582<br>Policy Period 06/30/82-06/30/85 |
| FFIC/Allianz Exhibit 2 | FFIC Policy No. XLX-168 80 67<br>Policy Period 6/30/84-6/30/85 |
| FFIC/Allianz Exhibit 3 | Allianz Policy No. C 73 000 25<br>Policy Period 6/30/84-6/30/85 |
| FFIC/Allianz Exhibit 4 | FFIC Policy No. XLX-153-22-28<br>Policy Period 6/30/83-6/30/84 |
| FFIC/Allianz Exhibit 5 | FFIC Policy Period No. XLX-153 22 27<br>Policy Period 6/30/83-6/30/84 |
| FFIC/Allianz Exhibit 6 | Allianz Policy No. C 73 000 25<br>Policy Period 6/30/83-6/30/84 |
| FFIC/Allianz Exhibit 7 | FFIC Policy No. XLX-153 24 75<br>Policy Period 6/30/82-6/30/83 |
| FFIC/Allianz Exhibit 8 | FFIC Policy No. XLX-153 24 74<br>Policy Period 6/30/82-6/30/83 |
| FFIC/Allianz Exhibit 9 | Allianz Policy No. C 73 000 25<br>Policy Period 6/30/82-6/30/83 |
| FFIC/Allianz Exhibit 10 | Lloyds Policy No. 79 DD 1633C<br>Policy Period 06/30/79-06/30/82 |
| FFIC/Allianz Exhibit 11 | FFIC Policy No. XLX-148 14 92<br>Policy Period 6/30/81-6/30/82 |
| FFIC/Allianz Exhibit 12 | FFIC Policy No. XLX-148 14 91<br>Policy Period 6/30/81-6/30/82 |

| | |
|---|---|
| FFIC/Allianz Exhibit 13 | FFIC Policy No. XLX-148 14 90<br>Policy Period 6/30/81-6/30/82 |
| FFIC/Allianz Exhibit 14 | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/81-6/30/82 |
| FFIC/Allianz Exhibit 15 | FFIC Policy No. XLX-143 70 61<br>Policy Period 6/30/80-6/30/81 |
| FFIC/Allianz Exhibit 16 | FFIC Policy No. XLX-143 70 60<br>Policy Period 6/30/80-6/30/81 |
| FFIC/Allianz Exhibit 17 | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/80-6/30/81 |
| FFIC/Allianz Exhibit 18 | RAS Policy No. EL 79 4416<br>Policy Period 6/30/80-6/30/81 |
| FFIC/Allianz Exhibit 19 | RAS Policy No. EL 79 4120<br>Policy Period 06/30/79-06/30/80 |
| FFIC/Allianz Exhibit 20 | FFIC Policy XLX-137 04 27<br>Policy Period 7/1/79-6/30/80 |
| FFIC/Allianz Exhibit 21 | FFIC Policy XLX-137 04 26<br>Policy Period 6/30/79-6/30/80 |
| FFIC/Allianz Exhibit 22 | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/79-6/30/80 |
| FFIC/Allianz Exhibit 23 | Lloyds Policy No. 76 DD 1594C<br>Policy Period 6/30/76-6/30/79 |
| FFIC/Allianz Exhibit 24 | FFIC Policy XLX-136 29 55<br>Policy Period 6/30/78-6/30/79 |
| FFIC/Allianz Exhibit 25 | Allianz Policy No. H 0 001 428<br>Policy Period 6/30/78-6/30/79 |
| FFIC/Allianz Exhibit 26 | RAS Policy No. EL 2787<br>Policy Period 6/30/78-6/30/79 |
| FFIC/Allianz Exhibit 27 | FFIC Policy No. XLX-129 95 53<br>Policy Period 6/30/77-6/30/78 |
| FFIC/Allianz Exhibit 28 | Allianz Policy No. H 0 001 1428<br>Policy Period 6/30/77-6/30/78 |

| | |
|---|---|
| FFIC/Allianz Exhibit 29 | RAS Policy No. EL 2046<br>Policy Period 6/30/77-6/30/78 |
| FFIC/Allianz Exhibit 30 | FFIC Policy No. XLX-120 29 30<br>Policy Period 6/30/76-6/30/77 |
| FFIC/Allianz Exhibit 31 | FFIC Policy No. XLX 102 68 77<br>Policy Period 10/28/68-6/30/71 |
| FFIC/Allianz Exhibit 32 | FFIC Policy No. XL 76937<br>Policy Period 1/27/65-10/20/65 |
| FFIC/Allianz Exhibit 33 | FFIC Proof of Claim, dated 3/27/03, relating to Surety Bond |
| FFIC/Allianz Exhibit 34 | Debtors' Objections and Responses to Certain Insurers' Requests for Admissions, (Revised) First Set of Interrogatories, and First Set of Requests for Documents |
| FFIC/Allianz Exhibit 35 | FCR's Objections and Responses to Certain Insurers' Requests for Admissions, (Revised) First Set of Interrogatories, and First Set of Requests for Documents |
| FFIC/Allianz Exhibit 36 | ACC's Objections and Responses to Certain Insurers' Requests for Admissions, (Revised) First Set of Interrogatories, and First Set of Requests for Documents |

\*     \*     \*

FFIC/Allianz reserve the right to seek to introduce into evidence or otherwise to rely upon any exhibit designated by any other party.

Dated: June 25, 2009
    Wilmington, Delaware                      STEVENS & LEE, P.C.

                                                    */s/ John D. Demmy.*
                                                    John D. Demmy (DE Bar No. 2802)
                                                    1105 North Market Street, 7th Floor
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 425-3308
                                                    Telecopier: (610) 371-8515
                                                    Email: jdd@stevenslee.com

                                                            -and-

        Leonard P. Goldberger
        Marnie E. Simon
        (Members PA Bar)
        1818 Market Street, 29th Floor
        Philadelphia, PA 19103-1702
        Telephone:  (215) 751-2864/2885
        Telecopier:  (610) 371-7376/8505
        Email: lpg@stevenslee.com
        Email: mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND INSURANCE COMPANY, ALLIANZ S.p.A., f/k/a RIUNIONE ADRIATICA DI SICURTA, AND ALLIANZ SE, f/k/a ALLIANZ AKTIENGESELLSCHAFT