## **CERTIFICATE OF SERVICE**

I certify that on this 25th day of June, 2009, true and correct copies of the foregoing *Notice Of Service Of Amended Hearing Exhibits Of Fireman's Fund Insurance Company, Allianz S.P.A., F/K/A Riunione Adriatica Di Sicurta, And Allianz Se, F/K/A Allianz Aktiengesellschaft With Respect To Phase I Confirmation Hearing Pursuant To Third Amended Case Management Order* was served on the parties on the attached service list by electronic mail.

                                                                             */s/ John D. Demmy.*
                                                                             John D. Demmy

## SERVICE LIST

| | |
|---|---|
| aaronsona@pepperlaw.com | ealcabes@stblaw.com |
| acordo@mnat.com | ei@capdale.com |
| acraig@cuyler.com | eileen.mccabe@mendes.com |
| akelley@dilworthlaw.com | elongosz@eckertseamans.com |
| akrieger@stroock.com | emdecristofaro@FMEW.com |
| alexander.mueller@mendes.com | erosenthal@rmgglaw.com |
| anna.newsom@mendes.com | ewestbrook@rpwb.com |
| arich@alanrichlaw.com | ewolfe@skfdelaware.com |
| arosenberg@paulweiss.com | fmonaco@wcsr.com |
| arunning@kirkland.com | fournierd@pepperlaw.com |
| belias@omm.com | FRosner@mrs-law.com |
| bharding@kirkland.com | gcalhoun@steptoe.com |
| bmukherjee@goodwinprocter.com | ghorowitz@kramerlevin.com |
| bsb@capdale.com | gibbonsj@whiteandwilliams.com |
| bsb@capdale.com | gmcdaniel@bglawde.com |
| bstansbury@kirkland.com | gmcdaniel@bglawde.com |
| butcher@lrclaw.com | green@lrclaw.com |
| candon@cwg11.com | gsvirsky@omm.com |
| carignanj@pepperlaw.com | heather.bloom@kirkland.com |
| carl.pernicone@wilsonelser.com | hertzbergr@pepperlaw.com |
| carolina.acevedo@mendes.com | hriedel@srbp.com |
| casarinom@whiteandwilliams.com | ilevee@lowenstein.com |
| caseyl@pepperlaw.com | IRosenberg@cozen.com |
| Catherine.chen@wilsonelser.com | jal@capdale.com |
| cbruens@kirkland.com | jal@capdale.com |
| cgreco@kirkland.com | james.freeman2@usdoj.gov |
| cohn@cwg11.com | jbaer@jsbpc.com |
| collins@rlf.com | jcohn@cozen.com |
| cprince@sonnenschein.com | jcp@pgslaw.com |
| david.boutrous@kirkland.com | jcutler@orrick.com |
| david.klauder@usdoj.gov | jeff.friedman@kattenlaw.com |
| david.primack@dbr.com | jeffrey.boerger@dbr.com |
| david.turetsky@skadden.com | jguy@orrick.com |
| dbernick@kirkland.com | jk@kttlaw.com |
| dblabey@kramerlevin.com | jmeltzer@sbtklaw.com |
| dfelder@orrick.com | john.mcfarland@grace.com |
| dglosband@goodwinprocter.com | joneill@pszjlaw.com |
| dj.baker@skadden.com | jpruggeri@hhlaw.com |
| dmannal@kramerlevin.com | jpw@capdale.com |
| Dpastor@Gilmanpastor.com | jpw@capdale.com |
| drosenbloom@mwe.com | jsakalo@bilzin.com |
| drosendorf@kttlaw.com | jsottile@zuckerman.com |
| dsilver@mccarter.com | jspadaro@johnsheehanspadaro.com |
| dspeights@speightsrunyan.com | jwaxman@cozen.com |

jwisler@cblh.com
kandestin@rlf.com
karen.f.lee@kirkland.com
kbornstein@sbtklaw.com
klove@kirkland.com
kmakowski@pszjlaw.com
kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
korr@orrick.com
kpasquale@stroock.com
landis@lrclaw.com
lepley@crowell.com
lesayian@kirkland.com
lkruger@stroock.com
loberholzer@pszjlaw.com
locasaleg@whiteandwilliams.com
lstover@eckertseamans.com
Madigan.andrea@epa.gov
madron@rlf.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
meskin@camlev.com
metkin@lowenstein.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com
mphillips@paulweiss.com
mpiropato@stblaw.com
mplevin@crowell.com
mshiner@tuckerlaw.com
mumford@lrclaw.com
mwallace@orrick.com
mweis@dilworthlaw.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
pbentley@kramerlevin.com

pcuniff@pszjlaw.com
pkoepff@omm.com
pmahaley@orrick.com
ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
rdehney@mnat.com
Reynolds@rlf.com
rfrankel@orrick.com
rguttmann@zeklaw.com
rhorkovich@andersonkill.com
richard.finke@grace.com
rifft@wileyrein.com
rjsidman@vorys.com
rmillner@sonnenschein.com
rriley@duanemorris.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
SSchindlerWilliams@KRAMERLEVIN.com
sshimshak@paulweiss.com
stearn@rlf.com
swspencer@FMEW.com
tcairns@pszjlaw.com
tcurrier@saul.com
tfreedman@kirkland.com
tgerber@fulbright.com
tgerber@fulbright.com
thomas.quinn@mendes.com
tmacauley@zuckerman.com
tmessana@mws-law.com
toolee@pepperlaw.com
travis.langenkamp@kirkland.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
ustpregion03.wl.ecf@usdoj.gov
vguldi@zuckerman.com
warren.pratt@dbr.com
wbs@capdale.com
wbs@capdale.com
wrussell@stblaw.com
wshelley@cozen.com
yoderj@whiteandwilliams.com
young@wildman.com

SL1 931810v1/021630.00003