IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: September 4, 2009 at 4:00 p.m. |
| ) | Hearing: September 22, 2009 at 10:30 a.m. |

COVER SHEET TO THIRTEENTH QUARTERLY APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2009 THROUGH MARCH 31, 2009

Name of Applicant:    Orrick, Herrington & Sutcliffe LLP

Authorized to Provide Professional
Services to:    David T. Austern, Asbestos PI
Future Claimants' Representative
(the "FCR")

Date of Retention:    As of February 6, 2006 (pursuant to this Court's
Order entered May 8, 2006)

Period for which compensation is
sought:    January 1, 2009 through March 31, 2009

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:    $1,497,820.75[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    $   56,151.13

This is an:    X   interim    ___ monthly    ___ final application.

---

1    This amount includes an additional $3,061.25 regarding fees for non-working travel which Orrick improperly deducted from its December 2008 interim fee application.

OHS East:160571943.1

## PRIOR QUARTERLY APPLICATIONS FILED

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006. Orrick has previously filed the following quarterly fee applications:

| Quarterly Period | Fees | Expenses | Total Fees and Expenses |
|---|---|---|---|
| First Quarterly Period February 6-March 31, 2006 | $206,292.25 | $7,501.32 | $213,793.57 |
| Second Quarterly Period April 1-June 30, 2006 | $456,045.25 | $14,568.92 | $470,614.17 |
| Third Quarterly Period July 1-Sept 30, 2006 | $558,019.75 | $25,651.67 | $583,671.42 |
| Fourth Quarterly Period Oct 1-Dec 31, 2006 | $841,070.00 | $98,378.95 | $939,448.95 |
| Fifth Quarterly Period January 1-March 31, 2007 | $1,098,668.00 | $57,670.14 | $1,156,338.14 |
| Sixth Quarterly Period April 1-June 30, 2007 | $1,021,931.50 | $168,071.15 | $1,190,002.65 |
| Seventh Quarterly Period July 1-Sept 30, 2007 | $1,318,928.25 | $506,330.27 | $1,825,258.52 |
| Eighth Quarterly Period Oct 1-Dec 31, 2007 | $2,577,801.25 | $276,906.50 | $2,854,707.75 |
| Ninth Quarterly Period January 1-March 31, 2008 | $2,834,348.75 | $436,062.97 | $3,270,411.72 |
| Tenth Quarterly Period April 1-June 30, 2008 | $1,060,594.00 | $96,239.02 | $1,156,833.02 |
| Eleventh Quarterly Period July 1-Sept 30, 2008 | $1,205,058.75 | $69,698.64 | $1,274,757.39 |
| Twelfth Quarterly Period October 1-December 31, 2008 | $1,133,553.25 | $95,017.93 | $1,228,571.18 |

## COMPENSATION SUMMARY
### JANUARY 1, 2009 THROUGH MARCH 31, 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Roger Frankel | Partner, 25 years in position; 37 years relevant experience; 1971, Bankruptcy | $945 | 312.10 | $289,217.[1] |
| Raymond G. Mullady, Jr. | Partner, 16 years in position; 26 years relevant experience; 1983, Litigation | $745 | .30 | $223.50 |
| Jonathan P. Guy | Partner, 8 years in position; 15 years relevant experience; 1994, Bankruptcy | $755 | 121.40 | $91,657.00 |
| Mark J. Plumer | Partner, 15 years in position; 23 years relevant experience; 1986, Litigation | $835 | 3.80 | $3,173.00 |
| Clayton S. Reynolds | Partner, 22 years in position; 30 years relevant experience; 1979, Tax | $840 | 12.60 | $10,584.00 |
| Richard V. Smith | Partner, 16 years in position; 25 years relevant experience; 1983, Corporate | $815 | 38.80 | $31,622.00 |

---

[1] This amount reflects a reduction of $2,079 (Jan 2009), $1,559.25 (Feb 2009), and $2,079.00 (Mar 2009) representing non-working travel billed at 50%.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 19 years in position; 29 years relevant experience; 1979, Restructuring | $815 | 373.60 | $301,224.00[2] |
| Peri N. Mahaley | Of Counsel, 16 years in position; 29 years relevant experience; 1979, Litigation | $605 | 324.50 | $194,053.75[3] |
| Mary A. Wallace | Of Counsel, 6 years in position; 18 years relevant experience; 1989, Restructuring | $650 | 59.60 | $38,740.00 |
| James W. Burke | Associate, 8 months in position; 8 months relevant experience; 2008, Restructuring | $360 | 174.70 | $62,892.00 |
| Joshua M. Cutler | Associate, 6 years in position; 6 years relevant experience; 2003, Litigation | $555 | 3.80 | $2,109.00 |
| Debra L. Felder | Associate, 7 years in position; 7 years relevant experience; 2002, Restructuring | $590 | 376.70 | $222,253.00 |
| Zachary S. Finley | Associate, 6 years in position; 6 years relevant experience; 2003, Litigation | $570 | 158.90 | $95,340.00 |
| Antony P. Kim | Associate, 6 years in position; 6 years relevant experience; 2003, Litigation | $555 | 3.70 | $2,053.50 |
| Kathleen Orr | Associate, 8 years in position; 7 years relevant experience; 2001, Restructuring | $620 | 184.20 | $114,204.00 |
| Donald A. Snead | Associate, 2 years in position; 2 years relevant experience; 2007, Corporate | $400 | 5.50 | $2,200.00 |
| Katherine S. Thomas | Associate, 4 years in position; 4 years relevant experience; 2004, Restructuring | $525 | 4.60 | $2,415.00 |
| Carrrie Barclay | Research Specialist | $230 | .30 | $69.00 |
| Stephen C. Cruzado | Senior Litigation Paralegal | $220 | 5.90 | $1,357.00 |

---

[2] This amount reflects a reduction of $1,711.50 (Feb 2009), and $1,548.50 (Mar 2009) representing non-working travel billed at 50%.
[3] This amount reflects a reduction of $1,512.50 (Feb 2009), and $756.25 (Mar 2009) representing non-working travel billed at 50%.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Debra O. Fullem | Bankruptcy Research Specialist | $245 | 76.10 | $19,405.50 |
| Kirt Dale Suomela | Scientific Advisor | $275 | 21.70 | $6,293.00 |
| Aaron R. Thorp | Practice Support Project Coordinator | $210 | 16.70 | $3,674.00 |
| TOTAL | | | 2,279.50 | $1,494,759.50 |
| Blended Rate: $655.73 | | | | |
| Additional Fees | | | | $3,061. |
| GRAND TOTAL | | | | $1,497,820.75 |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2009 THROUGH MARCH 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 3.00 | $989.00 |
| Compensation of Professionals-Orrick | 53.50 | $18,528.50 |
| Compensation of Professionals-Others | 23.60 | $6,309.00 |
| Insurance | 536.30 | $328,196.50 |
| Litigation | 863.00 | $582,373.50 |
| Retention of Professionals-Orrick | 7.60 | $4,064.50 |
| Retention of Professionals-Others | .40 | $326.00 |
| Plan & Disclosure Statement | 731.00 | $518,787.50 |
| Travel Time (Non-Working) | 27.60 | $11,246.00 |
| Trust Distribution Procedures | 33.50 | $23,939.00 |
| TOTAL | 2,279.50 | $1,494,759.50 |
| Additional Fees | | $3,061.25[4] |
| GRAND TOTAL | | $1,497,820.75 |

Orrick's Client Charges and Disbursements Policy effective January 1, 2009, are as follows:

    a.    *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

    b.    *Long Distance Telephone and Facsimile Charges* -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

---

[4] This amount represents additional fees due to a mathematical error made by Orrick when reducing certain attorneys' non-working travel fees billed by Mr. Plumer (3.00 hours) and Ms. Mahaley (6.50 hours) in its December 2008 interim fee application. Orrick inadvertently reduced these fees in the full amount of $6,122.50, rather than reducing these fees by 50%.

OHS East:160571943.1         4

c. ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d. ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.

e. ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for other internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:/S/ *RICHARD H. WYRON*
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    1152 15th Street, NW
    Washington, DC 20005
    (202) 339-8400

*Counsel to David T. Austern,*
*Asbestos PI Future Claimants' Representative*

Dated: June 19, 2009