**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Objection Date: September 4, 2009 at 4:00 p.m. |
| | ) | Hearing Date: September 22, 2009 at 10:30 a.m. |

**COVER SHEET TO THIRTEENTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
<u>THE PERIOD OF JANUARY 1, 2009 THROUGH MARCH 31, 2009</u>**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 – March 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $144.48 |

This is a    ___ monthly       _x_ interim       ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2009 – March 31, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 121.5 | NA |
| Financial Analysis / Financial Review | 193.1 | NA |
| Case Administration | 18.2 | NA |
| Hearing Attendance / Meeting | 15.0 | NA |
| **TOTAL** | **347.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2009 – March 31, 2009

| Expense Category | Total |
|---|---|
| Research | $144.48 |
| **TOTAL** | **$144.48** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.