## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Objection Deadline: September 4, 2009 at 4:00 p.m. |
| | ) | Hearing: September 22, 2009 at 10:30 a.m. |

### NOTICE OF FILING OF THIRTEENTH QUARTERLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2009 THROUGH MARCH 31, 2009

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Unsecured Creditors; (5) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (6) Counsel to the Official Committee of Asbestos Property Damage Claimants; (7) Counsel to the Official Committee of Equity Holders; (8) Counsel to the Debtors-in-Possession Lender; and (9) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR"), has filed and served its Twelfth Quarterly Interim Application for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2009 through March 31, 2009 seeking payment in the amount of $100,000.00 and expenses in the amount of $144.48 for a total of $100,144.48 (the "Application").

This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and

Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the

Administrative Order").

 Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE  19801, on or before **September 4, 2009 at 4:00**

**p.m., Eastern Time.**

 At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) financial advisor to the FCR, Jason Solganick, Vice President, Piper Jaffray &

Co., 150 East 42nd Street, 35th Floor, New York, NY 10017, (ii) co-counsel to David T.

Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington &

Sutcliffe LLP, 1152 15th Street, NW, Washington, DC  20005 and John C. Phillips, Esquire,

Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iii) co-

counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph

Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski Stang Ziehl & Jones LLP,

919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-

counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock &

Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R.

Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE

19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants,

Scott L. Baena, Esquire, Blizin, Sumberg, Baena, Price & Axelrod, First Union Financial Center,

200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire,

Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi)

co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch,

Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark

Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market

Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon,

Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL  60606 and Neil B.

Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

NY 10022; (viii) the Office of the United States Trustee, ATTN: David M. Klauder, Esquire, 844

N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite

1250, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 25, 2009         By:*/S/ RICHARD H. WYRON*
                        Roger Frankel, admitted *pro hac vice*
                        Richard H. Wyron, admitted *pro hac vice*
                        Debra L. Felder, admitted *pro hac vice*
                        1152 15th Street, NW
                        Washington, DC  20005
                        (202) 339-8400

                   —and—

                   PHILLIPS, GOLDMAN & SPENCE, P.A.
                   John C. Phillips, Jr. (#110)
                   1200 North Broom Street
                   Wilmington, DE 19806
                   (302) 655-4200

                   *Co-Counsel to David T. Austern,*
                   *Asbestos PI Future Claimants' Representative*

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date:  September 4, 2009 at 4:00 p.m. |
| | ) | Hearing Date: September 22, 2009 at 10:30 a.m. |

**COVER SHEET TO THIRTEENTH QUARTERLY INTERIM FEE APPLICATION OF**
**PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO**
**DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD OF JANUARY 1, 2009 THROUGH MARCH 31, 2009**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 – March 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $144.48 |

This is a    ___  monthly          x  interim          ___  final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2009 – March 31, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 121.5 | NA |
| Financial Analysis / Financial Review | 193.1 | NA |
| Case Administration | 18.2 | NA |
| Hearing Attendance / Meeting | 15.0 | NA |
| **TOTAL** | **347.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2009 – March 31, 2009

| Expense Category | Total |
|---|---|
| Research | $144.48 |
| **TOTAL** | **$144.48** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date:  September 4, 2009 at 4:00 p.m. |
| | ) | Hearing Date: September 22, 2009 at 10:30 a.m. |

**THIRTEENTH QUARTERLY INTERIM FEE APPLICATION OF**
**PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO**
**DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD OF JANUARY 1, 2009 THROUGH MARCH 31, 2009**

Pursuant to 328(a) U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule

2016 of the Federal Rules of Bankruptcy Procedure, the Retention Order (as defined herein), and

this Court's Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members (the "Procedures"), Piper Jaffray & Co. ("PJC") hereby submits this

thirteenth quarterly interim application (the "Thirteenth Quarterly Interim Application") for an

allowance of (i) compensation for professional services rendered to the future claimants'

representative of W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for the period

of January 1, 2009 through March 31, 2009 (the "Interim Period"), and (ii) the reimbursement of

expenses incurred during the same period.  In support of this Thirteenth Quarterly Interim

Application, PJC respectfully represents as follows:

## I.    <u>Jurisdiction</u>

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

## II.    Background

2.    On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.  The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.    By an Order dated May 24, 2004, the Court appointed David T. Austern as the Legal Representative for Future Asbestos Claimants (the "FCR") for the above captioned cases. The same Order authorizes the FCR to employ professionals under the provision applicable to employment of professionals by an official committee (Section 1103 of the bankruptcy code). On March 1, 2006, the FCR applied to this Court for an order authorizing the retention of PJC pursuant to an engagement agreement dated February 16, 2006 (the "Engagement Agreement") as his financial advisor.  On May 8, 2006 this Court entered an order (the "Retention Order") authorizing the FCR to employ PJC as financial advisor effective nunc pro tunc as of February 13, 2006 pursuant to the terms of the Engagement Agreement.  On July 29, 2008 this Court entered an order authorizing modification of the retention and employment of PJC as co-financial advisor to the FCR nunc pro tunc as of March 1, 2008 (the "Modified Retention Order").

## III.    Summary of Services Rendered

4.    The financial services provided to the FCR by PJC during this period included but was not limited to:

(a) Conducting due diligence and advising the FCR with respect to the specialty chemicals industry in which the Debtors operate;

(b) Conducting due diligence and advising the FCR with respect to the financial condition of the Debtors' businesses;

(c) Conducting due diligence and advising the FCR with respect to the operations of the Debtors' businesses;

(d) Advising the FCR with respect to a proposed restructuring and implementation of a trust as contemplated under Section 524(g) of the Bankruptcy Code including analyzing, negotiating and effecting a plan of reorganization or recapitalization for the Debtors;

(e) Familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the Court docket and the numerous motions and orders filed in connection with this case, as well as attending court hearings either in person or by telephone;

(f) Reviewing and analyzing potential acquisitions and divestitures;

(g) Performing valuation analyses on the Debtors and their assets; and

(h) Reviewing and analyzing various claims and other liabilities of the Debtors.

### IV.   PJC's Request for Compensation and Expense Reimbursement

5.    Pursuant to the Procedures, professionals may request monthly compensation and the reimbursement of expenses incurred.  The notice parties listed in the Procedures may object to such a request.  If no notice party objects to a professional's request within twenty (20) days after the date of service of the request, the applicable professional may submit to this Court a certification of no objection whereupon the Debtors are authorized to pay 80% of the fees and 100% of the expenses requested.

6.    Furthermore, and also pursuant to the Procedures, professionals are to file with this Court and serve upon the notice parties a quarterly request for interim approval and

allowance of the monthly fee applications filed during the quarter.  If this Court grants the relief requested in these quarterly requests, the Debtors are authorized and directed to pay 100% of the fees and expenses requested in the monthly fee applications for the applicable quarter (less amounts previously paid as a result of monthly fee applications).

7.   With this Thirteenth Quarterly Interim Application, PJC seeks interim allowance of compensation in the amount of $100,000.00 representing three monthly fees for January 1, 2009 through March 31, 2009, as set forth in attached Exhibit A.

8.   During the Thirteenth Interim Period, PJC has recorded expenses in the amount of $144.48, as set forth in attached Exhibit B.  The actual and necessary costs and expenses for which PJC seeks reimbursement include the following:

> a.    ***Electronic Data Services & Research*** -- It is PJC's practice to use financial market research in providing financial advisory services.  This primarily consists of research reports on public companies and market/industry reports issued by investment banks other than PJC as well as other research services.  The charge to the client is actual cost, without a premium.

## V.  Relief Requested

9.   With this Thirteenth Quarterly Interim Application, PJC requests that this Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred during the Interim Period.  Attached as Exhibit C, D and E are copies of the monthly fee applications of January, February and March 2009 respectively.

10.    Except for the Debtors' promise to pay compensation and reimbursement as allowed by the Court, and such compensation and reimbursement which has been or may be paid pursuant to the Procedures, PJC has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

11.    Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, during the Thirteenth Interim Period, PJC has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, for all these reasons, PJC respectfully requests that the Court allow PJC the sum of $100,000.00 in fees and expenses of $144.48 for a total compensation of $100,144.48 for the period January 1, 2009 through March 31, 2009, that such sums be authorized for payment, and that the Court grant such other and further relief as is just and proper.

Dated: April 27, 2009

Respectfully submitted,

PIPER JAFFRAY & CO.

By:/S/ JASON SOLGANICK

Jason Solganick
150 East 42nd Street, 35th Floor
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Asbestos PI Future Claimants' Representative

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### January-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 1/2/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 1/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/5/2009 | 0.5 | Case Administration | Review court docket |
| Jason Solganick | 1/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/6/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/7/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/8/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/9/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 1/12/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 1/12/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/12/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 1/12/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/13/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 1/14/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/14/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/14/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/14/2009 | 5.0 | Hearing | Telephonic Court Hearing |
| Pei Huang | 1/14/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/14/2009 | 5.0 | Hearing | Telephonic Court Hearing |
| Jason Solganick | 1/15/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/16/2009 | 1.5 | Business Operations | Review of POR objections |
| Jason Solganick | 1/16/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 1/19/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/19/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/19/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/20/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/21/2009 | 0.1 | Hearing | Review of Hearing Agenda |
| Bryan Cloncs | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/21/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/21/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/22/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/22/2009 | 0.1 | Hearing | Review of Hearing Agenda |
| Bryan Cloncs | 1/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/23/2009 | 0.3 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### January-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 1/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/26/2009 | 1.0 | Hearing | Telephonic Court Hearing |
| Jason Solganick | 1/27/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/28/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/28/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 1/29/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 1/29/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/29/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 1/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/29/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/29/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/29/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/29/2009 | 4.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 1/29/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 1/30/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 1/30/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 1/30/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/30/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 1/30/2009 | 4.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 1/30/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### February-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 2/2/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/3/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/4/2009 | 2.5 | Business Operations | Review of amended DS/POR and exhibits |
| Jason Solganick | 2/4/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 2/4/2009 | 1.5 | Case Administration | Review court docket |
| Bryan Cloncs | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/5/2009 | 2.0 | Business Operations | Review of amended DS/POR and exhibits |
| Jason Solganick | 2/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/5/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/5/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/6/2009 | 0.5 | Business Operations | Review of monthly operating report |
| Bryan Cloncs | 2/6/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/6/2009 | 0.5 | Business Operations | Review of monthly operating report |
| Desiree Davis | 2/6/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/6/2009 | 0.5 | Business Operations | Review of monthly operating report |
| Jason Solganick | 2/6/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/6/2009 | 0.5 | Case Administration | Review confirmation procedures order |
| Jason Solganick | 2/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/6/2009 | 1.0 | Financial Analysis | Discussion with Tre Angeli re: financials |
| Pei Huang | 2/6/2009 | 1.0 | Case Administration | Review court docket |
| Pei Huang | 2/6/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/9/2009 | 8.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Desiree Davis | 2/9/2009 | 5.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 2/9/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 2/9/2009 | 6.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 2/10/2009 | 4.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 2/10/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/10/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/10/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 2/10/2009 | 5.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 2/10/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/11/2009 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### February-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 2/11/2009 | 1.0 | Financial Analysis | Review of Grace threshold test |
| Jason Solganick | 2/11/2009 | 0.5 | Financial Analysis | Discussion with Tre Angeli re: threshold test |
| Jason Solganick | 2/12/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 2/13/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/13/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/16/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 2/17/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/17/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/17/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/17/2009 | 0.1 | Case Administration | Review of hearing agenda |
| Jason Solganick | 2/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/17/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/18/2009 | 0.5 | Business Operations | Review of Pension Motion |
| Bryan Cloncs | 2/18/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/18/2009 | 0.5 | Business Operations | Review of Pension Motion |
| Desiree Davis | 2/18/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/18/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/18/2009 | 0.5 | Business Operations | Review of Pension Motion |
| Pei Huang | 2/18/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/19/2009 | 1.5 | Business Operations | Review of Pension Motion |
| Jason Solganick | 2/19/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/20/2009 | 0.2 | Case Administration | Review of hearing agenda |
| Bryan Cloncs | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/23/2009 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/23/2009 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 2/23/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/23/2009 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 2/23/2009 | 0.8 | Hearings | Telephonic court hearing |
| Pei Huang | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/23/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/23/2009 | 3.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 2/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/24/2009 | 1.0 | Business Operations | Review of objections to DS and POR |
| Jason Solganick | 2/24/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/24/2009 | 0.3 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/25/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/26/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 2/27/2009 | 2.0 | Financial Analysis | Review of comparable companies and related analyses |
| Bryan Cloncs | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 2/27/2009 | 3.0 | Financial Analysis | Review of comparable companies and related analyses |
| Desiree Davis | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 2/27/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/27/2009 | 1.0 | Financial Analysis | Review of comparable companies and related analyses |
| Pei Huang | 2/27/2009 | 2.0 | Financial Analysis | Review of comparable companies and related analyses |
| Pei Huang | 2/27/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 2/28/2009 | 2.5 | Financial Analysis | Review of comparable companies and related analyses |

# EXHIBIT A

## W.R. Grace

**PJC Time Records**
**March-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Pei Huang | 3/1/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/2/2009 | 5.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/2/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/2/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/2/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/2/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/2/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/3/2009 | 3.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/3/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/4/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/3/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/3/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/3/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/4/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/4/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/4/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/4/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/4/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/4/2009 | 5.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/5/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/5/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/5/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/6/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/5/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/5/2009 | 0.5 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/5/2009 | 4.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/6/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/6/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/6/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/9/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/9/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/9/2009 | 3.0 | Hearing | Telephonic court hearing |
| Pei Huang | 3/9/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/10/2009 | 1.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/10/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/10/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/11/2009 | 4.5 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/11/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 3/11/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/12/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/12/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 3/12/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/12/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/13/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/13/2009 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 3/13/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/13/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/13/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/13/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Pei Huang | 3/14/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/15/2009 | 3.5 | Business Operations | Preparation of presentation for client |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### March-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 3/15/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/15/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/16/2009 | 5.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/16/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/16/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/16/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/16/2009 | 6.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/17/2009 | 3.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/17/2009 | 4.0 | Financial Analysis | Preparation of analysis of expert report |
| Desiree Davis | 3/17/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/17/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/17/2009 | 0.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/17/2009 | 2.0 | Financial Analysis | Review of expert report |
| Pei Huang | 3/17/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Pei Huang | 3/17/2009 | 3.0 | Financial Analysis | Preparation of analysis of expert report |
| Desiree Davis | 3/18/2009 | 1.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/18/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/19/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 3/19/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/19/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/19/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/19/2009 | 0.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 3/20/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/20/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/20/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Bryan Cloncs | 3/23/2009 | 4.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/23/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/23/2009 | 2.0 | Business Operations | Review of LTIP / CEO motions |
| Jason Solganick | 3/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/23/2009 | 2.5 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/23/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/24/2009 | 3.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 3/24/2009 | 2.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Jason Solganick | 3/24/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/24/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 3/24/2009 | 1.0 | Financial Analysis | Review of Grace financials and projections and related analyses |
| Pei Huang | 3/24/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/25/2009 | 3.0 | Business Operations | Grace financial update at Blackstone's offices |
| Jason Solganick | 3/25/2009 | 3.0 | Business Operations | Grace financial update at Blackstone's offices |
| Jason Solganick | 3/25/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/25/2009 | 5.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/26/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/26/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/26/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/27/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/27/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/27/2009 | 1.5 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/27/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 3/27/2009 | 2.0 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/30/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/30/2009 | 1.5 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/30/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/30/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/30/2009 | 0.5 | Business Operations | Preparation of presentation for client |
| Bryan Cloncs | 3/31/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Desiree Davis | 3/31/2009 | 1.0 | Business Operations | Preparation of presentation for client |
| Jason Solganick | 3/31/2009 | 1.0 | Business Operations | Review of presentation for client |
| Jason Solganick | 3/31/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 3/31/2009 | 0.5 | Business Operations | Preparation of presentation for client |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

<u>**AFFIDAVIT**</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Jason Solganick being duly sworn, deposes and says:

1.      I am a Principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Asbestos PI Future Claimants' Representative in the above captioned case.

2.      During the period of January 1, 2009 through March 31, 2009 (the "Thirteenth Interim Period"), no agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such

party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or

other compensation to be allowed out of or paid from the assets of the estate to any party in

interest in the within proceeding for services rendered in connection herewith.

4.    I have reviewed the Thirteenth Quarterly Interim Application of Piper Jaffray &

Co. for the time period January 1, 2009 through March 31, 2009 and state that the information

set forth therein is true and correct to the best of my knowledge, information and belief.


*/S/ JASON SOLGANICK*
Jason Solganick

Sworn to and subscribed before me

this 27th day of April, 2009


*/S/ CORI A. LARUFFA*
Cori A. LaRuffa

My commission expires: 7/24/2010

### CERTIFICATE OF SERVICE

        I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on June 25, 2009, I caused the *Notice, Cover Sheet, Thirteenth Quarterly Interim Application of Piper Jaffray & Co., Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period January 1, 2009 through March 31, 2009, Exhibits A and B, and Verification,* to be served upon those persons as shown below and a copy of the *Notice and Cover Sheet* to all parties as shown on the attached Service List.

| *Federal Express* | *Regular Mail* |
|---|---|
| Laura Davis Jones, Esquire<br>James O'Neil, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>Wilmington, DE  19899-8705 | Vito I. DiMaio<br>Parcels, Inc.<br>10th & King Streets<br>P.O. Box 27<br>Wilmington, DE  19899 |
| *Federal Express*<br>David M. Klauder, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE  19801 | *Federal Express and Email:*<br>*feeaudit@whsmithlaw.com and*<br>*bruhlander@whsmithlaw.com*<br>Bobbi Ruhlander<br>Warren H. Smith & Associates<br>Republic Center<br>325 N. St. Paul, Suite 1250<br>Dallas, TX  75201 |
| *Federal Express and E-mail:*<br>*william.sparks@grace.com*<br>(W.R. Grace & Co.)<br>David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 | *E-mail: nglassman@bayardfirm.com*<br>(Local Counsel to DIP Lender)<br>Neil B. Glassman, Esquire<br>The Bayard Firm |
| *E-mail: meskin@camlev.com*<br>(Local Counsel to Asbestos Claimants)<br>Marla Eskin, Esquire<br>Campbell & Levine, LLC | *E-mail: ttacconelli@ferryjoseph.com*<br>(Counsel for Property Damage Claimants)<br>Theodore Tacconelli, Esquire<br>Ferry & Joseph, P.A. |
| *E-mail: mlastowski@duanemorris.com*<br>(Counsel to Official Committee of Unsecured Creditors)<br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP | *E-mail: tcurrier@saul.com*<br>(Counsel for Official Committee of Equity Holders)<br>Teresa K.D. Currier, Esquire<br>Saul Ewing LLP |

| | |
|---|---|
| ***E-mail: eholzberg@stroock.com***<br>(Official Committee of Unsecured Creditors)<br>Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP | ***E-mail: pvnl@capdale.com***<br>(Official Committee of Personal Injury Claimants)<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered |
| ***E-mail: dboll@kirkland.com***<br>(Counsel to Debtor)<br>James H.M. Sprayregen, P.C.<br>Deanne Boll, Esq.<br>Kirkland & Ellis | ***E-mail: jsakalo@bilzin.com***<br>(Official Committee of Property Damage Claimants)<br>Scott L. Baena, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP |
| ***E-mail: david.heller@lw.com and carol.hennessey@lw.com***<br>(Counsel to DIP Lender)<br>J. Douglas Bacon, Esquire<br>Latham & Watkins | ***E-mail: pbentley@kramerlevin.com***<br>(Counsel to Official Committee of Equity Holders)<br>Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP |

*/S/ DEBRA O. FULLEM*
Debra O. Fullem
Orrick, Herrington & Sutcliffe LLP