IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: September 4, 2009 at 4:00 p.m. |
|  | ) | Hearing: September 22, 2009 at 10:30 a.m. |

**COVER SHEET TO SEVENTEENTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2009 THROUGH MARCH 31, 2009**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | January 1, 2009 through March 31, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,167.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |

This is an:  __X__ interim  ____ monthly  ____ final application.

**COMPENSATION SUMMARY**
**January 1, 2009 through March 31, 2009**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (24 years) FCAS | $675 | 4.60 | $3,150.00 |
| Jeffrey Kimble | Consulting Actuary (8 years) ACAS | $425 | 2.50 | $1,062.50 |
| **Total Blended Rate: $586.97** | | | **7.10** | **$4,167.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 7.10 | $4,167.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **January – March 2009 – Grand Total** | **$4,167.50** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By:*/S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: April 24, 2009

2