**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re:                                                : Ch. 11
: 
W. R. Grace & Co., *et al.*,                          : Case No. 01-01139 (JKF)
: 
        Debtors.                                      : (Jointly Administered)
: 
: NOTICE OF
: CHANGE OF ADDRESS
: 
---------------------------------------------------------------x

       **PLEASE TAKE NOTICE** the following new office and mailing address of the law firm of Pryor Cashman LLP, effective as of July 3, 2009.

            **Pryor Cashman LLP**
            **7 Times Square**
            **New York, NY 10036-6569**

All telephone numbers, facsimile numbers, and email addresses for the firm and its attorneys remain unchanged.

       All pleadings and other papers filed or required to be given in this case on or after July 3, 2009, should be served upon the undersigned at the above address.

                                  PRYOR CASHMAN LLP

                                  By: _____
                                     Richard Levy, Jr.
                                  7 Times Square
                                  New York, New York 10036-6569
                                  (212) 421-4100
                                  rlevy@pryorcashman.com