**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

**CERTAIN INSURERS' NOTICE OF SUPPLEMENTAL DESIGNATIONS**
**WITH RESPECT TO THE DEPOSITION OF PETER VAN N. LOCKWOOD**

The insurers indicated in the signature blocks to this pleading (collectively, "Certain Insurers"), by and through their respective undersigned attorneys, hereby supplement their previous designation of excerpted testimony from the transcript of the deposition of Peter Van N. Lockwood, taken on May 1 and May 4, 2009 (the "Deposition Transcript"), together with any pertinent exhibits thereto, which may be offered in evidence in connection with the Phase I Confirmation Hearing in this matter, pursuant to Rule 32 of the Federal Rules of Civil Procedure. Certain Insurers reserve the right to supplement these designations following receipt of Plan Proponents' counter-designations, if any. Certain Insurers further reserve the right to use any part of the Deposition Transcript, even if it is not designated, for the purpose of contradicting or impeaching testimony given by the deponent as a witness. Finally, Certain Insurers reserve the right to call the witness at trial to supplement the deposition testimony designated herein.

In addition to those portions of the Deposition Transcript previously designated, Certain Insurers hereby designate the testimony located at: Page 404, lines 3 to 20. An excerpted copy of the Deposition Transcript, together with pertinent exhibits, is attached

as Exhibit "A" hereto, with the portions designated by Certain Insurers marked in green, including those portions previously designated.

Dated: June 26, 2009
       Wilmington, Delaware

| DRINKER BIDDLE & REATH LLP | STEVENS & LEE, P.C. |
|---|---|
| /s/ David P. Primack | /s/ John D. Demmy. |
| Warren T. Pratt (4334) | John D. Demmy (DE Bar No. 2802) |
| David P. Primack (4449) | 1105 North Market Street, 7th Floor |
| 1100 N. Market Street, Suite 1000 | Wilmington, DE 19801 |
| Wilmington, DE 19801-1254 | Telephone: (302) 425-3308 |
| Telephone: 302-467-4200 | Facsimile: (610) 371-8515 |
| Email: warren.pratt@dbr.com | Email: jdd@stevenslee.com |
| Email: david.primack@dbr.com | |
| - and - | - and - |
| Michael F. Brown (*pro hac vice*) | Leonard P. Goldberger |
| Jeffrey M. Boerger (*pro hac vice*) | Marnie E. Simon |
| One Logan Square | (Members of the PA Bar) |
| Philadelphia, PA 19103-6996 | 1818 Market Street, 29th Floor |
| Telephone: (215) 988-2700 | Philadelphia, PA 19103-1702 |
| Facsimile: (215) 988-2757 | Telephone: (215) 751-2864/2885 |
| Email: michael.brown@dbr.com | Facsimile: (610) 371-7376/8505 |
| Email: Jeffrey.boerger@dbr.com | Email: lpg@stevenslee.com |
| | Email: mes@stevenslee.com |
| *Attorneys for Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company, and Seaton Insurance Company* | *Attorneys for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft* |

| | |
|---|---|
| CONOLLY BOVE LODGE & HUTZ LLP | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| /s/ *Jeffrey C. Wisler* | /s/ *Edward B. Rosenthal* |
| Jeffrey C. Wisler (#2795)<br>Marc J. Phillips (#4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380 | Edward B. Rosenthal (Bar No. 3131)<br>P.O. Box 1070<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-4433x6<br>Facsimile: (302) 658-7567<br><br>- and - |
| OF COUNSEL: | GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Michael S. Giannotto (*pro hac vice*)<br>Brian H. Mukherjee (*pro hac vice*)<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231 |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>Edward J. Longosz, II<br>Laura G. Stover<br>1747 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, D.C. 20006<br>Telephone: (202) 659-6600<br>Facsimile: (202) 659-6699 | |
| | - and - |
| WILEY REIN LLP<br>Richard A. Ifft<br>Karalee C. Morell<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 719-7170<br>Facsimile: (202) 719-7049 | FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Elizabeth DeCristofaro (*pro hac vice*)<br>Wall Street Plaza,<br>23rd Floor<br>New York, New York 10005-1875<br>Telephone: (212) 269-4900<br>Facsimile: (212) 344-4294 |
| *Attorneys for Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd.* | *Attorneys for Continental Casualty Company and Continental Insurance Company and related subsidiaries and affiliates* |

| COZEN O'CONNOR | MESSANA ROSNER & STERN LLP |
|---|---|
| /s/ Barry Klayman | /s/ Frederick B. Rosner |
| Barry M. Klayman (DE No. 3676) | Frederick B. Rosner (DE #3995) |
| 1201 N. Market Street | 1000 N. West Street |
| Suite 1400 | Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 295-2035 | Telephone: (302) 777-1111 |
| Facsimile: (215) 701-2209 | Facsimile: (302) 295-4801 |
| - and - | - and - |
| William P. Shelley (PA ID 40875) | SONNENSCHEIN NATH & ROSENTHAL LLP |
| Jacob C. Cohn (PA ID 54139) | Robert B. Millner |
| Ilan Rosenberg (PA ID 89668) | Christopher E. Prince |
| 1900 Market Street | 233 S. Wacker Drive, Suite 7800 |
| Philadelphia, PA 19103 | Chicago, Illinois 60606 |
| Telephone: (215) 665-2000 | Telephone: (312) 876-8000 |
| Facsimile: (215) 665-2013 | Facsimile: (312) 876-7934 |
| *Attorneys for Federal Insurance Company* | *Attorneys for General Insurance Company of America* |

- 5 -

TUCKER ARENSBERG

  /s/ Michael A. Shiner
Michael A. Shiner, *pro hac vice*
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619
Email: mshiner@tuckerlaw.com

   - and -

MENDES & MOUNT, LLP
Eileen T. McCabe, *pro hac vice*
750 Seventh Avenue
New York, NY  10019
Telephone: (212)261-8254
Facsimile:  (302)235-2536
Email: eileen.mccabe@mendes.com

   - and -

John S. Spadaro (No. 3155)
724 Yorklyn Road
Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile:  (302) 235-2536
Email: jspadaro@johnsheehanspadaro.com

*Attorneys for AXA Belgium as successor to Royal Belge SA*