UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE BY
### SETH B. SHAPIRO AS COUNSEL FOR UNITED STATES OF AMERICA

Pursuant to Local Bankruptcy Rule 9010-2(b), Seth B. Shapiro hereby withdraws his appearance as counsel for the United States of America in the above-referenced case. Beth E. Cook and Cathy J. Burdette remain as counsel for the United States of America.

Date: June 26, 2009

**TONY WEST**
Assistant Attorney General

**DAVID C. WEISS**
Acting United States Attorney

**ELLEN W. SLIGHTS**
Assistant United States Attorney

 /s/ Seth B. Shapiro
**J. CHRISTOPHER KOHN**
**TRACY J. WHITAKER**
**BETH E. COOK**
**CATHY J. BURDETTE**
**SETH B. SHAPIRO**
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-7164
Fax: (202) 307-0494

**Attorneys for the United States of America**