**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of June, 2009, true and correct copies of the **Notice of Withdrawal of Appearance by Seth B. Shapiro as Counsel for United States of America** were served by electronic mail via the Electronic Case Filing ("ECF") System to all interested parties and/or counsel for the parties listed on the ECF System.

Date: June 26, 2009

    **TONY WEST**
    Assistant Attorney General

    **DAVID C. WEISS**
    Acting United States Attorney

    **ELLEN W. SLIGHTS**
    Assistant United States Attorney

    /s/ Seth B. Shapiro
    **J. CHRISTOPHER KOHN**
    **TRACY J. WHITAKER**
    **BETH E. COOK**
    **CATHY J. BURDETTE**
    **SETH B. SHAPIRO**
    U.S. Department of Justice-Civil Division
    Commercial Litigation Branch
    P.O. Box 875
    Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 514-7164
    Fax: (202) 307-0494

    **Attorneys for the United States of America**