IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>　　(Jointly Administered) |

## NOTICE OF DEPOSITION OF LINDA MACDONALD

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants, by and through their undersigned attorneys, will take the deposition of **Linda MacDonald**, Account Manager, Resolute Management, Inc. The deposition will take place on **July 8, 2009** at **9:30 a.m.** at the Boston office of Wilmer Hale, 60 State Street, Boston, Massachusetts 02109 and will continue from day to day thereafter until complete. The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths and will be videotaped.

Dated: June 26, 2009

　　　　　　　　　　　　　　　　　　　　**CAMPBELL & LEVINE, LLC**

　　　　　　　　　　　　　　　　　　　　/s/ Mark T. Hurford
　　　　　　　　　　　　　　　　　　　　Marla R. Eskin (#2989)
　　　　　　　　　　　　　　　　　　　　Mark T. Hurford (#3299)
　　　　　　　　　　　　　　　　　　　　800 N. King Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 426-1900
　　　　　　　　　　　　　　　　　　　　Facsimile:  (302) 426-9947

　　　　　　　　　　　　　　　　　　　　*Co-Counsel for the Official Committee*
　　　　　　　　　　　　　　　　　　　　*of Asbestos Personal Injury Claimants*

　　　　　　　　　　　　　　　　　　　　and

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Co-Counsel for the Official Committee
of Asbestos Personal Injury Claimants*

and

**ANDERSON KILL & OLICK, P.C.**
Robert M. Horkovich
Mark Garbowski
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

*Insurance Counsel for the Official Committee of
Asbestos Personal Injury Claimants*