IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | : | Chapter 11 |
|---|---|---|
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | **Docket Reference No. 20872** |

**CERTAIN INSURERS' COMBINED PROFFER OF EVIDENCE
FOR PHASE I OF THE CONFIRMATION HEARING**

Pursuant to the protocol established by the parties, and approved by the Court, on Day 2 of Phase I of the Confirmation Hearing (June 23, 2009), Certain Insurers hereby proffer the following exhibits for purposes of Phase I of the Confirmation Hearing:

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| I-12 | Supplemental Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. Rule 2019 by Cooney and Conway |
| I-13 | Notice of Filing Amended Statement Under Bankruptcy Rule 2019 by Baron & Budd, P.C.* |
| I-14 | Third Amended Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 by Weitz & Luxenberg* |
| I-15 | Eleventh Amended Verified Statement Pursuant to Fed. R. Bankr. P. 2019 Filed by Motley Rice LLC* |

Basis of Proffer:

Trial Exhibits I-12, I-13, I-14 and I-15 relate to the TAC conflict of interest issue to the extent that is a Phase I issue. They are relevant to establish that the TAC members, and their respective law firms, represent some, but not all, holders of current Asbestos PI Claims. That, in turn, is relevant to the conflict of interest they have by virtue of the separate fiduciary duties they owe to their clients, on the one hand, and the fiduciary duties they owe to all beneficiaries of the Asbestos PI Trust, including non-clients, on the other hand.

Trial Exhibits I-12, I-13, I-14, and I-15 are not hearsay, as they are party-opponent admissions. *See* F.R.E. 801(b)(1).

Trial Exhibits I-12, I-13, I-14, and I-15 are public records, recorded or filed by the Clerk of Court in the record of Bankruptcy Case No. 01-01139.  *See* F.R.E. 901(b)(7).

Dated: June 26, 2009
         Wilmington, Delaware

| DRINKER BIDDLE & REATH LLP | STEVENS & LEE, P.C. |
|---|---|
| */s/ David P. Primack* | */s/ John D. Demmy.* |
| Warren T. Pratt (DE Bar No. 4334) | John D. Demmy (DE Bar No. 2802) |
| David P. Primack (DE Bar No. 4449) | 1105 North Market Street, 7th Floor |
| 1100 N. Market Street, Suite 1000 | Wilmington, DE 19801 |
| Wilmington, DE 19801-1254 | Telephone: (302) 425-3308 |
| Telephone: (302) 467-4200 | Facsimile: (610) 371-8515 |
| Facsimile: (302) 467-4201 | Email: jdd@stevenslee.com |
| Email: warren.pratt@dbr.com | |
| Email: david.primack@dbr.com | - and - |
| | |
| - and - | Leonard P. Goldberger |
| | Marnie E. Simon |
| Michael F. Brown (*pro hac vice*) | (Members of the PA Bar) |
| Jeffrey M. Boerger (*pro hac vice*) | 1818 Market Street, 29th Floor |
| One Logan Square | Philadelphia, PA 19103-1702 |
| Philadelphia, PA 19103-6996 | Telephone: (215) 751-2864/2885 |
| Telephone: (215) 988-2700 | Facsimile: (610) 371-7376/8505 |
| Facsimile: (215) 988-2757 | Email: lpg@stevenslee.com |
| | Email: mes@stevenslee.com |
| *Attorneys for Government Employees Insurance Company, Republic Insurance Company n/k/a Starr Indemnity & Liability Company, and Seaton Insurance Company* | *Attorneys for Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft* |

CONOLLY BOVE LODGE & HUTZ LLP

 */s/ Jeffrey C. Wisler*
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-0380

OF COUNSEL:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II
Laura G. Stover
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
Telephone: (202) 659-6600
Facsimile: (202) 659-6699

WILEY REIN LLP
Richard A. Ifft
Karalee C. Morell
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 719-7170
Facsimile: (202) 719-7049

*Attorneys for Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

ROSENTHAL, MONHAIT & GODDESS, P.A.

 */s/ Edward B. Rosenthal*
Edward B. Rosenthal (Bar No. 3131)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
Facsimile: (302) 658-7567

- and -

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Michael S. Giannotto (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

- and -

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

*Attorneys for Continental Casualty Company and Continental Insurance Company and related subsidiaries and affiliates*

| COZEN O'CONNOR | TUCKER ARENSBERG |
|---|---|
| /s/ Barry Klayman | /s/ Michael A. Shiner |
| Barry M. Klayman (DE No. 3676) | Michael A. Shiner, *pro hac vice* |
| 1201 N. Market Street | 1500 One PPG Place |
| Suite 1400 | Pittsburgh, PA 15222-5401 |
| Wilmington, DE 19801 | Telephone: (412) 566-1212 |
| Telephone: (302) 295-2035 | Facsimile: (412) 594-5619 |
| Facsimile: (215) 701-2209 | Email: mshiner@tuckerlaw.com |
| - and - | - and - |
| William P. Shelley (PA ID 40875) | MENDES & MOUNT, LLP |
| Jacob C. Cohn (PA ID 54139) | Eileen T. McCabe, *pro hac vice* |
| Ilan Rosenberg (PA ID 89668) | 750 Seventh Avenue |
| 1900 Market Street | New York, NY 10019 |
| Philadelphia, PA 19103 | Telephone: (212)261-8254 |
| Telephone: (215) 665-2000 | Facsimile: (302)235-2536 |
| Facsimile: (215) 665-2013 | Email: eileen.mccabe@mendes.com |
| *Attorneys for Federal Insurance Company* | - and - |
| | John S. Spadaro (No. 3155) |
| | 724 Yorklyn Road, Suite 375 |
| | Hockessin, DE 19707 |
| | Telephone: (302) 235-7745 |
| | Facsimile: (302) 235-2536 |
| | Email: jspadaro@johnsheehanspadaro.com |
| | *Attorneys for AXA Belgium as successor to Royal Belge SA* |

- 5 -

MESSANA ROSNER & STERN LLP

  /s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 777-1111
Facsimile:  (302) 295-4801

		- and -

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
Christopher E. Prince
233 S. Wacker Drive, Suite 7800
Chicago, Illinois  60606
Telephone: (312) 876-8000
Facsimile:  (312) 876-7934

*Attorneys for General Insurance Company of America*