IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Re: Docket No. 18922 and 20872**
**Hearing: June 22-24, 2009**

**NOTICE OF SUBMISSION OF AFFIDAVIT OF CHARLES O. FREEGOOD OF JP
MORGAN CHASE BANK, N.A., IN ITS CAPACITY AS ADMINISTRATIVE AGENT
UNDER THE PRE-PETITION BANK CREDIT FACILITIES, IN SUPPORT OF THE
CLAIMS ASSERTED UNDER THE DEBTORS' CREDIT AGREEMENTS DATED AS
OF MAY 14, 1998 AND MAY 5, 1999 AND DECLARATION OF MARK A. SHELNITZ**

Please take notice that in accordance with the colloquy with the Court during the

Phase I Confirmation Hearing on the First Amended Joint Plan of Reorganization, which

commenced on June 22, 2009, (the "Phase I Hearing") the following documents are provided to

the Court:

1.    The *Affidavit of Charles O. Freegood of JP Morgan Chase Bank, N.A., in*

*Its Capacity as Administrative Agent Under the Pre-Petition Bank Credit Facilities, in Support*

*of the Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and*

*May 5, 1999* (the "Affidavit") attached hereto as Exhibit A is submitted by JP Morgan Chase

Bank, N.A.

2.    The *Declaration of Mark A. Shelnitz* (the "Declaration") attached hereto as

Exhibit B is submitted by the Debtors.

The parties hereby stipulate to the facts as stated in the Affidavit and the

Declaration.


Dated: June 26, 2009                          Respectfully submitted,

                                              KIRKLAND & ELLIS LLP
                                              Theodore L. Freedman
                                              David M. Bernick, P.C.
                                              Citigroup Center
                                              601 Lexington Avenue
                                              New York, New York  10022-4611
                                              Telephone: (212) 446-4800
                                              Facsimile:  (212) 446-4900

                                              THE LAW OFFICES OF JANET S. BAER P.C.
                                              Janet S. Baer, P. C.
                                              70 West Madison Street, Suite 2100
                                              Chicago, IL  60602
                                              Telephone:  (312) 641-2162

                                              and

                                              PACHULSKI STANG ZIEHL & JONES LLP

                                              ___/s/  James E. O'Neill_____
                                              Laura Davis Jones (Bar No. 2436)
                                              James E. O'Neill (Bar No. 4042)
                                              Kathleen P. Makowski (Bar No. 3648)
                                              Timothy P. Cairns (Bar No. 4228)
                                              919 North Market Street, 17th Floor
                                              P.O. Box 8705
                                              Wilmington, Delaware  19899-8705
                                              (Courier 19801)
                                              Telephone: (302) 652-4100
                                              Facsimile:  (302) 652-4400

                                              Co-Counsel for the Debtors and Debtors in
                                              Possession