REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872493
One Town Center Road                      Invoice Date        06/24/09
Boca Raton, FL    33486                   Client Number        172573

==================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                         1,798.00
         Expenses                         0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $1,798.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1872493 |
| One Town Center Road | Invoice Date    06/24/09 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 05/01/09 | Ament | Coordinate logistics for K&E relating to confirmation hearing in June (.40); various e-mails re: same (.10). | .50 |
| 05/04/09 | Flatley | Call with W. Sparks (0.1); follow-up with A. Muha (0.2). | .30 |
| 05/05/09 | Ament | E-mails re: June hearing. | .10 |
| 05/05/09 | Flatley | E-mails from/to A. Muha re: service issues. | .20 |
| 05/05/09 | Lord | Communicate with A. Muha re: service issues. | .30 |
| 05/06/09 | Ament | Coordinate logistics for K&E re: June hearings (.50); various e-mails, telephone calls and meetings re: same (.20). | .70 |
| 05/07/09 | Ament | Various e-mails to coordinate logistics for hearing preparation for K&E re: June hearings (.50); e-mails re: 3/9/09 hearing (.10); provide 3/9/09 hearing transcript to T. Rea per request (.10). | .70 |
| 05/08/09 | Ament | E-mails re: March 2007 hearings. | .20 |
| 05/08/09 | Lord | Update 2002 service list. | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1872493
60026  Litigation and Litigation Consulting       Page   2
June 24, 2009

| Date | Name | | Hours |
|------|------|--|-------|

| 05/11/09 | Ament | Circulate agenda re: 5/14/09 hearing to team. | .10 |
| 05/12/09 | Ament | Various e-mails and meetings to coordinate logistics for K&E re: June hearings (.30); various e-mails, telephone calls and meetings to coordinate logistics for K&E re: 5/14/09 hearing (.50); circulate amended agenda to team re: 5/14/09 hearing (.10). | .90 |
| 05/13/09 | Ament | Various e-mails, meetings and telephone calls to coordinate logistics for K&E re: hearing preparation for 5/14/09 hearing. | 1.20 |
| 05/14/09 | Ament | Various e-mails and meetings to assist K&E with hearing preparation. | .70 |
| 05/15/09 | Ament | Coordinate hearing preparation for K&E (.20); various e-mails with J. Baer re: same (.10); various e-mails with J. O'Neill re: hearing binders due on 5/18/09 (.20). | .50 |
| 05/18/09 | Ament | Review hearing binders received from J. O'Neill re: 6/1/09 hearing (.10); various e-mails with J. O'Neill and P. Cunniff re: same (.20); coordinate hand delivery of said hearing binders to Judge Fitzgerald (.20). | .50 |
| 05/19/09 | Ament | E-mail to J. O'Neill and P. Cuniff re: filing deadlines. | .10 |
| 05/26/09 | Ament | Circulate agenda for 6/1/09 hearing to team (.10); e-mails re: 6/1/09 hearing in DE (.10). | .20 |
| 05/29/09 | Ament | E-mails re: 6/1/09 hearing (.10); coordinate logistics for 6/18/09 hearing for K&E per request (.50); various e-mails and telephone calls re: same (.20); continue to coordinate logistics for 6/22/09 - 6/25/09 hearings for K&E per request (.20); various e-mails re: | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1872493
60026  Litigation and Litigation Consulting  Page    3
June 24, 2009
```

```
       Date   Name                                          Hours
       ------- -----------                                  -----

                        same (.10).

                                                            ------
                                        TOTAL HOURS          8.70
```

```
TIME SUMMARY              Hours       Rate        Value
-------------------------  ---------------------   -------
Lawrence E. Flatley       0.50  at  $  635.00  =    317.50
John B. Lord              0.70  at  $  240.00  =    168.00
Sharon A. Ament           7.50  at  $  175.00  =  1,312.50

                          CURRENT FEES                      1,798.00


                                                   ------------
              TOTAL BALANCE DUE UPON RECEIPT          $1,798.00
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1872494
5400 Broken Sound Blvd., N.W.            Invoice Date        06/24/09
Boca Raton, FL 33487                     Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                        4,056.50
         Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,056.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1872494
5400 Broken Sound Blvd., N.W.         Invoice Date        06/24/09
Boca Raton, FL 33487                  Client Number        172573
                                      Matter Number         60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

       Date   Name                                            Hours
    -------- -----------                                       -----


    05/01/09 Ament      Continue calculating fees and          1.00
                        expenses for 32nd quarterly fee
                        application (.80); continue
                        drafting narrative and summary re:
                        same (.20).

    05/04/09 Ament      Telephone call and various e-mails      .20
                        re: March hearing.

    05/05/09 Ament      Continue preparation of                 .40
                        spreadsheet re: 32nd quarterly fee
                        application (.30); e-mails with
                        A. Muha and J. Lord re: quarterly
                        fee application (.10).

    05/06/09 Ament      Continue calculating fees and          1.50
                        expenses re: 32nd quarterly fee
                        application (.30); continue
                        preparation of spreadsheet re:
                        same (1.0); continue drafting
                        narrative and summary re: same
                        (.20).

    05/07/09 Ament      Continue calculating fees and          2.10
                        completing spreadsheet re: 32nd
                        quarterly fee application (1.70);
                        continue drafting summary and
                        narrative re: same (.30); provide
                        same to A. Muha for review (.10).

172573 W. R. Grace & Co.                          Invoice Number  1872494
60029 Fee Applications-Applicant                  Page    2
June 24, 2009

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 05/08/09 | Ament | E-mails with J. Lord re: 32nd quarterly fee application (.10); e-mails and meet with A. Muha re: same (.10); finalize narrative and summary to same (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 05/08/09 | Lord | Revise, e-file and serve Reed Smith 32nd quarterly fee application. | 1.80 |
| 05/08/09 | Muha | Review and revise quarterly fee application and emails and meetings with S. Ament re: same. | 1.10 |
| 05/15/09 | Ament | Attend to billing matters relating to consultant fees. | .10 |
| 05/15/09 | Muha | Review and revise fee and expense detail for April 2009 monthly application, and emails to/from T. Klapper and consultant re: same. | 1.00 |
| 05/18/09 | Ament | Attend to billing matters relating to consultant fees (.20); various e-mails re: same (.10); e-mails re: April monthly fee application (.10). | .40 |
| 05/18/09 | Muha | Attend to e-mails re: revised invoice from consultant. | .10 |
| 05/19/09 | Ament | Attend to billing matters relating to consultant fees (.10); e-mails and meeting re: same (.20). | .30 |
| 05/21/09 | Ament | E-mails and meet with A. Muha re: April monthly fee application (.10); begin drafting April monthly fee application and spreadsheets (.40). | .50 |
| 05/21/09 | Lord | Research docket and draft CNO to Reed Smith March fee application. | .50 |
| 05/26/09 | Ament | E-mails with A. Muha re: April monthly fee application. | .10 |

172573 W. R. Grace & Co.                    Invoice Number  1872494
60029  Fee Applications-Applicant           Page    3
June 24, 2009


```
       Date   Name                                           Hours
      -------- ----------                                     -----

   05/26/09 Muha        Review and revise fee and expense      1.40
                        detail for April 2009 monthly
                        application, and multiple emails
                        re: same.

   05/27/09 Ament       E-mails re: April monthly fee          1.30
                        application (.10); review invoices
                        and calculate fees and expenses
                        re: same (.50); prepare
                        spreadsheet re: same (.40);
                        continue drafting fee application
                        (.20); provide same to A. Muha for
                        review (.10).

   05/28/09 Ament       E-mails re: April monthly fee           .40
                        application (.10); finalize same
                        (.20); e-mail same to J. Lord for
                        DE filing (.10).

   05/28/09 Lord        Revise, e-file and serve Reed          1.30
                        Smith April monthly fee
                        application.

   05/28/09 Muha        Make final review of and revisions      .40
                        to April 2009 monthly fee
                        application.

   05/29/09 Ament       Attend to billing matters relating      .30
                        to Feb. and March monthly fee
                        applications and consultant fees
                        (.20); various e-mails and
                        telephone calls re: same (.10).

                                                              ------
                                          TOTAL HOURS          16.70
```

```
   TIME SUMMARY            Hours        Rate          Value
   ------------------------ -----------------------   -------
   Andrew J. Muha          4.00  at  $  400.00  =   1,600.00
   John B. Lord            3.60  at  $  240.00  =     864.00
   Sharon A. Ament         9.10  at  $  175.00  =   1,592.50

                           CURRENT FEES                          4,056.50

                                                              -----------
                           TOTAL BALANCE DUE UPON RECEIPT       $4,056.50
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1872495
One Town Center Road                    Invoice Date        06/24/09
Boca Raton, FL   33486                  Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          31,722.50
         Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $31,722.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1872495 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 04/30/09 | Restivo | Emails with K&E re:  Speights' related claims (.4); telephone conference with counsel for Travelers re:  Solow case (.6). | 1.00 |
| 05/01/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 05/01/09 | Cameron | Review materials from K&E regarding PD claims and expert report and respond. | .90 |
| 05/01/09 | Rea | E-mails re: inquiry on discovery status. | .30 |
| 05/02/09 | Cameron | Follow-up to requests from K&E. | .80 |
| 05/03/09 | Cameron | Review expert materials, PD CMO issues and Speights claims issues. | 1.10 |
| 05/04/09 | Ament | Assist T. Rea with various issues relating to PD claims (.90); various e-mails with T. Rea re: same (.10); e-mails and meet with R. Aten re: DGS claims (.10). | 1.10 |
| 05/04/09 | Cameron | Meeting with J. Restivo re: expert witness and follow-up multiple telephone calls and emails re:  deposition (.90); attention to PD CMO issues and emails re:  same (.90). | 1.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1872495
60033  Claim Analysis Objection Resolution  Page    2
       & Estimation (Asbestos)
June 24, 2009
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/04/09 | Rea | Attention to schedule issue. | 2.40 |
| 05/04/09 | Restivo | Receipt and review of emails; telephone calls and meetings re: discovery of Denise Martin (1.5); emails re:  Macerich claim (.3). | 1.80 |
| 05/05/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10); organize DGS claims for R. Aten (.20). | .60 |
| 05/05/09 | Restivo | Telephone calls and emails with K&E, clients, and D. Speights re: estimation hearing and Canadian claims. | 1.00 |
| 05/06/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). meet with R. Aten re: UC and CSU claims (.10); meet with R. Aten re: product ID claims (.10). | .60 |
| 05/06/09 | Atkinson | Forward journal documents requested by expert. | .10 |
| 05/06/09 | Berkowitz | Locate and obtain full-text copies of 11 articles requested by attorney. | 1.00 |
| 05/07/09 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails with team re: same (.20). | .60 |
| 05/07/09 | Aten | Checked docket re: appeal and reviewed rules for timing of counter-designations | .30 |
| 05/07/09 | Cameron | Multiple e-mails re: property damage schedule (.30); meet with J. Restivo re: open issues and Speight claims (.40); review property damage expert materials (.60). | 1.30 |

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution
        & Estimation (Asbestos)
June 24, 2009

Invoice Number  1872495
Page    3

| Date | Name | | Hours |
|------|------|------|-------|

| 05/07/09 | Lewis | Office conference with J. Restivo re Maserich claim and Canadian claims issues (1.0); confer with T. Rea re same (.2); review various documents re case status and next steps in the bankruptcy and district courts (1.7). | 2.90 |
| 05/07/09 | Rea | Review of transcripts for property damage issues. | 1.90 |
| 05/07/09 | Restivo | Two telephone conferences with D. Speights (.6); meetings with T. Rea, D. Cameron and J. Lewis re: Canadian claims appeal, Macerich appeal and California DGS (1.2); emails re: same (.8). | 2.60 |
| 05/08/09 | Ament | Assist team with various issues relating to PD claims (.20); review and organize claim forms from product ID trial received from R. Aten (.50); review and organize UC and CSU claim forms received from R. Aten (1.0). | 1.70 |
| 05/08/09 | Atkinson | Forward additional journal articles received from Librarians to expert, per his request. | .10 |
| 05/08/09 | Berkowitz | Locate and obtain full-text copies of 11 articles requested by attorney. | .20 |
| 05/08/09 | Cameron | Telephone conference with R. Finke and e-mails with K&E re: property damage claims (.40); review expert materials (.40); review summary re: Speights' claims (.50). | 1.30 |
| 05/08/09 | Rea | Call and e-mail re: DGS issues. | .20 |
| 05/11/09 | Ament | Assist team with various issues relating to PD claims (.20); meet with R. Aten re: State of CA appeal (.10). | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1872495
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
June 24, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 05/11/09 | Cameron | Prepare for and meet with J. Restivo, T. Rea and J. Lewis (0.6); review draft PD CMO and telephone call with counsel for DGS regarding same (0.6); review PD expert materials and e-mails regarding same (1.1); attention to Speights claims issues (0.4). | 2.70 |
| 05/11/09 | Lewis | Team meeting with J. Restivo, D. Cameron, and T. Rea re open issues (.7). | .70 |
| 05/11/09 | Rea | Team meeting re: outstanding issues (.6); call with C. Kang (.3). | .90 |
| 05/11/09 | Restivo | Telephone calls and emails re: Canadian claims appeal and D. Martin deposition. | 1.00 |
| 05/12/09 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with R. Aten re: State of CA DGS (.10); e-mails with T. Rea re: District Court case re: State of CA DGS (.10). | .40 |
| 05/12/09 | Atkinson | E-mail from Librarian and e-mail to expert regarding articles he requested. | .20 |
| 05/12/09 | Cameron | Review materials relating to Denise Martin deposition (0.8); review Speights' claims issues (0.6); review Lewis summary (0.3). | 1.70 |
| 05/12/09 | Jankowski | Searched for and obtained a copy of an article for M.  Atkinson. | 2.00 |
| 05/12/09 | Rea | E-mail re: DGS CMO issue. | .30 |
| 05/13/09 | Ament | Assist team with various issues relating to PD claims (.50); various e-mails and meetings re: same (.20). | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1872495
60033  Claim Analysis Objection Resolution        Page    5
        & Estimation (Asbestos)
June 24, 2009

| Date | Name | | Hours |
|------|------|------|-------|
| 05/13/09 | Restivo | Meeting with T. Rea and telephone calls with D. Speights re: D. Martin deposition (1.0); telephone call with E. Westbrook (.4). | 1.40 |
| 05/14/09 | Ament | Assist team with various issues relating to PD claims (.10); meet with T. Rea re: designation of record on appeal (.10); internal research and provide various transcripts, motions and responses to T. Rea per request (1.70). | 1.90 |
| 05/14/09 | Cameron | Review materials relating to Speights appeal, PD CMO and open PD issues. | .80 |
| 05/14/09 | Restivo | Telephone calls and emails re: Martin deposition (1.0); telephone call and emails re: Solow claim (.5). | 1.50 |
| 05/15/09 | Ament | Assist T. Rea with various issues relating to PD claims (.80); various e-mails and meet with T. Rea re: same (.20). | 1.00 |
| 05/15/09 | Cameron | Review materials from T. Rea regarding Speights' appeal (0.6); review communication with D. Speights (0.3). | .90 |
| 05/18/09 | Ament | Assist team with various issues relating to PD claims (.20); telephone call with T. Rea re: same (.10). | .30 |
| 05/18/09 | Cameron | Attention to PD expert issues and letter to Speights (0.8); review Speights appeal issues (0.5). | 1.30 |
| 05/18/09 | Rea | Review of and revisions to motion to remand Macerich appeal. | .70 |
| 05/19/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/19/09 | Cameron | Attention to expert witness materials. | .90 |

172573 W. R. Grace & Co.                              Invoice Number  1872495
60033  Claim Analysis Objection Resolution            Page   6
       & Estimation (Asbestos)
June 24, 2009


| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|--|-------|
| 05/19/09 | Restivo | Telephone calls and emails for preparation re: D. Martin expert deposition (1.0); telephone call to counsel for Solow bond (.4). | 1.40 |
| 05/20/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 05/20/09 | Cameron | Meet with J. Restivo and e-mails regarding expert deposition. | .40 |
| 05/20/09 | Jankowski | Retrieved a copy of an article for M. Atkinson. | .10 |
| 05/20/09 | Restivo | Prepare for D. Martin deposition (.60); telephone calls and emails (.40). | 1.00 |
| 05/21/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 05/21/09 | Cameron | Review motions filed by D. Speights. | .80 |
| 05/25/09 | Cameron | Review materials relating to Speights claims (0.7); review Denise Martin materials (0.6). | 1.30 |
| 05/26/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 05/26/09 | Flatley | E-mails re: report and follow-up. | .40 |
| 05/27/09 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 05/27/09 | Cameron | Review Certification of Counsel and draft Order and e-mail regarding same (0.4); review Speights motions (0.7); attention to expert witness reliance materials (0.7). | 1.80 |
| 05/27/09 | Lewis | Review scheduling order (.1); consider implications re: procedure to approve Macerich settlement motion (.1); e-mail correspondence with D. Cameron and T. Rea re: same (.1). | .30 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
June 24, 2009

Invoice Number  1872495
Page   7

| Date | Name | | Hours |
|------|------|---|-------|

| 05/28/09 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/28/09 | Restivo | Receipt and review of new pleadings and correspondence re: Anderson Memorial Hospital, Macerich, D. Martin deposition. | 1.20 |
| 05/29/09 | Ament | Assist team with various issues relating to PD claims (.30); various e-mails and meet with D. Cameron re: PD claims (.20). | .50 |
| 05/29/09 | Cameron | Telephone call with J. Restivo regarding status of unresolved PD claims (0.2); review Speights objections and expert materials (0.9). | 1.10 |
| 05/29/09 | Restivo | Telephone calls with R. Finke, D. Cameron (.4); analysis of Speights' objections and settlements (1.1). | 1.50 |
| 05/30/09 | Cameron | Review materials relating to pending PD cases and appeals. | 1.00 |

TOTAL HOURS   63.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 0.40 | at $ | 635.00 | = | 254.00 |
| Douglas E. Cameron | 21.90 | at $ | 630.00 | = | 13,797.00 |
| James J. Restivo Jr. | 15.40 | at $ | 685.00 | = | 10,549.00 |
| Traci Sands Rea | 6.70 | at $ | 455.00 | = | 3,048.50 |
| Rebecca E. Aten | 0.30 | at $ | 345.00 | = | 103.50 |
| Joshua C. Lewis | 3.90 | at $ | 370.00 | = | 1,443.00 |
| Maureen L. Atkinson | 0.40 | at $ | 210.00 | = | 84.00 |
| Sharon A. Ament | 11.40 | at $ | 175.00 | = | 1,995.00 |
| Shari Berkowitz | 1.20 | at $ | 190.00 | = | 228.00 |
| Jason Jankowski | 2.10 | at $ | 105.00 | = | 220.50 |

CURRENT FEES                          31,722.50

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
June 24, 2009

Invoice Number  1872495
Page   8

                    TOTAL BALANCE DUE UPON RECEIPT        $31,722.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number     1872496
One Town Center Road                Invoice Date     06/24/09
Boca Raton, FL    33486             Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

        Fees                        8,685.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $8,685.00
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872496
One Town Center Road                      Invoice Date        06/24/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60038

================================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 05/07/09 | Rea | Review of Canadian statement of issues and classification of record (.4); conference call with J. Lewis re: appeals (.2). | .60 |
| 05/08/09 | Lewis | Review appeals docket re Macerich appeal (.3); telephone call with court clerk re same (.1); consider strategy for remanding matter to bankruptcy court (.4). | .80 |
| 05/11/09 | Lewis | Begin drafting motion to remand appeal to bankruptcy court (1.0); review docket for background re same (.7). | 1.70 |
| 05/12/09 | Lewis | Telephone call with J. Fitzgerald's law clerk re notice of appeal on Canadian claims (.1); detailed email correspondence with J. Restivo re next steps with respect to addressing same and record of appeal (.3). | .40 |
| 05/13/09 | Lewis | Draft consent motion to remand Macerich claim appeal (2.0); email correspondence with T. Rea re same (.1). | 2.10 |
| 05/13/09 | Rea | Conference re: designation of record (.4); draft designation of record (1.1). | 1.50 |

172573 W. R. Grace & Co.
60038  Property Damage Claim Appeals
June 24, 2009

Invoice Number  1872496
Page    2

| Date | Name | | Hours |
|------|------|------|------|
| 05/14/09 | Lewis | Revise draft motion to remand Macerich claim appeal per comments from T. Rea (.8); email correspondence with same and D. Cameron re same (.1). | .90 |
| 05/14/09 | Rea | Draft designated record for Canadian appeal. | 5.00 |
| 05/15/09 | Lewis | Review and revise designation of items for inclusion in record of appeal for Canadian claims (.8); email correspondence with T. Rea re same (.2). | 1.00 |
| 05/15/09 | Rea | Revisions and finalization of designation of record. | 4.10 |
| 05/18/09 | Lewis | Revise draft motion to remand Macerich claim appeal per comments from G. George (.3); email correspondence with J. O'Neill re filing and service of same (.2). | .50 |
| 05/20/09 | Lewis | Review order remanding matter to bankruptcy court (.2); email correspondence with T. Rea re same (.1); consider strategy for getting settlement motion back before the bankruptcy court (.3). | .60 |
| 05/21/09 | Lewis | Draft Certificate of Counsel re granting of remand motion by the District Court (1.4); email correspondence with T. Rea re same (.1). | 1.50 |
| 05/22/09 | Lewis | Email correspondence with T. Rea re setting agenda to consider Macerich settlement motion (.1); email correspondence with D. Cameron re same and Certificate of Counsel re same (.1). | .20 |

TOTAL HOURS    20.90

| TIME SUMMARY | Hours | Rate | Value |
|-------------|-------|------|-------|
| Traci Sands Rea | 11.20 at $ 455.00 = | | 5,096.00 |

172573 W. R. Grace & Co.
60038  Property Damage Claim Appeals
June 24, 2009

Invoice Number  1872496
Page    3

Joshua C. Lewis          9.70  at  $  370.00  =   3,589.00

                         CURRENT FEES                        8,685.00

                                                       ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $8,685.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1872497
One Town Center Road                      Invoice Date    06/24/09
Boca Raton, FL    33486                    Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60039)  Luis and Heather Santos and Basell USA

          Fees                          148.00
          Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $148.00
                                                         =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      1872497
One Town Center Road                Invoice Date       06/24/09
Boca Raton, FL   33486              Client Number        172573
                                    Matter Number         60039
```

==============================================================================

Re: (60039)  Luis and Heather Santos and Basell USA

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2009

```
     Date   Name                                           Hours
     -------- -----------                                   -----

     05/18/09 Burns          Draft and send status update to     .20
                             R. Finke

     05/26/09 Burns          Call from and conversation with S.  .20
                             Jensen at Basell re: Akzo Nobel
                             issues.
                                                            ------
                                      TOTAL HOURS            .40
```

```
     TIME SUMMARY              Hours        Rate         Value
     ------------------------- ---------------------     -------
     Thomas J. Burns           0.40  at  $  370.00  =     148.00

                               CURRENT FEES                           148.00

                                                          ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $148.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1872510
One Town Center Road                      Invoice Date       06/24/09
Boca Raton, FL    33486                   Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                      1,320.55

                    TOTAL BALANCE DUE UPON RECEIPT        $1,320.55
                                                         =============