REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1872510 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 131.00 |
| Courier Service - Outside | 20.75 |
| Outside Duplicating | 928.26 |
| Secretarial Overtime (credit) | (30.00) |
| Parking/Tolls/Other Transportation | 13.75 |
| Mileage Expense | 5.50 |
| Meal Expense | 251.29 |

CURRENT EXPENSES                         1,320.55
                                        --------------

TOTAL BALANCE DUE UPON RECEIPT          $1,320.55
                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1872510
One Town Center Road                      Invoice Date      06/24/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

======================================================================

Re: (60026) Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|-------:|
| 03/02/09 | Credit for Secretarial Overtime: | -30.00 |
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 04/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/27/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 29.45 |
| 04/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1872510
60026  Litigation and Litigation Consulting       Page    2
June 24, 2009

| | | |
|---|---|---|
| 04/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 05/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/05/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/07/09 | Meal Expense - - VENDOR: THE BAGEL FACTORY - -<br>LUNCH FOR EIGHT (4 KIRKLAND ATTORNEYS, CLIENT,<br>2 REED SMITH ATTORNEYS AND 1 KIRKLAND<br>PARALEGAL) DURING 5/14/09 HEARING. | 192.08 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1872510
60026  Litigation and Litigation Consulting       Page    3
June 24, 2009

| | | |
|---|---|---|
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/07/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.                    Invoice Number  1872510
60026  Litigation and Litigation Consulting Page    4
June 24, 2009

| | | |
|---|---|---|
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 05/08/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 64 COPIES | 6.40 |
| 05/11/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 454.20 |
| 05/11/09 | Outside Duplicating<br>Bankruptcy Mailouts/Mailouts - Envelopes/ | 433.91 |
| 05/14/09 | Mileage Expense<br>Mileage - 2009 - VENDOR: Kathleen A. Williams, M<br>WR Grace/Litigation - overtime parking | 5.50 |
| 05/14/09 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, May 14,<br>WR Grace/Litigation - overtime parking | 13.75 |
| 05/14/09 | Courier Service - UPS - Shipped from Sharon<br>Ament Reed Smith LLP - Pittsburgh to Brian T.<br>Stansbury Kirkland & Ellis LLP (WASHINGTON DC<br>20005). | 20.75 |
| 05/15/09 | Meal Expense Dinner - VENDOR: Debbie E.<br>Steinmeyer - - DINNER FOR ONE DURING OVERTIME<br>Secretarial Support in preparation of hearing<br>on 5/14/09. | 6.62 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 05/20/09 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - - BREAKFAST FOR FIVE (3<br>KIRKLAND ATTORNEYS, ONE PARALEGAL AND ONE<br>SECRETARY) DURING PREPARATION FOR HEARING. | 52.59 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/21/09 | Outside Duplicating<br>CD - Duplication(s)/ | 10.70 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |

172573 W. R. Grace & Co.                        Invoice Number  1872510
60026  Litigation and Litigation Consulting     Page    5
June 24, 2009

| | | |
|---|---|---|
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 05/26/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 05/26/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 268 COPIES | 26.80 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
June 24, 2009

Invoice Number  1872510
Page    6

| | | |
|---|---|---|
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/28/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 351 COPIES | 35.10 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |

```
                        CURRENT EXPENSES            1,320.55
                                                 ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $1,320.55
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872511
One Town Center Road                      Invoice Date        06/24/09
Boca Raton, FL    33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                   0.00
         Expenses                             215.87

                         TOTAL BALANCE DUE UPON RECEIPT        $215.87
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1872511
One Town Center Road                    Invoice Date      06/24/09
Boca Raton, FL    33486                 Client Number      172573
                                        Matter Number       60033

================================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Telephone Expense                      1.00
         PACER                                  5.68
         Duplicating/Printing/Scanning         37.90
         Telephone - Outside                   31.29
         General Expense                      140.00

                         CURRENT EXPENSES                  215.87
                                                    --------------

                 TOTAL BALANCE DUE UPON RECEIPT         $215.87
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1872511 |
| Invoice Date | 06/24/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/28/09 | PACER | 4.00 |
| 04/30/09 | PACER | 1.68 |
| 05/01/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 05/01/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 05/04/09 | Telephone Expense<br>914-448-4054/WHITE PLS, NY/2 | .10 |
| 05/07/09 | Telephone - Outside<br>Telephone - VENDOR: Douglas E. Cameron, Apr 09,<br>Roaming costs/telephone charges for client<br>calls. | 31.29 |
| 05/08/09 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/12 | .60 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/12/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 22 COPIES | 2.20 |

172573 W. R. Grace & Co.                              Invoice Number  1872511
60033  Claim Analysis Objection Resolution            Page    2
       & Estimation (Asbestos)
June 24, 2009


| | | |
|---|---|---|
| 05/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 05/15/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 78 COPIES | 7.80 |
| 05/18/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/4 | .20 |
| 05/18/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 05/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/19/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 05/20/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 2 COPIES | .20 |
| 05/20/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1872511
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
June 24, 2009


| | | |
|---|---|---|
| 05/20/09 | Telephone Expense<br>803-943-4444/HAMPTON, SC/2 | .10 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 05/21/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 05/27/09 | General Expense - - VENDOR: RESEARCH SOLUTIONS<br>INC. REGULAR DOC & COPYRIGHT FEE | 140.00 |
| 05/27/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 05/29/09 | Duplicating/Printing/Scanning<br>ATTY # 0059; 191 COPIES | 19.10 |

                              CURRENT EXPENSES                    215.87
                                                              ------------
                       TOTAL BALANCE DUE UPON RECEIPT           $215.87
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1872512
One Town Center Road                    Invoice Date      06/24/09
Boca Raton, FL   33486                  Client Number      172573


================================================================================

Re:  W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

           Fees                              0.00
           Expenses                        105.55

                        TOTAL BALANCE DUE UPON RECEIPT        $105.55
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1872512
One Town Center Road                      Invoice Date       06/24/09
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60038

====================================================================================

Re: Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Telephone Expense                          0.15
       PACER                                      0.40
       Secretarial Overtime                     105.00

                    CURRENT EXPENSES                        105.55
                                                     -------------

                    TOTAL BALANCE DUE UPON RECEIPT         $105.55
                                                     =============

```
                             REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number    1872512
One Town Center Road                  Invoice Date      06/24/09
Boca Raton, FL    33486               Client Number      172573
                                      Matter Number       60038


================================================================================

Re: (60038)  Property Damage Claim Appeals



FOR COSTS ADVANCED AND EXPENSES INCURRED:

     04/09/09    Secretarial Overtime: Revisions to appeal        60.00
                 brief.

     04/10/09    Secretarial Overtime: Revisions to brief, and    15.00
                 work on tables and appendices.

     04/10/09    Secretarial Overtime: Additional revisions to    30.00
                 brief.

     04/27/09    PACER                                               .40

     05/18/09    Telephone Expense                                  .15
                 415-983-1000/SNFC CNTRL, CA/3

                          CURRENT EXPENSES                         105.55
                                                               ------------
                          TOTAL BALANCE DUE UPON RECEIPT          $105.55
                                                               ============
```