**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

<u>**NOTICE OF CHANGE OF ADDRESS**</u>

PLEASE TAKE NOTICE that effective June 22, 2009, Ferry, Joseph & Pearce, P.A., local counsel to the Official Committee of Asbestos Property Damage Claimants, has changed the address of their office as listed below:

Ferry, Joseph & Pearce, P.A.
824 Market Street, <u>***Suite 1000***</u>
P.O. Box 1351
Wilmington, DE  19899
Telephone:  (302) 575-1555
Facsimile:  (302) 575-1714


Dated: June 29, 2009                                    FERRY, JOSEPH & PEARCE, P.A.


 /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Local Counsel to the Official Committee of Asbestos Property Damage Claimants*