# EXHIBIT A

## KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

June 26, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 522521
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $15,829.50 |
| DISBURSEMENTS | 617.80 |
| MATTER TOTAL | $16,447.30 |

#### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $608.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $608.00 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $42,586.00 |
| DISBURSEMENTS | 358.75 |
| MATTER TOTAL | $42,944.75 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $4,327.50 |
| DISBURSEMENTS | 16.48 |
| MATTER TOTAL | $4,343.98 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 522521 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2254549.1

**056772-00015/PLAN AND DISCLOSURE STATEMENT**

| | |
|---|---:|
| FEES | $1,742.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,742.00 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $5,299.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $5,299.00 |

**056772-00022/TAX ISSUES**

| | |
|---|---:|
| FEES | $11,224.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $11,224.00 |
| CLIENT GRAND TOTAL | $82,609.03 |

Kramer Levin Naftalis & Frankel LLP

Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

June 26, 2009
Invoice No. 522521

## CASE ADMINISTRATION

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/01/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket | 0.90 | 396.00 |
| 05/04/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket and updating discovery calendar | 1.20 | 528.00 |
| 05/05/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket | 0.20 | 88.00 |
| 05/06/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket, email update to client | 1.50 | 660.00 |
| 05/07/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket and updating discovery schedule | 0.50 | 220.00 |
| 05/08/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket, summarizing criminal case acquittal | 1.40 | 616.00 |
| 05/08/09 | MANNAL, DOUGLAS | attn to news story re Libby criminal trial (.3); email with KE re same (.2); email w/TW re same (.4); attn Cmtee memo by TW (.5); o/c w/GH re same (.2); attn to NOL issues (.7); tel w/SSW re Libby (.5); prep for and attend all-hands call re confirmation hearing (1.0) | 3.80 | 2,546.00 |
| 05/11/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket | 1.90 | 836.00 |
| 05/12/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket | 0.80 | 352.00 |
| 05/13/09 | BENTLEY, PHILIP | TC T. Currier and trade emails re engagement of Saul Ewing | 0.40 | 304.00 |
| 05/13/09 | SCHINDLER-WILLIAMS, SARA | monitoring docket, attending telephonic deposition of Richard Finke | 3.80 | 1,672.00 |
| 05/13/09 | HOROWITZ, GREGORY A. | e-mails, preparation for committee update call, dw PB, tc PB, Ted W re same (2.5) | 2.50 | 1,787.50 |
| 05/14/09 | HOROWITZ, GREGORY A. | committee call (.8) | 0.80 | 572.00 |
| 05/14/09 | MANNAL, DOUGLAS | prep for and attend cmttee call | 1.70 | 1,139.00 |
| 05/14/09 | MANNAL, DOUGLAS | attn to revised CMO | 0.20 | 134.00 |
| 05/15/09 | BLABEY, DAVID E | Review case filings from past two weeks (away on vacation). | 1.80 | 1,008.00 |

KL4 2254549.1

Kramer Levin Naftalis & Frankel LLP                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                  June 26, 2009
056772-00001                                                      Invoice No. 522521

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/19/09 | WIERMAN, LAUREN E | Corresponded with D Blabey on objection binder | 0.20 | 55.00 |
| 05/20/09 | WIERMAN, LAUREN E | Pulled plan objections off of docket to begin creating binder for reference | 3.70 | 1,017.50 |
| 05/20/09 | BLABEY, DAVID E | Review recent filings. | 0.20 | 112.00 |
| 05/21/09 | WIERMAN, LAUREN E | Updated objection binder with recently filed objections and created index for binder. | 2.10 | 577.50 |
| 05/22/09 | WIERMAN, LAUREN E | Updated objection binder | 0.40 | 110.00 |
| 05/26/09 | BENTLEY, PHILIP | Trade emails re Saul Ewing's retention | 0.10 | 76.00 |
| 05/27/09 | MANNAL, DOUGLAS | attn to T Currier re new engagement letter; tel w/T Currier re same; email w/P Bentley re same | 1.30 | 871.00 |
| 05/27/09 | BENTLEY, PHILIP | Trade emails re Saul Ewing's retention | 0.10 | 76.00 |
| 05/29/09 | BENTLEY, PHILIP | Trade emails re Saul Ewing issues | 0.10 | 76.00 |

**TOTAL HOURS AND FEES**                                           **31.60**   **$15,829.50**

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| VELOBINDINGS | 30.00 |
| TABS | 140.00 |
| PHOTOCOPYING | 438.30 |
| COURTLINK SEARCHES | 9.50 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**              **$617.80**

**TOTAL FOR THIS MATTER**                              **$16,447.30**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                         June 26, 2009
056772-00002                                              Invoice No. 522521

## CREDITOR COMMITTEE

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/14/09 | BENTLEY, PHILIP | Committee call | 0.80 | 608.00 |

**TOTAL HOURS AND FEES**                                   **0.80**   **$608.00**

**TOTAL FOR THIS MATTER**                        **$608.00**

Kramer Levin Naftalis & Frankel LLP                                              Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                        June 26, 2009
056772-00007                                                            Invoice No. 522521

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/04/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 05/04/09 | HOROWITZ, GREGORY A. | Lockwood deposition (telephonic) (4.0) | 4.00 | 2,860.00 |
| 05/05/09 | WOLLIN, ROBERT | reviewing amended and restated cert. of incorp. of WR Grace | 2.00 | 1,230.00 |
| 05/05/09 | HOROWITZ, GREGORY A. | Dori Kuchinsky dep (telephonic) (1.5) | 1.50 | 1,072.50 |
| 05/06/09 | WOLLIN, ROBERT | drafting e-mail to D. Mannal re: cert. of incorp. review; cw S. Krouner re: same; cw D. Mannal re: same | 3.40 | 2,091.00 |
| 05/06/09 | BENTLEY, PHILIP | Trade emails | 0.10 | 76.00 |
| 05/07/09 | WOLLIN, ROBERT | reviewing Grace bylaws; correspondence re: same | 1.90 | 1,168.50 |
| 05/07/09 | BENTLEY, PHILIP | Trade emails | 0.20 | 152.00 |
| 05/07/09 | HOROWITZ, GREGORY A. | Priest deposition (telephonic) (4.5) | 4.50 | 3,217.50 |
| 05/07/09 | MANNAL, DOUGLAS | attn to plan supplement docs, including cert of inc and by-law (1.4); email w/TW re same (.2); tel w/B Rigel and Kirkland re Article X of the cert of inc (.5); review revisions to same (1.1) | 3.20 | 2,144.00 |
| 05/08/09 | BENTLEY, PHILIP | Trade emails re plan issues | 0.30 | 228.00 |
| 05/12/09 | HOROWITZ, GREGORY A. | review transcripts of unattended depositions (3.5) | 3.50 | 2,502.50 |
| 05/13/09 | BENTLEY, PHILIP | Discs Ted Weschler, Greg Horowitz and Doug Mannal re confirmation status and related issues | 1.30 | 988.00 |
| 05/14/09 | BLABEY, DAVID E | Email to T.W. re hearing on discovery issues (.2); call to equity holder re voting (.2); discs D. Mannal re confirmation issues (.1); research on treatment of insurance issues in Armstrong bankruptcy (.2). | 0.70 | 392.00 |
| 05/15/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

June 26, 2009
Invoice No. 522521

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/15/09 | BLABEY, DAVID E | Research treatment of insurance issues in Armstrong bankruptcy (3.3); review final witness list for confirmation hearing (.1); review discovery-related pleadings and motions re protective order, case management order, and motions to strike experts (1); review ERISA settlement motion (.1) and Plan Supplement (.2). | 4.70 | 2,632.00 |
| 05/18/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 05/18/09 | MANNAL, DOUGLAS | attn protective order (.3); email to D Blabey re same (.1) | 0.40 | 268.00 |
| 05/18/09 | BLABEY, DAVID E | Review Libby protective order re medical info (.6) and attention to emails re same (.5). | 1.10 | 616.00 |
| 05/19/09 | BENTLEY, PHILIP | Review and analyze bankruptcy court's PPI decision, discs Greg Horowitz and Ted Weschler re same, and notes re followup | 2.10 | 1,596.00 |
| 05/19/09 | HOROWITZ, GREGORY A. | rr Judge Fitzgerald decision on default interest, dws PB, DB re same, tc PB, Ted W | 2.50 | 1,787.50 |
| 05/19/09 | BLABEY, DAVID E | Review objections to Plan (.3); exch emails w D. Mannal re confirmation hearing (.1); analyze court's postpetition interest opinion (.5); review Plan Proponents' motion to exclude Arrowood expert (.3). | 1.20 | 672.00 |
| 05/20/09 | BENTLEY, PHILIP | Review emails re plan issues | 0.30 | 228.00 |
| 05/20/09 | MANNAL, DOUGLAS | attn to post-petition interest decision; email w/D Blabey and P Bentley re same | 0.80 | 536.00 |
| 05/20/09 | HOROWITZ, GREGORY A. | review plan objections (3.0) | 3.00 | 2,145.00 |
| 05/21/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 05/25/09 | BLABEY, DAVID E | Review and summarize plan objections. | 6.00 | 3,360.00 |
| 05/26/09 | BLABEY, DAVID E | Review plan objections and draft memo re same. | 5.90 | 3,304.00 |
| 05/27/09 | BLABEY, DAVID E | Review and draft memo concerning plan objections. | 5.20 | 2,912.00 |
| 05/28/09 | BLABEY, DAVID E | Review draft motion to exclude testimony of Priest & Shein (.5); revise memo on plan objections (.2) and discuss same with D. Mannal (.2); review recent case filings (.2); exchange emails re discovery (.2); review draft plan proponents' brief re insurance issues for confirmation and analyze same (2.7). | 4.00 | 2,240.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                          June 26, 2009
056772-00007                                                                              Invoice No. 522521

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/28/09 | BENTLEY, PHILIP | TC Greg Horowitz and trade emails re plan issues | 0.10 | 76.00 |
| 05/28/09 | HOROWITZ, GREGORY A. | e-mails, memo re insurance issues (2.5) | 2.50 | 1,787.50 |

**TOTAL HOURS AND FEES**                                                      **66.80**   **$42,586.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 0.20 |
| WESTLAW ON-LINE RESEARCH | 205.40 |
| CAB FARES | 10.00 |
| TRANSCRIPT FEES | 118.15 |
| OTHER FEES | 25.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**            **$358.75**

**TOTAL FOR THIS MATTER**                                          **$42,944.75**

Kramer Levin Naftalis & Frankel LLP                                     Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                        June 26, 2009
056772-00008                                            Invoice No. 522521

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/14/09 | BLABEY, DAVID E | Draft quarterly fee application. | 3.40 | 1,904.00 |
| 05/15/09 | BLABEY, DAVID E | Draft quarterly fee application. | 0.30 | 168.00 |
| 05/18/09 | BLABEY, DAVID E | Review and edit April bill. | 0.40 | 224.00 |
| 05/28/09 | MAKINDE, MICHAEL A | Conf. w. D. Blabey re: Monthly Fee Application preparation. | 0.50 | 137.50 |
| 05/28/09 | BLABEY, DAVID E | Draft fee application for April. | 2.00 | 1,120.00 |
| 05/29/09 | MAKINDE, MICHAEL A | Drafted fee application for D. Blabey. | 2.00 | 550.00 |
| 05/29/09 | BLABEY, DAVID E | Draft fee app for April. | 0.40 | 224.00 |

**TOTAL HOURS AND FEES**                                    **9.00**    **$4,327.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| MANUSCRIPT SERVICE | 0.00 |
| MESSENGER/COURIER | 16.48 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$16.48**

**TOTAL FOR THIS MATTER**                          **$4,343.98**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00015

June 26, 2009
Invoice No. 522521

## PLAN AND DISCLOSURE STATEMENT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/19/09 | MANNAL, DOUGLAS | attn to motion re confirmation witness (.3); email with Debtors' counsel and D Blabey re same (.2) | 0.50 | 335.00 |
| 05/27/09 | MANNAL, DOUGLAS | attn to plan objections and D Blabey's memo re same | 2.10 | 1,407.00 |

**TOTAL HOURS AND FEES**  **2.60**  **$1,742.00**

**TOTAL FOR THIS MATTER**  **$1,742.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

June 26, 2009
Invoice No. 522521

## HEARINGS

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/14/09 | HOROWITZ, GREGORY A. | Prepare for and attend Omnibus hearing (telephonic) (4.2) | 4.20 | 3,003.00 |
| 05/14/09 | BLABEY, DAVID E | Attend (telephonically) hearing on various discovery issues. | 4.10 | 2,296.00 |

## TOTAL HOURS AND FEES
8.30   $5,299.00

## TOTAL FOR THIS MATTER
$5,299.00

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00022

June 26, 2009
Invoice No. 522521

## TAX ISSUES

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/04/09 | MANNAL, DOUGLAS | attn to amended cert of inc; tel/email w/R Wolin re same | 1.80 | 1,206.00 |
| 05/05/09 | MANNAL, DOUGLAS | attn to cert of inc re trading restrictions | 2.50 | 1,675.00 |
| 05/06/09 | RIGEL, BLAKE | Tele conf. DM; Review cert. of incorporation. | 2.80 | 1,820.00 |
| 05/06/09 | MANNAL, DOUGLAS | draft and send email to T Wechsler re cert of inc (1.8; email re plan modification (.5); numerous tel w/R Wolin re cert of inc and review same (1.0) | 3.30 | 2,211.00 |
| 05/07/09 | HERZOG, BARRY | Rev. trading restrictions in cert of designation and disc. same w/B. Rigel. | 0.70 | 525.00 |
| 05/07/09 | RIGEL, BLAKE | Review certificate of incorporation; Tele conf. DM; Off conf. BH; Correspondence. | 2.10 | 1,365.00 |
| 05/08/09 | HERZOG, BARRY | Calls to disc. trading restrictions; related follow-up. | 0.70 | 525.00 |
| 05/08/09 | RIGEL, BLAKE | Review charter; Tele conf. K&E, BH, DM; Correspondence. | 2.30 | 1,495.00 |
| 05/11/09 | MANNAL, DOUGLAS | attn to plan supplement re tax issues | 0.60 | 402.00 |

**TOTAL HOURS AND FEES**  **16.80**  **$11,224.00**

**TOTAL FOR THIS MATTER**  **$11,224.00**