# EXHIBIT B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE      1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00001                                                  Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                              TO:
             UNBILLED DISB FROM:       05/01/2009                             TO:      05/29/2009
-------------------------------------------------------------------------------------------------------------------------------------
                                                 FEES                                      COSTS
                                                 ----                                      -----
           GROSS BILLABLE AMOUNT:                             0.00                                     617.80
              AMOUNT WRITTEN DOWN:    _____           _____
                          PREMIUM:    _____           _____
                 ON ACCOUNT BILLED:   _____           _____
         DEDUCTED FROM PAID RETAINER: _____           _____
                    AMOUNT BILLED:    _____           _____
                        THRU DATE:                                                   05/29/2009
         CLOSE MATTER/FINAL BILLING?  YES    OR    NO
         EXPECTED DATE OF COLLECTION: _____

         BILLING PARTNER APPROVAL:    _____           _____
                                      BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:
                                      _____

                                      _____
-------------------------------------------------------------------------------------------------------------------------------------
                                      ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                      --------------------------                    --------------
                           FEES:                              0.00
                   DISBURSEMENTS:                             0.00    UNIDENTIFIED RECEIPTS:            0.00
                     FEE RETAINER:                            0.00         PAID FEE RETAINER:          0.00
                    DISB RETAINER:                            0.00        PAID DISB RETAINER:          0.00
                TOTAL OUTSTANDING:                            0.00       TOTAL AVAILABLE FUNDS:        0.00
                                                                                 TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ----------------
               DATE OF LAST BILL:             05/21/09            LAST PAYMENT DATE:        06/05/09
                 LAST BILL NUMBER:            518921 ACTUAL FEES BILLED TO DATE:          337,417.00
                                                     ON ACCOUNT BILLED TO DATE:                0.00
                                                         TOTAL FEES BILLED TO DATE:       337,417.00
              LAST BILL THRU DATE:            04/30/09   FEES WRITTEN OFF TO DATE:         82,097.00
                                                         COSTS WRITTEN OFF TO DATE:        21,586.32
FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:
                                      ---------------------------
         (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted (5) Business Development    (8) Premium
         (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding         (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                         Oldest      Latest       Total
                                          Entry       Entry        Amount
----  ------------------------------      ------      ------       ------------
0816  VELOBINDINGS                        05/22/09    05/22/09           30.00
0817  TABS                                05/22/09    05/22/09          140.00
0820  PHOTOCOPYING                        05/22/09    05/28/09          438.30
0924  COURTLINK SEARCHES                  05/01/09    05/29/09            9.50

         Total                                                          617.80


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                    Employee         Date        Amount      Index#   Batch No  Batch Date
------------------------------------------          --------         ----        ------      ------   --------  ----------

COURTLINK SEARCHES 0924
     COURTLINK SEARCHES                             NG, E N          05/01/09      0.50      8741349   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/04/09      0.50      8741350   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/05/09      0.50      8741351   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/06/09      0.50      8741352   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/07/09      0.50      8741353   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/08/09      0.50      8741354   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/11/09      0.50      8741355   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/12/09      0.50      8741356   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/13/09      0.50      8741357   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/14/09      0.50      8741358   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/15/09      0.50      8741359   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/18/09      0.50      8741360   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/19/09      0.50      8741361   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/20/09      0.50      8741362   747602    06/19/09
VELOBINDINGS 0816
     VELOBINDINGS                                   WIERMAN, L E     05/22/09     30.00      8718876   736243    05/28/09
     WIERMAN   LAUREN E    17062    BINDING
TABS 0817
     TABS                                           WIERMAN, L E     05/22/09    140.00      8718837   736241    05/28/09
     WIERMAN   LAUREN E    17062    TABS
PHOTOCOPYING 0820
     PHOTOCOPYING                                   WIERMAN, L E     05/22/09    270.90      8716697   736221    05/28/09
     WIERMAN   LAUREN E
COURTLINK SEARCHES 0924
     COURTLINK SEARCHES                             NG, E N          05/22/09      0.50      8741363   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/26/09      0.50      8741364   747602    06/19/09
     COURTLINK SEARCHES                             NG, E N          05/27/09      0.50      8741365   747602    06/19/09
PHOTOCOPYING 0820
     PHOTOCOPYING                                   CHAIKIN, R B     05/28/09    167.40      8722384   738121    06/01/09
     CHAIKIN   REBECCA B.
COURTLINK SEARCHES 0924
     COURTLINK SEARCHES                             NG, E N          05/28/09      0.50      8741366   747602    06/19/09
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee          Date         Amount       Index#   Batch No   Batch Date
--------------------------------------       --------          ------       ----------   -------  ---------  ----------

   COURTLINK SEARCHES                        NG, E N           05/29/09     0.50         8741367  747602     06/19/09


        Costs Total :                                                       617.80
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description             Amount            Bill        W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
----------------------   ------------------    ----------  ---------------  --------------------------------  ----------------

0816 VELOBINDINGS              30.00           _____  _____  _____  _____

0817 TABS                     140.00           _____  _____  _____  _____

0820 PHOTOCOPYING             438.30           _____  _____  _____  _____

0924 COURTLINK SEARCHES         9.50           _____  _____  _____  _____


         Costs Total :       617.80            _____  _____  _____  _____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                         TO:
              UNBILLED DISB FROM:   04/24/2009                            TO:      05/19/2009
-------------------------------------------------------------------------------------------------------------------------------
                                         FEES                                 COSTS
                                         ----                                 -----
           GROSS BILLABLE AMOUNT:                   0.00                               358.75
              AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:                                                  05/19/2009
        CLOSE MATTER/FINAL BILLING?  YES   OR   NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                     --------------------------                   --------------
                            FEES:                   0.00
                   DISBURSEMENTS:                   0.00      UNIDENTIFIED RECEIPTS:      0.00
                     FEE RETAINER:                  0.00           PAID FEE RETAINER:     0.00
                    DISB RETAINER:                  0.00          PAID DISB RETAINER:     0.00
                 TOTAL OUTSTANDING:                 0.00         TOTAL AVAILABLE FUNDS:   0.00
                                                                       TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
              DATE OF LAST BILL:              05/21/09          LAST PAYMENT DATE:   06/05/09
              LAST BILL NUMBER:                 518921 ACTUAL FEES BILLED TO DATE:   609,633.00
                                                       ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                              TOTAL FEES BILLED TO DATE:   609,633.00
              LAST BILL THRU DATE:           04/30/09    FEES WRITTEN OFF TO DATE:    -280.00
                                                         COSTS WRITTEN OFF TO DATE:  2,112.21
  FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                      ---------------------------
              (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
              (2) Late Time & Costs Posted (5) Business Development      (8) Premium
              (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding           (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE     6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00007                                       Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                             Oldest         Latest         Total
                                              Entry          Entry          Amount
----  ------------------------------          ------         ------         -----------
0820  PHOTOCOPYING                            05/19/09       05/19/09              0.20
0917  WESTLAW ON-LINE RESEARCH                05/15/09       05/15/09            205.40
0940  CAB FARES                               05/06/09       05/06/09             10.00
0980  TRANSCRIPT FEES                         04/24/09       04/24/09            118.15
0990  OTHER FEES                              05/11/09       05/11/09             25.00

         Total                                                                   358.75


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee           Date         Amount         Index#   Batch No  Batch Date
---------------------------------------       --------           ------       -----------    ------   --------  ----------

TRANSCRIPT FEES 0980
    A. WILLIAM ROBERTS, JR.                   TAYLOR, P          04/24/09         118.15     8719528  736571    05/28/09
    A. WILLIAM ROBERTS, JR. & ASSOCIATES copy transc
    ript, exhibits, ASCII, shipping & handling
CAB FARES 0940
    JULIET RAMDIN, CASHIER                    WOLLIN, R W        05/06/09          10.00     8721641  737508    05/29/09
    JULIET RAMDIN, CASHIER
OTHER FEES 0990
    PLATINUM PLUS FOR BUSINE                  MANNAL, D M        05/11/09          25.00     8709083  730538    05/15/09
    PLATINUM PLUS FOR BUSINESS 04/06/09 - COURT CALL
    - D. MANNAL
WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                      BLABEY, D E        05/15/09         205.40     8724842  740296    06/02/09
PHOTOCOPYING 0820
    PHOTOCOPYING                              BLABEY, D E        05/19/09           0.20     8714339  735386    05/26/09
    BLABEY  DAVID E


         Costs Total :                                                           358.75
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE     7
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill         W/o / W/u         Transfer To  Clnt/Mtr    Carry Forward


0820 PHOTOCOPYING                 0.20

0917 WESTLAW ON-LINE RESEARCH   205.40

0940 CAB FARES                   10.00

0980 TRANSCRIPT FEES            118.15

0990 OTHER FEES                  25.00


        Costs Total :           358.75
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    8
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status   : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                              TO:
              UNBILLED DISB FROM:   05/15/2009                                 TO:      05/29/2009
-----------------------------------------------------------------------------------------------------------------------------
                                              FEES                                       COSTS
                                              ----                                       -----
           GROSS BILLABLE AMOUNT:                     0.00                                         16.48
             AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:                                                               05/29/2009
          CLOSE MATTER/FINAL BILLING?   YES    OR    NO
          EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                          FEES:                        0.00
                 DISBURSEMENTS:                        0.00      UNIDENTIFIED RECEIPTS:       0.00
                   FEE RETAINER:                       0.00           PAID FEE RETAINER:     0.00
                  DISB RETAINER:                       0.00          PAID DISB RETAINER:     0.00
              TOTAL OUTSTANDING:                       0.00         TOTAL AVAILABLE FUNDS:   0.00
                                                                        TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
               DATE OF LAST BILL:         05/21/09        LAST PAYMENT DATE:       06/05/09
               LAST BILL NUMBER:           518921 ACTUAL FEES BILLED TO DATE:    195,447.50
                                                  ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                      TOTAL FEES BILLED TO DATE: 195,447.50
            LAST BILL THRU DATE:          04/30/09    FEES WRITTEN OFF TO DATE:   19,208.00
                                                      COSTS WRITTEN OFF TO DATE:     556.76
    FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                       ---------------------------
               (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
               (2) Late Time & Costs Posted (5) Business Development     (8) Premium
               (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding        (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00008                                           Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                            Oldest        Latest         Total
                                             Entry         Entry          Amount
----  -----------------------------          ------        ------         -----------
0840  MANUSCRIPT SERVICE                     05/15/09      05/29/09             0.00
0930  MESSENGER/COURIER                      05/15/09      05/29/09            16.48

            Total                                                              16.48


U N B I L L E D    C O S T S    D E T A I L
Description/Code                             Employee          Date           Amount      Index#   Batch No  Batch Date
----------------------------------------     --------          ------         ---------   -------  --------  ----------

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                       TAYLOR, P         05/15/09           0.00    8711592  731509    05/18/09
MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                 CHERNYAK, Y C     05/15/09           8.24    8720292  737127    05/29/09
    Buchanan Ingersoll & Rooney
MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                       TAYLOR, P         05/29/09           0.00    8722172  737669    05/31/09
MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                 BLABEY, D E       05/29/09           8.24    8736831  746122    06/16/09
    Saul Ewing LLP


        Costs Total :                                                             16.48
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   10
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2009 16:41:57

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description            Amount            Bill       W/o / W/u        Transfer To  Clnt/Mtr   Carry Forward
-----------------------     -----------       -----      -------------    -------------------------  ---------------

0840 MANUSCRIPT SERVICE             0.00

0930 MESSENGER/COURIER             16.48



         Costs Total :             16.48
```