

June 12, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   157433

FOR PROFESSIONAL SERVICES RENDERED
 THROUGH May 31, 2009

**CLIENT SUMMARY**

**BALANCE AS OF- 05/31/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $1,186.00 | $6,595.11 | $7,781.11 |
| 03 - Creditors Committee - .15539 | $1,480.50 | $0.00 | $1,480.50 |
| 07 - Applicant's Fee Application - .15543 | $1,802.00 | $0.00 | $1,802.00 |
| 08 - Hearings - .15544 | $2,032.00 | $0.00 | $2,032.00 |
| 10 - Travel - .15546 | $820.00 | $0.00 | $820.00 |
| 18 - Plan & Disclosure Statement - .15554 | $39,592.50 | $0.00 | $39,592.50 |
| 30 - Fee Application of Others - .17781 | $542.00 | $0.00 | $542.00 |
| ***Client Total*** | ***$47,455.00*** | ***$6,595.11*** | ***$54,050.11*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593          www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 7.00 | $675.00 | $4,725.00 |
| Kramer, Matthew I | 46.70 | $392.44 | $18,327.00 |
| Sakalo, Jay M | 13.90 | $485.00 | $6,741.50 |
| Botros, Paul M | 1.20 | $335.00 | $402.00 |
| Polit, Wendy | 45.20 | $225.00 | $10,170.00 |
| Snyder, Jeffrey I | 10.60 | $295.00 | $3,127.00 |
| Flores, Luisa M | 8.30 | $205.00 | $1,701.50 |
| Rojas, Susana | 11.90 | $190.00 | $2,261.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | | ***$47,455.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Airfare | $4,487.80 |
| Fares, Mileage, Parking | $122.32 |
| Internet Connection (Outside Services) | $8.95 |
| Long Distance Telephone | $98.69 |
| Long Distance Telephone-Outside Services | $77.69 |
| Lodging | $616.05 |
| Meals | $147.19 |
| Miscellaneous Costs | $456.00 |
| Parking | $88.00 |
| Westlaw-Online Legal Research | $296.62 |
| Copies | $195.80 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$6,595.11*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | ***$54,050.11*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB  
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/03/09 | SR | 0.50 | 95.00 | Attend to reviewing fee applications per J.Sakalo (0.5). |
| 05/01/09 | SR | 0.30 | 57.00 | Review daily court docket. |
| 05/04/09 | SR | 0.30 | 57.00 | Review daily court docket. |
| 05/05/09 | SR | 0.30 | 57.00 | Review daily court docket. |
| 05/06/09 | SR | 0.30 | 57.00 | Review daily docket. |
| 05/07/09 | SR | 0.30 | 57.00 | Review daily docket. |
| 05/08/09 | SR | 0.30 | 57.00 | Review daily docket. |
| 05/09/09 | JIS | 0.20 | 59.00 | Attention to Grace acquittal in Montana criminal action and email to S. Baena, et al. thereon. |
| 05/11/09 | SR | 0.30 | 57.00 | Review daily docket. |
| 05/12/09 | SR | 0.20 | 38.00 | Review daily docket. |
| 05/13/09 | SR | 0.30 | 57.00 | Attention to e-mail from M.Kramer's (0.1); Review daily docket (0.2) |
| 05/14/09 | SR | 0.20 | 38.00 | Review daily docket. |
| 05/15/09 | SR | 0.20 | 38.00 | Review daily docket. |
| 05/18/09 | SR | 0.30 | 57.00 | Review daily docket. |
| 05/19/09 | SR | 0.20 | 38.00 | Review daily docket. |
| 05/20/09 | LMF | 0.40 | 82.00 | Review updated master service list and advise Debtors' counsel of correction. |
| 05/20/09 | SR | 0.30 | 57.00 | Review daily docket (0.3). |
| 05/21/09 | SR | 0.20 | 38.00 | Review daily docket. |
| 05/26/09 | SR | 0.40 | 76.00 | Review daily docket (0.2); Analyze documents for J.Sakalo (0.2) |
| 05/27/09 | SR | 0.20 | 38.00 | Review daily docket. |
| 05/28/09 | SR | 0.20 | 38.00 | Review Daily Docket (0.2). |
| 05/29/09 | SR | 0.20 | 38.00 | Review daily docket. |

**PROFESSIONAL SERVICES** $1,186.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 03/29/09 | Airfare Airfare to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 03/26/09-04/27/09; DATE: 4/27/2009 - Acct. #5306-2200-2539-5504 | 1,200.20 |
| 03/31/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02239500; DATE: 4/30/2009 - Account# 306300 | 8.96 |
| 04/03/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02239500; DATE: 4/30/2009 - Account# 306300 | 7.25 |
| 04/05/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 26.24 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 04/06/09 | Airfare Travel to NY - VENDOR: DINERS CLUB; INVOICE#: 03/26/09-04/27/09; DATE: 4/27/2009 - Acct. #5306-2200-2539-5504 | 623.20 |
| 04/06/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 117.78 |
| 04/10/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 9.39 |
| 04/13/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 5.43 |
| 04/16/09 | Airfare US Airway travel to Philadelphia ticket not used to be exchanged at later date and charged accordingly to client/firm - VENDOR: DINERS CLUB; INVOICE#: 03/26/09-04/27/09; DATE: 4/27/2009 - Acct. #5306-2200-2539-5504 | 532.20 |
| 04/17/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 37.21 |
| 04/17/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 72.92 |
| 04/20/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 20.84 |
| 04/21/09 | Airfare Travel to Spokane - VENDOR: DINERS CLUB; INVOICE#: 03/26/09-04/27/09; DATE: 4/27/2009 - Acct. #5306-2200-2539-5504 | 2,132.20 |
| 04/21/09 | Lodging Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 122.66 |
| 04/21/09 | Meals Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 21.43 |
| 04/22/09 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 03/26/09-04/27/09; DATE: 4/27/2009 - Acct. #5306-2200-2539-5504 | 57.50 |
| 04/22/09 | Fares, Mileage, Parking Cab fare - travel to Spokane - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 25.12 |
| 04/22/09 | Internet Connection (Outside Services) Lodging Internet - travel to Sppokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 8.95 |

| Date | Description | Amount |
|---|---|---|
| 04/22/09 | Meals Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 18.17 |
| 04/23/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02239500; DATE: 4/30/2009 - Account# 306300 | 3.98 |
| 04/23/09 | Lodging Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 195.75 |
| 04/23/09 | Meals Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 37.93 |
| 04/24/09 | Fares, Mileage, Parking Cab fare - travel to Charleston - VENDOR: Matthew Kramer; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client - 15537 | 34.00 |
| 04/24/09 | Meals Travel to Charleston - VENDOR: Matthew Kramer; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client - 15537 | 7.00 |
| 04/24/09 | Parking Airport parking - Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 60.00 |
| 04/24/09 | Fares, Mileage, Parking Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 28.20 |
| 04/24/09 | Meals Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09; DATE: 4/24/2009 - Client | 18.91 |
| 04/24/09 | Meals Travel to Spokane/Charleston - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-04/24/09A; DATE: 4/24/2009 - Client - 15537 | 3.27 |
| 04/24/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 818267982; DATE: 5/1/2009 - Account# 5306-2200-2539-5504 | 6.81 |
| 05/01/09 | Long Distance Telephone 1(843)812-9435; 1 Mins. | 1.39 |
| 05/01/09 | Long Distance Telephone 1(843)812-9435; 2 Mins. | 4.17 |
| 05/01/09 | Fares, Mileage, Parking Travel to to Washington DC - VENDOR: Matthew Kramer; INVOICE#: MIK-05/01/09; DATE: 5/1/2009 - Client - 15537 | 35.00 |
| 05/01/09 | Meals Travel to to Washington DC - VENDOR: Matthew Kramer; INVOICE#: MIK-05/01/09; DATE: 5/1/2009 - Client - 15537 | 40.48 |
| 05/01/09 | Lodging Travel to Washington DC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-05/01/09; DATE: 5/1/2009 - Client - 15537 | 297.64 |

| Date | Description | Amount |
|---|---|---|
| 05/01/09 | Parking Airport parking - Travel to Washington DC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-05/01/09; DATE: 5/1/2009  -  Client - 15537 | 28.00 |
| 05/04/09 | Long Distance Telephone 1(509)455-3966; 1 Mins. | 2.78 |
| 05/04/09 | Long Distance Telephone 1(843)987-0794; 5 Mins. | 8.34 |
| 05/05/09 | Long Distance Telephone 1(312)862-3342; 1 Mins. | 1.39 |
| 05/05/09 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.39 |
| 05/06/09 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.39 |
| 05/07/09 | Long Distance Telephone 1(312)862-2000; 1 Mins. | 1.39 |
| 05/13/09 | Long Distance Telephone 1(843)987-3805; 1 Mins. | 2.78 |
| 05/13/09 | Long Distance Telephone 1(843)987-3805; 1 Mins. | 1.39 |
| 05/13/09 | Long Distance Telephone 1(843)987-3805; 2 Mins. | 2.78 |
| 05/15/09 | Long Distance Telephone 1(312)862-2819; 1 Mins. | 2.78 |
| 05/18/09 | Long Distance Telephone 1(214)532-4437; 13 Mins. | 18.07 |
| 05/18/09 | Long Distance Telephone 1(843)723-6373; 2 Mins. | 2.78 |
| 05/20/09 | Long Distance Telephone 1(202)879-5081; 2 Mins. | 4.17 |
| 05/21/09 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 1.39 |
| 05/26/09 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.39 |
| 05/27/09 | Long Distance Telephone 1(302)252-2900; 1 Mins. | 2.78 |
| 05/27/09 | Long Distance Telephone 1(302)252-2900; 1 Mins. | 1.39 |
| 05/27/09 | Long Distance Telephone 1(302)252-2900; 2 Mins. | 2.78 |
| 05/27/09 | Long Distance Telephone 1(803)943-4444; 15 Mins. | 22.24 |
| 05/27/09 | Long Distance Telephone 1(302)252-2900; 1 Mins. | 2.78 |
| 05/28/09 | Long Distance Telephone 1(312)641-2162; 5 Mins. | 6.95 |
| 05/31/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for May 2009 $456.00. | 456.00 |
| 05/05/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/07/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/08/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/20/09 | Copies 496 pgs @ 0.10/pg | 49.60 |
| 05/21/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 05/21/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/15/09 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 05/27/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 05/12/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/14/09 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 05/14/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/12/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/13/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 05/27/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/28/09 | Copies 1 pgs @ 0.10/pg | 0.10 |

| Date | Description | Amount |
|---|---|---|
| 05/29/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/29/09 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 05/18/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/18/09 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 05/19/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/19/09 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 05/19/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 05/19/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/19/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/19/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/19/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/21/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/21/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/21/09 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 05/21/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/21/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/21/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/21/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 05/21/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/21/09 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 05/21/09 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/21/09 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/21/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/21/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 05/21/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/21/09 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 05/21/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 05/21/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/21/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 05/21/09 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 05/21/09 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 05/21/09 | Copies 80 pgs @ 0.10/pg | 8.00 |
| 05/21/09 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 05/21/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/21/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/21/09 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/21/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/21/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 05/21/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 05/21/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/21/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/21/09 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 05/21/09 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 05/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |

| Date | Description | Amount |
|---|---|---|
| 05/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/21/09 | Copies 105 pgs @ 0.10/pg | 10.50 |
| 05/21/09 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 05/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/21/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/26/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/20/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/20/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/20/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/20/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/20/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/20/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/20/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/20/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/08/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/08/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/08/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/08/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/08/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/08/09 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 05/11/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/11/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/11/09 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/11/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/11/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/11/09 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/11/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/07/09 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 05/07/09 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 05/07/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/07/09 | Copies 16 pgs @ 0.10/pg | 1.60 |

| | | |
|---|---|---:|
| 05/06/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/09 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/04/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/09 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $6,595.11

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Snyder, Jeffrey I | 0.20 | $295.00 | $59.00 |
| Flores, Luisa M | 0.40 | $205.00 | $82.00 |
| Rojas, Susana | 5.50 | $190.00 | $1,045.00 |
| *TOTAL* | *6.10* | | *$1,186.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $4,487.80 |
| Fares, Mileage, Parking | $122.32 |
| Internet Connection (Outside Services) | $8.95 |
| Long Distance Telephone | $98.69 |
| Long Distance Telephone-Outside Services | $77.69 |
| Lodging | $616.05 |
| Meals | $147.19 |
| Miscellaneous Costs | $456.00 |
| Parking | $88.00 |
| Westlaw-Online Legal Research | $296.62 |
| Copies | $195.80 |
| *TOTAL* | *$6,595.11* |

**CURRENT BALANCE DUE THIS MATTER** $7,781.11

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 05/15/09 | SLB | 1.00 | 675.00 | Prepare for and conduct committee meeting (1.0). |
| 05/15/09 | JMS | 0.90 | 436.50 | Prepare for and attend committee call. |
| 05/15/09 | MIK | 0.90 | 369.00 | Attend committee call (.9). |

**PROFESSIONAL SERVICES** $1,480.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Kramer, Matthew I | 0.90 | $410.00 | $369.00 |
| Sakalo, Jay M | 0.90 | $485.00 | $436.50 |
| **TOTAL** | **2.80** | | **$1,480.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,480.50

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 05/05/09 | WP | 0.20 | 45.00 | Conference with J. Sakalo regarding response to fee report. |
| 05/08/09 | LMF | 0.90 | 184.50 | Initial review of April prebill. |
| 05/11/09 | WP | 0.50 | 112.50 | Review back up report and response to same (.3); make changes to response (.1); email J. Sakalo regarding same (.1). |
| 05/12/09 | JIS | 0.20 | 59.00 | Attention to April prebill and email to T. Trevorrow thereon (0.1); follow up conference with T. Trevorrow regarding same (0.1); |
| 05/12/09 | SR | 0.70 | 133.00 | Attend to reconciling costs exhibit. |
| 05/13/09 | LMF | 0.70 | 143.50 | Finalize revisions to Bilzin Sumberg's quarterly application. |
| 05/13/09 | JIS | 0.60 | 177.00 | Review and revise 32nd Quarterly Interim Fee Application. |
| 05/15/09 | JIS | 0.50 | 147.50 | Review and revise April prebill. |
| 05/21/09 | LMF | 0.70 | 143.50 | Prepare summary and notice for April fees and submit for filing. |
| 05/22/09 | LMF | 0.30 | 61.50 | Conference with co-counsel regarding monthly fee request for April. |
| 05/28/09 | JMS | 0.90 | 436.50 | Emails with B. Ruhlander regarding response (.2); emails to telephone conferences with J. Baer regarding holdbacks (.3); follow up on CDG outstanding fees (.4). |
| 05/29/09 | LMF | 0.30 | 61.50 | Compile backup to response to fee auditor interim report for fee auditors. |
| 05/29/09 | JMS | 0.20 | 97.00 | Email to fee auditor. |

**PROFESSIONAL SERVICES** $1,802.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.10 | $485.00 | $533.50 |
| Polit, Wendy | 0.70 | $225.00 | $157.50 |
| Snyder, Jeffrey I | 1.30 | $295.00 | $383.50 |
| Flores, Luisa M | 2.90 | $205.00 | $594.50 |
| Rojas, Susana | 0.70 | $190.00 | $133.00 |
| TOTAL | 6.70 | | $1,802.00 |

**CURRENT BALANCE DUE THIS MATTER** $1,802.00

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 05/11/09 | LMF | 0.50 | 102.50 | Attend to specially set hearing and arranging appearances. |
| 05/12/09 | SR | 0.80 | 152.00 | Arrange for committee members to attend hearing telephonically (0.2); attend to e-mailing telephonic appearance confirmation's to committee members attending hearing (0.5); e-mail to M.Kramer regarding hearing notebook (0.1) |
| 05/14/09 | MIK | 3.00 | 1,230.00 | Attend omnibus hearing telephonically (3.0). |
| 05/14/09 | PMB | 1.20 | 402.00 | Telephonic hearing re expert witness and other discovery issues (1.2) |
| 05/26/09 | JMS | 0.30 | 145.50 | Review agenda for 6/1 hearing and email to Committee thereon. |

**PROFESSIONAL SERVICES** $2,032.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 3.00 | $410.00 | $1,230.00 |
| Sakalo, Jay M | 0.30 | $485.00 | $145.50 |
| Botros, Paul M | 1.20 | $335.00 | $402.00 |
| Flores, Luisa M | 0.50 | $205.00 | $102.50 |
| Rojas, Susana | 0.80 | $190.00 | $152.00 |
| **TOTAL** | **5.80** | | **$2,032.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,032.00

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

05/01/09  MIK  4.00  820.00  Travel from deposition (4.0).

**PROFESSIONAL SERVICES** $820.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 4.00 | $205.00 | $820.00 |
| *TOTAL* | *4.00* | | *$820.00* |

**CURRENT BALANCE DUE THIS MATTER** $820.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/09 | SLB | 0.30 | 202.50 | Review and approve answers to interrogatories (.3). |
| 05/01/09 | JMS | 0.20 | 97.00 | Telephone conference with committee member regarding plan issues. |
| 05/01/09 | MIK | 11.00 | 4,510.00 | Attend deposition (11.0). |
| 05/04/09 | JMS | 1.80 | 873.00 | Telephone conference with D. Speights, S. Baena regarding plan issues (1.6); follow up telephone conference with D. Speights regarding deposition question (.2). |
| 05/04/09 | MIK | 1.30 | 533.00 | Telephone call with D. Speights regarding plan issues (1.3). |
| 05/04/09 | MIK | 4.90 | 2,009.00 | Attend Lockwood deposition telephonically (4.3); attend confirmation related meet and confer (.6). |
| 05/05/09 | JMS | 0.20 | 97.00 | Email from T. Freedman regarding Phase I. |
| 05/05/09 | MIK | 1.40 | 574.00 | Attend D. Kuchinsky deposition by phone (1.4). |
| 05/06/09 | JMS | 0.40 | 194.00 | Review email exchanges regarding Phase I and II depositions. |
| 05/06/09 | MIK | 8.30 | 3,403.00 | Attend Posner deposition by phone (8.3). |
| 05/07/09 | JIS | 5.80 | 1,711.00 | Conference with M. Kramer (0.1); attend deposition of George L. Priest (5.7). |
| 05/08/09 | MIK | 0.40 | 164.00 | Telephone call with S. Blatnick regarding discovery (.4). |
| 05/11/09 | LMF | 0.30 | 61.50 | Telephone conference with court reporters regarding deposition transcript. |
| 05/11/09 | JMS | 0.80 | 388.00 | Review responses regarding Libby/Arrowwood issues. |
| 05/11/09 | MIK | 0.10 | 41.00 | Telephone call with A. Rich regarding confirmation matters (.1). |
| 05/12/09 | MIK | 0.10 | 41.00 | Email S. Baena regarding A. Rich conversation (.1). |
| 05/12/09 | MIK | 0.70 | 287.00 | Research confirmation matter (.7). |
| 05/13/09 | SLB | 0.20 | 135.00 | Emails from and to A. Rich regarding objections to plan (.2). |
| 05/13/09 | JMS | 0.40 | 194.00 | Conference with M. Kramer regarding committee issues and plan objection. |
| 05/13/09 | JIS | 2.40 | 708.00 | Partial attendance at R. Finke deposition. |
| 05/13/09 | MIK | 3.70 | 1,517.00 | Attend Finke deposition telephonically (.7); research confirmation matters (3.0). |
| 05/13/09 | SR | 0.20 | 38.00 | Attention to deposition. |
| 05/14/09 | SLB | 1.00 | 675.00 | Interoffice conference with J. Sakalo and M. Kramer regarding objections to plan (1.0). |
| 05/14/09 | JMS | 1.40 | 679.00 | Conference with S. Baena regarding objection deadline (.2); email to Committee regarding same (.2); conference with S. Baena and M. Kramer regarding plan objection issues (1.0). |
| 05/14/09 | MIK | 1.60 | 656.00 | Interoffice conference with S. Baena, J. Sakalo regarding plan confirmation matters (1.0); attend Schein deposition telephonically (.6). |
| 05/15/09 | JIS | 0.70 | 206.50 | Partial coverage of Austern deposition and emails from/to D. Speights thereon. |
| 05/15/09 | MIK | 4.10 | 1,681.00 | Attend D. Austern deposition telephonically (4.1). |
| 05/18/09 | SLB | 0.50 | 337.50 | Telephone conference with A. Rich regarding plan objections (.5). |
| 05/18/09 | LMF | 0.60 | 123.00 | Arrange for payment and copies of deposition transcript. |
| 05/18/09 | JMS | 0.50 | 242.50 | Telephone conference with S. Baena and A. Rich regarding plan objection (.5). |
| 05/18/09 | MIK | 0.50 | 205.00 | Telephone call with A. Rich regarding confirmation matters (.5). |
| 05/19/09 | SLB | 0.90 | 607.50 | Review post petition interest opinion and memo regarding same to committee (.9). |
| 05/19/09 | JMS | 0.80 | 388.00 | Review opinion on Bank interest issues (.8). |
| 05/19/09 | JIS | 0.10 | 29.50 | Assist M. Kramer with transcript for D. Speights. |
| 05/19/09 | MIK | 0.60 | 246.00 | Review order regarding post-petition default interest (.6). |

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 05/20/09 | SLB | 1.10 | 742.50 | Attention to numerous plan objections (1.1). |
| 05/20/09 | JMS | 1.40 | 679.00 | Brief review of plan objection. |
| 05/20/09 | WP | 4.30 | 967.50 | Review claims objections. |
| 05/20/09 | MIK | 0.10 | 41.00 | Email D. Speights regarding depositions (.1). |
| 05/20/09 | SR | 1.20 | 228.00 | Attend to compiling witness lists per M.Kramer's request (1.2). |
| 05/21/09 | WP | 8.70 | 1,957.50 | Meet with J. Sakalo regarding objections to plan (.2); review objections to plan and prepare summaries (8.5). |
| 05/22/09 | SLB | 1.50 | 1,012.50 | Attention to Anderson Memorial objection and interoffice conference with J. Sakalo and email exchange with M. Dies regarding same (.8); draft letter to D. Speights et al regarding same (.5); email to D. Speights regarding same (.2). |
| 05/22/09 | JMS | 0.90 | 436.50 | Conference with S. Baena regarding plan objections (.3); telephone conference with S. Baena, C. Plaza and M. Dies regarding same (.4); follow up conference with S. Baena regarding Committee response (.2). |
| 05/22/09 | WP | 7.20 | 1,620.00 | Review Objections to Plan and prepare summaries. |
| 05/25/09 | JMS | 0.60 | 291.00 | Review Anderson's plan objection. |
| 05/26/09 | JMS | 0.40 | 194.00 | Review email traffic regarding discovery issues. |
| 05/26/09 | WP | 5.50 | 1,237.50 | Review objections to plan and prepare summaries. |
| 05/27/09 | SLB | 0.50 | 337.50 | Telephone call to D. Speights regarding Anderson plan objection (.3); email from and to M. Dies regarding same (.2). |
| 05/27/09 | LMF | 1.10 | 225.50 | Meet with S. Rojas and M. Kramer and assist in compiling various documents in connection with experts. |
| 05/27/09 | JMS | 1.30 | 630.50 | Telephone conference with D. Speights, S. Baena regarding issues raised in Anderson's plan objection (.4); analysis of files regarding Florence and Peterson documents (.7); email to Committee regarding cancellation of 6/1 hearing (.2). |
| 05/27/09 | WP | 4.70 | 1,057.50 | Review and summarize objections to plan. |
| 05/27/09 | SR | 1.00 | 190.00 | Attend to reviewing records regarding Peterson and Florence. |
| 05/28/09 | WP | 7.70 | 1,732.50 | Review and summarize objections to plan. |
| 05/28/09 | SR | 1.90 | 361.00 | Review all expert reports and scan documents to M.Kramer and J.Sakalo (1.9). |
| 05/29/09 | JMS | 0.50 | 242.50 | Review Debtor's motion in limine regarding G. Priest. |
| 05/29/09 | WP | 6.40 | 1,440.00 | Review and summarize objections to Plan. |
| 05/29/09 | SR | 0.60 | 114.00 | Attend to reviewing Florence and Peterson documents and organizing for M.Kramer's review. |

**PROFESSIONAL SERVICES** $39,592.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 6.00 | $675.00 | $4,050.00 |
| Kramer, Matthew I | 38.80 | $410.00 | $15,908.00 |
| Sakalo, Jay M | 11.60 | $485.00 | $5,626.00 |
| Polit, Wendy | 44.50 | $225.00 | $10,012.50 |
| Snyder, Jeffrey I | 9.00 | $295.00 | $2,655.00 |
| Flores, Luisa M | 2.00 | $205.00 | $410.00 |
| Rojas, Susana | 4.90 | $190.00 | $931.00 |
| **TOTAL** | **116.80** | | **$39,592.50** |

**CURRENT BALANCE DUE THIS MATTER** $39,592.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 05/06/09 | LMF | 0.30 | 61.50 | Review April statement from Hamilton Rabinovitz for processing. |
| 05/11/09 | LMF | 0.40 | 82.00 | Draaft quarterly fee application on behalf of Hamilton Rabinovitz. |
| 05/13/09 | LMF | 0.40 | 82.00 | Finalize Hamilton Rabinovitz application for fees. |
| 05/18/09 | JIS | 0.10 | 29.50 | Review fee auditor's final report regarding Kirkland & Ellis. |
| 05/21/09 | LMF | 0.70 | 143.50 | Prepare notice and summary for Hamilton Rabinovitz for April fees and submit to local counsel for filing. |
| 05/26/09 | LMF | 0.70 | 143.50 | Attend to reimbursement to professional for fees and costs. |

**PROFESSIONAL SERVICES** $542.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.10 | $295.00 | $29.50 |
| Flores, Luisa M | 2.50 | $205.00 | $512.50 |
| **TOTAL** | **2.60** | | **$542.00** |

**CURRENT BALANCE DUE THIS MATTER** $542.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP