Form 256 – Subpoena in a Case under the Bankruptcy Code (12/06)

# UNITED STATES BANKRUPTCY COURT

__Western__ District of __Pennsylvania__

In re **W.R. Grace & Co., et al.,**
                Debtor

SUBPOENA IN A CASE UNDER
THE BANKRUPTCY CODE

Case No. * __01-01139   JKF__
                District of Delaware

Chapter __11__

To: **Peter Van. N. Lockwood, Esq.**
    **Caplin & Drysdale, Chartered**
    **One Thomas Circle, N.W.**
    **Washington, D.C. 2005**

☒ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| **54th Floor, U.S. Steel Tower**<br>**600 Grant Street**<br>**Pittsburgh, PA 15219** | **A** |
| | DATE AND TIME **September 8-11, 2009**<br>**Sept. 8 at 11:00 a.m., Sept. 9-11**<br>**at 9:00 a.m.** |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a disposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| [signature] | June 18, 2009 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
**Michael F. Brown, Esq., Drinker Biddle & Reath LLP, One Logan Square, Philadelphia, PA 19103**
                                        **(215) 988-2700**

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

# Affidavit of Process Server

_____      vs      _____      01-01139
PLAINTIFF/PETITIONER                              DEFENDANT/RESPONDENT                     CASE NUMBER
(NAME OF COURT)

I, **Frank Gigliotto**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **Peter Van N. Lockwood**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Subpoena Bankruptcy**

by leaving with **Peter Van N. Lockwood** _____ At
NAME                              RELATIONSHIP

☐ Residence _____
ADDRESS                          CITY / STATE

☐ Business **Bankruptcy Court US Steel Tower 54th   PGH PA 15219**
ADDRESS                          CITY / STATE

On **6-18-09** AT **12:45PM**
DATE                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                DATE
from _____
     CITY       STATE        ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                  DATE       TIME           DATE       TIME
(3) _____ (4) _____ (5) _____
    DATE       TIME        DATE       TIME        DATE       TIME

Description: Age **60** Sex **M** Race **W** Height **5'10** Weight **175** Hair ✓ Beard ✓ Glasses ✓

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **19** day of **June**, 20**09**, by **Frank Gigliotto** me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2011

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Pennsylvania**

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS