IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |

Hearing date: To be scheduled, only if objections are timely filed and served.

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FOURTH INTERIM PERIOD, FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008, FOR THE QUARTER OF OCTOBER 2008 – DECEMBER 2008**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **October 1, 2008 – October 31, 2008** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$6,296.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

Amount of expense reimbursement sought as
Actual, reasonable, and necessary:   **$45.72 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately **(1.7)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately **$ (252.00)**.

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, | April 1, 2002 – June | $60,393.50 | $701.74 | $55,739.00 | $701.74 |

2

| 2002 | 30, 2002 | | | | |
|---|---|---|---|---|---|
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |

|  | March 31, 2004 |  |  |  |  |
|---|---|---|---|---|---|
| June 7, 2004 | April 1, 2004– April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004– May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |
| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – | $7,582.50 | $26.28 | $6,066.00 | $26.28 |

4

| | | | | | |
|---|---|---|---|---|---|
| | December 31, 2005 | | | | |
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |
| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | $2,377.00 | $38.10 |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | $2,608.00 | $54.65 |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| March 23, 2007 | February 1, 2007 – February 28, 2007 | $2,977.50 | $1,858.98 | $2,382.00 | $1,858.98 |
| April 24, 2007 | March 1, 2007 – March 31, 2007 | $3,069.00 | $941.40 | $2,455.20 | $941.40 |
| May 14, 2007 | January 1, 2007 – March 31, 2007 | $9,306.50 | $2,855.03 | $9306.50 | $2855.03 |
| May 25, 2007 | April 1, 2007 – April 30, 2007 | $430.00 | $92.00 | $344.00 | $92.00 |
| June 20, 2007 | May 1, 2007 – May 31, 2007 | $863.50 | $22.11 | $690.80 | $22.11 |
| July 11, 2007 | June 1, 2007 – June 30, 2007 | $663.00 | $12.38 | $530.40 | $12.38 |
| July 23, 2007 | April 1, 2007 – June 30, 2007 | $1956.50 | $126.49 | $1956.50 | $126.49 |
| August 23, 2007 | July 1, 2007 – July 31, 2007 | $786.50 | $26.41 | $629.20 | $26.41 |
| September 24, 2007 | August 1, 2007- August 31, 2007 | $423.00 | $14.10 | $338.40 | $14.10 |

| | | | | | |
|---|---|---|---|---|---|
| January 2, 2008 | September 1, 2007 – September 30, 2007 | $396.00 | $12.94 | $316.80 | $12.94 |
| January 2, 2008 | November 1, 2007 – November 30, 2007 | $176.00 | $44.60 | $140.80 | $44.60 |
| January 9, 2008 | July 1, 2007 – September 30, 2007 | $1,605.50 | $53.45 | $1284.40 | $53.45 |
| January 22, 2008 | December 1, 2007 – December 31, 2007 | $742.00 | $0.00 | $593.60 | $0.00 |
| February 22, 2008 | January 1, 2008 – January 31, 2008 | $1,607.00 | $0.00 | $1,285.60 | $0.00 |
| March 25, 2008 | February 1, 2008 – February 29, 2008 | $8,386.00 | $14.25 | $6,708.80 | $14.25 |
| April 29, 2008 | March 1, 2008 – March 31, 2008 | $1,865.00 | $2.75 | $1,492.00 | $2.75 |
| May 28, 2008 | October 1, 2007 – December 31, 2007 | $918.00 | $44.60 | $918.00 | $44.60 |
| June 20, 2008 | April 1, 2008 – April 30, 2008 | $3,760.00 | $.55 | $3,008.00 | $.55 |
| July 22, 2008 | May 1, 2008 – May 31, 2008 | $5,263.50 | $73.15 | $4,210.80 | $73.15 |
| July 24, 2008 | June 1, 2008 – June 30, 2008 | $1,716.00 | $15.81 | $1,372.80 | $15.81 |
| July 24, 2008 | January 1, 2008 – March 31, 2008 | $11,858.00 | $17.00 | $11,858.00 | $17.00 |
| August 27, 2008 | July 1, 2008 – July 31, 2008 | $1,236.00 | $.90 | $988.80 | $.90 |
| September 22, 2008 | August 1, 2008 – August 31, 2008 | $724.00 | $22.96 | $579.20 | $22.96 |
| October 21, 2008 | April 1, 2008 – June 30, 2008 | $10,739.50 | $89.51 | Pending | Pending |
| October 29, 2008 | September 1, 2008 – September 30, 2008 | $2,336.00 | $18.58 | $1868.80 | $18.58 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B.J. Burn | Associate | 8 years | Bankruptcy | $240.00 | 1.10 | $264.00 |
| B.F. Hawkins, Jr. | Partner | 18 years | Litigation | $320.00 | .30 | $96.00 |
| R.T. Carlisle | Of Counsel | 25 years | Environmental | $280.00 | .60 | $168.00 |
| N.J. Smith | Partner | 30 years | Environmental | $320.00 | 16.60 | $5,312.00 |

6

Grand Total for Fees:  $5,840.00<br>
Blended Rate:  $313.98

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| B. Wright | Paralegal | 7 months | Bankruptcy | $120.00 | 3.80 | $456.00 |

Grand Total for Fees: $456.00<br>
Blended Rate:   $120.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06091 | Fee Applications | 5.20 | $816.00 |
| 02399/06032 | Charleston | 17.20 | $5,480.00 |
| **TOTAL** | | **22.40** | **$6,296.00** |

## Expense Summary

| Description | Amount |
|---|---|
| PACER | $27.44 |
| Telephone | $18.28 |
| **TOTAL** | **$45.72** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this 3 day of December, 2008

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/2009

Ruth L. Johnson
Notary Public of South Carolina
My Commission Expires: 9/3/2009

9

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 5, 2008
Invoice 902854  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 10/31/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 10/17/08 | Review draft VCC from City and DHEC (0.4); message from Mr. Bucens regarding call on same and various messages from team (0.2); conference call with team on VCC draft, status of issues (0.7); review notes and attempt to contact Ms. Dickman at DHEC counsel office (0.3). | | | |
| | N.J. SMITH | 1.60 hrs. | 320.00/hr | $512.00 |
| 10/20/08 | Review various emails, information and certification form and prepare for conference call (0.3); conference call with City and Grace team on comments to VCC for DHEC (0.4). | | | |
| | N.J. SMITH | 0.70 hrs. | 320.00/hr | $224.00 |
| 10/21/08 | Message from Mr. Bucens with draft PSA, begin review of same (0.7); complete review of PSA, mark comments (0.4). | | | |
| | N.J. SMITH | 1.10 hrs. | 320.00/hr | $352.00 |
| 10/22/08 | Review condemnation statute (0.3); conference call with team on PSA from City (2.0); complete revisions to PSA based on call comments, and additional drafting of environmental provisions, compare to City original and distribute to team (2.2). | | | |
| | N.J. SMITH | 4.50 hrs. | 320.00/hr | $1,440.00 |
| 10/23/08 | Review comments from Mr. Bucens and Ms. Duff, discuss and incorporate into draft (1.1); various messages regarding City response and contact with DHEC and follow up with legal and technical staff of same (0.3). | | | |
| | N.J. SMITH | 1.40 hrs. | 320.00/hr | $448.00 |
| 10/23/08 | Review and edit draft purchase and sale agreement at request of Attorney Smith. | | | |
| | R.T. CARLISLE | 0.60 hrs. | 280.00/hr | $168.00 |
| 10/24/08 | Follow up with Ms. Dickman on VCC and Consent Agreement issues (0.2); telephone conference with Mr. Bucens on coordination in efforts to get responses from DHEC to clarify responsibilities under Consent Agreement and VCC (0.2): telephone conference with Ms. Dickman regarding VCC issues (0.4); telephone conference with Mr. Bucens, then prepare message to team on status and recommendations for Monday (0.4). | | | |
| | N.J. SMITH | 1.20 hrs. | 320.00/hr | $384.00 |
| 10/26/08 | Revise VCC to address consent issues, review notes on same. | | | |
| | N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |

W. R. Grace & Co.

November 5, 2008
Invoice 902854  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 10/27/08 | Telephone conference with Mr. Bucens regarding VCC language, coordination with City and DHEC, and provide draft revised section of VCC (0.3); message from Mr. Bucens with DHEC messages attached, review same (0.2); review materials and prepare for and participate in conference call with team to prepare for call with City (0.9); conference call with City to review VCC and PSA, discuss all issues and plan for next steps to secure agreement (1.7); draft addition to PSA as discussed (0.3). | | | |
| | N.J. SMITH | 3.40 hrs. | 320.00/hr | $1,088.00 |
| 10/28/08 | Review disclosure statement and research status of hearing on same (0.5); message from DHEC with revised VCC, review same (0.4); telephone conference with Mr. Shissias regarding VCC draft, and issues to resolve (0.2); follow up with Mr. Bucens and then Ms. Duff on outstanding issues, strategy for discussion with Ms. Dickman and Mr. Stewart on same (0.3). | | | |
| | N.J. SMITH | 1.40 hrs. | 320.00/hr | $448.00 |
| 10/29/08 | Office conference with Ms. Dickman regarding various VCC issues (0.3); message to Mr. Bucens and Ms. Duff regarding DHEC status on outstanding issues (0.2); message from and reply to Mr. Shissias regarding DHEC bankruptcy claim, provide copy of same (0.2). | | | |
| | N.J. SMITH | 0.70 hrs. | 320.00/hr | $224.00 |
| 10/30/08 | Message from Mr. Bucens, reply regarding DHEC meeting | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |

**Total Fees for Legal Services** ............................................................................ **$5,480.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 16.60 | 320.00 | 5,312.00 |
| R.T. CARLISLE | 0.60 | 280.00 | 168.00 |
| TOTAL | 17.20 | $318.60 | $5,480.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/17/2008 | Telephone 1-888-543-4442 | 17.53 |
| 10/28/2008 | Telephone 1-617-899-0354 | 0.75 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................. **$18.28**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 18.28 |
| TOTAL | $18.28 |

**Net current billing for this invoice** ............................................................................ **$5,498.28**

**GRAND TOTAL** ............................................................................................................. **$5,498.28**

W. R. Grace & Co.

November 5, 2008
Invoice 902854  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 10/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---:|
| Fees for Professional Services | $5,480.00 |
| Charges for Other Services Provided/Expenses Incurred | $18.28 |
| **Net current billing for this invoice**................................................................ | **$5,498.28** |
| **GRAND TOTAL** ................................................................................................ | **$5,498.28** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

November 5, 2008
Invoice 902855  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 10/31/08 |
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 10/08/08 | Research status of quarterly fee applications and follow up with local counsel on same. | | | |
| | B.J. BURN | 0.50 hrs. | 240.00/hr | $120.00 |
| 10/08/08 | Draft 29th interim fee application, draft and prepare September 2008 fee application and update chart information. | | | |
| | B.A. WRIGHT | 2.70 hrs. | 120.00/hr | $324.00 |
| 10/09/08 | Search for approval of 26th, 27th and 28th interim fee applications and update charts and revise fee applications. | | | |
| | B.A. WRIGHT | 0.80 hrs. | 120.00/hr | $96.00 |
| 10/10/08 | Review, edit, and approve monthly fee application. | | | |
| | B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 10/10/08 | Review, edit and approve quarterly fee application. | | | |
| | B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 10/10/08 | Edit changes to September 2008 fee application and to 29th interim fee application. | | | |
| | B.A. WRIGHT | 0.30 hrs. | 120.00/hr | $36.00 |
| 10/20/08 | Follow-up on Nelson Mullins quarterly fee application for the 29th period (April – June 2008) and forward copy of same to Warren H. Smith & Associates per their e-mail request. | | | |
| | B.F. HAWKINS, JR. | 0.30 hrs. | 320.00/hr | $96.00 |

**Total Fees for Legal Services** .................................................................................. **$816.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.30 | 320.00 | 96.00 |
| B.J. BURN | 1.10 | 240.00 | 264.00 |
| B.A. WRIGHT | 3.80 | 120.00 | 456.00 |
| TOTAL | 5.20 | 156.92 | 816.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/22/2008 | VENDOR: PACER Service Center; INVOICE#: 110308; DATE: 10/22/2008 - On - Line Services Quarterly Billing (07/00/08- | 27.44 |

W. R. Grace & Co.

November 5, 2008
Invoice 902855  Page 2

09/30/08)
**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$27.44**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Outside Services | 27.44 |
| TOTAL | $27.44 |

**Net current billing for this invoice**................................................................. **$843.44**

**GRAND TOTAL** ......................................................................................... **$843.44**

W. R. Grace & Co.

November 5, 2008
Invoice 902855  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 10/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $816.00 |
| Charges for Other Services Provided/Expenses Incurred | $27.44 |
| **Net current billing for this invoice**.................................................................... | **$843.44** |
| **GRAND TOTAL** ........................................................................................................ | **$843.44** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

From: Origin ID: USCA  (803) 255-9325
Mary Wilkinson
Nelson Mullins
Meridian, 17th floor
1320 Main Street
Columbia, SC 29201



Ship Date: 09DEC08
ActWgt: 1.0 LB
CAD: 3910336/INET8091
Account#: S *********

Delivery Address Bar Code

SHIP TO: (803) 255-5594        BILL SENDER
Patricia Cuniff
Pachulski Stang Ziehl Young Jones &
919 N. Market Street

Wilmington, DE 19801

Ref #    02399/06091
Invoice #
PO #
Dept #



TRK#  7961 6994 6865         WED - 10DEC     A1
0201                          PRIORITY OVERNIGHT

XB ZWIA                       19801
                              DE-US
                              PHL

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en/PrintIFrame.html                                    12/9/2008