## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |

Hearing date:  To be scheduled, only if objections are timely filed and served.

### SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008, FOR THE QUARTER OF OCTOBER 2008 – DECEMBER 2008

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **December 1, 2008 – December 31, 2008**

Amount of Compensation sought as actual, reasonable, and necessary: **$9,427.00 for the period**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT

C

Amount of expense reimbursement sought as          **14.09 for the period**
Actual, reasonable, and necessary:

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(1.9)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ **(276.00).**

Prior fee applications:

| Date Filed | Period Covered | **Requested** Fees | Expenses | **Approved** Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, | April 1, 2002 – June | $60,393.50 | $701.74 | $55,739.00 | $701.74 |

| 2002 | 30, 2002 | | | | |
|---|---|---|---|---|---|
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003- November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |

3

| | March 31, 2004 | | | | |
|---|---|---|---|---|---|
| June 7, 2004 | April 1, 2004-April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004-May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004-September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004-October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |
| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – | $7,582.50 | $26.28 | $6,066.00 | $26.28 |

| | December 31, 2005 | | | | |
|---|---|---|---|---|---|
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |
| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | $2,377.00 | $38.10 |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | $2,608.00 | $54.65 |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| March 23, 2007 | February 1, 2007 – February 28, 2007 | $2,977.50 | $1,858.98 | $2,382.00 | $1,858.98 |
| April 24, 2007 | March 1, 2007 – March 31, 2007 | $3,069.00 | $941.40 | $2,455.20 | $941.40 |
| May 14, 2007 | January 1, 2007 – March 31, 2007 | $9,306.50 | $2,855.03 | $9306.50 | $2855.03 |
| May 25, 2007 | April 1, 2007 – April 30, 2007 | $430.00 | $92.00 | $344.00 | $92.00 |
| June 20, 2007 | May 1, 2007 – May 31, 2007 | $863.50 | $22.11 | $690.80 | $22.11 |
| July 11,2007 | June 1, 2007 – June 30, 2007 | $663.00 | $12.38 | $530.40 | $12.38 |
| July 23, 2007 | April 1, 2007 – June 30, 2007 | $1956.50 | $126.49 | $1956.50 | $126.49 |
| August 23, 2007 | July 1, 2007 – July 31, 2007 | $786.50 | $26.41 | $629.20 | $26.41 |
| September 24, 2007 | August 1, 2007- August 31, 2007 | $423.00 | $14.10 | $338.40 | $14.10 |

| January 2, 2008 | September 1, 2007 – September 30, 2007 | $396.00 | $12.94 | $316.80 | $12.94 |
|---|---|---|---|---|---|
| January 2, 2008 | November 1, 2007 – November 30, 2007 | $176.00 | $44.60 | $140.80 | $44.60 |
| January 9, 2008 | July 1, 2007 – September 30, 2007 | $1,605.50 | $53.45 | $1284.40 | $53.45 |
| January 22, 2008 | December 1, 2007 – December 31, 2007 | $742.00 | $0.00 | $593.60 | $0.00 |
| February 22, 2008 | January 1, 2008 – January 31, 2008 | $1,607.00 | $0.00 | $1,285.60 | $0.00 |
| March 25, 2008 | February 1, 2008 – February 29, 2008 | $8,386.00 | $14.25 | $6,708.80 | $14.25 |
| April 29,2008 | March 1, 2008 – March 31, 2008 | $1,865.00 | $2.75 | $1,492.00 | $2.75 |
| May 28, 2008 | October 1, 2007 – December 31, 2007 | $918.00 | $44.60 | $918.00 | $44.60 |
| June 20, 2008 | April 1, 2008 – April 30, 2008 | $3,760.00 | $.55 | $3,008.00 | $.55 |
| July 22, 2008 | May 1, 2008 – May 31, 2008 | $5,263.50 | $73.15 | $4,210.80 | $73.15 |
| July 24, 2008 | June 1, 2008 – June 30, 2008 | $1,716.00 | $15.81 | $1,372.80 | $15.81 |
| July 24, 2008 | January 1, 2008 – March 31, 2008 | $11,858.00 | $17.00 | $11,858.00 | $17.00 |
| August 27, 2008 | July 1, 2008 – July 31, 2008 | $1,236.00 | $.90 | $988.80 | $.90 |
| September 22,2008 | August 1, 2008 – August 31,2008 | $724.00 | $22.96 | $579.20 | $22.96 |
| October 21, 2008 | April 1, 2008 – June 30, 2008 | $10,739.50 | $89.51 | $10,739.50 | $89.51 |
| October 29, 2008 | September 1, 2008 – September 30, 2008 | $2,336.00 | $18.58 | $1,868.80 | $18.58 |
| December 10, 2008 | October 1, 2008 – October 31, 2008 | $6,296.00 | $45.72 | $5,036.80 | $45.72 |
| December 24, 2008 | November 1, 2008- November 30, 2008 | $2,040.00 | $16.06 | Pending | Pending |
| January 12, 2009 | July 1, 2008 – September 30, 2008 | $4,296.00 | $42.44 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B.J. Burn | Associate | 8 years | Bankruptcy | $240.00 | .20 | $48.00 |
| N.J. Smith | Partner | 30 years | Environmental | $320.00 | 1.1 | $352.00 |

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B.F. Hawkins, Jr. | Partner | 18 years | Litigation | $320.00 | 8.50 | $2,720.00 |
| R.T. Carlisle | Of Counsel | 25 years | Environmental | $280.00 | 4.90 | $1,372.00 |
| W. Bobo | Partner | 29 years | Corporate | $375.00 | 11.40 | $4,275.00 |

Grand Total for Fees:    $8,767.00
Blended Rate:    $335.90

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| B. Wright | Paralegal | 9 months | Bankruptcy | $120.00 | 5.50 | $660.00 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $660.00
Blended Rate:    $120.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06091 | Fee Applications | 5.70 | $708.00 |
| 02399/06032 | Charleston | 11.90 | $4,435.00 |
| 02399/06017 | Sierra Facility | 13.80 | $4,220.00 |
| 02399/06000 | General | .20 | $64.00 |
| TOTAL | | 31.60 | $9,427.00 |

### Expense Summary

| Description | Amount |
|---|---|
| Federal Express | $14.04 |
| Telephone | $.05 |
| TOTAL | $14.09 |

7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.  I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.  I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

8

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _9_ day of _February_ , 2009

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _9/3/09_

Ruth L. Johnson
Notary Public of South Carolina
My Commission Expires: _____

9

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 14, 2009
Invoice 913624  Page 1

Our Matter #            02399/06091                    For Services Through 12/31/08
Name of Matter:         Fee Applications

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 12/11/08 | Prepare fee application for November 2008, update fee application chart and search for filing and no objection dates on docket. | | | |
| | B.A. WRIGHT | 2.40 hrs. | 120.00/hr | $288.00 |
| 12/15/08 | Edit and approve fee application. | | | |
| | B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 12/17/08 | Revise application and send for verification and signature, federal express fee application. | | | |
| | B.A. WRIGHT | 0.20 hrs. | 120.00/hr | $24.00 |
| 12/22/08 | Draft the 30th quarterly fee application and update chart. | | | |
| | B.A. WRIGHT | 1.70 hrs. | 120.00/hr | $204.00 |
| 12/29/08 | Draft 30th fee application summary and update filing chart. | | | |
| | B.A. WRIGHT | 1.20 hrs. | 120.00/hr | $144.00 |

**Total Fees for Legal Services** ..............................................................................................  **$708.00**

## BILLING SUMMARY

| BILLING SUMMARY | Hours | Rate/Hr | Dollars |
|-----------------|-------|---------|---------|
| B.J BURN | 0.20 | 240.00 | 48.00 |
| B.A. WRIGHT | 5.50 | 120.00 | 660.00 |
| TOTAL | 5.70 | 124.21 | 708.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|--|--|--|
| 12/09/2008 | Federal Express charge | 14.04 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................  **$14.04**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Fed Ex | 14.04 |
| TOTAL | $14.04 |

**Net current billing for this invoice** ...................................................................................    **$722.04**

**GRAND TOTAL**..............................................................................................................    **$722.04**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $708.00 |
| Charges for Other Services Provided/Expenses Incurred | $14.04 |

Net current billing for this invoice .................................................................. **$722.04**

GRAND TOTAL............................................................................................................ **$722.04**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number:  061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number:  053200666
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  00322407701

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

January 14, 2009
Invoice 913623  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 12/31/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 12/05/08 | Message from Mr. Bucens, review attachment and schedule. | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |
| 12/08/08 | Review contract and Restrictions. | | | |
| | W. BOBO | 0.50 hrs. | 375.00/hr | $187.50 |
| 12/09/08 | Check on status of City and Bankruptcy approvals (0.2); initial review of real estate records regarding property (0.5); prepare preliminary checklist (0.5); review Certificate of Compliance, SC and CT Certificates of Existence and forward to Attorney Humphreys (City of Charleston) (0.3). | | | |
| | W. BOBO | 1.50 hrs. | 375.00/hr | $562.50 |
| 12/10/08 | Email from Attorney Humphreys regarding closing and forward to Ms. Finklestein, review reply and advise Attorney Humphreys. | | | |
| | W. BOBO | 0.30 hrs. | 375.00/hr | $112.50 |
| 12/11/08 | Prepare checklist, review various emails regarding closing date and email to Attorney Humphreys. | | | |
| | W. BOBO | 1.00 hrs. | 375.00/hr | $375.00 |
| 12/15/08 | Review bankruptcy notice of no obligations and forward to Attorney Humphreys. | | | |
| | W. BOBO | 0.30 hrs. | 375.00/hr | $112.50 |
| 12/16/08 | Review checklist (0.3); telephone conference with Attorney Humphreys (0.2) email to client regarding checklist items and closing timetable (0.3); coordinate closing date (0.1); review materials received from client and forward to Attorney Humphreys (0.6); review title binder (0.3). | | | |
| | W. BOBO | 1.80 hrs. | 375.00/hr | $675.00 |
| 12/17/08 | Email from Ms. Finklestein regarding tax id #; receive tax ID and forward to Attorney Humphreys (0.2); work on Deed and Seller documents (1.0); email to Attorney Smith regarding access language and review reply (0.2); review Access Agreement (0.3). | | | |
| | W. BOBO | 1.70 hrs. | 375.00/hr | $637.50 |
| 12/18/08 | Assist Attorney Bobo with environmental and DHEC issues in title and deed for closing. | | | |
| | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |

W. R. Grace & Co.

January 14, 2009
Invoice 913623  Page 2

| | | | | |
|---|---|---|---|---|
| 12/18/08 | Review Bankruptcy Court Order (0.3); email from Ms. Finklestein regarding access rights and respond (0.2); complete deed and related seller documents (0.8); telephone conference with Ms. Finklestein (0.1); forward Seller package to Attorney Humphreys (0.3); review revised title affidavit (0.2). | | | |
| | W. BOBO | 1.90 hrs. | 375.00/hr | $712.50 |

| | | | | |
|---|---|---|---|---|
| 12/19/08 | Telephone conference with Attorney Humphreys regarding closing structure (0.3); review executed documents and forward to Attorney Humphreys (0.4). | | | |
| | W. BOBO | 0.70 hrs. | 375.00/hr | $262.50 |

| | | | | |
|---|---|---|---|---|
| 12/22/08 | Review closing statement and forward to client (0.3) receive executed Seller documents and coordinate delivery to Attorney Humphreys (0.6); email to Attorneys Bates and Humphreys regarding disbursement and review replies (0.3); conference call Attorneys Bates and Humphreys (0.2); monitor disbursement of funds (0.3). | | | |
| | W. BOBO | 1.70 hrs. | 375.00/hr | $637.50 |

**Total Fees for Legal Services** ............................................................................................. **$4,435.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.50 | 320.00 | 160.00 |
| W. BOBO | 11.40 | 375.00 | 4,275.00 |
| TOTAL | 11.90 | $372.69 | $4,435.00 |

**Net current billing for this invoice** .................................................................................... **$4,435.00**

**GRAND TOTAL**............................................................................................................. **$4,435.00**

W. R. Grace & Co.

January 14, 2009
Invoice 913623  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $4,435.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................ **$4,435.00**

**GRAND TOTAL**................................................................................................... **$4,435.00**

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

---

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Emmett, Robert A.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 13, 2009
Invoice 913622  Page 1

| | | | |
|---|---|---|---|
| Our Matter # | 02399/06017 | For Services Through 12/31/08 | |
| WR Grace # | 001-KL-721200-00-400110 | | |
| Name of Matter: | Sierra Facility | | |

| | | | | |
|---|---|---|---|---|
| 12/15/08 | Discussion with Mr. Marriam concerning questions regarding historical documents to address issues concerning site operational questions (0.3); review historical documents to locate information requested (3.2). | | | |
| | B.F. HAWKINS, JR. | 2.50 hrs. | 320.00/hr | $800.00 |
| 12/15/08 | Review file for information regarding site conditions at site. | | | |
| | R.T. CARLISLE | 0.80 hrs. | 280.00/hr | $224.00 |
| 12/16/08 | Review issues concerning historical operations at Sierra facility with Mr. Marriam and Mr. Emmett. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 320.00/hr | $128.00 |
| 12/16/08 | Follow-up with Attorneys Smith and Crawford concerning historical issues at Sierra Facility for response to client questions. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 320.00/hr | $128.00 |
| 12/16/08 | Review historical documents and state regulations to address issues concerning site operational questions. | | | |
| | B.F. HAWKINS, JR. | 2.60 hrs. | 320.00/hr | $832.00 |
| 12/16/08 | Confer with Attorney Hawkins regarding site specific conditions (0.2); participate in portion of conference call with Messrs. Emmett and Marriam and Attorney Hawkins regarding same (0.3). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 280.00/hr | $140.00 |
| 12/18/08 | Address environmental site evaluation issues and provide input to Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 0.90 hrs. | 320.00/hr | $288.00 |
| 12/18/08 | Research regarding environmental requirements for site (1.4); draft bullet points regarding requirements relating to site evaluation questions (0.8); circulate draft to Attorneys Smith and Hawkins requesting their comments (0.1). | | | |
| | R.T. CARLISLE | 2.30 hrs. | 280.00/hr | $644.00 |
| 12/19/08 | Provide input on historic site conditions and analysis. | | | |
| | N.J. SMITH | 0.60 hrs. | 320.00/hr | $192.00 |
| 12/19/08 | Review information and revise response to client addressing analysis of various environmental provisions for consideration at facility. | | | |
| | B.F. HAWKINS, JR. | 1.50 hrs. | 320.00/hr | $480.00 |

W. R. Grace & Co.

12/19/08    Confer with Attorneys Smith and Hawkins regarding review of site conditions/information
(0.2); draft electronic mail memorandum regarding same (0.8); confer with Attorney Hawkins
regarding additional comments (0.1); additional changes to electronic mail memorandum to
Messrs. Medler, Marriam, and Emmett and transmit same (0.2).

R.T. CARLISLE                                1.30 hrs.    280.00/hr                    $364.00

**Total Fees for Legal Services** .............................................................................................    **$4,220.00**

## BILLING SUMMARY

|                    | Hours | Rate/Hr  | Dollars    |
|--------------------|-------|----------|------------|
| N.J. SMITH         | 0.60  | 320.00   | 192.00     |
| B.F. HAWKINS, JR.  | 8.30  | 320.00   | 2,656.00   |
| R.T. CARLISLE      | 4.90  | 280.00   | 1,372.00   |
| TOTAL              | 13.80 | $305.80  | $4,220.00  |

**Net current billing for this invoice** ...................................................................................    **$4,220.00**

**GRAND TOTAL**...........................................................................................................    **$4,220.00**

W. R. Grace & Co.

January 13, 2009
Invoice 913622  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
Sierra Facility
Our Matter # 02399/06017

| | |
|---|---:|
| Fees for Professional Services | $4,220.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice ............................................................... **$4,220.00**

GRAND TOTAL................................................................................................................. **$4,220.00**

---

| **Terms of Payment:  Balance due within thirty days of invoice date** |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson
# Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 7, 2009
Invoice 913621  Page 1

| Our Matter # | 02399/06000 | For Services Through 12/31/08 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

12/29/08    Review request for audit letter and provide instructions on same to Attorney Carlisle.
B.F. HAWKINS, JR.                           0.20 hrs.    320.00/hr              $64.00

**Total Fees for Legal Services** .......................................................................................... **$64.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.20 | 320.00 | 64.00 |
| TOTAL | 0.20 | $320.00 | $64.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

12/18/2008    Telephone 1-901-820-2023                                                     0.05
**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$0.05**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.05 |
| TOTAL | $0.05 |

**Net current billing for this invoice**................................................................................... **$64.05**

**GRAND TOTAL** ............................................................................................................... **$64.05**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:** **Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 12/31/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | | |
|---|---|---|
| Fees for Professional Services | $64.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.05 | |
| **Net current billing for this invoice**................................................................ | | **$64.05** |
| **GRAND TOTAL** ..................................................................................................... | | **$64.05** |

| **Terms of Payment:  Balance due within thirty days of invoice date** |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

―――

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

From:    Origin ID: USCA   (803) 255-9325
Mary Wilkinson
Nelson Mullins
Meridian, 17th floor
1320 Main Street
Columbia, SC 29201



FedEx
Express

E

Ship Date: 24FEB09
ActWgt: 1.0 LB
CAD: 3910336/INET9011
Account#: S *********

Delivery Address Bar Code

SHIP TO:    (803) 255-5594          BILL SENDER

**Patricia Cuniff**
**Pachulski Stang Ziehl Young Jones &**
**919 N. Market Street**

**Wilmington, DE 19801**

Ref #    02399/06091
Invoice #
PO #
Dept #

TRK#   **7963 7081 5472**
0201

**WED - 25FEB**          **A1**

**PRIORITY OVERNIGHT**

**19801**

**DE-US**

**PHL**

# XB ZWIA



---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.