# Notice Recipients

District/Off: 0311−1   User: Debbie   Date Created: 6/30/2009
Case: 01−01139−JKF   Form ID: ntcBK   Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust   united states trustee
aty   Lawrence A Kalina
                                                                                           TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust   Frank J. Perch III   frank.j.perch@usdoj.gov
aty   Daniel K. Hogan   dkhogan@dkhogan.com, keharvey@dkhogan.com
aty   Kathleen P. Makowski   kmakowski@pszjlaw.com
aty   Paul W. Turner   pturner@carlilelawfirm.com
aty   Richard Allen Keuler, Jr.   rkeuler@reedsmith.com
aty   Richard F. Rescho   rrescho2001@yahoo.com
aty   Rosalie L. Spelman   rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty   Stuart B. Drowos   stuart.drowos@state.de.us
                                                                                           TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   W.R. GRACE &CO.   7500 Grace Drive   Columbia, MD 21044
aty   Curtis A. Hehn   Pachulski Stang Ziehl &Jones LLP   919 N. Market Street   17th Floor   Wilmington, DE 19801
aty   Curtis A. Hehn   Pachulski Stang Ziehl Young Jones &Wein   919 N. Market Street   16th Floor   Wilmington, DE 19801
aty   David W. Carickhoff, Jr   Blank Rome LLP   Chase Manhattan Centre   1201 Market Street, Suite 800   Wilmington, DE 19801
aty   David W. Carickhoff, Jr   Blank Rome LLP   Chase Manhattan Centre   1201 Market Street, Suite 800   Wilmington, DE 19801
aty   David W. Carickhoff, Jr   Pachulski Ziehl Stang Ziehl Young Jones   919 N. Market St.   16th Floor   Wilmington, DE 19899
aty   James E. O'Neill   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705
aty   James E. O'Neill   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   P.O. Box 8705   Wilmington, DE 19899−8705
aty   Kathleen P. Makowski   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   P.O. Box 8705   Wilmington, DE 19899
aty   Kathleen P. Makowski   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   P.O. Box 8705   Wilmington, DE 19899
aty   Laura Davis Jones   Pachulski Stang Ziehl &Jones LLP   919 North Market Street   17th Floor   Wilmington, DE 19899−8705
aty   Laura Davis Jones   Pachulski Stang Ziehl &Jones LLP   919 N. Market Street   17th Floor   Wilmington, DE 19899−8705
aty   Mark M. Billion   Pachulski Stang Ziehl &Jones LLP   919 N. Market Street   17th Floor   Wilmington, DE 19702
aty   Michael R. Lastowski   Duane Morris LLP   1100 North Market Street   Suite 1200   Wilmington, DE 19801−1246
aty   Paula Ann Galbraith   211 East Ohio # 2618   Chicago, IL 60611
aty   Robert J. Dehney   Morris, Nichols, Arsht &Tunnell   1105 N. Market Street   P. O. Box 1347   Wilmington, DE 19899−1347
aty   Timothy P. Cairns   Pachulski Stang Ziehl &Jones LLP   919 N. Market St., Suite 1700   Wilmington, DE 19899
aty   Timothy P. Cairns   Pachulski Stang Ziehl Young Jones   919 N. Market Street   17th Floor   Wilmington, DE 19801
                                                                                           TOTAL: 18