## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   JUNE 10, 2009
MATTER  :   0066609-000002
INVOICE :   10211937

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 05/06/09 | TC | Reviewed Debtors Thirty-First Quarterly Report Of Settlements From January 1, 2009 Through March 31, 2009 In Accordance With That Certain Amended Order Authorizing And Approving An Omnibus Procedure For Settling Certain Claims And Causes Of Action Brought By Or Against The Debtors In A Judicial, Administrative, Arbitral Or Other Action Or Proceeding | .40 |
| 05/06/09 | TC | Reviewed Debtors Thirty-First Quarterly Report Of Asset Sales From January 1, 2009 Through March 31, 2009 In Accordance With That Certain Order Establishing Procedures For The Sale Or Abandonment Of De Minimis Assets | .30 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | .70 | 388.50 |
| TOTALS |  | .70 | 388.50 |

TOTAL FEES :                                                    388.50

TOTAL DUE  :                                                    388.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JUNE 10, 2009
MATTER  :    0066609-000003
INVOICE :    10211938

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE:   BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 05/11/09 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period March 1-31, 2009 Filed by W.R. Grace & Co., et al | .50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | .50 | 277.50 |
| TOTALS |  | .50 | 277.50 |

TOTAL FEES :                                                    277.50

TOTAL DUE  :                                                    277.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    JUNE 10, 2009
                                           MATTER :  0066609-000004
                                           INVOICE : 10211939

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/09 | TC | Reviewed Debtors' Motion for Leave from this Court's Scheduling Order and to Shorten Notice Period on Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices | .20 |
| 05/01/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 05/01/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/02/09 | TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .50 |
| 05/04/09 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 05/05/09 | TC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | .60 |
| 05/05/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/06/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .60 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JUNE 10, 2009
MATTER  : 0066609-000004
INVOICE : 10211939

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09     6548

RE: CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/06/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/07/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 05/07/09 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 1.00 |
| 05/08/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |
| 05/08/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/11/09 | TC | Reviewed all ecfs and distributed to team counsel and paralegals | .70 |
| 05/11/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/12/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 05/12/09 | TC | Reviewed amended agenda notice | .30 |

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JUNE 10, 2009
MATTER  :    0066609-000004
INVOICE :    10211939

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE:  CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/13/09 | TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .50 |
| 05/13/09 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/14/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .70 |
| 05/15/09 | TC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | .50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | 7.60 | 4218.00 |
| M. Flores | 190.00 | 4.00 | 760.00 |
| TOTALS |  | 11.60 | 4978.00 |

TOTAL FEES :                                          4,978.00

TOTAL DUE :                                           4,978.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JUNE 10, 2009
MATTER  : 0066609-000011
INVOICE : 10211940

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09   6548

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/14/09 | MNF | E-file and serve 32nd Quarterly fee request of BIR for Jan-March 2009 | 1.00 |
| 05/15/09 | MNF | Review/ make edits to April 2009 prebills | .50 |
| 05/20/09 | MDC | Review of dockets and revise certificate of no objection to fee application. | .60 |
| 05/20/09 | MNF | Draft CNO re: 89th monthly fee app of BIR; Draft CNO re: 91st monthly fee app of Kramer Levin | 1.00 |
| 05/21/09 | MNF | E-file and serve CNO re: 89th monthly fee app of BIR; E-file and serve CNO re 91st monthly fee app of Kramer Levin | 1.50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| M. D. Coleman | 350.00 | .60 | 210.00 |
| M. Flores | 190.00 | 4.00 | 760.00 |
| TOTALS |  | 4.60 | 970.00 |

TOTAL FEES :                                                     970.00

TOTAL DUE  :                                                     970.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JUNE 10, 2009
MATTER  :    0066609-000012
INVOICE :    10211941

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/06/09 | TC | Reviewed reports filed by fee examiner with respec to kramer levin and steptoe johnson | .30 |
| 05/15/09 | MNF | Draft Notice(.4);E-file and serve 28th Quarterly fee app of Kramer Levin for Jan-March 2009(.8) | 1.20 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 555.00 | .30 | 166.50 |
| M. Flores | 190.00 | 1.20 | 228.00 |
| TOTALS |  | 1.50 | 394.50 |

TOTAL FEES :                                              394.50

TOTAL DUE  :                                              394.50

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JUNE 10, 2009
MATTER  : 0066609-000014
INVOICE : 10211942

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09   6548

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 05/11/09 | TC | Reviewed agenda notice for hearing | .40 |

TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | .40 | 222.00 |
| TOTALS | | .40 | 222.00 |

TOTAL FEES :                                            222.00

TOTAL DUE  :                                            222.00

# Buchanan Ingersoll &. Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JUNE 10, 2009
MATTER  : 0066609-000015
INVOICE : 10211943

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/09 | TC | Reviewed various deposition notices served out on all litigation parties | .30 |
| 05/01/09 | TC | Reviewed Order Granting Arrowood's Motion to Shorten and communications to all parties regarding scheduling of same | .20 |
| 05/01/09 | TC | Reviewed various joinders to discovery filed | .20 |
| 05/04/09 | TC | Reviewed Order (MODIFIED) Granting Motion of Libby Claimants for Leave from this Court's Case Management Order so as to Shorten Notice and Expedite Consideration of Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing | 1.00 |
| 05/04/09 | TC | Reviewed communications about deposition calendar and deposition schedule changes | .20 |
| 05/04/09 | TC | Reviewed Debtors' Motion for Protective Order and Objection to Libby Claimants' Deposition Notices, all attached materials | .70 |
| 05/04/09 | TC | Reviewed time change communication for meet and confer; shared same with kramer levin | .20 |
| 05/05/09 | TC | Reviewed communications about deposition schedule and deposition processes | .50 |
| 05/05/09 | TC | Reviewed many communications about deposition schedules; reviewed tweaks to CMO process and issues regarding testimony; forwarded all to kramer levin as well | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   JUNE 10, 2009
MATTER  :   0066609-000015
INVOICE :   10211943

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | Init | Description | Hours |
|---|---|---|---|
| 05/06/09 | TC | Reviewed notices of depositions, all | .20 |
| 05/06/09 | TC | Reviewed all joinders filed | .30 |
| 05/06/09 | TC | Reviewed more communications among all parties regarding the deposition calendar and details of deposition process | .40 |
| 05/06/09 | TC | Reviewed Libby Claimants' Supplemental Response to Official Committee of Asbestos Personal Injury Claimants' First Set of Requests for the Production of Documents | .20 |
| 05/06/09 | TC | Reviewed communications on Phase I issues | .50 |
| 05/06/09 | TC | Reviewed all daily notices of deposition | .40 |
| 05/07/09 | TC | Reviewed all statements of issues on appeal, designations of items for appeal, for both appellants and appellees; reviewed all filed appeal documents | .60 |
| 05/07/09 | TC | Reviewed third amended case management order; changes thereto; order approving same | .40 |
| 05/07/09 | TC | Reviewed all new deposition notices and joinders therein | .30 |
| 05/07/09 | TC | Reviewed Objections and Responses to DebtorsÆ Amended Requests For Production of Documents, Interrogatories and Requests for Admission by the Official Committee of Property Damage Claimants | .30 |
| 05/08/09 | TC | Reviewed all communications about deposition calendar, deposition issues and discovery on Phase I | .50 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : JUNE 10, 2009
                                             MATTER  : 0066609-000015
                                             INVOICE : 10211943

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09   6548

RE: LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 05/12/09 | TC | Reviewed communications about deposition calendar; arrangements; changes thereto | .40 |
| 05/12/09 | TC | Reviewed notices of depositions by libby claimants | .20 |
| 05/12/09 | TC | Reviewed updated deposition calendar; calendared all depositions and events | .50 |
| 05/12/09 | MNF | Calendaring Deposition Dates | 1.00 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | 9.10 | 5050.50 |
| M. Flores | 190.00 | 1.00 | 190.00 |
| TOTALS |  | 10.10 | 5240.50 |

TOTAL FEES :                                       5,240.50

TOTAL DUE  :                                       5,240.50

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JUNE 10, 2009
MATTER  : 0066609-000016
INVOICE : 10211944

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09   6548

RE: PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 05/05/09 | TC | Reviewed Filing of Communication Received from Pro Se Party Filed by Alexander M. Sanders, Jr | .10 |
| 05/11/09 | TC | Reviewed Response to the Joint Plan of Reorganization for W.R. Grace & Co. and its Related Debtors Filed by Joseph Parry-Hill Jr. | .20 |
| 05/11/09 | TC | Reviewed Limited Objection To Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of Confirmation Hearing Filed by Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special | .40 |
| 05/11/09 | TC | Reviewed Limited Objection To Libby Claimants' Motion (A) to Amend Plan reviewed Response to the Supplemental Memorandum of Kaben Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. In Support of Their Motion for an Order Modifying the Automatic Stay Filed by OneBeacon America Insurance Company, Seaton Insurance Company | .10 |
| 05/11/09 | TC | Reviewed Limited Objection To Libby Claimants' Motion (A) to Amend Plan reviewed Objection to Libby Claimants Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of the Confirmation Hearing Filed by Official Committee of Asbestos Personal Injury Claimants | .40 |

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JUNE 10, 2009
MATTER  :    0066609-000016
INVOICE :    10211944

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| Date | | Description | Hours |
|---|---|---|---|
| 05/11/09 | TC | Reviewed Response in Support of the Motion to Strike Whitehouse Expert Report Filed by W.R. Grace & Co | .40 |
| 05/11/09 | TC | Reviewed Response to Libby Claimants' Motion (A) to Amend Plan Confirmation Case Management Order and (B) to Postpone Phase II of Confirmation Hearing Filed by W.R. Grace & Co., et al | .40 |

### TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 555.00 | 2.00 | 1110.00 |
| TOTALS | | 2.00 | 1110.00 |

TOTAL FEES :                                    1,110.00

TOTAL DUE  :                                    1,110.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JUNE 10, 2009
MATTER  : 0066609-001000
INVOICE : 10211945

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/09    6548

RE:    EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 04/29/09 Messenger/Delivery Service - Parcels, Inc. #173407 | 5.00 |
| 04/29/09 Messenger/Delivery Service - Parcels, Inc. #173455 | 5.00 |
| 05/01/09 Photocopies M. Flores | 0.60 |
| 05/08/09 Photocopies M. Flores | 0.40 |
| 05/11/09 Photocopies M. Flores | 0.50 |
| 05/14/09 Photocopies M. Flores | 1.30 |
| 05/14/09 Messenger/Delivery Service - Parcels, Inc. #176719 | 5.00 |
| TOTAL EXPENSE ADVANCES : | 17.80 |
| TOTAL DUE : | 17.80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA