# EXHIBIT A

| Matter 3 Date | Business Operations Hours | Description |
|---|---|---|
| 5/07/09 | .30 | Prepare correspondence re Jakarta bills on patent matters (.30) |
| 5/18/09 | .50 | Review draft Pension plan motion (.30); prepare correspondence re same (.20) |
| 5/20/09 | .20 | Prepare transmittal re Pension motion (.20) |
| 5/22/09 | 1.40 | Final review of Pension motion and order (.50); confer re same (.30); prepare same for filing (.30); confer with C. Greco re Lyondell objection and review correspondence re same (.30) |
| 5/27/09 | .70 | Confer with M. Conron re selling various asssets and court issues re same (.40); prepare correspondence re entered order on Tax matter, ERISA settlement and Deloitte retention (.30) |
| Total Hours: | 3.1 | |

| Matter 4 Date | Case Administration Hours | Description |
|---|---|---|
| 5/05/09 | .80 | Confer with Grace in company reorganization weekly call (.80) |
| 5/07/09 | .30 | Prepare correspondence re case filings for 5/8 deadlines (.30) |
| 5/21/09 | .40 | Review and attend to newly filed pleadings (.40) |
| 5/22/09 | .60 | Confer with J. O'Neill re filings for 6/29 hearing and related issues (.30); review final 6/1 Omnibus agenda and confer re same (.30) |
| 5/27/09 | 1.00 | Review and respond to numerous case inquiries (.60); review newly filed pleadings and attend to same (.40) |

1

| Date | Hours | Description |
| --- | --- | --- |
| 5/28/09 | .40 | Review newly filed pleadings and attend to matters re same (.40) |
| **Total Hours:** | **3.5** | |

**Matter 6**   **Claim Analysis Objection & Resolution (Non-Asbestos)**

| Date | Hours | Description |
| --- | --- | --- |
| 5/18/09 | .40 | Confer with D. Boll re Employee claims analysis and issues re objections (.40) |
| 5/19/09 | .30 | Review draft objection to Madison complex claim (.30) |
| 5/20/09 | 1.10 | Further review and revise Madison Complex objection (.50); prepare correspondence re Madison Complex issues and comments (.40); confer re same (.20) |
| 5/21/09 | 1.60 | Review and revise letter re multisite claims (.30); review and respond to correspondence re environmental settlement (.30); review letter re Walpole and respond to correspondence re same (.30); final review of Madison complex objection (.30); review Lyndell notice and draft response reclamation claim (.40) |
| 5/28/09 | .80 | Review correspondence and documents re Longacre claims issues (.30); prepare responses and follow up re same (.30); confer with C. Greco re claims allowance issues (.20) |
| 5/29/09 | 1.20 | Confer with C. Greco re various outstanding claim issues, especially re LongAcre claims (.30); review correspondence re various environmental matters (.30); review draft Neutocrete objection (.60) |
| 5/30/09 | .40 | Review and revise Neutocrete claim objection (.40) |

| | | |
|---|---|---|
| Total Hours: | 5.8 | |

**Matter 10** — Employment Applications, Others

| Date | Hours | Description |
|---|---|---|
| 5/19/09 | .30 | Confer with L. Tancredi re Venable affidavit and related issues (.20); confer with J. Monahan re same (.10) |
| 5/20/09 | 1.50 | Prepare stipulation and order re Judge Sanders' retention order .(1.50) |
| 5/21/09 | .50 | Revise J. Sanders' stipulation and order and prepare transmittal re same (.50) |
| 5/22/09 | 3.10 | Confer with J. Monahan re Venable retention issues (.30); prepare COC re Judge Sanders order and finalize same for filing (.50); prepare transmittal and instructions re Sanders order (.30); review Venable retention application and order and confer re same (.50); revise Venable affidavit and order (1.20); confer re final issues re same (.30) |
| Total Hours | 5.4 | |

**Matter 11** — Fee Applications - Applicant

| Date | Hours | Description |
|---|---|---|
| 5/07/09 | 1.00 | Prepare First Quarterly fee application (1.0) |
| 5/8/09 | .50 | Finalize quarterly fee application for filing (.50) |
| 5/19/09 | .80 | Review April draft fee application exhibit and revise same (.80) |
| 5/28/09 | 2.50 | Prepare April fee application and expense detail (2.50) |
| Total Hours | 4.80 | |

**Matter 12** — Fee Applications-Other

| Date | Hours | Description |
|---|---|---|
| 5/29/09 | .80 | Review correspondence re Sealed Air litigation hold backs (.30), prepare correspondence re same (.30); confer with J. Sakalo re same (.20) |
| Total Hours: | .80 | |

3

| Matter 14 Date | Hearings Hours | Description |
|---|---|---|
| 5/07/09 | .50 | Review 5/14 agenda and confer re same (.30); prepare correspondence re same (.20) |
| 5/14/09 | 6.80 | Prepare with B. Harding and B. Stansbury for discovery hearing (2.0); participate in hearing on discovery issues (4.30); confer with B. Harding and B. Stansbury re : results of hearing and follow up re same (.50) |
| 5/15/09 | .30 | Review 6/1 draft agenda and confer with J. O'Neil re same (.30) |
| 5/27/09 | .80 | Confer with T. Baker re 6/1 hearing (.20); prepare correspondence re same (.30); review and respond to several inquiries re hearings and pre-trial issues (.30) |
| **Total Hours:** | **8.4** | |

| Matter 15 Date | Litigation Hours | Description |
|---|---|---|
| 5/01/09 | 2.60 | Review and respond to various discovery issues (.40); confer with T. Freedman and B. Harding re Lockwood deposition, coverage for continuation of same and issues re same (.70); confer and coordinate coverage for Lockwood deposition (1.50); |
| 5/4/09 | 5.90 | Confer with T. Freedman re Lockwood deposition and other related discovery matters (.30); review correspondence re discovery issues and confer with T. Freedman and D. Boll re same (.30); attend P. Lockwood deposition (4.0); participate in meeting and confer with Insurers re discovery issues (.80); confer with B. Harding and H. Bloom re same (.50) |
| 5/05/09 | 2.30 | Review correspondence re Walpole claim and respond with comments (.50); review and respond to numerous discovery correspondence (.80); confer with T. Freedman and J. Wisler re MCC claim issues (.30); prepare correspondence re Phase I issues (.30) review "late" discovery and issues re same (.40) |

4

| Date | Hours | Description |
|---|---|---|
| 5/06/09 | 2.10 | Confer with G. Skidmore re NJDEP appeal and comments re brief (.70); prepare correspondence re Montana appeal and review response re same (.30); review and respond to correspondence re discovery issues (.40); prepare correspondence re status meeting and Travelers discovery case (.30); review and respond to correspondence re discovery issues, depositions and 5/14 hearing (.40) |
| 5/07/09 | 5.20 | Review draft objection re Libby CMO motion (.30); review and respond to correspondence re various deposition issues (.80); confer with D. Smith re comments to Libby response on CMO and contention discovery (.60); confer with E. Liebenstein re discovery issues(.30); review newly filed pleadings re discovery and follow up re same (.90); review motions filed for May 14 and attend to matters re same (.70); prepare correspondence re Kaneb mediation (.30); review Travelers discovery re meet and confer (.80); review revised response re Libby CMO (.50) |
| 5/08/09 | 4.40 | Prepare comments re CMO pleading (.30); confer with E. Alcabes (Travelers) re 2nd and 3rd RFA's and issues re same (.30); prepare correspondence re same (.30); confer with Litigation team re status of all pleadings due for 5/14 discovery hearing; (.30) confer with plan proponents re status of all confirmation issues/discovery (1.50); review draft ACC Libby objections (.40); confer re same (.30); review and respond to correspondence and address issues re Whitehouse and Libby response briefs (.50); review draft Montana appellate brief (.50) |
| 5/11/09 | 10.70 | Review claimants responses to Whitehouse motion and Grace protective order motion (.70); review P. Lockwood deposition in preparation for R. Finke deposition preparation (2.50); participate in deposition preparation of R. Finke (6.70); confer with ACC re same (.80) |
| 5/12/09 | 9.30 | Participate in R. Finke deposition preparation (8.50); participate in call with ACC and FCR re |

| Date | Hours | Description |
|---|---|---|
| | | Phase I briefing, plan issues and Finke deposition (.80) |
| 5/13/09 | 10.00 | Participate in conference re R. Finke deposition (1.0); participate in R. Finke deposition (8.0); confer with B. Stansbury and B. Harding re preparation for discovery hearing (1.0) |
| 5/14/09 | 2.00 | Review and respond to correspondence re various discovery issues (1.0); review draft NJDEP 3rd Circuit brief and provide comments re same (.80); review draft final phase I witness list (.20) |
| 5/15/09 | 6.70 | Attend D. Austern deposition (6.0); confer with A. Rich re PDFCR fee issues (.30); review and respond to various discovery inquiries (.40) |
| 5/18/09 | 4.50 | Confer with R. Finke and T. Freedman re Canadian settlement issues (.30); confer with T. Freedman re Travelers objection issues (.30); prepare correspondence re Travelers matters (.40); review Phase I witness designations (.50); review correspondence on discovery and respond re same (.80); chart Phase I witness lists (.30); confer with R. Finke re numerous outstanding issues re discovery, claims and related matters (.70); review draft orders from 5/14 hearing and certificates of counsel and confer with H. Bloom re same (.50); review and respond to correspondence re Libby related discovery issues (.40); review CDN settlement re Crown issues (.30) |
| 5/19/09 | 5.40 | Confer with T. Freedman, O. Pasparakis and R. Finke re Canadian issues on settlement (.50); review and respond to discovery correspondence (.80); review draft motion re Heinze report (.30); review and respond to correspondence re same (.40); review draft motion to strike re Heinze report (.40); confer re same (.40); review Heinze report (.30); confer with T. Schiavoni re Heinz report and motion (.40); confer with B. Harding re same (.30); revise letter re witness lists and prepare transmittal re same (.50); prepare correspondence re Heinz motion and related issues (.30); review |

6

| Date | Hours | Description |
|---|---|---|
| | | correspondence re One Beacon discovery issues (.30); review opinion on default interest issues (.50) |
| 5/20/09 | 3.70 | Further confer with T. Shavoni re settlement negotiations and witness issue (.20); prepare correspondence to T. Shaver re Heinze report (.40); review Libby COC and draft order re Whitehouse (.30); confer with B. Stansbury re same (.20); review correspondence and draft stipulation re Libby claims and coverage (.30); review and further respond re Whitehouse issue, Heinz motion and other discovery issues (.50); review Travelers correspondence on bond in preparation for call re same (.30) confer with T. Freedman re same (.20); confer with B. Harding re Arrowood witness issues (.30); confer with J. Alter re Travelers Bond matter (.30); confer with H. Bloom re comments to Heinz motion (.30); final review of draft motion and motion to shorten time re Heinz (.40) |
| 5/21/09 | 1.60 | Review and respond to correspondence re various discovery issues (.70); confer with R. Baker and B. Stansbury re status of Whitehouse orders (.30); review and respond to correspondence re status of depositions (.30); review correspondence from Arrowood re Heinz motion and comments re same (.30) |
| 5/22/09 | .60 | Review deposition chart and correspondence and respond re same (.30); review correspondence re: Libby stipulations re evidence, claimants and witnesses (.30) |
| 5/25/09 | .70 | Review witness chart re class 2 issues (.30); review materials re class 2 objections and non-asbestos claims (.40) |
| 5/26/09 | 2.60 | Confer with K. Love re production site and index (.20); prepare response to same (.30); review witness designations and follow up re need for potential depositions (1.50); review late discovery, chart and prepare correspondence re same (.60) |

| Date | Hours | Description |
|---|---|---|
| 5/27/09 | 2.60 | Review draft motion in limine (.40); confer with J. Brooks re same (.30); review motion to shorten and revise same (.40); prepare correspondence re discovery responses and witness issues (.30); prepare correspondence to Scott re witness issues (.30); prepare correspondence to One Beacon re same (.30); prepare correspondence to GUC committee counsel re same (.30); review correspondence re various insurance issues (.30) |
| 5/28/09 | 2.90 | Prepare correspondence re Motion to Strike (.30); prepare correspondence re Heinz motion and deposition designation dates (.40); review Libby stipulations (.40); review correspondence re Libby products issues (.30); confer with J. Hughes re Indiana status report (.20); review revised motion to strike Priest and Shein reports (.40); confer with J. Brooks re same (.30); review and respond to discovery (.30); confer with H. Bloom re review of discovery re witness issues (.30) |
| 5/29/09 | 1.80 | Prepare correspondence re supplemental discovery re Libby (.20); review witness discovery summary and prepare correspondence re same (.30); review pending matters outstanding and follow up re same (.30); review and respond to correspondence re numerous issues re discovery and deposition scheduling (.40); review correspondence re Scotts' witness and status (.30); review further correspondence re Scotts and Arrowood discovery (.30) |
| 5/30/09 | .60 | Review Firemans' and London discovery re late discovery issues (.30); review Longacre discovery responses, claim charts and related information for discovery follow up (.30) |
| **Total Hours:** | **88.20** | |

| Matter 16 | **Plan and Disclosure Statement** | |
|---|---|---|
| Date | Hours | Description |
| 5/08/09 | 1.20 | Review D. Boll plan correspondence re issues on US comments (.30); review B of A stipulation for plan treatment (.30); confer re same (.30) further confer re B of A interest issues (.30) |

8

| Date | Hours | Description |
|---|---|---|
| 5/18/09 | 2.60 | Review Kaneb plan objection (.20); confer with plan team re witness lists and plan objections (1.0); confer with plan proponents re witness issues and related confirmation issues (1.10); review other plan objections received thus far (.30) |
| 5/19/09 | 1.60 | Confer with A. Krieger re National Union/Longacre claim issue (.40); confer with T. Freedman re same (.20); prepare letter re witness list issue (.30); review correspondence re Longacre claim, B of A and objection issues (.40); review Morgan Stanley claim objection (.30) |
| 5/20/09 | 2.50 | Review and respond to correspondence re voting issues (.30); review various plan objections and prepare correspondence re same (.40); confer with T. Freedman re default interest opinion and plan implications (.50); review various plan objections (1.0); respond to inquiries on ballot issues (.30) |
| 5/21/09 | 1.90 | Review additional plan objections (1.20); review Arrowood's response re Heinz issue (.20); confer with D. Boll re plan objections (.30); review memos on default interest matter (.20) |
| 5/22/09 | 2.50 | Confer with M. Shelnitz re Sealed Air final order issues and Plan objections (.70); review and respond to inquiries re plan objections (.40); review and respond to correspondence re same (.40); review and respond to correspondence re Heinz motion, witness lists and related confirmation issues (.40); further review disclosure statement objections and correspondence re same (.60) |
| 5/25/09 | 1.50 | Review objections to Grace Plan (1.50) |
| 5/26/09 | 4.40 | Review various plan objections and requests for estimation re vote (3.60); review and respond to correspondence re same (.30; review chart of objections (.50) |
| 5/27/09 | 6.60 | Review plan objections and summary charts in preparation for company call (2.0); participate in |

9

| Date | Hours | Description |
|---|---|---|
| | | company reorganization call re same (1.20); confer with T. Freedman and B. Harding re plan issues, objections and discovery (1.80); prepare memo re insurance neutrality issues (1.20); review and respond to issues re witnesses and depositions (.40) |
| 5/28/09 | 1.60 | Review and respond to correspondence re voting and interest rate motions (.30); confer with M. Lewinstein re same (.30); review and organize pleadings re same (.40); review and respond to correspondence re Phase I issues, hearing preparation and related issues (.30); prepare correspondence re Arrowood witness issues (.30) |
| 5/29/09 | 4.10 | Confer with J. Wisler re MCC classification and claim objection issues (.30); review ACC draft re Insurance neutrality and T. Freedman follow up memo re same (1.0); confer with T.Freedman re MCC request (.20); prepare summary and recommendation re MCC (.40); confer with K. Love re 6/18 pre trial (.20) review correspondence re GUC Ballot summary, respond and confer re same (.40); participate in conference with T. Freedman, B. Harding and D. Bernick re preparation for Phase I trial and related issues (1.60) |
| 5/30/09 | 1.20 | Review correspondence re Phase I issues (.20); review additional objections re the plan (1.0) |
| **Total Hours:** | **31.70** | |

| Matter 17 | **Relief from Stay Proceedings** | |
|---|---|---|
| Date | **Hours** | **Description** |
| 5/05/09 | .40 | Review draft response re Kaneb Lift Stay (.40) |
| 5/08/09 | 1.20 | Review and finalize Kaneb Lift Stay response (.50); review and organize exhibits re same (.40); prepare transmittal re same and review filing issues on same (.30) |
| **Total Hours:** | **1.60** | |

| Matter 20 Date | Travel (Non-Working) Hours | Description |
|---|---|---|
| 5/03/09 | 3.50 | Travel from Florida to Washington D.C. for Lockwood deposition (billed at half time) (3.50) |
| 5/04/09 | 2.00 | Travel from Washington D.C. to Boston after P. Lockwood deposition (billed at half time) (2.0) |
| 5/11/09 | 1.00 | Travel from Chicago to Washington D.C. for R. Finke deposition preparation and deposition (1.0) (billed at half time) |
| 5/13/09 | 1.70 | Travel from Washington D.C. to Pittsburgh for hearing re discovery issues (billed at half time) (1.70) |
| 5/14/09 | 2.00 | Travel from Pittsburgh to Washington D.C. for D. Austen deposition (billed at half time) (2.0) |
| 5/15/09 | 3.00 | Travel from Washington D.C./BWI back to Chicago after D. Austern deposition (billed at half time)(3.0) |
| **Total Hours:** | **13.20** | |
| **Total Hours:** | **166.50** | |

11