# EXHIBIT A
**(Fee Detail)**

## **FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)　　$7,763.50 <br> • non-asbestos matters (2725.40)　　$ 571.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $8,334.50 |
| **FEE APPLICATION – APPLICANT** | $640.00 |
| **TOTAL FEES** | $8,974.50 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2009
Bill Number 110981
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH MAY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/04/09 | MTM | Locate personnel file for in-house counsel (.3); search for same at Winthrop Square (.9). | 1.20 Hrs | 330.00 |
| 05/05/09 | MTM | Telephone call to ARA re: Libby personnel file. | 0.10 Hrs | 27.50 |
| 05/05/09 | ARA | Per MTM's call, search for and review personnel file for in-house counsel. | 0.50 Hrs | 60.00 |
| 05/05/09 | ARA | Document control. | 4.20 Hrs | 336.00 |
| 05/06/09 | ARA | Document control. | 6.30 Hrs | 504.00 |
| 05/07/09 | MTM | Telephone call from ARA re: Cambridge documents issue. | 0.10 Hrs | 27.50 |
| 05/07/09 | ARA | Discussion with MTM re: returning documents to their original boxes at Winthrop Square; review notes re: same (.5). Quality control deposition binders (3.0). | 3.50 Hrs | 420.00 |
| 05/07/09 | ARA | Document control. | 2.70 Hrs | 216.00 |
| 05/08/09 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 05/11/09 | ARA | Quality control boxes of documents tagged for copying by criminal defense attorneys. | 0.50 Hrs | 60.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH MAY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/11/09 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 05/12/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 05/13/09 | ARA | Document control. | 7.20 Hrs | 576.00 |
| 05/14/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 05/15/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 05/18/09 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 05/19/09 | MTM | Telephone call from Sharon Antar and conference with ARA re: Cambridge documents (.2). Telephone call from in-house counsel requesting sample of particular product (.1). | 0.30 Hrs | 82.50 |
| 05/19/09 | ARA | Discussion with MTM re: the return of indices and other documents to WRG Cambridge (.2). Telephone call from MTM re: shipment of particular product to in-house counsel (.3). | 0.50 Hrs | 60.00 |
| 05/19/09 | ARA | Document control. | 5.10 Hrs | 408.00 |
| 05/20/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.50 Hrs | 160.00 |
| 05/20/09 | ARA | Document control. | 4.50 Hrs | 360.00 |
| 05/20/09 | ARA | Locate product requested by in-house counsel; prepare it to be shipped and arrange for shipment. | 2.00 Hrs | 240.00 |
| 05/21/09 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 64.00 |
| 05/21/09 | ARA | Document control. | 3.70 Hrs | 296.00 |
| 05/22/09 | RAM | Read selected documents filed in bankruptcy court. | 1.30 Hrs | 416.00 |
| 05/22/09 | ARA | Document control. | 0.80 Hrs | 64.00 |
| 05/29/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 96.00 |

TOTAL LEGAL SERVICES  $7,763.50

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.30 | 320.00 | 736.00 |
| Matthew T. Murphy | 1.70 | 275.00 | 467.50 |
| Angela R. Anderson | 7.00 | 120.00 | 840.00 |
| Angela R. Anderson | 71.50 | 80.00 | 5,720.00 |
| | 82.50 | | $7,763.50 |

TOTAL THIS BILL          $7,763.50

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2009
Bill Number 110980
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

## FOR PROFESSIONAL SERVICES

Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH MAY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/05/09 | RAM | Read plaintiff's motion for partial summary judgment, with attachments. Read emails to/from J. Hughes re: same. | 0.30 Hrs | 96.00 |
| 05/05/09 | MLL | Receipt and review of plaintiff's motion for summary judgment; affidavits; exhibits - outline; determine strategy re: response. | 0.80 Hrs | 200.00 |
| 05/05/09 | MLL | Review testimony (.3). Write letter to client (.3). | 0.60 Hrs | 150.00 |
| 05/12/09 | MLL | Receipt and review of statement of facts, index and correspondence from Atty. Machanic to Snell. | 0.30 Hrs | 75.00 |
| 05/13/09 | RAM | Read clerk's Notice that co-defendant's motion to add Banner Construction as third party defendant is denied. | 0.05 Hrs | No Charge |
| 05/13/09 | MLL | Receipt of Order and notify client. | 0.20 Hrs | 50.00 |
| | | TOTAL LEGAL SERVICES | | $571.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re: 241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.30 | 320.00 | 96.00 |
| Matthew L. Lunenfeld | 1.90 | 250.00 | 475.00 |
| Robert A. Murphy | 0.05 | 320.00 | No Charge |
| | 2.25 | | $571.00 |

TOTAL THIS BILL $571.00

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2009
Bill Number 110982
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH MAY 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/13/09 | RAM | Finalize March and Quarterly fee applications (.4); send them to Delaware counsel to file (.1). | 0.50 Hrs | 160.00 |
| 05/20/09 | RAM | Send "as filed" March fee application to Fee Auditor. | 0.10 Hrs | 32.00 |
| 05/25/09 | RAM | Work on April fee application. | 0.40 Hrs | 128.00 |
| 05/26/09 | RAM | Work on April fee application. | 0.80 Hrs | 256.00 |
| 05/27/09 | RAM | Send April fee application to in-house counsels to review; email from one of them that fee application may be filed. | 0.20 Hrs | 64.00 |

TOTAL LEGAL SERVICES        $640.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.00 | 320.00 | 640.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

                              2.00                              $640.00

                              TOTAL THIS BILL            $640.00