# EXHIBIT B

**(Expense Detail)**

# EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
| • asbestos matters (52000.43) $13,324.32 | |
| • non-asbestos matters (2725.40) $ 0.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $13,324.32 |
| **FEE APPLICATION – APPLICANT** | $14.90 |
| **TOTAL EXPENSES** | $13,339.22 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2009
Bill Number 110983
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH MAY 31, 2009

| Date | Description | Amount | Total |
|---|---|---|---|
| EXCESS POSTAGE | | | |
| 05/31/09 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |
| FEDERAL EXPRESS | | | |
| 05/14/09 | FEDERAL EXPRESS CORPORATION: To in-house counsel from Casner and Edwards on April 13, 2009 by MTM. | 65.24 | |
| | | | $65.24 |
| OUTSIDE PHOTOCOPYING | | | |
| 05/08/09 | MERRILL COMMUNICATIONS, LLC: Copies of 4 O.M. Scott case files for in-house counsel on 4/09/09. | 104.42 | |
| | | | $104.42 |
| RENT REIMBURSEMENT | | | |
| 05/01/09 | RREEF AMERICA REIT III CORP Z1: Rent and utilities for document repository at One Winthrop Square - May 2009. | 12,633.30 | |
| | | | $12,633.30 |

MISCELLANEOUS

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

**COSTS**

THROUGH MAY 31, 2009

| | | | |
|---|---|---|---|
| 05/11/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage 05/01/09 through 05/31/09. | 519.80 | |
| | | | $519.80 |
| | TOTAL COSTS | | $13,324.32 |
| | TOTAL THIS BILL | | $13,324.32 |




303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 23, 2009
Bill Number 110984
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH MAY 31, 2009

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/14/09 | FEDERAL EXPRESS CORPORATION: To 919 N. Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on April 7, 2009 by RAM. | 14.90 | |
| | | | $14.90 |
| | TOTAL COSTS | | $14.90 |
| | TOTAL THIS BILL | | $14.90 |